**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number *(If known):* _____ Chapter 15

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | Hanjin Shipping Co., Ltd. |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __

☑ Other 110111-4231835 . Describe identifier  Business Registration No. .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**    Tai-Soo Suk

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    South Korea (Seoul Central District Court)

5. **Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Hanjin Shipping Co., Ltd. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

South Korea

**Debtor's registered office:**

| 25 | Gukjegeumyung-ro 2-Gil |
|---|---|
| Number | Street |

P.O. Box

| Seoul | Yeongdeungpo-gu | 07327 |
|---|---|---|
| City | State/Province/Region | ZIP/Postal Code |

| South Korea | |
|---|---|
| Country | |

**Individual debtor's habitual residence:**

| | |
|---|---|
| Number | Street |

| | |
|---|---|
| P.O. Box | |

| | | |
|---|---|---|
| City | State/Province/Region | ZIP/Postal Code |

| | |
|---|---|
| Country | |

**Address of foreign representative(s):**

| 129dong | 101ho, 348, Gangseo-ro |
|---|---|
| Number | Street |

P.O. Box

| Seoul | Gangseo-gu | 07651 |
|---|---|---|
| City | State/Province/Region | ZIP/Postal Code |

| South Korea | |
|---|---|
| Country | |

**10. Debtor's website** (URL)

http://www.hanjin.com

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

   ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☐ Individual

Debtor  Hanjin Shipping Co., Ltd.
     Name

Case number (if known)

---

**12. Why is venue proper in _this district_?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Tai-Soo Suk
   Signature of foreign representative    Printed name

Executed on  09/02/2016
       MM / DD / YYYY

✗ _____    _____
   Signature of foreign representative    Printed name

Executed on  _____
       MM / DD / YYYY

---

**14. Signature of attorney**

✗ /s/ Ilana Volkov    Date  09/02/2016
   Signature of Attorney for foreign representative    MM / DD / YYYY

Ilana Volkov
Printed name
Cole Schotz P.C.
Firm name
Court Plaza North, 25 Main Street
Number    Street
Hackensack    NJ    07601
City    State    ZIP Code

(201) 525-6269    ivolkov@coleschotz.com
Contact phone    Email address

025311991    NJ
Bar number    State

---

**Chapter 15 Petition**
**Hanjin Shipping Co., Ltd.**

**Item 6.  Certificate from foreign court, affirming the existence of the
foreign proceeding and of the appointment of the foreign representative**





# 서 울 중 앙 지 방 법 원

정본입니다.

2016. 09. 01.

법원사무관 강효성



## 제 6 파 산 부

## 결          정

| 사       건 | 2016회합100211 회생 |
|---|---|
| 신 청 인 겸 | 주식회사 한진해운 |
| 채   무   자 | 서울 영등포구 국제금융로2길 25 (여의도동) |
| | 대표이사 조양호, 석태수 |
| | 신청대리인 법무법인 넥서스 담당변호사 최영익, 김명식 |

## 주          문

1. 채무자에 대하여 회생절차를 개시한다.

2. 석태수[주민등록번호 : 551103-1068518, 주소 : 서울 강서구 강서로 348, 129동 101호 (내발산동, 우장산힐스테이트)]를 채무자의 관리인으로 선임한다.

3. 관리인의 임기를 이 사건 회생계획안의 인가결정일로부터 30일까지로 한다.

4. 회생채권자, 회생담보권자 및 주주의 목록 제출기간을 2016. 9. 1.부터 2016. 9. 19. 까지로 한다.

5. 회생채권, 회생담보권 및 주식의 신고기간을 2016. 9. 20.부터 2016. 10. 4.까지로 한다.

6. 회생채권, 회생담보권의 조사기간은 2016. 10. 5.부터 2016. 10. 18.까지로 한다.

7. 회생계획안의 제출기간을 2016. 11. 25.까지로 한다.

## 이          유

※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를 이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된 발급번호를 조회하시면, 문서의 위, 변조 여부를 확인하실 수 있습니다.

- 1 -





## 1. 인정사실

이 사건 기록과 채무자의 대표자 심문결과에 의하면 다음 사실을 인정할 수 있다.

