**COLE SCHOTZ, P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov, Esq.
ivolkov@coleschotz.com
Edward S. Kiel, Esq.
ekiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd., Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JOHN K. SHERWOOD
CASE NO. 16-27041 (JKS)

| | |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>**NOTICE OF FOREIGN REPRESENTATIVE'S MOTION FOR ENTRY OF PROVISIONAL ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF PURSUANT TO SECTIONS 362, 365, 1517, 1519, 1520, 1521, AND 105(A) OF THE BANKRUPTCY CODE**<br><br>**HEARING DATE AND TIME:**<br>_____, 2016, at __:__ _.m.<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   All Parties-in-Interest on the Attached Service List

PLEASE TAKE NOTICE that pursuant to an Order Shortening Time served herewith, on

the ____ day of September, 2016, at __:__ __.m. (prevailing Eastern Time), or as soon thereafter

---
[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

as counsel may be heard, the undersigned, counsel for Tai-Soo Suk, Foreign Representative (the "**Foreign Representative**") of Hanjin Shipping Co. Ltd. (the "**Debtor**"), shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street, Third Floor Newark, New Jersey 07102, for entry of a provisional order granting recognition of foreign main proceeding and certain related relief pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code (the "**Provisional Relief Motion**").

PLEASE TAKE FURTHER NOTICE that in support of the Provisional Relief Motion, the undersigned shall rely on the Declarations of Tai-Soo Suk and Wan Shik Lee, which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed Order granting the Provisional Relief Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Provisional Relief Motion shall be presented at the hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Provisional Relief Motion.

COLE SCHOTZ, P.C.
*Attorneys for Tai-Soo Suk, Foreign Representative Hanjin Shipping Co., Ltd., Debtor in a Foreign Proceeding*

By:*/s/ Ilana Volkov*
    Ilana Volkov
    Edward S. Kiel

DATED: September 2, 2016

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| TOTAL TERMINALS INTERNATIONAL LLC | LGB TERMINAL PIER-T<br>301 HANJIN ROAD<br>LONG BEACH, CA | 90802 |
| BNSF RAILROAD | P.O. BOX 101298<br>ATLANTA, GA | 30392-1298 |
| UNION PACIFIC RAILROAD | P.O.BOX 843465<br>DALLAS, TX | 75284 |
| TOTAL TERMINALS INTERNATIONAL LLC | TERMINAL 46,<br>401 ALASKAN WAY SOUTH<br>SEATTLE, WA | 98104 |
| YUSEN TERMINALS LLC | PORT OF LOS ANGELES<br>BERTH 212-223,<br>701 NEW DOCK STREET<br>TERMINAL ISLAND, CA | 90731 |
| MAHER TERMINALS | 1210 CORBIN STREET<br>ELIZABETH, NJ | 07201 |
| PACIFIC MARITIME SERVICES | 1131 SW KLICKITAT WAY<br>P.O. BOX 24868<br>SEATTLE, WA | 98134 |
| CANADIAN NATIONAL | CASH MANAGEMENT (PROFILE 06)<br>STE. 501-277 FRONT ST,<br>W TORONTO, ONTARIO | M5V 2X7 |
| TRAC INTERMODAL INC (HQ) | 211 COLLEGE ROAD EAST<br>PRINCETON, NEW JERSEY | 08540 |
| WEST BASIN CONTAINER TERMINAL | 111 WEST OCEAN BLVE, SUITE 1610,<br>LONG BEACH, CA | 90802 |
| SSA TERMINALS | DEPT. #4207<br>P.O. BOX 34936<br>SEATTLE, WA | 98155 |
| NORFOLK SOUTHERN RAILWAY CO. | LOCKBOX#945503<br>ATLANTA, GA | 30394-5503 |
| GEORGIA PORTS AUTHORITY | PO BOX 2406<br>SAVANNAH, GA | 31402 |
| INTERNATIONAL TRANSPORTATION SERV. | P.O. BOX 22704<br>LONG BEACH, CA | 90802 |
| VIRGINIA INT'L TERMINALS, INC. | P.O. BOX 1387<br>NORFOLK, VA | 23501 |

