UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLE SCHOTZ P.C.

Court Plaza North

25 Main Street

P.O. Box 800

Hackensack, New Jersey 07602-0800

Ilana Volkov

ivolkov@coleschotz.com

Edward S. Kiel

ekiel@coleschotz.com

(201) 489-3000

(201) 489-1536 Facsimile

Attorneys for *Tai-Soo Suk, Foreign Representative of Hanjin Shipping Co., Ltd.*

**Order Filed on September 3, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hanjin Shipping Co., Ltd

Case No.:   16-27041

Chapter:    15

Judge:      John K. Sherwood

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 3, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of Tai-Soo Suk, as the foreign representative of Hanjin Shipping Co., Ltd. for a reduction of time for a hearing on Foreign Representative's Motion for Entry of Provisional Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of The Bankruptcy Code under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 6, 2016 at 2:00 PM in the United States Bankruptcy Court, District of New Jersey, Courtroom No. 3D, Newark.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: the United States Trustee and all other parties on the Service List attached to the Notice of Motion_

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*Rev.2/1/16*