BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Jennifer R. Hoover (NJ No. 026502001)
Kevin M. Capuzzi (NJ No. 173442015)

*Counsel for Yusen Logistics (Americas), Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 15 |
| HANJIN SHIPPING CO. LTD., | Case No. 16-27041 (JKS) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that Benesch, Friedlander, Coplan & Aronoff LLP hereby appears in the above-captioned case and enters its appearance as counsel for Yusen Logistics (Americas), Inc. ("Yusen") pursuant to Fed. R. Bankr. P. 9010(b).

Please take further notice that counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

9587639 v1

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, order, reply, answer, schedule of assets and liabilities, statement of financial affairs, plan, or disclosure statement, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Yusen's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which Yusen is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Yusen reserves.

Dated: September 6, 2016

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*
Jennifer R. Hoover (NJ No. 026502001)
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: (302) 442-7063
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

OF COUNSEL:
Marc S. Blubaugh, Esquire
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9382
Facsimile: (614) 223-9330
mblubaugh@beneschlaw.com

*Counsel for Yusen Logistics (Americas), Inc.*

## CERTIFICATE OF SERVICE

I, Celeste A. Hartman, hereby certify that I am over the age of 18 and that on September 6, 2016, I caused the foregoing Notice of Entry of appearance and Demand for Service of Papers to be served upon all persons receiving notice through the Court's cm/ecf system.

Under penalty of perjury, I certify the foregoing to be true and correct.

                                             */s/ Celeste A. Hartman*
                                             CELESTE A. HARTMAN