| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**O'MELVENY & MYERS LLP**<br>Daniel S. Shamah (*pro hac vice* pending)<br>Jeffrey A. N. Kopczynski<br>Joseph A. Spina<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>Evan M. Jones (*pro hac vice* pending)<br>400 South Hope Street<br>Los Angeles, California 90071<br>(213) 430-6000 | |
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>　　　　Debtor in a Foreign Proceeding. | Case No. 16-27041 (JKS)<br><br>Chapter 15<br><br>Judge: Hon. John K. Sherwood<br><br>Hearing Date: September 6, 2016 |

### NOTICE OF APPEARANCE & REQUEST FOR SERVICE

To All Interested Parties:

　　　　The undersigned hereby enters appearance as attorney for Samsung Electronics, and requests that you serve upon the undersigned copies of all notices and filings in this matter, where applicable under the Rules, service may be made by way of the Court's Electronic Case Filing (ECF) system.

*[rest of page intentionally left blank]*

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

-2-

                **O'MELVENY & MYERS LLP**
by: */s/ Jeffrey A. N. Kopczynski*
      Jeffrey A. N. Kopczynski, Esq.
      7 Times Square
      New York, New York 10036
      (212) 326-2000

*Attorneys for Samsung Electronics*

Dated: September 6, 2016