**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JOHN K. SHERWOOD
CASE NO. 16-27041 (JKS)

In re:

HANJIN SHIPPING CO., LTD.,[1]

      Debtor in a Foreign
      Proceeding.

Chapter 15

## CERTIFICATION OF SERVICE

I, SUHAILAH SALLIE,

☐ represent the _____ in the above-captioned matter.

☒ am employed as a paralegal with the law firm of Cole Schotz P.C., counsel for Tai-

Soo Suk, Foreign Representative of Hanjin Shipping Co., Ltd., Debtor in a Foreign

Proceeding.

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835.  The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

☐ am the _____ in the above case and am representing myself.

1.    On September 3, 2016, this office caused to be served on the following parties,

using the mode of service indicated below, a copy of the following pleadings:

A.    Chapter 15 Petition for Recognition of Foreign Proceeding [Docket No. 1];

B.    Declaration of Tai-Soo Suk in Support of (I) Verified Chapter 15 Petition; (II) Motion of Foreign Representative For Entry of Provisional Relief in Aid of Foreign Main Proceeding; and (III) Certain Related Relief [Docket No. 3];

C.    Declaration of Wan Shik Lee Nam in Support of Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding [Docket No. 4];

D.    Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(A) of the Bankruptcy Code [Docket No. 5];

E.    Application for Order Shortening Time of Foreign Representative's Motion for Entry of Provisional Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, And 105(A) of the Bankruptcy Code [Docket No. 6];

F.    Notice of Foreign Representative's Motion for Entry of Provisional Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, And 105(A) of the Bankruptcy Code [Docket No. 7]; and

G.    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 8].

2.    I certify under penalty of perjury the above documents were sent using the

mode of service indicated.

Dated:  September 6, 2016                    */s/ Suhailah Sallie*_____
                                                            Signature

