**O'MELVENY & MYERS LLP**
Daniel S. Shamah (*pro hac vice* pending)
Jeffrey A.N. Kopczynski
Joseph Spina
7 Times Square
New York, New York 10036
(212) 326-2000

Evan M. Jones (*pro hac vice* pending)
400 South Hope Street
Los Angeles, California 90071
(213) 430-6000

*Attorneys for Samsung Electronics*

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE JOHN K. SHERWOOD CASE NO. 16-27041 (JKS) |
| In re: | Chapter 15 |
| HANJIN SHIPPING CO., LTD.,[1] | **SAMSUNG ELECTRONICS' STATEMENT REGARDING PROVISIONAL RELIEF** |
| Debtor in a Foreign Proceeding. |  |

Samsung Electronics Co. Ltd. ("**Samsung**") hereby submits this statement in support of the Provisional Order for the reasons explained in the *Declaration of Jung Tae Ahn of Samsung Electronics in Support of Statement of Samsung Electronics Regarding Verified Petition for Recognition and Provisional Relief* (the "**Ahn Declaration**").[2] As explained in greater detail in the Ahn Declaration, failure to approve the Provisional Order will significantly delay delivery of

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

[2] Capitalized terms not defined herein have the meanings used in the Ahn Declaration.

key parts and products, harming Samsung's interests and injuring other U.S. companies and, ultimately, U.S. consumers. Such injuries will also result in additional claims against the debtor to the detriment of all interested parties. As a result, entry of the Provisional Order is critical to safeguard these interests and consistent with the purposes of Chapter 15.

Dated:    September 6, 2016

by: */s/ Jeffrey A.N. Kopczynski*

**O'MELVENY & MYERS LLP**
Daniel S. Shamah (*pro hac vice* pending)
Jeffrey A.N. Kopczynski
Joseph Spina
7 Times Square
New York, New York 10036
(212) 326-2000

Evan M. Jones (*pro hac vice* pending)
400 South Hope Street
Los Angeles, California 90071
(213) 430-6000

*Attorneys for Samsung Electronics*