**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
973-992-4800
Richard M. Meth, Esq.
RMeth@foxrothschild.com

- and -

**CLIFFORD CHANCE US LLP**
31 West 52 Street
New York, New York 10019
212-878-8000
Douglas E. Deutsch, Esq.
douglas.deutsch@cliffordchance.com
Sarah N. Campbell, Esq.
sarah.campbell@cliffordchance.com

*Counsel for Total Terminals International, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,<br><br>   Debtor in a Foreign Proceeding. | Case No. 16-27041 (JKS)<br><br>Chapter 15 |

### CERTIFICATE OF SERVICE

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.     I Marcia L. Steen

    ☑ am the paralegal employed by the firm of Fox Rothschild, local counsel for Total Terminals International, LLC in the above-captioned matter.

2.     On September 6, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart annexed hereto:

    A.    Total Terminals International, LLC's Limited Objection to the Foreign Representative's Motion for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code; and

    B.    Notice of Appearance.

I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: September 6, 2016                  /s/ Marcia L. Steen
                                                               MARCIA L. STEEN

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | Office of the United States Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Kevin M. Capuzzi on behalf of<br>kcapuzzi@beneschlaw.com | Attorneys for Creditor Yusen Logistics (America), Inc. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Leslie Carol Heilman on<br>heilmanl@ballardspahr.com | Attorneys for Creditor E. I. du Pont de Nemours and Company | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Jeffrey Kopczynski<br>jkopczynski@omm.com | Attorneys for Interested Party Samsung Electronics | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Bradford J. Sandler<br>bsandler@pszjlaw.com,<br>mseidl@pszjlaw.com | Attorneys for Creditor HP Inc. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| Ilana Volkov on behalf<br>ivolkov@coleschotz.com,<br>fpisano@coleschotz.com;<br>ssallie@coleschotz.com | Attorneys for of Foreign Representative Hanjin Shipping Co., Ltd. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.