Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 16−27041−JKS
> Chapter: 15
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hanjin Shipping Co.., Ltd.

Social Security No.:

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/9/16 at 10:00 AM

to consider and act upon the following:

*5* − Motion re: Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(A) of the Bankruptcy Code Filed by Ilana Volkov on behalf of Hanjin Shipping Co.., Ltd.. (Attachments: # 1 Proposed Order) (Volkov, Ilana)

Dated: 9/6/16

> James J. Waldron
> Clerk, U.S. Bankruptcy Court