| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>HALPERIN BATTAGLIA BENZIJA, LLP<br>40 Wall Street, 37th Floor<br>New York, New York 10005<br>212-765-9100<br>Walter Benzija, Esq.<br>wbenzija@halperinlaw.net<br>Ligee Gu, Esq.<br>lgu@halperinlaw.net<br>*Counsel to Kuehne + Nagel Inc.* | |
| In Re:<br><br>HANJIN SHIPPING CO., LTD.,<br><br>Debtor in a Foreign Proceeding | Case No.: 16-27041 (JKS)<br><br>Chapter: 15<br><br>Judge: John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Kuehne + Nagel Inc.___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Walter Benzija, Esq.
Ligee Gu, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
wbenzija@halperinlaw.net; lgu@halperinlaw.net

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: September 7, 2016                              /s/ Walter Benzija
                                                                    Signature

*new.8/1/15*