**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
David A. Van Grouw, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
E-mail: krosen@lowenstein.com
dvangrouw@lowenstein.com
pgross@lowenstein.com

*Counsel to APM Terminals Pacific LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>Debtor in a Foreign Proceeding. | Case No. 16-27041 (JKS)<br><br>Chapter 15<br><br>**Hearing Date: September 9, 2016 at 10:00 a.m.** |

**APM TERMINALS PACIFIC LLC'S JOINDER IN AND ADOPTION OF THE PRELIMINARY OBJECTION OF MAHER TERMINALS LLC TO THE INTERIM PROVISIONAL ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND CERTAIN RELATED RELIEF**

TO: THE HONORABLE JOHN K. SHERWOOD,
UNITED STATES BANKRUPTCY JUDGE

APM Terminals Pacific LLC ("APM"), by and through its undersigned counsel, hereby joins in, adopts and incorporates as if fully set forth herein (the "Joinder") all of the legal arguments set forth in the *Preliminary Objection of Maher Terminals LLC to the Interim Provisional Order Granting Recognition of Foreign Main Proceeding and Certain Related*

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

*Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(A) of the Bankruptcy Code* [Docket No. 50] (the "Maher Objection").[2]

## **RESERVATION OF RIGHTS**

1. APM expressly reserves the right to (i) amend or supplement this Joinder and (ii) assert additional objections to the Motion and Interim Order at or prior to the hearing thereon.

2. APM further reserves the right to supplement this Joinder and join in any and all other arguments raised in connection with the continued interim hearing on the Motion.

3. To the extent further interim relief is granted, APM reserves the right to file additional objections prior to and/or present evidence at any final hearing on the Motion.

**WHEREFORE**, APM respectfully requests that the Court deny the Motion or condition any further interim provisional relief or final relief with respect to the Motion as set forth in the Maher Objection, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 8, 2016

**LOWENSTEIN SANDLER LLP**

By: ＿＿*/s/ Kenneth A. Rosen*＿＿＿＿
Kenneth A. Rosen, Esq.
David A. Van Grouw, Esq.
Philip J. Gross, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
E-mail: krosen@lowenstein.com
　　　　dvangrouw@lowenstein.com
　　　　pgross@lowenstein.com

*Counsel to APM Terminals Pacific LLC*

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Maher Objection.