**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.

-and-

**FROST BROWN TODD LLC**
400 W. Market Street, 32nd Floor
Louisville, KY  40202
Telephone:  502.589.5400
Facsimile:  502.581.1087
Edward M. King, Esq. – Pro Hac Admission Pending

Attorneys for Sumitomo Electric Wiring Systems, Inc.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| HANJIN SHIPPING CO. LTD., | HONORABLE JOHN K. SHERWOOD |
| | CASE NO. 16-27041 (JKS) |
| Debtor. | |
| | Chapter 15 |

**APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(b) AND D.N.J. L. CIV. R. 101.1(c)**

TO THE HONORABLE JOHN K. SHERWOOD,
UNITED STATES BANKRUPTCY JUDGE:

Kenneth L. Baum, Esq. (the "Movant"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, hereby moves the Court to enter an order permitting Edward M. King, Esq. (the "Admittee"), a Member of the law firm of Frost Brown Todd LLC, to be

admitted *pro hac vice* to the United States Bankruptcy Court for the District of New Jersey to represent Sumitomo Electric Wiring Systems, Inc. in the above referenced Chapter 15 case, pursuant to Local Bankruptcy Rule 9010-1(b) of the United States Bankruptcy Court for the District of New Jersey and Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey (the "Application").  In support of this Application, the Movant states as follows:

      1.    Filed with this Application is a Certification of the Admittee under which he affirms that he is a member in good standing of the Bars of the State of Indiana (admitted in 1996) and Kentucky (admitted in 1997) and is also admitted to practice before the United States Courts of Appeals for the Sixth and Seventh Circuits and the United States District Courts in the Northern and Southern Districts of Indiana, and the Eastern and Western Districts of Kentucky.

      2.    The Movant requests that this Court allow this Application so that the Admittee can appear and be heard at any hearings in this Chapter 15 proceeding.

      3.    To the best of the Movant's knowledge, information and belief, the Admittee has never been denied admission or disciplined in accordance with the Local Rules, nor has he been denied admission or disciplined by any other Court.

      4.    The Admittee is familiar with the Local Rules of practice of this Court.

WHEREFORE, the Movant respectfully requests that the Court enter an order admitting the Admittee *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1(b) and D.N.J. L. Civ. R. 101.1(c).

                LAW OFFICES OF KENNETH L. BAUM LLC
                Attorneys for Sumitomo Electric Wiring Systems, Inc.

                By:    */s / Kenneth L. Baum*
                        Kenneth L. Baum

DATED: September 8, 2016