**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.

-and-

**FROST BROWN TODD LLC**
400 W. Market Street, 32nd Floor
Louisville, KY  40202
Telephone:  502.589.5400
Facsimile:  502.581.1087
Edward M. King, Esq. – Pro Hac Admission Pending

Attorneys for Sumitomo Electric Wiring Systems, Inc.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| HANJIN SHIPPING CO. LTD., | HONORABLE JOHN K. SHERWOOD |
| | CASE NO. 16-27041 (JKS) |
| Debtor. | |
| | Chapter 15 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Sumitomo Electric Wiring Systems, Inc. ("Sumitomo") hereby appears by and through its undersigned counsel, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Sumitomo, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 9007, 9010, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

>Kenneth L. Baum, Esq.
>Law Offices of Kenneth L. Baum LLC
>167 Main Street
>Hackensack, New Jersey 07601
>Telephone: (201) 853-3030
>Facsimile: (201) 584-0297
>E-mail: kbaum@kenbaumdebtsolutions.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceeding herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs or recoupments to which Sumitomo is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

                    LAW OFFICES OF KENNETH L. BAUM LLC
                    Attorneys for Sumitomo Electric Wiring Systems, Inc.

                    By:   */s / Kenneth L. Baum*
                          Kenneth L. Baum

DATED: September 8, 2016