# **EXHIBIT G**

# **TRANSCRIPT EXCERPT**

Page 1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 11-10789-REG
 5   - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   KOREA LINE CORPORATION,
 9
10             Debtor.
11
12   - - - - - - - - - - - - - - - - - - - - -x
13
14              U.S. Bankruptcy Court
15              One Bowling Green
16              New York, New York
17              March 14, 2011
18              2:03 PM
19
20   B E F O R E:
21   HON. ROBERT E. GERBER
22   U.S. BANKRUPTCY JUDGE
23
24
25
```

```
 1
 2   HEARING re Doc #7 on Preliminary Injunction
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:   Pnina Eilberg
```

```
 1
 2   A P P E A R A N C E S :
 3   HOLLAND & KNIGHT LLP
 4       Attorneys for Korea Line
 5       31 West 52nd Street
 6       New York, NY 10019
 7
 8   BY:   BARBARA R. PARLIN, ESQ.
 9         WARREN E. GLUCK, ESQ.
10         JAMES H. POWER, ESQ.
11
12
13   CHALOS & CO. P.C.
14       Attorneys for Banca Antonventa
15       123 South Street
16       Oyster Bay, NY 11771
17
18   BY:   GEORGE M. CHALOS, ESQ.
19         KERRI M. D'AMBROSIO
20
21
22
23
24
25
```

Page 4

```
 1
 2   BROWN GAVALAS & FROMM LLP
 3         Attorneys for Asian Friendship
 4         355 Lexington Avenue
 5         New York, NY 10017
 6
 7   BY:   PETER SKOUFALOS, ESQ.
 8
 9
10   BLANK ROME LLP
11         Attorneys for Oldendorff Carriers
12         The Chrysler Building
13         405 Lexington Avenue
14         New York, NY 10174
15
16   BY:   JEREMY J.O. HARWOOD, ESQ.
17
18
19   SEWARD & KISSEL LLP
20         One Battery Park Plaza
21         New York, NY 10004
22
23   BY:   BRUCE G. PAULSEN, ESQ.
24         JOHN R. ASHMEAD, ESQ.
25
```

Page 5

1
2  WATSON, FARLEY & WILLIAMS LLP
3       1133 Avenue of the Americas
4       New York, NY 10036
5
6  BY:   NEIL A. QUARTARO, ESQ.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 16-27041-JKS    Doc 27    Filed 05/09/16    Entered 05/09/16 19:08:02    Desc Main Document
11-07896-smb    Doc 37-8    Filed 03/16/16    Entered 03/16/16 13:49:01    Exhibit
KOREA LINE CORPORATION
Exhibit 36    Page 47 of 7
Pg 36 of 6

Page 36

1  on the date that the Chapter 15 case cannot, by any action that
2  I could legitimately permit, become a secured creditor
3  thereafter.  The most obvious thing, therefore, that needs to
4  be blocked is Rule Ds but it's not that alone.
5       As I also indicated in colloquy earlier, the kinds of
6  things that a judge in my position must protect the estate
7  against are not just grabbing of the asset to take ownership of
8  it or to take lien of it, such as a ship, but also to interfere
9  with it in other ways, that's the teaching of the Second
10 Circuit's decision in 48th Street Steakhouse.  It doesn't
11 matter whether the vessel is owned by Korea Lines, is being
12 rented or chartered by Korea Lines or is being operated in some
13 other capacity by Korea Lines.  In any one of those variants I
14 have to protect the petitioners from anything within the United
15 States that interferes with that.
16      Now, I said within the United States because I remain
17 of the view that at least in Chapter 15 cases our job is to
18 protect against interference within the United States and I
19 have material reservations as to my power to be an
20 international watchdog elsewhere.  I noted that the English
21 court did what my tentative would certainly be, which is to
22 protect against proceedings within its own jurisdiction and I
23 think it even expressly stated, in baby talk, that it wasn't
24 intending to act extra-territorially.
25      Now I do not accept either side's view as to who wins