| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>Telephone: (973) 243-8600<br>Facsimile: (973) 243-8677<br>Joshua H. Raymond<br>*Co-Counsel for Creditor AT&T*<br><br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-6742<br>Facsimile: (212) 839-5599<br>Michael G. Burke<br>Brian J. Lohan<br>*Co-Counsel for Creditor AT&T* |

| | |
|---|---|
| In re: | Case No. 16-27041 (JKS) |
| HANJIN SHIPPING CO., LTD.,[1] | Chapter 15 |
| Debtor in a Foreign Proceeding. | Honorable John K. Sherwood |

**RESERVATION OF RIGHTS OF AT&T CORP. AND DIRECTV, LLC**
**WITH RESPECT TO PROPOSED CARGO PROTOCOL**

TO:   HONORABLE JOHN J. SHERWOOD
      UNITED STATES BANKRUPTCY JUDGE

AT&T Corp. and DIRECTV, LLC (together, "AT&T"), the beneficial owner of certain cargo currently in the possession of the above-captioned chapter 15 debtor (the "Debtor"), hereby files this reservation of rights with respect to the protocol proposed by the Debtor's foreign representative, Tai-Soo Suk (the "Foreign Representative"), to permit beneficial cargo owners such as AT&T to obtain custody and control of their cargo (the "Proposed Cargo

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

Protocol"). A copy of the Proposed Cargo Protocol was filed as Exhibit H to the Foreign Representative's supplemental submission in support of provisional relief [Docket No. 80].

AT&T hereby reserves its procedural, substantive and other rights (i) in connection with the Proposed Cargo Protocol, including the right to raise arguments at or prior to the hearing thereon, (ii) to object to, or seek clarification of, the Proposed Cargo Protocol, or any portion thereof, and (iii) to take any measures available under any governing agreement and applicable law to protect and obtain custody and control of its cargo currently in the possession of the Debtor.

Dated:  September 9, 2016

Respectfully submitted,

TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.

*/s/ Joshua H. Raymond*
Joshua H. Raymond, Esq.
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Telephone:  (973) 243-8600
Facsimile:  (973) 243-8677

-and-

SIDLEY AUSTIN LLP
Michael G. Burke, Esq.
Brian J. Lohan, Esq.
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-6742
Facsimile:  (212) 839-5599

*Counsel for AT&T Corp. and DIRECTV, LLC*