UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WASSERMAN, JURISTA & STOLZ, PC
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
T: 973-467-2700
F: 973-467-8126
Counsel to dstolz@wjslaw.com

SIMMS SHOWERS LLP
201 International Circle
Baltimore, MD  21030
T: 410-783-5795
F: 410-510-1789
jssimms@simmsshowers.com
Attorneys for OceanConnect Marine, Inc., Glencore, McAllister Towing & Transportion, Inc. and Moran Towing Corporation

FILED
JAMES J. WALDRON, CLERK

SEP 12 2016

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

HANJIN SHIPPING CO., LTD,

    Debtor.

Case No.:    16-27041 JKS

Chapter:    15

Judge:    John K. Sherwood

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

9/12/16

After review of the application of OceanConnect Marine, Inc., Glencore, McAllister Towing &Transportion, Inc. and Moran Towing Corporation for a reduction of time for a hearing on Emergency motion of Maritime lien holders OceanConnect Marine, Glencore, McAllister and Moran for this court to reconsider its order denying Maritime lien rights of arrest or security under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Sept. 15, 2016__ at __10:00__ in the United States Bankruptcy Court, __50 Walnut St., Newark, N.J.__, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Counsel for Debtor__

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __Maritime Lien Creditors and all parties that entered an appearance__

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Counsel for Debtor__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3