**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

|  |  |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>    Debtor in a Foreign Proceeding. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE JOHN K. SHERWOOD<br>CASE NO. 16-27041 (JKS)<br>Chapter 15<br><br>**FOREIGN REPRESENTATIVE'S SECOND STATUS REPORT** |

Tai-Soo Suk, the duly appointed foreign representative (the "Foreign Representative") of Hanjin Shipping Co. Ltd. ("Hanjin" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed by Hanjin under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court (the "Korean Court") in Seoul, Republic of Korea, hereby provides the following Second Status Report.

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835.  The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

46807/0007-13642824v1

**Status of Request for Recognition Hearing**

1. Due to the inordinate amount of creditors, contract counter-parties and other interested parties that do business with Hanjin, Hanjin will not be in position to finalize its list of creditors until October 10, 2016. Accordingly, the Foreign Administrator will not be in position until the week of October 10th to ask this Court for a date for the Recognition Hearing. Assuming the U.S. creditor list is finalized by October 10, 2016, the Foreign Administrator will file his "notice procedures" motion the week of October 10th and will ask that the Court schedule the Recognition Hearing during the week of November 14 or November 21, 2016, subject to the Court's availability.

**Containers**

2. Hanjin asserts an interest in all containers with the following prefixes: HJCU; HJSU; SENU.

**Vessel Status**

3. As previously reported, the vessel status is updated virtually on a daily basis on Hanjin's website, under "News/Customer Advisory." The direct link to the site is:

http://hanjin.com/hanjin/CUP_HOM_1763.do?sessLocale=en

**Claim Filing in Korean Proceeding**

4. Procedures and deadlines for filing claims in the Korean Court also are contained on Hanjin's website. The direct link is: http://hanjin.com/hanjin/CUP_HOM_1764.do

5. For ease of reference, the downloadable form from this link is attached as **Exhibit A**.

DATED: September 30, 2016

                                            Respectfully submitted,

                                            COLE SCHOTZ P.C.

                                            */s/ Ilana Volkov*
                                            Ilana Volkov
                                            Edward S. Kiel

                                            *Attorneys for Tai-Soo Suk, Foreign*
                                            *Representative of Hanjin Shipping Co., Ltd.*