# EXHIBIT A

[English Translation]

# HANJIN SHIPPING CO., LTD.

25, Gukjegeumyung-ro 2-gil, Yeongdeungpo-gu, Seoul 07327 / Tel. +82-2-3770-6114 / Fax. +82-2-2287-3464

Case Number:     2016 *HoeHap* 100211

Recipient:     Rehabilitation creditors, rehabilitation secured creditors and shareholders of Hanjin Shipping Co., Ltd., the Debtor company

Re:     Notice on the report of the rehabilitation claim and rehabilitation security right

---

1. We wish you continued prosperity.
2. Pursuant to the decision by the 6th Bench of Bankruptcy Division of the Seoul Central District Court to commence the rehabilitation procedures on September 1, 2016, Hanjin Shipping Co., Ltd. (hereinafter, "We") hereby send you this notice with respect to the report of the rehabilitation claim, rehabilitation security right and shares.  We ask your cooperation for the facilitation of the rehabilitation procedures.

   Please ensure to confirm with the rehabilitation claim list submitted by the debtor and to receive instruction on how to report your claims before reporting your rehabilitation claim **(by contacting our designated team as below)**.  The declaration form for rehabilitation claims and other requisite forms can be downloaded from the Seoul Central District Court's website at http://seoul.scourt.go.kr. Please also refer to the public notice menu on the Korean website of the Supreme Court of Korea for a copy of the court's rehabilitation order and additional information for the creditors.

1. Persons Eligible to Report: Those who hold a rehabilitation claim and/or rehabilitation security right, or who may exercise its rights as a shareholder.
2. Period for Reporting a Claim: **October 11, 2016 - October 25, 2016 (09:00 - 18:00 / Please avoid lunch hours from 12:00 to 13:00).**  Please note that reports will not be accepted on public holidays.
3. **Venue for Reporting a Claim: Bankruptcy Division, Seoul Central District Court (Seoul Court House Complex Annex III, 1st Floor, Civil Affairs Office)**
   - When submitting via mail, please send to
     **[Address] 157, Seochojungang-ro, Seocho-gu, Seoul, to the attention of the Bankruptcy Division of the Seoul Central District Court, Seoul, Korea**.
   - When including a filing receipt with the mail, please also enclose a stamped return envelope.
4. Notice Regarding Filing of a Report or Objection: Please refer to the enclosed "Notice on the Procedures for Report and Objection of the Rehabilitation Claim and Rehabilitation Security Right" for further instruction.

[English Translation]

∗ **It is possible to file a claim report even after the expiration of the specified period for reporting a claim but only until the date of the second and third Assembly of Interested Persons.   However, please attempt to submit your report during the specified period for reporting a claim as the confirmation of the reported claims will be conducted in the order of its submission.**

## Contacts

A.  Korea, Japan Branch

| Office | Name | Tel. | E-mail |
|---|---|---|---|
| Japan | TYOSCO | 81-3-3520-2764 | shsong@jp.hanjin.com |
| | Shunji Morishita(TYOSCG) | 81-3-5443-3706 | smoris@jp.hanjin.com |
| | Teramoto Tadafumi( OSASOO) | 81-6-6612-5032 | teramt@jp.hanjin.com |

B.  Asia Regional Headquarters ; China, Hongkong, Taiwan

| China | Office | 86-21-2899-5410 | sgyun@hanjin.com |
|---|---|---|---|
| | Linda Ling | 86-21-2899-5437 | linna@cn.hanjin.com |

C.  America Regional Headquarters

| NYCRAO, Regional H/Q | Office | 1-201-291-4690 | swyong@hanjin.com |
|---|---|---|---|
| NYCRAO – North America | Neil Peterson | 1-201-291-4702 | peterson@us.hanjin.com |
| NYCRAO – South America | Mario Mendez | 1-201-291-4712 | mmendez@us.hanjin.com |

