**Casey L. Bryant**

| | |
|---|---|
| **From:** | Volkov, Ilana <IVolkov@coleschotz.com> |
| **Sent:** | Saturday, October 15, 2016 7:21 AM |
| **To:** | J. Stephen Simms; Kiel, Edward; 'wchung@us.hanjin.com' |
| **Cc:** | 'Maloney, Brian P.'; Ashmead, John; Debra M. Hnat; Marios J. Monopolis; Casey L. Bryant; 'Don Clarke' |
| **Subject:** | RE: M/V SEASPAN EFFICIENCY  outbound - please advise on charter status |

Steve, we filed a Declaration yesterday morning with the court. I trust you saw it. I would appreciate if you would stop harassing us about the Seaspan Efficiency. We know what the judge ordered and have every intention to comply. Thank you and have a great weekend.


Ilana Volkov
Member | Cole Schotz P.C.
Direct 201.525.6269 | ivolkov@coleschotz.com
25 Main Street | Hackensack, NJ | 07601
firm 201.489.3000 | fax 201.678.6269 | cell 201.931.6910

Ruth Chave, Legal Secretary | 201.489.3000 x5027 | RChave@coleschotz.com
New Jersey | New York | Delaware | Maryland | Texas | Florida

---

From: J. Stephen Simms [jssimms@simmsshowers.com]
Sent: Friday, October 14, 2016 11:46 PM
To: Volkov, Ilana; Kiel, Edward; 'wchung@us.hanjin.com'
Cc: 'Maloney, Brian P.'; Ashmead, John; Debra M. Hnat; Marios J. Monopolis; Casey L. Bryant; 'Don Clarke'
Subject: M/V SEASPAN EFFICIENCY outbound - please advise on charter status

Dear Ilana, Ed and Wook,

SEASPAN EFFICIENCY discharged and outbound from Elizabeth.

Please have the Foreign Representative promptly advise consistent with the Court's orders, about charter status (John and Brian, Seaspan counsel, in copy).

Many Thanks.

Best Regards, Steve
J. Stephen Simms | Simms Showers llp
O: 410-783-5795 | D: 443-290-8704
M: 410-365-6131 | F: 410-510-1789
jssimms@simmsshowers.com<redir.aspx?REF=yru8lvtjJbjdBL204UsQt_ele4TdUMezw-MT2uOeWUJotl7gp_TTCAFtYWlsdG86anNzaW1tc0BzaW1tc3Nob3dlcnMuY29t> |
www.simmsshowers.com<redir.aspx?REF=TxYoWVboBZGWryqerZ5pw5GbSPig-4T5rCXJDg4ZBatotl7gp_TTCAFodHRwczovL3VybGRlZmVuc2UucHJvb2Zwb2ludC5jb20vdjIvdXJsP3U9aHR0cC0zQV9fd3d3LnNpbW1zc2hvd2Vycy5jb21fJmQ9RFFNRkFnJmM9cW1nYjdvdNjRIYmNKLUctG53M

nJTdyZyPU1iUTkwVTRTRG8waVByWU9iUG9TdVNMbTVIcmRfNThOR3BhOTlJOTNRM1kmbT00NW5rZ1J6TTVKclp2Ul9GRlVyQnNXcjVlblB4ZmNQbUI4dmRWZVhUMjRzJnM9UUw5Mm9xZkY5amMxX1JZSTY2QTNNTGVXRTVfamo1TnVWZkpwRXVhUF9MbyZlPQ..>

\* \* \* \* \* \*

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.