**Casey L. Bryant**

| | |
|---|---|
| **From:** | J. Stephen Simms |
| **Sent:** | Tuesday, October 18, 2016 9:11 AM |
| **To:** | Volkov, Ilana |
| **Cc:** | 'Azman, Darren'; 'Walsh, Timothy'; Ashmead, John; Wook Chung; Kiel, Edward; Frumkin, Jacob S.; Debra M. Hnat; Marios J. Monopolis; Casey L. Bryant |
| **Subject:** | Seaspan Efficiency [COLESCHOTZ-CSDOCS.FID1852683]; "Show Cause" Motion Withdrawal. |

Ilana, Thank you, at what time and time zone?  If the Foreign Representative was as he usually is, located in Korea, then the termination was October 14th US East Coast time.

Please also have the Foreign Representative consider withdraw the pending show cause motion, including, so that OceanConnect does not have further expense opposing it.

Best Regards, Steve
**J. Stephen Simms** | **SIMMS SHOWERS LLP**
O: 410-783-5795 | D: 443-290-8704
M: 410-365-6131 | F: 410-510-1789
jssimms@simmsshowers.com | www.simmsshowers.com

---

**From:** Volkov, Ilana [mailto:IVolkov@coleschotz.com]
**Sent:** Tuesday, October 18, 2016 8:45 AM
**To:** J. Stephen Simms
**Cc:** 'Azman, Darren'; 'Walsh, Timothy'; Ashmead, John; Wook Chung; Kiel, Edward; Frumkin, Jacob S.
**Subject:** Seaspan Efficiency [COLESCHOTZ-CSDOCS.FID1852683]

Steve:  I was informed this morning that the Foreign Representative terminated the charter for the Seaspan Efficiency on October 15, 2016.

**Cole Schotz P.C.**

**Ilana Volkov**
Member
25 Main Street | Hackensack, NJ | 07601
Direct 201.525.6269 | Firm 201.489.3000 | Fax 201.678.6269 | Cell 201.931.6910 | ivolkov@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas    |    Florida
vCard    |    bio    |    website

Legal Secretary: Ruth Chave | 201.489.3000 x5027 | RChave@coleschotz.com

* * * * * *
This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the

intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.