### SHIP DETAIL

| | | | |
|---|---|---|---|
| Ship Name | SEASPAN EFFICIENCY | Shiptype | Container Ship (Fully Cellular) |
| LR/IMO No. | 9251365 | Gross | 53,822 |
| Call Sign | VRML5 | Deadweight | 63,160 |
| MMSI No. | 477242400 | Year of Build | 2003 |
| Flag | Hong Kong, China | Status | To Be Broken Up |
| Operator | Hanjin Shipping Co Ltd | Shipbuilder | Mitsubishi Kobe |



### SHIP NEWS STORIES

This vessel has been linked with the following News stories (last 10 shown). Click here to return all linked News stories

| Article | Summary | Published |
|---|---|---|
| MOL sells box ships en bloc | MITSUI OSK Lines has sold four Panamax-sized box ships en bloc. | 2013-03-19 |
| MOL box ship, bulker collide | REPAIRS are being made today to a small bulker that nearly sank after a collision on Germany's River Weser last night. | 2011-11-23 |

### REGISTRATION, P&I, AND COMMUNICATIONS

| | | | |
|---|---|---|---|
| Port of Registry | Hong Kong | Flag | Hong Kong, China |
| Official Number | HK-3908 | Sat Com ID | |
| Sat Com Ans Back | | Fishing Number | |
| Current P&I Club | GARD AS | | |

P&I Club History

| Date | P&I Club |
|---|---|
| 2015-12-08 | GARD AS |
| 2015-03-02 | GARD AS |
| 2013-07-02 | GARD AS |
| 2012-04-30 | Japan Ship Owners Mutual P&I |
| 2007-07-12 | Japan Ship Owners Mutual P&I |

### OWNERSHIP

| | | | | | |
|---|---|---|---|---|---|
| Group Owner | Seaspan Corp | Address Location | Hong Kong, China | | |
| Shipmanager | Seaspan Ship Management Ltd | Address Location | Canada | | |
| Operator | Hanjin Shipping Co Ltd | Address Location | Korea, South | | |
| DOC Company | Seaspan Ship Management Ltd | Address Location | Canada | IMO Company No (DOC) | 5001170 |
| Registered Owner | Seaspan Corp | Address Location | Hong Kong, China | IMO Registered Owner No | 5171117 |
| Technical Manager | Seaspan Ship Management Ltd | Address Location | Canada | | |
| Bareboat Owner | | Address Location | | | |

### COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC | Price |
|---|---|---|---|---|---|---|---|---|
| 2016-09 | | | | | | | | $5,934,276 |
| 2016-08 | | | | Hanjin Shipping Co Ltd | | | | |
| 2016-03 | SEASPAN EFFICIENCY | | | | | | | |
| 2015-05 | | | Seaspan Corp | | | | | |
| 2013-11 | | | | | | | Seaspan Ship Management Ltd | |
| 2013-07 | | Hong Kong, China | | | | Seaspan Corp | Unknown | |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013-05 | | | | | Seaspan Ship Management Ltd | | | |
| 2013-03 | | | | | | | | $17,200,000 |
| 2012-12 | | | | | | MOL Ship Management Hong Kong | | |
| 2012-08 | | | | | | MOL Ship Management Hong Kong | | |
| 2006-03 | | | | | MOLSHIP | | | |
| 2003-12 | | | | | | MOLSHIP | | |
| 2003-04 | MOL Efficiency | | | | | | | |
| 2003-03 | | Panama | | | | | | |
| 2003-00 | | | Nippon Steel Shipping Co Ltd | Mitsui OSK Lines Ltd | Mitsui OSK Lines Ltd | Virgo Line Shipping SA | | |

Originally MOL Efficiency

## CLASS
Class: American Bureau of Shipping (IACS) (2003-04-00), Class ID: 03113036 AB: Special Survey Date: 2013-05-02
Class Notation: (+)A1, Container Carrier, (E), (+)AMS, (+)ACCU, SH, RRDA, CRC, PMP, CSC Service Restriction: Unrestricted Service

## SURVEYS
Special Survey Due 2018-04-16, Assigned 2013-05-02, American Bureau of Shipping
Docking Survey Due 2018-04-16, Assigned 2015-04-16, American Bureau of Shipping

## MACHINERY OVERVIEW
1 oil engine driving 1 FP propeller at 100 rpm Total Power: Mcr 49,410kW (67,178hp), Csr 42,000kW (57,103hp)Service Speed: 25.45kts

