**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE JOHN K. SHERWOOD CASE NO. 16-27041 (JKS) |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>        Debtor in a Foreign<br>        Proceeding. | Chapter 15<br><br>**FOREIGN REPRESENTATIVE'S THIRD STATUS REPORT** |

Tai-Soo Suk, the duly appointed foreign representative (the "Foreign Representative")

of Hanjin Shipping Co. Ltd. ("Hanjin" or the "Debtor") in connection with the pending

receivership proceeding (the "Korean Proceeding") filed by Hanjin under the Debtor

Rehabilitation and Bankruptcy Act in the Seoul Central District Court (the "Korean Court") in

Seoul, Republic of Korea, hereby provides the following Third Status Report.

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835.  The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

**List of Creditors/Filing Proofs of Claim in Korea**

1.      On October 10, 2016, Hanjin published its list of creditors.  That list is available on Hanjin's website at http://hanjin.com/hanjin/CUP_HOM_1764.do

2.      According to the Korean Court, all proofs of claim must be completed in Korean. To the extent a creditor fills out a proof of claim form in English, the Korean Court requires it to be translated to Korean.

**Containers**

3.      Hanjin has published and continues to update the list of available container yards for empty owned and some leased containers.  That most current list is available on Hanjin's website at http://hanjin.com/hanjin/CUP_HOM_1764.do

4.      Hanjin has published a list of leased containers and the owners' respective contact information.  That notice is available on Hanjin's website at

http://hanjin.com/hanjin/CUP_HOM_1764.do

**Clarification of First Status Report [Docket No. 243]**

5.      At the status conference held on September 23, 2016, counsel for the Foreign Representative clarified Paragraph 5 of the status report filed on September 22, 2016 [Docket No. 243].  Specifically, the following underlined clarification was made, and should be consulted by all affected parties:

6.      In accordance with the authority granted in the Expenditure Order, Hanjin has made payments to the following terminals for all port charges incurred prior to August 30, 2016 with respect to cargo that was already inland, which terminals were no longer releasing on credit as of that date….

2

**Update on Ancillary Proceedings**

7.    The following is a list of ancillary insolvency proceedings that have been commenced by the Foreign Representative and the status of each:[2]

| Jurisdiction | Status |
| --- | --- |
| Japan | Commenced and provisional relief granted |
| United Kingdom | Commenced and provisional relief granted |
| Singapore | Commenced and provisional relief granted |
| Germany | Commenced and provisional relief granted |
| Belgium | Commenced and provisional relief granted |
| Spain | Applied for recognition and provisional relief |
| Italy | Applied for recognition and provisional relief |
| France | Applied for recognition and provisional relief |
| Australia | Commenced and provisional relief granted |
| Canada | Commenced on and provisional relief granted |

DATED:  October 18, 2016

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Ilana Volkov*
Ilana Volkov

Edward S. Kiel

*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

---

[2] The pursuit of ancillary proceedings in other jurisdictions is under advisement.