| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SIMMS SHOWERS LLP<br>201 International Circle, Suite 250<br>Baltimore, Maryland 21030<br>Phone: (410) 783-5795<br>Fax: (973) 467-8126<br>jssimms@simmsshowers.com<br><br>WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>dclarke@wjslaw.com | FILED<br>JAMES J. WALDRON, CLERK<br><br>OCT 19 2016<br><br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>In Re:<br>Hanjin Shipping Co., Ltd. | Case No.: 16-27041 (JKS)<br><br>Chapter: 15<br><br>Judge: John K. Sherwood |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

Dated: October 19, 2016

[signature]

After review of the application of McAllister Towing & Transportation, Inc., ET AL for the reduction of time for a hearing on their Motion to Clarify Order (ECF 368) Granting in Part, Denying in Part for "Prompt Notice" of Vessels Off Charter under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on October 20, 2016 at 2:00pm in the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102, Courtroom No. 3D.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Counsel for Hanjin Shipping, Co. Ltd.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All Parties having requested notice

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Counsel for Hanjin Shipping, Co. Ltd.

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*