가. 채무자는 종전의 주식회사 한진해운이 2009. 12. 1. 한진해운홀딩스라는 지주회사로 전환되면서 그 해운사업부문을 인적분할하여 해운업, 항만용역업 등을 목적으로 설립되었고, 컨테이너선을 통한 운송사업, 벌크선을 통한 운송사업 및 터미널 운영사업을 주로 영위하고 있다.

나. 채무자는 상장법인으로 발행주식 총수는 245,269,947주(기명식 보통주, 1주당 금액 5,000원)이고, 납입자본금은 1,226,349,735,000원이며, 주식회사 대한항공이 위 주식 중 33.23%, 채무자가 3.08%, 우리사주조합이 0.34% 등을 각 보유하고 있다.

다. 채무자의 2016. 6. 30.과 최근 3년간 자산·부채 현황 및 매출·손익 현황은 다음 표와 같다. 채무자 회사는 자산이 부채를 약간 상회하나, 최근 3년간 당기순손실이 발생하고 있다.

〈자산·부채 현황〉　　　　　（단위 : 백만원）

| 구분 | 2016. 6. 30. | 2015. 12. 31. | 2014. 12. 31. | 2013. 12. 31 |
|---|---|---|---|---|
| 자산총액 | 6,624,326 | 7,385,216 | 8,083,495 | 10,091,861 |
| 부채총액 | 6,028,543 | 6,579,529 | 7,326,918 | 9,438,521 |

〈매출·손익 현황〉　　　　　（단위 : 백만원）

| 구분 | 2016. 6. 30. | 2015. 12. 31. | 2014. 12. 31. | 2013. 12. 31. |
|---|---|---|---|---|
| 매출총액 | 2,989,385 | 7,669,598 | 8,438,459 | 9,883,349 |
| 당기순손실 | 463,440 | 22,017 | 463,475 | 712,248 |

라. 채무자가 영위하는 해운업은 2008년 글로벌 금융위기 이후 지속된 글로벌 경제의 위축에 따른 수요부진으로 장기간 물동량이 감소하고 운임이 하락하여 실적이 악화되었다. 특히 2012년에 유럽의 재정위기와 중국의 경기 둔화 등으로 금융위기 이전의 장기평균을 크게 하회하는 물동량 증가속도를 보였고, 특히 유럽노선은 전년 대비 물




동량이 감소하였다. 기 발주 선박의 인도가 지속되면서 2012년부터 물동량 증가율을 크게 상회하는 선박공급이 이루어져서 수급불균형 현상이 심화되었다. 그리고 해운산업의 비탄력적인 공급(선복량)의 조절은 해상물동량 변동에 따른 운임의 변동폭을 키우게 되었고, 결국 해운업계 전체의 운임경쟁으로 이어졌다.

　마. 채무자 회사는 이와 같은 시장상황에서 해운수요 위축과 선박 공급 과잉에 따른 영업실적 악화로 인하여 유동성 부족이 점차 심화되었다. 2015년 4분기 이후 컨테이너 운임 수준이 대폭 하락하게 됨에 따라 채무자의 영업수지가 악화되었다. 2016. 6. 30. 기준으로 1년 이내에 3조 1,405억 원의 차입금의 만기가 도래하나 현재 재무상황으로는 이를 상환하기 불가능한 상황이다.

　바. 채무자는 2016년 상반기에 주채권은행인 한국산업은행과 협의를 진행하였고, 자율협약을 통한 경영정상화 추진작업을 진행하기로 결정하여 2016. 4. 25. 주채권은행에 자율협약절차를 신청하였다. 한국산업은행 등 채권금융기관은 채권금융기관협의회를 구성하여 2016. 5. 4. 채무자에 대한 자율협약절차를 진행하기로 의결하고, 3개월동안 채권행사를 유예하기로 하고 자율협약절차 기간을 1개월 연장하기도 하였는데, 2016. 8. 30. 채권금융기관 협의회가 채무자에 대한 지원이 불가능하다는 결정을 통보함에 따라 자율협약절차는 중단되었다. 이로써 채무자는 심각한 유동성 부족으로 재정적 파탄에 이르게 되었다.