40000/0705-13546096v1

| NOTICE PARTY | ADDRESS | ZIP CODE |
|---|---|---|
| MARINE TERMINALS CORPORATION (MTC) | 145B SOUTHERN BL. SAVANNAH, GA | 31405 |
| APM TERMINALS PACIFIC LTD | LOS ANGELES, CA - PIER 400 2500 NAVY WAY TERMINAL ISLAND, CA | 90731-4000 |
| HARBOR EXPRESS,INC. | 501 QUAY AVENUE WILMINGTON, CA | 90744-5949 |
| OLYMPIC CONTAINER TERMINALS LLC (O) | P.O. BOX 24501 SEATTLE, WA | 98124 |
| BBT LOGISTICS (BBTO) | 329 DOREMUS AVE NEWARK, NJ | 07105 |
| GOLD POINT | 9355 AIRWAY ROADOTAY MESA, CA 92173 | 92173 |
| NORTH CAROLINA STATE PORTS AUTHORITY | P.O.BOX 9002 WILMINGTON, NC | 28402 |
| XPO DRAYAGE, INC. | 27415 S INDUSTRAIL PARK DRIV ELWOOD, IL 60421 | 60421 |
| CP&O, LLC | 501 CLAREMONT AVE NORFOLK, VA | 23507 |
| NORTHWEST CONTAINER SERVICES (PDX- | 11920 N. BURGARD ROAD PORTLAND, OR | 97203 |
| PORT OF HOUSTON AUTHORITY(HOU/GLS) | 1515 E. BARBOURS CUT BLVD LA PORTE, TX | 77571 |
| MASSACHUSETTS PORT AUTHORITY | P.O.BOX 5853 BOSTON, MA | 02206 |
| INTERMODAL CARTAGE (MEM) | 5707 E. HOLMES RD MEMPHIS, TN | 38141 |
| SHIPPERS STEVEDORING CO | 11811 EAST FREEWAY #660 HOUSTON, TX | 77029 |
| CERES MARINE TERMINALS, INC. (CHS) | 5900 CORE AVENUE, SUITE 502 NORTH CHARLESTON, SC | 29406 |
| HUSKY TERMINAL & STEVEDORING, INC. | 1101 PORT OF TACOMA RD TACOMA | 98421 |
| GOLD POINT TRANSPORTATION, INC. | 1621 EAST OPP STREET WILMINGTON, CA | 90744-3946 |

40000/0705-13546096v1

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| FLEXI-VAN LEASING (HJS-NYC) | 251 MONROE AVE. KENILWORTH, N.J. | 07033 |
| INTEGRATED MARINE SERVICES (IMS) | 500 EAST BARBOURS CUT BLVD., LA PORTE, TX | 75571 |
| AV LOGISTICS | 350 CORPORATE WAY SUITE 250 ORANGE PARK FL | 32073 |
| EAST COAST TRANSPORT | 10401 REDWOOD AVENUE FONTANA, CA | 92337 |
| P B EXPRESS, INC. | SUITE 306, 21010 CENTER RIDGE ROAD ROCKY RIVER, OH | 44116 |
| VERSA LOGISTICS, LLC | 15930 VALLEY BLVD. CITY OF INDUSTRY, CA | 91744 |
| ALASKA MARINE LINES, INC. | 5615 W. MARGINAL WAY S.W. SEATTLE, WA | 98124 |
| HEPTA RUN, INC. | 3400 ROGERDALE ST. HOUSTON, TX | 77042 |
| LINCOLN TRANSPORTATION SERVICES | 250 W. MANVILLE ST. COMPTON, CA | 90220 |
| PACIFIC GATEWAY TRANSPORTATION INC. | 550 E. CARSON PLAZA DRIVE, #216 & #210, CARSON, CA | 90746 |
| KNIGHT TRANSPORTATION | P.O. BOX 29897 PHOENIX, AZ | 85038-9897 |
| CALIFORNIA MULTIMODAL, INC. | 2902 E. VAL VERDE COURT P.O. BOX 22777 LONG BEACH, CA | 90801 |
| HARVEST TRANS INC | 575 AVE P, NEWARK, NJ | 07105 |
| INTRANSIT CONTAINER, INC. | 241 FRANCIS AVENUE MANSFIELD, MA | 02048-1548 |
| PORTLAND CONTAINER REPAIR (PDX) | 8316 N. LOMBARD PMB #330 PORTLAND, OR | 97203-3727 |
| TOLL GLOBAL FORWARDING INC. | 1370 VALLEY VISTA DRIVE, SUITE 150 DIAMOND BAR, CA | 91765 |