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TOTAL TERMINALS INTERNATIONAL LLC<br>LGB TERMINAL PIER-T<br>301 HANJIN ROAD<br>LONG BEACH, CA 90802 | Potential Creditor | Express Mail |
| BNSF RAILROAD<br>P.O. BOX 101298<br>ATLANTA, GA 30392-1298 | Potential Creditor | Overnight Mail |
| UNION PACIFIC RAILROAD<br>P.O.BOX 843465<br>DALLAS, TX 75284 | Potential Creditor | Overnight Mail |
| TOTAL TERMINALS INTERNATIONAL LLC<br>TERMINAL 46,<br>401 ALASKAN WAY SOUTH<br>SEATTLE, WA 98104 | Potential Creditor | Express Mail |
| YUSEN TERMINALS LLC<br>PORT OF LOS ANGELES<br>BERTH 212-223,<br>701 NEW DOCK STREET<br>TERMINAL ISLAND, CA 90731 | Potential Creditor | Express Mail |
| MAHER TERMINALS<br>1210 CORBIN STREET<br>ELIZABETH, NJ 07201 | Potential Creditor | Express Mail |
| PACIFIC MARITIME SERVICES<br>1131 SW KLICKITAT WAY<br>P.O. BOX 24868<br>SEATTLE, WA 98134 | Potential Creditor | Overnight Mail |
| CANADIAN NATIONAL<br>CASH MANAGEMENT (PROFILE 06)<br>STE. 501-277 FRONT ST,<br>W TORONTO, ONTARIO<br>M5V 2X7 | Potential Creditor | Express Mail |
| TRAC INTERMODAL INC (HQ)<br>211 COLLEGE ROAD EAST<br>PRINCETON, NEW JERSEY 08540 | Potential Creditor | Express Mail |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| WEST BASIN CONTAINER TERMINAL<br>111 WEST OCEAN BLVE, SUITE 1610,<br>LONG BEACH, CA 90802 | Potential Creditor | Express Mail |
| SSA TERMINALS<br>DEPT. #4207<br>P.O. BOX 34936<br>SEATTLE, WA 98155 | Potential Creditor | Overnight Mail |
| NORFOLK SOUTHERN RAILWAY CO.<br>LOCKBOX#945503<br>ATLANTA, GA 30394-5503 | Potential Creditor | Overnight Mail |
| GEORGIA PORTS AUTHORITY<br>PO BOX 2406<br>SAVANNAH, GA 31402 | Potential Creditor | Overnight Mail |
| INTERNATIONAL TRANSPORTATION SERV.<br>P.O. BOX 22704<br>LONG BEACH, CA 90802 | Potential Creditor | Overnight Mail |
| VIRGINIA INT'L TERMINALS, INC.<br>P.O. BOX 1387<br>NORFOLK, VA 23501 | Potential Creditor | Overnight Mail |
| MARINE TERMINALS CORPORATION (MTC)<br>145B SOUTHERN BL.<br>SAVANNAH, GA 31405 | Potential Creditor | Express Mail |
| APM TERMINALS PACIFIC LTD<br>LOS ANGELES, CA - PIER 400<br>2500 NAVY WAY<br>TERMINAL ISLAND, CA 90731-4000 | Potential Creditor | Express Mail |
| HARBOR EXPRESS,INC.<br>501 QUAY AVENUE<br>WILMINGTON, CA 90744-5949 | Potential Creditor | Express Mail |
| OLYMPIC CONTAINER TERMINALS LLC (O)<br>P.O. BOX 24501<br>SEATTLE, WA 98124 | Potential Creditor | Overnight Mail |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BBT LOGISTICS (BBTO)<br>329 DOREMUS AVE<br>NEWARK, NJ 07105 | Potential Creditor | Express Mail |
| GOLD POINT<br>9355 AIRWAY ROADOTAY<br>MESA, CA 92173 | Potential Creditor | Express Mail |
| NORTH CAROLINA STATE PORTS AUTHORITY<br>P.O.BOX 9002<br>WILMINGTON, NC 28402 | Potential Creditor | Overnight Mail |
| XPO DRAYAGE, INC.<br>27415 S INDUSTRAIL PARK DRIV<br>ELWOOD, IL 60421 | Potential Creditor | Express Mail |
| CP&O, LLC<br>501 CLAREMONT AVE<br>NORFOLK, VA 23507 | Potential Creditor | Express Mail |