D.  Europe Regional Headquarters; Europe, West Africa)

| HAMRUO, Regional H/Q | Office | 49-40-37685-566 | leedh@de.hanjin.com |
|---|---|---|---|
| HAMRUO, Regional H/Q | Holger Voss | 49-40-37685-492 | holger.voss@de.hanjin.com |
| HAMSC, Germany | Edmond Petersen | 49-40-37685-234 | edmond.petersen@de.hanjin.com |
| RTMSC, Netherland | Gerrit Overgaauw | 31-10-403-8481 | gerrit.overgaauw@nl.hanjin.com |
| LEHSC, France | Thierry Le Moal | 33235-19-86-33 | thierry.le.moal@fr.hanjin.com |
| VLCSC, Spain | Juan Orti | 34-96-3939-699 | jorti@hanjinspain.com |
| GOASC, Italy | Andrea Dellacasa | 39-010-8616-851 | a.dellacasa@hanjinitaly.com |
| FXTSC, United Kingdom | Stephen Powell | 44-1394-606-810 | stephen.powell@uk.hanjin.com |
| GDYSC, Poland | Malgorzata Krajewska | 48-58-783-8544 | malgorzata.krajewska@pl.hanjin.com |
| PRGSC, Czech | Jakub Sykora | 420-221-181-546 | jakub.sykora@cz.hanjin.com |
| BUDSC, Hungary | Istvan Hajdu | 36-1-373-0984 | istvan.hajdu@hu.hanjin.c |

Case 16-27041-JKS    Doc 304-1    Filed 09/30/16    Entered 09/30/16 14:32:56    Desc
Exhibit A - Notice on Report of Claims    Page 4 of 13

[English Translation]

| | | | om |
|---|---|---|---|
| ISTSC, Turkey | Erdem Atmaca | 90212-340-73-08 | Erdem.atmaca@bimar.com.tr |
| PIRBA, Greece | Gerasimos Radikopoulos | 30-210-4226-808 | piraeus-info@venieris.gr |
| ALYBA, Egypt | Hany El Attar | 203-484-3096-131 | 02010905@hanjin.com |
| HFABA, Israel | Moshe Piso | 972-4-810-8822 | moshe@arkor.global |
| BEYBA, Lebanon | Liliane Howayek | 961-1-449-964 | cmc@groupmetz.com |
| MLABA, Malta | Ian Sullivan | 356-2124-5127 | isullivan@sullivanshipping.com.mt |
| KOPBA, Slovenia | Marko Reja | 386-5-630-0602 | marko@seagull.si |
| HELBA, Finland | Anne Siipola | 358-9-68037-245 | asi@hanjin.fi |
| TLLBA, Estonia | Anti Niit | 372-611-63-11 | an@nls-estonia.ee |
| LEDBA, Russia | Svetlana Krupka | | skr@nlsshipping.ru |
| OSLBA, Norway | Per T. Kristiansen | 47-2331-5803 | ptk@hanjin.no |
| RIXBA, Latvia | Anna Hudiha | 371-6-7799-330 | vc@hanjin.lv |
| AARBA, Denmark | Dannie Fog | 45-8731-4932 | df@danship.dk |
| GOTBA, Sweden | Monica Karlson | 46-31-7041-424 | m.karlson@ghs.se |
| BSLBA, Switzerland | Felix Bussinger | 41-61-316-5245 | felix.bussinger@crowe-shipping.ch |
| DUBBA, Ireland | Ruzzel Acopiado | 353-1-672-8912 | ruzzel.acopiado@uk.hanjin.com |
| VIEBA, Austria | Alexander Prucha | 00431-235-0075-25 | alexander.prucha@tos-ship.com |
| ANRSO, Belgium | Frank Staelens | 32-3-201-0251 | f.staelens@be.hanjin.com |
| COOBA, Benin | HOUNKANRIN Pierre | | p.hounkanrin@necotrans.com |
| LFWBA, Togo | Bruno BAKPATINA | | b.bakpatina@necotrans.com |
| TEMBA, Ghana | Gadabor Dotse | | Dotse.Gadabor@beacon-gh.com |
| LOSBA, Nigeria | ALUKU Fidelia | | Fidelia.Aluku@bollore.com |
| ABJBA, Ivory Coast | HILI Konan | | Konan.HILI@bollore.com |
| DKRBA, Senegal | BADJI Pape Oumar | | Pape-Oumar.Badji@bollore.com |