## PRIME MOVER DETAIL
Design: Sulzer, Engine Builder: Mitsubishi Heavy Industries Ltd - Japan
1 x 9RTA96C, 2 Stroke, Single Acting, In-Line (Vertical)
9 Cy. 960 x 2500, Mcr: 49,410 kW (67,178 hp) at 100 rpm

## AUXILIARY ENGINES

## BOILERS

## AUXILIARY GENERATORS
Aux Generator: 4 x 1,800kW 450/220V 60Hz a.c., 1 x 1,500kW 440/220V 60Hz a.c.

## BUNKERS
Fuel:Capacity - Distillate Fuel: 357 cu m, Residual Fuel: 7,366 cu m

## THRUSTERS
Thrusters: 1 Thwart. CP thruster (f) 2,000kW(2,719bhp)

## EVENT TIMELINE

| Date | Significant Events |
|---|---|
| 2016-09 | Status changed to To Be Broken Up |
| 2016-08 | Operator Hanjin Shipping Co Ltd |
| 2016-05 | PSC Inspected |
| 2016-03 | Name changed to SEASPAN EFFICIENCY |
| 2015-10 | PSC Inspected, PSC Inspected, PSC Inspected |
| 2015-05 | Group Owner Seaspan Corp |

| | |
|---|---|
| 2014-11 | PSC Inspected |
| 2014-09 | PSC Inspected |
| 2014-07 | PSC Inspected |
| 2014-06 | PSC Inspected |
| 2014-01 | PSC Inspected |
| 2013-11 | SMC Certificate issued by American Bureau of S Expires 20181102 |
| 2013-10 | PSC Inspected, PSC Inspected |
| 2013-09 | PSC Inspected |
| 2013-08 | PSC Inspected |
| 2013-07 | Flagged by Hong Kong, China, PSC Inspected, Owner Seaspan Corp |
| 2013-06 | PSC Inspected |
| 2013-05 | Technical Manager Seaspan Ship Management Ltd, Ship Manager Seaspan Ship Management Ltd |
| 2013-01 | PSC Inspected |
| 2012-11 | PSC Inspected |
| 2012-10 | SMC Certificate issued by panama Expires 20170828 |
| 2012-08 | PSC Inspected, SMC Certificate issued by Nippon Kaiji Kyokai Expires 20170828, Technical Manager MOL Ship Management Hong Kong |
| 2012-05 | Status changed to In Service/Commission |
| 2011-11 | PSC Inspected, Status changed to In Casualty Or Repairing, In Casualty |
| 2011-08 | PSC Inspected |
| 2011-07 | PSC Inspected |
| 2011-05 | PSC Inspected |
| 2010-12 | PSC Inspected |
| 2010-08 | PSC Inspected |
| 2010-04 | PSC Inspected |
| 2009-07 | PSC Inspected |
| 2009-05 | PSC Inspected |
| 2009-04 | PSC Inspected |
| 2008-10 | PSC Inspected |
| 2008-09 | SMC Certificate issued by Nippon Kaiji Kyokai Expires 20130920 |
| 2008-07 | PSC Inspected |
| 2008-04 | PSC Inspected |
| 2007-10 | PSC Inspected |
| 2007-04 | SMC Certificate issued by NK Expires 20080920 |
| 2007-03 | PSC Inspected |
| 2007-02 | PSC Inspected, PSC Inspected |
| 2006-10 | PSC Inspected |
| 2006-09 | PSC Inspected, SMC Certificate issued by NK Expires 20080920 |
| 2006-05 | PSC Inspected |
| 2006-03 | Ship Manager MOLSHIP |
| 2005-11 | PSC Inspected |
| 2005-05 | PSC Inspected |
| 2005-04 | PSC Inspected |
| 2005-02 | PSC Inspected |
| 2004-02 | SMC Certificate issued by NK Expires 20080920 |
| 2003-12 | SMC Certificate issued by NK Expires 20080920, Technical Manager MOLSHIP |
| 2003-04 | Name changed to MOL Efficiency, Classed AB, Status changed to In Service/Commission |
| 2003-03 | Flagged by Panama |
| 2003-00 | Operator Mitsui OSK Lines Ltd, Owner Virgo Line Shipping SA, Ship Manager Mitsui OSK Lines Ltd, Group Owner Nippon Steel Shipping Co Ltd, Group Owner Mitsui OSK Lines Ltd |
| 2002-12 | Status changed to Launched |
| 2002-06 | Status changed to Keel Laid |
| 2001-03 | Status changed to On Order/Not Commenced |

**EQUASIS**



To view information available on Equasis for this vessel click on the button below.