2. 판　　단

　위 인정사실에 의하면, 채무자는 사업의 계속에 현저한 지장을 초래하지 아니하고는 변제기에 있는 채무를 갚을 수 없는 상황에 처해 있을 뿐만 아니라, 채무자에게 파산의 원인인 사실이 생길 염려가 있으므로, 채무자 회생 및 파산에 관한 법률(이하 '법'이라고 한다) 제34조 제1항에 정해진 회생절차 개시사유가 있고, 달리 법 제42조 각 호에 정해진 회생절차 개시신청의 기각사유가 있음을 단정할 만한 자료가 없다.

3. 결　　론

　그렇다면 이 사건 신청은 이유 있으므로 채무자에 대하여 회생절차를 개시하기로 하

2016-0076603559-E5606　　　　　　　위변조 방지용 바코드 입니다.　　　　　　　3 / 4



고, 법 제50조 제1항, 제74조 제2항에 따라 관리위원회의 의견을 참작하여 채무자의 대표이사인 석태수를 관리인으로 선임하기로 하며, 회생채권자·회생담보권자·주주 목록의 제출기간, 회생채권·회생담보권·주식의 신고기간, 회생채권·회생담보권의 조사기간, 회생계획안 제출기간에 관하여는 법 제50조 제1항에 따라 주문과 같이 결정한다.

2016. 9. 1. 19:00

|  |  |  |  |
|---|---|---|---|
| 재판장 | 판사 | 김정만 |  |
|  | 판사 | 심태규 |  |
|  | 판사 | 차승환 |  |

[English Translation]

# SEOUL CENTRAL DISTRICT COURT

## 6th BENCH OF BANKRUPTCY DIVISION

## ORDER

Case:                           2016 *HoeHap* 100211 Rehabilitation

Applicant and Debtor:           Hanjin Shipping Co., Ltd.

                                25, Gukjegeumyung-ro 2-gil, Yeongdeungpo-gu, Seoul (Yeouido-dong)

                                Representative Directors: Cho, Yang-Ho and Suk, Tai-Soo

                                Legal Counsel for Applicant

                                Nexus Law Group

                                Attorney Choi, Young-Ik

                                Attorney Kim, Myoung-Shik

## ORDER

1. The rehabilitation procedure for the Debtor is hereby commenced.

2. Suk, Tai-Soo (Resident Registration Number: 551103-1068518, Address: 129dong 101ho, 348, Gangseo-ro, Gangseo-gu, Seoul (Naebalsan-dong, Ujangsan Hillstate)) is hereby appointed as the Debtor's Custodian.

3. The term of office for the Custodian shall be thirty (30) days from the date of the decision on the authorization of the rehabilitation plan of this case.

4. The submission period for the list of rehabilitation creditors, rehabilitation secured creditors and shareholders shall be from September 1, 2016 to September 19, 2016.

5. The reporting period for rehabilitation claims, rehabilitation security right and shares shall be from September 20, 2016 to October 4, 2016.

6. The inspection period for rehabilitation claims and rehabilitation security right shall be from October 5, 2016 to October 18, 2016.

7. The submission period for the rehabilitation plan shall be until November 25, 2016.

## GROUNDS

1. Recognized Facts

Based on the records of this case and the results of questioning the Debtor's representative, the following facts can be recognized.

A. Debtor was established for the purpose of engaging in maritime transportation business, harbor service business and other businesses in an equity spin-off of the maritime business division of the former Hanjin Shipping Co., Ltd. when it converted into a holding company called Hanjin Shipping

[English Translation]

Holdings Co., Ltd. on December 1, 2009. Debtor is mainly engaged in the transportation business through containerships, transportation business through bulk carriers and terminal operation business.

B. Debtor is a stock-listed corporation with a total of 245,269,947 issued shares (common shares, KRW 5000 per share) and paid-in capital totaling KRW 1,226,349,735,000. Of these shares 33.23% is owned by Korean Air Lines Co., Ltd., 3.08% by Debtor and 0.34% by employee shareholders' association.