40000/0705-13546096v1

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| XPO DRAYAGE, INC. | 9140 ARROWPOINT BLVD, STE 300<br>CHARLOTTE, NC | 28273 |
| COLUMBIA CONTAINER SERVICES (NY) | 8 LISTER AVE<br>NEWARK, NJ | 07105 |
| MULTI-MODAL TRANSPORT (MSP) | 2185 CAPP ROAD<br>ST. PAUL, MN | 55114 |
| CENTRAL STATES IND | 6107 S. INDIANAPOLIS RD.<br>WHITESTOWN, IN | 46075 |
| HARBOR BRIDGE INTERMODAL, INC. - P | 1910 HALETHORPE FARMS RD<br>BALTIMORE, MD | 21227 |
| BURLINGTON NORHTERN SANTE FE | MISCELLANEOUS BILLS (INTERMODAL)<br>P.O. BOX 93668<br>CHICAGO, IL | 60673-3668 |
| K & R TRANSPORTATION LLC | P.O. BOX 92829<br>LONG BEACH, CA | 90809 |
| PB INDUSTRIES (CHI) | 361 BONNIE LANE<br>ELK GROVE<br>VILLAGE, IL | 60007 |
| NEW CONNECT LOGISTICS | 2807 EL PRESIDIO STREET<br>CARSON, CA | 90810 |
| CANADIAN PACIFIC RAIL | 1100 RENE LEVESQUE BLVD.WEST<br>SUITE 900<br>MONTREAL, QB | H3Z 3C8 |
| NORTON LILLY INTERNATIONAL | P.O. BOX 1209<br>MOBILE, AL | 36601 |
| MORAN TOWING CORPORATION | TWO GREENWICH PLAZA<br>GREENWICH, CONNECTICUT | 06830-6395 |
| LINCOLN TRANSPORT PHOENIX, INC. | 2530 S. 16TH AVENUE<br>PHOENIX, AZ | 85007 |
| BBT LOGISTICS (ORF) | 801 BROAD ST.<br>SUITE 1010<br>PORTSMITH, VA | 23707 |
| WILMINGTON - CAPE FEAR PILOTS ASSO | P.O. BOX 10070<br>SOUTHPORT, NC | 28641 |
| MORAN TOWING SAVANNAH | P.O. BOX 1365<br>SAVANNAH, GA | 31402 |