| NORTHWEST CONTAINER SERVICES (PDX-<br>11920 N. BURGARD ROAD<br>PORTLAND, OR 97203 | Potential Creditor | Express Mail |
| PORT OF HOUSTON AUTHORITY(HOU/GLS)<br>1515 E. BARBOURS CUT BLVD<br>LA PORTE, TX 77571 | Potential Creditor | Express Mail |
| MASSACHUSETTS PORT AUTHORITY<br>P.O.BOX 5853<br>BOSTON, MA 02206 | Potential Creditor | Overnight Mail |
| INTERMODAL CARTAGE (MEM)<br>5707 E. HOLMES RD<br>MEMPHIS, TN 38141 | Potential Creditor | Express Mail |
| SHIPPERS STEVEDORING CO<br>11811 EAST FREEWAY #660<br>HOUSTON, TX 77029 | Potential Creditor | Express Mail |
| CERES MARINE TERMINALS, INC. (CHS)<br>5900 CORE AVENUE, SUITE 502<br>NORTH CHARLESTON, SC 29406 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HUSKY TERMINAL & STEVEDORING, INC.<br>1101 PORT OF TACOMA RD<br>TACOMA, WA 98421 | Potential Creditor | Express Mail |
| GOLD POINT TRANSPORTATION, INC.<br>1621 EAST OPP STREET<br>WILMINGTON, CA 90744-3946 | Potential Creditor | Express Mail |
| FLEXI-VAN LEASING (HJS-NYC)<br>251 MONROE AVE.<br>KENILWORTH, N.J. 07033 | Potential Creditor | Express Mail |
| INTEGRATED MARINE SERVICES (IMS)<br>500 EAST BARBOURS CUT BLVD.,<br>LA PORTE, TX 75571 | Potential Creditor | Express Mail |
| AV LOGISTICS<br>350 CORPORATE WAY SUITE 250<br>ORANGE PARK FL 32073 | Potential Creditor | Express Mail |
| EAST COAST TRANSPORT<br>10401 REDWOOD AVENUE<br>FONTANA, CA 92337 | Potential Creditor | Express Mail |
| P B EXPRESS, INC.<br>SUITE 306, 21010 CENTER RIDGE ROAD<br>ROCKY RIVER, OH 44116 | Potential Creditor | Express Mail |
| VERSA LOGISTICS, LLC<br>15930 VALLEY BLVD.<br>CITY OF INDUSTRY, CA 91744 | Potential Creditor | Express Mail |
| ALASKA MARINE LINES, INC.<br>5615 W. MARGINAL WAY S.W.<br>SEATTLE, WA 98124 | Potential Creditor | Express Mail |
| HEPTA RUN, INC.<br>3400 ROGERDALE ST.<br>HOUSTON, TX 77042 | Potential Creditor | Express Mail |
| LINCOLN TRANSPORTATION SERVICES<br>250 W. MANVILLE ST.<br>COMPTON, CA 90220 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PACIFIC GATEWAY TRANSPORTATION INC.<br>550 E. CARSON PLAZA DRIVE, #216 & #210<br>CARSON, CA 90746 | Potential Creditor | Express Mail |
| KNIGHT TRANSPORTATION<br>P.O. BOX 29897<br>PHOENIX, AZ 85038-9897 | Potential Creditor | Overnight Mail |
| CALIFORNIA MULTIMODAL, INC.<br>2902 E. VAL VERDE COURT<br>P.O. BOX 22777<br>LONG BEACH, CA90801 | Potential Creditor | Overnight Mail |
| HARVEST TRANS INC<br>575 AVE P,<br>NEWARK, NJ 07105 | Potential Creditor | Express Mail |
| INTRANSIT CONTAINER, INC.<br>241 FRANCIS AVENUE<br>MANSFIELD, MA 02048-1548 | Potential Creditor | Express Mail |
| PORTLAND CONTAINER REPAIR (PDX)<br>8316 N. LOMBARD, PMB #330<br>PORTLAND, OR 97203-3727 | Potential Creditor | Express Mail |
| TOLL GLOBAL FORWARDING INC.<br>1370 VALLEY VISTA DRIVE, SUITE 150<br>DIAMOND BAR, CA<br>91765 | Potential Creditor | Express Mail |