E. Southwest Asia Regional Headquarters)

| | | | |
|---|---|---|---|
| SINRSO, Regional H/Q | Office | 65-62227055 | simonkim@hanjin.com |
| SINROO, Regional H/Q | Simon Kim | 65- 63735170 | simonkim@hanjin.com |
| SINRSOG, Regional H/Q | Steve Tan | 65- 63735177 | nstan@sg.hanjin.com |
| SINRSOG, Regional H/Q | Ashley Tan | 65- 63735172 | yptan@sg.hanjin.com |
| SINRSOE, Regional H/Q | Adele Wong | 65- 63735191 | sywong@sg.hanjin.com |
| SINRSOT, Regional H/Q | Chia Pei Ling | 65- 63735187 | plchia@sg.hanjin.com |
| SINSC, Singapore | Fook Whye Chan | 65- 6373 5299 | fwchan@sg.hanjin.com |
| JKTSC, Indonesia | Didik WM | 62- 21 6330668 (311) | didik.wahyono@bumilaut.co.id |
| CMBSC, Sri Lanka | Chinthaka | 94- 11- 2597- | chinjaya@lk.hanjin.com |

[English Translation]

| | Jayaweera | 540 ~ 53 | |
|---|---|---|---|
| DACSC, Bangladesh | Joinal | 88- 031-25300-50 | abedin@bd.hanjin.com |
| KHIBA, Karachi, Pakistan | Sheraz | 92- 21-32313226 | sheraz@sg.hanjin.com |
| SYDSC, Australia | Abid | 61- 2-8226-8025 | abid_i@au.hanjin.com |
| PNHBA, Cambodia | Setha | 855-23211966 | pcs.mgropr@pacificcrown.com.kh |
| PKGSC, Malaysia | Soon Huat Wong | 603- 5033-6256 | shwong@my.hanjin.com |
| SGNSC, Vietnam | Tommy | 84 -8-22202-488 | thachnb@sg.hanjin.com |
| BOMSC, India | Jijo | 91- 22-6714-3493 | jijo@in.hanjin.com |
| BKKSCO, Thailand | Somphol | 66-2-633-5633 | samapol@hanjin.com |
| MNLSC, Philippines | ART | 00632-668-2106 | ambarasi@hanjin.ph |
| MEO, Middle East, East and South Africa | Shaji | 97-1-4-3060-160 | shaji@ae.hanjin.com |
| DXBSCO, Dubai, UAE | Kutty | 97-14-3060-182 | kutty@ae.hanjin.com |
| RGNBAO, Myanmar | Myint Myint Maw | 951-229-851 | leilei.win@rtw-shipping.com |

(Exhibits)

1. Notification on the Assembly of Interested Persons                                    1 Copy

2. Notice on the Procedures for Report and Objection of the Rehabilitation Claim and Rehabilitation Security Right                                    1 Copy

Legal Custodian of Hanjin Shipping Co., Ltd., the Debtor Company

Suk, Tai-Soo

4 / 12

[English Translation]

# Notice on the Procedures for Report and Objection of the Rehabilitation Claim, Rehabilitation Security Right, Shares and Equity Shares

With respect to the debtor company for which the rehabilitation procedures have been commenced, the 6th Bench of Bankruptcy Division of the Seoul Central District Court is accepting reports of rehabilitation claims, rehabilitation security rights, shares and equity shares.  Please refer to the public notice menu on the Korean website of the Supreme Court of Korea at http://www.scourt.go.kr for instructions and to the details below to ensure that reports are filed within the specified period. Failure to file within the specified period may result in forfeiture of your right or to your disadvantage.