Equasis

Equasis is a public web-site promoting quality shipping, and this access from Sea-web has the approval of the Equasis Secretariat.

## AIS POSITION

○ SEASPAN EFFICIENCY (477242400)

Call sign VRML5
LR/IMO Ship No. 9251365
MMSI 477242400
Last update Oct 15 2016 6:11AM UTC
Received from 040°21.828'N, 073°43.776'W
Under way using engine
Ship type Cargo
Length 294m, Breadth 32m, Draught 9.7m
Extra info Hazardous Cat. A
Heading 135° at 16.10 knots
Destination TO SEA
ETA Oct 20 2016 7:00PM
Link to Ship



## MOVEMENTS

At most, the last 50 movements are returned. Click here to return all movements for the ship or on a port to view port details.

| Ships in Port | Port of Call | Country | Arrival Date | Sailing Date | Hours in Port |
|---|---|---|---|---|---|
| View | Elizabeth | United States of America | 2016-10-14 | 2016-10-15 | 5 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-10-12 | 2016-10-12 | 10 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-10-12 | 2016-10-12 | 2 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-10-12 | 2016-10-12 | 2 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-10-11 | 2016-10-12 | 4 |
| View | Savannah | United States of America | 2016-09-30 | 2016-09-30 | <2 |
| View | Port Wentworth | United States of America | 2016-09-29 | 2016-09-30 | 16 |
| View | Savannah | United States of America | 2016-09-29 | 2016-09-29 | <2 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-08-30 | 2016-08-30 | 2 |
| View | Wilmington (USA-N Carolina) East | United States of America | 2016-08-30 | 2016-08-30 | 11 |
| View | Bayonne (USA) Upper Bay Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |

| | | | | | |
|---|---|---|---|---|---|
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-28 | 2016-08-28 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-27 | 2016-08-28 | <2 |
| View | Bayonne (USA) Upper Bay Terminals | United States of America | 2016-08-27 | 2016-08-27 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-27 | 2016-08-27 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-27 | 2016-08-27 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-27 | 2016-08-27 | <2 |
| View | New York & New Jersey Port Newark and Elizabeth Terminals | United States of America | 2016-08-27 | 2016-08-27 | <2 |
| View | Panama Canal Pacific Anchorage | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-22 | 2016-08-22 | <2 |
| | Transit Panama Canal W | Transit Panama Canal W | 2016-08-22 | 2016-08-22 | |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-21 | 2016-08-22 | <2 |
| View | Panama Canal Pacific Anchorage | Panama | 2016-08-21 | 2016-08-21 | <2 |
| View | Panama Canal Pacific Anchorage | Panama | | | <2 |

| | | | 2016-08-21 | 2016-08-21 | |
|---|---|---|---|---|---|
| View | Panama Canal Pacific Anchorage | Panama | 2016-08-21 | 2016-08-21 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-21 | 2016-08-21 | <2 |
| View | Panama Canal Pacific Anchorage Expansion | Panama | 2016-08-21 | 2016-08-21 | <2 |
| View | Okpo Anchorage | Korea (South) | 2016-08-03 | 2016-08-03 | <2 |
| View | Busan New Port | Korea (South) | 2016-08-02 | 2016-08-02 | 15 |
| View | Okpo Anchorage | Korea (South) | 2016-08-02 | 2016-08-02 | <2 |
| View | Yangshan | China | 2016-07-31 | 2016-08-01 | 13 |
| View | Yangshan Quarantine Anchorage | China | 2016-07-31 | 2016-07-31 | 5 |
| View | Meishan | China | 2016-07-30 | 2016-07-30 | 11 |
| View | Xiazhimen Kou Ore Carrier Anchorage | China | 2016-07-30 | 2016-07-30 | <2 |
| View | Liuheng North Anchorage | China | 2016-07-30 | 2016-07-30 | <2 |

Click here to see the latest movements displayed in Bing Maps

Close X | Movement Map

Reported 2016-10-15 sailed from Elizabeth, United States of America

Currently trading in US East Coast

12 Month Country Calling History



0   25   50   75

+
−

Highcharts © undefined

**October 2016**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 **5:55p** Savannah, United States **6:56p** Port Wentworth, United States of America | 30 **10:53a** Savannah, United States | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 **2:49a** Elizabeth, United States |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |

**TRADING AREAS LAST 12 MONTHS**

Australasia
Caribbean
East and South Africa
East Coast South America
Far East
South East Asia
US East Coast
US West Coast
West Africa
West Coast South America

© 2016 IHS Global Limited. IHS Global Limited assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with IHS Global Limited and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.