C. The current status of Debtor's assets and liabilities, and Debtor's sales and income as of June 30, 2016 and the past three (3) years is summarized in the chart below. Debtor Company's assets slightly exceed its liabilities but Debtor has been incurring a net-loss each term during the past three (3) years.

<Current Status of Assets and Liabilities>          (Units: KRW Million)

| Category | June 30, 2016 | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|---|
| Total Assets | 6,624,326 | 7,385,216 | 8,083,495 | 10,091,861 |
| Total Liabilities | 6,028,543 | 6,579,529 | 7,326,918 | 9,438,521 |

<Current Status of Sales and Income>          (Units: KRW Million)

| Category | June 30, 2016 | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|---|
| Total Sales | 2,989,385 | 7,669,598 | 8,438,459 | 9,883,349 |
| Net-loss for Term | 463,440 | 22,017 | 463,475 | 712,248 |

D. The performance of the maritime transportation business, which the Debtor is engaged in, deteriorated since the 2008 global financial crisis after a lack of demand resulting from the ongoing contraction of the global economy which led to a reduction in cargo volume and drop in freight charges over a long period of time. Due to the European financial crisis and downturn of the Chinese economy in 2012, cargo volumes had, with increasing speed, fallen short of the long-term average in the period before the financial crisis. In particular, cargo volume in the European lines had decreased compared to that of the previous year. As the delivery of previously ordered ships continued, the supply of ships greatly exceeded the rate of increase of cargo volume from 2012 and further aggravated the imbalance between supply and demand. Adjustments to the inelastic supply (bottom) of the shipping industry led to the widening of the fluctuation range of freight charges in response to the fluctuation of maritime cargo volume, and ultimately led to an all-out freight rate war within the shipping industry.

E. In such market conditions, a decline in Debtor's business performance following a drop in shipping demand and excessive supply of ships further aggravated Debtor Company's lack of liquidity. As of June 30, 2016, Debtor's loans totaling KRW 3,140,500,000,000 will mature within one year but

[English Translation]

Debtor's current financial state renders it impossible to repay the loans.

F. In the first half of 2016, Debtor negotiated with its main creditor bank, the Korea Development Bank, and decided to proceed with the promotion of the normalization of its business by way of a voluntary agreement. Thereafter on April 25, 2016, Debtor filed an application for the procedures for a voluntary agreement to its main creditor bank. The Korea Development Bank and other creditor financial institutions formed a Creditor Financial Institution Committee and voted on May 4, 2015 to proceed with the voluntary agreement procedure for Debtor, and decided to postpone exercising claims for three months and to extend the voluntary agreement procedure period for one month. However, the voluntary agreement procedure was suspended on August 30, 2016 following a notification by the Creditor Financial Institution Committee of its decision that it was impossible to support the Debtor. With this, the Debtor was led to financial ruin due to a severe lack of liquidity.

2. Decision

According to the recognized facts above, Debtor is in a situation where it is unable to repay its payable debts without causing a substantial hindrance to the continuance of its business. Furthermore, there are some concerns about the occurrence of events that may lead to Debtor's bankruptcy. Therefore, there are grounds to commence the rehabilitation procedure provided under Paragraph 1, Article 34 of the Debtor Rehabilitation and Bankruptcy Act (herein referred to as "the Act") and otherwise there is no material to conclude the existence of grounds to dismiss the application for the commencement of the rehabilitation procedure provided under each item of Article 42 of the Act.

3. Conclusion

If that is the case, the application of this case is reasonable and therefore, the rehabilitation procedure for the Debtor shall be commenced, and taking into account the opinion of the management committee pursuant to Paragraph 1, Article 5 and Paragraph 2, Article 74 of the Act, Debtor's representative director Suk Tai-Soo shall be appointed as Custodian. With respect to the submission period for the list of rehabilitation creditors, rehabilitation secured creditors and shareholders; the reporting period for rehabilitation claims, rehabilitation security right and shares; the inspection period for rehabilitation claims and rehabilitation security rights; and the submission period for the rehabilitation plan, it is hereby ordered and decided pursuant to Paragraph 1, Article 50 of the Act.