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| PB INDUSTRIES, INC. | 880 BLUE MOUND RD, W. #100 HASLET, TX | 76052 |
| KL FENIX CORP. | 19401 S. MAIN ST., STE 301 GARDENA, CA | 90248 |
| MILLENNIUM MARITIME | P.O. BOX 24005 SEATTLE, WA | 98124 |
| XPO DRAYAGE, INC. | 135 OLD MCDONOUGH ROAD CONLEY, GA | 30288 |
| SAVANNAH PILOTS ASSOCIATION | P.O. BOX 9267 SAVANNAH, GA | 31412 |
| JACOBSEN PILOT SERVICE,INC. | P.O.BOX 32248 LONG BEACH,CA | 90832-2248 |
| SAN FRANCISCO BAR PILOTS | DEPT 1839 P.O.BOX 61000 SAN FRANCISCO, CA | 94161 |
| NORTON LILLY INTERNATIONAL | ONE ST. LOUIS CENTER SUITE 2003 MOBILE, AL U.S.A. | 36602 |
| PORTS AMERICA CHESAPEAKE, LLC | 2200 BROENING HIGHWAY, SUITE 100 BALTIMORE, MD | 21224 |
| AMNAV MARINE SERVICES | P.O. BOX 24133OAKLAND, CA | 94623-1133 |
| PB INDUSTRIES INC.--ATL | 7200 BISHOP RD., AUSTELL, GA 30168 | 30168 |
| MORAN TOWING CORP - NORFOLK | POST OFFICE BOX 64646 BALTIMORE MD | 21264-4646 |
| HUB GROUP TRUCKING, INC - CHI | 9600 W 47TH STREET, 2ND FLOOR MCCOOK, IL | 60525-3205 |
| HUB GROUP TRUCKING, INC - MEM | 5660 UNIVERSAL DRIVE MEMPHIS, TN | 38118-7923 |
| HUB GROUP TRUCKING, INC | 8575 S CENTRAL EXPRESSWAY DALLAS, TX | 75241-7504 |
| PB INDUSTRIES ( SAV ) | 1699 WALL ST, SUITE 112 MT. PROSPECT, IL | 60056 |

40000/0705-13546096v1

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| NORTHWEST CONTAINER SERVICES (SEA) | 3433 AIRPORT WAY SOUTHSEATTLE, WA | 98134 |
| PUGET SOUND PILOTS | 101 STEWART STREET SUITE 900 SEATTLE, WA | 98101 |
| STARLIGHT MARINE SERVICES | P.O. BOX 11626 TACOMA, WA | 98411-6626 |
| WILMINGTON DOCKING PILOTS | P.O. BOX 836 WILMINGTON, N.C | 28402 |
| GEORGIA DOCKING PILOTS, INC. | 506 E. PRESIDENT ST. SAVANNAH, GEORGIA | 31401 |
| CHARLESTON BRANCH PILOTS' ASSOCIATION | P.O. BOX 179 CHARLSESTON, SOUTH CAROLINA | 29402 |
| PB INDUSTRIES - MEM | 4711 EAST HOLMES ROAD MEMPHIS, TN **38118??** | 38654 |
| VIRGINIA PILOT ASSOCIATION | 3329 SHORE DRIVE VIRGINIA BEACH, VA. 23451 | 23451 |
| METRO PILOTS, LLC | P.O. BOX 381 BUCKINGHAM, PA | 18912 |
| MCALLISTER TOWING OF CHARLSTON, INC. | 50 IMMIGRATION STREET CHARLESTON, SC | 29403 |
| MCALLISTER TOWING OF WILMINGTON, INC. | 3931 PAYSPHERE CIRCLE CHICAGO, IL | 60674 |
| BISCAYNE BAY PILOTS | 2911 PORT BOULEVARD MIAMI, FL 33132 | 33132 |
| JBS CARRIERS | 2401 2ND AVENUE GREELEY, CO | 80631 |
| ASSOCIATION OF VIRGINIA DOCKING PI | PEMBROKE 5 BLDG, STE. 108 VIRGINIA BEACH  VA | 23462 |
| CHARLESTON PORT SERVICES CO. | P.O. BOX 21753 CHARLESTON, SC | 29413-1753 |