| XPO DRAYAGE, INC.<br>9140 ARROWPOINT BLVD, STE 300<br>CHARLOTTE, NC 28273 | Potential Creditor | Express Mail |
| COLUMBIA CONTAINER SERVICES (NY)<br>8 LISTER AVE<br>NEWARK, NJ 07105 | Potential Creditor | Express Mail |
| MULTI-MODAL TRANSPORT (MSP)<br>2185 CAPP ROAD<br>ST. PAUL, MN 55114 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CENTRAL STATES IND<br>6107 S. INDIANAPOLIS RD.<br>WHITESTOWN, IN 46075 | Potential Creditor | Express Mail |
| HARBOR BRIDGE INTERMODAL, INC. - P<br>1910 HALETHORPE FARMS RD<br>BALTIMORE, MD 21227 | Potential Creditor | Express Mail |
| BURLINGTON NORHTERN SANTE FE<br>MISCELLANEOUS BILLS (INTERMODAL)<br>P.O. BOX 93668<br>CHICAGO, IL 60673-3668 | Potential Creditor | Overnight Mail |
| K & R TRANSPORTATION LLC<br>P.O. BOX 92829<br>LONG BEACH, CA 90809 | Potential Creditor | Overnight Mail |
| PB INDUSTRIES (CHI)<br>361 BONNIE LANE<br>ELK GROVE VILLAGE, IL 60007 | Potential Creditor | Express Mail |
| NEW CONNECT LOGISTICS<br>2807 EL PRESIDIO STREET<br>CARSON, CA 90810 | Potential Creditor | Express Mail |
| CANADIAN PACIFIC RAIL<br>1100 RENE LEVESQUE BLVD.WEST, SUITE 900<br>MONTREAL, QB H3Z 3C8 | Potential Creditor | Express Mail |
| NORTON LILLY INTERNATIONAL<br>P.O. BOX 1209<br>MOBILE, AL 36601 | Potential Creditor | Overnight Mail |
| MORAN TOWING CORPORATION<br>TWO GREENWICH PLAZA<br>GREENWICH, CONNECTICUT 06830-6395 | Potential Creditor | Express Mail |
| LINCOLN TRANSPORT PHOENIX, INC.<br>2530 S. 16TH AVENUE<br>PHOENIX, AZ 85007 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BBT LOGISTICS (ORF)<br>801 BROAD ST.<br>SUITE 1010<br>PORTSMITH, VA 23707 | Potential Creditor | Express Mail |
| WILMINGTON - CAPE FEAR PILOTS ASSO<br>P.O. BOX 10070<br>SOUTHPORT, NC 28641 | Potential Creditor | Overnight Mail |
| MORAN TOWING SAVANNAH<br>P.O. BOX 1365<br>SAVANNAH, GA 31402 | Potential Creditor | Overnight Mail |
| PB INDUSTRIES, INC.<br>880 BLUE MOUND RD, W. #100<br>HASLET, TX 76052 | Potential Creditor | Express Mail |
| KL FENIX CORP.<br>19401 S. MAIN ST., STE 301<br>GARDENA, CA 90248 | Potential Creditor | Express Mail |
| MILLENNIUM MARITIME<br>P.O. BOX 24005<br>SEATTLE, WA 98124 | Potential Creditor | Overnight Mail |
| XPO DRAYAGE, INC.<br>135 OLD MCDONOUGH ROAD<br>CONLEY, GA 30288 | Potential Creditor | Express Mail |
| SAVANNAH PILOTS ASSOCIATION<br>P.O. BOX 9267<br>SAVANNAH, GA 31412 | Potential Creditor | Overnight Mail |
| JACOBSEN PILOT SERVICE,INC.<br>P.O.BOX 32248<br>LONG BEACH,CA 90832-2248 | Potential Creditor | Overnight Mail |
| SAN FRANCISCO BAR PILOTS<br>DEPT 1839<br>P.O.BOX 61000<br>SAN FRANCISCO, CA 94161 | Potential Creditor | Overnight Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NORTON LILLY INTERNATIONAL<br>ONE ST. LOUIS CENTER, SUITE 2003<br>MOBILE, AL 36602 | Potential Creditor | Express Mail |
| PORTS AMERICA CHESAPEAKE, LLC<br>2200 BROENING HIGHWAY, SUITE 100<br>BALTIMORE, MD 21224 | Potential Creditor | Express Mail |