1. Persons Eligible to Report: Those who hold the rehabilitation claim and/or rehabilitation security right, or who may exercise its rights as a shareholder or equity holder.
2. Period for Reporting a Claim: **October 11, 2016 - October 25, 2016 (09:00 - 18:00 / Please avoid lunch hours from 12:00 to 13:00)**.   Please note that reports will not be accepted on public holidays.
3. Necessary Documents for Report:
    - Report for rehabilitation claim, rehabilitation security right, shares and equity shares                                                                          2 Copies
    - Supporting documents and Power of Attorney (when filed by a representative)                                                                          2 Copies
    - Consent Form to Use the Information on Financial Transaction (number of shares owned) (for shareholders only)                                                   1 Copy
    - Filing receipt for rehabilitation claim, rehabilitation security right, shares and equity shares                                                                                1 Copy
4. Instruction for Filling out the Report Form
    - **For foreign creditors, These forms shall be filed with Korean Only. Any documents not written in Korean shall be translated in Korean. (You may wish to appoint Korean lawyer for assistance.)**

    1) **Declaration form for rehabilitation claims, rehabilitation security rights, shares and equity shares**: Prepare 1 copy using the provided form.
        - Please have your seal and trade information stamp affixed on the forms including the section for representatives.
        - As for claim reports, please report the total amount of the claims of the creditor and prepare a declaration form in accordance with the category below:

| | |
|---|---|
| Amount of claim | The entire amount of claims enforceable against the debtor. Please calculate separately the agreed interests before and from the date of the rehabilitation order. |
| Amount of voting rights | Please record the amount of voting rights to be exercised (generally, equivalent to the amount of claims). |
| Creditor's address/name/telephone number/e-mail address | Please record the address indicated in the ID card or the address of the registered head office (including the post code), telephone number (including fax number) and the e-mail address. |
| Details of claim | Please record in detail the claims originating from the business transactions with the debtor company. Rehabilitation claim: date of occurrence, cause, agreed interests (if any), rate of interest, maturity date, etc. Rehabilitation security right: object of the security right, details of the security right, etc. Shares and equity shares: types and quantity (indicating the share certificate number) or amount |
| In case of any executory title or final judgement | If the creditor has a valid executory title or a final judgement regarding rehabilitation claims and other claims at the date of the rehabilitation order, he/she shall indicate the court, parties involved, case number, case name, date of the decision, and status of the decision. |
| In case of any pending lawsuits | If there is a pending lawsuit with respect to a rehabilitation claim or other claim at the date of the rehabilitation order, the creditor shall indicate the competent court, parties involved, case number and case name. |
| Indication of supporting documents | Please record without exception all supporting documents, as material which can prove the existence of a claim, that was attached with a claim report at the time of filing. |

2) **Types of and guidelines for supporting document, Power of Attorney and filing receipt**

| Types | Explanation | Number of copies | Comments |
|---|---|---|---|

[English Translation]

| | | | |
|---|---|---|---|
| **Supporting document of claims (contracts, etc.)** | **2 copies (verified with the original documents) of borrowing deed, contract, tax invoice and bill (receipt of electronic bill)**<br>- In the case of a bill, only the last holder can file a claim.<br>- In the case of a goods delivery agreement, the statement of account and the copy of receipt shall be attached.<br>- In the case of a claim transfer, the transfer agreement and the notice of the claim transfer shall be attached.<br>- In the case of an assignment order, the copy of the court's decision shall be attached. | 1 | For other cases, please contact the debtor company. |
| **Certificate of seal impression** | For natural persons, a certificate of the personal seal impression shall be provided.<br>For corporations (legal persons), a certificate of the corporate seal impression shall be provided (if a working seal (*sayongingam*) was used, a presentation of the seal (*sayongingamgye*)) | 1 | |
| Types | Explanation | Number of copies | Comments |
| **Supporting documents (registry/certificate of registration)** | For natural persons, a copy of business registration certificate shall be provided.<br>For corporations (legal persons), a certified copy of the corporate register shall be provided. | 1 | |
| **Documents for applicant (ID card, Power of Attorney)** | If the applicant is the creditor himself/herself, a copy of his/her ID card shall be provided<br>**If the applicant is a representative, a signed Power of Attorney shall be provided.** | 1 | |
| **Filing receipt** | **If the applicant is a representative, his/her name shall be indicated on the line for 'representative.'** | 1 | The receipt will be delivered if a return envelope is |