19:00, September 1, 2016

[English Translation]

Presiding Judge          Judge    Kim, Jeong-Man

                         Judge    Shim, Tae-Gyu

                         Judge    Cha, Seung-Hwan

**Chapter 15 Petition**
**Hanjin Shipping Co., Ltd.**

**Item 8.  Lists Pursuant to Bankruptcy Rule 1007(a)(4)(B)**

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 16-

Chapter 15

In re:

HANJIN SHIPPING CO., LTD.[1]

Debtor in a Foreign
Proceeding.

**VERIFIED LIST PURSUANT TO RULE
1007(a)(4) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE**

I, Tai-Soo Suk, pursuant to 28 U.S.C. § 1746, the duly appointed foreign representative

(the "Foreign Representative") of Hanjin Shipping Co., Ltd. ("Hanjin" or the "Debtor") in

connection with the pending proceeding (the "Korean Proceeding") filed by Hanjin under the

Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea,

hereby submit this verified list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy

Procedure (the "Verified List") under penalty of perjury under the laws of the United States as

follows:

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's
main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu,
Seoul 07327, Korea.

**Administrator of the Debtor in Foreign Proceeding**

1.      I, Tai-Soo Suk, am the only authorized Foreign Representative in the Korean

Proceeding.  I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the

United States that to the best of my knowledge, information and belief, other than the Korean

Proceeding, there are no foreign proceedings pending with respect to the Debtor.

2.      My address is 129dong 101ho, 348, Gangseo-ro, Gangseo-gu, Seoul (Naebalsan-

dong, Ujangsan Hillstate), 07651, Korea.

**Litigation Parties in the United States**

3.      I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of

the United States to the best of my knowledge, information and belief, that attached hereto as

Exhibit 1 is a true and correct copy of a list of the names and addresses of all parties to litigation

which has been commenced and is pending in the United States in which the Debtor is a party at

the time of the filing of the Debtor's chapter 15 petition for recognition of a foreign main

proceeding.

**Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

4.      I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of

the United States to the best of my knowledge, information and belief, that attached hereto as

Exhibit 2 is a true and correct copy of a list of the names and addresses of substantially all

entities against whom provisional relief is sought pursuant to 11 U.S.C. § 1519.

*[Remainder of Page Left Intentionally Blank]*

2

I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: September 2, 2016

_____
Tai-Soo Suk
Foreign Representative of Hanjin
Shipping Co., Ltd.

3

## Exhibit 1

### Parties to Litigation Pending in the United States

| Party | Address/Counsel Address | Jurisdiction | Case No. |
|---|---|---|---|
| Elite Logistics Corp v. Hanjin Shipping | c/o McCune Wright LLP 2068 Orange Tree Lane, Ste 216 Redlands, CA 92374 Attn: David C. Wright, Esq., Jae Kook Kim, Esq., Kristy M. Arevalo, Esq., Richard D McCune, Jr, Esq. | USDC, Central District of California | 2:11-cv-02961-DDP-PLA |
| Hastay Marine Ltd. | c/o Kay Rose and Partners LLP 9100 Wilshire Blvd, Ste 420W Beverly Hills, CA 90212 Attn: Andre M. Picciurro, Esq., Bradley M. Rose, Esq., Daniel F. Berberich, Esq., Frank C. Brucculeri, Esq. | USDC, Central District of California | 2:16-cv-06541-TJH-PLA |
| Montemp Maritime Ltd. | c/o Simms Showers LLP 201 International Circle, Ste 250 Baltimore, MD 21030 Attn: J. Stephen Simms, Esq., Marios John Monopolis, Esq. | USDC, District of Maryland | 1:16-cv-03036-RDB |
| Bende v. MV Matsue/ HJS | Carin A O'Donnell Stark & Stark 777 Township Line Rd Suite 120 Yardley, PA 19067 | USDC, Eastern District of Pennsylvania | 2:15-cv-6301 |
| Latanya Counter Deborah Green; Leona Counter-Young; Monesha Abrams v. the Pacific Maritime Association et al./ HJS | Jeffrey B. Landa 1202 S. 24th Avenue Fargo, ND 58103 | California Superior Court, LA County | BC615860 |
| Clovijean Good, et al v. Pacific Maritime Association et al. / HJS | Jeffrey B. Landa 1202 S. 24th Avenue Fargo, ND 58103 | California Superior Court, LA County | BC597845 |