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| ELITE LOGISTICS CORP. | ATTN: DAVID C. WRIGHT, ESQ., JAE KOOK KIM, ESQ., KRISTY M. AREVALO, ESQ., RICHARD D MCCUNE, JR, ESQ., C/O MCCUNE WRIGHT LLP 2068 ORANGE TREE LANE, STE 216 REDLANDS, CA | 92374 |
| HASTAY MARINE LTD. | ATTN: ANDRE M. PICCIURRO, ESQ. BRADLEY M. ROSE, ESQ. DANIEL F. BERBERICH, ESQ. FRANK C. BRUCCULERI, ESQ., C/O KAY ROSE AND PARTNERS LLP 9100 WILSHIRE BLVD, STE 420 W  BEVERLY HILLS, CA | 90212 |
| MONTEMP MARITIME LTD. | ATTN: J. STEPHEN SIMMS, ESQ., MARIOS JOHN MONOPOLIS, ESQ., C/O SIMMS SHOWERS LLP, 201 INTERNATIONAL CIRCLE, STE 250 BALTIMORE, MD | 21030 |
| BENDE | CARIN A O'DONNELL, STARK & STARK, 777 TOWNSHIP LINE RD SUITE 120, YARDLEY, PA | 19067 |
| LATANYA COUNTER DEBORAH GREEN; LEONA COUNTER-YOUNG; MONESHA ABRAMS; CLOVIJEAN GOOD | JEFFREY B. LANDA 1202 S. 24TH AVENUE, FARGO, ND | 58103 |
| REGAL SPRINGS | JUSTIN M. HEILIG HILL RIVKINS LLP 45 BROADWAY, SUITE 1500 NEW YORK, NY | 10006 |
| | REGAL SPRING TRADING CO. 2801 SW 149TH AVENUE, STE 270 MIRAMAR, FL | 33027 |

40000/0705-13546096v1

| NOTICE PARTIES | ADDRESS | ZIP CODE |
|---|---|---|
| NIKE INC. | RODNEY Q. FONDA,<br>PREG & O'DONNELL GILLETT,<br>901 5TH AVE., SUITE 3400, SEATTLE, WA | 98164 |
| | NIKE INC.,<br>ONE BOWERMAN DRIVE<br>BEAVERTON, OR | 97005 |
| A.ZIN MUANG | RICHARD DODSON,<br>DODSON, HOOKS, & FREDERICK,<br>APLC, 112 FOUNDERS DRIVE<br>BATON ROUGE, LOUISIANA | 70802 |
| | DAN FOLEY, BARKER BOUDREAUX, LAMY & FOLEY,<br>228 ST. CHARLES AVE<br>SUITE 1100, NEW ORLEANS, LA | 70130 |
| K-LINE | REED SMITH LLP,<br>599 LEXINGTON AVENUE,<br>NEW YORK, NEW YORK | 10022 |
| ZIMMER WORLDWIDE LOGISTICS, INC. | ZIMMER WORLDWIDE LOGISTICS, INC.<br>411 N. SAM HOUSTON PKWY SUITE 280<br>HOUSTON, TX | 77060 |
| PACIFIC MARITIME ASSOCIATION | P.O. BOX 7861,<br>SAN FRANCISCO, CA | 94120-7861 |
| KEB HANA BANK, NEW YORK AGENCY | 650 FIFTH AVE. 15TH FLOOR,<br>NEW YORK, NY | 10019 |
| EASE WEST BANK | 135 N LOS ROBLES AVE., STE 600<br>PASADENA, CA | 91101 |
| KEB HANA LA FINANCIAL CORP. | 777 S FIGUEROA ST STE 3000<br>LOS ANGELES, CA | 90017 |
| CONTAINER ROYALTY CENTRAL COLLECT. | 485 C US HIGHWAY 1 SOUTH, STE 120<br>ISELIN, NJ | 08830 |
| NYSA CNTR/TONNAGE ASSESSMENT | TWO WORLD TRADE CENTER, 20TH FLOOR<br>ATTN: CASHIER<br>NEW YORK, N.Y. | 10006 |

| NOTICE PARTY | ADDRESS | ZIP CODE |
|---|---|---|
| UNITED STATES TRUSTEE | ONE NEWARK CENTER, SUITE 2100  1085 RAYMOND BOULEVARD NEWARK, NEW JERSEY | 07102 |
| FEDERAL MARITIME COMMISSION | 800 NORTH CAPITOL STREET, N.W WASHINGTON, D.C. | 20573 |