| AMNAV MARINE SERVICES<br>P.O. BOX<br>24133OAKLAND, CA 94623-1133 | Potential Creditor | Overnight Mail |
| PB INDUSTRIES INC.--ATL<br>7200 BISHOP RD.,<br>AUSTELL, GA 30168 | Potential Creditor | Express Mail |
| MORAN TOWING CORP - NORFOLK<br>PO BOX 64646<br>BALTIMORE MD 21264-4646 | Potential Creditor | Overnight Mail |
| HUB GROUP TRUCKING, INC - CHI<br>9600 W 47TH STREET, 2ND FLOOR<br>MCCOOK, IL 60525-3205 | Potential Creditor | Express Mail |
| HUB GROUP TRUCKING, INC - MEM<br>5660 UNIVERSAL DRIVE<br>MEMPHIS, TN 38118-7923 | Potential Creditor | Express Mail |
| HUB GROUP TRUCKING, INC<br>8575 S CENTRAL EXPRESSWAY<br>DALLAS, TX 75241-7504 | Potential Creditor | Express Mail |
| PB INDUSTRIES ( SAV )<br>1699 WALL ST, SUITE 112<br>MT. PROSPECT, IL 60056 | Potential Creditor | Express Mail |
| NORTHWEST CONTAINER SERVICES (SEA)<br>3433 AIRPORT WAY<br>SOUTHSEATTLE, WA 98134 | Potential Creditor | Express Mail |
| PUGET SOUND PILOTS<br>101 STEWART STREET, SUITE 900<br>SEATTLE, WA 98101 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| STARLIGHT MARINE SERVICES<br>P.O. BOX<br>11626 TACOMA, WA 98411-6626 | Potential Creditor | Overnight Mail |
| WILMINGTON DOCKING PILOTS<br>P.O. BOX 836<br>WILMINGTON, N.C. 28402 | Potential Creditor | Overnight Mail |
| GEORGIA DOCKING PILOTS, INC.<br>506 E. PRESIDENT ST.<br>SAVANNAH, GEORGIA 31401 | Potential Creditor | Express Mail |
| CHARLESTON BRANCH PILOTS' ASSOCIATION<br>P.O. BOX 179<br>CHARLSESTON, SOUTH CAROLINA 29402 | Potential Creditor | Overnight Mail |
| PB INDUSTRIES - MEM<br>4711 EAST HOLMES ROAD<br>MEMPHIS, TN 38118 | Potential Creditor | Express Mail |
| VIRGINIA PILOT ASSOCIATION<br>3329 SHORE DRIVE<br>VIRGINIA BEACH, VA. 23451 | Potential Creditor | Express Mail |
| METRO PILOTS, LLC<br>P.O. BOX 381<br>BUCKINGHAM, PA 18912 | Potential Creditor | Overnight Mail |
| MCALLISTER TOWING OF CHARLSTON, INC.<br>50 IMMIGRATION STREET<br>CHARLESTON, SC 29403 | Potential Creditor | Express Mail |
| MCALLISTER TOWING OF WILMINGTON, INC.<br>3931 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Potential Creditor | Express Mail |
| BISCAYNE BAY PILOTS<br>2911 PORT BOULEVARD<br>MIAMI, FL 33132 | Potential Creditor | Express Mail |
| JBS CARRIERS<br>2401 2ND AVENUE<br>GREELEY, CO 80631 | Potential Creditor | Express Mail |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ASSOCIATION OF VIRGINIA DOCKING PI<br>PEMBROKE 5 BLDG, STE. 108<br>VIRGINIA BEACH  VA 23462 | Potential Creditor | Express Mail |
| CHARLESTON PORT SERVICES CO.<br>P.O. BOX 21753<br>CHARLESTON, SC 29413-1753 | Potential Creditor | Overnight Mail |
| ELITE LOGISTICS CORP.<br>ATTN: DAVID C. WRIGHT, ESQ.,<br>JAE KOOK KIM, ESQ.,<br>KRISTY M. AREVALO, ESQ.,<br>RICHARD D MCCUNE, JR, ESQ.,<br>C/O MCCUNE WRIGHT LLP<br>2068 ORANGE TREE LANE, STE 216<br>REDLANDS, CA 92374 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HASTAY MARINE LTD.<br>ATTN: ANDRE M. PICCIURRO, ESQ.<br>BRADLEY M. ROSE, ESQ.<br>DANIEL F. BERBERICH, ESQ.<br>FRANK C. BRUCCULERI, ESQ.,<br>C/O KAY ROSE AND PARTNERS LLP<br>9100 WILSHIRE BLVD, STE 420<br>W  BEVERLY HILLS, CA 90212 | Potential Creditor | Express Mail |