|  |  |  | provided |
|---|---|---|---|

5. Sequence of the filing documents to be submitted

| 1) For corporations (legal persons) | 2) For natural persons |
|---|---|
| ① Filing receipt of the claim | ① Filing receipt of the claim |
| ② Declaration form for rehabilitation claims and other claims | ② Declaration form for rehabilitation claims and other claims |
| ③ Details of the declaration form (refer to example) | ③ Details of the declaration form (refer to example) |
| ④ Supporting documents of claim (copies of contracts and other documents) | ④ Supporting documents of claim (copies of contracts and other documents) |
| ⑤ Certificate of the corporate seal impression (presentation of seal) | ⑤ Certificate of the personal seal impression |
| ⑥ Certified copy of the corporate register | ⑥ Business registration certificate (for individual business) |
| ⑦ Power of Attorney (required if the applicant is a representative) | ⑦ Power of Attorney (required if the applicant is a representative) or a copy of the ID card (if the applicant is the creditor himself/herself) |

※ Shareholders shall provide a copy of the Consent Form to Use the Information on Financial Transaction (the number of shares owned).

※ Supporting documents shall be submitted as a copy verified with the original documents. (Do not submit the original.)

6. Request for cooperation and important notice
   1) Failure to file rehabilitation claims and other claims based on the rehabilitation order within the claim report period may result in forfeiture of your right pursuant to the Debtor Rehabilitation and Bankruptcy Act. Provided that, this shall not apply to creditors recorded in the list of creditors submitted by the custodian.
   2) When reporting rehabilitation claims or other claims, **please check in advance with the list of creditors prepared and submitted by the custodian** to confirm whether the rehabilitation claims or other claims you are reporting are already on the list. No additional filing of a report is necessary if the details or the amounts of the claim recorded in the list of creditors are consistent with your claim. However, in the event of

Case 16-27041-JKS    Doc 304-1    Filed 09/30/16    Entered 09/30/16 14:32:56    Desc
Exhibit A - Notice on Report of Claims    Page 10 of 13

[English Translation]

any discrepancies, **please report all of the rights that you possess**.  The list of creditors will be submitted to the court by the custodian before the commencement of the reporting period.  Interested persons can inspect the list of creditors during the period for reporting a claim.

7. Information of Venue for Reporting a Claim
   1) Bankruptcy Division, Seoul Central District Court (Seoul Court House Complex Annex III, 1st Floor, Civil Affairs Office)
   2) Address: 157, Seochojungang-ro, Seocho-gu, Seoul, Korea
   3) Public transportation: Subway line 2, 3, Gyodae station, exit 11
   4) Due to limited parking space, public transportation is recommended.

8. Information on the inspection period and procedure for objection
   1) Inspection Period: see 'Rehabilitation' part of the public notice menu on the website of the Supreme Court of Korea.
   2) Procedure for Objection: Any rehabilitation creditor or rehabilitation secured creditor shall be allowed to raise an objection to any rehabilitation claim and any rehabilitation security right that are recorded or reported on the list during the inspection period by submitting a written notice to the court.  In case of objection, the rightful claimant who holds the rehabilitation claim or the rehabilitation security right may file an application with the court for a final claim inspection judgment for the confirmation of his/her claim and rights with all of the objectors as the other parties.  However, if any lawsuit on claims to which an objection is raised is pending at the time that rehabilitation procedures commence, all of the objectors shall take over the litigation procedures as other parties of the lawsuit.  Furthermore, if there is a title with executory power or the final judgment among claims to which an objection is raised, the objector can only raise his/her objection by following the litigation procedures that the debtor is permitted to take.