| Party | Address/Counsel Address | Jurisdiction | Case No. |
|---|---|---|---|
| Regal Springs | Justin M. Heilig<br>Hill Rivkins LLP<br>45 Broadway, Suite 1500<br>New York, NY 10006<br><br>Regal Spring Trading co.<br>2801 SW 149th Avenue, Ste 270<br>Miramar, FL 33027 | USDC NY | 16-CV6636 |
| NIKE INC. | Rodney Q. Fonda<br>Preg & O'Donnell Gillett<br>901 5th Ave., Suite 3400<br>Seattle, WA 98164<br><br>Nike Inc.<br>One Bowerman Drive<br>Beaverton, OR 97005 | New York SMA | SMA(Society of Maritime Arbitrators) |
| A.Zin Muang v. HJS | Richard Dodson<br>Dodson, Hooks, & Frederick, APLC<br>112 Founders Drive<br>Baton Rouge, Louisiana 70802<br><br>(Co Counsel; Dan Foley)<br>Barker Boudreaux, Lamy & Foley<br>228 St. Charles Ave<br>Suite 1100<br>New Orleans, LA 70130 | Civil District Court of Parish of Orleans, State of Louisiana | Docket No.: 14-2415 |
| K-Line v. HJS/Yang Ming | Reed Smith LLP        599 Lexington Avenue, New York, New York 10022 | New York SMA | SMA(Society of Maritime Arbitrators) - Mr. Martowski |
| HJS Co., Ltd v. Zimmer Worldwide Logistics, Inc. | Zimmer Worldwide Logistics, Inc.<br>411 N. Sam Houston Pkwy<br>Suite 280<br>Houston, TX 77060 | US District Court for Texas Houston Division | Civil Action No.: H-13-2115 |

5

## Exhibit 2

**Entities Against Whom Provision Relief is Sought Pursuant to 11 U.S.C. § 1519**

| Creditor | Address |
|---|---|
| Total Terminals International LLC | LGB TERMINAL PIER-T, 301 Hanjin Road Long Beach, CA 90802 |
| BNSF Railroad | P.O. BOX 101298, Atlanta, GA 30392-1298 |
| Union Pacific Railroad | P.O.BOX 843465, Dallas, TX 75284 |
| Canadian National | Cash Management (Profile 06) Ste. 501-277 Front St, W Toronto, Ontario M5V 2X7 |
| Yusen Terminals LLC | Port of Los Angeles, Berth 212-223, 701 New Dock Street, Terminal Island, CA 90731 |
| Maher Terminals | 1210 Corbin Street, Elizabeth, NJ 07201 |
| Trac Intermodal Inc. | 211 College Road East Princeton, New Jersey 08540 |
| Pacific Maritime Association | P.O. BOX 7861, San Francisco, CA 94120-7861 |
| Pacific Maritime Services | 1131 SW Klickitat Way, P.O. Box 24868, Seattle, WA 98134 |
| KEB Hana Bank, New York Agency | 650 Fifth Ave. 15th Floor, New York, NY 10019 |
| Ease West Bank | 135 N Los Robles Ave., Ste 600, Pasadena, CA 91101 |
| KEB Hana LA Financial Corp. | 777 S Figueroa St Ste 3000, Los Angeles, CA 90017 |
| Container Royalty Central Collecti | 485 C US Highway 1 South, Ste 120, Iselin, NJ 08830 |
| NYSA Cntr/Tonnage Assessment | Two World Trade Center, 20th Floor Attn: Cashier New York, N.Y. 10006 |

**Chapter 15 Petition**
**Hanjin Shipping Co., Ltd.**

**Item 11.  Lists Pursuant to Bankruptcy Rule 1007(a)(4)(A) and 7007.1**

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 16-

Chapter 15

In re:

HANJIN SHIPPING CO., LTD.[1]

      Debtor in a Foreign
      Proceeding.