| MONTEMP MARITIME LTD.<br>ATTN: J. STEPHEN SIMMS, ESQ.,<br>MARIOS JOHN MONOPOLIS, ESQ.,<br>C/O SIMMS SHOWERS LLP, 201 INTERNATIONAL<br>CIRCLE, STE 250<br>BALTIMORE, MD 21030 | Potential Creditor | Express Mail |
| BENDE<br>CARIN A O'DONNELL,<br>STARK & STARK,<br>777 TOWNSHIP LINE RD<br>SUITE 120, YARDLEY, PA 19067 | Potential Creditor | Express Mail |
| LATANYA COUNTER DEBORAH GREEN; LEONA<br>COUNTER-YOUNG; MONESHA ABRAMS;<br>CLOVIJEAN GOOD<br>JEFFREY B. LANDA<br>1202 S. 24TH AVENUE,<br>FARGO, ND 58103 | Potential Creditor | Express Mail |
| REGAL SPRINGS<br>JUSTIN M. HEILIG<br>HILL RIVKINS LLP<br>45 BROADWAY, SUITE 1500<br>NEW YORK, NY 10006 | Potential Creditor | Express Mail |
| REGAL SPRINGS<br>REGAL SPRING TRADING CO.<br>2801 SW 149TH AVENUE, STE 270<br>MIRAMAR, FL 33027 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NIKE INC.<br>RODNEY Q. FONDA,<br>PREG & O'DONNELL GILLETT<br>901 5TH AVE., SUITE 3400<br>SEATTLE, WA 98164 | Potential Creditor | Express Mail |
| NIKE INC.,<br>ONE BOWERMAN DRIVE<br>BEAVERTON, OR 97005 | Potential Creditor | Express Mail |
| A.ZIN MUANG<br>RICHARD DODSON,<br>DODSON, HOOKS, & FREDERICK,<br>APLC, 112 FOUNDERS DRIVE<br>BATON ROUGE, LOUISIANA 70802 | Potential Creditor | Express Mail |
| A.ZIN MUANG<br>DAN FOLEY, BARKER BOUDREAUX, LAMY &<br>FOLEY<br>228 ST. CHARLES AVE, SUITE 1100<br>NEW ORLEANS, LA 70130 | Potential Creditor | Express Mail |
| K-LINE<br>REED SMITH LLP,<br>599 LEXINGTON AVENUE,<br>NEW YORK, NEW YORK 10022 | Potential Creditor | Express Mail |
| ZIMMER WORLDWIDE LOGISTICS, INC.<br>411 N. SAM HOUSTON PKWY SUITE 280<br>HOUSTON, TX 77060 | Potential Creditor | Express Mail |
| PACIFIC MARITIME ASSOCIATION<br>P.O. BOX 7861,<br>SAN FRANCISCO, CA 94120-7861 | Potential Creditor | Overnight Mail |
| KEB HANA BANK, NEW YORK AGENCY<br>650 FIFTH AVE. 15TH FLOOR,<br>NEW YORK, NY 10019 | Potential Creditor | Express Mail |
| EASE WEST BANK<br>135 N LOS ROBLES AVE., STE 600<br>PASADENA, CA 91101 | Potential Creditor | Express Mail |

46807/0007-13548414v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KEB HANA LA FINANCIAL CORP.<br>777 S FIGUEROA ST STE 3000<br>LOS ANGELES, CA 90017 | Potential Creditor | Express Mail |
| CONTAINER ROYALTY CENTRAL COLLECT.<br>485 C US HIGHWAY 1 SOUTH, STE 120<br>ISELIN, NJ 08830 | Potential Creditor | Express Mail |
| NYSA CNTR/TONNAGE ASSESSMENT<br>TWO WORLD TRADE CENTER, 20TH FLOOR<br>ATTN: CASHIER<br>NEW YORK, N.Y. 10006 | Interested Party | Express Mail |
| UNITED STATES TRUSTEE<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK, NEW JERSEY  07102 | U.S. Trustee | Express Mail |
| FEDERAL MARITIME COMMISSION<br>800 NORTH CAPITOL STREET, N.W<br>WASHINGTON, D.C. 20573 | Interested Party | Express Mail |

46807/0007-13548414v1