**For the reference only, these Report for rehabilitation claim documents shall be written in Korean.**

[회생채권 등 신고서 예시]

## 채 권

## 회생　(　　담보권　　)　신고서

### 주식.출자지분

사　　건 : (　2016)회합(　) 회생　(OOO 주식회사)

2010 년 O 월 O 일 신고

회생 채권자

회생 담보권자 의 성명 또는 상호 : **주식회사 OO (인)**

주주.지분권자

　　　　　　　　주소 : ( 123-456 ) 서울 서초구 서초동 1701-1

　　　　　　　　전화 : 530-0000 팩시밀리 : 530-1111

　　　　　　　　전자우편 : abcd123@naver.com

위 대 리 인　　성명 : **홍 길 동 (인)**

　　　　　　　　주소 : ( 123-456 ) 서울 서초구 서초동 1701-1

　　　　　　　　전화 : 530-0000 팩시밀리 530-1111

　　　　　　　　전자우편 :

**서 울 중 앙 지 방 법 원** 귀중

별첨 : 1. 회생채권(회생담보권.주식.출자지분) 신고 내역서 1부. 끝.
　　2. 신고인의 법인등기부등본 1부
　　3. 신고 대리인의 위임장. 끝.

| 접수번호 | |
|---|---|

[English Translation]

# 회 생 채 권 신 고 내 역 서

| 사건 | | 2016회합 회생 | 채무자 | 주식회사 ○○ |
|---|---|---|---|---|
| 회생 채권자 | 성명.명칭 | ○○ 은행 주식회사 | | |
| | 주소 | 서울 ○○구 ○○동 ○○-○○ | | |
| | 전화번호 | (02) 530-○○○○ | e-mail | abc1234@xxxx.co.kr |
| 목록 번호 | | 채권 1-1 | 신고 번호 | 채권 (4) -1 |
| 회생채권의 원인.내용 | | (원인) 2003. 5. 1.자 일반 자금 대출<br>(내용) .원금 120,000,000원<br>.개시결정 전일까지의 이자 12,000,000원(2005. ○. ○.부터 연 12%)<br>.개시결정일부터 연 15%의 비율에 의한 지연손해금 | | |
| 우선권 유무 | | | | |
| 의결권 액 | | 금 132,000,000원 | | |
| 목록 번호 | | 채권 1-2 | 신고번호 | 채권 (4) - 2 |
| 회생채권의 원인.내용 | | (원인) 2004. 6. 1.자 제○회 회사채 지급보증의 구상금<br>(내용) .원금 500,000,000원<br>.개시결정 전일까지의 이자 65,000,000원(2005. ○. ○.부터 연 12%)<br>.개시결정일부터 연 18%의 비율에 의한 지연손해금 | | |
| 우선권 유무 | | | | |
| 의결권 액 | | 금 565,000,000원 | | |
| 집행권원.종국판결 유무 | | | | |
| 소송계속 여부 | | | | |
| 비고 | | | | |

※ 「목록번호」와 「신고번호」는 법원이 기재하는 부분이므로 기재하지 마십시오.
**For the reference only, these Report for rehabilitation claim documents shall be written in Korean.**

[English Translation]

| | |
|---|---|
| | 회 생    채 권    신 고 접수증 |
| 사 건 번 호 | 2016 회합 100211호 회생 |
| 채무자 | 주식회사 한진해운 |
| 신고 권리의 종류 | 채권, 담보권, 주식.출자지분 |
| 접 수 번 호 | |
| 채권자 성명 | |
| 위 대리인 | (위임장에 기재된 대리인.수임인 성명을 반드시 기재하시기 바랍니다.) |
| 채 권 액 | 일금       원 |

※ 우편접수시 반송봉투(우표첨부)를 첨부하시면 송부하여 드립니다.

20 년 월 일

서울중앙지방법원

12 / 12