**CORPORATE OWNERSHIP
STATEMENT**

As of September 2, 2016, the following corporate entities own 10% or more of Hanjin

Shipping Co., Ltd. ("Hanjin" or the "Debtor"):

| Shareholder | Percentage of Total Shares |
|---|---|
| Korean Airlines Co., Ltd. | 33.23% |

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 16-

Chapter 15

| | |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.[1]<br><br>        Debtor in a Foreign<br>        Proceeding. | **DECLARATION UNDER PENALTY OF PERJURY** |

I, Tai-Soo Suk, pursuant to 28 U.S.C. § 1746, the duly appointed foreign

representative of Hanjin Shipping Co., Ltd. ("Hanjin" or the "Debtor"), declare under penalty of

perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is

true and correct to the best of my information and belief.

Dated: September 2, 2016

_____
Tai-Soo Suk
Foreign Representative of Hanjin
Shipping Co., Ltd.

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

**Chapter 15 Petition**
**Hanjin Shipping Co., Ltd.**

<u>**Addendum A: Statement Pursuant to Section 1515(c) of the Bankruptcy Code**</u>

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 16-

Chapter 15

In re:

HANJIN SHIPPING CO., LTD.[1]

　　　　　Debtor in a Foreign
　　　　　Proceeding.

**FOREIGN REPRESENTATIVE'S
STATEMENT REGARDING KNOWN
FOREIGN PROCEEDINGS**

　　　　I, Tai-Soo Suk, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

under the laws of the United States as follows:

　　　　1.　　　I am the duly appointed foreign representative (the "Foreign Representative") of

Hanjin Shipping Co., Ltd. ("Hanjin" or the "Debtor") in connection with the pending proceeding

(the "Korean Proceeding") filed under the Debtor Rehabilitation and Bankruptcy Act in the

Seoul Central District Court in Seoul, Korea.

　　　　2.　　　I respectfully submit this statement, as required under section 1515(c) of title 11

of the United States Code (the "Bankruptcy Code"), in support of the verified chapter 15 petition

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

filed by the Foreign Representative seeking recognition by the United States Bankruptcy Court

for the District of New Jersey of the Korean Proceeding as a foreign main proceeding.

3.        Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the

best of my knowledge, the Korean Proceeding is the only insolvency proceeding of any kind

pending with respect to Hanjin and thus is the only known "foreign proceeding" with respect to

Hanjin, as that term is defined in section 101(23) of the Bankruptcy Code.

4.        I declare under penalty of perjury under the laws of the United States of America

that, based upon my knowledge, information and belief as set forth herein, the foregoing is true

and correct.

Dated: September 2, 2016

_____
Tai-Soo Suk
Foreign Representative of Hanjin
Shipping Co., Ltd.

40000/0704-13542007v2

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CASE NO. 16- |
| In re:<br><br>HANJIN SHIPPING CO., LTD.[1]<br><br>   Debtor in a Foreign<br>   Proceeding. | Chapter 15<br><br>**VERIFICATION OF CHAPTER 15 PETITION** |

I, Tai-Soo Suk, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

under the laws of the United States as follows:

I am the duly appointed foreign representative (the "Foreign Representative") of Hanjin

Shipping Co., Ltd. ("Hanjin" or the "Debtor") in connection with the pending proceeding (the

"Korean Proceeding") filed under the Debtor Rehabilitation and Bankruptcy Act in the Seoul

Cnetral District Court in Seoul, Korea (the "Korean Court"). I have full authority to verify the

foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the

attachments thereto (collectively, the "Petition"), and I am informed and believe that the

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

allegations contained therein are true and accurate to the best of my knowledge, information and

belief.  A true and accurate copy of the Order dated September 1, 2016 by the Korean Court

("Korean Commencement Order") is attached as Exhibit A to the Petition.

Dated: September 2, 2016

_____
Tai-Soo Suk
Foreign Representative of Hanjin
Shipping Co., Ltd

40000/0704-13542007v2