## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 15 |
| HANJIN SHIPPING CO., LTD.,[1] | Case No. 16-27041 (JKS) |
| Debtor in a Foreign Proceeding. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss.
COUNTY OF ESSEX        )

I, Kathleen M. Logan, hereby certify:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey.

3.  On October 26, 2016 I caused copies of the following:

    - **Notice of (I) Filing of Chapter 15 Petitions, and (II) Foreign Representative's Motion for Entry of Order Granting Recognition of Foreign Main Proceeding and Related Relief**

    to be served via U.S. first-class mail, postage prepaid upon the parties listed on the Service List attached hereto as Exhibit A. A copy of the served notice is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

Kathleen M. Logan

Sworn to before me this
___7___ day of November  2016

Notary Public

NYREE DAWN MISCIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/8/2018

---

[1]  The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

EXHIBIT A
SERVICE LIST

HJN_AA

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 204-01
#1 HEAVY EQUIPMENT LOADING, INC
6535 SOUTH AUSTIN AVE
BEDFORD PARK IL 60638

Creditor ID: 7348-01
11-R SALES CORPORATION
5002 TIETON DRIVE
YAKIMA WA 98908

Creditor ID: 12681-01
1224 LLC
1400 BROADWAY
NEW YORK NY 10018

Creditor ID: 12682-01
1888 MILLS, LLC
1520 KENSINGTON ROAD, SUITE 115
OAK BROOK IL 60523

Creditor ID: 7349-01
1ST-LINE EQUIPMENT. LLC
8 CROWN PLAZA,UNIT 101
HAZLET NJ 07730

Creditor ID: 8071-01
21 GRAMS INC
101 W 24TH ST APT 3D
NEW YORK NY 10011-1971

Creditor ID: 17657-01
24 7 INTERNATIONAL
51 STILES LANE
PINE BROOK NJ 07058

Creditor ID: 4477-01
24/7 INTERNATIONAL LLC
12 RTE 17 N STE 218
PARAMUS NJ 07410

Creditor ID: 17658-01
26 INTERNATIONAL INC
11268 LOS ANGELES ST.
LOS ANGELES CA 90015

Creditor ID: 205-01
3 FLOYDS BREWING COMPANY
9750 INDIANA PARKWAY
MUNSTER IN 46321

Creditor ID: 7350-01
3 STONE INC.
428 S. ATLANTIC BLVD SUITE 300
MONTEREY PARK CA 91754

Creditor ID: 10398-01
33 STREET BAKERY, INC
43-27 33RD STREET
LONG ISLAND CITY NY 11101

Creditor ID: 2044-01
3A COMPOSITES USA
136 FAIRVIEW ROAD, SUITE 300
MOORESVILLE NC 28117

Creditor ID: 10399-01
3B, INC.
120 CORPORATE DR
DANVILLE KY 40422-9690

Creditor ID: 14715-01
3F CHIMICA AMERICAS
10930 DARRACOT ROAD
ABERDEEN MS 39730

Creditor ID: 17659-01
3M COMPANY
1-94 AND MCKNIGHT ROADST
ST. PAUL MN 55144

Creditor ID: 8172-01
3S METAL & INVESTMENT, INC.
26 DAHILA #2FL
IRVINE CA 92618

Creditor ID: 4478-01
3T HOLDING COMPANY
9643 KLINGERMAN AVE. S
EL MONTE CA 91733

Creditor ID: 4479-01
3V INCORPORATED
888 WOODSTOCK ST.
GEORGETOWN SC 29440

Creditor ID: 7351-01
3V METALS INC.
6841 PHILLIPS PARKWAY DRIVE SOUTH
JACKSONVILLE FL 32256

Creditor ID: 206-01
4 ALL 4 U
3748 E. 26TH STREET
VERNON CA 90058

Creditor ID: 207-01
4 SIZZLE INC
2428 E UNIVERSITY DR.
TEMPE AZ 85281

Creditor ID: 8173-01
4B ELEVATOR COMPONENTS LIMITED
625 ERIE AVENUE
MORTON IL 61550

Creditor ID: 7352-01
5 RIVERS USA LLC
2935 E CHINO AVE STE E 5/59
CHINO HILLS CA 91709

Creditor ID: 2045-01
5 STAR APPAREL, INC.
31 WEST 34TH STREET
NEW YORK NY 10001

Creditor ID: 8174-01
509, INC.
10424 W. AERO RD.
SPOKANE WA 99224

Creditor ID: 7353-01
54 RECKLESS, LLC
3349 S LA CIENEGA PLACE
LOS ANGELES CA 90016

Creditor ID: 17660-01
5N PLUS FAIRFIELD INC.
515 COMMERCE DRIVE FAIRFIELD,CT
FAIRFIELD CT 06825

Creditor ID: 2355-01
6 ENTERPRISES,LLC
6101 EAGLE RIDGE DRIVE
PINSON AL 35126

Creditor ID: 4480-01
7 SEAS HARVEST, INC
32419 MONTEREY DRIVE
UNION CITY CA 94587

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12683-01<br>764 HOSPITALITY INC<br>9250 RESEDA BLVD., UNIT 111<br>NORTHRIDGE CA 91324 | Creditor ID: 8175-01<br>77 HALAL MEATS IMPORT-EXPORT<br>7814 4TH AVE., SUITE B6<br>BROOKLYN NY 11209 | Creditor ID: 208-01<br>7TH INTERNATIONAL TRADE COMPANY<br>620 S. HACIENDA BLVD. BLDG. B<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 209-01<br>8 OAK LANE LLC<br>221 WILLOW ST<br>YARMOUTH PORT MA 02675-1770 | Creditor ID: 8176-01<br>8 TO 20 PARTNERS LLC.<br>20 WEST 33RD STREET<br>NEW YORK NY 10022 | Creditor ID: 2356-01<br>85C BAKERY CAFE<br>1415 MOONSTONE<br>BREA CA 92821 |
| Creditor ID: 4481-01<br>99 CENT ONLY STORES, TEXAS INC.<br>23623 COLONIAL PARKWAY<br>KATY TX 77493 | Creditor ID: 17661-01<br>99 CENTS ONLY STORES<br>4000 UNION PACIFIC AVE.<br>COMMERCE CA 90023 | Creditor ID: 4482-01<br>99C ONLY STORES<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE CA 90023 |
| Creditor ID: 10400-01<br>A & B IMPORT/EXPORT<br>101 N.E. 3RD AVE., STE. 1500<br>FORT LAUDERDALE FL 33301 | Creditor ID: 210-01<br>A & B WIPER SUPPLY, INC<br>5601 PASCHALL AVENUE<br>PHILADELPHIA PA 19143 | Creditor ID: 4483-01<br>A & C IMPORTS<br>10603 CONTROL PL<br>DALLAS TX 75238 |
| Creditor ID: 10401-01<br>A & E STORES INC<br>1000 HUYLER ST<br>TETERBORO NJ 07608 | Creditor ID: 7354-01<br>A & I PRODUCTS<br>1020 22ND AVENUE<br>ROCK VALLEY IA 51247 | Creditor ID: 2357-01<br>A & M BUSINESS INTERIOR SVC<br>1300 WASHINGTON AVENUE NORTH<br>MINNEAPOLIS MN 55411 |
| Creditor ID: 10402-01<br>A & N TRADING NEW YORK<br>386 OAKWOOD ROAD<br>HUNTINGTON NY 11746 | Creditor ID: 7355-01<br>A & R PACKAGING<br>840 TABLER ROAD<br>MORRIS IL 60450 | Creditor ID: 17662-01<br>A & R SUPPLY<br>2650 NW 89TH CT<br>DORAL FL 33172 |
| Creditor ID: 211-01<br>A A S INTERNATIONAL LLC<br>45721 S.E. 42ND WAY<br>ISSAQUAH WA 98029 | Creditor ID: 2046-01<br>A & S MARBLE & GRANITE IMPORTS<br>4704 NORTH ROYAL  ATLANTA DRIVE<br>TUCKER GA 30084 | Creditor ID: 8177-01<br>A 2 A  DBA  AIR MOVERS<br>550 S AYON AVE<br>AZUSA CA 91702 |
| Creditor ID: 10403-01<br>AAMERICA, INC.<br>18255 SEGALE PARK DR.<br>TUKWILA WA 98188 | Creditor ID: 8178-01<br>A AND F EXPORTS INC.<br>P.O. BOX 4098<br>FAYETTEVILLE ARK AR 72702 | Creditor ID: 18397-01<br>A B INTERNATIONAL MKT<br>2235 JEROME AVE<br>BRONX NY 10453 |
| Creditor ID: 10404-01<br>A B KITCHENWARE INC.<br>7008 SCHAEFER<br>DEARBORN MI 48126 | Creditor ID: 212-01<br>A CARGO INC<br>4634 E. MARGINAL WAY S STE C120<br>SEATTLE WA 98134 | Creditor ID: 4484-01<br>A CHILD'S HOPE INTERNATIONAL<br>2430 EAST KEMPER ROAD, DOCK 15<br>CINCINNATI OH 45241 |
| Creditor ID: 7356-01<br>A F C ACQUISITION CORPORATION<br>3301 MENAUL BLVD. NE,  SUITE 18<br>ALBUQERQUE NM 87107 | Creditor ID: 17663-01<br>A LIFE, INC<br>3520 WARNER AVE<br>SANTA ANA CA 92704 | Creditor ID: 2047-01<br>A N DERINGER INC<br>3030 GREENS RD.<br>HOUSTON TX 77032 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4767-01<br>A N DERINGER INC. - WAREHOUSE<br>178 WEST SERVICE RD<br>CHAMPLAIN NY 12919 | Creditor ID: 7357-01<br>A NAIMOLI FREIGHT FORWARDING INC.<br>105-08 93RD ROAD STREET<br>OZONE PARK NY 11417 | Creditor ID: 7358-01<br>A OPEN AMERICA INC.<br>1911 LUNDY AVENUE<br>SAN JOSE CA 95131 |
| Creditor ID: 7359-01<br>A PLUS INTERNATIONAL INC.<br>5138 EUCALYPTUS AVE.<br>CHINO CA 91710 | Creditor ID: 7360-01<br>A SOUTHERN SEASON<br>505 ENO ST<br>HILLSBOROUGH NC 27278 | Creditor ID: 18398-01<br>A TO Z METALS, INC.<br>2900 N. ALAMEDA<br>COMPTON CA 90222 |
| Creditor ID: 4485-01<br>A TRANS CORP.<br>20435 S.WESTERN AVE.<br>TORRANCE CA 90501 | Creditor ID: 17664-01<br>A UNION TRADING INC.<br>9950 MISSION MILL ROAD<br>WHITTIER CA 90601 | Creditor ID: 18987-97<br>A ZIN MUANG<br>C/O BARKER BOUDREAUX LAMY & FOLEY<br>ATTN DAN FOLEY<br>228 ST CHARLES AVE, STE 1100<br>NEW ORLEANS LA 70130 |
| Creditor ID: 18986-97<br>A ZIN MUANG<br>C/O DODSON HOOKS & FREDERICK APLC<br>ATTN RICHARD DODSON<br>112 FOUNDERS DRIVE<br>BATON ROUGE LA 70802 | Creditor ID: 7361-01<br>A&A DINGFENG INC.<br>401 BROADWAY<br>NEW YORK NY 10013 | Creditor ID: 214-01<br>A&A METALS, INC.<br>5601 CLINTON DRIVE<br>HOUSTON TX 77020 |
| Creditor ID: 4486-01<br>A&C IMPORT EXPORT SERVICES INC<br>6317 18TH AVE<br>BROOKLYN NY 11204 | Creditor ID: 12684-01<br>A&C INTERNATIONAL TRADE,INC.<br>ONE PARKER PLAZA<br>400 KELBY ST 12TH FL<br>FORT LEE NJ 07024 | Creditor ID: 12685-01<br>A&G SHIPPING<br>1211 29TH AVE<br>LONG ISLAND CITY  NY NY 11102 |
| Creditor ID: 215-01<br>A&H FOODS,INC<br>14416 18TH AVE. W<br>LYNNWOOD WA 98037 | Creditor ID: 4487-01<br>A&L TRADING, INC.<br>3501 EMBER ST.<br>MARIETTA GA 30066-3966 | Creditor ID: 17665-01<br>A&N TRADING NEW YORK<br>386 OAKWOOD ROAD<br>HUNTINGTON NY 11746 |
| Creditor ID: 10405-01<br>A&R ALLIED ENTERPRICES INC<br>600 GRAND AVENUE<br>RIDGEFIELD NJ 07657 | Creditor ID: 2048-01<br>A&R TRADING COMPANY<br>109 SOUTHWEST DRIVE<br>SPARTANBURG SC 29303 | Creditor ID: 18399-01<br>A&S D/B/A GREENLAND FOOD COMPANY<br>2939 SUNOL DR.<br>VERNON CA 90023 |
| Creditor ID: 17666-01<br>A&S MARBLE AND GRANITE<br>5351 ROYAL WOODS PARKWAY SW<br>TUCKER GA 30084 | Creditor ID: 2049-01<br>A&S PRODUCE INC<br>810 E.PICO BLVD<br>LOS ANGELES CA 90021 | Creditor ID: 2050-01<br>A&T INDUSTRIES<br>28 ALLEN LANE<br>LAWRENCEVILLE NJ 08648 |
| Creditor ID: 7362-01<br>A. FRYLINK & SONS INC<br>326 SOUTHERN CT<br>HIGHLAND SPRINGS VA 23075-1519 | Creditor ID: 17667-01<br>A. TRADING<br>580 SOUTH ROUTE 303,<br>WEST SHORE PLAZA<br>BLAUVELT NY 10913 | Creditor ID: 8180-01<br>A.A.G. STUCCHI NORTH AMERICA INC.<br>1220 W.FLETCHER AVENUE<br>TAMPA FL 33612 |
| Creditor ID: 17668-01<br>A.A.SAYIA & CO.,INC<br>P.O.BOX M9,ONE NEWARK STREET<br>HOBOKEN NJ 07030 | Creditor ID: 12686-01<br>A.B. GIFT, INC.<br>7008 SHAEFER<br>DEARBORN MI 48126 | Creditor ID: 18393-01<br>A.C. MONK TOBACCO COMPANY<br>1200 WEST MARLBORO ROAD; PO BOX 166<br>FARMVILLE NC 27828 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 7363-01
A.CUSTOMS BROKERAGE INC
656 SOUTH DRIVE
MIAMI SPRINGS FL 33166

Creditor ID: 7141-01
A.D.R. BULBS INC.
49 BLACK MEADOW ROAD
CHESTER NY 10918

Creditor ID: 12687-01
A.F. ROMERO/ IVEMSA (MAXIMO)
1746 STERGIOS RD.
CALEXICO CA 92232

Creditor ID: 217-01
A.F.C. TRADING CORP
114 FRONT STREET
NEW BEDFORD MA 02740

Creditor ID: 2051-01
A.F.I.F. INGREDIENTS LLC
7 MILL ST BLOOMFIELD, NJ 07003
BLOOMFIELD NJ 07003

Creditor ID: 17669-01
A.H. BECK FOUNDATION CO. INC.
5123 BLANCO ROAD
SAN ANTONIO TX 78216

Creditor ID: 10406-01
A.H.S. INTERNATIONAL, INC.
4820 S. EASTERN AVE., #M
HUNTINGTON BEACH CA 90040

Creditor ID: 7364-01
A.I.G. WINES & SPIRITS IMPORT CO
334 EAST 74TH STREET, SUITE 6B
NEW YORK NY 10021

Creditor ID: 218-01
A.L.S. ASSOCIAZIONE LOGISTICA
SPEZIIONIERI S.R.L.
VIA XX SETTEMBRE, 42
GENOVA  16121
ITALY

Creditor ID: 4488-01
A.N. DERINGER INC. -LAX
18553 DOMINGUEZ HILLS DRIVE
RANCHO DOMINGUEZ CA 90220

Creditor ID: 4768-01
A.N.DERINGER INC.-BUF
840 AERO DRIVE SUITE 110
CHEEKTOWAGA NY 14225

Creditor ID: 2052-01
A.NAMOLI FREIGHT FORWARDING INC.
105-08 93RD STREET,
OZONE PARK NY 11417

Creditor ID: 8181-01
A.O. SMITH
HIGHWAY #1 NORTH
MCBEE SC 29101

Creditor ID: 4489-01
A.O.C. LIMITED
3992 N. GALLOWAY DRIVE
MEMPHIS TN 38111

Creditor ID: 12688-01
A.O.INTERNATIONAL BUSINESS, INC
136-80 ROOSEVELT AVENUE 3RD FLOOR
FLUSHING NY 11354

Creditor ID: 8182-01
A.O.S.S. MEDICAL INC.
4971 CENTRAL AVE
MONROE LA 71203

Creditor ID: 2053-01
A.O.T. ATLANTIC LTD.
188 MOTT AVE.
INWOOD NY 11096

Creditor ID: 10407-01
A.P. ESTEVE SALES, INC.
DBA ESTEVE TRADING INC.
1920 TIENDA DR., SUITE 201
LODI CA 95242

Creditor ID: 12689-01
A.PLUS INTERNATIONAL
616 107TH STREET
ARLINGTON TX 76011

Creditor ID: 7365-01
A.R.T. FURNITURE, INC.
1165 AUTO CENTER DRIVE
ONTARIO CA 91761

Creditor ID: 2054-01
A.S. LOGISTIC SERVICES
11535 CEDAR OAK DRIVE
EL PASO TX 79936-6028

Creditor ID: 219-01
A.S.A.TRADING,INC.
5500 PECK ROAD #2
ARCADIA CA 91006

Creditor ID: 17670-01
A.S.L. SHIPPING LINES INC.
2 E. VALLEY BLVD.,SUITE 200B
D/B/A  AMERICAN SHIPPING LINE
ALHAMBRA CA 91801

Creditor ID: 4490-01
A/B TECHNOLOGIES INTERNATIONAL, INC.
402 SHELLY STREET
SPRINGFIELD OR 97477

Creditor ID: 4491-01
A-1 TIMBER CONSULTANTS, INC.
185 HAMILTON ROAD NORTH
CHEHALIS WA 98532

Creditor ID: 8183-01
A123 SYSTEMS
39000 SEVEN MILE ROAD
LIVONIA MI 48152

Creditor ID: 8184-01
A2MAC1 - AUTOMOTIVE BENCHMARKING
3901 BESTECH ROAD, SUITE 100
YPSILANTI MI 48197

Creditor ID: 7366-01
A-440 PIANOS-INC
855 GARNER ROAD
LILBURN GA 30047

Creditor ID: 10200-01
AA AUTO EXPORT, INC.
6535 S. AUSTIN
BEDFORD PARK IL 60638

Creditor ID: 220-01
AA CONNECTION, LLC
12810 NE 178TH STREET, #235
WOODINVILLE WA 98072

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2055-01<br>AAA ALL AMERICAN AUTO GLASS INC.<br>122 N.E. 9TH STREET<br>GRAND PRAIRIE TX 75050 | Creditor ID: 221-01<br>AAA INTERNATIONAL SEAFOOD CORP<br>2535 E. 28TH STREET<br>VERNON CA 90058 | Creditor ID: 222-01<br>AAA POLYMER<br>68 FREEMAN ST.<br>BROOKLYN NY 11222 |
| Creditor ID: 17671-01<br>AAAA WORLD IMPORT-EXPORT, INC.<br>11400 NW 32ND AVENUE<br>MIAMI FL 33167 | Creditor ID: 4492-01<br>AABCON, LLC<br>3931 AVION PARK CT. STE. C116<br>CHANTILLY VA 20151 | Creditor ID: 2056-01<br>AALBONZ CHEMICAL LLC<br>6634 WOODBROOK<br>GRAND RAPIDS MI 49546 |
| Creditor ID: 17672-01<br>AALBORZ CHEMICAL LLC<br>2240 29TH STREET SE<br>GRAND RAPIDS MI 49508 | Creditor ID: 4493-01<br>AALCHEM INDUSTRIES INDUSTRIAL<br>CHEMICALS GROUP INC<br>6010 NW FIRST PLACE<br>GAINESVILLE FL 32607 | Creditor ID: 17673-01<br>A-AMERICAN CONTRACTORS & SUPPLIES<br>847 NORTH CALDWELL<br>NILES IL 60714 |
| Creditor ID: 2057-01<br>AARIS LLC.<br>7953 WASHINGTON WOODS DR<br>DAYTON OH 45459 | Creditor ID: 17674-01<br>AARON BROTHERS<br>8001 RIDGEPOINT DRIVE<br>IRVING TX 75063 | Creditor ID: 17675-01<br>AARON FITZSIMMONS<br>3545 NW STREET<br>MIAMI FL 33150 |
| Creditor ID: 223-01<br>AARON METALS COMPANY<br>750-105TH AVE.<br>OAKLAND CA 94603 | Creditor ID: 2058-01<br>AARON RENTS<br>212 SOUTH 37TH AVE<br>PHOENIX AZ 85009 | Creditor ID: 17676-01<br>AARON RENTS<br>9199 CLEVELAND AVE<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 2358-01<br>AARON THOMAS COMPANY INC<br>5649 DISTRIBUTION DRIVE<br>MEMPHIS TN 38141 | Creditor ID: 224-01<br>AARON'S CREEK FARM, INC.<br>380 GREENHOUSE DRIVE<br>BUFFALO JUNCTION VA 23429 | Creditor ID: 8185-01<br>AARON'S INC.<br>309 E PACES FERRY ROAD NE<br>ATLANTA GA 30305 |
| Creditor ID: 12691-01<br>AARON'S SALES & LEASE OWNERSHIP<br>8929 NORTH RAMSEY  BOULEVARD<br>PORTLAND OR 97203 | Creditor ID: 17677-01<br>AB DIVERSIFIED ENTERPRISES,INC<br>6825 WEST SUNRISE BLVD<br>PLANTATION FL 33313 | Creditor ID: 10101-01<br>AB FOODS LLC.<br>201 ELMWOOD ROAD, PO BOX 832<br>TOPPENISH WA 98948 |
| Creditor ID: 2059-01<br>AB HIDE AND FOODS<br>24900 PITKIN ROAD STE 120<br>THE WOODLANDS TX 77386 | Creditor ID: 12692-01<br>AB PACIFIC IMPORTS, INC.<br>2813 FLINT AVENUE<br>SAN JOSE CA 95148 | Creditor ID: 10408-01<br>AB SPECIALTY SILICONES<br>3388 S. GARFIELD AVE.<br>COMMERCE CA 90040 |
| Creditor ID: 2060-01<br>ABA PACKAGING CORP.<br>740 BLUE POINT RD.<br>HOLTSVILLE NY 11742 | Creditor ID: 2061-01<br>ABATIX CORP<br>2400 SKYLINE DRIVE SUITE 400<br>MESQUITE TX 75149 | Creditor ID: 10409-01<br>ABB INC.<br>1128 SOUTH CAVALIER DRIVE<br>ALAMO TN 38001 |
| Creditor ID: 7368-01<br>ABBAS FOODS INC.<br>8111 ST. LOUIS AVE. UNIT 2E<br>SKOKIE IL 60076 | Creditor ID: 7367-01<br>ABBAS FOODS INC.<br>3550 CLARKSTON  IND.  BIVID  SUIT-E<br>CLARKSTON GA 30021 | Creditor ID: 12693-01<br>ABBOTT BLACKSTONE CO.<br>411 CLEVELAND STREET, #198<br>CLEARWATER FL 33755 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                            **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9227-01<br>ABBOTT DUTY FREE CONFECTIONS, LLD<br>1140 POLARIS STREET<br>ELIZABETH NJ 07201 | Creditor ID: 4494-01<br>ABBOUD TRADING INC.<br>1401 N.W. 88TH AVE<br>DORAL FL 33172 | Creditor ID: 10410-01<br>ABBYSON LIVING<br>5155 GOLDMAN AVE.<br>MOORPARK CA 93021 |
| Creditor ID: 4495-01<br>ABC COMPANIES<br>3270 S MADISON STREET<br>MUNCIE IN 47302 | Creditor ID: 2062-01<br>ABC DEPOT LOGISTICS<br>17920 AJAX CIRCLE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 225-01<br>ABC DEPOT,INC<br>2966 E.VICTORIA ST.RANCHO<br>DOMINGUEZ CA 90220 |
| Creditor ID: 8186-01<br>ABC DEPOT. INC.<br>1628 N.INDIANA ST.<br>LOS ANGELES CA 90063 | Creditor ID: 12694-01<br>ABC SERVICE NETWORK<br>242 CLARY AVE.<br>SAN GABRIEL CA 91776 | Creditor ID: 7369-01<br>ABC STONE TRADING<br>38 KINKEL ST<br>WESTBURY NY 11590 |
| Creditor ID: 12533-01<br>ABC SUPPLIERS INC<br>48521 WARM SPRINGS BLVD #305C<br>FREMONT CA 94539 | Creditor ID: 12695-01<br>ABC SUPPLY IMPORT LTD<br>37 05 COLLEGE POINT BLVD<br>FLUSHING NY 11354 | Creditor ID: 17678-01<br>ABC SUPPLY WHOLESALE,INC<br>179 TILLARY STREET<br>BROOKLYN NY 11201 |
| Creditor ID: 2063-01<br>ABCG ENTERPRISES, LLC<br>201 E. DUNDEE ROAD SUITE #2<br>PALITINE IL 60074 | Creditor ID: 226-01<br>ABCO METALS INC<br>791 MAIN ST.<br>CHATHAM MA 02633 | Creditor ID: 7370-01<br>ABCON PRODUCTS<br>7697 HIGHWAY 1<br>MOSS LANDING CA 95039 |
| Creditor ID: 2064-01<br>ABDI MOHD MAHD<br>2000 23RD AVE SO<br>SEATTLE WA 98144 | Creditor ID: 227-01<br>ABDINASIR ALI NUR<br>4419 SOUTH BRANDON STREET<br>SEATTLE WA 98118 | Creditor ID: 8187-01<br>ABERCROMBIE & FITCH STORES, INC.<br>6301 FITCH PATH<br>NEW ALBANY OH 43054 |
| Creditor ID: 4769-01<br>ABERCROMBIE & FITCH TRADING CO<br>6301 FITCH PATH<br>NEW ALBANY OH 43054 | Creditor ID: 10411-01<br>ABET INC.<br>60 WEST SHEFFIELD AVE<br>ENGLEWOOD NJ 07631 | Creditor ID: 4496-01<br>ABI AMERICA INC.<br>1417 CHARDIN DR NE<br>MARIETTA GA 30062 |
| Creditor ID: 8188-01<br>ABIBOW RECYCLING LLC<br>15600 JFK BLVD.<br>HOUSTON TX 77032 | Creditor ID: 7371-01<br>ABITEC CORPORATION<br>501 WEST FIRST AVE<br>COLUMBUS OH 43215 | Creditor ID: 4497-01<br>ABITIBI CONSOLIDATED<br>4 GANNETT DRIVE<br>WHITE PLAINS NY 10604 |
| Creditor ID: 4498-01<br>ABITIBI-CONSOLIDATED CORPORATION<br>340 N SAM HOUSTON PKWY E, STE 105<br>HOUSTON TX 77060 | Creditor ID: 2065-01<br>ABLE MANUFACTURING & ASSEMBLY, LLC<br>1000 SCHIFFERDECKER AVENUE<br>JOPLIN MO 64801 | Creditor ID: 10195-01<br>ABO INTERNATIONAL CO<br>3627 80TH AVE<br>MERCER ISLAND WA 98040 |
| Creditor ID: 12696-01<br>ABOU ELMAJD YAHYA TRADING LLC<br>4370 SW LLOYD AVENUE<br>BEAVERTON OR 97005 | Creditor ID: 10412-01<br>ABOULHOUDA IMANE<br>3455 PEACH TREE INDUSTRIAL BLVD<br>STE 840<br>DULUTH GA 30096 | Creditor ID: 2066-01<br>A-BOY DBA AS GLOBE LIGHTING<br>1919 NW 19TH ST<br>PORTLAND OR 97209 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12697-01<br>ABOY SUPPLY CO.<br>2730 NW FRONT<br>PORTLAND OR 97210 | Creditor ID: 4499-01<br>A-BOY SUPPLY DBA A-BOY SUPPLY CO.<br>1919 NW 19TH AVENUE<br>PORTLAND OR 97209 | Creditor ID: 10413-01<br>ABRAHAM AHWAL<br>104 STRY KER STREET<br>BROOKLYN NY 11223 |
| Creditor ID: 8189-01<br>ABRASIC 90 INC.<br>7525 NORTH OAK PARK AVENUE<br>NILES IL 60714 | Creditor ID: 2067-01<br>ABRASIVES INC<br>4090 HWY 49<br>GLEN ULLIN ND 58631 | Creditor ID: 17679-01<br>ABRO INDUSTRIES, INC.<br>3580 BLACKTHORN COURT<br>SOUTH BEND IN 46628 |
| Creditor ID: 229-01<br>ABSOLUTE<br>5 DWIGHT PLACE<br>FAIRFIELD NJ 07004 | Creditor ID: 17680-01<br>AC IMPORT, INC.<br>8450 GARVEY AVE #200<br>ROSEMEAD CA 91770 | Creditor ID: 4770-01<br>AC METAL TRADING, INC.<br>28658 VISTA MADERA<br>RANCHO PALOS VERDES CA 90275 |
| Creditor ID: 17681-01<br>AC MOORE<br>130 AC MOORE DRIVE<br>BERLIN NJ 08009 | Creditor ID: 12698-01<br>AC OF MIAMI INC.<br>2000 NW 89 PLACE SUITE 115<br>MIAMI FL 33172 | Creditor ID: 230-01<br>ACACIA HOME AND GARDEN, INC.<br>101 MCLIN CREEK ROAD N, PO BOX 426<br>CONOVER NC 28613 |
| Creditor ID: 7142-01<br>ACADEMY LTD<br>1800 NORTH MASON ROAD<br>KATY TX 77449 | Creditor ID: 12699-01<br>ACADEMY LTD<br>1 ACADEMY DRIVE<br>JEFFERSONVILLE GA 31044 | Creditor ID: 10415-01<br>ACADEMY MANUFACTURING<br>1513 WEST 132ND ST<br>GARDENA CA 91355 |
| Creditor ID: 8190-01<br>ACADEMY, LTD. BY ACADEMY MANAGING CO., L.L.C<br>1800 N. MASON ROAD<br>KATY TX 77449 | Creditor ID: 8191-01<br>ACC SHIPPING LIMITED<br>2381 HYLAN BLVD SUITE 12<br>STATEN ISLAND NY 10305 | Creditor ID: 8192-01<br>ACCELL NORTH AMERICA, INC.<br>6004 S. 190TH STREET, STE 101<br>KENT WA 98032 |
| Creditor ID: 17682-01<br>ACCENT TIPS INTERNATIONAL<br>10800 N.MILITARY TRAIL, SUITE 212<br>PALM BEACH FL 33480 | Creditor ID: 8193-01<br>ACCENT TIPS INTERNATIONAL<br>1408 N. KILLIAN DR. SUITE 211<br>LAKE PARK FL 33403 | Creditor ID: 2568-01<br>ACCESS BUSINESS GROUP INTERNATIONAL LLC<br>7575 FULTON ST., EAST<br>ADA MI 49355-0001 |
| Creditor ID: 10416-01<br>ACCESS CHEMICALS & SERVICES LLC<br>5419 WEST HOLLY STREET<br>HOUSTON TX 77074 | Creditor ID: 12700-01<br>ACCESS METALS TRADING<br>2258 CAMINO RAMON<br>SAN RAMON CA 94583 | Creditor ID: 12701-01<br>ACCESSORY EXCHANGE LLC<br>1 EAST 33RD STREET<br>NEW YORK NY 10016 |
| Creditor ID: 7372-01<br>ACCESSORY INNOVATIONS<br>10 EAST 34 TH STREET 5TH FLOOR<br>NEW YORK NY 10016 | Creditor ID: 12702-01<br>ACCESSORY NETWORK GROUP, LLC.<br>350 5TH AVENUE; 4TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 8194-01<br>ACCO BRANDS USA, LLC<br>FOUR CORPORATE DRIVE<br>LAKE ZURICH IL 60047-8997 |
| Creditor ID: 231-01<br>ACCORD FINANCIAL<br>1101 CALIFORNIA AVE, SUITE 100<br>CORONA CA 92881 | Creditor ID: 8195-01<br>ACCORD USA INTERNATIONAL<br>39 MAPLE AVENUE<br>FLORAL PARK NY 11001 | Creditor ID: 2569-01<br>ACCU INDUSTRIES INC<br>P.O.BOX 15540<br>RICHMOND VA 23227 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 10417-01
ACCUFREIGHT GROUP
175-01 ROCKAWAY BLVD. SUITE 301
JAMAICA NY 11434

Creditor ID: 4500-01
ACCULOADER
4804 GRANITE DR BLDG F-3, STE 293
ROCKLIN CA 95677

Creditor ID: 17683-01
ACCUMA CORPORATION
2101 RIDGEVIEW DRIVE
BEATRICE NE 68310

Creditor ID: 7373-01
ACE BAG & BURLAP CO INC
1601 BRONXDALE AVE
BRONX NY 10462

Creditor ID: 7374-01
ACE ENDICO CORPORATION
80 INTERNATIONAL BLVD
BREWSTER NY 10509

Creditor ID: 10102-01
ACE GLOBAL DISTRIBUTION
2000 NW 97 AVE - BLDG. 5E
MIAMI FL 33172

Creditor ID: 233-01
ACE HARDWARE CORPORATION
2200 KENSINGTON COURT
OAK BROOK IL 60523-2100

Creditor ID: 232-01
ACE HARDWARE CORPORATION
18271 BISHOP AVE.
CARSON CA 90746

Creditor ID: 234-01
ACE HEAVY EQUIPMENT & MACHINERY, INC.
10116 PORTLAND AVENUE E
TACOMA WA 98445

Creditor ID: 235-01
ACE LINK CO.
3404 FRANKSTOWNE DR
NAPERVILLE IL 60565

Creditor ID: 7143-01
ACE LINK CO.,
14-22 N. CENTER STREET
BENSENVILLE IL 60106

Creditor ID: 10418-01
ACE MARITIME, INC.
13619 S. NORMANDIE AVE.
GARDENA CA 90249

Creditor ID: 17785-01
ACE METAL LTD.
11110 MUKILTEO SPEEDWAY #202
MUKILTEO WA 98275

Creditor ID: 7375-01
ACE METALS & IRON RECYCLING LLC
2019 RUDER STREET
DALLAS TX 75212

Creditor ID: 236-01
ACECO INDUSTRIAL AND COMMERCIAL CORP
299 EAST SHORE ROAD SUITE 205-206
GREAT NECK NY 11023

Creditor ID: 17786-01
ACER AMERICA CORPORATION
333 W SAN CARLOS ST STE 1500
SAN JOSE CA 95110

Creditor ID: 10103-01
ACERBIS USA, INC
110 LINDSAY CIRCLE
KETCHUM ID 83340

Creditor ID: 8196-01
ACESUR USA, LLC
411 THEODORE FREMD AVE, SUITE 120
RYE NY 10580

Creditor ID: 14846-01
ACE-TEX
7601 CENTRAL STREET
DETROIT MI 48210

Creditor ID: 7376-01
ACETO CORPORTAION
ONE HOLLOW LAKE
SUCCESS NY 11042

Creditor ID: 4501-01
ACG COTTON MARKETING, LLC
1408 TEXAS AVENUE
LUBBOCK TX 79401

Creditor ID: 7377-01
ACHEM IND AMERICA
16322 TROJAN WAY
LA MIRADA CA 90638

Creditor ID: 7378-01
ACHEM INDUSTRY AMERICA INC
13226 ALONDRA BLVD
CERRITOS CA 90703-2237

Creditor ID: 7379-01
ACHILLES USA INC
355 MURRAY HILL PARKWAY
EAST RUTHERFORD NJ 07073

Creditor ID: 2570-01
ACHILLES USA INC.
1407 80TH STREET, S.W.
EVERETT WA 98203

Creditor ID: 4502-01
ACHIM IMPORTING COMPANY, INC.
58 SECOND AVENUE
BROOKLYN NY 11215

Creditor ID: 4503-01
ACI DISTRIBUTORS INC.
3220 NEW TOWN BLVD
ST CHARLES MO 63301

Creditor ID: 14847-01
ACI INDUSTRIES LTD
970 PITTSBURGH DRIVE
DELAWARE OH 43015

Creditor ID: 17787-01
ACID INC. SELECTIONS
45-58 VERNON BLVD
LONG ISLAND CITY NY 11101

Creditor ID: 17788-01
ACKERMAN MARKETING, INC.
4910 S. GERA
FRANKENMUTH MI 48734

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4504-01<br>ACME BAG CO INC<br>DBA SACRAMENTO BAG MFG CO<br>3110 E. MIRALOMA AVE.<br>ANAHEIM CA 92806 | Creditor ID: 7380-01<br>ACME FOOD SALES, INC.<br>5940 1ST AVENUE SOUTH<br>SEATTLE WA 98108 | Creditor ID: 17789-01<br>ACME FURNITURE (NEW JERSEY) INDUSTRY, INC.<br>80 STULTS ROAD, SOUTH BRUNSWICK<br>DAYTON NJ 08810 |
| Creditor ID: 7381-01<br>ACME FURNITURE INDUSTRY INC.<br>18895 E. ARENTH AVE.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 7382-01<br>ACME FURNITURE INDUSTRY, INC. SF BRANCH<br>31918 HAYMAN STREET<br>HAYWARD CA 94544 | Creditor ID: 4505-01<br>ACME MANUFACTURING CO.<br>4661 MONACO STREET<br>DENVER CO 80216 |
| Creditor ID: 8198-01<br>ACME PLASTICS INC.<br>220 BROWERTOWN ROAD<br>PATERSON NJ 07424 | Creditor ID: 4506-01<br>ACME-HARDESTY CO.<br>450 SENTRY PARKWAY<br>BLUE BELL PA 19422 | Creditor ID: 9228-01<br>ACORN INTERNATIONAL<br>5615 94TH ST.<br>LUBBOCK TX 79424 |
| Creditor ID: 8199-01<br>ACP, INC.<br>225 49TH AVENUE DR SW<br>CEDAR RAPIDS IA 52404 | Creditor ID: 14848-01<br>ACRA MACHINERY<br>2050 N. DURFEE AVE.<br>S. EL MONTE CA 91733 | Creditor ID: 8200-01<br>ACS INDUSTRIES, INC.<br>13120 SPIVEY DRIVE<br>LAREDO TX 78045 |
| Creditor ID: 8201-01<br>ACS INTERNATIONAL LLC<br>10895 GRANDVIEW DRIVE, SUITE 210<br>OVERLAND PARK KS 66210 | Creditor ID: 18400-01<br>ACSS VIBROTEC LLC<br>129 BETHEA ROAD  401<br>FAYETTEVILLE GA 30214 | Creditor ID: 4507-01<br>ACTION BAG COMPANY<br>1001 ENTRY DRIVE<br>BENSENVILLE IL 60106 |
| Creditor ID: 17790-01<br>ACTION POINT<br>19335 SAN JOSE AVENUE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 4508-01<br>ACTIVE FREIGHT & LOGISTICS<br>10813 N.W. 30TH STREET, SUITE 107<br>MIAMI FL 33172 | Creditor ID: 7383-01<br>ACTIVE MINERALS INTERNATIONAL, LLC<br>34 LOVETON CIRCLE, SUITE 100<br>SPARKS MD 21152 |
| Creditor ID: 7144-01<br>ACTIVE SALES<br>8743 SOERENSEN AVE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 8202-01<br>ACTIVES INTERNATIONAL<br>6 PEARL COURT<br>ALLENDALE NJ 07401 | Creditor ID: 2571-01<br>ACTON ENTERPRISES., LLC<br>253 AMERICA PLACE<br>JEFFERSONVILLE IN 47130 |
| Creditor ID: 237-01<br>ACTTY ENTERPRISES, INC.<br>1439 JUSTIN DRIVE<br>LAWRENCEVILLE GA 30043 | Creditor ID: 17791-01<br>ACUSHNET COMPANY.<br>333 BRIDGE STREET<br>FAIRHAVEN MA 02719 | Creditor ID: 14849-01<br>ACX PACIFIC NORTHWEST, INC.<br>2600 G STREET<br>BAKERSFIELD CA 93301 |
| Creditor ID: 238-01<br>ADALIS CORP<br>417 NW 136 STREET<br>VANCOUVER WA 98685 | Creditor ID: 2359-01<br>ADAMS GOLF<br>2801 E. PLANO PARKWAY<br>PLANO TX 75074 | Creditor ID: 17792-01<br>ADAMS GRAIN<br>7301 JOHN GALT<br>ARBUCKLE CA 95912 |
| Creditor ID: 8203-01<br>ADAMS PRESSED METALS CORP<br>524 MULBERRY STREET<br>GALESBURG IL 61401-5020 | Creditor ID: 239-01<br>ADAMS-PIERCE FURNITURE COMPANY, INC.<br>6088 PROSPECT STREET<br>HIGH POINT NC 27263 | Creditor ID: 10419-01<br>ADCOM WIRE<br>PO BOX 6607<br>JACKSONVILLE FL 32236-6607 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7384-01<br>ADCOM WORLD WIDE JFK<br>JFK INTERNATIONAL AIRPORT<br>BOX 300182<br>JAMAICA NY 11430 | Creditor ID: 240-01<br>ADCOM WORLDWIDE<br>9033 AERO, SUITE 200<br>SAN ANTONIO TX 78217 | Creditor ID: 8204-01<br>ADCOM WORLDWIDE<br>2700 GREENS RD BLDG E STE 100<br>HOUSTON TX 77032 |
| Creditor ID: 7385-01<br>ADDCOMP AMERICA LTD.<br>3128 WALTON BLVD., PMB #163<br>ROCHESTER HILLS MI 48309 | Creditor ID: 8205-01<br>ADDED EXTRAS,LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 14850-01<br>ADDED EXTRAS,LLC<br>115 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 |
| Creditor ID: 14851-01<br>ADDEN FURNITURE<br>104 FIRST STREET NW<br>HILDEBRAN NC 28637 | Creditor ID: 9229-01<br>A-DEC INTERNATIONAL<br>2601 CRESTVIEW DRIVE<br>NEWBERG OR 97132 | Creditor ID: 17793-01<br>ADER SPORTING GOODS, INC<br>10969 SHADY TRAIL #105<br>DALLAS TX 75220 |
| Creditor ID: 2572-01<br>ADEX USA L.C.<br>9450 N.W. 12 TH STREET<br>MIAMI FL 33172 | Creditor ID: 7386-01<br>ADIDAS AMERICA INC<br>670 FALLING CREEK ROAD<br>SPARTANBURG SC 29301-1063 | Creditor ID: 10420-01<br>ADIDAS AMERICA INC.<br>5055 N GREELEY AVENUE<br>PORTLAND OR 97217 |
| Creditor ID: 8241-01<br>ADIDAS INTERNATIONAL TRADING BV<br>11991 LANDON DRIVE<br>MIRA LOMA CA 91752 | Creditor ID: 242-01<br>ADIDAS INTERNATIONAL TRADING BV<br>18215 E ROWLAND ST<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 241-01<br>ADIDAS INTERNATIONAL TRADING BV<br>6125 SYCAMORE CANYON BLVD<br>RIVERSIDE CA 92507 |
| Creditor ID: 4509-01<br>ADIDAS INTERNATIONAL TRADING BV<br>495 CEDAR CREST ROAD<br>SPARTANBURG SC 29301 | Creditor ID: 2573-01<br>ADISSEO USA INC.<br>4400 NORTH POINT PARKWAY, SUITE 275<br>ALPHARETTA GA 30022 | Creditor ID: 7387-01<br>ADJMI APPAREL GROUP<br>100 WEST 33RD STREET<br>NEW YORK NY 10001 |
| Creditor ID: 2574-01<br>ADJUSTABLE BED<br>130 ECTON ROAD<br>WINCHESTER KY 40391 | Creditor ID: 4510-01<br>ADJUSTABLE CLAMP CO.<br>1522 W. HUBBARD STREET<br>CHICAGO IL 60622 | Creditor ID: 243-01<br>ADLETA CORPORATION<br>1645 DIPLOMAT<br>CARROLLTON TX 75006 |
| Creditor ID: 8242-01<br>ADM AGRI INDUSTRIES<br>4666 FARIES PARKWAY<br>DECATUR IL 62525 | Creditor ID: 17794-01<br>ADM ALLIANCE NUTRITION<br>1877 N.E. 58TH AVENUE<br>DES MOINES IA 50313 | Creditor ID: 17795-01<br>ADM ALLIANCE NUTRITION, INC.<br>NICCUM WHSE 1203 NICCUM AVE.<br>EFFINGHAM IL 62401 |
| Creditor ID: 8243-01<br>ADM EDIBLE BEAN SPECIALTY, INC.<br>4666 FARIES PARKWAY<br>DECATUR IL 62525 | Creditor ID: 8244-01<br>ADM LATIN AMERICA<br>4666 FARIES PARKWAY<br>DECATUR IL 62525 | Creditor ID: 17796-01<br>ADM RICE<br>660 WHITE PLAINS ROAD<br>TARRYTOWN NY 10591 |
| Creditor ID: 2575-01<br>ADMIRAL WINE IMPORTS<br>74 SAND PARK ROAD<br>CEDAR GROVE NJ 07009 | Creditor ID: 14716-01<br>ADONI GROUP<br>247 W 38TH STREET 3RD FLOOR<br>NEW YORK NY 10018 | Creditor ID: 8245-01<br>ADRIANNA PAPELL, INC.<br>512 SEVENTH AVE<br>NEW YORK NY 10018 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7388-01<br>ADRO INTERNATIONAL INC.<br>1142 EAST 5TH ST<br>BROOKLYN NY 11230 | Creditor ID: 7389-01<br>ADS SALES CO. D/B/A ROOMSERVICE AMENITIES<br>1010 CAMPUS DRIVE W<br>MORGANVILLE NJ 07751 | Creditor ID: 17798-01<br>ADVANCE AUTO PARTS<br>3633 9TH STREET<br>SALINA KS 67401 |
| Creditor ID: 14852-01<br>ADVANCE AUTO PARTS<br>1675 US 42 SOUTH<br>DELAWARE OH 43015 | Creditor ID: 17797-01<br>ADVANCE AUTO PARTS<br>4900 FRONTAGE ROAD SOUTH<br>LAKELAND FL 33815 | Creditor ID: 7390-01<br>ADVANCE AUTO PARTS<br>3568 WEST US STATE 24<br>REMINGTON IN 47977 |
| Creditor ID: 244-01<br>ADVANCE AUTO PARTS<br>9755 COMMERCE CIRCLE<br>KUTZTOWN PA 19530 | Creditor ID: 2576-01<br>ADVANCE AUTO PARTS<br>1520 I-20 INDUSTRIAL PARK DRIVE<br>THOMSON GA 30824 | Creditor ID: 18401-01<br>ADVANCE AUTO PARTS<br>5008 AIRPORT ROAD N.W<br>ROANOKE VA 24012 |
| Creditor ID: 2577-01<br>ADVANCE INTERNATIONAL CO.<br>16 CANAL RUN EAST<br>WASHINGTON CROSSING PA 18977 | Creditor ID: 2578-01<br>ADVANCE STORES COMPANY INC.<br>5008 AIRPORTROAD N.W.<br>ROANOKE VA 24012 | Creditor ID: 7391-01<br>ADVANCE TRANSFORMER CO.<br>10275 W. HIGGINS RD.<br>ROSEMONT IL 60018 |
| Creditor ID: 17799-01<br>ADVANCED DISTRIBUTION SYSTEMS<br>1191 COMMERCE ROAD<br>MORROW GA 30260 | Creditor ID: 14853-01<br>ADVANCED DRAINAGE SYSTEMS<br>2650 HAMILTON EATON ROAD<br>HAMILTON OH 45011 | Creditor ID: 14717-01<br>ADVANCED FRESH CONCEPTS FRANCHISE CORP.<br>19205 SOUTH LAUREL PARK ROAD<br>RANCHO DOMINGUEZ CA 90220 |
| Creditor ID: 17800-01<br>ADVANCED GAS TECHNOLOGIES INC<br>1401 STAUFFER ROAD<br>PALM PA 18070 | Creditor ID: 7392-01<br>ADVANCED GLASSFIBER YARNS LLC<br>PO BOX 499, HWY 302<br>AIKEN SC 29802 | Creditor ID: 8246-01<br>ADVANCED INNOVATIVE TECHNOLOGY CORPORATION<br>1967 ESSEX COURT<br>REDLANDS CA 92373-8008 |
| Creditor ID: 2579-01<br>ADVANCED LOGISTICS<br>5751 NANJACK CL<br>MEMPHIS TN 38115 | Creditor ID: 8247-01<br>ADVANCED MATERIALS TRADING CO., INC.<br>1025 19TH STREET, SUITE 10<br>SACRAMENTO CA 95811 | Creditor ID: 4511-01<br>ADVANCED MEDIA, INC. DBA RITEK USA<br>1440 BRIDGE GATE DR. SUITE #395<br>DIAMOND BAR CA 91765 |
| Creditor ID: 8248-01<br>ADVANCED MINERALS CORPORATION<br>2500 MIGUELITO ROAD<br>LOMPOC CA 93436 | Creditor ID: 2580-01<br>ADVANCED MOTORS & DRIVES<br>6268 EAST MOLLOY ROAD<br>EAST SYRACUSE NY 13057 | Creditor ID: 7393-01<br>ADVANCED PLASTICS INC.<br>333 ENTERPRISE PARKWAY<br>LAKE ZURICH IL 60047 |
| Creditor ID: 17801-01<br>ADVANCED PLASTICS INC.<br>1121 ROSE ROAD<br>LAKE ZURICH IL 60047 | Creditor ID: 245-01<br>ADVANCED REFINING TECHNOLOGY<br>7500 GRACE DR<br>COLUMBIA MD 21044 | Creditor ID: 14854-01<br>ADVANCED SECURE TECHNOLOGY INC<br>1515 KONA DRIVE<br>COMPTON CA 90220 |
| Creditor ID: 8249-01<br>ADVANCED SILICON MATERIALS LLC<br>3322 ROAD NE<br>MOSES LAKE WA 98837 | Creditor ID: 246-01<br>ADVANCED SPECIALTY CHEMICAL CO.<br>320 S. 29TH STREET<br>BLACKWELL OK 74631 | Creditor ID: 4512-01<br>ADVANCED SPORTS<br>10940 DUTTON ROA<br>PHIADELPHIA PA 19154 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8250-01
ADVANCED STEEL RECOVERY, INC.
14451 WHITTRAM AVENUE
FONTANA CA 92335

Creditor ID: 4513-01
ADVANCED STEEL TECHNOLOGY
300 WEST HERMITAGE ROAD,N.E.
ROME GA 30161

Creditor ID: 2360-01
ADVANCED THERMAL SYSTEMS INC
15 ENTERPRISE DRIVE
LANCASTER NY 14086

Creditor ID: 2581-01
ADVANCED URETHANE TECHNOLOGIES (AUT BRENHAM)
1200 RINK STREET
BRENHAM TX 77833

Creditor ID: 7394-01
ADVANCED WHEEL SALES, LLC
330 W. 38TH STREET
HOUSTON TX 77018

Creditor ID: 247-01
ADVANCED WHEEL SALES, LLC
1645 WESTBELT DRIVE
COLUMBUS OH 43228

Creditor ID: 14855-01
ADVANCED WHEEL SALES,LLC
3030 N.LAMB BLVD, SUITE 113
LAS VEGAS NV 89115

Creditor ID: 2582-01
ADVANSTONE INC
5700 WEST BLOOMINGDALE AVENUE
CHICAGO IL 60639

Creditor ID: 248-01
ADVANTAGE CRASH PARTS
401 NORTH HIGH STREET
EATON IN 47338

Creditor ID: 14856-01
ADVANTAGE INTERNATIONAL FOODS
7 PATTON DRIVE
LODI NJ 07006

Creditor ID: 14857-01
ADVANTAGE NORTH AMERICA
1714 FRANKFORD AVENUE
PANAMA CITY FL 32405

Creditor ID: 249-01
ADVANTEK
135 AMERICAN LEGION
MINNETONKA MN 55305

Creditor ID: 7395-01
ADVATECH LLC
600 CARONDELET STREET
NEW ORLEANS LA 70130

Creditor ID: 14858-01
AE PLUS,INC.
1017 LAGUNA  AVENUE,  P.O BOX 4073
BURLINGAME CA 94010

Creditor ID: 7145-01
AEOLUS DOWN INC
5200 SHEA CENTER DRIVE
ONTARIO CA 91761

Creditor ID: 17802-01
AEP, INC
303 SEABOARD DRIVE
MATTHEWS NC 28105

Creditor ID: 8251-01
AERO COSTA INTERNATIONAL, INC. AL OFFICE
2747 OFFICE PARK CIRCLE
MONTGOMERY AL 36116

Creditor ID: 2583-01
AERO COSTA INTERNATIONAL,INC.
184-45 147TH ST  SUITE 101
JAMAICA NY 11434

Creditor ID: 8252-01
AEROCOSTA
18726 S. WESTERN AVE. SUITE 403
GARDENA CA 90248

Creditor ID: 17803-01
AEROCOSTA GLOBAL SYSTEMS, INC
1316 TULIP COURT
AUBURN AL 36830

Creditor ID: 9230-01
AERONET WORLDWIDE
1178 CHERRY AVE.
SAN BRUNO CA 94066

Creditor ID: 10421-01
AERONET WORLDWIDE
181 SOUTH FRANKLIN AVE. SUITE 304,
VALLEY STREAM NY 11581

Creditor ID: 250-01
AEROSOLES
201 MEADOW ROAD
EDISON NJ 08817

Creditor ID: 7396-01
AESOPS INC.
301 DAYTON STREET
DALTON GA 30722

Creditor ID: 251-01
AFC ACQUISITION CORP
3535 MENAUL BLVD. N.E.
ALBUQUERQUE NM 87107

Creditor ID: 14859-01
AFC ACQUISITION CORPORATION
801 COMANCHE RD NE
ALBUQUERQUE NM 87107

Creditor ID: 2584-01
AFC CORP
19205 SOUTH LAUREL PARK ROAD
RANCHO DOMINGUEZ CA 90220

Creditor ID: 252-01
AFC TRADING
114 FRONT ST
NEW BEDFORD MA 02740

Creditor ID: 10422-01
AFD INDUSTRIES, INC.
555 MARKET AVENUE
CANTON OH 44702

Creditor ID: 253-01
AFE CENTER INC
4929 30TH PLACE
LONG ISLAND CITY NY 11101

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8253-01<br>AFE CENTER INC.<br>17940 E. AJAX CIRCLE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 10424-01<br>AFE CENTER INC.<br>801 E WINTERGREEN,<br>HUTCHINS TX 75141 | Creditor ID: 4514-01<br>AFE CENTER INC.<br>1909 5TH STREET, UNIT A<br>VANCOUVER WA 98661 |
| Creditor ID: 10423-01<br>AFE CENTER INC.<br>476 HWY 311 EXT.<br>RANDLEMAN NC 27317 | Creditor ID: 18402-01<br>AFE CENTER INC.<br>902 W NORTH CARRIER PKWY<br>GRAND PRAIRIE TX 75050 | Creditor ID: 10425-01<br>AFE CENTER INCORPORATED<br>2901 BRUNSWICK PIKE<br>LAWRENCEVILL NJ 08648 |
| Creditor ID: 17804-01<br>AFE INTERNATIONAL GROUP, INC.<br>430 W MERRICK RD<br>VALLEY STREAM NY 11580 | Creditor ID: 2585-01<br>AFFILIATED CUSTOMS BROKERS USA, INC.<br>130-1200 GOLDEN KEY CIRCLE<br>EL PASO TX 79925 | Creditor ID: 4515-01<br>AFFILIATED IMPORTERS<br>1943 WEST GREEN DRIVE<br>HIGH POINT NC 27260 |
| Creditor ID: 8254-01<br>AFFIVAL INC<br>1967 EASTER AVENUE<br>VERONA PA 15147 | Creditor ID: 12534-01<br>AFFORDABLE ATVS INC.<br>1395 WEST LONGVIEW AVE<br>MANSFIELD OH 44906 | Creditor ID: 14860-01<br>AFFORDABLE INTERIOR SYSTEMS<br>25 TUCKER DRIVE<br>LEOMINSTER MA 01453 |
| Creditor ID: 7397-01<br>AFFORDABLE LUXURY GROUP<br>10 WEST 33RD STREET, SUITE 615<br>NEW YORK NY 10001 | Creditor ID: 17805-01<br>AFFORDABLE STORAGE CONTAINERS<br>2308 MILWAUKEE WAY<br>TACOMA WA 98421 | Creditor ID: 2586-01<br>AFGHAN MARKET LLC<br>5715 EDASLL ROAD<br>ALEXADRIA VA 22304 |
| Creditor ID: 7398-01<br>AFI (CALIFORNIA) INC.<br>2381 ROSECRANS AVE, #100<br>EL SEGUNDO CA 90245 | Creditor ID: 18988-97<br>AFLCIO, ET AL.<br>C/O MARRINAN & MAZZOLA MARDON PC<br>ATTN ANDRE MAZZOLA MARDON<br>26 BROADWAY, 17TH FL<br>NEW YORK NY 10004 | Creditor ID: 10426-01<br>AFRICAN SPECIALTY IMPORTS, LLC<br>3900 LAKE STREET<br>MACON GA 31210 |
| Creditor ID: 8255-01<br>AFRICANA INTERNATIONAL FOOD<br>3311 S. COLLINS STREET<br>ARLINGTON TX 76014 | Creditor ID: 10427-01<br>AFSA, INC.<br>13012 TILGHMAN TRAIL<br>AUSTIN TX 78729 | Creditor ID: 14861-01<br>AFSAMMER CORP.<br>8 INDUSTRIAL PKWY<br>RINGWOOD NJ 07456 |
| Creditor ID: 17806-01<br>AFS-NWA (MONTANA TRACTORS)<br>4635 N. THOMPSON ST.<br>SPRINGDALE AR 72764 | Creditor ID: 14862-01<br>AFTON CHEMICAL CORP.<br>501 MONSANTO AVE.<br>EAST SAINT LOUIS IL 62201 | Creditor ID: 14863-01<br>AFW DOORS, INC.<br>159 E LIVE OAK AVE STE 205<br>ARCADIA CA 91006 |
| Creditor ID: 12535-01<br>AFX INDUSTRIES LLC<br>522 MICHIGAN STREET<br>PORT HURON MI 48060 | Creditor ID: 7399-01<br>AG ALTERNATIVES, LLC<br>21901 RATCHFORD RD.<br>SEDRO-WOOLLEY WA 98284 | Creditor ID: 10428-01<br>AG CRYSTAL LIGHTING INC.<br>14 AMERICAN WAY<br>SPOTSWOOD NJ 08884 |
| Creditor ID: 254-01<br>AG INDUSTRIAL, INC.<br>50 NORTH GREENMONT ROAD<br>RISING SUN MD 21911 | Creditor ID: 7400-01<br>AG INDUSTRY COMPANY<br>13630 SPRING POINT VIEW<br>HOUSTON TX 77083 | Creditor ID: 10429-01<br>AG SEAFOOD CORPORATION<br>5348 VEGAS DRIVE<br>LAS VEGAS NV 89108 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8256-01<br>AG SPECIALTIES, LLC<br>12220 SW GRANT AVENUE<br>PORTLAND OR 97223 | Creditor ID: 10104-01<br>AGAR SUPPLY INC.<br>225 HANCOCK ROAD<br>TAUNTON MA 02780 | Creditor ID: 4516-01<br>A-GAS AMERICAS, INC<br>310 N. BROAD ST.<br>DOYLESTOWN PA 18901 |
| Creditor ID: 10430-01<br>AGC AUTOMOTIVE AMERICA<br>1 AUTO GLASS DRIVE<br>ELIZABETHTOWN KY 42701 | Creditor ID: 14864-01<br>AGC AUTOMOTIVE AMERICAS(COLUMBUS)<br>800 CROSS POINTE ROAD SUITE I<br>GAHANNA OH 43230 | Creditor ID: 255-01<br>AGC AUTOMOTIVE CALIFORNIA, INC.<br>19301 PACIFIC GATEWAY DR. SUITE 200<br>TORRANCE CA 90502 |
| Creditor ID: 256-01<br>AGC CHEMICALS AMERICAS INC.<br>55 EAST UWCHLAN AVE, SUITE 201<br>EXTON PA 19341 | Creditor ID: 14865-01<br>AGC GLASS CO, NORTH AMERICA<br>1465 WEST SANDUSKY AVE<br>BELLEFONTAINE OH 43311 | Creditor ID: 17807-01<br>AGCO CORP.<br>4205 RIVER GREEN PARKWAY<br>DULUTH GA 30096 |
| Creditor ID: 7401-01<br>AGCO CORPORATION<br>3895 PIONEER WAY<br>DUPONT WA 98327 | Creditor ID: 2587-01<br>AGCO CORPORATION<br>3337 CANADA ROAD<br>LA PORTE TX 77571 | Creditor ID: 17808-01<br>AGCO CORPORATION (MD)<br>1704 TRIMBLE ROAD<br>EDGEWOOD MD 21040 |
| Creditor ID: 17809-01<br>AGE GROUP LIMITED<br>180 MADISON AVENUE<br>NEW YORK NY 10016 | Creditor ID: 14866-01<br>AGFA CORPORATIN BUSHY PARK<br>1635 BUSHY PARK ROA<br>GOOSE CREEK SC 29445 | Creditor ID: 2588-01<br>AGFA CORPORATION<br>100 CHALLENGER ROAD<br>RIDGEFIELD PARK NJ 07660 |
| Creditor ID: 8257-01<br>AGFA CORPORATION<br>50 MEISTER AVENUE<br>BRANCHBURG NJ 08853 | Creditor ID: 17810-01<br>AGFA CORPORATION (US)<br>ACCOUNTING DEPT. MS 100-6C<br>611 RIVER DRIVE CENTER 3<br>ELMWOOD PARK NJ 07470 | Creditor ID: 10105-01<br>AGFA CORPORATION TETERBORO<br>195 NORTH STREET<br>TETERBORO NJ 07608 |
| Creditor ID: 14867-01<br>AGGER FISH<br>BROOKLYN NAVY YARD 7<br>BROOKLYN NY 11205 | Creditor ID: 257-01<br>AGGER FISH CORP<br>BROOKLYN NAVY YARD, BLDG 7<br>BROOKLYN NY 11205 | Creditor ID: 10431-01<br>AGILOC INTERNATIONAL, INC.<br>100 NORTH HILL DR, STE # 51<br>BRISBANE CA 94005 |
| Creditor ID: 17811-01<br>AG-INDUSTRIAL METALS<br>755 NORTH CHARLOTTE ROAD<br>SULPHUR ROCK AR 72579 | Creditor ID: 258-01<br>AGMOTION INC<br>730 SECOND AVENUE SOUTH, SUITE 700<br>MINNEAPOLIS MN 55402 | Creditor ID: 17812-01<br>AGOKI INTERNATIONAL INC.<br>6505 117TH AVE. S.E<br>BELLEVUE WA 98006 |
| Creditor ID: 2589-01<br>AGORA FOODS INTERNATIONAL INC<br>3007 CLINTON AVENUE<br>CLEVELAND OH 44113 | Creditor ID: 8258-01<br>AGRA SERVICE<br>221-20 147TH AVE.<br>JAMAICA NY 11413 | Creditor ID: 7402-01<br>AGREX INCORPORATED<br>13220 METCALF SUITE 250<br>OVERLAND PARK KS 66213 |
| Creditor ID: 8259-01<br>AGREX, INC<br>1211 SW FIFTH AVENUE, #2800<br>PORTLAND OR 97204 | Creditor ID: 7403-01<br>AGREX, INC. (OVERLAND PARK, KS)<br>10975 GRANDVIEW DR. SUITE 200<br>OVERLAND PARK KS 66210 | Creditor ID: 7404-01<br>AGRI ACCESS<br>4714 175TH STREET SE<br>BOTHELL WA 98012 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 10432-01
AGRI ALPHA USA
3 POINTE DR. #315
BREA CA 92821

Creditor ID: 7405-01
AGRI ALPHA, INC.
3 POINTE DR. #315
BREA CA 92821

Creditor ID: 17813-01
AGRI BEEF CO.
1555 SHORELINE DR. 3RD FL
BOISE ID 83702

Creditor ID: 2590-01
AGRI EXPORT INTERNATIONAL LLC
2508 DEVINE STREET
COLUMBIA SC 29205

Creditor ID: 4517-01
AGRI PACIFIC INC.
1776 S. PALO VERDE AVE #214
TUCSON AZ 85719

Creditor ID: 12536-01
AGRI PACIFIC INTL TRADING CORP.
19 E. LIVE OAK AVE. #G
ARCADIA CA 91006

Creditor ID: 17814-01
AGRI PACKING SUPPLY
2420 N. FRANK REED ROAD
NOGALES AZ 85621

Creditor ID: 10433-01
AGRIBASE INTERNATIONAL, INC.
1901 NORTH ROSELLE ROAD, SUITE 800
SCHAUMBURG IL 60195

Creditor ID: 10434-01
AGRIDIENT, INC.
28580 ORCHARD LAKE ROAD, SUITE 205
FARMINGTON HILLS MI 48334

Creditor ID: 2591-01
AGRIGUM AMERICAS INC
6537 PAVONE STREET
LAKE WORTH FL 33467

Creditor ID: 14868-01
AGRIMAX GLOBAL, INC.
991 US HIGHWAY 22, SUITE 200
BRIDGEWATER NJ 08807

Creditor ID: 14869-01
AGRIMAX INTERNATIONAL LLC
2122 112TH AVENUE NE, SUITE C
BELLEVUE WA 98004

Creditor ID: 259-01
AGRIPACK INTERNATIONAL INC.
5200 NW 43 STREET - #102-199
GAINESVILLE FL 32606

Creditor ID: 4518-01
AGRIPRO SEEDS
2323 11TH AVENUE, N. EXT.
NAMPA ID 83687

Creditor ID: 14870-01
AGRISOURCE, INC.
12819 SE 38TH ST. SUITE 395
BELLEVUE WA 98006

Creditor ID: 10435-01
AGRITECH AMERICAS CORPORATION
252R ELM STREET
SOUTH DARTMOUTH MA 02748

Creditor ID: 7146-01
AGRIUM ADVANCED TECHNOLOGIES(U.S.), INC.
2915 ROCKY MOUNTAIN AVE.,SUITE 400
LOVELAND CO 80538-9048

Creditor ID: 10436-01
AGRO FOODS, INC.
299 HARBOR DRIVE
KEY BISCAYNE FL 33149

Creditor ID: 4519-01
AGRO SEVILLA USA, INC.
340 HERNDON PARKWAY
HERNDON VA 20170

Creditor ID: 10437-01
AGROFERT USA
P.O. BOX 416,
ROOTSTOWN OH 44272

Creditor ID: 17815-01
AGROFERT USA INC
463 JOHNY MERCER BLVD
SAVANNAH GA 31410

Creditor ID: 8260-01
AGRON, INC.
2440 S. SEPULVEDA BLVD., SUITE 201
LOS ANGELES CA 90064

Creditor ID: 260-01
AGROPEX INTERNATIONAL, INC.
1 KAMPERS ALLEY
LAUREL MS 39440

Creditor ID: 7406-01
AGROVIZION INTEGRADORA, SA DE CV
KM 7.5 CARRETERA SAN LUIS
RIO COLORADO
MEXICALI  BAJA CA
MEXICO

Creditor ID: 17816-01
AGRUSA, INC.
117 FORT LEE ROAD
LEONIA NJ 07608

Creditor ID: 10438-01
AGT CLIC FOODS USA INC
80 NEWFIELD AVENUE, UNIT 3
EDISON NJ 08837

Creditor ID: 17817-01
AGUIBAL INCORPORATED
420 BARCLAY DR
BETHLEHEM PA 18017

Creditor ID: 7407-01
AGUSTAWESTLAND PHILADELPHIA CORP.
3076 RED LION ROAD
PHILADELPHIA PA 19114

Creditor ID: 8261-01
AHA COMPANY
1560 NORIEGA ST STE 202
SAN FRANCISCO CA 94122

Creditor ID: 261-01
AHANIX CORPORATION
833 LAWSON ST
CITY OF INDUSTRY CA 91748

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2592-01<br>AHAVA, N.A.<br>411 FIFTH AVENUE<br>NEW YORK NY 10016 | Creditor ID: 262-01<br>AHCOF CALA INC.<br>19404 SPRINGPORT DRIVE<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 7408-01<br>AHLSTROM<br>1 SOUTH ELM STREET<br>WEST CARROLLTON OH 45449 |
| Creditor ID: 7409-01<br>AHLSTROM NONWOVENS LLC<br>2 ELM STREET<br>WINDSOR LOCKS CT 06096 | Creditor ID: 14871-01<br>AHLSTROM NONWOVENS, LLC.<br>70 OLD HICKORY BLVD.<br>OLD HICKORY TN 37138 | Creditor ID: 14718-01<br>AHMAD TEA USA<br>2828 SOUTH ALAMEDA STREET<br>LOS ANGELES CA 90058 |
| Creditor ID: 8262-01<br>AHP CORPORATE OFFICE<br>80 INTERNATIONALE BOULEVARD UNIT A<br>GLENDALE HEIGHTS IL 60139 | Creditor ID: 7410-01<br>AHQ LLC<br>34 WEST 33RD STREET, 11TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 4520-01<br>AHT COOLING SYSTEMS USA INC.<br>1005 BANKTON CIRCLE<br>HANAHAN SC 29410 |
| Creditor ID: 2593-01<br>AHTAE VAN LINES, INC<br>1225 E. ARTESIA BLVD.<br>CARSON CA 90746 | Creditor ID: 10439-01<br>AI SALES INC.<br>145 NW CENTRAL PARK PLAZA STE 111<br>PORT SAINT LUCIE FL 34986 | Creditor ID: 14872-01<br>AIA RECYCLING<br>470 SOUTHERN CLOVERDALE<br>GREENVILE AL 36037 |
| Creditor ID: 14873-01<br>AIDA AMERICA CORPORATION<br>7660 CENTER POINT 70 BLVD<br>DAYTON OH 45424 | Creditor ID: 4521-01<br>AIM FIBER PRODUCTS<br>11939 S. CENTRAL AVE.<br>ALSIP IL 60803 | Creditor ID: 263-01<br>AIM RECLAIM<br>35TH FL. ONE INT'L FINANCE CENTER<br>1 HARBOR VIEW ST.<br>HONG KONG<br>CHINA |
| Creditor ID: 4522-01<br>AIM TILE & STONE<br>3 CAESAR PLACE<br>MOONACHIE NJ 07074 | Creditor ID: 4523-01<br>AIPC<br>1000 ITALIAN WAY<br>EXCELSIOR SPRINGS MO 64024 | Creditor ID: 8263-01<br>AIPC-MISSOURI LLC.<br>4100 N. MULBERRY DRIVE (SUITE 200)<br>KANSAS CITY MO 64116 |
| Creditor ID: 10440-01<br>AIR COMFORT PRODUCTS<br>901 OLIVE STREET<br>PADUCAH KY 42002 | Creditor ID: 264-01<br>AIR GOAL INTERNATIONAL INC.<br>147-29 183RD ST<br>JAMAICA NY 11434 | Creditor ID: 7411-01<br>AIR GUN INC.<br>9320 HARWIN DRIVE<br>HOUSTON TX 77036 |
| Creditor ID: 17818-01<br>AIR LINE CARGO SERVICES INC<br>700 ROCKAWAY TURNPIKE,SUITE 402<br>LAWRENCE NY 11559 | Creditor ID: 14719-01<br>AIR PRODUCTS & CHEMICALS, INC.<br>7201 HAMILTON BLVD.<br>ALLENTOWN PA 18195-1526 | Creditor ID: 14874-01<br>AIR PRODUCTS & CHEMICALS, INC. (TAMAQUA, PA)<br>357 MARIAN AVENUE<br>TAMAQUA PA 18252 |
| Creditor ID: 18054-01<br>AIR PRODUCTS AND CHEMICAL, INC.<br>1115 WEST KEYSTONE AVENUE<br>CATOOSA OK 74015 | Creditor ID: 14875-01<br>AIR PRODUCTS AND CHEMICALS<br>147-31 176TH ST.<br>JAMAICA NY 11434 | Creditor ID: 265-01<br>AIR PRODUCTS AND CHEMICALS, INC.<br>1969 PALOMAR OAKS WAY<br>CARLSBAD CA 92008 |
| Creditor ID: 10441-01<br>AIR PRODUCTS HELIUM, INC<br>7201 HAMILTON BOULEVARD<br>ALLENTOWN PA 18195 | Creditor ID: 266-01<br>AIR PRODUCTS MANUFACTURING CORPORATION.<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195 | Creditor ID: 2594-01<br>AIR SEA AMERICA, INC<br>23210 66TH AVENUE SOUTH<br>KENT WA 98032 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

Creditor ID: 267-01
AIR SEA AMERICA, INC.
312 S. 8TH STREET
AMELIA ISLAND FL 32034

Creditor ID: 8264-01
AIR SEA FORWARDERS,INC.
795 ATLANTA SOUTH PARKWAY SUITE 400
COLLEGE PARK GA 30349

Creditor ID: 2595-01
AIR SEA M.F. INC.
325 CHESTNUT ST STE 415
PHILADELPHIA PA 19106-2604

Creditor ID: 2596-01
AIR TIGER EXPRESS (USA), INC.
1501 WEST MILITARY HWY 281
PHARR TX 78577

Creditor ID: 4524-01
AIR WORKS LTD
10680 DOVER ROAD
APPLE CREEK OH 44606

Creditor ID: 10442-01
AIRBASE CARPET & TILE MART
230 N. DUPONT HIGHWAY
NEW CASTLE DE 19720

Creditor ID: 2597-01
AIRES AMERICAN INTERNATIONAL
RELOCATION SOLUTIONS
6 PENN CENTER WEST, SUITE 200
PITTSBURGH PA 15276

Creditor ID: 18403-01
AIRGAS SPECIALTY GASES
12275 ROBIN BLVD.
HOUSTON TX 77045

Creditor ID: 10443-01
AIRLESSCO BY DUROTECH
5397 COMMERCE AVENUE
MOORPARK CA 93021

Creditor ID: 4525-01
AIRLIFT (USA), INC.
1425 GREENWAY DR
IRVING TX 75038

Creditor ID: 2598-01
AIS AQUA FOODS INC.
515 GUSDORRF RD, SUITE 6
TAOS NM 87571

Creditor ID: 2599-01
AISA,662
662 MAIN STREET
NEW ROCHELLE NY NY 10801

Creditor ID: 268-01
AISIN HOLDINGS OF AMERICA, INC.
24330 GARNIER ST.
TORRANCE CA 90505

Creditor ID: 14876-01
AISIN LIGHT METALS, LLC
10900 REDCO DR.
MARION IL 62959

Creditor ID: 7412-01
AISIN WORLD CORO. OF AMERICA
18120 BISHOP AVE.
CARSON CA 90746

Creditor ID: 4526-01
AISIN WORLD CORP. OF AMERICA.
24330 GARNIER ST.
TORRANCE CA 90505

Creditor ID: 8265-01
AIT ADVANCED INNOVATIVE
TECHNOLOGY CORPORATION
1967 ESSEX COURT
REDLANDS CA 92373-8008

Creditor ID: 14877-01
AIWA AMERICA, INC.
800 CORPORATE DRIVE
MAHWAH NJ 07430

Creditor ID: 269-01
AJ WHOLESALE
6925 PARAMOUNT BLVD #B
LONG BEACH CA 90805

Creditor ID: 4527-01
AJA IMPORT & EXPORT
8 OREGON ST
GEORGETOWN MA 01833

Creditor ID: 270-01
AJAY GLASS & MIRROR CO., INC.
101 NORTH STREET
CANANDAIGUA NY 14424

Creditor ID: 4528-01
AJC INTERNATIONAL INC.
1000 ABERNATHY ROAD NE, SUITE 600
ATLANTA GA 30328

Creditor ID: 14878-01
AJC INTERNATIONAL, INC
1420 CARTER STREET
CHATTANOOGA TN 37401

Creditor ID: 8266-01
AJINOMOTO  USA
400 KELBY STREET
FORT LEE NJ 07024

Creditor ID: 14879-01
AJINOMOTO AMINOSCIENCE, LLC
4020 AJINOMOTO DRIVE
RALEIGH NC 27610

Creditor ID: 8267-01
AJINOMOTO FOOD INGREDIENTS LLC.
8430 WEST BRYN MAWR AVE STE 635
CHICAGO IL 60631

Creditor ID: 18055-01
AJINOMOTO FOOD INGREDIENTS LLC.
COUNTRY CLUB PLAZA,
115 WEST CENTURY ROAD,
PARAMUS NJ 07652

Creditor ID: 2600-01
AJINOMOTO FOOD INGREDIENTS LLC.
1 AJINOMOTO DRIVE
EDDYVILLE IA 52531

Creditor ID: 18056-01
AJINOMOTO FROZEN FOODS U.S.A.
7124 NORTH MARINE DRIVE
PORTLAND OR 97203

Creditor ID: 2601-01
AJINOMOTO HEARTLAND LLC
809 BOOKMAN ROAD
ELGIN SC 29045

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

Creditor ID: 7413-01
AJINOMOTO HEARTLAND LLC
300 MOSS NISS HILL LANE
SALISBURY MD 21802

Creditor ID: 10444-01
AJINOMOTO HEARTLAND LLC
8430 W. BRYN MAWR AVE., SUITE 650
CHICAGO IL 60631

Creditor ID: 18404-01
AJINOMOTO HEARTLAND LLC (OTTUMWA, IA)
150 FOX & SAUK ROAD
OTTUMWA IA 52501

Creditor ID: 7414-01
AJINOMOTO HEARTLAND LLC.
309 EAST ST, JOHN STREET
GIRARD KS 66743

Creditor ID: 10445-01
AJINOMOTO HEARTLAND, LLC.
O/B AG PRO VISION, INC.
277 FAISON WEST MCGOWAN ROAD
KENANSVILLE NC 28349

Creditor ID: 18057-01
AJINOMOTO NORTH AMERICA, INC.
1300 ARLINGTON HEIGHTS RD STE 110
ITASCA IL 60143

Creditor ID: 2602-01
AJINOMOTO WINDSOR, INC. CONSUMER FOODS (CA)
4200 CONCOURS ST. SUITE #100
ONTARIO CA 91764

Creditor ID: 8268-01
AJY INTERNATIONAL
375 DIABLO ROAD, SUITE 210
DANVILLE CA 94526

Creditor ID: 4771-01
AK INTERNATIONAL LLC
3000 F DANVILLE BLVD. SUITE 393
ALAMO CA 94507

Creditor ID: 10446-01
AK RESOURCES
117 BLAKE ST.
HELENA MT 59601

Creditor ID: 14980-01
AKA PARTNERS DBA EXPRESS TRADE CAPITAL, INC.
1410 BROADWAY, ROOM 2600
NEW YORK NY 10018

Creditor ID: 18058-01
AKC COMMODITIES INC
1086 STELTON ROAD
PISCATAWAY NJ 08854

Creditor ID: 7415-01
AKDO INTERTRADE INC
1435 STATE STREET
BRIDGEPORT CT 06605

Creditor ID: 18059-01
AKERS INDUSTRIES
75 COMMERCE WAY
DEDHAM MA 02026

Creditor ID: 14981-01
AKILA ABD EL KADER RIAD
870 7TH AVENUE 56TH STREET
NEW YORK NY 10019

Creditor ID: 18060-01
AKIYAMA CORPORATION OF AMERICA
13311 E. 166TH ST
CERRITOS CA 90701

Creditor ID: 2603-01
AKRO POLYCHEM, INC.
150 N MILLER ROAD, # 300B
FAIRLAWN OH 44333-3771

Creditor ID: 14982-01
AKROCHEM CORPORATION
3770 EMBASSY PARKWAY
AKRON OH 44333

Creditor ID: 7416-01
AKROPOLIS MARBLE AND GRANITE
1340 EAST RIDGE PPIKE
NORRISTOWN PA 19401

Creditor ID: 4529-01
AKS LLC
385 W TRIGG MEMPHIS, TN 38106
MEMPHIS TN 38106

Creditor ID: 10447-01
AKZO NOBEL CHEMICALS
281 FIELDS LANE
BREWSTER NY 10509

Creditor ID: 4530-01
AKZO NOBEL CHEMICALS INC.
525 W. VAN BUREN STREET
CHICAGO IL 60607

Creditor ID: 8269-01
AKZO NOBEL COATINGS
1102 LEITER DRIVE
WARSAW IN 46580

Creditor ID: 4531-01
AKZO NOBEL COATINGS INC.
120 FRANKLIN
PONTIAC MI 48341

Creditor ID: 12537-01
AKZO NOBEL FUNCTIONAL CHEMICALS, LLC
525 W. VAN BUREN STREET
CHICAGO IL 60607

Creditor ID: 2604-01
AKZO NOBEL PULP AND
PERFORMANCE CHEMICALS INC.
1850 PARKWAY PLACE, SUITE 1200
MARIETTA GA 30067

Creditor ID: 7417-01
AKZO NOBEL SERVICES INC.
525 W. VAN BUREN STREET
CHICAGO IL 60607

Creditor ID: 271-01
AKZO NOBEL SURFACE CHEMISTRY LLC
525 W. VAN BUREN STREET
CHICAGO IL 60607

Creditor ID: 4532-01
AL CAL
107 N.HART ROAD
MODESTO CA 95358

Creditor ID: 14983-01
AL DAHRA  ACX GLOBAL, INC.
2600 G STREET
BAKERSFIELD CA 93301

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4772-01<br>AL FAKHORY TRADING LLC<br>13047 LAKELAND RD<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 18061-01<br>AL LARSON BOAT SHOP<br>1046 SOUTH SEASIDE AVE.<br>SAN PEDRO CA 90731 | Creditor ID: 2605-01<br>AL ZAMIL CO. INC.<br>2401 FOUNTAINVIEW, SUITE 420<br>HOUSTON TX 77057 |
| Creditor ID: 2606-01<br>ALABAMA CARBONATES<br>1460 STEWART BLVD<br>SYLACAUGA AL 35150 | Creditor ID: 7418-01<br>ALAC INTERNATIONAL INC<br>55 BROAD ST. 17TH FLOOR<br>NEW YORK NY 10004 | Creditor ID: 4533-01<br>ALADDIN MANUFACTURING CORPORATION<br>3032 SUGARVALLEY ROAD<br>SUGAR VALLEY GA 30746 |
| Creditor ID: 14984-01<br>ALAMEDA RESOURCE COMPANY<br>2639 EAST AVENUE<br>HAYWARD CA 94541 | Creditor ID: 8270-01<br>ALAMO FOREST PRODUCTS, INC.<br>1560 OZORA ROAD<br>LOGANVILLE GA 30052 | Creditor ID: 7419-01<br>ALAMO GROUP, INC.<br>1627 EAST WALNUT, SEGUIN, TX. 78155<br>SEGUIN TX 78155 |
| Creditor ID: 4534-01<br>ALAN COUSINS ART ACQUISITIONS<br>605 JULIAN AVENUE<br>THOMASVILLE NC 27360 | Creditor ID: 4535-01<br>ALANRIC FOOD DISTRIBUTORS INC.<br>100 CENTO BLVD. W.<br>DEPTFORD NJ 08086 | Creditor ID: 7147-01<br>ALASKA GLACIER SEAFOODS<br>13555 GLACIER HWY, P.O. BOX 34363<br>JUNEAU AK 99803 |
| Creditor ID: 18989-97<br>ALASKA MARINE LINES, INC.<br>5615 W MARGINAL WAY SW<br>SEATTLE WA 98124 | Creditor ID: 2607-01<br>ALASKA PACIFIC TRADING CO.<br>14205 SE 36TH ST., STE 100<br>BELLEVUE WA 98006 | Creditor ID: 7420-01<br>ALASKA SEAFOODS SYSTEMS<br>4815 147TH PL SW<br>EDMONDS WA 98026 |
| Creditor ID: 14985-01<br>ALASKA STRUCTURES INC<br>301 REA BLVD<br>LAS CRUCES NM 88007 | Creditor ID: 272-01<br>ALASKAN  COPPER WORKS<br>2440 SE RAYMOND ST.<br>PORTLAND OR 97202 | Creditor ID: 8271-01<br>ALBANY FIBER SALES, INC<br>120 SNYDER STREET<br>NEW ALBANY MS 38652 |
| Creditor ID: 9231-01<br>ALBANY INDUSTRIES<br>504 N GLENFIELD ROAD<br>NEW ALBANY MS 38652 | Creditor ID: 10448-01<br>ALBANY MARBLE TILES<br>470 CENTRAL AVE<br>NEW YORK NY 11206 | Creditor ID: 273-01<br>ALBEA BEAUTY SOLUTIONS USA, LLC<br>595 MADISON AVENUE<br>NEW YORK NY 10022 |
| Creditor ID: 14986-01<br>ALBEA MEXICANA L.P.<br>5300 GEORGE MCVAY - SUITE 201<br>MCALLEN TX 78053 | Creditor ID: 18062-01<br>ALBEMARLE CATALYSTS<br>1300 BAY PARK ROAD<br>PASADENA TX 77507 | Creditor ID: 8272-01<br>ALBEMARLE CATALYSTS, LP.<br>2625 BAY AREA BLVD. STE. 250<br>HOUSTON TX 77058 |
| Creditor ID: 275-01<br>ALBEMARLE CORPORATION<br>2270 HWY 79 SOUTH<br>MAGNOLIA AR 71753 | Creditor ID: 18063-01<br>ALBEMARLE CORPORATION<br>112 CANNON BRIDGE ROAD<br>ORANGEBERG SC 29115 | Creditor ID: 10449-01<br>ALBEMARLE CORPORATION<br>18600 LEE ROAD<br>HUMBLE TX 77338 |
| Creditor ID: 18064-01<br>ALBEMARLE CORPORATION<br>944 52ND STREET SE<br>GRAND RAPIDS MI 49508 | Creditor ID: 274-01<br>ALBEMARLE CORPORATION<br>445 HIGH WAY 36<br>ROSENBERG TX 77471 | Creditor ID: 8273-01<br>ALBEMARLE CORPORATION<br>2500 N. SOUTH STREET<br>PASADENA TX 77501 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4536-01<br>ALBEMARLE CORPORATION BRENNER TANK SERVICES<br>2840 APPELT DRIVE<br>HOUSTON TX 77015 | Creditor ID: 18065-01<br>ALBEMARLE FOREST PRODUCTS, INC.<br>P.O. BOX 1004<br>NASHVILLE NC 27856 | Creditor ID: 4537-01<br>ALBEMARLE INTERNATIONAL CORPORATION<br>451 FLORIDA ST<br>BATON ROUGE LA 70801 |
| Creditor ID: 18066-01<br>ALBERT SCREEN PRINT, INC.<br>3704 SUMMIT ROAD<br>NORTON OH 44203 | Creditor ID: 12538-01<br>ALBERTI ENTERPRISES, INC.<br>825 S. WAUKEGAN RD. (SUITE A8151)<br>LAKE FOREST IL 60045 | Creditor ID: 4538-01<br>ALBERTSONS LLC<br>250 E PARKCENTER BLVD<br>BOISE ID 83706 |
| Creditor ID: 276-01<br>ALBION ADVANCED NUTRITION<br>101 NORTH MAIN ST., PO BOX 750<br>CLEARFIELD UT 84015 | Creditor ID: 277-01<br>ALCAN CABLE<br>409 REIGHARD AVANUE<br>WILLIAMSPORT PA 17701 | Creditor ID: 7421-01<br>ALCAN COMPOSITES USA INC<br>208,WEST 5TH STREET<br>BENTON KY 42025 |
| Creditor ID: 2608-01<br>ALCAN INTERNATIONAL NETWORK USA<br>333 LUDLOW STREET<br>STAMFORD CT 06902 | Creditor ID: 2609-01<br>ALCAN SPECIALTY ALUMINAS<br>6150 PARKLAND BLVD. -<br>PARAGON TWO SUITE 220<br>CLEVELAND OH 44124 | Creditor ID: 10450-01<br>ALCO CONSUMER PRODUCTS INC<br>111 MELRICH ROAD<br>CRANBERY NJ 08512 |
| Creditor ID: 278-01<br>ALCO INDUSTRIES<br>111 MELRICH ROAD<br>CRANBURY NJ 08512 | Creditor ID: 8274-01<br>ALCO IRON & METAL CO.<br>2140 DAVIS STREET<br>SAN LEANDRO CA 94577 | Creditor ID: 279-01<br>ALCO PRINTING & PACKAGING, INC<br>6340 ARTESIA BLVD.<br>BUENA PARK CA 90620 |
| Creditor ID: 10451-01<br>ALCOA HOME EXTERIORS<br>100 CELLWOOD PLACE<br>GAFFNEY SC 29340 | Creditor ID: 2610-01<br>ALCOA INC<br>2031 DEYERLE AVE<br>HARRISSONGURG VA 22801 | Creditor ID: 14720-01<br>ALCOA, INC.<br>201 ISABELLA ST  ( ROOM 4H05)<br>PITTSBURGH PA 15212 |
| Creditor ID: 10452-01<br>ALCOA RECYCLING COMPANY INC.<br>2300 N WRIGHT RD<br>ALCOA TN 37701 | Creditor ID: 2611-01<br>ALCORE INC<br>1502 QUARRY DRIVE<br>EDGEWOOD MD 21040 | Creditor ID: 280-01<br>ALDEX AMERICA INC.<br>2 PARK PLAZA, SUITE 750<br>IRVINE CA 92614 |
| Creditor ID: 14987-01<br>ALDI INC<br>2700 SAUCON VALLEY ROAD<br>CENTER VALLEY PA 18034 | Creditor ID: 8275-01<br>ALDI INC.<br>1319 W. 123TH STREET<br>HINCKLEY OH 44233 | Creditor ID: 2613-01<br>ALDI INC.<br>9342 SOUTH 13TH STREET<br>OAK CREEK WI 53154 |
| Creditor ID: 2614-01<br>ALDI INC.<br>10505 S K7 HIGHWAY<br>OLATHE KS 66061 | Creditor ID: 2612-01<br>ALDI INC.<br>8751 GAS HOUSE PIKE<br>FREDERICK MD 21701 | Creditor ID: 10453-01<br>ALDI INC.<br>1200 N. KIRK ROAD<br>BATAVIA IL 60510 |
| Creditor ID: 7422-01<br>ALDI INC.<br>475 PEARL DRIVE<br>O'FALLON MO 63366 | Creditor ID: 281-01<br>ALDI INTL.<br>1937 N.W. LAKANAS<br>CAMAS WA 98607 | Creditor ID: 18067-01<br>ALDIK ARTIFICIAL FLOWER CO INC.<br>709 SCIENCE DRIVE<br>MOORPARK CA 93021 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 14989-01
ALDIK INC.
709 SCIENCE DRIVE
MOORPARK CA 93021

Creditor ID: 7148-01
ALEF STANDARD PACKAGING CO
300 E ALLEGHENY AVE
PHILADELPHIA PA 19134-2321

Creditor ID: 282-01
ALERE NORTH AMERICA, INC.
5995 PACIFIC CENTER BLVD STE 108
ALERE DISTRIBUTION OF SAN DIEGO
SAN DIEGO CA 92121

Creditor ID: 4539-01
ALEXANDER DOLL COMPANY
112 WEST 34TH STREET SUITE 1207
NEW YORK NY 10120

Creditor ID: 2615-01
ALEXANDER GLOBAL PROMOTIIONS
515 116TH AVENUE NE, SUITE 110
BELLEVUE WA 98004

Creditor ID: 14990-01
ALEXANDER LONDON INC
300 EAST MAIN ST SUITE 1400
NORFOLK VA 23510

Creditor ID: 10454-01
ALEXANDER STONE INC
717 P HAMMOD'S FERRY RD
LINTHICUM MD 21090

Creditor ID: 18405-01
ALEXANDRIA BAY TRADING CO, INC
701 SENECA STREET UNIT 275
BUFFALO NY 14210

Creditor ID: 7423-01
ALEXANDRIA MW, LLC
4747 WEST STATE ROAD 2, SUITE B
LA PORTE IN 46350

Creditor ID: 14991-01
ALEXANDRIA TRADING INC
6521 CHAPEL HILL ROAD
RALEIGH NC 27607

Creditor ID: 18068-01
ALEXCO INTERNATIONAL TRADING
P.O. BOX 6035, 83 CEDAR LANE
ENGLEWOOD NJ 07631-6035

Creditor ID: 2616-01
ALEXNADRIA MOULDING
300 LASLEY AVENUE
WILKES BARRE PA 18706

Creditor ID: 8276-01
ALEXTON TILES & MARBLE
2533 NW 79TH AVE
DORAL FL 33122

Creditor ID: 12539-01
ALFA ENTERPRISES
2451 MCMULLEN BOOTH RD STE 263
CLEARWATER FL 33759

Creditor ID: 7424-01
ALFRED H MARZOLF INC
810 THIRD AVE STE 358
SEATTLE WA 98104

Creditor ID: 7425-01
ALFREDO ADELINO ALVARADO BRICENO
94 WEAVER STREET
LARCHMONT NY 10538

Creditor ID: 283-01
ALGERT CO., INC.
2337 EAST DEL AMO BLVD.,
COMPTON CA 90220

Creditor ID: 4540-01
ALGOMA NET COMPANY
1525 MUELLER STREET
ALGOMA WI 54201

Creditor ID: 14992-01
ALHSTROM WINDSOR LOCKS LLC
12 ELM STREET
WINDSOR LOCKS CT 06096

Creditor ID: 18069-01
ALI INDUSTRIES, INC
611 YELLOW SPRING - FAIRFIELD ROAD
PO BOX 1677
FAIRBORN OH 45325

Creditor ID: 2617-01
ALICE MARIE LEVISAY
6670 1/2 NE BOYVIEN BLVD
BAINBRIDGE ISLAND WA 98110

Creditor ID: 284-01
ALIDORO GOURMET INTL
2723 4TH AVENUE SOUTH,
SEATTLE WA 98134

Creditor ID: 285-01
ALIIED FASHION INTL INC.
485 7TH AVE RM 506
NEW YORK NY 10018

Creditor ID: 12540-01
ALIJANIPOUR POUYA.
ROTHMAN INSTITUTE
125 SOUTH 9TH STREET, 10TH FLOOR
PHILADELPHIA PA 19107

Creditor ID: 8277-01
A-LINK FREIGHT INC.
11160 HINDRY AVE.UNIT G.
LOS ANGELES CA 90045

Creditor ID: 14993-01
ALISPED USA INC.
147-55 175TH STREET, SUITE 108
JAMAICA NY 11434

Creditor ID: 7426-01
ALITA TILE
4465 SUNRISE HIGHWAY
BOHEMIA NY 11716

Creditor ID: 7427-01
ALITA TILE WEST
4800 BRUSH HOLLOW ROAD
WESTBURY NY 11590

Creditor ID: 18070-01
ALIZ INTERNATIONAL INC.
2 HERMANOS 832 BUNKER HILL AVE.,
MONTEBELLO CA 90640

Creditor ID: 7428-01
AL-JON MANUFACTURING LLC
15075 ALJON AVE
OTTUMWA IA 52501

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 286-01<br>ALKAR-RAPIDPAK, INC<br>932 DEVELOPMENT DR<br>LODI WI 53555 | Creditor ID: 2618-01<br>ALL AMERICA FORWARDING<br>13195 FLORES STREET<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 18071-01<br>ALL AMERICA IMPORT & EXPORT FURNITURE CO<br>540 W135TH STREET<br>NEW YORK NY 10013 |
| Creditor ID: 4541-01<br>ALL AMERICAN CONTAINERS OF GEORGIA, INC.<br>4440 NORTH COMMERC DR<br>EAST POINT GA 30344 | Creditor ID: 287-01<br>ALL AMERICAN CONTAINERS OF THE PACIFIC COAST<br>1525 ALVARADO STREET<br>SAN LEANDRO CA 94577 | Creditor ID: 4542-01<br>ALL AMERICAN CONTAINERS, INC<br>9330 N.W. 110 AVENUE<br>MIAMI FL 33178 |
| Creditor ID: 4543-01<br>ALL AMERICAN COTTON CO.<br>8225 N. FRESNO STREET<br>FRESNO CA 93771 | Creditor ID: 10455-01<br>ALL AMERICAN FARMS, INC.<br>2400 HIGH RIDGE ROAD #100<br>BOYNTON BEACH FL 33426 | Creditor ID: 18072-01<br>ALL AMERICAN SCRAP METAL, INC.<br>5232 SETTLES PARK DRIVE<br>VIRGINIA BEACH VA 23464 |
| Creditor ID: 4544-01<br>ALL AXCESS INC<br>1101 E. 16TH STREET<br>LOS ANGELES CA 90021 | Creditor ID: 288-01<br>ALL DIRECTION TRADING COMPANY INC.<br>19335 HERITAGE PLACE<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 2619-01<br>ALL FAST INC.<br>8690 HACKS CROSS ROAD<br>OLIVE BRANCH MS 38654 |
| Creditor ID: 8278-01<br>ALL GOOD ENTERTAINMENT<br>20 TURTLE ROAD<br>MORRISTOWN NJ 07960 | Creditor ID: 10106-01<br>ALL HARVEST TRADING LLC.<br>11100 S. WILCREST DR. STE.A1<br>HOUSTON TX 77099 | Creditor ID: 289-01<br>ALL INTL SOLUTIONS INC.<br>423 HINDRY AVENUE<br>INGLEWOOD CA 90301 |
| Creditor ID: 8279-01<br>ALL MARBLE GRANITE & TILE IMPORT<br>932 ROUTE 70 WEST<br>CHERRY HILL NJ 08002 | Creditor ID: 8280-01<br>ALL NATURE LLC<br>8412 N.W. 70 ST<br>MIAMI FL 33166 | Creditor ID: 14994-01<br>ALL NEW INC.<br>4201 FM 1960 W. STE218<br>HOUSTON TX 77068 |
| Creditor ID: 8281-01<br>ALL POINTS SCREW, BOLT & SPECIALTY<br>1590 NW 27TH AVENUE #9<br>POMPANO BEACH FL 33069 | Creditor ID: 290-01<br>ALL POINTS SCREW, BOLT, & SPECIALTY<br>1500 NW 27TH AVENUE #9<br>POMPANO BEACH FL 33069 | Creditor ID: 18073-01<br>ALL RECYCLING INC.<br>1775 W. WESTLEY<br>ENGLEWOOD CO 80110 |
| Creditor ID: 7429-01<br>ALL SEASONS FRUIT CO INC.<br>2535 W 237ST # 102<br>TORRANCE CA 90505 | Creditor ID: 8282-01<br>ALL STAR AUTO PARTS, INC.<br>321 VINELAND AVE.<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 7430-01<br>ALL STAR TRADING INC.<br>2100 CLEARWATER DR., STE 320<br>OAKBROOK IL 60523 |
| Creditor ID: 4545-01<br>ALL STATE PAPER & METAL RECYCLING CO., INC.<br>8889 ETIWANDA AVE<br>RANCHO CUCAMONGA CA 91739 | Creditor ID: 18074-01<br>ALL STATES TEXTILE MACHINERY<br>1032 N. FLINT ST.<br>LINCOLNTON NC 28092 | Creditor ID: 2620-01<br>ALL TECH INDUSTRIAL<br>4730 HAMMERMILL ROAD SUITE A<br>TUCKER GA 30084 |
| Creditor ID: 2621-01<br>ALL TILE INC.<br>1201 CHASE AVENUE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 4546-01<br>ALL TILE, INC.<br>1111 CHASE AVENUE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 18075-01<br>ALL VEGETARIAN INC<br>4300 BALDWIN AVE.<br>EL MONTE CA 91731 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18076-01<br>ALLAN CHEMICAL CORP.<br>235 MARGARET KING AVE<br>RINGWOOD NJ 07456 | Creditor ID: 4547-01<br>ALLAN CHEMICALS<br>2147 HUDSON TERRACE STE 1<br>FORT LEE NJ 07024 | Creditor ID: 2622-01<br>ALLAN COMPANY<br>14618 ARROW HWY.<br>BALDWIN PARK CA 91706 |
| Creditor ID: 2623-01<br>ALLAN S. GOODMAN INC<br>180 GOODWIN STREET<br>EAST HARTFORD CT 06108 | Creditor ID: 10457-01<br>ALLCARGO MOVERS INC<br>200 MIDDLESEX ESSEX TURNPIKE<br>ISELIN NJ 08830 | Creditor ID: 2624-01<br>ALLCHEM INDUSTRIES<br>6010 NW FIRST PLACE<br>GAINESVILLE FL 32607 |
| Creditor ID: 18077-01<br>ALLEGHENY WOOD PRODUCTS<br>PO BOX 130, 240 AIRPORT ROAD<br>PETERSBURG WV 26847 | Creditor ID: 18078-01<br>ALLEGRA SANZ DE DOMPABLOS<br>200 E 94TH STREET<br>NEW YORK NY 10128 | Creditor ID: 14995-01<br>ALLEGRO MANUFACTURING, INC.<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 |
| Creditor ID: 14996-01<br>ALLEGRO MANUFACTURING, INC.<br>7250 EAST OXFORD WAY<br>COMMERCE CA 90040 | Creditor ID: 18079-01<br>ALLEN CATERING<br>4 COTTON CLOUD<br>ERVIN CA 92614 | Creditor ID: 8283-01<br>ALLEN CUSTOM THERMOPLASTIC SHEET<br>1305 LINCOLN AVE.<br>HOLLAND MI 49423 |
| Creditor ID: 18406-01<br>ALLEN DISTRIBUTION<br>1700 SHEARER DR<br>CARLISLE PA 17013 | Creditor ID: 10458-01<br>ALLEN INTERNATIONAL INC.<br>1502 S.2000 E<br>SPANISH FORK UT 84660 | Creditor ID: 18080-01<br>ALLEN RUBBER COMPANY<br>7259 HASBROOK AVE.<br>PHILADELPHIA PA 19111 |
| Creditor ID: 292-01<br>ALLENBERG COTTON CO.<br>7255 GOODLETT FARMS PKWY<br>DIV - LOUIS DREYFUS<br>COMMODITIES COTTON LLC<br>CORDOVA TN 38016 | Creditor ID: 4548-01<br>ALLENBERG COTTON CO.<br>8225 N. FRESNO STREET<br>FRESNO CA 93720 | Creditor ID: 291-01<br>ALLENBERG COTTON CO.<br>7255 GOODLETT FARMS PARKWAY<br>A DIVISION OF LD COMMODITIES<br>COTTON LLC<br>CORDOVA TN 38018 |
| Creditor ID: 2625-01<br>ALLGRAND COMPANY<br>4862 MINTWOOD CT<br>SAN JOSE CA 95129 | Creditor ID: 8284-01<br>ALLIANCE AUTOMOTIVE<br>9249 ANTOINE<br>HOUSTON TX 77086 | Creditor ID: 10459-01<br>ALLIANCE CARPET CUSHION<br>180 CHURCH STREET<br>TORRINGTON CT 06790 |
| Creditor ID: 293-01<br>ALLIANCE CUSTOMS CLEARANCE<br>120 WEST BAY ST<br>SAVANNAH GA 31401 | Creditor ID: 18081-01<br>ALLIANCE FOOD INC.<br>891 S. AZUSA AVE.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 7431-01<br>ALLIANCE GAME DISTRIBUTORS<br>3102 BROOKLYN AVE., SUITE B<br>FORT WAYNE IN 46809 |
| Creditor ID: 18082-01<br>ALLIANCE INTERNATIONAL<br>5512 VALPREDO AVE<br>BAKERSFIELD CA 93307 | Creditor ID: 2626-01<br>ALLIANCE LAUNDRY SYSTEMS<br>1 VERMONT STREET<br>RIPON WI 54971 | Creditor ID: 2627-01<br>ALLIANCE ONE INTERNATIONAL<br>2400 STANTONSBURG ROAD<br>WILSON NC 27894-0450 |
| Creditor ID: 14997-01<br>ALLIANCE SPORTS GROUP<br>3025 N GREAT SOUTHWEST PARKWAY<br>GRAND PRAIRIE TX 75050 | Creditor ID: 14998-01<br>ALLIANCE TIRE CO. (1992) USA, LTD.<br>750 OLD HICKORY BLVD<br>BRENTWOOD TN 37027 | Creditor ID: 2628-01<br>ALLIED AIR ENTERPRISE<br>355 MILLENIUM DR<br>ORANGEBURG SC 29115 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8285-01<br>ALLIED AIR ENTERPRISES<br>990 MAIN STREET<br>BLACKVILLE SC 29817 | Creditor ID: 7432-01<br>ALLIED ALLOYS<br>6767 KIRBYVILLE STREET<br>HOUSTON TX 77033 | Creditor ID: 9232-01<br>ALLIED BEVERAGE GROUP<br>600 WASHINGTON AVE.<br>CARLSTADT NJ 07072 |
| Creditor ID: 18083-01<br>ALLIED BUILDING PRODUCTS EDMONDS<br>7100 212TH ST. SW<br>EDMONDS WA 98026 | Creditor ID: 8286-01<br>ALLIED BUILDING PRODUCTS TIGARD<br>11440 SW TIEDEMEN ROAD<br>TIGARD OR 97223 | Creditor ID: 10460-01<br>ALLIED BUILDING PRODUCTS, BERKELEY<br>1077 EASTSHORE HWY<br>BERKELEY CA 94710 |
| Creditor ID: 14999-01<br>ALLIED EXPORT<br>26 MINNEAKONING ROAD<br>FLEMINGTON NJ 08822 | Creditor ID: 2629-01<br>ALLIED FITTING LP<br>11040 INLAND AVENUE<br>MIRA LOMA CA 91752 | Creditor ID: 294-01<br>ALLIED FLEX TECHNOLOGIES INC.<br>6582 PALMER PARK CIRCLE<br>SARASOTA FL 34238 |
| Creditor ID: 8287-01<br>ALLIED FTG L.P.(ATLANTA)<br>6040 LAGRANGE BLVD.<br>ATLANTA GA 30336 | Creditor ID: 2630-01<br>ALLIED IMEX<br>1530 W. EL SEGUNDO BLVD<br>GARDENA CA 90249-2112 | Creditor ID: 296-01<br>ALLIED INTERNATIONAL<br>13207 BRADLEY AVENUE<br>SYLMAR CA 91342 |
| Creditor ID: 7433-01<br>ALLIED INTERNATIONAL<br>215 W. DIEHL ROAD<br>NAPERVILLE IL 60563 | Creditor ID: 15000-01<br>ALLIED INTERNATIONAL<br>700 OAKMONT LANE<br>WESTMONT IL 60559 | Creditor ID: 14721-01<br>ALLIED INTERNATIONAL<br>101 DOVER ROAD N.E.<br>GLEN BURNIE MD 21060 |
| Creditor ID: 295-01<br>ALLIED INTERNATIONAL<br>900 RTE 9 RM 214<br>WOODBRIDGE NJ 07095 | Creditor ID: 2631-01<br>ALLIED INTERNATIONAL USA INC/MR PFLUGER<br>PO BOX 281977<br>SAN FRANCISCO CA 94128 | Creditor ID: 297-01<br>ALLIED INTL<br>3030 GREENS ROAD<br>HOUSTON TX 77032 |
| Creditor ID: 4549-01<br>ALLIED MARKETING GROUP<br>1555 REGAL ROW<br>DALLAS TX 75247 | Creditor ID: 4550-01<br>ALLIED MARKETING GROUP, INC.<br>1520 ROUND TABLE DRIVE<br>DALLAS TX 75247 | Creditor ID: 7434-01<br>ALLIED METALS CORP<br>2902 NW 32 AVE.<br>MIAMI FL 33142 |
| Creditor ID: 10461-01<br>ALLIED MINERAL PRODUCTS INC<br>2700 SCIOTO PARKWAY<br>COLUMBUS OH 43221 | Creditor ID: 15001-01<br>ALLIED MIX INC.<br>1530 W EL SEGUNDO BLVD<br>GARDENA CA 90249-2112 | Creditor ID: 15002-01<br>ALLIED POTATO<br>1010 S. DERBY ST.<br>ARVIN CA 93203 |
| Creditor ID: 8288-01<br>ALLIED RUBBER AND RIGGING SUPPLY<br>140 HINDMAN LANE<br>BUTLER PA 16001 | Creditor ID: 18084-01<br>ALLIED SEED, LLC.<br>9311 HIGHWAY 45<br>NAMPA ID 83686 | Creditor ID: 18085-01<br>ALLIED SELF STORAGE<br>1830 MILLWOOD PIKE<br>WINCHESTER VA 22602 |
| Creditor ID: 18086-01<br>ALLIED SHIPPERS ASSOCIATION<br>330 FIFTH AVENUE<br>NEW YORK NY 10001 | Creditor ID: 4551-01<br>ALLIED SUPPLY COMPANY (HUNTSVILLE)<br>3205 10TH AVENUE SW<br>HUNTSVILLE AL 35805 | Creditor ID: 17920-01<br>ALLIED SYSTEMS<br>2300 OREGON STREET<br>SHERWOOD OR 97140 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 4552-01
ALLIED TRADING CO
6704 THREE LAKES PKWY
DES MOINES IA 50320

Creditor ID: 2632-01
ALLIED TRANSPORT SYSTEM INC.
15319 DON JULIAN RD.
HACIENDA HEIGHTS CA 91745

Creditor ID: 298-01
ALL-IN INVESTMENT &
DEVELOPMENT (GROUP) CO. LTD
151-02 132 AVENUE
JAMAICA NY 11434

Creditor ID: 299-01
ALLMAND BOATS INC.
8275 SW 172 STREET
MIAMI FL 33157

Creditor ID: 10462-01
ALLNEX USA INC.
1950 LAKE PARK DRIVE
SMYRNA GA 30080

Creditor ID: 2633-01
ALLOY & COKE CO., INC.
1932 LAUREL ROAD, SUITE 1-E
BIRMINGHAM AL 35266

Creditor ID: 10107-01
ALLOY & STAINLESS FASTENERS
521 SCHOOLHOUSE RD.
TELFORD PA 18969

Creditor ID: 7435-01
ALLOY AND STAINLESS FASTENERS
11625 CHARLES ST.
HOUSTON TX 77041

Creditor ID: 4553-01
ALLOY TECHNOLOGIES COMPANY
S. DE R.L. DE C.V. KM
139 PASO DEL AGUILA  CARRET
TIJUANA
MEXICO

Creditor ID: 15003-01
ALLPAX PRODUCTS, LLC
13510 SEYMOUR MYERS BLVD
COVINGTON LA 70433

Creditor ID: 2634-01
ALL-PRO FASTENERS
2512 MCALLISTER RD
HOUSTON TX 77092

Creditor ID: 8289-01
ALLSOP
1461 COMMERCE DR
LARAMIE WY 82070

Creditor ID: 17921-01
ALLSOP, INC.
909 SQUALICUM WAY #111
BELLINGHAM WA 98225

Creditor ID: 4554-01
ALLSTAR MARKETING GROUP LLC.
4 SKYLINE DRIVE
HAWTHORNE NY 10532-2143

Creditor ID: 7149-01
ALLSTAR SEED COMPANY
2015 SILSBEE RD.
EL CENTRO CA 92243

Creditor ID: 8290-01
ALLSTATE AUTO GLASS INC.
2800 JUNIPER STREET
FAIRFAX VA 22031

Creditor ID: 4555-01
ALLSTATE FLORAL & CRAFT, INC.
14038 PARK PLACE
CERRITOS CA 90703

Creditor ID: 2635-01
ALLSTATE VENEER CORP.
P.O. BOX 1231
HUNT VALLEY MD 21030

Creditor ID: 17922-01
ALLSTATES LOGISTICS, INC.
505 NORTH MICHIGAN AVE. 4TH FLOOR
KENILWORTH NJ 07033

Creditor ID: 7436-01
ALLSTATES WORLD CARGO, INC.
181 SPRING RUN RD. EXT  STE 105
CORAOPOLIS PA 15108

Creditor ID: 300-01
ALLSTILES
1099 RTE 17M
MONROE NY 10950

Creditor ID: 6938-01
ALLTECH INDUSTRIAL,LLC.
5485 VILLAGE VIEW LANE
STONE MOUNTAIN GA 30087

Creditor ID: 15004-01
ALLTED TMIX INC
1530 WEST  EL SEGUNDO BLVD
GARDENA CA 90247

Creditor ID: 17923-01
ALLURA IMPORTS
112 WEST 33RD STREET
NEW YORK NY 10001

Creditor ID: 15005-01
ALLURE HOME CREATION CO., INC.
85 FULTON ST
BOOTON NJ 07005

Creditor ID: 301-01
ALLY BRAZILIAN COFFEE MERCHANTS
7890 PETERS ROAD, SUITE G-10
PLANTATION FL 33324

Creditor ID: 10463-01
ALM CUSTOMS INTERIORS(
55 HAUL ROAD
WAYNE NJ 07470

Creditor ID: 2636-01
ALMAR USA
8455 N.W. 74 ST.
MIAMI FL 33166

Creditor ID: 302-01
ALMATIS INC.
501 WEST PARK ROAD
LEETSDALE PA 15056

Creditor ID: 10464-01
ALMATIS INC.
4701 ALCOA ROAD
BAUXITE AR 72011

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6939-01
ALMO CORP
2709 COMMERCE WAY
PHILADELPHIA PA 19154

Creditor ID: 303-01
ALMONDS ALL AMERICAN
168 CANAL DR
CHOWCHILLA CA 93610-2003

Creditor ID: 15006-01
ALMOST NOTHING INC.
1620 LOS ANGELES STREET #C
LOS ANGELES CA 90015

Creditor ID: 4556-01
ALNOR OIL CO. INC.
70 E SUNRISE HIGHWAY, SUITE 418
VALLEY STREAM NY 11518

Creditor ID: 15007-01
ALOECORP INC.
6 1/2 MILE N. OF LAVILLA
LYFORD TX 78569

Creditor ID: 6940-01
ALOHA BAY
16275 A MAIN STREET
LOWER LAKE CA 95457

Creditor ID: 304-01
ALOHA HOUSEWARES, INC.
200 NORTH 13TH STREET
ERWIN NC 28339

Creditor ID: 10108-01
ALORICA INC.
14430 MONTE VISTA AVENUE
CHINO CA 91710

Creditor ID: 305-01
ALP (LIGHTING AND CEILING PRODUCTS)
7070 KAIGHN AVENUE BUILDING B
PENNSAUKEN NJ 08109

Creditor ID: 8291-01
ALP LIGHTING COMPONENTS, INC
6333 GROSS POINT ROAD
NILES IL 60714

Creditor ID: 2637-01
ALPAN LIGHTING PRODUCTS, INC.
451-E CONSTITUTION AVENUE
CAMARILLO CA 93012

Creditor ID: 2638-01
ALPAX, INC.
9370 SOUTH POINT DRIVE
HOUSTON TX 77054

Creditor ID: 306-01
ALPERT & ALPERT IRON & METAL, INC.
1815 SOUTH SOTO ST.
LOS ANGELES CA 90023

Creditor ID: 2362-01
ALPHA FLOORS INC.
12770 FLORENCE AVE
SANTA FE SPRINGS CA 90670

Creditor ID: 17924-01
ALPHA IMPORTS CORPORATION
1202 AVE J
GRAND PRARIE TX 75050

Creditor ID: 2640-01
ALPHA INTERNATIONAL
40 PARKER ROAD
ELIZABETH NJ 07208

Creditor ID: 17925-01
ALPHA INTERNATIONAL
9133 S. LA CIENEGA BLVD.
INGLEWOOD CA 90301

Creditor ID: 307-01
ALPHA INTERNATIONAL
510 THORNALL STREET
EDISON NJ 08837

Creditor ID: 4557-01
ALPHA INTERNATIONAL INC.
4520 20TH AVE SW
CEDAR RAPIDS IA 52404

Creditor ID: 2641-01
ALPHA OMEGA CO
448 LOMITA AVE
MILLBRAE CA 94030

Creditor ID: 8292-01
ALPHA POLYMER LLC
109 LONG HILL TERRACE
NEW HAVEN CT 06515

Creditor ID: 6941-01
ALPHA PROTECH INC. APPAREL DIVISION
1287 W.FAIRWAY DRIVE
NOGALES AZ 85621

Creditor ID: 8293-01
ALPHA SUN INTERNATIONAL
3401 ORCHARD STREET
HAPEVILLE GA 30354

Creditor ID: 17926-01
ALPHA TECHNOLOGIES, LLC
320 PREMIER COURT, SUITE 224
FRANKLIN TN 37067

Creditor ID: 17927-01
ALPHA TILE DIST
2443 EAST MEADOW BLVD
TAMPA FL 33619

Creditor ID: 12541-01
ALPINE BUILDING PRODUCTS
30 W 18TH STREET, SUITE 11D
NEW YORK NY 10011

Creditor ID: 15008-01
ALPINE FOODS
16233 KENYON AVENUE, SUITE 100
LAKEVILLE MN 55044

Creditor ID: 15009-01
ALPINE FRESH CORP
9300 NW 58 STREET
DORAL FL 33178

Creditor ID: 4558-01
ALPINE PACIFIC NUT COMPANY INC
6413 E.KEYES ROAD
TURLOCK CA 95326

Creditor ID: 6942-01
ALPINE TRAINING SERVICES LLC
8309 LAUREL CANYON BLVD., #401
SUN VALLEY CA 91352

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7150-01<br>ALPLA INC.<br>289 HIGHWAY 155 SOUTH<br>MC DONOUGH GA 30253 | Creditor ID: 6943-01<br>ALPS WIRE CORPORATION<br>2530 PRODUCTION DR.<br>SAINT CHARLES IL 60174 | Creditor ID: 10465-01<br>AL-RELIABLE INTERNATIONAL, INC<br>48 MERRILL CIRCLE N<br>MORAGA CA 94556 |
| Creditor ID: 8294-01<br>ALSINA FORMS CO.<br>511 W. ARMORY DRIVE<br>SOUTH HOLLAND IL 60473 | Creditor ID: 308-01<br>ALSTOM GRID<br>11 GUTTMAN BLVD<br>CHARLEROI PA 15022 | Creditor ID: 4559-01<br>ALSTOM GRID INC.<br>ONE RITZ AVENUE<br>WAYNESBORO GA 30830 |
| Creditor ID: 309-01<br>ALSTON QUALITY INDUSTRIES<br>1200 FULLER ROAD<br>LINDEN NJ 07036 | Creditor ID: 4560-01<br>ALTA COMMERCE, LLC<br>777 SAN ANTONIO ROAD SUITE#111<br>PALO ALTO CA 94303 | Creditor ID: 6944-01<br>ALTAIR GLOBAL RELOCATION<br>7500 DALLAS PARKWAY, SUITE 300<br>PLANO TX 75024 |
| Creditor ID: 4561-01<br>ALTAR PRODUCE, LLC<br>205 W. GRANT STREET<br>CALEXICO CA 92231 | Creditor ID: 10466-01<br>ALTE PRODUCTS<br>1412 AVE<br>BROOKLYN NY 11230 | Creditor ID: 4562-01<br>ALTEC LANSING, LLC<br>3735 WORKMAN MILL ROAD, BLDG D<br>WHITTIER CA 90601 |
| Creditor ID: 2642-01<br>ALTEC LANSING, LLC<br>535 ROUTE 6 & ROUTE 209<br>MILFORD PA 18337 | Creditor ID: 17928-01<br>ALTENBURG HARDWOOD LUMBER COMPANY<br>10220 MAIN STREET<br>ALTENBURG MO 63732 | Creditor ID: 17929-01<br>ALTER TRADING CORPORATION<br>700 OFFICE PARKWAY<br>SAINT LOUIS MO 63141 |
| Creditor ID: 310-01<br>ALTERNATIVE GLOBAL LOGISTICS<br>8551 N.W 12TH ST<br>PEMBROKE PINES FL 33024 | Creditor ID: 8295-01<br>ALTERNATIVE RUBBER & PLASTICS INC<br>200 CREEKSIDE DRIVE<br>AMHERST NY 14228 | Creditor ID: 17930-01<br>ALTEX CORPORATION<br>19700 FAIRCHILD ROAD  SUITE 100<br>IRVINE CA 92612 |
| Creditor ID: 17931-01<br>ALTO SHAAM<br>W164 N9221 WATER STREET<br>MENOMONEE FALLS WI 53052 | Creditor ID: 8296-01<br>ALTON SEAFOOD INC.<br>8700 COMMERCE PARK DR. STE 228A<br>HOUSTON TX 77036 | Creditor ID: 6945-01<br>ALTRAY COMANY, INC.<br>2001 WEST MAIN STREET, SUITE 155<br>STAMFORD CT 06902 |
| Creditor ID: 15010-01<br>ALTROM AMERICA INDIANAPOLIS<br>2601 S. HOLT ROAD<br>INDIANAPOLIS IN 46241 | Creditor ID: 311-01<br>ALUBON, LTD<br>20 MELVILLE PARK ROAD, SUITE 200<br>MELVILLE NY 11747 | Creditor ID: 6946-01<br>ALUMA SYSTEMS CONCRETE CONSTRUCTION LLC.<br>8639 SOUTH 190TH STREET<br>KENT WA 98032 |
| Creditor ID: 8297-01<br>ALUMINIUM BAHRAIN US INC<br>1201 PEACHTREE ST NE SUITE 1001<br>ATLANTA GA 30361 | Creditor ID: 17932-01<br>ALUMINUM SPECIALITIES WHOLESALES INC<br>2245 PORTER LAKE DRIVE<br>SARASOTA FL 34240 | Creditor ID: 312-01<br>ALUMIZONA INC.<br>824 E. UNIVERSITY DRIVE<br>PHOENIX AZ 85034 |
| Creditor ID: 8298-01<br>ALUTECH UNITED INC.<br>15 DIXON ST.<br>SELBYVILLE DE 19975 | Creditor ID: 2363-01<br>ALUTEX<br>236 MARGARET KING AVE.<br>RINGWOOD NJ 07456 | Creditor ID: 15011-01<br>ALVA TRADING INC.<br>1311 E. VAQUERO CT.<br>CHULA VISTA CA 91910 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

Creditor ID: 15012-01
ALVIN & CO. INC
250 LAMBERTON ROAD
WINDSOR CT 06095

Creditor ID: 313-01
ALWAYS GREEN CORPORATION
1317 WHOLESALE ST.
LOS ANGELES CA 90021

Creditor ID: 314-01
AM STONEWORKS
1718 WILLOW AVENUE
WEEHAWKEN NJ 07086

Creditor ID: 15013-01
AMA USA INC.
5425 W. 74TH STREET, SUITE 300
INDIANAPOLIS IN 46268

Creditor ID: 315-01
AMADA AMERICA INC.
7025 FIRESTONE BLVD.
BUENA PARK CA 90621

Creditor ID: 8299-01
AMADA WASINO AMERICA, INC.
4070 WINNETKA AVENUE
ROLLING MEADOWS IL 60008

Creditor ID: 8300-01
AMALFI HOME FURNITURE, LLC
4131 NW 60TH CIRCLE
BOCA RATON FL 33496

Creditor ID: 17933-01
AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD
TAMPA FL 33605

Creditor ID: 316-01
AMANO INTERNATIONAL IMPORTS
12531 PORLAND AVENUE SOUTH #441
BURNSVILLE MN 55337

Creditor ID: 6947-01
AMAT INTERNATIONAL
3160 CROW CANYON PL.,#225
SAN RAMON CA 94583

Creditor ID: 6948-01
AMATO INTERNATIONAL INC
407 LINCOLN ROAD SUITE 12C
MIAMI BEACH FL 33139

Creditor ID: 17934-01
AMAZING GRACE BOOK SOURCES
10150 SILBURY HILL CT
LAS VEGAS NV 89148

Creditor ID: 15014-01
AMAZON
410 TERRY AVENUE NORTH
SEATTLE WA 98109

Creditor ID: 4564-01
AMAZON FULFILLMENT SERVICES, INC.
410 TERRY AVE NORTH
SEATTLE WA 98109

Creditor ID: 15114-01
AMAZON.COM CA, INC.
410 TERRY AVE NORTH
SEATTLE WA 98109

Creditor ID: 4773-01
AMBASSADOR DR. MARTIN NEY
871 UNITED NATIONS PLAZA
NEW YORK NY 10017

Creditor ID: 8301-01
AMBASSADOR LOGISTIC INTERNTIONAL
50 BROAD STREET
NEW YORK NY 10004-2307

Creditor ID: 8302-01
AMBELLA HOME COLLECTION/BEST DESIGNS
4910 LAKAWANA STREET
DALLAS TX 75247

Creditor ID: 17935-01
AMBER CHEN PRIME AGENCY
17595 ALMAHURST RD. SUITE #209
CITY OF INDUSTRY CA 91748

Creditor ID: 4565-01
AMBER TRADING
1617 NE 19TH AVE.
PORTLAND OR 97232

Creditor ID: 317-01
AMBER TRADING INC.
1009 N. MAIN ST.
LOS ANGELES CA 90012

Creditor ID: 15115-01
AMBIENT SPORTS
427 E 17TH ST
COSTA MESA CA 92627

Creditor ID: 15116-01
AMBRO SPORT INC
1075 E POWERS PLACE
ALPHARETTA GA 30004

Creditor ID: 2643-01
AMBROSIA ENTERPRISES, INC
13771 ROSWELL AVE, STE. C
CHINO CA 91710

Creditor ID: 2644-01
AMBROSIA FRUITS, CO.
19212 NE 149TH STREET
WOODINVILLE WA 98077

Creditor ID: 4566-01
AMBU, INC.
6740 BAYMEADOW DRIVE
GLEN BURNIE MD 21060

Creditor ID: I0467-01
AMBYTH CHEMICAL
6717 35TH NW
SEATTLE WA 98117

Creditor ID: 5069-01
AMC DIRECT INC.
2321 INDUSTRIAL WAY
VINELAND NJ 08360

Creditor ID: 8303-01
AMC INC (MIAMI)
13329 - 13333 NE 17 AVE
MIAMI FL 33181

Creditor ID: 17936-01
AMC USA LLC
1880 NORTH 2220 WEST, SUITE 40
SALT LAKE CITY UT 84116

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17937-01<br>AMCAFE INC<br>459 MAIN ST<br>NEW ROCHELLE NY 10801 | Creditor ID: 17938-01<br>AMCAT INTERNATIONAL LLC<br>16225 PARK TEN BLVD<br>HOUSTON TX 77084 | Creditor ID: 10109-01<br>AMCOL INTERNATIONAL CORPORATION<br>2870 FORBS AVENUE<br>HOFFMAN ESTATES IL 60192 |
| Creditor ID: 318-01<br>AMCOR PHARMACEUTICAL PACKAGING USA<br>6850 MIDLAND INDUSTRIAL DRIVE<br>SHELBYVILLE KY 40065 | Creditor ID: 17939-01<br>AMD OIL SALES LLC<br>90 NORTH FRANKLIN TURNPIKE<br>RAMSEY NJ 07446 | Creditor ID: 17940-01<br>AMD-RITMED INC<br>295 FIRETOWER RD<br>TONAWANDA NY 14150 |
| Creditor ID: 319-01<br>AME EXPRESS INC.<br>801 W HYDE PARK BLVD<br>INGLEWOOD CA 90302 | Creditor ID: 10468-01<br>AME EXPRESS INC.(LAX)<br>801 W HYDE PARK BLVD<br>LONG BEACH CA 90302 | Creditor ID: 320-01<br>AMECHEM IND. INC.<br>16700 VALLEY VIEW AVE. #250<br>LA MIRADA CA 90638 |
| Creditor ID: 8304-01<br>AMEE SALES (USA) INC.<br>1369 CORTEZ LANE<br>ATLANTA GA 30319 | Creditor ID: 10469-01<br>AMEE SALES (USA) INC.<br>55 WEST 39TH ST<br>NEW YORK NY 10018 | Creditor ID: 17941-01<br>AMEN TRADING INC.<br>1743 E. 42ND ST<br>LOS ANGELES CA 90058 |
| Creditor ID: 15117-01<br>AMENDE AND SCHULTZ<br>1017 FREMONT AVENUE<br>PASADENA CA 91031 | Creditor ID: 15118-01<br>AMENDOLA MARBLE & STONE INC<br>560 TARRY TOWN ROAD<br>WHITE PLAINS NY 10607 | Creditor ID: 321-01<br>AMER SPORTS<br>320 ALDI BLVD.<br>MT. JULIET TN 37122 |
| Creditor ID: 15119-01<br>AMER SPORTS<br>2440 COUCHVILLE PIKE<br>NASHVILLE TN 37217 | Creditor ID: 10110-01<br>AMER SPORTS PORTLAND DESIGN CENTER<br>1233 NW 12TH AVE, SUITE 100<br>PORTLAND OR 97209 | Creditor ID: 10470-01<br>AMER SPORTS WINTER & OUTDOOR CO.<br>2030 LINCOLN AVE.<br>OGDEN UT 84401 |
| Creditor ID: 5070-01<br>AMERDALE INDUSTRIES, INC.<br>14830 ALONDRA BLVD<br>LA MIRADA CA 90638 | Creditor ID: 17942-01<br>AMERDALE INDUSTRY, INC.<br>6 WILLOW STREET<br>MOONACHIE NJ 07074 | Creditor ID: 322-01<br>AMEREX GROUP LLC.<br>512 7TH AVENUE, 9TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 17943-01<br>AMERI-ASIAN TRADING DEV.,INC<br>4396 IVYCREST POINT,<br>HIGHLANDS RANCH CO 80130 | Creditor ID: 12542-01<br>AMERICA BLUESKY LUMBER INDUSTRY, LLC<br>621 MAIN STREET<br>KENBRIDGE VA 23944 | Creditor ID: 10471-01<br>AMERICA CHUNG NAM, INC.<br>1163 FAIRWAY DRIVE<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 10472-01<br>AMERICA EQUITY, INC.<br>11877 DOUGLAS RD, STE. 102-108<br>ALPHARETTA GA 30005 | Creditor ID: 5071-01<br>AMERICA GROUP<br>9700 NE 126 AVENUE<br>VANCOUVER WA 98682 | Creditor ID: 17944-01<br>AMERICA HOME<br>2020 WEST PRINCE ROAD<br>TUCSON AZ 85705 |
| Creditor ID: 5072-01<br>AMERICA HOME<br>801 COMMANCHE ROAD<br>ALBUQUERQUE NM 87107 | Creditor ID: 15120-01<br>AMERICA HONDA MOTOR, CO., INC<br>C/O GIVENS WAREHOUSE<br>575 WOODLAKE CIRCLE<br>CHEASPEAKE VA 23320 | Creditor ID: 2645-01<br>AMERICA METAL EXPORT, INC.<br>1525 S. GARFIELD AVE.<br>ALHAMBRA CA 91801 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 2646-01
AMERICA MICRO METAL ENTERPRISES, INC.
7533 VINEYARD TRAIL
GARLAND TX 75044

Creditor ID: 2364-01
AMERICA PACIFIC CONTAINER LINE INC.
4425 ATLANTIC AVENUE, SUITE A14
LONG BEACH CA 90807

Creditor ID: 10473-01
AMERICA POWER TECH
3501 BILLINGSLY DR.
MARIETTA GA 30062

Creditor ID: 15121-01
AMERICA RECYCLING SOLUTIONS INC
1005 TIMOTHY DRIVE
SAN JOSE CA 95133

Creditor ID: 2647-01
AMERICAN  POPCORN COMPANY
432 GRANT STREET
SIOUX CITY IA 51102

Creditor ID: 15122-01
AMERICAN & EFIRD LLC
22 AMERICAN ST
MT HOLLY NC 28120-2150

Creditor ID: 17945-01
AMERICAN APEX ALUMINUM  INC.
1001 DOUBLEDAY AVE.
ONTARIO CA 91761

Creditor ID: 15123-01
AMERICAN ATHLETIC, INC.
200 AMERICAN AVENUE
JEFFERSON IA 50129

Creditor ID: 8305-01
AMERICAN B.D.COMPANY
25 DEBOER DRIVE
GLEN ROCK NJ 07452

Creditor ID: 8306-01
AMERICAN BAG
32 ARLINGTON STREET
CHELSEA MA 02150

Creditor ID: 323-01
AMERICAN BEAUTY PRODUCTS INC.
6101 EAGLE RIDGE DRIVE
PINSON AL 35126

Creditor ID: 8307-01
AMERICAN BIOSYSTEMS, INC
119 NORFOLK AVENUE, SW, STE 300
ROANOKE VA 24011

Creditor ID: 324-01
AMERICAN BLUE MILL
30502 HUNTWOOD AVENUE,
HAYWARD CA 94544

Creditor ID: 5073-01
AMERICAN CANADIAN FISHERIES, INC.
6069 HANNEGAN ROAD
BELLINGHAM WA 98226

Creditor ID: 10474-01
AMERICAN CARGO EXPRESS (AR)
435 DIVISION STREET
ELIZABETH NJ 07201

Creditor ID: 15124-01
AMERICAN CARGO EXPRESS-CHICAGO
1425 ELMHURST ROAD
ELK GROVE IL 60007

Creditor ID: 15125-01
AMERICAN CARGO LINE INC
161-15 ROCKWAY BLVD, SUITE 201
JAMAICA NY 11434

Creditor ID: 15126-01
AMERICAN CASEIN COMPANY
109 ELBOW LANE
BURLINGTON NJ 08016

Creditor ID: 6949-01
AMERICAN CASHEW COMPANY LLC
33 WOOD AVENUE SOUTH SUITE 600
ISELIN NJ 08830

Creditor ID: 10475-01
AMERICAN CHEMET CORPORATION
740 WAUKEGAN ROAD
DEERFIELD IL 60015

Creditor ID: 10476-01
AMERICAN CLASSICS COLLECTIBLES LLC
2625 PIEDMONT ROAD, SUITE 56-105
ATLANTA GA 30355

Creditor ID: 15127-01
AMERICAN CLAY WORKS & SUPPLY COMPANY
857 BRYANT ST.
DENVER CO 80204

Creditor ID: 8308-01
AMERICAN COATED PRODUCTS INC.
7436 MAYFLOWER PARK DRIVE
ZIONSVILLE IN 46077-7904

Creditor ID: 9233-01
AMERICAN COFFEE CORP.
30 MONTGOMMERY STREET SUITE 215
JERSEY CITY NJ 07302

Creditor ID: 17946-01
AMERICAN COLLOID COMPANY
1500 W. SHURE DR.
ARLINGTON HEIGHTS IL 60004

Creditor ID: 10477-01
AMERICAN COLLOID COMPANY
2870 FORBS AVENUE
HOFFMAN ESTATES IL 60192

Creditor ID: 2648-01
AMERICAN COMMERCIAL INCROPORATED
ONE MIKASA DRIVE
SECAUCUS NJ 07096

Creditor ID: 8309-01
AMERICAN CONSUMER PRODUCT LLC.
10883 KINROSS AVE. STE B
LOS ANGELES CA 90024

Creditor ID: 2365-01
AMERICAN COTTON COOPERATIVE ASSOCIATION
1900 E. BRUNDAGE LN
BAKERSFIELD CA 93307

Creditor ID: 10478-01
AMERICAN CRANE & TRACTOR PARTS, INC.
2200 STATE LINE ROAD
KANSAS CITY KS 66103

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 325-01
AMERICAN CUSTOMER SERVICE
5805-C PEACHTREE CORNERS EAST
NORCROSS GA 30092

Creditor ID: 17947-01
AMERICAN CUSTOMS BROKERS CO.
1901 WEST ANAHEIM STREET
LONG BEACH CA 90813-1105

Creditor ID: 8310-01
AMERICAN DAWN
401 W. ARTESIA BLVD.
COMPTON CA 90220

Creditor ID: 2649-01
AMERICAN DECORATIVE FABRICS LLC
418 CHANDLER DRIVE
GAFFNEY SC 29340

Creditor ID: 15128-01
AMERICAN DECORATIVE FABRICS LLC
303 5TH AVENUE, # 603
NEW YORK NY 10016

Creditor ID: 8311-01
AMERICAN DISTILLING & MFG INC
31 EAST HIGH STREET
EAST HAMPTON CT 05424

Creditor ID: 15129-01
AMERICAN EAGLE INTERNATIONAL TRADING INC.
1116 COINER CT
CITY OF INDUSTRY CA 91748

Creditor ID: 326-01
AMERICAN EQUIPMENT AND FABRICATING CORP.
100 WATER STREET
EAST PROVIDENCE RI 02914

Creditor ID: 6950-01
AMERICAN FAB
4 NEW CIRCLE ROAD
TRAVELERS REST SC 29690

Creditor ID: 8312-01
AMERICAN FIBER AND FINISHING ALBEMARLE
PLANT 225 NORTH DEPOT STREET
ALBERMARLE NC 28001

Creditor ID: 6951-01
AMERICAN FIBER LLC
1372 BEAVER CREEK ROAD
BRIGHTON TN 38101

Creditor ID: 17948-01
AMERICAN FIBER PRODUCTS
702 AFR DRIVE
FAIRMONT WV 26554

Creditor ID: 327-01
AMERICAN FIBRE SUPPLIES, INC.
P O BOX 4345
PORTLAND OR 97208

Creditor ID: 15130-01
AMERICAN FILLER METAL
6015 MURPHY
HOUSTON TX 77033

Creditor ID: 2650-01
AMERICAN FINE FOOD CORP.
2101 NW 84 AVE.
MIAMI FL 33122

Creditor ID: 328-01
AMERICAN FLYER TRAVELWARE
196 WEST RAILWAY AVENUE
PATERSON NJ 07503

Creditor ID: 15131-01
AMERICAN FOOD SHIPPERS ASSOCIATION
PO BOX 231
WHIPPANY NJ 07891

Creditor ID: 18394-01
AMERICAN FOOD SHPR ASSOC.
1222 ROUTE 46, SUITE 201
PARSIPPANY NJ 07054

Creditor ID: 329-01
AMERICAN FOODS EXPORT SERVICE, INC
1100 MILIK ST., SUITE A
CARTERET NJ 07008

Creditor ID: 8313-01
AMERICAN FOODS GROUP
500 S. WASHINGTON STREET
GREEN BAY WI 54301

Creditor ID: 18407-01
AMERICAN FOODS GROUP, LLC
544 ACME STREET, P.O. BOX 8547
GREEN BAY WI 54302

Creditor ID: 17949-01
AMERICAN FOODSERVICE CONCEPTS, INC.
262 OLD NEW BRUNSWICK ROAD
PISCATAWAY NJ 08854

Creditor ID: 2651-01
AMERICAN FUR FELT, L.L.C
53, ROME STREET
NEWARK NJ 07105

Creditor ID: 17950-01
AMERICAN FURNITURE COMPANY
3535 MENAUL BLVD. N.E.
ALBUQUERQUE NM 87107

Creditor ID: 10480-01
AMERICAN FURNITURE MANUFACTURING INC
454 HIGHWAY 225 N P O BOX 638
CHATSWORTH GA 30705

Creditor ID: 17951-01
AMERICAN FURNITURE MFG INC
193 MAIN STREET PO BOX 376
VARNELL GA 30756

Creditor ID: 330-01
AMERICAN FURNITURE WAREHOUSE
8820 AMERICAN WAY
ENGLEWOOD CO 80112

Creditor ID: 5074-01
AMERICAN FURNITURE WAREHOUSE
THORNTON WAREHOUSE
8501 GRANT ST
THORNTON CO 80229

Creditor ID: 17952-01
AMERICAN FURNITURE WAREHOUSE
4700 SOUTH POWER ROAD
GILBERT AZ 85296

Creditor ID: 2652-01
AMERICAN FURNITURE WAREHOUSE
10550 JAKE JABS BLVD.
FIRESTONE CO 80520

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15132-01<br>AMERICAN GEM<br>401 PARK PLACE CENTER, SUITE 105<br>KIRKLAND WA 98033 | Creditor ID: 2653-01<br>AMERICAN GILSONITE<br>109 STEVENSON ST.,<br>SAN FRANCISCO CA 94105 | Creditor ID: 15133-01<br>AMERICAN GLASS DIST.<br>404 RIVERSIDE DR<br>FORT WORTH TX 76111 |
| Creditor ID: 12543-01<br>AMERICAN GRANITE CO.<br>1951 LIVELY BLVD.<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 2655-01<br>AMERICAN GRASS SEED PRODUCERS<br>P.O. BOX 268<br>TANGENT OR 97322 | Creditor ID: 2654-01<br>AMERICAN GRASS SEED PRODUCERS<br>32345 MCLAGAN ROAD<br>TANGENT OR 97389 |
| Creditor ID: 18186-01<br>AMERICAN GREEINGS CORP.<br>3501 EMERALD DRIVE<br>KALAMAZOO MI 49001 | Creditor ID: 15134-01<br>AMERICAN GREETINGS<br>1400 OHLENDORF ROAD<br>OSCEOLA AR 72370 | Creditor ID: 331-01<br>AMERICAN GREETINGS<br>20821 S. SANTA FE AVENUE<br>LONG BEACH CA 90810 |
| Creditor ID: 8314-01<br>AMERICAN GREETINGS CORP.<br>2601 LEBANON ROAD<br>DANVILLE KY 40422 | Creditor ID: 18187-01<br>AMERICAN GREETINGS CORP.<br>1 AMERICAN ROAD<br>CLEVELAND OH 44144 | Creditor ID: 18188-01<br>AMERICAN HARDWOOD INDUSTRIES, LLC<br>567 N CHARLOTTE AVE.<br>WAYNESBORO VA 22980 |
| Creditor ID: 8315-01<br>AMERICAN HEALTCARE PRODUCTS<br>10624 INDUSTRIES AVENUE<br>ROSEVILLE CA 95678 | Creditor ID: 10481-01<br>AMERICAN HEALTH & NUTRITION (MI)<br>3990 VARSITY DRIVE<br>ANN ARBOR MI 48108 | Creditor ID: 6952-01<br>AMERICAN HEALTH PRODUCTS<br>80 INTERNATIONALE BLVD UNIT A<br>GLENDALE HEIGHTS IL 60139 |
| Creditor ID: 5075-01<br>AMERICAN HEALTHCARE PRODUCT<br>1068 WESTMINSTER AVE.<br>ALHAMBRA CA 91803 | Creditor ID: 2656-01<br>AMERICAN HEALTHCARE PRODUCT<br>4971-M CENTRAL AVENUE<br>MONROE TX 71203 | Creditor ID: 5076-01<br>AMERICAN HEALTHCARE PRODUCT, INC.<br>1028 WESTMINSTER AVE.<br>ALHAMBRA CA 91803 |
| Creditor ID: 15135-01<br>AMERICAN HEALTHCARE PRODUCTS<br>130 SOUTH 5100 WEST<br>SALT LAKE CITY UT 84104 | Creditor ID: 7151-01<br>AMERICAN HERITAGE BILLIARDS LL<br>630 MONDIAL PKWY<br>STREETSBORO OH 44241 | Creditor ID: 2657-01<br>AMERICAN HERITAGE INTERNATIONAL<br>401 CHESTNUT ST., STE. C<br>WILMINGTON NC 28401 |
| Creditor ID: 5077-01<br>AMERICAN HOME FURNISHINGS ALLIANCE<br>317 WEST HIGH AVENUE, 10TH FLOOR<br>HIGH POINT NC 27261 | Creditor ID: 18189-01<br>AMERICAN HOME SHOWPLACE<br>P O BOX 1412<br>DALTON GA 30722 | Creditor ID: 15136-01<br>AMERICAN HOMETEX INC.<br>2040 E FREMONT ST.<br>STOCKTON CA 95205 |
| Creditor ID: 5078-01<br>AMERICAN HONDA MOTOR CO INC.<br>700 VAN NESS AVE<br>TORRANCE CA 90501-1490 | Creditor ID: 2658-01<br>AMERICAN HONDA MOTOR CO INC.<br>12439 NE AIRPORT WAY<br>PORTLAND OR 97230 | Creditor ID: 18190-01<br>AMERICAN HONDA MOTOR CO., INC.<br>14141 YORBA AVENUE<br>CHINO CA 91710 |
| Creditor ID: 332-01<br>AMERICAN HONDA MOTOR CO., INC.<br>1919 TORRANCE BOULEVARD<br>TORRANCE CA 90501 | Creditor ID: 18191-01<br>AMERICAN HOSPITALITY CONCEPT INC<br>5822 SMITHWAY STREET<br>COMMERCE CA 90040 | Creditor ID: 333-01<br>AMERICAN HOUSEWARES INTERNATIONAL INC<br>PO BOX 170374<br>MILWAUKEE WI 53074 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

Creditor ID: 15137-01
AMERICAN HUANJIA GROUP DBA AHG RECYCLING
38503 CHERRY ST. SUITE R
NEWARK CA 94560

Creditor ID: 334-01
AMERICAN HYDRAULICS
2700 NORTH BROADWAY
RED OAK IA 51566

Creditor ID: 18192-01
AMERICAN IMPORT SHIPPERS ASSOCIATION, INC.
662 MAIN STREET
NEW ROCHELLE NY 10801

Creditor ID: 15138-01
AMERICAN IMPORTING CO., INC.
550 KASOTA AVENUE S.E.
MINNEAPOLIS MN 55414

Creditor ID: 15139-01
AMERICAN IMPORTING/EXPORTING INC
1127 INDUSTRIAL PARKWAY UNIT E
BRICK NJ 08723

Creditor ID: 335-01
AMERICAN INDUSTRIAL HEAT TRANSFER INC.
3905 ROUTE 1730 ZION,IL 60099
ZION IL 60099

Creditor ID: 6953-01
AMERICAN INTERNATIONAL FOREST PRODUCTS, LLC
5560 SW 107TH AVE.
BEAVERTON OR 97005

Creditor ID: 10111-01
AMERICAN INTERNATIONAL RELOCATION
17011 BEACH BLVD, SUITE 320
HUNTINGTON BEACH CA 92647

Creditor ID: 336-01
AMERICAN INTERNATIONAL TRANSPORT INC.
12833 SIMMS AVE. STE B
HAWTHORNE CA 90250

Creditor ID: 8316-01
AMERICAN INVESTORS GROUP INC
1275 BLOOMFIELD AVE.
FAIRFIELD NJ 07004

Creditor ID: 337-01
AMERICAN IRON & METAL CLEVELAND LLC.
1240 MARQUETTE STREET
CLEVELAND OH 44114

Creditor ID: 338-01
AMERICAN IRON OXIDE
661 ANDERSEN DRIVE, FOSTER PLAZA #7
PITTSBURGH PA 15220

Creditor ID: 6954-01
AMERICAN JAWA LTD.
7301 ALLENTOWN BLVD.
HARRISBURG PA 17112

Creditor ID: 12544-01
AMERICAN LAMPRECHT TRANSPORT INC.
1420 N SAM HOUSTON PARKWAY E
STE 100
HOUSTON TX 77032

Creditor ID: 339-01
AMERICAN LEISTRITZ
169 MEISTER AVE
BRANCHBURG NJ 08876

Creditor ID: 6955-01
AMERICAN LINKS LLC
701 VILLAGE DRIVE
AVENEL NJ 07001

Creditor ID: 10482-01
AMERICAN LUMBER COMPANY
PO BOX 9001
HAMBURG NY 14075-9001

Creditor ID: 10483-01
AMERICAN MARAZZI TILE INC
359 CLAY ROAD
SUNNYVALE TX 75185

Creditor ID: 5079-01
AMERICAN MARKETING ENTERPRISES
10 W 33RD ST
NEW YORK NY 10001-3306

Creditor ID: 18193-01
AMERICAN MARKETING ENTERPRISES, INC.
350 5TH. AVENUE - 9TH. FLOOR
NEW YORK NY 10018

Creditor ID: 6956-01
AMERICAN MATERIALS LLC
1300 E. MAIN STREET #201
ALHAMBRA CA 91801

Creditor ID: 18194-01
AMERICAN MERCANTILE CORP
1310 FARMVILLE RD.
MEMPHIS TN 38122

Creditor ID: 10484-01
AMERICAN METAL FIBERS INC.
13420 ROCKLAND RD. RT 176
LAKE BLUFF IL 60044

Creditor ID: 9234-01
AMERICAN METAL SOLUTIONS, INC.
3618 SUNSET BLVD.
WEST COLUMBIA SC 29169

Creditor ID: 340-01
AMERICAN MILL SUPPLY
18072 LANTANA DRIVE
YORBA LINDA CA 92686

Creditor ID: 10485-01
AMERICAN NATURAL & ORGANIC SPICES INC
4180 BUSINESS CENTER DRIVE
FREMONT CA 94538

Creditor ID: 6957-01
AMERICAN NORTHWEST DISTRIB
8445 S 228TH STREET
KENT WA 98031

Creditor ID: 5080-01
AMERICAN NUTS
12950 SAN FERNANDO RD
SYLMAR CA 91342

Creditor ID: 18195-01
AMERICAN OCEAN EXPRESS
6680 BRANDT ST STE 100
ROMULUS MI 48174-3567

Creditor ID: 10486-01
AMERICAN OMNI TIRE
15354 PARK ROW
HOUSTON TX 77084

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18196-01<br>AMERICAN OMNI TRADING CO.<br>3200 WILCREST<br>HOUSTON TX 77242 | Creditor ID: 5081-01<br>AMERICAN OVERSEAS AIR FREIGHT, INC.<br>2345 ALASKA AVE.<br>EL SEGUNDO CA 90245 | Creditor ID: 8317-01<br>AMERICAN PACIFIC INDUSTRIES, INC.<br>- AKA API, INC.<br>8320 E. HARTFORD DRIVE, SUITE 10<br>SCOTTSDALE AZ 85255 |
| Creditor ID: 2659-01<br>AMERICAN PACIFIC LUMBER,INC.<br>1042 NORTH MOUNTAIN AVENUE #490<br>UPLAND CA 91786 | Creditor ID: 10487-01<br>AMERICAN PACIFIC PLYWOOD, INC<br>414 FIRST STREET<br>SOLVANG CA 93463 | Creditor ID: 341-01<br>AMERICAN PACKAGING CORP<br>1555 LYELL AVENUE<br>ROCHESTER NY 14606 |
| Creditor ID: 15140-01<br>AMERICAN PACKAGING CORPORATION<br>850 WEST JAMES STREET<br>(ROTOGRAVURE DIVISION)<br>COLUMBUS WI 53925 | Creditor ID: 12545-01<br>AMERICAN PAN COMPANY<br>417 EAST WATER STREET, P.O. BOX 628<br>URBANA OH 43078 | Creditor ID: 18197-01<br>AMERICAN PAPER EXPORT<br>601 WEST RIVERSIDE STE 1100<br>SPOKANE WA 99201 |
| Creditor ID: 15141-01<br>AMERICAN PATRIOT LINES<br>8616 LA TIJERA BLVD. SUITE 401<br>LOS ANGELES CA 90045 | Creditor ID: 10488-01<br>AMERICAN PHOENIX, INC.<br>800 WISCONSIN ST<br>EAU CLAIRE WI 54703 | Creditor ID: 10489-01<br>AMERICAN PLASTIC TOYS, INC.<br>11200 WILDWOOD DRIVE<br>OLIVE BRANCH MS 38654 |
| Creditor ID: 6958-01<br>AMERICAN PM CRANES IMPORTS<br>906 W.GORE STD<br>ORLANDO FL 32805 | Creditor ID: 8318-01<br>AMERICAN POLY SALES<br>21064 CABOT BOULEVARD<br>HAYWARD CA 94545 | Creditor ID: 15142-01<br>AMERICAN POLYCRAFT<br>202 JACOB'S AVENUE<br>BRIDGEPORT AL 35740 |
| Creditor ID: 8319-01<br>AMERICAN POULTRY INTERNATIONAL, LTD.<br>5420 INTERSTATE 55 NORTH, SUITE A<br>JACKSON MS 39211 | Creditor ID: 342-01<br>AMERICAN POWER CONVERSION<br>1600 DIVISION RD.<br>WEST WARWICK RI 02893 | Creditor ID: 10490-01<br>AMERICAN POWER CONVERSION<br>132 FAIRGOUNDS ROAD<br>WEST KINGSTON RI 02893 |
| Creditor ID: 8320-01<br>AMERICAN POWER CONVERSION<br>18101 EAST COLFAX AVE DOOR P9<br>AURORA CO 80011 | Creditor ID: 8321-01<br>AMERICAN POWER CONVERSION-WDC<br>225 S.W. 14TH ST.<br>GRAND PRAIRIE TX 75051 | Creditor ID: 10491-01<br>AMERICAN POWER PULL GROUP<br>550 WEST LINFOOT ST<br>P.O. BOX 109<br>WAUSEON OH 43567-0109 |
| Creditor ID: 5082-01<br>AMERICAN PULP & PAPER CORP<br>15122 NE 8TH PL<br>BELLEVUE WA 98007 | Creditor ID: 8322-01<br>AMERICAN RACING EQUIPMENT<br>19067 SOUTH REYES AVE<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 15144-01<br>AMERICAN RECREATION PRODUCTS, INC.<br>6235 LOOKOUT ROAD<br>BOULDER CO 80301 |
| Creditor ID: 15143-01<br>AMERICAN RECREATION PRODUCTS, INC.<br>600 KELLWOOD PARKWAY<br>CHESTERFIELD MO 63017 | Creditor ID: 2660-01<br>AMERICAN RECYCLING RESOURCES INC<br>4934 WALNUT GROVE AVENUE SUITE118<br>SAN GABRIEL CA 91776 | Creditor ID: 343-01<br>AMERICAN RENOLIT CORPORATION<br>1207 E.LINCOLNWAY<br>LA PORTE IN 46350 |
| Creditor ID: 18198-01<br>AMERICAN RETROWORKS, INC<br>227 POND LANE<br>MIDDLEBURY CT 05753 | Creditor ID: 15145-01<br>AMERICAN REUSABLE MATERIALS, LLC<br>1010 N. DUNCANVILLE RD.<br>DUNCANVILLE TX 75116 | Creditor ID: 18199-01<br>AMERICAN RICE INC/MINERVA<br>P.O. BOX 2490<br>FREEPORT TX 77541 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18200-01<br>AMERICAN RIVER INTERNATIONAL<br>8190 N.W. 21ST STREET<br>MIAMI FL 33122 | Creditor ID: 2661-01<br>AMERICAN ROLAND FOOD CORP<br>71 WEST 23 RD ST<br>NEW YORK CITY NY 10010 | Creditor ID: 10492-01<br>AMERICAN ROLAND FOOD CORP.<br>71 WEST 23RD STREET 4TH FLOOR<br>NEW YORK NY 10010 |
| Creditor ID: 10493-01<br>AMERICAN ROLL GROUP LLC<br>28182 N. HAYDEN ROAD<br>SCOTTSDALE AZ 85266 | Creditor ID: 2662-01<br>AMERICAN SAFETY PRODUCTS<br>45401 RESEARCH AVENUE<br>FREMONT CA 94539 | Creditor ID: 344-01<br>AMERICAN SAFETY RAZOR<br>2820 MEDIA ROAD<br>KNOXVILLE TN 37914 |
| Creditor ID: 18201-01<br>AMERICAN SAFETY RAZOR<br>1 RAZOR BLADE LANE<br>VERONA VA 24482 | Creditor ID: 18202-01<br>AMERICAN SAW<br>8935 N POINTE EXECUTIVE PARK DR<br>HUNTERSVILLE NC 28078 | Creditor ID: 8323-01<br>AMERICAN SD POWER INC.<br>14401 MONTE VISTA AVE.<br>CHINO CA 91710 |
| Creditor ID: 5083-01<br>AMERICAN SEAFOOD PROCESSING<br>40 HERMAN MELVILLE BLVD<br>NEW BEDFORD MA 02740-7344 | Creditor ID: 18408-01<br>AMERICAN SEAFOODS<br>MARKET PLACE TOWER<br>2025 FIRST AVENUE, SUITE 900<br>SEATTLE WA 98121 | Creditor ID: 10494-01<br>AMERICAN SECURITY PRODUCTS MFG, CO.<br>9671 TELSTAR AVE<br>EL MONTE CA 91731 |
| Creditor ID: 5084-01<br>AMERICAN SHIPPER'S ASSOC.<br>1730 TRAPPE CHURCH ROAD<br>DARLINGTON MD 21034 | Creditor ID: 15250-01<br>AMERICAN SHIPPING CO. (HQ)<br>250 MOONACHIE ROAD, 5TH FLOOR<br>MOONACHIE NJ 07074 | Creditor ID: 8063-01<br>AMERICAN SHIPPING COMPANY<br>140 SYLVAN AVE POB 1486<br>ENGLEWOOD CLIFFS NJ 07632 |
| Creditor ID: 6959-01<br>AMERICAN SHIPPING LINE<br>4500 E. PACIFIC COAST HWY STE 200<br>LONG BEACH CA 90804 | Creditor ID: 345-01<br>AMERICAN SIGNATURE INC.<br>4300 E. 5TH AVE.<br>COLUMBUS OH 43219 | Creditor ID: 18203-01<br>AMERICAN SPECIALTIES INC.<br>441 SAW MILL RIVER ROAD<br>YONKERS NY 10701 |
| Creditor ID: 10495-01<br>AMERICAN SPORTING GOODS CORP.<br>101 ENTERPRISE SUITE 100<br>ALISO VIEJO CA 92656 | Creditor ID: 2663-01<br>AMERICAN SPORTING SUPPLIES LLC<br>5893 HWY 230 WEST<br>MCEWEN TN 37101 | Creditor ID: 18204-01<br>AMERICAN SPRAYTECH LLC<br>205 MEISTER AVENUE<br>NORTH BRANCH NJ 08876 |
| Creditor ID: 5085-01<br>AMERICAN STANDARD<br>801 E. WINTERGREEN ROAD<br>HUTCHINS TX 75141 | Creditor ID: 6960-01<br>AMERICAN STANDARD<br>8404 KILLIAM BLVD.<br>LAREDO TX 78045 | Creditor ID: 12546-01<br>AMERICAN STANDARD AMERICA,INC.<br>1800 N.HIGHWAY 71 OUTER ROAD<br>NEVADA MO 64772 |
| Creditor ID: 5086-01<br>AMERICAN STANDARD BUILDING SYSTEMS<br>PO BOX 4908<br>MARTINSVILLE VA 24115 | Creditor ID: 8324-01<br>AMERICAN STANDARD INC,<br>5925 TRI-COUNTY PARKWAY<br>SCHERTZ TX 78154 | Creditor ID: 347-01<br>AMERICAN STANDARD INC.<br>1000 INDUSTRIALN PARK<br>PAINTSVILLE KY 41240 |
| Creditor ID: 8325-01<br>AMERICAN STANDARD(AS AMERICAN) INC.<br>6615 WEST BOSTON ST<br>CHANDLER AZ 85226 | Creditor ID: 10496-01<br>AMERICAN STANDARD(AS AMERICAN) INC.<br>324 FOURTH AVE<br>TIFFIN OH 44883 | Creditor ID: 5087-01<br>AMERICAN STANDARD(AS AMERICAN) INC.<br>ONE CENTENNIAL AVENUE<br>PISCATAWAY NJ 08855-6820 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6961-01
AMERICAN STANDARD(AS AMERICAN) INC.
1116 MICHIGAN AVE
CHICAGO IL 60601

Creditor ID: 2664-01
AMERICAN STANDARD(AS AMERICAN) INC.
6600 PORT ROAD
GROVEPORT OH 43215

Creditor ID: 8327-01
AMERICAN STEAMSHIP
300 KNICKERBOCKER RD 2ND FL
STE 3500
CRESSKILL NJ 07626

Creditor ID: 12547-01
AMERICAN STEEL PRODUCTS LLC
2655 LE JEUNE RD STE 1108
CORAL GABLES FL 33144

Creditor ID: 10497-01
AMERICAN SUZUKI MOTOR CORPORATION
533 GLENDALE BLVD
LOS ANGELES CA 90026-5097

Creditor ID: 348-01
AMERICAN TARTARIC PRODUCTS INC
1865 PALMER AVENUE
LARCHMONT NY 10538

Creditor ID: 8328-01
AMERICAN TILE SUPPLY CO INC
139 HOYT AVE
MAMARONECK NY 10543

Creditor ID: 18205-01
AMERICAN TIRE INC
P O BOX 512
TROUTDALE OR 97060

Creditor ID: 5088-01
AMERICAN TONGZHOU COTTON TRADING, INC.
2083 CENTER AVENUE, SUITE 3C
FORT LEE NJ 07024

Creditor ID: 349-01
AMERICAN TOOL
92 GRAND ST.
WILMINGTON OH 45177

Creditor ID: 2665-01
AMERICAN TRADING INTERNATIONAL
19 MICROLAB RD. SUITE C
LIVINGSTON NJ 07039

Creditor ID: 10498-01
AMERICAN TRADING INTERNATIONAL, INC.
3415 S SEPULVEDA BLVD, STE 610
LOS ANGELES CA 90034

Creditor ID: 4764-01
AMERICAN UNIVERSITY
4400 MASSACHUSETTS AVENUE
WASHINGTON WV 26181

Creditor ID: 18206-01
AMERICAN VALVE
3000 NORTHWOODS PKWY, SUITE 250
NORCROSS GA 30071

Creditor ID: 18207-01
AMERICAN VANTEC INC.
16400 S. AVALON BLD.
CARSON CA 90248

Creditor ID: 8329-01
AMERICAN WASTE UNLIMITED, INC.
2550 S. SOTO STREET
LOS ANGELES CA 90023

Creditor ID: 5089-01
AMERICAN WELDING PRODUCTS INC
78 CRABTREE LANE
TENAFLY NJ 07670

Creditor ID: 9235-01
AMERICAN WEST INTERNATIONAL TRADES LLC
1564 SOUTH 300 WEST
SALT LAKE CITY UT 84115

Creditor ID: 350-01
AMERICAN WOOD MOULDING LLC
7458 NEW RIDGE ROAD
HANOVER MD 21076

Creditor ID: 5090-01
AMERICAN WOODCRAFTERS, LLC
1060 EAST SPRINGFIELD ROAD
HIGH POINT NC 27263

Creditor ID: 6962-01
AMERICAN WORLD CARGO
11451 NW 36TH AVENUE
MIAMI FL 33167

Creditor ID: 5091-01
AMERICAN WORLD CARGO
10025 NW 116TH WAY STE 16,
MEDLEY FL 33178

Creditor ID: 18208-01
AMERICAN WORLD CARGO INC.
17890 CASTLETON STREET, SUITE 398C
CITY OF INDUSTRY CA 91748

Creditor ID: 10499-01
AMERICAN WORLD CARGO INC.
75 ORIENT WAY, RUTHERFORD
RUTHERFORD NJ 07070

Creditor ID: 5092-01
AMERICAN WORLD CARGO JFK INC
167/10 SOUTH CONDUIT AV
JAMAICA NY 11434

Creditor ID: 8330-01
AMERICAN XING HUA INC.
3158 S. OAK VALLEY PL.
DIAMOND BAR CA 91765

Creditor ID: 8331-01
AMERICAN YIPIN PRODECE CO.,INC.
138 WESTBANK EXPRESSWAY, SUITE D
WESTWEGO LA 70094

Creditor ID: 2666-01
AMERICAN Z PLUS GROUP, INC.
7809 MARKET ST
HOUSTON TX 77029

Creditor ID: 4774-01
AMERICAN ZHONG HUA INC.,
18958 DAISETTA ST. #302
ROWLAND HEIGHTS CA 91748

Creditor ID: 5093-01
AMERICANA CLOCK CO
27 EAST FOREST ROAD
ASHEVILLE NC 28803

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10500-01<br>AMERICANA CORP.<br>17466 SW BOONES FERRY ROAD<br>LAKE OSWEGO OR 97035 | Creditor ID: 2667-01<br>AMERICAS INTERNATIONAL INC.<br>3517 EMBASSY PKWY<br>AKRON OH 44333 | Creditor ID: 8332-01<br>AMERICO GROUP, INC.<br>31 WEST 34TH STREET, 6TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 2668-01<br>AMERICO MANUFACTURING CO.<br>6224 N. MAIN ST.<br>ACWORTH GA 30101 | Creditor ID: 351-01<br>AMERILUX INTERNATIONAL<br>1212 ENTERPRISE DRIVE<br>DEPERE WI 54115 | Creditor ID: 352-01<br>AMERIMAX LAMINATED PRODUCTS<br>206 KESCO DRIVE<br>BRISTOL IN 46507 |
| Creditor ID: 8333-01<br>AMERIN INC.,<br>222 E, HUNTINGTON DR. SUITE #212<br>MONROVIA CA 91016 | Creditor ID: 6963-01<br>AMERI-PAC, INC.<br>745 SOUTH 4TH STREET<br>ST. JOSEPH MO 64501 | Creditor ID: 8334-01<br>AMERISTEEL INTERNATIONAL INC.<br>750 MAIN STREET<br>HARTFORD CT 06103 |
| Creditor ID: 353-01<br>AMERITEX CORPORATIONS LTD<br>685 WEATHERLY LANE<br>ATLANTA GA 30328 | Creditor ID: 18209-01<br>AMERITRADE GLOBAL PARTNERS INC<br>2 NEPTUNE ROAD SUITE 505<br>BOSTON MA 02128 | Creditor ID: 354-01<br>AMERIWEST INDUSTRIES, INC.<br>1455 E. FRANCIS STREET<br>ONTARIO CA 91761 |
| Creditor ID: 8335-01<br>AMERIWOOD INDUSTRIES INC.<br>5400 SHEA CENTER DR.<br>ONTARIO CA 91761 | Creditor ID: 2669-01<br>AMERIWOOD INDUSTRIES, INC.<br>458 2ND AVENUE; TIFFIN, OH 44883<br>TIFFIN OH 44883 | Creditor ID: 355-01<br>AMERIWOOD INDUSTRIES, INC.<br>202 SPAULDING ST<br>DOWAGIAC MI 49047 |
| Creditor ID: 9236-01<br>AMERIWOOD INDUSTRIES, INC.<br>410 E.SOUTH FIRST ST.<br>WRIGHT CITY MO 63390 | Creditor ID: 10501-01<br>AMEROCK CORPORATION<br>1427 WILLIAM BLOUNT DR.<br>MARYVILLE TN 37801 | Creditor ID: 2670-01<br>AMES TEXTILES INC.<br>200 INDUSTRIAL DRIVE<br>CHRISTIANSBURG VA 24073 |
| Creditor ID: 15252-01<br>AMETEX<br>79 MADISON AVENUE, 11TH FLOOR<br>NEW YORK NY 10016 | Creditor ID: 2671-01<br>AMEXSA CORP<br>1755 NORTH BROWN ROAD SUITE 200<br>LAWRENCEVILLE GA 30043 | Creditor ID: 18210-01<br>AMHERST COLLEGE PHYSICAL PLANT<br>ATTN: KEN PACKARD, PO BOX 5000<br>AMHERST MA 01002 |
| Creditor ID: 18211-01<br>AMI TRADING (USA) INC<br>1699 CORAL WAY - SUITE 400<br>MIAMI FL 33145 | Creditor ID: 5094-01<br>AMINA HABIB AND PHILIP HABIB HOLT<br>82 OLD FARM ROAD NORTH<br>CHAPPAQUA NY 10514 | Creditor ID: 2672-01<br>AMINCO<br>10 EAST 40TH STREET, 48TH FLR.<br>NEW YORK NY 10016-0301 |
| Creditor ID: 18212-01<br>AMIR INTERNATIONAL IMPORT EXPORT INC.<br>6816 5TH AVE<br>BROOKLYN NY 11200 | Creditor ID: 356-01<br>AMIRA FOODS INC<br>1315 EAST SAINT ANDREW PL., SUITE D<br>SANTA ANA CA 92705 | Creditor ID: 2673-01<br>AMIRA I GRAND FOODS INC<br>1 PARK PLZ STE 600<br>IRVINE CA 92614 |
| Creditor ID: 5095-01<br>AMITY TECHNOLOGY LLC<br>3060 7TH AVENUE NORHT<br>FARGO ND 58102 | Creditor ID: 5096-01<br>AMKO INTERNATIONAL, INC.<br>911 N. HILLTOP DRIVE<br>ITASCA IL 60193 | Creditor ID: 10112-01<br>AMKOTRON<br>5468 DUFF DRIVE<br>CINCINNATI OH 45246 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2674-01<br>AMMEX<br>1019 W JAMES STREET<br>KENT WA 98032 | Creditor ID: 10502-01<br>AMMEX CO HARTSFIELD WAREHOUSE<br>795 ATLANTA SOUTH PARKWAY<br>COLLEGE PARK GA 30349 | Creditor ID: 6964-01<br>AMMEX CORP.<br>4601 W CHEYENNE SUITE 103<br>LAS VEGAS NV 89115 |
| Creditor ID: 18990-97<br>AMNAV MARINE SERVICES<br>C/O AMNAV MARITIME CORPORATION<br>201 BURMA RD<br>OAKLAND CA 94607 | Creditor ID: 15254-01<br>AMOCAT TRADING LLC<br>3625 PERKINS LN SW SUITE 100<br>TACOMA WA 98499 | Creditor ID: 8336-01<br>AMP PLUS, INC. DBA ELCO LIGHTING INC<br>2042 E. VERNON AVE<br>VERNON CA 90058 |
| Creditor ID: 18213-01<br>AMPAC SEED CO.<br>P O BOX 318<br>TANGENT OR 97389 | Creditor ID: 18409-01<br>AMPAC TRADING INTERNATIONAL<br>6003 BANDINI BLVD.<br>CITY OF COMMERCE CA 90040 | Creditor ID: 15255-01<br>AMPACET<br>660WHITE PLAINS ROAD<br>TARRYTOWN NY 10591 |
| Creditor ID: 18214-01<br>AMPAK COMPANY INC.<br>1890 PALMER AVENUE, SUITE 301<br>LARCHMONT NY 10538 | Creditor ID: 15256-01<br>AMPAL INC<br>2125 LITTLE GAP ROAD<br>PALMERTON PA 18071 | Creditor ID: 6965-01<br>AMPORT FOODS<br>550 KASOTA AVENUE S.E.<br>MINNEAPOLIS MN 55414 |
| Creditor ID: 10503-01<br>AMRON TRADING INC.<br>15683 PINE SUMMIT DRIVE<br>CHINO HILLS CA 91709 | Creditor ID: 5097-01<br>AMRON TRADING INC.<br>1375 GATEWAY BLVD.<br>BOYNTON BEACH FL 33426 | Creditor ID: 18410-01<br>AMRON TRADING INC.<br>5550 GLADES ROAD, SUITE 500<br>BOCA RATON FL 33431 |
| Creditor ID: 8337-01<br>AMS IMPORT CORP<br>312A MORGAN AVENUE<br>BROOKLYN NY 11211 | Creditor ID: 15257-01<br>AMS SPECIALITY STEEL INC<br>PO BOX 1021  3304 COLLINS RD<br>WAXHAW NC 28173 | Creditor ID: 6966-01<br>AMSAK CORPORATION<br>41 ORCHARD STREET<br>RAMSEY NJ 07446 |
| Creditor ID: 2675-01<br>AMSCAN EVERYDAY WAREHOUSE<br>47 ELIZABETH DRIVE,<br>CHESTER INDUSTRIAL PARK<br>CHESTER NY 10918 | Creditor ID: 2676-01<br>AMSCAN INC<br>80 GRASSLANDS ROAD<br>ELMSFORD NY 10523 | Creditor ID: 8338-01<br>AMSINO INTERNATIONAL, INC.<br>855 TOWNE CENTER DR.<br>POMONA CA 91767 |
| Creditor ID: 18215-01<br>AMSUM & ASH INC<br>30, 52ND WAY, NE<br>FRIDLEY MN 55421 | Creditor ID: 6967-01<br>AMSWAY INC<br>837 AVENUE Z<br>BROOKLYLN NY 11235 | Creditor ID: 357-01<br>AMT PROJECTS, INC.<br>15233 VENTURA BLVD. SUITE 1005<br>SHERMAN OAKS CA 91403-2201 |
| Creditor ID: 18216-01<br>AMTEE INVESTMENTS, LLC<br>23000 S AVALON AVENUE<br>CARSON CA 90745 | Creditor ID: 18217-01<br>AMTRADE INC<br>303 5TH AVENUE SUITE 1030<br>NEW YORK NY 10016 | Creditor ID: 15258-01<br>AMTRAN LOGISTICS INC,<br>9 GODDARD<br>IRVINE CA 92618 |
| Creditor ID: 6968-01<br>AMTRAN LOGISTICS INC. II<br>39 TESLA AVE.<br>IRVINE CA 92618 | Creditor ID: 6969-01<br>AMUSEMENT CONSTRUCTION, INC.<br>5954 BRAINERD ROAD<br>CHATTANOOGA TN 37421 | Creditor ID: 358-01<br>AMVAC CHEMICAL CORPORATION<br>2110 DAVIE AVE.<br>COMMERCE CA 90040 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12548-01<br>AMVIET JSC INC<br>8808 CAVENDER DRIVE<br>JACKSONVILLE FL 32216 | Creditor ID: 5098-01<br>AMWAY<br>7575 E. FULTON ST.<br>ADA MI 49355 | Creditor ID: 15259-01<br>AMWEST FARMS<br>2566 PEBBLE BEACH LOOP<br>LAFAYETTE CA 94549 |
| Creditor ID: 10504-01<br>AN DERINGER INC<br>NORTH 83 HILLWOODS CIRCLE<br>NEWMAN GA 30263 | Creditor ID: 10505-01<br>ANA INTERNATIONAL CORPORATION<br>9113 VERSAILLES DR.<br>BAKERSFIELD CA 93311 | Creditor ID: 6970-01<br>ANA INTERNATIONAL,INC<br>10850 SW TUALATIN SHERWOOD ROAD<br>TUALATIN OR 97062 |
| Creditor ID: 18218-01<br>ANA TRADING CORP., USA<br>3625 DEL AMO BLVD STE 300 M/S 30<br>TORRANCE CA 90503 | Creditor ID: 9237-01<br>ANA TZAREV NEW YORK LLC<br>24 WEST  57TH STREET<br>NEW YORK NY 10019 | Creditor ID: 10506-01<br>ANAMAX, LLC.<br>P.O. BOX 10067<br>GREEN BAY WI 54307-0067 |
| Creditor ID: 10507-01<br>ANASTASIA ZOGRAFAKIS<br>380 MERIDIAN STREET, UNIT 11<br>GROTON CT 06340 | Creditor ID: 8339-01<br>ANATOMY SUPPLY PARTNERS, LLC<br>3450 ATLANTA INDUSTRIAL PARKWAY<br>ATLANTA GA 30331 | Creditor ID: 2677-01<br>ANBAKAM METALS LLC.<br>1200 TICES LANE<br>EAST BRUNSWICK NJ 08816 |
| Creditor ID: 359-01<br>ANCHANA INT'L INC.<br>1363 BELLA VISTA DRIVE<br>WALNUT CA 91789 | Creditor ID: 7152-01<br>ANCHOR ACQUISITION LLC<br>1115 WEST FIFTH AVENUE<br>LANCASTER OH 43130 | Creditor ID: 360-01<br>ANCHOR COUPLIN COMPANY<br>1110 ANCHOR RD<br>DIXON IL 61021 |
| Creditor ID: 18319-01<br>ANCHOR FROZEN FOODS<br>PO BOX 887, 28 URBAN AVENUE<br>WESTBURY NY 11590 | Creditor ID: 10508-01<br>ANCHOR WIRE<br>425 CHURCH STREET<br>GOODLETSVILLE TN 37072 | Creditor ID: 18320-01<br>ANCO FINE CHEESE DIVISION<br>/SCHRATTER FOODS INC.<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 |
| Creditor ID: 15260-01<br>ANCRA INTERNATIONAL LLC<br>2685 CIRCLEPORT DRIVE<br>ERLANGER KY 41018 | Creditor ID: 2678-01<br>AND1 C/O AMERICAN SPORTING GOODS CORP<br>101 ENTERPRISE SUITE 100<br>ALISO VIEJO CA 92656 | Creditor ID: 18321-01<br>ANDE FOODS (USA) INC<br>4340 STEVENS CREEK BLVD, STE 163<br>SAN JOSE CA 95129 |
| Creditor ID: 2679-01<br>ANDERSEN AND SONS SHELLING<br>4530 ROWLES ROAD<br>VINA CA 96092 | Creditor ID: 10509-01<br>ANDERSON DEVELOPMENT COMPANY<br>525 GULF STREET<br>ADRIAN MI 49221 | Creditor ID: 18322-01<br>ANDERSON HAY AND GRAIN<br>910 SOUTH ANDERSON ROAD<br>ELLENSBURG WA 98926 |
| Creditor ID: 5099-01<br>ANDERSON PACKAGING<br>4545 ASSEMBLY DRIVE<br>ROCKFORD IL 61109 | Creditor ID: 361-01<br>ANDERSON TULLY<br>RIVERVIEW RD.<br>VICKSBURG MS 39180 | Creditor ID: 10510-01<br>ANDICO USA, INC.<br>17800 CASTLETON STREET #356<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 10511-01<br>ANDRE PROST INC<br>680 MIDDLESEX TURNPIKE<br>OLD SAYBROOK CT 06475 | Creditor ID: 18323-01<br>ANDREW DONALD MARSHALL FURLONG<br>06 BEACO HILL DRIVE<br>CHESTER NJ 07930 | Creditor ID: 5100-01<br>ANDREW PEARSON DESIGN<br>1 ANDREW PEARSON DRIVE<br>MOUNT AIRY NC 27030 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 4775-01
ANDRITZ HYDRO CORP
10735 DAVID TAYLOR DRIVE
CHARLOTTE NC 28262

Creditor ID: 18324-01
ANDROID INDUSTRIES LLC
3800 AVENUE EAST E
ARLINGTON TX 76011

Creditor ID: 2680-01
ANDY MAST GRHS
1534 PANNELL NW
GRAND RAPIDS MI 49504

Creditor ID: 15261-01
ANGELA'S MARBLE & TILE
4375 ENTERPRISE AVENUE
NAPLES FL 34104

Creditor ID: 6971-01
ANGELINI WINE LTD
22 INDUSTRIAL PARK ROAD
CENTERBROOK CT 06409

Creditor ID: 18325-01
ANGIUS ORGANICS INC.
1100 UNIVERSITY DRIVE
CLEARWATER FL 33764

Creditor ID: 8340-01
ANHEUSER-BUSCH COMPANIES
ONE BUSCH PLACE
ST. LOUIS MO 63118

Creditor ID: 362-01
ANHING CORP.
2550 PELLISSIER PLACE
CITY OF INDUSTRY CA 90601

Creditor ID: 18326-01
ANHUI YINGLIU USA, INC.
1001 N. DUPAGE AVENUE
LOMBARD IL 60148

Creditor ID: 10512-01
ANICO INTERNATIONAL
55 FADEM RD
SPRINGFIELD NJ 07081-3115

Creditor ID: 5101-01
ANJIE GROUP, INC.
65 W. MERRICK ROAD, SUITE 202
VALLEY STREAM NY 11580

Creditor ID: 2681-01
ANKO INTERNATIONAL, INC.
317 W. MAIN STREET STE. 213
ALHAMBRA CA 91801

Creditor ID: 18328-01
ANL INTERNATIONAL COMPANY
2683 NORTH KILBRIDGE LANE
DUBLIN CA 94568

Creditor ID: 18329-01
ANN SACKS TILE & STONE
8120 NE 33RD DRIVE
PORTLAND OR 92711

Creditor ID: 6972-01
ANNA SOKOL
21-15 RENE CT.
RIDGEWOOD NY 11385

Creditor ID: 6973-01
ANNAND SEEDS OREGON, INC.
96476 SMITH LANE
JUNCTION CITY OR 97448

Creditor ID: 363-01
ANNIE CHUN'S INC.
4340 REDWOOD HIGHWAY, STE. B60
SAN RAFAEL CA 94903

Creditor ID: 18330-01
ANNS HOUSE OF NUTS
2901 ANACONDA ROAD
TARBORO NC 27886

Creditor ID: 10513-01
ANNS HOUSE OF NUTS
380 ST. PETER STREET SUITE 1000
SAINT PAUL MN 55102

Creditor ID: 10113-01
ANNS HOUSE OF NUTS
9212 BERGER ROAD COLUMBIA MD 21046
COLUMBIA MD 21046

Creditor ID: 15262-01
ANN'S HOUSE OF NUTS, INC.
8375 PATUXENT RANGE RD.
JESSUP MD 20794

Creditor ID: 10514-01
ANODYNE, INC
1701 N BELL ST
SAN ANGELO TX 76903

Creditor ID: 364-01
ANPESIL INTERNATIONAL CORP.
2200-69TH STREET
NORTH BERGEN NJ 07047

Creditor ID: 8341-01
ANSON DISTRIBUTING LLC
7907 GABLE BRIDGE LANE
RICHMOND TX 77407

Creditor ID: 18331-01
ANSON WHOLESALE, LLC
7907 GABLE BRIDGE LN
RICHMOND TX 77407

Creditor ID: 5102-01
ANSUNG-USA, LLC
5200 E. GRAND AVE., SUITE 600
DALLAS TX 75223

Creditor ID: 14722-01
ANTENNA TECHNOLOGY COMMUNICATIONS INC
450 N MCKEMY AVENUE
CHANDLER AZ 85226

Creditor ID: 18993-97
ANTHONY HOLDINGS INC.,
VEHICLE SVCS GROUP LLC, WARN INDUST. INC
C/O ARENT FOX LLP
ATTN ROBERT M HIRSH
1675 BROADWAY
NEW YORK NY 10019

Creditor ID: 5103-01
ANTHONY LIFTGATES, INC.
1037 W.HOWARD ST.
PONTIAC IL 61764

Creditor ID: 10515-01
ANTHONY TAYLOR SKINNER
16615 PALM ROYAL DR APT. 319
TAMPA FL 33647

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10516-01<br>ANTIGUA FURNITURE<br>7301-B BAK K RANCH ROAD<br>LAGOS VISTA TX 78645 | Creditor ID: 5104-01<br>ANTIQUE CREATIONS<br>1966 BROAD HOLLOW RD.(RTE.110) EAST<br>FARMINGDALE NY 11735 | Creditor ID: 2682-01<br>ANTIQUE REVIVAL<br>2919 MEAD AVE<br>SANTA CLARA CA 95051 |
| Creditor ID: 15263-01<br>ANTIQUE-ART INC<br>601 10TH AVE #1 E<br>NEW YORK NY 10036 | Creditor ID: 2683-01<br>ANTIQUES AT RUE 154<br>61 MAIN STREET<br>CENTERBROOK CT 06409 | Creditor ID: 10114-01<br>ANTIQUES INTERNATIONAL<br>1771 BLAKE AVENUE<br>LOS ANGLES CA 90031 |
| Creditor ID: 8342-01<br>ANTONETTI, PRICE & KUZMA, INC.<br>3940 PORETT DRIVE<br>GURNEE IL 60031 | Creditor ID: 6974-01<br>ANTONIO CARLOS MARTINS<br>40530 NORTHEAST NORTHUP WAY<br>KIRKLAND WA 98033 | Creditor ID: 15264-01<br>ANTONIO EDUARDO SCOTT REGALADO<br>27 THURSTON ST<br>SOMERVILLE MA 02145 |
| Creditor ID: 15265-01<br>ANVIFISH USA CORP<br>1310 TULLY ROAD, SUITE 104<br>SAN JOSE CA 95122 | Creditor ID: 5105-01<br>ANWENS INTERNATIONAL LLC<br>6073 DUBLINSHIRE DRIVE<br>DUBLIN OH 43017 | Creditor ID: 8343-01<br>AO FREIGHT CORPORATION<br>419 N. OAK STREET<br>INGLEWOOD CA 90302 |
| Creditor ID: 15266-01<br>AOC CALIFORNIA PLANT<br>19991 SEATON AVENUE<br>PERRIS CA 92570 | Creditor ID: 2684-01<br>AONVOY PLASTICS<br>1020 S BOLTON ST<br>JACKSONVILLE TX 75766 | Creditor ID: 6975-01<br>AOSOM, LLC<br>6710 MCEWAN RD.<br>LAKE OSWEGO OR 97035 |
| Creditor ID: 2685-01<br>AOSS MEDICAL SUPPLY, INC.<br>130 SOUTH 5100 WEST<br>SALT LAKE CITY UT 84104 | Creditor ID: 8344-01<br>AOSS MEDICAL SUPPLY, INC.<br>4971 CENTRAL AVE<br>MONROE LA 71203 | Creditor ID: 2366-01<br>APA MARKETING<br>736 PINEY RIDGE WAY<br>MONUMENT CO 80132 |
| Creditor ID: 8345-01<br>APA MARKETING INC<br>14659 ALONDRA BLVD<br>LA MIRADA CA 90638 | Creditor ID: 6976-01<br>APA MARKETING, INC.<br>736 PINEY RIDGE WAY<br>MONUMENT CO 80132 | Creditor ID: 6977-01<br>APA MARKETING, INC.<br>250 CONESTOGA WAY<br>HENDERSON NV 89015 |
| Creditor ID: 5106-01<br>APA MARKETING, INC.<br>299 NC HWY 49 N<br>RICHFIELD NC 28137-7942 | Creditor ID: 10517-01<br>APAC AMERICUS INC<br>1715 W. NICKERSON STREET<br>SEATTLE WA 98188 | Creditor ID: 10518-01<br>APACHE MILLS<br>417 RIVER STREET<br>CALHOUN GA 30701 |
| Creditor ID: 18332-01<br>APC INC.<br>2425 SE OAK TREE CT.<br>ANKENY IA 50021 | Creditor ID: 7153-01<br>APC -PED DISTRIBUTION<br>201 FULLING MILL ROAD<br>MIDDLETOWN PA 17057 | Creditor ID: 365-01<br>APC-MGE<br>14875 MONTE VISTA AVE.<br>CHINO CA 91710 |
| Creditor ID: 15267-01<br>APCO<br>6462 E. DELEON ST.<br>LONG BEACH CA 90815 | Creditor ID: 6978-01<br>APEX INTERNATIONAL MARKETING,LLC.<br>39 BEADEL STREET<br>BROOKLYN NY 11222 | Creditor ID: 10519-01<br>APEX LEATHER<br>27 HONECK STREET<br>ENGLEWOOD NJ 07631 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 18994-97
APEX MARITIME CO INC, CAROLINA
OCEAN LINES, DOMEK LOGISTIC LLC
C/O RIKER DANZIG SCHERER ET AL
ATTN JOSEPH L SCHWARTZ
1 SPEEDWELL PLAZA, HEADQUARTERS PLZA
MORRISTOWN NJ 07960

Creditor ID: 18995-97
APEX MARITIME CO INC, ET AL.
C/O GKG LAW PC
ATTN BRENDA COLLINS ESQ
1055 THOMAS JEFFERSON ST NW
STE 500
WASHINGTON DC 20007

Creditor ID: 10520-01
APEX MARITIME CO., (ORD) INC.
1900 E. GOLF ROAD, SUITE 1105
SHAUMBURG IL 60173

Creditor ID: 366-01
APEX PLASTIC INDUSTRIES INC
PO BOX 1108, 155 MARCUS BLVD.
HAUPPAUGE NY 11788

Creditor ID: 6979-01
API
333 ENTERPRISE PARKWAY
LAKE ZURICH IL 60047

Creditor ID: 367-01
API HEAT TRANSFER, AIRTECH DIVISION
91 NORTH STREET
ARCADE NY 14009

Creditor ID: 2686-01
API INTERNATIONAL INC.
12505 SW HERMAN ROAD
TUALATIN OR 97062

Creditor ID: 6980-01
API INTERNATIONAL INC.
18400 S.W. TETON AVE.,
TUALATIN OR 97062

Creditor ID: 10115-01
API INTERNATIONAL, INC.
6219 W. STONER DRIVE
GREENFIELD IN 46140

Creditor ID: 5107-01
APLASH INC.
31 THOMAS ST.
CORAM NY 11727

Creditor ID: 15268-01
APLASTICS LLC
1517 VERNAL AVE
FREMONT CA 94539

Creditor ID: 6981-01
APLUS INDUSTRIAL LLC
1406 DULUTH HWY
LAWRENCEVILLE GA 30043

Creditor ID: 18996-97
APM TERMINALS PACIFIC LLC
C/O RUSSELL MIRKOVICH & MORROW
ATTN JOSEPH N MIRKOVICH
1 WORLD TRADE CENTER, STE 1660
LONG BEACH CA 90831-1660

Creditor ID: 368-01
APOLLO CREATION INC.
3420, POMONA BLVD.
POMONA CA 91768

Creditor ID: 15269-01
APOLLO FINE SPIRITS
55 NORTHERN BOULEVARD, SUITE 201
GREAT NECK NY 11021

Creditor ID: 369-01
APON INDUSTRIES CORP
10005 MARCONI DRIVE, SUITE B
SAN DIEGO CA 92154

Creditor ID: 12549-01
APOTHECARY PRODUCTS LLC
11750 12TH AVENUE SOUTH
BURNSVILLE MN 55337

Creditor ID: 15270-01
APPALACHIAN FOREST PRODUCTS
110 WEST ROAD
TOWSON MD 21204

Creditor ID: 370-01
APPALACHIAN TIMBER PRODUCTS
5441 NATIONAL PIKE
MARCKLEYSBURG PA 15459

Creditor ID: 8346-01
APPAREL GP
5080 SPECTRUM DR., SUITE 800 E.
ADDISON TX 75001

Creditor ID: 2687-01
APPAREL INC.
2253 SAYBROOK AVENUE
COMMERCE CA 90040

Creditor ID: 371-01
APPAREL TRANSPORTATION
9950 NW 17 STREET
MIAMI FL 33172

Creditor ID: 10521-01
APPEL TRADING LTD
ONE EXECUTIVE BLVD, STE 103
SUFFERN NY 10901

Creditor ID: 9238-01
APPLE ALUM.(USA) CORP.
1 PARK WAY
UPPER SADDLE RIVER NJ 07458

Creditor ID: 15271-01
APPLE COMPUTER WESTERN LOGISTICS CENTER
2811 LAGUNA BLVD BLDG C
ELK GROVE CA 95624

Creditor ID: 372-01
APPLE FOOD SALES CO., INC.
117 FORT LEE ROAD,
LEONIA NJ 07605

Creditor ID: 8347-01
APPLE FULTON
78 SUSSEX STREET
HACKENSACK NJ 07601

Creditor ID: 18333-01
APPLE KING LLC
3581 MAPLEWAY ROAD
YAKIMA WA 98908

Creditor ID: 15272-01
APPLE WORLD INC
7520 HARWIN DR HOUSTON TX 77036
HOUSTON TX 77036

Creditor ID: 15273-01
APPLETON GROUP LLC
9377 WEST HIGGINS RD
ROSEMONT IL 60018

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15274-01
APPLETON PAPER
825 EAST WISCONSIN AVENUE,
PO BOX 359
APPLETON WI 54912-8118

Creditor ID: 7154-01
APPLICA INC.,
3633 FLAMINGO ROAD
MIRAMAR FL 33027

Creditor ID: 10522-01
APPLICANT AND CLEAR FREIGHT INC.
880 APOLLO ST
EL SEGUNDO CA 90245

Creditor ID: 18334-01
APPLIED COATING & CONVERTING, LLC
3736 N. WELLS STREET
FORT WAYNE IN 46808

Creditor ID: 8348-01
APPLIED CONTROLS EQUIPMENT CO.
3727 WESTAGE RD.
GRAND ISLAND NE 68803

Creditor ID: 8349-01
APPLIED FAB AND MACHINING
7811 STEWART AVE
WAUSAU WI 54401

Creditor ID: 10523-01
APPLIED MATERIALS
1245 WALSH AVE
BUILDING 21, M/S 0116
SANTA CLARA CA 95050

Creditor ID: 8350-01
APPVION, INC
825 EAST WISCONSIN AVENUE
APPLETON WI 54912

Creditor ID: 10524-01
APS USA
80 MORRISTOWN, ROOM 273
BERNARDSVILLE NJ 07924

Creditor ID: 6982-01
APSARA SELEX CAMBODIA CO., LTD
200EO NORODOM BLVD.,
S/K PHSAR CHAS K. DAUN PENH
PHNOM PENH
CAMBODIA

Creditor ID: 373-01
AQUA BEAUTY INC
7135 MINSTREAL WAY SUITE 203
COLUMBIA MD 21045

Creditor ID: 2688-01
AQUA CURE LTD
300 INTERNATIONAL DRIVE
WILLIAMSVILLE NY 14221

Creditor ID: 18335-01
AQUA STAR
2025 1ST AVE STE 200
SEATTLE WA 98121

Creditor ID: 10525-01
AQUA STAR
2025 FIRST AVE. SUITE 200
SEATTLE WA 98121

Creditor ID: 15275-01
AQUACULTURE TECNOLOGIES, INC.
18109 AMMI TRAIL
HOUSTON TX 77060

Creditor ID: 8351-01
AQUAFIL USA INC
230 RIVER DRIVE
CARTERSVILLE GA 30120

Creditor ID: 6983-01
AQUAFIL USA INC.
10 COMMERCE DRIVE
CARTERSVILLE GA 30120

Creditor ID: 12550-01
AQUALON COMPANY
8145 BLAZER DRIVE
WILMINGTON DE 19808

Creditor ID: 10526-01
AQUAMAR, INC.
10888 7TH STREET,
RANCHO CUCAMONGA CA 91730

Creditor ID: 10527-01
AQUAMARINE INC
736 PINE STREET
MANCHESTER NH 03104

Creditor ID: 5108-01
AQUANITA FOODS LLC
2140 SOUTH DIXIE HIGHWAY SUITE 309
MIAMI FL 33133

Creditor ID: 8352-01
AQUARIUM SYSTEMS
8141 TYLER BOULEVARD
MENTOR OH 44060

Creditor ID: 5109-01
AQUASOL
730 N. ANDERSON
ROCK HILL SC 29730

Creditor ID: 10528-01
AQUATHERM INC.
919 W 500 N
LINDON UT 84042

Creditor ID: 4776-01
AQUATICA GALLERY LLC
12909 SANDOVAL STREET
SANTA FE SPRINGS CA 90670

Creditor ID: 6984-01
AR RECYCLING
721 FIELDS ROAD
LACEYS SPRINGS AL 35754

Creditor ID: 18336-01
ARAM STEEL, INC.
12330 MCCANN DR.,
SANTA FE SPRINGS CA 90670

Creditor ID: 375-01
ARAMARK UNIFORM SERVICES
1195 TRADEMARK DR
RENO NV 89521

Creditor ID: 374-01
ARAMARK UNIFORM SERVICES
775 TIPTON INDUSTRIAL DRIVE
LAWRENCEVILLE GA 30046

Creditor ID: 376-01
ARAMARK UNIFORM SERVICES
2394 HUBBARD AVE.
DECATUR IL 62526

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15276-01<br>ARAMSCO<br>1480 GRANDVIEW AVENUE<br>PAULSBORO NJ 08066 | Creditor ID: 2689-01<br>ARAMSCO INC<br>4740 E LAKELAND COMMERCE PKWY<br>SUITE 32<br>LAKELAND FL 33805 | Creditor ID: 377-01<br>ARASTO TRADING INC.<br>797 JULIAN STREET<br>SAN JOSE CA 95109 |
| Creditor ID: 2690-01<br>ARBEN INTERNATIONAL LLC<br>287 AVENUE X<br>BROOKLYN NY 11223 | Creditor ID: 378-01<br>ARC GRANITE AND MARBLE, INC.<br>2529 MECHANICSVILLE TURNPIKE<br>RICHMOND VA 23223 | Creditor ID: 2691-01<br>ARC INTERNATIONAL CORPORATION<br>333 TURNBULL CANYON RD<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 2692-01<br>ARC INTERNATIONAL NA OR<br>901 SOUTH WADE BLVD.<br>DURAND GLASS MANUFACTURING COMPANY<br>MILLVILLE NJ 08332-3556 | Creditor ID: 10116-01<br>ARC LOGISTICS, INC<br>510 PLAZA DRIVE SUITE 2770<br>ATLANTA GA 30349 | Creditor ID: 2693-01<br>ARC STONE<br>690 WASHINGTON AVE<br>CARLSTADT NJ 07072 |
| Creditor ID: 5110-01<br>ARCA.TECH SYSTEMS<br>1151 HOLMES ROAD<br>MEBANE NC 37320 | Creditor ID: 379-01<br>ARCADE FACTORY<br>11950 JONES BRIDGE RD STE 115-150<br>ALPHARETTA GA 30005 | Creditor ID: 18337-01<br>ARCAN<br>999 GREER HWY<br>TRAVELERS REST SC 29690 |
| Creditor ID: 10529-01<br>ARCELOR INTERNATIONAL AMERICA<br>350 HUDSON STREET 4TH FL<br>NEW YORK NY 10014 | Creditor ID: 15277-01<br>ARCELORMITTAL-KISWIRE, LLC<br>7901 CLEVELAND AVE. NW - SUITE A<br>NORTH CANTON OH 44720 | Creditor ID: 10530-01<br>ARCH CHEMICALS INC<br>960 INTERSTATE 10 W<br>WESTLAKE LA 70669 |
| Creditor ID: 10531-01<br>ARCH CHEMICALS INC.<br>1400 BLUEGRASS LAKES PARKWAY<br>ALPHARETTA GA 30004 | Creditor ID: 2694-01<br>ARCH CHEMICALS, INC<br>90 BOROLINE ROAD<br>ALLENDALE NJ 07401 | Creditor ID: 5111-01<br>ARCH CHEMICALS, INC.<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 |
| Creditor ID: 2695-01<br>ARCHAEA INTERNATIONAL CORPORATION<br>2618 XARLMONT DRIVE,<br>BELMONT CA 94002-3292 | Creditor ID: 4777-01<br>ARCHANGEL MICHAEL AND ST. MENA<br>4095 AMBOY ROAD<br>COPTIC ORTHODOX CHURCH<br>STATEN ISLAND NY 10308 | Creditor ID: 6985-01<br>ARCHER DANIELS MIDLAND<br>P.O. BOX 1470  4666 FARIES PKWY<br>DECATUR IL 62525 |
| Creditor ID: 380-01<br>ARCHER DANIELS MIDLAND COMPANY<br>4666 FARIES PARKWAY<br>D/B/A ADM - BENSON QUINN<br>DECATUR IL 62525 | Creditor ID: 18338-01<br>ARCHER DANIELS MIDLAND COMPANY<br>4666 FARIES PARKWAY<br>D/B/A ADM GRAIN COMPANY<br>DECATUR IL 62525 | Creditor ID: 6986-01<br>ARCHIE'S ISLAND<br>48 EVERETT AVENUE<br>WINCHESTER MA 01890 |
| Creditor ID: 6987-01<br>ARCHIMEDE GRUDEN USA INC<br>80 RIVER STREET<br>HOBOKEN NJ 07030 | Creditor ID: 18750-01<br>ARCHITECTURAL LIMESTONE INC.<br>3973 GROVE AVENUE<br>GURNEE IL 60031 | Creditor ID: 2696-01<br>ARCHITECTURAL SYSTEMS INC.<br>150 WEST 25TH STREET<br>NEW YORK NY 10001 |
| Creditor ID: 5112-01<br>ARCHROMA US, INC<br>788 CHERT QUARRY ROAD<br>MARTIN SC 29836 | Creditor ID: 381-01<br>ARCLIN SURFACES INC<br>2144 MILWAUKEE WAY<br>TACOMA WA 98421 | Creditor ID: 8353-01<br>ARCO PLASTIC, INC.<br>23423 HIGHWAY 59 N., #1805<br>KINGWOOD TX 77339 |

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 10532-01
ARC'TERYX EQUIPMENT
20844 72ND AVENUE SOUTH
A DIVISION OF AMER SPORTS
CANADA INC.
KENT WA 98032

Creditor ID: 15278-01
ARC'TERYX EQUIPMENT
320 ALDI BLVD.
A DIVISION OF AMER SPORTS
CANADA INC.
MT. JULIET TN 37122

Creditor ID: 5113-01
ARCTIC FISHERIES LTD
965 MARYVALE DRIVE
BUFFALO NY 14225

Creditor ID: 382-01
ARCTIC FJORD, INC.
2727 ALASKAN WAY, PIER 69
SEATTLE WA 98121

Creditor ID: 5114-01
ARCTIC SEAS
21 BURCHARD AVE.
LITTLE COMPTON RI 02837

Creditor ID: 383-01
ARCTIC STORM, INC.
2727 ALASKAN WAY, PIER 69
SEATTLE WA 98121

Creditor ID: 8354-01
ARDATH INC.
2111 W. 169TH PLACE
TORRANCE CA 90504

Creditor ID: 6988-01
ARDENT MILLS LLC
15407 MCGINTY ROAD
WAYZATA MN 55391

Creditor ID: 6989-01
ARDLEY HALL FURNITURE
7 STANLEY STREET
THOMASVILLE NC 27360

Creditor ID: 15279-01
AREL GROUP WINE & SPIRITS INC.
2870 PHARR CT SOUTH, SUITE 2009
ATLANTA GA 30305

Creditor ID: 18339-01
ARENA STONE
690 WASHINGTON AVENUE
CARLSTADT NJ 07072

Creditor ID: 5115-01
ARENSON OFFICE FURNISHINGS INC.
66-35 OTTO ROAD, GLENDALE NY 11385
GLENDALE NY 11385

Creditor ID: 5116-01
AREVA SOLAR INC
2901 PATRICK HENRY DRIVE,
SANTA CLARA CA 95054

Creditor ID: 6990-01
AREVA T&D INC
ONE POWER LANE
CHARLEROI PA 15022

Creditor ID: 6991-01
ARIES FREIGHT SYSTEM INC.
751 PORT AMERICA PLACE #425
GRAPEVINE TX 76051

Creditor ID: 384-01
ARION PERFUME AND BEAUTY INC.
6417 TRI COUNTY PARKWAY SUITE 100
SCHERTZ TX 78154

Creditor ID: 15280-01
ARIPACK, INC
164 20TH STREET #3A
BROOKLYN NY 11232

Creditor ID: 18340-01
ARISTA INDUSTRIES INC.
557 DANBURY RD
WILTON CT 06897

Creditor ID: 8355-01
ARIZONA CHEMICAL
345 KENNY MILL RD
PORT ST JOE FL 32456

Creditor ID: 5117-01
ARIZONA CHEMICAL COMPANY, LLC
4600 TOUCHTON ROAD, SUITE 1200,
JACKSONVILLE FL 32246

Creditor ID: 2697-01
ARIZONA CUSTOMS BROKER
2323 E. MAGNOLIA ST. #119
PHOENIX AZ 85034

Creditor ID: 18341-01
ARIZONA MAIL ORDER CO., INC.
3740 EAST 34TH STREET
TUCSON AZ 85713

Creditor ID: 18342-01
ARIZONA TILE
10576 INDUSTRIAL AVE.
ROSEVILLE CA 95678

Creditor ID: 385-01
ARIZONA TILE LLC
8829 SOUTH PRIEST DRIVE
TEMPE AZ 85284

Creditor ID: 8356-01
ARJO WIGGINS MEDICAL INC
1301 CHARLESTON REGIONAL PARKWAY
SUITE 500
CHARLESTON SC 29492

Creditor ID: 10533-01
ARJO WIGGINS USA
1200 HIGH RIDGE ROAD
STAMFORD CT 06905

Creditor ID: 386-01
ARK INTERNATIONAL
2814 - 234TH PLACE N.E.
SAMMAMISH WA 98074

Creditor ID: 2698-01
ARK TRADING CO, INC
13329 47TH PL. W
MUKILTEO WA 98275

Creditor ID: 4778-01
ARKAS K KIRMIZ DBA ISHTAR WHEAT PRODUCTS
1000 S MOLLISON AVE UNIT 3
EL CAJON CA 92020

Creditor ID: 8357-01
ARKE, INC.
75 JACKSON STREET, SUITE 303
NEWNAN GA 30263

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 387-01 | Creditor ID: 2699-01 | Creditor ID: 10534-01 |
| ARKEMA INC | ARKEMA INC | ARKMAN LOGISTICS INC |
| 128 OLD BRICKYARD LANE | 900 FIRST AVENUE | 147-38 182ND STREET |
| KENSINGTON CT 06037 | KING OF PRUSSIA PA 19406 | JAMAICA NY 11413 |
| | | |
| Creditor ID: 8358-01 | Creditor ID: 15281-01 | Creditor ID: 10117-01 |
| ARKO LLC | ARLANXEO USA LLC | ARLEE HOME FASHIONS |
| 221 SOUTH STREET | 111 RIDC PARK WEST. DR | 261 FIFTH AVENUE |
| NEW BRITAIN CT 06051 | PITTSBURGH PA 15275 | NEW YORK NY 10016 |
| | | |
| Creditor ID: 15282-01 | Creditor ID: 8359-01 | Creditor ID: 10535-01 |
| ARLEY WHOLESALE INC | ARLON GRAPHICS, LLC | ARMAN RUG INC. |
| 700 NORTH-SOUTH RD | 2811 S. HARBOR BLVD. | 12472 RANCH WOOD RD |
| SCRANTON PA 18504 | SANTA ANA CA 92704 | SANTA ANA CA 92705 |
| | | |
| Creditor ID: 6992-01 | Creditor ID: 18343-01 | Creditor ID: 5118-01 |
| ARMSTRONG INTERNATIONAL | ARN INDUSTRIES | ARNEG USA INC |
| 6950 BUSINESS COURT | 2940A PACIFIC DRIVE | 4243 LONAT DRIVE |
| ATLANTA GA 30340 | NORCROSS GA 30071 | NAZARETH PA 18064 |
| | | |
| Creditor ID: 18344-01 | Creditor ID: 10536-01 | Creditor ID: 18345-01 |
| AROMA HOUSEWARES CO. | AROMATIQUE, INC. | AROUND THE CLOCK INC |
| 6469 FLANDERS DR | 3421 HIGHWAY 25B NORTH | 1555 YOSEMITE AVE., #21 |
| SAN DIEGO CA 92121 | HEBER SPRINGS AR 72543 | SAN FRANCISCO CA 94124 |
| | | |
| Creditor ID: 6993-01 | Creditor ID: 10537-01 | Creditor ID: 15283-01 |
| AROUND WORLD APPAREL INC. | ARPIN INTERNATIONAL | ARPIN INTERNATIONAL GROUP |
| 1333 WILSON STEET | PO BOX 1306 | 56 NORTH STREET |
| LOS ANGELES CA 90021 | GREENWICH RI 21818 | WESTCHESTER NY 10528 |
| | | |
| Creditor ID: 15521-01 | Creditor ID: 15522-01 | Creditor ID: 8360-01 |
| ARPIN INTERNATIONAL GROUP | ARPIN INTERNATIONAL GROUP, INC. | ARPIN INT'L GROUP |
| 141 JAMES P MURPHY HWY W INDST PARK | 2 BRIDGEVIEW CIRCLE UNITS 6&7 | 51 EAST 42ND ST. SUITE 1212 |
| WEST WARWICK RI 02893 | TYNGSBORO MA 01879 | NEW YORK NY 10017 |
| | | |
| Creditor ID: 15523-01 | Creditor ID: 388-01 | Creditor ID: 18346-01 |
| ARRAY TECHNOLOGIES, INC. | ARRI INC. | ARRIAGA USA INC. |
| 3901 MIDWAY PLACE | 617 ROUTE 303 | 7124 RADFORD AVENUE |
| ALBUQUERQUE NM 87109 | BLAUVELT NY 10913 | NORTH HOLLYWOOD CA 91605 |
| | | |
| Creditor ID: 6994-01 | Creditor ID: 6995-01 | Creditor ID: 5119-01 |
| ARRIVAL LOGISTICS INC | ARROW FASTENER CO., LLC | ARROW FOREST, LLC |
| 20955 PATHFINDER ROAD SUITE#336 | 271 MAYHILL STREET | 605 NORTH HIGH STREET, PMBV 344 |
| DIAMOND BAR CA 91765 | SADDLE BROOK NJ 07663 | COLUMBUS OH 43215 |
| | | |
| Creditor ID: 7155-01 | Creditor ID: 8361-01 | Creditor ID: 15524-01 |
| ARROW METALS TRADING, LLC. | ARROW RECYCLING SOLUTIONS INC. | ARROW SHIPPING LINE INC. |
| 9348 OLIVE BLVD. | 12410 WILKIE AVENUE | 167-14 146TH ROAD, 2ND FLOOR |
| ST LOUIS MO 63132 | HAWTHORNE CA 90250 | JAMAICA NY 11434 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5120-01
ARROW SHIRT
DIV OF PHILLIPS VAN HEUSEN CORP.
200 MADISON AVENUE
NEW YORK NY 10016

Creditor ID: 8362-01
ARROWPAK, INC.
120-19 89TH AVE.
RICHMOND HILL NY 11418

Creditor ID: 389-01
ARSLAN TRADING
3649 CONFLANS RD SUITE 132
IRVING TX 75061

Creditor ID: 6996-01
ART FRAME DIRECT
11423 SATELLITE BLVD.
ORLANDO FL 32837

Creditor ID: 18411-01
ART RESOURCES
1961 S. LA CIENEGA BLVD.
LOS ANGELES CA 90034

Creditor ID: 10538-01
ART VAN FURNITURE
6500 14 MILE RD
WARREN MI 48092

Creditor ID: 10539-01
ARTEC TRACTOR & EQUIPMENT
7421 HIGHWAY 5 NORTH
NAUVOO AL 35578

Creditor ID: 6997-01
ARTEGENTE INC
AIRPORT BUSINESS COMPLEX
10 INDUSTRIAL HWY
LESTER PA 19113

Creditor ID: 6998-01
ARTEMIS INTERNATIONAL GROUP
17541 BIRCHWOOD DRIVE
BOCA RATON FL 33487

Creditor ID: 6999-01
ARTEMIS INTERNATIONAL INC.
4646 WEST JEFFERSON BLVD STE 280
FORT WAYNE IN 46804

Creditor ID: 15525-01
ARTESIAN SPAS
4720 N. LAMB BLVD.
LAS VEGAS NV 89115

Creditor ID: 390-01
ARTHUR R. JOHNSON
33 34TH STREET
BROOKLYN NY 11232

Creditor ID: 2700-01
ARTISAN HOUSE HOLDINGS LLC.
15 WEST 34TH STREET  -
NEW YORK NY 10018

Creditor ID: 7000-01
ARTISTIC IMPRESSIONS
1200 EASTSIDE HIGHWAY
CORVALLIS MT 59858

Creditor ID: 15526-01
ARTISTIC LINEN INC.
319 FIFTH AVENUE 4TH FLOOR
NEW YORK NY 10016

Creditor ID: 5121-01
ARTISTIC TILE, INC.
520 SECAUCUS ROAD
SECAUCUS NJ 07094

Creditor ID: 9340-01
ARTISTIC TOY MFG.
1405 S. ALBERT STREET
ALLENTOWN PA 18103

Creditor ID: 391-01
ARTISTICA, LLC
3200 GOLF COURSE DRIVE
VENTURA CA 93003

Creditor ID: 392-01
ARTISTREE
850 NORTH LAKE RD.  SUITE 500
COPPELL TX 75019

Creditor ID: 7001-01
ARTROMICK INTERNATIONAL (COLUMBUS, OH)
4800 HILTON CORPORATE DR
COLUMBUS OH 43232

Creditor ID: 8363-01
ARTS AND CRAFTS INDUSTRIES LTD
2009 SOUTH PARCO AVENUE
ONTARIO CA 91761

Creditor ID: 14723-01
ARUVIL INTERNATIONAL INC.
185 MADISON AVENUE, SUITE 1700
NEW YORK NY 10036

Creditor ID: 10540-01
ARVIN MERITOR ALABAMA
139 FOLMAR PARKWAY
MONTGOMERY AL 36105

Creditor ID: 393-01
ARYZTA LLC
300 INNOVATION DRIVE
ROMEOVILLE IL 60446

Creditor ID: 18347-01
AS AMERICA INC
5925 TRI-COUNTRY PARKWAY
SCHERTZ TX 78154

Creditor ID: 394-01
AS AMERICA, INC.
6615 WEST BOSTON STREET
CHANDLER AZ 85226

Creditor ID: 15527-01
AS(AMERICAN STANDARD) AMERICA, INC
150W VIEN STREET
MONROE GA 30655

Creditor ID: 18348-01
AS(AMERICAN STANDARD) AMERICA, INC.
605 SOUTH ELLSWORTH AVENUE
SALEM OH 44460

Creditor ID: 18349-01
ASA APPLE INC
5-61 BAY AVENUE
PORT ELISABETH NJ 07201

Creditor ID: 395-01
ASA OCEAN SERVICES
18220 80TH PL S
KENT WA 98032

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2367-01<br>ASA PRODUCTS<br>532 CORALRIDGE PLACE<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 15528-01<br>ASA TRADING COMPANY<br>1501 DOOLITTLE DRIVE, UNIT A<br>SAN LEANDRO CA 94577 | Creditor ID: 396-01<br>ASAHI ENTERPRISES, INC<br>28696 MURRELET DRIVE<br>LAGUNA NIGUEL CA 92677 |
| Creditor ID: 8364-01<br>ASAHI KASEI PLASTICS NORTH<br>900 E. VAN RIPPER ROAD<br>FOWLERVILLE MI 48836 | Creditor ID: 7002-01<br>ASAHI KASEI SPANDEX AMERICA,INC.<br>BUILDING C11-1 TANK FARM<br>BUSHY PARK ROAD<br>GOOSE CREEK SC 29445 | Creditor ID: 15529-01<br>ASAP LOGISTICS<br>147-89 FARMERS BLVD<br>JAMAICA NY 11434 |
| Creditor ID: 7003-01<br>ASBURY GRAPHITE MILLS, INC.<br>405 OLD MAIN ST<br>ASBURY NJ 08802-1077 | Creditor ID: 397-01<br>ASC ALTERNATOR STARTERS COMPANY<br>1756 TIMOTHY DRIVE,<br>SAN LEANDRO CA 94577 | Creditor ID: 8365-01<br>ASC GROUP,LLC<br>4732 NORTH ROYAL ATLANTA DRIVE<br>TUCKER GA 30084 |
| Creditor ID: 8366-01<br>ASC INDUSTRIES INC<br>2100 INTERNTIONAL PARKWAY<br>NORTH CANTON OH 44720 | Creditor ID: 7004-01<br>ASC INDUSTRIES INC.<br>740-A PALMYRITA AVE.<br>RIVERSIDE CA 92507 | Creditor ID: 2701-01<br>ASCEND PERFORMANCE MATERIALS INC.<br>1010 TRAVIS STREET, SUITE 900<br>HOUSTON TX 77002 |
| Creditor ID: 18350-01<br>ASCENDIA BRANDS CO., INC<br>100 AMERICAN METRO BLVD SUITE 108<br>BINGHAMTON NY 13902 | Creditor ID: 8367-01<br>ASCENT FOODS LLC<br>13750 SAN PEDRO AVENUE, SUITE 275<br>SAN ANTONIO TX 78232 | Creditor ID: 8368-01<br>ASCENT TECHNOLOGIES<br>50 LIBERTY ST<br>METUCHEN NJ 08840-1237 |
| Creditor ID: 5123-01<br>ASCO POWER TECHNOLOGIES L.P.<br>50-60 HANOVER RD.<br>FLORHAM PARK NJ 07932 | Creditor ID: 5124-01<br>ASCO POWER TECHNOLOGIES, L.P.<br>19801 S. SANTA FE AVE.<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 398-01<br>ASECO CONTAINER SERVICES INC.<br>12900 HALL ROAD (SUITE 455)<br>STERLING HEIGHTS MI 48313 |
| Creditor ID: 5125-01<br>ASEKOH, INC.<br>2377 CRENSHAW BLVD. #115<br>TORRANCE CA 90501 | Creditor ID: 2368-01<br>ASEV DISPLAY LABS SOUTH BAY DISTRIBUTION<br>218 MACHELIN CT.<br>WALNUT CA 91789 | Creditor ID: 7005-01<br>ASF IMPORTS, INC.<br>724 SOUTH SHELMORE<br>MOUNT PLEASANT SC 29464 |
| Creditor ID: 8369-01<br>ASF KEYSTONE, INC.<br>1700 WALNUT STREET<br>GRANITE CITY IL 62040 | Creditor ID: 7006-01<br>ASH SWALE SEEDS<br>PO BOX 55<br>SHEDD OR 97377 | Creditor ID: 18351-01<br>ASHLAND CHEMICAL<br>P.O. BOX 2219<br>COLUMBUS OH 43216 |
| Creditor ID: 14724-01<br>ASHLAND CHEMICAL CO., DIV. OF ASHLAND, INC.<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017-5309 | Creditor ID: 7007-01<br>ASHLAND DISTRIBUTION<br>13003 SLOVER AVENUE<br>FONTANA CA 92337 | Creditor ID: 18352-01<br>ASHLAND DISTRIBUTION CO.<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017 |
| Creditor ID: 10541-01<br>ASHLAND DISTRIBUTION COMPANY<br>3930 GLENWOOD DRIVE<br>CHARLOTTE NC 28208 | Creditor ID: 15530-01<br>ASHLAND DISTRIBUTION COMPANY<br>4550 NORTHEAST EXPRESSWAY<br>DORAVILLE GA 30340 | Creditor ID: 2707-01<br>ASHLAND DISTRIBUTION COMPANY<br>5263 NATIONAL DRIVE<br>KNOXVILLE TN 37914 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14725-01<br>ASHLAND DISTRIBUTION COMPANY<br>5125 W. HANNA AVENUE<br>TAMPA FL 33634 | Creditor ID: 5127-01<br>ASHLAND DISTRIBUTION COMPANY<br>12005 TOEPFER ROAD<br>WARREN MI 48089 | Creditor ID: 401-01<br>ASHLAND DISTRIBUTION COMPANY<br>204 MADISON STREET<br>MENASHA WI 54952 |
| Creditor ID: 7008-01<br>ASHLAND DISTRIBUTION COMPANY<br>170 LOCKHOUSE RD<br>WESTFIELD MA 01085 | Creditor ID: 18412-01<br>ASHLAND DISTRIBUTION COMPANY<br>20915 S. WILMINGTON AVE.<br>CARSON CA 90810 | Creditor ID: 8371-01<br>ASHLAND DISTRIBUTION COMPANY<br>23740 COOPER DR<br>ELKHART IN 46514 |
| Creditor ID: 2709-01<br>ASHLAND DISTRIBUTION COMPANY<br>11524 WEST ADDISON STREET<br>FRANKLIN PARK IL 60131 | Creditor ID: 8370-01<br>ASHLAND DISTRIBUTION COMPANY<br>4471 S VALLEY INDUSTRIAL BLVD<br>SHAKOPEE MN 55379 | Creditor ID: 2703-01<br>ASHLAND DISTRIBUTION COMPANY<br>2410 PATTERSON AVE. SW<br>ROANOKE VA 24016 |
| Creditor ID: 2704-01<br>ASHLAND DISTRIBUTION COMPANY<br>1842 ENTERPRISE PARKWAY<br>TWINSBURG OH 44087 | Creditor ID: 2708-01<br>ASHLAND DISTRIBUTION COMPANY<br>1101 NEWFORD MILL ROAD<br>MORRISVILLE PA 19067 | Creditor ID: 2705-01<br>ASHLAND DISTRIBUTION COMPANY<br>5420 SPEAKER ROAD<br>KANSAS CITY KS 66106 |
| Creditor ID: 7009-01<br>ASHLAND DISTRIBUTION COMPANY<br>11109 SOUTH CHOCTAW DRIVE<br>BATON ROUGE LA 70905 | Creditor ID: 399-01<br>ASHLAND DISTRIBUTION COMPANY<br>2400 CLIFTON AVENUE<br>NASHVILLE TN 37209 | Creditor ID: 2706-01<br>ASHLAND DISTRIBUTION COMPANY<br>400 TELFAIR ROAD<br>SAVANNAH GA 31401 |
| Creditor ID: 400-01<br>ASHLAND DISTRIBUTION COMPANY<br>3536 SOUTH FIRST STREET<br>ST. LOUIS MO 63118 | Creditor ID: 10542-01<br>ASHLAND DISTRIBUTION COMPANY<br>8901 OLD GALVESTON ROAD<br>HOUSTON TX 77034 | Creditor ID: 402-01<br>ASHLAND DISTRIBUTION COMPANY<br>10919 COUNTRY ROAD WEST 127<br>MIDLAND TX 79711 |
| Creditor ID: 5126-01<br>ASHLAND DISTRIBUTION COMPANY<br>200 NE 181 ST MIAMI, FL<br>MIAMI FL 33162 | Creditor ID: 5128-01<br>ASHLAND HARDWARE SYSTEMS<br>150 OAKLANDS BLVD<br>EXTON PA 19341 | Creditor ID: 5129-01<br>ASHLAND INC.<br>2191 WEST 110TH STREET<br>CLEVELAND OH 44102 |
| Creditor ID: 14726-01<br>ASHLAND INC.<br>1041 US HIGHWAY 202/206<br>BRIDGEWATER NJ 08807 | Creditor ID: 7010-01<br>ASHLAND INC.<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017 | Creditor ID: 15531-01<br>ASHLAND INC.<br>50 EAST RIVERCENTER BLVD.<br>COVINGTON KY 41011 |
| Creditor ID: 8372-01<br>ASHLAND PERFORMANCE MATERIALS<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017 | Creditor ID: 10543-01<br>ASHLAND SPECIALTY CHEMICAL<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017 | Creditor ID: 15532-01<br>ASHLAND SPECIALTY INGREDIENTS<br>1313 N. MARKET STREET<br>WILMINGTON DE 19894 |
| Creditor ID: 10544-01<br>ASHLAND SPECIALTY INGREDIENTS G.P.<br>8145 BLAZER DRIVE<br>WILMINGTON DE 19808 | Creditor ID: 403-01<br>ASHLAND WATER TECHNOLOGIES<br>8145 BLAZER DR<br>WILMINGTON DE 19808 | Creditor ID: 4779-01<br>ASHLAND WATER TECHNOLOGIES<br>ONE DREW PLAZA<br>BOONTON NJ 07005 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

Creditor ID: 7011-01
ASHLEY FURNITURE IND.INC.
11118 CEDAR AVE
BLOOMINGTON CA 92316

Creditor ID: 18998-97
ASHLEY FURNITURE INDUSTRIES INC.
NORFOLK SOUTHERN RAILWAY CO
C/O CAPEHART SCATCHARD, P.A.
ATTN SERGIO I SCUTERI
8000 MIDLANTIC DR, STE 300S
MOUNT LAUREL NJ 08054

Creditor ID: 18997-97
ASHLEY FURNITURE INDUSTRIES INC.
NORFOLK SOUTHERN RAILWAY CO
C/O POTTER ANDERSON & CORROON, LLP
R S MCNEILL, J RYAN & D J BALDWIN
1313 N MARKET ST, 6TH FL, PO BOX 951
WILMINGTON DE 19899

Creditor ID: 7012-01
ASHLEY FURNITURE INDUSTRIES, INC
ONE ASHLEY WAY
ARCADIA WI 54612

Creditor ID: 8374-01
ASHLEY SLING INC
100 GREAT SOUTHWEST PKWY SW
ATLANTA GA 30336

Creditor ID: 16485-01
ASHLEYUPHOLSTERY  INTERNAIONAL DIVISION
15900 HIGHWAY 15 N
RIPLEY MS 38663

Creditor ID: 7013-01
ASHWORTH BROS INC
450 ARMOUR DALE
WINCHESTER VA 22601

Creditor ID: 16486-01
ASIA AMERICA INTERNATIONAL METAL CO.
7670 OPPORTUNITY ROAD, SUITE 225
SAN DIEGO CA 92111

Creditor ID: 10545-01
ASIA CASH & CARRY INC
56-27-56TH DRIVE
MASPETH NY 11378

Creditor ID: 2710-01
ASIA CHEMICAL
11950 AIRLINE DRIVE, STE. 300
HOUSTON TX 77037

Creditor ID: 8375-01
ASIA EXPORT INCORPORATED
198 TREMONT ST
BOSTON MA 02161

Creditor ID: 12551-01
ASIA GRILL WORKS, INC.
270 N. ORANGE AVENUE
BREA CA 92821

Creditor ID: 16487-01
ASIA PACIFIC TRADING COMPANY, FSC
2189 HILLSIDE COURT
LAKE OSWEGO OR 97034

Creditor ID: 8376-01
ASIA SPECIALTY INGREDIENTS
1108 S. BALDWIN AVE.
ARCADIA CA 91007

Creditor ID: 5130-01
ASIAN AMERICAN GLOBAL
11007 NE 37TH CIRCLE
VANCOUVER WA 98662

Creditor ID: 2711-01
ASIAN AMERICAN METALS, INC.
2501 INVESTORS ROW, SUITE 700
ORLANDO FL 32837

Creditor ID: 15533-01
ASIAN INDUSTRIAL PRODUCTS INC
POLYGON PLAZA
2050 CENTER AVE SUITE325
FORT LEE NJ 07024

Creditor ID: 404-01
ASIAN MACHINERY USA INC.
3401 NW 82 AVE, SUITE 245
MIAMI FL 33122

Creditor ID: 405-01
ASIAN PACIFIC TRADING, INC.
1809 7TH AVE. SUITE 1000
SEATTLE WA 98101

Creditor ID: 2712-01
ASIAN-PACIFIC DRAGON SHIPPING, INC.
9420 TELSTAR AVE., #108
EL MONTE CA 91731

Creditor ID: 10546-01
ASIRICA CORP.
4341 BIRCH STREET SUITE 203
NEWPORT BEACH CA 92660

Creditor ID: 406-01
ASK CHEMICALS
2191 WEST 110TH STREET
CLEVELAND OH 44102

Creditor ID: 9341-01
ASK CHEMICALS, L.P.
495 METRO PLACE SOUTH, SUITE 160
DUBLIN OH 43017

Creditor ID: 5131-01
ASK CHEMICALS, LP
495 METRO PLACE, SUITE 250
DUBLIN OH 43017

Creditor ID: 16488-01
ASM IMPEX INTERNATIONAL
9328 HIGHLAND AVE.
ALTA LOMA CA 91701

Creditor ID: 10547-01
ASMAR'S MEDITERANEAN FOODS, INC.
6460 GENERAL GREEN WAY
ALEXANDRIA VA 22312

Creditor ID: 5132-01
A-SONIC LOGISTICS (USA) INC.
71 SOUTH CENTRAL AVE, SUITE 300
VALLEY STREAM NY 11580

Creditor ID: 2713-01
ASPECT LLC
3665 SOUTH ORLANDO DRIVE., #115
SANFORD FL 32773

Creditor ID: 14727-01
ASPEN DISTRIBUTION
825 S. VAIL AVE.
MONTEBELLO CA 90640

Creditor ID: 7014-01
ASSANTE FASHIONS LTD
140 58TH ST. STE 4I
BROOKLYN NY 11220

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 8377-01
ASSEMBLEON AMERICA, INC.
85-W SYSTEN WAREHOUSE,
5110 MCGINNIS FERRY ROAD
ALPHARETTA GA 30005

Creditor ID: 16489-01
ASSOCIATED DISTRIBUTORS
401 WOODLAKE DR.
CHESAPEAKE VA 23220

Creditor ID: 16490-01
ASSOCIATED FEED AND SUPPLY CO., INC.
5213 WEST MAIN STREET
TURLOCK CA 95381

Creditor ID: 16491-01
ASSOCIATED GLOBAL SYSTEMS
73 SOUTHWOODS PARKWAY SUITE 130
ATLANTA GA 30354

Creditor ID: 2714-01
ASSOCIATED GLOBAL SYSTEMS
333 NEW HYDE PARK ROAD
NEW HYDE PARK NY 11042

Creditor ID: 10548-01
ASSOCIATED GLOBAL SYSTEMS
1608 NW 84TH AVENUE
MIAMI FL 33126

Creditor ID: 15534-01
ASSOCIATED GLOBAL SYSTEMS
2001 ESTES AVENUE
ELK GROVE VILLAGE IL 60007

Creditor ID: 10549-01
ASSOCIATED GLOBAL SYSTEMS
512 E. DALLAS RD SUITE 200
GRAPEVINE TX 76051

Creditor ID: 10550-01
ASSOCIATED IMPORTS
762 METROPOLITAN AVE.
ATLANTA GA 30303

Creditor ID: 7015-01
ASSOCIATED PACKAGING TECHNOLOGIES
288 HOWELL MILL ROAD
WAYNESVILLE NC 28786

Creditor ID: 18999-97
ASSOCIATION OF VIRGINIA DOCKING PILOTS LLP
523 W 24TH ST
NORFOLK VA 23517

Creditor ID: 8378-01
AST DISTRIBUTORS INC
167 MASON WAY, UNIT # A1
CITY OF INDUSTRY CA 91746

Creditor ID: 2715-01
AST SPORTSWEAR INC
230 WEST 38TH STREET, 5TH FLOOR
NEW YORK NY 10018

Creditor ID: 2369-01
ASTEC AMERICA INC.
5810 VAN ALLEN WAY
CARLSBAD CA 92008

Creditor ID: 5133-01
ASTERA, INC.
6915 GILLELAND LANE
ATLANTA GA 30360

Creditor ID: 8379-01
ASTERMAN TRADING CO
179 TARN PLACE
WENATCHEE WA 98801

Creditor ID: 407-01
ASTORIA HOLDING CORP.
12 BELLWETHER WAY SUITE #209
BELLINGHAM WA 98225

Creditor ID: 10551-01
ASTORIA PACIFIC SEAFOOD
PO BOX 1180
ASTORIA OR 97103

Creditor ID: 408-01
ASTORIA PACIFIC SEAFOODS
55 PIER 2 PORT DOCKS - PO BOX 1180
ASTORIA OR 97103

Creditor ID: 8380-01
ASTRA TOBACCO CORPORATION
141 PROVIDENCE ROAD, SUITE 100
CHAPEL HILL NC 27514

Creditor ID: 8381-01
ASTRAZENECA PHARMACEUTICALS
IMPORT/EXPORT DEPT
WILMINGTON DE 19897

Creditor ID: 15535-01
ASTRO TRADING & TECHNOLOGIES CORP
152 DEMING STREET
SOUTH WINDSOR CT 06074

Creditor ID: 409-01
ASTROCOSMOS METALLURGICAL INC
401 N. RICE AVE.
OXNARD CA 93030

Creditor ID: 10552-01
ASTROMAR LOGISTICS USA, LLC
1325 MITTEL BOULEVARD
WOOD DALE IL 60191

Creditor ID: 5134-01
ASTRO-MED, INC.
600 EAST GREENWICH AVENUE
WEST WARWICK RI 02893

Creditor ID: 16492-01
ASUSTEK COMPUTER INC.
1581 SOUTH PERRY ROAD,
SUITE B  DOCK #12-14
PLAINFIELD IN 46168

Creditor ID: 5135-01
AT GLOBAL PLASTICS
10190 OLD KATY RD, STE 430
HOUSTON TX 77043

Creditor ID: 14728-01
AT LAST SPORTSWEAR INCORPORATED
110 ENTERPRISE AVENUE S
SECAUCUS NJ 07094

Creditor ID: 16493-01
AT LAST SPORTSWEAR, INC.
525 FASHION AVE, STE 1501
NEW YORK NY 10018

Creditor ID: 19001-97
AT&T CORP.
UNION PACIFIC RAILROAD CO
C/O SIDLEY AUSTIN LLP
L ATTANASIO, D KAO, M BURKE, B LOHAN & A SOLER
787 SEVENTH AVE
NEW YORK NY 10019

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 19000-97
AT&T CORP.
TECHNICOLOR-CONNECTED HOME USA LLC
C/O TRENK DIPASQUALE DELLA FERA & SODONO, PC
ATTN JOSHUA H RAYMOND
347 MT PLEASANT AVE, STE 300
WEST ORANGE NJ 07052

Creditor ID: 2716-01
ATAC 2001, INC
5219 WEST 73RD STREET
EDINA MN 55439

Creditor ID: 410-01
ATALANTA CORPORATION
1 ATALANTA PLAZA
ELIZABETH NJ 07206

Creditor ID: 19002-97
ATC LOGISTICS, INC., ET AL.
C/O KARINA PIA LUCID ESQ LLC
ATTN KARINA PIA LUCID
3460 VALLEY RD, STE 2-A
PO BOX 230
LIBERTY CORNER NJ 07938

Creditor ID: 19003-97
ATC LOGISTICS, INC., ET AL.
C/O J.J. KIM & ASSOCIATES, PC
ATTN JOHN A AXTELL
9252 GARDEN GROVE BLVD, STE 23
GARDEN GROVE CA 92844

Creditor ID: 8382-01
ATCO RUBBER PRODUCTS, INC.
7101 ATCO DRIVE
FORT WORTH TX 76118

Creditor ID: 10553-01
ATE PRO TOOL, INC.
14330 CARMENITA ROAD
NORWALK CA 90650

Creditor ID: 16494-01
ATEX INC.
2600 WEST PARK DRIVE
GAINESVILLE GA 30504

Creditor ID: 12552-01
ATHANOR STEEL LLC
4910 DACOMA ST SUITE 100
HOUSTON TX 77092

Creditor ID: 16495-01
ATHENA OIL
30-82 36TH STREET
ASTORIA NY 11103

Creditor ID: 8383-01
ATHENA THOMAS
2370 SOUTH BUFFALO ROAD
LEXINGTON VA 24450

Creditor ID: 16496-01
ATHENS DISTRIBUTING CO
1000 HERMAN STREET
NASHVILLE TN 37208

Creditor ID: 10554-01
ATHLETA, INC
2 FOLSOM STREET
SAN FRANCISCO CA 94105

Creditor ID: 16497-01
ATI INTERNATIONAL
6522 MONET DR
ROANOKE VA 24018

Creditor ID: 15537-01
ATKINS & PEARCE, INC.
ONE BRAID WAY
COVINGTON KY 41017-9702

Creditor ID: 8384-01
ATL GLOBAL (USA) INC.
924 W. HILLCREST BLVD.,
INGLEWOOD CA 90301

Creditor ID: 16498-01
ATL RESOURCES INC.
65 MAGNOLIA AVENUE
CRESSKILL NJ 07626

Creditor ID: 5136-01
ATLANTA BREAD
1200 A WILSON WAY
SMYRNA GA 30082

Creditor ID: 2717-01
ATLANTA CORE SUPPLY
4585 FREDERICK DRIVE
ATLANTA GA 30336

Creditor ID: 10555-01
ATLANTA CORPORATION
ATLANTA PLAZA
ELIZABETH NJ 07206

Creditor ID: 2370-01
ATLANTA SEAFOOD DISTRIBUTERS
898 OAKLEAF CT
ALTAMONTE SPRINGS FL 32714

Creditor ID: 5137-01
ATLANTA WHOLESALE
275 SPRING STREET 8 W.
ATLANTA GA 30303

Creditor ID: 8385-01
ATLANTIC BEVERAGE COMPANY
3775 PARK AVENUE, UNIT 12
EDISON NJ 08820

Creditor ID: 411-01
ATLANTIC COAST CONSTRUCTION LLC
101 POINS REACH
OCEAN PINES MD 21811

Creditor ID: 15538-01
ATLANTIC COAST POLYMERS INC.
33 HOPKINS HILL ROAD
WEST GREENWICH RI 02817

Creditor ID: 15539-01
ATLANTIC COCOA COMPANY
17 STATE STREET 23RD FLOOR
NEW YORK NY 10004

Creditor ID: 2371-01
ATLANTIC FREIGHT BROKERS
BROOKLYN NAVY YARD
BLDG # 292 STE 322
BROOKLYN NY 11205

Creditor ID: 5138-01
ATLANTIC INC
17 STATE STREET, 17TH FLOOR
NEW YORK NY 10004

Creditor ID: 7016-01
ATLANTIC INTERNATIONAL PRODUCTS, INC
1301 BROAD STREET
UTICA NY 13504

Creditor ID: 8386-01
ATLANTIC INTERNATIONAL TRADE, INC
1120 W.MCGEE STREET
GREENSBORO NC 27403

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5140-01<br>ATLANTIC KOAM TRADING<br>9 FRANCES ROAD<br>LEXINGTON MA 02421 | Creditor ID: 16499-01<br>ATLANTIC MARINE SCE<br>2744 NW 112 AVE<br>MIAMI FL 33172 | Creditor ID: 8387-01<br>ATLANTIC ORIENT TOBACCO INC<br>3600 WEST BROAD STREET<br>RICHMOND VA 23230 |
| Creditor ID: 5141-01<br>ATLANTIC PAPER TRADE, INC.<br>198 RIDGEVALE RD. STE. 100<br>CHATHAM MA 02633 | Creditor ID: 15540-01<br>ATLANTIC POWER INC.<br>20 EMPIRE STATE BLVD.<br>CASTLETON NY 12033 | Creditor ID: 10556-01<br>ATLANTIC PRECISION RESOURCE<br>3018 CARROLL AVENUE<br>LYNCHBURG VA 24501 |
| Creditor ID: 8388-01<br>ATLANTIC RED CRAB COMPANY<br>132 HERMAN MELVILLE BLVD<br>NEW BEDFORD MA 02740 | Creditor ID: 7017-01<br>ATLANTIC SPECIAL TY COFFEE<br>23785 CABOT BLVD. #314<br>HAYWARD CA 94545 | Creditor ID: 16500-01<br>ATLANTIC SPECIALTY COFFEE, INC.<br>24301 SOUTHLAND DRIVE STE 600,<br>HAYWARD CA 94545 |
| Creditor ID: 412-01<br>ATLANTIC TOOLS<br>999 GREER HIGHWAY<br>TRAVELERS REST SC 29690 | Creditor ID: 10557-01<br>ATLANTIC WHOLESALE LLC<br>10 BUSHES LANE<br>ELMWOOD PARK NJ 07407 | Creditor ID: 413-01<br>ATLANTIS INTERNATIONAL,INC.<br>4744 KAWANEE AVENUE<br>METAIRIE LA 70010 |
| Creditor ID: 2718-01<br>ATLANTIX COMMODITIES<br>6701 BAY PARK WAY<br>BROOKLYN NY 11204 | Creditor ID: 414-01<br>ATLAPAC TRADING COMPANY<br>2240 SOUTH GARFIELD AVE<br>COMMERCE CA 90040-1808 | Creditor ID: 18413-01<br>ATLAS ASIA-PACIFIC<br>DBA TOP OIL PRODUCTS COMPANY<br>100 E. EL CAMINO REAL<br>SAN MATEO CA 94401 |
| Creditor ID: 10558-01<br>ATLAS CHAIRS AND TABLES<br>12661 CORRAL PLACE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 415-01<br>ATLAS CONCORDE USA INC<br>2830 SW 42ND STREET<br>HOLLYWOOD FL 33312 | Creditor ID: 7018-01<br>ATLAS CONTINENTAL PRODUCTS LLC<br>14248 SPORTS CLUB WAY<br>ORLANDO FL 32837 |
| Creditor ID: 8389-01<br>ATLAS COPCO  INC.<br>4424 NE 158<br>PORTLAND OR 97230 | Creditor ID: 16501-01<br>ATLAS COPCO COMPRESSORS INC<br>46 SCHOOL ROAD<br>VOORHEESVILLE NY 12186 | Creditor ID: 10559-01<br>ATLAS COPCO DRILLING SOLUTIONS, INC.<br>2100 N. FIRST ST.<br>GARLAND TX 75040 |
| Creditor ID: 416-01<br>ATLAS FEATHER<br>62 GREENPOINT AVE.<br>BROOKLYN NY 11222 | Creditor ID: 5142-01<br>ATLAS HOLDINGS, INC<br>12661 CORRAL PLACE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 16502-01<br>ATLAS INDUSTRIES<br>2950 HWY 411 N<br>CHATSWORTH GA 30705-2140 |
| Creditor ID: 417-01<br>ATLAS INDUSTRIES INC<br>1520 SANDUSKY COUNTY ROAD 42<br>GIBSONBURG OH 43431 | Creditor ID: 7019-01<br>ATLAS MARBLE & TILE INC.<br>1244 RITCHIE HIGHWAY SUITE 01<br>ARNOLD MD 21012 | Creditor ID: 16504-01<br>ATLAS PACIFIC ENGINEERING<br>1 ATLAS AVENUE<br>PUEBLO CO 81001 |
| Creditor ID: 2719-01<br>ATLAS POLYMER INC<br>72 VISIONARY<br>IRVINE CA 92618 | Creditor ID: 4780-01<br>ATLAS PUTTY<br>8351 W 185 TH STREET<br>TINLEY PARK IL 60477 | Creditor ID: 8390-01<br>ATLAS REFINERY, INC.<br>142 LOCKWOOD ST.<br>NEWARK NJ 07105-4776 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2720-01<br>ATLAS VAN LINES INTERNATIONAL<br>9750 THIRD AVENUE N.E. SUITE 200<br>SEATTLE WA 98125 | Creditor ID: 8391-01<br>ATMC INC<br>2208 N W MARKET, SUITE NO 505<br>SEATTLE WA 98107 | Creditor ID: 8392-01<br>ATMI<br>706 HOUSTON CLINTON DRIVE<br>BURNET TX 78611 |
| Creditor ID: 2721-01<br>ATN HOLDING INC.<br>300 WELCOME CENTER BLVD<br>WELCOME NC 27374 | Creditor ID: 18414-01<br>ATOM EXPRESS<br>910 E. 236TH STREET<br>CARSON CA 90745 | Creditor ID: 16505-01<br>ATP ELASTOMERS<br>3517 EMBASSY PKWY SUITE 150<br>AKRON OH 44333 |
| Creditor ID: 5143-01<br>ATP INERNATIONAL INC<br>176-25 UNION TURNPIKE #289<br>FLUSHING NY 11366 | Creditor ID: 5144-01<br>AT-PAC<br>10904 CRABAPPLE ROAD<br>ROSWELL GA 30075 | Creditor ID: 7020-01<br>ATS LIGHT ALLOY WHEELS KENTUCKY LLC<br>901 EAST MAIN ST<br>WARSAW KY 41095 |
| Creditor ID: 2722-01<br>ATTARCO MOTOR AND TRANSMISSION<br>831 S 2ND STREET,<br>SAN JOSE CA 95112 | Creditor ID: 418-01<br>ATTWOOD CORPORATION<br>1016 NORTH MONROE STREET<br>LOWELL MI 49331 | Creditor ID: 8393-01<br>AUCKLAND INVESTMENT GROUP<br>1635 FOXTRAIL DR.<br>LOVELAND CO 80538 |
| Creditor ID: 16506-01<br>AUFHAUSER CORPORATION<br>39 WEST MALL<br>PLAINVIEW NY 11803 | Creditor ID: 15541-01<br>AUGUST AVERY<br>351 PEACHTREE HILLS AVE NE STE 320<br>ATLANTA GA 30305 | Creditor ID: 15542-01<br>AUGUST SCHELL BREWING CO.<br>1860 SCHELL ROAD<br>NEW ULM MN 56073 |
| Creditor ID: 16507-01<br>AUGUSTA LOGGING EXPORTERS<br>ROUTE 11  P.O.BOX 2417<br>STAUNTON VA 24401 | Creditor ID: 8394-01<br>AUGUSTA LUMBER LLC<br>567 N CHARLOTTE AVE<br>WAYNESBORO VA 22980 | Creditor ID: 14729-01<br>AUGUSTA SPORTSWEAR<br>P.O. BOX 14939<br>AUGUSTA GA 30919-0939 |
| Creditor ID: 2723-01<br>AURORA INNOVATIONS<br>29862 E. ENID ROAD<br>EUGENE OR 97402 | Creditor ID: 10560-01<br>AURORA SPECIALTY CHEMISTRIES<br>1520 LAKE LANSING ROAD<br>LANSING MI 48912 | Creditor ID: 8395-01<br>AURORA WORLD, INC.<br>8820 MERCURY LANE<br>PICO RIVERA CA 90660 |
| Creditor ID: 8396-01<br>AUSPARK LLC<br>350 FIFTH AVE, 41ST FLOOR,<br>EMPIRE STATE BUILDING<br>NEW YORK NY 10018 | Creditor ID: 2724-01<br>AUSSIE CAR IMPORTS<br>13014 N.E. 249TH STREET<br>BATTLE GROUND WA 98604 | Creditor ID: 16508-01<br>AUSTIN CHEMICAL COMPANY INC.<br>1565 BARCLAY BLVD.<br>BUFFALO GROVE IL 60089 |
| Creditor ID: 10561-01<br>AUSTIN COMPANY, THE<br>1200 WEST MARLBORO ROAD; PO BOX 166<br>FARMVILLE NC 27828 | Creditor ID: 8397-01<br>AUSTROMAR LOGISTICS USA, LLC<br>900 HOLLYWOOD AVENUE<br>ITASCA IL 60143 | Creditor ID: 5145-01<br>AUTO COOLING PRODUCTS<br>1230 N. HOBSON STREET #107<br>GILBERT AZ 85233 |
| Creditor ID: 7021-01<br>AUTO EXPORT SOLUTION LLC.<br>100 NORTH CENTER ST., SUITE 121<br>MISHAWAKA IN 46544 | Creditor ID: 5146-01<br>AUTO EXPRESSIONS<br>505 E EUCLID AVE<br>COMPTON CA 90222-2811 | Creditor ID: 16509-01<br>AUTO FIT INC<br>1828 W BUCKEYE RD<br>PHOENIX AZ 85007 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8398-01
AUTO TEMP INC.
950 KENT ROAD
BATAVIA OH 45103

Creditor ID: 10562-01
AUTO WORLD SUPERSTORE, LLC
6154 MEMORIAL DRIVE
STONE MOUNTAIN GA 30083

Creditor ID: 10563-01
AUTOBIKE, INC.
185 ELMWOOD DR
TROY MI 48083

Creditor ID: 15543-01
AUTOBUILDERS GENERAL CONTRACTING SERVICE INC
5715 CORPORATE WAY
WEST PALM BEACH FL 33407

Creditor ID: 8399-01
AUTOFRUIT INC
22459 AVE 344
WOODLAKE CA 93286

Creditor ID: 9342-01
AUTOLIV AMERICAS
250 AMERICAN WAY
BRIGHAM CITY UT 84302

Creditor ID: 5147-01
AUTOMANN INC.
19 INDUSTRIAL AVENUE
MAHWAH NJ 07430

Creditor ID: 8400-01
AUTOMATED FOOD SYSTEMS, INC.
1000 EAST LOFLAND DRIVE
WAXAHACHIE TX 75165

Creditor ID: 15544-01
AUTOMOTIVE FACILITIES INC.
1225 ROUND TABLE DRIVE
DALLAS TX 75247

Creditor ID: 15545-01
AUTOMOTIVE FACILITIES INC.
3309 MATRIX DRIVE
RICHARDSON TX 75082

Creditor ID: 419-01
AUTOMOTIVE INTERNATIONAL
8855 BLUE ASH ROAD
CINCINNATI OH 45242

Creditor ID: 8401-01
AUTOMOTIVE PARTS DISTRIBUTION INTERNATIONAL
3000 E.PIONEER PARKWAY,SUITE 160
ARLINGTON TX 76010

Creditor ID: 420-01
AUTOMOTIVE RESOURCES, INC
7251 COPPERMINE DRIVE
MANASSAS VA 20109

Creditor ID: 4471-01
AUTOPARTES Y ARNESS DE MEXICO S.A.
DE C.V. PARQUES INDUSTRIAL
JUAREZ GEMA KM-5
CD JUÁREZ, CHIH.  32630
MEXICO

Creditor ID: 15546-01
AUTOPARTS COMPONENTS, INC.
5124 BRUSH CREEK STREET
FT WORTH TX 76119

Creditor ID: 10564-01
AUVIL FRUIT CO. INC.
21902 SR 97
ORONDO WA 98843

Creditor ID: 16510-01
AUXILLARY SERVICE AND
HARDWARE SUPPLY CO., INC
802 SILVIA STREET
ENTERPRISE PARK
WEST TRENTON NJ 08628

Creditor ID: 19004-97
AV LOGISTICS
350 CORPORATE WAY STE 250
ORANGE PARK FL 32073

Creditor ID: 16511-01
AVAIL VAPOR LLC.
820 SOUTHLAKE BLVD.
RICHMOND VA 23236

Creditor ID: 10565-01
AVALON CARPET TILE & FLOORING
2030 SPRINGDALE ROAD - SUITE 400
CHERRY HILL NJ 08003

Creditor ID: 19005-97
AVALONBAY COMMUNITIES INC
C/O MANATT PHELPS & PHILLIPS LLP
ATTN KENNETH D FRIEDMAN
7 TIMES SQUARE, 23RD FL
NEW YORK NY 10036

Creditor ID: 421-01
AVANGARD INDUSTRIES LTD.
3000 BRITTMOORE
HOUSTON TX 77043

Creditor ID: 8402-01
AVANGARD INNOVATIVE LP
11906 BRITTMOORE PARK DR.
HOUSTON TX 77041

Creditor ID: 422-01
AVANTAGE WORLDWIDE AGRICULTURE
1265 S MAIN ST STE 303
FRUIT & PRODUCE LLC
SEATTLE WA 98144

Creditor ID: 14730-01
AVANTI CORPORTATION
1580 CORPORATE PARKWAY BLVD
CLARKSVILLE TN 37040

Creditor ID: 423-01
AVANTI MARBLE & GRANITE NC,LLC
2502 URBANA PIKE
IJAMSVILLE MD 21754

Creditor ID: 7022-01
AVANTOR PERFORMANCE MATERIALS
600 N. BROAD STREET
PHILLIPSBURG NJ 08865

Creditor ID: 424-01
AVANTOR PERFORMANCE MATERIALS, INC.
3477 CORPORATE PARKWAY, SUITE 200
CENTER VALLEY PA 18034

Creditor ID: 15547-01
AVENIU BRANDS
8501 WESTSIDE AVENUE
NORTH BERGEN NJ 07047

Creditor ID: 2725-01
AVENO INC.,
4300 S. WESTPARK DR. SW
ATLANTA GA 30336

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 425-01<br>AVENT AMERICA INC.<br>475 SUPREME DRIVE<br>BENSENVILLE IL 60106 | Creditor ID: 16512-01<br>AVENUE IN LEATHER INC.<br>750 HOPE ROAD<br>TINTON FALLS NJ 07724 | Creditor ID: 8403-01<br>AVERY DENISON (PAINESVILLE, OH)<br>7600 AUBURN ROAD<br>PAINESVILLE OH 44077 |
| Creditor ID: 8404-01<br>AVERY DENNISON<br>8080 NORTON PARKWAY<br>MENTOR OH 44060 | Creditor ID: 16513-01<br>AVERY PRODUCTS CORPORATION<br>50 POINTE DR<br>BREA CA 92821 | Creditor ID: 2726-01<br>AVERY PRODUCTS CORPORATION<br>1014 NORTH EAST INDUSTRIAL PARK RD<br>MERIDIAN MS 39305 |
| Creditor ID: 426-01<br>AVERY PRODUCTS CORPORATION<br>89 CROSS STREET<br>HOLLISTON MA 01746 | Creditor ID: 8405-01<br>AVERY PRODUCTS CORPORATION<br>4100 HIGHWAY 45 NORTH<br>MERIDIAN MS 39301 | Creditor ID: 16514-01<br>AVERY PRODUCTS CORPORATION NORTHSTAR<br>89 GUION STREET<br>SPRINGFIELD MA 01101 |
| Creditor ID: 7023-01<br>AVIATION TECHNOLOGY GROUP<br>8001 SOUTH INTERPORT BLVD.<br>ENGLEWOOD CO 80112-5951 | Creditor ID: 18415-01<br>AVIKO USA L.L.C.<br>P.O. BOX 1156<br>LYNNWOOD WA 98046 | Creditor ID: 10566-01<br>AVM. ENTERPRISES INC.<br>8923 TRANSPORT LANE<br>OOLTEWAH TN 37363 |
| Creditor ID: 16515-01<br>AVNET EMBEDDED<br>2110 ZANKER RD<br>SAN JOSE CA 95131 | Creditor ID: 16516-01<br>AVNET GLOBAL SOLUTIONS CENTER<br>6700 W. MORELOS PLACE<br>CHANDLER AZ 85226 | Creditor ID: 8406-01<br>AVNET INC.<br>2021 LAKESIDE BLVD<br>RICHARDSON TX 75082 |
| Creditor ID: 7024-01<br>AVX GREENVILLE, LLC.<br>1 MITA BLVD.<br>FOUNTAIN INN SC 29644 | Creditor ID: 15549-01<br>AW NORTH CAROLINA<br>4112 OLD OXFORD HWY.<br>DURHAM NC 27712 | Creditor ID: 15550-01<br>AW TRANSPORTATION<br>184 BILBAO DRIVE<br>SAINT AUGUSTINE FL 32086 |
| Creditor ID: 2727-01<br>AWAD INTERNATIONAL TRADE<br>147 CASIMER ROAD<br>MIDDLETOWN NY 10941 | Creditor ID: 8407-01<br>AWD INTERNATIONAL, INC.<br>410 OAKMEARS CRESCENT<br>VIRGINIA BEACH VA 23462 | Creditor ID: 12703-01<br>AWETA AMERICAS INC.<br>4516 E. CITRON AVE<br>FRESNO CA 93725 |
| Creditor ID: 427-01<br>AXALTA COATING SYSTEMS<br>7961 WINCHESTER ROAD<br>FRONT ROYAL VA 22630 | Creditor ID: 7025-01<br>AXALTA COATING SYSTEMS, LLC<br>APPLIED CORPORATE CENTER<br>50 APPLIED CARD WAY SUITE 300<br>GLEN MILLS PA 19342 | Creditor ID: 18416-01<br>AXALTA COATING SYSTEMS, LLC.<br>2001 MARKET STREET<br>PHILADELPHIA PA 19103 |
| Creditor ID: 2728-01<br>AXALTA POWDER COATINGS USA<br>9800 GENARD RD.<br>HOUSTON TX 77041 | Creditor ID: 15551-01<br>AXENS NORTH AMERICAN<br>1800 ST JAMES PLACE SUITE 500<br>HOUSTON TX 77056 | Creditor ID: 8408-01<br>AXESS DIRECT, INC.<br>7024 PIKEVIEW DRIVE<br>THOMASVILLE NC 27360 |
| Creditor ID: 7026-01<br>AXILONE USA<br>276 5TH AVENUE   SUITE 1104<br>NEW YORK NY 10001 | Creditor ID: 12704-01<br>AXIOM AG INC<br>1475 DREAMY WAY<br>SACRAMENTO CA 95835 | Creditor ID: 428-01<br>AXIOM ENTERPRISES LLC<br>1 COLLEGE DRIVE<br>SUFFOLK VA 23433 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 10118-01
AXIS NEXUS LLC.
3853 COMMENCEMENT BAY DR,
TACOMA WA 98407

Creditor ID: 15552-01
AXXESS TECHNOLOGIES
8990 SOUTH KYRENE ROAD
TEMPE AZ 85284

Creditor ID: 5148-01
AXXION
11B LEIGH FISHER
EL PASO TX 79906

Creditor ID: 2729-01
AYK INTERNATIONAL CORPORATION
111 PENNSYLVANIA WAY
NORTH BRUNSWICK NJ 08902

Creditor ID: 429-01
AZ & S ENTERPRISES INC
11419 ROCK BRIDGE LANE
SUGAR LAND TX 77478

Creditor ID: 7027-01
AZ CFS INC
2001 LOWER ROAD
LINDEN NJ 07036

Creditor ID: 7156-01
AZ EXPRESS
20687  2 AMAR ROAD  #329
WALNUT CA 91789

Creditor ID: 430-01
AZ GEMS INC
405 MISSOURI CT
REDLANDS CA 92373

Creditor ID: 8409-01
AZHAAR LLC
15025 INTERNATIONAL BLVD
TUKWILA WA 98168

Creditor ID: 8410-01
AZIMUTH TRADING LLC
188 106TH AVE NE STE 420
BELLEVUE WA 98004

Creditor ID: 12705-01
AZUMA FOODS INTERNATIONAL INC., USA
1787 SABRE STREET
HAYWARD CA 94545

Creditor ID: 7028-01
B & B MARKETING
384 E. OLIVE AVE STE 3
TURLOCK CA 95380

Creditor ID: 8411-01
B & B SWEATER MILLS, INC
1160 FLUSHING AVE.
BROOKLYN NY 11237

Creditor ID: 7157-01
B & D SEAFOOD INC.
8126 5TH AVENUE S.W.
SEATTLE WA 98106

Creditor ID: 5149-01
B & D SEAFOODS, INC.
8361 WESTMINSTER BLVD. STE 320
WESTMINSTER CA 92683

Creditor ID: 15553-01
B & F CERAMIC DESIGN SHOWROOM
2005 INTERNATIONAL PARKWAY
FREDERICKSBURG VA 22406

Creditor ID: 431-01
B & W FIBER GLASS, INC.
4222 WEST DIXON BOULEVARD
SHELBY NC 28150

Creditor ID: 12706-01
B C SUPPLY
2008 E. 50TH ST.
LUBBOCK TX 79404

Creditor ID: 8412-01
B D E INTERNATIONAL
13931 NE ROSE PARKWAY
PORTLAND OR 97230

Creditor ID: 12707-01
B J'S WHOLESALE CLUB, INC.
ONE MERCER ROAD, P.O.BOX 9609
NATICK MA 01760-9609

Creditor ID: 16517-01
B UNITED INTERNATIONAL INC
330 OAKTREE AVENUE
SOUTH PLAINFIELD NJ 07080

Creditor ID: 15385-01
B&B FOREST PRODUCTS
251 ROUTE 145
CAIRO NY 12413

Creditor ID: 16353-01
B&B INTERNATIONAL CONNECTION INC.
1375 E. LINDEN AVE.
LINDEN NJ 07036

Creditor ID: 8064-01
B&B LUMBER & PALLET
ROUTE 4 BOX 3008A
MONTICELLO KY 42633

Creditor ID: 18417-01
B&D POWER TOOLS
4041 PLEASANT ROAD
FORT MILL SC 29708

Creditor ID: 8413-01
B&F INTERNATIONAL
18005 SAVARONA WAY
CARSON CA 90746

Creditor ID: 2731-01
B&H GENERAL SUPPLY & MARKETING CORP.
11237 NALL AVENUE
LEAWOOD KS 66211

Creditor ID: 15386-01
B&K INDUSTRIES INC.
2600 ELMHURST RD
ELK GROVE VILLAGE IL 60007-6312

Creditor ID: 432-01
B&K INTERNAITONAL
1381 AIR RAIL AVENUE
VIRGINIA BEACH VA 23455

Creditor ID: 5150-01
B&S IMPORT, INC.
16331 ARTHUR STREET
CERRITOS CA 90703

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12708-01
B, UNITED INTL. INC.
15 JOHN TODD WAY
REDDING CT 06896

Creditor ID: 7158-01
B. BRAUN MEDICAL INC
824 12TH AVE BETHLEHEM, PA 18018
BETHLEHEM PA 18018

Creditor ID: 16354-01
B. MEINHARDT INC.
30-B RIDGEDALE AVE
EAST HANOVER NJ 07936

Creditor ID: 2732-01
B.B WORLD
2200 S. MAPLE AVE
LOS ANGELES CA 90011

Creditor ID: 5151-01
B.B. WORLD CORPORATION
2200 SOUTH MAPLE AVENUE
LOS ANGELES CA 90011

Creditor ID: 2733-01
B.BRAUN MEDICAL INC
200 BOULDER DRIVE
BREINIGSVILLE PA 18031

Creditor ID: 2734-01
B.C.S. INTERNATIONAL CORP.
47-15 33RD STREET
LONG ISLAND CITY NY 11101

Creditor ID: 15387-01
B.G. GRANITE INC.
708 CHAVEL CT.,
FREMONT CA 94539

Creditor ID: 15388-01
B.L. CURRY
P.O. BOX 439
NEW ALBANY IN 47151

Creditor ID: 433-01
B.M. LAWRENCE & COMPANY
4300 HORTON ST., SUITE 15
EMERYVILLE CA 94608

Creditor ID: 5152-01
B.O.B. TRAILERS
5475 GAGE STREET
BOISE ID 83706

Creditor ID: 5153-01
B.UNITED INTERNATIONAL INC.
7 FOX HOLLOW RD
OXFORD CT 06478

Creditor ID: 12709-01
B.V. NEVADA CORP
8355 RENO HIGHWAY
FALLON NV 89407

Creditor ID: 12710-01
B.Y. INTERNATIONAL INC.
11841 TRAPANI DRIVE
RANCHO CUCAMONGA CA 91701

Creditor ID: 5154-01
B2B TRADE USA COMPANY
10409 HEATHER VALLEY DR.
BAKERSFIELD CA 93312

Creditor ID: 2372-01
B5 BEVERAGES
573 SHOREVIEW PARK RD.
SHOREVIEW MN 55126

Creditor ID: 7029-01
BA HILL CORPORATION
40 ATLANTIC AVENUE
COHASSET MA 02025

Creditor ID: 16355-01
BABCOCK LUMBER
135 ROARING RUN ROAD
CHAMPION PA 15622

Creditor ID: 434-01
BABY TIME INTERNATIONAL INC.
635 WEST 42ND ST. APT. #40K
NEW YORK NY 10036

Creditor ID: 8414-01
BABY TREND INC.
1567 S CAMPUS AVE
ONTARIO CA 91761

Creditor ID: 16356-01
BABY TREND, INC.
1607 S. CAMPUS AVE.
ONTARIO CA 91761

Creditor ID: 435-01
BACARDI USA INC
2100 BISCAYNE BOULEVARD
MIAMI FL 33137

Creditor ID: 16357-01
BACCHANAL WINE IMPORTS INC
224 WEST 35TH STREET SUITE 1402 A
NEW YORK NY 10001

Creditor ID: 9343-01
BACCHUS FRESH INTERNATIONAL, INC.
800 ROOSEVELT ROAD BUILDING 4,
SUITE 212
GLEN ELLYN IL 60137

Creditor ID: 7030-01
BACCHUS IMPORTERS INC
1817 PORTAL ST
BALTIMORE MD 21224

Creditor ID: 8415-01
BACCO WINE AND SPIRIT
945 N.PLUM STREET SUITE 8
LANCASTER SC 29720

Creditor ID: 8416-01
BACCUS FINE WINE
619 NORTH 8TH STREET
NEWARK NJ 07107

Creditor ID: 12711-01
BACKCOUNTRY SPORTS
2607 S 3200 W STE A
WEST VALLEY CITY UT 84119-6582

Creditor ID: 7031-01
BACO TRADING INC.
110 EAST LOUISIANA, SUITE 201
MCKINNEY TX 75069

Creditor ID: 7032-01
BACOVA GUILD
1000 COMMERCE CENTER DRIVE
COVINGTON VA 24426

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15389-01
BADA. US, INC
705 S 60TH STREET
TACOMA WA 98408

Creditor ID: 15390-01
BADGER FOREST PRODUCTS INC
5831 SAN LEANDRO STREET
OAKLAND CA 94621

Creditor ID: 16358-01
BADGER INGREDIENTS INC
37178 N. 103RD STREET
SCOTTSDALE AZ 85262

Creditor ID: 15391-01
BADGER LIQUOR COMPANY
850 MORRIS STREET   PO BOX 1137
FOND DU LAC WI 54936

Creditor ID: 8417-01
BADGER SPORTSWEAR INC.
850 MEACHAM ROAD
STATESVILLE NC 28677

Creditor ID: 2736-01
BADGER STATE FRUIT PROCESSING INC.
5616 CRANBERRY LN
PITTSVILLE WI 54466

Creditor ID: 16359-01
BADGER TIRE & WHEEL, INC.
N174 W21030 ALCAN DR
JACKSON WI 53037

Creditor ID: 7033-01
BAE SYSTEMS SURVIVABILITY SYSTEMS LLC
4175 MUHLHAUSER ROAD
FAIRFIELD OH 45014

Creditor ID: 8418-01
BAE SYSTEMS SURVIVABILITY SYSTEMS LLC
8779 LE SAINT DRIVE
HAMILTON OH 45011

Creditor ID: 2737-01
BAERLOCHER USA
5890 HIGHLAND RIDGE DRIVE
CINCINNATI OH 45232

Creditor ID: 7159-01
BAG BAZAAR LLC
1 EAST 33RD STREET
NEW YORK NY 10016

Creditor ID: 12712-01
BAGCRAFT PAPERCON
5401 S. WESTERN BLVD
CHICAGO IL 60609

Creditor ID: 436-01
BAGCRAFT PAPERCON
2700 APPLE VALLEY RD NE
ATLANTA GA 30319

Creditor ID: 15392-01
BAGDEL INTERNATIONAL
4950 VIRGINIA AVENUE
NORTH CHARLESTON SC 29405

Creditor ID: 8419-01
BAGDEL, INC
650 SAINT REGIS LANE
ALPHARETTA GA 30022

Creditor ID: 2738-01
BAGGIO INC.
340 N. SAM HOUSTON PARKWAY E.
STE. 277
HOUSTON TX 77060

Creditor ID: 2739-01
BAILEY FARMS INTERNATIONAL
850 N. 200 EAST
EPHRAIM UT 84627

Creditor ID: 437-01
BAILLIE LUMBER COMPANY
4002 LEGION DRIVE
HAMBURG NY 14075

Creditor ID: 15393-01
BAIN COTTON COMPANY
701 N. CHEROKEE AVE.
DOTHAN AL 36303

Creditor ID: 7034-01
BAIN COTTON COMPANY
13490 MAGNOLIA ST.
BLAKELY GA 39823

Creditor ID: 12713-01
BAJA MOTOR SPORTS
2801 SOUTH FAIR LANE, SUITE 101
TEMPE AZ 85282

Creditor ID: 8420-01
BAJA MOTORSPORTS INC
4602 E. HAMMOND LANE
PHOENIX AZ 85034

Creditor ID: 2740-01
BAKER FURNITURE
970 MILLING ROAD
MOCKSVILLE NC 27028

Creditor ID: 12714-01
BAKER FURNITURE
1105 22ND STREET SE
HICKORY NC 28602

Creditor ID: 7035-01
BAKER FURNITURE-HICKORY
DISTRIBUTION CENTER
1105 22ND STREET SE
HICKORY NC 28602

Creditor ID: 15394-01
BAKER PETROLITE CORPORATION
12645 WEST AIRPORT BLVD
SUGAR LAND TX 77478

Creditor ID: 14731-01
BAKERY CRAFTS, LLC
9300 ALLEN ROAD
WEST CHESTER OH 45069

Creditor ID: 16360-01
BAKR INTERNATIONAL INC
151 FOREST ST.
MONTCLAIR NJ 07042

Creditor ID: 2741-01
BALAJI METALS
10965 REDNOR COURT
LOVELAND OH 45140

Creditor ID: 15395-01
BALCHEM CORPORATION
52 SUNRISE PARK ROAD
NEW HAMPTON NY 10958

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

Creditor ID: 16361-01
BALDING A BRIAN INTERNATIONAL INC.
15354 EAST VALLEY BLVD.
CITY OF INDUSTRY CA 91746

Creditor ID: 8421-01
BALDWIN MINKLER
320 E.SOUTH STREET
ORLAND CA 95963

Creditor ID: 7160-01
BALDWIN SUN INC.
1854 FLORADALE AVE.
SOUTH EL MONTE CA 91733

Creditor ID: 7036-01
BALKAN CONCEPTS LLC
523 8TH STREET
WASHINGTON DC DC 20003

Creditor ID: 15396-01
BALL HORTICULTURAL COMPANY
622 TOWN ROAD
WEST CHICAGO IL 60185

Creditor ID: 16362-01
BALLARD DESIGNS, INC.
1670 DE FLOOR AVE. NW
ATLANTA GA 30318

Creditor ID: 5155-01
BALLARD PACIFIC RESOURCES, INC.
2601 WORKMAN MILL RD
CITY OF INDUSTRY CA 90601

Creditor ID: 2742-01
BALLY PRODUCE CORP.
4900 MASPETH AVE
MASPETH NY 11378

Creditor ID: 5156-01
BALTERIO US
200 MUNEKATA DRIVE
DALTON GA 30721

Creditor ID: 15397-01
BALTIC LINEN COMPANY
1999 MARCUS AVENUE, SUITE 3000
LAKE SUCCESS NY 11040

Creditor ID: 12715-01
BALTIMORE AIRCOIL COMPANY
7600 DORSEY RUN RD.
JESSUP MD 20794

Creditor ID: 5157-01
BALTIMORE QUALITY ASSURANCE
4200 BOSTON STREET
BALTIMORE MD 21224

Creditor ID: 16363-01
BANANA REPUBLIC, LLC
2 FOLSOM STREET
SAN FRANCISCO CA 94105

Creditor ID: 12716-01
BANDAI AMERICA INC.
5551 KATELLA AVE. P.O. BOX 6054
CYPRESS CA 90634

Creditor ID: 2743-01
BANDAR FOODS LLC
82 RAMONA AVENUE
SAN FRANCISCO CA 94103

Creditor ID: 12717-01
BANFI PRODUCTS CORP.
1111 CEDAR SWAMP ROAD, BUILDING 2
GLEN HEAD NY 11545

Creditor ID: 5158-01
BANGKOK MARKET
22 CLINTON AVENUE
BROOKLIN NY 11205

Creditor ID: 2744-01
BANK & ESTATE LIQUIDATORS ,INC.
11155 WESTPARK DRIVE
HOUSTON TX 77042

Creditor ID: 16365-01
BANK LEUMI
564 FIFTH AVENUE, 7TH FLOOR
NEW YORK NY 10036

Creditor ID: 12718-01
BANK OF AMERICA
555 CALIFORNIA STREET
SAN FRANCISCO CA 94104

Creditor ID: 16366-01
BANK OF AMERICA / TRADE FINANCE
1 FLEET WAY
SCRANTON PA 18507

Creditor ID: 1-01
BANK OF AMERICA IMPORT COLLECTIONS
333 SOUTH BEAUDRY AVENUE
LOS ANGELES CA 90017-1486

Creditor ID: 12719-01
BANK OF AMERICA INTERNATIONAL COLLECTIONS
121 WEST STREET 22ND FLOOR
CHARLOTTE NC 28255

Creditor ID: 12720-01
BANQ AMERICA CORP.,
1320 SOUTH BAKER STREET
ONTARIO CA 91761

Creditor ID: 8422-01
BANTIVOGLIO METAL COMPANY
1500 SOUTH 6TH STREET
CAMDEN NJ 08104

Creditor ID: 16367-01
BANVILLE & JONES WINE MERCHANT
2220 91ST STREET
NORTH BERGEN NJ 07047

Creditor ID: 2745-01
BAOLONG INTERNATIONAL INC.
6559 LAS POSITAS ROAD
LIVERMORE CA 94551

Creditor ID: 7037-01
BAPS NORTHEAST DEVELOPMENT, INC
112 N MAIN STREET
ROBBINSVILLE NJ 08561

Creditor ID: 7038-01
BAPTIST MISSIONARY ASSOCIATION OF AMERICA
PO BOX 30910
LITTLE ROCK AR 72260-0910

Creditor ID: 2746-01
BAR TJ HOLDINGS LLC
462 7TH AVENUE, 3RD FLOOR
NEW YORK NY 10018

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8423-01
BARBARA ALLEN
1108 S. RIVERSIDE HARBOR DR.
POST FALLS ID 83854

Creditor ID: 2-01
BARCO PRODUCTS
804 THORNDALE AVENUE
BENSENVILLE IL 60106

Creditor ID: 12721-01
BARCO PRODUCTS
717 W. MAIN STREET
BATAVIA IL 60510

Creditor ID: 12722-01
BARCO, INC.
3059 PREMIERE PARKWAY
DULUTH GA 30097

Creditor ID: 12553-01
BARE BONES FURNITURE
10 SAGAMORE STREET
GLENS FALLS NY 12801

Creditor ID: 15398-01
BAREFOOT DREAMS INC.
5302 DERRY AVE. SUITE D
AGOURA HILLS CA 91301

Creditor ID: 7040-01
BARENBRUG USA
33477 HWY 99E, P.O. BOX 239
TANGENT OR 97389

Creditor ID: 15399-01
BARGAIN HOUND
851 SOUTH KINGS HIGHWAY
CAPE GIRARDEAU MO 63703

Creditor ID: 7041-01
BARGAIN TOWN
4350 GANNON LANE
DALLAS TX 75237

Creditor ID: 15400-01
BARGAIN WHOLESALE
4000 UNION PACIFIC AVE.
COMMERCE CA 90023

Creditor ID: 16368-01
BARILLA AMERICA INC.
1200 LAKESIDE DR
BANNOCKBURN IL 60015

Creditor ID: 2747-01
BARJAN, LLC
7800 51ST WEST
ROCK ISLAND IL 61201

Creditor ID: 15401-01
BARKEY IMPORTING CO. INC.
2110 HARBOURSIDE DRIVE
LONGBOAT KEY FL 34228

Creditor ID: 12723-01
BARLEAN'S ORGANIC OILS LLC
4936 LAKE TERRELL ROAD
FERNDALE WA 98248

Creditor ID: 2748-01
BARNES & NOBLE DISTRIBUTION
1 BARNES AND NOBLE WAY
MONROE TOWNSHIP NJ 08831

Creditor ID: 2749-01
BARNET PACIFIC, LLC
682 CASTLE PEAK RD RM 09-10, 23/F
TRENDY CENTER
HONG KONG
CHINA

Creditor ID: 7042-01
BARNETT CORPORATION
77 SPRUCE STREET, 3RD FL.
CEDARHURST NY 11516

Creditor ID: 2750-01
BARON FRANCOIS
26 WEST 26TH ST. SUITE 304
NEW YORK NY 10001

Creditor ID: 5159-01
BARR FREIGHT
P.O. BOX 1047
WESTMONT IL 60559-8247

Creditor ID: 7161-01
BARREDO & CARNEY LLC
301 CLEMATIS STREET, #3000
WEST PALM BEACH FL 33401

Creditor ID: 3-01
BARRENTINE COMPANY
4641 DISTRICT BLVD STE C
BAKERSFIELD CA 93313-2317

Creditor ID: 8425-01
BARRETTEWOOD USA, INC.
7830 FREEWAY CIRCLE
MIDDLEBURG HEIGHTS OH 44130

Creditor ID: 8426-01
BARRIERSAFE SOLUTIONS INTERNATIONAL
150 FIELD DRIVE, SUITE 210
LAKE FOREST IL 60045

Creditor ID: 8427-01
BARRY CALLEBAUT USA
1500 SUCKLE HIGHWAY
PENNSAKEN NJ 08110

Creditor ID: 7043-01
BARRY CALLEBAUT USA LLC
400 INDUSTRIAL PARK ROAD
SAINT ALBANS VT 05478

Creditor ID: 4-01
BARTELSTONE GLASS DISTRIBUTORS,INC
441 CORTLAND ST
BELLEVILLE NJ 07109

Creditor ID: 7162-01
BARTLETT GRAIN CO, L.P.
4900 MAIN ST., SUITE 1200
KANSAS CITY MO 64112

Creditor ID: 12724-01
BARTON MINES COMPANY LLC
6 WARREN STREET
GLENS FALLS NY 12801

Creditor ID: 16369-01
BARWIL UNITOR SHIPS SERVICE
1721 13TH AVENUE SOUTHWEST
SEATTLE WA 98134

Creditor ID: 7044-01
BASF
1940 DEER PARK/PDM 329
DEER PARK NY 11729

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7045-01
BASF CATALYSTS LLC
25 MIDDLESEX-ESSEX TURNPIKE
ISELIN NJ 08830

Creditor ID: 5-01
BASF CATALYSTS LLC
9800 KELLNER
HUNTSVILLE AL 35824

Creditor ID: 12725-01
BASF CATALYSTS LLC
10001 CHEMICAL RD
PASADENA TX 77507

Creditor ID: 6-01
BASF CORPORATION
1424 MARS EVANS CITY ROAD
EVANS CITY PA 16033

Creditor ID: 9344-01
BASF CORPORATION
2100 SPACE PARK DRIVE
HOUSTON TX 77058

Creditor ID: 2751-01
BASF CORPORATION
100 CAMPUS DRIVE
FLORHAM PARK NJ 07932

Creditor ID: 7-01
BASIC MEDICAL INDUSTRIES INC
12390 EASTEND AVE.
CHINO CA 91710

Creditor ID: 15402-01
BASIC POWER
4489 E. LUPIN LANE
ATHOL ID 83801

Creditor ID: 5160-01
BASIC RESOURCES, INC.
31 WEST 34TH STREET
NEW YORK NY 10001

Creditor ID: 15403-01
BASSETT MIRROR COMPANY INC.
1290 PHILPOTT DRIVE
BASSETT VA 24055

Creditor ID: 16370-01
BASSETT UPHOLSTERY BASSETT FURNITURE IND INC
1111 EAST 20TH STREET
NEWTON NC 28658

Creditor ID: 12726-01
BASSTECH INTERNATIONAL
400 KELBY STREET
FORT LEE NJ 07024

Creditor ID: 8-01
BAT TRADING COMPANY
1500 MARIETTA BLVD
ATLANTA GA 30318

Creditor ID: 2752-01
BATA TRADING
17890 CASTLETON ST., SUITE 107
CITY OF INDUSTRY CA 91748

Creditor ID: 16371-01
BATORY FOODS
1700 HIGGINS ROAD SUITE 300
DES PLAINES IL 60018

Creditor ID: 9-01
BATTLE LUMBER COMPANY
11261 US HIGHWAY 1 SOUTH
WADLEY GA 30477

Creditor ID: 7047-01
BATTLEFIELD FARMS INC
23190 CLARKS MOUNTAIN RD
RAPIDAN VA 22733

Creditor ID: 9345-01
BAUER HOCKEY CORP.
6660A,MILLCREEK DRIVE
MISSISSAUGA ON L5N 8B3
CANADA

Creditor ID: 5162-01
BAUER HOCKEY, INC.
100 DOMAIN DRIVE
EXETER NH 03833

Creditor ID: 7048-01
BAUER PERFORMANCE LACROSSE, INC.
4697 CROSSROADS PARK DRIVE
LIVERPOOL NY 13088

Creditor ID: 15404-01
BAUM BROTHERS IMPORTS
STE 501, 350 FIFTH AVE.
EMPIRE STATE BLDG.,
NEW YORK NY 10118-3299

Creditor ID: 14732-01
BAUM-ESSEX
350 5TH AVENUE, SUITE: 2400
NEW YORK NY 10018

Creditor ID: 10-01
BAUSCH & LOMB
8507 PELHAM RD
GREENVILLE SC 29615-5749

Creditor ID: 2753-01
BAUSCH & LOMB
1501 GRAVES MILL ROAD
LYNCHBURG VA 24502

Creditor ID: 7049-01
BAUSCH & LOMB (ROCHESTER, NY)
1400 NORTH GOODMAN STREET AREA 54E
ROCHESTER NY 14609

Creditor ID: 8428-01
BAUSCH & LOMB DISTRIBUTION CENTER
130 COMMERCE CENTER
GREENVILLE SC 29615

Creditor ID: 16372-01
BAY HILL INTERNATIONAL
37053 CHERRY STREET SUITE 111C
NEWARK CA 94560

Creditor ID: 7050-01
BAY METALS, INC.
4100 CONGRESS PARKWAY WEST
RICHFIELD OH 44286-0449

Creditor ID: 12727-01
BAY RIDGE TILE INC.
6002 3RD AVENUE
BROOKLYN NY 11220

Creditor ID: 16373-01
BAY STATE MILLING
279 BEAUDIN BLVD.
BOLINGBROOK IL 60440

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4781-01<br>BAY STATE MILLING COMPANY<br>231 SANSOME STREET, SUITE 300<br>SAN FRANCISCO CA 94104-2304 | Creditor ID: 5163-01<br>BAY STATE MILLING COMPANY<br>100 CONGRESS ST.<br>QUINCY MA 02169 | Creditor ID: 12728-01<br>BAY VALLEY FOODS ,LLC<br>3200 RIVERSIDE DRIVE,SUITE A<br>GREEN BAY WI 54301 |
| Creditor ID: 15405-01<br>BAYCREST INTERNATIONAL INC.<br>2055 JUNCTION AVE, # 228<br>SAN JOSE CA 95131 | Creditor ID: 16374-01<br>BAYER CORP.<br>8400 HAWTHORN RD.<br>KANSAS CITY MO 64120 | Creditor ID: 11-01<br>BAYER CORPORATION<br>2603 MARKET ST<br>AKRON OH 44313 |
| Creditor ID: 12729-01<br>BAYER CORPORATION WOLFF WALSRODE<br>7330 SOUTH MADISON STREET<br>WILLOWBROOK IL 60527 | Creditor ID: 15406-01<br>BAYER CROPSCIENCE<br>8400 HAWTHORNE RD<br>KANSAS CITY MO 64120 | Creditor ID: 18395-01<br>BAYER CROPSCIENCE LP<br>2 T.W. ALEXANDER DRIVE<br>RESEARCH TRIANGLE PARK NC 27709 |
| Creditor ID: 7051-01<br>BAYER CROPSCIENCE USA<br>PO BOX 12014<br>RESEARCH TRIANGLE PARK NC 27709 | Creditor ID: 5164-01<br>BAYER ENVIRONMENTAL SCIENCE<br>TRANS-WORLD SHIPPING CORP.<br>75 MAIDEN LANE<br>NEW YORK NY 10038 | Creditor ID: 15407-01<br>BAYER FILM AMERICA,<br>A DIV. OF SHEFFILED PLASTICS<br>245 NEW PARK DRIVE<br>BERLIN CT 06037 |
| Creditor ID: 2754-01<br>BAYER HEALTHCARE LLC<br>9122 OLD ROUTE 22<br>BETHEL PA 19507 | Creditor ID: 15408-01<br>BAYER POLYMERS LLC (PITTSBURGH, PA)<br>100 BAYER ROAD<br>PITTSBURGH PA 15205 | Creditor ID: 16375-01<br>BAYHILL INTERNATIONAL<br>39120 ARGONAUT WAY, #779<br>FREMON CA 94538 |
| Creditor ID: 5165-01<br>BAYLINER MARINE<br>1 NORTH FIELD CT.<br>LAKE FOREST IL 60045 | Creditor ID: 16376-01<br>BAYSIDE EQUIPMENT COMPANY - RICH SLADE<br>3562 HAVEN AVENUE<br>REDWOOD CITY CA 97063 | Creditor ID: 8429-01<br>BAYSIDE INTERNATIONAL<br>22794 LAKEWAY DRIVE #466<br>DIAMOND BAR CA 90765 |
| Creditor ID: 8430-01<br>BAYSIDE SEAFOOD INC<br>1197 RANDALL AVE<br>BRONX NY 10474-6215 | Creditor ID: 14733-01<br>BAYWATCH SEAFOOD, INC.<br>4916 ENCINITA AVENUE<br>TEMPLE CITY CA 91780 | Creditor ID: 15409-01<br>BAYYURT MARBLE INC<br>381 EAST 1ST ST<br>CLIFTON NJ 07011 |
| Creditor ID: 5166-01<br>BBC APPAREL GROUP LLC<br>1407 BROADWAY, 5TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 15410-01<br>BBM GROUP LLC<br>280 BROAD AVENUE 3RD FLOOR<br>PALISADES PARK NJ 07650 | Creditor ID: 19006-97<br>BBT LOGISTICS (BBTO)<br>329 DOREMUS AVE<br>NEWARK NJ 07105 |
| Creditor ID: 19007-97<br>BBT LOGISTICS (ORF)<br>801 BROAD ST, STE 1010<br>PORTSMITH VA 23707 | Creditor ID: 15411-01<br>BBY DC 781 -NICHOLS<br>455 STANTON HILL ROAD<br>NICHOLS NY 13812 | Creditor ID: 7052-01<br>BC HOLDING LLC<br>16300 NE MASON ST. SUITE 100<br>PORTLAND OR 97230 |
| Creditor ID: 15412-01<br>BCB INTERNATIONAL<br>1245 NIAGRA ST<br>BUFFALO NY 14213 | Creditor ID: 16377-01<br>BCH TRADING<br>P.O. BOX 207<br>GATESVILLE NC 27938 | Creditor ID: 16378-01<br>BCS AMERICA LLA<br>8111 N.E. COLUMBIA BLVD.<br>PORTLAND OR 97218 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15413-01
BCTC CORP.
5901 S. EASTERN AVE.
LOS ANGELES CA 90040

Creditor ID: 15414-01
BCW ASSOCIATES, INC.
18472 E. COLIMA ROAD, #205
ROWLAND HEIGHTS CA 91478

Creditor ID: 8431-01
BDG INTENATIONAL, INC.
846 FOSTER AVENUE
BENSENVILLE IL 60106

Creditor ID: 7163-01
BDL LOGISTICS LLC
2387 INDIGO HAROUR LANE
LEAGUE CITY TX 77573

Creditor ID: 2755-01
BDS NATURAL PRODUCTS
1904 1/2 E. DOMINGUEZ STREET
CARSON CA 90810

Creditor ID: 7053-01
BEACON ADHESIVE COMPANY INC
125 SOUTH MACQUESTEN PARK WAY
MOUNT VERNON NY 10550

Creditor ID: 5167-01
BEACUT ABRASIVES CORP
788 PATERSON AVE.
EAST RUTHERFORD NJ 07057

Creditor ID: 15415-01
BEADS SOURCE LLC
6610 HARWIN DR, #178
HOUSTON TX 77036

Creditor ID: 15416-01
BEAM INDUSTRIES
1700 WEST SECOND STREET
WEBSTER CITY IA 50595

Creditor ID: 16379-01
BEATRICE HOME FASHIONS INC
295 FIFTH AVENUE
NEW YORK NY 10016

Creditor ID: 7347-01
BEAULIEU GROUP, LLC
1502 CORONET DRIVE
DALTON GA 30722

Creditor ID: 2756-01
BEAVER STREET FISHERIES, INC.
1741 W. BEAVER ST. PO BOX 41430
JACKSONVILLE FL 32203-1430

Creditor ID: 7054-01
BEAVER VALLEY SUPPLY CO.
21366 HIGHWAY 36 - P.O. BOX 419
ATWOOD KS 67730

Creditor ID: 8432-01
BE-BEST ENTERPRISE, INC.
2922 PEPPER WOOD DR.
SUGAR LAND TX 77479

Creditor ID: 16380-01
BEBITZ USA INC
100 QUENTIN ROOSEVELT BLVD STE 505
GARDEN CITY NY 11530

Creditor ID: 7164-01
BECH CHEM
6700 WOODLANDS PKAY, SUITE 230-141
THE WOODLANDS TX 77382

Creditor ID: 7055-01
BECHO INC.
1815 W. 500 S.
SALT LAKE CITY UT 84104

Creditor ID: 2757-01
BECHO INCORPORATED
184 WEST BROOKS AVE.
NORTH LAS VEGAS NV 89030

Creditor ID: 16381-01
BECHSTEIN AMERICA LLC
153 PEANSION ROAD
MANALAPAN NJ 07728

Creditor ID: 2758-01
BECS P/C JF HILLEBRAND USA INC
1600 ST GEORGES AVE
PO BOX 1224 D
RAHWAY NJ 07065

Creditor ID: 12730-01
BED BATH & BEYOND PROCUREMENT CO., INC.
650 LIBERTY AVE
UNION NJ 07083

Creditor ID: 2759-01
BEDEMCO INC.
200 HAMILTON AVE.
WHITE PLAINS NY 10601

Creditor ID: 7056-01
BEDESSEE IMPORTS
601 WORTMAN AVE
BROOKLYN NY 11208

Creditor ID: 12731-01
BEDFORD CLOTHIER
95 HORSE BLOCK ROAD
YAPHANK NY 11980

Creditor ID: 4782-01
BEDFORD FOREST PRODUCTS, INC.
202 BARCLEY STREET
BEDFORD PA 15522

Creditor ID: 2760-01
BEDROCK INTERNATIONAL LLC
9929 LACKMAN ROAD
LENEXA KS 66219

Creditor ID: 16382-01
BEDROCK LIMITED
1968 EAST 66TH STREET
CLEVELAND OH 44103

Creditor ID: 5168-01
BEDTIME, INC
12410 BEVERLY PARK ROAD
LYNNWOOD WA 98037

Creditor ID: 7058-01
BEE & BEE ENTERPRISE, INC.
20253 PASEO DEL PRADO
WALNUT CA 91789

Creditor ID: 2761-01
BEE INTERNATIONAL
2311 BOSWELL ROAD, SUITE #5
CHULA VISTA CA 91914

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16383-01<br>BEE INTERNATIONAL, INC<br>2311 BOSWELL ROAD, SUITE #1<br>CHULA VISTA CA 91914 | Creditor ID: 13-01<br>BEEF SPECIALTY OF COLORADO INC<br>4475 E. 50TH AVENUE<br>DENVER CO 80216 | Creditor ID: 16384-01<br>BEELINE IMPORT AND SERVICES LLC<br>2711 CENTERVILLE RD<br>WILMINGTON DE 19808-1660 |
| Creditor ID: 14-01<br>BEFCO INC.<br>1781 S. WESLEYAN BLVD.<br>ROCKY MOUNT GA 27802 | Creditor ID: 12732-01<br>BEHR DAYTON THERMAL PRODUCTS<br>1600 WEBSTER STREET<br>DAYTON OH 45404 | Creditor ID: 15-01<br>BEHR METALS<br>208 QUAKER ROAD<br>ROCKFORD IL 61104 |
| Creditor ID: 16-01<br>BEKAERT CORPORATIION<br>1 BEKAERT DRIVE<br>ROGERS TX 72756 | Creditor ID: 7059-01<br>BEKAERT CORPORATION<br>2363 HIGHWAY 41<br>CALHOUN GA 30701 | Creditor ID: 2373-01<br>BEKAERT CORPORATION<br>1395 S MARIETTA PKWY<br>BLDG 500 STE 100<br>MARIETTA GA 30067 |
| Creditor ID: 12554-01<br>BEKAERT CORPORATION<br>361 C STREET<br>WASHOUGAL WA 98671 | Creditor ID: 12733-01<br>BEKAERT CORPORATION<br>3200 WEST MARKET STREET, SUITE 303<br>AKRON OH 44333 | Creditor ID: 2762-01<br>BEKAERT CORPORATION<br>EAST PINE AND LAKE ST<br>PO BOX 608<br>ORRVILLE OH 44667 |
| Creditor ID: 7060-01<br>BEKAERT CORPORATION<br>410 JAY STREET<br>COLDWATER MI 49036 | Creditor ID: 2763-01<br>BEKAERT CORPORATION.<br>301 DARLINGTON DR<br>ROME GA 30162-1205 | Creditor ID: 2764-01<br>BEKAERT INTERNATIONAL AMERICAS<br>1 BRIDGE PLAZA, SUITE 275<br>FORT LEE NJ 07024 |
| Creditor ID: 2765-01<br>BEKAERT SHELBYVILLE<br>2000 ISAAC SHELBY DRIVE<br>SHELBYVILLE KY 40065 | Creditor ID: 5169-01<br>BEKINS COMMERCIAL INSTALLATIONS<br>4031 N. PECOS ROAD<br>LAS VEGAS NV 89115 | Creditor ID: 5170-01<br>BEKSEJU USA INC.<br>7123 TELEGRAPH ROAD<br>MONTEBELLO CA 90640 |
| Creditor ID: 2766-01<br>BEKTROM FOODS INC.<br>155 FOXHUNT CRES.<br>SYOSSET NY 11791 | Creditor ID: 12734-01<br>BEL BRANDS USA<br>25 N.W. POINT BLVD., SUITE 1000<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 2767-01<br>BEL CANTO FOODS, LLC<br>1300 VIELE AVE (A/R ONLY)<br>BRONX NY 10474 |
| Creditor ID: 17-01<br>BEL CERAMIC TILE DISTS<br>16 HERBERT ST<br>NEWARK NJ 07105 | Creditor ID: 7165-01<br>BEL FURNITURE<br>11155 WESTPARK DRIVE<br>HOUSTON TX 77042 | Creditor ID: 5171-01<br>BEL IMPORTS INC.<br>11155 WESTPARK DRIVE<br>HOUSTON TX 77042 |
| Creditor ID: 15417-01<br>BEL STONE & TILE<br>16 HERBERT ST<br>NEWARK NJ 07105 | Creditor ID: 18-01<br>BELCANTO FOODS<br>57-01 49TH PLACE<br>MASPETH NY 11378 | Creditor ID: 15418-01<br>BELDEN ELECTRONIC WIRE & CABLE<br>1411 NW 11TH STREET<br>RICHMOND IN 47374 |
| Creditor ID: 14734-01<br>BELDEN WIRE AND CABLE CO<br>2200 U.S. HIGHWAY 27 S<br>RICHMOND IN 47375 | Creditor ID: 2769-01<br>BELK INTERNATIONAL, INC.<br>2801 WEST TYVOLA ROAD<br>CHARLOTTE NC 28217-4500 | Creditor ID: 7061-01<br>BELKIN INTERNATIONAL, INC.<br>12045 EAST WATERFRONT DR.<br>PLAYA VISTA CA 90094 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12735-01<br>BELL EXPRESS CORP<br>167-55 148TH AVE.<br>JAMAICA NY 11434 | Creditor ID: 19-01<br>BELL LABORATORIES, INC<br>3699 KINSMAN BOULEVARD<br>MADISON WI 53704 | Creditor ID: 20-01<br>BELL MICROPRODUCTS<br>220 LISA DR<br>NEW CASTLE ROBIN DE 19720 |
| Creditor ID: 21-01<br>BELLAIRE PLASTICS TRADING (U.S.A.) INC.<br>5410 HAVEN OAKS DRIVE<br>HOUSTON TX 77338 | Creditor ID: 2770-01<br>BELLBOY CORPORATION<br>2220 FLORIDA AV. SOUTH<br>SAINT LOUIS PARK MN 55426 | Creditor ID: 7062-01<br>BELLBRIDGE CARPETS<br>5401 INDUSTRIAL WAY<br>BENICIA CA 94510 |
| Creditor ID: 22-01<br>BELLEMARQUE, LLC<br>103 ROTARY DRIVE, SUITE # 5<br>WEST HAZLETON PA 18249 | Creditor ID: 7063-01<br>BELLY COMMODITY TRADING, LLC<br>6435 WEST JEFFERSON BLVD., #191<br>FORT WAYNE IN 46804 | Creditor ID: 5172-01<br>BELMARMI INC.<br>436 ATLANTIC BLVD<br>NEPTUNE BEACH FL 32266-4022 |
| Creditor ID: 5173-01<br>BELMONT FIBERS, INC.<br>1736 CHAPIN RD.<br>MONTEBELLO CA 90640 | Creditor ID: 2771-01<br>BELNICK INC.<br>4350 BALL GROUND HWY<br>CANTON GA 30114 | Creditor ID: 10119-01<br>BELSUN CORPORATION LLC<br>130 WEST 30TH STREET, SUITE 1700<br>NEW YORK NY 10001 |
| Creditor ID: 5174-01<br>BELTEK HOLDINGS INC.<br>2175 N CALIFORNIA BLVD STE 605<br>WALNUT CREEK CA 94596 | Creditor ID: 23-01<br>BELUGA INC.<br>100 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 5175-01<br>BELUGA,INC<br>500 7TH AVENUE,16TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 5176-01<br>BELVEDERE, INC.<br>7075 COMMERCE CIRCLE, SUITE C<br>PLEASANTON CA 94588 | Creditor ID: 10120-01<br>BELWITH PRODUCTS LLC<br>3100 BROADWAY SW<br>GRANDVILLE MI 49418 | Creditor ID: 15656-01<br>BEN TEXTILES INC.<br>515 E. 9TH ST., NO. B<br>LOS ANGELES CA 90015 |
| Creditor ID: 16385-01<br>BENCHMASTER FURNITURE<br>1481 NORTH HUNDLEY ST<br>ANAHEIM CA 92806 | Creditor ID: 2772-01<br>BENCO CHEMICAL LTD<br>17SE COURT SQUARE SUITE 204<br>GRAHAM NC 27253 | Creditor ID: 19008-97<br>BENDE<br>C/O STARK & STARK<br>ATTN CARIN A O'DONNELL<br>777 TOWNSHIP LINE RD, STE 120<br>YARDLEY PA 19067 |
| Creditor ID: 2773-01<br>BENDIX CVS LLC,<br>21 FINEGAN DRIVE<br>DEL RIO TX 78842 | Creditor ID: 12736-01<br>BENETTON TRADING USA INC<br>993 LENOX DRIVE, SUITE 200<br>LAWRENCEVILLE NJ 08648 | Creditor ID: 7064-01<br>BENETTON USA CORPORATION<br>601 5TH AVENUE 4TH FL<br>NEW YORK NY 10017 |
| Creditor ID: 8433-01<br>BENIMEX CORP<br>1901 AVENUE OF THE STARS SUITE 200<br>LOS ANGELES CA 90067 | Creditor ID: 12837-01<br>BENION AMERICA INC.<br>120 SYLVAN AVE., SUITE 300<br>ENGLEWOOD CLIFFS NJ 07632 | Creditor ID: 7065-01<br>BENITEX CORP<br>7701 SW 62 AVE<br>MIAMI FL 33143 |
| Creditor ID: 9346-01<br>BENJAMIN MURDOCH HODSON<br>PARAMOUNT TRANSPORTATION -<br>1350 GRAND AVE.<br>SAN MARCOS CA 92069 | Creditor ID: 16621-01<br>BENLYNN ENTERPRISES, INC.<br>140 N. ORANGE AVE, BUILDING A<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 7066-01<br>BENNCHE, INC.<br>1434 PATTON PLACE, SUITE 160<br>CARROLLTON TX 75007 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5177-01<br>BENNETT SUPPLY COMPANY<br>300 BUSINESS CENTER DRIVE<br>CHESWICK PA 15024 | Creditor ID: 15657-01<br>BENQ<br>2290 ENRICO FERMI DR #21<br>SAN DIEGO CA 92154 | Creditor ID: 2774-01<br>BENSON GRANITE & TILE CORP<br>6360 WOODHEAVEN BLVD<br>REGO PARK NY 11374 |
| Creditor ID: 2374-01<br>BENSON INDUSTRIES, INC<br>1650 NAITO PARKWAY SUITE 250<br>PORTLAND OR 97209 | Creditor ID: 16622-01<br>BENSON INDUSTRIES, INC.<br>34163 PACIFIC COAST HWY, #250<br>DANA POINT CA 92629 | Creditor ID: 2775-01<br>BENSONS INTERNATIONAL SYSTEMS INC.<br>777 PASSAIC AVE,  STE 324<br>CLIFTON NJ 07012 |
| Creditor ID: 5178-01<br>BENTEX GROUP, INC.<br>34 W 33RD STREET, 2ND FL<br>NEW YORK NY 10001 | Creditor ID: 24-01<br>BENTEX INC<br>6535 COLOMERA DRIVE<br>BOCA RATON FL 33433 | Creditor ID: 2776-01<br>BE-ON PRODUCE, INC.<br>729 S. MERCHANT STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 12838-01<br>BERBERIAN NUT COMPANY<br>6100 WILSON LANDING ROAD,<br>CHICO CA 95973 | Creditor ID: 15658-01<br>BERELSON EXPORT CORP.<br>180 QUINT STREET<br>SAN FRANCISCO CA 94124 | Creditor ID: 5179-01<br>BERIC-DAVIS<br>5602 ARMOUR DRIVE<br>HOUSTON TX 77020 |
| Creditor ID: 7067-01<br>BERJE INC<br>5 LAWRENCE ST<br>BLOOMFIELD NJ 07003 | Creditor ID: 8434-01<br>BERJE INC<br>700 BLAIR ROAD<br>CARTERET NJ 07008 | Creditor ID: 15659-01<br>BERKELEY FORGE & TOOL, INC<br>1331 EAST SHORE HIGHWAY<br>BERKELEY CA 94710 |
| Creditor ID: 7068-01<br>BERKSHIRE BLANKET INC<br>44 EAST MAIN ST.<br>WARE MA 01082 | Creditor ID: 12839-01<br>BERKSHIRE FASHIONS INC.<br>420 5TH AVENUE, 28TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 5180-01<br>BERLIN PACKAGING<br>525 WEST MONROE - 14TH FLOOR<br>CHICAGO IL 60661 |
| Creditor ID: 5181-01<br>BERNADETTE PHILOMENA DSOUZA<br>20626 GOLF RIDGE CIRCLE<br>LIVONIA MI 48152 | Creditor ID: 7069-01<br>BERNARD CHAUS INC.<br>530 SEVENTH AVE.<br>NEW YORK NY 10018 | Creditor ID: 4783-01<br>BERNARDAUD<br>41 MADISON AVENUE<br>NEW YORK NY 10010 |
| Creditor ID: 12840-01<br>BERNARDS, INC. - CUSTOMS DEPT.<br>5644 HORNADAY ROAD<br>GREENSBORO NC 27409 | Creditor ID: 12841-01<br>BERNET INTERNATIONAL TRADING, LLC.<br>12121 WILSHIRE BLVD., SUITE 1200<br>LOS ANGELES CA 90025 | Creditor ID: 2777-01<br>BERNETTE TEXTILE CO, LLC<br>42 WEST 39TH ST, 2ND FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 15660-01<br>BERNHARDT FURNITURE<br>P.O. BOX 740<br>LENOIR NC 28645 | Creditor ID: 2778-01<br>BERNS & KOPPSTEIN<br>17 BATTERY PLACE 21ST FLOOR<br>NEW YORK NY 10004 | Creditor ID: 12842-01<br>BERONIO LUMBER CO (INC)<br>2525 MARTIN STREET<br>SAN FRANCISCO CA 94124-1095 |
| Creditor ID: 12843-01<br>BERRY PLASTICS CORPORATION<br>101 OAKLEY ST.<br>EVANSVILLE IN 47710 | Creditor ID: 26-01<br>BERRY TRADING<br>2 PARK PLAZA, SUITE 750<br>IRVINE CA 92614 | Creditor ID: 2779-01<br>BERT'S MEGA MALL<br>1151 N. AZUSA AVE.<br>COVINA CA 91722 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16623-01<br>BESCO PRODUCTS,INC<br>P.O.BOX 2906,1250 WHIPPLE ROAD<br>UNION CITY CA 94587 | Creditor ID: 16624-01<br>BESPOKE GROUP LLC<br>1137 MICHENER WAY, SUITE 123<br>IRVING TX 75063 | Creditor ID: 27-01<br>BESPOKE VALUE PARTNERSHIPS<br>1137 MICHENER WAY, STE 123<br>IRVING TX 75063 |
| Creditor ID: 12844-01<br>BESS HOME FASHIONS NS<br>DIVISION OF NATCO HOME FASHION<br>155 BROOKSIDE AVE.<br>WEST WARWICK RI 02893 | Creditor ID: 7166-01<br>BESSE FOREST PRODUCTS,INC.<br>P.O.BOX 352<br>GLADESTONE MI 49837 | Creditor ID: 12845-01<br>BEST & TASTY INC.<br>10700 JERSEY BLVD. STE 740<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 15661-01<br>BEST AMERICAN FOODS, INC.<br>1420 COIL AVE.<br>WILMINGTON CA 90744 | Creditor ID: 7071-01<br>BEST BUY - BLOOMINGTON - DAW<br>6150 WEST 110TH STREET<br>BLOOMINGTON MN 55438 | Creditor ID: 10121-01<br>BEST BUY # 715<br>1061 AMBOY AVENUE<br>PERTH AMBOY NJ 08861 |
| Creditor ID: 15662-01<br>BEST BUY #710<br>2601 INTERNATIONALE PARKWAY<br>WOODRIDGE IL 60517 | Creditor ID: 8065-01<br>BEST BUY (ASIA PACIFIC) LIMITED<br>7601 PENN AVENUE SOUTH<br>RICHFIELD MN 55423-3645 | Creditor ID: 5182-01<br>BEST BUY CHINA<br>7601 PENN AVENUE SOUTH<br>RICHFIELD MN 55423-3645 |
| Creditor ID: 15663-01<br>BEST BUY DDC<br>9780 MOPAR DRIVE<br>STREETSBORO OH 44241 | Creditor ID: 2780-01<br>BEST BUY DDC 075<br>609 ENTERPRISE RD. BLDG#3, STE#300<br>FLOWER MOUND TX 75028 | Creditor ID: 5183-01<br>BEST BUY PRODUCE INTERNATIONAL INC.<br>2929 E 44TH ST<br>VERNON CA 90058 |
| Creditor ID: 14735-01<br>BEST BUY PURCHASING LLC<br>7601 PENN AVENUE<br>SOUTH RICHFIELD MN 55423 | Creditor ID: 7571-01<br>BEST BUYS GRAPHICS, INC<br>4830 NORTH POINT WAY<br>CUMMING GA 30041 | Creditor ID: 2781-01<br>BEST CHOICE TRADING CORP<br>146 STEWART AVENUE<br>BROOKLYN NY 11237 |
| Creditor ID: 28-01<br>BEST CUSTOMS SERVICE<br>4701 W. IMPERIAL HIGHWAY, SUITE 201<br>INGLEWOOD CA 90304 | Creditor ID: 16625-01<br>BEST EFFORTS<br>177-25 ROCKAWAY BLVD.<br>JAMAICA NY 11434 | Creditor ID: 5184-01<br>BEST EXPORT INT'L, INC<br>323 SO. 67TH STREET<br>SUGAR LAND TX 77496 |
| Creditor ID: 29-01<br>BEST FOOD, INC.<br>75 MIDVALE ROAD<br>EDISON NJ 08817 | Creditor ID: 2782-01<br>BEST FOODS EXPORT<br>700 SYLVAN AVENUE<br>ENGLEWOOD NJ 07632 | Creditor ID: 16626-01<br>BEST FOODS EXPORT<br>P.O. BOX 8000 INTERNATIONAL PLAZA<br>ENGLEWOOD CLIFFS NJ 07632 |
| Creditor ID: 12846-01<br>BEST ORIENTAL PRODUCE INC.<br>930-936 S CROCKER ST<br>LOS ANGELES CA 90021 | Creditor ID: 8436-01<br>BEST TEX INTERNATIONAL INC.<br>2079 S. ATLANTIC BLVD SUITE E<br>MONTEREY PARK CA 91754 | Creditor ID: 15664-01<br>BEST TRADING INTL CO<br>307 141ST AVE NE<br>BELLEVUE WA 98007 |
| Creditor ID: 16627-01<br>BEST USED TRACTORS<br>1540 LUCAS ROAD<br>EUREKA CA 96097 | Creditor ID: 5185-01<br>BEST USED TRACTORS LLC<br>RICK MCCLAIN 887 ARCHIE STREET<br>EUGENE OR 97402 | Creditor ID: 16628-01<br>BEST USED TRACTORS LLC - RICK MCCLAIN<br>89057 BRIDGE STREET<br>SPRINGFIELD OR 97478 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8437-01<br>BEST VALLEY WINES CONNECTICUT LLC.<br>170 FORT PATH ROAD, UNIT 20<br>MADISON CT 06443 | Creditor ID: 30-01<br>BEST WESTERN WILLOWS INN<br>475 HUMBOLDT AVE.<br>WILLOWS CA 95988 | Creditor ID: 2783-01<br>BESTCARPART<br>4030 VALLEY BLVD SUITE 101<br>WALNUT CA 91789 |
| Creditor ID: 31-01<br>BESTECH USA LTD<br>9635 HEINRICH HERTZ DR. #123<br>SAN DIEGO CA 92154 | Creditor ID: 12847-01<br>BETA/UNITEX, INC<br>17480 BAR HARBOR BUILDING A<br>POMONA CA 92336 | Creditor ID: 8438-01<br>BETTER HOME PLASTICS CORP.<br>439 COMMERCIAL AVE.<br>PALISADES PARK NJ 07650 |
| Creditor ID: 5186-01<br>BETTER SLEEP INC.<br>100 READINGTON ROAD SUITE 2<br>BRANCHBURG NJ 08876 | Creditor ID: 32-01<br>BEUMER CORP.<br>191 CHAMBERS BROOK ROAD<br>BRANCHBURG NJ 08776 | Creditor ID: 12848-01<br>BEVERAGE AIR<br>700 BUFFINGTON ROAD<br>SPARTANBURG SC 29316 |
| Creditor ID: 33-01<br>BEVERAGE GROUP INTERNATIONAL LLC<br>120 N MAIN ST STE 502<br>NEW CITY NY 10956 | Creditor ID: 34-01<br>BEVERAGES, FOODS & SERVICES INDUSTRIES, INC.<br>555 W. MONROE, SUITE 8-09<br>CHICAGO IL 60661 | Creditor ID: 35-01<br>BEVERLY COAT HANGER CO., INC<br>35 INGOLD ROAD<br>BURLINGAME CA 94010 |
| Creditor ID: 7572-01<br>BEYOND GLOBAL RESOURCES, INC.<br>18235 VALLEY BLVD. UNIT B<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 12849-01<br>BF INTERNATIONAL, INC.<br>3080 NORTHFIELD PLACE<br>ROSWELL GA 30076 | Creditor ID: 36-01<br>BGLI INC.<br>125 S. WACKER DRIVE #1150<br>CHICAGO IL 60606 |
| Creditor ID: 15665-01<br>BGLI. INC.<br>125 S. WACKER DR. SUITE 1150<br>CHICAGO IL 60606 | Creditor ID: 5187-01<br>BGW INC<br>753 E FRANCIS ST<br>ONTARIO CA 91761 | Creditor ID: 7573-01<br>BH NORTH AMERICA CORPORATION<br>20155 ELLIPSE<br>FOOTHILL RANCH CA 92610 |
| Creditor ID: 8439-01<br>BHAVANI FRUITS AND VEGETABLES LLC<br>133 HALECK AVENUE<br>JERSEY CITY NJ 07306 | Creditor ID: 18353-01<br>BHK NUT CORPORATION<br>40897 ROAD 120<br>OROSI CA 93647 | Creditor ID: 15666-01<br>BI NUTRACEUTICALS<br>20710 SOUTH ALAMEDA<br>LONG BEACH CA 90810 |
| Creditor ID: 16629-01<br>BIAGRO WESTERN SALES, INC.<br>35810 ROAD 132<br>VISALIA CA 93292 | Creditor ID: 15667-01<br>BIANILDE DE LIMA RICARTE<br>300 N.W. 16TH STREET - PO BOX 566<br>FRUITLAND ID 83619 | Creditor ID: 37-01<br>BIAXIS PACKAGING SALES INC.<br>1051 PERIMETER DRIVE  (SUITE 810)<br>SCHAUMBURG IL 60173 |
| Creditor ID: 8508-01<br>BIAXIS PACKAGING SALES, INC<br>2340 S. ARLINGTON HEIGHTS RD.<br>ARLINGTON HEIGHTS IL 60005 | Creditor ID: 8509-01<br>BIC SPORT NORTH AMERICA, INC.<br>2380 CRANBERRY HIGHWAY<br>WEST WAREHAM MA 02576 | Creditor ID: 14736-01<br>BICYCLE SHIPPER ASSOC<br>/SPORTING GOODS SHIPPER ASSOC<br>3250 SPANISH SPRINGS COURT<br>SPARKS NV 89434 |
| Creditor ID: 5188-01<br>BICYCLE SHIPPER ASSOC/SPORTING GOODS<br>3250 SPANISH SPRINGS COURT<br>SHIPPER ASSOC FOR ICON<br>HEALTH & FITNESS<br>RENO NV 89434 | Creditor ID: 12850-01<br>BIDDLE SAWYER CORPORATION<br>505 8TH AVENUE, SUITE 1500<br>NEW YORK NY 10018 | Creditor ID: 2784-01<br>BIEDERLACK OF AMERICA DISTRIBUTION CENTER<br>975 KELLY RD. SUITE A<br>CUMBERLAND MD 21502 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5189-01<br>BIG BOB'S CARPET OUTLET<br>712 CEDAR STREET<br>NEWINGTON CT 06111 | Creditor ID: 15668-01<br>BIG BRIGHT GROUP CORP<br>146 WEST 29TH STREET<br>NEW YORK NY 10001 | Creditor ID: 7574-01<br>BIG LOTS INC, CSC DISTRIBUTION INC<br>2855 SELMA HWY<br>MONTGOMERY AL 36108 |
| Creditor ID: 7575-01<br>BIG LOTS STORES INC.<br>WISCONSIN TOY<br>DC# 964 5303 FISHER ROAD<br>COLUMBUS OH 43228 | Creditor ID: 8510-01<br>BIG LOTS STORES, INC<br>TREMONT DC# 874,<br>50 RAUSCH CREEK ROAD<br>TREMONT PA 17981 | Creditor ID: 5190-01<br>BIG LOTS STORES, INC<br>COLUMBUS DC #890 500 PHILLIPI ROAD<br>COLUMBUS OH 43228 |
| Creditor ID: 7576-01<br>BIG LOTS STORES, INC.<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 | Creditor ID: 16630-01<br>BIG LOTS STORES, INC. (DC#872)<br>550 PHILLIPI RD.<br>COLUMBUS OH 43228 | Creditor ID: 38-01<br>BIG LOTS STORES, INC. (DURANT, OK)<br>BIG LOTS STORES INC.,<br>DC# 879 DURANT, DC LLC<br>2306 ENTERPRISE BLVD<br>DURANT OK 74701 |
| Creditor ID: 14843-01<br>BIG LOTS STORES, INC. (REDLANDS, CA)<br>BIG LOTS STORES, INC., DC# 893<br>1901 CALIFORNIA STREET<br>REDLANDS CA 92373 | Creditor ID: 12555-01<br>BIG ROC TOOL INC.<br>713 W. DUARTE ROAD, SUITE G #553<br>ARCADIA CA 91007 | Creditor ID: 15669-01<br>BIG ROC TOOLS INC<br>975 W. 8TH ST.<br>AZUSA CA 91702 |
| Creditor ID: 5191-01<br>BIG SAVE INT'L<br>3075 S. SANTA FE AVE.<br>LOS ANGELES CA 90058 | Creditor ID: 12851-01<br>BIG TIME TOYS, LLC<br>2823 DOGWOOD PLACE<br>NASHVILLE TN 37204 | Creditor ID: 12852-01<br>BIG TREE FURNITURE<br>500 NEW HOLLAND AVE.<br>LANCASTER PA 17603 |
| Creditor ID: 2785-01<br>BIJOUX INTERNATIONAL, INC.<br>1280 JERSEY AVE.<br>NORTH BRUNSWICK NJ 08902 | Creditor ID: 12853-01<br>BIJOUX INT'L<br>34 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 2786-01<br>BILL WILLIAMS TIRE CENTER WHOLESALES<br>1500 S. RANKIN HWY<br>MIDLAND TX 79701 |
| Creditor ID: 8511-01<br>BILL'S IMPORTED FOODS<br>721 WEST LAKE STREET<br>MINNEAPOLIS MN 55408 | Creditor ID: 12854-01<br>BINDA USA LLC.<br>18851 NE 29 AVENUE, SUITE 1000<br>AVENTURA FL 33180 | Creditor ID: 7577-01<br>BINDING BRAUEREI USA INC.<br>194 MAIN STREET<br>NORWALK CT 06851 |
| Creditor ID: 12855-01<br>BINH AN SEAFOOD USA, INC.<br>300 N. ALPINE DRIVE<br>BEVERLY HILLS CA 90210 | Creditor ID: 5192-01<br>BIO AMERICA INC<br>200 GATES ROAD, UNIT D<br>LITTLE FERRY NJ 07643 | Creditor ID: 8512-01<br>BIO ENERGY SOLUTIONS<br>515 66TH AVE NE<br>TACOMA WA 98422 |
| Creditor ID: 2787-01<br>BIOCAPS ENTERPRISE, INC.<br>9698 TELSTAR AVENUE, SUITE #309<br>EL MONTE CA 91731 | Creditor ID: 7578-01<br>BIOMED RESOURCE INC<br>19750 A MAGELLAN DR<br>TORRANCE CA 90502 | Creditor ID: 5193-01<br>BIONEER, INC.<br>1000 ATLANTIC AVENUE,<br>ALAMEDA CA 94501 |
| Creditor ID: 39-01<br>BIONEW USA CORPORATION<br>3600 SWIFTWATER PARK DRIVE<br>SUWANEE GA 30024 | Creditor ID: 5194-01<br>BIO-RAD LABORATORIES<br>3110 REGATTA BLVD.<br>RICHMOND CA 94804 | Creditor ID: 10122-01<br>BIORIGINAL FOOD & SCIENCE CORP.<br>2011 E. CARSON STREET<br>CARSON CA 90745 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 2788-01
BIO-TEE USA, INC
1660 "R" STREET
GE NE 68361

Creditor ID: 2789-01
BIOWORLD MERCHANDISING
2111 W WALNUT HILL LN
IRVING TX 75038

Creditor ID: 15670-01
BIRCHWOOD FOODS
6009 GOSHEN SPRINGS ROAD
NORCROSS GA 30071

Creditor ID: 12856-01
BIRDSONG PEANUT CORP.
612 MADISON AVE.
SUFFOLK VA 23434

Creditor ID: 8513-01
BIRDSONG PEANUTS (GA)
PO BOX 650
BLAKELY GA 39823

Creditor ID: 8514-01
BIRDSONG PEANUTS (VA)
512 MADISON AVE.
SUFFOLK VA 23434

Creditor ID: 16631-01
BIRTLEY INDUSTRIAL EQUIPMENT CORPORATION
2333 INNOVATION DRIVE
LEXINGTON KY 40511

Creditor ID: 19009-97
BISCAYNE BAY PILOTS
2911 PORT BOULEVARD
MIAMI FL 33132

Creditor ID: 7579-01
BISCO ENTERPRISE
305 FAIRBANK ST.
ADDISON IL 60101

Creditor ID: 7580-01
BISCO TROPICAL
485 PLEASANT HILL ROAD
LILBURN GA 30047

Creditor ID: 12858-01
BISSELL HOMECARE INC.
MADISON WAREHOUSE
4100 ROCK CREEK BLVD
JOLIET IL 60431

Creditor ID: 12857-01
BISSELL HOMECARE INC.
18215 E. ROWLAND
CITY OF INDUSTRY CA 91748

Creditor ID: 2375-01
BISSELL HOMECARE, INC.
5351 SAMUELL BLVD
MESQUITE TX 75149

Creditor ID: 5195-01
BISSELL HOMECARE, INC.
20200 IRA MORGAN DRIVE
ELWOOD IL 60421

Creditor ID: 8515-01
BISSELL HOMECARE, INC.
2345 WALKER AVENUE NW
GRAND RAPIDS MI 49544

Creditor ID: 16632-01
BISSELL HOMECARE, INC.
181 S. LARCH STREET
RIALTO CA 92376

Creditor ID: 7581-01
BITAR INTERNATIONAL INC.
242 WEST LARCH ROAD, #B
TRACY CA 95304

Creditor ID: 16633-01
BITCO
2647 S. STARLAKE ROAD
FEDERAL WAY WA 98003

Creditor ID: 2790-01
BITZER US INC
4079 CHAMBLEE ROAD
OAKWOOD GA 30566

Creditor ID: 15671-01
BIZLINK TECHNOLOGY
44911 INDUSTRIAL DRIVE
FREMONT CA 94538

Creditor ID: 15672-01
BJ'S DISTRIBUTION CENTER
800 32 FORGE PARK
FRANKLIN MA 02038

Creditor ID: 12859-01
BJ'S WHOLESALE CLUB, INC.
25 RESEARCH DRIVE P.O. BOX 5230
WESTBOROUGH MA 01581

Creditor ID: 16634-01
BK HOME
212 PENDLETON STREET
HIGH POINT NC 27261

Creditor ID: 8516-01
BKL TRADING
213 WEST 35TH STREET, SUITE 503
NEW YORK NY 10001

Creditor ID: 2791-01
B-L EXPORT
8420 ELDER CREEK ROAD
SACRAMENTO CA 95829

Creditor ID: 7167-01
BLACK & DECKER (US) INC
15750 JURUPA AVENUE
FONTANA CA 92337

Creditor ID: 7582-01
BLACK & DECKER (US) INC
1590 TAMARIND STREET
RIALTO CA 92376

Creditor ID: 5196-01
BLACK & DECKER (US) INC
4041 PLEASANT ROAD
FORT MILL SC 29708

Creditor ID: 16635-01
BLACK & DECKER ACCESSORIES DIVISION
4031 PLEASANT ROAD
FORT MILL SC 29708

Creditor ID: 8517-01
BLACK & DECKER CORP
1590 TAMARIND STREET
RIALTO CA 92376

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7583-01
BLACK & DECKER MACAO COMMERCIAL OFFSHORE LTD.
19701 DA VINCI
LAKE FOREST CA 92610

Creditor ID: 12860-01
BLACK DIAMOND SLATE, LLC
2600 LOUISVILLE RD
SAVANNAH GA 31415

Creditor ID: 15673-01
BLACK DOG AND LEVENTHAL
151 WEST 19TH ST 12TH FLOOR
NEW YORK NY 10011

Creditor ID: 8518-01
BLACK GOLD PUMP & SUPPLY, INC
2459 LEWIS AVE
SIGNAL HILL CA 90755

Creditor ID: 10123-01
BLACK TAI SALT CO
12701 VAN NUYS BLVD. WHSE N
PACOIMA CA 91010

Creditor ID: 16636-01
BLACKHAWK LEATHER
P.O. BOX 04516
MILWAUKEE WI 53204-0516

Creditor ID: 5197-01
BLACKHAWK LOGISTICS,LLC
5801 NORTH RHETT AVE
HANAHAN SC 29406

Creditor ID: 15674-01
BLACKPOWDER PRODUCTS INC.
1685 BOGGS ROAD, SUITE 300
DULUTH GA 30096

Creditor ID: 16637-01
BLACKSTONE OTR
6955 SPEEDWAY BLVD. SUITE 103/104
LAS VEGAS NV 89115

Creditor ID: 16638-01
BLACKWOOD INDUSTRIES
1001 N. LAKE DESTINY ROAD
MAITLAND FL 32751

Creditor ID: 5198-01
BLACKWOOD INDUSTRIES, INC.
809 S.E. 28TH STREET
BENTONVILLE AR 72712

Creditor ID: 7584-01
BLADEZ, CORPORATION
20155 ELLIPSE
FOOTHILL RANCH CA 92610

Creditor ID: 2792-01
BLAIN SUPPLY COMPANY
3507 EAST RACINE STREET
JANESVILLE WI 53546

Creditor ID: 8519-01
BLANEY HARDWOODS OF OHIO, INC.
10435 STATE ROUTE 339
BARLOW OH 45712

Creditor ID: 5199-01
BLANK TEXTILES INC
2 BRIDGE ST. SUITE 220
IRVINGTON NY 10533

Creditor ID: 5200-01
BLASER & WOLTHERS SPECIALTY COFFEE TRADING CO
PLANTATION EXECUTIVE SQUARE
7501 N.W. FOURTH STREET SUITE 201
PLANTATION FL 33317

Creditor ID: 2376-01
BLASER TRADING USA INC
PLANTATION EXECUTIVE SQUARE
7501 N.W. FOURTH STREET SUITE 201
PLANTATION FL 33317

Creditor ID: 15675-01
BLENNERHASSETT WAREHOUSE
RTE. 892,
WASHINGTON WV 26181

Creditor ID: 15676-01
BLESSING UNLIMITED
21154 HWY 16 EAST
SILOAM SPRINGS AR 72761

Creditor ID: 5201-01
BLM GROUP USA CORPORATION
29380 BECK ROAD
WIXOM MI 48393

Creditor ID: 8520-01
BLOCK & CO., INC
1111 S. WHEELING RD.
WHEELING IL 60090-5763

Creditor ID: 12861-01
BLOCK CORP.
3406 WESTMAIN STREET
TUPELO MS 38801

Creditor ID: 8521-01
BLOMMER CHOCOLATE CO
1101 BLOMMER DR
EAST GREENVILLE PA 18041-2140

Creditor ID: 4784-01
BLOOM BROTHERS
19850 NORDOFF PLACE
CHATTSWORTH CA 91311

Creditor ID: 16639-01
BLOOM GLOBAL CORPORATION
1219 S. 40TH AVENUE
YAKIMA WA 98908

Creditor ID: 12862-01
BLOOM INTERNATIONAL RELOCATION
1250 VAN DYKE AVE.,
SAN FRANCISCO CA 94124

Creditor ID: 5202-01
BLOOMAKER INC
566 KINDIG ROAD
WAYNESBORO VA 22980

Creditor ID: 8522-01
BLOOMINGTON TRADING INC.
16928 E. KIRK VIEW DRIVE
HACIENDA HEIGHTS CA 91748

Creditor ID: 12863-01
BLOOMSBURY PUBLISHING INC.
1385 BROADWAY 5TH FLOOR
NEW YORK NY 10018

Creditor ID: 12864-01
BLOUNT INC.
4909 SE INTERNATIONAL WAY
MILWAULKIE OR 97222

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2793-01<br>BLUE ANCHOR LINE<br>10 EXCHANGE PLACE  19TH FLOOR<br>JERSEY CITY NJ 07302 | Creditor ID: 12865-01<br>BLUE DIAMOND GROWERS<br>1802 C STREET<br>SACRAMENTO CA 95812 | Creditor ID: 16640-01<br>BLUE EAGLE CONSOLIDATION SERVICES<br>621 W SAPIN ST<br>SONOMA CA 95476 |
| Creditor ID: 5203-01<br>BLUE EAGLE CONSOLIDATION SERVICES<br>1600 ST GEORGES AVE STE 301<br>RAHWAY NJ 07065 | Creditor ID: 8523-01<br>BLUE GLOBAL ENTERPRISES, INC.<br>2125 CENTER AVE. SUITE 205A<br>FORT LEE NJ 07024 | Creditor ID: 8524-01<br>BLUE HERON PAPER COMPANY<br>419 MAIN STREET<br>OREGON CITY OR 97045 |
| Creditor ID: 7585-01<br>BLUE HORIZON<br>8161 33RD AVENUE SOUTH, SUITE 1601<br>BLOOMINGTON MN 55425 | Creditor ID: 8525-01<br>BLUE HORIZON INC.<br>851 BURLWAY ROAD, SUITE 416<br>BURLINGAME CA 94010 | Creditor ID: 18354-01<br>BLUE MARBLE BRANDS, LLC.<br>313 IRON HORSE WAY<br>PROVIDENCE RI 02908 |
| Creditor ID: 16641-01<br>BLUE MARINE INC.<br>1737 ADDISON WAY, SUITE A<br>HAYWARD CA 94544 | Creditor ID: 16642-01<br>BLUE MOUNTAIN HAY<br>85166 TELEPHONE POLE RD.<br>MILTON-FREEWATER OR 97862 | Creditor ID: 12866-01<br>BLUE OCEAN RUBBER & CHEMICALS, INC.<br>3322 IVY MILL LANE<br>MISSOURI CITY TX 77459 |
| Creditor ID: 7586-01<br>BLUE OCEAN TRADERS<br>1455 SOUTH 7TH STREET<br>LOUISVILLE KY 40208 | Creditor ID: 2794-01<br>BLUE PLANET FOODS. LTD<br>2409 RIVER WOODS DRIVE<br>NAPERVILLE IL 60565 | Creditor ID: 40-01<br>BLUE RIDGE CARPET<br>POST OFFIC BOX 507<br>ELLIJAY GA 30105 |
| Creditor ID: 7587-01<br>BLUE RIDGE HOME FASHIONS INC.<br>15761 TAPIA STREET<br>BALDWIN PARK CA 91706 | Creditor ID: 5204-01<br>BLUE RIDGE INTERNATIONAL PRODUCTS CO.<br>P.O.BOX 989 225 BLUE RIDGE PARKWAY<br>FREEPORT FL 32439 | Creditor ID: 15677-01<br>BLUE RIDGE LUMBER INC.<br>P.O. BOX 89 RT. 642<br>FISHERVILLE VA 22939 |
| Creditor ID: 8526-01<br>BLUE RIDGE SOUND LLC<br>312 SHORE DRIVE<br>MORGANTON NC 28655 | Creditor ID: 2795-01<br>BLUE RIVER WOOD PRODUCTS.<br>5170 WEST STATE ROAD 56<br>SALEM IN 47167 | Creditor ID: 5205-01<br>BLUE SEA PRODUCTS LLC<br>231 ELM STREET<br>PERTH AMBOY NJ 08862 |
| Creditor ID: 5206-01<br>BLUE SHINE (USA) INC.<br>3021 PIETRO DR,<br>HAOLENDA HEIGHTS CA 91754 | Creditor ID: 7588-01<br>BLUE SKY INTERNATIONAL, INC.<br>3255 SO. ABERDEEN ST. 1ST FL.<br>CHICAGO IL 60608 | Creditor ID: 16643-01<br>BLUE SKY SALES, INC.<br>5100 CALIFORNIA AVE SUITE 208<br>BAKERSFIELD CA 93309 |
| Creditor ID: 2796-01<br>BLUE SKY TRADING,INC.<br>1556 61ST STREET<br>BROOKLYN NY 11219 | Creditor ID: 5207-01<br>BLUE STAR EQUITIES<br>223 - 30  119 STREET<br>PO BOX 564271<br>COLLEGE POINT NY 11356 | Creditor ID: 16644-01<br>BLUE STAR IMPORTS L.P.<br>77 HOT METAL STREET<br>PITTSBURGH PA 15203 |
| Creditor ID: 16645-01<br>BLUE STEEL LLC<br>ROUTE 73 AND 10 MORRIS AVENUE<br>MAPLE SHADE NJ 08052 | Creditor ID: 8527-01<br>BLUE STREAK TRADING<br>1144 EAST MARKET STREET<br>AKRON OH 44316 | Creditor ID: 2797-01<br>BLUE TRADING, LLC<br>9272 NW 101ST ST.<br>MIAMI FL 33178 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15678-01<br>BLUE TRIANGLE HARDWOODS, INC.<br>567 N. CHARLOTTE AVENUE<br>WAYNESBORO VA 22980 | Creditor ID: 16646-01<br>BLUE VENTURE<br>761 ROUTE 33 SUITE 306<br>EAST WINDSOR NJ 08520 | Creditor ID: 8528-01<br>BLUEGRASS FARMS OF OHIO, INC<br>9768 MILL-JEFF RD<br>JEFFERSONVILLE OH 43128 |
| Creditor ID: 15679-01<br>BLUELINE EXPORT IMPORT INC<br>3425 COLLINS AVENUE<br>MIAMI BEACH FL 33140 | Creditor ID: 42-01<br>BLUELINX CORPORATION<br>4300 WILDWOOD PKWY<br>ATLANTA GA 30339 | Creditor ID: 41-01<br>BLUELINX CORPORATION<br>1712 E D ST<br>BUTNER NC 27509-2543 |
| Creditor ID: 2377-01<br>BLUESTEEL SERVICES LLC<br>ONE CENTERPOINTE DRIVE SUITE 510<br>LAKE OSWEGO OR 97035 | Creditor ID: 16647-01<br>BLUESTONE WOOD PRODUCTS<br>85 GOLF COURSE ROAD<br>DEPOSIT NY 13754 | Creditor ID: 15680-01<br>BLUESTONE WOOD PRODUCTS<br>P.O.BOX 112,<br>DEPOSIT NY 13754 |
| Creditor ID: 15681-01<br>BLYTH, INC.<br>999 EAST TOUHY AVENUE, SUITE 500<br>DES PLAINES IL 60018 | Creditor ID: 7589-01<br>BM MERCHANDISING<br>16 CRAGWOOD RD<br>AVENEL NJ 07001-2203 | Creditor ID: 2798-01<br>BMB METALS LLC<br>7300 BISCAYNE BLVD. STE. 200<br>MIAMI FL 33138 |
| Creditor ID: 12867-01<br>BMPAN TRADING INC.<br>7713 FORT HAMILTON PARKWAY<br>BROOKLYN NY 11228 | Creditor ID: 12868-01<br>BMR GLOBAL CORPORATION<br>593 OVER PAR CT<br>LAS VEGAS NV 89148 | Creditor ID: 43-01<br>BMT COMMODITY CORP<br>530 FIFTH AVENUE -24 TH FLOOR<br>NEW YORK NY 10036 |
| Creditor ID: 7590-01<br>BMW MANUFACTURING, LLC<br>8249 N. HAGGERTY ROAD<br>CANTON MI 48187 | Creditor ID: 2799-01<br>BN EXPO USA INC<br>8720 SOUTH TACOMA WAY<br>LAKEWOOD WA 98499 | Creditor ID: 2800-01<br>BNSF LOGISTICS<br>612 E, DALLAS ROAD, STE400<br>GRAPEVINE TX 76051 |
| Creditor ID: 19010-97<br>BNSF RAILROAD<br>PO BOX 101298<br>ATLANTA GA 30392-1298 | Creditor ID: 19012-97<br>BNSF RAILWAY COMPANY<br>C/O HAYNES & BOONE LLP<br>ATTN GEOFFREY RAICHT, TREVOR HOFFMAN<br>30 ROCKEFELLER PLAZA, 26TH FL<br>NEW YORK NY 10112 | Creditor ID: 19011-97<br>BNSF RAILWAY COMPANY<br>C/O ALAN R ACKERMAN<br>1719 RTE 10 EAST, STE 106<br>PARSIPPANY NJ 07054 |
| Creditor ID: 10124-01<br>BO COMPANY<br>4909 RUBIO AVE.<br>ENCINO CA 91436 | Creditor ID: 8529-01<br>BO CONCEPT<br>180 PULASKI RD<br>BAYONNE NJ 07002 | Creditor ID: 8530-01<br>BO LONG INTERNATIONAL TRADING, INC.<br>7322 SOUTHWEST FREEWAY, SUITE 1100<br>HOUSTON TX 77074 |
| Creditor ID: 12869-01<br>BO SAN INTERNATIONAL TRADING INC.<br>239-43 52ND STREET<br>BROOKLYN NY 11220 | Creditor ID: 12972-01<br>BOB BARKER CO., INC.<br>7925 PURFOY ROAD<br>FUQUAY-VARINA NC 27526 | Creditor ID: 7591-01<br>BOB BARKER CO., INC.<br>475 SOUTH DEPOT DRIVE<br>OGDEN UT 84404 |
| Creditor ID: 9347-01<br>BOB BARKER CO.,INC.<br>134 N. MAIN STREET<br>FUQUAY-VARINA NC 27526 | Creditor ID: 8531-01<br>BOB BARKER COMPANY, INC.<br>201 N URUAPAN WAY<br>DINUBA CA 93618 | Creditor ID: 5208-01<br>BOB TRAILERS INC<br>5475 GAGE ST.,<br>BOISE ID 83706 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 12973-01
BOB WEBER, INC.
23850 COMMERCE PARK ROAD
CLEVELAND OH 44122

Creditor ID: 2801-01
BOBROW DISTRIBUTING CORP
HALFMOON LIGHT INDUSTRIAL PARK
8 BADERTSCHER DRIVE
CLIFTON PARK NY 12065

Creditor ID: 7592-01
BOB'S DISCOUNT FURNITURE
72 JEWETT CITY RD
TAFTVILLE CT 06380-1246

Creditor ID: 16648-01
BOB'S DISCOUNT FURNITURE
428 TOLLAND TURNPIKE
MANCHESTER CT 06042

Creditor ID: 2802-01
BOB'S DISCOUNT FURNITURE
(DISTRIBUTION CNTR #2)
511 CHELSEA RD
PERRYMAN MD 21130

Creditor ID: 44-01
BOBST GROUP INC. - BOBST DIVISION
146 HARRISON AVENUE,
ROSELAND NJ 07068

Creditor ID: 7593-01
BOC GASES DIVISION OF THE BOC GROUP INC.
575 MOUNTAIN AVE
MURRAY HILL NJ 07974

Creditor ID: 15682-01
BOCFIELD INC.
20034 ESQUILINE AVE.
WALNUT CA 91789

Creditor ID: 2804-01
BODEK KOSHER PRODUCE
1294 EAST 8TH ST.
BROOKLYN NY 11434

Creditor ID: 16649-01
BODHI VEGETARIAN SUPPLY INC
8450 VALLEY BLVD, NO.106
ROSEMEAD CA 91770

Creditor ID: 16650-01
BODY SOLID INCORPORATED
1900 S. DES PLAINES AVENUE
FOREST PARK IL 60130

Creditor ID: 9348-01
BOEING COMMERCIAL AIRPLANE
5400 INTERNATIONAL BLVD NORTH
CHARLESTON SC 29418

Creditor ID: 15683-01
BOEING COMPANY
P.O. BOX 3707 MC 3U-92
SEATTLE WA 98124-2207

Creditor ID: 2805-01
BOGOPA ENTERPRISES INC
650 FOUNTAIN AVE
BROOKLYN NY 11208

Creditor ID: 8532-01
BOHLER UDDEHOLM SPECIALTY METALS
2306 EASTOVER DRIVE
SOUTH BOSTON VA 24592

Creditor ID: 8533-01
BOHLER WELDING GROUP USA, INC.
10401 GREENBOUGH DRIVE
STAFFORD TX 77477

Creditor ID: 5210-01
BOHMANS HARDWOOD,INC
PO BOX 1201
PROSPECT KY 40059

Creditor ID: 15684-01
BOILARDS
30 ROBINWOOD DR.
CLIFTON PARK NY 12065

Creditor ID: 7595-01
BOIN ANIMAL FEED CO., INC.
532 LEAGUE AVE.,
LA PUENTE CA 91744

Creditor ID: 7594-01
BOIN ANIMAL FEED CO., INC.
5813 GEARY BLVD, #108
SAN FRANCISCO CA 94121

Creditor ID: 15685-01
BOISE BUILDING SOLUTIONS DISTRIBUTION, LLC.
1111 WEST JEFFERSON ST
BOISE ID 83728

Creditor ID: 5211-01
BOISE CASCADE CORP.
1111 WEST JEFFERSON STREET
BOISE ID 83728-0001

Creditor ID: 45-01
BOISE CASCADE WESTFIELD
75 UNON STREET
WESTFIELD MA 01085

Creditor ID: 8534-01
BOISE INC.
1111 WEST JEFFERSON ST
BOISE ID 83728

Creditor ID: 2806-01
BOISE WHITE PAPER, LLC.
1111 WEST JEFFERSON ST
BOISE ID 83728

Creditor ID: 7168-01
BOKUSOU TRADING INC
2550 HUNGRY JUNCTION ROAD
ELLENSBURG WA 98926

Creditor ID: 16651-01
BOLAN TRADING COMPANY LLC
99 MOUNT BETHER ROAD SUITE 2D
WARREN NJ 07059

Creditor ID: 16652-01
BOLCOF PLASTIC MATERIALS
930 W. 10TH ST.
AZUSA CA 91702

Creditor ID: 15686-01
BOLCOF PORT POLYMERS
15345 FAIRFIELD RANCH RD STE 140
CHINO HILLS CA 91709

Creditor ID: 16653-01
BOLDERMAN EQUIPMENT SALES
212 JEWETT ROAD
UPPER NYACK NY 10960

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12975-01<br>BOLIER & COMPANY, LLC<br>2009 FULTON PLACE<br>HIGH POINT NC 27263 | Creditor ID: 46-01<br>BOLLINGER INDUSTRIES<br>602 FOUNTAIN PKWY<br>GRAND PRAIRIE TX 75050 | Creditor ID: 8535-01<br>BOLTARON PERFORMANCE PRODUCTS, LLC.<br>1 GENERAL STREET<br>NEWCOMERSTOWN OH 43832 |
| Creditor ID: 17020-01<br>BOLYVE LLC<br>3 CHESTERFIELD WAY<br>SAYREVILLE NJ 08872 | Creditor ID: 5212-01<br>BOLZONI AURAMO INC.<br>17635 HOFFMAN WAY<br>HOMEWOOD IL 60430 | Creditor ID: 17021-01<br>BOMAG SCAFFOLD<br>403 W STOCKER ST<br>ANGOLA IN 46703 |
| Creditor ID: 8536-01<br>BOMATIC INC<br>1841 EAST ACACIA STREET<br>ONTARIO CA 91761 | Creditor ID: 47-01<br>BOMBARD ELECTRIC, LLC<br>3570 WEST POST ROAD<br>LAS VEGAS NV 89118 | Creditor ID: 7596-01<br>BON FIBRE LIMITED<br>102 HIGHMOUNT DRIVE<br>GREER SC 29651 |
| Creditor ID: 2807-01<br>BON MARCHE<br>1601 4TH STREET<br>HARVEY LA 70058 | Creditor ID: 7597-01<br>BONA TEXTILE LLC<br>240 S GARFIELD AVE STE#303<br>ALHAMBRA CA 91801 | Creditor ID: 5213-01<br>BON-AIRE INDUSTRIES INC.<br>873 CITATION COURT<br>BOISE ID 83716 |
| Creditor ID: 2808-01<br>BONANZA IMPORT GROUP<br>14931 GWEEN CHRIS CT<br>PARAMOUNT CA 90723 | Creditor ID: 5214-01<br>BOND MANUFACTURING COMPANY<br>1700 W.4TH STREET<br>ANTIOCH CA 94509 | Creditor ID: 49-01<br>BONDED AND CONTAINER SOLUTIONS INC. (BCS)<br>14602 ARCHER ROAD<br>LAREDO TX 78045 |
| Creditor ID: 5215-01<br>BONDED BROKERAGE AND FREIGHT INTL LLC<br>8020 SAN LORENZO<br>LAREDO TX 78045 | Creditor ID: 50-01<br>BONDIOLI & PAVESI INC<br>10252 SYCAMORE DRIVE<br>ASHLAND VA 23005 | Creditor ID: 15687-01<br>BONDO CORPORATION<br>3700 ATLANTA INDUSTRIAL PARKWAY, NW<br>ATLANTA GA 30331 |
| Creditor ID: 5216-01<br>BONDSFOREVER INC.<br>2317-2325 DE LA CRUZ BLVD.,<br>SANTA CLARA CA 95050 | Creditor ID: 7598-01<br>BONDTEX, INC<br>1650 DUNCAN - REIDVILLE ROAD<br>DUNCAN SC 29334 | Creditor ID: 4785-01<br>BONG HWA USA INC<br>141 LANZA AVE STE 16A<br>GARFIELD NJ 07026 |
| Creditor ID: 15688-01<br>BONIPAK PRODUCE<br>1850 W. STOWELL ROAD<br>SANTA MARIA CA 93458-9719 | Creditor ID: 8537-01<br>BONO INTERNATIONAL ENTERPRISES CO.<br>11424 186TH ST.<br>ARTESIA CA 90630 | Creditor ID: 17022-01<br>BONOMI USA INC.<br>128 RENTAL COURT<br>ROCK HILL NC 29732 |
| Creditor ID: 2809-01<br>BONTEX - GEORGIA BONDED FIBERS<br>1 BONTEX DR.<br>BUENA VISTA VA 24416 | Creditor ID: 5217-01<br>BONTOUX INC.<br>21 PROGRESS STREET<br>EDISON NJ 08820 | Creditor ID: 7599-01<br>BONUS INC.<br>10206 NE 156TH PLACE<br>BOTHELL WA 98011 |
| Creditor ID: 51-01<br>BOOK EXPRESS NETWORK CO.<br>881 SNEATH LANE, SUITE 111<br>SAN BRUNO CA 94066 | Creditor ID: 5218-01<br>BOOKING MAGAZINE WORLD<br>P O BOX 80104<br>PORTLAND OR 97280 | Creditor ID: 17024-01<br>BOOKS OF LOVE INC<br>4 PAGE ROAD<br>DAVENPORT FL 33837 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14737-01<br>BORAK INTERNATIONAL<br>16135 RIMSTONE LANE<br>SAN DIEGO CA 92127 | Creditor ID: 2810-01<br>BORAM FISHERIES INC<br>1817 1/2 FREMONT AVE.<br>SOUTH PASADENA CA 91030 | Creditor ID: 5219-01<br>BORDEAUX FINE & RARE<br>3216 WELLINGTON COURT SUITE 105<br>RALEIGH NC 27615 |
| Creditor ID: 17025-01<br>BORDER ASSEMBLY INC.<br>1605 PACIFIC RIM COURT, STE D<br>SAN DIEGO CA 92154 | Creditor ID: 5220-01<br>BORDER CONCEPTS, INC.<br>10450 PARK ROAD<br>CHARLOTTE NC 28247 | Creditor ID: 15689-01<br>BORDER VALLEY TRADING<br>604 MEAD ROAD<br>BRAWLEY CA 92227 |
| Creditor ID: 7600-01<br>BORDERWORX LOGISTICS INC.<br>369 LANG BLVD.<br>GRAND ISLAND NY 14072 | Creditor ID: 15789-01<br>BORGERS USA CORP.<br>17490 BROOKWOOD PARKWAY<br>VANCE AL 35490 | Creditor ID: 8538-01<br>BORGES DISTRIBUTORS INC<br>14945 NW 25TH COURT<br>OPA LOCKA FL 33054 |
| Creditor ID: 4786-01<br>BORGES NATIONAL CORPORATION<br>100 PHILIPS PARKWAY<br>MONTVALE NJ 07645 | Creditor ID: 8539-01<br>BORGES USA-STAR FINE FOODS<br>4652 EAST DATE AVENUE<br>FRESNO CA 93725 | Creditor ID: 8540-01<br>BORGWARNER TURBO SYSTEMS<br>49 DONKLE ROAD<br>GREENVILLE SC 29609 |
| Creditor ID: 17026-01<br>BORMIOLI ROCCO GLASS<br>1185 AVE. OF THE AMERICAS 17TH FL.<br>NEW YORK NY 10036 | Creditor ID: 7601-01<br>BORSERINI INDUSTRIAL TRADING<br>401 NORTH TRYON STREET, FLOOR 10<br>CHARLOTTE NC 28202 | Creditor ID: 52-01<br>BORTON & SONS<br>2550 BORTON ROAD<br>YAKIMA WA 98908 |
| Creditor ID: 17027-01<br>BOSCH REXROTH CORPORATION<br>8 SOUTHCHASE CT<br>FOUNTAIN INN SC 29644 | Creditor ID: 5221-01<br>BOSCH REXROTH CORPORATION<br>2315 CITYLINE ROAD<br>BETHLEHEM PA 18017 | Creditor ID: 5222-01<br>BOSCH SECURITY SYSTEMS<br>850 GREENFIELD ROAD<br>LANCASTER PA 17601 |
| Creditor ID: 17028-01<br>BOSCOV'S DEPARTMENT STORE<br>4500 PERKIOMEN AVE<br>READING PA 19606 | Creditor ID: 53-01<br>BOSE CORPORATION<br>100 THE MOUNTAIN ROAD<br>FRAMINGHAM MA 01701 | Creditor ID: 12976-01<br>BOSE ASSOCIATES INC.<br>526 JEAN LAFITTE AVE.<br>BATON ROUGE LA 70810 |
| Creditor ID: 2811-01<br>BOSE BLYTHEWOOD<br>2000 CAROLINA PINES DRIVE<br>BLYTHEWOOD SC 29016 | Creditor ID: 7602-01<br>BOSS FURNITURE DISTRIBUTORS, INC.<br>127 FIELDCREST AVENUE<br>EDISON NJ 08837 | Creditor ID: 12977-01<br>BOSS LUMBER CORPORATION<br>47 POPLAR KNOB ROAD<br>GALAX VA 24333 |
| Creditor ID: 2812-01<br>BOSS OFFICE PRODUCTS, INC.<br>5353 JILLSON STREET<br>COMMERCE CA 90040 | Creditor ID: 2813-01<br>BOSSAR USA INC.<br>650 HURRICANE SHOALS ROAD NW<br>LAWRENCEVILLE GA 30046 | Creditor ID: 8440-01<br>BOSSAR USA INC.<br>1144 TALLEVAST ROAD - UNIT 104<br>SARASOTA FL 34243 |
| Creditor ID: 12978-01<br>BOSSCO TRADING LLC<br>32818 TANGENT LOOP / PO BOX 386<br>TANGENT OR 97389 | Creditor ID: 10125-01<br>BOSTIK<br>1490 PARKER ROAD<br>CONYERS GA 30094 | Creditor ID: 15790-01<br>BOSTON ACOUSTICS, INC<br>7 CONSTITUTION WAY<br>WOBURN MA 01801-1024 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 54-01<br>BOSTON AGREX<br>295WASHINGTON STREET<br>NORWELL MA 02061 | Creditor ID: 55-01<br>BOSTON APPAREL GROUP<br>300 CONSTITUTION DR<br>TAUNTON MA 02780 | Creditor ID: 5223-01<br>BOSTON CEDAR INC<br>80 HAMPDEN ROAD<br>MANSFIELD MA 02048 |
| Creditor ID: 2814-01<br>BOSTON GRANITE EXCHANGE<br>23 OLD FERRY ROAD<br>METHUEN MA 01844 | Creditor ID: 12556-01<br>BOSTON HIDES & FURS<br>150 MARGINAL STREET<br>CHELSEA MA 02150 | Creditor ID: 17029-01<br>BOSTON MUSEUM OF FINE ARTS<br>465 HUNTINGTON AVENUE<br>BOSTON MA 02115 |
| Creditor ID: 2815-01<br>BOSTON WHALER INC.<br>100 WHALER WAY<br>EDGEWATER FL 32141 | Creditor ID: 2816-01<br>BOTANIC INNOVATIONS LLC<br>1540 S. RIVER STREET<br>SPOONER WI 54801 | Creditor ID: 17030-01<br>BOTECH COMPANY INC.<br>228-06 49TH ROAD OAKLAND GARDENS<br>QUEENS NY 11364 |
| Creditor ID: 17031-01<br>BOTTEGA VENETA<br>635 MADISON AVE<br>NEW YORK NY 10022 | Creditor ID: 7603-01<br>BOTTERO INC.<br>257 A GRETA'S WAY<br>KERNERSVILLE NC 27284 | Creditor ID: 17032-01<br>BOTTLE TECH INC.<br>10830 NW 27TH STREET<br>MIAMI FL 33172 |
| Creditor ID: 17033-01<br>BOULANGERIE BAKERY & CAFE<br>3615 STEILACOOM BLVD. SOUTHWEST<br>LAKEWOOD WA 98499 | Creditor ID: 2817-01<br>BOULDER SCIENTIFIC COMPANY<br>598 THIRD STREET<br>MEAD CO 80513 | Creditor ID: 8441-01<br>BOULEVARD BREWING CO.<br>2501 SOUTHWEST BOULEVARD<br>KANSAS CITY MO 64108 |
| Creditor ID: 8442-01<br>BOULEVARD DISTRIBUTION CENTER<br>289 NORTH HWY 91<br>HURRICANE UT 84737 | Creditor ID: 12557-01<br>BOUMATIC LLC<br>1919 S. STOUGHTON ROAD<br>MADISON WI 53716 | Creditor ID: 56-01<br>BOUNDS HAY COMPANY, LLC<br>28075 FERGUSON ROAD<br>JUNCTION CITY OR 97448 |
| Creditor ID: 12979-01<br>BOURGEOIS FAMILY SELECTIONS<br>30 HENDERSONVILLE ROAD STE#7<br>ASHEVILLE NC 28803 | Creditor ID: 12980-01<br>BOVIS LEND LEASE<br>3785 WILSHIRE BLVD<br>LOS ANGELES CA 90010 | Creditor ID: 8443-01<br>BOWATER INC.<br>55 EAST CAMPERDOWN WAY<br>GREENVILLE SC 29602 |
| Creditor ID: 17034-01<br>BOWATER NEWSPRINT (GREENVILLE)<br>P.O BOX 1028<br>GREENVILLE SC 29602-1028 | Creditor ID: 57-01<br>BOWEN TILE COMPANY<br>2811 N W 8TH ST<br>OCALA FL 34470 | Creditor ID: 15791-01<br>BOWERS FIBERS, INC.<br>4001 YANCEY ROAD<br>CHARLOTTE NC 28217 |
| Creditor ID: 7604-01<br>BOWINFAR TRADING, INC.<br>222 ALDERGATE ST.<br>MONTEREY PARK CA 91754 | Creditor ID: 58-01<br>BOWMAN ANDROS PRODUCTS, LLC<br>10119 OLD VALLEY PIKE, P.O. BOX 817<br>MOUNT JACKSON VA 22842 | Creditor ID: 17035-01<br>BOXER FREIGHT INC<br>504 RADAR ROAD STE A<br>GREENSBORO NC 27410 |
| Creditor ID: 2818-01<br>BOYD COFFEE COMPANY<br>19730 NE SANDY BLVD<br>PORTLAND OR 97294 | Creditor ID: 12981-01<br>BOYD TECHNOLOGIES INC.<br>501 PLEASANT STREET<br>SOUTH LEE MA 01260 | Creditor ID: 15792-01<br>BOYELON U.S.A.<br>200 W. DEVON AVE., SUITE 6<br>BENSENVILLE IL 60106 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5224-01<br>BOZEL NORTH AMERICA<br>16 SCHIMDTS PLACE<br>DIVISION OF JMC (USA), INC. NYCBB<br>SECAUCUS NJ 07094 | Creditor ID: 15793-01<br>BOZEL NORTH AMERICA LLC<br>7177 CRABB ROAD<br>TEMPERANCE MI 48182 | Creditor ID: 7605-01<br>BOZKEE LLC<br>1411 BROADWAY, 8TH FL<br>NEW YORK NY 10018 |
| Creditor ID: 5225-01<br>BOZOVICH USA<br>126 SALTER STREET<br>EVERGREEN AL 36401 | Creditor ID: 7606-01<br>BOZZETTO INC.<br>2507 S ELM EUGENE STREET<br>GREENSBORO NC 27406 | Creditor ID: 5226-01<br>BP AMOCO CHEMICAL COMPANY<br>150 N. WARRENVILLE ROAD<br>NAPERVILLE IL 60563 |
| Creditor ID: 17036-01<br>BP CORPORATION NORTH AMERICA INC<br>1500 VALLEY RD.<br>WAYNE NJ 07470 | Creditor ID: 2819-01<br>BP GRAPHICS<br>3940 WEST MONTECITO AVE.<br>PHOENIX AZ 85019 | Creditor ID: 14739-01<br>BP HARVEST<br>1735 TOWNSEND AVE, STORE A<br>BRONX NY 10453 |
| Creditor ID: 8444-01<br>BP REFINING AND MARKETING COMPANY<br>150 WEST WARRENVILLE ROAD<br>NAPERVILLE IL 60563-8460 | Creditor ID: 5227-01<br>BPG/THE GREENERY, INC<br>17239 TYE ST SE SUITE A<br>MONROE WA 98272 | Creditor ID: 15794-01<br>BPI INC.<br>612 S. TRENTON AVE<br>PITTSBURGH PA 15221 |
| Creditor ID: 7607-01<br>BPS PRINTING SYSTEMS LLC<br>24TH STREET & 5TH AVENUE<br>HURTINGTON WV 25703 | Creditor ID: 8445-01<br>BR3 DENVER WSM INDUSTRIES<br>3201 WALNUT ST.<br>DENVER CO 80205-2328 | Creditor ID: 15795-01<br>BRA EXPRESS<br>1360 POWERS FERRY RD SE<br>MARIETTA GA 30067 |
| Creditor ID: 12982-01<br>BRADEN MANUFACTURING, LLC<br>5199 N MINGO RD.<br>TULSA OK 74117 | Creditor ID: 7608-01<br>BRADFORD WHITE CORPORATION<br>725 TALAMORE DRIVE<br>AMBLER PA 19002 | Creditor ID: 8446-01<br>BRADINGTON-YOUNG, LLC<br>PO BOX 487<br>CHERRYVILLE NC 28021 |
| Creditor ID: 15796-01<br>BRADNER SMITH & COMPANY<br>3015 NORTH 114TH STREET<br>WAUWATOSA WI 53222 | Creditor ID: 17037-01<br>BRADSHAW INTERNATIONAL INC<br>9415 KAISER WAY<br>FONTANA CA 92335 | Creditor ID: 17038-01<br>BRADSHAW INTERNATIONAL INC.<br>9409 BUFFALO AVENUE<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 8447-01<br>BRANDSWAY ELECTRONICS INC<br>300 KARIN LANE, UNIT 3<br>HICKSVILLE NY 11801 | Creditor ID: 15797-01<br>BRANDSWAY INTERNATIONAL<br>19 HARBOR PARK DRIVE<br>PORT WASHINGTON NY 11050 | Creditor ID: 7609-01<br>BRANSON MACHINERY LLC.<br>2100 CEDARTOWN HWY.<br>ROME GA 30161 |
| Creditor ID: 4787-01<br>BRANSON ULTRASONICS CORPORATION<br>11302A EAST POINT DRIVE<br>LAREDO TX 78045 | Creditor ID: 17039-01<br>BRASS CRAFT MANUFACTURING (MI)<br>39600 ORCHARD HILL PL.<br>NOVI MI 48375-5331 | Creditor ID: 2820-01<br>BRASS SALES JOEL HARTMAN<br>2015 PITKIN AVE.<br>BROOKLYN NY 11207 |
| Creditor ID: 7610-01<br>BRASSCRAFT MANUFACTURING COMPANY<br>39600 ORCHARD HILL PLACE<br>NOVI MI 48375 | Creditor ID: 8448-01<br>BRASSCRAFT WESTERN CO.<br>215 N. SMITH AVENUE<br>CORONA CA 92880 | Creditor ID: 7611-01<br>BRATTI R. ASSOCIATES,INC<br>401 EAST GLEBE ROAD<br>ALEXANDRIA VA 22305 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8449-01<br>BRAUN EXPORT<br>4010 WHITESIDE ST.<br>LOS ANGELES CA 90063 | Creditor ID: 12983-01<br>BRAVO SPORTS<br>12801 CARMENITA ROAD<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 17040-01<br>BRAVO SYSTEMS<br>7347 ATOLL AVENUE NORTH<br>HOLLYWOOD CA 91605 |
| Creditor ID: 17041-01<br>BRAXTON CULLER, INC<br>7310 US HIGHWAY 311<br>SOPHIA NC 27350 | Creditor ID: 2821-01<br>BRAY INTERNATIONAL INC<br>13333 WESTLAND EAST BLVD<br>HOUSTON TX 77041 | Creditor ID: 8450-01<br>BREA COMMODITIES<br>451 W. LAMBERT RD. #216<br>BREA CA 92821 |
| Creditor ID: 7612-01<br>BRECON FOODS INC<br>189 HYMUS BLVD STE 406<br>POINTE CLAIRE QC H9R 1E9<br>CANADA | Creditor ID: 7613-01<br>BREEDER'S CHOICE PET FOODS, INC.<br>16321 E.ARROW HIGHWAY<br>IRWINDALE CA 91706 | Creditor ID: 17042-01<br>BRENNTAG PACIFIC INC.<br>5700 NW FRONT AVE.<br>PORTLAND OR 97210 |
| Creditor ID: 2822-01<br>BRENNTAG SPECIALTIES, INC<br>1000 COOLIDGE STREET<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 2378-01<br>BRENT AND BECKY;S BULBS<br>7900 DAFFODIL LANE<br>GLOUCESTER VA 23061 | Creditor ID: 5228-01<br>BRESCOME BARTON INC<br>69 DEFCO PARK ROAD<br>NORTH HAVEN CT 06473 |
| Creditor ID: 12984-01<br>BREWCRAFT USA<br>3201 NW LOWER RIVER ROAD, SECTION I<br>VANCOUVER WA 98660 | Creditor ID: 17043-01<br>BREWERS SUPPY GROUP INC<br>800 WEST FIRST AVENUE<br>SHAKOPEE MN 55379 | Creditor ID: 59-01<br>BRI AL L.L.C<br>1300 MONT KEMBLE ROAD<br>MORRISTOWN NJ 07962 |
| Creditor ID: 60-01<br>BRIARA TRADING COMPANY<br>70 PORTLAND ROAD<br>W.CONSHOHOCKEN PA 19428 | Creditor ID: 8452-01<br>BRIARE TILE<br>50-1 CORBIN AVE.<br>BAYSHORE NY 11706 | Creditor ID: 8453-01<br>BRICKERS BOX BOARD INC.<br>2200 N. CANTON CENTER ROAD #120<br>CANTON MI 48187 |
| Creditor ID: 7614-01<br>BRICS USA INC<br>320 FIFTH AVENUE, STE 506<br>NEW YORK NY 10001 | Creditor ID: 15798-01<br>BRIDGEPORT TIMBER EXPORT, INC<br>PO BOX<br>TUALATIN OR 97062 | Creditor ID: 17044-01<br>BRIDGESTONE AMERICAS TIRE OPER. LLC<br>4950 NEW WORLD AVE.<br>JACKSONVILLE FL 32221 |
| Creditor ID: 2823-01<br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>2100 INTERNATIONAL PKWY<br>(DISTRIBUTION CENTER)<br>WOODRIDGE IL 60517 | Creditor ID: 61-01<br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>535 MARRIOTT DRIVE, 7TH FLOOR<br>NASHVILLE TN 37214 | Creditor ID: 2379-01<br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>2700 EAST MAIN STREET<br>RUSSELLVILLE AR 72802 |
| Creditor ID: 7615-01<br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>4600 NW 2ND AVENUE, SUITE 100<br>DES MOINES IA 50313 | Creditor ID: 5229-01<br>BRIDGESTONE AMERICAS TIRE OPERATIONS,LLC<br>HIGHWAY 55 AND OLD WELL ROAD<br>MORRISON TN 37357 | Creditor ID: 2824-01<br>BRIDGESTONE AMERICAS, INC.<br>535 MARRIOTT DRIVE, 7TH FLOOR<br>NASHVILLE TN 37214 |
| Creditor ID: 12985-01<br>BRIDGESTONE APM COMPANY<br>235 COMMERCE WAY<br>UPPER SANDUSKY OH 43351 | Creditor ID: 15799-01<br>BRIDGEWATER LANDING INC.<br>51 CRAGWOOD ROAD, SUITE 301<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 15800-01<br>BRIDGEWAY INTERNATIONAL<br>9292 LAMPSON AVE<br>GARDEN GROVE CA 92841 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12986-01<br>BRIDGEWAY MOTORSPORTE, USA<br>2179 AMERICAN AVENUE<br>HAYWARD CA 94545 | Creditor ID: 15801-01<br>BRIDGEWELL AGRIBUSINESS LLC<br>12420 SE CARPENTER DRIVE<br>CLACKAMAS OR 97015 | Creditor ID: 7616-01<br>BRIDGEWELL RESOURCES LC<br>12420 SE CARPENTER DRIVE<br>CLACKAMAS OR 97015 |
| Creditor ID: 8454-01<br>BRIDGEWELL RESOURCES LLC<br>10200 SW GREENBURG ROAD, SUITE 500<br>TIGARD OR 97223 | Creditor ID: 7618-01<br>BRIEFLY STATED HOLDING, INC.<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 62-01<br>BRIGGS & STRATTON CORP.<br>12301 WEST WIRTH STREET<br>WAUWATOSA WI 53222 |
| Creditor ID: 15802-01<br>BRIGGS AND RILEY TRAVELWARE<br>400 WIRELESS BLVD.<br>HAUPPAUGE NY 11788 | Creditor ID: 4789-01<br>BRIGGS AND STRATTON POWER PRODUCTS GROUP, LLC<br>12301 WEST WIRTH STREET<br>WAUWATOSA WI 53222 | Creditor ID: 8455-01<br>BRIGHANN MARKETING INC.<br>800 E. CAMPBELL RD., SUITE 173<br>RICHARDSON TX 75081 |
| Creditor ID: 12987-01<br>BRIGHT LIGHTS CANDLE COMPANPY<br>16275A MAIN STREET<br>LOWER LAKE CA 95457 | Creditor ID: 8456-01<br>BRIGHT PHARMA CAPS INC<br>1908 ORCHARD STREET<br>HOOD RIVER OR 97031 | Creditor ID: 2825-01<br>BRIGHT WOOD CORPORATION<br>335 NW HESS STREET<br>MADRAS OR 97741 |
| Creditor ID: 8457-01<br>BRIGHTEX INTERNATIONAL INC.<br>17800 CASTLETON STREET, #406<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 7619-01<br>BRIGHTON ? BEST INTERNATIONAL<br>200 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 | Creditor ID: 63-01<br>BRIGHTON BEST SOCKET SCREW<br>2265 SATURN CT.<br>NORCROSS GA 30092 |
| Creditor ID: 64-01<br>BRIGHTON INTERNATIONAL PRODUCTS CORP.<br>36 TANGLEWOOD DRIVE WEST<br>ORCHARD PARK NY 14127 | Creditor ID: 2826-01<br>BRISTER INNOVATIONS<br>1001 WEST ARIZONA AVE<br>DENVER CO 80233 | Creditor ID: 5230-01<br>BRISTOL COMPRESSORS, INC.<br>15185 INDUSTRIAL PARK ROAD<br>BRISTOL VA 24202 |
| Creditor ID: 17045-01<br>BRISTOL PAPER<br>84C MILLWOOD RD.<br>MILLWOOD NY 10546 | Creditor ID: 15803-01<br>BRISTOL PAPER RECYCLING, LLC.<br>3 BRISTOL PL<br>CHAPPAQUA NY 10514 | Creditor ID: 12988-01<br>BRK BRANDS<br>25 SPUR DRIVE<br>EL PASO TX 79906 |
| Creditor ID: 5231-01<br>BRK BRANDS INC<br>3920 ENTERPRISE COURT<br>AURORA IL 60504 | Creditor ID: 2827-01<br>BRK BRANDS, INC<br>3901 LIBERTY STREET<br>AURORA IL 60504 | Creditor ID: 17046-01<br>BROADLEAF LUMBER COMPANY<br>21316 LILAC AVENUE<br>BLOOMFIELD IA 52537 |
| Creditor ID: 10126-01<br>BROADVIEW TECNOLOGIES INC.<br>7-33 AMSTERDAM STREET<br>NEWARK NJ 07105 | Creditor ID: 17047-01<br>BROADWIND TOWERS, INC.<br>101 SOUTH 16TH STREET<br>MANITOWOC WI 54220 | Creditor ID: 7620-01<br>BROC GRANITE AND TILE<br>7571 ROUTE 309 NORTH<br>NEW TRIPOLI PA 18066 |
| Creditor ID: 17048-01<br>BRODER BROS , CO<br>6 NESHAMINY INTERPLEX DRIVE # 400<br>LANGHORNE PA 19053 | Creditor ID: 17049-01<br>BROEKEMA BELTWAY USA, INC.<br>1108 HOLSTEIN DR NE<br>PINE CITY MN 55063 | Creditor ID: 8458-01<br>BROKER POWER USA<br>1645 SUMMER LANE<br>ROANOKE TX 76262 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 8459-01
BROKERS LOGISTICS LTD
8419 SAN GABRIEL
LAREDO TX 78045

Creditor ID: 7621-01
BRONCO USA, INC.
6307 ALONDRA BLVD.
PARAMOUNT CA 90723

Creditor ID: 15804-01
BRONCO WINE COMPANY
6342 BYSTRUM ROAD
CERES CA 95307

Creditor ID: 7622-01
BRONX INTERNATIONAL
8817 PLEASANTWOOD AVE NW
NORTH CANTON OH 44720-4759

Creditor ID: 17050-01
BROOK METAL PRODUCTS
6 EVANS TERMAINAL ROAD
HILLSIIDE NJ 07205

Creditor ID: 8460-01
BROOKLYN BOTTLING COMPANY
143 SOUTH ROAD
MILTON NY 12547

Creditor ID: 12989-01
BROOKLYN CLOTH LLC
1385 BROADWAY 16TH FLOOR
NEW YORK NY 10018

Creditor ID: 7169-01
BROOKLYN IMPORTS INCORPORATED
175 BROAD STREET
CARLSTADT NJ 07072

Creditor ID: 12990-01
BROOKLYN LOLLIPOPS IMPORT CORP
7 MARCUS GARVEY BLVD.
BROOKLYN NY 11206

Creditor ID: 2828-01
BROOKS AUTOMATION, INC.
18870 NE RIVERSIDE PKWY
PORTLAND OR 97230

Creditor ID: 8461-01
BROOKS BROTHERS GROUP, INC.
100 PHOENIX AVENUE
ENFIELD CT 06082

Creditor ID: 5232-01
BROOKS FURNITURE MANUFACTURING, INC.
110 MAPLES LANE
TAZEWELL TN 37879

Creditor ID: 7623-01
BROOKS INC
211 BEECHWOOD ST
THOMASTON ME 04861

Creditor ID: 8462-01
BROTHER INDUSTRIES (U.S.A.) INC.
7819 N. BROTHER BLVD.
BARTLETT TN 38133

Creditor ID: 12991-01
BROTHER INTERNATIONAL CORPORATION
7777 N.BROTHER BLVD
BARTLETT TN 38133

Creditor ID: 9349-01
BROTHER INTERNATIONAL CORPORATION
11222 LA CIENEGA BLVD. SUITE 448
LOS ANGELES CA 90304

Creditor ID: 7170-01
BROTHER INTERNATIONAL CORPORATION
200 CROSSING BOULEVARD
BRIDGEWATER NJ 08807

Creditor ID: 8463-01
BROTHERS INC.
880 SOUTH LOS ANGELES ST STE 709
LOS ANGELES CA 90014

Creditor ID: 12992-01
BROTHERS INTERNATIONAL FOOD CORP.
23-38 GANSON AVE.
BATAVIA NY 14020

Creditor ID: 7624-01
BROTHERS INTERNATIONAL FOOD CORPORATION
1175 LEXINGTON AVENUE
ROCHESTER NY 14606

Creditor ID: 15805-01
BROTHERTON SEED
451 S. MILWAUKEE AVE./P.O. BOX 1136
MOSES LAKE WA 98837

Creditor ID: 2829-01
BROWN & HALEY
3501 D INDUSTRY DRIVE E.
TACOMA WA 98424

Creditor ID: 66-01
BROWN ALCANTAR & BROWN, INC.
9630 PLAZA CIRCLE
EL PASO TX 79927

Creditor ID: 15806-01
BROWN PAPER COMPANY
67 HOLLY HILL LANE
GREENWICH CT 06830-6085

Creditor ID: 15807-01
BROWN SHOE COMPANY, INC.
8300 MARYLAND AVENUE
ST. LOUIS MO 63105-3645

Creditor ID: 67-01
BROWN-FORMAN BEVERAGES WORLDWIDE
850 DIXIE HWY
LOUISVILLE KY 40015

Creditor ID: 5233-01
BROWNSTONE INTERNATIONAL
6623 NE 78TH CT, STE. B6
PORTLAND OR 98218

Creditor ID: 2830-01
BROWNSVILLE CARGO SERVICES LLC
8411 GAVIN ROAD
LAREDO TX 78045

Creditor ID: 17051-01
BROWNTROUT PUBLISHERS, INC.
4977 ALLISON PARKWAY,
VACAVILLE CA 95688

Creditor ID: 2831-01
BROYHILL CO., THE
1 N. MARKET SQ., BOX 475
DAKOTA CITY NE 68731-0475

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12993-01<br>BROYHILL FURNITURE INDUSTRIES INC.,<br>13850 CENTRAL AVE SUITE 100B<br>CHINO CA 91708 | Creditor ID: 2832-01<br>BROYHILL FURNITURE INDUSTRIES, INC.<br>815 VISIONARY STREET<br>LENOIR NC 28645 | Creditor ID: 2833-01<br>BRUCE FURNITURE<br>220 COUNTY ROAD #42<br>BRUCE MS 38915 |
| Creditor ID: 68-01<br>BRUCE LEESON<br>3164 SAN LUCAS RD.<br>CARMEL CA 93923 | Creditor ID: 7625-01<br>BRUCE SUPPLY CORP<br>8805 18TH AVE<br>BROOKLYN NY 11214 | Creditor ID: 12994-01<br>BRUCKNER BUILDING SUPPLY<br>259 BRUCKNER BLVD<br>NEW YORK NY 10454 |
| Creditor ID: 7626-01<br>BRUMABA USA INC.<br>103 HICKORY DRIVE<br>DOWNINGTOWN PA 19335 | Creditor ID: 5234-01<br>BRUNO SCHEIDT INC<br>1 INDUSTRIAL ROAD, SUITE 199<br>DAYTON NJ 08810 | Creditor ID: 2834-01<br>BRUNO SCHEIDT INC.<br>71 WEST 23RD ST.<br>NEW YORK NY 10010 |
| Creditor ID: 17052-01<br>BRUNO'S IRON & METAL<br>3211 SOUTH GOLDEN STATED BLVD.<br>FRESNO CA 93725 | Creditor ID: 7627-01<br>BRUNSWICK BILLIARDS<br>8663 196TH AVE.<br>BRISTOL WI 53104 | Creditor ID: 5235-01<br>BRUNSWICK BOAT GROUP<br>5501 ISLAND RIVER DRIVE<br>KNOXVILLE TN 37914 |
| Creditor ID: 69-01<br>BRUNSWICK BOWLING & BILLARDS GROUP<br>525 LAKETON, PO BOX 329<br>MUSKEGON MI 43443 | Creditor ID: 17053-01<br>BRUNSWICK CELLULOSE INC.<br>1400 WEST 9TH STREET<br>BRUNSWICK GA 31521 | Creditor ID: 70-01<br>BRUNSWICK CORPORATION<br>1 NORTH FIELD COURT<br>LAKE FOREST IL 60045 |
| Creditor ID: 17152-01<br>BRUNSWICK FAMILY BOAT CO. INC.<br>819 EPCO DRIVE<br>DANDRIDGE TN 37725 | Creditor ID: 18356-01<br>BRUNSWICK FAMILY BOAT CO. INC.<br>1 NORTH FIELD CT.<br>LAKE FOREST IL 60045 | Creditor ID: 12995-01<br>BRUNSWICK FISH BOAT COMPANY, L.P.<br>1 NORTH FIELD CT.<br>(DBA TROPHY SPORTFISHING BOATS)<br>LAKE FOREST IL 60045 |
| Creditor ID: 8464-01<br>BRUSH FIBERS INC.<br>202 NORTH OAK STREET -<br>P.O. BOX 2488<br>ARCOLA IL 61910 | Creditor ID: 12996-01<br>BRYANT DISTRIBUTING CO.<br>7849 NATIONAL TURNPIKE<br>LOUISVILLE KY 40214 | Creditor ID: 17153-01<br>BRYANT PARK RESTORATION CORP<br>500 FIFTH AVENUE SUITE 1120<br>NEW YORK NY 10110 |
| Creditor ID: 12997-01<br>BS ROTOR TECHNIC USA, LLC<br>2200 E WINSTON RD<br>ANAHEIM CA 92806 | Creditor ID: 15808-01<br>BSH HOME APPLIANCE CORP<br>130 MEMORIAL LANE<br>LA FOLLETTE TN 37757 | Creditor ID: 7628-01<br>BSH HOME APPLIANCE CORP.<br>100 BOSCH BLVD<br>NEW BERN NC 28562 |
| Creditor ID: 5236-01<br>BSH HOME APPLIANCES CORP.<br>5551 MCFADDEN AVENUE<br>HUNTINGTON BEACH CA 92649 | Creditor ID: 71-01<br>BSH HOME APPLIANCES CORPORATION<br>5551 MC FADDEN AVENUE<br>HUNTINGTON BEACH CA 92649 | Creditor ID: 8465-01<br>BSN SPROTS<br>13700 BENCHMARK<br>FARMERS BRANCH TX 75234 |
| Creditor ID: 8466-01<br>BSYD CORPORATION<br>1415 QUEEN ANNE ROAD SUITE 206<br>TEANECK NJ 07666 | Creditor ID: 72-01<br>BTG TEXTILES INC.<br>4625 E 49TH STREET<br>VERNON CA 90058 | Creditor ID: 73-01<br>BTI<br>3422 WEST KINGSLEY<br>GARLAND TX 75041 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17154-01<br>BTIC AMERICA CORPORATION<br>6600 SANDS POINT DR., SUITE 121<br>HOUSTON TX 77074 | Creditor ID: 9350-01<br>BTP INC./CRH2O<br>635 BRIAR HILL LANE<br>ADDISON IL 60101 | Creditor ID: 7629-01<br>BTX INDUSTRIES, INC.<br>5272 RIVER ROAD SUITE 406<br>BETHESDA MD 20816 |
| Creditor ID: 7630-01<br>BTX INDUSTRIES, INC.<br>323 WASHINGTON STREET; 4TH FLOOR<br>HOBOKEN NJ 07030 | Creditor ID: 74-01<br>BUBBLE TOES PRODUCTIONS, INC.<br>2020 UNION STREET<br>SAN FRANCISCO CA 94123 | Creditor ID: 15809-01<br>BUCKEYE BUILDING FIBERS LLC<br>1001 TILLMAN STREET<br>MEMPHIS TN 38112 |
| Creditor ID: 12998-01<br>BUCKEYE FLORIDA, L.P.<br>1001 TILLMANN MEMPHIS<br>MEMPHIS TN 38108-0407 | Creditor ID: 75-01<br>BUCKEYE MT. HOLLY LLC<br>100 BUCKEYE DRIVE<br>MT. HOLLY SC 28120 | Creditor ID: 7631-01<br>BUCKEYE PACIFIC<br>4386 SW MACADAM AVE., SUITE 200<br>PORTLAND OR 97239 |
| Creditor ID: 8467-01<br>BUCKEYE TECHNOLOGIES INC<br>1001 TILLMAN, P.O. BOX 80407<br>MEMPHIS TN 38108-0407 | Creditor ID: 5237-01<br>BUCKEYE VACUUM CLEANER SUPPLY CO<br>1820 SOUTH COBB INDUSTRIAL BLVD.<br>SMYRNA GA 30082 | Creditor ID: 15810-01<br>BUCKHORN INC.<br>55 WEST TECHNECENTER DRIVE<br>MILFORD OH 45150 |
| Creditor ID: 17155-01<br>BUCKMAN LABS<br>1256 N. MCLEAN BLVD.<br>MEMPHIS TN 38108 | Creditor ID: 12999-01<br>BUDENHEIM US, INC<br>245 NEWTON ROAD, SUITE 305<br>PLAINVIEW NY 11803 | Creditor ID: 76-01<br>BUENA VISTA DATACASTING, LLC<br>500 S. BUENA VISTA STREET<br>BURBANK CA 91521 |
| Creditor ID: 4790-01<br>BUFFALO INDUSTRIES LLC<br>99 SOUTH SPOKANE STREET<br>SEATTLE WA 98134 | Creditor ID: 15811-01<br>BUFFALO LITE<br>14370 MYFORD RD. #100<br>IRVINE CA 92606 | Creditor ID: 77-01<br>BUFFALO TUNGSTEN<br>2 MAIN STREET  P.O.BOX 397<br>DEPEW NY 14043 |
| Creditor ID: 17156-01<br>BUILDERS SURPLUS<br>94 INDUSTRIAL LANE<br>WEST WARWICK RI 02893 | Creditor ID: 2835-01<br>BUILDING MATERIAL DISTRIBUTORS INC.<br>555 PALMYRITA  AVENUE<br>RIVERSIDE CA 92507 | Creditor ID: 13000-01<br>BULBRITE INDUSTRIES INC.<br>P.O. BOX 4108<br>SOUTH HACKENSACK NJ 07606-4108 |
| Creditor ID: 5238-01<br>BULBRITE INDUSTRIES, INC<br>145 WEST COMMERCIAL AVE<br>MOONACHIE NJ 07074 | Creditor ID: 7632-01<br>BULK LIFT INTERNATIONAL<br>1013 TAMARAC DRIVE<br>CARPENTERSVILLE IL 60110 | Creditor ID: 2836-01<br>BULKHAUL (U.S.A.) INC.<br>6 COMMERCE DRIVE<br>CRANFORD NJ 07016 |
| Creditor ID: 5239-01<br>BULLARD FURNITURE<br>4901 MORGANTON RD<br>FAYETTEVILLE NC 28314 | Creditor ID: 2837-01<br>BUMBLE BEE SEAFOODS INC<br>13100 ARTIC CIRCLE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 78-01<br>BUMBLE BEE SEAFOODS INC<br>3990 RUFFIN RD<br>SAN DIEGO CA 92123 |
| Creditor ID: 13001-01<br>BUMBLE BEE SEAFODS, LLC.<br>9655 GRANITE RIDGE DRIVE, SUITE 100<br>SAN DIEGO CA 92123 | Creditor ID: 5240-01<br>BUMJIN AMERICA INC.<br>7710 BALBOA AVENUE SUITE 212B<br>SAN DIEGO CA 92111 | Creditor ID: 7633-01<br>BUNZL DISTRIBUTION USA INC.<br>701 EMERSON ROAD SUITE 500<br>SAINT LOUIS MO 63141-9111 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 2838-01
BURBANK RECYCLING, INC.
500 SOUTH FLOWER STREET
BURBANK CA 91502

Creditor ID: 4791-01
BURCHAM INTERNATIONAL CORPORATION
4068 - B, PERMANDINA ROAD
COLUMBIA SC 29212

Creditor ID: 79-01
BUREU DE POST
80 COUNTRY RD.  216
JERSEY CITY NJ 07097

Creditor ID: 17157-01
BURGESS PIGMENT CO.
P.O. BOX 349
SANDERSVILLE GA 31082

Creditor ID: 5241-01
BURLEY CLAY PRODUCTS CO
451 GORDON ST.
ROSEVILLE OH 43777-1110

Creditor ID: 80-01
BURLEY DESIGN, LLC
4020 STEWARD RD
EUGENE OR 97402

Creditor ID: 7634-01
BURLEY TOBACCO GROWERS
620 SOUTH BROADWAY
LEXINGTON KY 40508

Creditor ID: 8468-01
BURLINGHAM SEEDS, LLC
P.O. BOX 46
RICKREALL OR 97371

Creditor ID: 8469-01
BURLINGTON COAT FACTORY
4287 ROUTE 130S
EDGEWATER PARK NJ 08010

Creditor ID: 5242-01
BURLINGTON INDUSTRIES, INC.
804 GREEN VALLEY ROAD
GREENSBORO NC 27408

Creditor ID: 19013-97
BURLINGTON NORTHERN SANTA FE
BNSF RAILWAY CORP HEADQUARTERS
MISCELLANEOUS BILLS (INTERMODAL)
2650 LOU MENK DR
FORT WORTH TX 76131-2830

Creditor ID: 8470-01
BURNDY LLC
47 E INDUSTRIAL PARK DRIVE
MANCHESTER NH 03109

Creditor ID: 7635-01
BURR OAK TOOL AND GAUGE CO INC (MI)
405 W SOUTH ST
STURGIS MI 49091-2103

Creditor ID: 81-01
BURROWS PAPER CORPORATION
501 WEST MAIN STREET
LITTLE FALLS NY 13365

Creditor ID: 7636-01
BURT LEWIS INTERNATIONAL INC
875 N. MICHIGAN AVENUE, SUITE 2720
CHICAGO IL 60611

Creditor ID: 8471-01
BUSENBARK CARPET & TILE
151 BUSENBARK DR
FARMINGTON MO 63640

Creditor ID: 13002-01
BUSHMAN ORGANIC FARMS, INC
1047 202ND AVENUE
FORT ATKINSON IA 52144

Creditor ID: 7637-01
BUSHNELL'S WAREHOUSING & TRUCKING
2720 NW 35TH
PORTLAND OR 97210

Creditor ID: 18357-01
BUSINESS EXCHANGE INTERNATIONAL
2 ANABELLE LANE, SUITE 123
SAN RAMON CA 94583

Creditor ID: 17158-01
BUSLINK MEDIA
434 CLOVERLEAF DRIVE
BALDWIN PARK CA 91706

Creditor ID: 15812-01
BUSSE/SJI CORPORATION
124 N. COLUMBUS STREET
RANDOLPH WI 53956

Creditor ID: 5244-01
BUTLER HOME PRODUCTS, LLC.
9415 KAISER WAY
FONTANA CA 92335

Creditor ID: 5243-01
BUTLER HOME PRODUCTS, LLC.
9409 BUFFALO AVE.
RANCHO CUCAMONGA CA 91730

Creditor ID: 17159-01
BUTLER PRODUCTS CORPORATION
PO BOX 185, 102 SOUTH ST.
BUTLER KY 41006

Creditor ID: 15813-01
BUTLER TILE SALES
W229N2510 DUPLAINVILLE RD
WAUKESHA WI 53186

Creditor ID: 13003-01
BUTTERBALL LLC
1628 GARNERS CHAPEL ROAD
MT OLIVE NC 28365

Creditor ID: 10127-01
BUY BUY BABY INC.
650 LIBERTY AVE
UNION NJ 07083

Creditor ID: 17160-01
BUY SMART INC
2110 MACLAGA ROAD
WILSON NC 27893

Creditor ID: 17161-01
BUZZI UNICEM USA
1000 RVER CEMENT ROAD
FESTUS MO 63028

Creditor ID: 2839-01
BV POWERSPORTS
11232 LEO LANE
DALLAS TX 75229

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7638-01
BVA, INC.
7030 SW 100 COURT
MIAMI FL 33173

Creditor ID: 17162-01
BYCAN SELLEN ASSOCIATES INC
7998 CENTERPOINT DRIVE SUITE 200
INDIANAPOLIS IN 46256

Creditor ID: 13004-01
BYD COACH & BUS LLC
46147 7TH STREET WEST
LANCASTER CA 93534

Creditor ID: 2380-01
BYRNES & CO.
8383 NE SANDY BLVD.
PORTLAND OR 97220

Creditor ID: 7338-01
BYRON ENTERPRISES
2134 AVALON DRIVE - BLDG 2100
WEYMOUTH MA 02188

Creditor ID: 8472-01
BYRON ENTERPRISES
116 CLIFFSIDE DRIVE, UNIT 296,
PLYMOUTH MA 02360

Creditor ID: 17163-01
BZ TEX
600 E. WASHINGTON BLVD. #C-26
LOS ANGELES CA 90015

Creditor ID: 17164-01
BZ TRADERS CORP.
770 W. IMPERIAL AVE. NO. 23
EL SEGUNDO CA 90245

Creditor ID: 5245-01
C & C CHLDRENSWEAR LTD
12 WEST 32ND STREET 9TH FLOOR
NEW YORK NY 10001

Creditor ID: 8473-01
C & C TEXTILE
20801 CURRIER ROAD
CITY OF INDUSTRY CA 91789

Creditor ID: 7639-01
C & D INTERNATIONAL TRADING
44 AUDREY RD
WESTBURY NY 11590

Creditor ID: 13105-01
C & F INTERNATIONAL, INC
555 E. OCEAN BLVD., SUITE 650
LONG BEACH CA 90802

Creditor ID: 5246-01
C & G FARMS
P.O. BOX 3035
GONZALES CA 93926

Creditor ID: 8541-01
C & K TRADING INC.
5300 IRWINDALE AVE.
IRWINDALE CA 91706

Creditor ID: 5247-01
C & L AEROSPACE
5757 OLIVAS PARK
VENTURA CA 93003

Creditor ID: 17165-01
C & L ASSOCIATED, INC.
11 SUNFLOWER AVE.
PARAMUS NJ 07652

Creditor ID: 5248-01
C & L BUILDERS INC
191 MAYWOOD DRIVE
SAN FRANCISCO CA 94127

Creditor ID: 15814-01
C & O FOOD SERVICE INC.
SUNSET COMMON,
SUNSET AVE. SUITE 209  OCEAN NJ 07712

Creditor ID: 15815-01
C & T  GLOBAL TRADING INC.
1127 E. PHILADELPHIA ST.
ONTARIO CA 91761

Creditor ID: 10128-01
C & T INTERNATIONAL, INC.
46 WHELAN ROAD,
EAST RUTHERFORD NJ 07093

Creditor ID: 13106-01
C 9 HOOKAH LLC
237 N. EUCLID WAY, SUITE I
ANAHEIM CA 92801

Creditor ID: 7640-01
C AGRICULTURE GROUP, CROP.
64-33 99TH STREET, SUITE #6E
REGO PARK NY 11374

Creditor ID: 13107-01
C AND C SOIL TECHNOLOGY
23735 NE AIRPORT ROAD
AURORA OR 97072

Creditor ID: 15816-01
C F FRESH
922 3RD ST
SEDRO WOOLLEY WA 98284-1605

Creditor ID: 2840-01
C J INTERNATION, INC
2346 SOUTH LYNHURST DR
INDIANAPOLIS IN 46241

Creditor ID: 18358-01
C L HAUTHAWAY & SONS CORP.
638 SUMMER STREET
LYNN MA 01905

Creditor ID: 8542-01
C T COMMERCIAL
5004 BEE CREEK ROAD, #400
SPICEWOOD TX 78738

Creditor ID: 13109-01
C TECH WHOLESALE INC
4141 BALL RD 103
CYPRESS CA 90630

Creditor ID: 2841-01
C&C KEGS
800 O'KEEFE ROAD
DE PERE WI 54115

Creditor ID: 8543-01
C&C SPORTSWEAR INC.
315 CLOVERLEAF DR. UNIT C
BALDWIN PARK CA 91706

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 8544-01
C&C TEXTILES INC.
20801 CURRIER ROAD
CITY CA 91789

Creditor ID: 7641-01
C&D (USA) INC.
1100 JORIE BLVD BLDG STE 173
OAK BROOK IL 60522

Creditor ID: 13110-01
C&H LURES - BILLY BAITS
13051 BEACH BLVD
JACKSONVILLE FL 32246-0581

Creditor ID: 2842-01
C&L AMERICA INC.
715 DE LASALLE COURT
NAPERVILLE IL 60565

Creditor ID: 7642-01
C&M TOPSOIL INC.
12133 N. LOPEZ CANYON RD
SYLMAR CA 91342

Creditor ID: 2843-01
C&O FOOD SERVICE (OCEAN, NJ)
4 ALMARK TERRACE
OCEAN NJ 07712

Creditor ID: 17166-01
C&Q GLOBAL RECOVERY LLC
3534 E TC JESTER BLVD
HOUSTON TX 77018

Creditor ID: 15817-01
C&Y GLOBAL INC
126 N. WITTER ST
PASADENA TX 77506

Creditor ID: 5249-01
C. C. US BEVERAGE CORP
7545 18TH AVE. NE
SEATTLE WA 98115

Creditor ID: 82-01
C. CRETORS AND COMPANY
3243 N. CALIFORNIA AVENUE
CHICAGO IL 60618

Creditor ID: 4792-01
C. D. EASTMAN CORP.
350 5TH AVE, STE 1004
NEW YORK NY 10118

Creditor ID: 8546-01
C. HAGER & SONS HINGE MANUFACTURING COMPANY
139 VICTOR STREET
(HAGER COMPANIES)
ST. LOUIS MO 63104

Creditor ID: 17167-01
C. PACIFIC FOODS
13503 PUMICE ST.
NORWALK CA 90650

Creditor ID: 18359-01
C.A. MCCOURT AND ASSOCIATES, INC.
COPLEY CORPORATE PARK,
1314 CENTERVIEW CIRCLE
AKRON OH 44321

Creditor ID: 13111-01
C.A.F. WORLWIDE
154-09 146TH AVE
JAMAICA NY 11434

Creditor ID: 13112-01
C.A.N. ENTERPRISES
410 N. CIVIC DRIVE, NO. 102
WALNUT CREEK CA 94596

Creditor ID: 17168-01
C.B.FLEET CO. INC
4615 MURRAY PLACE
LYNCHBURG VA 24506

Creditor ID: 13113-01
C.C. MYERS INC
3286 FITZGERALD
RANCHO CORDOVA CA 95742

Creditor ID: 5250-01
C.E. ZUERCHER AND CO., INC.
7415 NORTH SAINT LOUIS AVENUE
SKOKIE IL 60076-4031

Creditor ID: 2381-01
C.F. BRENNAN & CO.
6200 CENTER STREET, SUITE 200
CLAYTON CA 94517

Creditor ID: 15818-01
C.G. BRETTING MANUFACTURING CO., INC.
3401 LAKE PARK RD
ASHLAND WI 54806-4967

Creditor ID: 15819-01
C.H. ANDERSON COMPANY
1245 TRAPP ROAD, SUITE 160
EAGAN MN 55121

Creditor ID: 2844-01
C.H. AUTO EXPORT, INC.
427 S. 4TH STREET, #A
ALHAMBRA CA 91801

Creditor ID: 7643-01
C.H. TRADING CO. LTD
2828 LEONIS BLVD
VERNON CA 90058

Creditor ID: 5251-01
C.H.K.MFG INC
960 98TH AVE
OAKLAND CA 94603-2347

Creditor ID: 7644-01
C.HAGER & SONS HINGE MANUFACTURING CO.
200 COUNTRY COURT LANE
MONTGOMERY AL 36105

Creditor ID: 7645-01
C.J.G. INTERNATIONAL INC
3503 TULANE AVE
LONG BEACH CA 90808

Creditor ID: 17169-01
C.K. INTERNATIONAL, LTD.
1201 GRAND AVENUE
WEST DES MOINES IA 50265

Creditor ID: 13114-01
C.M.I. / KOMPAS LINE
215 SOUTH HOOVER BLVD., SUITE 210
TAMPA FL 33609-2127

Creditor ID: 7646-01
C.P. FOOD PRODUCTS, INC.
7135 MINSTREL WAY, SUITE 203
COLUMBIA MD 21045

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14740-01<br>C.R. SUPPLY CO.<br>23708 WELBY WAY<br>WEST HILLS CA 91307 | Creditor ID: 17170-01<br>C.R.CRAIN & SONS,INC<br>10660 BRYNE AVE<br>LOS MOLINOS CA 96055 | Creditor ID: 83-01<br>C.S. ROSS COMPANY<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 |
| Creditor ID: 17171-01<br>C.T. RUGS<br>5928 CURZON AVENUE<br>FORT WORTH TX 76107 | Creditor ID: 2845-01<br>C4 FURNITURE<br>1100 PAMELA DR.<br>EULESS TX 76040 | Creditor ID: 5252-01<br>CA OFFPRICE INC.<br>2253 SAYBROOK AVENUE<br>COMMERCE CA 90040 |
| Creditor ID: 17172-01<br>CABINETS & COUNTERS INC.<br>7000 SAVANNAH DRIVE<br>NEWBURGH IN 47630-2181 | Creditor ID: 12558-01<br>CABOT CORPORATION<br>3200 UNIVERSITY AVENUE<br>MARSHALL TX 75671 | Creditor ID: 17173-01<br>CABOT CORPORATION<br>1095 WINDWARD RIDGE PKWY STE 200<br>ALPHARETTA GA 30005 |
| Creditor ID: 17174-01<br>CABOT MICROELECTRONICS CORP.<br>870 N. COMMONS DRIVE<br>AURORA IL 60504 | Creditor ID: 17175-01<br>CACTUS CANYON CERAMICS, LLC<br>15650 SW DOVE ROAD<br>REDMOND OR 97760 | Creditor ID: 17176-01<br>CADECO INDUSTRIES, INC.<br>5610 CLINTON DRIVE<br>HOUSTON TX 77020 |
| Creditor ID: 17177-01<br>CADENCE CHEMICAL CORPORATION<br>945 LONG RIDGE RD<br>STAMFORD CT 06902 | Creditor ID: 2846-01<br>CAESAR CERAMICS USA INC.<br>527 INDUSTRIAL WAY WEST<br>EATONTOWN NJ 07724 | Creditor ID: 7647-01<br>CAFFCO INTERNATIONAL<br>3601 WETUMPKA HIGHWAY<br>MONTGOMERY AL 36110 |
| Creditor ID: 19014-97<br>CAI INTERNATIONAL INC.<br>STEVEN J GARCIA, VP, LEGAL AFFAIRS<br>STEUART TOWER<br>1 MARKET PLAZA, STE 900<br>SAN FRANCISCO CA 94105 | Creditor ID: 15820-01<br>CAIN & BULTMAN, INC.<br>2145 DENNIS STREET<br>JACKSONVILLE FL 32204 | Creditor ID: 7648-01<br>CAITEC<br>1120 WHISTLER AVENUE<br>BALTIMORE MD 21223 |
| Creditor ID: 13115-01<br>CAL MET TRADING<br>17660 MONTEREY ST., SUITE E<br>MORGAN HILL CA 95037 | Creditor ID: 8547-01<br>CAL RANCH INC<br>2628 CONCORD BLVD.<br>CONCORD CA 94519 | Creditor ID: 84-01<br>CAL-AGREX, INC.<br>851 TRAEGER AVENUE SUITE 310<br>SAN BRUNO CA 94066 |
| Creditor ID: 17178-01<br>CALASIA EXPORT LLC<br>347 PENNSYLVANIA STREET<br>VALLEJO CA 94590 | Creditor ID: 85-01<br>CALAWAY CASCADE AG TRADING<br>2009 W DOLARWAY RD., P.O. BOX 1142<br>ELLENSBURG WA 98926 | Creditor ID: 7649-01<br>CALAWAY TRADING, INC.<br>2009 W DOLARWAY RD., P.O. BOX 1142<br>ELLENSBURG WA 98926 |
| Creditor ID: 86-01<br>CALBAG METALS COMPANY<br>2495 NW NICOLAI STREET<br>PORTLAND OR 97210 | Creditor ID: 13116-01<br>CALBEE NORTH AMERICA, LLC.<br>72600 LEWIS & CLARK DR<br>PO BOX 320<br>BOARDMAN OR 97818 | Creditor ID: 5253-01<br>CALCO LTD.<br>960 MUIRFIELD DRIVE<br>HANOVER PARK IL 60133 |
| Creditor ID: 5254-01<br>CALCOMP ELECTRONICS<br>16800 E.GALE AVE.<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 15821-01<br>CALCOT LTD.<br>1900 E. BRUNDAGE LANE<br>BAKERSFIELD CA 93307 | Creditor ID: 7171-01<br>CALDAK INTERNATIONAL LLC<br>201 N CIVIC DR., STE 150<br>WALNUT CREEK CA 94596 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17179-01<br>CALENDAR HOLDINGS, LLC<br>6411 BURLESON ROAD<br>AUSTIN TX 78744 | Creditor ID: 13117-01<br>CALESCO NORELLS NORTH AMERICA<br>1390 GATEWAY DRIVE, SUITE 2<br>ELGIN IL 60124 | Creditor ID: 17180-01<br>CAL-EX TRADING COMPANY<br>290 STATION WAY, SUITE B<br>ARROYO GRANDE CA 93420 |
| Creditor ID: 87-01<br>CALGRAIN CORPORATION<br>2150 SHATTUCK AVE, SUITE 600<br>BERKELEY CA 94704 | Creditor ID: 15822-01<br>CALGRAIN CORPORATION<br>875 SANSOME STREET<br>SAN FRANCISCO CA 94111 | Creditor ID: 7650-01<br>CALICO HARDWOODS,INC<br>3580 WESTWIND BOULRVARD<br>SANTA ROSA CA 95403 |
| Creditor ID: 7651-01<br>CALIFORNIA CEREAL PRODUCTS<br>1267 14TH STREET<br>OAKLAND CA 94607 | Creditor ID: 2847-01<br>CALIFORNIA COSTUME COLLECTIONS INC.<br>210 S. ANDERSON ST.<br>LOS ANGELES CA 90033 | Creditor ID: 13118-01<br>CALIFORNIA FOOD INTERNATIONAL<br>10135 PAINTER AVE.<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 13119-01<br>CALIFORNIA GARDEN PRODUCTS, INC.<br>14 RANCHO CIRCLE<br>LAKE FOREST CA 92630 | Creditor ID: 7652-01<br>CALIFORNIA GOLD ALMONDS, LLC<br>518 EL ROYA AVENUE<br>MODESTO CA 95354 | Creditor ID: 19015-97<br>CALIFORNIA MULTIMODAL INC<br>2902 E VAL VERDE COURT<br>PO BOX 22777<br>LONG BEACH CA 90801 |
| Creditor ID: 13120-01<br>CALIFORNIA OFFPRICE, INC.<br>2253 SAYBROOK AVE<br>COMMERCE CA 90040 | Creditor ID: 8548-01<br>CALIFORNIA OREGON SEED<br>10500 HWY 140 WEST<br>KLAMATH FALLS OR 97601 | Creditor ID: 89-01<br>CALIFORNIA OVERSEAS IMPORT EXPORT CORP.<br>5059 E. CRESCENT DR.<br>ANAHEIM CA 92807 |
| Creditor ID: 7653-01<br>CALIFORNIA PAK INTERNATIONAL INC.<br>1700 S. WILMINGTON AVENUE<br>COMPTON CA 90220 | Creditor ID: 7654-01<br>CALIFORNIA PLASTICS, INC.<br>6588 CORPORATE DRIVE, SUITE 188<br>HOUSTON TX 77036 | Creditor ID: 14741-01<br>CALIFORNIA SEAFOOD & PRODUCE<br>459 FULTON STREET<br>SAN FRANCISCO CA 94114 |
| Creditor ID: 13121-01<br>CALIFORNIA WALNUT CO.<br>24490 JOSEPH AVE.<br>LOS MOLINOS CA 96055 | Creditor ID: 8549-01<br>CALIFORNIA WASTE SOLUTIONS INC<br>1005 TIMOTHY DRIVE<br>SAN JOSE CA 95133 | Creditor ID: 90-01<br>CALIFORNIA WHEAT PROCESSING CO<br>956 INDUSTRIAL PL<br>EL CAJON CA 92020 |
| Creditor ID: 13122-01<br>CALIFORNIA WOODEN FURNITURE INC.<br>1631 ENTERPRISE BLVD., # 3<br>WEST SACRAMENTO CA 95838 | Creditor ID: 2848-01<br>CALIFORNIA WORLD TRADE & MARKETING CO. LTD<br>24615 O'NEAL AVENUE<br>HAYWRD CA 94544 | Creditor ID: 8550-01<br>CALIFORNIA-OREGON SEED, INC<br>585 HI-TECH PARKWAY<br>OAKDALE CA 95361 |
| Creditor ID: 7655-01<br>CALLIDUS TECHNOLOGIES LLC<br>7130 S. LEWIS AVE. SUITE 335<br>TULSA OK 74136 | Creditor ID: 2849-01<br>CALLIGARIS USA INC<br>2401 BREVARD ROAD<br>HIGH POINT NC 27263 | Creditor ID: 91-01<br>CALLOP CYCLE CORP<br>2677 EL PRESIDIO<br>LONG BEACH CA 90810 |
| Creditor ID: 17181-01<br>CAL-MARK BEVERAGE INC.<br>440 CORTE SUR<br>NOVATO CA 94949 | Creditor ID: 5255-01<br>CAL-MET TRADING<br>7552 EAST CAMELBACK ROAD<br>SCOTTSDALE AZ 85251 | Creditor ID: 7656-01<br>CAL-MET TRADING, INC.<br>5305 E. 18TH ST.SUITE 220<br>VANCOUVER WA 98661 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13123-01<br>CALMONT BEVERAGE, CO. INC.<br>308 INDUSTRIAL LANE<br>BARRE VT 05641 | Creditor ID: 2850-01<br>CAL-ROYAL PRODUCTS, INC.<br>6605 FLOTILLA AVE.<br>CITY OF COMMERCE CA 90040 | Creditor ID: 13124-01<br>CALSONIC KANSEI NORTH AMERICA INC<br>305 STANLEY BLVD BLD 7<br>SHELBYVILLE TN 37160 |
| Creditor ID: 5256-01<br>CALSONIC KANSEI NORTH AMERICA, INC.<br>1801 CHILDRESS ROAD<br>LEWISBURG TN 37091 | Creditor ID: 16055-01<br>CALTEX POLYMER INC<br>140 FELL COURT SUITE 105<br>HAUPPAUGE NY 11788 | Creditor ID: 13125-01<br>CALVIN HARMON<br>2230 SW KAUER STREET<br>MCMINNVILLE OR 97128 |
| Creditor ID: 4793-01<br>CALWAY FOODS INC<br>2040 MAIN ST. SUITE 111<br>SANTA CLARA CA 95050 | Creditor ID: 7657-01<br>CAMCO CHEMICAL<br>8150 HOLTON DRIVE<br>FLORENCE KY 41042 | Creditor ID: 16056-01<br>CAMCO MANUFACTURING INC<br>121 LANDMARK DRIVE<br>GREENSBORO NC 27409 |
| Creditor ID: 5257-01<br>CAMCO MANUFACTURING INC<br>3075 ARNOLD ROAD, NE<br>ALBANY OR 97321 | Creditor ID: 13126-01<br>CAMCO MANUFACTURING INC<br>8663 WEST MARKET STREET<br>GREENSBORO NC 27409 | Creditor ID: 2851-01<br>CAMDEN GLOBAL LLC<br>3600 WILSHIRE BLVD., STE 1403<br>LOS ANGELES CA 90010 |
| Creditor ID: 92-01<br>CAMDEN IRON & METAL INC<br>1500 SOUTH SIXTH STREET<br>CAMDEN NJ 08104 | Creditor ID: 16057-01<br>CAMEL ENTERPRISES<br>635 E. COMSTOCK AVE.<br>GLENDORA CA 91741 | Creditor ID: 8551-01<br>CAMERICAN INTERNATIONAL<br>45 EISENHOWER DRIVE<br>PARAMUS NJ 07652 |
| Creditor ID: 18360-01<br>CAMERON ARTIFICIAL LIFTS<br>26535 FM 2978 RD.<br>MAGNOLIA TX 77354 | Creditor ID: 13127-01<br>CAMERON CHEMICALS<br>830 OLD DILL ROAD<br>SUFFOLK VA 23434 | Creditor ID: 5258-01<br>CAMERON COMPRESSION<br>600 SOUTH FIRST ST.<br>PONCA CITY OK 74601 |
| Creditor ID: 17182-01<br>CAMERON DISTRIBUTIONS<br>6731 STUART AVE 47<br>JACKSONVILLE FL 32254 | Creditor ID: 7658-01<br>CAMERON INTERNATIONAL CORPORATION<br>845 S.E. 29TH STREET<br>OKLAHOMA CITY OK 73129 | Creditor ID: 17183-01<br>CAMERON?S COFFEE<br>6801 SHADY OAK ROAD<br>EDEN PRAIRIE MN 55344 |
| Creditor ID: 13128-01<br>CAMFOCUS INDUSTRIAL (AMERICA)<br>344 TORITO LANE<br>DIAMOND BAR CA 91765 | Creditor ID: 12559-01<br>CAMI AUTOMOTIVE INC.<br>6760 METROPLEX DRIVE<br>ROMULUS MI 48174 | Creditor ID: 17184-01<br>CAMOPLAST<br>1015 THIRD AVENUE 12TH FLOOR - EI<br>SEATTLE WA 98104 |
| Creditor ID: 17185-01<br>CAMPBELL & CO.<br>198 MAIN ST<br>CHARLEMONT MA 01339 | Creditor ID: 2852-01<br>CAMPBELL SOUP CO.<br>CAMPBELL PLACE<br>CAMDEN NJ 08103-1799 | Creditor ID: 2853-01<br>CAMPEX INC.<br>2825 WILCREST, SUITE 560<br>HOUSTON TX 77042 |
| Creditor ID: 16058-01<br>CAMPING WORLD<br>2618 MUSIC VALLEY DRIVE<br>NASHVILLE TN 37214 | Creditor ID: 5259-01<br>CAMPOS BROS. FARMS<br>15516 S WALNUT AVE<br>CARUTHERS CA 93609 | Creditor ID: 13129-01<br>CAMSO MANAGEMENT, LLC<br>905 DOUGLAS AVE<br>MINNEAPOLIS MN 55403 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2854-01<br>CAMSO USA INC.<br>306 FORSYTH HALL DRIVE<br>CHARLOTTE NC 28273 | Creditor ID: 17285-01<br>CAMTRADE ENTERPRISES INC.<br>30431 WHIPPLE ROAD<br>UNION CITY CA 94587 | Creditor ID: 8552-01<br>CAN WORLD, LTD<br>10 SHORNCLIFE ROAD, UNIT 2<br>TORONTO ON M9B 3S3<br>CANADA |
| Creditor ID: 9351-01<br>CANADA MALTING CO.,LIMITED.<br>1701 INDUSTRIAL WAY P.O.BOX 1529<br>VANCOUVER WA 98660 | Creditor ID: 7659-01<br>CANADIAN AGRI PRODUCTS (USA) CORP.<br>5600 TENNYSON PARKWAY, STE 325<br>PLANO TX 75024 | Creditor ID: 5260-01<br>CANADIAN FISH EXPORTERS<br>134 RUMFORD AVENUE | SUITE 202<br>AUBURNDALE MA 02466 |
| Creditor ID: 19016-97<br>CANADIAN NATIONAL RAILWAY CO, ET AL<br>C/O LOWENSTEIN SANDLER LLLP<br>MICHAEL ETKIN, PHILIP GROSS,<br>KENNETH ROSEN & DAVID VAN GROUW, ESQS<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Creditor ID: 19017-97<br>CANADIAN NATIONAL RAILWAY COMPANY<br>C/O NORTON ROSE FULBRIGHT US LLP<br>ATTN DAVID A ROSENZWEIG ESQ<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | Creditor ID: 19018-97<br>CANADIAN PACIFIC RAIL<br>1100 RENE LEVESQUE BLVD WEST<br>SUITE 900<br>MONTREAL QC H3Z 3C8<br>CANADA |
| Creditor ID: 16059-01<br>CANADIAN SOLAR ?USA?INC.<br>2420 CAMINO RAMON, SUITE 125<br>SAN RAMON CA 94583 | Creditor ID: 2855-01<br>CANARY TRADING COMPANY INC.<br>1554 S. ANAHEIM #4<br>ANAHEIM CA 92805 | Creditor ID: 13130-01<br>CANCOS TILE<br>1085 PORTION RD.<br>FARMINGVILLE NY 11738 |
| Creditor ID: 12560-01<br>CANILLO'S ITALIAN FOOD IMPORTERS<br>367-375 HARRISON STREET<br>PASSAIC NJ 07055 | Creditor ID: 2856-01<br>CANINE CAVIAR PET FOODS INC<br>4131 TIGRIS WAY<br>RIVERSIDE CA 92503 | Creditor ID: 2857-01<br>CANJOY LINENS, INC<br>2007 LEE AVE<br>SOUTH EL MONTE CA 91733 |
| Creditor ID: 2858-01<br>CANNON FISH COMPANY<br>5512 17TH AVE NW<br>SEATTLE WA 98107 | Creditor ID: 5261-01<br>CANNON USA, INC.<br>ONE CANNON PLAZA<br>LAKE SUCCESS NY 11042 | Creditor ID: 13131-01<br>CANNONDALE SPORTS GROUP<br>4902 HAMMERSLEY ROAD<br>MADISON WI 53711 |
| Creditor ID: 16060-01<br>CANON COMPUTER SYSTEM, INC<br>2995 REDHILL AVE.<br>COSTA MESA CA 92626 | Creditor ID: 93-01<br>CANON LATIN AMERICA INC.<br>703 WATERFORD WAY - SUITE 400<br>MIAMI FL 33126 | Creditor ID: 13132-01<br>CANON U.S.A. INC.<br>5625 OAKBROOK PARKWAY<br>NORCROSS GA 30093 |
| Creditor ID: 5262-01<br>CANON U.S.A. INC.<br>100 RIDGE ROAD<br>JAMESBURG NJ 08831 | Creditor ID: 5263-01<br>CANON U.S.A. INC.<br>100 JAMESBURG ROAD<br>JAMESBURG NJ 08831 | Creditor ID: 16061-01<br>CANON U.S.A. INC.<br>4665 DISTRIPLEX DRIVE, WEST(1-21)<br>MEMPHIS TN 38118 |
| Creditor ID: 13133-01<br>CANON U.S.A. INC. HEAD OFFICE<br>1 CANON PARK<br>MELVILLE NY 11747 | Creditor ID: 2859-01<br>CANON U.S.A., INC.<br>15955 ALTON PARKWAY<br>IRVINE CA 92618-3731 | Creditor ID: 8553-01<br>CANON U.S.A., INC.<br>6325 MUIRFIELD DRIVE<br>HANOVER PARK IL 60103 |
| Creditor ID: 17286-01<br>CANON U.S.A.,INC<br>3200 REGENT BLVD<br>IRVING TX 75063-3145 | Creditor ID: 7660-01<br>CANON U.S.A.,INC.<br>ONE CANON PARK<br>MELVILLE NY 11747 | Creditor ID: 8554-01<br>CANON U.S.A.INC. SAN FRANCISCO WAREHOUSE<br>250 UTAH AVENUE<br>SOUTH SAN FRANCISCO CA 94080 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7172-01<br>CANON USA, INC - ITASCA DISTRIBUTION CENTRE<br>1800 BRUNING DRIVE WEST<br>ITASCA IL 60143 | Creditor ID: 5264-01<br>CANON USA, INC. CHICAGO OFFICE<br>100 PARK BLVD.<br>ITASCA IL 60143 | Creditor ID: 5265-01<br>CANON VIRGINIA, INC.<br>12000 CANON BLVD<br>NEWPORT NEWS VA 23606-4299 |
| Creditor ID: 94-01<br>CANTERA CONCRETE COMPANY<br>599 N.E. J STREET<br>BENTONVILLE AR 72712 | Creditor ID: 17287-01<br>CANTERBURY TILES<br>SHORE ROAD<br>GREENWICH CT 06830 | Creditor ID: 16062-01<br>CANUSA HERSHMAN RECYCLING COMPANY<br>45 NORTHEAST INDUSTRIAL RD<br>BRANFORD CT 06405 |
| Creditor ID: 7661-01<br>CANYON AUTO SALES<br>13630 NW SPRINGVILLE LANE<br>PORTLAND OR 97229 | Creditor ID: 16063-01<br>CANYON FARMS INC.<br>8033 W. SUNSET BLVD.<br>LOS ANGELES CA 90046 | Creditor ID: 8555-01<br>CANYON FURNITURE<br>374 EAST H ST PMB 322<br>CHULA VISTA CA 91910 |
| Creditor ID: 95-01<br>CANYON GROUP, LLC<br>370 S. MAIN ST.<br>YUMA AZ 85364 | Creditor ID: 7662-01<br>CANYON METAL RECYCLING INC.<br>31811 PACIFIC HIGHWAY S.<br>SUITE B #260<br>FEDERAL WAY WA 98003 | Creditor ID: 17289-01<br>CAP AMERICA INC.<br>21946 ROYAL MONTRAL DR.<br>KATY TX 77450 |
| Creditor ID: 2860-01<br>CAP BARBELL INC<br>2030 E. VISTA BELLA WAY<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 16064-01<br>CAP BARBELL INC<br>625 RAHWAY AVE UNION NJ 07083<br>UNION NJ 07083 | Creditor ID: 16065-01<br>CAP BARBELL INC<br>3499 SOUTH CHICAGO ST<br>JOLIET IL 60436 |
| Creditor ID: 13134-01<br>CAP BARBELL INC.<br>10820 WESTPARK DR.<br>HOUSTON TX 77042 | Creditor ID: 9352-01<br>CAP BARBELL, INC.<br>155 DISTRIBUTION DR<br>GARDEN CITY GA 31408 | Creditor ID: 16066-01<br>CAP WORLDWIDE<br>3226 LODESTAR ROAD BLDG. 7 STE#200<br>HOUSTON TX 77032 |
| Creditor ID: 96-01<br>CAPCO<br>5800 E JEWELL AVE.<br>DENVER CO 80224 | Creditor ID: 97-01<br>CAPE CRAFTSMEN, INC.<br>309 RALEIGH STREET<br>WILMINGTON NC 28412 | Creditor ID: 8556-01<br>CAPE CRAFTSMEN, LLC<br>5915 MIDLOTHIAN TURNPIKE<br>RICHMOND VA 23235 |
| Creditor ID: 17290-01<br>CAPE FEAR BONDED WAREHOUSE<br>810 SUNNYVALE DRIVE<br>WILMINGTON NC 28412 | Creditor ID: 8557-01<br>CAPESCOR INTERNATIONAL, INC<br>6164 56TH DRIVE<br>MASPETH NY 11378-2452 | Creditor ID: 16067-01<br>CAPITAL CITY YACHT SALES<br>611 COLUMBIA STREET NW<br>OLYMPIA WA 98501 |
| Creditor ID: 8558-01<br>CAPITAL EXPRESS INTERNATIONAL, INC.<br>147-39 175TH STREET   ROOM 212<br>JAMAICA NY 11434 | Creditor ID: 5266-01<br>CAPITAL GRANITE & MARBLE<br>25325 STATE HWY 23<br>SAINT CLOUD MN 56301 | Creditor ID: 7664-01<br>CAPITAL INTERNATIONAL INC.<br>425 DEODAR LANE<br>BRADBURY CA 91010 |
| Creditor ID: 98-01<br>CAPITAL LIGHTING FIXTURE COMPANY<br>5359 RAFE BANKS DRIVE<br>FLOWERY BRANCH GA 30542 | Creditor ID: 5267-01<br>CAPITAL MERCURY SHIRT CORP.<br>1372 BROADWAY  (3RD FLOOR)<br>NEW YORK NY 10018 | Creditor ID: 2382-01<br>CAPITAL PACKAGING INC.<br>237 E. 157TH ST.<br>GARDENA CA 90248 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16068-01<br>CAPITAL PLASTICS & FOODS, INC.<br>10355 HARWIN DR HOUSTON, TX 77036<br>HOUSTON TX 77036 | Creditor ID: 5268-01<br>CAPITAL POLY, INC.<br>30827 RUE VALOIS<br>RANCHO PALOS VERDES CA 90275 | Creditor ID: 5269-01<br>CAPITAL REFRACTORIES INC<br>2940 HEBRON PARK DRIVE SUITE 207<br>HEBRON KY 41048 |
| Creditor ID: 18361-01<br>CAPITAL RIVER GROUP, LLC<br>9245 LAGUNA SPRINGS DR STE 135<br>DBA CAPITAL FEED DBA CRG BIOFUEL<br>DBA CRG LOGISTICS<br>ELK GROVE CA 95758 | Creditor ID: 5270-01<br>CAPITAL USA<br>300 CROSS PLANS BLVD<br>DALTON GA 30720 | Creditor ID: 99-01<br>CAPITOL FOUNDRY OF VIRGINIA INC.<br>2856 CRUSADER CIRCLE<br>VIRGINIA BEACH VA 23453 |
| Creditor ID: 2861-01<br>CAPITOL HUSTING CO.<br>12001 WEST CARMEN AVENUE<br>MILWAUKEE WI 53225 | Creditor ID: 100-01<br>CAPRO INTERNATIONAL, LLC<br>1801 AVENUE OF THE STARS, SUITE 410<br>LOS ANGELES CA 90067 | Creditor ID: 16069-01<br>CAPROCK LAND COMPANY<br>2809 EARL RUDDER FWY S. STE 203<br>COLLEGE STATION TX 77845 |
| Creditor ID: 5271-01<br>CAPSUGEL<br>1535 NORTH EMERALD ROAD<br>GREENWOOD SC 29646 | Creditor ID: 16070-01<br>CAPTN'S PACK PRODUCE INC<br>7135 MINSTREL WAY STE 203<br>COLUMBIA MD 21045 | Creditor ID: 7173-01<br>CARAGOL & ZAINA ASSOCIATES INC.<br>2145 14TH AVE., ST.8<br>VERO BEACH FL 32960 |
| Creditor ID: 5272-01<br>CARAUSTAR<br>1379 MR DOW DRIVE<br>ROCK HILL SC 29732 | Creditor ID: 13135-01<br>CARAVAN CANOPY INT'L, INC.<br>2111 SOUTH ACACIA AVENUE<br>COMPTON CA 90220 | Creditor ID: 16071-01<br>CARAVITA USA INC.<br>501 B LA MESA STREET<br>MT. PLEASANT SC 29464 |
| Creditor ID: 2862-01<br>CARBETT INTERNATIONAL INC<br>JFK INTERNATIONAL AIRPORT<br>CARGO BLDG. 80<br>JAMAICA NY 11430 | Creditor ID: 101-01<br>CARBOCHEM INC.<br>308 E. LANCASTER AVENUE<br>WYNNEWOOD PA 19096 | Creditor ID: 7666-01<br>CARDINAL HEALTH<br>12350 PHILADELPHIA STREET<br>MIRA LOMA CA 91752 |
| Creditor ID: 7665-01<br>CARDINAL HEALTH<br>1 BUTTERFIELD TRAIL<br>EL PASO TX 79906 | Creditor ID: 16072-01<br>CARDINAL HEALTH 409, INC<br>2725 SCHEERE DRIVE<br>ST. PETERSBURG FL 33716 | Creditor ID: 17291-01<br>CARDINAL IG<br>227 SOUTH POLLARD STREET<br>VINTON VA 24179 |
| Creditor ID: 17292-01<br>CARDOLITE CORPORATION<br>500 DOREMUS AVENUE<br>NEWARK NJ 07105 | Creditor ID: 102-01<br>CARDWELL LUMBER, INC.<br>HIGHWAY 15 NORTH<br>NOVELTY MO 63460 | Creditor ID: 9353-01<br>CARESTREAM HEALTH, INC.<br>150 VERONA STREET<br>ROCHESTER NY 14608 |
| Creditor ID: 13136-01<br>CARETRANS FREIGHT SERVICE<br>175-01 ROCKAWAY BLVD. RM 206<br>JAMAICA NY 11434 | Creditor ID: 17293-01<br>CARETRANS FREIGHT SERVICE INC<br>2100 SATURN STREET STE. 205<br>MONTEREY PARK CA 91755 | Creditor ID: 17294-01<br>CARGILL<br>935 INTERSTATE RIDGE RD.<br>GAINESVILLE GA 30501 |
| Creditor ID: 16073-01<br>CARGILL<br>15615 MCGINTY RD W, MS#20<br>WAYZATA MN 55391 | Creditor ID: 5273-01<br>CARGILL<br>1710  16TH ST SE<br>CEDAR RAPIDS IA 52401 | Creditor ID: 5274-01<br>CARGILL CORP. (MINNEAPOLIS, MN)<br>P.O. BOX 5696<br>MINNEAPOLIS MN 55440-5696 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13137-01<br>CARGILL COTTON<br>7101 GOODLETT FARMS PKWY<br>CORDOVA TN 38101 | Creditor ID: 17295-01<br>CARGILL DRY CORN INGREDIENTS INC.<br>616 SOUTH JEFFERSON ST<br>PARIS IL 61944 | Creditor ID: 18362-01<br>CARGILL FEED & NUTRITION<br>1012 PEARL STREET<br>FRANKLINTON LA 70438 |
| Creditor ID: 7667-01<br>CARGILL FERROUS INTERNATIIONAL<br>9350 EXCELSIOR CROSSINGS BLVD<br>4TH FLOOR, MS 95<br>HOPKINS MN 55343 | Creditor ID: 13138-01<br>CARGILL HEALTH & NUTRITION<br>ONE CARGILL DRIVE<br>EDDYVILLE IA 52553 | Creditor ID: 7668-01<br>CARGILL INC. (WAYZATA, MN)<br>15407 MCGINTY ROAD WEST, MS 78<br>WAYZATA MN 55391 |
| Creditor ID: 16074-01<br>CARGILL INCORPORATED<br>308 6TH AVENUE SE<br>CEDAR RAPIDS IA 52401 | Creditor ID: 13376-01<br>CARGILL INCORPORATED - HALLS WAREHOUSE CORP<br>501 KENTILE ROAD<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 16075-01<br>CARGILL INCORPORATED OVERFLO WAREHOUSE<br>3010 NIEMAN AVE.<br>BALTIMORE MD 21250 |
| Creditor ID: 2863-01<br>CARGILL JUICE N.A. (FROSTPROOF, FL)<br>100 EAST 6TH STREET, P.O. BOX 2000<br>FROSTPROOF FL 33843-2000 | Creditor ID: 13377-01<br>CARGILL LIMITED (VANCOUVER, BC)<br>2500-200 GRANVILLE STREET<br>VANCOUVER BC V6C 1S4<br>CANADA | Creditor ID: 2864-01<br>CARGILL MEAT SOLUTIONS (WICHITA, KS)<br>151 NORTH MAIN<br>WITCHITA KS 67201-2519 |
| Creditor ID: 16076-01<br>CARGILL MEAT SOLUTIONS (WICHITA, KS)<br>P.O. BOX 2519<br>WICHITA KS 67201 | Creditor ID: 18363-01<br>CARGILL NUTRI PRODUCTS, INC.<br>1 CARGILL DRIVE<br>EDDYVILLE IA 52577 | Creditor ID: 13378-01<br>CARGILL SALT<br>916 SOUTH RIVERSIDE AVE<br>SAINT CLAIR MI 48079 |
| Creditor ID: 13379-01<br>CARGILL TEXTURIZING SOLUTIONS<br>1445 EAST 98TH PLACE<br>CHICAGO IL 60628 | Creditor ID: 16077-01<br>CARGILL TEXTURIZING SOLUTIONS<br>72241  250TH AVE<br>HAYFIELD MN 55940 | Creditor ID: 103-01<br>CARGILL TEXTURIZING SOLUTIONS<br>4836 HICKORY HILL RD<br>MEMPHIS TN 38141 |
| Creditor ID: 7669-01<br>CARGILL TEXTURIZING SOLUTIONS US<br>2980 EVERGREEN DRIVE SUITE 200<br>DULUTH GA 30096 | Creditor ID: 14742-01<br>CARGILL TEXTURIZING SOLUTIONS USA<br>3582 MCCALL PLACE NE<br>ATLANTA GA 30340 | Creditor ID: 2865-01<br>CARGILL TRADING LIMITED<br>1400 NORTH MACARTHUR, MAIL BOX 6<br>TRACY CA 95376 |
| Creditor ID: 7670-01<br>CARGILL TRANSPORATION & LOGISTICS (MN)<br>15407 MCGINTY ROAD WEST, MS 78<br>WAYZATA MN 55391-2399 | Creditor ID: 104-01<br>CARGILL TRANSPORTATION & LOGISTICS (MN)<br>CARGILL INC., 15407 MCGINTY ROAD,<br>MS 62 WAYZATA MN 55391 | Creditor ID: 105-01<br>CARGILL, INC. (BLAIR, NE)<br>1705 KELLIE DRIVE<br>BLAIR NE 68008 |
| Creditor ID: 8559-01<br>CARGILL, INC. (CORAL GABLES, FL)<br>2525 PONCE DE LEON, SUITE 800<br>CORAL GABLES FL 33134 | Creditor ID: 4794-01<br>CARGILL, INCORPORATED.<br>9380 EXCELSIOR BLVD<br>HOPKINS MN 55343 | Creditor ID: 16078-01<br>CARGO CARGO<br>500 E. CARSON PLAZA DR. SUITE #202A<br>CARSON CA 90746 |
| Creditor ID: 2866-01<br>CARGO INFINITY USA, INC.<br>9402 TELSTAR AVE., SUITE 108<br>EL MONTE CA 91731 | Creditor ID: 7671-01<br>CARGO LEADER<br>1821 E. TERRACE DRIVE<br>GRAND PRAIRIE TX 75050 | Creditor ID: 7672-01<br>CARGO NOS, INC.<br>3505 TUDOR DR.<br>POMPTON PLAINS NJ 07444 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2867-01<br>CARGO TRANSFER & DISTRIBUTION LTD.<br>NEW YORK BRANCH<br>181 SOUTH FRANKLIN AVE., SUITE 608<br>VALLEY STREAM NY 11581 | Creditor ID: 2868-01<br>CARGO UK/CHARLESTON<br>3245 BENCHMARK DRIVE<br>LADSON SC 29456 | Creditor ID: 106-01<br>CARGO ZONE, INC<br>147-29 182ND ST., SUITE 202<br>JAMAICA NY 11413 |
| Creditor ID: 7673-01<br>CARGOMAR USA<br>121 WEST TAZEWELL STREET<br>NORFOLK VA 23510 | Creditor ID: 5275-01<br>CARGOMAX<br>700 ROCKAWAY TURNPIKE SUITE 205<br>LAWRENCE NY 11559 | Creditor ID: 7674-01<br>CARGOTRANS INC.<br>275 N. CENTRAL AVE.<br>VALLEY STREAM NY 11580 |
| Creditor ID: 9354-01<br>CARGOTRANS INTERNATIONAL<br>2401 MORRIS AVENUE 2ND FLOOR<br>UNION CITY NJ 07083 | Creditor ID: 16079-01<br>CARGOZONE TRANS<br>19550 DOMINGUEZ HILLS DR.<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 107-01<br>CARHART, INC.<br>3512 WHITE EAGLE DRIVE<br>NAPERVILLE IL 60564 |
| Creditor ID: 13380-01<br>CARIBBEAN BLUES INC.<br>777 EAST WASHINGTON BLVD.<br>LOS ANGELES CA 90021 | Creditor ID: 16080-01<br>CARIBBEAN COMMODITIES CORPORATION<br>14500 CUTTEN ROAD #14303<br>HOUSTON TX 77069 | Creditor ID: 8560-01<br>CARL BRANDT, INC<br>55 WALLS DRIVE SUITE 305<br>FAIRFIELD CT 06824 |
| Creditor ID: 108-01<br>CARLEX GLASS CO<br>77 EXCELLENCE WAY<br>VONORE TN 37885 | Creditor ID: 7675-01<br>CARLISLE SYNTEC INCORPORATED<br>1285 RITNER HIGHWAY<br>CARLISLE PA 17013 | Creditor ID: 4795-01<br>CARLOS JULIAN TORTOLA SEBASTIAN<br>2555 PENNSYLVANIA AVENUE NW #804<br>WASHINGTON DC 20037 |
| Creditor ID: 109-01<br>CARLOSGONZALEZ ZAYRO<br>301 GRAND CENTRAL BLVD<br>LAREDO TX 78041 | Creditor ID: 13381-01<br>CARLSON SYSTEMS, LLC<br>10840 HARNEY ST., PO BOX 3036<br>OMAHA NE 68103-0036 | Creditor ID: 17296-01<br>CARLTON SAW CHAIN<br>3901 SE NAEF ROAD<br>MILWAUKIE OR 97267-8998 |
| Creditor ID: 5276-01<br>CARLYLE COMPRESSOR COMPANY<br>1440 ROCK MOUNTAIN BLVD<br>A DIVISION OF CARRIER CORPORATION<br>STONE MOUNTAIN GA 30083 | Creditor ID: 13382-01<br>CARLYLE INTERNATIONAL GROUP<br>1684 DECOTO RD. #162<br>UNION CITY CA 94587 | Creditor ID: 17297-01<br>CARMEN CASTIELLA RUIZ DE VELASCO<br>115 EAST 82ND STREET, APARTMENT 8C<br>NEW YORK NY 10028 |
| Creditor ID: 16081-01<br>CARMEUSE LIME AND STONE<br>508 QUARRY LANE<br>CLEAR BROOK VA 22624 | Creditor ID: 16082-01<br>CARMICHAEL INTERNATIONAL SERVICE<br>20 W. LINCOLN AVE. STE. 300<br>VALLEY STREAM NY 11580 | Creditor ID: 5277-01<br>CARMINART INC<br>61 NO SAW MILL RD<br>ELMSFORD NY 10523 |
| Creditor ID: 13383-01<br>CARNEVALE & LOHR, INC.<br>6251 CLARA STREET,<br>BELL GARDENS CA 90201 | Creditor ID: 5278-01<br>CARNIVAL CRUISE LINES<br>3655 NW 87TH AVENUE<br>MIAMI FL 33178 | Creditor ID: 8561-01<br>CARO PART INC<br>7741 ALABAMA STREET # 3<br>CANOGA PARK CA 91304 |
| Creditor ID: 10129-01<br>CAROB (USA)<br>3010 NIEMAN AVENUE<br>BALTIMORE MD 21230 | Creditor ID: 7676-01<br>CAROLE C. LELAND<br>244 WEST VALLEY AVE. STE 205<br>BIRMINGHAM AL 35209 | Creditor ID: 2869-01<br>CAROLINA ART & FRAME<br>1060 INDUSTRIAL PARK DR.<br>KERNERSVILLE NC 27284 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

Creditor ID: 5279-01
CAROLINA BY PRODUCTS
151 VALPRO DRIVE
WINCHESTER VA 22603

Creditor ID: 13384-01
CAROLINA DISTRIBUTING CO
712 ELLIS ROAD
DURHAM NC 27703

Creditor ID: 110-01
CAROLINA FINE SNACKS
209 CITATION COURT
GREENSBORO NC 27409

Creditor ID: 9355-01
CAROLINA FURNITURE WAREHOUSE
3155 SENECA STREET
WEST SENECA NY 14224

Creditor ID: 111-01
CAROLINA PELLETING & EXTRUSSION
1694 FISHER COURT
NEWTON NC 28658

Creditor ID: 8562-01
CAROLINA PUBLIC WAREHOUSE
3609 GLENN AVENUE
WINSTON SALEM NC 27115

Creditor ID: 7677-01
CAROLINA STARCHES LLC
7675 SOUTHRAIL ROAD
NORTH CHARLESTON SC 29420

Creditor ID: 17298-01
CAROLINA WESTERN, INC
125 RUTLEDGE LAKE ROAD, PO BOX 2524
GREENVILLE SC 29602

Creditor ID: 5280-01
CAROLINAS RECYCLING  GROUP
2061 NAZARETH CHURCH ROAD
SPARTANBURG SC 29301

Creditor ID: 19019-97
CAROTRANS INTERNATIONAL INC.
100 WALNUT AVENUE, STE 202
CLARK NJ 07066

Creditor ID: 17299-01
CAROUSEL USA
244 KRUSE AVE.
MONROVIA CA 91016

Creditor ID: 7678-01
CARPENTER CO.
195 CO ROAD 15
ELKHART IN 46516

Creditor ID: 112-01
CARPENTER CO.
7809 LINCOLN AVENUE
RIVERSIDE CA 92504

Creditor ID: 17300-01
CARPET FASHIONS INC.
4530 BABCOCK ST NE
PALM BAY FL 32905

Creditor ID: 16083-01
CARPET KING INC.
1010 W. SAN BERNARDINO ROAD
COVINA CA 91723

Creditor ID: 13385-01
CARPET OF DALTON
3010 OLD DUG GAP ROAD
DALTON GA 30722

Creditor ID: 10130-01
CARPET WEAVER'S
616 WEST MARKETVIEW DRIVE
CHAMPAIGN IL 61820

Creditor ID: 2870-01
CARRAND COMPANIES, INC.
1415 W. ARTESIA BLVD.
RANCHO DOMINGUEZ CA 90220

Creditor ID: 8563-01
CARRIE INTL FREIGHT SVCS
215 EAST BAY STREET STE 402
CHARLESTON SC 29401

Creditor ID: 13386-01
CARRIER A/C INDUSTRIES
715 WILLOW SPRINGS LANE
YORK PA 17402

Creditor ID: 7679-01
CARRIER COLLIERVILLE PLANT
AFI 4640 HICKORY HILL
MEMPHIS TN 38141

Creditor ID: 9356-01
CARRIER COMMERCIAL PLANT
13701 NORTH LAMAR DR
KILLAM INDUSTRIAL PARK
LAREDO TX 78045

Creditor ID: 16084-01
CARRIER CORP
5200 CENTURY BLVD.6TH FL.
LOS ANGELES CA 90045

Creditor ID: 7680-01
CARRIER CORP
1059 W RIDGE RD
ROCHESTER NY 14600

Creditor ID: 2871-01
CARRIER CORP.
328 WEAKLEY RD
SMYRNA TN 37167

Creditor ID: 17301-01
CARRIER CORP. COMMERCIAL SYSTEMS & SERVICES
PO BOX 4808 BLDG TR4 THOMSON ROAD
SYRACUSE NY 13221

Creditor ID: 113-01
CARRIER CORPORATION
245 ROGER AVE
INWOOD NY 11096

Creditor ID: 5282-01
CARRIER CORPORATION
ONE CARRIER PLACE
FARMINGTON CT 06034

Creditor ID: 17302-01
CARRIER CORPORATION
ONE CARRIER PLACE
FARMINGTON CT 06034

Creditor ID: 5281-01
CARRIER CORPORATION
1601 GREGORY STREET
NORTH LITTLE ROCK AR 72114

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5283-01<br>CARRIER CORPORATION<br>3402 MEYER ROAD<br>FORT WAYNE IN 46803 | Creditor ID: 8564-01<br>CARRIER CORPORATION (ET) TYLER<br>1700 EAST DUNCAN ST.<br>TYLER TX 75702 | Creditor ID: 7681-01<br>CARRIER CORPORATION COLLIERVILLE<br>97 S. BYHALIA ROAD<br>COLLIERVILLE TN 38017 |
| Creditor ID: 5284-01<br>CARRIER CORPORATION RCD DIVISION<br>6304 THOMPSON ROAD<br>SYRACUSE NY 13221 | Creditor ID: 9357-01<br>CARRIER CORPORATION WAINWRIGHT WAREHOUSE<br>7345 IBM DRIVE.<br>CHARLOTTE NC 28262 | Creditor ID: 17303-01<br>CARRIER CORPORATION.<br>39550 13 MILE ROAD<br>NOVI MI 48377 |
| Creditor ID: 2872-01<br>CARRIER HEAR TRANSFER GROUP<br>201 THOMAS FRENCH DR<br>SCOTTSBORO INDUSTRIAL PARK<br>SCOTTSBORO AL 35769 | Creditor ID: 13387-01<br>CARRIER TRANSPORT AIR CONDITIONING INC<br>3601 PARKWAY INC<br>LEESBURG FL 34748 | Creditor ID: 114-01<br>CARRIER TRANSPORT AIR CONDITIONING INC.<br>CWC LOGISTICS 3402 MEYER ROAD<br>FORT WAYNE IN 46803 |
| Creditor ID: 5285-01<br>CARRIER-HTPG GROUP<br>SCOTTSBORO INDUSTRIAL PARK<br>214 LONNIE E CRAWFORD BLVD<br>SCOTTSBORO AL 35769-7401 | Creditor ID: 16085-01<br>CARRIER-TRANSICOLD<br>DIVISION CONTAINER SALES GROUP<br>P.O. BOX 4805<br>SYRACUSE NY 13221 | Creditor ID: 115-01<br>CARRIETEX INC.<br>5302 IRWINDALE AVE.<br>IRWINDALE CA 91706 |
| Creditor ID: 19021-97<br>CARRIX ENTITIES<br>C/O WILKIE FARR & GALLAGHER LLP<br>CHRISTOPHER KOENIG & JOHN LONGMIRE<br>787 SEVENTH AVE<br>NEW YORK NY 10019 | Creditor ID: 19022-97<br>CARRIX ENTITIES<br>C/O GARVEY SCHUBERT BARER<br>ATTN CHARLES C ROBINSON<br>SECOND & SENECA BUILDING<br>1191 SECOND AVE, 18TH FL<br>SEATTLE WA 98101-2939 | Creditor ID: 19020-97<br>CARRIX ENTITIES<br>C/O NORRIS MCLAUGHLIN & MARCUS PA<br>MATTEO PERCONTINO, BRUCE WISOTSKY<br>721 RTE 202-206, STE 200<br>BRIDGEWATER NJ 08807 |
| Creditor ID: 18364-01<br>CARROLL COMPANIES, INC<br>1640 OLD 421 SOUTH<br>BOONE NC 28607 | Creditor ID: 5286-01<br>CARS USA, INC.<br>3640 S FULTON AVE STE 1209<br>HAPEVILLE GA 30354 | Creditor ID: 8565-01<br>CARSON PIRIE SCOTT<br>2801 EAST MARKET STREET<br>YORK PA 17402 |
| Creditor ID: 8566-01<br>CAR-SPHERE LLC<br>6675 WESTWOOD BLVD<br>SUITE#180  ORLANDO FL 32622 | Creditor ID: 116-01<br>CARTER DISTRIBUTING INC.<br>1001 WEST 2610 SOUTH<br>SALT LAKE CITY UT 84119 | Creditor ID: 7682-01<br>CARTER'S, INC.<br>301 EAGLES LANDING PARKWAY<br>STOCKBRIDGE GA 30281 |
| Creditor ID: 17304-01<br>CARUSO MUSIC<br>94 STATE STREET<br>NEW LONDON CT 06320 | Creditor ID: 16086-01<br>CAS INTERGLOBAL LLC<br>4900 HOPYARD ROAD #100<br>PLEASANTON CA 94588 | Creditor ID: 13388-01<br>CASA BELLA<br>1901 SE GRAND AVENUE<br>PORTLAND OR 97214 |
| Creditor ID: 7683-01<br>CASA BLANCA FURNISHING, INC.<br>1125 N. STANDFORD AVE., #B<br>LOS ANGELES CA 90059 | Creditor ID: 2038-01<br>CASA DOLCE CASA USA INC.<br>942 CURIE DRIVE<br>ALPHARETTA GA 30005 | Creditor ID: 4796-01<br>CASA ELEGANTE CHICAGO INC.<br>4935 OAKTON<br>SKOKIE IL 60077 |
| Creditor ID: 13389-01<br>CASA ITALIA INC<br>54 EAGLE COVE LANE<br>ST. CHARLES MO 63303 | Creditor ID: 2873-01<br>CASA MARINE,INC<br>16426 S.E 57TH PLACE<br>BELLEVUE WA 98006 | Creditor ID: 117-01<br>CASA PONS USA, INC<br>66 PALMER AVENUE SUITE 32<br>BRONXVILLE NY 10708 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5287-01<br>CASA VENTURA IMPORTS INC.<br>3216 IOWA DR.<br>BELLINGHAM WA 98229 | Creditor ID: 17305-01<br>CASABLANCA<br>201 BRADDOCK AVE<br>PITTSBURGH PA 15208 | Creditor ID: 5288-01<br>CASAGRANDE USA, INC<br>93 STICKLES PONDS ROAD<br>NEWTON NJ 07860 |
| Creditor ID: 2874-01<br>CASALE TILE CO.<br>1736 RICHMOND AVD.<br>STATEN ISLAND NY 10134 | Creditor ID: 13390-01<br>CASANA FURNITURE COMPANY, INC<br>220 SOUTH ELM STREET<br>HIGH POINT NC 27260 | Creditor ID: 8567-01<br>CASCADE AGRICULTURAL TRADING, INC.<br>12625 57TH AVENUE WEST<br>MUKILTEO WA 98275 |
| Creditor ID: 118-01<br>CASCADE COFFEE INC<br>1525 75TH STREET SW #100<br>EVERETT WA 98203 | Creditor ID: 8568-01<br>CASCADE COLUMBIA DISTRIBUTION CO<br>6900 FOX AVENUE SOUTH<br>SEATTLE WA 98108 | Creditor ID: 17306-01<br>CASCADE CORPORATION<br>2201 NE 201ST AVENUE<br>FAIRVIEW OR 97024 |
| Creditor ID: 15921-01<br>CASCADE FRUIT MARKETING (FOODGUYS)<br>30470 SW PARKWAY AVENUE, SUITE A<br>WILSONVILLE OR 97070 | Creditor ID: 119-01<br>CASCADE INDUSTRY<br>P.O.BOX 12802<br>EVERETT WA 98206 | Creditor ID: 5289-01<br>CASCADE INTERNATIONAL FOODS<br>36250 SW BALD PEAK ROAD<br>HILLSBORO OR 97123 |
| Creditor ID: 8569-01<br>CASCADE PACIFIC PULP, LLC<br>30480 AMERICAN DRIVE, PO BOX 400<br>HALSEY OR 97348 | Creditor ID: 5290-01<br>CASCADE SHIPPER'S ASSOCIATION<br>5933 SE WIN SIVERS DR. STE 301<br>PORTLAND OR 97220 | Creditor ID: 12561-01<br>CASCADE STEEL ROLLING MILLS<br>3200 N. HIGHWAY 99W - PO BOX 687<br>MCMINNVILLE OR 97128-9399 |
| Creditor ID: 8570-01<br>CASCADE WINDOWS INC.<br>E. 10507 MONTGOMERY<br>SPOKANE WA 99206 | Creditor ID: 13391-01<br>CASCADES TISSUE GROUP - WISCONSIN INC.<br>1200 FOREST STREET<br>EAU CLAIRE WI 54703 | Creditor ID: 15922-01<br>CASCADES TISSUE GROUP-IFC DISPOSABLES INC.<br>250 KLEER-VU DRIVE,<br>BROWNSVILLE TN 38012 |
| Creditor ID: 17307-01<br>CASCADIA INTERNATIONAL GROUP INC.<br>9 LAKE BELLEVUE DRIVE, SUITE #216<br>BELLEVUE WA 98005 | Creditor ID: 5291-01<br>CASCADIA METALS INC<br>7 INTERNATIONAL WAY, P.O. BOX 1276<br>LONGVIEW WA 98632 | Creditor ID: 4797-01<br>CASCADIA SEAFOODS, LLC<br>19314 22ND AVE NW, P.O. BOX 1021<br>EDMOND WA 98020 |
| Creditor ID: 7684-01<br>CASE CONCEPTS INTERNATIONAL LLC<br>76 PROGRESS DR SUITE 260<br>STAMFORD CT 06902 | Creditor ID: 5292-01<br>CASE FARMS LLC<br>121 RAND STREET<br>MORGANTON NC 28655 | Creditor ID: 13392-01<br>CASE FARMS LLC.<br>1818 COUNTRY ROAD 160<br>WINESBURG OH 44690 |
| Creditor ID: 13393-01<br>CASE FARMS LLC..<br>330 PECAN ROAD<br>DUDLEY NC 28333 | Creditor ID: 2875-01<br>CASE IH AGRICULTURAL EQUIPMENT, INC.<br>700 STATE STREET<br>RACINE WI 53404 | Creditor ID: 5293-01<br>CASEAMEX - USA, INC.<br>8450 GARVEY AVENUE, SUITE 200<br>ROSEMEAD CA 91770 |
| Creditor ID: 13394-01<br>CASHROCK CREATION, LLC.<br>10890 MOCKERNUT DRIVE<br>HARRISON OH 45030 | Creditor ID: 7685-01<br>CASING ASSOCIATES<br>1120 CLOSE AVENUE<br>BRONX NY 10472 | Creditor ID: 13395-01<br>CASING TRADERS<br>4201 MIDLOTHIAN TURNPIKE<br>CRESTWOOD IL 60455 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 13396-01
CASIO AMERICA, INC.
570 MOUNT PLEASANT AVENUE
DOVER NJ 07801

Creditor ID: 7686-01
CASL INDUSTRIES
2455 VISTA DEL MONTE
CONCORD CA 94520

Creditor ID: 9358-01
CASPERSON MACHINING
705 STOKELY DRIVE
DE FOREST WI 53532

Creditor ID: 15923-01
CASS, INC.
2730 PERALTA STREET
OAKLAND CA 94607

Creditor ID: 7687-01
CASSINA U.S.A. INC.
200 MCKAY ROAD
HUNTINGTON STATION  NY NY 11746

Creditor ID: 7688-01
CAST CLASSICS
1270 VALLEY BROOK AVENUE
LYNDHURST NJ 07071

Creditor ID: 10131-01
CAST PRODUCTS DIVISION
58263 CHARLOTTE AVENUE
ELKHART IN 46515

Creditor ID: 5294-01
CASTEL  TILE
82 TEMPLE AVE
HACKENSACK NJ 07602

Creditor ID: 2876-01
CASTELLA IMPORTS
60 DAVIDS DRIVE
HAUPPAUGE NY 11788

Creditor ID: 17308-01
CASTELLI DIARIES USA, INC.
5350 CAPITAL COURT, # 108
RENO NV 89502

Creditor ID: 120-01
CASTELLI NORTH AMERICA INC.
2080 BRIERLEY WAY, SUITE 102
SPARKS NV 89434

Creditor ID: 15924-01
CASTILIAN TRADING INC.
9762 WHITHORN DR HOUSTON, TX 77095
HOUSTON TX 77095

Creditor ID: 15925-01
CASTINGS INC
860 4TH AVE.,
GRAND JUNCTION CO 81502

Creditor ID: 17309-01
CASTLE FRUIT COMPANY
5 CAMDEN COURT
SUGARLAND TX 77479

Creditor ID: 5295-01
CASTLE HAYNE FARMS
2524, CASTLE HAYNE ROAD
WILMINGTON NC 28401

Creditor ID: 121-01
CASTLE HILL APPAREL INC
4175 SCHAEFFER AVE
CHINO CA 91710

Creditor ID: 15926-01
CASTLE HILL APPAREL INC.
1400 BROADWAY, 25TH FLOOR
NEW YORK NY 10018

Creditor ID: 17310-01
CASTLE ROCK VINEYARDS
501 RICHGROVE DRIVE
RICHGROVE CA 93261

Creditor ID: 7689-01
CASTLEWOOD APPAREL CORP
42 WEST 39TH ST, 2ND FLOOR
NEW YORK NY 10018

Creditor ID: 5296-01
CASTROL INDUSTRIAL NORTH AMERICA INC,
150 WEST WARRENVILLE RD.
WARRENVILLE IL 60563

Creditor ID: 8571-01
CATALYST PAPER (USA) INC.
2101 FOURTH AVENUE, SUITE 1950
SEATTLE WA 98121

Creditor ID: 13397-01
CATCO OVERSEAS ENTERPRISES
200 MARKLEY ST
PORT READINGS NJ 07064

Creditor ID: 17311-01
CATERPILLAR
100 N.E. ADAMS STREET
PEORIA IL 61629

Creditor ID: 7174-01
CATERPILLAR
1526 BRIGHTLEAF BOULEVARD
SMITHFIELD NC 27577

Creditor ID: 15927-01
CATERPILLAR INC. - STRICKLAND INDUSTRIES
HIGHWAY 64 WEST
SPRING HOPE NC 27882

Creditor ID: 5297-01
CATERPILLAR INC. - TRACTOR DIVISION
100 TRACTOR DR BLDG HH, DOCK 4
EAST PEORIA IL 61630

Creditor ID: 7690-01
CATERPILLAR LOGISTICS SERVICES
500 N. MORTON AVENUE
MORTON IL 61550-0474

Creditor ID: 17312-01
CATHAY BANK INTERNATIONAL DEPARTMENT
9650 FLAIR DR. 1ST FLOOR
EL MONTE CA 91731

Creditor ID: 13398-01
CATHAY DEPORT INC.
1460 E. CEDAR STREET
ONTARIO CA 91761

Creditor ID: 13399-01
CATHAY HOME FASHIONS
261 FIFTH AVENUE, SUITE 401
NEW YORK NY 10016

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2877-01<br>CATHAY L A INC<br>1501 N. MAIN STREET<br>LOS ANGELES CA 90012 | Creditor ID: 10132-01<br>CATHY DANIELS LTD<br>501 7TH AVENUE, SUITE 400<br>NEW YORK NY 10018 | Creditor ID: 122-01<br>CATHY DANIELS LTD<br>21 CAVEN POINT AVE<br>JERSEY CITY NJ 07305 |
| Creditor ID: 2878-01<br>CATHY MORRIS<br>8165 E JACOB DRIVE<br>NAMPA ID 83687 | Creditor ID: 123-01<br>CATS WITH AN ATTITUDE INC.<br>6043 EAST LOWDEN ROAD<br>CAVE CREEK AZ 85331 | Creditor ID: 13400-01<br>CATURRA COFFEE CORPORATION<br>5 W MAIN ST STE 203 ELMSFORD<br>NEW YORK NY 10523 |
| Creditor ID: 124-01<br>CAUDILL SEED CO. LTD.<br>1402 WEST MAIN STREET<br>LOUISVILLE KY 40203 | Creditor ID: 17313-01<br>CAUSEY FERN, INC.<br>111 CLIFTON ROAD<br>CRESCENT CITY FL 32112 | Creditor ID: 5298-01<br>C-AUTO GLASS INC<br>2500 BROOKPARK ROAD<br>CLEVELAND OH 44134 |
| Creditor ID: 5299-01<br>CAVALIA USA<br>101 SCOTTSDALE ROAD<br>SCOTTSDALE AZ 85251 | Creditor ID: 8572-01<br>CAVALIER DISTRIBUTING CO.<br>11316 TAMRCO DR.<br>BLUE ASH OH 45242 | Creditor ID: 125-01<br>CAVANOS'S PERENNIALS<br>6845 SUNSHINE AVE<br>KINGSVILLE MD 21087 |
| Creditor ID: 2879-01<br>CAVICCHIO PERENNIALS, INC.<br>110 CODJER LANE<br>SUDBURY MA 01776 | Creditor ID: 13401-01<br>CAWY BOTTLING CO INC.<br>2440 NW 21ST TERRACE<br>MIAMI FL 33142 | Creditor ID: 8474-01<br>CAYCE FOODS INC.<br>1680 ROSWELL STREET<br>SMYRNA GA 30080 |
| Creditor ID: 5300-01<br>CB MAGNUM INC<br>1201  3 RD AVE  STE 3400<br>SEATTLE WA 98101 | Creditor ID: 13402-01<br>CBE USA INTERNATIONAL INC<br>8451 MARKET ST.<br>HOUSTON TX 77029 | Creditor ID: 14743-01<br>CBL [USA] TRADING<br>316 MERSEROLE ST<br>BROOKLYN NY 11206 |
| Creditor ID: 15928-01<br>CBM INTERNATIONAL RESOURCES INC.<br>1540 140TH AVE NE. SUITE 201<br>BELLEVUE WA 98005 | Creditor ID: 126-01<br>CBOCS DISTRIBUTION, INC.<br>900 HUTCHINSON PLACE<br>D/B/A CRACKER BARREL<br>OLD COUNTRY STORE<br>LEBANON TN 37090 | Creditor ID: 127-01<br>CCC DISTRIBUTION LLC<br>835, NORTH CASSADY AVE.,<br>COLUMBUS OH 43219-2203 |
| Creditor ID: 15929-01<br>CCP INDUSTRIES, INC - (WD)<br>6995 RESOURCE DRIVE, SUITE # 105<br>RENO NV 89506 | Creditor ID: 7691-01<br>CCS STONE INC<br>9-11 CAESAR PLACE<br>MOONACHIE NJ 07074 | Creditor ID: 17314-01<br>CCT (U.S.A.), L.P.<br>24 GREENWAY PLAZA NO.  808<br>HOUSTON TX 77046 |
| Creditor ID: 15930-01<br>CCT EXPORT INC.<br>24 GREENWAY PLAZA NO.808<br>HOUSTON TX 77046 | Creditor ID: 13403-01<br>CDC VENTURES LLC.<br>949 OAKPOINT CIRCLE<br>APOPKA FL 32712 | Creditor ID: 5301-01<br>CDL INTERNATIONAL<br>370 THE FENWAY<br>RIVER EDGE NJ 07661 |
| Creditor ID: 19180-97<br>CDW LLC<br>RONELLE ERICKSON, RECOVERY SUPERVISOR<br>200 N MILWAUKEE AVE<br>VERON HILLS IL 60061 | Creditor ID: 7692-01<br>C-E MINERALS<br>901 EAST 8TH AVENUE<br>KING OF PRUSSIA PA 19406 | Creditor ID: 8475-01<br>CEBA SYSTEMS, LLC.<br>13213 NE KERR ROAD, $110<br>VANCOUVER WA 98682 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17315-01<br>CEBI USA INC.<br>15101 CENTURY DRIVE SUITE 501<br>DEARBORN MI 48120 | Creditor ID: 10133-01<br>CECILWARE CORPORATION<br>43-05 20TH AVE<br>LONG ISLAND CITY NY 11105 | Creditor ID: 7693-01<br>CEDACO CORP.<br>1131 E. 10TH STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 8476-01<br>CEDAR BARISTA USA, LLC<br>430 GOTHAM PARKWAY<br>CARLSTADT NJ 07072 | Creditor ID: 2880-01<br>CEGASA USA, INC.<br>1701 ARMITAGE COURT<br>ADDISON IL 60101 | Creditor ID: 128-01<br>CEI ROANOKE<br>2182 ROUTE 35 SOUTH<br>HOLMDEL NJ 07733 |
| Creditor ID: 13404-01<br>CEJA INTERNATIONAL INC<br>14 CLEFT ROCK ROAD<br>WOODBRIDGE CT 06525 | Creditor ID: 15931-01<br>CEJON ACCESSORIES<br>390 FIFTH AVENUE, SUITE 602<br>NEW YORK NY 10018 | Creditor ID: 13405-01<br>CELANESE ACETATE<br>222 W. LAS COLINAS BLVD STE 900N<br>IRVING TX 75039 |
| Creditor ID: 13406-01<br>CELANESE ACETATE LLC<br>1601 W. LBJ FREEWAY<br>DALLAS TX 75234 | Creditor ID: 129-01<br>CELANESE ACETATE LLC<br>2848 CHERRY ROAD, STE 100<br>ROCK HILL SC 29732 | Creditor ID: 15932-01<br>CELANESE EVA PERFORMANCE POLYMERS INC.<br>222 W. LAS COLINAS BLVD STE. 900N<br>IRVING TX 75039 |
| Creditor ID: 17316-01<br>CELANESE INTERNATIONAL CORPORATION<br>222 W. LAS COLINAS BLVD.<br>IRVING TX 75039 | Creditor ID: 7694-01<br>CELANESE LTD.<br>222 W LAS COLINAS BLVD,SUITE 900N<br>IRVING TX 75039 | Creditor ID: 13407-01<br>CELEBRATION TRADING INC<br>350 FIFTH AVENUE SUITE 5205<br>NEW YORK NY 10118 |
| Creditor ID: 130-01<br>CELEBRATION TRADING, INC.<br>347 5TH AVENUE<br>NEW YORK NY 10019 | Creditor ID: 14744-01<br>CELEBRITY DESIGN GROUP, LLC<br>39 BROADWAY, SUITE 1530<br>NEW YORK NY 10006 | Creditor ID: 2881-01<br>CELEBRITY INTERNATIONAL<br>400 WESTMONT DRIVE,<br>SAN PEDRO CA 90731 |
| Creditor ID: 5302-01<br>CELEBRITY INTERNATIONAL INC<br>80 ESSEX AVENUE<br>AVENEL NJ 07001 | Creditor ID: 15934-01<br>CELEBRITY INTERNATIONAL, INC.<br>51 SAW MILL POND RD.<br>EDISON NJ 08817 | Creditor ID: 8477-01<br>CELEBRITY, INC.<br>P.O. BOX 6666<br>TYLER TX 75711 |
| Creditor ID: 2882-01<br>CELESTIAL SEASONINGS INC.<br>4600 SLEEPYTIME DRIVE<br>BOULDER CO 80301-3292 | Creditor ID: 131-01<br>CELGARD, LLC.<br>13800 SOUTH LAKES DR.<br>CHARLOTTE NC 28273 | Creditor ID: 7695-01<br>CELITE CORPORATION<br>2500 MIGUELITO ROAD<br>LOMPOC CA 93436 |
| Creditor ID: 15935-01<br>CELLMARK PULP & PAPER INC.<br>9150 SO. DADELAND BLVD #1500<br>MIAMI FL 33156 | Creditor ID: 13408-01<br>CELLMARK RECYCLING<br>22 PELICAN WAY<br>SAN RAFAEL CA 94901 | Creditor ID: 8478-01<br>CELLPAP B.V. NORTH AMERICA INC.<br>114 WEST MAGNOLIA STREET, SUITE 404<br>BELLINGHAM WA 98225 |
| Creditor ID: 17317-01<br>CELLUCAP MANUFACTURING<br>4626 N 15TH STREET<br>PHILADELPHIA PA 19140 | Creditor ID: 5303-01<br>CELLULAR TECHNOLOGY INT'L.,INC.<br>1690 ROBERTS BLVD NW SUITE 118<br>KENNESAW GA 30144 | Creditor ID: 12562-01<br>CELS ENTERPRISES, INC.<br>3485 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90016 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13241-01<br>CELSUS EXPORT<br>855 FOLSOM STREET #104<br>SAN FRANCISCO CA 94107 | Creditor ID: 8479-01<br>CELTAB<br>10304 CARRIAGE HOUSE CT.<br>LOUISVILLE KY 40223 | Creditor ID: 8480-01<br>CELTIC MARINE CORPORATION<br>CELTIC CENTRE I -<br>3888 S. SHERWOOD FOREST BLVD.<br>BATONROUGE LA 70816 |
| Creditor ID: 2885-01<br>CEM LOUISVILLE PLANT<br>15301 DIXIE HIGHWAY<br>LOUISVILLE KY 40272 | Creditor ID: 15936-01<br>CEMCOLIFT INC.<br>2801 TOWNSHIP LINE ROAD<br>HATFIELD PA 19440 | Creditor ID: 2886-01<br>CEMENTHAI SCT (USA) INC.<br>970 W 190TH ST, SUITE 330<br>TORRANCE CA 90502 |
| Creditor ID: 7696-01<br>CEMEX<br>3250 LINEBAUGH ROAD<br>FAIRBORN OH 45385 | Creditor ID: 5304-01<br>CEMEX INC.<br>1501 BELVEDERE RD<br>WEST PALM BEACH FL 33406-1501 | Creditor ID: 17318-01<br>CENSEA, INC<br>650 DUNDEE ROAD SUITE 180<br>NORTHBROOK IL 60062 |
| Creditor ID: 132-01<br>CENTECH, LLC<br>801 BUENA WAY<br>TOPPENISH WA 98948 | Creditor ID: 15937-01<br>CENTERVILLE WELDING & REPAIR<br>W24333 - STATE ROAD<br>GALESVILLE WI 54630 | Creditor ID: 2887-01<br>CENTO FINE FOODS<br>100 CENTO BOULEVARD<br>THOROFARE NJ 08086 |
| Creditor ID: 13242-01<br>CENTRAL 57 IMPORT & EXPORT<br>INDUSTRIAL PART BLVD 1400<br>EAGLE PASS TX 78852 | Creditor ID: 133-01<br>CENTRAL BIO-ENERGY INT'L/HIRSCH CAPITAL CORP.<br>2370 WATSON CT.<br>PALO ALTO CA 94303 | Creditor ID: 13243-01<br>CENTRAL CAROLINA SHIPPING<br>5017-A<br>CHARLOTTE NC 28208 |
| Creditor ID: 13244-01<br>CENTRAL COAST SEAFOOD<br>5495 TRAFFIC WAY<br>ATASCADERO CA 93422 | Creditor ID: 17419-01<br>CENTRAL DISTRIBUTING CO.<br>2601 SOUTH 25TH AVE.<br>BROADVIEW IL 60153 | Creditor ID: 17420-01<br>CENTRAL GARDEN AND PET COMPANY<br>4601 FLORIN PERKINS<br>SACRAMENTO CA 95826 |
| Creditor ID: 17421-01<br>CENTRAL INTERNATIONAL<br>1 WHITMAN RD<br>CANTON MA 02021 | Creditor ID: 134-01<br>CENTRAL LEWMAR<br>60 MCCLELLAN STREET<br>NEWARK NJ 07114 | Creditor ID: 13245-01<br>CENTRAL MARKETING INC<br>PO BOX1439<br>COLONIAL HEIGHTS VA 23834 |
| Creditor ID: 2888-01<br>CENTRAL MARKETING,INC<br>5001 PUDDLEDOXK ROAD<br>PRINCE GEORGE VA 23875 | Creditor ID: 135-01<br>CENTRAL MICHIGAN HARDWOODS<br>110 SOUTH 64TH AVENUE<br>COOPERSVILLE MI 49404 | Creditor ID: 5305-01<br>CENTRAL NATIONAL-GOTTESMAN<br>3 MANHATTANVILLE ROAD<br>PURCHASE NY 10577 |
| Creditor ID: 2889-01<br>CENTRAL POWER SYSTEMS<br>PARAGON DRIVE<br>COLUMBUS OH 43228 | Creditor ID: 7175-01<br>CENTRAL PURCHASING<br>224 HARBOR FREIGHT ROAD<br>DILLON SC 29536-1627 | Creditor ID: 2890-01<br>CENTRAL PURCHASING<br>4900 LIMA ST<br>DENVER CO 80239 |
| Creditor ID: 5306-01<br>CENTRAL PURCHASING INC<br>1440 THIRD ST<br>OXNARD CA 93030 | Creditor ID: 8481-01<br>CENTRAL PURCHASING LLC<br>26541 AGOURA RD.<br>CALABASAS CA 91302 | Creditor ID: 19023-97<br>CENTRAL STATES IND<br>6107 S INDIANAPOLIS RD<br>WHITESTOWN IN 46075 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8482-01<br>CENTRAL TILE IMPORTS INC.<br>1631-63 RD ST<br>BROOKLYN NY 11204 | Creditor ID: 15938-01<br>CENTRAL WHS CORDSTRAP USA INC.<br>1101 SOUTH SYLVANIA AVENUE<br>STURTEVANT WI 53177-1506 | Creditor ID: 5307-01<br>CENTREPOT INC<br>5000 E RAINES ROAD<br>MEMPHIS TN 38118 |
| Creditor ID: 7176-01<br>CENTRIC ALLOYS CORP<br>250 WOOD STREET<br>DOYLESTOWN PA 18901 | Creditor ID: 15939-01<br>CENTRIC PARTS<br>21046 S. FIGUEROA STREET, UNIT B<br>CARSON CA 90745 | Creditor ID: 2891-01<br>CENTRIC PARTS<br>21112 S FIGUEROA ST<br>CARSON CA 90745 |
| Creditor ID: 8483-01<br>CENTRIC PARTS<br>14528 BONELLI ST.<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 2892-01<br>CENTRONICS INTERNATIONAL INC.<br>1925 CENTRAL AVE<br>EL MONTE CA 90745 | Creditor ID: 13246-01<br>CENTURION TRADE, INC.<br>5809 STODDARD ROAD, SUITE#111<br>MODESTO CA 95356 |
| Creditor ID: 7697-01<br>CENTURY AMERICAN ALUMINUM INC.<br>1001 DOUBLEDAY AVE.<br>ONTARIO CA 91761 | Creditor ID: 136-01<br>CENTURY AUTOMOTIVE MFG, INC.<br>2775 EAST PHILADELPHIA ST<br>ONTARIO CA 91761 | Creditor ID: 12563-01<br>CENTURY CABINETS INC<br>1235-A KENNESTONE CIRCLE<br>MARIETTA GA 30066 |
| Creditor ID: 17422-01<br>CENTURY FOODS INC.<br>5525 GROVE POINT ROAD<br>ALPHARETTA GA 30022 | Creditor ID: 137-01<br>CENTURY INTERNATIONAL FOODS INC<br>5525 GROVE POINT RD<br>ALPHARETTA GA 30022 | Creditor ID: 7698-01<br>CENTURY SUNSHINE PAPER USA INC.<br>1000 LAKES DRIVE, SUITE 430<br>WEST COVINA CA 91790 |
| Creditor ID: 15940-01<br>CENTURY TILE<br>6701 NORTH POWERLINE RD<br>FORT LAUDERDALE FL 33309 | Creditor ID: 19181-97<br>CENTURYLINK COMMUNICATIONS INC<br>1801 CALIFORNIA ST RM 900<br>DENVER CO 80202 | Creditor ID: 19182-97<br>CENTURYLINK COMMUNICATIONS LLC<br>JESSE SCHAFER,<br>CREDIT/COLLECTIONS ANALYST<br>220 N 5TH ST<br>BISMARCK ND 58501 |
| Creditor ID: 8484-01<br>CEPEX USA INC<br>8003 WESTSIDE INDUSTRIAL DR<br>JACKSONVILLE FL 32219-3238 | Creditor ID: 14745-01<br>CERAMI WORLD CORP<br>7800 NW 34ST STE 99<br>DORAL FL 33122 | Creditor ID: 8485-01<br>CERAMIC HARMONY<br>11317 SOUTH MEMORIAL PARKWAY<br>HUNTSVILLE AL 35803 |
| Creditor ID: 5308-01<br>CERAMIC SUPPLY  OF NY &  NJ<br>7 ROUTE 46 WEST<br>LODI NJ 07644 | Creditor ID: 8486-01<br>CERAMIC TECHNICS<br>1298 OLD ALPHARETTA RD<br>ALPHARETTA GA 30005 | Creditor ID: 138-01<br>CERAMIC TILE DISTRIBUTORS INC<br>5400 WARNER ROAD<br>CLEVELAND OH 44125 |
| Creditor ID: 13247-01<br>CERAMIC TILES INTERNATIONAL<br>2149 S. JUPITER RD.<br>GARLAND TX 75041 | Creditor ID: 7699-01<br>CERAMICA D' ITALIA<br>1000 PRIME PALACE<br>HAUPPAGEM NY 11788 | Creditor ID: 8487-01<br>CERAMO<br>681 KASTEN DRIVE PO DRAWER 485<br>JACKSON MO 63755 |
| Creditor ID: 139-01<br>CERES COMMODITIES LLC.<br>329 E. 4TH STREET<br>NEWPORT KY 41071 | Creditor ID: 19024-97<br>CERES MARINE TERMINALS INC (CHS)<br>5900 CORE AVENUE, STE 502<br>NORTH CHARLESTON SC 29406 | Creditor ID: 2893-01<br>CERONIX, INC<br>13350 NEW AIRPORT ROAD<br>AUBURN CA 95602 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 5309-01
CERPD INC.
1420 156TH AVE. NE STE H
BELLEVUE WA 98007

Creditor ID: 5310-01
CERTAINTEED CORP.
750 EAST SWEDEFORD RD.
KING OF PRUSSIA PA 19482

Creditor ID: 13248-01
CERTAINTEED CORPORATION
750 E. SWEDESFORD
VALLEYFORGE PA 19482

Creditor ID: 140-01
CERTEX USA
1110 LOCKWOOD STREET
HOUSTON TX 77020

Creditor ID: 17423-01
CERTIFIED ORIGINS INC.
401 W. FALLBROOK AVE., STE. 105
FRESNO CA 93711

Creditor ID: 17424-01
CERTIFIED SAFETY MFG
1400 CHESTNUT AVENUE
KANSAS CITY MO 64127

Creditor ID: 13249-01
CERTIFIED WOOD PRODUCTS
175 CASSIA WAY, STE A1110
HENDERSON NV 89014

Creditor ID: 2894-01
CERTI-FRESH FOODS, INC.
842 FLINT AVE.
WILMINGTON CA 90744

Creditor ID: 15941-01
CERVESIA GRATIS INC.
1483 DUANE STREET
ASTORIA OR 97103

Creditor ID: 13250-01
CES INC.
11959 TRAMWAY DRIVE
SHARONVILLE OH 45241

Creditor ID: 7177-01
CESAR AUGUSTO BRAGA
3719 PARKRIDGE CIR
SARASOTA FL 34243

Creditor ID: 141-01
CESARIO NORTH AMERICAN TRADING CORP
3075 WILSHIRE BLVD SUITE 905
LOS ANGELES CA 90010

Creditor ID: 15942-01
C'EST TOI JEANS, INC.
3008 S. SAN PEDRO ST.
LOS ANGELES CA 90011

Creditor ID: 2895-01
CETCO
2870 FORBS AVENUE
HOFFMAN ESTATES IL 60192

Creditor ID: 13251-01
CF KENT HOSPITALITY INC.
5822 SMITHWAY ST.
COMMERCE CA 90040

Creditor ID: 17425-01
CF OAKTON INC
5900 TRIUMPH ST.
COMMERCE CA 90040

Creditor ID: 14746-01
CFS (USA) INC.
12909 SANDOVAL STREET
SANTA FE SPRINGS CA 90670

Creditor ID: 7700-01
CG CABLES LLC
1517 13TH STREET SOUTH
BIRMINGHAM AL 35205

Creditor ID: 8488-01
CG ROXANE LLC
1400 MARY'S DRIVE
WEED CA 96094

Creditor ID: 142-01
CGG VERITAS SERVICES US INC
10300 TOWN PARK DRIVE
HOUSTON TX 77072

Creditor ID: 15943-01
CGM INDUSTRIES
320 ELIZABETH AVE
NEWARK NJ 07112

Creditor ID: 7701-01
C-GO INTL., INC.
1701 S. CLINTON ST.
CHICAGO IL 60616

Creditor ID: 18365-01
CGPC AMERICA CORP
CHINA GENERAL PLASTICS CORP
11310 HARREL ST.
MIRA LOMA CA 91752-1408

Creditor ID: 13252-01
CHABY INTERNATIONAL
10981 DECATUR ROAD
PHILADELPHIA PA 19154

Creditor ID: 2896-01
CHAHROUR CHAKER AHMAD
10655 FALLIS ROAD
LOVELAND OH 45140

Creditor ID: 8489-01
CHALLENGER OF AMERICA INC
8757 N.W. 35TH LANE
MIAMI FL 33172

Creditor ID: 2897-01
CHAMPION FOODS, INC.
1516 LAKESHORE DRIVE
NEW ORLEANS LA 70122-2252

Creditor ID: 17426-01
CHAMPION HARDWARE LLC DBA RICANA
12909 SW 68TH PARKWAY #290
PORTLAND OR 97223

Creditor ID: 13253-01
CHAMPIONS TILE OF BEDFORD HILLS INC
59 ADAMS ST
BEDFORD HILLS NY 10507

Creditor ID: 5311-01
CHANG CHUN WOOD PRODUCT
NO.81 BEI HUAN CHENG HIGHWAY
CHANG CHUN  130052
CHINA

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5312-01<br>CHANG INTERNATIONAL, INC<br>1611 MARKET STREET<br>KIRKLAND WA 98033 | Creditor ID: 12564-01<br>CHANG-JIANG SEAFOOD CA INC.<br>11020 WEAVER AVE.<br>SOUTH EL MONTE CA 91733 | Creditor ID: 144-01<br>CHANGJIANG SEAFOOD INC.<br>810 S.CATON AVENUE<br>BALTIMORE MD 21229 |
| Creditor ID: 17427-01<br>CHANGJIANG SEAFOOD INC.<br>11020 WEAVER AVE.<br>S. EL MONTE CA 91733 | Creditor ID: 5313-01<br>CHANGWOOD COMPANY , LLC<br>12 MODELNE ST.<br>ROCHESTER NY 14618 | Creditor ID: 7702-01<br>CHANNEL FISH PROCESSING CO., INC.<br>18 FOODMART ROAD<br>BOSTON MA 02118 |
| Creditor ID: 145-01<br>CHANNEL HOOME CENTERS<br>945 ROUTE 10<br>WHIPPANY NJ 07981 | Creditor ID: 8490-01<br>CHANNEL MANUFACTURING<br>55 CHANNEL DRIVE<br>PORT WASHINGTON NY 11050 | Creditor ID: 17428-01<br>CHANNEL PRIME ALLIANCE<br>1803 HULL AVE.<br>DES MOINES IA 50313 |
| Creditor ID: 146-01<br>CHANNEL PRIME ALLIANCE<br>800 CONNECTICUT AVENUE<br>NORWALK CT 06854 | Creditor ID: 147-01<br>CHARCO FLARE.<br>25399 THE OLD RD APT 17-202<br>STEVENSON RANCH CA 91381 | Creditor ID: 5314-01<br>CHARIOTON INTERNATIONAL LLC<br>350 E CALIFORNIA BLVD., SUITE 303<br>PASADENA CA 91106 |
| Creditor ID: 13254-01<br>CHARKIT CHEMICAL CORPORATION.<br>9 OLD KINGS HWY<br>SOUTH DARIEN CT 06820 | Creditor ID: 7703-01<br>CHARLATTE OF AMERICA<br>600 MOUNTAIN LANE<br>BLUEFIELD VA 24645 | Creditor ID: 15944-01<br>CHARLES & ALICE INC<br>2870 YELLOW GOOSE ROAD<br>LANCASTER PA 17601 |
| Creditor ID: 5315-01<br>CHARLES A.REDDEN<br>1609 VAUXHALL RD. 2ND FL<br>UNION NJ 07083 | Creditor ID: 2383-01<br>CHARLES AUSTIN LIMITED<br>1801 S. CANAL STREET<br>CHICAGO IL 60616 | Creditor ID: 17429-01<br>CHARLES B. CHRYSTAL CO., INC.<br>30 VERSEY STREET<br>NEW YORK NY 10007 |
| Creditor ID: 5316-01<br>CHARLES BELELER<br>1600 LOWER ROAD<br>LINDEN NJ 07036 | Creditor ID: 13255-01<br>CHARLES HAPPEL INC<br>777 SUNRISE HIGHWAY, SUITE 204<br>LYNBROOK NY 11563 | Creditor ID: 8491-01<br>CHARLES JACQUIN ET. CIE, INC.<br>2633 THENTON AVENUE<br>PHILADELPHIA PA 19125 |
| Creditor ID: 5317-01<br>CHARLES LEONARD NATIONAL, INC.<br>145 KENNEDY DRIVE<br>HAUPPAUGE NY 11788 | Creditor ID: 148-01<br>CHARLES LEONARD WESTERN INC.<br>357 VAN NESS WAY #260<br>TORRANCE CA 90501 | Creditor ID: 8493-01<br>CHARLES M SCHAYER & CO<br>2460 S 161ST ST STE 2<br>SEATAC WA 98158-1117 |
| Creditor ID: 15945-01<br>CHARLES RIVER APPAREL<br>1205 PROVIDENCE HIGHWAY<br>SHARON MA 02067 | Creditor ID: 149-01<br>CHARLES SADEK<br>125 BEACHWOOD AVE<br>NEW ROCHELLE NY 10802 | Creditor ID: 17430-01<br>CHARLES T. CREECH, INC.<br>4100 HERALDRY COURT<br>LEXINGTON KY 40513 |
| Creditor ID: 15946-01<br>CHARLESTON ALUMINIUM, LLC<br>480 FRONTAGE ROAD<br>GASTON SC 29053 | Creditor ID: 19025-97<br>CHARLESTON BRANCH PILOTS ASSOCIATION<br>PO BOX 179<br>CHARLESTON SC 29402 | Creditor ID: 7704-01<br>CHARLESTON FORGE<br>251 INDUSTRIAL PARK DRIVE<br>BOONE NC 28607 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 19026-97
CHARLESTON PORT SERVICES CO
PO BOX 21753
CHARLESTON SC 29413-1753

Creditor ID: 18366-01
CHARLOTTE ANN CASSIDAY
2145 MOCKING BIRD LANE
MIDLAND MI 48642

Creditor ID: 5318-01
CHARLOTTE HARDWOOD CENTER
4250 GOLF ACRES DR
CHARLOTTE NC 28208-5863

Creditor ID: 7705-01
CHARLOTTE RUSSE INC.
5910 PACIFIC CENTER BLVD. SUITE 120
SAN DIEGO CA 92121

Creditor ID: 17431-01
CHARMAX OF AMERICA LP COMPANY
1401A KELLY BLVD
CARROLLTON TX 75006

Creditor ID: 17432-01
CHARMAX OF HOUSTON LP
1051 KIPPWAY #450
HOUSTON TX 77099

Creditor ID: 4798-01
CHARMAX USA
1401 A KELLY BLVD
CARROLLTON TX 75006

Creditor ID: 15947-01
CHART CORPORATION INC
787 EAST 27TH STREET
PATERSON NJ 07504-2019

Creditor ID: 5319-01
CHART ENERGY & CHEMICALS INC.
2191 WARD AVENUE
LA CROSSE WI 54601

Creditor ID: 2898-01
CHASE INDUSTRIES INC.
2809 SW 13TH STREET
REDMOND OR 97756

Creditor ID: 150-01
CHATEAU D'AX USA LTD
1838 EASTCHESTER DRIVE, SUITE 106
HIGH POINT NC 27263

Creditor ID: 151-01
CHAUCER FOODS
160 EILEEN WAY
SYOSSET NY 11791-5300

Creditor ID: 15948-01
CHEESE MERCHANTS OF AMERICA, LLC
248 TUBEWAY DRIVE
CAROL STREAM IL 60188

Creditor ID: 5320-01
CHEF HANDLER
295 NORTHERN BLVD, SUITE 102
GREAT NECK NY 11021

Creditor ID: 7707-01
CHELAN FRESH MARKETING
317 E. JOHNSON ST
CHELAN WA 98816

Creditor ID: 7708-01
CHELAN PRODUCE COMPANY
21920 BIRDS EYE DRIVE
DIAMOND BAR CA 91765

Creditor ID: 13256-01
CHELSEA ART MUSEUM
556 WEST 22ND STREET
NEW YORK NY 10011

Creditor ID: 17433-01
CHEM MATERIALS CO. CLEVELAND
2323 LAKESIDE AVENUE
CLEVELAND OH 44114

Creditor ID: 7709-01
CHEMALLOY COMPANY INC.
996 RAILROAD AVENUE
BRYN MAWR PA 19010

Creditor ID: 13257-01
CHEMENCE INC.
185 BLUEGRASS VALLEY PKWY
ALPHARETTA GA 30005

Creditor ID: 8494-01
CHEMICAL DIRECT INC
95 MONTGOMERY ST.
PATERSON NJ 07501

Creditor ID: 13258-01
CHEMICAL EXPORT
80 FRONT ST.
SCITUATE MA 02066

Creditor ID: 7710-01
CHEMICAL SPECIALTIES INC.
5910 PHARR MILL ROAD
HARRISBURG NC 28075

Creditor ID: 9359-01
CHEMLAND INTERNATIONAL INC.
7457 HARWIN DR. STE. 300
HOUSTON TX 77036

Creditor ID: 13259-01
CHEMLOGIX
ABBINGTON HALL,  SUITE 300
1777 SENTRY PARKWAY WEST
BLUE BELL PA 19335

Creditor ID: 7711-01
CHEMO INTERNATIONAL, INC.
8100 NW 68TH STREET
MIAMI FL 33166

Creditor ID: 15949-01
CHEMSON USA
7825 HOLSTEIN AVENUE
PHILADELPHIA PA 19153

Creditor ID: 5321-01
CHEMSPEC
1779 MARVO DRIVE
AKRON OH 44306

Creditor ID: 7712-01
CHEMSPEC, LTD.
3570 EXECUTIVE DRIVE, SUITE 211
UNIONTOWN OH 44685

Creditor ID: 15950-01
CHEMTEX INTERNATIONAL INC.
1979 EASTWOOD ROAD
WILMINGTON NC 28403

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 2899-01
CHEMTURA USA CORPORATION
199 BENSON ROAD
MIDDLEBURY CT 06762

Creditor ID: 17434-01
CHENG AN IMPORTS INC
920 METROPOLITAN AVENUE
BROOKLYN NY 11211

Creditor ID: 15951-01
CHEP USA
8517 SOUTH PARK CIRCLE
ORLANDO FL 32819

Creditor ID: 7714-01
CHERITH AGRO INC
310 ANTHONY TRAIL
NORTHBROOK IL 60062

Creditor ID: 15952-01
CHEROKEE MFG. LLC
501 E. RICHMOND ST.
ST. PAUL MN 55075

Creditor ID: 2384-01
CHEROKEE PHARMACEUTICALS, LLC
100 AVENUE C.
RIVERSIDE PA 17868

Creditor ID: 152-01
CHERRY STIX LTD.
1407 BROADWAY
NEW YORK NY 10018

Creditor ID: 2900-01
CHERRYMAN INDUSTRIES INC.
2100 E. GRAND AVE., SUITE 600
EL SEGUNDO CA 90245

Creditor ID: 15953-01
CHESAPEAKE BAY CANDLE COMPANY LLC
226 DOVER ROAD
GLEN BURNIE MD 21060

Creditor ID: 2901-01
CHESAPEAKE SPICE CO.
4613 MERCEDES DRIVE
BELCAMP MD 21017

Creditor ID: 7715-01
CHESAPEAKE TILE & MARBLE INC.
45 GWYMNS MILL COURT
BALTIMORE MD 21117

Creditor ID: 153-01
CHESTER PACKAGING LLC
1900 SECTION RD., SUITE A
CINCINNATI OH 45237

Creditor ID: 12565-01
CHETAK CHICAGO
1111 E LAKE ST.
STREAMWOOD IL 60107

Creditor ID: 7716-01
CHETAK NEW YORK
351 MILL ROAD
EDISON NJ 08837

Creditor ID: 154-01
CHETAK SANFRANSISCO LLC
4000 WHIPPLE ROAD
UNION CITY CA 94587

Creditor ID: 155-01
CHEUNG KONG HOLDING DBA UNITED FOOD SERVICE
1121 OAKLEIGH DRIVE
EAST POINT GA 30344

Creditor ID: 2902-01
CHEVALIER INT'L(USA)INC.
430 EAST GRAND AVE.
SO. SAN FRANCISCO CA 94080

Creditor ID: 8495-01
CHEVRON PHILLIPS CHEMICAL CO. L.P.
1301 MCKINNEY STREET
HOUSTON TX 77010

Creditor ID: 16189-01
CHEVRON PHILLIPS CHEMICAL COMPANY
10001 SIX PINES DRIVE - SUITE 4046B
THE WOODLANDS TX 77380

Creditor ID: 13260-01
CHEVRON PHILLIPS CHEMICAL COMPANY
300 W. 6TH STREET
BORGER TX 79007

Creditor ID: 17435-01
CHF INDUSTRIES
1 PARK AVENUE, 9TH FLOOR
NEW YORK NY 10016

Creditor ID: 5322-01
CHICAGO FOOD CORP.
5800 N. PULASKI RD.
CHICAGO IL 60646

Creditor ID: 16987-01
CHICAGO HEIGHTS GLASS INC.
16500 VINCENNES ROAD
SOUTH HOLLAND IL 60473

Creditor ID: 2903-01
CHICAGO IMPORTING COMPANY
1250 DAVIS ROAD
ELGIN IL 60123

Creditor ID: 16190-01
CHICAGO INT'L FORWARDERS INC.
423 E. IRVING PARK ROAD
WOOD DALE IL 60191

Creditor ID: 17436-01
CHICAGO METALLIC CORPORATION
4849 AUSTIN AVENUE
CHICAGO IL 60638

Creditor ID: 7717-01
CHICAGO RAWHIDE
1314 WALNUT
SPRINGFIELD SD 57062

Creditor ID: 17437-01
CHICAGO SEIKI MACHINE INC
1250 S GROVE AVE, SUITE 103
BARRINGTON IL 60010

Creditor ID: 5323-01
CHICAGO SPECIALTY BAKERS
1152 TOWER LANE
BENSENVILLE IL 60106

Creditor ID: 156-01
CHICKASHA NEW HOLLAND INC.
HWY 62 WEST
CHICKASHA OK 73018

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13261-01<br>CHICKEN OF THE SEA FROZEN FOODS<br>222 N. SEPULVEDA BLVD.,SUITE 1550<br>EL SEGUNDO CA 90245 | Creditor ID: 157-01<br>CHICKEN OF THE SEA FROZEN FOODS<br>1981 MARCUS AVE STE E113<br>NEW HYDE PARK NY 11042-1038 | Creditor ID: 8496-01<br>CHICKEN OF THE SEA INTERNATIONAL<br>9330 SCRANTON ROAD, SUITE 500<br>SAN DIEGO CA 92121 |
| Creditor ID: 16191-01<br>CHICO NUT<br>PO BOX 5365<br>CHICO CA 95937 | Creditor ID: 2904-01<br>CHICONY AMERICA INC.<br>1313 DON HASKINS DRIVE<br>EL PASO TX 79936 | Creditor ID: 2905-01<br>CHIHADE INTERNATIONAL, INC.<br>2853 HENDERSON MILL ROAD, #A<br>ATLANTA GA 30341 |
| Creditor ID: 13262-01<br>CHILDRENS APPAREL NETWORK<br>77 SOUTH 1ST STREET<br>ELIZABETH NJ 07206 | Creditor ID: 16192-01<br>CHILDREN'S GROUP<br>7021 WOLFTOWN HOOD ROAD<br>MADISON VA 22727 | Creditor ID: 17438-01<br>CHILDS MILLWORKS INC<br>1598 JOHNSTONVILLE ROAD<br>BARNESVILLE GA 30204 |
| Creditor ID: 7718-01<br>CHINA ARTS INC<br>3750 WESTCHASE ROAD<br>HOUSTON TX 77042 | Creditor ID: 7719-01<br>CHINA BEDS DIRECT<br>140 CUMBERLAND SQUARE<br>CROSSVILLE TN 38555 | Creditor ID: 18367-01<br>CHINA CONSONG IMPORT & EXPORT USA CO., LTD.<br>16043 CLEARBROOK LANE<br>CERRITOS CA 90703 |
| Creditor ID: 2906-01<br>CHINA DIRECT INTERNATIONAL CORPORATION<br>190 ROUTE 27 EDISON, NJ 08820<br>EDISON NJ 08820 | Creditor ID: 16193-01<br>CHINA PACIFIC FOODS, INC.<br>13503 PUMICE STREET<br>NORWALK CA 90650 | Creditor ID: 158-01<br>CHINA RIZHAO SANMU (USA)<br>WOOD WORKING CO., LTD.<br>10 ROCKEFELLER PLAZA, SUITE 709<br>NEW YORK NY 10020 |
| Creditor ID: 5324-01<br>CHINA SHIPPING NORTH AMERICA AGENCY<br>444 W. OCEAN BLVD #620<br>LONG BEACH CA 90802 | Creditor ID: 2907-01<br>CHINA STAR (USA) LTD.<br>3048 SW HIGH DESERT DR.<br>PRINEVILLE OR 97754 | Creditor ID: 13263-01<br>CHINA USA INC.<br>2063 AVENIDA DEL CANADA<br>ROWLAND HEIGHTS CA 91748 |
| Creditor ID: 13264-01<br>CHINA VITAMINS, LLC<br>1430 ROUTE 206, SUITE 210<br>BEDMINSTER NJ 07921 | Creditor ID: 10134-01<br>CHINA-DAKOTA TRADING INC<br>2120 SOUTH 12TH STREET #308<br>BISMARCK ND 58504 | Creditor ID: 5325-01<br>CHINAGRATE CORPORATION<br>955 S.VIRGINIA STREET<br>RENO NV 89502 |
| Creditor ID: 159-01<br>CHINAGRATE PROSPERA CORP.<br>20 STONEPINE COURT<br>HILLSBOROUGH CA 94010 | Creditor ID: 160-01<br>CHINATRUST<br>22939 HAWTHORNE BLVD<br>TORRACE CA 90505 | Creditor ID: 161-01<br>CHINO VALLEY DAIRY<br>12006 EAST END AVENUE<br>CHINO CA 91710 |
| Creditor ID: 162-01<br>CHINOOK WOOD, LLC<br>1500 WASHINGTON ST., SUITE 201<br>OREGON CITY OR 97045 | Creditor ID: 17440-01<br>CHINROSE INTERNATIONAL<br>6760 SW HERGERT ROAD<br>CORNELIUS OR 97113 | Creditor ID: 16194-01<br>CHIPPEWA VALLEY BEAN CO.<br>N2960 730TH ST.<br>MENOMONIE WI 54751 |
| Creditor ID: 163-01<br>CHIU'S SCRAP METALS CORP.<br>6137 N. IVAR AVE.<br>TEMPLE CITY CA 91780 | Creditor ID: 7720-01<br>CHLORIDE SYSTEMS<br>272 WEST STAG PARK SERVICE ROAD<br>BURGAW NC 28425 | Creditor ID: 2908-01<br>CHO YANG TRANPORT<br>7321 LOCKPORT PLACE<br>LORTON VA 22079 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13265-01<br>CHO, SEONG HOON<br>1209 E WINDSONG DRIVE<br>PHOENIX AZ 85048 | Creditor ID: 17441-01<br>CHOATE AND ASSOCIATES, LLC<br>2601 BRAMBLE DRIVE<br>MONROE LA 71201 | Creditor ID: 9360-01<br>CHOICE CANNING COMPANY INC.<br>1090 KING GEORGES POST ROAD #1108<br>EDISON NJ 08837 |
| Creditor ID: 13266-01<br>CHOICE CANNING COMPANY, INC.,<br>15 EXCHANGE PLACE, SUITE 520<br>JERSEY CITY NJ 07302 | Creditor ID: 13267-01<br>CHOICE TRADING LLC.<br>7000 KENNEDY BLVD EAST STE M, 11 B<br>GUTTENBERG NJ 07093 | Creditor ID: 16195-01<br>CHOKDER KHANAM PETROLEUM CORPORATION<br>31-46 78TH STREET<br>EAST ELMHURST NY 11370 |
| Creditor ID: 5326-01<br>CHORI AMERICA<br>1180 AVE OF AMERICAS 21 FL.<br>NEW YORK NY 10036 | Creditor ID: 13268-01<br>CHO'S FARM<br>9419 44TH ST , E<br>PUYALLUP WA 98371 | Creditor ID: 7721-01<br>CHR INTERNATIONAL INC<br>296 KINDERKAMACK RD<br>ORADELL NJ 07649 |
| Creditor ID: 7722-01<br>CHR OLESEN & CO, INC.<br>410 PARK AVENUE A5TH F #232 PMB<br>NEW YORK NY 10022 | Creditor ID: 17442-01<br>CHRIS FOWLER INTERNATIONAL INC<br>100 CENTRAL AVENUE BUILDING 40A<br>KEARNY NJ 07032 | Creditor ID: 16196-01<br>CHRIS L & F GRANITE INC<br>5525 NW 72 AVENUE<br>MIAMI FL 33166 |
| Creditor ID: 16197-01<br>CHRISHA CREATIONS, LTD<br>7 INDUSTRIAL DRIVE SOUTH<br>SMITHFIELD RI 02917-1515 | Creditor ID: 2909-01<br>CHRISTIAN FRIENDS OF KOREA<br>129 CENTER AVENUE<br>BLACK MOUNTAIN NC 28711 | Creditor ID: 8497-01<br>CHRISTLER CHEMICAL & PLASTICS, INC.<br>30150 SW PARKWAY AVE.<br>WILSONVILLE OR 97070 |
| Creditor ID: 164-01<br>CHRISTLER CHEMICAL AND PLASTICS<br>6500 26TH STREET<br>FIFE WA 98424 | Creditor ID: 17443-01<br>CHRISTOPHER AND BANKS COMPANY<br>2400 XENIUM LANE<br>PLYMOUTH MN 55441 | Creditor ID: 16198-01<br>CHRISTOPHER ORION ULEWIZ<br>167-10 SOUTH CONDUIT AVENUE, #101<br>JAMAICA NY 11434 |
| Creditor ID: 17444-01<br>CHRISTOPHER RANCH, L.L.C.<br>109 NORTHFIELD AVE<br>EDISON NJ 08837-3856 | Creditor ID: 4799-01<br>CHROMCRAFT<br>P. O. BOX 126<br>SENATOBIA MS 38668 | Creditor ID: 2910-01<br>CHRONICLE BOOKS<br>680 SECOND STREET<br>SAN FRANCISCO CA 94107 |
| Creditor ID: 17445-01<br>CHRONOS INTERNATIONAL<br>1925 NW 79TH AVENUE<br>DORAL FL 33126 | Creditor ID: 17446-01<br>CHRYSLER<br>800 CHRYSLER DRIVE<br>AUBURN HILLS MI 48326 | Creditor ID: 165-01<br>CHRYSLER GROUP LLC<br>MACK AVENUE ENGINE PLANT 1<br>4000 SAINT JEAN ST.<br>DETROIT MI 48214 |
| Creditor ID: 2911-01<br>CHRYSLER LLC, KOKOMO CASTING PLANT<br>1001 E. BOULEVARD<br>KOKOMO IN 46902 | Creditor ID: 16199-01<br>CHS<br>220 CLEMENT AVENUE, P.O. BOX 169<br>GRANDIN ND 58038 | Creditor ID: 166-01<br>CHS<br>5500 CENEX DRIVE<br>INVER GROVE HEIGHTS MN 55077 |
| Creditor ID: 7723-01<br>CHUN CHENG USA, INC.,<br>167 HUNTINGTON STREET.,<br>IRVINE CA 92620 | Creditor ID: 5327-01<br>CHUN CHENG USA.,INC<br>1600 POTRERO GRANDE DR. #3<br>S. SAN GABRIL CA 91770 | Creditor ID: 5328-01<br>CHUN JEE AMERICA INC.<br>12618 YUKON AVE.<br>HAWTHORNE CA 90250 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16988-01<br>CHUN JU KIMCHI<br>2992 W. PICO BLVD<br>LOS ANGELES CA 90006 | Creditor ID: 5329-01<br>CHURCH & DWIGHT<br>469 N. HARRISON STREET<br>PRINCETON NJ 08543 | Creditor ID: 13269-01<br>CHURCH PLAZA<br>3231 GULF GATE DRIVE<br>SARASOTA FL 34231 |
| Creditor ID: 5330-01<br>CHURCHILL FIANACIAL LLC<br>400 PARK AVE., SUITE 1510<br>NEW YORK NY 10022 | Creditor ID: 13270-01<br>CIA WHEEL GROUP<br>18400 E. GALE AVE.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 10233-01<br>CIBA CORPORATION<br>4505 COMMERCE BLVD SOUTH<br>MOBILE AL 36619 |
| Creditor ID: 7724-01<br>CIBA CORPORATION<br>175 RARITAN CENTER PARKWAY<br>EDISON NJ 08837 | Creditor ID: 17447-01<br>CIBA SPECIALTY CHEMICALS CORPORATION<br>4090 PREMIER DRIVE<br>HIGH POINT NC 27265 | Creditor ID: 16200-01<br>CIBO ITALIA LLC<br>250 MOONACHIE ROAD, SUITE 201<br>MOONACHIE NJ 07074 |
| Creditor ID: 17448-01<br>CIBO SPECIALTY FOODS<br>99 ELLIS STREET<br>STATEN ISLAND NY 10307 | Creditor ID: 16201-01<br>CICCONE FOOD PRODUCTS<br>40 W FULLERTON AVENUE<br>ADDISON IL 60101 | Creditor ID: 13271-01<br>CIDER TYRE<br>3310 N.MILITARY HWY<br>NORFOLK VA 23518 |
| Creditor ID: 13272-01<br>CIDERS OF SPAIN<br>558 MINERAL SPRING AVE<br>PAWTUCKET RI 02860 | Creditor ID: 16202-01<br>CIL FREIGHT INC.<br>17890 CASTLETON ST STE 205<br>CITY OF INDUSTRY CA 91748-6781 | Creditor ID: 2912-01<br>CILLETTE SHOP FLOTEK<br>1540 BUSINESS CIRCLE<br>GILLETTE WY 82716 |
| Creditor ID: 2913-01<br>CIMBERIO VALVE CO<br>100 QUAKER LANE<br>MALVERN PA 19355 | Creditor ID: 7725-01<br>CIMINO V. & SONS INC<br>153 SO. PENNSILVANIA AVE<br>LINDHURST NY 11757 | Creditor ID: 8498-01<br>CINCINNATI DOWEL & WOOD PRODUCTS<br>136 OAK STREET<br>MOUNT ORAB OH 45154 |
| Creditor ID: 5331-01<br>CINCINNATI MACHINE LLC<br>220 LITTON LANE<br>HEBRON KY 41048 | Creditor ID: 2914-01<br>CINCINNATI OPERA<br>3 GARFIELD PLACE SUITE 800<br>CINCINNATI OH 45202 | Creditor ID: 7726-01<br>CINCINNATI SEAFOOD IMPORTS<br>10101 CHATHAM WOODS DRIVE,<br>LOVELAND OH 45140 |
| Creditor ID: 2915-01<br>CINMAR, LLC<br>5566 WEST CHESTER ROAD<br>WEST CHESTER OH 45069 | Creditor ID: 8499-01<br>CIPARO B/V<br>604 NE 20TH AVENEUE<br>PORTLAND OR 97232 | Creditor ID: 7727-01<br>CIPRIANI ACCESSORIES DIVISON OF<br>1359 BROADWAY<br>LF ACCESSORIES GROUP LLC<br>NEW YORK NY 10018 |
| Creditor ID: 16203-01<br>CIRCLE C FARMS, INC<br>2995 SOUTH FIRST STREET<br>HERMISTON OR 97838 | Creditor ID: 10234-01<br>CIRCLE IMPORT<br>9 TAYLOR ROAD EDISON, NJ 08817<br>EDISON NJ 08817 | Creditor ID: 13273-01<br>CIRCLE INTERNATIONAL<br>491 SUPREME DRIVE<br>BENSENVILLE IL 60106 |
| Creditor ID: 16204-01<br>CIRCLE ONE LOGISTICS LTD.<br>167-16 146TH AVE, 2/F<br>JAMAICA NY 11434 | Creditor ID: 13274-01<br>CIRCUIT CITY DC #755<br>1100 CIRCUIT CITY ROAD<br>MARION IL 62959 | Creditor ID: 16205-01<br>CIRCUIT CITY STORES INC<br>ATTN CAROL LACKS<br>9950 MARLYLAND DR<br>RICHMOND VA 23233 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 167-01
CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE  RICHMOND, VA
RICHMOND VA 23233

Creditor ID: 13508-01
CIT GROUP/COMMERCIAL SERVICES
1114 AVENUE OF THE AMERICAS
NEW YORK NY 10036

Creditor ID: 8500-01
CITI BANK (WEST)
580 N. MAIN STREET
MANTECA CA 95336

Creditor ID: 2916-01
CITIBANK
3800 CITIBANK CENTER, BUILDING B, 3
TAMPA FL 33610

Creditor ID: 5332-01
CITIC DICASTAL
36501 VAN BORN ROAD SUITE 110
ROMULUS MI 48174

Creditor ID: 17449-01
CITICA SEAFOOD INC.
300 S.HARBOR BLVD. SUITE 808
ANAHEIM CA 92805

Creditor ID: 17450-01
CITISOURCE INDUSTRIES INC
244 FIFTH AVE #229
NEW YORK NY 10001

Creditor ID: 7728-01
CITROSUCO NORTH AMERICA INC
5937 HIGHWAY 60 EAST
LAKE WALES FL 33859

Creditor ID: 168-01
CITRUS AND ALLIED
100 METRO PARK SOUTH
LAURENCE HARBOR NJ 06678

Creditor ID: 17451-01
CITRUS WORLD
38851 SR 19
UMATILLA FL 32784

Creditor ID: 5333-01
CITY FURNITURE
6701 N HIATUS ROAD
TAMARAC FL 33321

Creditor ID: 5334-01
CITY LIQUIDATORS
823 SE 3RD AVENUE
PORTLAND OR 97214

Creditor ID: 13509-01
CITY OF HOLLAND PARK DEPARTMENT WAREHOUSE
429 EAST 24TH STREET
HOLLAND MI 49423

Creditor ID: 19027-97
CITY OF LONG BEACH
C/O VOGEL BACH & HORN LLP
ATTN ERIC H HORN
1441 BROADWAY, 5TH FL
NEW YORK NY 10018

Creditor ID: 19028-97
CITY OF LONG BRANCH
C/O BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
STEVEN T GUBNER, COREY R WEBER
21650 OXNARD ST, STE 500
WOODLAND HILLS CA 91367

Creditor ID: 13510-01
CITY TRANSFER AND STORAGE COMPANY
1100 REDDING DRIVE
HIGH POINT NC 27260

Creditor ID: 12566-01
CJ AMERICA INC.
3530 WILSHIRE BLVD., SUITE 1220
LOS ANGELES CA 90010

Creditor ID: 8501-01
CJ AMERICA INC.
3500 LACEY ROAD, SUITE 230
DOWNERS GROVE IL 60515

Creditor ID: 17551-01
CJ AMERICA, INC.
3500 LACEY ROAD #230
DOWNERS GROVE IL 60515

Creditor ID: 7729-01
CJ CUBERS
2112 WEST YEISLEY ROAD
OTHELLO WA 99344

Creditor ID: 5335-01
CJ FOODS, INC
5801 S. MALT AVE
COMMERCE CA 90040

Creditor ID: 13511-01
CJ FRESHWAY AMERICA CORP.
4 CENTERPOINTE DR. SUITE 100
LA PALMA CA 90623

Creditor ID: 7730-01
CJ OMNI INC.
6305 ALONDRA BLVD.
PARAMOUNT CA 90723

Creditor ID: 16206-01
CK INTERNATIONAL, LLC.
3604 SHANNON ROAD, SUITE 300
DURHAM NC 27707

Creditor ID: 8502-01
CKR AMUSEMENTS LLC
155 INTERNATIONAL GOLF PARKWAY
ST. AUGUSTINE FL 32095

Creditor ID: 5336-01
CL CONSOLIDATORS (USA) INC.
353 N. OAK STREET
INGLEWOOD CA 90302

Creditor ID: 16207-01
CLABBER GIRL CORPORATION
P.O. BOX 150 900 WABASH AVENUE
TERRE HAUTE IN 47807

Creditor ID: 13512-01
C-LAND MANUFACTURING, INC.
2409 S.E.26TH STREET
OCALA FL 34471

Creditor ID: 8503-01
CLARIANT CORPORATION
4000 MONROE ROAD
CHARLOTTE NC 28205

Creditor ID: 169-01
CLARIDGE TEXTILES INTERNATIONAL LLC
1470 CHANCE MOUNTAIN PL
CHULA VISTA CA 91913

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7731-01<br>CLARK & REID INTERNATIOANL<br>33 WEST HIGGINS STE 2100<br>SOUTH BARRINGTON IL 60010 | Creditor ID: 17552-01<br>CLARK CUTLER MC DERMOTT<br>5 FISHER STREET<br>FRANKLIN MA 02038 | Creditor ID: 8504-01<br>CLARK EQUIPMENT<br>700 ENTERPRISE DRIVE<br>LEXINGTON KY 40510 |
| Creditor ID: 12567-01<br>CLARK INDUSTRIAL POWER LLC<br>104 EAST BUTTERFIELD TRAIL<br>GILMAN IL 60938 | Creditor ID: 17553-01<br>CLARK LUMBER COMPANY, INC.<br>522 PUBLIC WELL ROAD<br>RED BOILING SPRINGS TN 37150 | Creditor ID: 5337-01<br>CLARK SPECIALTY CO.<br>6827 BATH INDUSTRIAL PARK ROAD<br>BATH NY 14810 |
| Creditor ID: 17554-01<br>CLARK WORLDWIDE TRANSPORTATION<br>- ATLANTA OFFICE<br>5425 WESTGATE DRIVE SUITE B<br>ATLANTA GA 30336 | Creditor ID: 16208-01<br>CLARKE & CLARKE<br>232 AVE FABRICANTE, #111<br>SAN CLEMENTE CA 92672 | Creditor ID: 170-01<br>CLARKE INTERNATIONAL  SERVICES INC.<br>359 N.OAK ST.<br>INGLEWOOD CA 90302 |
| Creditor ID: 16209-01<br>CLARKE VENEERS & PLYWOOD<br>3000 OLD CANTON RD STE 235<br>PO BOX 4876<br>JACKSON MS 39296-4876 | Creditor ID: 7732-01<br>CLARKSON GRAIN CO,<br>320 E. SOUTH STREET<br>CERRO GORDO IL 61818 | Creditor ID: 17555-01<br>CLASSIC ACCESSORIES<br>22640 68TH AVENUE SOUTH<br>KENT WA 98032-1980 |
| Creditor ID: 5338-01<br>CLASSIC AMERICAN HARDWOODS, INC.<br>1245 N. 7TH STREET<br>MEMPHIS TN 38107 | Creditor ID: 2917-01<br>CLASSIC ANTIQUES<br>100 SE ALDER STREET<br>PORTLAND OR 97214 | Creditor ID: 16989-01<br>CLASSIC CONFECTIONS<br>5314-16TH AVENUE SUITE 195<br>BROOKLYN NY 11204 |
| Creditor ID: 16210-01<br>CLASSIC DESIGN ASSOCIATION<br>32-77 STEIM WAY ST.<br>LONG ISLAND CITY NY 11103 | Creditor ID: 8505-01<br>CLASSIC GRANITE & MARBLE INC<br>2940 WASHINGTON HWY<br>ELBERTON GA 30635 | Creditor ID: 16211-01<br>CLASSIC HOME & GARDEN, LLC<br>490 PEPPER ST<br>MONROE CT 06468-2673 |
| Creditor ID: 171-01<br>CLASSIC IMPORT OF OHIO LLC<br>1096 MEDINA ROAD STORAGE WORLD<br>MEDINA OH 44256 | Creditor ID: 17556-01<br>CLASSIC LIGHTING CORP.<br>11820 CENTRAL PARKWAY<br>JACKSONVILL FL 32224 | Creditor ID: 16212-01<br>CLASSIC RATTAN, INC.<br>900 JOHN C. WATTS DRIVE<br>NICHOLASVILLE KY 40356 |
| Creditor ID: 17557-01<br>CLASSIC TILE & MARBLE INC<br>1635 86TH ST<br>NEW YORK NY 10000 | Creditor ID: 172-01<br>CLASSIC TILE DESIGNS<br>6556 INTERSTATE COURT<br>NORCROSS GA 30093-1109 | Creditor ID: 17558-01<br>CLAUDIA FERNADES DIAS LOURENCO<br>151 ASTOR STREET<br>NEWARK NJ 07105 |
| Creditor ID: 16213-01<br>CLAYTON FIBRES, INC.<br>3201 DANVILLE BLVD; SUITE 265<br>ALAMO CA 94507 | Creditor ID: 2385-01<br>CLAYTON METALS,INC<br>546 CLAYTON COURT<br>WOOD DALE IL 60191 | Creditor ID: 13513-01<br>CLEAN ENERGY CONSTRUCTORS, LLC<br>2941 TRADE CENTER, SUITE 200<br>CARROLLTON TX 75007 |
| Creditor ID: 173-01<br>CLEAN SHEETS<br>157 WEST PARK COURT<br>TALBOTT TN 37877 | Creditor ID: 5339-01<br>CLEANING SYSTEMS INC.<br>1997 AMERICAN BLVD<br>DE PERE WI 54115 | Creditor ID: 8506-01<br>CLEARBROOK,INC<br>909 BLAIR AVE<br>NEENAH WI 54956 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5340-01
CLEARWATER AMERICAN FURNITURE
8404 CRICHTON CT
OAK RIDGE NC 27310

Creditor ID: 16214-01
CLEARWATER PAPER CORPORATION
1600 RIVIERA AVE., STE 305
WALNUT CREEK CA 94596

Creditor ID: 2918-01
CLEARWATER PAPER CORPORATION
1320 WILLOW PASS ROAD SUITE 550
PULP AND PAPERBOARD DIVISION
CONCORD CA 94520

Creditor ID: 5341-01
CLEARWATER PAPER CORPORATION.
803 MILL ROAD
LEWISTON ID 83501

Creditor ID: 13514-01
CLEMENT & MULLER INC
2800 GRANT AVENUE
PHILADELPHIA PA 19114

Creditor ID: 16215-01
CLEVELAND TRADING, LLC
4990 FULTON INDUSTRIAL BLVD
ATLANTA GA 30336

Creditor ID: 7733-01
CLIC FOODS USA
80 NEWFILED AVE., UNITE 3,
RIRITAN CENTER
EDISON NJ 08837

Creditor ID: 7178-01
C-LIFE GROUP LTD.
1400 BROADWAY SUITE 700
NEW YORK NY 10001

Creditor ID: 17559-01
CLIFFSTAR CORPORATION
1 CLIFFSTAR AVE
DUNKIRK NY 14048

Creditor ID: 16216-01
CLIFTON TILE PLAZA
1057 ROUTE 46 EAST
CLIFTON NJ 07013

Creditor ID: 174-01
CLIVE A BROWN
721 PROSPECT AVE
KEYPORT NJ 07735

Creditor ID: 13515-01
CLOROX INTERNATIONAL CO
1221 BROADWAY
OAKLAND CA 94623

Creditor ID: 13516-01
CLOSETMAID CORPORATION
5001 TANYA AVENUE
MCALLEN TX 78503

Creditor ID: 5342-01
CLOSETMAID CORPORATION
650 S.W. 27TH AVE.
OCALA FL 34471

Creditor ID: 175-01
CLOSETMAID CORPORATION
1 CLOSET MAID DRIVE
GRANTSVILLE MD 21536

Creditor ID: 5343-01
CLOSETMAID CORPORATION
5150 EDISON AVE
CHINO CA 91710-5786

Creditor ID: 8507-01
CLOSURE SYSTEMS INTERNATIONAL, INC.
7702 WOODLAND DRIVE
INDIANAPOLIS IN 46278

Creditor ID: 176-01
CLOUD B
150 W. WALNUT STREET
GARDENA CA 90248

Creditor ID: 177-01
CLOUD PACKAGING
424 HOWARD AVE.
DES PLAINES IL 60018

Creditor ID: 17560-01
CLOUD9 TOBACCO
237 N. EUCLID WAY, UNIT 1
ANAHEIM CA 92801

Creditor ID: 10567-01
CLOVER TECNOLOGIES GROUP
4200 COLUMBUS ST
OTTAWA IL 61350

Creditor ID: 178-01
CLUB CAR LLC
4125 WASHINTON ROAD
AUGUSTA GA 30809

Creditor ID: 12568-01
CLUB CAR, INC.
2044 FOWARD AUGUSTA DR.
NORTH DOCK DOORS 28-31
AUGUSTA GA 30906

Creditor ID: 7734-01
CLUB DISTRIBUTION, INC
999 LAKE DRIVE
ISSAQUAH WA 98027

Creditor ID: 13517-01
CLUTCH CARGO
180 CHAMPION WAY
NORTH LAKE IL 60164

Creditor ID: 17561-01
CLX
260 TOWNSEND ST
SAN FRANCISCO CA 94107-1719

Creditor ID: 179-01
CM HOLTZINGER FRUIT CO.
1312 NORTH 6 AVE., P.O. BOX 169
YAKIMA WA 98907-0169

Creditor ID: 5344-01
CMC COMETALS
2050 CENTER AVENUE SUITE 250
FORT LEE NJ 07024

Creditor ID: 10568-01
CMC MAGNETICS CORP.
8680 SWINNEA ROAD SUITE 101
SOUTHAVEN MS 38671

Creditor ID: 17562-01
CMD INTERNATIONAL INC.
800 WEST 47TH ST
KANSAS CITY MO 64112

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16217-01<br>CMD MARKETING LLC<br>1408 TEXAS AVENUE<br>LUBBOCK TX 79401 | Creditor ID: 17563-01<br>CMEI INTERNATIONAL INC.<br>3300 S. GESSNER ROAD<br>HOUSTON TX 77063 | Creditor ID: 2919-01<br>CMET INTERNATIONAL INC.<br>471 N. BROADWAY, SUITE 368<br>JERICHO NY 11743 |
| Creditor ID: 2920-01<br>CMI AMERICA<br>4179 70TH AVE EAST<br>FIFE WA 98424 | Creditor ID: 10569-01<br>CMI INDUSTRY AMERICAS INC<br>405 PROSPECT ST<br>SALEM OH 44460 | Creditor ID: 13518-01<br>CMK PACIFIC INC. (U.S.A)<br>2423 POPLAR STREET<br>OAKLAND CA 94607 |
| Creditor ID: 7735-01<br>C-MOR SHADE PRODUCTS CORP.<br>1 PASSAIC ST.<br>WOODRIDGE NJ 07075 | Creditor ID: 13519-01<br>CMS MOBILITY INC.<br>4755 ALPINE DR. SUITE 125<br>STAFFORD TX 77477 | Creditor ID: 5345-01<br>CMS SPORTS INC<br>300 S.DUNCAN AVE., STE 218<br>CLEARWATER FL 33755 |
| Creditor ID: 2921-01<br>CN LINK FREIGHT SERVICES, INC.<br>2071 S. ATLANTA BLVD, UNIT B<br>MONTEREY PARK CA 91754 | Creditor ID: 10570-01<br>CN USA INTERNATIONAL CORP.<br>10 WEST 33RD ST. ROOM #1020<br>NEW YORK NY 10001 | Creditor ID: 16218-01<br>CNA INTERNATIONAL INC.<br>D/B/A MC APPLIANCE CORP.<br>940 CENTRAL AVENUE<br>WOOD DALE IL 60191 |
| Creditor ID: 7736-01<br>CNA METALS LIMITED<br>4800 SUGAR GROVE SUITE 475<br>STAFFORD TX 77477 | Creditor ID: 5346-01<br>CNA METALS MIAMI, INC<br>9960 116TH WAY, SUITE 9<br>MIAMI FL 33178 | Creditor ID: 180-01<br>CNA METALS WEST COAST LLC<br>5305 E. 18TH STREET, SUITE 220<br>VANCOUVER WA 98661 |
| Creditor ID: 17564-01<br>CNF INTERNATIONAL<br>555 EAST OCEAN BLVD SUITE 650<br>LONG BEACH CA 90802 | Creditor ID: 16219-01<br>CNH AMERICA LLC<br>621 STATE STREET<br>RACINE WI 53404 | Creditor ID: 13520-01<br>CNH AMERICA LLC<br>700 STATE STREET<br>RACINE WI 53404 |
| Creditor ID: 2922-01<br>CNH AMERICA LLC<br>325 FIRETOWER ROAD<br>DUBLIN GA 31021 | Creditor ID: 10571-01<br>CNH INDUSTRIAL AMERICA LLC<br>700 STATE STREET<br>RACINE WI 53404 | Creditor ID: 181-01<br>CNJ INTERNATIONAL, INC.<br>286 HOUSES CORNER ROAD<br>SPARTA NJ 07871 |
| Creditor ID: 2923-01<br>CNR INTERNATIONAL INC.<br>145-38 157TH STREET, 2ND FL.<br>JAMAICA NY 11434 | Creditor ID: 10572-01<br>CNS ENTERPRISES, INC.<br>2708 CHICO AVE.<br>SOUTH EL MONTE CA 91733 | Creditor ID: 182-01<br>CNS SALES INC.<br>2727 E. SLAUSON AVE<br>HUNTINGTON PARK CA 90255 |
| Creditor ID: 2924-01<br>CO BANK, ACB<br>5500 S QUEBEC STREET<br>TRADE SERVICES AND<br>LETTERCREDIT OPERATION<br>GREENWOOD VILLAGE CO 80111 | Creditor ID: 12569-01<br>COA, INC.<br>12928 SANDOVAL STREET<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 183-01<br>COACH GLASS<br>1400 CROSS STREET<br>EUGENE OR 97402 |
| Creditor ID: 7737-01<br>COACH,INC<br>1 COACH WAY<br>JACKSONVILLE FL 32218 | Creditor ID: 16220-01<br>COAST METALS, INC.<br>4761 STATE STREET<br>ONTARIO CA 91762 | Creditor ID: 184-01<br>COAST PAPER<br>151 JOSEPHINE STREET<br>SANTA CRUZ CA 95060 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17565-01<br>COAST SOUTHWEST, INC.<br>505 S. MELROSE STREET<br>PLACENTIA CA 92870 | Creditor ID: 185-01<br>COAST TILE<br>300 FIRE RD<br>PLEASENTVILLE NJ 08232 | Creditor ID: 186-01<br>COAST TO COAST DESIGNS<br>4608 SW 74TH AVENUE, MIAMI, FL<br>MIAMI FL 33155 |
| Creditor ID: 2925-01<br>COAST TO COAST SOURCE<br>8933 BERGAMO CIRCLE<br>STOCKTON CA 95212 | Creditor ID: 16221-01<br>COASTAL ALASKA PREMIER SEAFOODS, LLC<br>711 H STREET, SUITE 200<br>ANCHORAGE AK 99501 | Creditor ID: 187-01<br>COASTAL CHEMICALS COMPANY<br>3205 PASADENA BLVD.<br>PASADENA TX 77503 |
| Creditor ID: 10573-01<br>COASTAL INDUSTRIAL PARTNERS LTD<br>2224 CLAY STREET<br>SAN FRANCISCO CA 94115 | Creditor ID: 2926-01<br>COASTAL LUMBER COMPANY<br>P.O. BOX 829<br>WELDON NC 27890 | Creditor ID: 16320-01<br>COASTAL PRIDE CO., INC.<br>2201 BOUNDARY ST. SUITE #306<br>BEAUFORT SC 29902 |
| Creditor ID: 188-01<br>COASTAL VILLAGES LONGLINE, LLC<br>711 H STREET, SUITE 200<br>ANCHORAGE AK 99501 | Creditor ID: 10574-01<br>COASTAL VILLAGES POLLOCK, LLC<br>711 H STREET, SUITE 200<br>ANCHORAGE AK 99501 | Creditor ID: 10575-01<br>COASTER CO. OF AMERICA<br>8350 PARDEE DRIVE SUITE 200<br>OAKLAND CA 94621 |
| Creditor ID: 18368-01<br>COASTER CO. OF AMERICA DBA COA, INC.<br>12330 LAKELAND AVENUE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 5347-01<br>COASTER CO., OF AMERICA<br>9850 PREMIER PARKWAY<br>MIRAMAR FL 33025 | Creditor ID: 189-01<br>COASTER CO., OF AMERICA<br>14904 GRAND RIVER ROAD<br>FORT WORTH TX 76155 |
| Creditor ID: 17566-01<br>COASTER CO., OF AMERICA<br>255 WILLE ROAD<br>DES PLAINES IL 60018 | Creditor ID: 10576-01<br>COASTER CO.,OF AMERICA<br>45 STULTS RD<br>DAYTON NJ 08810 | Creditor ID: 2927-01<br>COASTER CO.,OF AMERICA<br>4300B SOUTH FULTON PARKWAY<br>COLLEGE PARK GA 30349 |
| Creditor ID: 190-01<br>COASTER COMPANY OF AMERICA<br>12928 SANDOVAL ST.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 13521-01<br>COASTER COMPANY OF AMERICA<br>560 SUPREME DRIVE<br>BENSENVILLE IL 60106 | Creditor ID: 7738-01<br>COASTER COMPANY OF AMERICA, INC.<br>10829 BEECH AVE.<br>FONTANA CA 92337 |
| Creditor ID: 2928-01<br>COASTER COMPANY OF AMERICA, INC.<br>10700 ENTERPRISE WAY<br>MIRAMAR FL 33025 | Creditor ID: 5348-01<br>COASTER OF AMERICA<br>20300 E. BUSINESS PARKWAY<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 191-01<br>COASTER OF AMERICA<br>14901 GRAND RIVER RD<br>FORT WORTH TX 76155 |
| Creditor ID: 7739-01<br>COASTER OF AMERICA<br>12909 SANDOVAL ST.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 10577-01<br>COASTLINE INTERNATIONAL,INC.<br>2523 28TH STREET<br>BROOKLYN NY 11235 | Creditor ID: 4800-01<br>COATED FABRICS<br>12658 CISNEROS LANE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 192-01<br>COATS AMERICAN INC.<br>1571 EST MAIN STREET<br>OLD FORD NC 28762 | Creditor ID: 17567-01<br>COBASYS LLC<br>3740 S. LAPEER RD.<br>LAKE ORION MI 48359 | Creditor ID: 10578-01<br>COBOS TRADING INC<br>926 S.SAN PEDRO STREET #2638<br>LOS ANGELES CA 90021 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 193-01<br>COBRA PRODUCTS INC.<br>1 WARNER COURT<br>SWEDESBORO NJ 08085 | Creditor ID: 10579-01<br>COBRA THERMOSOLAR PLANTS<br>CRESCENT DUNES PROJECT.<br>GABBS POLE LINE ROAD<br>9 MILES NORTH OF HWY 95<br>TONOPAH NV 89049 | Creditor ID: 18369-01<br>COCO LUMBER COMPANY, LLC<br>6018 HATHAWAY LANE<br>WAXHAW NC 28173 |
| Creditor ID: 13522-01<br>CODE IMPEX LLC STONE GROUP<br>5 WASHINGTON COURT<br>LIVINGSTON NJ 07039 | Creditor ID: 10580-01<br>COELISE HERCHEAL MARTIN<br>1480 VALENZUELA COURT<br>PITTSBURG CA 94565 | Creditor ID: 17568-01<br>COEX COFFEE INTERNATIONAL<br>2121 PONCE DE LEON BLVD , SUITE 930<br>CORAL GABLES FL 33134 |
| Creditor ID: 16321-01<br>COFCO AMERICAS RESOURCES CORP<br>16190 CITY WALK, SUITE 200<br>SUGAR LAND TX 77479 | Creditor ID: 17569-01<br>COFFEE BEAN INTERNATIONAL<br>9120 NE ALDERWOOD ROAD<br>PORTLAND OR 97220 | Creditor ID: 2929-01<br>COFFEE HOLDING CO., INC.<br>383 THIRD AVE.<br>BROOKLYN NY 11215 |
| Creditor ID: 16322-01<br>COFLUSA S.A.U<br>270 LAFAYETTE , SUITE 512<br>NEW YORK NY 10012 | Creditor ID: 194-01<br>COGNE SPECIALTY STEEL USA, INC.<br>145 N. FRANKLIN TURNPIKE, SUITE 207<br>RAMSEY NJ 07446 | Creditor ID: 2930-01<br>COGNIS CORPORATION<br>3300 WESTINGHOUSE BOULEVARD<br>CHARLOTTE NC 28273 |
| Creditor ID: 7740-01<br>COGNIS CORPORATION<br>1520 OLD STAGE ROAD<br>MAULDIN SC 29662 | Creditor ID: 2931-01<br>COGNIS CORPORATION<br>8150 HOLTON DRIVE<br>FLORENCE KY 41042 | Creditor ID: 5349-01<br>COHEN HAZAN CORP<br>1400 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 7741-01<br>COHEN PRODUCE MARKETING<br>1865 CENTERMILLS ROAD<br>ASPERS PA 17304 | Creditor ID: 16323-01<br>COHN & SON INC<br>6041 GUION ROAD<br>INDIANAPOLIS IN 46201 | Creditor ID: 16324-01<br>COIL SPECIALIST, INC<br>204 DEAN STREET<br>GILMER TX 75644 |
| Creditor ID: 10235-01<br>COIM USA INC<br>286 MANTUA GROVE ROAD<br>WEST DEPTFORD NJ 08066 | Creditor ID: 16325-01<br>COKER CLASSIC TIRE<br>1317 CHESTNUT ST.,<br>CHATTANOOGA TN 37402 | Creditor ID: 16326-01<br>COLAVITA USA<br>1 RUNYON AVE<br>EDISON NJ 08817 |
| Creditor ID: 7742-01<br>COLDWATER VENEER<br>548 RACE STREET<br>COLDWATER MI 49036 | Creditor ID: 7743-01<br>COLDWATER VENEER (MI)<br>548 RACE ST.<br>COLDWATER MI 49036 | Creditor ID: 2932-01<br>COLE HAAN<br>150 OCEAN ROAD<br>GREENLAND NH 03840 |
| Creditor ID: 10581-01<br>COLE HAAN LLC<br>45 WEST 18TH STREET<br>NEW YORK NY 10011 | Creditor ID: 16327-01<br>COLEMAN COMPANY<br>2111 E. 37TH STREET<br>WICHITAW KS 67201 | Creditor ID: 13523-01<br>COLEMAN POWERMATE, INC (NE)<br>4045 SOUTH 96TH<br>OMAHA NE 68127 |
| Creditor ID: 13524-01<br>COLGATE PALMOLIVE - TOM'S OF MAINE<br>27 COMMUNITY DRIVE<br>SANFORD ME 04073 | Creditor ID: 2933-01<br>COLINX, LLC<br>1536 GENESIS ROAD<br>CROSSVILLE TN 38555 | Creditor ID: 7744-01<br>COLLEZIONE EUROPA USA INC.<br>145 CEDAR LANE<br>ENGLEWOOD NJ 07631 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

Creditor ID: 2934-01
COLLINS & AIKMAN
199 BLACKHAWK ROAD
GREENVILLE SC 29611

Creditor ID: 195-01
COLLINS METALS, INC.
4633 SOUTH RACINE
CHICAGO IL 60601

Creditor ID: 17570-01
COLLINS PINE COMPANY
29100 SW TOWN CENTER LOOP W,
STE 300
WILSONVILLE OR 97070

Creditor ID: 5350-01
COLLOID ENVIRONMENTAL TECHNOLOGIES COMPANY
2870 FORBS AVENUE
HOFFMAN ESTATES IL 60192

Creditor ID: 17571-01
COLONIAL CHEMICAL SOLUTIONS, INC.
101 NORTH LATHROP AVENUE
P.O BOX 576
SAVANNAH GA 31402-0576

Creditor ID: 2386-01
COLONIAL MARBLE & GRANITE, INC
201 WEST CHURCH ROAD
KING OF PRUSSIA PA 19406

Creditor ID: 2935-01
COLONIAL MARKETING INC.
131-11 ATLANTIC AVE.
RICHMOND HILL NY 11418-3305

Creditor ID: 10582-01
COLONIAL MARKETING INC.
20224 SW TETON AVENUE
TUALATIN OR 97062

Creditor ID: 10583-01
COLONY ENTERPRISES, INC.
4911 SEA PINES
DALLAS TX 75287

Creditor ID: 5351-01
COLONY LIQUOR
132 FLATBUSH AVE
KINGSTON NY 12401

Creditor ID: 16328-01
COLONY TIRE CORPORATION
3749 PROGRESS ROAD
NORFOLK VA 23502

Creditor ID: 7179-01
COLORADO BOXED BEEF CO.
302 PROGRESS RD
AUBURNDALE INDUSTRIAL PARK
AUBURNDALE FL 33823

Creditor ID: 16329-01
COLORADO FOODS PRODUCT INC
3600 S YOSEMITE ST., SUITE 800
DENVER CO 80237

Creditor ID: 7745-01
COLORADO MOUNTAIN, INC.
1138 SOUTH CARSON COURT
AURORA CO 80012

Creditor ID: 13525-01
COLORBLENDS
747 BARNUM AVE
BRIDGEPORT CT 06608

Creditor ID: 13526-01
COLORFUL EARTH, INC.
119 MAITLAND DR.
ALAMEDA CA 94502

Creditor ID: 16330-01
COLORSTONE
7821 NW 62ND STREET
MIAMI FL 33166

Creditor ID: 10584-01
COLORTECH INC
5712 COMMERCE BLVD
MORRISTOWN TN 37814

Creditor ID: 5352-01
COLORWEN INTERNATIONAL CORP
951 LAWSON ST
CITY OF INDUSTRY CA 91748

Creditor ID: 10585-01
COLORWORKSHOP
22619 PACIFIC COAST HWY STE 250
MALIBU CA 90265

Creditor ID: 2936-01
COLOS, INC.
2931 PLAZA DEL AMO #115
TORRANCE CA 90503

Creditor ID: 7746-01
COLOSSAL CAPITAL MACHINERY, INC.
11122 ENTERPRISE DRIVE
LOS ALAMITOS CA 90720

Creditor ID: 2387-01
COLT DEVELOPMENT
1018 BETTE LANE
GLENVIEW IL 60025

Creditor ID: 196-01
COLUCCIO & SONS INC (AR)
1214 60TH ST
BROOKLYN NY 11219

Creditor ID: 17572-01
COLUMBIA CHEESE IMPORTING CO
47-55 TWENTY SEVENTH STREET
LONG ISLAND CITY NY 11101

Creditor ID: 7747-01
COLUMBIA CHEMICAL CORP.
1000 WESTERN DRIVE
BRUNSWICK OH 44212-4330

Creditor ID: 2435-01
COLUMBIA COASTAL TRANSPORT INC
100 WALNUT AVE.
CLARK NJ 07066

Creditor ID: 19029-97
COLUMBIA CONTAINER SERVICES
106 ALLEN ROAD
LIBERTY CORNER NJ 07938

Creditor ID: 7748-01
COLUMBIA EXPORT
8640 SIEMPRE VIVA ROAD
SAN DIEGO CA 92154

Creditor ID: 2436-01
COLUMBIA FOREST PRODUCTS
324 BLUFF ROAD
NEWPORT VT 05855

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 16331-01
COLUMBIA FRAME INC.
IMPERIAL INDUSTRIAL PARK
83 DISTRIBUTION WAY
PLATTSBURGH NY 12901

Creditor ID: 13527-01
COLUMBIA GORGE WOOD PRODUCTS
14735 SW FOREST DRIVE
BEAVERTON OR 97007

Creditor ID: 197-01
COLUMBIA GRAIN INC.
900 2ND AVENUE NORTH, SUITE 1
GREAT FALLS MT 59403

Creditor ID: 7749-01
COLUMBIA GRAIN, INC
1300 SW FIFTH AVENUE, SUITE 2929
PORTLAND OR 97201

Creditor ID: 5353-01
COLUMBIA LOGISTICS INC.,
11222 SOUTH LA CINEGA BLVD.
INGLEWOOD CA 90304

Creditor ID: 17573-01
COLUMBIA MARKETING INTERNATIONAL
2525 EUCLID AVE.
WENATCHEE WA 98807

Creditor ID: 10236-01
COLUMBIA PIPE & SUPPLY
2400-A TURNER AVENUE NW
GRAND RAPIDS MI 49544

Creditor ID: 198-01
COLUMBIA RIVER LOGISTICS SERVICE COMPANY
30900 LAUNCH LANE
UMATILLA OR 97882

Creditor ID: 17574-01
COLUMBIA RIVER SHIPPER'S ASSOCIATION
200 SW MARKET STREET, SUITE 190
PORTLAND OR 97201

Creditor ID: 7750-01
COLUMBIA RIVERGATE DC
7000 N LEADBETTER ROAD
PORTLAND OR 97203

Creditor ID: 5354-01
COLUMBIA SPORTSWEAR COMPANY
14375 NW SCIENCE PARK DRIVE
PORTLAND OR 97229-5418

Creditor ID: 13528-01
COLUMBIA WEST INDUSTRIES, INC.
4380 SW MACADAM, SUITE 175
P O BOX 69394
PORTLAND OR 97201

Creditor ID: 199-01
COLUMBIA WEST INTERNATIONAL LLC
1407 N.E. 157TH AVE.
VANCOUVER WA 98684

Creditor ID: 17575-01
COLUMBUS INDUSTRIES
32-A SPUR RD.
EL PASO TX 79906

Creditor ID: 17576-01
COLUMBUS INDUSTRIES
11545 ST. RT. 41
WEST UNION OH 45693

Creditor ID: 17577-01
COLUMBUS INDUSTRIES
6965 ALUM CREEK DRIVE
COLUMBUS OH 43217

Creditor ID: 2437-01
COLUMBUS INDUSTRIES
2963 ST. RT. 752
ASHVILLE OH 43103

Creditor ID: 2438-01
COLUMBUS MCKINNON CORPORATION
22364 JEB STUART HIGHWAY
DAMASCUS VA 24236

Creditor ID: 200-01
COMAGE CONTAINER LINES
15 MAPLETON RD
OLD BRIDGE NJ 08857-4212

Creditor ID: 13529-01
COMAU INC.
21000 TELEGRAPH ROAD
SOUTHFIELD MI 48034

Creditor ID: 17578-01
COMBINED TRANSPORT SYSTEMS INC.
506/508 MORRIS AVE.
ELIZABETH NJ 07208

Creditor ID: 17579-01
COMBITRANS
1900 NORTH LOOP WEST SUITE 290
HOUSTON TX 77018

Creditor ID: 2439-01
COMBITRANS, INC
4930 DACOMA STREET #F
HOUSTON TX 77092

Creditor ID: 10586-01
COMCAST CABLE
9175 MOYA BLVD SUITE A
RENO NV 89506

Creditor ID: 10587-01
COMCAST CABLE COMMUNICATIONS,INC.
2303 CENTER SQUARE RD.
SWEDESBORO NJ 08085

Creditor ID: 7180-01
COMEAUX
3949 EUPHROSINE STREET
NEW ORLEANS LA 70125

Creditor ID: 16332-01
COMEQ INC
10521 INDUSTRIAL PARK EAST ROAD
WHITE MARSH MD 21162

Creditor ID: 16333-01
COMER INDUSTRIES INC
12730 VIRKLER DRIVE
CHARLOTTE NC 28273

Creditor ID: 10588-01
COMERCIO INTERNACIONAL DE METALES
265 S. RANDOLPH AVE. SUITE 125
BREA CA 92821

Creditor ID: 7751-01
COMERICA BANK INTERNATIONAL TRADE SERVICES
2321 ROSECRANS AVE. MC 4659,
5TH FLOOR
EL SEGUNDO CA 90245

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17580-01<br>COMETALS<br>2050 CENTER AVENUE, # 250<br>FORT LEE NJ 07024 | Creditor ID: 17581-01<br>COMFORT FURNITURE CITY INC<br>1422 121ST STREET<br>COLLEGE POINT NY 11356 | Creditor ID: 17582-01<br>COMFORT INN DURHAM<br>4507 NC 55<br>DURHAM NC 27713 |
| Creditor ID: 7752-01<br>COMFORT REVOLUTION<br>187 ROUTE 36, SUITE 205<br>WEST LONG BRANCH NJ 07764 | Creditor ID: 12570-01<br>COMFORT SETTINGS<br>17360 COLIMA RD, #238<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 10589-01<br>COMIMPEX FLOORING & FINISHES<br>1800 NW 135TH AVENUE, BAY 102<br>MIAMI FL 33182 |
| Creditor ID: 5355-01<br>COMINT APPAREL GROUP<br>463 SEVENTH AVENUE, 11TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 13530-01<br>COMINT APPAREL GROUP, LLC<br>1 CAPE MAY STREET<br>HARRISON NJ 07029 | Creditor ID: 10590-01<br>COMM TRADE CORP.<br>6314 BRIAR ROSE DR.<br>HOUSTON TX 77057 |
| Creditor ID: 201-01<br>COMMERCE BANK NA<br>6000 ATRIUM WAY<br>MOUNT LAUREL NJ 08054 | Creditor ID: 2440-01<br>COMMERCE INTERNATIONAL<br>4300 CLB MCLEOD ROAD<br>ORLANDO FL 32811 | Creditor ID: 10591-01<br>COMMERCIAL CREAMERY CO.<br>159 SOUTH CEDAR STREET<br>SPOKANE WA 99204 |
| Creditor ID: 5356-01<br>COMMERCIAL FORGED PRODUCTS<br>5757 WEST 65TH STREET<br>BEDFORD PARK IL 60638 | Creditor ID: 2388-01<br>COMMERCIAL LYNKS INC<br>4709 B EISENHOWER AVENUE<br>ALEXANDRIA VA 23304 | Creditor ID: 7753-01<br>COMMERCIAL METALS COMPANY<br>6565 N. MACARTHUR BLVD #800<br>IRVING TX 75039 |
| Creditor ID: 202-01<br>COMMERCIAL PROTEINS CORPORATION<br>2800 AYERS AVENUE<br>LOS ANGELES CA 90023 | Creditor ID: 10237-01<br>COMMERCIAL-WAGNER INC.<br>3311 CHILDS STREET<br>BALTIMORE MD 21226 | Creditor ID: 203-01<br>COMMEX (USA) INC.<br>6616 MAYFAIR,STE. D<br>HOUSTON TX 77087 |
| Creditor ID: 7754-01<br>COMMEX CORPORATION<br>20408 CORSAIR BLVD<br>HAYWARD CA 94545 | Creditor ID: 5357-01<br>COMMISSARIAT IMPORTS INC<br>3239 DONALD DOUGLAS LOOP SOUTH<br>SANTA MONICA CA 90405 | Creditor ID: 2441-01<br>COMMODITIES INTERNATIONAL, INC (NEW YORK)<br>49 WATERMILL LANE<br>GREAT NECK NY 11021 |
| Creditor ID: 16334-01<br>COMMODITIES INTERNATIONAL, INC.<br>245 TOWN PARK DRIVE, SUITE 420<br>KENNESAW GA 30144 | Creditor ID: 5358-01<br>COMMODITIES INTERNATIONAL, INC. (NYC)<br>49 WATER MILL LANE<br>GREAT NECK NY 11021 | Creditor ID: 13531-01<br>COMMODITY MARKETING COMPANY<br>2325 LAKEVIEW PARKWAY<br>ALPHARETTA GA 30004 |
| Creditor ID: 13532-01<br>COMMODITY SPECIALISTS COMPANY<br>310 GRAIN EXCHANGE BUILDING 400<br>MINNEAPOLIS MN 55415 | Creditor ID: 7755-01<br>COMMODITY SPECIALISTS COMPANY<br>35 BELVER AVE<br>NORTH KINGSTOWN RI 02852 | Creditor ID: 13533-01<br>COMMODITY SUPPLIES AG<br>4155 SW 130TH AVE STE 111<br>MIAMI FL 33175 |
| Creditor ID: 7756-01<br>COMMONWEALTH BRANDS INC<br>301 NORTH SCALES STREET<br>REIDSVILLE ROCKINGHAM NC 27320 | Creditor ID: 16335-01<br>COMMONWEALTH DISTRIBUTORS INC.<br>8400 NW 25TH ST SUITE 500<br>MIAMI FL 33122 | Creditor ID: 7757-01<br>COMMONWEALTH GIN<br>25165 BUCKHORN DRIVE<br>WINDSOR VA 23487 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

Creditor ID: 16336-01
COMMONWEALTH WHOLESALE CORP.
1140 HALLANDALE BEACH BLVD
HALLANDAL FL 33009

Creditor ID: 10592-01
COMMSCOPE, INC.
1100 COMMSCOPE, INC.
HICKORY NC 28603

Creditor ID: 7758-01
COMMUNITY FOODS LLC
140 OLD MOUNTAIN ROAD
HIDDENITE NC 28636

Creditor ID: 17583-01
COMO TOWN
1255 KAUFMAN DRIVE
ST. PAUL MN 55103

Creditor ID: 16337-01
COMPAC SORTING EQUIPMENT INC.
751 N. ELKO STREET
VISALIA CA 93291

Creditor ID: 10238-01
COMPACSTONE USA, INC.
2229 NW 79TH AVENUE
MIAMI FL 33122

Creditor ID: 10593-01
COMPASS COTTON USA INC
1717 MCKINNEY AVE, SUITE 700
DALLAS TX 75202

Creditor ID: 571-01
COMPASS HOME INC.
1900 SOUTH BURGUNDY PLACE
ONTARIO CA 91761

Creditor ID: 17684-01
COMPASS INTL
P.O.BOX 4876
ANAHEIM CA 92803

Creditor ID: 572-01
COMPASS YACHT & BOAT SALES
14333 CRAB TRAP COURT
HUDSON FL 34667

Creditor ID: 16338-01
COMPLETE WHEEL SOURCE, INC.
2279 RIVER ROAD
GRAND JUNCTION CO 81505

Creditor ID: 2442-01
COMPONENT FABRICATORS INC.,
DBA LEGEND FITNESS
5901 MIDDLEBROOK PIKE
KNOXVILLE TN 37909

Creditor ID: 13534-01
COMPOSITE TECHNOLOGY INTERNATIONAL
1025 19TH STREET, SUITE 10
SACRAMENTO CA 95814

Creditor ID: 4801-01
COMPOSITES ONE
11917 ALTAMAR PLACE
SANTA FE SPRINGS CA 90670

Creditor ID: 16339-01
COMPOSITES ONE LLC
1001 10TH STREET BLDG E
MILLVILLE NJ 08332

Creditor ID: 5359-01
COMPRADOR INOXIDABLE INC
3835 CYPRESS DRIVE ,SUITE 207
PETALUMA CA 94954

Creditor ID: 5360-01
COMPUFORMS LLC.
1923 SANTA ANITA AVE
SOUTH EL MONTE CA 91733

Creditor ID: 7759-01
COMTRADE INTERNATIONAL INC.
177 HAIWATHA BLVD.
OAKLAND NJ 07436

Creditor ID: 7760-01
CON AGRA FOODS INGREDIENTS COMPANY, INC.
1650 W. AMADOR AVE.
LAS CRUCES NM 88005

Creditor ID: 10594-01
CONAGRA FOOD & INGREDIENTS
6 SANTA FE WAY
CRANBURY NJ 08512

Creditor ID: 13535-01
CONAGRA FOOD INGREDIENTS, INC
11 CONAGRA DRIVE, SUITE 5022
OMAHA NE 68102

Creditor ID: 17686-01
CONAGRA FOODS EXPORT CO. INC.
2301 WASHINGTON STREET
HAMBURG IA 51640

Creditor ID: 10595-01
CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC.
7350 WORLD COMMUNICATIONS DRIVE
OMAHA NE 68122

Creditor ID: 17687-01
CONAGRA FOODS FOOD INGREDIENTS COMPANY, INC.
195 ALEXANDRIA WAY
CAROL STREAM IL 60188

Creditor ID: 7761-01
CONAGRA FOODS LAMB WESTON, INC.
8701 W. GAGE BLVD.
KENNEWICK WA 99336

Creditor ID: 5361-01
CONAGRA, INC.
ONE CONAGRA DRIVE (CC-225)
OMAHA NE 68102

Creditor ID: 2443-01
CONAIR CORP SCUNCI DIVISION
C/O PATTERSON WAREHOUSE
5388 AIRWAYS BLVD
MEMPHIS TN 38116

Creditor ID: 5362-01
CONAIR CORPORATION
7250 E OXFORD WAY
COMMERCE CA 90040

Creditor ID: 17688-01
CONAIR CORPORATION
711 VENTURE BOULEVARD
SOUTHAVEN MS 38672

Creditor ID: 10596-01
CONAIR CORPORATION
150 MILFORD ROAD
EAST WINDSOR NJ 08520

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5363-01<br>CONAIR CORPORATION<br>7475 N GLEN HARBOR BLVD<br>GLENDALE AZ 85307 | Creditor ID: 2444-01<br>CONAIR CORPORATION<br>9350 RAYO AVE.<br>SOUTH GATE CA 90280 | Creditor ID: 13536-01<br>CONAIR CORPORATION<br>205 SHELLHOUSE ROAD<br>RANTOUL IL 61866 |
| Creditor ID: 7762-01<br>CONAIR-RANTOUL<br>205 SHELHOUSE RD<br>RANTOUL IL 61866 | Creditor ID: 10597-01<br>CONCANNON LUMBER<br>2950 SE STARK<br>PORTLAND OR 97214 | Creditor ID: 5364-01<br>CONCEPT 3<br>1359 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 13537-01<br>CONCEPT MATERIALS<br>1150 EL CAMINO REAL, SUITE 142<br>SAN BRUNO CA 94066 | Creditor ID: 17689-01<br>CONCEPT SURFACES<br>2414 CONVERSE STREET<br>DALLAS TX 75207 | Creditor ID: 573-01<br>CONCHITA FOODS, INC.<br>9115 N.W. 105 WAY<br>MIAMI FL 33178 |
| Creditor ID: 2445-01<br>CONCORD BUYING GROUP INC<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701 | Creditor ID: 2446-01<br>CONCORD CORP<br>260 NE TREENA STREET<br>HILLSBORO OR 97124 | Creditor ID: 2447-01<br>CONCORD EXPRESS INC.<br>1941 WILLIAMS ROAD, SUITE 3B<br>COLUMBUS OH 43207 |
| Creditor ID: 5365-01<br>CONCORD FARMS INC.<br>2811 FABER STREET<br>UNION CITY CA 94587 | Creditor ID: 4802-01<br>CONCORDE APPAREL, INC.<br>55 WEST 39TH STREET, 11TH FL.<br>NEW YORK NY 10018 | Creditor ID: 7763-01<br>CONCORDIA PUBLISHING HOUSE<br>3558 SOUTH JEFFERSON AVENUE<br>ST. LOUIS MO 63118-3968 |
| Creditor ID: 2448-01<br>CONCRETE ACCESSORIES OF GA, INC.<br>4475 RIVER GREEN PARKWAY SUITE# 100<br>DULUTH GA 30096 | Creditor ID: 10598-01<br>CONCRETE REINFORCEMENT INC (JACKSONVILLE)<br>3838 KREBS ST<br>JACKSONVILLE GA 32219 | Creditor ID: 13538-01<br>CONCRETE REINFORCING PRODUCT<br>1381 SAWGRASS CORPORATE PARKWAY<br>SUNRISE FL 33323 |
| Creditor ID: 18370-01<br>CONDE HOUSE<br>2 HENRY ADAMS STREET SUITE 291<br>SAN FRANCISCO CA 94103 | Creditor ID: 5366-01<br>CONGOLEUM<br>861 SLOAN AVE<br>TRENTON NJ 08619 | Creditor ID: 17690-01<br>CONGRESS FINANCIAL CORPORATION<br>1133 AVENUE OF THE AMERICAS FL 29<br>NEW YORK NY 10036 |
| Creditor ID: 5367-01<br>CONKLIN OFFICE FURNITURE<br>56 CANAL STREET<br>HOLYOKE MA 01040 | Creditor ID: 7764-01<br>CONLEASCO INC. BECKER FURNITURE WORLD<br>13150 1ST ST<br>BECKER MN 55308 | Creditor ID: 7765-01<br>CONLINS FURNITURE INCORPORATED<br>8247 HUFFINE LANE<br>BOZEMAN MT 59718 |
| Creditor ID: 574-01<br>CONLIN'S FURNITURE, INC.<br>2410 EAST BOWEN AVE<br>BISMARCK ND 58504 | Creditor ID: 575-01<br>CONLIN'S FURNITURE, INC..<br>739 S. 20TH STREET W.<br>BILLINGS MT 59102 | Creditor ID: 7766-01<br>CONN APPLIANCES, INC<br>1910 SHIPMAN DR<br>SAN ANTONIO TX 78219 |
| Creditor ID: 576-01<br>CONN APPLIANCES, INC.<br>BEAUMONT WHSE 3 650 S 23RD<br>BEAUMONT TX 77707 | Creditor ID: 5368-01<br>CONNEAUT LEATHER<br>494 EAST MAIN ROAD<br>CONNEAUT OH 44030 | Creditor ID: 10599-01<br>CONNECTED APPAREL L.L.C.<br>6015 BANDINI BLVD.<br>LOS ANGELES CA 90040 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13539-01<br>CONNECTED INTERNATIONAL<br>5250 W.CENTURY BLVD,SUITE 213<br>LOS ANGELES CA 90045 | Creditor ID: 10702-01<br>CONNECTICUT DISTRIBUTORS<br>333 LORDSHIP BLVD<br>STRATFORD CT 06615 | Creditor ID: 16340-01<br>CONNECTICUT FIBERS, INC.<br>410 KINGSTOWN RD SUITE # 2<br>WEST KINGSTON RI 02892 |
| Creditor ID: 17691-01<br>CONNECTICUT STONE SUPPLIES INC.<br>138 WOODMONT RD.<br>MILFORD CT 06460 | Creditor ID: 16990-01<br>CONNECTION CHEMICAL, INC<br>250 LAFAYETTE CIRCLE SUITE 300 F<br>LAFAYETTE CA 94549 | Creditor ID: 577-01<br>CONNECTION CHEMICAL, LP<br>126 SOUTH STATE STREET, SUITE 100<br>NEWTOWN PA 18940 |
| Creditor ID: 10703-01<br>CONNELL BROS. CO. LLC<br>345 CALIFORNIA STREET 27TH FLOOR<br>SAN FRANCISCO CA 94104 | Creditor ID: 13641-01<br>CONNELL RICE & SUGAR CO.<br>200 CONNELL DRIVE, 4TH FLOOR<br>BERKELEY HEIGHTS NJ 07922 | Creditor ID: 578-01<br>CONNOISSEUR INTL DIST INC.<br>20 BROADHOLLOW RD #LL4<br>MELVILLE NY 11747 |
| Creditor ID: 7767-01<br>CONN-SELMER INC<br>1000 INDUSTRIAL PARKWAY<br>ELKHART IN 46516 | Creditor ID: 5369-01<br>CONOCO PHILLIPS<br>600 NORTH DAIRY  ASHFORD<br>HOUSTON TX 77079 | Creditor ID: 5370-01<br>CONOPCO INC<br>75 MERRITT BOULEVARD<br>TRUMBULL CT 06611 |
| Creditor ID: 16341-01<br>CONOPCO, INC. DBA UNILEVER<br>700 SYLVAN AVENUE<br>ENGLEWOOD NJ 07632 | Creditor ID: 2449-01<br>CONRAD ASHER LICENSING GROUP INC.<br>1530 W. EL SEGUNDO BLVD<br>GARDENA CA 90249-2112 | Creditor ID: 17692-01<br>CONSAVE GROUP<br>11750 SUNSET BLVD. #213<br>LOS ANGELES CA 90049 |
| Creditor ID: 13642-01<br>CONSOLIDATED CHILDREN'S APPAREL INC.<br>1333 BROADWAY RM 800<br>NEW YORK NY 10018 | Creditor ID: 2450-01<br>CONSOLIDATED FIBERS<br>8100 SOUTH BLVD<br>CHARLOTTE NC 28273-5950 | Creditor ID: 579-01<br>CONSOLIDATED FIBERS INC<br>8103 DENMARK ROAD<br>CHARLOTTE NC 28273 |
| Creditor ID: 5371-01<br>CONSOLIDATED FIBERS INC.<br>707 EAST HEBRON STREET<br>CHARLOTTE NC 28273 | Creditor ID: 17693-01<br>CONSOLIDATED GRAIN & BARGE<br>7305 IL HWY 26<br>PRINCETON IL 61356 | Creditor ID: 7768-01<br>CONSOLIDATED PRODUCTS INTERNATIONAL<br>4701 SE 24TH AVENUE<br>PORTLAND OR 97202 |
| Creditor ID: 580-01<br>CONSOLIDATED SHIPPING & LOGISTICS<br>219 STUYVESANT AVE<br>LYNDHURST NJ 07071 | Creditor ID: 581-01<br>CONSOLIDATED TEXTILES<br>P.O. BOX 240416<br>CHARLOTTE NC 28224 | Creditor ID: 7769-01<br>CONSTELLATION WINES U.S. INC<br>235 N. BLOOMFIELD ROAD<br>CANANDALGUA NY 14424 |
| Creditor ID: 5372-01<br>CONSTRUCTION ATTACHMENTS, INC.<br>1160 CAL COURT<br>LENOIR NC 28645 | Creditor ID: 7770-01<br>CONSTRUCTION FORMS, INC.<br>777 MARITIME DRIVE<br>PORT WASHINGTON WI 53074 | Creditor ID: 582-01<br>CONSULTANT LUBRICANTS INC<br>9 RESEARCH PARK DRIVE<br>ST. CHARLES MO 63304 |
| Creditor ID: 2451-01<br>CONSUMER PRODUCTS<br>APPLIANCE PARK, AP3-222<br>LOUISVILLE KY 40225 | Creditor ID: 13643-01<br>CONSUMER PRODUCTS SHIPPERS ASSOCIATION<br>231 BLOSSOM LANE<br>WEST PALM BEACH FL 33404 | Creditor ID: 7771-01<br>CONTAINER INNOVATIONS<br>123 PENNSYLVANIA AVENUE<br>KEARNY NJ 07032 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2389-01<br>CONTAINER MARKETING<br>110 MATTHEWS DRIVE<br>AMERICUS GA 31709 | Creditor ID: 17694-01<br>CONTAINER PLUS<br>3661 TRINTEL COURT<br>WALNUT CREEK WA 94111 | Creditor ID: 13644-01<br>CONTAINER, CHASSIS & PARTS, INC (CCPI)<br>17001 S. MAIN STREET<br>GARDENA CA 90248 |
| Creditor ID: 16342-01<br>CONTEL INTERNATIONAL INC.<br>301 OXFORD VALLEY RD STE 1102-A<br>YARDLEY PA 19067 | Creditor ID: 583-01<br>CONTEMPO CERAMIC TILE CORP.<br>3732 SOUTH 300 WEST<br>SALT LAKE CITY UT 84115 | Creditor ID: 7772-01<br>CONTEMPORARY ARTS INTERNATIONAL<br>68 QUARRY ROAD<br>ACTON MA 01720 |
| Creditor ID: 5373-01<br>CONTESSA PREMIUM FOODS<br>4000 NOAKES STREET<br>COMMERCE CA 90023 | Creditor ID: 4803-01<br>CONTINAF USA LLC<br>1113 BARNACLE DRIVE<br>MANAHAWKIN NJ 08050 | Creditor ID: 13645-01<br>CONTINENTAL AUTO PARTS<br>768 FRELINGHUYSEN AVE.<br>NEWARK NJ 07114 |
| Creditor ID: 2452-01<br>CONTINENTAL COMMERCIAL PRODUCTS<br>809 BROAD STREET<br>WRENS GA 30833 | Creditor ID: 16343-01<br>CONTINENTAL CONTITECH THERMOPOL LLC<br>9 INTERSTATE DRIVE<br>SOMERSWORTH NH 03878-1235 | Creditor ID: 17695-01<br>CONTINENTAL CREATIVE SALE INC<br>9-11 CAESAR PLACE<br>MOONACHIE NJ 07074 |
| Creditor ID: 16344-01<br>CONTINENTAL FOOD DISTRIBUTION<br>113 13TH STREET<br>BROOKLYN NY 11215 | Creditor ID: 16345-01<br>CONTINENTAL GENERAL TIRE INC<br>1800 CONTINENTAL BLVD<br>CHARLOTTE NC 28273 | Creditor ID: 13646-01<br>CONTINENTAL GENERAL TIRE INC<br>HIGHWAY 142 SOUTH<br>MT VERNON IL 62864 |
| Creditor ID: 13647-01<br>CONTINENTAL GIRBAU, INC.<br>2500 BOWEN STREET<br>OSHKOSH WI 54901 | Creditor ID: 17696-01<br>CONTINENTAL GRAIN COMPANY<br>1422 THIRD AVENUE N<br>LEWISTON ID 83501 | Creditor ID: 10704-01<br>CONTINENTAL HARDWOOD,INC<br>3488 HUNTINGTON LANE<br>ST CHARLSE MO 63303 |
| Creditor ID: 7773-01<br>CONTINENTAL IMPORTS,A.K.A.<br>705 COLUMBIA AVE.<br>RIVERSIDE CA 92507 | Creditor ID: 5375-01<br>CONTINENTAL INDUSTRIES GROUP<br>733 THIRD AVENUE, 20TH FLOOR<br>NEW YORK NY 10017 | Creditor ID: 9361-01<br>CONTINENTAL INDUSTRIES GROUP, INC.<br>245 EAST 58TH STREET 25TH FLOOR<br>NEW YORK NY 10022 |
| Creditor ID: 5376-01<br>CONTINENTAL INDUSTRIES INC.<br>253 MONUMENT RD.<br>HINSDALE NH 03451 | Creditor ID: 4765-01<br>CONTINENTAL INTERNATIONAL<br>4501 W MARGINAL WAY SW<br>P.O. BOX 3963<br>SEATTLE WA 98124 | Creditor ID: 10705-01<br>CONTINENTAL LIGHTING IND. INC.<br>6833 W SAM HOUSTON PKWY S STE 203<br>HOUSTON TX 77072 |
| Creditor ID: 2453-01<br>CONTINENTAL LOGISTIC SERVICE INC.<br>800 W. ARTESIA BLVD.<br>COMPTON CA 90220 | Creditor ID: 5377-01<br>CONTINENTAL LOGISTICS CORP.<br>2180 W. CRESCENT AVE. #C<br>ANAHEIM CA 92801 | Creditor ID: 585-01<br>CONTINENTAL MEAT PRODUCTS INC.<br>755 GRAND BLVD SUITE B105-352<br>MIRAMAR BEACH FL 32550 |
| Creditor ID: 2454-01<br>CONTINENTAL MILLS INC<br>18100 ANDOVER PARK WEST<br>TUKWILA WA 98188 | Creditor ID: 13648-01<br>CONTINENTAL PAPER GRADING<br>1623 SOUTH LUMBER STREET<br>CHICAGO IL 60616 | Creditor ID: 7774-01<br>CONTINENTAL POLY BAGS, INC.<br>767 INDUSTRIAL BLVD.<br>SUGARLAND TX 77478 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 586-01<br>CONTINENTAL TIMBERS INC.<br>150 SAW MILL ROAD<br>EVERETT PA 15537 | Creditor ID: 587-01<br>CONTINENTAL TIRE NORTH AMERICA INC.<br>1900 CONTINENTAL BLVD.<br>CHARLOTTE NC 28273 | Creditor ID: 588-01<br>CONTINENTAL TIRE NORTH AMERICA, INC.<br>11525 NORTH IL. HIGHWAY 142<br>MOUNT VERNON IL 62864 |
| Creditor ID: 10707-01<br>CONTINENTAL TRADING<br>34 E.PUTNAM AVE<br>GREENWICH CT 06830 | Creditor ID: 5378-01<br>CONTINENTAL TRADING COMPANY<br>216 NORTH GLENDORA AVE. SUITE 205<br>GLENDORA CA 91741 | Creditor ID: 589-01<br>CONTINENTAL TRADING GROUP, LLC<br>400 N. PARK AVENUE  SUITE 10B<br>BRECKENRIDGE CO 80424-7399 |
| Creditor ID: 13649-01<br>CONTINENTAL WESTERN CORP.<br>3925 9TH AVENUE SOUTH<br>SEATTLE WA 98108 | Creditor ID: 2455-01<br>CONTINENTAL WESTERN CORPORATION<br>1232 ANDOVER PARK WEST<br>TUKWILA WA 98188 | Creditor ID: 17697-01<br>CONTINENTAL WESTERN CORPORATION<br>5980 JEFFERSON HIGHWAY<br>JEFFERSON LA 70123 |
| Creditor ID: 2456-01<br>CONTINENTAL WESTERN CORPORATION<br>2855 MILLER STREET,<br>SAN LEANDRO CA 94577 | Creditor ID: 10708-01<br>CONTINENTAL WESTERN CORPORATION<br>12021 NE ERIN WAY<br>PORTLAND OR 97220 | Creditor ID: 591-01<br>CONTINENTAL WESTERN CORPORATION<br>10818 BLOOMFIELD AVE<br>SANTA FE SPRINGS CA 90670-3863 |
| Creditor ID: 5379-01<br>CONTINENTAL WESTERN CORPORATION<br>11155 E. 47TH AVENUE<br>DENVER CO 80239 | Creditor ID: 2457-01<br>CONTINENTAL WESTERN CORPORATION<br>1003 MEDINA STREET<br>HOUSTON TX 77012 | Creditor ID: 16346-01<br>CONTINENTAL WESTERN CORPORATION<br>12633 CLARK ST<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 592-01<br>CONTINENTS SHIPPING & TRADING<br>18062 FM 529 RD, STE. 172<br>CYPRESS TX 77433 | Creditor ID: 593-01<br>CONTOUR LOGISTICS INC<br>2950 TURNPIKE DRIVE, UNIT 19<br>HATBORO PA 19040 | Creditor ID: 2458-01<br>CONTROL PHARMACEUTICAL LABEL<br>500 WALNUT ST.<br>NORWOOD NJ 07648 |
| Creditor ID: 16347-01<br>CONVERMAT<br>45 NORTH STATION PLAZA,<br>GREAT NECK NY 11021 | Creditor ID: 2459-01<br>CONVERSE, INC<br>160 NORTH WASHINGTON ST<br>BOSTON MA 02114 | Creditor ID: 17698-01<br>CONVERSION RESOURCES LLC/<br>WARRENTON COPPER LLC.<br>1240 MARQUETTE STREET<br>CLEVELAND OH 44114 |
| Creditor ID: 2460-01<br>CONVERSION RESOURCES, INC.<br>8295 BAVARIA DRIVE<br>MACEDONIA OH 44056 | Creditor ID: 16348-01<br>CONWOOD PRODUCTS, INC.<br>1701 W 31ST STREET<br>VANCOUVER WA 98660 | Creditor ID: 16349-01<br>COOKIE TREE BAKERIES<br>4122 SOUTH 500 WEST<br>SALT LAKE CITY CA 94123 |
| Creditor ID: 7775-01<br>COOKSON ELECTRONICS<br>4100 6TH AVENUE<br>ALTOONA PA 16602 | Creditor ID: 10709-01<br>COOL GEAR INTERNATIONAL, LLC<br>10 CORDAGE PARK CIRCLE<br>PLYMOUTH MA 02360 | Creditor ID: 16991-01<br>COOLIGY INC.<br>800 MAUDE AVE.<br>MOUNTAIN VIEW CA 94043 |
| Creditor ID: 17699-01<br>COOLING TOWER RESOURCES INC.<br>1470 GROVE STREET<br>HEALDSBURG CA 95448 | Creditor ID: 17700-01<br>COOPER B-LINE<br>509 WEST MONROE ST.<br>HIGHLAND IL 62249 | Creditor ID: 5380-01<br>COOPER BUSSMANN (DISTRIBUTION CENTER)<br>114 OLD STATE ROAD<br>ELLISVILLE MO 63021-5942 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 18371-01
COOPER CLASSICS
115 COOPER CLASSICS LANE
ROCKY MOUNT VA 24151

Creditor ID: 10710-01
COOPER HAND TOOLS
1150 CLIPPER RD
SUMTER PLANT
INDUSTRIAL PARK S
SUMTER SC 29154

Creditor ID: 2461-01
COOPER HAND TOOLS CAMPBELL OPERATIONS
3990 EAST MARKET STREET
YORK PA 17402-2769

Creditor ID: 5381-01
COOPER HAND TOOLS: APEX DISTRIBUTION CENTER
1000 LUFIN ROAD
APEX NC 27539

Creditor ID: 10196-01
COOPER INDUSTRIES
2611 LA VISTA DRIVE
BURLINGTON NC 27215

Creditor ID: 13650-01
COOPER INDUSTRIES (HAND TOOL DIVISION)
2125 SECOND AVENUE SW
CULLMAN AL 35055

Creditor ID: 17701-01
COOPER INDUSTRIES COOPER HAND TOOLS
100 LUFKIN ROAD
APEX NC 27539

Creditor ID: 7776-01
COOPER INDUSTRIES INC
5035 HIGHWAY 61
SOUTH VICKSBURG MS 39180

Creditor ID: 17702-01
COOPER INDUSTRIES INC (MI)
309 N. PROSPECT ST.
STURGIS MI 49091-1552

Creditor ID: 594-01
COOPER INDUSTRIES, INC. (MT. VERNON, OH)
SANDUSKY STREET., N.
MOUNT VERNON OH 43050

Creditor ID: 10712-01
COOPER INDUSTRIES, INC., COOPER LIGHTING HALO
400 BUSSE ROAD
ELK GROVE VILLGE IL 60007

Creditor ID: 5383-01
COOPER LIGHTING
5200 SHEA DRIVE
ONTARIO CA 91761

Creditor ID: 13651-01
COOPER LIGHTING
3461 EAST RAINES ROAD
MEMPHIS TN 38118

Creditor ID: 7777-01
COOPER LIGHTING
13225 MARQUARDT AVE
SANTE FE SPRINGS CA 90670

Creditor ID: 2462-01
COOPER LIGHTING
9500 NORTH ROYAL LANE
IRVING TX 75063

Creditor ID: 2463-01
COOPER LIGHTING
100 AIRPORT
SOUTHAVEN MS 38671

Creditor ID: 5382-01
COOPER LIGHTING
5974 EN HIGHWAY 129
PENDERGRASS GA 30567

Creditor ID: 13652-01
COOPER LIGHTING DISTRIBUTION CENTER.
400 BUSSE ROAD ELK GROVE, IL 60007
ELK GROVE IL 60007-2195

Creditor ID: 18372-01
COOPER LIGHTING EUFAULA PLANT
4 HUMMINGBIRD LANE
EUFAULA AL 36027

Creditor ID: 5384-01
COOPER LIGHTING INC.
PMB7-879,1209 SAN DARIO AVE
LAREDO TX 78040

Creditor ID: 2464-01
COOPER LIGHTING INDUSTRIES
1121 HIGHWAY 74 SOUTH
PEACHTREE GA 30269

Creditor ID: 13653-01
COOPER LIGHTING MEXICALI
1778 CARR ROAD, SUITE 3B
CALEXICO CA 92231

Creditor ID: 10713-01
COOPER LIGHTING MEXICALI
1754 CARR ROAD STE 100 & 109
CALEXICO CA 92231

Creditor ID: 10714-01
COOPER LIGHTING MEXICALI
291 CAMPILLO AVE SUITE F&G
CALEXICO CA 92231

Creditor ID: 9362-01
COOPER LIGHTING/CUSTOMER FIRST
1121 HIGHWAY 74 SOUTH
PEACHTREE CITY GA 30269

Creditor ID: 595-01
COOPER LIGHTING/HANDY HARDWARE
8300 TEWANTIN
HOUSTON TX 77217

Creditor ID: 16350-01
COOPER LIGHTING/RSA LIGHTING
7945 ORION AVENUE
VAN NUYS CA 91761

Creditor ID: 2465-01
COOPER LIGHTING-JUAREZ OPERATIONS
306A AMERICAS AVE, STE 200
EL PASO TX 79907

Creditor ID: 596-01
COOPER MENVIER
JEPHSON COURT
TANCRED CLOSE
ROYAL LEAMINGTON SPA
WARWICKSHIRE   CV313RZ
UNITED KINGDOM

Creditor ID: 10715-01
COOPER POWER SYSTEMS
2300 BADGER DR
WAUKESHA WI 53186

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17703-01<br>COOPER POWER SYSTEMS<br>1520 EMERALD RD<br>GREENWOOD SC 29646 | Creditor ID: 597-01<br>COOPER POWER SYSTEMS COMPONENTS<br>1045 HICKORY STREET<br>PEWAUKEE WI 53072-3792 | Creditor ID: 16351-01<br>COOPER POWER SYSTEMS COMPONENTS<br>& PROTECTIVE EQUIP<br>1648 DUGAN ROAD<br>OLEAN NY 14760 |
| Creditor ID: 17704-01<br>COOPER POWER SYSTEMS-QUERETARO<br>8401 FM 3464 BLDG #1<br>LAREDO TX 78045 | Creditor ID: 17705-01<br>COOPER TIRE & RUBBER COMPANY<br>701 LIMA AVENUE<br>FINDLAY OH 45840 | Creditor ID: 13654-01<br>COOPER TIRE AND RUBBER CO.<br>1804 SOUTH GREEN STREET<br>TUPELO MS 38801 |
| Creditor ID: 10716-01<br>COOPER TOOLS<br>670 INDUSTRIAL DRIVE<br>PO BOX 1410<br>LEXINGTON SC 29071-1410 | Creditor ID: 13655-01<br>COOPER TOOLS CAMPBELL OPERATIONS<br>3990 EAST MARKET STREET<br>YORK PA 17402 | Creditor ID: 7778-01<br>COOPER TURBOCOMPRESSOR<br>3101 BROADWAY-P.O. BOS 209<br>BUFFALO NY 14225-0209 |
| Creditor ID: 10717-01<br>COOPER U.S., INC<br>600 TRAVIS<br>HOUSTON TX 77002-1001 | Creditor ID: 10718-01<br>COOPER WHEELOCK<br>273 BRANCHPORT AVENUE<br>LONG BRANCH NJ 07740 | Creditor ID: 5385-01<br>COOPER WHEELOCK INC.<br>1930 HECK AVENUE BLDG 1, SUITE 2<br>NEPTUNE NJ 07753 |
| Creditor ID: 9363-01<br>COOPER WIRING DEVICES<br>203 COOPER CIR<br>PEACHTREE CITY GA 30269 | Creditor ID: 17706-01<br>COOPER WIRING DEVICES<br>3602 W. WASHINGTON STREET SUITE #3<br>PHOENIX AZ 85009 | Creditor ID: 10197-01<br>COOPER WIRING DEVICES / EAGLE ELECTRIC<br>5910 LONG CREEK PARK DRIVE, STE W<br>CHARLOTTE NC 28269 |
| Creditor ID: 13656-01<br>COOPER WIRING DEVICES INC.<br>12435 MCCANN DRIVE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 10719-01<br>COOPER WIRING DEVICES/EAGLE ELECTRIC MFG CO.<br>45-31 COURT SQUARE<br>LONG ISLAND NY 11101 | Creditor ID: 13657-01<br>COOPERATIVA CERAMICA D'IMOLA NORTH<br>104 S.MICHIGAN AVE, SUITE 700<br>CHICAGO IL 60603 |
| Creditor ID: 599-01<br>COOPERATIVE COFFEE<br>302 WEST LAMAR ST<br>AMERICUS GA 31709 | Creditor ID: 17707-01<br>COOPERATIVE ELEVATOR (MI)<br>7211 MICHIGAN AVE<br>PIGEON MI 48755 | Creditor ID: 17708-01<br>COOPERATIVE MARKETING ALLIANCE<br>80 MONROE AVE<br>MEMPHIS TN 38103 |
| Creditor ID: 16352-01<br>COOPERATIVE PURCHASES<br>2131 E 50TH STREET<br>VERNON CA 90058 | Creditor ID: 10720-01<br>COOPERS OAK LLC<br>PO BOX 1166<br>WAVERLY OH 45690 | Creditor ID: 7779-01<br>COORDINADORA INC.<br>14602 ARCHER DR.<br>( KILLAM INDUSTRIAL PAKR)<br>LAREDO TX 78045 |
| Creditor ID: 13658-01<br>COOSEMANS NEW YORK<br>NYC TERMINAL MARKET, U-249B<br>BRONX NY 10474 | Creditor ID: 7780-01<br>COPAP INC.<br>6101 PATTERSON ROAD<br>LITTLE ROCK AR 72209 | Creditor ID: 10721-01<br>COPELAND CORPORATION<br>1675 WEST CAMPBELL ROAD<br>SIDNEY OH 45365-0669 |
| Creditor ID: 17709-01<br>COPPER RIVER SEAFOODS<br>1118 E 5TH AVENUE<br>ANCHORAGE AK 99501 | Creditor ID: 600-01<br>COPPERFIT INDUSTRIES INC.<br>1280 E. 9TH ST<br>POMONA CA 91766 | Creditor ID: 7781-01<br>COPPERWELD BIMETALLICS LLC<br>254 COTTON MILL ROAD<br>FAYETTEVILLE TN 37334 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                 **CASE NO: 16-27041 (JKS)**

Creditor ID: 17710-01
COPY CATS
525 FASHION AVENUE
NEW YORK NY 10018

Creditor ID: 2390-01
CORA IMPORTS LTD
11638 WHITE OAK CT
BURR RIDGE IL 60527

Creditor ID: 14348-01
CORDARO SHIPPING CO. INC.
22677 145TH STREET
SPRINGFIELD GARDENS NY 11413

Creditor ID: 7782-01
CORDIALSA USA
9950 CYPRESSWOOD DRIVE STE
HOUSTON TX 77040

Creditor ID: 17711-01
CORDSTRAP USA CORPORATE HQ & MIDWEST
PO BOX 081340
RACINE WI 53408

Creditor ID: 5386-01
CORE FITNESS, LLC, DBA STAIRMASTER
4400 NE 77TH AVENUE, SUITE 300
VANCOUVER WA 98662

Creditor ID: 7181-01
CORE FREIGHT INC.
317 VANDERVOORT AVE.
BROOKLYN NY 11211

Creditor ID: 2466-01
CORE INDUSTRIES DBA STAR TRAC
4400 NE 77TH AVENUE, SUITE 300
VANCOUVER WA 98662

Creditor ID: 13659-01
CORE INDUSTRIES, LLC DBA STAR TRAC
14410 MYFORD RD
IRVINE CA 92606

Creditor ID: 601-01
CORE MEDICAL IMAGING INC
6161 NE 175TH STREET, SUITE 201
KENMORE WA 98028

Creditor ID: 14349-01
CORE RECYCLING CONCEPTS
2415 N KIMBALL AVE
CHICAGO IL 60647-2401

Creditor ID: 10722-01
COREMET TRADING INC
160 BROADWAY SUITE 1107
NEW YORK NY 10038-4201

Creditor ID: 14350-01
CORETEC MINING WORK INC.
247 FRELINGHUYSEN AVE.
NEWARK NJ 07114

Creditor ID: 13660-01
CORIA INC.
785 OLD SWAMP ROAD
SWANSEA SC 29160

Creditor ID: 602-01
CORINTHIAN FURNITURE
2100 W CHAMBERS DRIVE
BOONEVILLE MS 38829

Creditor ID: 4804-01
CORINTHIAN INC
101 TOWNHOUSE DRIVE
BOONEVILLE MS 38829

Creditor ID: 13661-01
CORINTHIAN INC.
41 HENSON ROAD
CORINTH MS 38834

Creditor ID: 7783-01
CORMETECH, INC
5000 INTERNATIONAL DRIVE
DURHAM NC 27712

Creditor ID: 10723-01
CORN PRODUCTS INTL. INC
7800 WEST 71ST STREET
BRIDGEVIEW IL 60455

Creditor ID: 603-01
CORN UPHOLSTERY COMPANY INC
4452 BIBB BOULEVARD
TUCKER GA 30084

Creditor ID: 10239-01
CORNERSTONE APPAREL
5807 SMITHWAY ST.
COMMERCE CA 90040

Creditor ID: 7784-01
CORNERSTONE EQUIPMENT & RIGGING LLC
6413 E COUNTY ROAD 100 S
AVON IN 46123

Creditor ID: 2467-01
CORNERSTONE FOREST PRODUCTS, LLC
14119 SE 83RD STREET
NEWCASTLE WA 98059

Creditor ID: 14351-01
CORNING INCORPORATED CORMETECH, INC.
3300 OLD TASSO ROAD
CLEVELAND TN 37312

Creditor ID: 2468-01
CORNING INCORPORTED
ONE RIVERFRONT PLAZA
CORNING NY 14831

Creditor ID: 17712-01
CORONADO BREWING COMPANY
1205 KNOXVILLE STREET
SAN DIEGO CA 92110

Creditor ID: 17713-01
CORRIGAN INT'L WORLD HEADQUARTES
832 MADISON STREET
BIRMINGHAM MI 48009

Creditor ID: 17714-01
CORRIHER TRACTOR, INC.
555 WILKESBORO BLVD. N.E.
LENOIR NC 28645

Creditor ID: 17715-01
CORRLGANS EXPRESS FREIGHT
8900 BELLANCA AVENUE
LOS ANGELES CA 90045

Creditor ID: 604-01
CORSITECH
2733 E. HIGHWAY 31
CORSICANA TX 75109

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2469-01<br>CORT FURNITURE<br>8155 KEMPWOOD DR.<br>HOUSTON TX 77055 | Creditor ID: 13662-01<br>CORT FURNITURE RENTAL<br>670 CANTON ST<br>NORWOOD MA 02062-2671 | Creditor ID: 13663-01<br>CORTELCO, INC.<br>1703 SAWYER ROAD<br>CORINTH MS 38834 |
| Creditor ID: 5387-01<br>COSCO<br>2525 STATE STREET<br>COLUMBUS IN 47201 | Creditor ID: 12571-01<br>COSENTINO<br>10350 CLAY ROAD<br>HOUSTON TX 77041 | Creditor ID: 10724-01<br>COSENTINO<br>2245 TEXAS DR. SUITE 600<br>SUGAR LAND TX 77479 |
| Creditor ID: 605-01<br>COSMIC INTERNATIONAL, INC.<br>2502 SAGINAW TRAIL<br>MAITLAND FL 32751 | Creditor ID: 7785-01<br>COSMICSTONE & TILE DISTRIBUTORS<br>475 JERSEY AVE.<br>NEW BRUNSWICK NJ 08901 | Creditor ID: 13664-01<br>COSMO SPECIALTY FIBERS INC.<br>PO BOX 539, 1701 FIRST STREET<br>COSMOPOLIS WA 98537 |
| Creditor ID: 606-01<br>COSMO TRADING, INC<br>3518 AUTUMN BEND DR.<br>SUGAR LAND TX 77479 | Creditor ID: 7786-01<br>COSMOPOLITAN FOOD GROUP, INC.<br>901 PENORN AVENUE UNIT #10<br>SECAUCUS NJ 07094 | Creditor ID: 13665-01<br>COSMO'S FOOD<br>200 GALLEGARI RD<br>WESTRAVEN CT 06516 |
| Creditor ID: 18373-01<br>COSMOS FURNITURE<br>2300 U.S. 1 NORTH<br>NORTH BRUNSWICK NJ 08902 | Creditor ID: 2470-01<br>COSMOS G&M<br>3900 STONECROFT BLVD SUITE-B<br>CHANTILLY VA 20151 | Creditor ID: 10725-01<br>COSMOS GRANITE AND MARBLE<br>8005 WINCHESTER DRIVE<br>RALEIGH NC 27261 |
| Creditor ID: 14352-01<br>COSMOS INTERNATIONAL<br>501 INDUSTRIAL DRIVE #101<br>RICHARDSON TX 75081 | Creditor ID: 14353-01<br>COSRICH GROUP INC.<br>51 LA FRANCE AVE<br>BLOOMFIELD NJ 07003-5681 | Creditor ID: 7787-01<br>COST LESS CARPETS<br>1925 FOWLER STREET<br>RICHLAND WA 99352 |
| Creditor ID: 2471-01<br>COST PLUS MANAGEMENT SERVICES, INC.<br>200 4TH STREET<br>OAKLAND CA 94607 | Creditor ID: 14354-01<br>COST PLUS WAREHOUSE<br>4400 SOUTH UNIVERSITY<br>LITTLE ROCK AR 72204 | Creditor ID: 13666-01<br>COST PLUS, INC.<br>COMMERCE PARK 12300 DOMINION WAY<br>WINDSOR VA 23487 |
| Creditor ID: 7788-01<br>COSTAS PROVISION<br>255 SOUTH APTON ST.<br>BOSTON MA 02118 | Creditor ID: 18374-01<br>COSTCO<br>999 LAKE DRIVE<br>ISSAQUAH WA 98027 | Creditor ID: 7789-01<br>COSTCO WHOLESALE<br>999 LAKE DRIVE<br>ISSAQUAH WA 98027 |
| Creditor ID: 7790-01<br>COSTELLO WINES LLC<br>350 5TH AVE. SUITE 7218<br>NEW YORK NY 10118 | Creditor ID: 13667-01<br>COTE FRANCE NYC<br>2 LEXINGTON AV-<br>12TH ETAGE SHOW ROOM 1201<br>NEY YORK NY 10016 | Creditor ID: 607-01<br>COTECHNO GROUP, INC.<br>1942 IH 35 SOUTH, UNIT 101<br>SAN MARCOS TX 78666 |
| Creditor ID: 2391-01<br>COTSWOLD INDUSTRIES INC<br>10 E. 40TH STREET, SUITE 3410<br>NEW YORK NY 10016 | Creditor ID: 14355-01<br>COTTAGE CORPORATION<br>3131 SNELLING AVE<br>MINNEAPOLIS MN 55406 | Creditor ID: 7791-01<br>COTTAGE HILL NURSERY INC.<br>9960 PADGETT SWITCH ROAD<br>IRVINGTON AL 36544 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7792-01<br>COTTON VALLEY LLC<br>96 DISTRIBUTION BLVD,<br>HELLER INDUSTRIAL PARK<br>EDISON NJ 08817 | Creditor ID: 608-01<br>COTTONWOOD TRADING, LLC<br>32 W. 200 S.<br>SALT LAKE CITY UT 84101 | Creditor ID: 13668-01<br>COTY US LLC<br>1400 BROADWAY ROAD<br>SANFORD NC 27332 |
| Creditor ID: 13669-01<br>COUGAR WAREHOUSE<br>50 OSER AVENUE<br>HAUPPAUGE NY 11788 | Creditor ID: 17654-01<br>COUGER EXPRESS LTD<br>161 STARLITE ST.,#B<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 14356-01<br>COUNTDOWN PRINTABLES<br>21110 VANOWEN STREET,<br>CANOGA PARK CA 91303 |
| Creditor ID: 609-01<br>COUNTER REVOLUTION<br>95 8TH STREET<br>PASSAIC NJ 07055 | Creditor ID: 10726-01<br>COUNTRY CHARM EGGS<br>2080 INDUSTRIAL DRIVE<br>GAINESVILLE GA 30504 | Creditor ID: 2472-01<br>COUNTRY FLOORS<br>15 E. 16TH ST.<br>NEW YORK NY 10003 |
| Creditor ID: 2473-01<br>COUNTRY FRESH KUTS<br>701 JETSTREAM DR.<br>ORLANDO FL 32824 | Creditor ID: 14357-01<br>COUNTRY VINTNER INC<br>1655 BROAD ST, P.O. BOX 217<br>OILVILLE VA 23129-0217 | Creditor ID: 17716-01<br>COUNTRY WOOD FLOORING<br>17521 RAILROAD ST # G<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 7793-01<br>COUNTRYWIDE TIRE AND RUBBER INC.<br>17200 MEDINA ROAD, SUITE 100<br>PLYMOUTH MN 55447 | Creditor ID: 18375-01<br>COURAGE CLOTHING CO.<br>1250 LOS ANGELES ST. #206<br>LOS ANGELES CA 90015 | Creditor ID: 14358-01<br>COURTRIGHT ENTERPRISES, INC.<br>1426 E. HUNTER PLACE, SUIETE B<br>MOSES LAKE WA 99837 |
| Creditor ID: 17819-01<br>COUTINHO & FERROSTAAL INC.<br>16510 NORTHCHASE DRIVE<br>HOUSTON TX 77060 | Creditor ID: 610-01<br>COVERED BRIDGE TRADING, INC.<br>27044 W. COVENTRY CT.<br>LAKE BARRINGTON IL 60010 | Creditor ID: 14359-01<br>COVERINGS 2014 SPANISH PAVILLION<br>LAS VEGAS CONVENTION CENTER<br>3150 PARADISE RD.<br>LAS VEGAS NV 89109 |
| Creditor ID: 5388-01<br>COVERINGS 2015 SPANISH PAVILLION<br>ORANGE COUNTY CONVENTION CENTER<br>9800 INTERNATIONAL DRIVE<br>ORLANDO FL 32819 | Creditor ID: 17820-01<br>COVERINGS ETC<br>7610 NE 4TH CT<br>MIAMI FL 33138 | Creditor ID: 17821-01<br>COVESTRO LLC<br>100 BAYER ROAD<br>PITTSBURGH PA 15205 |
| Creditor ID: 14360-01<br>COVIC USA INC<br>223 S. SENTOUS AVENUE<br>W. COVINA CA 91792 | Creditor ID: 7794-01<br>COWLITZ TRACTOR INC<br>215 MOON RIDGE ROAD<br>WOODLAND WA 98674 | Creditor ID: 13670-01<br>COZY FURNITURE SOLUTIONS<br>333 AVE. X<br>BROOKLYN NY 11223 |
| Creditor ID: 14361-01<br>COZY GLAMOUR<br>11730 S SAM HOUSTON PKWY HOUSTON W<br>HOUSTON TX 77031 | Creditor ID: 12572-01<br>COZZINI, LLC<br>4300 W BRYN MAWR AVE<br>CHICAGO IL 60646 | Creditor ID: 5389-01<br>CP INDUSTRIES HOLDINGS INC.<br>2214 WALNUT STREET<br>MCKEESPORT PA 15132 |
| Creditor ID: 7795-01<br>CP INTERNATIONAL INC.<br>10681 HADDINGTON DRIVE, SUITE 130<br>HOUSTON TX 77043 | Creditor ID: 7796-01<br>CP KELCO<br>1000 PARKWOOD CIRCLE, SUITE 1000<br>ATLANTA GA 30339 | Creditor ID: 16992-01<br>CP KELCO US, INC.<br>1343 CESAR E, CHAVEZ PARKWAY<br>SAN DIEGO CA 92113 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 19030-97
CP&O, LLC
501 CLAREMONT AVE
NORFOLK VA 23507

Creditor ID: 13671-01
CPI TRADING
122 E. ADAMS AVE
ALHAMBRA CA 91801

Creditor ID: 14362-01
CPIC NORTH AMERICA, INC.
19138 E WALMUT DR N STE 201
ROWLAND HEIGHTS CA 91478

Creditor ID: 13672-01
CPM INDUSTRIES
210 WILSON BUILDING
3511 SILVERSIDE ROAD
WILMINGTON DE 19810

Creditor ID: 7797-01
CPM ROSKAMP CHAMPION
2975 AIRLINE CIRCLE
WATERLOO IA 50703

Creditor ID: 14363-01
CPPC MARKETING INC
7500 EMPIRE DRIVE, SUITE B/C
FLORENCE KY 41042

Creditor ID: 13673-01
CRACOVIA BRANDS
5632 N NORTHWEST HIGHWAY
CHICAGO IL 60646

Creditor ID: 5390-01
CRACOVIA INC.
2365 E. LINDEN AVE.
LINDEN NJ 07036

Creditor ID: 14364-01
CRAFTMADE INTERNATIONAL INC.
650 S. ROYAL LN.
COPPELL TX 75019

Creditor ID: 7798-01
CRAFTMADE INTERNATIONAL, INC.
650 S. ROYAL LANE STE. 100
COPPELL TX 75019

Creditor ID: 14365-01
CRAFTMASTER FURNITURE, INC
221 CRAFTMASTER ROAD
HIDDENITE NC 28636

Creditor ID: 10727-01
CRAFTON COMPANY
2110 MCDANIEL DRIVE
CARROLLTON TX 75006

Creditor ID: 2474-01
CRAFTON EQUIPMENT CO
HIGHWAY C TRAIL NINE ROAD
VAN BUREN MO 43965

Creditor ID: 5391-01
CRAFTS, ETC., LTD.
7707 SW 44TH STREET
OKLAHOMA CITY OK 73179

Creditor ID: 13910-01
CRAIG BACHMAN IMPORTS, INC.
281 ONTARIO STREET
FRANKFORT IL 60423

Creditor ID: 17822-01
CRAIN WALNUT SHELLING
10695 DECKER AVE
LOS MOLINOS CA 96055

Creditor ID: 16993-01
CRANE MERCHANDISING SYSTEMS
3330 DIXIE NARCO BLVD
WILLISTON SC 29853

Creditor ID: 10728-01
CRANE NUCLEAR, INC.
860 REMINGTON BLVD
BOLINGBROOK IL 60440

Creditor ID: 611-01
CRATE AND BARREL
1860 W JEFFERSON AVE
NAPERVILLE IL 60540-3918

Creditor ID: 7799-01
CRATOS CAPITAL MANAGEMENT, LLC
3440 PRESTON RIDGE ROAD, SUITE 400
ALPHARETTA GA 30005

Creditor ID: 5392-01
CRAWLER PARTS LLC
511 HERRIMAN COURT
NOBLESVILLE IN 46060

Creditor ID: 14366-01
CRAY VALLEY USA, LLC
468 THOMAS JONES WAY, SUITE 100
EXTON PA 19341

Creditor ID: 612-01
CRAYOLA, LLC
1100 CHURCH LANE
EASTON PA 18042

Creditor ID: 2475-01
CREAM WINE COMPANY
118 N. PEORIA STREET 3RD FLOOR
CHICAGO IL 60607

Creditor ID: 7800-01
CREATEER INTERNATIONAL INC
70 EAST SUNRISE HIGHWAY SUITE 607
VALLEY STREAM NY 11581

Creditor ID: 2476-01
CREATIVE CO-OP INC.
6000 FREEPORT AVE., SUITE 101
MEMPHIS TN 38141

Creditor ID: 17823-01
CREATIVE DESIGN STUDIOS
424 5TH AVENUE
NEW YORK NY 10001

Creditor ID: 5393-01
CREATIVE DESIGNS INTERNATIONAL
207-208 EAST PENNSYLVANIA BLVD
FEASTERVILLE TREVOSE PA 19053

Creditor ID: 5394-01
CREATIVE DOOR & WOODWORK, LLC
23 ROBERT PITT DRIVE
MONSEY  NY NY 10952

Creditor ID: 2477-01
CREATIVE HARDWOOD COMPANY
PO BOX 292370
SACREMENTO CA 95829

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 14367-01
CREATIVE IMAGE S INTERNATIONAL, INC.
1444 FACTOR AVENUE
SAN LEANDRO CA 94577

Creditor ID: 12573-01
CREATIVE INTERIORS
401 EAST MAIN STREET
DIVISION OF THOMASVILLE
FURNITURE INDUSTRIES
THOMASVILLE NC 27361

Creditor ID: 5395-01
CREATIVE INVESTMENT LLC
6737 CEDAR SPRINGS RD
CENTREVILLE VA 20121

Creditor ID: 7801-01
CREATIVE LABS, INC.
5555 AUTO MALL PARKWAY
FREMONT CA 94538

Creditor ID: 13911-01
CREATIVE LIGHTS, INC.
5070 LINDSAY COURT
CHINO CA 91710

Creditor ID: 2478-01
CREATIVE MATERIALS CORP
427 NEW KARNER ROAD STE 5
ALBANY NY 12205

Creditor ID: 13912-01
CREATIVE PIPE INC.
76-307 VIA MONTELENA
INDIAN WELLS CA 92210

Creditor ID: 613-01
CREATIVE SOURCING INC.
22357 DUNMORE DR
CALABASAS CA 91302

Creditor ID: 14370-01
CREATIVE STONE WORKS
85 BROADWAY
PARK RIDGE NJ 07656

Creditor ID: 14369-01
CREATIVE STONE WORKS
4104 RAEFORD ROAD
FAYETTEVILLE NC 28304

Creditor ID: 614-01
CREATIVE TEXTILE
50 W 34TH ST STE 25B3
NEW YORK NY 11373

Creditor ID: 615-01
CREATIVE TILE IMPORTS
862 N. FENWICK ST.
ALLENTOWN PA 18109

Creditor ID: 10729-01
CREEKSTONE FARMS PREMIUM BEEF, LLC
604 GOFF INDUSTRIAL PARK RD.
ARKANSAS CITY KS 67005

Creditor ID: 17824-01
CREO MANUFACTURING AMERICA LLC
1 GRACE STREET
KEARNEYSVILLE WV 25430

Creditor ID: 10730-01
CRESSET POWERS, LTD.
8720 ROCHESTER AVE.
RANCHO CUCAMONGA CA 91730

Creditor ID: 4805-01
CRESSI-SUB USA INC.
1 CHARLES STREET
WESTWOOD NJ 07675

Creditor ID: 13913-01
CREST HOME DESIGN LTD
1407 BROADWAY
NEW YORK NY 10018

Creditor ID: 5396-01
CREST MANUFACTURING INC
18255 N.E. 4TH COURT
NORTH MIAMI BEACH FL 33162

Creditor ID: 13914-01
CRESTING WAVE SEAFOODS INC
1420 MAPLE AVENUE SW
RENTON WA 98055

Creditor ID: 2479-01
CRESTLINER - DIVISON OF BRUNSWICK CORPORATION
1301 CRESTVIEW DRIVE
LITTLE FALLS MN 56345

Creditor ID: 7802-01
CRESTONE GROUP, LLC.
5927 FARNSWORTH COURT,
CARLSBAD CA 92008

Creditor ID: 2480-01
CRESTWARE
520 NORTH REDWOOD ROAD,
PO BOX 540210
NORTH SALT LAKE UT 84054

Creditor ID: 12574-01
CRI-CRITERION INC.
16825 NORTHCHASE DRIVE STE. 1000
HOUSTON TX 77060

Creditor ID: 10731-01
CRIDER POULTRY INC
1 PLANT AVENUE
STILLMORE GA 30464

Creditor ID: 616-01
CRIMZON ROSE INC.
350 5TH. AVENUE - 9TH. FLOOR
NEW YORK NY 10018

Creditor ID: 617-01
CRISMONA QUALITY FOODS INC
6110 JACKSON STREET
(INSIDE DRIVEWAY)
WEST NEW YORK NJ 07093

Creditor ID: 5397-01
CRIST BROS ORCHARDS INC.
65 CRIS LANE
WALDEN NY 12586

Creditor ID: 17825-01
CROCKER AND WINSOR SEAFOODS , INC.
100 WIDETT CIRCLE
BOSTON MA 02118

Creditor ID: 2481-01
CRODA INC
315 CHERRY LANE
NEW CASTLE DE 19720

Creditor ID: 10732-01
CRODA INC.
300 A  COLOMBUS CIRCLE
EDISON NJ 08837

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13915-01<br>CRODA INCORPORATED LTD<br>8 CRODAY WAY<br>MILL HALL PA 17751 | Creditor ID: 13916-01<br>CROFUTT & SMITH STORAGE<br>1 LENIE RD<br>LANDING NJ 07850 | Creditor ID: 10733-01<br>CROMPTON CORPORATION<br>BENSON ROAD<br>MIDDLEBURY CT 06749 |
| Creditor ID: 10734-01<br>CROMWELL LEATHER CORP<br>147 PALMER AVE.<br>MAMARONECK NY 10543 | Creditor ID: 14371-01<br>CRONIMET CORPORATION<br>421 RAILROAD STREET<br>ROCHESTER PA 15074 | Creditor ID: 14372-01<br>CROPMARK DIRECT LLC<br>1408 TEXAS AVENUE<br>LUBBOCK TX 79401 |
| Creditor ID: 5398-01<br>CROPPER INC<br>2105 GREEN WICK RD.<br>EL CAJON CA 92019 | Creditor ID: 10240-01<br>CROPPER LAND INC<br>10744 PROSPECT AVE., SUITE C<br>SANTEE CA 92071 | Creditor ID: 14373-01<br>CROSAC TRADING CO.<br>16336 BALASSI ROAD<br>HACIENDA HEIGHTS CA 91745 |
| Creditor ID: 618-01<br>CROSCILL, INC.<br>100 CROSCILL DRIVE<br>HENDERSON NC 27537 | Creditor ID: 10836-01<br>CROSCILL, INC.<br>261 5TH AVE<br>NEW YORK NY 10016-7701 | Creditor ID: 619-01<br>CROSCILL, INC.<br>2102 FAY STREET<br>DURHAM NC 27704 |
| Creditor ID: 5399-01<br>CROSLEY CORPORATION<br>111 CLOVERLEAF DRIVE, SUITE 200<br>WINSTON SALEM NC 27103 | Creditor ID: 620-01<br>CROSS CREEK SALES<br>3606 COMMONS BLVD - SUITE "A"<br>AUGUSTA GA 30909 | Creditor ID: 2482-01<br>CROSSROADS IMPORT LLC<br>9288 SE HWY 69<br>CAMERON MO 64429 |
| Creditor ID: 17826-01<br>CROSSROADS INDUSTRIAL SERVICES<br>8302 E. 33RD STREET<br>INDIANAPOLIS IN 46226 | Creditor ID: 2483-01<br>CROSSVILLE CERAMICS COMPANY<br>346 SWEEN DRIVE,<br>CUMBERLAND INDUSTRIAL PARK<br>CROSSVILLE TN 38555 | Creditor ID: 13917-01<br>CROSSWIND INTERNATIONAL INC<br>CENTURY BLVD STE 760<br>LOS ANGELES CA 90045 |
| Creditor ID: 17827-01<br>CROUSE-HINDS<br>WOLF & 7TH NORTH ST<br>P.O. BOX 499<br>SYRACUSE NY 13221-4999 | Creditor ID: 10241-01<br>CROWLEY MICROGRAFICS<br>5111 PEGASUS CT<br>FREDERICK MD 21704-8318 | Creditor ID: 14374-01<br>CROWN BATTERY MFG<br>1445 MAJESTIC DRIVE<br>FREMONT OH 43410 |
| Creditor ID: 10837-01<br>CROWN BOLT INC<br>26940 ALISO VIEJO PKWY<br>ALISO VIEJO CA 92656-2662 | Creditor ID: 7803-01<br>CROWN CASTING INC.<br>108 GREENWOOD AVE.<br>MIDLAND PARK NJ 07432 | Creditor ID: 5400-01<br>CROWN CONTAINER<br>601 CAROB ST.<br>COMPTON CA 90220 |
| Creditor ID: 7804-01<br>CROWN CONTAINER, INC.<br>10051 DALLAS ST.<br>HENDERSON CO 80640 | Creditor ID: 5401-01<br>CROWN CORK & SEAL USA INC<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154 | Creditor ID: 14375-01<br>CROWN HARDWOOD CO., INC.<br>1270 BALTIMORE PIKE<br>WEST GROVE PA 19390 |
| Creditor ID: 12575-01<br>CROWN IMPORTS LLC<br>1 SOUTH DEARBORN STREET, SUITE 1700<br>CHICAGO IL 60603 | Creditor ID: 7805-01<br>CROWN MARK IMPORTS<br>10881 S. SAM HOUSTON PARKWAY W.<br>HOUSTON TX 77031 | Creditor ID: 14376-01<br>CROWN MARK IMPORTS<br>14650 MEYER CANYON DR<br>FONTANA CA 92336 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

Creditor ID: 10838-01
CROWN MARK INC.
1330 W. HOLT AVE
POMONA CA 91768

Creditor ID: 2484-01
CROWN MARK INC.
10881 S. SAM HOUSTON PARKWAY W.
HOUSTON TX 77031

Creditor ID: 13918-01
CROWN METAL CLOSURES
3011 BIRCH DRIVE
WEIRTON WV 26062

Creditor ID: 5402-01
CROWN NAME LIMITED (AVON, OH)
3305 BEECH LANE
AVON OH 44011

Creditor ID: 2485-01
CROWN OPERATIONS INTERNATIONAL LTD
347 BUSINESS PARK DRIVE
SUN PRAIRIE WI 53590

Creditor ID: 13919-01
CROWN PACIFIC
3920 PEMBROKE RD
HOLLYWOOD FL 33021

Creditor ID: 2486-01
CROWN PACIFIC
2721 TEAGARDEN
SAN LEANDRO CA 94577

Creditor ID: 17829-01
CROWN PACIFIC
5252 ARGOSKY DRIVE
HUNTINGTON BEACH CA 92649

Creditor ID: 14377-01
CROWN PACIFIC FINE FOODS
8809 SOUTH 190TH
KENT WA 98031

Creditor ID: 5403-01
CROWN PRODUCTS INC.
P.O.BOX 6558
METAIRE LA 70009

Creditor ID: 17830-01
CROWN RELOCATION
3869 EAST SUNSET ROAD
HENDERSON COMMERCE CNTR IV
BLDG G.7390
LAS VEGAS NV 89120

Creditor ID: 13920-01
CROWN RELOCATION - MR. THOMAS
3920 PEMBROKE ROAD
HOLLYWOOD FL 33021

Creditor ID: 621-01
CROWN RELOCATIONS
5252 ARGOSY DRIVE
HUNTINGTON BEACH CA 92649

Creditor ID: 17831-01
CROWN RELOCATIONS
1825 OAK AVE
MENLO PARK CA 94025

Creditor ID: 17832-01
CROWN RELOCATIONS
1880 W FULLERTON
CHICAGO IL 60614-2098

Creditor ID: 10839-01
CROWN RELOCATIONS
TWO TRANS AM PLAZA DRIVE, SUITE 410
OAKBROOK IL 60181

Creditor ID: 5404-01
CROWN RELOCATIONS
10421 SANDEN DRIVE
DALLAS TX 75238

Creditor ID: 4806-01
CROWN RELOCATIONS
22630 DULLES SUMMIT CT STE 190
STERLING VA 20766

Creditor ID: 622-01
CROWN RELOCATIONS (NY/NJ OFFICE)
200 MAC LANE
KEASBEY NJ 08832

Creditor ID: 10840-01
CROWN RELOCATIONS (PARK RIDGE, IL)
1480 RENAISSANCE DR
PARK RIDGE IL 60068

Creditor ID: 5405-01
CROWN STAPLE & SUPPLY CO LLC
96 N HARRISON AVENUE
CONGERS NY 10920

Creditor ID: 14378-01
CROWN VENEER
1270 BALTIMORE PIKE
WEST GROVE PA 19390

Creditor ID: 14379-01
CRS AUTOMOTIVE COOLING PRODUCTS, INC.
1985 TICONDEROGA BLVD.
CHESTER SPRINGS PA 19425

Creditor ID: 623-01
CRU SELECTIONS
14200 NE 193RD PLACE
WOODINVILLE WA 98072

Creditor ID: 12576-01
CRUISE LOGISTICS LLC
D/B/A FREIGHTCO LOGISTICS
835 SOUTH 192ND STREET, SUITE 100
SEATTLE WA 98148

Creditor ID: 7806-01
CRYOVAC, INC
100 ROGERS BRIDGE ROAD
DUNCAN SC 29334

Creditor ID: 14213-01
CRYSTAL ART GALLERY
4950 SOUTH SANTA FE AVE.
VERNON CA 90058

Creditor ID: 13921-01
CRYSTAL BEDDING INC
6418 E. WASHINGTON BLVD.
COMMERCE CA 90040

Creditor ID: 624-01
CRYSTAL CLEAR INDUSTRIES
2 BERGEN TURNPIKE
RIDGEFIELD PARK NJ 07660

Creditor ID: 17833-01
CRYSTAL COVE SEAFOOD CORPORATION.
109 SOUTH TYSON AVE
NEW YORK NY 10000

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 13922-01
CRYSTAL CREATIONS 200O INC.
220 BROWERTON ROAD
WEST PATERSON NJ 07424

Creditor ID: 17834-01
CRYSTAL FOOD IMPORT CORP
245 SUMMER ST
BOSTON MA 02128

Creditor ID: 10841-01
CRYSTAL GEYSER ROXANE
1400 MARY'S DRIVE
WEED CA 96094

Creditor ID: 10842-01
CRYSTAL GEYSER WATER COMPANY
55 FRANCISCO ST. SUITE 410
SAN FRANCISCO CA 94133

Creditor ID: 2392-01
CRYSTAL HOUSE INTERNATIONAL LLC
1385 BROADWAY
NEW YORK NY 10018

Creditor ID: 2487-01
CRYSTAL INTERNATIONAL CORP
500 NORDHOFF PLACE
ENGLEWOOD NJ 07631

Creditor ID: 17836-01
CRYSTAL INTERNATIONAL CORP.
P.O.BOX 19166
NEW ORLEANS LA 70179

Creditor ID: 2488-01
CRYSTAL LAKE MANUFACTURING INC.
POST OFFICE BOX 159
AUTAUGAVILLE AL 36003

Creditor ID: 17837-01
CRYSTAL PROMOTION INC
1820 S GRAND AVE
LOS ANGELES CA 90015

Creditor ID: 7807-01
CRYSTAL WAREHOUSE CORP.
C/O DSM NEORESINS
25 INDUSTRIAL WAY
WILMINGTON MA 01887

Creditor ID: 17838-01
CRYSTALS INTERNATIONAL INC.
600 WEST ML KING JR. BLVD
PLANT CITY FL 33556

Creditor ID: 625-01
CSAV/ATG
99 WOOD AVENUE 9TH FLOOR
ISELIN NJ 08830

Creditor ID: 626-01
CSDL INC
DBA CITY SPRINT DELIVERY
& LOGISTICS
8812 NE ALDERWOOD ROAD
PORTLAND OR 97220

Creditor ID: 9364-01
CSG CHEMICAL INC
22626 NE INGLEWOOD HILL ROAD #538
SAMMAMISH WA 98074

Creditor ID: 10843-01
CSG IMPORT LLC
1980 SWARTHMORW AVE #3
LAKEWOOD NJ 08701

Creditor ID: 17839-01
CSI CARGO SYSTEM AIR & SEA
ROOM 106 150-40 183RD STREET
JAMAICA NY 11413

Creditor ID: 13923-01
CSI COMPLEX SYSTEMS INC
33 MAIDEN LANE, 9TH FLOOR
NEW YORK NY 10038

Creditor ID: 5406-01
CSIPLASTICS, INC
697 MAIN ST.
HOLDEN MA 01520

Creditor ID: 627-01
CT FREIGHT USA INC
20202 HIGHWAY 59 NORTH,STE 345
HUMBLE TX 77338

Creditor ID: 10844-01
CT INTERNATIONAL
4340 OLD SANTA FE RD
SAN LUIS OBISPO CA 93401-8160

Creditor ID: 5407-01
CTC EXPORT,INC
P.O. BOX 57
VNDALIA IL 62471

Creditor ID: 628-01
CTC FOOD INTERNATIONAL INC.
131 WEST HARRIS AVE.
SOUTH SAN FRANCISCO CA 94080

Creditor ID: 629-01
CTC FURNITURE DISTRIBUTORS
BOX 726
RAMSEUR NC 27316

Creditor ID: 2489-01
CTC INTERNATIONAL
3629 DUWAMISH AVE SOUTH
SEATTLE WA 98134

Creditor ID: 5408-01
CTH SHERRILL OCCASIONAL
9 LENOIR-RHYNE BLVD SE
HICKORY NC 28602

Creditor ID: 5409-01
CTI PAPER USA INC.
1545 CORPORATE CENTER DRIVE #400
SUN PRAIRIE WI 53950

Creditor ID: 13924-01
CTS ADVANTAGE
2071 RINGWOOD AVE., #D
SAN JOSE CA 95131

Creditor ID: 5410-01
CTX INTERNATIONAL
481-1 EDWARD H. ROSS DRIVE
ELMWOOD PARK NJ 07407

Creditor ID: 10845-01
CTX TECHNOLOGY CORPORATION
16728 E. GALE AVE.
CITY OF INDUSTRY CA 91745

Creditor ID: 10846-01
CTX/US PACIFIC TRANSPORT INC.
182-16 149 THE ROAD
2ND FLOOR UNIT D
JAMAICA NY 11413

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 630-01
CUBIC SIMULATION SYSTEMS, INC
44190 MERCURE CIRCLE SUITE 195
DULLES VA 20166

Creditor ID: 4807-01
CUBICS INTERNATIONAL INC.
10505 VALLEY BL #650
EL MONTE CA 91731

Creditor ID: 7808-01
CUDLIE ACCESSORIES LLC
1 EAST 33RD STREET
NEW YORK NY 10016

Creditor ID: 5412-01
CUE AND CASE SALES, INC
190 CUMBERLAND PARK DRIVE
ST AUGUSTINE FL 32095

Creditor ID: 13925-01
CUE STOCK INC.
6305 E. BETHANY-LEROY RD.
STAFFORD NY 14143

Creditor ID: 10847-01
CULTECH INC
45 MAYFIELD AVENUE
EDISON NJ 08837

Creditor ID: 13926-01
CUMBERLAND FLOWERS
1695 MAYS LANDING RD
MILLVILLE NJ 08332

Creditor ID: 7809-01
CUMMINGS & BRICKER INC
100-120 LEHIGH A. BOX 928
BATAVIA NY 14020

Creditor ID: 13927-01
CUMMINGS LUMBER COMPANY, INC.
ROUTE 14 NORTH
TROY PA 16947

Creditor ID: 631-01
CUMMINS POWER GENERATION AMERICAS
1400 73RD AVE. NE
MINNEAPOLIS MN 55432

Creditor ID: 2393-01
CUMMINS POWER GENERATORS
4720 BAKER STREET
LAKEWOOD NY 14750

Creditor ID: 7810-01
CUMMINS, INC.
500 JACKSON STREET MC
COLUMBUS IN 47201

Creditor ID: 5413-01
CUNDAI AMERICA CORP
20274 CARREY ROAD
WALNUT CA 91789

Creditor ID: 632-01
CURATE HOME COLLECTION DC
3200 GOLF COURSE DRIVE
VENTURA CA 93003

Creditor ID: 7811-01
CURRENT, INC.
30 TYLER STREET EXT
EAST HAVEN CT 06512-3025

Creditor ID: 17840-01
CURTIS DYNA-FOG, LTD
17335 US HWY 31 N
WESTFIELD IN 46074

Creditor ID: 633-01
CURTIS YOUNG CORP
2704 CINDEL DRIVE
CINNAMINSON NJ 08077

Creditor ID: 5414-01
CUSTOM ACCESSORIES, INC.
5900 AMI DRIVE
RICHMOND IL 60071

Creditor ID: 7182-01
CUSTOM ALLOY TRADING & SUPPLY, INC.
50 OAK VIEW TERRACE
DANVILLE CA 94526

Creditor ID: 17841-01
CUSTOM ALLOYS INC.
6871 BELFORD INDUSTRIAL DRIVE
BELVIDERE IL 61008

Creditor ID: 10848-01
CUSTOM BUILDING PRODUCTS
3115 E. LONE MOUNTAIN RD
GOLDEN TRIANGLE INDUSTRIAL PARK
LAS VEGAS NV 89081

Creditor ID: 7812-01
CUSTOM FREIGHT SALES, INC.
PO BOX 1296
DAYTON OH 45401

Creditor ID: 13928-01
CUSTOM GOODS LLC
1035 WATSON CENTER ROAD
CARSON CA 90745

Creditor ID: 5415-01
CUSTOM MATERIALS, INC.
16865 PARK CIRCLE DRIVE
CHAGRIN FALLS OH 44023

Creditor ID: 17842-01
CUSTOM POLYMERS, INC.
700 TUCKASEEGEE ROAD
CHARLOTTE NC 28208

Creditor ID: 13929-01
CUSTOM SOLUTIONS INC.
1736 S. CLEAR CREEK PLACE
DANVILLE CA 94526

Creditor ID: 14214-01
CUSTOM TILES INTERIORS
4607 16TH AVE
BROOKLYN NY 11204

Creditor ID: 634-01
CUSTOM TRUCK AND EQUIPMENT
7701 INDEPENDENCE AVENUE
KANSAS CITY MO 64125

Creditor ID: 18376-01
CUTLASS LOGISTICS,LTD.
1064 GARDNER ROAD,SUITE 312
CHARLESTON SC 29407

Creditor ID: 17843-01
CUTRALE CITRUS JUICES USA INC
602 MCKEAN ST
AUBURNDALE FL 33823

### EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2491-01<br>CUTTING EDGE SELECTIONS<br>5801 MARIEMONT AVENUE, SUITE 200<br>MARIEMONT OH 45227 | Creditor ID: 2492-01<br>CUZZINS TOBACCO SAYEGH LLC<br>3850 E SUNSET RD #D<br>LAS VEGAS NV 89014 | Creditor ID: 17844-01<br>CVB INC<br>1189 WEST 1700 NORTH BUILDING B<br>LOGAN UT 84321 |
| Creditor ID: 635-01<br>CVC SPECIALTY CHEMICAL LLC<br>2980 RT. 73 NORTH<br>MAPLE SHADE NJ 08052 | Creditor ID: 10242-01<br>CVC THERMOSET  SPECIALTIES<br>2020 FRONT STREET<br>CUYAHOGA FALLS OH 44221 | Creditor ID: 5416-01<br>CVC THERMOSET SPECIALTIES<br>2980 ROUTE 73,<br>NORTH MAPLE SHADE NJ 08052 |
| Creditor ID: 5417-01<br>CVS DISTRIBUTION INC<br>ONE CVS DRIVE<br>WOONSOCKET RI 02895 | Creditor ID: 14215-01<br>CVS PHARMACY INC.<br>ONE CVS DRIVE<br>WOONSOCKET RI 02895 | Creditor ID: 2493-01<br>CW BEARING (USA) INC.<br>3002 DOW AVE. SUITE 510<br>TUSTIN CA 92780 |
| Creditor ID: 5418-01<br>CW INTERNATIONAL SALES LLC<br>601 PROSPECT ST<br>LAKEWOOD NJ 08701 | Creditor ID: 13931-01<br>CW LOGISTICS CORP.<br>700 ROCKAWAY TURNPIKE<br>LAWRENCE NY 11559 | Creditor ID: 2494-01<br>CWC LOS ANGELES<br>10818 S. BLOOMFIELD AVE.<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 10849-01<br>CWD, LLC<br>21046 S. FIGUEROA ST. UNIT B<br>CARSON CA 90745 | Creditor ID: 14216-01<br>CWG CUSTOMS BROKER<br>1645 SUMMER LANE<br>ROANOKE TX 76262 | Creditor ID: 17846-01<br>C-WOOD LUMBER CO INC<br>624 W. INDIAN CREEK RD.<br>COLLINWOOD TN 38450 |
| Creditor ID: 10850-01<br>CYBER ACOUSTICS LLC<br>3109 NE 109TH AVENUE<br>VANCOUVER WA 98682 | Creditor ID: 18377-01<br>CYBEX INTERNATIONAL<br>10 TROTTER DRIVE MEDWAY, MA 02053<br>MEDWAY MA 02053 | Creditor ID: 5419-01<br>CYCLE GEAR<br>4705 INDUSTRIAL WAY<br>BENICIA CA 94510 |
| Creditor ID: 10851-01<br>CYCLE LINK (USA) INC.<br>1330 VALLEY VISTA DRIVE<br>DIAMOND BAR CA 91765 | Creditor ID: 7813-01<br>CYCLE RAINBOW INTERNATIONAL TRADE, INC.<br>430 S. GARFIELD AVE., STE. 325<br>ALHAMBRA CA 91801 | Creditor ID: 13932-01<br>CYCLING SPORTS GROUP INC.<br>172 FRIENDSHIP VILLAGE ROAD<br>BEDFORD PA 15522 |
| Creditor ID: 2495-01<br>CYCLING SPORTS GROUP INC.<br>1 CANNONDALE WAY, WILTON, CT 06897<br>WILTON CT 06897 | Creditor ID: 5420-01<br>CYCLING SPORTS GROUP INC.<br>16 TROWBRIDGE DRIVE<br>BETHEL CT 06801 | Creditor ID: 17847-01<br>CYCLO INDEX<br>1129 WEST FAIRVIEW<br>CARTHAGE MO 64836 |
| Creditor ID: 636-01<br>CYDE INTERNATIONAL CORP<br>18504 8TH AVE N.E.<br>SHORLINE WA 98037 | Creditor ID: 637-01<br>CYGNUS CORPORATION<br>340 EAST 138TH ST<br>CHICAGO IL 60827 | Creditor ID: 10852-01<br>CYMETAL, INC<br>9110 PREMIER ROW<br>DALLAS TX 75247 |
| Creditor ID: 17848-01<br>CYNARA WORLDWIDE SOURCING  INC.<br>401 WEST FALLBROOK AVE., SUITE 105<br>FRESNO CA 93711 | Creditor ID: 2496-01<br>CYPRESS HILL POLYMERS, INC.<br>25-16 FRANCIS LEWIS BLVD<br>FLUSHING NY 11358 | Creditor ID: 10853-01<br>CYPRESS INTERNATIONAL TRADING INC.<br>21660 COPLEY DRIVE, SUITE 390<br>DIAMOND BAR CA 91765 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17849-01<br>CYPRESS MEDICAL PRODUCTS<br>1202 S. ROUTE 31<br>MCHNERY IL 60050 | Creditor ID: 10854-01<br>CYRO INDUSTRIES<br>1796 MAIN STREET<br>SANFORD ME 04073-0591 | Creditor ID: 638-01<br>CYRUS HOSIERY INC<br>811 & 821 WEST ROSE CRANS AVE,<br>COMPTON CA 90222 |
| Creditor ID: 5421-01<br>CYTEC ENGINEERED MATERIALS<br>2085 E TECHNOLOGY CIRCLE<br>TEMPE AZ 85284 | Creditor ID: 639-01<br>CYTEC ENGINEERED MATERIALS INC.<br>1300 REVOLUTION STREET<br>HAVRE DE GRACE MD 21078 | Creditor ID: 14217-01<br>CYTEC INDUSTRIES<br>5 GARRET MOUNTAIN PLAZA<br>WOODLAND PARK NJ 07424 |
| Creditor ID: 14218-01<br>CYTEC INDUSTRIES INC.<br>1 HEILMAN AVE.<br>WILLOW ISLAND WV 26134 | Creditor ID: 7814-01<br>CYTEC INDUSTRIES INC.<br>1405 BUFFALO STREET<br>OLEAN NY 14760 | Creditor ID: 13933-01<br>CYTOZYME LABORATORIES<br>134 SOUTH 700 WEST SALT LAKE CITY<br>SALT LAKE CITY UT 84104 |
| Creditor ID: 17850-01<br>D & C BROTHERS.<br>2129 DREW STREET<br>CLEARWATER FL 33765 | Creditor ID: 2497-01<br>D & F WICKER IMPORTS<br>1050 ROUTE 46, P.O. BOX 430<br>LEDGEWOOD NJ 07852 | Creditor ID: 14219-01<br>D & F WICKER IMPORTS<br>295 ROUTE 10<br>SUCCASUNNA NJ 07876 |
| Creditor ID: 2498-01<br>D & P INTERNATIONAL TRADING INC.<br>905 E. GARVEY AVE.<br>MONTEREY PARK CA 91755 | Creditor ID: 4808-01<br>D & S INTERNATIONAL, INC.<br>879 W. 190TH STREET, SUITE 940<br>GARDENA CA 90248 | Creditor ID: 2499-01<br>D & T GROUP, INC<br>203 YOAKUM PARKWAY, #525<br>ALEXANDRIA VA 22304 |
| Creditor ID: 19183-97<br>D AND L BROTHERS TRANSPORTATION CORPORATION<br>PO BOX 1040<br>BAYONNE NJ 07002 | Creditor ID: 19184-97<br>D AND L BROTHERS TRANSPORTATION CORPORATION<br>C/O LAW OFFICES OF ALLA KACHAN PC<br>ALLA KACHAN, ESQ<br>3099 CONEY ISLAND AVE 3RD FL<br>BROOKLYN NY 11235 | Creditor ID: 7815-01<br>D AND T FOODS,INC.<br>1261 MARTIN AVENUE<br>SANTA CLARA CA 95050 |
| Creditor ID: 10855-01<br>D ARTAGNAN CO<br>280, WILSON AVENUE<br>NEWARK NJ 07105 | Creditor ID: 640-01<br>D J IRVIN CO., INC.<br>159 S. LINCOLN #157<br>SPOKANE WA 99201 | Creditor ID: 7816-01<br>D L BYNUM & COMPANY INC.<br>375 HUDSON STREET<br>NEW YORK NY 10014 |
| Creditor ID: 7817-01<br>D L BYNUM INC<br>114 NORTHFIELD AVENUE<br>EDISON NJ 08837 | Creditor ID: 13934-01<br>D&L FOUNDRY<br>12970 RD 3 NE<br>MOSES LAKE WA 98837 | Creditor ID: 2500-01<br>D&L SUPPLY<br>880 WEST 150 NORTH<br>LINDON UT 84042 |
| Creditor ID: 17851-01<br>D&L SUPPLY CO.<br>4841 PAOLI LOOP ROAD<br>AMERICAN CANYON CA 94503 | Creditor ID: 17852-01<br>D&M HOLDINGS, INC.<br>100 CORPORATE DRIVE<br>MAHWAH NJ 07430 | Creditor ID: 13935-01<br>D&M LUMBER PRODUCTS<br>110 VARICK AVENUE<br>BROOKLYN NY 11237 |
| Creditor ID: 7183-01<br>D&M LUMBER PRODUCTS<br>100 PARDUE ROAD<br>PELHAM AL 35124 | Creditor ID: 14220-01<br>D&T FOODS, INC.<br>1261 MARTIN AVENUE<br>SANTA CLARA CA 95050 | Creditor ID: 5422-01<br>D. C. GROUP INC.<br>11905 HAYTER ROAD<br>LAREDO TX 78041 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

Creditor ID: 14221-01
D. COLUCCIO & SONS, INC.
1214-20 80TH ST
BROOKLYN NY 11219

Creditor ID: 13936-01
D. KRATT INTERNATIONAL
1065 HAWTHORNE
ITASCA IL 60143

Creditor ID: 17953-01
D.A.INTERNATIONAL
121 N.E. 18TH ST
ANKENY IA 50021

Creditor ID: 14222-01
D.B. GROUP AMERICA ,LTD
245 COUNTRY CLUB DRIVE, SUITE 100A
STOCKBRIDGE GA 30281

Creditor ID: 13937-01
D.D. WILLIAMSON COLORS
815 SUNSET RD.
PORT WASHINGTON WI 53074

Creditor ID: 5423-01
D.F. STAUFFER BISCUIT CO., INC
360 S. BELMONT ST.
YORK PA 17405-1426

Creditor ID: 2394-01
D.L. GEARY BREWING CO. LTD
38 EVERGREEN DRIVE
PORTLAND ME 04103

Creditor ID: 14223-01
D.L.B. INTERNATIONAL CORP
990 AVE OF AMERICAS #24B
NEW YORK NY 10018

Creditor ID: 2501-01
D.M. EMPORIUM IMPORTS INC.
3014 WILLOW STREET
FRANKLIN PARK IL 60131

Creditor ID: 13938-01
D.M. MARKETING L.L.C.
1356 HIGHWAY D
BLAND MO 65014

Creditor ID: 14224-01
D.M. SHIVTEX
5050 QUORUM DRIVE, SUITE 405
HOUSTON TX 75254

Creditor ID: 14225-01
D.P. TRADING INC.
1801 E. WASHINGTON BLVD.
LOS ANGELES CA 90015

Creditor ID: 17954-01
D.R. DIEDRICH CO., LTD.
2615 WEST GREVES STREET
MILWAUKEE WI 53233

Creditor ID: 10856-01
D.S. COLE GROWERS
251 NORTH VILLAGE ROAD
LOUDON NH 03301

Creditor ID: 7818-01
D.S. INTERNATIONAL CO
701 BRICKELL KEY BLVD  # 2402
MIAMI FL 33131

Creditor ID: 10857-01
D.S.KR. CORP.
10925 KALAMA RIVER AVE. UNIT C
FOUNTAIN VALLEY CA 92708

Creditor ID: 13939-01
D.V. ENTERPRISE
20282 RD 21
MADERA CA 93637

Creditor ID: 7819-01
D.Y. INDUS INC.
1230 PEACHTREE ST. NE, 18TH FLOOR
ATLANTA GA 30309

Creditor ID: 10858-01
DA COSTA OLIVES, LLC
REGENCY WAREHOUSE
500 UNIVERSITY COURT
BLACKWOOD NJ 08012

Creditor ID: 7820-01
DA MING INTERNATIONAL METALS INC.
1465 E. 17TH AVENUE
COLUMBUS OH 43209

Creditor ID: 7821-01
DA VINCI STONE
351 N MITCHELL ST STE 300
BOISE ID 83704

Creditor ID: 13940-01
DA YANG SEAFOOD INC.
45 PIER 2, BLDG A
ASTORIA OR 97103

Creditor ID: 2502-01
DACHSER TRANSPORT OF AMERICA INC.
1500 E HIGGINS RD
ELK GROVE VILLAGE IL 60007-1632

Creditor ID: 10859-01
DACHSER USA LOS ANGELES OFFICE
5200 WEST CENTURY BLBD.
LOS ANGELES CA 90045

Creditor ID: 17955-01
DACTION TRADING
1135 W. TRINITY MILLES RD
CARROLLTON TX 75006

Creditor ID: 2503-01
DAE CONSULTING, INC.
11209 BROOKWOOD AVENUE
LEAWOOD KS 66211

Creditor ID: 10860-01
DAE HO TRADING INC.
879 W. 190TH STREET, SUITE 940
GARDENA CA 90248

Creditor ID: 641-01
DAEDONG HI-LEX OF AMERICA,INC.
1195 CR177 CUSSETA INDUSTRIAL PARK
CUSSETA AL 36852

Creditor ID: 17956-01
DAEDONG-USA, INC KIOTI TRACTOR DIVISION
6300 KIOTI ROAD
WENDELL NC 27591

Creditor ID: 17957-01
DAEHA AMERICA CORP.
9414 E SAN SALVADOR DR STE 236
SCOTTSDALE AZ 85258

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10861-01<br>DAEHAN SOLUTION AL. LLC<br>9101 COUNTY ROAD 26<br>HOPE HULL AL 36043 | Creditor ID: 5424-01<br>DAEHAN SOLUTION GEORGIA, LLC<br>791 NORTH PROGRESS PARKWAY<br>WEST POINT GA 31833 | Creditor ID: 18378-01<br>DAEWON INTERNATIONAL,LLC<br>18409 SE 24TH CIRCLE<br>VANCOUVER WA 98683 |
| Creditor ID: 13941-01<br>DAEWOO ELECTRONICS CORP OF AMERICA<br>120 CHUBB AVENUE<br>LYNDHURST NJ 07071 | Creditor ID: 5425-01<br>DAEWOO INTERNATIONAL (AMERICA) CORP.<br>222 SOUTH HARBOR BLVD. SUITE 1020<br>ANAHEIM CA 92805 | Creditor ID: 642-01<br>DAEWOO INT'L (AMERICA) CORP.<br>85 CHALLENGER ROAD<br>RIDGEFIELD PARK NJ 07660 |
| Creditor ID: 14226-01<br>DAGIM TAHORIM FISH CO.<br>1644 52ND STREET<br>BROOKLYN NY 11204 | Creditor ID: 5426-01<br>DAHLGREN & COMPANY, INC.<br>1220 SUNFLOWER STREET<br>CROOKSTON MN 56716 | Creditor ID: 5427-01<br>DAHON NORTH AMERICA<br>833 MERIDIAN STREET<br>DUARTE CA 91010 |
| Creditor ID: 13942-01<br>DAIDO INTERNATIONAL LLC<br>2321 ROSECRANS AVE., SUITE 1270<br>EL SEGUNDO CA 90245 | Creditor ID: 18379-01<br>DAIEI PAPERS<br>5701 CLEVELAND STREET, SUITE 650<br>VIRGINIA BEACH VA 23462 | Creditor ID: 17958-01<br>DAIEI PAPERS (USA) CORP.<br>16700 VALLEY VIEW AVE. SUITE 260<br>LA MIRADA CA 90638 |
| Creditor ID: 14227-01<br>DAIEI PAPERS (USA) CORP.<br>200 LANIDEX PLAZA<br>PARSIPPANY NJ 07054 | Creditor ID: 643-01<br>DAIFUKU TRADING CORP.<br>132-34 32 AVENUE, #B<br>FLUSHING NY 11354 | Creditor ID: 14228-01<br>DAIFUKU TRADING CORP.<br>360 SOUTH VAN BRUNT STREET<br>ENGLEWOOD NJ 07631 |
| Creditor ID: 17959-01<br>DAIKI INTERNATIONAL TRADING CORP.<br>3528 TORRANCE BLVD, SUITE 214<br>TORRANCE CA 90503 | Creditor ID: 10862-01<br>DAIKIN AMERICA, INC.<br>20 OLYMPIC DRIVE<br>ORANGEBURG NY 10962 | Creditor ID: 17960-01<br>DAIMARU U.S.A.<br>19105 36TH AVE, W.#204<br>LYNNWOOD WA 98036 |
| Creditor ID: 17961-01<br>DAIMLERCRYSLER (AUBURN HILLS, MI)<br>800 CHRYSLER DR.<br>AUBURN HILLS MI 48326-2757 | Creditor ID: 5428-01<br>DAIRY FARMERS OF AMERICA<br>10220 N. AMBASSADOR DR.<br>KANSAS CITY MO 64153 | Creditor ID: 7822-01<br>DAISO CALIFORNIA LLC<br>533 AIRPORT BLVD, STE. 527<br>BURLINGAME CA 94010 |
| Creditor ID: 12577-01<br>DAISO SEATTLE LLC<br>3000 184TH ST SW STE 145 -<br>ALDERWOOD MALL<br>LYNNWOOD WA 98037 | Creditor ID: 17962-01<br>DAITEC FOODS INTERNATIONAL, INC.<br>1732 SAVILLE WAY,<br>SAN JOSE CA 95131 | Creditor ID: 5429-01<br>DAKE CORP.<br>724 ROBBINS ROAD<br>GRAND HAVEN MI 49417 |
| Creditor ID: 10863-01<br>DAKINE<br>408 COLUMBIA STREET<br>HOOD RIVER OR 97031 | Creditor ID: 5430-01<br>DAKINI INTERNATIONAL LOGISTICS INC.<br>36707 - 212TH WAY SE<br>AUBURN WA 98092 | Creditor ID: 14229-01<br>DAKO GROUP INC<br>25321 GETTYSBURG ROAD<br>PLAINFIELD IL 60544 |
| Creditor ID: 7823-01<br>DAKON TECHNOLOGIES, INC.<br>8561 DE SOTO AVE, SUITE 248<br>CANOGA PARK CA 91304 | Creditor ID: 5431-01<br>DAKOTA CREEK INDUSTRIES INC<br>115 Q AVENUE<br>ANACORTES WA 98221 | Creditor ID: 2504-01<br>DAKOTA JACKSON,INC<br>30-10 41TH AVENUE, 3RD FLOOR<br>LONG ISLAND CITY NY 11101 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13943-01<br>DAKOTALAND AUTOGLASS, INC-SF<br>2001 EAST 39TH STREET NORTH<br>SIOUX FALLS SD 57104 | Creditor ID: 2505-01<br>DAL TILE<br>7834 C.F. HAWN FREEWAY<br>DALLAS TX 75217 | Creditor ID: 5432-01<br>DAL TILE CORPORATION<br>3625 EAST JURUPA ST.<br>ONTARIO CA 91761 |
| Creditor ID: 644-01<br>DALENA FARMS INC<br>7636 ROAD 34<br>MADERA CA 93638 | Creditor ID: 14230-01<br>DALEQ IMPORT<br>512 BROOKHURST ST. #2<br>ANAHEIM CA 92804 | Creditor ID: 2506-01<br>DALTON FARMS INC<br>6800 S.HWY. 129<br>MILFORD UT 84751 |
| Creditor ID: 10864-01<br>DALYN RUG COMPANY<br>2386 LAKELAND ROAD<br>DALTON GA 30720 | Creditor ID: 12578-01<br>DAMO INC.<br>1951 STAUNTON AVENUE<br>LOS ANGELES CA 90058 | Creditor ID: 14231-01<br>DAN SCHANTZ FARM<br>8025 SPINNERSTOWN<br>ZIONSVILLE PA 18092 |
| Creditor ID: 17963-01<br>DAN TRANSPORT<br>600 EAST DALLAS RD STE 500<br>DALLAS TX 76051 | Creditor ID: 17964-01<br>DAN TRANSPORT CORP.<br>100 WALNUT AVENUE  SUITE 405<br>CLARK NJ 07066 | Creditor ID: 7824-01<br>DAN VU<br>900 BLUE STONE CIRCLE<br>FOLSOM CA 95360 |
| Creditor ID: 645-01<br>DANA COMMERCIAL VEHICLE MANUFACTURING LLC<br>1320 WEST MAIN STREET<br>GLASGOW KY 42141 | Creditor ID: 5433-01<br>DANA COMMERCIAL VEHICLE MANUFACTURING LLC<br>1491 DANA DRIVE<br>HENDERSON KY 42420 | Creditor ID: 13944-01<br>DANA CONTAINER<br>902 SENS ROAD<br>LA PORTE TX 77571 |
| Creditor ID: 17965-01<br>DANA CORPORATION RIDE & CONTROL SYSTEM<br>899 DANA DRIVE<br>HUMBOLDT TN 38343 | Creditor ID: 2395-01<br>DANA F BESECKER COMPANY, INC.<br>7900 SE 28TH STREET, SUITE 403<br>MERCER ISLAND WA 98040 | Creditor ID: 17966-01<br>DANA SPICER TRAILER PRODUCTS DIVISION<br>1235 COMMERCE DRIVE<br>LUGOFF SC 29078 |
| Creditor ID: 2507-01<br>DANA TRANSPORT<br>7117 CROSS COUNTRY RD<br>N. CHARLESTON SC 29418 | Creditor ID: 2508-01<br>DANDY FOOD PRODUCTS<br>6270-90 OVERLAND AVENUE<br>EMERYVILLE CA 94608 | Creditor ID: 646-01<br>DANEER VENEER AMERICAS INC. (PA)<br>119 AID DRIVE<br>DARLINGTON PA 16115 |
| Creditor ID: 647-01<br>DANFOSS / SCROLL TECHNOLOGIES, INC<br>11655 CROSSROADS CRCLE<br>BALTIMORE MD 21220 | Creditor ID: 14232-01<br>DANGOLD INC.<br>138-43 78TH RD.<br>FLUSHING NY 11367 | Creditor ID: 17967-01<br>DANIEL HOME CLASSIC<br>1020 EAST 48TH STREET<br>BROOKLYN NY 11203 |
| Creditor ID: 5434-01<br>DANIEL KNIT INC.<br>152 WOODHOLLOW ROAD<br>ROSLYN HEIGHTS NY 11577 | Creditor ID: 17968-01<br>DANIEL L VESQUE ATT: SUSAN MARME<br>100 PLAZA DRIVE SUITE 102<br>SECACUCS NJ 07094 | Creditor ID: 7825-01<br>DANIEL M. FRIEDMAN & ASSOCIATES INC.<br>19 W. 34TH ST. - 4TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 7826-01<br>DANIEL MEASUREMENT & CONTROL<br>11100 BRITTMOORE PARK<br>HOUSTON TX 77041 | Creditor ID: 14233-01<br>DANIEL PAUL CHAIRS LLC<br>2052 SOUTH ECONOMY ROAD<br>MORRISTOWN TN 37813 | Creditor ID: 12579-01<br>DANIEL ROMERO SANCHEZ<br>76 NINTH AVE.<br>NEW YORK NY 10011 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                 **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2509-01<br>DANIELE INTERNATIONAL INC<br>105 DAVIS DRIVE<br>PASCOAG RI 02859 | Creditor ID: 10865-01<br>DANIELI CORPORATION<br>800 CRANBERRY WOODS DRIVE SUITE 400<br>CRANBERRY TOWNSHIP PA 16066 | Creditor ID: 648-01<br>DANISCO CULTORT USA INC<br>4509 SOUTH 50TH STREET<br>ST JOESPH MO 64503 |
| Creditor ID: 5435-01<br>DANISCO US INC., WORLEY WAREHOUSE<br>423 SOUTHGATE COURT SW<br>CEDAR RAPIDS IA 52404 | Creditor ID: 10866-01<br>DANISCO USA INC<br>2526 SHINSKE ROAD, BLD.140<br>SAVANNA IL 61074 | Creditor ID: 7827-01<br>DANISCO USA INC GENENCOR DIVISION<br>3490 WINTON PLACE<br>ROCHESTER NY 14623 |
| Creditor ID: 17969-01<br>DANISCO USA INC.<br>33 W. PFIZER DRIVE<br>TERRE HAUTE IN 47802-5539 | Creditor ID: 7828-01<br>DANISCO USA INC.<br>4 NEW CENTURY PARKWAY<br>NEW CENTURY KS 66031 | Creditor ID: 14234-01<br>DANISCO USA INC.<br>200 LAWRENCE DRIVE<br>WEST CHESTER PA 19380 |
| Creditor ID: 5436-01<br>DANISHO USA INC.<br>201 NEW CENTURY PARKWAY<br>NEW CENTURY KS 66301 | Creditor ID: 7829-01<br>DANN DEE DISPLAY BR #0333<br>1465 W NORMANTOWN ROAD<br>ROMEOVILLE IL 60446 | Creditor ID: 10867-01<br>DANNER, INC - DC LOCATION<br>17634 NE AIRPORT WAY<br>PORTLAND OR 97230 |
| Creditor ID: 17970-01<br>DANNY AND NICOLE<br>49 W 37TH STREET #10<br>NEW YORK NY 10018 | Creditor ID: 13774-01<br>DANSU INT'L<br>13565 SW TUALATIN SHERWOOD RD<br>NO 100<br>SHERWOOD OR 97140 | Creditor ID: 2510-01<br>DANZER GROUP<br>206 SOUTH HOLLAND STREET<br>EDINBURGH IN 46124 |
| Creditor ID: 10868-01<br>DANZER SPECIALTY VENEER INCORPORATED<br>300 NAOMI STREET<br>EDINBURGH IN 46124 | Creditor ID: 2511-01<br>DANZER VENEERS AMERICAS INC.<br>206 SOUTH HOLLAND ST.<br>EDINBURGH IN 46124 | Creditor ID: 649-01<br>DARBY TRADING INCORPORATED<br>1133 WESTCHESTER AVE STE S-226<br>WHITE PLAINS NY 10604 |
| Creditor ID: 9365-01<br>DARIAN GROUP, INC.<br>1410 BROADWAY, 16TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 13775-01<br>DARIAN GROUP, INC.<br>C/P LONDON LASS 4175 SCHAEFFER AVE<br>CHINO CA 91710 | Creditor ID: 650-01<br>DARIK ENTERPRISES INC<br>7115 51ST AVE<br>FLUSHING NY 11377 |
| Creditor ID: 7830-01<br>DARLING INGREDIENTS INC.<br>251 O'CONNOR RIDGE BLVD., STE. 300<br>IRVING TX 75038 | Creditor ID: 10965-01<br>DARLING INTERNATIONAL INC.<br>5701 YORK STREET<br>DENVER CO 80216 | Creditor ID: 10966-01<br>DARLING INTERNATIONAL INC. (KANSAS CITY, MO)<br>800 N. ATLANTIC AVE.<br>KANSAS CITY MO 64116 |
| Creditor ID: 7831-01<br>DARLING INTERNATIONAL INC. (OMAHA, NE)<br>3519 S. 33RD STREET<br>OMAHA NE 68105 | Creditor ID: 7832-01<br>DARLING SONS INT'L LLC<br>20915 YEW WAY<br>SNOHOMISH WA 98296 | Creditor ID: 17971-01<br>DARON FASHIONS, INC.<br>28 WEST 36TH STREET 3RD FL<br>NEW YORK NY 10018 |
| Creditor ID: 10967-01<br>DARRELL HARP ENTERPRISES INC<br>819 FOURTH STREET N.W.<br>RED BAY AL 35582 | Creditor ID: 10968-01<br>DART CONTAINER CORPORATION<br>500 HOGSBACK ROAD<br>MASON MI 48854 | Creditor ID: 18380-01<br>DARUSH LLC<br>220 PASSAIC STREET<br>PASSAIC NJ 07055 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 14235-01
DAR-US-SALAM PUBLICATIONS
1111 CONRAD SAUER DR.
HOUSTON TX 77043

Creditor ID: 17972-01
DAS NORTH AMERICA(MONTGOMERY)
840 INDUSTRIAL PARK BLVD.
MONTGOMERY AL 36117

Creditor ID: 17973-01
DASA INTERNATIONAL LLC
1040 CROWN POINTE PARKWAY #400
ATLANTA GA 30338

Creditor ID: 10969-01
DASCHER TRANSPORT OF AMERICA LAX
5959 W CENTURY BLVD. STE 1026
LOS ANGELES CA 90045

Creditor ID: 10243-01
DASCHER TRANSPORT OF AMERICA, INC
1691 PHOENIX BLVD, SUITE 140
ATLANTA GA 30349

Creditor ID: 10970-01
DASHER CHICAGO
1555 MITTEL BLVD SUITE D
WOOD DALE IL 60191

Creditor ID: 651-01
DASII INC.
3226 GLADYS AVE
ROSEMEAD CA 91770

Creditor ID: 5437-01
DATA FREIGHT LAX INC.
2835 PELLISSIER PLACE
CITY OF INDUSTRY CA 90601

Creditor ID: 2512-01
DATAMAX CORPORATION
4501 PARKWAY COMMERCE BLVD.
ORLANDO FL 32008

Creditor ID: 17974-01
DATE INTL GROUP
167-17, 146TH ROAD,
JAMAICA NY 11434

Creditor ID: 14236-01
DATEL DESIGN & DEVELOPMENT INC.
5075 WEST 74TH STREET - BLDG 99
INDIANAPOLIS IN 46268

Creditor ID: 13776-01
DAUCOURT MARTIN IMPORTS LLC
6600 LBJ FREEWAY SUITE 188
DALLAS TX 75240

Creditor ID: 10971-01
DAVE BINDER CANDLEWIC CANDLE SUPPLY
3765 OLD EASTON ROAD
DOYLESTOWN PA 18901

Creditor ID: 17975-01
DAVE STREIFFER CO.
517 SORAPARU ST.
NEW ORLEANS LA 70176

Creditor ID: 2513-01
DAVI NORTH AMERICA
5291 ZENITH PKWY.
ROCKFORD IL 61111

Creditor ID: 5438-01
DAVID ALLEN COMPANY, INC
150 RUSH ST.
RALEIGH NC 27603

Creditor ID: 13777-01
DAVID BRANDON
6400 WYNFREY PLACE
MEMPHIS TN 38120

Creditor ID: 10972-01
DAVID BRETT GILLMON
1166 AVENUE OF AMERICAS
NEW YORK NY 10036

Creditor ID: 5439-01
DAVID C POOLE COMPANY INC.
6 ARBORLAND WAY
GREENVILLE SC 29615

Creditor ID: 4937-01
DAVID JOHNSON
C/O SUDDATH INTERNATIONAL
7 MIDDLEBURY BLV
RANDOLPH NJ 07869

Creditor ID: 652-01
DAVID R. WEBB CO. (EDINBURGH, IN)
206 S. HOLLAND STREET, PO BOX 8
EDINBURGH IN 46124

Creditor ID: 13778-01
DAVID R. WEBB COMPANY, INC.
3100 REACH ROAD
WILLIAMSPORT PA 17701

Creditor ID: 10244-01
DAVID TEXTILES INC.
1920 SOUTH TUBEWAY AVENUE
CITY OF COMMERCE CA 90040

Creditor ID: 14237-01
DAVIDOFF OF GENEVA INC
550 WEST AVENUE
STAMFORD CT 06902

Creditor ID: 10973-01
DAVIS AND DAVIS RUGS
300 WEST 28TH STREET
CHATTANOOGA TN 37408

Creditor ID: 17976-01
DAVIS FRNITURE INDUSTRIES INC
2401 SOUTH COLLEGE DRIVE
HIGH POINT NC 27261

Creditor ID: 10974-01
DAVIS-STANDARD
36 S ADAMSVILLE RD
SOMERVILLE NJ 08876

Creditor ID: 4938-01
DAWN FOOD PRODUCTS
3333 SARGENT ROAD
JACKSON MI 49201

Creditor ID: 2514-01
DAXWELL, LLC
2825 WILCREST DR
HOUSTON TX 77042

Creditor ID: 2515-01
DAY A FLINT GRP CO. DBA FLINT GRP N.AMER CORP
14909 N. BECK ROAD
FLINT GRP LAT.AMER
DBA FLINT INK LAT DBA VARN INTL
PLYMOUTH MI 48170

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                **CASE NO: 16-27041 (JKS)**

Creditor ID: 13779-01
DAY INT'L, INC. DBA VARN INT'L INC.
1333 KIRK ROAD
FLINT GROUP
DBA VARN INT'L INC
BATAVIA IL 60510

Creditor ID: 17977-01
DAYAN BROTHERS
621 SHREWSBURY AVENUE,
SHREWSBURY NJ 07707

Creditor ID: 10975-01
DAYCO PRODUCTS LLC
938 THUNDERBOLT DRIVE
WALTERBORO SC 29488

Creditor ID: 4939-01
DAY-LEE FOODS INC.
10350 HERITAGE PARK DR., SUITE 111
SANTA FE SPRINGS CA 90670

Creditor ID: 2516-01
DAYSON POLYMERS LLC
960 SEVILLE ROAD
WADSWORTH OH 44281

Creditor ID: 7833-01
DAYSPRING CARDS
21154 HWY 16 EAST
SILOAM SPRINGS AR 72761

Creditor ID: 2517-01
DAYSPRING, INC
2121 POTOMAC PLACE
LAWRENCEVILLE GA 30043

Creditor ID: 653-01
DAYTONS MARSHALL FIELDS HUDSON
DIV. OF TARGET CORP
1000 NICOLLET MALL, PO BOX 1392
MINNEAPOLIS MN 55403

Creditor ID: 2518-01
DB GROUP AMERICA - CHICAGO BRANCH
755 NORTH ROUTE 83 SUITE #213
BENSENVILLE IL 60106

Creditor ID: 17978-01
DB GROUP AMERICA LTD
145-69 226TH ST
SPRINGFIELD GARDENS NY 11416

Creditor ID: 654-01
DB GROUP AMERICA LTD
5020 LOUISE DRIVE SUITEE 200
MECHANISBURG PA 17055

Creditor ID: 7834-01
DB GROUP AMERICA, LTD
11222 S LA CIENEGA BLVD # 300
INGLEWOOD CA 90304

Creditor ID: 17979-01
DBA CONTRACT & LEISURE
115 BRAY AVENUE
MILFORD CT 06460

Creditor ID: 14844-01
DBA DISTRIBUTION BY AIR
P O BOX 6090
SOMERSET NJ 08875-6090

Creditor ID: 13780-01
DBA DISTRIBUTION SERVICE, INC.
2701 WEST EL SEGUNDO BLVD.
HAWTHORNE CA 90250

Creditor ID: 10976-01
DBA DISTRIBUTION SERVICES INC
1472 ELMHURST ROAD
ELK GROVE VILLAGE IL 60007

Creditor ID: 13781-01
DBA PAK TEXTILE
274 S LA FAYETTE PARK PL STE 307
LOS ANGELS CA 90057

Creditor ID: 7835-01
DBA WOODBANK
640 DOWD AVENUE, SUITE B
ELIZABETH NJ 07201

Creditor ID: 16994-01
DBM HARDWOOD FLOORING
4350 PEACHTREE INDUSTRIAL BLVD.
NORCROSS GA 30071

Creditor ID: 4940-01
DBW METALS RECYCLING
3250 EAST FRONTERA STREET
ANAHEIM CA 92806

Creditor ID: 655-01
DC INTERNATIONAL INC.
29808 SW CAMELOT STREET /
PO BOX 2447
WILSONVILLE OR 97070

Creditor ID: 7836-01
DCO INDUSTRIES, INC
2300 MASON STREET
SAN FRANCISCO CA 94133

Creditor ID: 17980-01
DCO INTL
2300 MASON STREET SAN FRANCISCO
SAN FRANCISCO CA 94133

Creditor ID: 16995-01
DDCAM INC.
3970W 24TH ST. SUITE 209
YUMA AZ 85364

Creditor ID: 10977-01
DDI INC
1851 CENTRAL PLACES S. #120
KENT WA 98030

Creditor ID: 656-01
DDI INC.
221 W 9TH ST
DUBUQUE IA 60622

Creditor ID: 2519-01
DE GOEDE BULB FARMS
409 MOSSYROCK ROAD WEST
MOSSYROCK WA 98564

Creditor ID: 7837-01
DE LALLO GEORGE COMPANY, INC.
ONE DELALLO WAY
MOUNT PLEASANT PA 15666

Creditor ID: 2520-01
DE MEDICI IMPORTS
214 NORTH MAIN ST.
PO BOX 84
FLORIDA NY 10921

Creditor ID: 13782-01
DE RUIJTER INT'L (COLDWATER, OH)
120 HARVEST DRIVE
COLDWATER OH 45828

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 13783-01
DE VROOMEN BULB CO INC.
14867 W RUSSELL RD
RUSSELL IL 60075

Creditor ID: 4941-01
DE WELL CONTAINER SHIPPING CORP.
3063 PEACHTREE INDUSTRIAL BLVD.
SUITE 210
DULUTH GA 30097

Creditor ID: 14238-01
DEA PRODUCTS
5184 PIONEER ROAD
MERIDIAN MS 39301

Creditor ID: 4809-01
DEAD SEA MAGNESIUM INC.
49050 SCHOENHERR ROAD SUITE 300
SHELBY TOWNSHIP MI 48315

Creditor ID: 14239-01
DEAL INTERNATIONAL INC.
110 HALSTEAD ST # 2,
ROCHESTER NY 14602

Creditor ID: 4942-01
DEALER TIRE
#520 3550 BRITTMORE STE. 190
HOUSTON TX 77043

Creditor ID: 7838-01
DEALER TIRE
3711 CHESTER AVENUE
CLEVELAND OH 44114

Creditor ID: 17981-01
DEALERS FOOD PRODUCTS COMPANY (CLE, OH)
23800 COMMERCE PARK ROAD, SUITE D
CLEVELAND OH 44122

Creditor ID: 4943-01
DEALERS TIRE SUPPLY, INC
560 S. 35TH AVENUE
PHOENIX AZ 85009

Creditor ID: 13784-01
DEALERS WHOLESALE HARDWARE
2142 STUART STREET
BROOKLYN NY 11229

Creditor ID: 17982-01
DECA INTERNATIONAL LLC
2029 PEABODY AVENUE
MEMPHIS TN 38104

Creditor ID: 657-01
DECCA CLASSIC UPHOLSTERY LLC.
2009 FULTON PLACE
HIGH POINT NC 27263

Creditor ID: 658-01
DECCA CONTRACT FURNITURE
1444 OAKLAWN AVE, STE 301
DALLAS TX 75207

Creditor ID: 4944-01
DECCA CONTRACT FURNITURE
2007 FULTON PLACE
HIGH POINT NC 27263

Creditor ID: 10978-01
DECCA CONTRACT FURNITURE, LLC.
2100 SUMMER STREET, SUITE 100
MINNEAPOLIS MN 55413

Creditor ID: 14240-01
DECCA FURNITURE (USA) INC
2007 FULTON PLACE
HIGH POINT NC 27263

Creditor ID: 2521-01
DECCA HOME, LLC
2007 FULTON PLACE
HIGH POINT NC 27263

Creditor ID: 2522-01
DECCA HOSPITALITY FURNISHING
SEVEN PIEDMONT CENTER
3525 PIEDMONT RD STE 205
ATLANTA GA 30305

Creditor ID: 7839-01
DECCA HOSPITALITY FURNISHINGS, LLC
410 PEACHTREE PARKWAY, SUITE 4230
CUMMING GA 30041

Creditor ID: 7840-01
DECEUNINCK NORTH AMERICA
351 N. GARVER ROAD
MONROE OH 45050

Creditor ID: 4945-01
DECKER TAPES
6 STEWART PLACE
FAIRFIELD NJ 07004

Creditor ID: 13785-01
DECOAGE FURNITURE INC
21490 BAKER PARKWAY
CITY OF INDUSTRY CA 91789

Creditor ID: 659-01
DECOPAC, INC.
3500 THURSTON AVENUE
ANOKA MN 55303

Creditor ID: 7841-01
DECORATIVE CONCEPTS
NEW CREATIVE ENTERPRISES (NCE)
401 MILFORD PARKWAY
MILFORD OH 45150

Creditor ID: 10979-01
DECORATIVE MATERIALS INT'L LTD
595 SOUTH BROADWAY, SUITE 121E
DENVER CO 80209

Creditor ID: 4946-01
DECORIUM FURNITURE
4851 N. WESTERN AVE.
CHICAGO IL 60625

Creditor ID: 13786-01
DEDOLA INTERNATIONAL
3822 KATELLA AVE.
LOS ALAMITOS CA 90720

Creditor ID: 17984-01
DEDOLA INTERNATIONAL
5009 HIGH POINT ROAD, SUITE 102
GREENSBORO NC 27407

Creditor ID: 17985-01
DEDOLA INTERNATIONAL INC.
3822 KATE LLA
LOS ALAMITOS CA 90720

Creditor ID: 661-01
DEDOLA INTERNATIONAL INC.
343 EL CAMINO REAL
SOUTH SAN FRANCISCO CA 94080

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7339-01<br>DEDOLA INTERNATIONAL, INC.<br>400 OYSTER POINT BLVD., # 110<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 10980-01<br>DEEP FOODS, INC<br>1090 SPRINGFIELD RD<br>UNION NJ 07083 | Creditor ID: 10981-01<br>DEER PARK LUMBER INC.<br>1301 STATE ROAD 6 EAST<br>TUNKHANNOCK PA 18657 |
| Creditor ID: 10982-01<br>DEERE & COMPANY<br>3400 80TH STREET<br>MOLINE IL 61265 | Creditor ID: 662-01<br>DEERE & COMPANY<br>/JOHN DEERE COMMERCIAL PRODUCTS INC<br>JD HORIZON S. WAREHOUSE<br>5225 HORIZON W. PKY<br>GROVERTOWN GA 30813 | Creditor ID: 13787-01<br>DEERE & COMPANY JOHN DEERE OTTUMWA WORKS<br>928 EAST VINE STREET<br>OTTUMWA IA 52501 |
| Creditor ID: 2523-01<br>DEERE HARVESTER WORKS<br>1100-13 AVENUE<br>EAST MOLINE IL 61244 | Creditor ID: 7842-01<br>DEERE-HITACHI CONSTRUCTION MACHINERY CORP.<br>1000 DEERE-HITACHI ROAD<br>KERNERSVILLE NC 27284 | Creditor ID: 18087-01<br>DEERFOS AMERICA INC. D/B/A DEER ABRASIVES CO.<br>645 GRAND AVE.<br>RIDGEFIELD NJ 07657 |
| Creditor ID: 13788-01<br>DEERHAVEN V INC<br>9145 SILVERDALE WAY NW<br>SILVERDALE WA 98393 | Creditor ID: 2524-01<br>DEFLECTO<br>7035 EAST 86TH STREET<br>INDIANAPOLIS IN 46250 | Creditor ID: 663-01<br>DEGUSSA CORPORATION<br>1701 BARRETT LAKE BLVD STE 340<br>KENNESAW GA 30144 |
| Creditor ID: 2354-01<br>DEGUSSA TEXTURANT SYSTEM US, LLC<br>3582 MC CALL PLACE NE<br>ATLANTA GA 30340 | Creditor ID: 4947-01<br>DEGUSSA TEXTURANT SYSTEMS US, LLC<br>765 E.PYTHIAN AVENUE<br>DECATUR IL 62526 | Creditor ID: 18088-01<br>DEGUSSA/GOLDSCHMIDT CHEMICAL CORP.<br>914E RANDOLPH ROAD<br>HOPEWELL VA 23860 |
| Creditor ID: 10983-01<br>DEH VENTURES, INC.<br>10825 MEDALLION DRIVE<br>EVENDALE OH 45241 | Creditor ID: 13789-01<br>DEITZ BROTHERS INC<br>490 HILLSIDE AVE.<br>HILLSIDE NJ 07205 | Creditor ID: 10984-01<br>DEKALB FARMERS MARKET<br>3000 EAST PONCE DE LEON<br>DECATUR GA 30030 |
| Creditor ID: 18381-01<br>DEKO INT'L CO LTD<br>4283 SHORELINE DRIVE<br>EARTH CITY MO 63045 | Creditor ID: 2525-01<br>DEL CONCA USA<br>1023 LEGRAND BOULEVARD<br>CHARLESTON SC 29492 | Creditor ID: 7843-01<br>DEL CONCA USA, INC.<br>155 DEL CONCA WAY<br>LOUDON TN 37774 |
| Creditor ID: 13790-01<br>DEL CORONA & SCARDIGLI<br>616 FM 1960 WEST, SUITE 650<br>HOUSTON TX 77090 | Creditor ID: 7844-01<br>DEL CORONA&SCARDIGLI (N.A), INC<br>568 SUPREME DRIVE<br>BENSENVILLE IL 60106 | Creditor ID: 7845-01<br>DEL MAR HELMET CO.,INC<br>3338 W. CASTOR STREET<br>SANTA ANA CA 92714 |
| Creditor ID: 10985-01<br>DEL MONTE FOODS<br>ONE MARITIME PLAZA<br>SAN FRANCISCO CA 94111 | Creditor ID: 4949-01<br>DEL MONTE FOODS<br>205 N WIGET LANE<br>WALNUT CREEK CA 94598 | Creditor ID: 18089-01<br>DEL MONTE FRESH PRODUCE N.A. INC<br>101 SOUTH KING STREET<br>GLOUCESTER CITY NJ 08030 |
| Creditor ID: 14241-01<br>DEL MONTE FRESH PRODUCE N.A., INC<br>241 SEVILLA AVE<br>CORAL GABELS FL 33134 | Creditor ID: 10986-01<br>DELAIR GROUP<br>2900 RIVER ROAD<br>PENNSAUKEN NJ 08110 | Creditor ID: 14242-01<br>DELANO FARMS COMPANY<br>10025 REED ROAD<br>DELANO CA 93215 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 664-01<br>DELAVAL EXPORT SERVICE<br>3709 HIGHWAY NINTY-ONE<br>MOUNT VERNON WA 98273 | Creditor ID: 4950-01<br>DELCO FOODS<br>4850 WEST 78TH STREET<br>INDIANAPOLIS IN 46278 | Creditor ID: 13791-01<br>DELETED<br>1616 TEXAS AVENUE<br>LUBBOCK TX 79401 |
| Creditor ID: 13792-01<br>DELFIN GROUP USA LLC<br>4950 VIRGINIA AVENUE<br>NORTH CHARLESTON SC 29405 | Creditor ID: 18382-01<br>DELI FRESH USA LLC<br>7748 ROSEDALE CT.<br>ROSEMEAD CA 91770 | Creditor ID: 18090-01<br>DELIA'S FULLFILLMENT CENTER<br>348 POPLAR STREET<br>HANOVER PA 17331 |
| Creditor ID: 2526-01<br>DELICA NORTH AMERICA, INC.<br>1991 W 190TH STREET, SUITE 201<br>TORRANCE CA 90504 | Creditor ID: 665-01<br>DELKALB FARMERS MARKET<br>3000 EAST PONCE DE LEON AVENUE<br>DECATUR GA 30030 | Creditor ID: 13793-01<br>DELL<br>11099 S LA CIENEGA BLVD STE 246<br>LOS ANGELES CA 90045-6146 |
| Creditor ID: 666-01<br>DELL PRODUCTS<br>9505 ARBORETUM BLVD.<br>AUSTIN TX 78759 | Creditor ID: 7846-01<br>DELLA CELLA CO. INC.<br>235 BRIXTON ROAD<br>GARDEN CITY NY 11530 | Creditor ID: 4951-01<br>DELL'S MARASCHINO CHERRIES CO., INC<br>175 DIKEMAN STREET<br>BROOKLYN NY 11231 |
| Creditor ID: 7847-01<br>DELMAR RESIGNS INC.<br>1105 E DISCOVERY LN<br>ANAHEIM CA 92801-1121 | Creditor ID: 10987-01<br>DELMAR SEAFOODS, INC.<br>331 FORD STREET<br>WATSONVILLE CA 95076 | Creditor ID: 18091-01<br>DELMARVA SHIPPERS ASSOCIATION, INC.<br>2700 BROENING HWY,<br>DUNMAR BLDG. RM 216<br>BALTIMORE MD 21222 |
| Creditor ID: 7848-01<br>DEL-NAT TIRE CORPORATION<br>2365 TEXAS DR.<br>MEMPHIS TN 38106 | Creditor ID: 18092-01<br>DELONGHI AMERICA<br>25127 SCHULTE RD<br>TRACY CA 95377 | Creditor ID: 2527-01<br>DELONGHI AMERICA INC.<br>2 PARK WAY & ROUTE 17 SOUTH STE 3A<br>UPPER SADDLE RIVER NJ 07458 |
| Creditor ID: 2396-01<br>DELPHI AUTOMOTIVE SYSTEMS, LLC.<br>5725 DELPHI DRIVE<br>TROY MI 48098-2815 | Creditor ID: 10988-01<br>DELPHI DELCO<br>DIST. CENTER<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567 | Creditor ID: 18093-01<br>DELSEY LUGGAGE INC<br>6090 DORSEY ROAD S-C<br>HANOVER MD 21076 |
| Creditor ID: 4952-01<br>DELTA APPAREL, INC<br>2750 PREMIERE PKWY, STE. 100<br>DULUTH GA 30097 | Creditor ID: 13794-01<br>DELTA BLUE AQUACULTURE<br>1360 S. REDWOOD ROAD<br>SALT LAKE CITY UT 84104 | Creditor ID: 7184-01<br>DELTA BRANDS INC.<br>1890 PALMER AVENUE<br>LARCHMONT NY 10538 |
| Creditor ID: 18094-01<br>DELTA COTTON<br>777 WALNUT GROVE ROAD, SUITE OM-4<br>MEMPHIS TN 38120 | Creditor ID: 4953-01<br>DELTA FAUCET<br>4931 DENTON FLY RD<br>MILAN TN 38358 | Creditor ID: 13795-01<br>DELTA FAUCET COMPANY<br>5555 JURUPA STREET<br>ONTARIO CA 91761 |
| Creditor ID: 667-01<br>DELTA FAUCET COMPANY<br>140 BUSINESS PARK DRIVE<br>WINSTON-SALEM NC 27107 | Creditor ID: 14243-01<br>DELTA FAUCET COMPANY<br>3441 RIDGECREST ROAD EXTENDED<br>JACKSON TN 38305 | Creditor ID: 10989-01<br>DELTA FAUCET COMPANY<br>55 E 111TH STREET<br>INDIANAPOLIS IN 46280 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14244-01<br>DELTA FAUCET COMPANY<br>113 DELTA WAY<br>MORGANTOWN KY 42661 | Creditor ID: 10990-01<br>DELTA FAUCET COMPANY<br>1425 WEST MAIN STREET<br>GREENSBURG IN 47240 | Creditor ID: 2528-01<br>DELTA GALIL<br>1 HARMON PLZ FL 5<br>SECAUCUS NJ 07094-2800 |
| Creditor ID: 4954-01<br>DELTA GALIL USA INC. BURLEN DIVISION<br>26 FORTSMANN DRIVE<br>TIFTON GA 31793 | Creditor ID: 9366-01<br>DELTA LAMBSKIN PRODUCTS, INC.<br>595 RIDGE ROAD<br>ENGLEWOOD NJ 07631 | Creditor ID: 13796-01<br>DELTA MARKETING INC.<br>2486 EAST OAKTON STREET<br>ARLINGTON HEIGHTS IL 60005 |
| Creditor ID: 7849-01<br>DELTA METAL TRADING LLC<br>704 WEST BROOKHAVEN CIRCLE<br>MEMPHIS TN 38117 | Creditor ID: 7850-01<br>DELTA PROTEIN INTERNATIONAL INCL<br>200 ITTA BENA RD<br>SUNFLOWER MS 38778 | Creditor ID: 18095-01<br>DELTA SCIENTIFIC CORPORATION<br>40355 DELTA LANE<br>PALMDALE CA 93551 |
| Creditor ID: 7851-01<br>DELTA VIDEO TECHNOLOGY, LTD<br>2498 ROLL DRIVE PMB918<br>SAN DIEGO CA 92154 | Creditor ID: 10991-01<br>DELTAPACK, INC<br>307 ORVILLE WRIGHT DRIVE<br>GREENSBORO NC 27410 | Creditor ID: 18096-01<br>DELTECH HOLDINGS LTD.<br>1 WOODBRIDGE CENTER, SUITE 540<br>WOODBRIDGE NJ 07095 |
| Creditor ID: 2397-01<br>DELUNG CORP.<br>1005 E LAS TUNAS DR. #205<br>SAN GABRIEL CA 91776 | Creditor ID: 7852-01<br>DEMEL ENTERPRISES INC.<br>10980 NORTHPOINT DRIVE<br>ATHENS OH 45701 | Creditor ID: 4955-01<br>DEMETER<br>4666 FARIES PARKWAY<br>DECATUR IL 62525 |
| Creditor ID: 668-01<br>DEMETER'S PANTRY<br>419 GREENBRIER DRIVE<br>SILVER SPRING MD 20910 | Creditor ID: 4956-01<br>DEMMER CORPORATION<br>1600 NORTH LARCH AVENUE<br>LANSING MI 48906 | Creditor ID: 12580-01<br>DENALI INTERNATIONAL<br>211 SE MADISON AVE<br>PORLTAND OR 97214 |
| Creditor ID: 2529-01<br>DENALI PROPERTY GROUP<br>6833 SHORE ROAD<br>BROOKLYN NY 11220 | Creditor ID: 669-01<br>DENIM GROUP LTD<br>1385 BROADWAY, 19TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 670-01<br>DENISON INTERNATIONAL CO., LTD.<br>21680 GATEWAY CENTER DR. # 250<br>DIAMOND BAR CA 91765 |
| Creditor ID: 2530-01<br>DENNIS EAST INTERNATIONAL, LLC<br>221 WILLOW STREET<br>YARMOUTHPORT MA 02675 | Creditor ID: 671-01<br>DENNIS FOLAND, INC.<br>1500 SOUTH HELLMAN AVENUE<br>ONTARIO CA 91761 | Creditor ID: 12581-01<br>DENON ELECTRONICS (USA) LLC.<br>1580 EASTRIDGE AVENUE<br>RIVERSIDE CA 92507 |
| Creditor ID: 14245-01<br>DENON ELECTRONICS LLC<br>100 CORPORATE DRIVE<br>MAHWAH NJ 07430 | Creditor ID: 7853-01<br>DENTE TRADING CO. INC.<br>30 CANFIELD RD. INDUSTRIAL VILLAGE<br>CEDAR GROVE NJ 07009 | Creditor ID: 10992-01<br>DENVER GLOBAL PRODUCTS<br>1000 E POWELL DRIVE<br>LINCOLNTON NC 28092 |
| Creditor ID: 10993-01<br>DENVER MATTRESS COMPANY<br>10800 EAST 45TH AVENUE<br>DENVER CO 80239 | Creditor ID: 14246-01<br>DENVER METALS<br>88 INVERNESS CIRCLE EAST A103<br>ENGLEWOOD CO 80112 | Creditor ID: 18097-01<br>DEPENDABLE DISTRIBUTION SERVICES<br>1301 UNION AVENUE<br>PENNSAUKEN NJ 08110 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2531-01<br>DERAN LAMP AND SHADE CO<br>99 BLUEBERRY HILL ROAD<br>WOBURN MA 01801 | Creditor ID: 7854-01<br>DERBY INDUSTRIES LLC<br>6635 CABALLERO BLVD<br>BUENA PARK CA 90620 | Creditor ID: 7855-01<br>DERBY INDUSTRIES LLC<br>4451 ROBARDS LANE<br>LOUISVILLE KY 40218 |
| Creditor ID: 18098-01<br>DERBY USA<br>22710 2ND AVE<br>SOUTH KENT WA 98022 | Creditor ID: 672-01<br>DERCO AEROSPACE, INC.<br>8000 WEST TOWER ROAD<br>MILWAUKEE WI 53223 | Creditor ID: 673-01<br>DERCO FOOD INTERNATIONAL<br>2670 W. SHAW LANE #101<br>FRESNO CA 93711 |
| Creditor ID: 14480-01<br>DERINGER<br>10 HAZELWOOD RD.<br>EAST GRANBY CT 06026 | Creditor ID: 13797-01<br>DERM COSMETICS LABS<br>6370 ALTURA BLVD.<br>BUENA PARK CA 90620 | Creditor ID: 14481-01<br>DERNIS INTERNATIONAL MKTG CO<br>2600 RELIANCE DRIVE<br>VIRGINIA BEACH VA 23452 |
| Creditor ID: 2398-01<br>DERRICK CORPORATION<br>590 DUKE ROAD<br>BUFFALO NY 14225 | Creditor ID: 13798-01<br>DERUOSI NUT<br>1760 MAIN STREET<br>ESCALON CA 95320 | Creditor ID: 13799-01<br>DESALES TRADING COMPANY, INC<br>609 TUCKER STREET<br>BURLINGTON NC 27215 |
| Creditor ID: 18099-01<br>DESERT LAND CRUISERS LLC<br>27548 WORLD COURT<br>DAPHNE AL 36532 | Creditor ID: 2532-01<br>DESERT VALLEY DATE INC<br>86 740 INDUSTRIAL WAY<br>COACHELLA CA 92236 | Creditor ID: 12582-01<br>DESHAZO CRANE COMPANY INC.<br>190 AIRPARK INDUSTRIAL ROAD<br>ALABASTER AL 35007 |
| Creditor ID: 7856-01<br>DESIGN AND SOURCE HOLDING COMPANY<br>99 HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 13800-01<br>DESIGN DISPLAY GROUP,INC<br>105 AMOR AVENUE<br>CARLSTADT NJ 07072 | Creditor ID: 13801-01<br>DESIGN GUILD<br>144 MERCHANDISE MART PLAZA<br>CHICAGO IL 60654 |
| Creditor ID: 10994-01<br>DESIGN INSTITUTE AMERICA<br>1416 PROGRESS AVENUE<br>HIGH POINT NC 27260 | Creditor ID: 4957-01<br>DESIGN MANUFACTURE DISTRIBUTION LLC<br>125 N MAIN STREET, SUITE 202<br>SAINT CHARLES MO 63301 | Creditor ID: 7857-01<br>DESIGN MARKETING<br>2980 SOUTH RIVER ROAD<br>DES PLAINES IL 60018 |
| Creditor ID: 13802-01<br>DESIGN MATERIALS CO., INC<br>9093 PHILLIPS HWY. STE. 301<br>JACKSONVILLE FL 32256 | Creditor ID: 18100-01<br>DESIGN MATERIALS INC<br>10498 EAST 49TH AVENUE<br>DENVER CO 80238 | Creditor ID: 14482-01<br>DESIGN TOSCANO, INC.<br>1400 MORSE AVE<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 4958-01<br>DESIGN TRENDS LLC.<br>650 S. ROYAL LANE STE. 100<br>COPPELL TX 75019 | Creditor ID: 2533-01<br>DESIGN WITHIN REACH<br>225 BUSH STREET 20TH FLOOR<br>SAN FRANCISCO CA 94104 | Creditor ID: 4959-01<br>DESIGNCAST SPECIALTIES<br>240 MACKINLAY KANTOR DRIVE<br>WEBSTER CITY IA 50595 |
| Creditor ID: 2534-01<br>DESIGNED 4 LIFE LLC<br>525 W 14TH ST<br>LONG BEACH CA 90813-1501 | Creditor ID: 10995-01<br>DESIGNER CERAMIC TILE INC<br>2608 CONEY ISLAND AVE<br>BROOKLYN NY 11223 | Creditor ID: 18383-01<br>DESIGNER GREETINGS<br>11 EXECUTIVE AVENUE<br>EDISON NJ 08817 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7858-01<br>DESIGNER TILE BY ANGELO<br>50 BRIGHTON 11TH ST<br>BROOKLYN NY 11235 | Creditor ID: 674-01<br>DESIGNER TILE STONE<br>115 NEWFIELD AVENUE SUITE C<br>EDISON NJ 08887 | Creditor ID: 18101-01<br>DESPATCH INDUSTRIES<br>8860 207TH STREET<br>WEST LAKEVILLE MN 55044 |
| Creditor ID: 14483-01<br>DESSO USA INC.<br>10 CORBIN DRIVE, FL 3<br>DARIEN CT 06820 | Creditor ID: 10996-01<br>DESTINATION XL GROUP, INC.<br>555 TURNPIKE ST.<br>CANTON MA 02021 | Creditor ID: 4960-01<br>DETERMINED PRODUCTIONS<br>2421 LARKSPUR LANDING CIRCLE<br>SAN RAFAEL CA 94939 |
| Creditor ID: 18102-01<br>DETRIE INTERNATIONAL INC.<br>4657 CASTANA DRIVE<br>CAMERON PARK CA 95682 | Creditor ID: 13803-01<br>DETROIT FORMING, INC.<br>131 FREY ROAD<br>SPARTANBURG SC 29301 | Creditor ID: 2535-01<br>DETROIT HEAVY TRUCK ENGINEERING LLC<br>26105 LANNYS ROAD, SUITE A<br>NOVI MI 48375 |
| Creditor ID: 2536-01<br>DEUTSCHE POST GLOBAL MAIL<br>301 VETERANS BLVD<br>RUTHERFORD NJ 07070 | Creditor ID: 14484-01<br>DEVEREAUX SAWMILL INC.<br>2872 NORTH HUBBARDSTON ROAD<br>PEWAMO MI 48873 | Creditor ID: 13804-01<br>DEVI'S SEAFOODS, INC.<br>14800 ST. MARY'S LANE, SUITE 205<br>HOUSTON TX 77079 |
| Creditor ID: 2537-01<br>DEVON IT INC ( KEATING )<br>1100 FIRST AVE<br>KING OF PRUSSIA PA 19406 | Creditor ID: 14485-01<br>DEWAN (U.S.A.)<br>668 S. AVE 61<br>LOS ANGELES CA 90042 | Creditor ID: 2399-01<br>DEWAN U S A<br>668 SOUTH AVENUE 61<br>LOS ANGELES CA 90042 |
| Creditor ID: 4962-01<br>DEWELL LOGISTICS LLC (ATLANTA)<br>3063 PEACHTREE INDUSTRIAL BLVD.<br>SUITE 210<br>DULUTH GA 30097 | Creditor ID: 14486-01<br>DEWIED INTERNATIONAL<br>5010 E. IH10<br>SAN ANTONIO TX 78219 | Creditor ID: 10997-01<br>DEWITT COMPANY<br>905 SOUTH KINSHIGHWAY<br>SIKESTON MO 63801 |
| Creditor ID: 18103-01<br>DEXTER FASHION INC<br>5 DEUTSCH LANE<br>EDISON NJ 08820 | Creditor ID: 18104-01<br>DEXTON LLC.<br>780 CHALLENGER ST<br>BREA CA 92821 | Creditor ID: 10998-01<br>DF YOUNG INC.<br>2855 COOLIDGE HIGHWAY SUITE 207<br>TROY MI 48084 |
| Creditor ID: 10245-01<br>DFEC ENTERPRISE INC<br>13951 CENTRAL AVE<br>CHINO CA 91710 | Creditor ID: 675-01<br>DFG BRANDS LLC<br>28 WEST 36TH STREET<br>NEW YORK NY 10018 | Creditor ID: 4963-01<br>DFI GROUP, INC.<br>11308 AURORA AVE., BLDG# 11<br>URBANDALE IA 50322 |
| Creditor ID: 676-01<br>DFS NORTH AMERICA<br>1580 FRANCISCO STREET<br>TOPRRANCE CA 90501 | Creditor ID: 4964-01<br>DFW GLASS & VASE WHOLESALE<br>1604 VANTAGE DRIVE<br>CARROLLTON TX 75006 | Creditor ID: 2538-01<br>DFW INTERIORS<br>11420 PLANO RD.<br>DALLAS TX 75243 |
| Creditor ID: 18105-01<br>DG INTERNATIONAL INC<br>821 CURTIS DRIVE<br>NASHVILLE TN 37207 | Creditor ID: 18106-01<br>DGI WORLDWIDE INC<br>25150 S METZLER PARK RD<br>ESTACADA OR 97023 | Creditor ID: 7859-01<br>DGX OCEAN/AIR FREIGHT, INC<br>1 CROSS PLAZA SUITE 120<br>ROSEDALE NY 11422 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18107-01<br>DHANRAJ<br>20615 MACK ST<br>HAYWARD CA 94545-1237 | Creditor ID: 4965-01<br>DHARMA FOOD INC<br>14 WEST DRIVE<br>EDISON NJ 08820 | Creditor ID: 14487-01<br>DHC TRANSPORTATION<br>33 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55440 |
| Creditor ID: 4966-01<br>DHI ACQUISITION CORP.,<br>D/B/A TODAY'S DESIGN HOUSE<br>5205 W. DONGES BAY ROAD<br>MEQUON WI 53092 | Creditor ID: 677-01<br>DHI AMERICA CORP<br>8 YORK AVE<br>WEST CALDWELL NJ 07006 | Creditor ID: 13805-01<br>DHI CORP. DBA TODAY'S DESIGN HOUSE<br>5205 WEST DONGES BAY ROAD<br>MEQUON WI 53092 |
| Creditor ID: 13806-01<br>DHS SYSTEMS, LLC<br>5855 ENDEAVOR WAY<br>TANNER AL 35671 | Creditor ID: 4967-01<br>DI BRUNO BROTHERS<br>1172-74 SOUTH BROAD ST.<br>PHILADELPHIA PA 19146 | Creditor ID: 16996-01<br>DIABLO VALLEY PACKAGING<br>2373 NORTH WATNEY WAY<br>FAIRFIELD CA 94533 |
| Creditor ID: 11233-01<br>DIADE USA INC<br>1004 EAGLE LAKE DRIVE<br>LAWRENCEBURG KY 40342 | Creditor ID: 14488-01<br>DIAMOND "A" SALES COMPANY<br>3449 S. AVE 52E<br>ROLL AZ 85347 | Creditor ID: 11234-01<br>DIAMOND A<br>450 CORRAL DE TIERRA RD<br>SALINAS CA 93959 |
| Creditor ID: 11235-01<br>DIAMOND BILLIARD PRODUCTS INC.<br>4700 NEW MIDDLE ROAD<br>JEFFERSONVILLE IN 47130 | Creditor ID: 14045-01<br>DIAMOND COMIC DISTRIBUTORS<br>1966 GREENSPRING DR. STE 300<br>TIMONIUM MD 21093-4161 | Creditor ID: 4968-01<br>DIAMOND DIAGNOSTICS INC.<br>333 FISKE STREET<br>HOLLISTON MA 01746 |
| Creditor ID: 14046-01<br>DIAMOND ELECTRIC CORPORATION<br>110 RESEARCH PARK<br>DUNDEE MI 48131 | Creditor ID: 678-01<br>DIAMOND ELECTRIC MFG. CORPORATION<br>ROUTE 62 ELEANOR INDUSTRIAL PARK<br>ELEANOR WV 25070 | Creditor ID: 2539-01<br>DIAMOND EXPORT CO.DIVISION OF J.C.HAMER INC.<br>P.O.BOX 367<br>ALBANY OH 45710-0367 |
| Creditor ID: 2540-01<br>DIAMOND FOODS, INC<br>1050 SOUTH DIAMOND STREET<br>STOCKTON CA 95205 | Creditor ID: 11236-01<br>DIAMOND MOWERS INC.<br>27134 PARKLANE DRIVE<br>SIOUX FALLS SD 57106 | Creditor ID: 14047-01<br>DIAMOND PET FOODS<br>4TH ST & OLIVE ST<br>META MO 65058 |
| Creditor ID: 11237-01<br>DIAMOND SEAFOOD LLC<br>805 WEST DUARTE ROAD, SUITE # 103B<br>ARCADIA CA 91007 | Creditor ID: 7860-01<br>DIAMOND STORAGE CONCEPTS LLC<br>5130 W. PATRICK LANE<br>LAS VEGAS NV 89118 | Creditor ID: 679-01<br>DIAMOND TEXTILES USA, LLC<br>924 BERGEN AVE<br>JERSEY CITY NJ 07306 |
| Creditor ID: 10246-01<br>DIAMOND TROPICAL HARDWOODS<br>220 NORTH MAIN STREET<br>SLLERSVILLE PA 18960 | Creditor ID: 7861-01<br>DIAMOND V MILLS, INC.<br>436 G AVENUE NW<br>CEDAR RAPIDS IA 52405 | Creditor ID: 2541-01<br>DIAMOND V MILLS, INC.<br>838 FIRST STREET NW<br>CEDAR RAPIDS IA 52407 |
| Creditor ID: 4969-01<br>DIAMOND V MILLS, INC.<br>2575 60TH AVENUE SW<br>CEDAR RAPIDS IA 52404 | Creditor ID: 2542-01<br>DIAMOND WALNUT GROWERS<br>1050 SO. DIAMOND STREET<br>STOCKTON CA 95205 | Creditor ID: 4970-01<br>DIAMOND WIPES INTERNATIONAL<br>4200 E MISSIONS BLVD<br>ONTARIO CA 91761 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 14489-01
DIAMOND WORLDWIDE RELOCATION INC.
1944 HENDERSONVILLE ROAD BLDG C-1
ASHEVILLE NC 28803

Creditor ID: 18108-01
DICASTAL NORTH AMERICA, INC.
1 SOLAR PARKWAY
GREENVILLE MI 48838

Creditor ID: 14048-01
DICK'S INTERNATIONAL SOURCING
HOLDINGS LTD (DISH)
345 COURT STREET
CORAOPOLIS PA 15108

Creditor ID: 680-01
DICK'S SPORTING GOODS
159 PAINER ROAD
SMITHTON NY 15479

Creditor ID: 14490-01
DICK'S SPORTING GOODS
345 COURT STREET
CORAOPOLIS PA 15108

Creditor ID: 7185-01
DICK'S SPORTING GOODS
655 SOUTH PERRY RD
PLAINFIELD IN 46168

Creditor ID: 11238-01
DIEGO RASO CABANILLAS
9890 WASHINGTONIAN BLVD.
GAITHERSBURG MD 20878

Creditor ID: 18109-01
DIESSE TILE WHOLESALES
659 MARKET ST.
NEWARK NJ 07105

Creditor ID: 18110-01
DIETERLE & VICTORY INT'L TRANSPORT CO., INC.
42B HACKENSACK AVE.
SOUTH KEARNY NJ 07032

Creditor ID: 14049-01
DIF INC.
301 BYERS AVENUE
EULESS TX 76039

Creditor ID: 2543-01
DIGITAL AGE TECHNOLOGY INC
1941 S. VINEYARD AVE. UNT #6
ONTARIO CA 91761

Creditor ID: 14491-01
DIGITAL APPLICATIONS
5320 LEMAY FERRY ROAD
SAINT LOUIS MO 63129

Creditor ID: 14492-01
DIGITAL FILM
32 BRUNSWICK AVENUE
EDISON NJ 08817

Creditor ID: 7862-01
DIGITAL SUPPLIES INTL
520 WEST 31TH STREET
CHATTANOOGA TN 37410

Creditor ID: 4971-01
DIGITECH AMERICA
635 N. MAIN ST
ORANGE CA 92868

Creditor ID: 4972-01
DIGIZOOM INC
1530 SILVER RAIN DR.
DIAMOND BAR CA 91765

Creditor ID: 681-01
DILLARD'S DEPARTMENT STORE
4501 N. BEACH STREET
FT. WORTH TX 76137

Creditor ID: 7863-01
DILLARD'S GILBERT DC
396 N. WILLIAN DILLARD DRIVE
SANTA FE SPRINGS CA 90670

Creditor ID: 682-01
DIMEX CONS. INC
12966 EUCLID STREET, STE 250D
GARDEN GROVE CA 92840

Creditor ID: 9368-01
DINAS CORPORATION
104-46 DUNKIRK STREET
JAMAICA NY 11413

Creditor ID: 11239-01
DINSDALE FARM
57673 FORT ROCK RD
SILVER LAKE OR 97638

Creditor ID: 14493-01
DINSDALE FARMS
HC 84 P.O. BOX 130
SILVER LAKE OR 97638

Creditor ID: 4973-01
DIONYSOS IMPORTS INC.
11581 ROBERTSON DRIVE SUITE 101
MANASSAS VA 20109

Creditor ID: 683-01
DIONYSUS WINE DISTRIBUTORS, LLC
3216 WELLINGTON CT, SUITE D
RALEIGH NC 27615

Creditor ID: 12583-01
DIRECT BELLAIRE CORPORATION
11814 BELLAIRE BLVD. SUITE B
HOUSTON TX 77072

Creditor ID: 14494-01
DIRECT CABINET SALES, INC
180 HERROD BLVD
DAYTON NJ 08810

Creditor ID: 684-01
DIRECT CONTAINER LINE INC.
300 MIDDLESEX AVENUE
CARTERET NJ 07008

Creditor ID: 2544-01
DIRECT CONTRACT FURNITURE, INC.
503 SOMERSET COURT
PRINCETON NJ 08504

Creditor ID: 18111-01
DIRECT DISTRIBUTORS INC.
578 LOWELL MILL ROAD
SELMA NC 27576

Creditor ID: 685-01
DIRECT GAMING INTERNATIONAL
2116 E. WALNUT AVE #A
FULLERTON CA 92831

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4974-01<br>DIRECT N-PAKT, INC.<br>6140 HWY 6, STE. 167<br>MISSOURI CITY TX 77459 | Creditor ID: 4975-01<br>DIRECT PACK INC.<br>1025 W. 8TH STREET<br>AZUSA CA 91702 | Creditor ID: 4976-01<br>DIRECT SCAFFOLD SUPPLY, LP<br>5602 ARMOUR DRIVE<br>HOUSTON TX 77020 |
| Creditor ID: 2545-01<br>DIRECT SOURCE SEAFOOD<br>16662 NE 121ST STREET<br>REDMOND WA 98052 | Creditor ID: 7864-01<br>DIRECT STAGING & SEATING, LP<br>6059 SOUTH LOOP EAST<br>HOUSTON TX 77087 | Creditor ID: 2546-01<br>DIRECT TIRE LLC<br>4091 HELENA RD.<br>HELENA AL 35080 |
| Creditor ID: 11240-01<br>DIRECTOR ASIA PACIFIC AND LATIN AMERICA<br>21023 MAIN STREET, UNIT A<br>CARSON CA 90745 | Creditor ID: 687-01<br>DIRECTUS USA, INC<br>26499 RANCHO PARKWAY SOUTH<br>LAKE FORST CA 92630 | Creditor ID: 7865-01<br>DIRECTV, INC<br>161 INVERNESS DRIVE WEST<br>ENGLEWOOD CO 80112 |
| Creditor ID: 18112-01<br>DIRECTV, LLC<br>2230 E. IMPERIAL HWY<br>EL SEGUNDO CA 90245 | Creditor ID: 2547-01<br>DISCFARM CORP.<br>125 KLUG CIRCLE<br>CORONA CA 92880 | Creditor ID: 2548-01<br>DISCOUNT CLEAR PACK<br>800 S. ROCK BLVD.<br>RENO NV 89502 |
| Creditor ID: 12584-01<br>DISCOVER GROUP<br>2741 WEST 23RD ST<br>BROOKLYN NY 11224 | Creditor ID: 18114-01<br>DISCOVER WITH DR. COOL<br>621 MORTON ST<br>ASHLAND OR 97520 | Creditor ID: 11241-01<br>DISCUS DENTAL<br>1700A SOUTH BAKER AVENUE<br>ONTARIO CA 91761 |
| Creditor ID: 2549-01<br>DISNEY AUCTIONS L.L.C.<br>3805 FURMAN L. FENDLEY HWY.<br>JONESVILLE SC 29353 | Creditor ID: 4977-01<br>DISNEY CRUISE LINE<br>210 CELEBRATION PL<br>CELEBRATION FL 34747 | Creditor ID: 14050-01<br>DISNEY DIRECT MARKETING SERVICE, INC.<br>3805 FURMAN L. FENDLEY HWY<br>JONESVILLE SC 29535 |
| Creditor ID: 2550-01<br>DISNEY PARKS SUPPLY CHAIN MANAGEMENT<br>200 CELEBRATION PLACE, SUITE 103<br>CELEBRATION FL 34747 | Creditor ID: 14051-01<br>DISNEY SHOPPING INC.<br>500 S. BUENA VISTA STREET<br>BURBANK CA 91521 | Creditor ID: 4766-01<br>DISNEY SHOPPING, INC.<br>3805 FURMAN L. FENDLEY HWY.<br>JONESVILLE SC 29353 |
| Creditor ID: 688-01<br>DISNEY THEME PARK MERCHANDISE<br>DISTRIBTUION CENTER BLDG 100<br>1020 W. BALL ROAD<br>ANAHEIM CA 92803 | Creditor ID: 11242-01<br>DISNEY THEME PARK MERCHANDISE<br>PO BOX 10000<br>LAKE BUENA VISTA FL 32830 | Creditor ID: 18115-01<br>DISNEY WORLDWIDE SERVICES, INC.<br>500 SOUTH BUENA VISTA STREET<br>BURBANK CA 91521-7272 |
| Creditor ID: 2551-01<br>DISNEYLAND AND AFFILIATES<br>500 S. BUENA VISTA STREET<br>BURBANK CA 91521 | Creditor ID: 14052-01<br>DISNEYLAND MERCHANDISE<br>1020 W BALL RD<br>ANAHEIM CA 92802 | Creditor ID: 4978-01<br>DISNEYLAND RESORTS<br>IMPORTING DISTRIBUTION CENTER<br>1020 W BALL RD BLDG 100<br>ANAHEIM CA 92802-1804 |
| Creditor ID: 4979-01<br>DISPOZABLES LLC<br>14 BOND STREET<br>GREAT NECK NY 11021 | Creditor ID: 2552-01<br>DISTILLERIE STOCK USA LTD<br>58-58 LAUREL HILL ROAD<br>WOODSIDE NY 11377 | Creditor ID: 4810-01<br>DISTINCT DESIGN LLC<br>23 WEST DIAMOND AVENUE<br>GAITHERSBURGH MD 20877 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 2553-01
DISTINCTION CARGO MANAGEMENT INC
JFK INTERNATIONAL AIRPORT
SUITE#255 CARGO BLDG 9
JAMAICA NY 11430

Creditor ID: 14495-01
DISTINCTIVE WINE & SPIRITS
271 SOUTH WESTERN AVENUE
CHICAGO IL 60608

Creditor ID: 7866-01
DISTRIBUTION CENTER
12940 PROSPERITY AVENUE
BECKER MN 55308

Creditor ID: 11243-01
DISTRIBUTION CENTERS OF MINNESOTA
600 30TH AVENUE NE
MINNEAPOLIS MN 55418

Creditor ID: 7867-01
DISTRIBUTION FULFILLMENT SERVICES, INC.
6600 ALUM CREEK DRIVE
GROVEPORT OH 43125

Creditor ID: 14053-01
DISTRIBUTION TRANSPORTATION SERVICES
827 WEST TERRA LANE
O'FALLON MO 63366

Creditor ID: 14496-01
DITTO TRANSFER INC.
6303 CORSAIR STREET
COMMERCE CA 90040

Creditor ID: 11244-01
DIVA ACQUISITION CORP
52-16 BARNETT AVENUE
LONG ISLAND CITY NY 11104

Creditor ID: 11245-01
DIVATEX HOME FASHIONS INC.
295 5TH AVENUE
NEW YORK NY 10016

Creditor ID: 14497-01
DIVATEX HOME FASHIONS, INC.
795 FIFTH AVE., STE. 515
NEW YORK NY 10001

Creditor ID: 4980-01
DIVERSE COLLECTION LLC
1232 STANDFORD ST. UNIT #10
SANTA MONICA CA 90404

Creditor ID: 14054-01
DIVERSEY
8310 16TH STREET
STURTEVANT WI 53177

Creditor ID: 2554-01
DIVERSIFIED CITRUS MARKETING
PO BOX 658
LAKE HAMILTON FL 33851

Creditor ID: 14055-01
DIVERSIFIED COATINGS SYSTEMS
309 ECHELON ROAD
GREENVILLE SC 29605

Creditor ID: 7868-01
DIVERSIFIED FOODS & SEASONINGS.
109 HIGHWAY 1085
MADISONVILLE LA 70477

Creditor ID: 7869-01
DIVERSIFIED MARINE
1801 N MARINE DRIVE
PORTLAND OR 97217

Creditor ID: 12585-01
DIVERSIFIED METAL DISTRIBUTORS
213 ST. CLAIR STE 101
FRANKFORT KY 40601

Creditor ID: 2555-01
DIVERSIFIED PRODUCTS SUPPLY INC
20 CONCORD DRIVE
MONSEY NY 10952

Creditor ID: 14056-01
DIVERSIFIED WELL LOGGING
711 WEST 10TH ST
RESERVE LA 70084

Creditor ID: 2556-01
DIVERSITECH CORPORATION
6650 SUGARLOAF PKWY #100
DULUTH GA 30097

Creditor ID: 18116-01
DIVINE INTEGRATED SERVICES LLC
138 SOUTH ARLINGTON AVENUE
EAST ORANGE NJ 07018

Creditor ID: 18117-01
DIXIE CHEMICAL COMPANY, INC.
10601 BAY AREA BLVD
PASADENA TX 77057

Creditor ID: 11246-01
DIXIE CONSUMER PRODUCTS LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 11247-01
DIXIE PULP & PAPER
1330 COMMERCE DRIVE,
TUSCALOOSA AL 35401

Creditor ID: 11248-01
DIXON HAY CO.,INC.
(FORMERLY SEIRYO CORPORATION)
8555 ROBBEN ROAD
DIXON CA 95821

Creditor ID: 2557-01
DJA  IMPORT LTD.
1672 E 233RD STREET
BRONX NY 10466

Creditor ID: 2558-01
DK DESIGNS
601 TAYLOR AVENUE
HIGH POINT NC 27260

Creditor ID: 14057-01
DK STEEL, INC
3665 SWIFTWATER PARK DR STE 304
SUWANEE GA 30024

Creditor ID: 4981-01
DKORAM, INC.
102 SO. MAPLE STREET
ABERDEEN WA 98520

Creditor ID: 10247-01
DLF INTERNATIONAL INC.
5820 1ST STREET SW
VERO BEACH FL 32968

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18118-01<br>DLF INTERNATIONAL SEEDS<br>175 WEST H STREET<br>HALSEY OR 97348 | Creditor ID: 11250-01<br>DLH NORDISK, INC.<br>2307 WEST CONE BOULEVARD, SUITE 200<br>GREENSBORO NC 27408 | Creditor ID: 2559-01<br>DLS LOGISTICS INC.<br>801 SOUTH GARFIELD AVE SUITE 239<br>ALHAMBRA CA 91801 |
| Creditor ID: 18119-01<br>DLS LOGISTICS SERVICE LLC<br>11120 S. HINDRY AVE SUITE A<br>LOS ANGELES CA 90045 | Creditor ID: 11251-01<br>DM LIVERMORE INC.<br>29310 UNION CITY BLVD<br>UNION CITY CA 94587 | Creditor ID: 7870-01<br>DM MARKETING LLC<br>1356 HWY D<br>BLAND MO 65014 |
| Creditor ID: 689-01<br>DMAX, LTD.<br>3100 DRYDEN ROAD<br>MORAINE OH 45439 | Creditor ID: 18384-01<br>DMG DELMAC MACHINERY GROUP<br>4322 PIEDMONT PARKWAY<br>GREENSBORO NC 27410 | Creditor ID: 2561-01<br>DMH INC<br>319 HIGHWAY 70 EAST BYPASS<br>DURHAM NC 27703 |
| Creditor ID: 2562-01<br>DMI<br>86 N. MAIN STREET<br>WHARTON NJ 07885 | Creditor ID: 4982-01<br>DMS STORE FIXTURESLLC<br>2828 CHARTER ROAD<br>PHILADELPHIA PA 19154 | Creditor ID: 7871-01<br>DNC FRESH (USA) INC.<br>201 W. GARVEY AVE. SUITE 102<br>MONTEREY PARK CA 91754 |
| Creditor ID: 690-01<br>DNE INTERNATIONAL SALES<br>111 SOUTH CURT ST., SUITE 208<br>VISALIA CA 93921 | Creditor ID: 18120-01<br>DNE SALES CORP.<br>1900 OLD DIXIE HIGHWAY<br>FORT PIERCE FL 34946 | Creditor ID: 691-01<br>DNE SALES INTERNATIONAL, INC<br>1900 OLD DIXIE HWY<br>FORT PIERCE FL 34946-1423 |
| Creditor ID: 692-01<br>DNE WORLD FRUIT SALES<br>2220 EASTRIDGE AVE, SUITE G<br>RIVERSIDE CA 92507 | Creditor ID: 10248-01<br>DNE WORLD FRUITS SALES<br>1900 OLD DIXIE HWY<br>FORT PIERCE FL 34946 | Creditor ID: 4983-01<br>DNI GROUP<br>9 COMMERCIAL BLVD., SUITE # 210<br>NOVATO CA 94949 |
| Creditor ID: 4984-01<br>DNP INTERNATIONAL CO. LTD<br>12802 LEFFINGWELL AVE. BLDG E<br>SANTA FE SPRING CA 90670 | Creditor ID: 2563-01<br>DO IT BEST CORPORATION<br>6502 NELSON RD.<br>FORT WAYNE IN 46803 | Creditor ID: 693-01<br>DODGER INDUSTRIES - RI<br>1104 HIGHWAY 421 NORTH<br>CLINTON NC 20320 |
| Creditor ID: 12586-01<br>DOK CORPORATION<br>10322 EAST RUSH ST. STE 101<br>SOUTH EL MONTE CA 91733 | Creditor ID: 7872-01<br>DOKA USA LTD<br>214 GATES ROAD<br>LITTLE FERRY NJ 07643 | Creditor ID: 14498-01<br>DOLAN DESIGNS / A-BOY SUPPLY<br>2730 NW FRONT<br>PORTLAND OR 97210 |
| Creditor ID: 18219-01<br>DOLAN NORTHWEST LLC DBA GLOBE LIGHTING<br>1919 NW 19TH ST<br>PORTLAND OR 97209 | Creditor ID: 4985-01<br>DOLCE VITA FOOTWEAR, INC.<br>506 2ND AVENUE, SUITE 2000<br>SEATTLE WA 98104 | Creditor ID: 14058-01<br>DOLE FOOD COMPANY, INC.<br>ONE DOLE DRIVE<br>WESTLAKE VILLAGE CA 91362-7300 |
| Creditor ID: 4986-01<br>DOLLAR EMPIRE<br>4423 E. BANDINI BLVD.<br>VERNON CA 90023 | Creditor ID: 18220-01<br>DOLLAR GENERAL<br>100 MISSION RIDGE<br>GOODLETTSVILLE TN 37072 | Creditor ID: 7873-01<br>DOLLAR TREE DISTRIBUTION, INC.<br>500 VOLVO PARKWAY<br>CHESAPEAKE VA 23320 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14059-01<br>DOLLAR TREE SOURCING<br>500 VOLVO PARKWAY<br>CHESAPEAKE VA 23320 | Creditor ID: 7874-01<br>DOLLAR TREE STORES INC.<br>500 VOLVO PARKWAY<br>CHESAPEAKE VA 23320 | Creditor ID: 14499-01<br>DOLLIFF CO INC<br>395 MAVERICK ST<br>EAST BOSTON MA 02128 |
| Creditor ID: 2564-01<br>DOLNICK FURNITURE COMPANY<br>12120 SAINT CHARLES ROCK RD.<br>BRIDGETON MO 63044 | Creditor ID: 18418-01<br>DOLNICK FURNITURE COMPANY<br>11625 FAIRGROVE INDUSTRIAL<br>MARYLAND HEIGHTS MO 63043 | Creditor ID: 694-01<br>DOLPHIN SHIPPING & TRADING<br>581B NORTH CENTRAL AVENUE SUITE 4<br>ATLANTA GA 30354 |
| Creditor ID: 14500-01<br>DOMETIC CORPORATION, THE<br>509 S. POPLAR STREET<br>LAGRANGE IN 46761 | Creditor ID: 14060-01<br>DOMEX SUPER FRESH GROWER<br>151 LOW ROAD<br>YAKIMA WA 98908 | Creditor ID: 14061-01<br>DOMINION FIBER TECHNOLOGIES, INC.<br>4590 VAWTER AVE<br>RICHMOND VA 23222 |
| Creditor ID: 2565-01<br>DOMINIUM CITRUS & DRUG LTD.<br>165 THE QUEENSWAY ROOM 304<br>TOBICOKE ON M8Y 1H8<br>CANADA | Creditor ID: 7875-01<br>DOMODO INTERNATIONAL CORP.<br>960 S VILLAGE OAKS DRIVE SUITE B<br>COVINA CA 91724 | Creditor ID: 7876-01<br>DOMTAR PAPER COMPANY, LLC.<br>100 KINGSLEY PARK DRIVE<br>FORT MILL SC 29715 |
| Creditor ID: 7877-01<br>DOMUS VENTURES AMERICA, LLC<br>2019 BREVARD ROAD<br>HIGH POINT NC 27263 | Creditor ID: 7878-01<br>DONALD CRESANTI<br>4065 HIGH POINT ROAD<br>WINSTON  SALEM NC 27107 | Creditor ID: 14501-01<br>DONGAH AMERICA<br>24500 NORTH LINE ROAD<br>TAYLOR MI 48180 |
| Creditor ID: 14062-01<br>DONGBU DAEWOO ELECTRONICS AMERICA INC.<br>65 CHALLENGER RD #360<br>RIDGEFIELD PARK NJ 07660 | Creditor ID: 18221-01<br>DONGBU USA INC.<br>19191 S. VERMONT AVE.<br>TORRANCE CA 90502 | Creditor ID: 11252-01<br>DONGSHENG FOODS USA, INC.<br>355 W.OLIVE AVENUE, SUITE 206<br>SUNNYVALE CA 94086 |
| Creditor ID: 7879-01<br>DONGWHA USA INC<br>7000 SW HAMPTON ST STE 205<br>TIGARD OR 97223 | Creditor ID: 2566-01<br>DONN ALLOY INC.<br>10704 INEZ ST<br>WHITTIER CA 90605 | Creditor ID: 18222-01<br>DON'S CARPET ONE<br>1465 GADSEN HIGHWAY<br>BIRMINGHAM AL 35235 |
| Creditor ID: 2400-01<br>DON'S MOBILE GLASS INC<br>240 BUNKER AVE<br>MODESTO CA 95351-3910 | Creditor ID: 4987-01<br>DOOLEY TACKABERRY<br>1515 WEST 13TH STREET<br>DEER PARK TX 77536 | Creditor ID: 4988-01<br>DOOLITTLE DISTRIBUTING INC.<br>9736 LEGLER ROAD<br>LENEXA KS 66219 |
| Creditor ID: 14502-01<br>DOOSAN INDUSTRIAL VEHICLE AMERICA CORP.<br>4350 RENAISSANCE PARKWAY<br>WARRENSVILLE HEIGHTS OH 44128 | Creditor ID: 11253-01<br>DOOSAN INFRACORE AMERICA CORPORATION<br>19 CHAPIN ROAD<br>PINE BROOK NJ 07058 | Creditor ID: 14503-01<br>DOOSAN INFRACORE CONSTRUCTION EQUIPMENT<br>2905 SHAWNEE INDUSTRIAL WAY<br>SUWANEE GA 30024 |
| Creditor ID: 7880-01<br>DOPPELMAYR CTEC INC<br>3160 WEST 50 SOUTH<br>SALT LAKE CITY UT 84104 | Creditor ID: 11254-01<br>DORAL TILES LLC<br>3131 NW 79 AVE. SUITE 1<br>DORAL FL 33122 | Creditor ID: 4989-01<br>DOREL ASIA<br>DOREL JUVENILE WAREHOUSE,<br>13405 MARLEY<br>FONTANA CA 92337 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14063-01<br>DOREL ASIA INC.<br>410 EAST FIRST STREET SOUTH<br>WRIGHT CITY MO 63390 | Creditor ID: 14504-01<br>DOREL ASIA INC-DISTRIBUTION<br>5400 SHEA CENTER DRIVE<br>ONTARIO CA 91761 | Creditor ID: 19031-97<br>DOREL INDUSTRIES, INC.<br>C/O SCHIFF HARDIN LLP<br>LOUIS T DELUCIA, ALYSON M FIEDLER<br>666 FIFTH AVENUE, 17TH FL<br>NEW YORK NY 10103 |
| Creditor ID: 4990-01<br>DOREL JUVENILE GROUP<br>2525 STATE ST<br>COLUMBUS IN 47201-7494 | Creditor ID: 14064-01<br>DOREL SPORTS GROUP USA LLC<br>1 CANNONDALE WAY, WILTON, CT 06897<br>WILTON CT 06897 | Creditor ID: 2567-01<br>DORELL FABRICS COMPANY<br>4900 E. DISTRICT BLVD<br>LOS ANGELES CA 90058 |
| Creditor ID: 3069-01<br>DORFMAN PACIFIC CO.,INC.<br>2615 BOEING WAY<br>STOCKTON CA 95206 | Creditor ID: 14505-01<br>DORMAN PRODUCTS INC.<br>3400 E. WALNUT ST.<br>COLMAR PA 18915 | Creditor ID: 14065-01<br>DORSING SEEDS<br>P O BOX 2552<br>NYSSA OR 97913 |
| Creditor ID: 18223-01<br>DOTHAN INDUSTRIES<br>408 E. NEWTON ST<br>DOTHAN AL 36303 | Creditor ID: 11255-01<br>DOTTA FOODS LLC<br>655 DEEP VALLEY DR. #308<br>ROLLING HILLS ESTATES CA 90274 | Creditor ID: 14066-01<br>DOUBLE DRAGON INC. - (DBA) DDI, INC.<br>221 W 9TH ST<br>DUBLIQUE IA 52001 |
| Creditor ID: 4991-01<br>DOUBLE E FOODS, LLC.<br>801 SOUTH FIDALGO STREET, SUITE 100<br>SEATTLE WA 98108-2617 | Creditor ID: 7186-01<br>DOUBLE POWER TECHNOLOGY INC.<br>1845 S. VINEYARD AVE. STE. 4<br>ONTARIO CA 91761 | Creditor ID: 695-01<br>DOUGLAS POLANER SELECTIONS<br>19 NORTH MOGER AVE.SUITE B<br>MOUNT KISCO NY 10549 |
| Creditor ID: 3070-01<br>DOUGLAS STEPHEN PLASTICS, INC<br>2236 GREEN STREET PO.BOX 2775<br>PATERSON NJ 07509 | Creditor ID: 11256-01<br>DOVEX EXPORT COMPANY<br>1705 N. MILLER<br>WENATCHEE WA 98801 | Creditor ID: 11257-01<br>DOVEX MARKETING CO.<br>2833 EUCLID AVENUE<br>WENATCHEE WA 98801 |
| Creditor ID: 4811-01<br>DOW AGROSCIENCES<br>1000 BUILDING DRY FLOWABLES PLANT<br>MIDLAND MI 48667 | Creditor ID: 696-01<br>DOW CHEMICAL COMPANY<br>2020 DOW CENTER<br>MIDLAND MI 48674 | Creditor ID: 14506-01<br>DOW CHEMICAL USA<br>CONTINENTAL OPERATIONS I-55 &<br>ARSENAL RD-BLDG 209  CHANNAHON IL 60410 |
| Creditor ID: 4992-01<br>DOWN DECOR<br>1910 SOUTH STREET<br>CINCINNATI OH 45204 | Creditor ID: 697-01<br>DOWN INC<br>635 EVERGREEN SE<br>GRAND RAPIDS MI 49507 | Creditor ID: 18224-01<br>DOWN LITE INTERNATIONAL<br>8153 DUKE BOULEVARD<br>MASON OH 45040 |
| Creditor ID: 7187-01<br>DOWNHOLE PIPE & EQUIPMENT INC.<br>10231 BELKNAP ROAD, PO BOX 845<br>SUGAR LAND TX 77478 | Creditor ID: 698-01<br>DOYLE GERLACH<br>4 ENTERPRISE COURT<br>SEWELL NJ 08080 | Creditor ID: 7881-01<br>DOYNA LTD.<br>473 WORTMAN AVE, 2ND FL, SUITE 3B<br>BROOKLYN NY 11208 |
| Creditor ID: 14067-01<br>DPC CONSTRUCTION CORP.<br>102-03 187TH STREET<br>QUEENS NY 11423 | Creditor ID: 18225-01<br>DPI, INC.<br>900 N. 23RD STREET<br>ST. LOUIS MO 63106 | Creditor ID: 3071-01<br>DPOL SYSTEMS LLC<br>2012 E UNION AVE<br>FULLERTON CA 92831 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7882-01
DPU LLC
11520 SEOLA BEACH DRIVE SW
SEATTLE WA 98146

Creditor ID: 699-01
DR FRESH INC.
6645 CABALLERO BLVD.
BUENA PARK CA 90620

Creditor ID: 700-01
DR. AZFAR AHMAD SIDDIQUI
26065 74TH AVE.
PEORIA AZ 85383

Creditor ID: 7883-01
DR. BRONNER'S MAGIC SOAPS
1335 PARK CENTER DRIVE
VISTA CA 92081

Creditor ID: 701-01
DR. MARTENS AIRWAIR USA LLC.
3627 NORTH ANCHOR STREET
PORTLAND OR 97217

Creditor ID: 702-01
DR. PEPPER ( 7UP MANUFACTURING CO.)
5301 LEGACY DRIVE
PLANO TX 75024

Creditor ID: 703-01
DR. SCHAR USA INC.
1050 WALL STREET WEST, SUITE 203
LYNDHURST NJ 07071

Creditor ID: 18226-01
DRACHENBERG TRADING COMPANY
7211 78TH STREET
LUBBOCK TX 79424

Creditor ID: 4993-01
DRACO OVERSEAS CO., LTD.
60 MARKET SQUARE
P.O. BOX 364
BELIZE CITY
BELIZE

Creditor ID: 4994-01
DRAGADOS USA., INC.  THE JV
29-85 NORTHEN BLVD.
LONG ISLAND CITY NY 11101

Creditor ID: 4995-01
DRAGON BRIDGES INCORPORATED
61 RUDDSBORO ROAD
ETNA NH 03750

Creditor ID: 12587-01
DRAGON ENTERPRISES
5604 173RD AVE SE
BELLEVUE WA 98006-5950

Creditor ID: 18227-01
DRAGONBERRY
11517 SE HIGHWAY 212
CLACKAMAS OR 97015

Creditor ID: 18228-01
DRAPER KNITTING COMPANY INC.
28 DRAPPER LANE
CANTON MA 02021

Creditor ID: 18229-01
DRB AMERICA, INC.
13040 MOORE STREET
CERRITOS CA 90703

Creditor ID: 7884-01
DREAM WORLD TOYS INC
10221 BASKERVILLE AVENUE
CHARLOTTE NC 28269

Creditor ID: 14507-01
DREAMER DESIGN & MARKETING
504 SOUTH 2ND AVE
YAKIMA WA 98902

Creditor ID: 12588-01
DREAMLAND TRADING INC.
3040 4TH AVENUE
MINNEAPOLIS MN 55408

Creditor ID: 704-01
DREAMTIME INC.
1115 THOMPSON AVE. #5
SANTA CRUZ CA 95062

Creditor ID: 3072-01
DREAMWAVE LLC.
34 W 33RD STREET 2ND FLOOR
NEW YORK NY 10001

Creditor ID: 705-01
DRESS BARN INC
30 DUNNIGAN DRIVE
SUFFREN NY 10901

Creditor ID: 11258-01
DRESSER INC. (DRESSER ROOTS CONNERSVILLE)
900 WEST MOUNT STREET
CONNERSVILLE IN 47331

Creditor ID: 14068-01
DRESSER INC. (DRESSER WAUKESHA)
1101 WEST ST. PAUL AVENUE
WAUKESHA WI 53188

Creditor ID: 706-01
DREW MARINE USA INC.
100 SOUTH JEFFERSON ROAD, SUITE 204
WHIPPANY NJ 07981

Creditor ID: 7885-01
DREXEL CHEMICAL CO., LTD.
1700 CHANNEL AVE.
MEMPHIS TN 38113

Creditor ID: 14508-01
DREXEL HERITAGE
600 CAUSBY RD.
MORGANTON NC 28655

Creditor ID: 18230-01
DREXEL HERITAGE FURNITURE INDUSTRIES
401 EAST MAIN STREET
A DIVISION OF HDM FURNITURE
INDUSTRIES, INC.
THOMASVILLE NC 27361

Creditor ID: 18231-01
DREYFUS ASBHY INC
60 EAST 42ND ST RM 1901
NEW YORK NY 10165

Creditor ID: 4996-01
DRILLING STRUCTURES INTERNATIONAL INC.
2431 KELLY LN.
HOUSTON TX 77066

Creditor ID: 2401-01
DRIVE MEDICAL DESIGN & MFG.
99 SEAVIEW BLVD
PORT WASHINGTON NY 11050

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14509-01<br>DRS IND. INC.<br>220 PASSAIC STREET<br>PASSAIC NJ 07055 | Creditor ID: 7886-01<br>DRT INTERNATIONAL<br>1940 NW 82ND AVE # 1944<br>DORAL FL 33126-1044 | Creditor ID: 4997-01<br>DRYDOCK FOOTWEAR<br>1895 J W FOSTER BOULEVARD<br>CANTON MA 02021 |
| Creditor ID: 3073-01<br>DS  GLOBAL LINK LLC<br>36 WEST CEDAR ST<br>LIVINGSTON NJ 07039 | Creditor ID: 2402-01<br>DS INTERNATIONAL TRADERS LLC<br>2043 IMPERIAL STREET<br>LOS ANGELES CA 90021 | Creditor ID: 14069-01<br>DSI INTERNATIONAL INC.<br>910 BERGEN AVE., # 204C<br>JERSEY CITY NJ 07306 |
| Creditor ID: 11259-01<br>D'SILVA FARM PRODUCTS, LLC<br>7462 LATERAL  'A'  WAPATO, WA 98951<br>WAPATO WA 98951 | Creditor ID: 14510-01<br>DSK INDUSTRIES USA, INC.<br>200 LIBERTY WAY<br>CRANBURY NJ 08512 | Creditor ID: 4998-01<br>DSK INTERNATIONAL<br>18 COMMERCE ROAD<br>FAIRFIELD NJ 07004 |
| Creditor ID: 4999-01<br>DSM CHEMICALS NA, INC<br>1 COLUMBIA NITROGEN ROAD<br>AUGUSTA GA 30903 | Creditor ID: 3074-01<br>DSM ENTERPRISES<br>5225 OLD ORCHARD RD STE 17<br>SKOKIE IL 60077-1027 | Creditor ID: 707-01<br>DSM NUTRITIONAL PRODUCTS INC<br>45 WATERVIEW BLVD<br>PARSIPPANY NJ 07054 |
| Creditor ID: 14511-01<br>DSR INTERNATIONAL CORP<br>290 BROADHOLLOW ROAD SUITE 140E<br>MELVILLE NY 11747 | Creditor ID: 14070-01<br>DSR INTERNATIONAL CORP.<br>1000 WOODBURY RD., #403<br>WOODBURY NY 11797 | Creditor ID: 2403-01<br>DSS AMERICA, INC.<br>233 SOUTH WACKER DR. SUITE 9430<br>CHICAGO IL 60606 |
| Creditor ID: 14071-01<br>DSS HIDES AND SKINS (U.S.A) LLC<br>80 WHEELER POINT ROAD<br>NEWARK NJ 07105 | Creditor ID: 5000-01<br>DSW INC.<br>810 DSW DRIVE<br>COLUMBUS OH 43219 | Creditor ID: 7887-01<br>DSW SHOE WAREHOUSE<br>3241 WESTERVILLE ROAD<br>COLUMBUS OH 43224 |
| Creditor ID: 7888-01<br>DSX-PORT, INC<br>1450 W. THORNDALE AVE.<br>ITASCA IL 60143 | Creditor ID: 11260-01<br>DTD STONE<br>73 AMSTERDAM DRIVE<br>FREEHOLD NJ 07728 | Creditor ID: 7889-01<br>DTR AMERICA CORP.<br>24500 NORTHLINE ROAD<br>TAYLOR MI 48180 |
| Creditor ID: 18419-01<br>DUBACANO EXPORT IMPORT INC.<br>2950 S. MOONEY BLVD. STE. J<br>VISALIA CA 93277 | Creditor ID: 14072-01<br>DUBAL AMERICA INC<br>111 WEST PORT PLAZA, SUITE 700<br>ST. LOUIS MO 63146 | Creditor ID: 708-01<br>DUBAL AND ASSOCIATES, INC.<br>13500 SW 72ND AVENUE, STE 205<br>PORTLAND OR 97223 |
| Creditor ID: 14073-01<br>DUBITEC AMERICA INC.<br>2000 E 4TH ST.<br>SANTA ANA CA 92705 | Creditor ID: 7890-01<br>DUCATI NORTH AMERICA, INC.<br>10443 BANDLEY DRIVE<br>CUPERTINO CA 95014 | Creditor ID: 3075-01<br>DUCK HEAD FOOTWEAR DIV OLD DOMINION<br>P.O.BOX 3099 2482 RIVERMONT AVE<br>LYNCHBURG VA 24503 |
| Creditor ID: 3076-01<br>DUCKHEAD FOOTWEAR<br>156 OLD DOMINION DRIVE<br>MADISON HEIGHTS VA 24572 | Creditor ID: 18232-01<br>DUDA FARM FRESH FOODS, INC.<br>1200 DUDA TRL<br>PO BOX 620257<br>OVIEDO FL 32765 | Creditor ID: 14512-01<br>DUKAL CORPORATION<br>2 FLEETWOOD COURT<br>RONKONKOMA NY 11779 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18233-01<br>DULUTH TRADING COMPANY<br>170 COUNTRYSIDE DRIVE<br>BELLEVILLE WI 53508 | Creditor ID: 14513-01<br>DUMAR INTERNATIONAL USA INC.<br>6 WINTER GREEN CIRCLE<br>AMHERST MA 01002 | Creditor ID: 18234-01<br>DUNAVANT OF CALIFORNIA<br>8225 N. FRESNO ST<br>FRESNO CA 93771 |
| Creditor ID: 14880-01<br>DUNBARTON CORP.<br>P.O. BOX 6416<br>DOTHAN AL 36302-6416 | Creditor ID: 14881-01<br>DUNCAN SYSTEMS, INC.<br>29391 US HIGHWAY 33<br>ELKHART IN 46516 | Creditor ID: 16997-01<br>DUNHAM-BUSCH, INC<br>175 SOUTH ST. WEST HARTFORD, CT<br>WEST HARTFORD CT 06110 |
| Creditor ID: 709-01<br>DUNHAMS SPORTS DISTRIBUTION CENTER<br>2201 LOEW ROAD<br>MARION IN 46952 | Creditor ID: 7891-01<br>DUNLAP & KYLE - MAIN WAREHOUSE<br>280 EUREKA ST<br>BATESVILLE MS 38606 | Creditor ID: 14074-01<br>DUO LIFT MANUFACTURING CO. INC.<br>2810 38TH STREET<br>COLUMBUS NE 68601 |
| Creditor ID: 3077-01<br>DUPLO<br>3050 SOUTH DAUMLER ST<br>SANTA ANA CA 92705 | Creditor ID: 5001-01<br>DUPLO U.S.A. CORPORATION<br>100 HORIZON DRIVE<br>SUWANEE GA 30024 | Creditor ID: 14075-01<br>DUPLO USA CORPORATION<br>3050 S. DAIMLER ST<br>SANTA ANA CA 92705 |
| Creditor ID: 14076-01<br>DUPLO USA CORPORATION<br>1721 S. BALBOA AVENUE<br>ONTARIO CA 91761 | Creditor ID: 18235-01<br>DUPLO USA CORPORATION<br>2700 SATURN STREET UNIT B<br>BREA CA 92821 | Creditor ID: 11261-01<br>DUPONT CIRCLEVILLE PLANT<br>800 DUPONT ROAD, US ROUTE 23 SOUTH<br>CIRCLEVILLE OH 43113 |
| Creditor ID: 7892-01<br>DUPONT FILAMENTS-AMERICA LLC<br>P.O. BOX 80022, BARLEY MILL PLAZA<br>WILMINGTON DE 19880 | Creditor ID: 11262-01<br>DUPONT IMPORT OPERATIONS<br>510 WALNUT ST 5TH FLOOR<br>PHILADELPHI PA 19106 | Creditor ID: 710-01<br>DUPONT PERFORMANCE ELASTOMERS<br>505 BLUE BALL ROAD BUILDING 210<br>ELKTON MD 21921 |
| Creditor ID: 16998-01<br>DUPONT PHOTOMASKS, INC.<br>100 TEXAS AVE<br>ROUND ROCK TX 78664 | Creditor ID: 7893-01<br>DUPONT PROTECTION TECHNOLOGIES<br>JAMES RIVER LOGISTICS CENTER<br>1501 BELLWOOD ROAD<br>RICHMOND VA 23237 | Creditor ID: 5002-01<br>DUPONT SOY POLYMERS<br>633 MERIWETHER AVE<br>LOUISVILLE KY 40217 |
| Creditor ID: 7894-01<br>DUPONT SPRUANCE PLANT<br>5403 JEFFERSON DAVIS HWY<br>CHESTERFIELD COUNTY<br>RICHMOND VA 23237 | Creditor ID: 711-01<br>DUPONT TEIJIN FILMS<br>US RT. 23 SOUTH<br>CIRCLEVILLE OH 43113 | Creditor ID: 14077-01<br>DUPONT TEIJIN FILMS U.S., L.P.<br>BARLEY MILL PLAZA  BLDG 27<br>WILMINGTON DE 19880 |
| Creditor ID: 18236-01<br>DURA CHEMICALS, INC<br>2200 POWELL ST., SUITE 450<br>EMERYVILLE CA 94608 | Creditor ID: 9369-01<br>DURA GLOBAL SOURCING INC<br>19215 SE 34TH STREET, SUITE 106-382<br>CAMAS WA 98607 | Creditor ID: 3078-01<br>DURABILT INDUSTRIES<br>1810 AIRPORT ROAD<br>POCAHONTAS AR 72455 |
| Creditor ID: 14882-01<br>DURAMAX MANUFACTURES INC<br>2500 E IMPERIAL HWY., #201-302<br>BREA CA 92821 | Creditor ID: 11263-01<br>DURAN IMPORTS,INC<br>1900 A HIGHWAY M<br>WARRENTON MO 63383 | Creditor ID: 7895-01<br>DURASAFE INC.<br>18400 SAN JOSE AVE<br>CITY INDUSTRY CA 91748 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3079-01<br>DURASAFE, INC<br>18999 RAILROAD ST.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 7896-01<br>DURATECH INDUSTRIES INTERNATIONAL<br>P.O. BOX 1940<br>JAMESTOWN ND 58402-1940 | Creditor ID: 11264-01<br>DURATECH, INC<br>8735 S. 212TH ST.<br>KENT WA 98031 |
| Creditor ID: 3080-01<br>DURO CORPORATION<br>17018 EVERGREEN PL.<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 14179-01<br>DURST CORPORATION INC.<br>129 DERMODY STREET<br>CRANFORD NJ 07016 | Creditor ID: 3081-01<br>DURVET INC.<br>100 S.E. MAGELLAN DRIVE<br>BLUE SPRINGS MO 64014 |
| Creditor ID: 11265-01<br>DUTCH AUCTION SALES<br>356 SWEDES BORO AVENUE<br>MICKLETON NJ 08056 | Creditor ID: 11099-01<br>DUTY FREE EXPRESS INC<br>2744 NW 112TH AVENUE<br>MIAMI FL 33172 | Creditor ID: 7897-01<br>D'VINCI WHEELS<br>2324 LOMA AVE.<br>SOUTH EL MONTE CA 91733 |
| Creditor ID: 4812-01<br>DWELL HOME<br>5555 AUTO MALL PARKWAY<br>FREMONT CA 94538 | Creditor ID: 3082-01<br>DWI HOLDINGS<br>261 FIFTH AVE.  SUITE 1400<br>NEW YORK NY 10016 | Creditor ID: 5003-01<br>DWI HOLDINGS INC<br>225 CROWN BLVD<br>TIMBERLAKE NC 27583 |
| Creditor ID: 4813-01<br>DWI HOLDINGS INC<br>5675 NORTH BLACKSTOCK RD<br>SPARTANBURG SC 29303 | Creditor ID: 14883-01<br>DWI HOLDINGS INC<br>1411 OLD DURHAM ROAD<br>ROXBORO NC 27573 | Creditor ID: 712-01<br>DWI HOLDINGS INC<br>1165 NORTHCHASE PARKWAY<br>MARIETTA GA 30067 |
| Creditor ID: 7899-01<br>DWL INDUSTRIES CO.<br>65 INDUSTRIAL ROAD<br>LODI NJ 07644 | Creditor ID: 11100-01<br>DY PISTON USA, INC.<br>42001 KOPPERNICK RD<br>CANTON MI 48187 | Creditor ID: 3083-01<br>DYKE INDUSTRIES<br>653 INSTRUMENT DRIVE<br>ROCKY MOUNT NC 27804 |
| Creditor ID: 18237-01<br>DYKE INDUSTRIES, INC<br>6600 BEST FRIEND RD.<br>NORCROSS GA 30071 | Creditor ID: 713-01<br>DYMO CORPORATION<br>551 SPRING PLACE ROAD<br>LEWISBURG TN 37091 | Creditor ID: 14884-01<br>DYNA PLASTIC CORPORATION<br>2145 S. SEQUOIA DRIVE<br>COMPTON CA 90220 |
| Creditor ID: 5004-01<br>DYNACRAFT BSC , INC<br>75 S. KELLY ROAD<br>AMERICAN CANYON CA 94503 | Creditor ID: 7900-01<br>DYNACRAFT INDUSTRIES<br>2550 KERNER BLVD.,<br>SAN RAFAEL CA 94901 | Creditor ID: 14180-01<br>DYNALINK GLOBAL SYSTEMS INC<br>111-115 F.E. RODGERS BLVD STE 308<br>HARRISON NJ 07029 |
| Creditor ID: 5005-01<br>DYNAMIC AVIATION<br>1402 AIRPORT ROAD<br>BRIDGEWATER VA 22812 | Creditor ID: 5006-01<br>DYNAMIC COOKING SYSTEMS INC.<br>C SPAN AMERICA<br>5200 GEORGE MOVAY DR STE C<br>MCALLEN TX 78503 | Creditor ID: 3084-01<br>DYNAMIC COOKING SYSTEMS, INC.<br>5800 SKYLAB RD. DOOR NO. 6, 7 & 8<br>HUNTINGTON BEACH CA 92647 |
| Creditor ID: 714-01<br>DYNAMIC L.A. INC<br>11755 SHELDON STREET<br>SUN VALLEY CA 91352 | Creditor ID: 715-01<br>DYNAMIC MANUFACTURING,INC<br>1725 N.33RD AVENUE<br>MELROSE PARK IL 60160 | Creditor ID: 7901-01<br>DYNAMIC SOLUTIONS UNLIMITED LLC<br>102 MULBERRY LANE<br>MEDIA PA 19063 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7902-01<br>DYNAMIC TIRE CORP<br>155 DELTA PARK BLVD<br>BRAMPTON ON L6T 5M8<br>CANADA | Creditor ID: 5007-01<br>DYNAMIC TIRE CORP<br>5838 ADVANTAGE COVE MEMPHIS<br>MEMPHIS TN 38118 | Creditor ID: 7903-01<br>DYNAMIC TIRE CORP.<br>3984 WILLOWDALE BLVD, BUILDING 5<br>MEMPHIS TN 38118 |
| Creditor ID: 18238-01<br>DYNAMIC USA<br>2301 STURGIS ROAD<br>OXNARD CA 93030 | Creditor ID: 14181-01<br>DYNAMICS INTERNATIONAL, INC (MI)<br>P O BOX 192<br>SOUTHFIELD MI 48037-0192 | Creditor ID: 11101-01<br>DYNAMIX INTERNATIONAL INC.<br>31208 PALOS VERDES DR. WEST<br>RANCHO PALOS VERDES CA 90275 |
| Creditor ID: 716-01<br>DYNARE XEROX<br>10 GLENSHOW STREET<br>ORANGEBURG NY 10962 | Creditor ID: 18420-01<br>DYNASTY FASHION, INC.<br>1706 S. MAPLE AVE<br>LOS ANGELES CA 90015 | Creditor ID: 14182-01<br>DYNASTY FOOTWEAR LTD<br>800 N. SEPULVEDA BLVD<br>EL SEGUNDO CA 90245 |
| Creditor ID: 11102-01<br>DYNASTY PRODUCE & TRADING<br>10922 KLINGERMAN STREET UNIT 3<br>SOUTH EL MONTE CA 91733 | Creditor ID: 14885-01<br>DYNIC USA CORPORATION<br>4750 NE DAWSON CREEK ROAD<br>HILLSBORO OR 97124 | Creditor ID: 3085-01<br>DYNO EXCHANGE<br>12770 FLORENCE AVE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 14183-01<br>DYSTAR LP<br>MRS. CAROL SILLS<br>9844-A SOUTHERN PINE LDV<br>CHARLOTTE NC 28273 | Creditor ID: 9370-01<br>DYWIDAG-SYSTEMS INTERNATIONAL<br>320 MARMON DRIVE<br>BOLINGBROOK IL 60440 | Creditor ID: 14184-01<br>DZH IMPORT & EXPORT INC<br>70-21 51ST AVENUE<br>WOODSIDE NY 11377 |
| Creditor ID: 14886-01<br>E & B GIFTWARE, LLC<br>555 TAXTER ROAD SUITE 210<br>ELMSFORD NY 10523 | Creditor ID: 14887-01<br>E & J GALLO WINERY<br>600 YOSEMITE BLVD<br>MODESTO CA 95354 | Creditor ID: 14185-01<br>E & S INTERNATIONAL<br>7849 CANOGA AVE<br>CANOGA PARK CA 91303 |
| Creditor ID: 3086-01<br>E & T TRADING COMPANY<br>9115 ARDENDALE AVE.<br>SAN GABRIEL CA 91775 | Creditor ID: 14888-01<br>E 1 ENTERPRISES, INC.<br>3999 E. LA PALMA AVE.<br>ANAHEIM CA 92807 | Creditor ID: 717-01<br>E AND E FOODS<br>801 S. FIDALGO STREET, SUITE 100<br>SEATTLE WA 98108 |
| Creditor ID: 5008-01<br>E M S / MULTIMATERIAL MANAGEMENT<br>405 14TH STREET, SUITE 1600<br>OAKLAND CA 94612 | Creditor ID: 5009-01<br>E TECHNOLOGIES, INC.<br>7510 EICHLER DR  HOUSTON, TX. 77036<br>HOUSTON TX 77036 | Creditor ID: 3087-01<br>E&E GLOBAL, INC.<br>800 HINGHAM STREET, SUITE 107S<br>ROCKLAND MA 02370 |
| Creditor ID: 11103-01<br>E&G TRADING INC<br>2044 TYLER AVE.<br>SOUTH EL MONTE CA 91733 | Creditor ID: 7904-01<br>E&R HICKORY<br>235 2ND AVE NORTHWEST<br>HICKORY NC 28601 | Creditor ID: 14186-01<br>E&W POULTRY FARM<br>2618 340TH STREET<br>ROCK VALLEY IA 51247 |
| Creditor ID: 5010-01<br>E. BESSLER & CO<br>115 MARTIN LANE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 718-01<br>E. BOYD & ASSOCIATES, INC.<br>8601 SIX FORKS ROAD, SUITE 500<br>RALEIGH NC 27615 | Creditor ID: 14889-01<br>E. FORMELLA & SONS<br>1033 S AGRONNE WOODS DR STE 300<br>WOODRIDGE IL 60517 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 719-01<br>E. MISHAN AND SONS INC.<br>230 5TH AVENUE, SUITE 800<br>NEW YORK NY 10001 | Creditor ID: 7905-01<br>E. TECH MANAGEMENT INC.<br>2725 MONTEZUMA AVE.<br>ALHAMBRA CA 91803 | Creditor ID: 7188-01<br>E.C. PHILLIPS & SON, INC.<br>1775 TONGASS AVENUE<br>KETCHIKAN AK 99901 |
| Creditor ID: 18239-01<br>E.I DU PONT<br>BARLEY MILLS PLAZA BLDG 23-2306<br>WILMINGTON DE 19880 | Creditor ID: 11104-01<br>E.I. DU PONT DE NEMOURS & CO.<br>2571 FITE ROAD<br>MEMPHIS TN 38127 | Creditor ID: 5011-01<br>E.I. DUPONT CO<br>974 CENTRE RD<br>WILMINGTON DE 19805 |
| Creditor ID: 3088-01<br>E.I. DUPONT CO.<br>BRANDYWINE BLDG B SUITE 6220 A<br>WILMINGTON DE 19898 | Creditor ID: 14890-01<br>E.I. DUPONT DE NEMOURS & CO.<br>3181 BUFFALO AVE<br>NIAGARA FALLS NY 14303-2158 | Creditor ID: 14187-01<br>E.I. DUPONT DE NEMOURS & CO.<br>2571 FITE ROAD<br>MEMPHIS TN 38127 |
| Creditor ID: 5012-01<br>E.I. DUPONT DE NEMOURS & CO.,INC.<br>400 NORTH GROESBECK HWY<br>MOUNT CLEMENS MI 48343 | Creditor ID: 2404-01<br>E.I. DUPONT DE NEMOURS AND COMPANY<br>10788 COMMERCE WAY<br>DUPONT PROTECTION TECHNOLOGIES<br>FONTANA CA 92337 | Creditor ID: 5013-01<br>E.I. DUPONT DE NEMOURS AND COMPANY<br>US ROUTE 23 SOUTH DUPONT ROAD<br>CIRCLEVILLE OH 43113 |
| Creditor ID: 11105-01<br>E.I. DUPONT DE NEMOURS AND COMPANY<br>8940 DUPONT ROAD<br>E P EXEL WASHINGTON WAREHOUSE<br>WASHINGTON WV 26181 | Creditor ID: 14188-01<br>E.I. DUPONT DENEMOURS CO INC.<br>PATTERSON BLVD<br>TOWANDA PA 18848-9784 | Creditor ID: 7906-01<br>E.I.DU PONT DE NEMOURS AND COMPANY<br>(EXEL LOGISTICS)<br>4890 IDA DRIVE LOCKPORT,NY 14094<br>LOCKPORT NY 14094 |
| Creditor ID: 7907-01<br>E.I.DUPONT DE NEMOURS & CO.<br>RTE 273<br>NEWARK DE 19711 | Creditor ID: 720-01<br>E.J. WRIGHT<br>2109 O'TOOLE AVE; SUITE R<br>SAN JOSE CA 95131 | Creditor ID: 7908-01<br>E.N.C. (DIVISION KELLWOOD)<br>13071 E. TEMPLE AVE.<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 721-01<br>E.P. MINERALS LLC<br>9785 GATEWAY DRIVE #1000<br>RENO NV 89521 | Creditor ID: 5014-01<br>E.R.MILLER ENTERPRISES, INC<br>P.O.BOX 732<br>POCONO PINES PA 18350-0732 | Creditor ID: 3089-01<br>E.S. SUTTON<br>115 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 |
| Creditor ID: 18240-01<br>E.T.I. INTERNATIONAL INC<br>7300 ALONDRA BLVD UNIT 108<br>PARAMOUNT CA 90723 | Creditor ID: 3090-01<br>E.Y. FASHION DESIGN CORP<br>55-23 5TH AVE<br>BROOKLYN NY 11220 | Creditor ID: 18241-01<br>EAGLE RIDGE PAPER<br>360 W. SCHICK ROAD<br>BLOOMINGDALE IL 60108 |
| Creditor ID: 7909-01<br>EAGLE RIDGE PAPER, LTD.<br>222 S. HARBOR BLVD SUITE 900<br>ANAHEIM CA 92805 | Creditor ID: 3091-01<br>EAGLE TECH INTERNATIONAL IN<br>44238 FREMONT BLVD<br>FREMONT CA 94538 | Creditor ID: 18242-01<br>EAGON USA CORP.<br>1621 114TH AVE. SE SUITE 205<br>BELLEVUE WA 98004 |
| Creditor ID: 3092-01<br>EAM CORPORATION<br>2075 SUNSET BLVD<br>JESUP GA 31545 | Creditor ID: 14891-01<br>EARLY DRAGON TRADING INC.<br>920 METROPOLITAN AVE<br>BROOKLYN NY 11211 | Creditor ID: 7910-01<br>EARTH AXXESSORIES<br>1007 S HEATHERWILDE BLVD STE 300<br>PFLUGERVILLE TX 78660 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9469-01<br>EARTH BEST PRODUCTS COMPANY<br>12473 GLADSTONE AVENUE UNIT #H<br>SYLMAR CA 91342 | Creditor ID: 5015-01<br>EARTH SCIENCE PRODUCTS CORP<br>23735 NE AIRPORT ROAD<br>AURORA OR 97072 | Creditor ID: 7911-01<br>EARTH STONE & TILE, INC.<br>145 DIVISION STREET<br>ELIZABETH NJ 07201 |
| Creditor ID: 5016-01<br>EARTHWIDE INDUSTRIES INC.<br>247 WEST 35TH ST.STE. 402<br>NEW YORK NY 10001 | Creditor ID: 9470-01<br>EAST AFRICAN STORE<br>1017 8TH AVE<br>GREELEY CO 80631 | Creditor ID: 11106-01<br>EAST ASIAN ENTERPRISES<br>BOX 8355<br>PORTLAND OR 97207 |
| Creditor ID: 3093-01<br>EAST COAST IMPEX, LLC<br>10432 BALLS FORD ROAD, SUITE 308<br>MANASSAS VA 20109 | Creditor ID: 5017-01<br>EAST COAST METALS<br>3296 SUMMIT RIDGE PKWY, SUITE 1720<br>DULUTH GA 30096 | Creditor ID: 5018-01<br>EAST COAST TILE IMPORTS INC<br>8 STONY ST<br>LUDLOW MA 01056 |
| Creditor ID: 19033-97<br>EAST COAST TRANSPORT<br>10401 REDWOOD AVENUE<br>FONTANA CA 92337 | Creditor ID: 19034-97<br>EAST COAST TRANSPORT INC<br>C/O HART KING<br>CHRISTOPHER R ELLIOTT, WILLIAM R HART<br>4 HUTTON CENTRE DR, STE 900<br>SANTA ANA CA 92707 | Creditor ID: 7912-01<br>EAST END IMPORTS INC.<br>138 GEORGES RD<br>DAYTON NJ 08810 |
| Creditor ID: 11107-01<br>EAST END NY IMPORTS INC.<br>470 MUNDET PLACE<br>HILLSIDE NJ 07205 | Creditor ID: 16999-01<br>EAST JORDAN IRON WORKS INC.<br>301 SPRING STREET<br>EAST JORDAN MI 49727 | Creditor ID: 722-01<br>EAST LINK USA TRADING INC.<br>19925 HARRISON AVENUE<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 723-01<br>EAST PARK TRADING INC<br>167-10 SOUTH CONDUIT AVE.SUITE 210,<br>JAMAICA NY 11434 | Creditor ID: 3094-01<br>EAST STAR BUILDING SUPPLY CO., INC.<br>2540 NEWHALL ST<br>SAN FRANCISCO CA 94124-2525 | Creditor ID: 724-01<br>EAST STAR BUILDING SUPPLY SUNNYVALE INC<br>500 WEST EL CAMINO REAL<br>SUNNYVALE CA 94087 |
| Creditor ID: 14892-01<br>EAST TRADE ENTERPRISE<br>9525 INTERNATIONAL BLVD<br>OAKLAND CA 94603 | Creditor ID: 14191-01<br>EAST TRADING INC<br>6600 SANDS POINT DRIVE, SUITE 122<br>HOUSTON TX 77074 | Creditor ID: 17000-01<br>EAST WEST AUTO SALES<br>1509 JOLIET ROAD<br>DYER IN 46311 |
| Creditor ID: 19035-97<br>EAST WEST BANK<br>135 N LOS ROBLES AVE, STE 600<br>PASADENA CA 91101 | Creditor ID: 5019-01<br>EAST WEST INTERNATIONAL<br>5810 HILLCROFT AVENUE<br>HOUSTON TX 77036 | Creditor ID: 14893-01<br>EAST WEST MANUFACTURING<br>4170 ASHFORD DUNWOODY RD STE 220<br>ATLANTA GA 30319 |
| Creditor ID: 18244-01<br>EAST WEST PACIFIC GROUP, INC<br>7340 HUNZIKER RD SUITE 100<br>TIGARD OR 97223 | Creditor ID: 14894-01<br>EAST WEST PACIFIC, LLC.<br>7340 HUNZIKER ROAD, SUITE 100<br>TIGARD OR 97223 | Creditor ID: 11108-01<br>EAST WEST TRADE GROUP, LLC<br>734 NORTH 1890 WEST #31<br>PROVO UT 84601 |
| Creditor ID: 3095-01<br>EAST WEST TRADING CORP.<br>4848 W. LAWRENCE AVE.<br>CHICAGO IL 60630 | Creditor ID: 18245-01<br>EASTASIA FOOD AND TRADING<br>56-02 56TH STREET<br>MASPETH NY 11378 | Creditor ID: 3096-01<br>EASTERLIN PECAN COMPANY, INC<br>PO BOX 216 210 S DOOLY ST<br>MONTEZUMA GA 31063-0216 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18246-01<br>EASTERN BROTHER TRADING INC.<br>137-03 BOOTH MEMORIAL AVE<br>FLUSHING NY 11355 | Creditor ID: 7913-01<br>EASTERN CAR LINER (AMERICAS), INC.<br>1225 WEST 190TH STREET, SUITE 410<br>GARDENA CA 90248-4320 | Creditor ID: 11109-01<br>EASTERN ENTERPRISE<br>112 LANDIS AVE.<br>BRIDGTON NJ 08302 |
| Creditor ID: 18421-01<br>EASTERN FISH CO.<br>GLENPOINTE CENTRE EAST<br>300 FRANK W.BURR BLVD.<br>TEANECK NJ 07666 | Creditor ID: 14192-01<br>EASTERN FISH CO.<br>300 FRANK W. BURR BLVD.<br>TEANECK NJ 07666 | Creditor ID: 18247-01<br>EASTERN FISH COMPANY<br>300 FRANK W BURR BLVD # 30<br>TEANECK NJ 07666 |
| Creditor ID: 18248-01<br>EASTERN FISHERIES<br>14 HERVEY TICHON AVE.<br>NEW BEDFORD MA 02740 | Creditor ID: 14193-01<br>EASTERN FOREST PRODUCTS<br>831 WEST DANVILLE STREET<br>SOUTH HILL VA 23970 | Creditor ID: 7914-01<br>EASTERN GOLD STAR INC.<br>4520 DANITO COURT<br>CHINO CA 91710 |
| Creditor ID: 10249-01<br>EASTERN NETWORK EXPRESS, INC.<br>ONE CROSS ISLAND PLAZA, SUITE # 111<br>DBA: EASTERN CONTAINER LINE<br>ROSEDALE NY 11422 | Creditor ID: 11110-01<br>EASTERN SEAFOOD CO., INC<br>1020 WEST HUBBARD STREET<br>CHICAGO IL 60642 | Creditor ID: 3097-01<br>EASTERN SHIPPING WORLDWIDE INC<br>2300 E HIGGINS RD<br>GROVE VILLAGE IL 60007 |
| Creditor ID: 18249-01<br>EASTERN SHIPPING WORLDWIDE, INC.<br>185 HANSEN COURT, SUITE 115<br>WOOD DALE IL 60191 | Creditor ID: 18250-01<br>EASTERN SLEEP PRODUCTS INC.<br>2001 BELLWOOD ROAD<br>RICHMOND VA 23237 | Creditor ID: 7915-01<br>EASTERN TRADING COMPANY<br>620 RUTHERFORD STREET<br>GREENVILLE SC 29609 |
| Creditor ID: 14895-01<br>EASTHAM FORGE INC.<br>4710 BELLAIRE BLVD., SUITE #350<br>HOUSTON TX 77401 | Creditor ID: 3098-01<br>EASTLAND FOOD CORPORATION<br>8305 STAYTON DR. STE. C<br>JESSUP MD 20794 | Creditor ID: 11111-01<br>EASTMAN CHEMICAL<br>200 SOUTH WILCOX DR, PO BOX 431<br>KINGSPORT TN 33662-5371 |
| Creditor ID: 19036-97<br>EASTMAN CHEMICAL CO<br>C/O MCGUIRE WOODS LLP<br>PHILIP A GOLDSTEIN, JAMES VAN HORN<br>1345 AVENUE OF THE AMERICAS, 7TH FL<br>NEW YORK NY 10105-0106 | Creditor ID: 5020-01<br>EASTMAN CHEMICAL COMPANY FOUNDATION, INC.<br>200 SOUTH WILCOX DRIVE<br>KINGSPORT TN 37660 | Creditor ID: 3099-01<br>EASTMAN CHEMICAL,<br>EUROPE, MIDDLE EAST, AND AFRICA<br>200 SOUTH WILCOX DRIVE<br>KINGSPORT TN 37660-5280 |
| Creditor ID: 14896-01<br>EASTMAN KODAK CO FINISHED GOODS (PLANT 1033)<br>1600 LEXINGTON AVE.<br>(ROCH DIST CTR B 605 DR 7)<br>ROCHESTER NY 14652 | Creditor ID: 7916-01<br>EASTMAN KODAK COLUMBUS PLANT<br>4585 CARGO DR<br>COLUMBUS GA 31907 | Creditor ID: 3100-01<br>EAST-WEST ASSOCIATES INC<br>14821 NORTHAM STREET<br>LA MIRADA CA 90638 |
| Creditor ID: 7917-01<br>EAST-WEST LOGISTICS INC.<br>14821 NORTHAM ST.<br>LA MIRADA CA 90638 | Creditor ID: 725-01<br>EASY FAT TRADING, INC.<br>1255 WILLOUGHBY AVENUE<br>BROOKLYN NY 11237-2904 | Creditor ID: 7918-01<br>EASY LIFE FURNITURE INC.<br>6101 KNOTT AVE.<br>BUENA PARK CA 90620 |
| Creditor ID: 3101-01<br>EASY PICKER GOLF PRODUCTS<br>415 N. LEONARD BLVD<br>LEHIGH ACRES FL 33974 | Creditor ID: 3102-01<br>EASY PORT USA<br>5004 BEE CREEK ROAD, #400<br>SPICEWOOD TX 78669 | Creditor ID: 5021-01<br>EATALY NY LLC<br>45 E 20TH ST FL 9<br>NEW YORK NY 10003-1347 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7920-01<br>EATON BROTHERS CORPORATION<br>3530 LAKE VIEW ROAD<br>HAMBURG NY 14075 | Creditor ID: 11112-01<br>EATON CORP., TRANSMISSION DIV. (MI)<br>P O BOX 4013<br>KALAMAZOO MI 49003-4013 | Creditor ID: 726-01<br>EATON CORPORATION<br>8380 CAPITAL BLVD<br>RALEIGH NC 27616 |
| Creditor ID: 14194-01<br>EATON CORPORATION<br>501 W NEW RD<br>GREENFIELD IN 46140 | Creditor ID: 17001-01<br>EATON CORPORATION<br>1600 AIRPORT ROAD<br>SHENANDOAH IA 51601 | Creditor ID: 18251-01<br>EATON ELECTRICAL INC.<br>8709 KERNS STREET<br>SAN DIEGO CA 92154 |
| Creditor ID: 727-01<br>E-BABY LLC<br>20 WEST 33 STREET, 9TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 5022-01<br>EBER-CONNECTICUT D/B/A/ SLOCUM & SONS<br>30 CORPORATE DR<br>NORTH HAVEN CT 06473 | Creditor ID: 728-01<br>EBINGER BROS.<br>44 MITCHELL ROAD<br>IPSWICH MA 01938 |
| Creditor ID: 18252-01<br>EBIR USA, C.O.<br>210 LOUVIERS DRIVE<br>THE SHOPPES AT LOUVIERS<br>NEWARK DE 19711 | Creditor ID: 16386-01<br>EBSTYLE INC.<br>1675 ROLLINS ROAD, SUITE D2<br>BURLINGAME CA 94010 | Creditor ID: 7189-01<br>E-BUSINESS INTERNATIONAL INC.<br>4915 SW GRIFFITH DR. SUITE 302<br>BEAVERTON OR 97005 |
| Creditor ID: 5023-01<br>EC FANS & DRIVES<br>174 DUCHAINE BLVD<br>NEW BEDFORD MA 02745 | Creditor ID: 7921-01<br>EC PRIME SOURCE INC<br>5564 OLIVE STREET<br>OLIVE CA 91763 | Creditor ID: 14897-01<br>EC WASH COMPANY INC.<br>2722 QUARRY HILL ROAD<br>SUGARLAND TX 77478 |
| Creditor ID: 14195-01<br>ECCO DOMANI USA INC<br>30825 WIEGMAN ROAD<br>HAYWORD CA 94544 | Creditor ID: 3103-01<br>ECHO INTERNATIONAL CO.<br>5588 N. PALM AVE.<br>FRESNO CA 93704-1913 | Creditor ID: 5024-01<br>ECHO INTERNATIONAL INC<br>5588 N. PALM AVE<br>FRESNO CA 93074 |
| Creditor ID: 729-01<br>ECHOSTAR TECHNOLOGIES<br>90 INVERNESS CIRCLE EAST<br>ENGLEWOOD CO 80112 | Creditor ID: 730-01<br>ECKENBERG FARMS<br>24064 S.L.W. ROAD L<br>MATTAWA WA 99349 | Creditor ID: 14898-01<br>ECL SOLUTIONS LIMITED<br>16192 COASTAL HIGHWAY<br>LEWES DE 19958 |
| Creditor ID: 3104-01<br>ECLECTIC PRODUCTS INC<br>4507 WILLAMETTE BLVD<br>PINEVILLE LA 71360 | Creditor ID: 11113-01<br>ECO LIGHTING<br>25 BANTA PL<br>HACKENSACK NJ 07601-5604 | Creditor ID: 3105-01<br>ECO-CO, INC<br>475 EL CAMINO REAL,SUITE 301<br>MILLBRAE CA 94030 |
| Creditor ID: 16387-01<br>ECOGUARD LLC.<br>2275 HUNTINGTON DR. BOX 447<br>SAN MARINO CA 91108 | Creditor ID: 731-01<br>ECOGUARD, LLC<br>1028 WESTMINSTER AVE.<br>ALHAMBRA CA 91803 | Creditor ID: 14899-01<br>ECOM USA, INC.<br>P.O. BOX 191305<br>DALLAS TX 75219 |
| Creditor ID: 14196-01<br>ECONOCO CORP.<br>300 KARIN LANE<br>HICKSVILLE NY 11801 | Creditor ID: 3106-01<br>ECOSOLARGY, INC.<br>1370 REYNOLDS AVE. SUITE 116<br>IRVINE CA 92614 | Creditor ID: 11114-01<br>ECOSTAR USA<br>675 DOWD AVE<br>ELIZABETH NJ 07201 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 14197-01
ECOVAL DAIRY TRADE, INC.
7255 GOODLETT FARMS PARKWAY
CORDOVA TN 38016

Creditor ID: 17002-01
ECOWATER SYSTEMS
1890 WOODLANE DRIVE
WOODBURY MN 55125

Creditor ID: 5025-01
ECS
85 ORIENT WAY
RUTHERFORD NJ 07070

Creditor ID: 3107-01
ECS LOGIC
2408 DOGWOOD DRIVE
LITTLE ELM TX 75068

Creditor ID: 14198-01
ED CURY ENTERPRISES
7225 NW 25ST SUITE 105
MIAMI FL 33122

Creditor ID: 11115-01
ED&F MAN GRAINS
2901 WILLIAMSBURG TERR., UNIT C
PLATTE CITY MO 64079

Creditor ID: 14199-01
EDDIE BAUER, INC
6600 ALUM CREEK DR
GROVEPORT OH 43125

Creditor ID: 16388-01
EDDIE CHOW
12145 YEARLING STREET
CERRITOS NY 90701

Creditor ID: 16389-01
EDDY INTERNATIONAL
115 CANFIELD HILL DR
GAITHERSBURG MD 20878-5262

Creditor ID: 7922-01
EDEN FOODS (MI)
701 TECUMSEH CLINTON HWY
CLINTON MI 49236

Creditor ID: 732-01
EDEN MARKETING CORP.
6621 WILSON AVE
LOS ANGELES CA 90001

Creditor ID: 2405-01
EDEN OUTDOOR LIVING
4211 BUSINESS DR., STE. A
CAMERON PARK CA 95682

Creditor ID: 16390-01
EDEN RESTAURANT SUPPLY COMPANY
568 S. ALAMEDA ST
LOS ANGELES CA 90013

Creditor ID: 5026-01
EDER BROS., INC.
11 EDER ROAD
WEST HAVEN CT 06516

Creditor ID: 11116-01
EDGE DISPLAY GROUP ENTERPRISE
1650 NEW HIGHWAY
FARMINGDALE NY 11735

Creditor ID: 3108-01
EDGE ELECTRONICS, INC.
75 ORVILLE DRIVE
BOHEMIA NY 11716

Creditor ID: 14200-01
EDGEMOD FURNITURE
5556 GRACE PLACE
COMMERCE CA 90022

Creditor ID: 16391-01
EDGEN MURRAY CORPORATION
5801 -A ORR
CHARLOTTE NC 28213

Creditor ID: 3109-01
EDGEWELL PERSONAL CARE
6 RESEARCH DRIVE
SHELTON CT 06484

Creditor ID: 17003-01
EDITEX HOME CURTAIN CORP.
65 OSER AVE.
HAUPPAUGE NY 11788

Creditor ID: 14900-01
EDLOW INTERNATIONAL
1666 CONNECTICUT AVENUE, SUITE 201
WASHINGTON DC 20009

Creditor ID: 14201-01
EDLOW INTERNATIONAL COMPANY
1666 CONNECTICUT AVE.  #500
WASHINGTON DC 20009

Creditor ID: 733-01
EDM USA
22 EAST 21 STREET, SUITE 7R
NEW YORK NY 10010

Creditor ID: 734-01
EDNEY DISTRIBUTING CO. INC.
1895 HIGHWAY 14 EAST, BOX 198
HURON SD 57350

Creditor ID: 11117-01
EDNEY DISTRIBUTING CO., INC.
8485 215TH ST. W
AIRLAKE INDUSTRIAL PARK
LAKEVILLE MN 55044

Creditor ID: 16392-01
EDNIE FLOWER BULB INC
37 FREDON MARKSBORO ROAD
NEWTON NJ 07860

Creditor ID: 14901-01
EDS & CO., INC.
16386 DOWNEY AVE.
PARAMOUNT CA 90723

Creditor ID: 16393-01
EDUARDO FERNANDO CARNEIRO SILVA
76 NICHOLS STREET, APT. 2
NEWARK NJ 07105

Creditor ID: 14902-01
EDUARDO MORENO BENITO
1317 EXECUTIVE BLVD
CHESAPEAKE VA 23320-3859

Creditor ID: 3110-01
EDWARD AND SON TRADING CO
4420 VIA REAL  STE A
CARPINTERIA CA 93013

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 735-01
EDWARDS WOOD PRODUCTS
2215 OLD LAWYERS ROAD
MARSHVILLE NC 28103

Creditor ID: 14903-01
EDWIN ENTERPRISES INC
3401 LINCOLN AVENUE
TACOMA WA 98421

Creditor ID: 11118-01
EDWIN TIRES CORPORATION
273-275 MT PLEASANT AVENUE
NEWARK NJ 07104

Creditor ID: 7923-01
EDZAYCO
3042 KEYSTONE ST.
BURBANK CA 91504

Creditor ID: 2406-01
EFANS TRADING CORPORATION
4660 DISTRIPLEX DRIVE WEST
MEMPHIS TN 38118

Creditor ID: 5027-01
EFCO A PELLA COMPANY
1000 COUNTY ROAD PO BOX 609
MONETT MO 65708

Creditor ID: 14904-01
EFFECTUS INC
10223 BROADWAY ST.
PEARLAND TX 77584

Creditor ID: 736-01
EG INTERNATIONAL GROUP INC.
17870 CASTLETON STREET SUITE# 335
CITY OF INDUSTRY CA 91748

Creditor ID: 737-01
EGAN CONSULTING COMPANY
100 ELIZABETH STREET
FARMINGDALE NY 11735

Creditor ID: 14905-01
EGS ELECTRICAL GROUP
31977 US 20 EAST
NEW CARLISLE IN 46552

Creditor ID: 738-01
EGS ELECTRICAL GROUP -MEMPHIS
5625 CHALLANGE DRIVE, SUITE 104
MEMPHIS TN 38115

Creditor ID: 3111-01
EGYPTIAN MUSEUM
44 BRISTOL ROAD
PISCATAWAY NJ 08854

Creditor ID: 5028-01
EHL IMPORTS
501 E 89TH STREET
BROOKLYN NY 11236

Creditor ID: 19032-97
EI DU PONT DE NEMOURS & COMPANY
C/O BALLARD SPAHR LLP
LESLIE CAROL HEILMAN
919 N MARKET ST, 11TH FL
WILMINGTON DE 19801

Creditor ID: 11119-01
EI DUPONT DE NEMOURS AND COMPANY
1007 MARKET STREET
WILMINGTON DE 19898

Creditor ID: 16394-01
EIGHT AND ONE D.B.A. DESINGERS CONSORTIUM
411 5TH AVENUE
NEW YORK NY 10016

Creditor ID: 739-01
EIGHT STAR COMMODITIES
2015 SILSBEE ROAD
EL CENTRO CA 92243

Creditor ID: 14906-01
EIS INTERNATIONAL CORPORATION
900 ROUTE 9 N STE 214,
WOODBRIDGE NJ 07095

Creditor ID: 3112-01
EKC TECHNOLOGY INCORPORATED
2520 BARRINGTON COURT
HAYWARD CA 94545

Creditor ID: 16395-01
EKCO METALS
2777 E. WASHINGTON BLVD
LOS ANAGELES CA 90023-2626

Creditor ID: 18422-01
EKMAN & CO. INC.
8750 NW 36 ST, SUITE 400
MIAMI FL 33178

Creditor ID: 14202-01
EKMAN & CO., INC.
200 S BISCAYNE BLVD STE 4400
MIAMI FL 33131

Creditor ID: 740-01
EKMAN RECYCLING.
1800 RTE 34 BLDG 4 STE 401
WALL NJ 07719

Creditor ID: 16396-01
EKUK FISHERIES
2442 NW MARKET ST
SEATTLE WA 98107

Creditor ID: 3113-01
EL CHELERITO SPICE CO.
1613 POTRERO AVE.
SOUTH EL MONTE CA 91733

Creditor ID: 17004-01
EL HODA INTERNATIONAL FOOD INC
14455 JEFERSON DAVIS HW UNIT 12
WOODBRIDGE DAVIS VA 22191

Creditor ID: 14907-01
EL NAGGAR FURNITURE
5455 W. SAM HOUSTON PARKWAY
HOUSTON TX 77041

Creditor ID: 741-01
EL REY PLASTICS LLC
2103 WINEBROOK CT.
PEARLAND TX 77584

Creditor ID: 742-01
EL SAYED GABER ABDEL EL HALEEM
2013 ARDIN DRIVE
NORRISTOWN PA 19403

Creditor ID: 5030-01
EL TORO EXPORTS
1469 LABRUCHERIE ROAD
EL CENTRO CA 92243

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 14203-01
ELAD PROPERTIES
575 MADISON AVENUE 23RD FLOOR
NEW YORK NY 10022

Creditor ID: 14908-01
ELAN POLO
630 MELROSE AVE.
NASHVILLE TN 37211

Creditor ID: 14204-01
ELANTAS PDG, INC.
5200 NORTH SECOND STREET
ST. LOUIS MO 63147

Creditor ID: 2407-01
ELCOM INC
20 BUTTERFIELD TRAIL WEST DOCK DOOR
EL PASO TX 79906

Creditor ID: 743-01
ELCOTEQ INC.
100 E. ROYAL LANE, SUITE 224
IRVING TX 75039

Creditor ID: 5031-01
ELECKTRA TRADING
617 13TH STREET
HUNTINGTON BEACH CA 92648

Creditor ID: 5032-01
ELECTRIC HARVEST LLC
415 MAIN STREET
RIDGEFIELD CT 06877

Creditor ID: 5033-01
ELECTRIC HEATING SYSTEM, INC.
109 NORTH GOLD DRIVE
ROBBINSVILLE NJ 08691

Creditor ID: 3114-01
ELECTRO CYCLE
230 BALDWIN DRIVE
MADISONVILLE KY 42431

Creditor ID: 7924-01
ELECTRO MOTIVE
9301 W 55TH STREET
LA GRANGE IL 60525

Creditor ID: 9471-01
ELECTROLUX CENTRAL VACUUM CLEANERS
1700 WEST SECOND STREET
WEBSTER CITY IA 50595

Creditor ID: 14909-01
ELECTROLUX HOME CARE PRODUCTS
3551 EAST FRANCIS ST
ONTARIO CA 91761

Creditor ID: 11120-01
ELECTROLUX HOME CARE PRODUCTS
803 MIDPOINT ROAD
MINOOKA IL 60447

Creditor ID: 744-01
ELECTROLUX HOME CARE PRODUCTS EL PASO
9600 PAN AMERICAN DRIVE
EL PASO TX 79927

Creditor ID: 14205-01
ELECTROLUX HOME CARE PRODUCTS-NORTH AMERICA
807 N. MAIN ST.
BLOOMINGTON IL 61701

Creditor ID: 11121-01
ELECTROLUX HOME PROD NORTH AMERICA
250 BOBBY JONES EXPRESSWAY
AUGUSTA GA 30907

Creditor ID: 11122-01
ELECTROLUX HOME PRODUCST, INC.
1016 KASPER WAY
GOODLETTSVILLE TN 37072

Creditor ID: 17005-01
ELECTROLUX HOME PRODUCTS
2100 AMNICOLA HIGHWAY
CHATTANOOGA TN 37406

Creditor ID: 7925-01
ELECTROLUX HOME PRODUCTS
101 MASTERS BLVD
ANDERSON SC 29622

Creditor ID: 16398-01
ELECTROLUX HOME PRODUCTS
PO BOX 1687
ORANGEBURG SC 29116

Creditor ID: 5034-01
ELECTROLUX HOME PRODUCTS
1100 INDUSTRIAL DRIVE, P.O. BOX 668
SPRINGFIELD TN 37172

Creditor ID: 16397-01
ELECTROLUX HOME PRODUCTS
7780 SPENCE ROAD
FAIRBURN GA 30213

Creditor ID: 14207-01
ELECTROLUX HOME PRODUCTS
701 33RD AVE NORTH ST
SAINT CLOUD MN 56303

Creditor ID: 14206-01
ELECTROLUX HOME PRODUCTS
300 HUNTER LANE
MIDDLETOWN PA 17057

Creditor ID: 16400-01
ELECTROLUX HOME PRODUCTS INC
MERIDIAN PRODUCTS
4850 WEST VERNON AVENUE
KINSTON NC 28504

Creditor ID: 7926-01
ELECTROLUX HOME PRODUCTS INC.
9742 NORTH LOOP
EL PASO TX 79927

Creditor ID: 16399-01
ELECTROLUX HOME PRODUCTS INC.
31 KING STREET
ELK GROVE VILLAGE IL 60007

Creditor ID: 745-01
ELECTROLUX HOME PRODUCTS INC.
1016 KASPER WAY
GOODLETTSVILLE TN 37072

Creditor ID: 14910-01
ELECTROLUX HOME PRODUCTS INC.
301 N. CONCEPCION
EL PASO TX 79905

Creditor ID: 7190-01
ELECTROLUX HOME PRODUCTS INTERNATIONAL
703 WATERFORD WAY SUITE 300
MIAMI FL 33126

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3115-01<br>ELECTROLUX HOME PRODUCTS, INC<br>3551 EAST FRANCIS ST<br>ONTARIO CA 91761 | Creditor ID: 11123-01<br>ELECTROLUX HOME PRODUCTS, INC.<br>1411 CONTINENTAL BOULEVARD<br>CHARLOTTE NC 28273 | Creditor ID: 16401-01<br>ELECTROLUX HOME PRODUCTS-NORTH AMERICA<br>221 SOUTH 10TH STREET<br>LEMOYNE  ATTN:KRAIG STAMBAUGH PA 17043 |
| Creditor ID: 11124-01<br>ELECTROLUX INTERNATIONAL (PIT)<br>3 PARKWAY CENTER<br>PITTSBURH PA 15220-3605 | Creditor ID: 746-01<br>ELECTROLUX MAJOR APPLIANCE<br>300 HUNTER LANE<br>MIDDLETOWN PA 17057 | Creditor ID: 14911-01<br>ELECTROLUX MAJOR APPLIANCES<br>101 MASTERS BLVD<br>ANDERSON SC 29622 |
| Creditor ID: 7927-01<br>ELECTROLUX MAJOR APPLIANCES<br>25 KEYSTONE BLVD.<br>POTTSVILLE PA 17901 | Creditor ID: 16402-01<br>ELECTROLUX MAJOR APPLIANCES -<br>DISHWASHER DIVISION<br>4850 W. VERNON AVE<br>KINSTON NC 28504 | Creditor ID: 11125-01<br>ELECTROLUX MAJOR APPLIANCES - FABRIC CARE<br>400 DES MOINES STREET<br>WEBSTER CITY IA 50595-1407 |
| Creditor ID: 14208-01<br>ELECTROLUX MAJOR APPLIANCES INTERNATIONAL<br>10200 DAVID TAYLOR DRIVE<br>CHARLOTTE NC 28262 | Creditor ID: 747-01<br>ELECTROLUX MAJOR APPLIANCES NA<br>1310 FANNING BRIDGE ROAD<br>FLETCHER NC 28732 | Creditor ID: 11126-01<br>ELECTROLUX NORTH AMERICA HEADQUARTER<br>10200 DAVID TAYLOR DRIVE<br>CHARLOTTE NC 28262 |
| Creditor ID: 14912-01<br>ELECTROLUX WAREHOUSE<br>4707 MONTANA AVENUE, SUITE 203<br>EL PASO TX 79903 | Creditor ID: 15015-01<br>ELEGANT HEADWEAR CO., INC<br>1000 JEFFERSON AVE<br>ELIZABETH NJ 07201 | Creditor ID: 5035-01<br>ELEGANT HOME FASHIONS, LLC<br>2440 PLEASANTDALE RD # 200<br>DORAVILLE GA 30340 |
| Creditor ID: 7928-01<br>ELEGANT WINDOWS, INC.<br>3709 E. RANDOL MILL RD., STE.200<br>ARLINGTON TX 76011 | Creditor ID: 3116-01<br>ELEMAR NEW ENGLAND<br>99/107 SHELTON AVENUE<br>NEW HAVEN CT 06511 | Creditor ID: 16403-01<br>ELEMENTAL CONTAINER INC.<br>860 SPRINGFIELD ROAD SOUTH<br>UNION NJ 07083 |
| Creditor ID: 14209-01<br>ELEMENTIS CHROMIUM INC.<br>3800 BUDDY LAWRENCE DRIVE<br>CORPUS CHRISTI TX 78407 | Creditor ID: 5036-01<br>ELEMENTIS CHROMIUM INC.<br>5408 HOLLY SHELTER ROAD<br>CASTLE HAYNE NC 28429 | Creditor ID: 16404-01<br>ELEMENTIS PIGMENTS<br>1525 WOOD AVENUE<br>EASTON PA 18042 |
| Creditor ID: 12589-01<br>ELENI LEATHER CORPORATION<br>5 EDGEHILL ROAD<br>PEABODY MA 01960 | Creditor ID: 748-01<br>ELEPH OF NJ<br>528 CENTRAL AVE.<br>EAST ORANGE NJ 07018 | Creditor ID: 3117-01<br>ELESA U.S.A. CORPORATION<br>6161 COCHRAN ROAD, UNIT B<br>SOLON OH 44139 |
| Creditor ID: 5037-01<br>ELEVANCE RENEWAL SCIENCES(JV)<br>175 EAST CROSSROADS PARKWAY<br>BOLINGBROOK IL 60440 | Creditor ID: 7929-01<br>ELEVATOR MOTORS CORPORATION<br>80 CAROLYN BOULEVARD, SUITE 1<br>FARMINGDALE NY 11735-1525 | Creditor ID: 3118-01<br>ELG METAL INC.<br>9400 RAYO AVE.,<br>S. GATE CA 90280 |
| Creditor ID: 3119-01<br>ELG METALS<br>15TH STREET & RIVER ROAD<br>MCKEESPORT PA 15134 | Creditor ID: 2408-01<br>ELG UTICA ALLOYS INC.<br>91 WURZ AVENUE<br>UTICA NY 13502 | Creditor ID: 18711-01<br>ELIBON<br>429 SCHILLER STREET<br>ELIZABETH NJ 07206 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16405-01<br>ELICO LTD<br>230  5TH AVE SUITE 1600<br>NEW YORK NY 10001 | Creditor ID: 7930-01<br>ELIE TAHARI<br>16 BLEEKER STREET<br>MILLBURN NJ 07041 | Creditor ID: 5038-01<br>ELIM HIDE & MEAT CORPORATION<br>16921 PARTHENIA STREET, SUITE 202<br>NORTHRIDGE CA 91343 |
| Creditor ID: 7931-01<br>ELITE FOOD DISTRIBUTIONS, INC.<br>7131 W. 61ST<br>CHICAGO IL 60638 | Creditor ID: 16406-01<br>ELITE FURNITURE MANUFACTURING<br>230 SOUTH ROAD<br>HIGH POINT NC 27262 | Creditor ID: 16407-01<br>ELITE HOME FASHIONS, LLC<br>2440 PLEASANTDALE ROAD, SUITE 200<br>DORAVILLE GA 30340 |
| Creditor ID: 11127-01<br>ELITE HOME PRODUCTS<br>245 4TH STREET, SUITE 1<br>PASSAIC NJ 07055 | Creditor ID: 19037-97<br>ELITE LOGISTICS CORP<br>C/O MCCUNE WRIGHT LLP<br>DAVID C WRIGHT, JAE KOOK KIM,<br>KRISTY M AREVALO, RICHARD D MCCUNE JR<br>2068 ORANGE TREE LANE, STE 216<br>REDLANDS CA 92374 | Creditor ID: 15016-01<br>ELITE SALES INC<br>9445 SW 40TH STREET, FLOOR<br>MIAMI FL 33165 |
| Creditor ID: 5039-01<br>ELITE SPICE INC<br>7151 MONTEVIDEO RD<br>JESSUP MD 20794 | Creditor ID: 5040-01<br>ELITE USA INC.<br>405 VICTORY AVE. SUITE #C<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 11128-01<br>ELITE WINES IMPORT INC<br>7345 LOCKPORT PL<br>LORTON VA 22079 |
| Creditor ID: 5041-01<br>ELIZABETH AND JAMES, A DIVISION OF<br>52-16 BARNETT AVENUE<br>DIVA ACQUISITION CORP.<br>LONG ISLAND CITY NY 11104 | Creditor ID: 14210-01<br>ELIZABETH ARDEN, INC.<br>1751 BLUE HILLS DRIVE<br>ROANOKE VA 24012 | Creditor ID: 15017-01<br>ELIZABETH EAKINS INC<br>21 EAST 65TH STREET<br>NEW YORK NY 10021 |
| Creditor ID: 9472-01<br>ELIZABETH KOSZEGI<br>2123 MURDOCK ROAD<br>BELTON SC 29627 | Creditor ID: 15018-01<br>ELJER PLUMBINGWARE<br>1301 ELJER WAY<br>FORD CITY PA 16226 | Creditor ID: 749-01<br>ELK CREEK LUMBER CO.<br>1301 N COLLEGIATE DRIVE<br>WILKESBORO NC 28697 |
| Creditor ID: 7932-01<br>ELLERY HOLDINGS LLC<br>595 5TH AVENUE<br>NEW YORK NY 10016 | Creditor ID: 14211-01<br>ELLERY HOMESTYLES LLC<br>295 5TH AVE<br>NEW YORK NY 10016 | Creditor ID: 5042-01<br>ELLIOTT BAY INDUSTRIES<br>7500 WEST MARGINAL WAY SOUTH<br>SEATTLE WA 98108 |
| Creditor ID: 14212-01<br>ELLIOTT HIDE COMPANY<br>6502 JOLIET ROAD, SUITE 102<br>COUNTRYSIDE IL 60525 | Creditor ID: 4814-01<br>ELLIS DEAN TANNER<br>13225 62ND AVE SE<br>EVERETT WA 98028 | Creditor ID: 16408-01<br>ELLIS EQUIPMENT COMPANY, INC.<br>701 SOUTH MAIN<br>LOGAN UT 84321 |
| Creditor ID: 5043-01<br>ELLIS FURNITURE<br>388 HIGHWAY 15 S<br>PONTOTOC MS 38863-3713 | Creditor ID: 5044-01<br>ELLWOOD CRANKSHAFT AND MACHINE<br>2727 FREELAND ROAD<br>HERMITAGE PA 16148 | Creditor ID: 11129-01<br>ELLWOOD NATIONAL CRANKSHAFT<br>ONE FRONT STREET,BLDG 64<br>IRVINE PA 16329 |
| Creditor ID: 15019-01<br>ELOF HANSSON FIBER, LLC (NY)<br>565 TAXTER ROAD<br>ELMSFORD NY 10523 | Creditor ID: 750-01<br>ELOF HANSSON TIMBER<br>970 PEACHTREE IND BLVD STE 304<br>SUWANEE GA 30024-6988 | Creditor ID: 751-01<br>ELOF HANSSON USA, INC.<br>145 W. WISCONSIN AVENUE<br>NEENAH WI 54956 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 15020-01
ELOF HANSSON USA, INC.
127 WEST MAIN STREET
TARRYTOWN NY 10591

Creditor ID: 752-01
ELON INC CERAMIC TILE
358 SAN MILL RIVER RD
MILLWOOD NY 10546

Creditor ID: 3120-01
ELPIS USA
1823 KRISTEN CT.
SUWANEE GA 30024

Creditor ID: 15021-01
ELPIS USA
1879 W. MARSHALL STREET
WEST MORRISOWN PA 19403

Creditor ID: 16409-01
ELSATECH INC.
21515 BIRCH HILL DRIVE
DIAMOND BAR CA 91765

Creditor ID: 753-01
ELSAYED GABER
2013 ARDIN DRIVE
NORRISTOWN PA 19402

Creditor ID: 7933-01
ELTINK VENEER CO,LLC
12037 ROYAL LYTHAM CT.
CHARLOTTE NC 28277

Creditor ID: 3121-01
ELUMATEC USA INC.
4320 RALPH JONES CT.
SOUTH BEND IN 46628

Creditor ID: 17006-01
ELWAY INDUSTRIES, INC.
4545 PINE TIMBERS STE. 310
HOUSTON TX 77041

Creditor ID: 16410-01
E-MACHINES, INC.
7555 IRVINE CENTER DR.
IRVINE CA 92618

Creditor ID: 5045-01
EMAG L.L.C.
38800 GRAND RIVER AVE
FARMINGTON HILLS MI 48335

Creditor ID: 754-01
EMAK USA INC
770 SPRUCE STREET
WOOSTER OH 44691

Creditor ID: 5046-01
EMBASSY INDUSTRIES INC
315 OSER AVENUE
HAUPPAUGE NY 11788

Creditor ID: 3122-01
EMBORG FOODS
10902 CRABAPPLE RD, SUITE 103
ROSWELL GA 30075-3090

Creditor ID: 11130-01
EMBRACO NORTH AMERICA
2233 NORTHMONT PARKWAY
DULUH GA 30136

Creditor ID: 16411-01
EMBRACO NORTH AMERICA INC
2232 NORTHMONT PARKWAY
DULUTH GA 30136

Creditor ID: 3123-01
EMBRACO NORTH AMERICA INC
1725 CORPORATE DRIVE
NORCROSS GA 30093

Creditor ID: 15022-01
EMBRACO NORTH AMERICA INC
6755 SOUTH SAYRE AVE
BEDFORD PARK IL 60638

Creditor ID: 15023-01
EMCO CHEMICAL DISTRIBUTORS, INC
8601 95TH STREET
PLEASANT PRAIRIE WI 53158

Creditor ID: 3124-01
EMCO CHEMICAL DISTRIBUTORS, INC.
2100 COMMONWEALTH AVE.
NORTH CHICAGO IL 60064

Creditor ID: 3125-01
EMD MILLIPORE CORPORATION
2909 HIGHLAND AVE
NORWOOD OH 45212

Creditor ID: 9473-01
EMD SALES
3335 75TH AVE
LANDOVER MD 20785-1509

Creditor ID: 12207-01
EMERALD CAROLINA CHEMICAL, LLC
8309 WILKINSON BLVD.
CHALOTTE NC 28214

Creditor ID: 5047-01
EMERALD CHRISTMAS TREE COMPANY
1309 114TH AVE SE
BELLEVUE WA 98004-6903

Creditor ID: 11367-01
EMERALD COMMODITIES
32041 CARTNEY DRIVE
HARRISBURG OR 97446

Creditor ID: 12208-01
EMERALD HOME FURNISHINGS
3025 PIONEER WAY EAST
TACOMA WA 98443

Creditor ID: 15024-01
EMERALD IMAGING SUPPLIES, INC.
568 CHARCOT AVE.,
SAN JOSE CA 95131

Creditor ID: 15025-01
EMERALD INTERNATIONAL TRADE, LTD.
1421 EMERICK ROAD
CLE ELUM WA 98922

Creditor ID: 16412-01
EMERALD KALAMA CHEMICAL
2530 N. MARINE DRIVE
PORTLAND OR 97217

Creditor ID: 16413-01
EMERALD KALAMA CHEMICAL LLC
1296 NW 3RD STREET
KALAMA WA 98625

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 16414-01
EMERALD PERFORMANCE MATERIALS  LLC
2020 FRONT STREET
CUYAHOGA FALLS OH 44221

Creditor ID: 755-01
EMERALD PERFORMANCE MATERIALS LLC
8309 WILKINSON BOULEVARD
CHARLOTTE NC 28214

Creditor ID: 16415-01
EMERALD PERFORMANCE MATERIALS LLC
240 W. EMERLING AVENUE
AKRON OH 44301

Creditor ID: 11368-01
EMERALD POLYMER ADDITIVES LLC.
1550 COUNTY ROAD 1450 NORTH
HENRY IL 61537

Creditor ID: 5048-01
EMERALD USA, INC.
2836 CHERRY STREET
FALLS CHURCH VA 22042

Creditor ID: 12209-01
EMERITUS TEXTILE LLC
240 S GARFIELD AVE
ALHAMBRA CA 91801

Creditor ID: 756-01
EMERSON CLIMATE TECHNOLOGIES
6579 WEST 350N, SUITE A
GREENFIELD IN 46140

Creditor ID: 16417-01
EMERSON CLIMATE TECHNOLOGIES
410 STOLLE DR
SIDNEY OH 45365

Creditor ID: 16416-01
EMERSON CLIMATE TECHNOLOGIES
1675 W. CAMPBELL ROAD
SIDNEY OH 45365

Creditor ID: 15026-01
EMERSON CLIMATE TECHNOLOGIES CONTROL PRODUCTS
1724 LAKE DRIVE WEST
CHANHASSEN MN 55317

Creditor ID: 12210-01
EMERSON CLIMATE TECHNOLOGIES FLOW
5109 TANYA AVE
(SUITE C , BUILDING B)
MCALLEN TX 78503

Creditor ID: 2409-01
EMERSON CLIMATE TECHNOLOGIES INC
1400 NW 3RD STREET
AVA MO 65608

Creditor ID: 15027-01
EMERSON CLIMATE TECHNOLOGIES INC
701 E HIGHWAY 32
LEBANON MO 65536

Creditor ID: 16418-01
EMERSON CLIMATE TECHNOLOGIES, INC.
500 CONRAD  C. HARCOURT WAY
PLANT  41-54 ,
RUSHVILLE IN 46173

Creditor ID: 5049-01
EMERSON CORPORATION
3040 SOUTH 9TH STREET
IRONTON OH 43229

Creditor ID: 757-01
EMERSON ELECTRIC
8000 WEST FLORISSANT AVENUE
ST LOUIS MO 63136

Creditor ID: 15028-01
EMERSON LOGGING & MILLING
20097 AVE 196
STRATHMORE CA 93267

Creditor ID: 3126-01
EMERSON MOTOR TECHNOLOGIES
74 TRINITY PLACE SUITE 1804
NEW YORK NY 10006

Creditor ID: 15029-01
EMERSON MOTORS
8050 WEST FLORISSANT AVENUE
SAINT LOUIS MO 63136

Creditor ID: 3127-01
EMERSON NETWORK POWER SURGE
328 WATER STREET
BINGHAMTON NY 13901

Creditor ID: 15030-01
EMERSON NETWORK POWER,
ENERGY SYSTEMS, N. AMERICA,
1122 F STREET
LORAIN OH 44052

Creditor ID: 758-01
EMERSON NETWORK POWER, ENERGY SYSTEMS
19801 S. SANTA FE AVE.
NORTH AMERICA, INC.
RANCHO DOMINGUEZ CA 90221

Creditor ID: 3128-01
EMERSON NETWORK POWER, ENERGY SYSTEMS
5109 TANYA AVENUE,
BUILDING B, DOCKS 27-29
MCALLEN TX 78503

Creditor ID: 759-01
EMERSON POWER TRANSMISSION
1248 EAST SECOND STREET
MAYSVILLE KY 41056

Creditor ID: 5050-01
EMERSON POWER TRANSMISSION CORP
7120 NEW BUFFINGTON RD
FLORENCE KY 41042

Creditor ID: 15031-01
EMERSON PROCESS MANAGEMENT VALVE
18703 GH CIRCLE
WALLER TX 77484

Creditor ID: 3129-01
EMERSON REGULATOR TECHNOLOGIES
310 EAST UNIVERSITY DRIVE
MCKINNEY TX 75070

Creditor ID: 15032-01
EMERSON TOOL COMPANY
800 E. CAPOTE CENTRAL
PHARR TX 78577

Creditor ID: 17007-01
EMERSON TOOL COMPANY
8100 W. FLORISSANT - BLDG T
SAINT LOUIS MO 63136

Creditor ID: 16518-01
EMERSON TOOL COMPANY DIVISION
5001 TANYA AVENUE, SUITE L
MCALLEN TX 78503

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3130-01<br>EMERSON TOOL COMPANY DIVISION<br>9601 INTERNATIONAL BLVD.<br>PHARR TX 78577 | Creditor ID: 7934-01<br>EMERSON TOOL COMPANY DIVISION.<br>600 EAST MILITARY HWY.,<br>BUILDING B, SUITE 1<br>PHARR TX 78577 | Creditor ID: 12211-01<br>EMGIME WORLD, LLC<br>1487 67TH STREET<br>EMERYVILLE CA 94608 |
| Creditor ID: 12590-01<br>EMHART TEKNOLOGIES<br>50501 E. RUSSELL SCHMIDT BLVD.<br>CHESTERFIELD MI 48051 | Creditor ID: 16519-01<br>EMI YOSHI<br>1200 JERSEY AVE<br>NORTH BRUNSWICK NJ 08902 | Creditor ID: 3131-01<br>EMIEX CORPORATION<br>5959 NW 102ND AVENUE, DORAL, FL<br>DORAL FL 33178 |
| Creditor ID: 3132-01<br>EMIL AMERICA<br>22701 DULLES SUMMIT COURT<br>DULLES VA 20166 | Creditor ID: 3133-01<br>EMILE HENRY<br>80 CENTERPOINT BLVD.<br>NEW CASTLE DE 19720 | Creditor ID: 12212-01<br>EMILIANI<br>600 GREEN LANE<br>UNION NJ 07083 |
| Creditor ID: 3134-01<br>EMILIE M'S DIV -<br>MONDANI HANDBAGS & ACCESSORIES<br>320 5TH AVE SUITE 900<br>NEW YORK NY 10001 | Creditor ID: 11369-01<br>EMK PRODUCTS INC<br>2959 MONTEREY SALINAS HIGHWAY<br>MONTEREY CA 93940 | Creditor ID: 760-01<br>EM-MAUR INC-ANCHOR CARPETS<br>1704 KIMBERLY PARK DRIVE<br>DALTON GA 30720 |
| Creditor ID: 3135-01<br>EMMEGI USA, INC<br>20 MURRAY HILL PARKWAY- UNIT 120<br>EAST RUTHERFORD NJ 07073 | Creditor ID: 9474-01<br>EMPIRE AUTO PARTS, INC.<br>61 ROBERT TREAT PAINE DRIVE<br>TAUNTON MA 02780 | Creditor ID: 3136-01<br>EMPIRE DISTRIBUTORS<br>3755 ATLANTA INDUSTRIAL PARKWAY<br>ATLANTA GA 30331 |
| Creditor ID: 16520-01<br>EMPIRE EXCHANGE, LLC.<br>1725 S. COUNTRY CLUB DRIVE<br>MESA AZ 85210 | Creditor ID: 16521-01<br>EMPIRE GROUP INTERNATIONAL HOLDING CORP<br>87-08, 95TH ST.<br>WOODHAVEN NY 11421 | Creditor ID: 11370-01<br>EMPIRE INTERNATIONAL<br>1351 EAST CHIEF PRIVADO<br>ONTARIO CA 91761 |
| Creditor ID: 2410-01<br>EMPIRE MERCHANTS LLC<br>16 BRIDGEWATER ST.<br>BROOKLYN NY 11222 | Creditor ID: 3137-01<br>EMPIRE MERCHANTS NORTH LLC<br>132 FLATBUSH AVENUE<br>KINGSTON NY 12401 | Creditor ID: 5051-01<br>EMPIRE MERCHANTS NORTH, LYONS (WAREHOUSE)<br>200 DUNN ROAD<br>LYONS NY 14489 |
| Creditor ID: 11371-01<br>EMPIRE PACIFIC<br>7650 NORTH PALM AVE, SUITE 103<br>FRESNO CA 93711 | Creditor ID: 5052-01<br>EMPIRE RESOURCES, INC.<br>1 PARKER PLAZA<br>FORT LEE NJ 07024 | Creditor ID: 16522-01<br>EMPIRE-WEST SALES<br>9867 MEADOWWOOD DR.<br>RANCHO CUCAMONGA CA 91737 |
| Creditor ID: 5053-01<br>EMPRESS INTERNATIONAL<br>10 HARBOR PARK DR.<br>PORT WASHINGTON NY 11050 | Creditor ID: 7935-01<br>EMPRESS INTERNATIONAL LTD<br>5 DAKOTA DRIVE SUITE 303<br>LAKE SUCCESS NY 11042 | Creditor ID: 3138-01<br>EMSER TILE DISTRIBUTION CENTER<br>9835 GENARD ROAD, SUITE A-1<br>HOUSTON TX 77041 |
| Creditor ID: 16523-01<br>EMSER TILE LLC<br>8431 SANTA MONICA BLVD.<br>LOS ANGELES CA 90069 | Creditor ID: 761-01<br>EMSON (A DIVISION OF E. MISHAN & SONS)<br>230 5TH AVE<br>NEW YORK NY 10001 | Creditor ID: 762-01<br>EMU AMERICAS, LLC<br>360 FAIRFIELD AVENUE<br>BRIDGEPORT CT 06604 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5054-01<br>EMW DESIGNS<br>1115 HAMILTON COURT<br>MENLO PARK CA 94025 | Creditor ID: 5055-01<br>ENA NORTH AMERICA CORPORATION<br>51150 CENTURY COURT<br>WIXOM MI 48393 | Creditor ID: 763-01<br>ENBRIDGE ENERGY<br>1100 LOUISIANA STREET. SUITE 3300<br>HOUSTON TX 77002 |
| Creditor ID: 4815-01<br>ENCHANTE ACCESSORIES, INC.<br>16 EAST 34TH STREET<br>NEW YORK NY 10016 | Creditor ID: 3139-01<br>ENCLOS CORP<br>42 SOUTH 15TH STREET, SUITE 1060<br>PHILADELPHIA PA 19102 | Creditor ID: 15034-01<br>ENCOMPASS<br>7400 LINDER AVE<br>SKOKIE IL 60077 |
| Creditor ID: 3140-01<br>ENCOMPASS GROUP, LLC.<br>HOSPITEX DIVISION 621 MACON STREET<br>MCDONOUGH GA 30253 | Creditor ID: 3141-01<br>ENCORE<br>111 CLOVERLEAF DRIVE<br>WINSTON-SALEM NC 27104 | Creditor ID: 11372-01<br>ENCORE FRUIT MARKETING<br>120 WEST BONITA AVENUE #204<br>SAN DIMAS CA 91773 |
| Creditor ID: 7936-01<br>ENCORE FRUIT MARKETING INC.<br>907 HARRIS AVE., #201<br>BELLINGHAM WA 98225 | Creditor ID: 17008-01<br>ENCORE GROUP<br>2550 EMPIRE DRIVE<br>WINSTON-SALEM NC 27103 | Creditor ID: 764-01<br>ENCORE RECYCLERS, INC.<br>301 SOUTH SHILOH ROAD<br>GARLAND TX 75042 |
| Creditor ID: 12213-01<br>ENDEAVOR SEAFOOD, INC.<br>614 GEORGE WASHINGTON HIGHWAY<br>LINCOLN RI 02865 | Creditor ID: 765-01<br>ENDEKA CERAMICS INC.<br>11400 NEW BERLIN ROAD<br>JACKSONVILLE FL 32226 | Creditor ID: 7437-01<br>ENDURAPAK INC.<br>311 ALEXANDER AVE<br>WINNIPEG MB R3A 0M9<br>CANADA |
| Creditor ID: 11373-01<br>ENERGIZER<br>823 EAST HOLMES ROAD<br>MEMPHIS TN 38116 | Creditor ID: 5056-01<br>ENERGIZER<br>70 LOGISTICS DRIVE<br>CARLISLE PA 17013 | Creditor ID: 7438-01<br>ENERGIZER<br>6360 BRACKBILL BOULEVARD<br>MECHANICSBURG PA 17050 |
| Creditor ID: 12214-01<br>ENERGIZER<br>4787 STALWART DRIVE<br>FAIRBURN GA 30213 | Creditor ID: 3142-01<br>ENERGIZER<br>12249 HOLLY STREET - BUILDING B<br>RIVERSIDE CA 92509 | Creditor ID: 5057-01<br>ENERGIZER / HAWAIIAN TROPIC / EXEL LOGISTICS<br>4795 COATES DRIVE<br>FAIRBURN GA 30213 |
| Creditor ID: 12591-01<br>ENERGIZER / SERVICE CRAFT LOGISTICS<br>6565 KNOTT AVENUE<br>BUENA PARK CA 90620 | Creditor ID: 3143-01<br>ENERGIZER / SHIPPERS WAREHOUSE<br>1201 CHASE ROAD<br>MESQUITE TX 75149 | Creditor ID: 766-01<br>ENERGIZER BATTERY COMPANY (MILFORD, CT)<br>10 LEIGHTON ROAD<br>MILFORD CT 06460 |
| Creditor ID: 7439-01<br>ENERGIZER BATTERY MANUFACTURING<br>4630 COATES DRIVE<br>FAIRBURN GA 30213 | Creditor ID: 7440-01<br>ENERGIZER BATTERY MANUFACTURING INC<br>1 FACILITY 800 ALBEMARLE ROAD<br>ASHEBORO NC 27203 | Creditor ID: 5058-01<br>ENERGIZER BATTERY MANUFACTURING, INC.<br>75 SWANTON ROAD<br>ST. ALBANS VT 05478 |
| Creditor ID: 3144-01<br>ENERGIZER BATTERY MFG INC<br>300 WEST OLIVE ST<br>MEMPHIS TN 38106 | Creditor ID: 3145-01<br>ENERGIZER HOLDINGS, INC.<br>25225 DETROIT ROAD<br>WESTLAKE OH 44145 | Creditor ID: 16524-01<br>ENERGIZER MANUFACTURING, INC.<br>533 MARYSVILLE UNIVERSITY DRIVE<br>ST. LOUIS MO 63141 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16525-01<br>ENERGY FEEDS INTERNATIONAL<br>2020 WILLIAMS ST., SUITE B2<br>SAN LEANDRO CA 94577 | Creditor ID: 767-01<br>ENERGY PRODUCTS OF IDAHO<br>4006 INDUSTRIAL AVENUE<br>COEUR D'ALENE ID 83815-8928 | Creditor ID: 16526-01<br>ENERSYS<br>2366 BERNVILLE ROAD<br>READING PA 19605 |
| Creditor ID: 16527-01<br>ENERSYS DELAWARE INC.<br>2366 BERNVILLE RD<br>READING PA 19605 | Creditor ID: 7441-01<br>ENERSYS INC.<br>11936 ALTAMAR PLACE SUITE 100<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 11374-01<br>ENGINE WORLD<br>1487 67TH STREET<br>EMERYVILLE CA 94608 |
| Creditor ID: 3146-01<br>ENGINEERED POLYMERS INDUSTRIES, INC<br>2255 WESTOVER ROAD<br>CHICOPEE MA 01022 | Creditor ID: 12215-01<br>ENGINEERED POLYMERS INDUSTRIES, INC.<br>726 SOUTH MAIN STREET<br>CHESHIRE CT 06410 | Creditor ID: 12216-01<br>ENGINEERED SYSTEMS & SERVICES<br>2550 MARKET ST.<br>UPPER CHICHESTER PA 19014-3426 |
| Creditor ID: 5059-01<br>ENGINEERING & NETWORK SYSTEMS INC.<br>20871 JOHNSON STREET SUITE 111<br>PEMBROKE PINES FL 33029 | Creditor ID: 2411-01<br>ENGLAND GLOBAL LOGISTICS USA, INC.<br>2291 W 205TH ST<br>BUILDING C-103<br>TORRANE CA 90501 | Creditor ID: 7442-01<br>ENGLES FURNITURE INC.<br>2079 SHERMAN AVENUE<br>NORTH BEND OR 97459 |
| Creditor ID: 11375-01<br>ENGLEWOOD MARKETING GROUP INC.<br>1471 PARTNERSHIP DRIVE<br>GREEN BAY WI 54307 | Creditor ID: 11376-01<br>ENHANCE AMERICA, INC<br>1 WEST AVENUE, SUITE 219<br>LARCHMONT NY 10538 | Creditor ID: 3147-01<br>ENHANCE AMERICA, INC.<br>3463 GRAPEVINE ST.<br>MIRA LOMA CA 91752 |
| Creditor ID: 5060-01<br>ENNIS PAINT INC.<br>5910 N CENTRAL EXPRESSWAY STE 1050<br>DALLAS TX 75206 | Creditor ID: 12217-01<br>ENNIS PAINT, INC<br>1509 S. KAUFMAN<br>ENNIS TX 75119 | Creditor ID: 15035-01<br>ENNIS TRADING, INC<br>1102 #A JOHN REED COURT<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 15036-01<br>ENOVATION BRANDS, INC.<br>2875 NE 191ST STREET, SUITE 400A<br>AVENTURA FL 33180 | Creditor ID: 15037-01<br>ENRICH GROUP INC.<br>990 AVENUE OF THE AMERICAS<br>NEW YORK NY 10018 | Creditor ID: 10397-01<br>ENSIGN OVERSEAS USA LTD<br>8800 BOULEVARD E<br>NORTH BERGEN NJ 07047-6054 |
| Creditor ID: 3148-01<br>ENTEC POLYMERS LLC<br>1900 SUMMIT TOWER BLVD<br>ORLANDO FL 32810 | Creditor ID: 16528-01<br>ENTEC POLYMERS LLC SUMMIT TOWER BLVD<br>SUMMIT TOWER BLVD SUITE 900<br>ORLANDO FL 32810 | Creditor ID: 768-01<br>ENTECH U.S.A. INC.<br>402 TERRA BELLA<br>IRVINE CA 92602 |
| Creditor ID: 16529-01<br>ENTEGRIS<br>5935 ROSSI LANE<br>GILROY CA 95020 | Creditor ID: 769-01<br>ENTERPLAST INC.<br>562 KINGWOOD DRIVE STE. 8<br>KINGWOOD TX 77339 | Creditor ID: 770-01<br>ENTERPRISE<br>PO BOX 2608  AVENUE NORTH<br>SECAUCUS NJ 07096 |
| Creditor ID: 16530-01<br>ENTERPRISE GENETICS, INC.<br>200 SOUTH WILCOX DRIVE<br>KINGSPORT TN 37660 | Creditor ID: 7443-01<br>ENTREE CASUAL DINING<br>736 PINEY RIDGE WAY<br>MONUMENT CO 80132 | Creditor ID: 4816-01<br>ENTROTECH<br>1275 KINNEAR ROAD<br>COLUMBUS OH 43212 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15038-01
ENVENTURE GLOBAL TECH LLC.
15995 N. BARKERS LANDING,STE.350
HOUSTON TX 77079

Creditor ID: 771-01
ENVIRECO INC.
8281 BOLSA AVE.
MIDWAY CITY CA 92655

Creditor ID: 11377-01
ENVIRONMENT FIRST INC
6200 E. HIGHWAY 62, 1502
JEFFERSONVILLE IN 47130

Creditor ID: 7444-01
ENVIRONMENTAL OFFICE SOLUTIONS
2301 EAST DEL AMO BLVD
COMPTON CA 90220

Creditor ID: 11378-01
ENVIRONMENTAL SCIENCE TECHNOLOGY, INC. (ESTI)
786 MOUNTAIN BLVD.
WATCHUNG NJ 07060

Creditor ID: 15039-01
ENVIROPAK (UNITED SHIPPER'S ASS.)
2699 PONTIUS ROAD
HARTVILLE OH 44632

Creditor ID: 5061-01
ENVIROPLAS
10100 HEDDEN ROAD
EVANSVILLE IN 47725

Creditor ID: 3149-01
ENVISION PERIPHERALS INC.
415 MERLIN
LAREDO TX 78041

Creditor ID: 772-01
ENVISION PERIPHERALS, INC. (MIAMI)
8300 NW 53 STREET, SUITE 204
MIAMI FL 33166

Creditor ID: 12218-01
ENVISION PERIPHERALS,INC
47490 SEABRIDGE DRIVE
FREMONT CA 94538

Creditor ID: 12219-01
EOT INTERNATIONAL TRADING LLC
3040 HOLCOMB BRIDGE ROAD SUITE B2
NORCROSS GA 30071

Creditor ID: 7445-01
EPC AMERICA INC
3356 N.W. 78TH AVE
MIAMI FL 33122

Creditor ID: 4817-01
EPC POWDER MFG INC.
101 LOOMIS STREET
NORTH EAST PA 16428

Creditor ID: 7446-01
EPHOTO INC
1250 ROLLING ROAD, UNIT B
BURLINGAME CA 94030

Creditor ID: 16531-01
EPIC IMPORTS INC.
1743 E. 42ND ST
LOS ANGELES CA 90058

Creditor ID: 12220-01
EPICHEM INC.
1429 HILLDALE AVENUE
HAVERHILL MA MA 01832
CANADA

Creditor ID: 18423-01
EPICUREAN INTERNATIONAL INC.
30315 UNION CITY BLVD
UNION CITY CA 94587

Creditor ID: 11379-01
EPILAY INC.
21175 S. MAIN.ST., E1-UNIT-C
CARSON CA 90745

Creditor ID: 773-01
EPIX INC
621-D EAST LAKE ST
LAKE MILLS WI 53551

Creditor ID: 19038-97
EPSON AMERICA INC
C/O O'MELVENY & MYERS LLP
ATTN EVAN M JONES
400 SOUTH HOPE ST
LOS ANGELES CA 90071

Creditor ID: 16533-01
EPSON AMERICA INC.
5601 NW 72 AVE, DOOR 1-10
MIAMI FL 33126

Creditor ID: 774-01
EPSON AMERICA INC.
1100 KING GEORGE POST ROAD
EDISON NJ 08837

Creditor ID: 15040-01
EPSON AMERICA INC.
850 CENTRAL PARK AVE.
HANOVER PARK IL 60103

Creditor ID: 775-01
EPSON AMERICA INC.(INDIANAPOLIS WAREHOUSE)
5355 WEST 76TH ST
INDIANAPOLIS IN 46268

Creditor ID: 5062-01
EPSON AMERICA, INC
PLAINFILED DISTRIBUTION CENTER
2350 EAST STAFFORD RD (STE 167)
PLAINFIELD IN 46168

Creditor ID: 7447-01
EPSON AMERICA, INC CARSON DISTRIBUTION CENTER
1650 GLENN CURTISS STREET
CARSON CA 90746

Creditor ID: 776-01
EPSON AMERICA, INC.
20770 MADRONA AVENUE, M/S B1-02
TORRANCE CA 90503

Creditor ID: 7448-01
EPSON AMERICA, INC.
3840 KILROY AIRPORT WAY
LONG BEACH CA 90806

Creditor ID: 777-01
EPSON AMERICA,INC (CARSON WAREHOUSE)
OEM WAREHOUSE 989 EAST 233RD STREET
CARSON CA 90475

Creditor ID: 5063-01
EPSON EL PASO, INC.
1211 HENRY BRENNAN DRIVE
EL PASO TX 79936

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5064-01<br>EPSON ELECTRONICS AMERICA INC.<br>2580 ORCHARD PARKWAY<br>SAN JOSE CA 95131 | Creditor ID: 12221-01<br>EPSON MEXICO S.A.<br>1902 FRANKFORT<br>LAREDO TX 78041 | Creditor ID: 9475-01<br>EPSON PORTLAND INC<br>3950 NW ALOCLEK PLACE<br>HILLSBORO OR 97124 |
| Creditor ID: 15041-01<br>EPSON PORTLAND INC<br>PHASE 3 BLDG.3740 NW ALOCLEK PLACE<br>HILLSBORO OR 97124 | Creditor ID: 12222-01<br>EPSTONE INC<br>520 SECAUCUS ROAD SECAUCUS NJ 07094<br>SECAUCUS NJ 07094 | Creditor ID: 12223-01<br>EPT - ENVIRONMENTAL PACKAGING TECHNOLOGIES<br>6100 WEST BY NORTHWEST BLVD STE 100<br>HOUSTON TX 77040 |
| Creditor ID: 778-01<br>EPURE GLASS INC<br>3972 BEDFORD AVE<br>BROOKLYN NY 11229 | Creditor ID: 7191-01<br>EQUAL EXCHANGE<br>50 UNITED DRIVE<br>WEST BRIDGEWATER MA 02379 | Creditor ID: 11380-01<br>EQUIPMENT CORPORATION OF AMERICA<br>1 MERION TERRACE<br>ALDAN PA 19018 |
| Creditor ID: 16534-01<br>EQUIPMENT KING<br>19 GOOLSBY RD.<br>CARTERSVILLE GA 30521 | Creditor ID: 15042-01<br>EQUIPMENT TECHNOLOGY, LLC.<br>341 NW 122ND STREET<br>OKLAHOMA CITY OK 73114 | Creditor ID: 15043-01<br>EQUISTAR CHEMICALS LP<br>3400 AVAMOSA ROAD<br>CLINTON IA 52732 |
| Creditor ID: 5065-01<br>EQUISTAR CHEMICALS LP<br>SUITE 1600 1221 MCKINNEY ST<br>HOUSTON TX 77010 | Creditor ID: 779-01<br>EQUIXPRESS INC<br>9949 NW 89 AVE BAY NR 18<br>MIAMI FL 33178 | Creditor ID: 5066-01<br>ERA INDUSTRIES, INC.<br>1800 GREENLEAF AVE<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 5067-01<br>ERAMET MARIETTA INC.<br>16705 STATE ROUTE 7 S<br>RIVERVIEW ROAD<br>MARIETTA OH 45750 | Creditor ID: 16535-01<br>ERATH GROUP INC.<br>160 INDUSTRIAL AVENUE<br>ROCKY MOUNT VA 24151 | Creditor ID: 7449-01<br>ERATH VENEER<br>P.O.BOX 507<br>ROCKY MOUNT VA 24151 |
| Creditor ID: 3150-01<br>ERGO STAR, INC.<br>6915 GILLELAND LANE<br>ATLANTA GA 30360 | Creditor ID: 7192-01<br>ERGO STAR, INC.<br>605 S MILLIKEN AVE #F<br>ONTARIO CA 91761 | Creditor ID: 11381-01<br>ERIC BRAND FURNITURE<br>1675 ROLLINS RD. SUITE D-2<br>BURLINGAME CA 94010 |
| Creditor ID: 3151-01<br>ERICKSON AIR CRANE<br>3100 WILLOW SPRINGS<br>CENTRAL POINT OR 97502 | Creditor ID: 16536-01<br>ERICO, INC.<br>34600 SOLON ROAD<br>SOLON OH 44139 | Creditor ID: 7450-01<br>ERICSSON INC..<br>6300 LEGACY DRIVE<br>PLANO TX 75024 |
| Creditor ID: 780-01<br>ERIE FOODS INTERNATIONAL<br>1201 SOUTH MAIN STREET<br>ROCHELLE IL 61068 | Creditor ID: 16537-01<br>ERIE FOODS INTERNATIONAL, INC.<br>401 7TH AVENUE<br>ERIE IL 61250 | Creditor ID: 781-01<br>ERIK VENG<br>65 VINEYARD RD.<br>SEEKONK MA 02771 |
| Creditor ID: 17009-01<br>ERIKA RECORD LLC<br>37 ATLANTIC WAY<br>CLIFTON NJ 07012 | Creditor ID: 5068-01<br>ERKER TRADING COMPANY, LLC<br>511 GRANT ST<br>FORT MORGAN CO 80701 | Creditor ID: 782-01<br>ERLICH FOODS INTERNATIONAL<br>23679 CALABASAS ROAD, STE. 900<br>CALABASAS CA 91302-4619 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 783-01<br>ERMENEGILDO ZEGNA CO.<br>730 FIFTH AVENUE 17TH FLOOR<br>NEW YORK NY 10019 | Creditor ID: 7451-01<br>ERNIE'S IMPORTS<br>12345 SOUTH FOX ROAD<br>MOLALLA OR 97308 | Creditor ID: 11382-01<br>ERWIN & SONS DIRECT IMPORT, INC.<br>261 HERITAGE WALK<br>WOODSTOCK GA 30188 |
| Creditor ID: 12224-01<br>ESAB WELDING AND CUTTING PRODUCTS<br>3325 MIDDLE ROAD<br>ASHTABULA OH 44404-3974 | Creditor ID: 11383-01<br>ESBER BEVERAGE COMPANY<br>2217 BOLIVAR ROAD SW<br>CANTON OH 44706 | Creditor ID: 15044-01<br>ESCALADE LTD.<br>20 CROSSWAYS PARK NE<br>WOODBURY NY 11797 |
| Creditor ID: 16538-01<br>ESCALADE SPORTS<br>817 MAXWELL AVE<br>EVANSVILLE IN 47711 | Creditor ID: 784-01<br>ESCO CORPORATION<br>2141 NW 25TH AVENUE<br>PORTLAND OR 97210 | Creditor ID: 4818-01<br>ESCO FASTENERS CO<br>7500 NEW HORIZONS BLVD<br>AMITYVILLE NY 11701 |
| Creditor ID: 3152-01<br>ESCORT FORWARDING, INC.<br>7 CERRO ST.<br>INWOOD NY 11696 | Creditor ID: 7452-01<br>ESCOTO CUSTOMS BROKERS INC.<br>9620 JOE RODRIGUEZ STE. #3<br>EL PASO TX 79927 | Creditor ID: 15045-01<br>ESF TRADING FURNITURE WAREHOUSE<br>3075 RICHMOND TERRACE<br>STATEN ISLAND NY 10303 |
| Creditor ID: 7453-01<br>ESHA CORP.<br>1 KIMBERLY ROAD<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 5578-01<br>ESMC<br>4274 SHACKLEFORD ROAD, SUITE A-2<br>NORCROSS GA 30093 | Creditor ID: 16539-01<br>ESPEE BIOPHARMA & FINECHEM LLC<br>500 LAKE COOK ROAD<br>DEERFIELD IL 60015 |
| Creditor ID: 12225-01<br>ESPI METALS<br>1050 BENSON WAY<br>ASHLAND OR 97520 | Creditor ID: 10250-01<br>ESPRESSO ZONE<br>1206 LAKE AVENUE<br>ASHTABULA OH 44004 | Creditor ID: 12226-01<br>ESSENCHEM INC<br>16 SOUTH OAKLAND AVE<br>PASADENA CA 91101 |
| Creditor ID: 3153-01<br>ESSENTIAL CARES<br>795E, WASHINGTON BLVD.<br>LOS ANGELES CA 90021 | Creditor ID: 785-01<br>ESSEPLAST USA INC.<br>7600-M STATESVILLE ROAD<br>CHARLOTTE NC 28269 | Creditor ID: 3154-01<br>ESSEX GROUP, INC<br>1601 WALL STREET<br>FORT WAYNE IN 46802 |
| Creditor ID: 9476-01<br>ESSEX MANUFACTURING INC.<br>350 FIFTH AVE., SUITE 501,<br>NEW YORK NY 10118 | Creditor ID: 3155-01<br>ESSEX TILE CORP<br>35 ESSEX STREET<br>NEW YORK NY 10002 | Creditor ID: 16540-01<br>ESTARTE CORP.<br>154 W. EDSALL BLVD.<br>PALISADES PARK NJ 07650 |
| Creditor ID: 786-01<br>ESTEE LAUDER CO<br>9O NICON COURT<br>HAUPPUAGE NY 11788 | Creditor ID: 15046-01<br>ESTEE LAUDER INTERNATIONAL INC<br>7 CORPORATE CENTER DR<br>MELVILLE NY 11747-3115 | Creditor ID: 7454-01<br>ESTEVE TRADING<br>5637 NORTH PERSHING STE B7<br>STOCKTON CA 95207 |
| Creditor ID: 3156-01<br>ESTEX HOME FASHIONS<br>275 5TH AVENUE<br>NEW YORK NY 10016 | Creditor ID: 7455-01<br>ET SOLAR INC.<br>4900 HOPYARD ROAD, #310<br>PLEASANTON CA 94588 | Creditor ID: 4472-01<br>ETC INTL. FREIGHT SYSTEM<br>2450 SEQUOIA DRIVE<br>COMPTON CA 90220 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12227-01
ETERNAL ELECTRIC CORP
4156 TECHNOLOGY PLACE
FREMONT CA 94538

Creditor ID: 16541-01
ETERNAL GLORY INTERNATIONAL, INC.
1930 S. BREA CANYON ROAD, SUITE 210
DIAMOND BAR CA 91765

Creditor ID: 3157-01
ETHAN ALLEN INC. (AR)
ETHAN ALLEN DRIVE
DANBURY CT 06811

Creditor ID: 16542-01
ETHICON ENDO-SURGERY, INC.
425B PAN AMERICAN DRIVE
EL PASO TX 79907

Creditor ID: 15047-01
ETI CONTAINERLINE
320 BEACH RD
BURLINGAME CA 94010

Creditor ID: 11384-01
ETI INT'L  (NAAA MEMBER)
5777 WEST CENTURY BLVD.  RM#1088
LA CA 90045

Creditor ID: 787-01
E-TON AMERICA, LLC
360 E HENRY STREET, SUITE 102
SPARTANBURG SC 29302

Creditor ID: 5579-01
EUCLASE INC.
736 PINE STREET
MANCHESTER NH 03104

Creditor ID: 12228-01
EUDIKOS, INC.
63 DOVECREEK, IRVINE, CA 92618
IRVINE CA 92618

Creditor ID: 15147-01
EUGENE JAMES BRANDNER JR
25802 74TH AVENUE SOUTH
KENT WA 98032

Creditor ID: 9477-01
EUN HO AMERICA BRANCH,INC.
701 NORTH 7TH ST.
SACRAMENTO CA 95814

Creditor ID: 15148-01
EUN SUNG KAN
1502 W, GARFIELD
BOZEMAN MT 59715

Creditor ID: 788-01
EUNSAN SHIPPING & AIRCARGO CO., LTD.
NORTHLINE COMMERCE STREET
TAYLOR MI 48180

Creditor ID: 3158-01
EUNSUNG INTERNATIONAL LTD.
1048 N.W. 167THE STREET
SHORELINE WA 98177

Creditor ID: 16543-01
EURASIA STONE WORK CORP
1150 BROADWAY
HEWLETT NY 11557

Creditor ID: 12229-01
EURO DIRECT SUPPLY INC
31-69 COLLEGE POINT BLVD
FLUSHING NY 11354

Creditor ID: 5580-01
EURO FINE WINES
4481 JOHNSTON PARKWAY
CLEVELAND OH 44128

Creditor ID: 10251-01
EURO FOODS INC DBA CITTERIO USA
2008 STATE ROUTE 940
FREELAND PA 18224

Creditor ID: 16544-01
EURO MARKET DESIGN/CRATE & BARREL
725 LANDWEHR RD.
NORTHBROOK IL 60062

Creditor ID: 7456-01
EURO PACIFIC
1550 EAST FRANKLIN AVE.
EL SEGUNDO CA 90245

Creditor ID: 15149-01
EURO TEXTILES INC.
13280 SW 131 ST., #107
MIAMI FL 33186

Creditor ID: 5581-01
EUROBUBBLIES
1417 6TH ST 3RD FLOOR
SANTA MONICA CA 90401

Creditor ID: 3159-01
EURODRIP INC.
1850 WEST ALMOND AVENUE
MADERA CA 93637

Creditor ID: 7457-01
EURODUNA AMERICAS INC.
81 SANDERSON DRIVE
PLYMOUTH MA 02360

Creditor ID: 11385-01
EUROFOODS INC. CITTERIO USA CORPORATION
2008 STATE ROUTE 940
FREELAND PA 18224

Creditor ID: 15150-01
EUROKER LLC
3287 NW 78TH AVE
MIAMI FL 33122

Creditor ID: 789-01
EUROLINK LTD
23534 CALIFA STREET
WOODLAND HILLS CA 91367

Creditor ID: 5582-01
EUROMARKET DESIGNS DBA CRATE AND BARREL
621 LINCOLN COUNTY PKWY EXTENSION
LINCOLNTON NC 28092

Creditor ID: 3160-01
EUROMARKET DESIGNS INC.
951 315 HALF ACRE ROAD
CRANBURY NJ 08512

Creditor ID: 3161-01
EUROMARKET DESIGNS, INC.
1250 TECHNY ROAD
NORTHBROOK IL 60062

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15151-01
EUROMARKET DESIGNS, INC.
2820 WEST WINTON,
HAYWARD CA 94545

Creditor ID: 5583-01
EUROMARKET DESIGNS, INC.
25084 SCHULTE ROAD
TRACY CA 95377

Creditor ID: 12230-01
EUROMARKET DESIGNS, INC.
1860 2 JEFFERSON AVENUE
NAPERVILLE IL 60540

Creditor ID: 790-01
EUROPACKAGING (2009) LLC
14 GARABEDIAN DRIVE
SALEM NH 03079

Creditor ID: 4819-01
EUROPE 2YOU
1005 MANSELL ROAD, ROSWELL, GA
ROSWELL GA 30076

Creditor ID: 5584-01
EUROPEAN BAKERY & PASTRY EQUIPMENT
2747 NW, 30TH AVENUE
FORT LAUDERDALE FL 33311

Creditor ID: 11386-01
EUROPEAN CONNECTION FURNITURE INC.
3102 W. LAWRENCE AVE.
CHICAGO IL 60625

Creditor ID: 15152-01
EUROPEAN CUISINE
2055 EAT 51ST ST.
VERNON CA 90058

Creditor ID: 16545-01
EUROPEAN GRANITE & MARBLE CORP.
145 19TH ST.
BROOKLYN NY 11232

Creditor ID: 11387-01
EUROPEAN KITCHEN CENTER
716 149TH STREEET
WHITE STONE NY 11357

Creditor ID: 7458-01
EUROPEAN SURFACE
800 S. ROBERTSON BLVD. SUITE 2
LOS ANGELES CA 90035

Creditor ID: 3162-01
EUROPERFUMES
115 RIVER ROAD
EDGEWATER NJ 07020

Creditor ID: 15153-01
EURO-PRO OPERATING LLC
180 WELLS AVENUE
NEWTON MA 02459

Creditor ID: 11388-01
EUROSPORT INC.
39 W 29TH ST.
NEW YORK NY 10001

Creditor ID: 15154-01
EUROSPORT LLC
3000 JOE DIMAGGIO BLVD. UNIT 78
ROUND ROCK TX 78665

Creditor ID: 11389-01
EURO-TEK FLOORING
1912 MC DONALD AVE
BROOKLYN NY 11223

Creditor ID: 11390-01
EUROTHERM SYSTEMS INC
100 QUAKER LANE
MALVERN PA 19355

Creditor ID: 11391-01
EUROTIRE, INC.
2640 W TOUHY AVE
CHICAGO IL 60645

Creditor ID: 15155-01
EUROTREND FURNITURE,LLC
580 BROADWAY, SUITE 94
NEW YORK NY 10012

Creditor ID: 15156-01
EUROWORLD TRANSPORT SYSTEM AMERICA INC.
735 M. WATER STREET, SUITE 936
MILWAUKEE WI 53202

Creditor ID: 16546-01
EUSTON POLYMERS INC
P.O. BOX 16085 SUGAR LAND, TX 77496
SUGAR LAND TX 77496

Creditor ID: 791-01
EVA SHIN WOOD US CO
1727 NORTH 1ST STREET
SAN JOSE CA 94112

Creditor ID: 5585-01
EVANS & WOOD
900 TOWN AND COUNTRY, STE. 150
HOUSTON TX 77024

Creditor ID: 5586-01
EVANS AND WOOD & CO. INC.
612 E. DALLAS ROAD, STE 200
GRAPEVINE TX 76051

Creditor ID: 792-01
EVANS AND WOOD & CO., INC
900 TOWN AND COUNTRY ST., SUITE 150
HOUSTON TX 77024

Creditor ID: 15157-01
EVANS CONSOLES CORPORATION
305 E WALL ST.
GRAPEVINE TX 76051

Creditor ID: 793-01
EVANS FRUIT CO.
P.O. BOX 70, 200 COWICHE CITY ROAD
COWICHE WA 98923

Creditor ID: 5587-01
EVANS, WOOD & CAULFIELD INC
100 NORTH CENTRE AVENUE
ROCKVILLE CENTRE NY 11570

Creditor ID: 11392-01
EVAPCO-BLCT DRY COOLING INC.
981 US HIGHWAY 22 WEST
BRIDGEWATER NJ 08807

Creditor ID: 794-01
EVATON INC (HANOVER WHSE)
100 CENTRAL AVE BUILDING 20
SOUTH KEARNY NJ 07032

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11393-01<br>EVENFLO COMPANY<br>13473 SANTA ANA AVENUE<br>FONTANA CA 92337 | Creditor ID: 7459-01<br>EVENFLO COMPANY INC<br>225 BYERS ROAD<br>MIAMISBURG OH 45342 | Creditor ID: 12592-01<br>EVER BLESSED CORPORATION<br>4361 HARDWOOD CIRCLE<br>LILBURN GA 30047 |
| Creditor ID: 12231-01<br>EVER LONG ENTERPRISE INC.<br>727 TRENTON ST.<br>NEW MILFORD NJ 07646 | Creditor ID: 3164-01<br>EVER LUCK CORP.<br>1005 6TH AVE. #A<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 11394-01<br>EVER METAL INC<br>80 OLD TAPPAN RD<br>OLD TAPPAN NJ 07675 |
| Creditor ID: 12593-01<br>EVERBLESSED CORPORATION<br>4191 PLEASENTDALE RD<br>DORAVILLE GA 30340 | Creditor ID: 3165-01<br>EVEREADY BATTERY COMPANY, INC.<br>25225 DETROIT ROAD<br>WESTLAKE OH 44145 | Creditor ID: 16547-01<br>EVEREST GLOBAL INC.<br>9080 TELSTAR AVE., SUITE 308<br>EL MONTE CA 91731 |
| Creditor ID: 795-01<br>EVEREST MARBLE<br>2 TAFT STREET<br>NORWALK CT 06854 | Creditor ID: 11395-01<br>EVEREST MARBLE AND GRANITE INC.<br>850 BLOOMFIELD AVE.<br>CLIFTON NJ 07012 | Creditor ID: 3166-01<br>EVEREST TRADING CORP.<br>655 S. SANTA FE AVE.<br>LOS ANGELES CA 90021 |
| Creditor ID: 796-01<br>EVERFLOW SUPPLIES, INC.<br>2401 EAST LINDEN AVENUE<br>LINDEN NJ 07036 | Creditor ID: 5588-01<br>EVERFRESH SEAFOOD COMPANY<br>2038 MOUNTAIN VIEW RD.,<br>SOUTH EL MONTE CA 91733 | Creditor ID: 7460-01<br>EVERFRESH, INC.<br>516 MAPLE LEAF WAY<br>LUMBERTON NC 28358 |
| Creditor ID: 15158-01<br>EVERGLITTER INT'L LTD.<br>57 WEST 38TH STREET<br>NEW YORK NY 10018 | Creditor ID: 11396-01<br>EVERGLOBAL TRADING INC.<br>142-47 BOOTH MEMORIAL AVE.<br>FLUSHING NY 11355 | Creditor ID: 16548-01<br>EVERGLOW INC.<br>854 EAST 238TH STREET<br>CARSON CA 90745 |
| Creditor ID: 15159-01<br>EVERGOING PRODUCTS GROUP LLC<br>8803 S 218TH ST.<br>KENT WA 98031 | Creditor ID: 797-01<br>EVERGOOD INTERNATIONAL<br>2641 110TH AVE NE<br>BELLEVUE WA 98004 | Creditor ID: 7461-01<br>EVERGREEN BUILDING PRODUCTS<br>4835 WEST MARGINAL WAY SW<br>SEATTLE WA 98106 |
| Creditor ID: 3167-01<br>EVERGREEN ENTERPRISE INC.<br>5915 MIDIOTHIAN TURNPIKE<br>RICHMOND VA 23225 | Creditor ID: 2412-01<br>EVERGREEN FIBERS, INC.<br>310 120TH AVE. N.E. SUITE A203<br>BELLEVUE WA 98055 | Creditor ID: 7462-01<br>EVERGREEN FIBERS,INC.<br>636 120TH AVE NE BLDG A STE 200<br>BELLEVUE WA 98005 |
| Creditor ID: 5589-01<br>EVERGREEN FOREST RESOURCES INC.<br>1163 FAIRWAY DR.<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 7463-01<br>EVERGREEN HARDWOODS INC.<br>1600 LIND AVENUE SW, SUITE 250<br>RENTON WA 98055 | Creditor ID: 7464-01<br>EVERGREEN HARDWOODS INC.<br>2955 80TH AVE SE, SUITE 205<br>MERCER ISLAND WA 98040 |
| Creditor ID: 12232-01<br>EVERGREEN PACKAGING INC.<br>5350 POPLAR AVENUE<br>MEMPHIS TN 38119 | Creditor ID: 798-01<br>EVERGREEN PACKAGING INC.<br>2215 S. WILMINGTON ST<br>RALEIGH NC 27603 | Creditor ID: 16549-01<br>EVERGREEN PLASTICS, INC.<br>1905 WOODSTOCK ROAD<br>ROSWELL GA 30075 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5590-01<br>EVERGREEN PRODUCTS, INC.<br>1215 120TH AVE NE, STE 110<br>BELLEVUE WA 98005 | Creditor ID: 18424-01<br>EVERGREEN SYSTEMS LOGISTICS<br>3850 THREE MILE LANE<br>MCMINNVILLE OR 97128 | Creditor ID: 7465-01<br>EVERLIGHTING, INC.<br>2511 WEST MT.HOUSTON ROAD<br>HOUSTON TX 77038 |
| Creditor ID: 7466-01<br>EVERLINK INTERNATIONAL - LAX<br>2570 CORPORATE PLACE, # E209<br>MONTEREY PARK CA 91754 | Creditor ID: 11397-01<br>EVERLINK MACHINERY, LLC<br>36 W 41ST AVE.,<br>SAN MATEO CA 94403 | Creditor ID: 15160-01<br>EVERMARK INGREDIENT, LLC<br>179 JONATHAN DAYTON COURT<br>PRINCETON NJ 08540 |
| Creditor ID: 16550-01<br>EVERMARK LLC<br>1050 NORTHBROOK PARKWAY<br>SUWANEE GA 30024 | Creditor ID: 15161-01<br>EVERRANK INVESTMENT GROUP<br>372 W. TURROCK STREET<br>RIALTO CA 92376 | Creditor ID: 11398-01<br>EVERRIS NA, INC<br>4950 BLAZER PARKWAY<br>DUBLIN OH 43017 |
| Creditor ID: 799-01<br>EVERSHING TRADING INC.<br>950 SOUTH 3RD STREET,<br>SAN JOSE CA 95112 | Creditor ID: 12594-01<br>EVERSON DISTRIBUTING CO., INC.<br>280 NEW LUDLOW ROAD<br>CHICOPEE MA 01020 | Creditor ID: 11399-01<br>EVERY LUCK CORP<br>595 W. LAMBERT RD. #203<br>BREA CA 92821 |
| Creditor ID: 7467-01<br>EVERYTHING MARY LLC<br>1668 EAST JOYCE BOULEVARD<br>FAYETTEVILLE AR 72703 | Creditor ID: 12233-01<br>EVOLLVE INC.<br>129 W. TORRANCE BLVD.<br>REDONDO BEACH CA 90277 | Creditor ID: 5591-01<br>EVOLUTION ENTERPRISE HOLDINGS INC<br>19223 E COLIMA ROAD 952<br>ROWLAND HEIGHTS CA 91748 |
| Creditor ID: 5592-01<br>EVOLUTION SORBENT PRODUCTS LLC<br>1270 NUCLEAR DR<br>WEST CHICAGO IL 60185 | Creditor ID: 11400-01<br>EVONIK CORPORATION<br>299 JEFFERSON ROAD<br>PARSIPPANY NJ 07054 | Creditor ID: 3168-01<br>EVONIK CORPORATION<br>2401 DOYLE STREET<br>GREENSBORO NC 27406 |
| Creditor ID: 7468-01<br>EVONIK CYRO<br>299 JEFFERSON ROAD<br>PARSIPPANY NJ 07054 | Creditor ID: 15162-01<br>EVONIK CYRO LLC<br>1500 RICHARD PREWITT DRIVE<br>OSCEOLA AR 72370 | Creditor ID: 5593-01<br>EVONIK CYRO LLC NICKY WAREHOUSE<br>1796 MAIN STREET<br>SANFORD ME 04073-9954 |
| Creditor ID: 3169-01<br>EVONIK DEGUSSA CORP.<br>10 GATES STREET<br>GREENVILLE SC 29611 | Creditor ID: 11503-01<br>EVONIK DEGUSSA CORP.<br>226 VILLANOVA DRIVE<br>ATLANTA GA 30336 | Creditor ID: 800-01<br>EVONIK DEGUSSA CORP. F. STONE WHSE<br>2622 7TH AVE<br>WATERVLIET NY 12189 |
| Creditor ID: 15163-01<br>EVONIK JAYHAWK FINE CHEMICALS<br>8545 SE JAYHAWK DRIVE, P.O.BOX 247<br>GALENA KS 66739 | Creditor ID: 17010-01<br>EVONIK OIL ADDITIVES USA, INC.<br>723 ELECTRONIC DRIVE<br>HORSHAM PA 19044 | Creditor ID: 801-01<br>EVONIK-DEGUSSA CORPORATION<br>40 D COTTERS LANE<br>EAST BRUNSWICK NJ 08816 |
| Creditor ID: 802-01<br>EVONIK-DEGUSSA CORPORATION (PARSIPPANY, NJ)<br>299 JEFFERSON RD<br>PARSIPPANY NJ 07054-2827 | Creditor ID: 7469-01<br>EVONIK-DEGUSSA CORPORATION/<br>MIDWEST LYSINE PLANT<br>650 INDUS ROAD<br>BLAIR NE 68005 | Creditor ID: 11504-01<br>EVONIK-DEGUSSA FOOD INGREDIENTS<br>620 PROGRESS AVENUE<br>WAUKESHA WI 53187-1609 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 5594-01
EVONK GOLDSCHMIDT CORPORATION
914 EAST RANDOLPH ROAD
HOPEWELL VA 23860

Creditor ID: 3170-01
EVP INTERNATIONAL
DBA CO2HO DISC INC DBA EP INC.
3535 NE 26TH AVE.
PORTLAND OR 97212

Creditor ID: 803-01
EVP INTERNATIONAL DBA AS COHO TRADING
37929 151ST AVENUE
AUBURN WA 98092

Creditor ID: 16551-01
EVY OF CALIFORNIA
1875 EAST 22ND STREET
LOS ANGELES CA 90058

Creditor ID: 7470-01
EW BRANDT
561 RAGAN ROAD
WAPATO WA 98951

Creditor ID: 3171-01
EW COX USA
216 NORTH AVE EAST
CRANFORD NJ 07016

Creditor ID: 15164-01
EWAY COMMODITY USA CORP
4131 MONARCH DR.
SUGAR LAND TX 77479

Creditor ID: 17054-01
EWC FRANCHISE LLC
600 SILKS RUN, SUITE 2270
HALLANDALE FL 33009

Creditor ID: 804-01
EWP INTERNATIONAL INC.
2500 VIA CABRILLO MARINA, SUITE 104
SAN PEDRO CA 90731

Creditor ID: 11505-01
EWT TRADING
1407 DOGWOOD LANE
WENATCHEE WA 98801

Creditor ID: 2413-01
EX FREIGHT ZETA INC.
8198 JOG ROAD, SUITE 204
BOYNTON BEACH FL 33437

Creditor ID: 805-01
EXACT COMMERCE USA, INC.
851 PROGRESS ROAD
COLLIERVILLE TN 38017

Creditor ID: 12235-01
EXACTA INTL
118-21 QUEENS BLVD ROOM 610
FOREST HILLS NY 11375

Creditor ID: 17055-01
EXCEED OILFIELD EQUIPMENT INC.
17314 STATE HIGHWAY 249, SUITE 320
HOUSTON TX 77064

Creditor ID: 7471-01
EXCEL
6360 PORT ROAD
GROVEPORT OH 43125

Creditor ID: 17056-01
EXCEL CHEMICAL LLC
7422 CARMEL EXEC PARK DR STE 310
CHARLOTTE NC 28226

Creditor ID: 7472-01
EXCEL FREIGHT LOGISTICS INC
154-09 146TH AVENUE
JAMAICA NY 11434

Creditor ID: 5595-01
EXCEL INTERNATIONAL, INC.
3575 PHILADELPHIA ST
CHINO CA 91710

Creditor ID: 11506-01
EXCEL MKTG SUCES
100 ANDREWS ROAD
HICKSVILLE NY 11801

Creditor ID: 17057-01
EXCEL TECHNICAL AND INSTRUMENTATION CO.
13254 COCHERO DR.
ST. LOUIS MO 63141

Creditor ID: 12236-01
EXCELCO TRADING
17 BATTERY PLACE STE 1711
NEW YORK NY 10004

Creditor ID: 806-01
EXCELSIOR DESIGNS, INC.
172 NEW HIGHWAY
NORTH AMITYVILLE NY 11701

Creditor ID: 807-01
EXCLUSIVE FURNITURE DEVELOPMENT,INC
7300-B CESSNA DRIVE
GREENSBORO NC 27409

Creditor ID: 12595-01
EXCLUSIVE MOTORCARS
10534 W. PICO BLVD
LOS ANGELES CA 90064

Creditor ID: 15165-01
EXECUTIVE RECYCLING
3245S PLATTE RIVER DRIVE BLDG 3
ENGLEWOOD CO 80110

Creditor ID: 5596-01
EXELCO TRADING L.P.
17 BATTERY PLACE STE. 1711
NEW YORK NY 10128

Creditor ID: 15166-01
EX-FACTORY INC.
1805 SARDIS ROAD NORTH
CHARLOTTE NC 28270

Creditor ID: 15167-01
EXHIBIT TRANSPORT NET
210 ADMAS #5
HUNTINGTON BEACH CA 92648

Creditor ID: 15168-01
EXIM INTERNATIONAL,LLC
21325 PROTECTA DRIVE
ELKHART IN 46516

Creditor ID: 7193-01
EXO TECHNOLOGIES, LLC
N36 W 7034 GREENWAY TERRACE N 36 W
CEDARBURG WI 53012

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11507-01<br>EXODUS ENTERPRISES CORP.<br>7004 NW 70TH TERRACE<br>PARKLAND FL 33067 | Creditor ID: 7473-01<br>EXOTIC AUTO LEASING LLC<br>1335 S. EUCLID ST. E<br>ANAHEIM CA 92802 | Creditor ID: 5597-01<br>EXOTIC GRANTIE & MARBLE INC.<br>8924 LANKERSHIM BLVD<br>SUN VALLEY CA 91352 |
| Creditor ID: 11508-01<br>EXP GROUP,LLC<br>2500 83RD STREET 2-W<br>NORTH BERGEN NJ 07047 | Creditor ID: 12237-01<br>EXPACK SEAFOOD INC<br>RARITAN PLAZA III FIELCREST AVE<br>EDISON NJ 08837 | Creditor ID: 11509-01<br>EXPACK SEAFOOD INC.<br>ONE WOODBRIDGE CENTER STE 915<br>WOODBRIGE NJ 07095 |
| Creditor ID: 5598-01<br>EXPAT RELOCATION SOLUTIONS<br>2507 INVESTORS ROW SUITE 300<br>ORLANDO FL 32837 | Creditor ID: 7474-01<br>EXPERT CARGO INTERNATIONAL CO.<br>11099 S LA CIENEGA BLVD STE 254<br>LOS ANGELES CA 90045 | Creditor ID: 15169-01<br>EXPLORATION PRODUCTS COMPANY<br>500 WEST MAIN ST<br>PALESTINE TX 75801 |
| Creditor ID: 5599-01<br>EXPOLANKA USA LLC<br>175-11 148TH ROAD, SUITE 205<br>JAMAICA NY 11434 | Creditor ID: 9478-01<br>EXPONOVIAS USA INC.<br>22 INDUSTRIAL RD<br>LODI NJ 07644 | Creditor ID: 7475-01<br>EXPORT GLOBAL<br>620 SW WOOD STREET<br>HILLSBORO OR 97123 |
| Creditor ID: 7476-01<br>EXPORT HOME FURNISHING (E.H.F)<br>3635 PEACHTREE INDUSTRIAL BLVD<br>SUITE 700<br>DULUTH GA 30096 | Creditor ID: 15170-01<br>EXPORT INTERNATIONAL INC.<br>706 SE 27TH ST.<br>GRESHAM OR 97080 | Creditor ID: 15171-01<br>EXPORT PACKERS<br>(FORWARDING SERVICES S/C AWN11752)<br>PARLIN NJ 08859 |
| Creditor ID: 3172-01<br>EXPORT PROCESSORS<br>1435 EAST HWY 18<br>ENTERPRISE UT 84725 | Creditor ID: 17058-01<br>EXPORTECH INC.<br>2778 EAST ORANGE GROVE BLVD.<br>PASADENA CA 91107 | Creditor ID: 3173-01<br>EXPORTERS OF REFRIGERATED FOODS ASSOCIATION<br>2300 WEST 205TH ST.<br>TORRANCE CA 90501 |
| Creditor ID: 12238-01<br>EXPRESS 21 INC.<br>182-25 150TH AVENUE, UNIT F/2ND FL.<br>SPRINGFIELD GARDENS NY 11413 | Creditor ID: 5600-01<br>EXPRESS CUSTOMHOUSE BROKER, INC.<br>182-25 150TH AVENUE, 2ND FLOOR<br>SPRINGFIELD GARDENS NY 11413 | Creditor ID: 15172-01<br>EXPRESS IMPORT<br>6902 EAST 11TH ST<br>TULSA OK 74112 |
| Creditor ID: 12239-01<br>EXPRESS IMPORT INC<br>901 INDUSTRIAL PARK BLVD.<br>MULDROW OK 74948 | Creditor ID: 4820-01<br>EXPRESS IMPORT, INC.<br>7201 E. 38TH STREET, UNIT 7253<br>TULSA OK 74145 | Creditor ID: 11510-01<br>EXPRESS ONE PORTLAND<br>13145 SW 61ST AVE<br>PORTLAND OR 97219-8061 |
| Creditor ID: 19185-97<br>EXPRESS SYSTEM INTERMODAL INC<br>C/O METRO GROUP MACHINE<br>LEE STEPNER, COLLECTION MGR<br>26 BROADWAY STE 933<br>NEW YORK NY 10004 | Creditor ID: 3174-01<br>EXPRESSIVE DESIGN GROUP<br>49 GARFIELD STREET<br>HOLYOKE MA 01040 | Creditor ID: 17059-01<br>EXSTRA DESIGN LLC<br>172 NEW HIGHWAY<br>NORTH AMITYVILLE NY 11701 |
| Creditor ID: 5601-01<br>EXTERRAN<br>16666 NORTHCHASE DRIVE<br>HOUSTON TX 77060 | Creditor ID: 10252-01<br>EXTRA SPORTSWEAR INC<br>115 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 | Creditor ID: 12240-01<br>EXTRANS INTERNATIONAL<br>154-09 146TH AVE. 3RD FL. UNIT A<br>JAMAICA NY 11434 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5602-01<br>EXTRANS INTERNATIONAL USA/LAX<br>19500 SOUTH RANCHO WAY, #109<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 15174-01<br>EXTREME LINEN<br>7 W 34TH STREET, SUITE 319<br>NEW YORK NY 10001 | Creditor ID: 17060-01<br>EXXON MOBIL CHEMICAL COMPANY<br>22777 SPRINGWOODS VILLAGE PARKWAY<br>SPRING TX 77389 |
| Creditor ID: 15175-01<br>EXXON MOBIL CORPORATION<br>51 ELM STREET<br>WOODSTOWN NJ 08098 | Creditor ID: 808-01<br>EXXONMOBIL CHEMICAL COMPANY<br>810 FORD DRIVE, NORFOLK, VA 23523<br>NORFOLK VA 23523 | Creditor ID: 11512-01<br>EXXONMOBIL CHEMICAL INTERAMERICA INC.<br>22777 SPRINGWOODS VILLAGE PARKWAY<br>SPRING TX 77389 |
| Creditor ID: 11513-01<br>EXXONMOBIL EMRE<br>600 BILLINGSPORT ROAD<br>PAULSBORO NJ 08066 | Creditor ID: 3175-01<br>EXXONMOBIL LUBRICANTS TRADING COMPANY<br>3225 GALLOWS ROAD<br>FAIRFAX VA 22037 | Creditor ID: 809-01<br>EZ DO INC.<br>40 EXECUTIVE AVENUE<br>EDISON NJ 08817 |
| Creditor ID: 2414-01<br>EZ GO TEXTRON<br>1451 MARVIN GRIFFIN ROAD<br>AUGUSTA GA 30906 | Creditor ID: 11514-01<br>EZ MEDIA LLC<br>3380 TRAVIS POINTE ROAD SUITE F<br>ANN ARBOR MI 48108 | Creditor ID: 15176-01<br>EZ PRODUCE CORP<br>201 W GARVEY AVE<br>MONTEREY PARK CA 91754 |
| Creditor ID: 810-01<br>E-Z-DO COMPANY L.P.<br>40 EXECUTIVE AVENUE<br>EDISION NJ 08817 | Creditor ID: 5603-01<br>E-Z-GO DIVISION OF TEXTRON INC.<br>1451 MARVIN GRIFFIN RD<br>AUGUSTA GA 30906 | Creditor ID: 11515-01<br>EZRA COTTON COMPANY, INC<br>6022 79TH ST.<br>LUBBOCK TX 79424 |
| Creditor ID: 9479-01<br>F & A GLOBAL COMPANY<br>300 W.GRAND AVENUE SUITE 26<br>ALHAMBRA CA 91801 | Creditor ID: 11516-01<br>F & M MAFCO INC.<br>9149 DRY FORK ROAD<br>HARRISON OH 45030 | Creditor ID: 11517-01<br>F & R GOLDFISH CORP.<br>2749 OCEAN AVENUE<br>BROOKLYN NY 11229 |
| Creditor ID: 3176-01<br>F AND R IMPORTER, INC.<br>6853 WALTHALL WAY,<br>PARAMOUNT CA 90723 | Creditor ID: 7477-01<br>F&P AMERICA MFG., INC.<br>2101 CORPORATE DRIVE<br>TROY OH 45373 | Creditor ID: 5604-01<br>F&T APPAREL LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 15177-01<br>F.C. BLOXOM COMPANY<br>2250 OCCIDENTAL AVE. SOUTH<br>SEATTLE WA 98124 | Creditor ID: 3177-01<br>F.O.B. INTERNATIONAL LLC<br>15 HALLETT DRIVE<br>PENNINGTON NJ 08534 | Creditor ID: 17061-01<br>F.S. CARGO INC.<br>160-51 ROCKAWAY BLVD<br>JAMAICA NY 11434 |
| Creditor ID: 7478-01<br>F.T.C.<br>5174 BAYWOOD CIRCLE<br>OCEANSIDE CA 92056 | Creditor ID: 17062-01<br>F.W. BRYCE, INC.<br>8 POND RD.<br>GLOUCESTER MA 01930 | Creditor ID: 3178-01<br>FA INDUSTRIES<br>227 WEST GRAND AVE<br>EL SEGUNDO CA 90245 |
| Creditor ID: 17063-01<br>FABIO PERINI NORTH AMERICA INC<br>3060 S. RIDGE ROAD<br>GREEN BAY WI 54304 | Creditor ID: 15178-01<br>FABRIC TRADITIONS<br>519 8TH AVE, 19TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 17064-01<br>FABRICATED PRODUCTS INT LING<br>P.O. BOX 6524<br>BRIDGEWATER NJ 08807 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 811-01
FABRICATED PRODUCTS INT'L INC
223 E.GARVEY AVE.SUITE #268
MONTEREY PARK CA 91755

Creditor ID: 5605-01
FABRIMETRICS INC
28641 MARGUERITE PARKWAY
MISSION VIEJO CA 92690

Creditor ID: 7194-01
FABSOLUTION, LLC.
419 EAST CROSSVILLE RD. #208
ROSWELL GA 30075

Creditor ID: 812-01
FACCO USA
309 S. MCKENZIE STREET
LUVERNE MN 56156

Creditor ID: 17065-01
FACEMYER LUMBER COMPANY, INC.
31940 BAILEY RUN ROAD
MIDDLEPORT OH 45760

Creditor ID: 17066-01
FACTORIES CONNECTION, INC
2817 N.W. NELA ST.
PORTLAND OR 97210

Creditor ID: 5606-01
FACTORY DIRECT
219 S. PORTLAND
OKLAHOMA CITY OK 73108

Creditor ID: 11518-01
FACTORY DIRECT WHOLESALE, LLC.
2855 NORTH BERKELEY LAKE ROAD
DULUTH GA 30096

Creditor ID: 3179-01
FACTORY MOTOR PARTS
1380 CORPORATE CENTER CURVE
EAGAN MN 55121

Creditor ID: 11519-01
FAGOR AMERICA INC
1099 WALL STREET WEST-SUITE 349
LYNDHURST NJ 07071

Creditor ID: 813-01
FAHIMEH F A AKBARIEH
131 CHILPANCINGO PKWY APT #272
PLEASANT HILL CA 94523-1386

Creditor ID: 17067-01
FAIRBANKS MORSE PENTAIR PUMP GROUP
800 AIRPORT ROAD
NORTH AURORA IL 60542

Creditor ID: 12073-01
FAIRFAX MARBLE & GRANITE
13913 WILLARD ROAD
CHANTILLY VA 20151

Creditor ID: 12596-01
FAIRFIELD CHAIR COMPANY
1331 HARPER AVENUE SW POB 1710
LENOIR NC 28645

Creditor ID: 17068-01
FAIRN & SWANSON INC. - SEA
9875 40TH AVENUE SOUTH
SEATTLE WA 98118

Creditor ID: 814-01
FAIRN & SWANSON, INC.
400 LANCASTER ST.
OAKLAND CA 94601

Creditor ID: 815-01
FAIRWAY GROUP HOLDINGS CORP
2284 12TH AVENUE
NEW YORK NY 10027

Creditor ID: 12074-01
FAITH GROUP COMPANY
195 ROUTE 9
MANALAPAN NJ 07726

Creditor ID: 15179-01
FALCON FOAM/ATLAS ROOFING
1605 PACIFIC RIM COURT STE D.
SAN DIEGO CA 92154

Creditor ID: 15180-01
FALCON SPECIALTIES INC.
7300 NORTH KENDAL DRIVE #200
MIAMI FL 33156

Creditor ID: 7479-01
FALCON TRADING CO.
1055 17TH AVE
SANTA CRUZ CA 95062

Creditor ID: 15181-01
FAMARCO. INC.
1381 AIRRAIL AVE.
VIRGINIA BEACH VA 23455

Creditor ID: 12075-01
FAMILY DELIGHT FOOD INC.
175 CHAUTAUQUA ROAD
FREDONIA NY 14063

Creditor ID: 12076-01
FAMILY DOLLAR SERVICES, INC.
10401 MONROE ROAD
MATTHEWS NC 28105

Creditor ID: 11520-01
FAMILY FOOD DISTRIBUTORS, INCORPERATED
969 NEWARK TURNPIKE, UNIT D
KEARNY NJ 07032

Creditor ID: 7480-01
FAMILY FOOD INT'L INC.
15001 STAFF COURT
GARDENA CA 90248

Creditor ID: 17069-01
FAMILY LEISURE OF SAN ANTONIO
9631 SAN PEDRO AVE.
SAN ANTONIO TX 78216

Creditor ID: 15284-01
FAMILY TILE COMPANY
4384 VICTORY BLVD
STATEN ISLAND NY 10314

Creditor ID: 17070-01
FAMOSA NORTH AMERICA INC.
1357 ASFORD AVE STE #2
MT LAUREL NJ 00907

Creditor ID: 5607-01
FAMOSO NUT COMPANY SALES
5100 CALIFORNIA AVE, SUITE 208
BAKERSFIELD CA 93309

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7481-01<br>FANCO TRADING COMPANY<br>1500 BLACK MOUNTAIN RD<br>HILLSBOROUGH CA 94010 | Creditor ID: 11521-01<br>FANCYHEAT CORPORATION<br>370-376 ADAMS STREET<br>NEWARK NJ 07114 | Creditor ID: 12077-01<br>FANG YUAN U.S.A. INC.<br>5703 7TH AVE.<br>BROOKLYN NY 11220 |
| Creditor ID: 7482-01<br>FANG/FASHION LIFE, INC<br>5700 S. 1ST STREET<br>VERNON CA 90055 | Creditor ID: 4821-01<br>FANTINI NORTH AMERICA LLC<br>261 STREET AVENUE<br>LE CENTER MN 56057 | Creditor ID: 11522-01<br>FANTUZZI NOELL USA, INC.<br>333 N.RANDALL ROAD (SUITE 27)<br>SAINT CHARLES IL 60174 |
| Creditor ID: 11523-01<br>FANTUZZI NOELL USA, INC.<br>999 OAKMONT PLAZA DRIVE - SUITE 380<br>WESTMONT IL 60559 | Creditor ID: 12078-01<br>FAR EAST AMERICAN, INC.<br>5410 MC CONNELL AVE<br>LOS ANGELES CA 90066 | Creditor ID: 7483-01<br>FAR EAST BROKERS AND CONSULTANTS, INC.<br>3644 PHILIPS HIGHWAY<br>JACKSONVILLE FL 32207 |
| Creditor ID: 7484-01<br>FARAWAY INC.<br>4303 HOATZIN COURT<br>MISSOURI CITY TX 77459 | Creditor ID: 12079-01<br>FAREC CORPORATION<br>1160 N. KNOLLWOOD CIR.<br>ANAHEIM CA 92801 | Creditor ID: 17071-01<br>FARHIYA NOURI HERSI<br>67 SAWALL PARK 3<br>SEATTLE WA 98108 |
| Creditor ID: 11524-01<br>FARM FRESH<br>18551 PIONEER BLVD<br>ARTESIA CA 90701 | Creditor ID: 11525-01<br>FARM INNOVATORS, INC<br>P.O. BOX 546,<br>2255 WALTER GLAUB DR<br>PLYMOUTH IN 46563 | Creditor ID: 7485-01<br>FARM POWER LAWN AND LEISURE<br>1702 E BUSINESS LOOP 70<br>COLUMBIA MO 65201 |
| Creditor ID: 5608-01<br>FARM SOURCES INTERNATIONAL<br>7377 E DOUBLETREE RANCH ROAD #160<br>SCOTTSDALE AZ 85258 | Creditor ID: 17072-01<br>FARM TO MARKET LLC<br>430 N JEFFERSON AVE. SUITE A<br>COVINGTON LA 70433 | Creditor ID: 816-01<br>FARM WHOLESALE<br>3740 BROOKLAKE ROAD, N.E.<br>SALEM OR 97303 |
| Creditor ID: 3180-01<br>FARMER TO FARMER<br>7105 HAZEL GREEN RD NE<br>SALEM OR 97305 | Creditor ID: 9480-01<br>FARMERS DIRECT, INC.<br>12025 LANCEFIELD RD<br>MCMINNVILLE OR 97128 | Creditor ID: 17073-01<br>FARMERS INTERNATIONAL INC<br>1260 MUIR AVE<br>CHICO CA 95973 |
| Creditor ID: 3181-01<br>FARMERS MARKET PRODUCE CORP.<br>50 BROOK AVENUE  UNIT O<br>DEER PARK NY 11729 | Creditor ID: 5609-01<br>FARMERS' RICE COOPERATIVE<br>2525 NATOMAS PARK DR.<br>P.O. BOX 15223<br>SACRAMENTO CA 95833 | Creditor ID: 3182-01<br>FARMLAND DAIRIES INC<br>520 MAIN AVE<br>WELLINGTON NJ 07057 |
| Creditor ID: 3183-01<br>FARMLAND FOODS, INC.<br>11500 NW AMBASSADOR DR STE 500<br>KANSAS CITY MO 64153 | Creditor ID: 5610-01<br>FARR AIR POLLUTION CONTROL<br>3505 S. AIRPORT ROAD<br>JONESBORO AR 72401 | Creditor ID: 15285-01<br>FARROW LUMBER COMPANY<br>14372 STATE HWY 37<br>CAIRO IL 62914 |
| Creditor ID: 5611-01<br>FARSTAR AMERICA INC.<br>1256 GOLDEN COAST LN.<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 7486-01<br>FARWORLD INC<br>5460 PECK RD. #U ARCADIA, CA<br>ARCADIA CA 91006 | Creditor ID: 17074-01<br>FASCO INTERNATIONAL, INC.<br>33 HEYWARD COURT<br>EAST BRUNSWICK NJ 08816 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3184-01<br>FASHION ACCESSORIES SHIPPERS ASSOCIATION INC<br>137 WEST 25TH ST. 3RD FL<br>NEW YORK NY 10001 | Creditor ID: 17075-01<br>FASHION ACCESSORY BAZAAR, LLC.<br>15 WEST 34TH ST<br>NEW YORK NY 10001-1315 | Creditor ID: 5612-01<br>FASHION ASSOCIATED INT'L INC.<br>200 S. MISSION ST.<br>LOS ANGELES CA 90033 |
| Creditor ID: 11526-01<br>FASHION BED GROUP<br>5950 W. 51ST STREET<br>CHICAGO IL 60638 | Creditor ID: 7487-01<br>FASHION DISTRIBUTION SERVICE<br>34 ENGLEHARD AVE.<br>AVENEL NJ 07001 | Creditor ID: 15286-01<br>FASHION DIVISION OF N.AFRICA & M.EAST<br>494TH 8TH AVENUE, 10TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 817-01<br>FASHION FOCUS GROUP AMERICA LLC<br>29W 34TH STREET<br>NEW YORK NY 10001 | Creditor ID: 15287-01<br>FASHION IMPORTS INC.<br>10772 CAPITAL AVE. SUITE 7E<br>GARDEN GROVE CA 92843 | Creditor ID: 818-01<br>FASHION IMPORTS INC.<br>751 PORT AMERICA PLACE STE. 410<br>GRAPEVINE TX 76051 |
| Creditor ID: 10253-01<br>FASHION INDUSTRIES LTD<br>1410 BROADWAY, SUITE 1204<br>NEW YORK NY 10001 | Creditor ID: 12080-01<br>FASHION RESOURCE (TCL) INC.<br>3151 EAST WASHINGTON BLVD.<br>LOS ANGELES CA 90023 | Creditor ID: 12081-01<br>FASHION ROAD INC<br>1407 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 12082-01<br>FASHION TREND<br>1407 BROADWAY, SUITE 2704<br>NEW YORK NY 10018 | Creditor ID: 7488-01<br>FASSIO EGG FARMS INC<br>3664 SOUTH 5200 WEST<br>WEST VALLEY CITY UT 84120 | Creditor ID: 17076-01<br>FAST TRADE<br>5341 CHANDY FARM CIRCLE<br>CENTREVILLE VA 20120 |
| Creditor ID: 5613-01<br>FASTEC INDUSTRIAL CORP<br>2219 EDDIE WILLIAM DRIVE<br>JOHNSON CITY TN 37601 | Creditor ID: 15288-01<br>FASTENAL CO. (IHUB)<br>5851 GUION ROAD<br>INDIANAPOLIS IN 46254 | Creditor ID: 7489-01<br>FASTENAL COMPANY<br>4730 SERVICE DRIVE<br>WINONA MN 55987 |
| Creditor ID: 17077-01<br>FASTENAL COMPANY PURCHASING - IMPORT TRAFFIC<br>2001 THEURER BLVD.<br>WINONA MN 55987 | Creditor ID: 7195-01<br>FASTENING CARE<br>9262 HALL ROAD<br>DOWNEY CA 90241 | Creditor ID: 819-01<br>FASTWAY MOVING & STORAGE<br>155 WEST STREET #2<br>WILMINGTON MA 01887 |
| Creditor ID: 12083-01<br>FATIH AHMET RIFKI<br>CHEEVER HALL<br>MONTANA STATE UNIVERSITY<br>BOZEMAN MT 59717 | Creditor ID: 15289-01<br>FATIMA FASHIONS IMPORT INC<br>9066 S HARLEMA<br>BRIDGEVIEW IL 60455 | Creditor ID: 820-01<br>FATTON NEW YORK<br>AIRPORT INDUSTRIAL PARK<br>145 HOOK CREEK BLVD. BLDG A5<br>VALLEY STREAM NY 11581 |
| Creditor ID: 11527-01<br>FAUCETCLICK CORPERATION<br>1 ORIENT WAY<br>RUTHERFORD NJ 07070 | Creditor ID: 11528-01<br>FAULTLESS STARCH BON AMI<br>1025 WEST 8TH STREET<br>KANSAS CITY MO 64101 | Creditor ID: 7490-01<br>FAURECIA<br>2380 MEIJER DR.<br>TROY MI 48084 |
| Creditor ID: 11529-01<br>FAUS GROUP INC.<br>100 MARINE DRIVE SE.<br>CALHOUN GA 30701 | Creditor ID: 5614-01<br>FAVORED GRAIN<br>7805 W 900 NORTH, PO BOX<br>WEST LAFAYETTE IN 47996 | Creditor ID: 5615-01<br>FAYDA FOODS CORP<br>19731 CABOT BLVD<br>HAYWARD CA 94545 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7491-01<br>FAZIO TILE INC.<br>10523 METROPOLITAN AVE.<br>FOREST HILLS NY 11375 | Creditor ID: 17078-01<br>FBC<br>4111 WALDEN AVENUE<br>LANCASTER NY 14086 | Creditor ID: 3185-01<br>FCB INTERNATIONAL<br>3274 ETTIE ST<br>OAKLAND CA 94608 |
| Creditor ID: 11530-01<br>FCL/LCL INTERNATIONAL<br>150-14 132 AVENUE<br>JAMAICA NY 11434 | Creditor ID: 821-01<br>FDL USA LTD<br>777 PASSAIC AVENUE SUITE 380<br>CLIFTON NJ 07012 | Creditor ID: 11531-01<br>FDP USA, INC.<br>48-50 STATELINE ROAD<br>CALUMET CITY IL 60409 |
| Creditor ID: 3186-01<br>FEATHERLAND INC.<br>550 GRANDVIEW TERRACE<br>LENOIA NJ 07650 | Creditor ID: 18425-01<br>FEAZELL GIN SERVICE<br>9416 HIGHWAY 87 SOUTH<br>LUBBOCK TX 79423 | Creditor ID: 11532-01<br>FECHHEIMER BROS. CO.<br>4545 MALSBARY RD<br>CINCINNATI OH 45242 |
| Creditor ID: 822-01<br>FECON INC.<br>3460 GRANT AVENUE<br>LEBANON OH 45036-6432 | Creditor ID: 11533-01<br>FED SYSTEMS, INC.<br>4116-A WALNEY ROAD<br>CHANTILLY VA 20151 | Creditor ID: 12084-01<br>FEDERAL ASSETS RECOVERY<br>8535 MORRISON CREEK DRIVE STE B<br>SACRAMENTO CA 95828 |
| Creditor ID: 7492-01<br>FEDERAL CARTRIDGE COMPANY<br>900 BOB EHLEN DRIVE<br>ANOKA MN 55303 | Creditor ID: 5616-01<br>FEDERAL CARTRIDGE COMPANY<br>2299 SNAKE RIVER AVENUE<br>LEWISTON ID 83501 | Creditor ID: 11534-01<br>FEDERAL INTERNATIONAL INC.<br>7935 CLAYTON ROAD,<br>ST.LOUIS MO 63117-1369 |
| Creditor ID: 19039-97<br>FEDERAL MARITIME COMMISSION<br>800 NORTH CAPITOL STREET NW<br>WASHINGTON DC 20573 | Creditor ID: 5617-01<br>FEDERAL METALS<br>800 EAST 62ND STREET<br>LOS ANGELES CA 90001 | Creditor ID: 5618-01<br>FEDERATION EXPORTS IMPORTS<br>747 S. GLASCOW UNIT 1<br>INGLEWOOD CA 90301 |
| Creditor ID: 5619-01<br>FEDMET RESOURCES CORP<br>1000 N. WEST ST., SUITE 1200 #889<br>WILMINGTON DE 19801 | Creditor ID: 7493-01<br>FEDMET RESOURCES CORPORATION<br>6402 WOODBERRY COURT<br>EAST AMHERS NY 14051-1547 | Creditor ID: 823-01<br>FEDWAY ASSOCIATES<br>HACKENSANK AVE BLDG 56<br>SOUTH KEARNY NJ 07032-0519 |
| Creditor ID: 7494-01<br>FEEDSTAR INTERNATIONAL<br>33370 TANGENT LOOP DRIVE<br>TANGENT OR 97389 | Creditor ID: 3187-01<br>FEHR BROS. INDUSTRIES INC.<br>895 KINGS HIGHWAY<br>SAUGERTIES NY 12477 | Creditor ID: 12597-01<br>FEHR FOODS INC<br>5425 N 1ST ST<br>ABILENE TX 79603-6424 |
| Creditor ID: 11535-01<br>FEI MARKETING INC.<br>380 GODDARD<br>IRVINE CA 92618 | Creditor ID: 12085-01<br>FEIT ELECTRIC COMPANY, INC.<br>4901 GREGG ROAD<br>PICO RIVERA CA 90660 | Creditor ID: 15290-01<br>FEI-WAUSAU #331<br>2003 HIGHWAY U<br>WAUSAU WI 54401 |
| Creditor ID: 12086-01<br>FELIX AND SONS, INC.<br>9750 RESEARCH DR.<br>IRVINE CA 98618 | Creditor ID: 5620-01<br>FELLOWES INC<br>1789 NORWOOD AVE<br>ITASCA IL 60143 | Creditor ID: 10254-01<br>FELMAN PRODUCTION, INC<br>US ROUTE 62 NORTH<br>NEW HAVEN WV 25265 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7495-01
FELT CANADA, INC.
12 CHRYSLER, SUITE A
IRVINE CA 92618

Creditor ID: 15291-01
FELT RACING
12 CHRYSLER
IRVINE CA 92618

Creditor ID: 12087-01
FELT RACING, LLC
5200 ONTARIO MILLS PKWY STE 300
ONTARIO CA 91764-5139

Creditor ID: 5621-01
FENCHEM U.S.A.
15308 EL PRADO RD., BUILDING # 8
CHINO CA 91710

Creditor ID: 15292-01
FENCO (USA), INC.
3040 B STREET N.W., UNIT 9
AUBURN WA 98001

Creditor ID: 7496-01
FENDER MUSICAL INSTRUMENTS CORP.
17600 N PERIMETER DR STE 100
SCOTTSDALE AZ 85255

Creditor ID: 5622-01
FENDER MUSICAL INSTRUMENTS CORP.,
1151 S. MILDRED AVE.
ONTARIO CA 91761

Creditor ID: 11536-01
FENDERS & MORE INC.
500 WESSON PIKE CIRCLE
STE 109  BRENTWOOD TN 37027

Creditor ID: 15293-01
FENGHUA DABU FROZEN FOOD CO.
10092 LOWER AZUSA RD.
TEMPLE CITY CA 91780

Creditor ID: 12088-01
FENI STAINLESS
3110 SANDALWOOD LANE
TITUSVILLE FL 32780

Creditor ID: 17011-01
FENNER DUNLOP
LAKE ERIE BUSINESS PARK BLDG 320
PORT CLINTON OH 43452

Creditor ID: 17079-01
FENWAY PRODUCTS INC.
990 WASHINGTON STREET, SUITE 107
DEDHAM MA 02026

Creditor ID: 3188-01
FENWICK AUTOMOTIVE PRODUCTS
1100 CALENDONIA ROAD
TORONTO ON M6A2W5
CANADA

Creditor ID: 3189-01
FER-APPLETON
2300 NORTH SANDRA ST
APPLETON
APPLETON WI 54911

Creditor ID: 824-01
FERAZZOLI IMPORTS
234 MIDDLE STREET
MIDDLETOWN CT 06457

Creditor ID: 12089-01
FERGUSON ENTERPRISES
12500 JERFFERSON AVE.
NEWPORT NEWS VA 23602-4314

Creditor ID: 3190-01
FERGUSON ENTERPRISES, INC.
3730 MARTIN LUTHER KING JR DR.
WATERLOO IA 50703

Creditor ID: 2415-01
FERNANDO VALENCIA FEIJOO
9228 BENTRIDGE AVE
ROCKVILLE MD 20854

Creditor ID: 825-01
FERNCO SEVILLE CORP
2047 BROWNLEE ROAD
SEVILLE FL 32190

Creditor ID: 17080-01
FERNO WASHINGTON INC.
70 WEIL WAY
WILMINGTON OH 45177

Creditor ID: 826-01
FERRARA CANDY COMPANY
ONE TOWER LANE, SUITE 2700
OAKBROOK IL 60181

Creditor ID: 5623-01
FERRARI AMERICA
4189 EAGLE HILL DRIVE SUITE 110
HIGH POINT NC 27265

Creditor ID: 3191-01
FERRARI NORTH AMERICA (PARTS) INC.
250 SYLVAN AVENUE
ENGLEWOOD CLIFFS NJ 07632

Creditor ID: 3192-01
FERRERO
600 COTTONTAIL LANE
SOMERSET NJ 08873

Creditor ID: 15294-01
FERRO CORPORATION
1660 WAYSIDE ROAD
CLEVELAND OH 44112

Creditor ID: 827-01
FERRUM INTERNATIONAL LTD
EMPIRE STATE BUILDING
350 FIFTH AVENUE SUITE 4622
NEW YORK NY 10118

Creditor ID: 15295-01
FESCO AGENCIES NORTH AMERICA, INC.
821 2ND AVE. SUITE 1100
SEATTLE WA 98104

Creditor ID: 18426-01
FESCO OCEAN MANAGEMENT
821 SECOND AVE. SUITE 1100
SEATTLE WA 98104

Creditor ID: 5624-01
FESTIVAL FOODS INT'L
5940 1ST AVENUE SOUTH
SEATTLE WA 98108

Creditor ID: 7497-01
FETCO HOME DECOR
84 TEED DRIVE
RANDOLPH MA 02368

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5625-01
FEWA SALES, INC.
19039 COLIMA ROAD #223
ROWLAND HEIGHTS CA 91748

Creditor ID: 15296-01
FFP GLOBAL
2419 MERCANTILE DR
RANCHO CORDOVA CA 95742

Creditor ID: 12090-01
FHP FREUDENBERG HOUSEHOLD PRODUCTS
LP 5050N. RAILROAD AVENUE
NORTHLAKE IL 60164

Creditor ID: 828-01
FHP MANUFACTURING
601 N.W. 65TH COURT
FORT LAUDERDALE FL 33309

Creditor ID: 12598-01
FIAMM ENERGY
ONE FIAMM WAY
WAYNESBORO GA 30830

Creditor ID: 829-01
FIBC INTERNATIONAL
80 WILDCAT WAY SUITE A
KELLOGG ID 83837

Creditor ID: 3193-01
FIBER GLASS INDUSTRIES
69 EDSON STREET
AMSTERDAM NY 12010

Creditor ID: 7498-01
FIBER RESOURCE COMPANY
1501 HUGHES WAY SUITE 401
LONG BEACH CA 90810

Creditor ID: 5626-01
FIBER RESOURCES, INC
11751 SE 5TH STREET, STE 110
BELLEVUE WA 98005

Creditor ID: 11771-01
FIBERBLADE LLC
100 COMMERCE DRIVE
EDENSBURG PA 15931

Creditor ID: 17081-01
FIBER-CERAMICS, INC.
2133 EAST NORSE AVENUE
CUDAHY WI 53110

Creditor ID: 17082-01
FIBERGEL
1011 CAMPUS DRIVE
MUNDELEIN IL 60060

Creditor ID: 17083-01
FIBERLAND INC.
352 EDSTAN WAY
PARAMUS NJ 07652

Creditor ID: 15297-01
FIBERMARK INC.
45 NORTH 4TH ST.
QUAKERTOWN PA 18951

Creditor ID: 12091-01
FIBERTEX CORPORATION
1345 QUEEN ANNE ROAD
TEANECK NJ 07666

Creditor ID: 3194-01
FIBERWEB
70 OLD HICKORY BLVD
OLD HICKORY TN 37138

Creditor ID: 17084-01
FIBEX, INC.
123 EAST 54TH STREET, SUITE PH 9D
NEW YORK NY 10022

Creditor ID: 7499-01
FIBRE MARKETING GROUP
215 SW. FEDERAL HWY, SUITE 200
STUART FL 34994

Creditor ID: 15298-01
FIBRE SOURCE INTERNATIONAL CORP
237 W 35TH STREET #17
NEW YORK NY 10001

Creditor ID: 7500-01
FIBRE TRADE INC.
1601 BAYSHORE HWY, SUITE 211
BURLINGAME CA 94010

Creditor ID: 4822-01
FIBREK RECYCLING US INC
702 AFR DRIVE
FAIRMONT WV 26554

Creditor ID: 5627-01
FIBREK RECYCLING US INC
701 FOURTH AVENUE
MENOMINEE MI 49858

Creditor ID: 11772-01
FIBREX SHIPPING
1750 SW SKYLINE BLVD.
PORTLAND OR 97221

Creditor ID: 12092-01
FIBRO SOURCE USA INC.
985 OLD EAGLE SCHOOL ROAD, #514
WAYNE PA 19087

Creditor ID: 5628-01
FIDELITY INDUSTRIES
8535 MORRISON CREEK DRIVE SUITE A
SACRAMENTO CA 95828

Creditor ID: 7501-01
FIELDSTON CLOTHES, INC.
500 FASHION AVENUE
NEW YORK NY 10018

Creditor ID: 5629-01
FIELDTURF USA INC
175 N INDUSTRIAL BOULEVARD
CAHLOUN GA 30701

Creditor ID: 11773-01
FIESTA FRUIT
507 W. SCHOOL AVE.
VISALIA CA 93291

Creditor ID: 11774-01
FIFTH AND PACIFIC COMPANIES
ONE CLAIBORNE AVENUE
NORTH BERGEN NJ 07047

Creditor ID: 12093-01
FILBUR MANUFACTURE
6635 CABALLERO BLVD
BUENA PARK CA 90620

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17085-01<br>FILIPPO BERIO / SALOV NORTH AMERICA CORP.<br>255 ROUTE 17 SOUTH<br>HACKENSACK NJ 07601 | Creditor ID: 15299-01<br>FILMQUEST GROUP, INC.<br>320 REMINGTON BOULEVARD<br>BOLINGBROOK IL 60440 | Creditor ID: 3195-01<br>FILMS AMERICAS LLC<br>729 PITTSFORD-PALMYRA ROAD<br>MACEDON NY 14502 |
| Creditor ID: 3196-01<br>FILTEC PRECISE INC.<br>218 U.S. 701  TABOR CITY<br>TABOR CITY NC 28463 | Creditor ID: 12094-01<br>FILTRONA GREENSBORO INC<br>303 GALLIMORE DAIRY RD<br>GREENSBORO NC 27419 | Creditor ID: 5630-01<br>FILTRONA RICHMOND, INC.<br>1625A ASHTON PARK DRIVE<br>COLONIAL HEIGHTS VA 23834 |
| Creditor ID: 17012-01<br>FINANCE ONE, INC.<br>888 S FIGUEROA ST STE 1100<br>LOS ANGELES CA 90017 | Creditor ID: 11775-01<br>FINE DRIED FOODS INTL. INC<br>2553 A MISSION ST<br>SANTA CRUZ CA 95060 | Creditor ID: 5631-01<br>FINE FURNITURE BY GORDONS<br>18101 SOUTH TAMIAMI TRAIL<br>FORT MYERS FL 33908 |
| Creditor ID: 12095-01<br>FINE INTERNATIONAL TRADING CO.<br>18331 27TH DRIVE SE<br>BOTHELL WA 98012 | Creditor ID: 3197-01<br>FINE ITALIAN FOOD INC.<br>590 WEST CROSSROADS PARKWAY<br>BOLINGBROOK IL 60440 | Creditor ID: 830-01<br>FINE VINES LLC<br>2725 THOMAS STREET<br>MELROSE PARK IL 60160 |
| Creditor ID: 17086-01<br>FINE WORLD LLC<br>485 7TH AVE SUITE 408<br>NEW YORK NY 10018 | Creditor ID: 15300-01<br>FINE WORLD LLC<br>700 PLAZA DRIVE, STE 205,<br>SECAUCUS NJ 07094 | Creditor ID: 5632-01<br>FINISHING TOUCHES<br>13, RUTH'S PLACE<br>SEQUIM WA 98382 |
| Creditor ID: 15301-01<br>FINLAY TEA SOLUTIONS US INC.<br>163 MADISON AVE. P.O. BOX 1967<br>MORRISTOWN NJ 07962-1967 | Creditor ID: 3198-01<br>FINN CORPORATION<br>4125 PORT UNION ROAD<br>FAIRFIELD OH 45014 | Creditor ID: 7502-01<br>FINTIE LLC<br>6365 OLD AVERY ROAD STE. 6<br>DUBLIN OH 43016 |
| Creditor ID: 17013-01<br>FIOCCHI OF AMERICA<br>6930 N. FREMONT RD.<br>OZARK MO 65721 | Creditor ID: 5633-01<br>FIONA, INC.<br>631 STONE HOUSE LN. NW<br>MARIETTA GA 30064 | Creditor ID: 3199-01<br>FIORUCCI FOODS CORPORATION<br>1800 RUFFIN MILL ROAD<br>COLONIAL HEIGHT VA 23834 |
| Creditor ID: 831-01<br>FIRE END & CROKER CORPORATION<br>7 WESTCHESTER PLAZA<br>ELMSFORD NY 10523 | Creditor ID: 15302-01<br>FIRELANDS WINERY<br>917 BARDSHAR RD.<br>SANDUSKY OH 44870 | Creditor ID: 7503-01<br>FIRESTONE FARMS<br>18400 N HWY 99W<br>DAYTON OR 97114 |
| Creditor ID: 9481-01<br>FIRESTONE FIBERS AND TEXTILES, LLC<br>100 FIRESTONE LANE<br>KINGS MOUNTAIN NC 28026 | Creditor ID: 7504-01<br>FIRESTONE INDUSTRIAL PRODUCTS, LLC<br>250 W. 96TH ST<br>INDIANAPOLIS IN 46260 | Creditor ID: 832-01<br>FIRESTONE PACIFIC FOODS<br>4211 NW FRUIT VALLEY ROAD<br>VANCOUVER WA 98660 |
| Creditor ID: 3200-01<br>FIRESTONE POLYMERS, LLC<br>381 W. WILBETH RD.<br>AKRON OH 44319 | Creditor ID: 5634-01<br>FIRESTONE TUBE COMPANY<br>2700 EAST MAIN STREET<br>RUSSELLVILLE AR 72802 | Creditor ID: 12096-01<br>FIRESTONE WALKER BREWING CO.<br>1400 RAMADA DRIVE<br>PASO ROBLES CA 93446 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11776-01<br>FIRMENICH<br>3919 KINDROND<br>LAKELAND FL 33811 | Creditor ID: 11777-01<br>FIRMENICH<br>411 EAST GANO<br>SAINT LOUIS MO 63147 | Creditor ID: 12097-01<br>FIRMENICH INCORPORATED<br>250 PLAINSBORO ROAD<br>PLAINSBORO NJ 08536 |
| Creditor ID: 833-01<br>FIRST ACT<br>745 BOYLSTON STREET<br>BOSTON MA 02116 | Creditor ID: 834-01<br>FIRST AMERICA METAL CORP<br>1000 E. ARMSTRONG STREET<br>MORRIS IL 60450 | Creditor ID: 3201-01<br>FIRST AMERICAN BRAND<br>11115 CASTLE ROAD<br>SECAUCUS NJ 07094 |
| Creditor ID: 12098-01<br>FIRST CHOICE SEAFOOD INC.<br>1712 STOUT FIELD TERRACE<br>INDIANAPOLIS IN 46225 | Creditor ID: 835-01<br>FIRST CO.<br>8273 MOBERLY LN<br>DALLAS TX 75227 | Creditor ID: 18427-01<br>FIRST CORP INTERNATIONAL<br>6428 WULIGAR WAY<br>NORTH RICHLAND HILLS TX 76180 |
| Creditor ID: 17186-01<br>FIRST FRUITS MARKETING OF WASHINGTON,  L.L.C.<br>1219 S. 40TH AVENUE<br>YAKIMA WA 98908 | Creditor ID: 5635-01<br>FIRST INTERCONTINENTAL CORP<br>800 W. AIRPORT FREEWAY #312<br>IRVING TX 75062 | Creditor ID: 11778-01<br>FIRST QUALITY PRODUCTS INC.<br>121 NORTH RD<br>MC ELHATTAN PA 17748 |
| Creditor ID: 5636-01<br>FIRST SOURCE WORLDWIDE, LLC<br>COMMERCE PARK 204 CO. HWY 157<br>GLOVERVILLE NY 12078 | Creditor ID: 837-01<br>FIRST STREET FOR BOOMERS AND BEYOND<br>1998 RUFFIN MILL ROAD<br>COLONIAL HEIGHTS VA 23834 | Creditor ID: 11779-01<br>FIRST SUPPLY APPLETON<br>2100 WEST COLLEGE AVE<br>APPLETON WI 54914 |
| Creditor ID: 17187-01<br>FIRST TANG INTERNATIONAL, LLC<br>560 SYLVAN AVE<br>ENGLEWOOD CLIFF NJ 07632 | Creditor ID: 7505-01<br>FIRST WORLD ASIAN TRADING CORP.<br>41888 CHRISTY ST.<br>FREMONT CA 94538 | Creditor ID: 7506-01<br>FIRSTLINK<br>18017 SKYPARK CIRCLE, STE.D<br>IRVINE CA 92614 |
| Creditor ID: 838-01<br>FIRSTRAX<br>18-A JOURNEY, SUITE 108<br>ALISO VIEJO CA 92653 | Creditor ID: 3202-01<br>FIRSTRAX<br>1377 MOTOR PARKWAY, SUITE 100<br>ISLANDIA NY 11749 | Creditor ID: 15304-01<br>FIRSTRAX, A DIVISION OF UNITED PET GROUP<br>1377 MOTOR PARKWAY, STE. 100<br>ISLANDIA NY 11749 |
| Creditor ID: 17188-01<br>FIRSTRAX, A DIVISION OF UNITED PET GROUP<br>18A JOURNEY, SUITE 130<br>ALISO VIEJO CA 92656 | Creditor ID: 18428-01<br>FISHER CONTROLS INTERNATIONAL, INC.<br>1311 E. OLIVE STREET<br>MARSHALLTOWN IA 50158 | Creditor ID: 11780-01<br>FISHER KLOSTERMAN INC.<br>822 SOUTH 15TH STREET<br>LOUISVILLE KY 40251 |
| Creditor ID: 5637-01<br>FISHER NUT COMPANY<br>137 NORTH HART ROAD<br>MODESTO CA 95358 | Creditor ID: 5638-01<br>FISHER REGULATORS<br>310 E. UNIVERSITY DR.<br>MCKINNEY TX 75069 | Creditor ID: 839-01<br>FISHERY PRODUCTS INTERNATIONAL<br>18 ELECTRONICS AVE<br>DENVERS MA 01923 |
| Creditor ID: 3203-01<br>FISHING EIGHT INC<br>22330 HAWTHORNE BLVD SUITE 210<br>TORRANCE CA 90505 | Creditor ID: 11781-01<br>FISKARS BRANDS<br>2537 DANIELS STREEL<br>MADISON WI 53718 | Creditor ID: 7196-01<br>FITESA SIMPSONVILLE<br>840 SOUTHEAST MAIN STREET<br>SIMPSONVILLE SC 29681 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15305-01<br>FITZCON CONSTRUCTION<br>7206 CALDWELL AVE<br>MASPETH NY 11378-2619 | Creditor ID: 15306-01<br>FITZGERALD, LTD<br>221 APPLE STREET<br>BREMERTON WA 98310 | Creditor ID: 5639-01<br>FIVE BORO FOOD INC<br>238 MESEROLE AVE<br>BROOKLYN NY 11222 |
| Creditor ID: 12099-01<br>FIVE STAR EQUIPMENT, LLC<br>404 WYANDOTTE<br>RAMONA OK 74061 | Creditor ID: 840-01<br>FIVE STAR INTERNATIONAL<br>7781 HERMAN LN<br>LA PALMA CA 90623 | Creditor ID: 841-01<br>FIVE STAR SEAFOODS INC.,<br>477W. WINNE WAY,<br>ARCADIA CA 91007 |
| Creditor ID: 17189-01<br>FIVE STAR WHOLESALE<br>9802 ZIRCON DRIVE SW<br>LAKEWOOD WA 98498 | Creditor ID: 7507-01<br>FJ INTERNATIONAL FINE ART SERVICES<br>67 METROPOLITAN AVENUE<br>BROOKLYN NY 11211 | Creditor ID: 12100-01<br>FJB AMERICA, LLC<br>415 MADISION AVE., 15TH FL.<br>NEW YORK NY 10017 |
| Creditor ID: 17190-01<br>FJB AMERICA, LLC<br>11 MOUNT HOLLY DR<br>MR.FRANCISCO BARRETO<br>RYE NY 10580 | Creditor ID: 3204-01<br>FJL INTERNATIONAL, INC.<br>23770 SE 36TH LANE<br>ISSAQUAH WA 98029 | Creditor ID: 5640-01<br>FL USA<br>15455 SAN FERNANDO MISSION BLVD<br>SUITE 300<br>MISSION HILLS CA 91345 |
| Creditor ID: 5641-01<br>FLAG USA INC.<br>11340 W. OLIMPIC BLVD.,SUITE 320<br>LOS ANGELES CA 90064 | Creditor ID: 842-01<br>FLAGSHIP CARPETS<br>1546 PROGRESS ROAD<br>ELLIJAY GA 30540 | Creditor ID: 7197-01<br>FLAGSTONE FOODS<br>380 ST. PETER STREET, SUITE 1000<br>SAINT PAUL MN 55102 |
| Creditor ID: 3205-01<br>FLAKEBOARD AMERICA LIMITED<br>2550 OLD SALEM ROAD NE<br>ALBANY OR 97321 | Creditor ID: 15307-01<br>FLAMINGO HOLAND OOSTKUST<br>75 NEWFIELD AVE.<br>EDISON NJ 08818 | Creditor ID: 11782-01<br>FLANDERS INDUSTRIES<br>3010 TENTH STREET<br>MENOMINEE MI 49858 |
| Creditor ID: 15308-01<br>FLASHLINE 2000 LIMITED<br>1064 GARDNER ROAD SUITE 112<br>CHARLESTON SC 29407 | Creditor ID: 12101-01<br>FLATRATE INTERNATIONAL<br>27 BRUCKNER BLVD.<br>BRONX NY 10454 | Creditor ID: 17191-01<br>FLAUM APPETIZING<br>288 SCHOLES ST<br>BROOKLYN NY 11206 |
| Creditor ID: 5642-01<br>FLAVINE NORTH AMERICA, INC.<br>10 REUTEN DRIVE<br>CLOSTER NJ 07624 | Creditor ID: 5643-01<br>FLAVOR MATERIALS INT'L<br>10 D ENGLEHARD AVE.<br>AVENEL NJ 07001 | Creditor ID: 7508-01<br>FLAVOR RIGHT FOODS NORTHWEST, INC.<br>475 LESSER STREET<br>OAKLAND CA 94601 |
| Creditor ID: 4823-01<br>FLAXCRAFT INC.<br>210 KNICKERBOCKER ROAD<br>CRESSKIL NJ 07626 | Creditor ID: 15309-01<br>FLEET ENGINEERS INC<br>1800 EAST KEATING AVENUE<br>MUSKEGON MI 49442 | Creditor ID: 843-01<br>FLEET STREET LTD.<br>18 ENGLEHARD AVE.<br>AVENEL NJ 07001 |
| Creditor ID: 3206-01<br>FLEETMASTER EXPRESS, INC<br>735 FIELDCREST ROAD<br>EDEN NC 27288-3636 | Creditor ID: 15310-01<br>FLEETWOOD HOMES OF CALIFORNIA<br>705 COLUMBIA AVENUE<br>RIVERSIDE CA 72507 | Creditor ID: 7509-01<br>FLEETWOOD MOTOR HOMES OF INDIANA, INC.<br>1031 U.S. 224 EAST P.O. BOX 31<br>DECATUR IN 46733 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12102-01<br>FLEX TECH<br>7300 WEST 27TH STREET<br>ST. LOUIS PARK MN 55426 | Creditor ID: 12103-01<br>FLEXFIT., LLC.<br>350 KARIN LANE HICKSVILLE, NY 11801<br>HICKSVILLE NY 11801 | Creditor ID: 19040-97<br>FLEXI-VAN LEASING (HJS-NYC)<br>251 MONROE AVE<br>KENILWORTH NJ 07033 |
| Creditor ID: 19041-97<br>FLEXI-VAN LEASING, INC.<br>C/O FLICKER GARELICK & ASSOCIATES<br>ATTN KEITH L. FLICKER<br>250 PEHLE AVE, STE 200<br>SADDLE BROOK NJ 07663 | Creditor ID: 5644-01<br>FLEX-O-LATORS<br>1460 JACKSON DRIVE<br>CARTHAGE MO 64836 | Creditor ID: 17192-01<br>FLEXON INDUSTRIES<br>ONE FLEXON PLAZA<br>NEWARK NJ 07114 |
| Creditor ID: 11783-01<br>FLEXSTEEL INDUSTRIES, INC<br>107 PITNEY ROAD<br>LANCASTER PA 17602 | Creditor ID: 12104-01<br>FLEXSTEEL INDUSTRIES, INC.<br>6971 CENTRAL AVENUE<br>RIVERSIDE DISTRIBUTION CENTER<br>RIVERSIDE CA 92504 | Creditor ID: 3207-01<br>FLEXTRONICS<br>600 SHILOH RD<br>PLANO TX 75074 |
| Creditor ID: 12105-01<br>FLEXTRONICS LOGISTICS USA, INC.<br>6380 HOLMES ROAD<br>MEMPHIS TN 38141 | Creditor ID: 5645-01<br>FLINT GROUP<br>14909 N. BECK ROAD<br>PLYMOUTH MI 48170 | Creditor ID: 15311-01<br>FLINT GROUP<br>106 TRIANGLE DRIVE<br>WEYERS CAVE VA 24486 |
| Creditor ID: 7510-01<br>FLINT GROUP<br>13055 E. TEMPLE AVENUE<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 7198-01<br>FLINT GROUP<br>3025 W. OLD ROAD 30<br>WARSAW IN 46580 | Creditor ID: 17193-01<br>FLINT GROUP<br>4675 WESTPARK DRIVE<br>ATLANTA GA 30336 |
| Creditor ID: 11784-01<br>FLINT GROUP DBA FLINT GROUP PIGMENTS<br>305 RING ROAD<br>DBA FLINT GROUP INCORPORATED<br>ELIZABETHTOWN KY 42701 | Creditor ID: 5646-01<br>FLINT GROUP NORTH AMERICA CORPORATION<br>14909 N. BECK RD.<br>PLYMOUTH MI 48170 | Creditor ID: 3208-01<br>FLINT GROUP PIGMENTS<br>410 GLENDALE MILFORD ROAD<br>CINCINNATI OH 45215 |
| Creditor ID: 5647-01<br>FLINT HILLS RESOURCES, LP<br>4111 E. 37TH ST. NORTH<br>WICHITA KS 67220 | Creditor ID: 3209-01<br>FLOCK TEX INC<br>200 FOUNDERS DRIVE<br>WOONSOCKET RI 02895 | Creditor ID: 11785-01<br>FLOOR & DECOR LIQUIDATORS LLC<br>2233 LAKEPARK DR SUITE 400<br>SMYRNA GA 30080 |
| Creditor ID: 5648-01<br>FLOOR AND DECOR OUTLETS OF AMERICA<br>245 TOWNPARK DRIVE, SUITE 400<br>KENNESAW GA 30144 | Creditor ID: 11786-01<br>FLOORCO INTERNATIONAL NORTH AMERICA<br>505 BUFFALO RUN RD,SUITE 106<br>SHEPHERDSVILLE KY 40165 | Creditor ID: 844-01<br>FLOORING & CERAMIC WAREHOUSE INC<br>6400 HALLANDALE DRIVE SUITE A<br>LITHONIA GA 30058 |
| Creditor ID: 12340-01<br>FLOORING FINESSE BY DESIGN INC.<br>7195 WEST ALLEN ROAD<br>FOWLERVILLE MI 48836 | Creditor ID: 845-01<br>FLOORING GALLERY<br>11335 MEREDITH DRIVE<br>URBANDALE IA 50322 | Creditor ID: 5649-01<br>FLOORING SURFACES<br>401 EAST MERCURY DRIVE<br>CHAMPAIGN IL 61822-9643 |
| Creditor ID: 4824-01<br>FLORA SOURCE LLC<br>5158 S US HIGHWAY 95<br>YUMA AZ 85365 | Creditor ID: 11787-01<br>FLORAL GIFT AND HOME DECOR INTERNATIONAL<br>3200 GOLF COURSE DRIVE, SUITE B<br>VNTURA CA 93003 | Creditor ID: 846-01<br>FLORENCE PAPER CORP<br>1090 KING GEORGES POST RD STE 104<br>EDISON NJ 08837 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 5650-01
FLORENCE TEXTILES
307 W. LUCAS STREET
FLORENCE SC 29501

Creditor ID: 7511-01
FLORIDA BACKYARD STORE LLC
600 SW 12 AVENUE
DEERFIELD BEACH FL 33442

Creditor ID: 11788-01
FLORIDA BREWERY
202 GANDY ROAD
AUBURNDALE FL 33823

Creditor ID: 12599-01
FLORIDA CHEMICAL CO.INC.
351 WINTER HAVEN BLVD NE
WINTER HAVEN FL 33881

Creditor ID: 3210-01
FLORIDA EUROPE ASSOCATION (MIA)
1900 OLD DIXIE HGWY
VERO BEACH FL 34946

Creditor ID: 5651-01
FLORIDA TILE INC.
998 GOVERNORS LANE SUITE 300
LEXINGTON KY 40513

Creditor ID: 7512-01
FLORIDA TILE INC.
1211 ALTON ROAD
LAWRENCEBURG KY 40342

Creditor ID: 15312-01
FLORIDA TILE IND
3545 REYNOLDS RD STE 1
LAKELAND FL 33803-8373

Creditor ID: 3211-01
FLORIDA TILE INDUSTRIES
NEW HIGHWAY 53 PO BOX 962
SHANNON GA 30172

Creditor ID: 11789-01
FLORIDA WIRE AND CABLE, INC.
825 NO. LANE AVE.
JACKSONVILLE FL 32254

Creditor ID: 7513-01
FLORIDAS NATURAL GROWERS
20205 US HGWY 27
A DIVISION OF CITRUS WORLD, INC.
LAKE WALES FL 33859-1111

Creditor ID: 11790-01
FLORIM SOLUTION
155 BLUEGRASS VALEY PARKWAY
ALPHARETTA GA 30005

Creditor ID: 3212-01
FLORIM USA
300 INTERNATIONAL BLVD
CLARKSVILLE TN 37040

Creditor ID: 15313-01
FLOW FORMAL ALLIANCE LLC
1511 TONELLE AVENUE
NORTH BERGEN NJ 07047

Creditor ID: 7514-01
FLOW INTERNATIONAL
23500 64TH AVE. SOUTH
KENT WA 98032

Creditor ID: 7515-01
FLOW POLYMERS INC.
12819 COIT ROAD
CLEVELAND OH 44108

Creditor ID: 12341-01
FLOWERBULBS & PERENNIALS DIRECT LLC
11 ELKAY DRIVE
CHESTER NY 10918

Creditor ID: 17194-01
FLSMIDTH INC.
2040 AVENUE C
BETHLEHEM PA 18017

Creditor ID: 7516-01
FLS-USA
15955 W. HARDY ST. SUITE 222
HOUSTON TX 77060

Creditor ID: 12342-01
FLUE-CURED TOBACCO COOPERATIVE
STABILIZATION CORP
1304 ANNAPOLIS DRIVE
RALEIGH NC 27608

Creditor ID: 2416-01
FLUIDMASTER, INC.
30800 RANCHO VIEJO RD.
SAN JUAN CAPISTRANO CA 92675

Creditor ID: 17195-01
FLUOR ENGINEERING INC
3 POLARIS WAY
ALISO VIEJO CA 92698

Creditor ID: 17196-01
FLY ASIA, INC.
80 MAIN STREET APT 12
SALEM NH 03079

Creditor ID: 17197-01
FLYNN BURNER CORPORATION
425 FIFTH AV.
NEW ROCHELLE NY 10801

Creditor ID: 17198-01
FM APPROVALS
743 REYNOLDS ROAD
CHEPACHET RI 02814

Creditor ID: 847-01
FMC CORP.  CHEMICAL PROP. GROUP
1735 MARKET STREET
PHILADELPHIA PA 19103

Creditor ID: 11791-01
FMC CORPORATION, HEALTH AND NUTRITION
2929 WALNUT STREET
PHILADELPHIA PA 19104

Creditor ID: 10255-01
FMC CORPORATION, LITHIUM DIVISION
1200 BAY AREA BLVD
PASADENA TX 77507

Creditor ID: 11792-01
FMC CORPORATION, LITHIUM DIVISION
2801 YORKMONT ROAD, SUITE 300
CHARLOTTE NC 28208

Creditor ID: 7517-01
FMC LITHIUM
1115 BESSEMER CITY, KINGS MTN HWY
BESSEMER CITY NC 28016

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 7518-01
FMC TECHNOLOGIES INC.
1540 LINDEN STREET
RIVERSIDE CA 92517

Creditor ID: 3213-01
FMC TECHNOLOGIES INC.
400 FAIRWAY AVENUE
LAKELAND FL 33801

Creditor ID: 849-01
FMIC
1151 S. MILDRED AVE.
ONTARIO CA 91761

Creditor ID: 7519-01
FNA-DECATUR(RAW MATERIAL)
1265 INDUSTIRAL STREET
DECATUR AR 72722

Creditor ID: 12343-01
FNS, INC.
475 APRA ST
RANCHO DOMINGUEZ CA 90220

Creditor ID: 850-01
FNS, INC.
475W. APRA STREET
DOMINGUEZ HILLS CA 90220

Creditor ID: 851-01
FNS, INC.
1545 FRANCISCO ST
TORRANCE CA 90501

Creditor ID: 7199-01
FOAM PRODUCTS CORPORATION
350 BEAMER ROAD SW
CALHOUN GA 30701

Creditor ID: 15314-01
FOAMEX ASIA COMPANY, LTD. (FORT WAYNE, IN)
3005 COMMERCIAL ROAD
FORT WAYNE IN 46806

Creditor ID: 852-01
FOCUS PRODUCTS GROUP
300 KNIGHTSBRIDGE SUITE 500
LINCOLNSHIRE IL 60069

Creditor ID: 7520-01
FOCUS PRODUCTS GROUP LLC
120 LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Creditor ID: 17199-01
FOLDOM INDUSTRIES LTD.
146-22 GUY R. BREWER BLVD.,
JAMAICA NY 11434

Creditor ID: 5652-01
FOLDOM INDUSTRIES LTD.
805 SOUTH INGLEWOOD AVENUE
INGLEWOOD CA 90301

Creditor ID: 853-01
FOLDOM INDUSTRIES LTD.
1410 BROAD WAY #1204
NEW YORK NY 10018

Creditor ID: 11793-01
FOLEY INTERNATIONAL DEVELOPMENT INC
861 W SAN BRUNO AVENUE, STE 3
SAN BRUNO CA 94066

Creditor ID: 15315-01
FOLIO 21
164 S. MAIN ST, SUITE 814
HIGH POINT NC 27260

Creditor ID: 17200-01
FONDOMONTE ARIZONA LLC
44376 VICKSBURG ROAD
SALOME AZ 85348

Creditor ID: 854-01
FONG KAI USA
2525 CARTER DRIVE
CARROLLTON TX 75006

Creditor ID: 4825-01
FONTIJNE GROTNES INC.
330 HASTINGS DRIVE
BUFFALO GROVE IL 60089

Creditor ID: 7521-01
FOOD DEPOT INTERNATIONAL
1178 FLEX COURT
LAKE ZURICH IL 60047

Creditor ID: 3214-01
FOOD FOR ALL, INC.
18461 RAILROAD STREET
CITY OF INDUSTRY CA 91748

Creditor ID: 855-01
FOOD INGREDIENTS SALES
2909 DIVISION STREET SUITE E
METAIRIE LA 70002

Creditor ID: 17014-01
FOOD INGREDIENTS, INC
2100 AIRPORT ROAD
WAUKESHA WI 53188

Creditor ID: 5653-01
FOOD MATCH, INC
575 EIGTH AVENUE 23RD FLOOR
NEW YORK . NY 10018

Creditor ID: 11794-01
FOOD SERVICES OF AMERICA
350 S. PACIFIC HIGHWAY
WOODBURN OR 97071

Creditor ID: 11795-01
FOOD SHIPPERS ASSOCIATION OF NORTH AMERICA
4632 NE 5TH COURT
RENTON WA 98059

Creditor ID: 17015-01
FOOD TEAM INTERNATIONAL LTD.
197 STATE ROUTE 18, SUITE 3000
EAST BRUNSWICK NJ 08816

Creditor ID: 5654-01
FOODGUYS
30470 SW PARKWAY AVE., SUITE A
WILSONVILLE OR 97070

Creditor ID: 11796-01
FOODHANDLER INC.
40 MARCUS DRIVE, SUITE 200
MELVILLE  NY NY 11747

Creditor ID: 11797-01
FOODS R US, INC.
5845 S. MALT AVE.,
COMMERCE CA 90040

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17201-01<br>FOODS R US, INC.<br>1211 WHOLESALE STREET<br>LOS ANGELES CA 90021 | Creditor ID: 7523-01<br>FOODTOPIA INC.<br>134 MYER ST<br>HACKENSACK NJ 07601 | Creditor ID: 12344-01<br>FOOTSTAR CORPORATION<br>933 MACCARTHUR BLVD<br>MAHWAH NJ 07430 |
| Creditor ID: 7524-01<br>FOOTWEAR CONCEPTS L.P.<br>222 N.VINCENT AVENUE<br>COVINA CA 91722 | Creditor ID: 856-01<br>FORAN SPICE COMPANY<br>7616 S 6TH STREET<br>OAK CREEK WI 53154 | Creditor ID: 7525-01<br>FORBES SEED & GRAIN<br>P O BOX 85<br>JUNCTION CITY OR 97448 |
| Creditor ID: 3215-01<br>FORBIDDEN CITY INC.<br>529 TOWNSEND AVE<br>HIGH POINT NC 27263 | Creditor ID: 15316-01<br>FORD<br>2011 HOOVER BLVD.<br>FRANKFORT KY 40601 | Creditor ID: 12345-01<br>FORD<br>8249 NORTH HAGGERTY ROAD<br>CANTON MI 48187 |
| Creditor ID: 10256-01<br>FORD ATALNTIC FASTENERS CORPORATION<br>341 CHANGEBRIDGE RD<br>PINE BROOK NJ 07058 | Creditor ID: 12346-01<br>FORD DISTRIBUTING INC.<br>10784 INDUSTRIAL PARKWAY<br>MARYSVILLE OH 43040 | Creditor ID: 7526-01<br>FORD MOTOR CO<br>12700 REECK RD<br>SOUTHGATE MI 48195 |
| Creditor ID: 857-01<br>FORD MOTOR CO (MI)<br>5111 AUTO CLUB DRIVE<br>DEARBORN MI 48126 | Creditor ID: 12347-01<br>FORD MOTOR COMPANY<br>17000 OAKWOOD BLVD<br>DEARBORN MI 48121 | Creditor ID: 15317-01<br>FORD MOTOR COMPANY<br>(KANSAS CITY ASSEMBLY PLANT)<br>8121 NE HIGHWAY 69<br>CLAYCOMO MO 64119 |
| Creditor ID: 17202-01<br>FORD MOTOR COMPANY -<br>MICHIGAN TRUCK ASSEMBLY PLANT<br>38303 MICHIGAN AVENUE<br>WAYNE MI 48184 | Creditor ID: 11798-01<br>FORD MOTOR COMPANY (ALLEN PARK, MI)<br>17000 SOUTHFIELD ROAD<br>ALLEN PARK MI 48101 | Creditor ID: 17203-01<br>FORD MOTOR COMPANY TWIN CITIES ASSEMBLY PLANT<br>966 S MISSISSIPPI RIVER ROAD<br>SAINT PAUL MN 55116 |
| Creditor ID: 3216-01<br>FORD MOTOR PDC BUILDING<br>20901 OAKWOOD BLVD<br>DEARBORN MI 48124 | Creditor ID: 858-01<br>FORD TRADING COMPANY<br>1555 FAIRLANE DRIVE<br>ALLEN PARK MI 48101 | Creditor ID: 12348-01<br>FORD WAYNE STAMPING & ASSEMBLY<br>37625 MICHIGAN AVE.<br>WAYNE MI 48184 |
| Creditor ID: 859-01<br>FORDPOINTER SHIPPING (CHICAGO BRANCH)<br>2650 W. BELDEN AVENUE, UNIT 103<br>CHICAGO IL 60647 | Creditor ID: 860-01<br>FORDPOINTER SHIPPING (N.Y.) INC<br>177-25 ROCKAWAY BLVD.,SUITE #218<br>JAMAICA NY 11434 | Creditor ID: 3217-01<br>FOREIGN CENTRE NJ 099 INTERNATIONAL ACCOUNTS<br>ROOM 216 80 COUNTY ROAD<br>JERSEY CITY NJ 07097-9995 |
| Creditor ID: 11799-01<br>FOREIGN ENGINES, INC.<br>6907 216TH STREET NW<br>LYNNWOOD WA 98036 | Creditor ID: 12349-01<br>FOREM PACKAGING INC<br>41 JOSEPH STREET<br>NEWARK NJ 07105 | Creditor ID: 11800-01<br>FOREMOST FOODS CORPORATION<br>2883 SURVEYOR STREET<br>POMONA CA 91768 |
| Creditor ID: 11801-01<br>FORESIGHT INTERNATIONAL CORP.<br>1450 S. ACACIA AVE. SUITE 1003<br>MESA AZ 85204 | Creditor ID: 11802-01<br>FOREST GROUP, LTD..<br>3380 SHERIDAN DR STE 400<br>AMHERST NY 14226-1439 | Creditor ID: 17204-01<br>FOREST MUSHROOM FOOD INC.<br>37048 NILES BLVD<br>FREMONT CA 94536 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11803-01<br>FOREST PAPER INC<br>22 MAFARLANE CIRCLE<br>MOROE TOWNSHIP NJ 08831 | Creditor ID: 15419-01<br>FOREST PAPER INT'L<br>33 WOOD AVE SOUTH<br>ISELIN NJ 08830 | Creditor ID: 12350-01<br>FOREST PRODUCTS DISTRIBUTORS, INC.<br>4200 BEACH DRIVE, SUITE 2<br>RAPID CITY SD 57702 |
| Creditor ID: 15420-01<br>FOREVER 21, INC.<br>3880 N. MISSION ROAD<br>LOS ANGELES CA 90031 | Creditor ID: 19042-97<br>FOREVER 21, INC., TOYO TIRE<br>HOLDINGS OF AMERICA, INC.<br>C/O PILLSBURY WINTHROP SHAW ET AL<br>M STOCKWELL, A TROOP, S CAVIOR<br>1540 BROADWAY<br>NEW YORK NY 10036 | Creditor ID: 11637-01<br>FOREVER BEST FOOD INC.<br>3592 ROSEMEAD BLVD. STE# 242<br>ROSEMEAD CA 91770 |
| Creditor ID: 11638-01<br>FOREVER CHEESE INC<br>36-36 33RD. STREET SUITE 200<br>LONG ISLAND CITY NY 11101 | Creditor ID: 18429-01<br>FOREVER PETS INC.<br>1848-50TH STREET E.#103<br>INVER GROVE HEIGHTS MN 55077 | Creditor ID: 17205-01<br>FOREWAY ENTERPRISES LTD.<br>13910 212TH DR.,N.E.<br>WOODINVILLE WA 98077 |
| Creditor ID: 3218-01<br>FORGITAL USA INC.<br>8989 MONROE ROAD<br>HOUSTON TX 77061 | Creditor ID: 12351-01<br>FORI AUTOMATION INC<br>50955 WING DRIVE<br>SHELBY TWP MI 48315 | Creditor ID: 3219-01<br>FORMERICAN ENTERPRISE CO.<br>158 NORTHRIDGE DR.<br>LANDISVILLE PA 17538 |
| Creditor ID: 11639-01<br>FORMICA CORP. HEADQUARTER<br>10155 READING ROAD<br>CINCINNATI OH 45241 | Creditor ID: 5656-01<br>FORMING SYSTEMS INC<br>15075 U.S. 131<br>SCHOOLCRAFT MI 49087 | Creditor ID: 17206-01<br>FORMOSA INTERNATIONAL COMPANY<br>651 LAGUNA HONDA BLVD.,<br>SAN FRANCISCO CA 94127 |
| Creditor ID: 11640-01<br>FORMOSA PLASTICS CORP.<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON NJ 07039 | Creditor ID: 17207-01<br>FORMOSA PROSONIC MANUFACTURING CORPORATION<br>1407 S. CUCAMONGA AVE.<br>ONTARIO CA 91761 | Creditor ID: 17208-01<br>FORMTEX PLASTICS CORPORATION<br>6817 WYNNWOOD LN<br>HOUSTON TX 77008 |
| Creditor ID: 5657-01<br>FORNAZOR INTERNATIONAL, INC<br>455 HILLSDALE AVE<br>HILLSDALE NJ 07642 | Creditor ID: 5658-01<br>FORPLAX CORP.<br>1380 NORWOOD AVE.<br>ITASCA IL 60143 | Creditor ID: 15421-01<br>FORREST TECHNICAL COATINGS<br>1011 MCKINLEY STREET<br>EUGENE OR 97402 |
| Creditor ID: 7527-01<br>FORRESTER ENVIRONMENTAL SERVICES INC.<br>78 TRACY WAY<br>MEREDITH NH 03253 | Creditor ID: 3220-01<br>FORSBERGS, INC<br>1210 PENNINGTON AVENUE<br>THIEF RIVER FALLS MN 56701 | Creditor ID: 4826-01<br>FORT WAYNE METALS<br>9609 ARDMORE AVENUE<br>FORT WAYNE IN 46809 |
| Creditor ID: 15422-01<br>FORTE LIGHTING<br>14780 BAR HARBOR ROAD BUILDING A<br>FONTANA CA 92336 | Creditor ID: 12352-01<br>FORTE LIGHTING INC.<br>270 CANAL ROAD FAIRLESS<br>HILLS PA 19030 | Creditor ID: 861-01<br>FORTESSA TABLEWARE SOLUTIONS, LLC.<br>402 MCGHEE ROAD<br>WINCHESTER VA 22603 |
| Creditor ID: 862-01<br>FORTESSA TABLEWARE SOLUTIONS, LLC.<br>360 MCGHEE ROAD<br>WINCHESTER VA 22603 | Creditor ID: 17209-01<br>FORTEX FORTIFLEX, INC.<br>1000 GOODRICH BLVD.<br>MIAMI OK 74354 | Creditor ID: 18430-01<br>FORTEX INDUSTRIES INC.<br>1000 GOODRICH BLVD<br>MIAMI OK 74354 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 863-01<br>FORTIS PLASTICS LLC<br>2510 FRANKLIN ST.<br>CARLYLE IL 62231 | Creditor ID: 864-01<br>FORTRADE INC.<br>3811 CARMEN AVENUE<br>OLMITO TX 78575 | Creditor ID: 12353-01<br>FORTUNA ENTERPRISES INC.<br>701 SENECA ST.<br>BUFFALO NY 14210 |
| Creditor ID: 7528-01<br>FORTUNA SEA PRODUCTS, INC.<br>625 W. ANAHEIM STREET<br>LONG BEACH CA 90813 | Creditor ID: 17210-01<br>FORTUNE FASHIONS LLC<br>135 WEST 36TH STREET<br>NEW YORK NY 10018 | Creditor ID: 17211-01<br>FORTUNE FOOTWEAR<br>174 HUDSON STREET<br>NEW YORK NY 10013 |
| Creditor ID: 17212-01<br>FORTUNE METAL INC OF RI<br>2 CROW POINT RD<br>LINCOLN RI 02865 | Creditor ID: 12354-01<br>FORTUNE METAL, INC.<br>239 INDIA STREET<br>BROOKLYN NY 11222 | Creditor ID: 17213-01<br>FORTUNE NETWORK LTD.<br>177-25 ROCKAWAY BLVD. ROOM 206<br>JAMAICA NY 11434 |
| Creditor ID: 7529-01<br>FORTUNE PACE INC.<br>177-25 ROCKAWAY BLVD, SUITE 206<br>JAMAICA NY 11434 | Creditor ID: 5659-01<br>FORTUNE PLASTIC & METAL, INC.<br>20 CARBON PLACE<br>JERSEY CITY NJ 07305 | Creditor ID: 7530-01<br>FORTUNE RESOURCES RECOVERY LLC<br>4210 BF GOODRICH BLVD<br>DBA FORTUNE SKY RECYCLING<br>MEMPHIS TN 38118 |
| Creditor ID: 865-01<br>FORTUNE RIVERSIDE AUTO PARTS<br>900 LEESVILLE AVENUE<br>RAHWAY NJ 07065 | Creditor ID: 11641-01<br>FORTUNE UNIVERSAL INC.<br>9602 LAS TUNAS DRIVE, SUITE 209<br>TEMPLE CITY CA 91780 | Creditor ID: 12355-01<br>FORUM NOVELTIES<br>1770 WALT WHITMAN ROAD<br>MELVILLE NY 11747 |
| Creditor ID: 4827-01<br>FOSDICK FULFILLMENT CORPORATION<br>26 BARNES INDUSTRIAL PARK ROAD N<br>WALLINGFORD NJ 06492 | Creditor ID: 17214-01<br>FOSECO METALLURGICAL INC<br>20200 SHELDON ROAD<br>CLEVELAND OH 44142 | Creditor ID: 3221-01<br>FOSTER ELECTRIC AMERICA<br>1216 DON HASKINS DRIVE<br>EL PASO TX 79936 |
| Creditor ID: 5660-01<br>FOSTER REFRIGERATORS LLC<br>300 FAIRVIEW AVE.<br>HUDSON NY 12534 | Creditor ID: 3222-01<br>FOTIS AND SON IMPORTS<br>540 WINDY POINT DR.<br>GLENDALE HEIGHTS IL 60139 | Creditor ID: 12356-01<br>FOULKE FAMILY FARM, INC<br>12145 ELKIS ROAD<br>MONMOUTH OR 97361 |
| Creditor ID: 17215-01<br>FOUR CEES PRODUCE INC<br>625 GREEN LANE<br>UNION NJ 07083 | Creditor ID: 3223-01<br>FOUR SEASONS GENERAL MERCH<br>3777 WORKMAN MILL ROAD<br>CITY OF INDUSTRY CA 90601 | Creditor ID: 7531-01<br>FOX RIVER ASSOCIATES<br>28 NORTH BENNETT<br>GENEVA IL 60134 |
| Creditor ID: 5661-01<br>FOX RIVER PAPER<br>P.O. BOX 2215<br>APPLETON WI 54916-2215 | Creditor ID: 7532-01<br>FOXCONN GLOBAL SERVICE DIVISION<br>460 E. LAMBERT ROAD<br>FULLERTON CA 92835 | Creditor ID: 7533-01<br>FOXHALL INTERNATIONAL LLC<br>2019 RUDER ST.<br>DALLAS TX 75212 |
| Creditor ID: 866-01<br>FOXWOOD,INC -<br>PO BOX 37<br>TREVILIANS VA 23170 | Creditor ID: 7534-01<br>FPG WHOLESALE, INC<br>7190 CORAL WAY<br>MIAMI FL 33155 | Creditor ID: 17216-01<br>FP-PIGMENTS, INC.<br>3 SOUTHERN INDUSTRIAL BOULEVARD<br>ROME GA 30164 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17217-01<br>FRALEY MOTOR & MACHINE LLC<br>1055 S. COUNTY RD 625 E.<br>MILAN IN 47031 | Creditor ID: 15423-01<br>FRAM GROUP<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | Creditor ID: 11642-01<br>FRAMATOME ANP<br>2101 HORN RAPIDS ROAD<br>RICHLAND WA 99352 |
| Creditor ID: 15424-01<br>FRANCE ANTIQUE BOUTIQUE<br>335 UNION STREET<br>BROOKLYN NY 11213 | Creditor ID: 3224-01<br>FRANCE DECO TRADING<br>2192 NW 82ND AVENUR<br>MIAMI FL 33122 | Creditor ID: 12600-01<br>FRANCIA IMPORTS CORPORATION<br>2259 RYER AVE. FL NO. 1<br>BRONX NY 10452 |
| Creditor ID: 12357-01<br>FRANCINI, INC.<br>11796 SHELDON STREET<br>SUN VALLEY CA 91352 | Creditor ID: 15425-01<br>FRANCISCO JOSE RABENA BARRACHINA<br>150 EAST 58TH STREET<br>NEW YORK NY 10155 | Creditor ID: 867-01<br>FRANCISCO SELECTIONS INC<br>66-15 TRAFFIC AVE. 2B<br>RIDGEWOOD NY 11385 |
| Creditor ID: 3225-01<br>FRANCO MANUFACTURING CO INC<br>555 PROSPECT STREET<br>METUCHEN NJ 08840 | Creditor ID: 5662-01<br>FRANCO VAGO INT'L INC.<br>145-43 226TH ST.<br>SPRINGFIELD GARDEN NY 11413 | Creditor ID: 17218-01<br>FRANCO VAGO L.A. INC<br>20550 DENKER AVE.<br>TORRANCE CA 90501 |
| Creditor ID: 7200-01<br>FRANK B. FUHRER WHOLESALE<br>3100 EAST CARSON STREET<br>PITTSBURGH PA 15203 | Creditor ID: 7535-01<br>FRANK FLETCHER COMPANIES LTD.<br>6301 FORBING ROAD<br>LITTLE ROCK TX 72209 | Creditor ID: 12358-01<br>FRANK LOWE RUBBER & GASKET CO., INC.<br>44 RAMSEY ROAD<br>SHIRLEY NY 11967 |
| Creditor ID: 3226-01<br>FRANK MILLER LUMBER<br>1690 FRANK MILLER RD<br>UNION CITY IN 47390 | Creditor ID: 7536-01<br>FRANK PAXTON LUMBER CO., LLC<br>6311 ST. JOHN AVE<br>KANSAS CITY MO 64123 | Creditor ID: 7537-01<br>FRANK STAGNITTO<br>413-415 FAILE STREET<br>BRONX NY 10474 |
| Creditor ID: 11643-01<br>FRANK W WINNE & SON INC.<br>1809 BALTIMORE AVENUE<br>KANSAS CITY MO 64018 | Creditor ID: 11644-01<br>FRANK W. WINE & SON, INC<br>C/O BARTHCO INT'L,<br>THE INTERNATIONAL CARGO PORT<br>SUITE307 88 BLACK FALCON AVE.<br>SOUTH BOSTON MA 02210 | Creditor ID: 5663-01<br>FRANK W. WINNE & SON<br>11099 S. LA CIENEGA BLVD. #140<br>LOS ANGELES CA 90045 |
| Creditor ID: 7538-01<br>FRANK W. WINNE & SON INC.<br>521 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-3413 | Creditor ID: 868-01<br>FRANK W.WINNE+SON,INC<br>4601 BATH STREET,BLDG.81<br>PHILADELPHIA PA 19137 | Creditor ID: 3227-01<br>FRANKE BEVERAGE SYSTEMS INC.<br>166 JEFFERSON PIKE<br>LA VERGNE TN 37086 |
| Creditor ID: 3228-01<br>FRANKE RESUPPLY SYSTEMS, INC<br>800 AVIATION PKWY<br>SMYRNA TN 37167-2581 | Creditor ID: 11645-01<br>FRANKFORD CANDY LLC<br>9300 ASHTON ROAD<br>PHILADELPHIA PA 19114 | Creditor ID: 17319-01<br>FRANKIE WILLIAM THOMAS<br>3974 PORTLAND DRIVE<br>HOOD RIVER OR 97031-9696 |
| Creditor ID: 17320-01<br>FRANKLIN ARCHITECTURAL WOOD INC<br>39159 PASEO PADRE PKWY<br>FREMONT CA 94538 | Creditor ID: 17321-01<br>FRANKLIN BAKER, INC<br>8275 TOURNAMENT DRIVE<br>SOUTHWIND OFFICE CENTER B STE 305<br>MEMPHIS TN 38125 | Creditor ID: 17322-01<br>FRANKLIN BAKER, INC.<br>60 GERMANTOWN<br>CORDOVA TN 38018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11646-01<br>FRANKLIN ELECTRIC CO., INC<br>400 E SPRING ST<br>BLUFFTON IN 46714-3737 | Creditor ID: 15426-01<br>FRANKLIN INTERNATIONAL INC<br>2020 BRUCK STREET<br>COLUMBUS OH 43207 | Creditor ID: 17323-01<br>FRANKLIN PAINT COMPANY<br>259 COTTAGE STREET<br>FRANKLIN MA 02038 |
| Creditor ID: 15427-01<br>FRANKLIN SPORTS INC.<br>17 CAMPANELLI PARKWAY<br>STOUGHTON MA 02072 | Creditor ID: 12359-01<br>FRANZUS DIVISION OF CONAIR CORPORATION<br>MURTHA INDUSTRIAL PARK,<br>BLDG 10 RAILROAD AVENUE<br>BEACON FALLS CT 06403 | Creditor ID: 869-01<br>FRATELLI COSULICH USA INC.<br>22B CRAGWOOD ROAD<br>AVENEL NJ 07002 |
| Creditor ID: 3229-01<br>FRED C. GLOECKNER * CO. INC.<br>12400 SE, HIGHWAY 212<br>CLACKAMAS OR 97015 | Creditor ID: 4828-01<br>FRED EDWARDS INC.<br>904 W. MONTGOMERY #4234<br>WILLIS TX 77378 | Creditor ID: 11647-01<br>FRED HALL AND ASSOCIATES<br>8440 ESTERS BLVD, STE 130<br>IRVING TX 75263 |
| Creditor ID: 7539-01<br>FRED MEYER KROGER<br>11494 SE HIGHWAY 212<br>CLACKAMAS OR 97015 | Creditor ID: 11648-01<br>FRED MEYER STORES, INC.<br>3800 S.E. 22ND AVE.<br>PORTLAND OR 97202-2918 | Creditor ID: 5664-01<br>FRED MEYER, INC<br>P O BOX 42121<br>PORTLAND OR 97242 |
| Creditor ID: 7540-01<br>FRED MEYER, INC.<br>3800 S.E. 22ND AVE<br>PORTLAND OR 97202-2918 | Creditor ID: 7541-01<br>FRED MEYER, INC. DBA KROGER<br>P O BOX 42121<br>PORTLAND OR 97242 | Creditor ID: 870-01<br>FREDERICK WLLDMAN & SONS LTD.<br>311 EAST 53 RD. ST. 3RD FL.<br>NEW YORK NY 10022 |
| Creditor ID: 11649-01<br>FREDRICKS EQUIPMENT COMPANY<br>110 SMITHSON DRIVE<br>HARTSELLE AL 35640 | Creditor ID: 15428-01<br>FREE COUNTRY LTD.<br>4 BRYANT PARK, 9TH FLOOR,<br>NEW YORK NY 10018 | Creditor ID: 15429-01<br>FREE RANGE DOG CHEWS<br>2023 S. SHERIDAN ROAD<br>CARO MI 48723 |
| Creditor ID: 871-01<br>FREE RANGE DOG CHEWS INC.<br>111 PEYERK COURT<br>ROMEO MI 48065 | Creditor ID: 17324-01<br>FREEDOM BEVERAGE CO<br>4319 WATERLEAF COURT-SUITE#101<br>GREENSBORO NC 27410 | Creditor ID: 11650-01<br>FREED'S WAREHOUSE<br>4720 SIMONTON ROAD<br>DALLAS TX 75244 |
| Creditor ID: 5665-01<br>FREEMAN<br>6667 WEST SUNSET ROAD<br>LAS VEGAS NV 89118 | Creditor ID: 12360-01<br>FREEMAN CORPORATION (WINCHESTER, KY)<br>415 MAGNOLIA STREET<br>WINCHESTER KY 40392 | Creditor ID: 3230-01<br>FREEPORT DISTRIBUTORS INC<br>8302 N.W. 14TH ST<br>MIAMI FL 33126 |
| Creditor ID: 12361-01<br>FREEPORT LOGISTICS INC.<br>8551 ESTERS BLVD, IRVING,TX. 75063<br>IRVING TX 75063 | Creditor ID: 5666-01<br>FREEZE TECH, INC<br>18 SPRUCE RUN<br>RAMSEY NJ 07446 | Creditor ID: 11651-01<br>FREEZPAK LOGISTICS<br>162 RAILROAD AVE<br>PATERSON NJ 07501 |
| Creditor ID: 7201-01<br>FREIGHT CO LOGISTICS<br>835 SOUTH 192ND STREET, SUITE 100<br>SEATTLE WA 98148 | Creditor ID: 11652-01<br>FREIGHT LOGISTICS SERVICES<br>3440 CARILLON POINT<br>KIRKLAND WA 98033 | Creditor ID: 5667-01<br>FREIGHT SOLUTION INTERNATIONAL<br>1200 SOUTH 192ND ST<br>SEATTLE WA 98148 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15430-01
FREIGHT TMEN INTL SHIPPING CO. LTD
51 SUNRISE HIGHWAY
LYNBROOK NY 11563

Creditor ID: 872-01
FREIMAN COATED FABRIC
7 MERCER STREET
NEW YORK NY 10013

Creditor ID: 3231-01
FREITAS BROTHERS FARMS, LLC
50 OSO FLACO LAKE ROAD
NIPOMO CA 93444

Creditor ID: 15431-01
FREMONT SEAFOODS, INC.
8808 MISSION DR., SUITE 201
ROSEMEAD CA 91770

Creditor ID: 3232-01
FRENCH FOOD EXPORTS
100 MAHATTAN AVENUE # 100
UNION CITY NJ 07087

Creditor ID: 12362-01
FRESCA MEXICAN FOODS INC
11193 W EMERALD ST
BOISE ID 83713

Creditor ID: 5668-01
FRESH AND GREEN INC
56-27 56TH DRIVE (2ND FLOOR)
MASPETH NY 11378

Creditor ID: 7542-01
FRESH CRESCENT IMPORTS INC.
15902-A HALLIBURTON ROAD, #135
HACIENDA HEIGHTS CA 91745

Creditor ID: 17325-01
FRESH DELIGHT INC.
2539 W. 237TH STREET, SUITE A
TORRANCE CA 90505

Creditor ID: 12363-01
FRESH FARMS
5740 W. TOUHY AVENUE
NILES IL 60714

Creditor ID: 11653-01
FRESH GIANT INT'L., INC.
3283 MONTELLANO AVE.
HACIENDA HEIGHTS CA 91745

Creditor ID: 17326-01
FRESH KIST PRODUCE LLC.
1067 MERRILL ST.
SALINAS CA 93912

Creditor ID: 873-01
FRESH PACIFIC FRUIT & VEGETABLE, INC.
7650 N. PALM AVE. SUITE 103
FRESNO CA 93711

Creditor ID: 874-01
FRESH TASTE PRODUCE USA
3460 N DELAWARE AVE SUITE 107
PHILADELPHIA PA 19134

Creditor ID: 12364-01
FRESH TULIPS, USA
19315 CARRICO MILLS ROAD
STEVENSBURG VA 22741

Creditor ID: 17327-01
FRESH WEST EXCHANGE
P.O. BOX 552
GONZALES CA 93926

Creditor ID: 875-01
FRESHKIST PRODUCE, LLC
2040 GUADALUPE RD.
NIPOMO CA 93444

Creditor ID: 11654-01
FRESHPARK INDUSTRIES LLC
7412 COUNT CIRCLE
HUNTINGTON BEACH CA 92647

Creditor ID: 17328-01
FRESHWARE INC.
9854 BALDWIN PLACE
EL MONTE CA 91731

Creditor ID: 876-01
FRESHWORLD INC
2600 CENTRAL AVENUE, SUITE F
UNION CITY CA 94587

Creditor ID: 12365-01
FRESNO COOPERATIVE RAISIN GROWERS INC.
4466 NORTH DOWER AVE
FRESNO CA 93723

Creditor ID: 17329-01
FRESNO COTTON COMPANY
340 E. TULARE NO. 1619
TULARE CA 93274

Creditor ID: 15433-01
FREUD AMERICA INC.
218 FELD AVENUE
HIGH POINT NC 27263

Creditor ID: 17330-01
FREYSSINET INC.
44880 FALCON PLACE, SUITE 100
STERLING VA 20166

Creditor ID: 17331-01
FRIANT AND ASSOCIATES ,LLC
4901 E 12TH STREET
OAKLAND CA 94601

Creditor ID: 7202-01
FRIDAY HARBOR YACHT SALES
PMB 163 22226 EASTLAKE AVENUE EAST
SEATTLE WA 98102

Creditor ID: 12366-01
FRIEDRICH AIR CONDITIONING
10001 REUNION PLACE, SUITE 500
SAN ANTONIO TX 78216-4139

Creditor ID: 5669-01
FRIEDRICH AIR CONDITIONING CO.
4200 NORTH PANAM EXPRESSWAY
SAN ANTONIO TX 78219

Creditor ID: 3233-01
FRIENDLY TOYS, CORP
16851 KNOTT AVE.
LA MIRADA CA 90638

Creditor ID: 15434-01
FRIENDLY TOYS, CORP.
14545 VALLEY VIEW AVE. UNIT Q
SANTA FE SPRINGS CA 90670

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7543-01
FRIGIDAIRE INTERNATIONAL COMPANY
3 PARKWAY CENTER
PITTSBURH PA 15220-3605

Creditor ID: 3234-01
FRIGIQUIP INTERNATIONAL INC.
/KNOX ELECTRONICS LTD.
3910 W. CENTRAL AVENUE
EL DORADO KS 67042

Creditor ID: 11655-01
FRIMECO NORTH AMERICA CORPORATION
8000 TOWERS CRESCENT DR STE 1350
VIENNA VA 22182

Creditor ID: 17332-01
FRIMECO NORTH AMERICA CORPORATION
4136 TELEGRAPH ROAD
BLOOMFIELD HILLS MI 48302

Creditor ID: 15435-01
FRITZ MARKETING INC.
SHARON HILL COURT III,
300 HENDERSON DRIVE
SHARON HILL PA 19079

Creditor ID: 15436-01
FROHN NORTH AMERICA INC
6289 BANKHEAD HWY
AUSTELL GA 30168-4798

Creditor ID: 17333-01
FRONT MOD U.S.A. INC.
520 8TH AVENUE, SUITE#2200,
NEW YORK NY 10018

Creditor ID: 12367-01
FRONT RUNNER OUTFITTERS
29370 ROADSIDE DRIVER
AGOURA HILLS CA 91301

Creditor ID: 17334-01
FRONTIER ALUMINUM CORPORATION
2480 RAILROAD STREET
CORONA CA 92880

Creditor ID: 2417-01
FRONTIER AUTO BODY SUPPLY INC
1301 TRANSPORT DRIVE
RALEIGH NC 27603

Creditor ID: 17335-01
FRONTIER COOPERATIVE HERBS
3021 78TH ST.
NORWAY IA 52318

Creditor ID: 11656-01
FRONTIER FOODS INT'L OF PENNSYLVANIA, INC.
1280 CLEMENTS BRIDGE RD.
DEPTFORD NJ 08096

Creditor ID: 17336-01
FRONTIER METALS
158 MORRIS STREET
MORRISTOWN NJ 07960

Creditor ID: 7544-01
FRONTIER NATURAL PRODUCTS CO-OP
3021 78TH ST.
NORWAY IA 52318

Creditor ID: 877-01
FRONTIER NATURAL PRODUCTS CO-OP
QUALITY WAREHOUSE 2870 STONER COURT
NORTH LIBERTY IA 52317

Creditor ID: 15437-01
FRONTIER PACKAGING, INC
1201 ANDOVER PARK EAST
SEATTLE WA 98188

Creditor ID: 17337-01
FRONTIER SPINNING MILLS
1823 BOONE TRAIL ROAD
SANFORD NC 27330

Creditor ID: 878-01
FROZEN FOODS TRADING COMPANY LLC
6785 WOODCLIFFE CIRCLE
ZIONSVILLE IN 46077

Creditor ID: 17016-01
FRP SERVICES & CO.(AMERICA) INC.
580 WHITE PLAINS ROAD, SUITE 115
TARRYTOWN NY 10591

Creditor ID: 5670-01
FRP SERVICES AND CO (AMERICA) INC.
10 BANK STREET SUITE 450
WHITE PLAINS NY 10606

Creditor ID: 11657-01
FRUIT OF THE LOOM
1 RETAIL DRIVE
MONTGOMERY AL 36110

Creditor ID: 17338-01
FRUIT PATCH SALES LLC
38773 RD 48
DINUBA CA 93618

Creditor ID: 15438-01
FRUIT PROS LLC
816 STARBOARD ST
CHULA VISTA CA 91914

Creditor ID: 15439-01
FRUITRADE GROUP
715 REGAL BLVD.
LIVINGSTON NJ 07039

Creditor ID: 11658-01
FRUTA BELLA, LLC
414 AIRPORT WAY NORTH
MATTAWA WA 99349

Creditor ID: 7545-01
FRY FOODS, INC.
99 MAULE ROAD
TIFFIN OH 44883

Creditor ID: 879-01
FSC WALLCOVERINGS
102 MELRICH ROAD
CRANBURY NJ 08512

Creditor ID: 12368-01
FTI AMERICA (LIAISION OFFICE)
2368 WILLET WAY
PLEASANTON CA 94566

Creditor ID: 880-01
FTW INC
1540 EAST ACACIA STREET
ONTARIO CA 91761

Creditor ID: 12369-01
FUCHS
17050 LATHROP AVENUE
HARVEY IL 60426

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 881-01<br>FUCHS NORTH AMERICA<br>9740 REISTERSTOWN, MD<br>OWINGS MILLS MD 21117 | Creditor ID: 17339-01<br>FUDA TILE INC.<br>261 RT.46 WEST<br>ELMWOOD PARK NJ 07407 | Creditor ID: 12370-01<br>FUERST DAY LAWSON (USA) LTD.<br>870 SPRINGFIELD ROAD SOUTH<br>UNION NJ 07083 |
| Creditor ID: 7546-01<br>FUJI FOOD PRODUCTS, INC.<br>14420 BLOOMFIELD AVE.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 12371-01<br>FUJI HEALTH SCIENCE,INC<br>18000 HORIZON WAY,SUITE 800,<br>MOUNT LAUREL NJ 08054 | Creditor ID: 11659-01<br>FUJI INDUSTRIES CORP.<br>600 3RD AVENUE, 24TH FLOOR<br>NEW YORK NY 10016 |
| Creditor ID: 17017-01<br>FUJI INDUSTRIES CORP. LOS ANGELES OFFICE<br>6701 CENTER DRIVE, WEST SUITE #400<br>LOS ANGELES CA 90045 | Creditor ID: 882-01<br>FUJI SILYSIA CHEMICAL LTD.<br>1000 PARK 40 PLAZA SUITE 420<br>DURHAM NC 27713 | Creditor ID: 3235-01<br>FUJIFILM ELECTRONIC MATERIALS<br>80 CIRCUIT DRIVE<br>NORTH KINGSTOWN RI 02852 |
| Creditor ID: 15440-01<br>FUJIFILM HOLDINGS AMERICA CORPORATION<br>200 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595 | Creditor ID: 17340-01<br>FUJIFILM HUNT CHEMICALS U.S.A., INC<br>411 MANUFACTURERS ROAD<br>DAYTON TN 37321 | Creditor ID: 11660-01<br>FUJIFILM MANUFACTURING USA INC.<br>PLANT P 921 HIGHWAY 246<br>GREENWOOD SC 29649 |
| Creditor ID: 17341-01<br>FUJIFILM MANUFACTURING USA, INC.<br>921 HIGHWAY 246 SOUTH<br>GREENWOOD SC 29649 | Creditor ID: 7547-01<br>FUJIFILM MANUFACTURING USA, INC.<br>(PUCKETT FERRY)<br>401 PUCKETT FERRY ROAD<br>GREENWOOD SC 29648 | Creditor ID: 11661-01<br>FUJIFILM NORTH AMERICA CORPORATION<br>200 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595 |
| Creditor ID: 3236-01<br>FUJIKURA AUTOMOTIVE AMERICA,LLC<br>1050 ADAMS CIRCLE<br>EAGLE PASS TX 78852 | Creditor ID: 15442-01<br>FUJITRONIC MANUFACTURING INC.<br>15329 DON JULIAN ROAD<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 5671-01<br>FULFILLMENT CORPORATION OF AMERICA<br>566 VANGUARD WAY UNIT A<br>BREA CA 92821 |
| Creditor ID: 11662-01<br>FULLER BROTHERS INC.<br>11507 SE HWY 212<br>CLACKAMAS OR 97015 | Creditor ID: 18431-01<br>FULL-MART LLC<br>2 COBBLE LANE<br>BEDMINISTER NJ 07921 | Creditor ID: 7548-01<br>FULTON COMPANIES<br>3981 PORT STREET, PO BOX 257<br>PULASKI NY 13142-0257 |
| Creditor ID: 3237-01<br>FULTON DENVER COMPANY<br>1060 PIPER DRIVE<br>VACAVILLE CA 95699 | Creditor ID: 11663-01<br>FULTON SEAFOOD INC.<br>2818 MCKINNEY STREET<br>HOUSTON TX 77003 | Creditor ID: 5672-01<br>FULTON WAREHOUSE COMPANY<br>266 VILLANOVA DRIVE<br>ATLANTA GA 30336 |
| Creditor ID: 15443-01<br>FUMATEX INC<br>23331 EL TORO ROAD, #203<br>LAKE FOREST CA 92630 | Creditor ID: 15444-01<br>FUN APPAREL INC.<br>10650 KINGHURST STREET<br>HOUSTON TX 77099 | Creditor ID: 17342-01<br>FUN WORLD INC.<br>80 VOICE RD.<br>CARLE PLACE NY 11514 |
| Creditor ID: 5673-01<br>FUNAI CORP.<br>100 NORTH STREET<br>TETERBORO NJ 07608 | Creditor ID: 15445-01<br>FUNAI CORPORATION<br>19900 VANNESS AVE.<br>TORRANCE CA 90501 | Creditor ID: 5674-01<br>FUNAI CORPORATION<br>1540 FRANCISCO STREET<br>TORRANCE CA 90501 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15446-01<br>FUNAI CORPORATION, INC.<br>201 ROUTH 17 NORTH SUITE NO. 903<br>RUTHERFORD NJ 07070 | Creditor ID: 17343-01<br>FUNCTIONAL PRODUCTS INC.<br>8282 BAVARIA RD.<br>MACEDONIA OH 44056 | Creditor ID: 10257-01<br>FUNDAMENTAL EXPORTS LLC<br>1915 NW AMBERGLEN PKWY, STE 400<br>PORTLAND OR 97229 |
| Creditor ID: 3238-01<br>FUNTASTIC TOYS<br>2301 MINIMAX STREET<br>HOUSTON TX 77008 | Creditor ID: 17344-01<br>FUN-TEES, INC<br>245 MANOR AVE<br>CONCORD NC 28025 | Creditor ID: 15447-01<br>FURNITURE BARN<br>535 WEST MAIN STREET<br>CHESHIRE CT 06410 |
| Creditor ID: 7549-01<br>FURNITURE BRANDS OPERATIONS, INC.<br>1 N BRENTWOOD BLVD. SUITE 1500<br>ST. LOUIS MO 63105 | Creditor ID: 7551-01<br>FURNITURE CONCEPTS INC<br>729 TALON COVE<br>BIRMINGHAM AL 35242 | Creditor ID: 11664-01<br>FURNITURE CONCEPTS LLC<br>1325 FRANKLIN AVENUE, SUITE 230<br>GARDEN CITY NY 11530 |
| Creditor ID: 18432-01<br>FURNITURE CONCEPTS, LLC<br>1225 FRANKLIN AVE., SUITE 200<br>GARDEN CITY NY 11530 | Creditor ID: 17345-01<br>FURNITURE CONNEXION<br>2108 NE ARGYLE ST<br>PORTLAND OR 97211 | Creditor ID: 11665-01<br>FURNITURE DIRECT LLC<br>2216 MOUNTAIN ROAD<br>DALTON GA 30722 |
| Creditor ID: 17346-01<br>FURNITURE EXPRESS WAREHOUSE<br>4201 LIEN ROAD,<br>MADISON WI 53704 | Creditor ID: 883-01<br>FURNITURE FAIR INC<br>418 WHITE STREET<br>JACKSONVILLE NC 28546 | Creditor ID: 5675-01<br>FURNITURE IMPORTS INC.<br>2300 N.AMERICAN ST.<br>PHILADELPHIA PA 19133 |
| Creditor ID: 17347-01<br>FURNITURE OUTLETS USA<br>140 E. HINKS LANE<br>SIOUX FALLS SD 57104 | Creditor ID: 15448-01<br>FURNITURE SHIPPERS INTERNATIONAL, LLC<br>2205-K OAK RIDGE ROAD, BOX 180<br>OAK RIDGE NC 27310 | Creditor ID: 3239-01<br>FURNITURE VALUES INTERNATIONAL, LLC<br>601 N. 75TH AVE<br>PHOENIX AZ 85043 |
| Creditor ID: 15449-01<br>FURNITURE VALUES INTL. LLC<br>2929 GRAND AVE.<br>PHOENIX AZ 85017 | Creditor ID: 884-01<br>FURNITURE WAREHOUSE SHOWROOM LLC<br>1095 HAMPTON ROAD<br>LYMAN SC 29365 | Creditor ID: 11666-01<br>FURST-MCNESS COMPANY<br>209 N BRIDGE STREET<br>ELEROY IL 61027 |
| Creditor ID: 17348-01<br>FURST-MCNESS COMPANY<br>120 EAST CLARK STREET<br>FREEPORT IL 61027 | Creditor ID: 4829-01<br>FUSITE DIVISION EMERSON<br>6000 FERNVIEW AVENUE<br>CINCINNATI OH 45212 | Creditor ID: 17349-01<br>FUTON PLACE<br>1 CALLE CAESAR CHAVEZ #7<br>SANTA BARBARA CA 93103 |
| Creditor ID: 11667-01<br>FUTURE FIBRES, INC<br>7837 NW 72ND AVE.<br>MIAMI FL 33166 | Creditor ID: 885-01<br>FUTURE FORWARDING CO<br>4380 INTERNATIONAL PARKWAY<br>ATLANTA GA 30354 | Creditor ID: 15450-01<br>FUTURE PIPE INDUSTRIES INC.<br>11811 PROCTOR ST.<br>HOUSTON TX 77038 |
| Creditor ID: 12372-01<br>FUTURE WOOD PRODUCTS, INC.<br>100 ATLANTIC AVE.<br>CAMDEN NJ 08104 | Creditor ID: 5676-01<br>FUWA METAL USA, INC<br>707 WESTCHESTER AVENUE, SUITE 206<br>WHITE PLAINS NY 10604 | Creditor ID: 886-01<br>FUYAO AUTOMOTIVE NORTH AMERICA INC.<br>315 WEST SILVERBELL ROAD, SUITE 100<br>LAKE ORION MI 48359 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12737-01<br>FUYAO NORTH AMERICA INCORPORATED<br>301 HALTON ROAD, SUITE E<br>GREENVILLE SC 29607 | Creditor ID: 3240-01<br>FYMAK SHIPPING INTERNATIONAL, INC.<br>17721 HIGHWAY 59 NORTH<br>HUMBLE TX 77396-3011 | Creditor ID: 15451-01<br>FYT INC.<br>18575 EAST GALE AVE. STE # 298<br>ROWLAND HEIGHTS CA 91748 |
| Creditor ID: 887-01<br>G & L FURNITURE CO.<br>9431 HARWIN DR SUITE A<br>HOUSTON TX 77036 | Creditor ID: 888-01<br>G & L MARBLE INC<br>2590 JASON INDUSTRIAL PARKWAY<br>WINSTON GA 30187 | Creditor ID: 2418-01<br>G & S MOTOR EQUIPMENT CO., INC.<br>1800 HARRISON AVE.<br>KEARNY NJ 07032 |
| Creditor ID: 7552-01<br>G & T TRADING INT'L INC<br>128 CIRCLE AVE. 2ND FLOOR.<br>CLIFTON NJ 07011 | Creditor ID: 11668-01<br>G AND L SEAFOOD INC.<br>2400 LEE AVENUE<br>SOUTH EL MONTE CA 91733 | Creditor ID: 11669-01<br>G I JOES INC.<br>9805 BOECKMAN RD<br>WILSONVILLE OR 97070 |
| Creditor ID: 17350-01<br>G J INTERNATIONAL<br>517 NORTH SPARKS STREET<br>BURBANK CA 91506 | Creditor ID: 4830-01<br>G T I (GEPTEK, INC.)<br>25 LINDSLEY DRIVE, SUITE 102<br>MORRISTOWN NJ 07960 | Creditor ID: 15452-01<br>G&D TRADING CO.<br>2130 IVRING ST.<br>SAN FRANCISCO CA 94122 |
| Creditor ID: 5678-01<br>G&G GUANFERTY USA, LLC. F002239<br>14893 SW 171 TER<br>MIAMI FL 33187 | Creditor ID: 889-01<br>G&K AUTO CONVERSION INC.<br>2530 S. BIRCH STREET<br>SANTA ANA CA 92707 | Creditor ID: 12738-01<br>G&K INTERNATIONAL<br>1005 BOYLSTON STREET<br>NEWTON MA 02461 |
| Creditor ID: 3241-01<br>G&T TRADING INT'L CORP.<br>128 CIRCLE AVE. 2ND FLOOR<br>CLIFTON NJ 07011 | Creditor ID: 15554-01<br>G. BANIS COMPANY AND SERVICES INC<br>2711 CENTERVILLE ROAD #400<br>WILMINGTON DE 19808 | Creditor ID: 5679-01<br>G. HARRIS INTERNATIONAL, LLC<br>1025 MCFARLAND AVE<br>WILMINGTON CA 90744 |
| Creditor ID: 7553-01<br>G.A ANDRON<br>3379 STAFFORD STREET<br>PITTSBURG PA 15204 | Creditor ID: 11906-01<br>G.A ANDRON<br>7075 CAINDALE DR.<br>GREENSBORO NC 27409 | Creditor ID: 11905-01<br>G.A ANDRON<br>2349 MILLERS LANE<br>LOUISVILLE KY 40216 |
| Creditor ID: 17351-01<br>G.B.COMPANY AND SERVICES<br>307 LEXIGTON STREET<br>AUBURDALE MA 02466 | Creditor ID: 7554-01<br>G.E. COMPANY<br>185 & WOODRUFF ROAD<br>GREENVILLE SC 29607 | Creditor ID: 890-01<br>G.E. LOGISTICS,  INC.<br>175-01 ROCKAWAY BLVD., SUITE #305<br>JAMAICA NY 11434 |
| Creditor ID: 3242-01<br>G.E. WATER & PROCESS TECHNOLOGIES<br>5951 CLEARWATER DRIVE<br>HOPKINS MN 55343 | Creditor ID: 3243-01<br>G.E.T. ENTERPRISE LLC<br>1515 W SAM HOUSTON PKWY N STE 112<br>HOUSTON TX 77043 | Creditor ID: 891-01<br>G.F.A. INC<br>ONE SKC DRIVE<br>COVINGTON GA 30014 |
| Creditor ID: 892-01<br>G.I. JOES INC DBA JOE'S SPORTS & OUTDOORS<br>9805 BOECKMAN RD<br>WILSONVILLE OR 97070 | Creditor ID: 893-01<br>G.L. FOOD WHOLESALE INC<br>227 HUDSON AVE<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 11907-01<br>G.P. DE SILVA SPICES INC.<br>14101 ROSECRANS AVE., UNIT E<br>LA MIRADA CA 90638 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3244-01<br>G.R. TRADING INC.<br>100 N. BARRANCA AVE. STE 37<br>WEST COVINA CA 91791 | Creditor ID: 7555-01<br>G3 ENTERPRISES<br>1640 INTERNATIONAL PARKWAY, UNIT 2<br>WOODRIDGE IL 60517 | Creditor ID: 3245-01<br>G3 ENTERPRISES<br>502 E WHITMORE AVE<br>MODESTO CA 95358 |
| Creditor ID: 11908-01<br>G4S INTERNATIONAL LOGISTICS (USA)<br>38 READS WAY<br>NEW CASTLE DE 19720 | Creditor ID: 15555-01<br>GABBANNA LLC<br>5224 SOUTHERN AVE<br>SOUTH GATE CA 90280 | Creditor ID: 12739-01<br>GACHMAN METALS<br>2600 SHAMROCK AVENUE<br>FORT WORTH TX 76107 |
| Creditor ID: 3246-01<br>GADOT BIOCHEMICAL INDUSTRIES USA<br>1130 WEST LAKE COOK ROAD, SUITE 320<br>BUFFALO GROVE IL 60089 | Creditor ID: 5681-01<br>GADOT USA<br>41 BRIDGE STREET<br>FLORIDA NY 10921 | Creditor ID: 11909-01<br>GAFFNEY-KROESE SUPPLY CORP<br>60 KINGSBRIDGE ROAD<br>PISCATAWAY NJ 08854 |
| Creditor ID: 15556-01<br>GAIA HERBS<br>101 GAIA HERBS DRIVE<br>BREVARD NC 28712 | Creditor ID: 5682-01<br>GAIC, LLC<br>101 ENTERPRISE SUITE 100<br>ALISO VIEJO CA 92656 | Creditor ID: 15557-01<br>GAIDSURY INDUSTRIES<br>4694 COFFEEPORT ROAD<br>BROWNSVILLE TX 78521 |
| Creditor ID: 10258-01<br>GAINMORE INTERNATIONAL INC.<br>1306 FM 1092 ROAD SUITE 509<br>MISSOURI CITY TX 77459 | Creditor ID: 3247-01<br>GALA INDUSTRIES<br>181 PAULEY STREET<br>EAGLE ROCK VA 24085 | Creditor ID: 17352-01<br>GALATA CHEMICALS LLC<br>471 HIGHWAY 3142<br>HAHNVILLE LA 70057 |
| Creditor ID: 15558-01<br>GALAXY CUSTOM HOUSE BROKERS, INC.<br>P.O.BOX 30644 JFK AIRPORT STATION<br>JAMAICA NY 11430 | Creditor ID: 11910-01<br>GALAXY FLOORING DISTRIBUTION INC.<br>434 E. BROADWAY<br>MESA AZ 85204 | Creditor ID: 12740-01<br>GALAXY GLOBAL PRODUCTS, LLC<br>820 LINCOLN AVENUE<br>WEST CHESTER PA 19380 |
| Creditor ID: 17452-01<br>GALAXY INTERNATIONAL<br>2400 ARDMORE BLVD., SUITE 600<br>PITTSBURG PA 15221 | Creditor ID: 11911-01<br>GALAXY TIRE<br>730 EASTERN AVE.<br>MALDEN MA 02184-5924 | Creditor ID: 7556-01<br>GALE PACIFIC USA<br>9180 CENTER AVE.<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 11912-01<br>GALERIE LELONG<br>528 WEST 26TH STREET<br>NEW YORK NY 10001 | Creditor ID: 5683-01<br>GALEX INC.<br>161 ROUTE 59 SUITE 101<br>MONSEY NY 10952 | Creditor ID: 17453-01<br>GALEY AND LORD LLC<br>670 NORTH MAIN STREET<br>SOCIETY HILL SC 29593 |
| Creditor ID: 10259-01<br>GALIL IMPORT CORP<br>120 EILEEN WAY<br>SYOSSET NY 11791 | Creditor ID: 7557-01<br>GALLAGHER TIRE, INC<br>1901 HARTEL STREET<br>LEVITOWN PA 19057 | Creditor ID: 12741-01<br>GALLATIN INTERNATIONAL LLC<br>22525 SE 64TH PLASE, SUITE 244<br>ISSAQUAH WA 98027 |
| Creditor ID: 11913-01<br>GALLEHER HARDWOOD CO.<br>9303 GREEN LEAF AVE.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 17454-01<br>GALLEON GENERAL CORPORATION<br>1603 116TH AVENUE N.E. SUITE 115<br>BELLEVUE WA 98004 | Creditor ID: 7558-01<br>GALLER INTERNATIONAL<br>1799 OLD BAYSHORE HIGHWAY<br>BURLINGAME CA 94010 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5684-01<br>GALLO GLASS COMPANY<br>SOUTH SANTA CRUZ & LARKIN<br>MODESTO CA 95354 | Creditor ID: 15559-01<br>GALLOP CYCLE CORP.<br>2677 EL PRESIDIO ST<br>LONG BEACH CA 90810 | Creditor ID: 17018-01<br>GAMESA WIND US<br>1 BEN FAIRLESS DRIVE, 2ND FL<br>FAIRLESS HILLS PA 19030 |
| Creditor ID: 5685-01<br>GAMESA WIND USA<br>400 GAMESA DRIVE<br>FAIRLESS HILLS PA 19030 | Creditor ID: 894-01<br>GAMETIME, INC.<br>150 GAMETIEM DRIVE<br>FORT PAYNE AL 35967 | Creditor ID: 15560-01<br>GAMMA & BROSS USA INC.<br>260 WEST 35TH STREET, 14TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 7559-01<br>GAMMA ARREDAMENTI INT'L<br>WHSE 520 SOUTH HAMILTON ST<br>HIGH POINT NC 27260 | Creditor ID: 17455-01<br>GANDINNOVATIONS<br>941 ISOM, SAN ANTONIO TX  78216<br>SAN ANTONIO TX 78216 | Creditor ID: 11914-01<br>GANE, INC<br>2 COUNTRY CLUB DR.<br>CHATHAM NJ 07928 |
| Creditor ID: 3248-01<br>GANESHA ENTERPRISE LLC.<br>2572 FERN MEADOW CIRCLE<br>CARSON CITY NV 89703 | Creditor ID: 9483-01<br>GAP (CANADA) INC.<br>2 FOLSOM STREET<br>SAN FRANCISCO CA 94105 | Creditor ID: 17456-01<br>GAP INC.<br>2 FOLSOM STREET.<br>SAN FRANCISCO CA 94105 |
| Creditor ID: 12742-01<br>GAR PRODUCTS<br>170 LEHIGH AVE.<br>LAKEWOOD NJ 08701 | Creditor ID: 12743-01<br>GARAVELLI ENTERPRISES INC<br>1790 KIRBY PKWY, SUITE 200<br>MEMPHIS TN 38138 | Creditor ID: 5686-01<br>GARCIA IMPORTS<br>20201 MACK STREET<br>HAYWARD CA 94545 |
| Creditor ID: 5687-01<br>GARDEN BEAUTY INC.<br>687 COUNTRY ROAD<br>HARTFORD MI 49057 | Creditor ID: 11915-01<br>GARDEN FIBERS CO. (KC INT'L AFFILIATE)<br>1166 RIVER AVE.<br>LAKEWOOD NJ 08701 | Creditor ID: 17019-01<br>GARDEN FOOD, INC.<br>P.O. BOX 570001<br>WHITESTONE NY 11357 |
| Creditor ID: 11916-01<br>GARDEN FRESH GOURMET<br>1505 BONNER ST.<br>FERNDALE MI 48220 | Creditor ID: 17457-01<br>GARDEN RIDGE<br>19411 ATRIUM PLACE, STE. 170<br>HOUSTON TX 77084-6099 | Creditor ID: 17458-01<br>GARDEN RIDGE L.P. DBA AT HOME<br>1600 E. PLANO PARKWAY<br>PLANO TX 75074 |
| Creditor ID: 12744-01<br>GARDEN SPOT GREENHOUSE, LLC<br>7601 GARDEN LANE<br>PORTAGE MI 49002 | Creditor ID: 7560-01<br>GARDEN STATE BULB CO.<br>2720 INDUSTRIAL WAY<br>VINELAND NJ 08360 | Creditor ID: 5688-01<br>GARDEN STATE FOLIAGE LLC<br>600 CENTRAL AVENUE<br>FARMINGDALE NJ 07727 |
| Creditor ID: 5689-01<br>GARDEN STATE TILE DISTRIBUTORS<br>5001 INDUSTRIAL RD.<br>FARMINGDALE NJ 07727 | Creditor ID: 17459-01<br>GARDENS ALIVE<br>5100 SCHENLEY PLACE<br>LAWRENCEBURG IN 47025 | Creditor ID: 12745-01<br>GARDENWORLD, INC.<br>788 NORTH HAMPDEN AVENUE<br>SAINT PAUL MN 55114 |
| Creditor ID: 17460-01<br>GARD'N WISE DISTRIBUTORS<br>1508 GENTRY<br>NORTH KANSAS CITY MO 64114 | Creditor ID: 895-01<br>GARD'N WISE DISTRIBUTORS<br>12770 EAST 39TH AVENUE<br>DENVER CO 80239 | Creditor ID: 11917-01<br>GARDNER GLASS, INC.<br>PO BOX 1570; 600 ELKIN HIGHWAY<br>NORTH WILKESBORO NC 28659 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 5690-01
GARFIELD INDUSTRIES
62 CLINTON RD
FAIRFIELD NJ 07004

Creditor ID: 9484-01
GARFIELD MARKS LLC
205 W39TH ST 6TH FL
NEW YORK NY 10018

Creditor ID: 3249-01
GARLAND MANUFACTURING COMPANY
55 INDUSTRIAL ROAD, PO BOX 538
SACO ME 04072

Creditor ID: 17461-01
GARLAND WOOD ROAD PLANT
3101 WOOD DRIVE
GARLAND TX 75041

Creditor ID: 11918-01
GARMCO USA
55 TRIANGLE STREET
DANBURY CT 06810

Creditor ID: 12746-01
GARMCO USA INC
1703 UPS DRIVE SUITE 103
LOUISVILLE KY 40223

Creditor ID: 12747-01
GARMIN INTERNATIONAL
1200 EAST 151ST STREET
OLATHE KS 66062

Creditor ID: 5691-01
GARMIN, LTD.
1200 EAST 151ST STREET
OLATHE KS 66062

Creditor ID: 17120-01
GARNETT HILL, INC.
231 MAIN STREET
FRANCONIA NH 03580

Creditor ID: 896-01
GARRY MERCER TRUCKING INC.
12000 JERSEY CT UNIT 101
RANCHO CUCAMONGA CA 91730

Creditor ID: 12748-01
GARTNER STUDIOS
220 EAST MYRTLE STREET
STILLWATER MN 55082

Creditor ID: 3250-01
GARTON TRACTOR, INC.
4780 S. K STREET
TULARE CA 93274

Creditor ID: 7561-01
GARWARE-WALL ROPES, LTD
NARROWS REACH BUSINESS CENTER
6102 N. 9TH STREET, SUITE 500
TACOMA WA 98406

Creditor ID: 15561-01
GAS GAS MOTOS NORTH AMERICA
209 NW FIRST STREET
ORTONVILLE MN 56278

Creditor ID: 17462-01
GASCO
15 KENNEDY DRIVE
SAYERVILLE NJ 08872

Creditor ID: 17463-01
GAS-GAS USA
7801 EASTSIDE DRIVE
KANSAS CITY MO 64152

Creditor ID: 17464-01
GASKET ENGINEERING COMPANY, INC.
4500 EAST 75TH TERRACE
KANSAS CITY MO 64132

Creditor ID: 2419-01
GASNA USA PROCUREMENT, LLC
50 CALIFORNIA STREET, SUITE 820
SAN FRANCISCO CA 94111

Creditor ID: 17465-01
GATES CORPORATION
1450 MONTANA ROAD
IOLA KS 66749

Creditor ID: 7562-01
GATEWAY BIO-NUTRIENTS  (SUPPLIERS) INC.
2724 COLLEGE STREET  SUITE 8
JACKSONVILLE FL 32205

Creditor ID: 17466-01
GATEWAY INC.
500 WEST PARK LANE
HAMPTON VA 23666

Creditor ID: 11919-01
GATEWAY INC. RETAIL DIVISION
14350 MYFORD RD
IRVINE CA 92606

Creditor ID: 897-01
GATEWAY INTERNATIONAL TRANSPORT
8292 N.W. 14TH ST
MIAMI FL 33126

Creditor ID: 7563-01
GATEWAY LOGISTICS GROUP
18201 VISCOUNT ROAD
HOUSTON TX 77032

Creditor ID: 12749-01
GATEWAY MANUFACTURING, LLC
7555 IRVINE CENTER DRIVE
IRVINE CA 92618

Creditor ID: 5692-01
GATEWAY WAREHOUSE
78 HACKENSACK AVE.
SOUTH KEARNY NJ 07032

Creditor ID: 5693-01
GATEWAYS INTERNATIONAL
2030 FIRST AVENUE, SUITE 200
SEATTLE WA 98121

Creditor ID: 7203-01
GAVA INTERNATIONAL
500 COUNTRY CLUB DRIVE
BENSENVILLE IL 60106

Creditor ID: 11920-01
GAVA INT'L FREIGHT INC.
230-79 INTERNATIONAL AIRPORT CENTER
JAMAICA NY 11413

Creditor ID: 898-01
GAVILON LLC
11 CON AGRA  DRIVE
OMAHA NE 68102

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3251-01<br>GAYLORD CENTRAL NATIONAL-GOTTESMAN<br>3 MANHATTANVILLE ROAD<br>PURCHASE NY 10577-2110 | Creditor ID: 17467-01<br>GAZ CONCEPT INC.<br>1 EAST 33RD ST. 11TH FL<br>NEW YORK NY 10016 | Creditor ID: 15562-01<br>GAZING DESIGN FULOURCE WAREHOUSE<br>48900 MILMONT DR<br>FREMONT CA 94538 |
| Creditor ID: 5694-01<br>GAZMONTE & ASSOCIATES INC<br>2255 BISCAINE BAY DR.<br>MIAMI FL 33181 | Creditor ID: 11921-01<br>GB INDUSTRIAL MATERIALS CORP<br>1528 ATLANTIC STREET<br>UNION CITY CA 94587 | Creditor ID: 5695-01<br>GB LOGISTICS (USA) INC.<br>9690 TELSTAR AVE. SUITE 207<br>EL MONTE CA 91731 |
| Creditor ID: 899-01<br>GBC TECHNOLOGIES,INC.<br>190 FRASHIER ROAD<br>CARROLLTON GA 30116 | Creditor ID: 900-01<br>GBG ACCESSORIES GROUP LLC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 5696-01<br>GBG BEAUTY LLC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 |
| Creditor ID: 17121-01<br>GBG DENIM CANADA ULC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 17468-01<br>GBG NORTH AMERICA HOLDINGS CO., INC.<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 15563-01<br>GBG SOCKS, LLC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 |
| Creditor ID: 11922-01<br>GBG SPYDER BRANDS GROUP LLC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 17469-01<br>GBG USA INC.<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 18433-01<br>GC BRANDS LLC<br>7005 PELHAM ROAD SUITE D<br>GREENVILLE SC 29615 |
| Creditor ID: 15564-01<br>GC CHEMICALS CORP<br>1890 PALMER AVENUE SUITE 403 B<br>LARCHMONT NY 10538 | Creditor ID: 11923-01<br>GC CHEMICALS CORP<br>515 MADISON AVENUE, SUITE 2304<br>NEW YORK NY 10022 | Creditor ID: 5697-01<br>GC FRAGRANCE<br>1947 SILVER HAWK<br>DIAMOND BAR CA 91765 |
| Creditor ID: 3252-01<br>GC LOGISTICS, INC.<br>79301 COUNTRY CLUB DRIVE #104<br>BERMUDA DUNES CA 92203 | Creditor ID: 12750-01<br>GC WELLTON CORP<br>15-91 144 STREET<br>WHITESTONE NY 11357 | Creditor ID: 12751-01<br>GCA CHEMICAL CORPORATION<br>3655 CORTEZ ROAD WEST SUITE 120<br>BRADENTON FL 34210 |
| Creditor ID: 12752-01<br>GCI OUTDOOR INC<br>66 KINNINGWORTH ROAD<br>HIGGANUM CT 06441 | Creditor ID: 18434-01<br>GCP APPLIED TECHNOLOGIES INC.<br>62 WHITTEMORE AVE<br>CAMBRIDGE MA 02140 | Creditor ID: 12753-01<br>GCP APPLIED TECHNOLOGIES INC.<br>7500 GRACE DRIVE<br>COLUMBIA MD 21046 |
| Creditor ID: 7564-01<br>GCP ELASTOMERIC INC.<br>1614 10TH STREET<br>PRINCETON MN 55371 | Creditor ID: 12754-01<br>GCR TIRE CTR<br>10360 N VANCOUVER WAY<br>PORTLAND OR 97217 | Creditor ID: 12755-01<br>GCS LOGISTICS INC<br>65W.MERRICK ROAD<br>VALLEY STREAM NY 11580 |
| Creditor ID: 12756-01<br>GD ENTERPRISES<br>1523 21ST AVENUE<br>SAN FRANCISCO CA 94122 | Creditor ID: 17470-01<br>GD PLASTIC INC.<br>1523 21ST AVENUE<br>SAN FRANCISCO CA 94112 | Creditor ID: 11924-01<br>GDB INTERNATIONAL, INC<br>ONE HOME NEWS ROW<br>NEW BRUNSWICK NJ 08901 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12757-01<br>GDHD USA INC.<br>5520 RUFFIN ROAD, SUITE 206<br>SAN DIEGO CA 92123 | Creditor ID: 5698-01<br>GDK INTERNATIONAL<br>212 WASHINTON AVE<br>CARLSTADT NJ 07072 | Creditor ID: 11925-01<br>GDK INTERNATIONAL<br>18 COMMERCE ROAD<br>FAIRFIELD NJ 07004 |
| Creditor ID: 10260-01<br>GDS USA LLC<br>14541 BROOKHURST ST., #A-2<br>WESTMINSTER CA 92683 | Creditor ID: 17471-01<br>GE<br>300 MOORE LANE<br>COLLIERVILLE TN 38017 | Creditor ID: 3253-01<br>GE (GENERAL ELECTRIC) COMPANY<br>13681 CHANTICO RD.<br>TEHACHAPI CA 93561 |
| Creditor ID: 7565-01<br>GE AIRCRAFT ENGINES<br>1 NEUMANN WAY<br>CINCINNATI OH 45215 | Creditor ID: 12758-01<br>GE APPLIANCES<br>APPLIANCE PARK AP6 -212 B<br>LOUISVILLE KY 40225 | Creditor ID: 901-01<br>GE APPLIANCES<br>1251 PORT ROAD<br>JEFFERSONVILLE IN 47130 |
| Creditor ID: 11926-01<br>GE APPLIANCES - GENERAL ELECTRIC COMPANY<br>11535 GILLELAND<br>HUNTSVILLE AL 35805 | Creditor ID: 12759-01<br>GE APPLIANCES (ROPCOR) CORPORATE<br>2301 COMMERCE DR AVE NW<br>WAREHOUSE SERVICES<br>DECATUR AL 35601 | Creditor ID: 17472-01<br>GE APPLIANCES ASIA GEA PRODUCTS<br>20005 BUSINESS PARKWAY<br>WALNUT CA 91789 |
| Creditor ID: 3254-01<br>GE BETZ<br>4636 SOMERTON ROAD<br>TREVOSE PA 19053 | Creditor ID: 15565-01<br>GE BETZ USA<br>2118 REISER AVE<br>NEW PHILADELPHIA OH 43837 | Creditor ID: 17473-01<br>GE BETZ, INC. (ADDISON PLANT)<br>333 SOUTH LOMBARD ROAD<br>ADDISON IL 60101 |
| Creditor ID: 12760-01<br>GE C/O DERBY INDUSTRIES, LLC<br>4451 ROBARDS LANE<br>LOUISVILLE KY 40218 | Creditor ID: 3255-01<br>GE CAPITAL CORPORATION<br>350 S. BEVERLY DRIVE, SUITE 200<br>BEVERLY HILLS CA 90212 | Creditor ID: 4831-01<br>GE COMMERCIAL MATERIALS<br>S. DE R.L. DE C.V. MEXICO<br>GLAFIRO MONTEMAYOR<br>5610 MANN ROAD<br>LAREDO TX 78041 |
| Creditor ID: 17475-01<br>GE COMPANY<br>BUILDING 70 DOOR 3 MAINE AVE<br>BANGOR ME 04401 | Creditor ID: 5699-01<br>GE COMPANY<br>16415 JACINTOPRT BLVD BLDG M<br>HOUSTON TX 77015 | Creditor ID: 7567-01<br>GE COMPANY<br>13861 CHANTICO RD<br>TEHACHAPI CA 93561-8157 |
| Creditor ID: 17474-01<br>GE COMPANY<br>1 RIVER ROAD, BUILDING 29, DOOR 2<br>SCHENECTADY NY 12345 | Creditor ID: 17476-01<br>GE COMPANY.<br>JAMES GILMORE BUILDING 70 DOOR 3<br>GATE 15 MAINE AVENUE<br>BANGOR ME 04401 | Creditor ID: 17477-01<br>GE CONSUMER & INDUSTRIAL<br>GE APPLIANCE PARK,<br>AP BUILDING 6 - ROOM 212B<br>LOUISVILLE KY 40225 |
| Creditor ID: 2420-01<br>GE CONSUMER & INDUSTRIAL<br>2015 EASTBRIDGE PARKWAY, SUITE 200<br>MASCOT TN 37806-1520 | Creditor ID: 902-01<br>GE DALLAS DISTRIBUTION CENTER<br>1011 ISUZU PARKWAY<br>GRAND PRAIRIE TX 75050 | Creditor ID: 15566-01<br>GE DENVER DIST CENTER<br>11777 E 55TH AVE.<br>DENVER CO 80239 |
| Creditor ID: 7568-01<br>GE DRIVERS AND CONTROLS<br>1501 ROANOKE BLVD. DOOR 7P<br>SALEM VA 24153 | Creditor ID: 903-01<br>GE ENERGY<br>311 MOORE LANE<br>COLLIERVILLE TN 38027 | Creditor ID: 3256-01<br>GE ENERGY CONTROL SOLUTIONS, INC.<br>1800 NELSON RD<br>LONGMONT CO 80501 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7569-01<br>GE ENERGY LOGISTICS<br>300 GARLINGTON RD ROOM 236<br>PO BOX 648<br>GREENVILLE SC 29602 | Creditor ID: 15568-01<br>GE ENERGY SERVICES<br>2727 NW 29TH AVENUE<br>PORTLAND OR 97210 | Creditor ID: 12762-01<br>GE ENERGY-GE METER<br>130 MAIN STREET<br>SOMERSWORTH NH 03878 |
| Creditor ID: 904-01<br>GE GAS TURBINES LLC-STAFF1<br>800 GARLINGTON ROAD<br>GREENVILLE SC 29602 | Creditor ID: 905-01<br>GE GLOBAL CONTROL SERVICES<br>1800 NELSON ROAD<br>LONGMONT CO 80501 | Creditor ID: 3257-01<br>GE HEALTHCARE<br>465 PAN AMERICAN DRIVE, SUITE 11<br>EL PASO TX 79907 |
| Creditor ID: 17122-01<br>GE INDUSTRIAL DIVISION (MORRISON, IL)<br>709 W. WALL ST.<br>MORRISON IL 61278 | Creditor ID: 906-01<br>GE INDUSTRIAL SYSTEMS<br>3214 EAST BLUE LICK ROAD<br>SHEPHERDSVILLE KY 40165 | Creditor ID: 11927-01<br>GE INFRASTRUCTURE WATER<br>& PROCESS TECHNOLOGIES<br>5730 N GLEN PARK ROAD<br>MILWAUKEE WI 53209-4544 |
| Creditor ID: 3258-01<br>GE INTERNATIONAL INC.<br>RR 1 RIVER RD. BLDG 273 RM.2220<br>SCHENECTADY NY 12345 | Creditor ID: 8573-01<br>GE INTERNATIONAL INC./ GE GAS TURBINES<br>300 GARLINGTON RD.<br>GREENVILLE SC 29602 | Creditor ID: 17478-01<br>GE LIGHTING<br>#9 GARZA LANE<br>DEL RIO TX 78840 |
| Creditor ID: 3260-01<br>GE LIGHTING<br>5555 MASSILLON ROAD<br>NORTH CANTON OH 44720 | Creditor ID: 3259-01<br>GE LIGHTING<br>1520 LAUDERDALE MEMORIAL HWY NW<br>CHARLESTON TN 37310 | Creditor ID: 5700-01<br>GE LIGHTING<br>4880 COX ROAD SUITE 200<br>GLEN ALLEN VA 23060 |
| Creditor ID: 11928-01<br>GE LIGHTING<br>150 LOOMIS PARKWAY<br>RAVENNA OH 44266 | Creditor ID: 12601-01<br>GE LIGHTING<br>19600 S. WESTERN AVE<br>TORRANCE CA 90501 | Creditor ID: 3261-01<br>GE LIGHTING - BUCYRUS LAMP PLANT<br>1250 SOUTH WALUT STREET<br>BUCYRUS OH 44820 |
| Creditor ID: 5701-01<br>GE LIGHTING (GLEN ALLEN, VA)<br>4521 HIGHWOODS PARKWAYS SUITE 200<br>GLEN ALLEN VA 23060 | Creditor ID: 5702-01<br>GE LIGHTING (WILLOUGHBY, OH)<br>4901 CAMPBELL & EUCLID AVE<br>WILLOUGHBY OH 44094 | Creditor ID: 5703-01<br>GE LIGHTING INC OHIO PLANT<br>1210 NORTH PART AVE<br>WARREN OH 44483 |
| Creditor ID: 8574-01<br>GE LIGHTING LLC<br>1801 EDISON DRIVE<br>LEXINGTON KY 40503 | Creditor ID: 3262-01<br>GE LIGHTING LLC<br>125 APPLE VALLEY ROAD<br>WINCHESTER VA 22602 | Creditor ID: 12763-01<br>GE LIGHTING LLC ST. LOUIS LAMP PLANT<br>6251 ETZEL AVENUE<br>ST. LOUIS MO 63133 |
| Creditor ID: 17479-01<br>GE LIGHTING SOLUTIONS LLC<br>3010 SPARTANBURG HWY<br>EAST FLAT ROCK NC 28726 | Creditor ID: 5704-01<br>GE LIGHTING SOLUTIONS LLC<br>103A JESSICA LANE<br>DEL RIO TX 78840 | Creditor ID: 5705-01<br>GE LIGHTING SOLUTIONS LLC<br>1975 NOBLE RD.  BUILDING 309C<br>CLEVELAND OH 44112 |
| Creditor ID: 10261-01<br>GE MOTORS<br>11600 PHILADELPHIA DRIVE<br>MIRA LOMA CA 91752 | Creditor ID: 907-01<br>GE MOUNT VERNON<br>ONE LEXAN LANE<br>MOUNT VERNON IN 47620 | Creditor ID: 5706-01<br>GE OIL AND GAS INC.<br>3300 MEDALIST DRIVE<br>OSHKOSH WI 54902 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8575-01<br>GE OSMONICS<br>65 GROVE STREET<br>WATERTOWN MA 02472 | Creditor ID: 17480-01<br>GE PACKAGED POWER<br>16415 JACINTOPORT<br>HOUSTON TX 77015 | Creditor ID: 12764-01<br>GE POWER SYSTEMS AIRFOILS, LLC.<br>2100 BOGGS ROAD<br>DULUTH GA 30096 |
| Creditor ID: 3263-01<br>GE POWER SYSTEMS LLC<br>300 GARLINGTON ROAD GTTL BUILDING<br>GREENVILLE SC 29615 | Creditor ID: 8576-01<br>GE SEACO AMERICA LLC<br>7200 NW 19 STREET<br>MIAMI FL 33126 | Creditor ID: 11929-01<br>GE SILICONES<br>260 HUDSON RIVER RD<br>WATERFORD NY 12188 |
| Creditor ID: 8577-01<br>GE SUPPLY<br>201 FORRESTER DRIVE STE B1<br>GREENVILLE SC 29607 | Creditor ID: 5707-01<br>GE SUPPLY LOGISTICS<br>18017 SHELDON ROAD<br>MIDDLEBURGH HEIGHTS OH 44130 | Creditor ID: 2421-01<br>GE SUPPLY LOGISTICS<br>2855 PREMIERE PARKWAY, SUITE D<br>DULUTH GA 30097 |
| Creditor ID: 3264-01<br>GE SUPPLY-LATHAM RDC<br>4 STANLIEY CIRCLE<br>LATHAM NY 12110 | Creditor ID: 15569-01<br>GE TRANSPORTATION (ERIE WAREHOUSE)<br>3106 MCCAIN AVE.<br>ERIE PA 16531 | Creditor ID: 5708-01<br>GE TRANSPORTATION ENGINE SYSTEMS<br>6 NORTH WYLANE<br>LATHAM NY 12110 |
| Creditor ID: 3265-01<br>GE TRANSPORTATION SYSTEMS<br>1325 PRATT BOULEVARD<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 12602-01<br>GE TRANSPORTATION SYSTEMS - ERIE 1<br>2901 EAST LAKE ROAD<br>ERIE PA 16531 | Creditor ID: 8578-01<br>GE USA<br>1814 EAST 45TH STREET<br>CLEVELAND OH 44103 |
| Creditor ID: 5709-01<br>GE WATER & PROCESS TECHNOLOGIES<br>5951 CLEARWATER DRIVE<br>MINNETONKA MN 55343 | Creditor ID: 3266-01<br>GE WATER AND PROCESS TECHNOLOGY<br>208 NORTH STREET<br>FOXBORO MA 02035 | Creditor ID: 5710-01<br>GE WIND ENERGY<br>13681 CHANTICO RD.<br>TEHACHAPI CA 93561 |
| Creditor ID: 15570-01<br>GE WIND ENERGY - OLIVE BRANCH<br>8735 NAIL ROAD, BUILDING 5<br>OLIVE BRANCH MS 38654 | Creditor ID: 3267-01<br>GE WIND ENERGY, LTD<br>8301 SOENIC HIGHWAY<br>PENSACOLA FL 32514 | Creditor ID: 8579-01<br>GE WIND ENERGY-GREENVILLE<br>300 GARLINGTON RD<br>GREENVILLE SC 29615 |
| Creditor ID: 12603-01<br>GE(GENERAL ELECTRIC) COMPANY<br>ROPER DERBY INDUSTRIES LLC<br>3285 DAVY CRCCKETT DRIVE<br>CLEVELAND TN 37323 | Creditor ID: 17481-01<br>GE(GENERAL ELECTRIC) COMPANY<br>13000 JAMESON ROAD<br>TEHACHAPI CA 93561 | Creditor ID: 15571-01<br>GEA FARM TECHNOLOGIES GMBH<br>SIEMENS STR 25-27<br>BOENEN  59199<br>GERMANY |
| Creditor ID: 17482-01<br>GEA PARTS, LLC<br>1251 PORT RD<br>JEFFERSONVILLE IN 47130 | Creditor ID: 5711-01<br>GEA POWER COOLING INC<br>143 UNION BLVD.,SUITE 400<br>LAKEWOOD CO 80228 | Creditor ID: 3268-01<br>GEA PRODUCTS, LP.<br>20005 BUSINESS PARKWAY<br>WALNUT CA 91789 |
| Creditor ID: 8581-01<br>GEAR RACEWEAR INC.<br>517 ERIE ST<br>GROVE CITY PA 16227 | Creditor ID: 908-01<br>GECP LA X-DOCK<br>GENERAL ELECTRIC LIGHTS INC. USA<br>19705 EAST BUSINESS PARKWAY<br>WALNUT CA 91789 | Creditor ID: 17483-01<br>GECP LIGHTING<br>1736 LAMMERS PIKE<br>BATESVILLE IN 47006 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 909-01<br>GECP LIGHTING<br>7120 KRICK ROAD<br>WALTON HILLS OH 44146 | Creditor ID: 3269-01<br>GECP LIGHTING<br>19705 EAST BUSINESS PARKWAY<br>WALNUT CA 91789 | Creditor ID: 910-01<br>GEDNEY FOODS<br>2100 STOUGHTON AVENUE<br>CHASKA MN 55318 |
| Creditor ID: 17123-01<br>GEERLING'S FLORIST INC<br>965 PENNSYLVANIA 413<br>PINEVILLE PA 18946 | Creditor ID: 12765-01<br>GEERPRES INC.<br>1780 HARVEY ST.<br>MUSKEGON MI 49442 | Creditor ID: 12766-01<br>GEHL COMPANY<br>143 WATER ST., P.O. BOX 179<br>WEST BEND WI 53095-0179 |
| Creditor ID: 8582-01<br>GEL SPICE INC<br>48 HOOK RD<br>BAYONNE NJ 07002 | Creditor ID: 15572-01<br>GELFAND RENNERT & FELDMAN LLP<br>1880 CENTURY PARK EAST, SUIT 1600<br>LOS ANGELES CA 90067 | Creditor ID: 17484-01<br>GELITA ROBINSON PHARMA, INC<br>3330 S. HARBOR BLVD<br>SANTA ANA CA 92704 |
| Creditor ID: 18435-01<br>GELITA USA, INC.<br>2445 PORT NEAL INDUSTRIAL ROAD<br>SERGEANT BLUFF IA 51054 | Creditor ID: 911-01<br>GELMART INDUSTRIES INC.<br>48 WEST 38TH STREET, 10TH FLOOR<br>NEW YORK NY 10018-6248 | Creditor ID: 12767-01<br>GELMART PRIVATE LABEL<br>136 MADISON AVENUE, 4TH FLOOR<br>NEW YORK NY 10016 |
| Creditor ID: 8583-01<br>GEM FIBERS (KC INT'L AFFILIATE)<br>1608 ROUTE 88 WEST, SUITE 301<br>BRICK NJ 08724 | Creditor ID: 17485-01<br>GEM GROUP<br>9 INTERNATIONAL WAY<br>LAWRENCE MA 01843 | Creditor ID: 8584-01<br>GEM INTERNATIONAL INC.<br>12992 RAYMER ST<br>NORTH HOLLYWOOD CA 91605 |
| Creditor ID: 5712-01<br>GEM IRON & METAL INC.<br>1275 W. STATE STREET<br>ONTARIO CA 91762 | Creditor ID: 5713-01<br>GEM PAK<br>888 GEENVILLE AVE.  STE.304<br>RICHARDSON TX 75081 | Creditor ID: 17584-01<br>GEM SHAVINGS<br>2731 ACADEMY DRIVE SE, #A-4<br>AUBURN WA 98092 |
| Creditor ID: 12768-01<br>GEMINI FOOD CORPORATION<br>251 BENTON COURT<br>WALNUT CA 91789 | Creditor ID: 12769-01<br>GEMINI INDUSTRIES<br>220 ENTIN ROAD<br>CLIFTON NJ 07014 | Creditor ID: 12473-01<br>GEMINI SHIPPERS ASSOCIATION<br>350 FIFTH AVE<br>NEW YORK NY 10001 |
| Creditor ID: 17585-01<br>GEMPERLE ENTERPRISES<br>10218 LANDER AVENUE<br>TURLOCK CA 95380 | Creditor ID: 11930-01<br>GEMSTAR<br>27 ROBER PITT DRIVE<br>MONSEY NY 10952 | Creditor ID: 11931-01<br>GEMX TECHNOLOGIES LLC<br>1 RIVER ROAD BLDG 66<br>SCHENECTADY NY 12345 |
| Creditor ID: 15573-01<br>GENCO MINE SERVICE<br>P.O. BOX 581<br>HUNTINGTON UT 84528 | Creditor ID: 3270-01<br>GENECOR - A DIVISION OF DANISCO<br>CEDAR RAPIDS PLANT WAREHOUSE<br>1000 41ST AVENUE DRIVE<br>CEDAR RAPIDS IA 52404 | Creditor ID: 8585-01<br>GENERAL AIRFREIGHT CONSOLIDATORS<br>1031 W. MANCHESTER BLVD. #A<br>INGLEWOOD CA 90301 |
| Creditor ID: 2422-01<br>GENERAL BEARING CORPORATION<br>44 HIGH STREET<br>WEST NYACK NY 10994 | Creditor ID: 5714-01<br>GENERAL BEVERAGE SALES CO.<br>6169 MCKEE ROAD, PO BOX 44326<br>MADISON WI 53719 | Creditor ID: 17586-01<br>GENERAL BISCUIT<br>891 NEWARK AVENUE<br>ELIZABETH NJ 07207 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12770-01
GENERAL CERAMIC TILE & STONE INC.
8120 NW 33RD ST
DORAL FL 33122

Creditor ID: 11932-01
GENERAL CIGAR CO., INC.
2105 ALUMINUM AVENUE
HAMPTON VA 23661

Creditor ID: 11933-01
GENERAL CIGAR COMPANY
10900 NUCKOLS ROAD, SUITE 100
GLEN ALLEN VA 23060

Creditor ID: 3271-01
GENERAL COCOA COMPANY
110 WALL STREET
NEW YORK NY 10005

Creditor ID: 3272-01
GENERAL ELECTRIC (GE) COMPANY
SUPPLIER DISTRIBUTION CENTER
4451 ROBARDS LANE
LOUISVILLE KY 40218

Creditor ID: 912-01
GENERAL ELECTRIC / CWC LOGISTICS
101 VETERANS DRIVE
PORTLAND TN 37148

Creditor ID: 7204-01
GENERAL ELECTRIC CAPITAL CORP
4 LIBERTY SQUARE 5TH FLOOR
BOSTON MA 02109

Creditor ID: 913-01
GENERAL ELECTRIC CAPITAL CORPORATION
350 SOTUH BEVERLY DRIVE, SUITE 200
VEVERLY HILLS CA 90212

Creditor ID: 12870-01
GENERAL ELECTRIC CAPITAL CORPORATION
12750 HIGH BLUFF DRIVE
SAN DIEGO CA 92130

Creditor ID: 914-01
GENERAL ELECTRIC CO.(FOR ROPER)
APPLIANCE PARK, BLDG. 6 DOCK1
FOREIGN TRADE SUBZONE 29C SDC
LOUISVILLE KY 40225

Creditor ID: 8586-01
GENERAL ELECTRIC CO.(FOR ROPER) FOREIGN TRADE
SUBZONE 29C SDC APPLIANCE PARK
BLDG.6 OCK 1#OCK1
LOUISVILLE KY 40225

Creditor ID: 8587-01
GENERAL ELECTRIC COMPANY
400 SOUTH 4TH STREET
SELMER TN 38375

Creditor ID: 915-01
GENERAL ELECTRIC COMPANY
307 N. HURSTBOURNE PARKWAY
LOUISVILLE KY 40222

Creditor ID: 15574-01
GENERAL ELECTRIC COMPANY
600 WHITAKER ROAD
JACKSONVILLE FL 32218

Creditor ID: 5717-01
GENERAL ELECTRIC COMPANY
(FOR CHS)DELIVER TO G-MAG
GLOBAL MFG APPLIANCE GROUP
229B INDUSTRIAL PARK DRIVE
SODDY DAISY TN 37379

Creditor ID: 17124-01
GENERAL ELECTRIC COMPANY
SEATTLE DISTRIBUTION CENTER
2202 PERIMETER RD SW STE 107
AUBURN WA 98001

Creditor ID: 12871-01
GENERAL ELECTRIC COMPANY
1 RIVER ROAD
SCHENECTADY NY 12345

Creditor ID: 3273-01
GENERAL ELECTRIC COMPANY
534 GRIFFIN ROAD,
BANGOR ME 04401

Creditor ID: 916-01
GENERAL ELECTRIC COMPANY
300 GARLINGTON ROAD
GREENVILLE SC 29615

Creditor ID: 5716-01
GENERAL ELECTRIC COMPANY
2121C FRONTERA ROAD
DEL RIO TX 78840

Creditor ID: 12872-01
GENERAL ELECTRIC COMPANY
115 BROADWAY  4TH. FLR.
NEW YORK NY 10006-1604

Creditor ID: 17587-01
GENERAL ELECTRIC COMPANY (CT)
7 INDEPENDENCE POINTE SUITE 300
GREENVILLE SC 29615

Creditor ID: 10262-01
GENERAL ELECTRIC COMPANY (FOR AP3)
DERBY INDUSTRIES APPLIANCE PARK
AP6-DOCK 1
LOUISVILLE KY 40225

Creditor ID: 12873-01
GENERAL ELECTRIC COMPANY (FOR CHS)
8424 GULF VIEW DRIVE
SODDY DAISY TN 37379

Creditor ID: 5718-01
GENERAL ELECTRIC COMPANY (FOR ROPER CORP)
1507 BROOMTOWN ROAD
LAFAYETTE GA 30728

Creditor ID: 15575-01
GENERAL ELECTRIC COMPANY CHI DC
475 SUPERIOR AVE
MUNSTER IN 46321

Creditor ID: 8588-01
GENERAL ELECTRIC COMPANY(GE)
BLDG 3, DOCK 4
APPLIANCE PARK AP3-105
LOUISVILLE KY 40225

Creditor ID: 5719-01
GENERAL ELECTRIC CPQP
381 BROADWAY 3000
FORT EDWARD NY 12828

Creditor ID: 5720-01
GENERAL ELECTRIC ENERGY
BUILDING 59, DOOR 2, 1 RIVER ROAD
SCHENECTADY NY 12345

Creditor ID: 3275-01
GENERAL ELECTRIC ENERGY
8301 SCENIC HWY
PENSACOLA FL 32514

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5721-01
GENERAL ELECTRIC LIGHTING
11600 PHILADELPHIA DRIVE
MIRA LOMA CA 91752

Creditor ID: 2423-01
GENERAL ELECTRONIC COMPANY
20005 E. BUSINESS PARKWAY
LA DISTRIBUTION CENTER
WALNUT CA 91789

Creditor ID: 15576-01
GENERAL FOUNDRIES INC
1 PROGRESS ROAD, NORTH BRUNSWICK
NORTH BRUNSWICK NJ 08902

Creditor ID: 8589-01
GENERAL GLASS INTERNATIONAL CORP
1101 VENTURE WAY
SECAUCUS NJ 07094

Creditor ID: 3276-01
GENERAL IMPLEMENT DISTRIBUTORS
2955 W 2100 S,
WEST VALLEY CITY UT 84119

Creditor ID: 12874-01
GENERAL INDUSTRIAL
425 THIRD STREET SUITE 300
MACON GA 31202

Creditor ID: 12875-01
GENERAL METALS MFG. & SUPPLY CO.
2727 W. WELDON AVE.
PHOENIX AZ 85017

Creditor ID: 917-01
GENERAL MILLS
207 GILLS DRIVE
ORLANDO FL 32824

Creditor ID: 17588-01
GENERAL MILLS
350 NORTH LINGLE AVENUE
PALMYRA PA 17078

Creditor ID: 10263-01
GENERAL MILLS
EXEL 4901 HENRIETTA CREEK ROAD
ROANOKE TX 76262

Creditor ID: 12876-01
GENERAL MILLS
CHEROKEE WAREHOUSES,
960 WAUHATCHIE PIKE
CHATTANOOGA TN 37419

Creditor ID: 15577-01
GENERAL MILLS
6765 IMRON DRIVE
BELVIDERE IL 61008

Creditor ID: 11934-01
GENERAL MILLS
EXEL LOGISTICS, 2909 PLEASANT ROAD
YODER IN 46798

Creditor ID: 17655-01
GENERAL MILLS
16188 MULBERRY AVENUE
FONTANA CA 92337

Creditor ID: 11935-01
GENERAL MILLS
1557 SOUTH HENDERSON STREET
GALESBURG IL 61401

Creditor ID: 918-01
GENERAL MILLS MARKETING INC
ONE GENERAL MILLS BLVD
MAIL STATION W03B
MINNEAPOLIS MN 55402-1464

Creditor ID: 919-01
GENERAL MILLS MARKETING INC.
NUMBER 1 GENERAL MILLS BLVD.
GOLDEN VALLEY MN 55426

Creditor ID: 3277-01
GENERAL MILLS MONTGOMERY
1370 ORCHARD ROAD
MONTGOMERY IL 60538-0015

Creditor ID: 17589-01
GENERAL MILLS, INC
ONE GENERAL MILLS BOULEVARD
MINNEAPOLIS MN 55426

Creditor ID: 5722-01
GENERAL MILLS, INC.
P.O. BOX 1113
MINNEAPOLIS MN 55440

Creditor ID: 8590-01
GENERAL MOTORS CORP (MI)
30009 VAN DYKE AVENUE
WARREN MI 48090

Creditor ID: 3278-01
GENERAL PURCHASING INC
3491 MISSION OAKS
INGLEWOOD CA 93010

Creditor ID: 12877-01
GENERAL RECYCLE
79 DUNCAN ST.
LAWRENCEVILLE GA 30044

Creditor ID: 8591-01
GENERAL SUPPLY & SERVICES
DBA GEXPRO SERVICES
9500 NORTH ROYAL LANE #130
IRVING TX 75063

Creditor ID: 17125-01
GENERAL SUPPLY AND SERVICES INC. D/B/A GEXPRO
7602 WOODLAWN DRIVE, SUITE 200
INDIANAPOLIS IN 46278

Creditor ID: 5723-01
GENERAL SUPPLY AND SERVICES INC. D/B/A GEXPRO
1000 BRIDGEPORT AVE 5TH FL
SHELRON CT 06484

Creditor ID: 5724-01
GENERAL TIMBER CORPORATION
329 COUNTRY ROUTE 43
FORT EDWARD NY 12828

Creditor ID: 5725-01
GENERAL WINE & LIQUIR COMPANY
373 VICTOR STREET
HIGHLAND PARK MI 48203-3117

Creditor ID: 12878-01
GENERATION II
113 ANDERSON COURT, SUITE 1
DOTHAN AL 36301

Creditor ID: 5726-01
GENERATION TRADE
1211 MAJESTY RD
DALLAS TX 75247

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 11936-01
GENERICHEM CORP
755 UNION BLVD
TOTOWA NJ 07511

Creditor ID: 920-01
GENERTEC AMERICA, INC.
850 VETERANS BLVD. SUITE 202
REDWOOD CITY CA 94063

Creditor ID: 5727-01
GENESCO INC.
1415 MURFREESBORO PIKE
NASHVILLE TN 37202-0731

Creditor ID: 921-01
GENESEE CUTSTONE & MARBLE CO
5276 S SAGINAW RD
FLINT MI 48507

Creditor ID: 17590-01
GENESIS (EUROPE/UK)LTD
218 EAST MAIN STREET
HUMBLE TX 77338

Creditor ID: 15578-01
GENESIS FOOD TRADING INC.
713 W. DUARTE RD. #G-227
ARCADIA CA 91007

Creditor ID: 11937-01
GENESIS LIGHTING
7320 S.MADISON AVENUE SUITE 100
WILLOWBROOK IL 60527

Creditor ID: 3279-01
GENESIS RESOURCE ENTERPRISE, INC
99 MORRIS AVE.
SPRINGFIELD NJ 07081

Creditor ID: 17591-01
GENESIS SOLUTIONS INC
11100 VALLEY BLVD SUITE 332
EL MONTE CA 91731

Creditor ID: 11938-01
GENEVA FURNITURE GROUP LLC
1 KIDDIE DRIVE
AVON MA 02322

Creditor ID: 8592-01
GENEVA HOME FASHION
230 FIFTH AVE
NEW YORK NY 10001

Creditor ID: 5728-01
GENEVA INDUSTRIAL GROUP INC.
111 DEERLAKE ROAD, SUITE 115
DEERFIELD IL 60015

Creditor ID: 922-01
GENIE INDUSTRIES
18340 NORHT EAST 76TH STREET
REDMOND WA 98073

Creditor ID: 8593-01
GENIUS AA
42-31 COLDEN STREET, #167
FLUSHING NY 11355

Creditor ID: 5729-01
GENLEE CORPORATION
/ ARISTA LATINDO INDUSTRIAL
769 MORNINGSIDE DRIVE
MILLBRAE CA 94030

Creditor ID: 923-01
GENLYTE CONTROLS & VARI-LITE
10911 PETAL STREET
DALLAS TX 75238

Creditor ID: 12879-01
GENLYTE THOMAS GROUP LLC
100 CRAFTWAY DRIVE
LITTLESTOWN PA 17340

Creditor ID: 17126-01
GENLYTE THOMAS GROUP LLC
10911 PETAL ST
DALLAS TX 75238

Creditor ID: 924-01
GENLYTE THOMAS GROUP LLC
2828 TRADE CENTER DRIVE, SUITE #130
CARROLLTON TX 75007

Creditor ID: 15579-01
GENLYTE THOMAS GROUP LLC
1600 FLEETWOOD DRIVE
ELGIN IL 60123

Creditor ID: 3281-01
GENLYTE THOMAS GROUP LLC
1611 CLOVIS R BARKER ROAD
SAN MARCOS TX 78666

Creditor ID: 12041-01
GENLYTE THOMAS GROUP LLC
631 AIRPORT DRIVE
FALL RIVER MA 02720

Creditor ID: 925-01
GENLYTE THOMAS GROUP LLC
(DIV PHILIPS DAY-BRITE)
776 S GREEN STREET
TUPELO MS 38804-5510

Creditor ID: 3282-01
GEN-MARK
16025 PHOENIX DR.
CITY OF INDUSTRY CA 91745

Creditor ID: 926-01
GENOPOLYMERS INTERNATIONAL  INC.
14905 SOUTHWEST FREEWAY STE 232
SUGAR LAND TX 77478

Creditor ID: 12880-01
GENWOVE U.S. LIMITED
100 PLYER ROAD
INDIAN TRAIL NC 28079

Creditor ID: 8594-01
GEO. WM. RUEFF, INC.
2709 RIDGELAKE DRIVE STE. 200
METAIRIE LA 70002

Creditor ID: 3283-01
GEOCEL LLC
2504 MARINA DRIVE
ELKHART IN 46514

Creditor ID: 17592-01
GEOINTERIORS.COM DECOR LTD
2908 CROOKED STICK DR
PLANO TX 75093

Creditor ID: 3284-01
GEORG UTZ, INC.
14000 N 250 WEST
EDINBURGH IN 46124

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 15580-01
GEORGE DEGEN & CO., INC
144 WOODBURY ROAD
D/B/A INDUSTRIAL OIL PRODUCTS
WOODBURY NY 11797

Creditor ID: 5730-01
GEORGE DELALLO CO. INC.
ROSEYTOWN ROAD R.R. 12 - BOX 619A
GREENSBURG PA 15601

Creditor ID: 10264-01
GEORGE F BROCKE AND SONS, INC
901 HWY 3 WEST / PO BOX 159
KENDRICK ID 83537-0159

Creditor ID: 8595-01
GEORGE H. ELLIOTT COMPANY
6502 JOLIET ROAD, SUITE 102
COUNTRYSIDE IL 60525

Creditor ID: 8596-01
GEORGE NORRIS GOUGH JR.
9708 LIGHTNER WAY
BAKERSFIELD CA 93311

Creditor ID: 12042-01
GEORGE PACKING COMPANY, INC.
15195 NE RIBBON RIDGE RD
PO BOX 778
NEWBERG OR 97132

Creditor ID: 3285-01
GEORGE WEINTRAUB & SONS,INC
641 LEXINGTON AVENUE, 11TH FLOOR
NEW YORK NY 10022

Creditor ID: 3286-01
GEORGETOWN BREWING COMPANY
5200 DENVER AVE S
SEATTLE WA 98108

Creditor ID: 19043-97
GEORGIA DOCKING PILOTS INC.
506 E PRESIDENT ST
SAVANNAH GA 31401

Creditor ID: 17593-01
GEORGIA FLOORS DIRECT
200 WILLIAMSON BLVD.
ORMOND BEACH FL 32174

Creditor ID: 927-01
GEORGIA OLIVE FARMING, LLC
39 S VALDOSTA ROAD
LAKELAND GA 31635

Creditor ID: 3287-01
GEORGIA PACIFIC
14005 N. LOMBARD ST
PORTLAND OR 97203

Creditor ID: 12043-01
GEORGIA PACIFIC
30470 AMERICAN DRIVE
HALSEY OR 97348

Creditor ID: 15581-01
GEORGIA PACIFIC CORP
3838 NW FRONT AVE.
PORTLAND OR 97210

Creditor ID: 8597-01
GEORGIA PACIFIC CORPORATION
133 PEACHTREE ST NE 11TH FL
ATLANTA GA 30303

Creditor ID: 17594-01
GEORGIA PACIFIC CORPORATION LLC
10399 E STOCKTON BLVD.
ELK GROVE CA 95624

Creditor ID: 12881-01
GEORGIA PACIFIC GYPSUM CORP
1001 S FRONT ST
CAMDEN NJ 08103

Creditor ID: 19044-97
GEORGIA PORTS AUTHORITY
C/O BOUHAN FALLIGANT LLP
ATTN KATHLEEN HORNE, TODD BAIAD
447 BULL STREET
PO BOX 2139
SAVANNAH GA 31402-2139

Creditor ID: 19045-97
GEORGIA PORTS AUTHORITY
C/O WATSON FARLEY & WILLIAMS LLP
ATTN JOHN KISSANE, NEIL QUARTARO
250 W 55TH ST
NEW YORK NY 10019

Creditor ID: 928-01
GEORGIA WORLD CONGRESS CENTER ATLANTA
285 ANDREW YOUNG INT'L BLVD
ATLANTA GA 30313

Creditor ID: 12882-01
GEORGIAN STONE CORPORATION
6695 E JIMMY CARTER BLVD
NORCROSS GA 30071

Creditor ID: 12044-01
GEORGIA-PACIFIC
349 NW SEVENTH AVENUE
CAMAS WA 98607-2042

Creditor ID: 15582-01
GEORGIA-PACIFIC BLEACHED BOARD
133 PEACHTREE ST NE 11TH FL
ATLANTA GA 30303

Creditor ID: 18436-01
GEORGIA-PACIFIC CHEMICALS LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 12045-01
GEORGIA-PACIFIC CONSUMER PRODUCTS LLC/LP
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 929-01
GEORGIA-PACIFIC CONTAINERBOARD LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 3288-01
GEORGIA-PACIFIC CORRUGATED LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 12046-01
GEORGIA-PACIFIC GYPSUM LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 17595-01
GEORGIA-PACIFIC LLC.
133 PEACHTREE STREET, NE 11TH FLOOR
ATLANTA GA 30303

Creditor ID: 3289-01
GEORGIA-PACIFIC WOOD PRODUCTS LLC
133 PEACHTREE STREET, NE 11TH FLOOR
ATLANTA GA 30303

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12047-01
GEOWORLD, USA, LLC
300 MAIN STREET
STAMFORD CT 06901

Creditor ID: 12883-01
GEOX RETAIL, INC
581 MAIN STREET 7TH FLOOR
WOODBRIDGE NJ 07095

Creditor ID: 17596-01
GEPCO, INC
1690 ROBERTS BLVD. NW, SUITE 107
KENNESAW GA 30144

Creditor ID: 12048-01
GERARD DENTE TRADING CO.INC.
30 CANFIELD ROAD INDUSTRIAL VILLAGE
CEDAR GROVE NJ 07009

Creditor ID: 3290-01
GERBER AGRI INTERNATIONAL, LLC
1000 PARKWOOD CIRCLE, SUITE 335
ATLANTA GA 30339

Creditor ID: 12049-01
GERBER CHILDRENSWEAR LLC.
7005 PELHAM ROAD SUITE D
GREENVILLE SC 29615

Creditor ID: 15583-01
GERBER STEEL CO. INC.,
P.O. BOX 20676
NEW YORK NY 10021

Creditor ID: 5731-01
GERDAU AMERISTEEL
6601 LAKEVIEW ROAD
CHARLOTTE NC 28269

Creditor ID: 12050-01
GERDAU LONG STEEL
300 WARD ROAD
MIDLOTHIAN TX 76065

Creditor ID: 2424-01
GEREMIA GREENHOUSE
415 BARNES ROAD
WALLINGFORD CT 06492

Creditor ID: 12051-01
GERMAN ARMED FORCE COMMAND US/CAN
23745 AUTOPILOT DR
DULLES VA 20166-7609

Creditor ID: 5732-01
GERMGUARDIAN
770 ST. CLAIR AVENUE
MENTOR OH 44060

Creditor ID: 12052-01
GERRARD TIRE CO. INC.
1222 W. CRAIGHEAD RD.
CHARLOTTE NC 28206

Creditor ID: 12884-01
GERTEN GREENHOUSES INC
5500 BLAINE AVE
INVER GROVE HEIGHTS MN 55076

Creditor ID: 12053-01
GERTRUDE HAWK CHOCOLATES.,INC
9 KEYSTONE PARK
DUNMORE PA 18512

Creditor ID: 930-01
GESL - DALLAS TEXAS
9500 N. ROYAL LANE, STE 130
IRVING TX 75063

Creditor ID: 931-01
GESL-ANAHEIM
7475 FLORES STREET
DOWNEY CA 90240

Creditor ID: 12885-01
GESTAMP SOLAR STEEL US. INC.
12425 W. BELL RD. SUITE 124
SURPRISE AZ 85374

Creditor ID: 12054-01
GET ENTERPRISES INC
1515 W SAM HOUSTON PKWY NORTH
HOUSTON TX 77043

Creditor ID: 5733-01
GEVURTZ FURNITURE
4050 MAIN STREET
PHILADELPHIA PA 19127

Creditor ID: 12886-01
GEXPRO
7475 FLORES AVENUE
DOWNEY CA 90242

Creditor ID: 2425-01
GEXPRO SERVICES
9500 NORTH ROYAL LANE #130
IRVING TX 75063

Creditor ID: 12887-01
GF HEALTH PRODUCTS
2935 NORTHEAST PARKWAY
ATLANTA GA 30360

Creditor ID: 8598-01
GF SEAFOOD CORP
23 S 24TH ST.,
SAN JOSE CA 95116

Creditor ID: 5734-01
GFI
145-18 156TH ST.
JAMAICA NY 11434

Creditor ID: 12474-01
GFI HAY PROCESSING
1111 BUENA ROAD,
ZILLA WA 98953

Creditor ID: 8599-01
GFS CHEMICALS, INC.
800 MCKINLEY AVENUE
COLUMBUS OH 43222

Creditor ID: 15584-01
GFS GLOBAL LOGISTICS
1691 PHOENIX BLVD,SUITE 170
ATLANTA GA 30349

Creditor ID: 17597-01
GFSI LLC
9700 COMMERCE PARKWAY
LENEXA KS 66219

Creditor ID: 438-01
GFSI, INC.
9700 COMMERCE PKWY
LENEXA KS 66219

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12888-01
GGI GLASS DISTRIBUTORS CORPORATION
101 VENTURE WAY
SECAUCUS NJ 07094

Creditor ID: 439-01
GH CRANES CORPORATION
22772 CHALLENGER ROAD, UNIT A
FRANKFORT IL 60423

Creditor ID: 3291-01
GIACOBAZZI USA INC.
877 ANNAPOL BLVD, SUITE 312
BALTIMORE MD 21146

Creditor ID: 440-01
GIANT BICYCLE,INC
3587 OLD CONEJO RD
NEWBURY PARK CA 91320

Creditor ID: 17598-01
GIANT INTERNATIONAL METAL RESOURCES COMPANY.
19280 11TH PLACE SOUTH, SUITE 3
SEATAC WA 98148

Creditor ID: 12889-01
GIANT INTERNATIONAL PAPER TRADING
783 BUENA VISTA WEST
SAN FRANCISCO CA 94117

Creditor ID: 441-01
GIANT UNION
15805 VALLEY BLVD.
INDUSTRY CA 91744

Creditor ID: 7205-01
GIANT UNION CO. INC.
9950 MISSION MILL RD
WHITTER CA 90601

Creditor ID: 8600-01
GIBBS SPORTS AMPHIBIANS INC.
2046 BROWN ROAD
AUBURN HILLS MI 48326

Creditor ID: 12055-01
GIBBS WIRE & STEEL CO. INC.
METALS DRIVE
SOUTHINGTON CT 06489

Creditor ID: 8601-01
GIBBS WIRE AND STEEL
3751 OLIVE ROAD
SOUTH BEND IN 46628

Creditor ID: 12890-01
GIBEN AMERICA INC.
2915 COURTYARDS DR. STE. C
NORCROSS GA 30071

Creditor ID: 15585-01
GIBSON GENERATING STATION UNIT 5
RT1 BOX 300
OWENSVILLE IN 47665-9749

Creditor ID: 3292-01
GIBSON INNOVATIONS USA, INC
3015 WINDWARD PARKWAY
ALPHARETTA GA 30005

Creditor ID: 5735-01
GIBSON OVERSEAS INC.
2410 YATES
COMMERCE CA 90040

Creditor ID: 17127-01
GIBSON PRO AUDIO CORP.
9510 TOPANGA CANYON BLVD.
CHATSWORTH CA 91311

Creditor ID: 5736-01
GIF SERVICES
5777 W. CENTURY BLVD.  SUITE 350
LOS ANGELES CA 90045

Creditor ID: 12891-01
GIFTCO
700 WOODLAND PARKWAY
VERNON HILLS IL 60061

Creditor ID: 442-01
GIG INTERNATIONAL INC
325 AYER ROAD
HARVARD MA 01451

Creditor ID: 3293-01
GIII APPAREL GROUP LTD
512 SEVENTH AVENUE
NEW YORK NY 10018

Creditor ID: 15586-01
GILBERT COMPANY CHINO 3 FACILITY
15710 SAN ANTONIO AVE.
CHINO CA 91710

Creditor ID: 12056-01
GILBERT INTL (GIF SERVICES INC)
2525 BRUNSWICK AVE
LINDEN NJ 07036

Creditor ID: 8602-01
GILL ENTERPRISE INC
302 OAKWOOD DR.
PAPILLION NE 68133

Creditor ID: 8603-01
GILL MARKETING
1904 W. PARKSIDE LANE, STE. 100
PHOENIX AZ 85027

Creditor ID: 8604-01
GILMOUR GROUP
492 DRUM AVENUE
SOMERSET PA 15501-0838

Creditor ID: 17128-01
GILMOUR GROUP
5901 W. WAR MEMORIAL DRIVE
PEORIA IL 61615

Creditor ID: 17599-01
GILMOUR MANUFACTURING
1600 NORTH M291 UNIT 400
SUGAR CREEK MO 64056

Creditor ID: 5737-01
GILMOUR MANUFACTURING CO.
140 CORUM ROAD
EXCELSIOR SPRINGS MO 64024

Creditor ID: 12057-01
GILMOUR MFG CO. DIVISION OF ROBERT BOSCH
5901 W. WAR MEMORIAL DR
PEORIA IL 61615

Creditor ID: 443-01
GILMOUR PACIFIC TRADING LLC
30396 WALNUT DRIVE
ALBANY OR 97321

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8605-01
GIN MACHINERY
28219 TERMINAL DRIVE
MELFA VA 23410

Creditor ID: 10265-01
GINA GROUP LLC
10 WEST 33RD ST STE 312
NEW YORK NY 10001

Creditor ID: 15690-01
GINA HOSIERY
31 WEST 34TH STREET, SUITE 502
NEW YORK NY 10001

Creditor ID: 15691-01
GINGERICH FARMS PRODUCTS INC.
29995 S ELISHA ROAD
CANBY OR 97013

Creditor ID: 5738-01
GINO WHEELS
1636 N. INDIANA STREET
LOS ANGELES CA 90063

Creditor ID: 19046-97
GIORGIO GORI GLOBAL TRANSPORT & LOGISTICS
ATTN RICHARD J TROCCIOLA
8, RESERVOIR CIRCLE, STE 201
BALTIMORE MD 21208

Creditor ID: 3294-01
GIRO PACK INC
2305 INDUSTRIAL LN
VIDALIA GA 30474

Creditor ID: 12892-01
GISCAL LIMITED, U.S.A.
645 W. 9TH STREET UNIT #443
LOS ANGELES CA 90015

Creditor ID: 17600-01
GIT
7900 NW 68TH STREET
MIAMI FL 33166

Creditor ID: 8606-01
GITI TIRE USA LTD
10404 SIXTH STREET
RANCHO CUCAMONGA CA 91730

Creditor ID: 5739-01
GIULIA SPECIALTY FOOD
10 DELL GLEN AVENUE
LODI NJ 07644

Creditor ID: 12475-01
GIUMARRA AGRICOM INTERNATIONAL LLC.
15651 OLD MILKY WAY
ESCONDIDO CA 92027

Creditor ID: 17601-01
GIUMARRA DISTRIBUTING
1601 OLYMPIC BLVD,
BLDG 400, SUITE 408
LOS ANGELES CA 90021

Creditor ID: 17602-01
GIUMARRA VINEYARDS
11220 EDISON HIGHWAY
EDISON CA 93220

Creditor ID: 12058-01
GIVAUDAN FRAGRACE CORPORATION
300 WATERLOO VALLEY ROAD
MOUNT OLIVE NJ 07828

Creditor ID: 15692-01
GK APPAREL & SHOES INC
39 EAST 30 STREET
NEW YORK NY 10016

Creditor ID: 8708-01
GK PACKAGING, INC.
7680 COMMERCE PLACE
PLAIN CITY OH 43064-9222

Creditor ID: 8709-01
GK TRADING LLC.
30 TECHNOLOGY DRIVE
WARREN NJ 07059

Creditor ID: 2426-01
GKI BETHLEHEM LIGHTING
530 JOHN HANCOCK ROAD
TAUNTON MA 02780

Creditor ID: 12893-01
GKN ARMSTRONG WHEELS INC.
5453 6TH AVE
ARMSTRONG IA 50514

Creditor ID: 15693-01
GKN AUTOMOTIVE INC (SANFORD)
SANFORD FACILITY - 4901 WOMACK ROAD
SANFORD NC 27330

Creditor ID: 8710-01
GKN AUTOMOTIVE INC.
555 LUCKY GARRET ROAD
ROXBORO NC 27574

Creditor ID: 12059-01
GKN DRIVELINE - ROXBORO
555 LUCY GARRETT ROAD
ROXBORO NC 27574

Creditor ID: 5740-01
GKN DRIVELINE ALAMANCE
1067 TROLLINGWOOD HAWFIELDS ROAD
MEBANE NC 27032

Creditor ID: 12894-01
GKN DRIVELINE NEWTON,LLC
2900 US HWY 321 SOUTH
NEWTON NC 28658

Creditor ID: 3295-01
GKN DRIVELINE NORTH AMERICA INC
ROXBORO ASSEMBLY PLANT 6400
DURHAM ROAD TIMBERLAKE NC 27583

Creditor ID: 12895-01
GKN SINTER METALS
1 AIRPORT ROAD
EMPORIUM PA 15834

Creditor ID: 3296-01
GLACIER FISH COMPANY
2320 WEST COMMODORE WAY, SUITE 200
SEATTLE WA 98199

Creditor ID: 3297-01
GLACIER MOULDINGS LTD
3927 300TH ST NW
STANWOOD WA 98292

Creditor ID: 17603-01
GLACIER TANKS
1301 NE 144TH, SUITE 125
VANCOUVER WA 98685

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17604-01<br>GLANBIA NUTRITIONALS (NA)<br>1655 N.ALLIANCE AVE.<br>SPRINGFIELD MO 65803 | Creditor ID: 444-01<br>GLASHAUS INC<br>450 CONGRESS PARKWAY STE E<br>CRYSTAL LAKE IL 60014 | Creditor ID: 5741-01<br>GLASS & MIRROR CRAFT INDUSTRIES INCORPORATED<br>48230 WEST ROAD<br>WIXOM MI 48393 |
| Creditor ID: 5742-01<br>GLASS AND STONE MOSAIC<br>6176 NW 74 AVE<br>MIAMI FL 33166 | Creditor ID: 5743-01<br>GLASS PLUS & MORE  LLC<br>818 WASHINGTON STREET<br>MANITOWOC WI 54220 | Creditor ID: 17605-01<br>GLASSCOCK LOG & LUMBER<br>2870 SPRINGFIELD ROAD<br>BLOOMFIELD KY 40008 |
| Creditor ID: 18437-01<br>GLASSCORP, LLC<br>16307 WORCHESTER PALMS CT.<br>TAMPA FL 33647 | Creditor ID: 445-01<br>GLATFELTER COMPOSITE FIBERS NA, INC<br>200 BROAD STREET SW<br>GAINESVILLE GA 30501 | Creditor ID: 17606-01<br>GLAXOSMITHKLINE PROMOTIONAL DISTRIB. CENTER<br>2534 WHILEN DRIVE DOORS 2-5<br>DURHAM NC 22713 |
| Creditor ID: 5744-01<br>GLAZERS WHOLESALE WHSE<br>2001 DIPLOMAT<br>DALLAS TX 75234 | Creditor ID: 5745-01<br>GLAZ-TECH INDUSTRIES, INC.<br>2207 E. ELVIRA ROAD<br>TUCSON AZ 85706 | Creditor ID: 3298-01<br>GLEN RAVEN CUSTOM FABRICS LLC<br>NORLINA PLANT, 268 HWY US 1 SOUTH<br>NORLINA NC 27563 |
| Creditor ID: 8711-01<br>GLEN RAVEN CUSTOM FABRICS, LLC<br>3726 ALTAMAHAW UNION RIDGE ROAD<br>ALTAMAHAW NC 27202 | Creditor ID: 8712-01<br>GLENCORE AGRICULTURE USA LLC<br>301 TRESSER BLVD., 14TH FLOOR<br>STAMFORD CT 06901 | Creditor ID: 446-01<br>GLENCORE LTD<br>301 TRESSER BLVD #3<br>STAMFORD CT 06901 |
| Creditor ID: 12060-01<br>GLENDALE WAREHOUSE & DISTRIBUTION CORP.<br>742 OLD POST ROAD<br>EDISON NJ 08817 | Creditor ID: 3299-01<br>GLENMORE INDUSTRIES, LLC<br>115 NEWFIELD AVENUE    SUITE E<br>EDISON NJ 08837 | Creditor ID: 5746-01<br>GLENN DE JESUS LOCKE<br>590 ISLAND VIEW CIRCLE<br>PORT HUENEME CA 93041 |
| Creditor ID: 12061-01<br>GLENNWOOD FOODS LLC<br>20850 JACKSON LANE<br>JETERSVILLE VA 23083 | Creditor ID: 447-01<br>GLENTRONICS, INC.<br>640 HEATHROW DRIVE<br>LINCOLNSHIRE IL 60069 | Creditor ID: 12476-01<br>GLI POOL PRODUCTS<br>215 SINTER COURT<br>YOUNGSTOWN OH 44510 |
| Creditor ID: 448-01<br>GLI-CO HAY INC.<br>P.O. BOX 1300<br>DIXON CA 95620 | Creditor ID: 15694-01<br>GLIDA EDITH SODERHOLM<br>2 HOPEWELL ROAD<br>NEWTOWN CT 06470 | Creditor ID: 3300-01<br>GLINT INC<br>13951 S MAIN ST<br>LOS ANGELES CA 90061 |
| Creditor ID: 449-01<br>GLM, INC.<br>5413 LANGFORD LANE<br>LAKE OSWEGO OR 97035 | Creditor ID: 5747-01<br>GLOBAL ABRASIVE PRODUCTS INC.<br>1035 NINE NORTH DRIVE<br>ALPHARETTA GA 30004 | Creditor ID: 4832-01<br>GLOBAL AGRI-TRADE CORP.<br>433 N. CAMDEN DRIVE<br>BEVERLY HILLS CA 90210 |
| Creditor ID: 450-01<br>GLOBAL ALLIANCE LOGISTICS (DFW) INC.<br>8505 FREEPORT PARKWAY #17<br>IRVING TX 75063 | Creditor ID: 12062-01<br>GLOBAL ALLIANCE LOGISTICS (NY)<br>CROSS ISLAND PLAZA SUITE 209<br>ROSEDALE NY 11422 | Creditor ID: 12063-01<br>GLOBAL ALLIANCE, LLC<br>4990 FULTON INDUSTRIAL BLVD<br>ATLANTA GA 30336 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12896-01<br>GLOBAL ALUMINUM (USA) INC.<br>2131 S. GROVE AVE. UNIT #A<br>ONTARIO CA 91761 | Creditor ID: 12897-01<br>GLOBAL AMS INC<br>141 WEST 36TH STREET<br>NEW YORK NY 10018 | Creditor ID: 451-01<br>GLOBAL BEDDING SOLUTIONS INC<br>405 WALTHAM STREE SUITE 327<br>LEXINGTON MA 02420 |
| Creditor ID: 8713-01<br>GLOBAL BIO-CHEM TECHNOLOGY AMERICAS<br>9900 CARVER RD. SUITE 200<br>CINCINNATI OH 45242 | Creditor ID: 12898-01<br>GLOBAL BLOOM LLC<br>153-157 ROW A NYC TERMINAL MARKET<br>BRONX NY 10474 | Creditor ID: 17607-01<br>GLOBAL BROTHER TRADING INC.<br>79 BARUCH DR.  #2B<br>NEW YORK NY 10002 |
| Creditor ID: 8714-01<br>GLOBAL CHEMICAL RESOURCES<br>1925 NEBRASKA AVENUE<br>TOLEDO OH 43607 | Creditor ID: 452-01<br>GLOBAL CHEMICAL SOLUTIONS, LLC<br>33404 SE REDMOND-FALL<br>CITY RD STE 210<br>PO BOX 912<br>FALL CITY WA 98024 | Creditor ID: 10392-01<br>GLOBAL COMPUTER NETWORKS<br>3875 EAST WOOD CIRCLE,<br>SANTA CLARA CA 95054 |
| Creditor ID: 12064-01<br>GLOBAL CONCEPTS ENTERPRISE, INC.<br>785 WAVERLY CT<br>HOLLAND MI 49423 | Creditor ID: 8715-01<br>GLOBAL COSMETICS LABS, INC<br>13206 ESTRELLA AVE SUITE A<br>GARDENA CA 90248 | Creditor ID: 10266-01<br>GLOBAL COTTON RECOVERY<br>3407 FITE ROAD MILLINGTON,TN 38053<br>MILLINGTON TN 38053 |
| Creditor ID: 15695-01<br>GLOBAL DESIGN CONCEPTS INC.<br>10 WEST 33RD STREET, SUITE 1100<br>NEW YORK NY 10001 | Creditor ID: 8716-01<br>GLOBAL ESSENCE INC<br>301 COMMERCE DRIVE<br>FREEHOLD NJ 07728 | Creditor ID: 15696-01<br>GLOBAL FIBERS<br>17785 CENTER COURT DR. #720<br>CERRITOS CA 90703 |
| Creditor ID: 453-01<br>GLOBAL FIBRES INC.<br>400 KELBY STREET 10TH FLOOR<br>FORT LEE NJ 07024 | Creditor ID: 8717-01<br>GLOBAL FIBRES, INC.<br>2 EXECUTIVE DRIVE, SUITE 750<br>FORT LEE NJ 07024 | Creditor ID: 12899-01<br>GLOBAL FISHING INC<br>840 140TH AVE NE<br>BELLEVUE WA 98005 |
| Creditor ID: 12065-01<br>GLOBAL FOOD CONNECTION, INC<br>913 WIGWAM DRIVE<br>DANVILLE VA 24540 | Creditor ID: 18438-01<br>GLOBAL FOOD SALES & DISTRIBUTION, LLC<br>720 NORTH 3RD STREET, SUITE 100<br>WILMINGTON NC 28401 | Creditor ID: 15697-01<br>GLOBAL FOOD TRADING CORP.<br>42-44 SOUTH MAPLE AVENUE<br>RIDGEWOOD NJ 07450 |
| Creditor ID: 5748-01<br>GLOBAL FOODS GROUP INC.<br>508 VIEWTOP LANE<br>CORONA CA 92881 | Creditor ID: 12066-01<br>GLOBAL FOODSERVICE SOLUTIONS INC.<br>1810 SE COMMERCE AVE.<br>BATTLEGROUND WA 98604 | Creditor ID: 5749-01<br>GLOBAL FREIGHT SOLUTIONS, INC<br>701 HANOVER DR., STE 450<br>GRAPEVINE TX 76051 |
| Creditor ID: 454-01<br>GLOBAL FRESH IMPORTS, INC.<br>22605 SE 56TH ST., #200<br>ISSAQUAH WA 98029-9201 | Creditor ID: 455-01<br>GLOBAL GALAN LOGISTICS, INC. (GGL)<br>401 BROADWAY; SUITE 2210/22ND FLOOR<br>NEW YORK NY 10013 | Creditor ID: 456-01<br>GLOBAL GRANITE & MARBLE<br>10330 PAGE INDUSTRIAL COURT<br>SAINT LOUIS MO 63132 |
| Creditor ID: 12067-01<br>GLOBAL GREEN USA LTD<br>19 SPEAR ROAD SUITE 308<br>RAMSEY NJ 07446 | Creditor ID: 15698-01<br>GLOBAL HARVEST, INC.<br>14541 BROOKHURST ST., #A-2<br>WESTMINSTER CA 92683 | Creditor ID: 457-01<br>GLOBAL HAY SOLUTIONS INC.<br>13446 POWAY ROAD SUITE 246<br>POWAY CA 92064 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12477-01
GLOBAL HEALTHCARE COMPANY
1495 HEMBRY ROAD #700
ROSWELL GA 30076

Creditor ID: 17608-01
GLOBAL IMPEX
2775 CRUSE ROAD  SUITE 1902
LAWRENCEVILLE GA 30044

Creditor ID: 5750-01
GLOBAL IMPORT SOLUTIONS
18445 EDISON AVENUE
CHESTERFIELD MO 63005

Creditor ID: 5751-01
GLOBAL INDUSTRIAL
281 COMMERCE STREET
BELGIUM WI 53004

Creditor ID: 17609-01
GLOBAL INFLIGHT PRODUCTS (GIP)
8918 152ND AVENUE NE
REDMOND WA 98052

Creditor ID: 12068-01
GLOBAL INVESTMENT RECOVERY GROUP
2595 HARMAN PARK CT
DULUTH GA 30097

Creditor ID: 12069-01
GLOBAL INVESTMENT RECOVERY INC.
5409 EAST HENRY AVENUE, TAMPA, FL
TAMPA FL 33610

Creditor ID: 15699-01
GLOBAL INVESTMENTS AND TRADING COMPANY, LLC
144 HOLMES STREET
BARNESVILLE GA 30204

Creditor ID: 5752-01
GLOBAL LINK
1020 W. IRVING PARK RD.
BENSENVILLE IL 60106

Creditor ID: 3301-01
GLOBAL LINK EXPRESS
167-10 S.CONDUIT AVE., # 202
JAMAICA NY 11434

Creditor ID: 12900-01
GLOBAL LINKS EXPRESS INC.
720 S. HINDRY AVE.
INGLEWOOD CA 90301

Creditor ID: 3302-01
GLOBAL MANUFACTURING GROUP LLC
1320 DISTRIBUTION WAY, SUITE B
VISTA CA 92803

Creditor ID: 8718-01
GLOBAL MARKETING ENTERPRISE
1801-C SOUTH CANAL STREET
CHICAGO IL 60616

Creditor ID: 12478-01
GLOBAL MERCHANDISE
301 FOURTH STREET
ANNAPOLIS MD 21403

Creditor ID: 3303-01
GLOBAL MERCHANDISING CORPORATION
2525 SIXTEEN STREET, SUITE 321
SAN FRANCISCO CA 94103

Creditor ID: 3304-01
GLOBAL METAL RECYCLING, INC.
555 N. PARK CENTER DR. # 215
SANTA ANA CA 92705

Creditor ID: 458-01
GLOBAL METAL TRADING INC
305 VANDERVOORT AVE
BROOKLYN NY 11211

Creditor ID: 2427-01
GLOBAL METALS
754 ROUTE 18, SUITE 102
EAST BRUNSWICK NJ 08816

Creditor ID: 17610-01
GLOBAL METALS AMERICA LTD, INC.
1144 WASHINGTON STREET, #2
BOSTON MA 02118

Creditor ID: 15700-01
GLOBAL MINERALS CORP.
6701 DEMOCRACY BLVD. STE. 300
BETHESDA MD 20817

Creditor ID: 15701-01
GLOBAL NATURAL FOODS INC.
672 OLD ROUTE 17
LIVINGSTON MANOR NY 12758

Creditor ID: 12901-01
GLOBAL OCEAN
333 SYLVAN AVE STE 306
ENGLEWOOD NJ 07632

Creditor ID: 17611-01
GLOBAL OCEAN AGENCY INC.
5111 WEST KNOX STREET
TAMPA FL 33634

Creditor ID: 459-01
GLOBAL OCEAN AGENCY LINE
2600 E. 81ST STREET
BLOOMINGTON MN 55425

Creditor ID: 17612-01
GLOBAL OCEAN AGENCY LINES
9902 S. 148 STREET
OMAHA NE 68138

Creditor ID: 17613-01
GLOBAL OCEAN AGENCY, INC
1837 SOUTH 4130 WEST # B
SALT LAKE CITY UT 84119

Creditor ID: 5753-01
GLOBAL OCEAN, INC.
879 W. 190TH STREET, 4TH FLOOR
GARDENA CA 90248

Creditor ID: 2428-01
GLOBAL ORGANIC
879W. 190TH STREET, SUITE 290
GARDENA CA 90248

Creditor ID: 3305-01
GLOBAL ORGANICS LTD
792 MASSACHUSETTS AVE
ARLINGTON MA 02476

Creditor ID: 5754-01
GLOBAL ORGANICS LTD.
485 MASSACHUSETTS AVENUE, 2ND FLOOR
ARLINGTON MA 02474

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12070-01<br>GLOBAL PACIFIC PRODUCE, INC.<br>1221 S.EASTERN AVE. #140<br>LAS VEGAS NV 89052 | Creditor ID: 17614-01<br>GLOBAL PAPER SOLUTIONS, INC. (OFC LOCATION)<br>222 S HARBOR BLVD SUITE 900<br>ANAHEIM CA 92805 | Creditor ID: 460-01<br>GLOBAL PAPER TRADING CORP<br>2734 EAST 46 ST<br>VERNON CA 90058 |
| Creditor ID: 8719-01<br>GLOBAL PARTNERS WHOLESALE<br>7922 DAY CREEK BLVD. UNIT 5319<br>RANCHO CUCAMONGA CA 91739 | Creditor ID: 4833-01<br>GLOBAL POLYCHEM LLC.<br>10303 NORTHWEST FREEWAY, SUITE #514<br>HOUSTON TX 77092 | Creditor ID: 12071-01<br>GLOBAL POLYMER, INC.<br>8383 COMMERCE PARK DR. #618<br>HOUSTON TX 77036 |
| Creditor ID: 461-01<br>GLOBAL POLYMERS<br>320 WHITTINGTON PARK PL.<br>LOUISVILLE KY 40222 | Creditor ID: 12902-01<br>GLOBAL POTTERY DISTRIBUTORS(<br>140 HALF HOLLOW ROAD<br>DIX HILLS NY 11746 | Creditor ID: 17615-01<br>GLOBAL PRECISION TRADE<br>178 SUNNY VALLEY ROAD<br>NEW MILFORD CT 06776 |
| Creditor ID: 12903-01<br>GLOBAL PRODUCT MANAGEMENT<br>832 BUNKER HILL<br>MONTECELLO CA 90640 | Creditor ID: 13005-01<br>GLOBAL PRODUCTS<br>10450 EL MONTEREY AVENUE<br>FOUNTAIN VALLEY CA 92708 | Creditor ID: 15702-01<br>GLOBAL QUEST INTERNATIONAL INC.<br>1712 STOUT FIELD TERRACE SUITE 201<br>INDIANAPOLIS IN 46241 |
| Creditor ID: 8720-01<br>GLOBAL RECYCLING INC. CLT<br>2800 N. TRYON STREET<br>CHARLOTTE NC 28206 | Creditor ID: 15703-01<br>GLOBAL RECYCLING, INC.<br>297 WOODLAND AVENUE<br>COLUMBUS OH 43203 | Creditor ID: 15704-01<br>GLOBAL RUBBER COMPANY<br>1350 VENTURE DRIVE<br>JANESVILLE WI 53546 |
| Creditor ID: 17616-01<br>GLOBAL SEAFOOD SOURCING, LLC<br>279 MARQUETTE DRIVE, SUITE 201<br>BOLINGBROOK IL 60440 | Creditor ID: 3306-01<br>GLOBAL SEAFOOD, LLC<br>P.O. BOX 90909<br>PORTLAND OR 97290 | Creditor ID: 462-01<br>GLOBAL SEAFOODS NORTH AMERICA INC.<br>720 OLIVE WAY<br>SEATTLE WA 98101 |
| Creditor ID: 17717-01<br>GLOBAL SHIPPERS ASSOCIATION<br>P.O. BOX 1733; 215 CHURCH STREET NW<br>LENOIR NC 28645 | Creditor ID: 15705-01<br>GLOBAL SHIPPERS ASSOCIATION<br>13391 MCGREGOR BLVD.<br>FT. MYERS FL 33919 | Creditor ID: 5755-01<br>GLOBAL SHIPPING SERVICES LLC<br>8070 NW 71 STREET<br>MIAMI FL 33166 |
| Creditor ID: 8721-01<br>GLOBAL SHIPPING SOLUTIONS<br>200 BROADHOLLOW ROAD SUITE 207<br>MELVILLE NY 11747 | Creditor ID: 13006-01<br>GLOBAL SILICON ELECTRONICS,INC.<br>440, CLOVERLEAF DRIVE<br>BALDWIN PARK CA 91706 | Creditor ID: 15706-01<br>GLOBAL SOLUTIONS 4, LLC<br>6601 LYONG ROAD, SUITE C-5<br>COCONUT CREEK FL 33073 |
| Creditor ID: 13007-01<br>GLOBAL SOURCING GROUP<br>141C PATCHWORK ROW<br>EASLEY SC 29640 | Creditor ID: 8722-01<br>GLOBAL STAINLESS SUPPLY, INC<br>9040 RAILWOOD DR #150<br>HOUSTON TX 77078 | Creditor ID: 15707-01<br>GLOBAL STAR DESIGN, INC.<br>6665 OWENS DRIVE<br>PLEASANTON CA 94588 |
| Creditor ID: 4834-01<br>GLOBAL STONE MARBLE & GRANITE LLC<br>380 MORELAND ROAD<br>COMMACK NY 11725 | Creditor ID: 12072-01<br>GLOBAL STONE SOURCE INC.<br>14100 SOUTHWEST FREEWAY, SUITE 360<br>SUGARLAND TX 77478 | Creditor ID: 463-01<br>GLOBAL TECH INVESTMENTS<br>25320 137TH AVE<br>KENT WA 98042 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17718-01<br>GLOBAL TITANIUM INC.<br>19300 FILER AVE<br>DETROIT MI 48234 | Creditor ID: 10068-01<br>GLOBAL TRADE BRIDGE CORPORATION<br>110 WALL STREET 11TH FLOOR<br>NEW YORK NY 10005 | Creditor ID: 10069-01<br>GLOBAL TRADERS, INC<br>3443 PALM CIRCLE<br>KENNESAW GA 30144 |
| Creditor ID: 15708-01<br>GLOBAL TRADING CORP<br>5136 A. LETOUNNEAU CIR<br>TAMPA FL 33610 | Creditor ID: 7206-01<br>GLOBAL TRADING GROUP, INC.<br>17150 NEWHOPE STREET, SUITE 214<br>FOUNTAIN VALLEY CA 92708 | Creditor ID: 10070-01<br>GLOBAL TRADING INTERNATIONAL<br>22 WILKINSON ROAD<br>RANDOLPH NJ 07869 |
| Creditor ID: 5756-01<br>GLOBAL TRADING RESOURCE CORP.<br>840 140TH HAVES. NE<br>BELLVUE WA 98005 | Creditor ID: 3307-01<br>GLOBAL TUNGSTEN & POWDERS CORP.<br>1 HAWES ST<br>TOWANDA PA 18848-2134 | Creditor ID: 5757-01<br>GLOBAL U.S.A INC<br>32 BROADWAY SUITE 1714<br>NEW YORK NY 10004 |
| Creditor ID: 15709-01<br>GLOBAL US ENTERPRICE AZ LLC<br>340 E. LAKESHORE DR. W.<br>SHELTON WA 98584 | Creditor ID: 3308-01<br>GLOBAL VISION GROUP<br>1750 AUTUMN WOODS LANE<br>ROMEOVILLE IL 60446 | Creditor ID: 464-01<br>GLOBAL WHEEL SOLUTIONS, L.L.C.<br>91 CARSON ROAD, BUILDING B<br>BIRMINGHAM AL 35215 |
| Creditor ID: 8723-01<br>GLOBAL WHOLESALE SUPPLY<br>210 CHESTER RIVER HEIGHTS ROAD<br>MILLINGTON MD 21651 | Creditor ID: 15710-01<br>GLOBALINC INC.<br>12939 WRIGHTWICK DR. #J<br>CERRITOS CA 90703 | Creditor ID: 8724-01<br>GLOBALINK ENTERPRISES, LLC<br>1002 METROPOLITAN AVENUE<br>BROOKLYN NY 11211 |
| Creditor ID: 17129-01<br>GLOBALSOURCES, INC<br>4735 EAST MARGINAL WAY<br>SOUTH WAREHOUSE 1202-SECTION #B-10<br>SEATTLE WA 98134 | Creditor ID: 3309-01<br>GLOBE ENTERPRISES INC<br>4930 CAMPBELL RD<br>HOUSTON TX 77041 | Creditor ID: 466-01<br>GLOBE FIRE SPRINKLER CORPORTATION<br>4077 AIRPARK DRIVE<br>STANDISH MI 48658 |
| Creditor ID: 3310-01<br>GLOBE UNION SERVICES, INC.<br>2500 INTERNATIONALE PARKWAY<br>WOODRIDGE IL 60517 | Creditor ID: 15711-01<br>GLOBETRANS NETWORK INC<br>1140 BAY STREET, SUITE 2C<br>STATEN ISLAND NY 10305 | Creditor ID: 15712-01<br>GLOBEX INTERNATIONAL,INC.<br>570 LEXINGTON AVE<br>NEW YORK NY 10022 |
| Creditor ID: 17719-01<br>GLODMAX INDUSTRIES<br>1030 LAWSON ST.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 15713-01<br>GLONET SERVICES, INC. DBA GLONEX USA<br>2021 W COMMONWEALTH AVE #H<br>FULLERTON CA 92833 | Creditor ID: 17720-01<br>GLOPACK, INC.<br>48 NORTH 15TH STREET<br>BROOKLYN NY 11222 |
| Creditor ID: 5758-01<br>GLORYBEE FOODS INC.<br>120 N SENECA ROAD<br>EUGENE OR 97402 | Creditor ID: 13008-01<br>GLOVE SOURCE INC<br>889 SOUTH AZUSA AVE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 8725-01<br>GLOVIS AMERICA, INC.<br>1225 W. 190 TH STREET SUITE 240<br>GARDENA CA 90248 |
| Creditor ID: 15714-01<br>GLOVIS GEORGIA, LLC.<br>6101 SORENTO ROAD<br>WEST POINT GA 31833 | Creditor ID: 4835-01<br>GM<br>13125 EAST EIGHT MILE ROAD<br>WARREN MI 48089 | Creditor ID: 3311-01<br>GM ARLINGTON ASSEMBLY PLANT<br>2525 E ABRAM ST.<br>ARLINGTON TX 76010 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3312-01<br>GM DETROIT HAMTRAMCK ASSEMBLY<br>2500 EAST GRAND BLVD<br>DETROIT MI 48211 | Creditor ID: 467-01<br>GM FLINT TOOL & DIE<br>425 S. STEVENSON<br>FLINT MI 48503 | Creditor ID: 17721-01<br>GM LORDSTOWN<br>2300 HALLOCK YOUNG ROAD<br>WARREN OH 44481 |
| Creditor ID: 15715-01<br>G-M WOOD PRODUCTS<br>531 CLAY STREET<br>NEWAYGO MI 49337 | Creditor ID: 10267-01<br>G-M WOOD PRODUCTS-SOUTH<br>1159 MEADOWBROOK DRIVE<br>EASTANOLLEE GA 30538 | Creditor ID: 468-01<br>GM/DAEWOO AUTO TECHNOLOGY<br>199-1 CHONG CHON-DONG BUPYONG-GU<br>INCHON<br>SOUTH KOREA |
| Creditor ID: 15716-01<br>GMA ACCESSORIES,INC.<br>3 EMPIRE BOULEVARD<br>SOUTH HACKENSACK NJ 07606 | Creditor ID: 10071-01<br>GMAC COMMERCIAL CREDIT LLC<br>1290 AVENUE OF THE AMERICAS 3RD FL<br>NEW YORK NY 10104 | Creditor ID: 17722-01<br>GMAC FOR A/C OF OUTERSTUFF LTD.<br>900 MART STREET<br>RAHWAY NJ 07065 |
| Creditor ID: 5759-01<br>GMG PRODUCTS LLC DBA GREEN MOUNTAIN GRILLS<br>316 CALIFORNIA AVE., SUITE 1065<br>RENO NV 89509 | Creditor ID: 15717-01<br>GMI SOURCING, INC<br>400 CONTINENTAL BLVD 6TH FL<br>EL SEGUNDO CA 90245 | Creditor ID: 15718-01<br>GMZ, INC.<br>5115 EXCELLO COURT<br>WEST CHESTER OH 45069 |
| Creditor ID: 10072-01<br>GNS FAMILY PARTNERSHIP LLC<br>20011 87TH AVE SE<br>SNOHOMISH WA 98296 | Creditor ID: 3313-01<br>GNS METALS CORP.<br>150 BROADHOLLOW ROAD, SUITE 215<br>MELVILLE NY 11747 | Creditor ID: 17723-01<br>GNWG (USA), INC.<br>7520 HARWIN DR.<br>HOUSTON TX 77036 |
| Creditor ID: 17724-01<br>GO GO INTERNATIONAL, INC.<br>1453 BELGREEN DR.<br>WHITTIER CA 90601 | Creditor ID: 5760-01<br>GO MINI TRUCKING<br>7150 ASHTON COURT<br>MOBILE AL 36695 | Creditor ID: 17725-01<br>GO TEXTILE INTERNATIONAL INC.<br>837 S SAN PEDRO ST<br>LOS ANGELES CA 90014 |
| Creditor ID: 15719-01<br>GO TRANS NORTH AMERICA INC.<br>601W. CAROB STREET,<br>COMPTON CA 90220 | Creditor ID: 10073-01<br>GO4MAT INC<br>628 HAMBLEDON AVE<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 469-01<br>GOBY WALNUT AND WESTERN HARDWOODS<br>5315 NW ST. HELENS ROAD<br>PORTLAND OR 97210 |
| Creditor ID: 5761-01<br>GOBY WALNUT PRODUCTS, INC.<br>5315 NW ST. HELENS ROAD<br>PORTLAND OR 97210 | Creditor ID: 470-01<br>GODINGER SILVER ART COMPANY LTD<br>63-15 TRAFFIC AVE<br>RIDGEWOOD NY 11385 | Creditor ID: 8726-01<br>GOETZ & SONS, INC.<br>11311 N CENTRAL EXPRESSWAY STE 301<br>DALLAS TX 75243 |
| Creditor ID: 8727-01<br>GOFFA INTERNATIONAL<br>200 MURRAY HILL PARKWAY<br>EAST RUTHERFORD NJ 07073 | Creditor ID: 15720-01<br>GOKALDAS IMAGES USA INC<br>8 W 40TH STREET 3RD FLOOR<br>NEW YORK NY 10018 | Creditor ID: 15721-01<br>GOLD COAST METALS TRADING, INC.<br>2820 INDUSTRIAL DR.<br>BLOOMINGTON CA 92316 |
| Creditor ID: 17726-01<br>GOLD DUST POTATO PROCESSORS, INC.<br>30203 MICKA RD.<br>MALIN OR 97632 | Creditor ID: 5762-01<br>GOLD HARBOR COMMODITIES INC.<br>9750 THIRD AVENUE N.E.<br>NORTHGATE OFFICE BLDG STE 302<br>SEATTLE WA 98115 | Creditor ID: 15722-01<br>GOLD KIST INC.<br>244 PERIMETER CENTER<br>ATLANTA GA 30346 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3314-01<br>GOLD MEDAL PRODUCTS<br>10700 MEDALLON DRIVE<br>CINCINNATI OH 45241 | Creditor ID: 17727-01<br>GOLD METAL RECYCLERS LTD.<br>4305 S. LAMAR STREET<br>DALLAS TX 75215 | Creditor ID: 5763-01<br>GOLD MOUNTAIN RECYCLING INC<br>2855 MICHELLE DRIVE SUITE 130<br>IRVINE CA 92606 |
| Creditor ID: 471-01<br>GOLD PHOENIX INTERNATIONAL IMPORT AND<br>1920 S. BATSON AVE. # 252<br>EXPORT TRADING COMPANY<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 19047-97<br>GOLD POINT<br>9355 AIRWAY ROAD<br>OTAY MESA CA 92173 | Creditor ID: 19048-97<br>GOLD POINT TRANSPORTATION INC<br>1621 EAST OPP STREET<br>WILMINGTON CA 90744-3946 |
| Creditor ID: 8728-01<br>GOLD RIVER MILLS, LLC<br>1603 HIGHWAY 99 WEST<br>ARBUCKLE CA 94912 | Creditor ID: 13009-01<br>GOLD STAR STONE, INC.<br>1648 S 600 W<br>OAKLEY ID 83346 | Creditor ID: 13010-01<br>GOLDEN BEACH INC<br>2510 W.  23TH ST. NO 210<br>TORRANCE CA 90505-5234 |
| Creditor ID: 472-01<br>GOLDEN BEACH INC.<br>2510 W. 237TH STREET #210<br>TORRANCE CA 90505 | Creditor ID: 473-01<br>GOLDEN BELL INDUSTRIES<br>16386 DOWNEY AVE<br>PARAMOUNT CA 90723 | Creditor ID: 8729-01<br>GOLDEN BRIDGE ENTERPRISES INC<br>8040 SAN FERNANDO ROAD<br>SUN VALLEY CA 91352 |
| Creditor ID: 9485-01<br>GOLDEN COAST DEVELOPMENT, LLC<br>539 HIGHWAY 9 BYPASS EAST<br>LANCASTER SC 29720 | Creditor ID: 15823-01<br>GOLDEN COAST INT'L TRADING CORP.<br>4245 INDUSTRIAL WAY<br>BENICIA CA 94510 | Creditor ID: 15824-01<br>GOLDEN DEER COMPANY<br>169 JENNERSVILLE ROAD<br>WEST GROVE PA 19390 |
| Creditor ID: 13011-01<br>GOLDEN EAGLE BEVERAGES, INC<br>1431 WEST NINTH STREET<br>UPLAND CA 91786 | Creditor ID: 5764-01<br>GOLDEN FLAVOR TRADING INC.<br>924 E. MAIN STREET, SUITE 216<br>ALHAMBRA CA 91801 | Creditor ID: 3315-01<br>GOLDEN FOODS, INC.<br>819 INDUSTRIAL DRIVE<br>BENSENVILLE IL 60106 |
| Creditor ID: 10074-01<br>GOLDEN FORTUNE IMPORT  & EXPORT CORPORATION.<br>15 PULASKI ST<br>BAYONNE NJ 07002 | Creditor ID: 15825-01<br>GOLDEN FORTUNE IMPORT AND EXPORT CORP<br>15 PULASKI STREET<br>BAYONNE NJ 07002 | Creditor ID: 8730-01<br>GOLDEN GATE BEVERAGE<br>1355 HALYARD DR.<br>WEST SACRAMENTO CA 95691 |
| Creditor ID: 3316-01<br>GOLDEN GEM GROWERS<br>1390 EIGHTY FOOT ROAD<br>LAKE GARFIELD FL 33830 | Creditor ID: 17728-01<br>GOLDEN GLOVES, INC.<br>423 NELO ST<br>SANTA CLARA CA 95054 | Creditor ID: 17729-01<br>GOLDEN HARVEST<br>8428 CLANTON STREET<br>SAN GABRIEL CA 91776 |
| Creditor ID: 474-01<br>GOLDEN INTERNATIONAL CORP<br>300 SW 41ST STREET<br>RENTON WA 98057 | Creditor ID: 475-01<br>GOLDEN ISLAND INTL LLC<br>205 FT. KING GEORGE DR,<br>DARIEN GA 31305 | Creditor ID: 15826-01<br>GOLDEN JET<br>12333 S. VAN NESS AVENUE<br>HAWTHORNE CA 90250 |
| Creditor ID: 13012-01<br>GOLDEN LIGHT TRADING INC.<br>1819 FLUSHING AVE.<br>RIDGEWOOD NY 11385 | Creditor ID: 10075-01<br>GOLDEN MEDAL MUSHROOM<br>1811 SACRAMENTO ST.<br>LOS ANGELES CA 90021 | Creditor ID: 15827-01<br>GOLDEN OLDIES<br>132-29 33RD AVENUE<br>FLUSHING NY 11354 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 10076-01
GOLDEN PEANUT COMPANY, LLC
100 NORTH POINT CENTER SUITE 400
D/B/A GOLDEN PEANUT AND TREE NUTS
ALPHARETTA GA 30022

Creditor ID: 3317-01
GOLDEN PHAROS USA INC.
700 ATLANTIS ROAD, UNIT 101,
BUILDING A, MELBOURNE, FL
MELBOURNE FL 32904

Creditor ID: 3318-01
GOLDEN PINE CORPORATION
11340 W. OLIMPIC BLVD.,SUITE 320
LOS ANGELES CA 90064

Creditor ID: 15828-01
GOLDEN RIVER FRUIT
3975 20TH ST STE G
PO BOX 2090
VERO BEACH FL 32961

Creditor ID: 8731-01
GOLDEN SCRAP METAL INC.
1484 E. VALENCIA DR.
FULLERTON CA 92831

Creditor ID: 17730-01
GOLDEN SEA FIVE STAR INC.
11911 WOODRUFF AVE
DOWNEY CA 90241

Creditor ID: 15829-01
GOLDEN STAR IMPORTS, INC.
6651 SAN FERNANDO RD
GLENDALE CA 91201

Creditor ID: 476-01
GOLDEN STAR TRADING CO.INC.
6401 WESTLINE
HOUSTON TX 77036

Creditor ID: 10077-01
GOLDEN STAR WHOLESALE INC.
373 MINNESOTA AVENUE
TROY MI 48083

Creditor ID: 17731-01
GOLDEN STATE METAL CO
5362 EAGLEBROOK TERR
DUBLIN CA 94568

Creditor ID: 15830-01
GOLDEN STATE PAPER INC.
1055 W 7TH ST. #1770
LOS ANGELES CA 90017

Creditor ID: 13013-01
GOLDEN SUN IM&EX ZIZET BASCAWROS
204 PADDING TON COURT
MANALAPAN NJ 07726

Creditor ID: 13014-01
GOLDEN TECH INTERNATIONAL, INC.
2461 152ND AVE. N.E.
REDMOND WA 98052

Creditor ID: 477-01
GOLDEN TEX COMPANY, INC.
5515 CLINTON DR
P.O. BOX 15572
HOUSTON TX 77020

Creditor ID: 478-01
GOLDEN VALLEY FARMS
11235 PORTLAND ROAD NE
BROOKS OR 97305

Creditor ID: 15831-01
GOLDEN VALLEY FARMS
7385 HOWELL PRAIRIE NE
SILVERTON OR 97381

Creditor ID: 10078-01
GOLDEN VALLEY MICROWAVE FOODS
7450 MTERO BOULEVARD
EDINA MN 55439

Creditor ID: 17732-01
GOLDEN VILLAGE TRADING INC
9817 74TH AVE.
FOREST HILLS NY 11375

Creditor ID: 15832-01
GOLDENAGE INTERNATIONAL,LLC
3533 NW 82ND AVE
MIAMI FL 33122

Creditor ID: 8732-01
GOLDIGGER APPLES INC.
1220 IRONWOOD
OROVILLE WA 98844

Creditor ID: 18439-01
GOLDMAN & CO.
1416 PROGRESS AVENUE
HIGH POINT NC 27260

Creditor ID: 17733-01
GOLDMAN TITANIUM CO.
105 DOROTHY ST
BUFFALO NY 14206

Creditor ID: 15833-01
GOLDMAX INDUSTRIES, INC.
17747 RAILROAD ST.
CITY OF INDUSTRY CA 91748

Creditor ID: 479-01
GOLDON INDUSTRY INC
511 AVENUE OF THE AMERICAS STE 714
NEW YORK NY 10011

Creditor ID: 8733-01
GOLDSCHMIDT CHEMICAL CORPORATION
914 EAST RANDOLPH ROAD
HOPEWELL VA 23860

Creditor ID: 10079-01
GOLDSTONE HOSIERY
10 WEST 33RD STREET #230
NEW YORK NY 10001

Creditor ID: 8734-01
GONZALEZ AND TAPANES FOODS INC
230 MOONACHIE AVENUE
MOONACHIE NJ 07074

Creditor ID: 17130-01
GOOD CHOICE TRADING INC
23759 EICHLER STREET UNIT J
HAYWARD CA 94545

Creditor ID: 15834-01
GOOD DEAL PRODUCTION ENTERPRISE INC.
245 N. VINELAND AVE.
CITY OF INDUSTRY CA 91746

Creditor ID: 17734-01
GOOD FOODS U.S.
14452 DEAR FIELD AVENUE
TUSTIN CA 92780

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8735-01
GOOD GROCERIES COMPANY INC
26 20TH STREET
BROOKLYN NY 11232

Creditor ID: 17735-01
GOOD HOME FOODS
100 S. SAUNDERS ROAD, SUITE 200
LAKE FOREST IL 60045

Creditor ID: 15835-01
GOOD PLUS FOOD GROUP LLC
20505 VALLEY BLVD STE106
WALNUT CA 91789

Creditor ID: 10080-01
GOODFELLOW INC.
1050 HOLT AVENUE, UNIT 9
MANCHESTER NH 03109

Creditor ID: 5765-01
GOODFELLOWS U.S.A., INC.
361 VAN NESS WAY #301
TORRANCE CA 90501

Creditor ID: 9486-01
GOODMAN COMPANY,L.P.
1810 WILSON PARKWAY
FAYETTEVILLE TN 37334

Creditor ID: 3319-01
GOODMAN MANUFACTURING COMPANY, L.P.
7400 SECURITY WAY, SUITE 300
HOUSTON TX 77040

Creditor ID: 13015-01
GOODMAN MANUFACTURING COMPANY,L.P.
4301 BLALOCK RD
HOUSTON TX 77041

Creditor ID: 480-01
GOOD'O BEVERAGE COMPANY
1801 BONNE AVENUE
BRONX NY NY 10460

Creditor ID: 3320-01
GOODONE EXPRESS (NYC) INC.
155-11 146TH AVE.
JAMAICA NY 11434

Creditor ID: 5766-01
GOODPACK USA, INC.
550 N. COMMONS DRIVE, SUITE 106
AURORA IL 60504

Creditor ID: 3321-01
GOODRICH HOLDING INC
17700 CASTLETON STREET NO 563
CITY OF INDUSTRY CA 91748

Creditor ID: 3322-01
GOODSENSE TRADING
12222 WINDERIWICK
HOUSTON TX 77066

Creditor ID: 13016-01
GOODWILL INC.
2920 SW 234 AVENUE
HILLSBORO OR 97123

Creditor ID: 18440-01
GOODWILL MANUFACTURING
1630 ENTERPRISE DRIVE
STURTEVANT WI 53177

Creditor ID: 3323-01
GOODY PRODUCTS, INC.
4475 SOUTH FULTON PARKWAY
BUILDING 5
UNION CITY GA 30349

Creditor ID: 15836-01
GOODYEAR
2750 CREEKSIDE PARKWAY
LOCKBOURNE OH 43137-9271

Creditor ID: 481-01
GOODYEAR BEAUMONT CHEMICAL PLANT
IH-10 SW, SMITH ROAD
BEAUMONT TX 77720

Creditor ID: 482-01
GOODYEAR DUNLOP TIRES (BUFFALO, NY)
PO BOX 1109
BUFFALO NY 14240

Creditor ID: 8736-01
GOODYEAR DUNLOP TIRES (WEST AMHERST, NY)
200 JOHN JAMES AUDUBON PARKWAY
WEST AMHERST NY 14228

Creditor ID: 10081-01
GOODYEAR DUNLOP TIRES NA LTD
37 VALLEY VIEW BUSINESS PARK
JESSUP PA 18434

Creditor ID: 7207-01
GOODYEAR DUNLOP TIRES NA LTD
23040 NE TOWNSEND WAY
C/O TUCKER ROCKY DISTRIBUTING
FAIRVIEW OR 97024

Creditor ID: 10082-01
GOODYEAR DUNLOP TIRES NA LTD.
24210 EAST 19TH STREET, SUITE 40
AURORA CO 80019

Creditor ID: 5767-01
GOODYEAR DUNLOP TIRES NA LTD.
10 SHERIDAN DRIVE
TONAWANDA NY 14510

Creditor ID: 15837-01
GOODYEAR DUNLOP TIRES NORTH AMERICA LTD.
CENTRAL OHIO INDUSTRIAL PARK BLDG
31 CURTIS DRIVE
SHELBY OH 44875

Creditor ID: 5768-01
GOODYEAR INTERNATIONAL CORPORATION
8181 NW 154TH ST
MIAMI LAKES FL 33016

Creditor ID: 3324-01
GOODYEAR TIRE & RUBBER
1901 GOODYEAR BLVD. D/1211
DANVILLE VA 24541

Creditor ID: 15838-01
GOODYEAR TIRE & RUBBER CO
4818 4TH IRWINDALE
COVINA CA 91706

Creditor ID: 483-01
GOODYEAR TIRE & RUBBER CO.
300 SOUTH SALEM CHURCH ROAD
YORK PA 17404

Creditor ID: 17736-01
GOODYEAR TIRE & RUBBER CO.
301 APACHE TRAIL
TERREL TX 75160

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 3325-01
GOODYEAR TIRE & RUBBER CO.
17477 NISQUALLI ROAD
VICTORVILLE CA 92392

Creditor ID: 8737-01
GOODYEAR TIRE & RUBBER CO.
2354 DAVIS COURT, # 350
HAYWARD CA 94545

Creditor ID: 13017-01
GOODYEAR TIRE & RUBBER CO.
10 SHERIDAN DRIVE
TONAWANDA NY 14150

Creditor ID: 5769-97
GOODYEAR TIRE & RUBBER CO., THE
LAURA BERESH, GENERAL COUNSEL
200 INNOVATION WAY
AKRON OH 44316-0001

Creditor ID: 19049-97
GOODYEAR TIRE & RUBBER COMPANY, THE
C/O THOMPSON HINE LLP
BARRY KAZAN, WILLIAM SCHRAG
335 MADISON AVE
NEW YORK NY 10017

Creditor ID: 484-01
GOODYEAR TIRE AND RUBBER
1144 EAST MARKET STREET
AKRON OH 44316

Creditor ID: 7208-01
GOODYEAR TIRE AND RUBBER CO UNION CITY PLANT
2605 N BERKLEY LAKE RD
DULUTH GA 30096

Creditor ID: 15839-01
GOOKAWA COMPANY LLC
4360 TANDA AVE. NW
BREMERTON WA 98312

Creditor ID: 3326-01
GORDON MANUFACTURING
5250 52ND STREET SE
GRAND RAPIDS MI 49512

Creditor ID: 13018-01
GORE TRAILERS
305 GORE TRAILER ROAD
WHITEVILLE NC 28472

Creditor ID: 3327-01
GORTON'S
128 ROGERS STREET
GLOUCESTER MA 01930-5041

Creditor ID: 5770-01
GOULD PAPER CORPORATION
11 MADISON AVENUE
NEW YORK NY 10010

Creditor ID: 13019-01
GOULSTON TECHNOLOGIES, INC.
700 N. JOHNSON STREET
MONROE NC 28110

Creditor ID: 5771-01
GOURMET CLUB CORPORATION
20 POTASH RD
OAKLAND NJ 07436

Creditor ID: 15840-01
GOURMET CUISINE CARE, OF MANNA GROUP
204 NORTH FORD STREET
GRIDLEY IL 61744

Creditor ID: 17737-01
GOURMET EXPRESS, LLC
100 GOURMET DINING DRIVE
GREENVILLE KY 42345

Creditor ID: 485-01
GOURMET EXPRESS, LLC.
600 GREEN DRIVE
GREENVILLE KY 42345

Creditor ID: 15841-01
GOURMET FOODS INC.
2910 E. HARCOURT ST.
RANCHO DOMINGUEZ CA 90221

Creditor ID: 15842-01
GOURMET FUSION FOODS INC.,
5730 UPLANDER WAY #110
CULVER CITY CA 90230

Creditor ID: 17738-01
GOURMET ITALIA IMPORTS INC
2143 ROUTE 4 EAST
FORT LEE NJ 07024

Creditor ID: 12479-01
GOURMET SELECTIONS LLC
240 CRANDON BLVD. SUITE #107
KEY BISCAYNE FL 33149

Creditor ID: 3328-01
GOURMET SPECIALTY FOODS
809 S.E.INTERSTATE DRIVE
LAWTON OK 73501

Creditor ID: 15843-01
GOWAN SEED COMPANY
3050 SOUTH AVENUE 7E
YUMA AZ 85365

Creditor ID: 8738-01
GOYA FOODS
100 SEAVIEW DR
SECAUCUS NJ 07094

Creditor ID: 3329-01
GOYA FOODS INC.
5 GOYA DRIVE
WEBSTER MA 01570

Creditor ID: 5772-01
GOYA FOODS OF CALIFORNIA
15320 SALT AVENUE
CITY OF INDUSTRY CA 91745

Creditor ID: 486-01
GOYA FOODS OF FLORIDA
13300 NW., 25TH STREET
MIAMI FL 33182

Creditor ID: 8739-01
GOYAL BROTHERS INC.
33-53 62ND ST
WOODSIDE NY 11377

Creditor ID: 487-01
GP AUTO CORP.?MIAMI?
8448 NW 72ND ST
MIAMI FL 33166

Creditor ID: 7209-01
GP CELLULOSE AMERICA MARKETING, LLC
133 PEACHTREE STREET NE, 11TH FLOOR
ATLANTA GA 30303

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15845-01
GP HARMON RECYCLING LLC.
7205 CORPORATE CENTER DR STE 400
FORMERLY HARMON ASSOCIATES LLC
MIAMI FL 33126

Creditor ID: 13020-01
GP HARMON RECYCLING LLC.
2010 MAIN STREET, SUITE 215
FORMERLY HARMON ASSOCIATES, LLC.
IRVINE CA 92614

Creditor ID: 10083-01
GP HARMON RECYCLING LLC.
2 JERICHO PLAZA
JERICHO NY 11753

Creditor ID: 3330-01
GPS / SUNSET TRADING
620 S.W. FIFTH AVENUE
PORTLAND OR 97204

Creditor ID: 8841-01
GPX INTERNATIONAL CORPORATION
730 EASTERN AVE., P.O. BOX 70
MALDEN MA 02148-0070

Creditor ID: 7210-01
GPX, INC. (ST. LOUIS, MO)
900 N. 23RD ST.
ST. LOUIS MO 63106

Creditor ID: 10084-01
GQ IMAGING INC
6444 CLARA STREET
BELL GARDENS CA 94793

Creditor ID: 3331-01
GRABBER CONSTRUCTION
205 MASON CIR
CONCORD CA 94520-1203

Creditor ID: 5773-01
GRACE DAVISON
4750 BLAFFER STREET
HOUSTON TX 77026

Creditor ID: 5774-01
GRACE HOME FASHIONS LLC
7 WEST 34TH, SUITE - 1013
NEW YORK NY 10001

Creditor ID: 488-01
GRACE INTERNATIONAL CUSTOMS BROKERS
145-119 GUY BREWER BLVD
JAMAICA NY 11434

Creditor ID: 8842-01
GRACE LOGISTICS SERVICE
6945 SAN TOMAS ROAD,
ROUTE 100 BUSINESS PARK
ELKRIDGE MD 21227

Creditor ID: 489-01
GRACE OF GOD CHILDREN?S PROJECT, INC.
409 SAVANNAH AVE
LYNCHBURG VA 24502

Creditor ID: 3332-01
GRACELAND FRUIT, INC.
1123 MAIN STREET
FRANKFORT MI 49635

Creditor ID: 3333-01
GRACEWOOD TRADING
PO BOX 370
VERO BEACH FL 32961

Creditor ID: 18441-01
GRACO CHILDREN'S PRODUCTS INC.
17182 NEVADA AVENUE
VICTORVILLE CA 92394

Creditor ID: 10085-01
GRADY WHITE BOATS
PO BOX 1527
GREENVILLE NC 27835-1527

Creditor ID: 17739-01
GRAEBEL INTERNATIONAL
10901 TANNER ROAD
HOUSTON TX 77041

Creditor ID: 15846-01
GRAEBEL INTERNATIONAL
9 ASPEN DR
RANDOLPH NJ 07869

Creditor ID: 5775-01
GRAEBEL MOVERS INTERNATIONAL
10901 TANNER ROAD
HOUSTON TX 77041

Creditor ID: 13021-01
GRAEBEL MOVERS INTERNATIONAL
16346 EAST AIRPORT CIRCLE
AURORA CO 80011

Creditor ID: 490-01
GRAEBEL MOVERS INTERNATIONAL
20208  72ND AVENUE SOUTH,
KENT WA 98032

Creditor ID: 8843-01
GRAEBEL MOVERS INTERNATIONAL INC.
16346 EAST AIRPORT CIRCLE
AURORA CO 80011

Creditor ID: 5776-01
GRAFTECH INTERNATIONAL HOLDINGS INC.
11709 MADISON AVE.
LAKEWOOD OH 44107

Creditor ID: 17740-01
GRAHAM CORPORATION
20 FLORENCE AVENUE
BATAVIA NY 14021

Creditor ID: 491-01
GRAHAM FIELD HEALTH PRODUCTS
PO BOX 932768
ATLANTA GA 31193

Creditor ID: 17741-01
GRAHAM TIRE COMPANY OF LINCOLN INC.
2121 CORNHUSKER HWY
LINCOLN NE 68521

Creditor ID: 10086-01
GRAHAM-FIELD HEALTH PRODUCTS.
2935 NORTHEAST PARKWAY
ATLANTA GA 30360

Creditor ID: 3334-01
GRAIN MARKET LLC
2545 MERREL ROAD
DALLAS TX 75229

Creditor ID: 15847-01
GRAIN PROCESSING CORPORATION
1600 OREGON STREET
MUSCATINE IA 52761

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17742-01<br>GRAIN VEST, LLC<br>226 N. MINNESOTA ST.<br>NEW ULM MN 56073 | Creditor ID: 492-01<br>GRAINGER INC.<br>100 GRAINGER PKWY<br>LAKE FOREST IL 60045 | Creditor ID: 4836-01<br>GRAKON LLC<br>1911 S. 218TH ST.<br>DES MOINES WA 98198 |
| Creditor ID: 3335-01<br>GRAMERCY PARK DESIGNS, LLC<br>7901 CHARLEMONT PT<br>LAKE WORTH FL 33467 | Creditor ID: 17743-01<br>GRAMTER INTERNATIONAL<br>11222 LA CIENEGA BLVD STE 358<br>INGLEWOOD CA 90304 | Creditor ID: 15848-01<br>GRAMTER INTERNATIONAL (USA) CO. LTD<br>148 DOUGHTY BLVD.<br>INWOOD NY 11096 |
| Creditor ID: 13022-01<br>GRAN TRADE INC.<br>320 16TH STREET<br>CARLSTADT NJ 07072 | Creditor ID: 13023-01<br>GRAND & BENEDICTS, INC.<br>301 NE SECOND AVENUE<br>PORTLAND OR 97232 | Creditor ID: 3336-01<br>GRAND & TOY<br>263 SHUMAN BLVD.<br>NAPERVILLE IL 60563 |
| Creditor ID: 10087-01<br>GRAND BASKET CO. INC.<br>53-06 GRAND AVENUE<br>MASPETH NY 11378 | Creditor ID: 17744-01<br>GRAND BK CORPORATION<br>4708 GRAND AVENUE<br>MASPETH NY 11378 | Creditor ID: 10088-01<br>GRAND FURNITURE<br>1301 BAKER RD<br>AIRPORT INDUSTRIAL PARK<br>VIRGINIA BEACH VA 23455 |
| Creditor ID: 17745-01<br>GRAND FURNITURE OF GEORGIA COMPANY<br>3981 ATLANTA HWY 78<br>LOGANVILLE GA 30052 | Creditor ID: 5777-01<br>GRAND GENERAL ACC.MFG.<br>1965 E. VISTA BELLY WAY.,<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 17746-01<br>GRAND HAVEN TECHNICAL SALES<br>15134 WILLOWWOOD COURT<br>GRAND HAVEN MI 49417 |
| Creditor ID: 15849-01<br>GRAND HOME FURNISHINGS<br>4235 ELECTRIC ROAD, SW SUITE 100<br>ROANOKE VA 24018 | Creditor ID: 5778-01<br>GRAND METAL RECYCLING INC<br>2484 CORAVIEW LN<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 17131-01<br>GRAND PACIFIC HOLDING GROUP INC<br>23129 NE 124TH PLACE<br>REDMOND WA 98053 |
| Creditor ID: 13024-01<br>GRAND SUPERCENTER INC.<br>300 CHUBB AVE.<br>LYNDHURST NJ 07071 | Creditor ID: 15850-01<br>GRAND TASTE ENTERPRISES<br>9929 HAYWARD WAY<br>SOUTH EL MONTE CA 91733 | Creditor ID: 15851-01<br>GRANDEUR INTERNATIONAL HOLDINGS(USA) INC.<br>500 BERKSHIRE LN<br>COPPELL TX 75019 |
| Creditor ID: 8844-01<br>GRANDFATHER TREE, INC.<br>779 HIGHWAY 101<br>PIERCY CA 95587 | Creditor ID: 3337-01<br>GRANDI PASTAI ITALIANI INC.<br>250 MOONACHIE ROAD, SUITE 201<br>MOONACHIE NJ 07074 | Creditor ID: 15852-01<br>GRANDIS TITANIUM LLC<br>30422 ESPERANZA<br>RANCHO SANTA MARGARITA CA 92688 |
| Creditor ID: 15853-01<br>GRANDRANGE LLC<br>11155 WESTPARK DR<br>HOUSTON TX 77042 | Creditor ID: 13025-01<br>GRANDRANGE LLC<br>ZHONGHE XIAO MBR 503 SOMERSET COURT<br>PRINCETON NJ 08540 | Creditor ID: 17747-01<br>GRANDSTONE SOLID SURFACING,INC.<br>1268 E. EDNA PLACE<br>COVINA CA 91724 |
| Creditor ID: 493-01<br>GRANITE AMERICA<br>1310 MAYBROOK SQUARE<br>MAYWOOD IL 60153 | Creditor ID: 17748-01<br>GRANITE AND CABINET LLC<br>2216 MOUNTAIN ROAD<br>DALTON GA 30720 | Creditor ID: 13026-01<br>GRANITE AND TOMBSTONE PRODUCTS, INC<br>146 US HWY 1 NORTH<br>EDISON NJ 08817 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13027-01<br>GRANITE CONSTRUCTION<br>1070 FOLSOM LAKE CROSSING<br>FOLSOM CA 95630 | Creditor ID: 15854-01<br>GRANITE EXPRESS<br>1055 SE 9TH TERRACE<br>HIALEAH FL 33010 | Creditor ID: 17749-01<br>GRANITE SECURITY PRODUCTS<br>4801 ESCO DR<br>FORT WORTH TX 76140 |
| Creditor ID: 5779-01<br>GRANITE SERVICE SUPPORT LLC<br>5101 NELSON ROAD SUITE 300<br>DBA ROCK POINT GRANITE & MARBLE<br>MORRISVILLE NC 27560 | Creditor ID: 17750-01<br>GRANITE SURFACES<br>368 LINCOLN BLVD<br>MIDDLESEX NJ 08846 | Creditor ID: 5780-01<br>GRANITI PRO<br>11826 SOUTH CLINTON<br>CHICAGO IL 60616 |
| Creditor ID: 7211-01<br>GRANPLEX, INC.<br>10300 S.W. GREENWOOD ROAD<br>PORTLAND OR 97223 | Creditor ID: 3338-01<br>GRANT PAPER COMPANY<br>161 WASHINGTON STREET, SUITE 1150<br>CONSHOHOCKEN PA 19428 | Creditor ID: 17853-01<br>GRANTHAM DISTRIBUTING CO INC<br>2685 HANSROB RD<br>ORLANDO FL 32804-3385 |
| Creditor ID: 15954-01<br>GRAPE NEWS IMPORTING<br>1537 WEST WOLFRAM ST.<br>CHICAGO IL 60657 | Creditor ID: 10089-01<br>GRAPES OF SPAIN INC.<br>7409 LOCPORTT PL<br>LORTON VA 22079 | Creditor ID: 10090-01<br>GRASS AMERICA<br>P.O. BOX 1019 1202 HWY 66<br>SOUTH KERNERSVILLE NC 27284 |
| Creditor ID: 10091-01<br>GRAVES BROTHERS CO.<br>PO BOX 277<br>WABASSO FL 32970 | Creditor ID: 8845-01<br>GRAVICO<br>400 NORWOOD AVENUE<br>STURGIS MI 49091 | Creditor ID: 15955-01<br>GRAYSON HOBBY<br>220 OLD LOGANVILLE RD<br>LOGANVILLE GA 30052 |
| Creditor ID: 13028-01<br>GRAYSON PUCKETT FERNERIES<br>5841 LAKE WINONA ROAD<br>DELEON SPRINGS FL 32130 | Creditor ID: 3339-01<br>GRAYSTAR LLC<br>9 SIMMONSVILLE RD<br>BLUFFTON SC 29910 | Creditor ID: 15956-01<br>GR-DURATECH, INC.<br>10920 KINGHURST DIVER SUITE 200<br>HOUSTON TX 77099 |
| Creditor ID: 17854-01<br>GREAT AMERICAN FOODS, INC/PIK-NIK FOODS<br>5820 STONERIDGE MALL RD STE 202<br>PLEASANTON CA 94588 | Creditor ID: 8846-01<br>GREAT AMERICAN SEAFOOD CO.,<br>2900 AYERS AVE<br>LOS ANGELES CA 90023 | Creditor ID: 5781-01<br>GREAT BASIN TRANSMISSION SOUTH, LLC<br>400 CHESTERFIELD CENTER, SUITE 110<br>SAINT LOUIS MO 63017 |
| Creditor ID: 15957-01<br>GREAT BIG COLOR, INC.<br>5670 WASHINGTON STREET<br>DENVER CO 80216 | Creditor ID: 3340-01<br>GREAT CHEER (AMERICA), INC.<br>2165 NW PROFESSIONAL DRIVE, #201<br>CORVALLIS OR 97330 | Creditor ID: 3341-01<br>GREAT DIVIDE BREWING CO.<br>2201 ARAPAHOE STREET<br>DENVER CO 80205 |
| Creditor ID: 5782-01<br>GREAT EARTH CHEMICAL INC<br>#1 3806 GARDNER EXPRESSWAY<br>QUINCY IL 62301 | Creditor ID: 10268-01<br>GREAT GLOVE (USA) INC.<br>167 N. ASPAN AVE.<br>AZUSA CA 91702 | Creditor ID: 8847-01<br>GREAT INTERNATIONAL IMPORT/EXPORT CORP<br>4308 BALDWIN AVENUE<br>EL MONTE CA 91731 |
| Creditor ID: 17855-01<br>GREAT LAKE GLADS<br>652 S. PARHAM RD<br>BRONSON MI 49028 | Creditor ID: 15958-01<br>GREAT LAKES CHEESE<br>17825 GREAT LAKES PARKWAY<br>HIRAM OH 44234 | Creditor ID: 494-01<br>GREAT LAKES DISTRIBUTION, INC.<br>2001 FISH HATCHERY RD.<br>MADISON WI 53713 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 495-01<br>GREAT LAKES DREDGE & DOCK COMPANY<br>2122 YORK RD.<br>OAK BROOK IL 60523 | Creditor ID: 10092-01<br>GREAT LAKES GRAIN, INC.<br>11595 NORTH MERIDIAN STREET<br>CARMEL IN 46032 | Creditor ID: 496-01<br>GREAT LAKES WINE & SPIRITS<br>373 VICTOR AVE.<br>HIGHLAND PARK MI 48203 |
| Creditor ID: 13029-01<br>GREAT LUCK INC.<br>369 VAN NESS WAY SUITE 809<br>TORRANCE CA 90501 | Creditor ID: 5783-01<br>GREAT LUCK INC.<br>1821 WALDEN OFFICE SQ STE 400<br>SCHAUMBURG IL 60173 | Creditor ID: 12480-01<br>GREAT NECK SAW MANUFACTURING CO. INC.<br>165 E. SECOND STREET 115<br>MINEOLA NY 11501 |
| Creditor ID: 5784-01<br>GREAT NORTHERN INT'L<br>165, AVENUE DU PRADO<br>MARSEILLE  13008<br>FRANCE | Creditor ID: 8848-01<br>GREAT PACIFIC ENTERPRISE LTD.<br>1578 COLCHESTER ST<br>DANVILLE CA 94506 | Creditor ID: 17856-01<br>GREAT PACIFIC SEAFOODS<br>650 S. ORCA ROAD<br>SEATTLE WA 98108 |
| Creditor ID: 497-01<br>GREAT PLANES<br>1190 TRADEMARK DRIVE<br>RENO NV 89511 | Creditor ID: 17857-01<br>GREAT PLANES<br>3002 N APOLLO DRIVE<br>CHAMPAIGN IL 61822-9661 | Creditor ID: 8849-01<br>GREAT PLANES/HOBBICO<br>1608 INTERSTATE DRIVE<br>CHAMPAIGN IL 61822-1067 |
| Creditor ID: 17858-01<br>GREAT RIVER ENERGY<br>P.O. BOX 800<br>ELK RIVER MN 56330-0800 | Creditor ID: 5785-01<br>GREAT RIVER ORGANIC MILLING COMPANY<br>118 SOUTH MAIN STREET<br>FOUNTAIN CITY WI 54629 | Creditor ID: 5786-01<br>GREAT RIVER TRADING COMPANY<br>1501 HIGHWOODS BLVD, SUITE 100<br>GREENSBORO NC 27410 |
| Creditor ID: 17132-01<br>GREAT SUNSAN WINE IMPORTS<br>15 PENN PLAZA SUITE 51<br>NEW YORK NY 10001 | Creditor ID: 10093-01<br>GREAT WALL SEAFOOD LA CORP.<br>11020 WEAVER AVE.<br>S. EL MONTE CA 91733 | Creditor ID: 3342-01<br>GREAT WAY TRADING & TRANS<br>501 SOUTH AIRPORT BLVD.<br>SOUTH SAN FRANCISCO CA 94080 |
| Creditor ID: 5787-01<br>GREAT WESTERN MALTING<br>1705 NW HARBORSIDE DR.<br>PO BOX 1529<br>VANCOUVER WA 98660 | Creditor ID: 10094-01<br>GREAT WESTERN TIRE<br>1329 SWEETWATER LANE<br>SPRIN VALLEY CA 91977 | Creditor ID: 3343-01<br>GREAT WESTERN TIRE COMPANY<br>2817 MARKET STREET<br>SAN DIEGO CA 92102 |
| Creditor ID: 17133-01<br>GREAT WIDE<br>1150 S ETIWANDA AVE.<br>ONTARIO CA 91761 | Creditor ID: 5788-01<br>GREATER CHINA INDUSTRIES, INC.<br>14205 SE 36TH ST.<br>BELLEVUE WA 98006 | Creditor ID: 3344-01<br>GREATER COLUMBUS CONVENTION CENTER<br>400 NORTH HIGH STREET<br>COLUMBUS OH 43215 |
| Creditor ID: 10095-01<br>GREATSUN TRADING COMPANY<br>14701 KEEL STREET, STE. 100<br>PLYMOUTH MI 48170 | Creditor ID: 5789-01<br>GRECIAN DELIGHT FOODS, INC.<br>1201 TONNE ROAD<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 10096-01<br>GRECO SURFBOARDS<br>2211 37TH STREET<br>EVERETT WA 98201 |
| Creditor ID: 13030-01<br>GREDDY PERFORMANCE PRODUCTS, INC.<br>9 VANDERBILT<br>IRVINE CA 92618-2011 | Creditor ID: 13031-01<br>GREEN BAY CONVERTING INC.<br>1085 PARKVIEW ROAD<br>GREEN BAY WI 54304 | Creditor ID: 498-01<br>GREEN BAY INDUSTRIAL INC<br>20547 E. WALNUT DR NORTH, SUITE D<br>WALNUT CA 91789 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 17859-01
GREEN BAY NONWOVENS INC.
1250 GLORY ROAD
GREEN BAY WI 54324

Creditor ID: 5790-01
GREEN BUILDING MATERIAL
21235 84TH AVE S
KENT WA 98032-1967

Creditor ID: 13032-01
GREEN CHARGE NETWORKS
309 LAURELWOOD RD., SUITE 24
SANTA CLARA CA 95054

Creditor ID: 3345-01
GREEN COUNTRY EQUIPMENT LLC
13005 HIGHWAY 207
SPEARMAN TX 79081

Creditor ID: 13033-01
GREEN CRYSTAL AROMA INC
1835 S DEL MAR AVE #203
SAN GABRIEL CA 91776

Creditor ID: 13034-01
GREEN DOOR, THE
1060 HIGHWAY 66 SOUTH
KERNERSVILLE NC 27284

Creditor ID: 17860-01
GREEN FIBER LLC
237 WEST 37TH STREET     5TH FLOOR
NEW YORK NY 10018

Creditor ID: 10269-01
GREEN GABLE CONTRACTING
9910 N.48TH ST. 109
OMAHA NE 68152

Creditor ID: 3346-01
GREEN LAND TRADING
105 MAJOR ROAD
MONMOUTH JUNCTURE NJ 08852

Creditor ID: 5791-01
GREEN LEAF CORP.
7346 WETHERINGTON DR.
WESTCHESTER OH 45069

Creditor ID: 15959-01
GREEN LOOP EXPORTS, LLC
8815 CENTRE PARK DRIVE SUITE 400
COLUMBIA MD 21045

Creditor ID: 3347-01
GREEN MOUNTAIN GRILLS LLC
19070 COUNTRY HILLS DR
COTTONWOOD CA 96022-8610

Creditor ID: 2429-01
GREEN PRAIRIE
810 N.BERYL HWY
BERYL UT 84714

Creditor ID: 17861-01
GREEN RIVER WOOD (DONG GUAN) LTD.
YANG WU AREA, DA LING SHAN TOWN,
DONG GUAN  GUANG DONG
CHINA

Creditor ID: 17862-01
GREEN VALLEY VEGETABLES INC.
2640 E. WASHINGTON BLVD. #27
LOS ANGELES CA 90023

Creditor ID: 17863-01
GREEN VANDERBILT CORPORATION
14 WALL STREET, 17 FL
NEW YORK NY 10005

Creditor ID: 15960-01
GREEN WAVE INTERNATIONAL, INC.
444 NE RAVENNA BLVD #417
SEATTLE WA 98115

Creditor ID: 10097-01
GREEN WOODEN TRADING
1422 121ST STREET
COLLEGE POINT NY 11356

Creditor ID: 3348-01
GREEN ZONE INTERNATIONAL, INC.
1556 W. 162ND STREET #1
GARDENA CA 90247

Creditor ID: 499-01
GREENBALL CORP
1814 S 3RD ST
MEMPHIS TN 38109

Creditor ID: 500-01
GREENBALL CORP.
108 PLUNKETT RD.
ZELIENOPLE PA 16063

Creditor ID: 10098-01
GREENBALL CORPORATION
222 S. HARBOR BLVD. STE #700
ANAHEIM CA 92805

Creditor ID: 501-01
GREENBALL CORPORATION
21861 PROTECTA DRIVE
ELKHART IN 46516

Creditor ID: 17864-01
GREENBRIER INTERNATIONAL, INC.
500 VOLVO PARKWAY
CHESAPEAKE VA 23320

Creditor ID: 3349-01
GREENCHEM INDUSTRIES, LLC
222 CLEMATIS STREET, SUITE 207
WEST PALM BEACH FL 33401

Creditor ID: 17134-01
GREENCO INTERNATIONAL
7340 SW HUNZIKER RD, SUITE 100
TIGARD OR 97223

Creditor ID: 17865-01
GREENE PLASTICS CORPORATION USA
105 CANONCHET ROAD
HOPE VALLEY RI 02832

Creditor ID: 8850-01
GREENE RIVER MARKETING INC.
6920 NORTH U.S. 1
VERO BEACH FL 32967

Creditor ID: 502-01
GREENFARMS SEAFOODS CORP
2714 BONNIE DR
SANTA CLARA CA 95051

Creditor ID: 503-01
GREENFIELD FASHION (USA) LIMITED
1407 BROADWAY
NEW YORK NY 10018

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5792-01<br>GREENFIELD FASHION LIMITED<br>3-1 PARK PLAZA, SUITE 266<br>OLD BROOKVILLE NY 11545 | Creditor ID: 5793-01<br>GREENFIELD INDUSTRIES INC.<br>2501 DAVIS CREEK RD.<br>SENECA SC 29678 | Creditor ID: 13035-01<br>GREENHILLS INTERNATIONAL<br>22320 FOOTHILL BLVD., STE# 650<br>HAYWARD CA 94541 |
| Creditor ID: 17866-01<br>GREENINGTON LLC<br>8017 224TH ST<br>KENT WA 98032 | Creditor ID: 15961-01<br>GREENLAND (AMERICA) INC.<br>1905 WOODSTOCK ROAD<br>ROSWELL GA 30075 | Creditor ID: 5794-01<br>GREENLAND FOOD COMPANY<br>2939 SUNOL DR.<br>VERNON CA 90023 |
| Creditor ID: 13036-01<br>GREENPARTS INTERNATIONAL, INC.<br>844 REGINA DRIVE<br>ATLANTA GA 30318 | Creditor ID: 5795-01<br>GREENPATCH, INC.<br>3850 THREE MILE LANE<br>MCMINNVILLE OR 97128 | Creditor ID: 13037-01<br>GREENPORT FOODS LLC<br>191 POST ROAD WEST<br>WESTPORT CT 06880 |
| Creditor ID: 15962-01<br>GREENSTICK SOLAR, LLC<br>7026 OLD KATY RD STE#150<br>HOUSTON TX 77024 | Creditor ID: 10099-01<br>GREENTREE ENTERPRISES INC<br>4921 CHICO WAY N.W.<br>BREMERTON WA 98312 | Creditor ID: 3350-01<br>GREENVIEW RECYCLES TRADING INC.<br>4348 EASTPARK DRIVE<br>HOUSTON TX 77028 |
| Creditor ID: 8851-01<br>GREENWAY PRODUCTS, INC.<br>4320 GREENWAY DRIVE USA<br>KNOXVILLE TN 37918 | Creditor ID: 13139-01<br>GREENWICH METALS<br>22 WEST PUTNAM AVE.<br>GREENWICH CT 06830 | Creditor ID: 3351-01<br>GREENWOOD ASSOCIATES INC.<br>6280 W.HOWARD STREET<br>NILES IL 60714 |
| Creditor ID: 5796-01<br>GREENWOOD COMPANY<br>6055 E. WASHINGTON BLVD, SUITE 460<br>COMMERCE CA 90040 | Creditor ID: 10100-01<br>GREENWOOD INT'L<br>3220 SW 1ST AVENUE, NO 100<br>PORTLAND OR 97239 | Creditor ID: 3352-01<br>GREENWOOD PRODUCTS INC<br>32275 NW HILLCREST STREET<br>NORTH PLAINS OR 97133 |
| Creditor ID: 13140-01<br>GREENWOOD RESOURCES<br>1500 SW FIRST AVENUE, SUITE 940<br>PORTLAND OR 97201 | Creditor ID: 504-01<br>GREER & GREER USED CAR<br>302 MARSHALL ST.<br>NEW ALBANY MS 38652 | Creditor ID: 3353-01<br>GREET WELL INC.<br>909 WEDDELL COURT<br>SUNNYVALE CA 94089 |
| Creditor ID: 505-01<br>GREG ALBERT DERMARGOSIAN<br>711 E. BALL ROAD<br>ANAHEIM CA 92805 | Creditor ID: 15963-01<br>GREG SMITH EQUIPMENT SALES INC<br>5800 MASSACHUSETTS AVENUE<br>INDIANAPOLIS IN 46218 | Creditor ID: 17135-01<br>GREIF FLEXIBLES USA INC.<br>7111 PERIMETER PARK DR STE 300<br>HOUSTON TX 77041 |
| Creditor ID: 13141-01<br>GREINER BIO-ONE NORTH AMERICA,INC.<br>4238 CAPITAL DRIVE<br>MONROE NC 28110 | Creditor ID: 9937-01<br>GRES SOURCE INC.<br>141 SOUTH GRAND AVENUE SUITE 1<br>FOWLERVILLE MI 48836 | Creditor ID: 13142-01<br>GRETCHEN BERUEFFY COPPEDGE<br>7495 WESTVIEW LANE<br>MONMOUTH OR 97361 |
| Creditor ID: 15964-01<br>GRI ENGINEERING & DEVELOPMENT L.L.C.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 | Creditor ID: 9938-01<br>GRI ENGINEERING & DEVELOPMENT, LLC<br>625 BARCLAY BOULEVARD<br>LINCOLNSHIRE IL 60069 | Creditor ID: 2039-01<br>GRIBETZ INTERNATIONAL<br>SAWGRASS INT'L CORP PK<br>13800 NW 4TH<br>SUNRISE FL 33325 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 506-01<br>GRIFFIN<br>2902 NEBRASKA AVENUE<br>SANTA MONICA CA 90404 | Creditor ID: 17867-01<br>GRIFFIN CLAW BREWING CO.<br>575 S. ETON<br>BIRMINGHAM MI 48009 | Creditor ID: 13143-01<br>GRIFFIN CREEK INC<br>250 HIGHWAY 78 EAST<br>LEEDS AL 35094 |
| Creditor ID: 3354-01<br>GRIFFIN INDUSTRIES, INC.<br>3026 SOUTH CENTER ROAD<br>MEMPHIS TN 38018 | Creditor ID: 9939-01<br>GRIFFIN INDUSTRIES, LLC<br>4221 ALEXANDRIA PIKE<br>COLD SPRING KY 41076 | Creditor ID: 17868-01<br>GRISSOMS, LLC<br>13920 CR 3530<br>ADA OK 74821 |
| Creditor ID: 13144-01<br>GRIZZLY INDUSTRIAL INC<br>1815 W BATTLEFIELD ST<br>SPRINGFIELD MO 65807-4111 | Creditor ID: 18442-01<br>GRIZZLY INDUSTRIAL INC.<br>1821 VALENCIA STREET<br>BELLINGHAM WA 98227 | Creditor ID: 9940-01<br>GROBEST USA INC<br>255 E. SANTA CLARA AVE.#310<br>ARCADIA CA 91006 |
| Creditor ID: 5797-01<br>GROSFILLEX INC.<br>1575 JOEL DRIVE<br>LEBANON PA 17046 | Creditor ID: 3355-01<br>GROSOLAR<br>601 OLD RIVER RD, STE 3<br>WHITE RIVER JUNCTION VT 05001 | Creditor ID: 15965-01<br>GROSS VENEER SALES, INC.<br>2040 BREVARD ROAD<br>HIGH POINT NC 27263 |
| Creditor ID: 15966-01<br>GROUND ZERO SEEDS<br>P.O. BOX 417<br>GASTON OR 97119 | Creditor ID: 13145-01<br>GROUP WAREHOUSE<br>3550 S. WILLOW AVE<br>FRESNO CA 93275 | Creditor ID: 17869-0I<br>GROVE ASSOCIATES<br>18 MUZZEY ST.<br>LEXINGTON  ATT: BARBARA MA 02421 |
| Creditor ID: 9487-01<br>GROVE SERVICES INC<br>100 WILLIAM STREET, SUITE 210<br>WELLESLEY MA 02481 | Creditor ID: 3356-01<br>GROVE SERVICES, INC. (ATL)<br>3340 PEACHTREE RD, SUITE 1965<br>ATLANTA GA 30326 | Creditor ID: 5798-01<br>GROWER SUPPLY INC<br>202 S DIVISION ST<br>TOPPENISH WA 98948 |
| Creditor ID: 9941-01<br>GROWERS DIRECT NUT COMPANY INC<br>2288 GEER ROAD<br>HUGHSON CA 95326 | Creditor ID: 15967-01<br>GROWERS EXPRESS<br>1219 ABBOTT STREET<br>SALINAS CA 93902 | Creditor ID: 13146-01<br>GROWTH UNLIMITED, INC DBA WESTERN AUTO COOL..<br>3755 LINCOLN STREET<br>RIVERSIDE CA 92503 |
| Creditor ID: 8852-01<br>GRUDEN USA INC.<br>51 NEWARLK STREET, SUITE 302<br>HOBOKEN NJ 07030 | Creditor ID: 507-01<br>GRUNER AND CO.,INC<br>641 LEXINGTON AVENUE, SUITE 632<br>NEW YORK NY 10022 | Creditor ID: 3357-01<br>GRUPO ANTOLIN NORTH AMERICA<br>208 COMMERCE COURT<br>HOPKINSVILLE KY 42240 |
| Creditor ID: 8853-01<br>GS FURNITURE<br>6250 SYCAMORE CANYON<br>RIVERSIDE CA 92507 | Creditor ID: 8854-01<br>GS HOME FURNISHING<br>7413 W. DUVAN DRIVE<br>TINLEY PARK IL 60477 | Creditor ID: 8855-01<br>GSD INTERNATIONAL, L.P.<br>5602 ARMOUR DRIVE<br>HOUSTON TX 77020 |
| Creditor ID: 8856-01<br>GSP NORTH AMERICA CO. INC.<br>11222 S. LA CIENEGA BLVD. #148<br>INGLEWOOD CA 90304 | Creditor ID: 18443-01<br>G-STAR APPAREL<br>599 BROADWAY, 11TH FLOOR<br>NEW YORK NY 10012 | Creditor ID: 13147-01<br>GSW<br>4177 ROWLAND AVE., UNIT B<br>EL MONTE CA 91731 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15968-01<br>G-TECH TECHNOLOGY<br>21307 FERRERO PARKWAY<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 17870-01<br>GTEX INTERNATIONAL<br>229 CROOKS AVENUE #311<br>CLIFTON NJ 07011 | Creditor ID: 17871-01<br>GTFF MILL CORPO<br>1500 SW FIRST AVENUE, SUITE 940<br>PORTLAND OR 97201 |
| Creditor ID: 7212-01<br>GUANG FENG INTERNATIONAL CORP.<br>555 116TH AVE N.E. SUITE 155<br>BELLEVUE WA 98004 | Creditor ID: 17872-01<br>GUANGYI GROUP U.S.A., INC.<br>1501 HUGHES WAY #401<br>LONG BEACH CA 90810 | Creditor ID: 17873-01<br>GUARDIAN AUTOMOTIVE PRODUCTS INC.<br>2040 PRODUCTION DRIVE<br>FINDLAY OH 45840 |
| Creditor ID: 8858-01<br>GUARDIAN INDUSTRIES CORP<br>14600 ROMINE ROAD<br>CARLETON MI 48117 | Creditor ID: 8857-01<br>GUARDIAN INDUSTRIES CORP<br>110 JACK GUYNN DRIVE<br>GALAX VA 24333 | Creditor ID: 9942-01<br>GUARDIAN INDUSTRIES CORP.<br>300 SOUTH 5TH AVE. EAST<br>DEWITT IA 52742 |
| Creditor ID: 15969-01<br>GUARDIAN INDUSTRIES CORP.<br>50 FORGE AVENUE<br>GENEVA NY 14456 | Creditor ID: 508-01<br>GUARDIAN INDUSTRIES CORP.<br>2300 HARMON ROAD<br>AUBURN HILLS MI 48326 | Creditor ID: 3358-01<br>GUARDIAN INDUSTRIES CORP.<br>11535 E. MOUNTAIN VIEW<br>KINGSBURG CA 93631 |
| Creditor ID: 8859-01<br>GUARDIAN INDUSTRIES CORP.<br>3801 S. HIGHWAY 287<br>CORSICANA TX 75109 | Creditor ID: 3359-01<br>GUARDIAN TECHNOLOGIES LLC<br>7120 KRICK ROAD<br>WALTON HILLS OH 44146 | Creditor ID: 3360-01<br>GUARDIAN WEBSTER INC.<br>5 CUDWORTH ROAD, WEBSTER, MA 01570<br>WEBSTER MA 01570 |
| Creditor ID: 13148-01<br>GUERRA NUT SHELLING COMPANY<br>190 HILLCREST RD<br>HOLLISTER CA 95023-4944 | Creditor ID: 15970-01<br>GUILFORD ORTHO & SPORTS MEDICINE CENTER<br>1915 LENDEW STREET<br>GREENSBORO NC 27408 | Creditor ID: 9943-01<br>GUITAR CENTER<br>5795 LINDERO CANYON ROAD<br>WESTLAKE VILLAGE CA 91362 |
| Creditor ID: 509-01<br>GUITAR CENTER<br>950 E. NORTHFIELD DRIVE<br>BROWNSBURG IN 46112 | Creditor ID: 15971-01<br>GUL TEX INC.<br>874 POMPTON AVE<br>CEDAR GROVE NJ 07009-1213 | Creditor ID: 15972-01<br>GULBRANDSEN CHEMICALS INC.<br>183 GULBRANDSEN ROAD<br>ORANGEBURG SC 29115 |
| Creditor ID: 13149-01<br>GULF & NORTHERN TRADING CORP<br>2201 MT. EPHRAIM AVENUE<br>HARIS TRML BLD 90<br>CAMDEN NJ 08104 | Creditor ID: 7213-01<br>GULF MARINE & INDUSTRIAL SUPPLY INC.<br>5501 JEFFERSON HWY<br>NEW ORLEANS LA 70123 | Creditor ID: 9944-01<br>GULF POLYMERS<br>9203 COLONY WAY COURT<br>SPRING TX 77379 |
| Creditor ID: 8860-01<br>GULF SOUTH FOREST PRODUCTS INC<br>3038 N FEDERAL HWY BLDG L<br>FORT LAUDERDALE FL 33306 | Creditor ID: 9488-01<br>GUMBALL KIDZ VENDING COMPANY<br>26570 SIGNBOARD ROAD<br>RUTHER GLEN VA 22546 | Creditor ID: 3361-01<br>GUN HILL TILE<br>1047 GUN HILL ROAD<br>BRONX NY 10469 |
| Creditor ID: 510-01<br>GUND, INC<br>1 RUNYONS LANE<br>EDISON NJ 08818 | Creditor ID: 4473-01<br>GUNDERSON CONCARRIL<br>DOM. CONOCIDO, ZONA INDUSTRIAL, CD<br>SAHAGUN CITY, HIDALGO  43990<br>MEXICO | Creditor ID: 15973-01<br>GUNDERSON LLC.<br>4350 NW FRONT AVENUE<br>PORTLAND OR 97210 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13150-01<br>GUNTHER RUTZINGER<br>2525 GAMBELL STREET<br>ANCHORAGE AK 99518 | Creditor ID: 15974-01<br>GUO LIAN INT'L INC.<br>1372 BROADWAY NO. 413<br>NEW YORK NY 10018 | Creditor ID: 4837-01<br>GUOTAI USA, INC.<br>112 W 9TH ST, STE315<br>LOS ANGELES CA 90015 |
| Creditor ID: 5799-01<br>GUOYA BAMBOO USA, INC.<br>1187 ANDOVER PARK WEST<br>TUKWILA WA 98188 | Creditor ID: 15975-01<br>GURONA CORP.<br>333 GELLERT BLVD #161<br>DALY CITY CA 94015 | Creditor ID: 13151-01<br>GUS SCLAFANI CORP.<br>22-24 BUTLER ST.<br>NORWALK CT 06850 |
| Creditor ID: 511-01<br>GUSTO FOOD, INC. (AR)<br>51-09 GRAND AVE<br>MASPETH NY 11378 | Creditor ID: 8861-01<br>GUTCHESS INTERNATIONAL INC.<br>PO BOX 5435 100 MCLEAN ROAD<br>CORTLAND NY 13045 | Creditor ID: 15976-01<br>GUYOUNGTECH USA, ALABAMAHCR<br>200-5 HIGHWAY 31 SOUTH<br>EVERGREEN AL 36401 |
| Creditor ID: 5800-01<br>GV SERVICE INC<br>13 CROSBY STREET NO 501<br>NEW YORK NY 10013 | Creditor ID: 15977-01<br>GV STEELS LLC<br>7510 BURGOYNE RD.<br>HOUSTON TX 77063 | Creditor ID: 9945-01<br>GVI SECURITY INC<br>2801 TRADE CENTER DRIVE, SUITE 120<br>CARROLLTON TX 75007 |
| Creditor ID: 17874-01<br>GW ART DECOR, INC.<br>1511 S. VINEYARD AVE,<br>ONTARIO CA 91761 | Creditor ID: 3362-01<br>GWALTNEY INTERNATIONAL<br>601 NORTH CHURCH STREET<br>SMITHFIELD VA 23420 | Creditor ID: 15978-01<br>GWINNETT INTERNATIONAL FARMER'S MARKET<br>3825 SHACKELFORD ROAD<br>DULUTH GA 30096 |
| Creditor ID: 5801-01<br>GYMBOREE CORPORATION<br>2299 KIDS WAY<br>DIXON CA 95620 | Creditor ID: 7214-01<br>GYMBOREE CORPORATION<br>500 HOWARD ST<br>SAN FRANCISCO CA 94107 | Creditor ID: 9946-01<br>GYMBOREE MANUFACTURING INC.<br>500 HOWARD STREET<br>SAN FRANCISCO CA 94105 |
| Creditor ID: 512-01<br>H & D INTERNATIONAL<br>9500 4TH AVE S. SUITE<br>SEATTLE WA 98108 | Creditor ID: 9947-01<br>H & H ENTERPRISES INC<br>5129 POWDER MILL RD.<br>BELTSVILLE MD 20705 | Creditor ID: 513-01<br>H & J TRADING CO<br>15 CROWN CANYON COURT, #100<br>SAN RAMON CA 94583 |
| Creditor ID: 15979-01<br>H & K INTERNATIONAL TRADING<br>104 GILDER CT.,<br>PIKE ROAD AL 36064 | Creditor ID: 514-01<br>H & L WHOLESALE FOOD CORPORATION<br>5123 VIA CORONA STREET<br>LOS ANGELES CA 90022 | Creditor ID: 3363-01<br>H & M FOOD, INC.<br>108 N. YNEZ AVE., SUITE 208<br>MONTEREY PARK CA 91754 |
| Creditor ID: 7215-01<br>H & M HENNES & MAURITZ INC.<br>1170 REMINGTON BLVD<br>ROMEOVILLE IL 60446 | Creditor ID: 8862-01<br>H & M HENNES & MAURITZ LP<br>11204 NORWALK BOULEVARD<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 13152-01<br>H & N FOODS INTERNATIONAL, INC.<br>5580 S. ALAMEDA STREET<br>VERNON CA 90058 |
| Creditor ID: 15980-01<br>H & S FURNITURE IMPORTS<br>6163 WINTON WAY<br>WINTON CA 95388 | Creditor ID: 15981-01<br>H & T SEAFOOD<br>5598 LINDBERGH LANE<br>BELL CA 90201 | Creditor ID: 8863-01<br>H & T SEAFOOD<br>1731 N.SPRING ST<br>LOS ANGELES CA 90012 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 17875-01
H & W PACIFIC MARKETING
5671 RICKENBACKER ROAD
BELL CA 90201

Creditor ID: 515-01
H AND N FISH COMPANY
125 BAYSHORE BLVD
SAN FRANCISCO CA 94124

Creditor ID: 516-01
H AND N FOODS INTERNATIONAL INC.
5580 ALAMEDA ST.
VERNON CA 90058

Creditor ID: 4838-01
H BEST LIMITED
1411 BROADWAY, 8TH FL
NEW YORK NY 10018

Creditor ID: 9948-01
H F INTERNATIONAL INC
821 NW FLANDERS STREET, MAIN FLOOR
PORTLAND OR 97209

Creditor ID: 8864-01
H J M INTERNATIONAL INC
153-39 ROCKAWAY
JAMAICA NY 11434

Creditor ID: 517-01
H MISTLER
17511 148TH RD.
JAMAICA NY 11434

Creditor ID: 518-01
H MOTORS ONLINE.,INC
7585 SAN FERNANDO
BURBANK CA 91502

Creditor ID: 9949-01
H PARK SEATING
475 APOLLO DR.
LINO LAKES MN 55014

Creditor ID: 519-01
H&C FOOD INC
1300 METROPOLITAN AVE
BROOKLYN NY 11237

Creditor ID: 520-01
H&K FURNITURE
125 SOUTH STREET, PASSAIC, NJ 07055
PASSAIC NJ 07055

Creditor ID: 9489-01
H&M HENNES & MAURITZ LP
100 PORETE AVE
NORTH ARLINGTON NJ 07031

Creditor ID: 9950-01
H&M METALS INC
9A COLUMBIA DRIVE
AMHERST NH 03031

Creditor ID: 13153-01
H. MUEHLSTEIN & CO., INC
10 WESTPORT ROAD BUILDING A
WILTON CT 06897

Creditor ID: 5802-01
H. WINTER & CO TILE
892 NORTH GILMORE STREET
ALLENTON PA 18103

Creditor ID: 3364-01
H. YOUNG INTERNATIONAL
9110-B ALCOSTA BLVD. # 239
SAN RAMON CA 94583-3852

Creditor ID: 3365-01
H.A.O. TRADE CORP.
1108 S. BALDWIN AVE. 2ND FLOOR
ARCADIA CA 91007

Creditor ID: 9951-01
H.B. CHEMICAL CORPORATION
140 EAST ASCOT LANE
CUYAHOGA FALLS OH 44223

Creditor ID: 521-01
H.B. CHEMICAL CORPORATION
140 E. ASCOT LANE
CUYAHOGA FALLS OH 44223

Creditor ID: 15982-01
H.B. FULLER
1200 WILLOW LAKE BLVD
SAINT PAUL MN 55110

Creditor ID: 8865-01
H.B. FULLER COMPANY
5000 CHARTER OAK DRIVE
PADUCAH KY 42001

Creditor ID: 3366-01
H.B. FULLER COMPANY
6107 INDUSTRIAL WAY
HOUSTON TX 77011

Creditor ID: 522-01
H.C. DUKE & SON, INC.
EIGHT AVENUE 2116
EAST MOLINE IL 61244

Creditor ID: 3367-01
H.I.S INTERNATIONAL
112W. 34TH STREET, SUITE 1207
NEW YORK NY 10120

Creditor ID: 13154-01
H.I.S. INTERNATIONAL GROUP LLC
34 WEST 33RD STREET, 2ND FLOOR
NEW YORK NY 10001

Creditor ID: 8866-01
H.J. BAKER & BRO., INC.
228 SAUGATUCK AVENUE
WESTPORT CT 06880

Creditor ID: 5803-01
H.J.M. INTERNATIONAL INC.
153-39 ROCKWAY BLVD
JAMAICA NY 11434

Creditor ID: 5804-01
H.M. RICHARD'S INC
414 ROAD 2790
GUNTOWN MS 38849

Creditor ID: 524-01
H.M. ROYAL OF CALIFORNIA, INC
6880 8TH STREET
BUENA PARK CA 90622

Creditor ID: 3368-01
H.M.ROYAL, INC
689 PENNINGTON AVENUE
TRENTON NJ 08601-0028

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5805-01<br>H.S. TRADING COMPANY<br>9381 E. STOCKTON BLVD<br>ELK GROVE CA 95624 | Creditor ID: 15983-01<br>H.S.GLOBAL ENTERPRISES INC<br>6 TURNBERRY COURT<br>DIX HILLS NY 11746 | Creditor ID: 8867-01<br>H.Y.I<br>222 N. VINCENT AVENUE<br>COVINA CA 91722 |
| Creditor ID: 15984-01<br>H2O AT HOME, INC.<br>111 FORREST AVENUE<br>NARBERTH PA 19072 | Creditor ID: 5806-01<br>H2ORIGINS SEAFOOD INC<br>14201 SE PETROVITSKY RD STE A3-338<br>RENTON WA 98058 | Creditor ID: 525-01<br>HAAS AUTOMATION, INC<br>2800 STURGIS ROAD<br>OXNARD CA 93030 |
| Creditor ID: 9952-01<br>HABAND COMPANY<br>1 INTERNATIONAL BLVD. SUITE 800<br>MAHWAH NJ 07495 | Creditor ID: 15985-01<br>HABAND COMPANY INC<br>148 INDUSTRIAL BLVD<br>EATONTON GA 31024 | Creditor ID: 3369-01<br>HABASH TRADING, INC.<br>6801 WEST 66TH PLACE<br>BEDFORD PARK IL 60638 |
| Creditor ID: 17876-01<br>HABCO CORP<br>41 RANICK DRIVE EAST<br>AMITYVILLE NY 11701 | Creditor ID: 9953-01<br>HABIB AMERICAN BANK<br>99 MADISON AVENUE<br>NEW YORK NY 10016 | Creditor ID: 9954-01<br>HABIB TILE & STONE INC.<br>9026 RANCHO REAL ROAD<br>TEMPLE CITY CA 91780 |
| Creditor ID: 3370-01<br>HADCO<br>12430 MERCANTILE ( ROJAS 7 ) DRIVE<br>EL PASO TX 79927 | Creditor ID: 17136-01<br>HADDON HOUSE FOOD PRODUCTS<br>250 OLD MARLTON PIKE<br>MEDFORD NJ 08055 | Creditor ID: 5807-01<br>HADDON HOUSE FOODS PRODUCT<br>578 L&C DISTRIBUTION CENTER<br>RICHBURG SC 29729 |
| Creditor ID: 13155-01<br>HADSON (TOKO) TRADING CO<br>57 - 18 FLUSHING AVE<br>MASPETH NY 11378 | Creditor ID: 9955-01<br>HAELSSEN & LYON NORTH AMERICA CORP.<br>17 BATTERY PLACE, SUITE 1307<br>NEW YORK NY 10004 | Creditor ID: 15986-01<br>HAFEN CONSOLIDATORS  USA<br>11700 NW 101ST ROAD - SUITE 16<br>MIAMI FL 33178 |
| Creditor ID: 4839-01<br>HAFEN USA<br>2301 EAST EDGAR ROAD, BUILDING 3A<br>LINDEN NJ 07036 | Creditor ID: 3371-01<br>HAGER COMPANIES, WEST COAST<br>901 S 86TH AVE BLDG 2 STE 100<br>TOLLESON AZ 85353 | Creditor ID: 526-01<br>HAGGAR CLOTHING CO.<br>11511 LUNA ROAD<br>DALLAS TX 75234 |
| Creditor ID: 527-01<br>HAIER AMERICA COMPANY, LLC<br>1800 VALLEY ROAD<br>WAYNE NJ 07470 | Creditor ID: 8868-01<br>HAIER AMERICA REGRIGERATORS CO.<br>50 HAIER BLVD.<br>CAMDEN SC 29020 | Creditor ID: 5808-01<br>HAIER AMERICA TRADING LLC<br>1800 VALLEY ROAD<br>WAYNE NJ 07470 |
| Creditor ID: 17877-01<br>HAIER CORPORATION<br>11960 BRICKSOME AVE.STE. B/C<br>BATON ROUGE LA 70816 | Creditor ID: 8869-01<br>HAIER US APPLIANCE SOLUTIONS<br>649 OMEGA PARKWAY<br>SUPPLIER DISTRIBUTION CENTER<br>SHEPHERDSVILLE KY 40165-8501 | Creditor ID: 17878-01<br>HAIFA NUTRITECH (HNT) INC.<br>307 CRANES ROOST BLVD STE 2030<br>ALTAMONTE SPRINGS FL 32701 |
| Creditor ID: 528-01<br>HAIL & COTTON, INC<br>2500 S. MAIN STREET<br>SPRINGFIELD TN 37172 | Creditor ID: 5809-01<br>HAILIANG AMERICA CORPORATION<br>1001 JAMES DRIVE   SUITE B38<br>LEESPORT PA 19533 | Creditor ID: 529-01<br>HAIN GOURMET INC.<br>100 PASSAIC AVENUE, SUITE 240<br>FAIRFIELD NJ 07004 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13156-01<br>HAIR ZONE, INC<br>10 SLATE STREET<br>MOONACHIE NJ 07074 | Creditor ID: 8870-01<br>HAITAI, INC.<br>7227 TELEGRAPH ROAD<br>MONTEBELLO CA 90640 | Creditor ID: 5810-01<br>HAJI SALAM KOCHI FOOD WC.<br>138-54 94TH AVE.<br>JAMAICA NY 11435 |
| Creditor ID: 4840-01<br>HAKAN USA INC.<br>413 SOUTH MAIN STREET<br>BROADWAY VA 22815 | Creditor ID: 9957-01<br>HALCO LIGHTING CORP(ATL-MAIN)<br>2940 A PACIFIC DRIVE<br>NORCROSS GA 30071 | Creditor ID: 13157-01<br>HALCO LIGHTING TECHNOLOGIES<br>2940 A PACIFIC DRIVE<br>NORCROSS GA 30071 |
| Creditor ID: 9958-01<br>HALEAKALA WALNUT SHELLING, INC<br>9979 TYLER ROAD<br>GERBER CA 96035 | Creditor ID: 8871-01<br>HALF FULL ENTERPRISES<br>PO BOX 1808<br>HIGH POINT NC 27261 | Creditor ID: 530-01<br>HALFEN WOOD SPECIALTIES LLC<br>18 DOVER WAY<br>LAKE OSWEGO OR 97034 |
| Creditor ID: 17879-01<br>HALFORD HIDES & LEATHER (EDMONTON, CANADA)<br>8629-126 AVENUE<br>EDMONTON AB T5B1G8<br>CANADA | Creditor ID: 531-01<br>HALLA CLIMATE SYSTEMS ALABAMA CORP.<br>676 HALLA-BAMA DRIVE<br>SHORTER AL 36075 | Creditor ID: 5811-01<br>HALLA MAX INC.<br>478 E. ASH ST.<br>BREA CA 92821 |
| Creditor ID: 8872-01<br>HALLMARK CARDS (IRELAND) LTD.<br>2501 MCGEE TRAFFICWAY<br>KANSAS CITY MO 64108 | Creditor ID: 9959-01<br>HALLMARK CARDS INC<br>2501 MCGEE TRAFFICWAY<br>KANSAS CITY MO 64108 | Creditor ID: 8873-01<br>HALLMARK CARDS INC<br>2101 N LIGHTBURNE ST<br>LIBERTY MO 64068-9759 |
| Creditor ID: 3372-01<br>HALLMARK CARDS, INC.<br>2501 MCGEE STREET, BUILDING 2460<br>PO BOX 419580, MD122<br>KANSAS CITY MO 64141-6580 | Creditor ID: 532-01<br>HALLMARK CUSTOM MARKETING<br>2460 PERSHING RD, SUITE 600<br>TRAFFIC MAIL DROP 122<br>KANSAS CITY MO 64108 | Creditor ID: 17137-01<br>HALLMARK CUSTOM MARKETING, INC.<br>2501 MCGEE ST.<br>KANSAS CITY MO 64141 |
| Creditor ID: 9105-01<br>HALLMARK FLOWERS (FLW)<br>2501 MCGEE ST.<br>KANSAS CITY MO 64141 | Creditor ID: 13158-01<br>HALLMARK INTERNATIONAL (INT)<br>12001 VENTURA PLACE, SUITE 300<br>STUDIO CITY CA 91604 | Creditor ID: 5812-01<br>HALLMARK MANAGEMENT SERVICES, LLC<br>2501 MCGEE TRAFFICWAY<br>KANSAS CITY MO 64108 |
| Creditor ID: 533-01<br>HALLMARK MARKETING COMPANY, LLC.<br>2501 MCGEE STREET<br>KANSAS CITY MO 64141 | Creditor ID: 10270-01<br>HALLMARK MARKETING CORP. (HMC)<br>2501 MCGEE ST.<br>KANSAS CITY MO 64141 | Creditor ID: 3373-01<br>HALLMARK RETAIL, LLC.<br>2501 MCGEE TRAFFICWAY<br>KANSAS CITY MO 64108 |
| Creditor ID: 534-01<br>HALLMART COLLECTIBLES INC.<br>8963 BRADLEY AVENUE<br>SUN VALLEY CA 91352 | Creditor ID: 13159-01<br>HALL'S SALVAGE<br>720 HIGHWAY 78<br>SWEETWATER TN 37874 | Creditor ID: 9106-01<br>HALLSTAR<br>4460 HUDSON DRIVE<br>STOW OH 44224 |
| Creditor ID: 535-01<br>HALSTEAD NEW ENGLAND CORP<br>15 OAKWOOD AVE<br>NORWALK CT 06850 | Creditor ID: 15987-01<br>HAM TRADING<br>8551 ESTER WAREHOUSE<br>IRVING TX 75063 | Creditor ID: 13160-01<br>HAMBROOK?S AUCTION CENTER<br>480 LIGHTHOUSE AVE<br>PACIFIC GROVE CA 93950 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 10271-01
HAMBURG SUD NORTH AMERICA, INC.
465 SOUTH STREET
MORRISTOWN NJ 07960

Creditor ID: 15988-01
HAMBY YOUNG
1245 DANNER DRIVE
AURORA OH 44202

Creditor ID: 9107-01
HAMCHOROM INC
8475 ARTESIA BLVD SUITE#102
BUENA PARK CA 90621

Creditor ID: 536-01
HAMILTON BEACH BRANDS, INC
201 SOUTH COLLEGE STREET
CHARLOTTE NC 28288

Creditor ID: 9960-01
HAMILTON BEACH BRANDS, INC.
4421 WATERFRONT DRIVE
GLEN ALLEN VA 23060

Creditor ID: 13161-01
HAMILTON PARKER COMPANY
1865 LEONARD AVENUE
COLUMBUS OH 43219

Creditor ID: 9961-01
HAMMERHEAD TRENCHLESS EQUIPMENT
1300 CAPITOL DRIVE
OCONOMOWOC WI 53066

Creditor ID: 3375-01
HAMMI INC.
730 ANDOVER PARK EAST
TUKWILA WA 98188

Creditor ID: 10272-01
HAMMOND GROUP INC
1414 FIELD STREET BUILDING B
HAMMOND IN 46325

Creditor ID: 3376-01
HAMPSHIRE BRANDS, INC.
114 WEST 41ST STREET, 8TH FLOOR
NEW YORK NY 10036

Creditor ID: 9962-01
HAMPSHIRE CHEMICAL
55 HAYDEN AVE
LEXINGTON MA 02173

Creditor ID: 13162-01
HAMPTON AUTOMOTIVE GROUP, INC.
50 ICON
FOOTHILL RANCH CA 92610

Creditor ID: 5814-01
HAMPTON FARMS
MAIN STREET AT VIRCAR, PO BOX 149
SEVERN NC 27877

Creditor ID: 9108-01
HAMPTON LUMBER SALES
9600 SW BARNES ROAD, SUITE 200
PORTLAND OR 97225

Creditor ID: 16087-01
HAMPTON PRODUCTS INTERNATIONAL CORPORATION
50 ICON FOOTHILL RANCH
FOOTHILL RANCH CA 92610

Creditor ID: 5815-01
HAMPTON PT, LLC
3030 NW 29TH AVENUE
PORTLAND OR 97210

Creditor ID: 537-01
HAN FENG GLOBAL, INC.
ONE GLENLAKE PARKWAY  SUITE 780
ATLANTA GA 30328

Creditor ID: 9490-01
HANA DESIGN
902 THE ALAMEDA
BERKELEY CA 94707

Creditor ID: 538-01
HANAMI FOODS CORP.
103 GODWIN AVE SUITE#123
MIDLAND PARK NJ 07432

Creditor ID: 9963-01
HANCO CORPORATION
2855 EAGANDALE BLVD.
EAGAN MN 55121

Creditor ID: 539-01
HANCOCK BASKETS HEATHER DALRYMPLE
19 VACHER RD
HANCOCK NH 03449

Creditor ID: 9964-01
HAND PICKED
226 EAST LEE ST
WARRENTON VA 20186

Creditor ID: 3377-01
HANDGARDS INC.
901 HAWKINS BLVD
EL PASO TX 79915-1202

Creditor ID: 13163-01
HANDWERKER-WINBURNE, INC.
9014 N. 23RD AVENUE #1
PHOENIX AZ 85021

Creditor ID: 16088-01
HANDY BUTTON KENLIN
1750 N. 25TH AVE.
MELROSE PARK IL 60160

Creditor ID: 9965-01
HANDY INTERNATIONAL INC
700 E. MAIN STREET
SALISBURY MD 21804

Creditor ID: 9966-01
HANDYLEE ENTERPRISES (USA) CORP
55-30 58TH STREET
MASPETH NY 11378

Creditor ID: 3378-01
HANES CONVERTING
500 NORTH MCLIN CREEK ROAD
CONOVER NC 28613

Creditor ID: 17880-01
HANES GEO COMPONENTS
600 NW BLVD
WINSTON-SALEM NC 27101

Creditor ID: 5816-01
HANES INDUSTRIES
500 NORTH MCLIN CREEK ROAD
CONOVER NC 28613

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 16089-01
HANESBRANDS EXPORT CANADA LLC
1000 EAST HANES MILL ROAD
WINSTON SALEM NC 27105

Creditor ID: 540-01
HANESBRANDS, INC.
1000 EAST HANES MILL ROAD
WINSTON SALEM NC 27105

Creditor ID: 541-01
HANG TUNG RESOURCES (USA) CO.,LTD
2700 PATRIOT BLVD, SUITE 160
GLENVIEW IL 60026

Creditor ID: 3379-01
HANIL ELECTRONICS AMERICA INC
2155 BRITANNIA BLVD STE B
SAN DIEGO CA 92154

Creditor ID: 9969-01
HANJIN GLOBAL LOGISTICS
1111 E. WATSON CENTER ROAD UNIT E
CARSON CA 90745

Creditor ID: 18991-97
HANJIN SHIPPING CO., LTD.
TAI-SOO SOOK
HANJIN SHIPPING BLDG.
25 GUKJEGEUMYUNG-RO 2-GIL
YEONGDEUNGPO-GU
SEOUL  07327
KOREA

Creditor ID: 542-01
HANKOOK TIRE AMERICA
1450 VALLEY RD
WAYNE NJ 07470

Creditor ID: 543-01
HANKOOK TIRE AMERICA CORP.
36 SAW MILL POND
ROAD EDISON NJ 08817

Creditor ID: 17882-01
HANKOOK TIRE NAPA DIST.
1245 COMMERCE BLVD.
AMERICAN CANYON CA 94589

Creditor ID: 544-01
HANKS DISCOUNT FINE FURNITURE
9813 I-30
LITTLE ROCK AR 72209

Creditor ID: 9110-01
HANK'S FURNITURE, INC
5708 WARDEN RD
SHERWOOD AR 72120

Creditor ID: 3380-01
HANKYU HANSHIN EXPRESS(USA) INC.
5701 S. WARE ROAD., #1
MCALLEN TX 78503

Creditor ID: 3381-01
HANMI BANK
3660 WILSHIRE BLVD. SUITE 103,
LOS ANGELES CA 90010

Creditor ID: 13164-01
HANMI INC. (MD)
6560 DOBBIN ROAD
COLUMBIA MD 21045

Creditor ID: 5817-01
HANMI, INC.
8040 S. 192ND STREET
KENT WA 98032

Creditor ID: 10201-01
HANNAM TRADING INC
14325 INDSTRY CIRCLE
LA MIRADA CA 90638

Creditor ID: 17883-01
HANS JOHNSEN COMPANY
8901 CHANCELLOR ROW
DALLAS TX 75247

Creditor ID: 5818-01
HANS TIMBER CORP.
7929 149TH PL. S.E.
NEW CASTLE WA 98059

Creditor ID: 3382-01
HANS US CORPORATION
7929 149TH PL SE
NEWCASTLE WA 98059

Creditor ID: 3383-01
HANSA MEYER TRANSPORT USA,LLC
712 MAIN STREET, SUITE1820
HOUSTON TX 77002

Creditor ID: 545-01
HANSAN GROUP, INC.
2521 S. ALAMEDA ST
LOS ANGELES CA 90058

Creditor ID: 17884-01
HANSAN PACIFIC RESOURCES CO.
2901 S. 128TH ST. STE-203
SEATTLE WA 98168

Creditor ID: 546-01
HANSOL AMERICA, INC.
400 KELBY ST, 6TH FLOOR
FORT LEE NJ 07024

Creditor ID: 5819-01
HANSOL AMERICA, INC.
12750 CENTER COURT DRIVE SUITE 405
CERRITOS CA 90703

Creditor ID: 547-01
HANSOL MULTITECH INC.
7001 VILLAGE DRIVE STE 255
BUENA PARK CA 90621

Creditor ID: 548-01
HANSOL-GOLDPOINT, LLC
12792 VALLEY VIEW ST.  SUITE 211
GARDEN GROVE CA 92845

Creditor ID: 16091-01
HANSON FURNITURE
6109 N. WINTON WAY
WINTON CA 95388

Creditor ID: 9491-01
HANWA AMERICAN CORP.
400 KELBY STREET, 12TH FLOOR
FORT LEE NJ 07024

Creditor ID: 549-01
HANWA AMERICAN CORPORATION
601 UNION STREET, SUITE 626
SEATTLE WA 98101

Creditor ID: 10202-01
HANWHA ADVANCED MATERIALS AMERICA
925 WASHBURN SWITCH RD
SHELBY NC 28150

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3384-01 | Creditor ID: 9111-01 | Creditor ID: 2430-01 |
| HANWHA INTERNATIONAL LLC | HANWHA L&C ALABAMA LLC | HANWHA MACHINERY AMERICA, INC. |
| 300 FRANK W. BURR BLVD., SUITE 52 | 2000 ENTERPRISE DRIVE | 9750 S.OAKWOOD PARK DR. |
| TEANECK NJ 07666 | FOREST VA 24551 | FRANKLIN WI 53132 |
| | | |
| Creditor ID: 9112-01 | Creditor ID: 9113-01 | Creditor ID: 16092-01 |
| HAPPY D CORPORATION | HAPPY TIMES TOBACCO INC | HARAM CHRISTENSEN CORP |
| 9525 INTERNATIONAL BLVD | 980 LITTLE EAST NECK ROAD | 125 ASIA PLACE |
| OAKLAND CA 94603 | BABYLON NY 11704 | CARLSTADT NJ 07072 |
| | | |
| Creditor ID: 17885-01 | Creditor ID: 19178-97 | Creditor ID: 10203-01 |
| HARBISON-WALKER REFRACTORIES CO. | HARBOR BRIDGE INTERMODAL INC | HARBOR COLD STORAGE |
| 600 GRANT ST., 50TH FL. | 1910 HALETHORPE FARMS RD | 4645 TOLT AVE |
| PITTSBURGH PA 15219 | BALTIMORE MD 21227 | CARNATION WA 98014 |
| | | |
| Creditor ID: 13165-97 | Creditor ID: 550-01 | Creditor ID: 13167-01 |
| HARBOR EXPRESS, INC. | HARBOR FREIGHT TOOLS | HARBOR FREIGHT TOOLS TEXAS, L.P |
| 501 QUAY AVENUE | 3491 MISSION OAKS BLVD | 224 HARBOR FREIGHT ROAD |
| WILMINGTON CA 90744-5949 | CAMARILLO CA 93010 | DILLON SC 29536 |
| | | |
| Creditor ID: 7216-01 | Creditor ID: 10204-01 | Creditor ID: 13168-01 |
| HARBOR FREIGHT TOOLS USA INC | HARBOR FREIGHT TOOLS USA INC | HARBOR FREIGHT TOOLS USA INC |
| 1440 E. THIRD STREET | 23400 CACTUS AVE. | 3491 MISSION OAKS BLVD |
| OXNARD CA 93030 | MORENO VALLEY CA 92553 | CAMARILLO CA 93010 |
| | | |
| Creditor ID: 551-01 | Creditor ID: 17986-01 | Creditor ID: 16094-01 |
| HARBOR FREIGHT TOOLS USA INC. | HARBOR FREIGHT TOOLS USA INC. | HARBOR GREEN GRAIN, L.P. |
| 224 HARBOR FREIGHT ROAD | 26541 AGOURA RD. | 20100 S ALAMEDA ST |
| DILLON SC 29536 | CALABASAS CA 91302 | COMPTON CA 90221-6208 |
| | | |
| Creditor ID: 4841-01 | Creditor ID: 13169-01 | Creditor ID: 552-01 |
| HARBOR ISLAND CITRUS, INC. | HARBOR LINEN LLC | HARBOR LINEN LLC |
| 4420 NORTH OLD DIXIE HIGHWAY | 350,HUDSON ROAD | 2 FOSTER AVE |
| PO BOX 429 | GRIFFIN GA 30224 | GIBBSBORO NJ 08026 |
| VERO BEACH FL 32961 | | |
| | | |
| Creditor ID: 17987-01 | Creditor ID: 13170-01 | Creditor ID: 13171-01 |
| HARBOR LINEN LLC | HARBOR SEAFOOD INC | HARDEN MANUFACTURING |
| 1731 IVES AVE. | 969 LAKEVILLE RD | 8550 MILL POND WAY |
| OXNARD CA 93033 | NEW HYDE PARK NY 11040 | MCCONNELLSVILLE NY 13401 |
| | | |
| Creditor ID: 3387-01 | Creditor ID: 16095-01 | Creditor ID: 12679-01 |
| HARDI MIDWEST INC. | HARDING METALS, INC. | HARDINGE INC. |
| 1500 W. 76 STREET | 42 HARDING DRIVE | ONE HARDINGE DR.  PO BOX 1507 |
| DAVENPORT IA 52806 | NORTHWOOD NH 03261 | ELMIRA NY 14902-1507 |
| | | |
| Creditor ID: 16096-01 | Creditor ID: 553-01 | Creditor ID: 3388-01 |
| HARDWARE RESOURCES INC. | HARDWOOD FLOORING LIQUIDATORS INC. | HARDWOOD IMPORTS INC |
| 4319 MARLENA STREET | 9880 SAN FERNANDO RD. | 3655 ILLINOIS AVENUE |
| BOSSIER CTY LA 71111 | PACOIMA CA 91331 | SAINT CHARLES IL 60174 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17988-01<br>HARDWOOD SOLUTIONS, INC.<br>680 E. INDUSTRIAL DRIVE<br>CHELSEA MI 48118 | Creditor ID: 13172-01<br>HARDWOODS UNLIMITED<br>7650 JACK SLOUGH ROAD<br>MARYSVILLE CA 95901 | Creditor ID: 9492-01<br>HARIBO FOOD<br>45 JACKSON DRIVE<br>CRANFORD NJ 07016 |
| Creditor ID: 13275-01<br>HARLAND M.BRAUN & CO. D.B.A. BRAUN EXPORT<br>4010 WHITESIDE ST.<br>LOS ANGELES CA 90063 | Creditor ID: 9114-01<br>HARLEM FURNITURE, LLC<br>2501 INTERNATIONALE PARKWAY<br>WOODRIDGE IL 60517 | Creditor ID: 16097-01<br>HARLEY DAVIDSON<br>PO BOX 653<br>MILWAUKEE WI 53201 |
| Creditor ID: 16098-01<br>HARLEY DAVIDSON YORK, INC.<br>1425 EDEN ROAD<br>YORK PA 17402 | Creditor ID: 5820-01<br>HARLEY-DAVIDSON MOTOR COMPANY<br>1401 N. CONGRESS<br>KANSAS CITY MO 64153 | Creditor ID: 13276-01<br>HARMON ASSOCIATES LLC<br>TWO JERICHO PLAZA<br>JERICHO NY 11753 |
| Creditor ID: 554-01<br>HARMONI INTERNATIONAL SPICE, INC.<br>2211 HACIENDA BLVD. SUITE 100A<br>HACIENDA HEIGHTS CA 91745 | Creditor ID: 9115-01<br>HARMONY GREENHOUSES<br>822 HARMONY STATION RD<br>PHILLIPSBURG NJ 08865 | Creditor ID: 555-01<br>HARMONY INDUSTRIES<br>1107 HOLLY ST.<br>HIGH POINT NC 07260 |
| Creditor ID: 3389-01<br>HARMONY LOVE INC.<br>2301 E. 7TH ST.  SUITE A-100<br>LOS ANGELES CA 90023 | Creditor ID: 7217-01<br>HARMONY WOOD INC.<br>2850 SW CEDAR HILLS BLVD. #227<br>BEAVERTON OR 97005 | Creditor ID: 10205-01<br>HAROLD KING AND COMPANY<br>1420 STAFFORD STREET<br>REDWOOD CITY CA 94063 |
| Creditor ID: 3390-01<br>HAROLD WHITE<br>2920 FLEMINGSBURG ROAD<br>MOOREHEAD KY 43051 | Creditor ID: 19050-97<br>HARRIS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR ET AL<br>JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77523-3064 | Creditor ID: 16099-01<br>HARRIS FREEMAN & CO<br>3110 E. MIRALOMA AVE.<br>ANAHEIM CA 92806 |
| Creditor ID: 16100-01<br>HARRIS SPICE COMPANY INC.<br>3110 E. MIRALOMA AVE.<br>ANAHEIM CA 92806 | Creditor ID: 9116-01<br>HARRIS WOOLF ALMONDS<br>DBA GOLD HILLS NUT COMPANY<br>26060 CALOUSA RD.<br>COALINGA CA 93210 | Creditor ID: 18444-01<br>HARRY J. RASHTI CO., INC.<br>875 AVENUE OF THE AMERICA 5TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 10206-01<br>HARRY J. WHELCHEL CO.<br>1332 STUART ST<br>CHATTANOOGA TN 37406-1738 | Creditor ID: 13277-01<br>HARRY WILS &CO. INC<br>505 JEFFERSON AVE<br>SECAUCUS NJ 07094 | Creditor ID: 5821-01<br>HART FURNITURE<br>141 EASTLEY STREET<br>COLLIERVILLE TN 38017 |
| Creditor ID: 3391-01<br>HARTLAND LLC<br>337 EAST SR 133<br>ARTHUR IL 61911 | Creditor ID: 9117-01<br>HARTLEY & PARKER LTD INC<br>100 BROWNING STREET<br>STAMFORD CT 06497 | Creditor ID: 16101-01<br>HARTOG FOODS INC.<br>529 FIFTH AVE.<br>NEW YORK NY 10017 |
| Creditor ID: 9118-01<br>HARTZ MOUNTAIN CORPORATION<br>400 PLAZA DRIVE<br>SECAUCUS NJ 07094 | Creditor ID: 3393-01<br>HARTZELL HARDWOODS<br>PO BOX 919<br>710 SOUTH ROOSEVELT<br>PIQUA OH 45356 | Creditor ID: 9119-01<br>HARVEST COMMODITIES MARKETING<br>545 SAW MILL RIVER ROAD SUITE 3B<br>ARDSLEY NY 10502 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 19051-97
HARVEST TRANS INC.
575 AVE P
NEWARK NJ 07105

Creditor ID: 18445-01
HARVEST UNIVERSAL CORP
1918 EDGEWATER DR
LOGANSVILLE GA 30052

Creditor ID: 9120-01
HARVEY IMPORTS LLC
12100 WILSHIRE BLVD
LOS ANGELES CA 90025

Creditor ID: 9121-01
HARVEY YAFFE COMPANIES (MEMBS)
3441 HOLMAN PLACE
MEMPHIS TN 38118

Creditor ID: 3394-01
HARVIC INTERNATIONAL LTD.
10 WEST 33 RD STREET
NEW YORK NY 10001

Creditor ID: 16102-01
HARWICK STANDARD DISTRIBUTION CORPORATION
60 S. SEIBERLING ST.
AKRON OH 44305

Creditor ID: 16103-01
HARWIN FURNITURE INC.
13715 MURPHY ROAD SUITE A
STAFFORD TX 77477

Creditor ID: 16104-01
HASBRO  INC
1020 SH MORGAN PARKWAY
POOLER GA 31322

Creditor ID: 13278-01
HASBRO  INC
16045 MOUNTAIN AVENUE
CHINO CA 91719

Creditor ID: 17138-01
HASBRO GAMES GROUP
443 SHAKER ROAD
EAST LONGMEADOW MA 01028

Creditor ID: 3396-01
HASBRO TOY GROUP
200 NARRAGANSETT DRIVE
PAWTUCKET RI 02862

Creditor ID: 16105-01
HASBRO, INC.
1027 NEWPORT AVE.
PAWTUCKET RI 02862

Creditor ID: 3397-01
HASCELIK USA INC.
1605 JOHN STREET, SUITE 311
FORT LEE NJ 07024

Creditor ID: 556-01
HASE PETROLEUM WAX CO.
880 REMINGTON BOULEVARD
BOLINGBROOK IL 60440

Creditor ID: 3398-01
HASEGAWA INTERNATIONAL, LTD
13226 SE 246TH COURT
KENT WA 98042

Creditor ID: 3399-01
HASELSON INT'L TRADING
350 FIFTH AVENUE SUITE 5316
NEW YORK NY 10118

Creditor ID: 5822-01
HASEN HASEGAWA ET AL LLC
1833 NORTH 105TH STREET, SUITE 101
SEATTLE WA 98133

Creditor ID: 16106-01
HASKEL TRADING
1 CAPE MAY STREET
HARRISON NJ 07029

Creditor ID: 19052-97
HASTAY MARINE LTD, MONTEMP MARITIME LTD
C/O KAYE ROSE & PARTNERS LLP
ANDRE PICCIURRO, BRADLEY ROSE,
DANIEL BERBERICH, FRANK BRUCCULERI
9100 WILSHRE BLVD, STE 420
W BEVERLEY HILLS CA 90212

Creditor ID: 19053-97
HASTAY MARINE LTD.
C/O SWANSON MARTIN & BELL LLP
ATTN TIMOTHY S MCGOVERN
330 NORTH WABASH AVE, STE 3300
CHICAGO IL 60611

Creditor ID: 5823-01
HASTINGS PAVEMENT COMPANY INC
30 COMMERCIAL STREET
FREEPORT NY 11520

Creditor ID: 13279-01
HATHI BRANDS FOODS
39201 CHERRY ST
NEWARK CA 94560

Creditor ID: 3400-01
HAUHN INC.
4561 S. JUPITER DRIVE
SALT LAKE CITY UT 84124

Creditor ID: 17989-01
HAUL FOR HIRE
P.O. BOX 687
NORTH BERGEN NJ 07047

Creditor ID: 5824-01
HAULOTTE US
1301 E PATRICK STREET
FREDERICK MD 21701

Creditor ID: 12482-01
HAUNI RICHMOND INC.
2800 CHARLES CITY ROAD
RICHMOND VA 23231

Creditor ID: 557-01
HAUPPAUGE MARBLE & TILE
163 BRIDGE ROAD
HAUPPAGE NY 11788

Creditor ID: 10207-01
HAUSER PACKAGING INC
148 MAIN STREET SUITE 5
NORFOLK MA 02056

Creditor ID: 16107-01
HAUSER WIRTH & SCHIMMEL
2121 EAST 7TH PLACE, UNIT 115
LOS ANGELES CA 90021

Creditor ID: 10208-01
HAVERTY FURNITURE COMPANIES, INC.
780 JOHNSON FERRY ROAD, NE
ATLANTA GA 30342-1434

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9493-01<br>HAVI GLOBAL SOLUTIONS WORLDWIDE LLC<br>DBA HAVI GROUP<br>3500 LACEY RD, SUITE 600<br>DOWNERS GROVE IL 60515 | Creditor ID: 5825-01<br>HAVI GS ASIA PACIFIC<br>3010 HIGHLAND PARKWAY, SUITE 400<br>DOWNERS GROVE IL 60515 | Creditor ID: 10209-01<br>HAWAII INTERNATIONAL SEAFOODS INC.<br>C/O FLEGENHEIMER CUSTOMS SERVICES<br>227 W GRAND AVE<br>EL SEGUNDO CA 90245 |
| Creditor ID: 10210-01<br>HAWAIIAN FALLS WACO<br>900 LAKE SHORE DRIVE<br>WACO TX 76708 | Creditor ID: 9122-01<br>HAWAIIAN HOST CHOCOLATES<br>15601 S. AVALON BLVD.<br>GARDENA CA 90248 | Creditor ID: 16108-01<br>HAWK IMPORTERS INC.<br>2307 E. ARTESIA BLVD.<br>LONG BEACH CA 90805 |
| Creditor ID: 558-01<br>HAYBURG INC<br>2550 HUNGRY JUNCTION ROAD<br>ELLENSBURG WA 98926 | Creditor ID: 5826-01<br>HAYDAY FARMS, INC.<br>15500 SOUTH COMMERCIAL<br>BLYTHE CA 92225 | Creditor ID: 16109-01<br>HAYES LEMMERZ EQUIP & ENGINEERING INC<br>3610 WEST MAIN<br>SEDALIA MO 65301 |
| Creditor ID: 13280-01<br>HAYES LEMMERZ INTERNATIONAL INC.<br>15300 CENTENNIAL DRIVE<br>NORTHVILLE MI 48167 | Creditor ID: 10211-01<br>HAYKINGDOM INC.<br>26888 COUNTY ROAD 90<br>WINTERS CA 95694 | Creditor ID: 3401-01<br>HAYMARK, INC.<br>220 SPRING HILL DRIVE, SUITE 220<br>SPRING TX 77386 |
| Creditor ID: 16110-01<br>HAYNES FURNITURE CO.<br>2700 RANCH TRAIL DR.<br>IRVING TX 75063 | Creditor ID: 2431-01<br>HAYNES HOME FURNISHING<br>5324 VIRGINIA BEACH BLVD.<br>VIRGINIA BEACH VA 23462 | Creditor ID: 19054-97<br>HAYWARD INDUSTRIES INC,<br>UNION PACIFIC RAILWAY COMPANY<br>C/O MCCARTER & ENGLISH<br>LISA BONSALL, DEIRDRE BLAKE, JEFFREY TESTA<br>100 MULBERRY ST, PO BOX 652, 4 GATEWAY CTR<br>NEWARK NJ 07102-4004 |
| Creditor ID: 559-01<br>HAZELLETT STRIP - CASTING CORP<br>135 W LAKESHORE DRIVE<br>COLCHESTER VT 05446 | Creditor ID: 13281-01<br>HAZELNUT GROWERS OF OREGON<br>P.O. BOX 626<br>CORNELIUS OR 97113 | Creditor ID: 560-01<br>HB BODY USA LLC<br>12 PECONIC AVENUE, SUITE B<br>MEDFORD NY 11763 |
| Creditor ID: 9123-01<br>HB CHEMICALS CORPORATION<br>1665 ENTERPRISE PARKWAY<br>TWINSBURG OH 44087 | Creditor ID: 10212-01<br>HBC DISTRIBUTORS<br>18221 ANDOVER PARK WEST<br>TUKWILA WA 98188 | Creditor ID: 16111-01<br>HBC INTERNATIONAL, INC.<br>9110 178TH PLACE SW<br>EDMONDS WA 98026 |
| Creditor ID: 16112-01<br>HBI AMERICA LLC<br>8300 NW 53 STREET - SUITE 350<br>MIAMI FL 33166 | Creditor ID: 16113-01<br>HC TRANSFORMER & SWITCHGEAR<br>20280 S VERMONT AVE, STE.200<br>TORRANCE CA 90502 | Creditor ID: 3402-01<br>HD DIRECT LLC<br>2455 PACES FERRY ROAD<br>ATLANTA GA 30339 |
| Creditor ID: 5827-01<br>HD DIRECT LLC<br>D/B/A HOME DECORATORS COLLECTION<br>8920 PERSHALL ROAD<br>HAZELWOOD MO 63042 | Creditor ID: 13282-01<br>HD EXP USA, INC<br>1 BROAD AVE #8<br>FAIRVIEW NJ 07022 | Creditor ID: 5828-01<br>HD EXPRESS USA INC<br>501 BROAD AVE SUITE 3<br>RIDGEFIELD NJ 07657 |
| Creditor ID: 561-01<br>HD SUPPLY DISTRIBUTION SERVICES, LLC<br>26940 ALISO VIEJO PARKWAY<br>ALISO VIEJO CA 92656-2622 | Creditor ID: 9124-01<br>HD SUPPLY ELECTRICAL, LTD<br>501 WEST CHURCH STREET<br>ORLANDO FL 32805 | Creditor ID: 10213-01<br>HD SUPPLY FACILITIES MAINTENANCE, LTD.<br>10641 SCRIPPS SUMMIT COURT<br>SAN DIEGO CA 92121 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5829-01
HD SUPPLY REPAIR & REMODEL, LLC
3222 WINONA WAY SUITE 201
NORTH HIGHLANDS CA 95660

Creditor ID: 18446-01
HD SUPPLY REPAIR AND REMODEL
1695 EUREKA ROAD
ROSEVILLE CA 95661

Creditor ID: 562-01
HD SUPPLY UTILITES, LTD
2800 QUAIL RUN
CORINTH TX 76208

Creditor ID: 10214-01
HD SUPPLY, INC.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA GA 30339

Creditor ID: 9125-01
HDF TRADING INC
40 BOGART ST
BROOKLYN NY 11206

Creditor ID: 3403-01
HDM FURNITURE INDUSTRIES, INC
1925 EASTCHESTER DRIVE
HIGH POINT NC 27265

Creditor ID: 3404-01
HEAD TO TOE CRITTERS INC.
485 7TH AVENUE   SUITE 908
NEW YORK NY 10018

Creditor ID: 5830-01
HEADGEAR
3409 CHANDLER CREEK RD.
VIRGINIA BEACH VA 23453

Creditor ID: 13283-01
HEADLANDS TILE
8114 WHITE BLUFF
SAVANNAH GA 31406

Creditor ID: 10215-01
HEADS & THREADS INTERNATIONAL LLC
785 CENTER AVENUE
CAROL STREAM IL 60188

Creditor ID: 563-01
HEADSPROUT, INC.
831 VOLUNTEER PARKWAY
MANCHESTER TN 37355

Creditor ID: 13284-01
HEALTH PLUS INC
13827 MAGNOLIA AVE
CHINO CA 91710

Creditor ID: 13285-01
HEALTH RIDER/ICON FITNESS
1000 WEST 1500
SOUTH LOGAN UT 84321

Creditor ID: 17990-01
HEALTHCAPS LLC
8004 NW 154TH STREET UNIT 261
MIAMI LAKES FL 33016

Creditor ID: 13286-01
HEALTHY FOODS IMPORT INC
83-14 72ND DRIVE
GLENDALE NY 11385

Creditor ID: 13287-01
HEARN FURNITURE SALES INC
13490 BENNS CHURCH BLVD
SMITHFIELD VA 23430

Creditor ID: 9494-01
HEARTHSONG.
7021 WOLFTOWN HOOD ROAD
MADISON VA 22727

Creditor ID: 3405-01
HEARTLAND CERAMIC TILE
202 COMMERCE DRIVE STE 3
MOORESTOWN NJ 08057

Creditor ID: 17991-01
HEARTLIGHT SEAFOOD LLC
429 SW 195 AVENUE
PEMBROKE PINES FL 55029

Creditor ID: 13288-01
HEAVEN HILL DISTILLERIES, INC.
4300 FERN VALLEY ROAD
P.O BOX 197089
LOUISVILLE KY 40259

Creditor ID: 564-01
HEAVER STEEL, LLC
4100 S 209TH PL #K303
SEATAC WA 98198

Creditor ID: 17992-01
HEAVNER FURNITURE MARKET
1701 WEST MARKET STREET
SMITHFIELD NC 27577

Creditor ID: 12483-01
HEBRON AUTO SALES
701 EAST JACKSON STREET
JOLIET IL 60432

Creditor ID: 17993-01
HEDLEYS INC.
21-41 45TH RD
LONG ISLAND CITY NY 11101

Creditor ID: 13289-01
HEICO COMPANY
2626 WARRENVILLE ROAD
DOWNERS GROVE IL 60515

Creditor ID: 13290-01
HEIDELBERG DIST. - CINCINNATTI
1518 DALTON AVE.
CINCINNATI OH 45214

Creditor ID: 10216-01
HEIDELBERG DISTR. INDEPENDENCE
9101 EAST PLEASANT VALLEY ROAD
INDEPENDENCE OH 44131

Creditor ID: 17994-01
HEIDELBERG DISTRIBUTING CO.
3801 PARKWEST DRIVE
COLUMBUS OH 43228

Creditor ID: 3406-01
HEIKENEN SERVICES, INC.
P.O. BOX 768
MARSHFIELD WI 54449

Creditor ID: 17995-01
HEITINK VENEER
1150 SUNRISE GREETINGS COURT
BLOOMINGTON IN 47404

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16114-01<br>HELEN OF TROY<br>ONE HELEN OF TROY PLAZA<br>EL PASO TX 79912 | Creditor ID: 5831-01<br>HELGESEN INDUSTRIES INC<br>7261 HIGHWAY 60 WEST<br>HARTFORD WI 53027 | Creditor ID: 9126-01<br>HELICAL ANCHORS INC<br>5101 BOONE AVE N<br>NEW HOPE MN 55428 |
| Creditor ID: 17996-01<br>HELICOPTER SUPPORT INC<br>124 QUARRY ROAD<br>TRUMBULL CT 06611 | Creditor ID: 4842-01<br>HELLAS IMPORTS LTD<br>19-06 42ND STREET<br>LONG ISLAND CITY NY 11105 | Creditor ID: 16115-01<br>HELLER INCORPORATED LTD<br>149 5TH AVE<br>NEW YORK NY 10010 |
| Creditor ID: 19055-97<br>HELLMANN WORLDWIDE LOGISTICS INC<br>C/O SPECTOR RUBIN PA<br>ATTN TROY HILLEL GEISSER<br>3250 MARY STREET, STE 405<br>MIAMI FL 33133 | Creditor ID: 3407-01<br>HELM BAKERY HD BUTTERCUP<br>8800 VENICE BOULEVARD SUITE #209<br>LOS ANGELES CA 90034 | Creditor ID: 3408-01<br>HELMAR<br>100 RED SCHOOLHOUSE RD<br>BUILDING C UNIT 7<br>CHESTNUT RIDGE NY 10977 |
| Creditor ID: 9127-01<br>HELMET CITY INC<br>223 E. GARVEY AVE SUITE 268<br>ATLANTA GA 30320 | Creditor ID: 16116-01<br>HELMETS R US<br>2705 PACIFIC AVE<br>TACOMA WA 98402 | Creditor ID: 2432-01<br>HELSEL LUMBER MILL INC.<br>3446 JOHNSTON ROAD<br>DUNCANSVILLE PA 16635 |
| Creditor ID: 16117-01<br>HEMANI HERBAL LLC<br>215 PINEDA STREET  UNIT 121<br>LONGWOOD FL 32750 | Creditor ID: 13291-01<br>HEMASOURCE, INC. (RECEIVING WAREHOUSE)<br>4158 W.NIKE DR. STE B<br>WEST JORDAN UT 84088 | Creditor ID: 10217-01<br>HEMISPHERES<br>7707 SW 44TH STREET<br>OKLAHOMA CITY OK 73179 |
| Creditor ID: 9128-01<br>HEMPEL COATINGS (USA), INC.<br>600 CONROE PARK NORTH DR<br>CONROE TX 77303 | Creditor ID: 5832-01<br>HENDRICKSON INTERNACIONAL TRAILER SYS.<br>2070 INDUSTRIAL PLACE SE<br>CANTON OH 44707 | Creditor ID: 17997-01<br>HENDRICKSON T.S.S.<br>300 GILABERT DRIVE<br>HOPKINSVILLE KY 42240 |
| Creditor ID: 5833-01<br>HENG YU LLC.<br>10643 HADDINGTON DR #200<br>HOUSTON TX 77043 | Creditor ID: 16118-01<br>HENGFENG USA INC<br>7520 HARWIN DR HOUSTON, TX 77036<br>HOUSTON TX 77036 | Creditor ID: 17998-01<br>HENGSHI USA COMPANY LTD.<br>15759 TAPIA STREET<br>IRWINDALE CA 91706 |
| Creditor ID: 4843-01<br>HENIEK LAIB<br>290-174 STREET APT 1908<br>SUNNY ISLES BEACH FL 33160 | Creditor ID: 13292-01<br>HENKEL CORPORATION<br>32100 STEPHENSON HWY<br>MADISON HEIGHTS MI 48071 | Creditor ID: 3409-01<br>HENKEL LOCTITE CORPORATION<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL CT 06067 |
| Creditor ID: 13293-01<br>HENREDON FURNITURE INDUSTRIES<br>1925 EASTCHESTER DRIVE<br>DIV OF HDM FURNITURE<br>INDUSTRIES, INC.<br>HIGH POINT NC 27265 | Creditor ID: 3410-01<br>HENRY BLANCH & ASSOCIATES<br>740 EL CAMINO REAL, SUITE D<br>BURLINGAME CA 94010-5000 | Creditor ID: 9129-01<br>HENRY BROCH & COMPANY<br>3940 PORETT DRIVE<br>GURNEE IL 60031 |
| Creditor ID: 12484-01<br>HENRY MAST GREENHOUSES<br>2125 72 ST. SW<br>BYRON CENTER MI 49315 | Creditor ID: 565-01<br>HENRY P. THOMPSON INC.<br>126 MAIN STREET, PEAPACK, NJ 07977<br>PEAPACK NJ 07977 | Creditor ID: 16119-01<br>HENRY PRODUCTS INC.<br>302 SOUTH 23RD AVE.,<br>PHOENIX AZ 85009 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10218-01<br>HENRY SCHEIN GLOBAL SOURCING, INC<br>135 DURYEA ROAD, WEST BUILDING<br>MELVILLE NY 11747 | Creditor ID: 3411-01<br>HENRY SCHEIN, INC.<br>135 DURYEA ROAD<br>MELVILLE NY 11747 | Creditor ID: 16120-01<br>HENRY STERN & CO., INC.<br>137 S. SAW MILL RIVER ROAD<br>ELMSFORD NY 10523 |
| Creditor ID: 5834-01<br>HENRY W. PEABODY INC.<br>200 BROADWAY  SUITE 301<br>LYNNFIELD MA 01940 | Creditor ID: 9130-01<br>HENSEL, BRUCKMANN & LORBACHER, INC<br>500 BI-COUNTY BLVD<br>FARMINGDALE NY 11735 | Creditor ID: 19056-97<br>HEPTA RUN INC<br>10820 WESTPARK DR<br>HOUSTON TX 77042 |
| Creditor ID: 19057-97<br>HEPTA RUN INC<br>3400 ROGERDALE ST<br>HOUSTON TX 77042 | Creditor ID: 9131-01<br>HERAEUS TENEVO, INC.<br>100 HERAEUS BLVD.<br>BUFORD GA 30518 | Creditor ID: 13294-01<br>HERALD SQUARE<br>12339 NW 55TH STREET<br>CORAL SPRINGS FL 33076 |
| Creditor ID: 13295-01<br>HERB TRADE, INC<br>12101 MOYA BOULEVARD<br>RENO NV 89506-2600 | Creditor ID: 16222-01<br>HERBALIFE INTERNATIONAL<br>930 EAST 233RD STREET<br>CARSON CA 90745 | Creditor ID: 18447-01<br>HERCULES INC.<br>8145 BLAZER DRIVE<br>WILMINGTON DE 19808 |
| Creditor ID: 16223-01<br>HERCULES INCORPORATED AQUALON DIVISION<br>1313 N. MARKET STREET<br>WILMINGTON DE 19894 | Creditor ID: 16224-01<br>HERCULES TIRE & RUBBER INC<br>9800 NW 100 ROAD, #1<br>MEDLEY FL 33178 | Creditor ID: 5836-01<br>HERCULES TIRE AND RUBBER CO<br>1300 MORRICAL BLVD<br>FINLAY OH 45840 |
| Creditor ID: 10219-01<br>HERCULES TIRE CO.<br>1300 MORRICAL  BLVD<br>FINDLAY OH 45840 | Creditor ID: 10220-01<br>HERCULES TRADE USA INC.<br>2639 THE HIGHLAND DRIVE<br>SUGARLAND TX 77478 | Creditor ID: 10221-01<br>HERF JONES<br>901 BOB KING DRIVE<br>ARCOLA IL 61910 |
| Creditor ID: 16225-01<br>HERITAGE FURNITURE & RUGS<br>235 C DERWOOD CIRCLE<br>ROCKVILLE MD 20850 | Creditor ID: 3412-01<br>HERITAGE GALLERIES, INC.<br>5630 OLD GENTILLY ROAD<br>NEW ORLEANS LA 70126 | Creditor ID: 5837-01<br>HERITAGE INKS<br>651 GARDEN STREET<br>CARLSTADT NJ 07072 |
| Creditor ID: 17999-01<br>HERITAGE MINT, LTD.<br>16641 N. 91ST STREET, SUITE 103<br>SCOTTSDALE AZ 85260 | Creditor ID: 9132-01<br>HERITAGE PORK INTERNATIONAL, L.L.C.<br>23 CENTRAL AVENUE SW,<br>LE MARS IA 51031 | Creditor ID: 7218-01<br>HERITAGE PRODUCE SALES<br>1015 12TH AVENUE<br>DELANO CA 93215 |
| Creditor ID: 18000-01<br>HERITAGE SHOWER DOOR, INC.<br>1200 OGDEN RD, SUITE 5<br>VENICE FL 34285 | Creditor ID: 18001-01<br>HERMANOS IMPORTS<br>832 BUNKER HILL AVE<br>MONTEBELLO CA 90640 | Creditor ID: 3413-01<br>HERMES INTERNATIONAL MOVERS<br>23-83 31ST STREET<br>ASTORIA NY 11105 |
| Creditor ID: 3414-01<br>HERMES TRADING CO<br>1520 MEDINA PLACE<br>WENATCHEE WA 98801 | Creditor ID: 16226-01<br>HERON POINT SEAFOOD, INC.<br>504 KENT PLACE<br>NEWMARKET NH 03857 | Creditor ID: 566-01<br>HERRERO & SONS CORPORATION<br>7575 N.W. 82ND ST.<br>MIAMI FL 33166 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16227-01<br>HERSHEY IMPORT<br>96 EXECUTIVE AVE<br>EDISON NJ 08817 | Creditor ID: 16228-01<br>HERSHEY INTERNATIONAL<br>19 EAST CHOCOLATE AVE 3RD FLOOR<br>HERSHEY PA 17033 | Creditor ID: 17139-01<br>HERSI FOOD TRADING<br>3103 SOUTH WILLOW STREET<br>SEATTLE WA 98108 |
| Creditor ID: 9133-01<br>HESS BROTHERS FRUIT CO.<br>500 BECKER ROAD<br>LEOLA PA 17540 | Creditor ID: 567-01<br>HESS PUMICE PRODUCTS, INC.<br>100 HESS DRIVE,<br>MALAD INDUSTRIAL PARK<br>MALAD CITY ID 83252 | Creditor ID: 9134-01<br>HESSELBEIN TIRE SOUTHWEST<br>10001 OSGOOD DRIVE<br>SAN ANTONIO TX 78233 |
| Creditor ID: 18002-01<br>HESSENN INDUSTRIALS INC.<br>5564 OLIVE STREET<br>MONTCLAIR CA 91763 | Creditor ID: 18003-01<br>HEUBACH<br>2713 INDUSTRIAL LANE<br>GARLAND TX 75041 | Creditor ID: 568-01<br>HEVEAFIL SDN BHD<br>4001 RALEIGH STREET<br>CHARLOTTE NC 28206 |
| Creditor ID: 569-01<br>HEWLETT PACKARD<br>PO BOX 20430<br>MESA AZ 85277 | Creditor ID: 10222-01<br>HEWLETT PACKARD FREIGHT<br>COST MANAGEMENT (REFUND)<br>3404 EAST HARMONY RD (MS D2)<br>FORT COLLINS CO 89528 | Creditor ID: 9135-01<br>HEXCEL CORPORATION<br>31815 GREAT WESTERN DR,<br>WINDSOR CO 80550 |
| Creditor ID: 10223-01<br>HFT INTERNATIONAL, INC.<br>3777 SE NAEF ROAD<br>MILWAUKEE OR 97267 | Creditor ID: 18004-01<br>HG INTERNATIONAL INC.<br>933 MICHELIN<br>LAVAL QC H7L5B6<br>CANADA | Creditor ID: 570-01<br>HGH TRADING & CONSULTING, INC.<br>5320 PROMISE LAND DRIVE<br>FRISCO TX 75035 |
| Creditor ID: 18005-01<br>HHC USA CORP.<br>7210 DIMINION CIRCLE<br>COMMERCE CA 90040 | Creditor ID: 18448-01<br>HI ROLLERS SPORTWEAR LTD.<br>1400 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 18006-01<br>HI TECH PLASTICS<br>4619 SURF AVE<br>BROOKLYN NY 11224 |
| Creditor ID: 1065-01<br>HI TECH VENEER (AMERICAN SHIPPERS MEMBER)<br>276 AMERICA PLACE<br>JEFFERSONVILLE IN 47130 | Creditor ID: 3415-01<br>HI-BIRD MOTORCYCLE USA, LLC.<br>20 S. MACARTHUR, SUITE F<br>OKLAHOMA CITY OK 73127 | Creditor ID: 3416-01<br>HICKORY CHAIR COMPANY<br>37 9TH ST. PLACE SE<br>DIV OF HDM FURNITURE<br>INDUSTRIES, INC.<br>HICKORY NC 28602 |
| Creditor ID: 9137-01<br>HICKORY HILL<br>501 HOYLE STREET<br>VALDESE NC 28690 | Creditor ID: 18007-01<br>HICKORY HOUSE LAS VEGAS<br>4396 E. ALEXANDER RD.<br>LAS VEGAS NV 89115 | Creditor ID: 13296-01<br>HICKORY SPECIALTIES<br>HIGHWAY 70 NORTH<br>CROSSVILLE TN 38555 |
| Creditor ID: 16229-01<br>HICKORY SPRINGS MANUFACTURING COMPANY<br>D/B/A HSM<br>235 2ND AVE NW<br>HICKORY NC 28603 | Creditor ID: 3417-01<br>HICKORY SPRINGS MFG. CO.<br>1101 DENMILL ROAD<br>NEW ALBANY MS 38652 | Creditor ID: 16230-01<br>HICKORY SPRINGS MFG. CO.<br>1545 DEBORAH HERMAN ROAD<br>CONOVER NC 28613 |
| Creditor ID: 16231-01<br>HICKORY SPRINGS OF CALIFORNIA, LLC<br>4542 EAST DUNHAM STREET<br>COMMERCE CA 90040 | Creditor ID: 13297-01<br>HICKORY THROWING CO<br>520 20TH ST SE<br>HICKORY NC 28602 | Creditor ID: 16232-01<br>HICKORY WHITE<br>9 LENOIR-RHYNE BLVD SE<br>HICKORY NC 28602 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 18008-01
HICO AMERICA SALES & TECHNOLOGY
3 PENN CENTER WEST, SUITE 300
PITTSBURGH PA 15276

Creditor ID: 18009-01
HIGH BRIDGE STONE CO.INC
126 WEST MAIN STRRET
HIGH BRIDGE NJ 08829

Creditor ID: 1066-01
HIGH FIVE PRODUCTS CORP
319 WEST ONTARIO
CHICAGO IL 60610

Creditor ID: 16233-01
HIGH GRADE BEV
891 OLD GEORGES RD.
SOUTH BRUNSWICK NJ 08852

Creditor ID: 10273-01
HIGH HOPES FARM
9096 COUNTY RD. 14
HONEOYE FALLS NY 14472

Creditor ID: 1067-01
HIGH ISLAND EXPORTS
P.O. BOX 346
ISLE MN 56342

Creditor ID: 9138-01
HIGH LIFE, LLC.
498 7TH AVE
NEW YORK NY 10018

Creditor ID: 10224-01
HIGH LINER FOODS (USA) INCORPORATED
18 ELECTRONICS AVE
DANVERS MA 01923

Creditor ID: 3418-01
HIGH LINER FOODS USA
1 HIGH LINER AVENUE
PORTSMOUTH NH 03802

Creditor ID: 10225-01
HIGH POINT DESIGN LLC
1411 BROADWAY, 8TH FL
NEW YORK NY 10018

Creditor ID: 18010-01
HIGH POINT FURNITURE COMPONENTS
1430 SHERMAN COURT
HIGH POINT NC 27260

Creditor ID: 16234-01
HIGH QUAILTY ORGANICS
12101 MOYA BLVD.,
RENO NV 89506

Creditor ID: 16235-01
HIGH QUALITY AUTO SALES CORP
8518 MILANO DRIVE - # 2011
ORLANDO FL 33132

Creditor ID: 5838-01
HIGH STYLE
50 PENN ST.
BROOKLYN NY 11211

Creditor ID: 8973-01
HIGH STYLE FLOORS
70 FRANKLIN AVE
BROOKLYN NY 11205

Creditor ID: 1068-01
HIGH TECH CONVERSIONS, INC.
11A PASCO DRIVE
WINDSOR CT 06088

Creditor ID: 18011-01
HIGH TRACK LLC
4704 TERMINAL DRIVE
MCFARLAND WI 53558

Creditor ID: 7340-01
HIGHLAND FOAM PRODUCTS
43 N, 48TH AVE,
PHOENIX AZ 85043

Creditor ID: 8974-01
HIGHLAND INTERNATIONAL
3267 BEE CAVES ROAD, SUITE 107
AUSTIN TX 78746

Creditor ID: 7219-01
HIGHLAND LIGHT SEAFOODS
3600 15TH AVE W. STE 300
SEATTLE WA 98119

Creditor ID: 3419-01
HIGHLAND SUGARWORKS INC.
49 PARKER RD.
WEBSTERVILLE VT 05678

Creditor ID: 1069-01
HIGHLINER FOODS INC
1 HIGH LINER AVENUE
PORTSMOUTH NH 03802-0839

Creditor ID: 8975-01
HIGH-LITE INTERNATIONAL, INC.
1925 CENTRAL AVE
SOUTH EL MONTE CA 91733

Creditor ID: 13298-01
HIGHMONT LOGISTICS
102 HIGHMOUNT DRIVE
GREER SC 29651

Creditor ID: 1070-01
HIGHTECH METAL AMERICA, INC
1330 AVENUE OF THE AMERICAS STE 23A
NEW YORK NY 10019

Creditor ID: 9136-01
HI-GRADE FOODS INC
30988 SAN BENITO ST
HAYWARD CA 94544

Creditor ID: 13299-01
HIKARI MISO INTERNATIONAL INC.
2281 W. 205TH STREET #106
TORRANCE CA 90501

Creditor ID: 8976-01
HILEX POLY
8950 TORONTO AVE
RANCHO CUCAMONGA CA 91730

Creditor ID: 18012-01
HILEX POLY CO., LLC
101 E. CAROLINA AVE.
HARTSVILLE SC 29550

Creditor ID: 13300-01
HILLCREST GLOBAL BUSINESS
8151 E. BAILEY WAY
ANAHEIM CA 92808

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 1071-01
HILLMAN FASTENER
10590 HAMILTON AVE
CINCINNATI OH 45231

Creditor ID: 16236-01
HILLMAN GROUP BRANCH WAREHOUSE
5600 NORRIS ROAD
BAKERSFIELD CA 93308

Creditor ID: 18013-01
HILLMAN GROUP INC.
500 TITTLE ROAD  SUITE 300
LEWISVILLE TX 75056

Creditor ID: 18015-01
HILLMAN GROUP INC.
5000 FANUCCHI WAY E
SHAFTER CA 93263-9524

Creditor ID: 2433-01
HILLMAN GROUP INC.
3650 PORT JACKSONVILLE PKWY
ROOM 1 FLOOR 1
JACKSONVILLE FL 32226

Creditor ID: 18014-01
HILLMAN GROUP INC.
3209 AIRPORT ROAD  LA CROSSE
LA CROSSE WI 54603

Creditor ID: 8977-01
HILLMAN GROUP INC.
425 CHURCH ST
GOODLETTSVILLE TN 37072

Creditor ID: 7220-01
HILLMAN GROUP, INC.
10590 HAMILTON AVENUE
CINCINNATI OH 45231

Creditor ID: 1072-01
HILLSDALE FURNITURE LLC
3901 BISHOP LANE
LOUISVILLE KY 40218

Creditor ID: 5839-01
HILLTOP RANCH, INC.
13890 LOONEY ROAD
BALLICO CA 95303

Creditor ID: 3420-01
HILMAR INGREDIENTS
8901 NORTH LANDER AVENUE
HILMAR CA 95324

Creditor ID: 8978-01
HILO FISH COMPANY
55 HOLOMUA ST.
HILO HI 96720

Creditor ID: 8979-01
HIMOINSA U.S.A. INC
16210 WEST 110TH STREET 93090
LENEXA KS 66213

Creditor ID: 1074-01
HINDUSTAN GRANITES INC
240-A RUSSEL ST
BROOKLYN NY 11222

Creditor ID: 18016-01
HINDUSTAN GRANITES INC
65 DAVIDS DRIVE
HAUPPAUGE NY 11788

Creditor ID: 1075-01
HING LUNG, INC.
13863 SW LIDEN DRIVE
TIGARD OR 97223

Creditor ID: 16237-01
HINRICHS'
155 SE KAMIAKEN STREET
PULLMAN WA 99163

Creditor ID: 16238-01
HIPEQ LLC
80 GLENN WAY, # 8
SAN CARLOS CA 94070

Creditor ID: 1076-01
HIPNOTIC LUXURTY ALLOYS
12457 GLADSTONE AVE. UNIT C
SYLMAR CA 91342

Creditor ID: 3421-01
HIPOTRONICS
P.O.BOX 414  ROUTE 22
BREWSTER NY 10509-0414

Creditor ID: 8980-01
HIRO TRADING
2506 SE BAYPOINT DRIVE #48
VANCOUVER WA 98683

Creditor ID: 3422-01
HISENSE USA CORPORATION
105 SATELLITE BLVD. NW. SUITE A
SUWANEE GA 30024

Creditor ID: 5840-01
HISPEC WHEEL AND TIRE INC.
2900 GATEWAY DRIVE
ELKHART IN 46516

Creditor ID: 3423-01
HISUN MOTORS CORP., USA
1434 PATTON PLACE SUITE 106
CARROLLTON TX 75007

Creditor ID: 13301-01
HIT TOOLS USA
4001 E. SANTA ANA STREET
ONTARIO CA 91761

Creditor ID: 8981-01
HITACHI AUTOMOTIVE SYSTEMS AMERICAS, INC.
955 WARWICK ROAD
HARRODSBURG KY 40330

Creditor ID: 1077-01
HITACHI CONSUMER PRODUCTS
DE MEXICO S.A. DE C.V.
C/O HITACHI TRANSPORT SYSTEM
8863 SIEMPRE VIVA RD.
SAN DIEGO CA 92154

Creditor ID: 12485-01
HITACHI KOKI  USA
3950 STEVE REYNOLDS BLVD
NORCROSS GA 30093

Creditor ID: 5841-01
HITACHI KOKI U.S.A. LTD.
28624 WITHERSPOON PKWY
VALENCIA CA 91355

Creditor ID: 8982-01
HITACHI METALS AMERICA, LTD.
2 MANHATTANVILLE ROAD, SUITE 301
PURCHASE NY 10577

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18017-01<br>HITE USA, INC.<br>2933 W. PICO BLVD. #201<br>LOS ANGELES CA 90006 | Creditor ID: 13302-01<br>HI-TECH FABRICS, LLC<br>670 DUNCAN REIDVILLE RD<br>DUNCAN SC 29334 | Creditor ID: 1078-01<br>HI-TEK TRANSPORTATION<br>16928 S. MAIN STREET<br>GARDENA CA 90248 |
| Creditor ID: 13303-01<br>HITOX<br>P.O.BOX 2544<br>CORPUS CHRISTI TX 78403 | Creditor ID: 3424-01<br>HJ TRADING INCORPORATED<br>67 MANHATTAN AVENUE<br>BROOKLYN NY 11206 | Creditor ID: 8983-01<br>HJM INT'L CORP.<br>153-39 ROCKAWAY BOULEVARD<br>JAMAICA NY 11434 |
| Creditor ID: 1079-01<br>HJS NORFOLK SALES OFFICE<br>HJS NORFOLK SALES OFFICE IN USA<br>CHESAPEAKE VA 23320 | Creditor ID: 2040-01<br>HJS SAN FRANCISCO SALES OFFICE<br>180 MONTGOMERY STREET SUITE 1938<br>SAN FRANCISCO CA 94104 | Creditor ID: 18019-01<br>HJS WILMINGTON SALES OFFICE<br>HJS WILMINGTON SALES OFFICE IN USA<br>2128 BURNETT BLVD<br>WILMINGTON NC 28401 |
| Creditor ID: 18121-01<br>HKF INC<br>5983 SMITHWAY ST, ALFONSO ALVAREZ<br>LOS ANGELES CA 90040 | Creditor ID: 5842-01<br>HKP INTERNATIONAL LLC<br>24800 INTERSTATE 45, SUITE 107<br>SPRING TX 77386 | Creditor ID: 8985-01<br>HL SEAFOOD<br>101 W. SECOND STREET<br>CHASKA MN 55318 |
| Creditor ID: 13305-01<br>HM INDUSTRIES, INC.<br>15759 TAPIA STREET<br>IRWINDALE CA 91706 | Creditor ID: 18122-01<br>HM RICHARDS<br>414 ROAD 2790<br>GUNTOWN MS 38849 | Creditor ID: 3426-01<br>HM ROYAL INC<br>1325 A COBB INTL BLVD<br>KENNESAW GA 30152 |
| Creditor ID: 1080-01<br>HM SUREROCK INC.<br>15759 TAPIA STREET<br>IRWINDALE CA 91706 | Creditor ID: 5843-01<br>HMI INDUSTRIES<br>13325 DARICE PARKWAY, UNIT A<br>STRONGSVILLE OH 44149 | Creditor ID: 18123-01<br>HML INTERNATIONAL LLC<br>17899 S. SUSANA RD<br>COMPTON CA 90221 |
| Creditor ID: 18124-01<br>HMMA LLC<br>300 HYUNDAI BLVD.<br>MONTGOMERY AL 36105 | Creditor ID: 1081-01<br>HMZ GROUP INC.<br>347 S. STIMSON AVE<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 10226-01<br>HNH APPAREL INC.<br>7460 BANDINI BLVD<br>COMMERCE CA 90040 |
| Creditor ID: 8986-01<br>HO IMPORTS<br>3663-14 MILE RD<br>CEDAR SPRINGS MI 49139 | Creditor ID: 16241-01<br>HOBBICO<br>2904 RESEARCH ROAD<br>CHAMPAIGN IL 61822 | Creditor ID: 4844-01<br>HOBBICO CHAMPAIGN FACILITY<br>1608 INTERSTATE DR<br>CHAMPAIGN IL 61822 |
| Creditor ID: 13306-01<br>HOBBICO RENO FACILITY<br>1190 TRADEMARK DRIVE<br>RENO NV 89511 | Creditor ID: 16242-01<br>HOBBY LOBBY D.B.A. GRECO<br>7509 S.W. 44TH STREET<br>OKLAHOMA CITY OK 73179 | Creditor ID: 13307-01<br>HOBBY LOBBY D.B.A. WORLDWOOD INDUSTRIES<br>7509 S.W. 44TH STREET<br>OKLAHOMA CITY OK 73179 |
| Creditor ID: 18125-01<br>HOBBY LOBBY DBA FASHION GEAR<br>7707 SW 44TH ST<br>OKLAHOMA CITY OK 73179 | Creditor ID: 16243-01<br>HOBBY LOBBY DBA H-L MFG.<br>7707 SW 44TH STREET<br>OKLAHOMA CITY OK 73179 | Creditor ID: 13308-01<br>HOBBY LOBBY STORES INC<br>7707 S.W. 44TH STREET<br>OKLAHOMA CITY OK 73179 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 18126-01
HOBBY LOBBY STORES, INC
DBA ENDLESS POSSIBILITIES
7707 SW 44TH STREET
OKLAHOMA CITY OK 73179

Creditor ID: 3427-01
HOBBY WORLD DEVELOPMENT
120 INDUSTRIAL AVE
LITTLE FERRY NJ 07643

Creditor ID: 13409-01
HOBO(HOME OWNERS BARGAIN OUTLET)
401 WEST MARQUETTE AVE
OAK CREEK WI 53154

Creditor ID: 13410-01
HOBOCO (HOME AND BODY CO)
18342 ENTERPRISE LN..
HUNTINGTON BEACH CA 92648

Creditor ID: 8987-01
HOBOKEN FLOORS
70 DEMAREST DRIVE
WAYNE NJ 07470

Creditor ID: 10227-01
HOCEAN INC
2444 SAYBROOK AVE
CITY OF COMMERCE CA 90040

Creditor ID: 5844-01
HODO FASION
5055A MEMORIAL DR.
STONE MOUNTAIN GA 30083

Creditor ID: 13411-01
HOFFMAN INDUSTRY
5955 SUVA STREET
CYPRESS CA 90630

Creditor ID: 9495-01
HOFFMANN FILTER CORPORATION
7627 KENSINGTON COURT
BRIGHTON MI 48116

Creditor ID: 8988-01
HOFFMEYER COMPANY, INC.
8440-A KASS DRIVE
BUENA PARK CA 90621

Creditor ID: 16244-01
HOFFMEYER COMPANY, INC.
1050 ALADDIN AVE.
SAN LEANDRO CA 94577

Creditor ID: 3428-01
HOFFMEYER COMPANY, INC.
9586 DISTRIBUTION AVE. UNIT B
SAN DIEGO CA 92121

Creditor ID: 16245-01
HOFFMEYER COMPANY, INC.
9675 SW COMMERCE CIRCLE
WILSONVILLE OR 97070

Creditor ID: 5845-01
HOHENBERG BROS. CO.
7101 GOODLETT FARMS PARKWAY
CORDOVA TN 38101

Creditor ID: 18127-01
HOKKAIDO DESIGNS, INC.
2 HENRY ADAMS ST., #291
SAN FRANCISCO CA 94103

Creditor ID: 3429-01
HOLCIM (US) INC.
1260 SECURITY ROAD
HAGERSTOWN MD 21742

Creditor ID: 2434-01
HOLLAND AMERICA LINE FAO
835 SOUTH 192ND , SUITE 100
SEATTLE WA 98148

Creditor ID: 1082-01
HOLLAND BEAUTY
8480 N 87TH STREET
MILWAUKEE WI 53224

Creditor ID: 5846-01
HOLLAND GREENHOUSES INC
939 NEW JERSEY ROUTE 33
MONROE TOWNSHIP NJ 08831

Creditor ID: 13412-01
HOLLAND MANUFACTURING CORP
13901 INDIANA AVENUE
DOLTON IL 60419

Creditor ID: 18128-01
HOLLANDER INTERNATIONAL SOTRAGE & MOVING CO.
1801 PRATT BOULEVARD
ELK GROVE VILLAGE IL 60007

Creditor ID: 8989-01
HOLLINGSWORTH & VOSE
289 PARK VIEW ROAD
FLOYD VA 24091

Creditor ID: 1083-01
HOLM INDUSTRIES, INC.
745 SOUTH GARDNER STREET
SCOTTSBURG IN 47170

Creditor ID: 18129-01
HOLMES & CO., INC
P.O. BOX 370
COLUMBIA CITY IN 46725

Creditor ID: 3430-01
HOLT HOSIERY MILLAS INC.
733 KOURY DR
BURLINGTON NC 27216

Creditor ID: 16246-01
HOLTEX ENTERPRISES
P.O. BOX 125
TRUMBAUERSVILLE PA 18970

Creditor ID: 1084-01
HOLY EXPRESS
161-15 ROCKAWAY BLVD STE 108
JAMAICA NY 11434

Creditor ID: 10228-01
HOLY INT'L
150-15 183RD ST #9
JAMAICA NY 11413

Creditor ID: 18130-01
HOLY METAL RECYCLING, INC
5575 N. CHARLOTTE AVE
SAN GABRIEL CA 91788

Creditor ID: 8990-01
HOMAX, INC.
25028 S. BROADWELL AVE.
HARBOR CITY CA 90710

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 1936-01
HOME & FASHION FOR LESS
4973 UNIVERSITY AVE
SAN DIEGO CA 92105

Creditor ID: 10229-01
HOME AND FINE ART
14 53TH  STREET  BUILDING B.
BROOKLYN NY 11232

Creditor ID: 10230-01
HOME COMFORT FURNITURE
AND MATTRESS CENTER, INC.
900 AVIATION PARKWAY
MORRISVILLE NC 27560

Creditor ID: 18131-01
HOME COMFORTABLE SUPPLIES, INC.
9945 HARWIN DR.  A
HOUSTON TX 77036

Creditor ID: 1085-01
HOME DECOR COMPANIES
11759 HIGHWAY 63
BONO AR 72416

Creditor ID: 13413-01
HOME DECOR IMPORTS, INC.
6161 SEPULVEDA BLVD.
VAN NUYS CA 91411

Creditor ID: 13414-01
HOME DECORATIONS COLLECTION
2455 PACES FERRY ROAD SE
ATLANTA GA 30080

Creditor ID: 10231-01
HOME DEPOT SERVICES, LLC
2455 PACES FERRY RD
ATLANTA GA 30339

Creditor ID: 16247-01
HOME DEPOT U.S.A., INC D/B/A/ CROWN BOLT
3710 ATLANTA INDUSTRIAL PKWY STE A
ATLANTA GA 30331

Creditor ID: 13415-01
HOME DEPOT U.S.A., INC.
D/B/A YOUR OTHER WAREHOUSE
2455 PACES FERRY ROAD
ATLANTA GA 30339

Creditor ID: 5847-01
HOME DYNAMIC LLC
1 CAROL PLACE
MOONACHIE NJ 07074

Creditor ID: 13416-01
HOME DYNAMIX
17 EMPIRE BLVD
S HACKENSACK NJ 07606

Creditor ID: 10274-01
HOME ESSENCE LLC
11022 VIA EL MERCADO
LOS ALAMITOS CA 90720

Creditor ID: 18132-01
HOME ESSENTIALS
3001 WOODBRIDGE AVENUE
EDISON NJ 08837

Creditor ID: 8991-01
HOME ESSENTIALS & BEYOND
200 THEODORE CONRAD DRIVE
JERSEY CITY NJ 07305

Creditor ID: 16248-01
HOME ESSENTIALS AND BEYOND
0500 KIRKLANDS WAREHOUSE,
KIRKLAND DRIVE
JACKSON TN 38301

Creditor ID: 13417-01
HOME ESSENTIALS AND BEYOND INC.
200 THEODORE CONRAD DR
JERSEY CITY NJ 07305

Creditor ID: 3431-01
HOME EXPRESSIONS INC.
195 RARITAN CENTER PARKWAY
EDISON NJ 08837

Creditor ID: 10232-01
HOME FASHION DISTRIBUTORS, INC.
655 POST ROAD
WELLS ME 04090

Creditor ID: 18449-01
HOME FASHION INTERNATIONAL INC.
295 5TH AVE., SUITE 812
NEW YORK NY 10016

Creditor ID: 8992-01
HOME FASHIONS INTERNATIONAL INC.
303 5TH AVENUE SUUITE 603
NEW YORK NY 10016

Creditor ID: 16249-01
HOME FASHIONS INTERNATIONAL INC.
418 CHANDLER DRIVE
GAFFNEY SC 29340

Creditor ID: 3432-01
HOME FURNITURE
909 W. PONT DES MOUTON RD.
LAFAYETTE LA 70507

Creditor ID: 10600-01
HOME MERIDIAN INTERNATIONAL
2485 PENNY RD.
HIGH POINT NC 27265

Creditor ID: 13418-01
HOME OWNERS BARGAIN OUTLET "HOBO"
2650 BELVIDERE ROAD
WAUKEGAN IL 60085

Creditor ID: 16250-01
HOME TILE CENTER OF NY INC
380 MORELAND ROAD
COMMACK NY 11725

Creditor ID: 8993-01
HOME VIEW DESIGN, INC.
347 ENTERPRISE PLACE
POMONA CA 91768

Creditor ID: 13419-01
HOMEDICS, USA LLC.
3000 PONTIAC TRAIL
COMMERE TWP MI 48390

Creditor ID: 10601-01
HOMEGOODS
770 COCHITUATE ROAD
FRAMINGHAM MA 01701

Creditor ID: 18484-01
HOMELEGANCE TX INC.
5055 SOUTH LOOP EAST
HOUSTON TX 77033

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 10602-01
HOMELEGANCE TX INC.
1351 POST & PADDOCK ROAD
GRAND PRAIRIE TX 75050

Creditor ID: 13420-01
HOMELITE CONSUMER PRODUCTS
1428 PEARMAN DAIRY ROAD
ANDERSON SC 29625

Creditor ID: 8994-01
HOMERUN AVOCADOS
809 W 181 STREET #113
NEW YORK NY 10033

Creditor ID: 3433-01
HOMESTEAD HOLDINGS, INC.
1359 BROADWAY
NEW YORK NY 10018

Creditor ID: 5848-01
HOMESTEAD INTERNATIONAL GROUP
1359 BROADWAY, 17TH FLOOR
NEW YORK NY 10018

Creditor ID: 5849-01
HOMESTEAD INTERNATIONAL GROUP, LTD
350 5TH. AVENUE - 9TH. FLOOR
NEW YORK NY 10018

Creditor ID: 1937-01
HOMEWERKS WORLDWIDE LLC.
190 CARPENTER AVENUE
WHEELING IL 60090

Creditor ID: 10603-01
HOMEWERKS WORLDWIDE, LLC
500 BOND ST.
LINCOLNSHIRE IL 60069

Creditor ID: 13421-01
HOMEWOOD INT'L A
DIV OF CAYE INT'L FURNISHING, LLC
1201 W. BANKHEAD STREET
NEW ALBANY MS 38652

Creditor ID: 3434-01
HOMEZONE INTERNATIONAL CORP
1900 S. BURGANDY PLACE
ONTARIO CA 91761

Creditor ID: 10604-01
HON HAI PRECISION INDUSTRY CO LT
500 S. KRAEMER BLVD., SUITE 100
BREA CA 92821

Creditor ID: 8995-01
HONDA TRADING AMERICA - LA OFFICE
1800 W. 213TH ST., SUITE #200
TORRANCE CA 90501

Creditor ID: 5851-01
HONDA TRADING AMERICA CORP
19900 ST RT 739
MARYSVILLE OH 43040

Creditor ID: 1086-01
HONDA TRADING AMERICA CORP.
700 CLOVER ROAD
LINCOLN AL 35096-5105

Creditor ID: 8996-01
HONDA TRADING AMERICA CORP. (MARYSVILLE, OH)
24500 HONDA PARKWAY
MARYSVILLE OH 43040

Creditor ID: 18712-01
HONDA TRADING AMERICA CORP.,
1070 HONDA WAY
TIMMONSVILLE SC 29161-9421

Creditor ID: 8997-01
HONDA TRADING AMERICA CORPORATION
19210 VAN NESS AVENUE
TORRANCE CA 90501

Creditor ID: 16251-01
HONEY BEAR TREE FRUIT CO LLC
2710 EUCLID COURT SUITE A
WENATCHEE WA 98801

Creditor ID: 10275-01
HONEYWELL
2500 W. UNION HILLS DRIVE
PHOENIX AZ 85027

Creditor ID: 13422-01
HONEYWELL ADEMCO
12220 ROJAS DR
EL PASO TX 79936

Creditor ID: 13423-01
HONEYWELL ELECTRONIC CHEMICALS LLC
6760 W. CHICAGO STREET
CHANDLER AZ 85226

Creditor ID: 16252-01
HONEYWELL INC
1985 DOUGLAS DRIVE
GOLDEN VALLEY MN 55422

Creditor ID: 1087-01
HONEYWELL INTERNATIONAL INC
209 BREWER ROAD
DANVILLE IL 61834

Creditor ID: 16254-01
HONEYWELL INTERNATIONAL INC
12220 ROJAS DR. SUITE A
EL PASO TX 79936

Creditor ID: 5852-01
HONEYWELL INTERNATIONAL INC
2768 US HWY 45
NORTH METROPOLIS IL 62960

Creditor ID: 5853-01
HONEYWELL INTERNATIONAL INC.
5525 HIGHWAY 3115
CARVILLE TX 70721

Creditor ID: 17140-01
HONEYWELL INTERNATIONAL INC.
115 TABOR ROAD (ROUTE 53)
PERFORMANCE MATERIALS & TECHN
MORRIS PLAINS NJ 07950

Creditor ID: 1088-01
HONEYWELL INTERNATIONAL INC.
905 EAST RANDOLPH ROAD
HOPEWELL VA 23860

Creditor ID: 5854-01
HONEYWELL INTERNATIONAL INC. - FLUORIDE
CORNER OF LUPINE & ONTARIO
BATON ROUGE LA 70805

Creditor ID: 8998-01
HONEYWELL INTERNATIONAL, INC.
101 COLUMBIA ROAD
MORRISTOWN NJ 07962

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5855-01<br>HONEYWELL RESINS AND CHEMICALS LLC<br>115 TABOR ROAD (ROUTE 53)<br>MORRIS PLAINS NJ 07950 | Creditor ID: 18133-01<br>HONEYWELL RESINS AND CHEMICALS LLC<br>905 E RANDOLPH ROAD<br>HOPEWELL VA 23860 | Creditor ID: 2937-01<br>HONEYWELL RESINS AND CHEMICALS LLC<br>4101 BERMUDA HUNDRED ROAD<br>CHESTER VA 23862 |
| Creditor ID: 5856-01<br>HONEYWELL SAFETY PRODUCTS USA, INC.<br>900 DOUGLAS PIKE<br>SMITHFIELD RI 02917 | Creditor ID: 10605-01<br>HONEYWELL SAFETY PRODUCTS USA, INC.<br>3325 LEWIS CENTRE WAY<br>GROVE CITY OH 43123 | Creditor ID: 14247-01<br>HONEYWELL-MEASUREX CORP.<br>ONE RESULTS WAY<br>CUPERTINO CA 95014-5991 |
| Creditor ID: 1089-01<br>HONG BIN FOODS LLC<br>135 SOUTH STATE COLLEGE BLVD<br>STE 200<br>BREA CA 92821 | Creditor ID: 8999-01<br>HONG CHANG CORP.<br>4823 S. EASTERN AVE.<br>BELL CA 90201 | Creditor ID: 13424-01<br>HONG CHANG CORP.,<br>10135 PAINTER AVE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 17141-01<br>HONG KONG LOUNGE<br>5322 GEARY BLVD.<br>SAN FRANCISCO CA 94121 | Creditor ID: 14248-01<br>HONG KONG MARKET PLACE<br>2901 E. PIONEER PARKWAY<br>ARLINGTON TX 76010 | Creditor ID: 18134-01<br>HONG KONG WELLS LTD<br>9698 TELSTAR AVE. STE 306<br>EL MONTE CA 91731 |
| Creditor ID: 10606-01<br>HONG METALS AND CHEMICALS INC.<br>375 SOUTH END AVE, STE. 7B<br>NEW YORK NY 10280 | Creditor ID: 5857-01<br>HONG YANG CORPORATION<br>12318 JERSEY MEADOW DRIVE<br>STAFFORD TX 77477 | Creditor ID: 1090-01<br>HONGA INC.<br>8989 WEST ROAD #927<br>HOUSTON TX 77064 |
| Creditor ID: 2938-01<br>HONGCHANG FOODS INC.<br>49 OPUS<br>IRVINE CA 92618 | Creditor ID: 18135-01<br>HONGDOU INC.<br>1111 CORPORATE CENTER DR STE 203-A<br>MONTEREY PARK CA 91754 | Creditor ID: 5858-01<br>HONOR FOODS<br>1801 N. 5TH STREET<br>PHILADELPHIA PA 19122 |
| Creditor ID: 9000-01<br>HOODS DISCOUNT HOME CENTERS<br>17875 HIGHWAY 61S<br>SIKESTON MO 63801 | Creditor ID: 1091-01<br>HOOGWEGT U.S., INC.<br>100 S. SAUNDERS, SUITE 200<br>LAKE FOREST IL 60045 | Creditor ID: 2939-01<br>HOOKAH G<br>185 S. MYERS ST<br>LOS ANGELES CA 90033 |
| Creditor ID: 18136-01<br>HOOKAHBAZZ COMPANY JAAKOVKATSOF<br>11 BAKER LANE<br>SUFFERN NY 10901 | Creditor ID: 9001-01<br>HOOKALA TOBACCO INC<br>7729 SOMERSET BLVD<br>PARAMOUNT CA 90723 | Creditor ID: 5859-01<br>HOOKER FURNITURE<br>440 COMMONWEALTH BLVD. E.<br>MARTINSVILLE VA 24112 |
| Creditor ID: 14249-01<br>HOOP RATAIL STORES, LLC/DBA DISNEY STORE<br>3800 EAST PHILADELPHIA STREET<br>ONTARIO CA 91761 | Creditor ID: 18138-01<br>HOOP RETAILS STORES LLC DBA DISNEY STORE<br>915 SECAUCUS RD.<br>SECAUCUS NJ 07094 | Creditor ID: 2940-01<br>HOOVER<br>101 EAST MAPLE STREET<br>NORTH CANTON OH 44720-2597 |
| Creditor ID: 18139-01<br>HOOVER TREATED WOOD PRODUCTS<br>303 DILLARD GARDEN ROAD<br>WINSTON OR 97496 | Creditor ID: 5861-01<br>HOOVER TREATED WOOD PRODUCTS, INC<br>154 WIRE ROAD<br>THOMSON GA 30824 | Creditor ID: 10607-01<br>HOP CHONG TRDG. CO, INC.<br>ONE PENN PLAZA, SUITE 1529<br>NEW YORK NY 10119 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5862-01<br>HOP HING PRODUCES INC.<br>45 47TH ST<br>MASPETH NY 11378 | Creditor ID: 1092-01<br>HOP VALLEY BREWING<br>701 HIGH STREET #200<br>EUGENE OR 97401 | Creditor ID: 14250-01<br>HOPE MEE TRADING CO. INC.<br>206 UTAH AVENUE<br>S. SAN FRANCISCO CA 94080 |
| Creditor ID: 9496-01<br>HORCHOW NM DIRECT<br>404 BAUMGARNER INDUSTRIAL DR<br>DEPT. 588<br>CONOVER NC 28613 | Creditor ID: 5863-01<br>HORIZON EXPORT INTERNATIONAL<br>2539 WEST 237TH STREET, SUITE A<br>TORRANCE CA 90505 | Creditor ID: 14251-01<br>HORIZON FITNESS<br>1620 LANDMARK DRIVE<br>COTTAGE GROVE WI 53527 |
| Creditor ID: 1938-01<br>HORIZON FLOORS INC<br>11 BROADWAY, SUITE: 515<br>NEW YORK NY 10004 | Creditor ID: 5864-01<br>HORIZON GROUP<br>45 TECHNOLOGY DR<br>WARREN NJ 07059 | Creditor ID: 9002-01<br>HORIZON INTERNATIONAL CO.<br>1310 EAST OCEAN BLVD. SUITE 603<br>LONG BEACH CA 90802 |
| Creditor ID: 5865-01<br>HORIZON PLASTICS INC<br>300-2A RT 17<br>LODI NJ 07644 | Creditor ID: 2941-01<br>HORIZON PLASTICS INC<br>223 GATES ROAD UNIT 4<br>LITTLE FERRY NJ 07643 | Creditor ID: 1093-01<br>HORIZON TIRE INC.<br>8999 MARKET ST<br>HOUSTON TX 77029 |
| Creditor ID: 1094-01<br>HORIZON TIRE, INC./ CA<br>1944 EAST VISTA BELLA WAY<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 13425-01<br>HORIZON WOOD PRODUCTS<br>P.O. BOX 471<br>RIDGWAY PA 15853 | Creditor ID: 14252-01<br>HORIZONS WORLDWIDE (BROOKPARK, OH)<br>6410 EASTLAND ROAD, UNIT E<br>BROOKPARK OH 44142 |
| Creditor ID: 5866-01<br>HORMEL FOODS CORPORATION<br>1 HORMEL PLACE AUSTIN, MN 55912<br>AUSTIN MN 55912 | Creditor ID: 1939-01<br>HORTIFRUT IMPORTS LLC<br>9450 CORKSCREW PALMS CIR STE 202<br>ESTERO FL 33928 | Creditor ID: 5867-01<br>HOSH INTERNATIONAL LLC<br>125 BATTERY AVE<br>BROOKLYN NY 11209 |
| Creditor ID: 1095-01<br>HOSHINO(USA) INC.<br>1726 WINCHESTER RD. P.O. BOX 886<br>BENSALEM PA 19020 | Creditor ID: 2942-01<br>HOSKIE COMPANY, INC.<br>123 HARRISON PL<br>BROOKLYN NY 11237 | Creditor ID: 1096-01<br>HOSPITAL SUPPLIES<br>1015 THIRD AVENUE 12TH FLOOR - EI<br>SEATTLE WA 98104 |
| Creditor ID: 18140-01<br>HOSPITALITY FURNISHING INC<br>2216 MOUNTAIN ROAD<br>DALTON GA 30722 | Creditor ID: 13426-01<br>HOT FOOT AMERICA L.P.<br>298 BELVEDERE AVE.,<br>BELVEDERE CA 94920 | Creditor ID: 1097-01<br>HOT TOPIC MERCHANDISE, INC.<br>18305 E. SAN JOSE<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 14253-01<br>HOUDINI,INC.<br>4225 N. PALM STREET<br>FULLERTON CA 92835 | Creditor ID: 13427-01<br>HOUGHTON INTERNATIONAL, INC.<br>9100 FREELAND ST.<br>DETROIT MI 48228 | Creditor ID: 13428-01<br>HOUSE OF BURGUNDY,NY<br>36 MIDLAND AVE<br>PORT CHESTER NY 10573 |
| Creditor ID: 2943-01<br>HOUSE OF MARLEY, LLC<br>3000 PONTIAC TRAIL<br>COMMERCE TOWNSHIP MI 48390 | Creditor ID: 10276-01<br>HOUSE OF RAEFORD FARMS, INC<br>118 CARDINAL DR EXTENSION STE 102<br>WILMINGTON NC 28405 | Creditor ID: 1098-01<br>HOUSE OF SPAIN<br>370 BELLEVILLE TPKE<br>KEARNY NJ 07032 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 14254-01
HOUSE OF SWEETS
434 CLOVERLEAF DRIVE
BALDWIN PARK CA 91706

Creditor ID: 2944-01
HOUSE TO HOME
1525 3RD STREET, SUIT J
RIVERSIDE CA 92507

Creditor ID: 1099-01
HOUSEWARES INTERNATIONAL
6015 RANDOLPH STREET
CITY OF COMMERCE CA 90040

Creditor ID: 18141-01
HOUSEWARES INTERNATIONAL TRADING
206 WARREN STREET
HARRISON NJ 07029

Creditor ID: 9003-01
HOUSTON BECNEL INC.
16526 AIR CENTER BLVD.
HOUSTON TX 77032

Creditor ID: 1100-01
HOUSTON FOAM
P.O. BOX 1615
HOUSTON TX 77251

Creditor ID: 5868-01
HOWARD MILLER
860 EAST MAIN AVENUE
ZEELAND MI 49464

Creditor ID: 10609-01
HOWARD WANG
14725 KATY FREEWAY #8
HOUSTON TX 77079

Creditor ID: 4845-01
HOWELL METAL COMPANY
574 NEW MARKET DEPOT ROAD
NEW MARKET VA 22844

Creditor ID: 10610-01
HOWSE IMPLEMENT COMPANY,INC.
2013 HWY. 184 EAST
EAST LAUREL MS 39443

Creditor ID: 10611-01
HP
4061 E. FRANCIS ST.
ONTARIO CA 91761

Creditor ID: 13429-01
HP HOOD LLC
6 KIMBALL LN
LYNNFIELD ME 01940

Creditor ID: 19058-97
HP INC.
C/O PACHULSKI STANG ZIEHL & JONES
ROBERT ALAN, JEFFREY POMERANTZ,
BRADFORD SANDLER
780 THIRD AVE, 34TH FL
NEW YORK NY 10017

Creditor ID: 19059-97
HP INC.
ATTN RAMONA SCHWEHR NEAL
11311 CHINDEN BLVD
BOISE ID 83714

Creditor ID: 18142-01
HP INDY PICK/PACK & SHIP FACILITY
BUILDING 131 7520 GEORGETOWN ROAD
INDIANAPOLIS IN 46268

Creditor ID: 2945-01
HP RYDER
RYDER 4061 E. FRANCIS ST.
ONTARIO CA 91761

Creditor ID: 13430-01
HPI INTERNATIONAL INC.
186-188 21TH ST
BROOKLYN NY 11232

Creditor ID: 13431-01
H-PLUS LOGISITICS CORP
16743 148TH AVE 2ND FL
JAMAICA NY 11443

Creditor ID: 18143-01
HQ SUSTAINABLE MARITIME INDUSTRIES, INC.
1511 THIRD AVENUE, SUITE 788
SEATTLE WA 98101

Creditor ID: 18144-01
HS CONVERTING DIVISION
210 SECTION HOUSE ROAD
CONOVER NC 28613

Creditor ID: 10612-01
HSBC BANK U.S.A.
452 FIFTH AVE 14/FL
NEW YORK NY 10018

Creditor ID: 13432-01
HSBC BANK USA, N.A.
2 HANSON PLACE
BROOKLYN NY 11217

Creditor ID: 18145-01
HSBS BANK USA
452 FIFTH AVENUE
DC NO:DC MTN528874
NEW YORK NY 10018

Creditor ID: 17142-01
HSM SOLUTIONS
235 2ND AVE NW
HICKORY NC 28603

Creditor ID: 1101-01
HSN
1 AVERY ROW
ROANOKE VA 24157

Creditor ID: 14255-01
HSN IMPROVEMENTS, LLC
16501 ROCKSIDE RD.
MAPLE HEIGHTS OH 44137

Creditor ID: 19060-97
HSN INC.
C/O AKERMAN LLP
SUSAN BALASCHAK, STEVEN R WIRTH
666 FIFTH AVE, 20TH FL
NEW YORK NY 10103

Creditor ID: 10613-01
HSN, INC.
1 HSN DRIVE
ST. PETERSBURG FL 33729

Creditor ID: 13433-01
HT INDUSTRIES INC
12851 SOUTH RESERVOIR ST
CHINO CA 91710

Creditor ID: 10614-01
HT MULTINATIONAL INC DBA HT INDUSTRIES INC
18525 GALE AVE
CITY OF INDUSTRY CA 91748-1331

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12487-01
HTP GROUP, LLC
201 THOMAS FRENCH DRIVE
SCOTTSBORO AL 35769

Creditor ID: 1102-01
HTT INDUSTRIES, INC
18525 E GALE AVE
CITY OF INDUSTRY CA 91748

Creditor ID: 2946-01
HTVN SEAFOOD, INC
3112 N.JUPITER RD., STE 412
GARLAND TX 75044

Creditor ID: 18146-01
HUA CHEN INTERNATIONAL
10523 LANDSBURY DR
HOUSTON TX 77099

Creditor ID: 10615-01
HUA MEI GROUP INC
3021 PIETRODR HAO
LENDA HEIGHTS CA 91745

Creditor ID: 2947-01
HUANG PRECIOUS METALS CORP
10615 LANDSBURY DR HOUSTON TX 77099
HOUSTON TX 77099

Creditor ID: 1103-01
HUATAI USA LLC
300 BARR HARBOR DRIVE, SUITE 230
WEST CONSHOHOCKEN PA 19428

Creditor ID: 2948-01
HUB FREIGHT USA INC.
548 SOUTH CHERRY STREET
ITASCA IL 60143

Creditor ID: 19061-97
HUB GROUP TRUCKING INC.
8575 S CENTRAL EXPRESSWAY
DALLAS TX 75241-7504

Creditor ID: 19062-97
HUB GROUP TRUCKING INC. - CHI
9600 W 47TH ST, 2ND FL
MCCOOK IL 60525-3205

Creditor ID: 19063-97
HUB GROUP TRUCKING INC. - MEM
5660 UNIVERSAL DRIVE
MEMPHIS TN 38118-7923

Creditor ID: 14256-01
HUB SHIPPING COMPANY
34 ELM STREET,
COHASSET MA 02025

Creditor ID: 13434-01
HUBBARD FEEDS INC.
1080 WILBANKS STREET
MONTGOMERY AL 36108

Creditor ID: 14257-01
HUBBELL LIGHTING, INC.
701 MILLENIUM BOULEVARD
GREENVILLE SC 29607

Creditor ID: 1104-01
HUBBELL POWER SYSTEMS INC.
N88 W13901 MAIN STREET, 200
MENOMONEE FALLS WI 53051

Creditor ID: 2949-01
HUBCAP MASTER
10190 HARWIN DRIVE
HOUSTON TX 77036

Creditor ID: 5869-01
HUBELL POWER SYSTEMS, INC.
1850 RICHLAND AVENUE EAST
AIKEN SC 29801

Creditor ID: 5870-01
HUBER CORP., J. M.
822 HUBER ROAD
MACON GA 31217

Creditor ID: 7221-01
HUBER ENGINEERED MATERIALS
1000 PARKWOOD CIRCLE, SUITE 1000
ATLANTA GA 30339

Creditor ID: 13435-01
HUBER ENGINEERED WOODS, LLC
10925 DAVID TAYLOR DR. STE. 300
CHARLOTTE NC 28262

Creditor ID: 10277-01
HUDD DISTRIBUTION
18215 E. ROWLAND
CITY OF INDUSTRY CA 91748

Creditor ID: 14258-01
HUDSON METALS CORPORATION
211 EAST 43RD STREET SUITE 2200
NEW YORK NY 10017

Creditor ID: 9004-01
HUDSON'S FURNITURE SHOWROOM INC
3290 W STATE RD 46
SANFORD FL 32771

Creditor ID: 18147-01
HUFFY CORPORATION
6551 CENTERVILLE BUSINESS PKWY.
CENTERVILLE OH 45459

Creditor ID: 13436-01
HUGESEN POLYMERS LP
4348 EAST PARK
HOUSTON TX 77028

Creditor ID: 18148-01
HUGHES FARMS SERVICES INC.
2939 VAN CLEAVE ROAD
MURRAY KY 42071

Creditor ID: 5871-01
HUGHES FURNITURE INDUSTRIES
952 STOUT ROAD
RANDLEMAN NC 27317

Creditor ID: 13437-01
HUGHSON NUT,INC
1825 VERDUGA ROAD
HUGHSON CA 95326

Creditor ID: 10616-01
HULL FOREST PRODUCTS
101 HAMPTON ROAD
POMFRET CENTER CT 06259

Creditor ID: 10278-01
HUMAX USA INC.
17051 VON KARMAN
IRVINE CA 92614

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

Creditor ID: 18149-01
HUMEX NORTH AMERICA INC.
1 E DELAWARE PLACE APARTMENT 7J
CHICAGO IL 60611

Creditor ID: 13438-01
HUMPHREY-COKER SEED COMPANY
311 SUMTER AVENUE
HARTSVILLE SC 29550

Creditor ID: 18150-01
HUMPHRYS TEXTILE PRODUCTS
5000 PASCHALL AVENUE
PHILADELPHIA PA 19143

Creditor ID: 10617-01
HUNG FAT, INC
571 HAMMOND STREET
CHESTNUT HILL MA 02467

Creditor ID: 14259-01
HUNTAIR, INC.
11555 SW MYSLONY ST.
TUALATIN OR 97062

Creditor ID: 17143-01
HUNTER ALLOYS LLC
95 FULTON STREET
BOONTON NJ 07005

Creditor ID: 5872-01
HUNTER DOUGLAS
1 BLUE HILL PLAZA
PEARL RIVER NY 10965

Creditor ID: 9005-01
HUNTER DOUGLAS METALS INC
915 W 175TH STREET
HOMEWOOD IL 60430

Creditor ID: 5873-01
HUNTER DOUGLAS NORTHWEST
1905 RAYMOND AVENUE S.W.
RENTON WA 98057

Creditor ID: 5874-01
HUNTER FAN
20525 NORDHOFF STREET
CHATSWORTH CA 91311

Creditor ID: 13439-01
HUNTER FAN CO.
/HUNTER FAN DISTRIBUTION FACILITY
7130 GOODLETT FARMS PKWY STE 400
MEMPHIS TN 38016

Creditor ID: 7222-01
HUNTER FAN COMPANY
2500 FRISCO AVE
MEMPHIS TN 38100

Creditor ID: 14260-01
HUNTER FAN COMPANY/
HUNTER FAN DISTRIBUTION FACILIT
100 NEMEC WAY
BYHALIA MS 38611

Creditor ID: 9006-01
HUNTER LIGHTING GROUP
11660 CENTRAL PARKWAY
JACKSONVILLE FL 32224

Creditor ID: 2950-01
HUNTER'S SPECIALTIES, INC.
6000 HUNTINGTON COURT NE
CEDAR RAPIDS IA 52402

Creditor ID: 9239-01
HUNTER'S YACHTS
14700 NORTHWEST US HIGHWAY 440
ALACHUA FL 32615

Creditor ID: 5875-01
HUNTINGTON FURTNITURE INDUSTRIES
4193 EAGLE HILL DRIVE, SUITE 103
HIGH POINT NC 27265

Creditor ID: 18151-01
HUNTINGTON WHOLESALE FURNITURE CO., INC.
BOX 1300
HUNTINGTON WV 25714

Creditor ID: 18152-01
HUNTSMAN
10003 WOODLANDS FOREST DRIVE
THE WOODLANDS TX 77380

Creditor ID: 18485-01
HUNTSMAN PIGMENTS AMERICAS LLC
1641 DIXON AIRLINE ROAD
AUGUSTA GA 30906

Creditor ID: 5876-01
HURLEY INTERNATIONAL LLC.
1945-G PLACENTIA AVENUE
COSTA MESA CA 92627

Creditor ID: 14261-01
HURON COMMODITIES USA
501 BRIDGE STREET, SUITE B
MONTICELLO IL 61856

Creditor ID: 2951-01
HURON VALLEY STEEL CORP.
41000 HURON RIVET DRIVE
BELLEVILLE MI 48111

Creditor ID: 13440-01
HURST'S BERRY FARM
23301 SW MCKIBBEN ROAD
SHERIDAN OR 97378

Creditor ID: 10618-01
HURTADO USA INC.
208 ENGLISH ROAD P.O. BOX 659
HIGH POINT NC 27262

Creditor ID: 19066-97
HUSKY TERMINAL & STEVEDORING, INC.
INTERNATIONAL TRANSPORTATION SERVICE INC
LAW OFFICE OF DOUGLAS T TABACHNIK PC
ATTN DOUGLAS T TABACHNIK
63 WEST MAIN ST, WOODHULL HOUSE STE C
FREEHOLD NJ 07728

Creditor ID: 19064-97
HUSKY TERMINAL & STEVEDORING, INC.
1101 PORT OF TACOMA RD
TACOMA WA 98421

Creditor ID: 19065-97
HUSKY TERMINAL & STEVEDORING, INC.
INTERNATIONAL TRANSPORTATION SERVICE INC
C/O TERRY J CONIGLIO INC
ATTN TERRY J CONIGLIO
60 ELM AVENUE
LONG BEACH CA 90802-4910

Creditor ID: 19067-97
HUSKY TERMINAL & STEVEDORING, INC.
INTERNATIONAL TRANSPORTATION SERVICE INC
C/O LESLIE COHEN LAW PC
ATTN LESLIE A COHEN ESQ
506 SANTA MONICA BLVD, STE 200
SANTA MONICA CA 90401

Creditor ID: 18254-01
HUSQVARNA FORESTRY PRODUCTS N.A. INC.
#1 POULAN DRIVE
NASHVILLE AR 71852

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 2952-01
HUSSEIN AHMAD ELHAJ
14721 NE 61ST COURT
REDMOND WA 98052

Creditor ID: 13441-01
HUSSEY COPPER LTD
1178 MULBERRY PIKE
EMINENCE KY 40019

Creditor ID: 9240-01
HUSSMANN CORPORATION
12999 ST. CHARLES ROCK RD.
BRIDGETON MO 63044

Creditor ID: 9241-01
HUTCHENS INDUSTRIES INC
898 E. COMMERCIAL
MANSFIELD MO 65704

Creditor ID: 13540-01
HUTCHINS COMPANY, INC.
1195 KAPP DRIVE
CLEARWATER FL 33765

Creditor ID: 1105-01
HW ROBINSON & CO
37 WEST 39TH STREET
NEW YORK NY 10018

Creditor ID: 18255-01
HW3 LLC.
15819 HWY 101 S.
BROOKINGS OR 97415

Creditor ID: 5877-01
HWA FONG RUBBER (USA) INC.
DBA DURO TIRE AND WHEEL
14290 LOCHRIDGE BLVD
COVINGTON GA 30014

Creditor ID: 9242-01
HWA IN AMERICA INC.
9923 VIA DE LA AMISTAD, SUITE 102
SAN DIEGO CA 92154

Creditor ID: 12488-01
HWA SEUNG NETWORKS AMERICA CORP
485 7TH AVENUE SUITE 309
NEW YORK NY 10018

Creditor ID: 18256-01
HWACHEON MACHINERY AMERICA INC.
50 LAKEVIEW PKY., #119
VERNON HILLS IL 60061

Creditor ID: 14262-01
HWASEUNG NETWORKS AMERICA CORP
485 SEVENTH AVE SUITE 309
NEW YORK NY 10018

Creditor ID: 18257-01
HWASHIN AMERICA CORP.
#661 MONTGOMERY HIGHWAY,
GREENVILLE AL 36037

Creditor ID: 10619-01
HWI METRO MARKETING
2851 EAST LS HERMANAS STREET
RANCHO DOMINGUEZ CA 90221

Creditor ID: 10620-01
HY CITE CORPORATION
333 HOLTZMAN ROAD
MADISON WI 53713

Creditor ID: 14263-01
HYAK DEVELOPMENT
9205 122ND CT N.E. A101
KIRKLAND WA 98110-1332

Creditor ID: 13541-01
HYCHEM
7707 WALLISVILLE ROAD
HOUSTON TX 77020

Creditor ID: 13542-01
HYCLONE LABORATORIES
1725 SOUTH HYCLONE ROAD
LOGAN UT 84321

Creditor ID: 13543-01
HYDE PARK MOULDINGS,INC
110 KENNEDY DRIVE
HAUPPAUGE NY 11788

Creditor ID: 9243-01
HYDRA-GYM ATHLETICS
2121 INDUSTRIAL PARK ROAD
BELTON TX 76513

Creditor ID: 1106-01
HYDRAJET TECHNOLOGY
2477 LAKELAND ROAD
DALTON GA 30720

Creditor ID: 12489-01
HYDRIL COMPANY.
3663 NORTH SAM HOUSTON PARKWAY E
GATEWAY BUILDING I, SUITE 350
HOUSTON TX 77032

Creditor ID: 9244-01
HYDRO GARDENS INC
8765 VOLLMER RD
COLORADO SPRINGS CO 80908

Creditor ID: 1107-01
HYDRO KIRBY AGRI
500 RUNNING PUMP RD.
LANCASTER PA 17607

Creditor ID: 9245-01
HYDRO-ORGANICS WHOLESALE INC.
295 CONVAIR AVE.
CHICO CA 95973

Creditor ID: 9246-01
HYER OFFICE FURNITURE, INC.
6925 GILLELAND LANE
ATLANTA GA 30360

Creditor ID: 14264-01
HYLAS PUBLISHING
129 MAIN STREET
IRVINGTON NY 10533

Creditor ID: 2954-01
HYMAN BRICKLE
235 SINGLETON ST.
WOONSOCKET RI 02895

Creditor ID: 13544-01
HY-MART INC.
7204 HARWIN DRIVE
HOUSTON TX 77036

Creditor ID: 9247-01
HYOSUNG(AMERICA).INC. L.A.BRANCH
910 COLUMBIA STREET
BREA CA 92821

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5878-01<br>HYPE HANDBAGS, DIVISION OF MONDANI HANDBAGS<br>320 5TH AVENUE SUITE 900<br>NEW YORK NY 10001 | Creditor ID: 13545-01<br>HYPE WIRELESS LTD.<br>195 RARITAN CENTER PARKWAY<br>EDISON NJ 08837 | Creditor ID: 17144-01<br>HYSON USA INC.<br>1486 E.OAKTAN ST.<br>ARLINGTON HEIGHTS IL 60005 |
| Creditor ID: 18258-01<br>HYSTER COMPANY<br>1400 SULLIVAN DRIVE<br>GREENVILLE NC 27834 | Creditor ID: 5879-01<br>HYSTER COMPANY (KY)<br>2200 MENELAUS PIKE<br>BEREA KY 40403 | Creditor ID: 9248-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>RFD ROUTE 11 GREENVILLE BLVD<br>GREENVILLE NC 27834 |
| Creditor ID: 5881-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>7711 HIGHWAY 278<br>SULLIGENT AL 35586 | Creditor ID: 5880-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>1400 SULLIVAN DRIVE<br>GREENVILLE NC 27834 | Creditor ID: 13546-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>1003 MEYERS STREET<br>DANVILLE IL 61832 |
| Creditor ID: 10621-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>2200 MENELAUS RD<br>BEREA KY 40403 | Creditor ID: 18259-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>5200 MARTIN LUTHER KING JR BLVD<br>GREENVILLE NC 27834 | Creditor ID: 14265-01<br>HYSTER-YALE MATERIALS HANDLING, INC<br>4000 NE BLUE LAKE ROAD<br>FAIRVIEW OR 97024 |
| Creditor ID: 5882-01<br>HYUNDAI AMERICA SHIPPING AGENCY, INC.<br>222 WEST LAS COLINAS BLVD STE 700<br>IRVING TX 75039 | Creditor ID: 5883-01<br>HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC.<br>6100 ATLANTIC BLVD.<br>NORCROSS GA 30071 | Creditor ID: 4846-01<br>HYUNDAI CORPORATION (USA)<br>21250 HAWTHORNE BLVD #775<br>TORRANCE CA 90503 |
| Creditor ID: 5884-01<br>HYUNDAI EXPRESS INC.<br>1400 CAPITAL BLVD  SUITE #1018<br>RALEIGH NC 27603 | Creditor ID: 10622-01<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE. P.O. BOX 20850<br>FOUNTAIN VALLEY CA 92728 | Creditor ID: 13547-01<br>HYUNDAI MOTOR MANUFACTURING<br>700 HYUNDAI BOULEVARD<br>MONTGOMERY AL 36105 |
| Creditor ID: 2955-01<br>HYUNDAI SYSCOMM CORP.<br>2370 WATSON CT. SUITE 110<br>PALO ALTO CA 94303 | Creditor ID: 10623-01<br>HYUNDAM AMERICA INC.<br>1730 VALLECITO DR.<br>HACIENDA HEIGHTS CA 91745 | Creditor ID: 2956-01<br>I - FE APPAREL INC.<br>12 HORIZON BLVD.<br>SOUTH HACKENSACK NJ 07606 |
| Creditor ID: 13548-01<br>I LOVE PRODUCE, LLC<br>15 COMMERCE BLVD<br>WEST GROVE PA 19390 | Creditor ID: 9249-01<br>I R INDUSTRIES INC<br>2031 ROUTE 22<br>BREWSTER NY 10509 | Creditor ID: 10624-01<br>I SACHS SONS INC.<br>637 WEST ROOSEVELT ROAD<br>CHICAGO IL 60607 |
| Creditor ID: 9250-01<br>I T I TROPICALS, INC<br>30 GORDON AVE<br>LAWRENCEVILLE NJ 08648 | Creditor ID: 4847-01<br>I&I EURO DISTRIBUTOR<br>350 BEACH 79TH ST<br>FAR ROCKAWAY NY 11693 | Creditor ID: 1108-01<br>I&S TRADING INC.<br>1061 E. 12TH STREET<br>BROOKLYN NY 11230 |
| Creditor ID: 14266-01<br>I.C.E. COMPANY<br>1702 MINTERS CHAPEL ROAD<br>GRAPEVINE TX 76051 | Creditor ID: 10625-01<br>I.F.S. NEUTRAL M. SERVICE, INC.<br>181 S.FRANKLYN STREET  SUITE 601<br>VALLEY STREAM NY 11581 | Creditor ID: 2957-01<br>I.L.S. INC.<br>343 NORTH OAK STREET<br>INGLEWOOD CA 90302 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10626-01<br>I.S. AMERICA LLC<br>30 VESEY STREET<br>NEW YORK NY 10007 | Creditor ID: 13549-01<br>I2S INC<br>475 MAIN STREET<br>YALESVILLE CT 06492 | Creditor ID: 4848-01<br>IAN DAVID FORREST<br>901 MAIN AVE<br>NORWALK CT 06851 |
| Creditor ID: 18260-01<br>IBANEZ PLEVEN OFFERINGS<br>119 WEST 23RD STREET<br>NEW YORK NY 10011 | Creditor ID: 10627-01<br>IBC HEARTHWARE, INC.<br>880 LAKESIDE DRIVE<br>GURNEE IL 60031 | Creditor ID: 2958-01<br>IBERIA TILE CORP.<br>2975 N.W. 77TH AVENUE<br>MIAMI FL 33122 |
| Creditor ID: 10628-01<br>IBI CUSTOMS SERVICES<br>JFK INT'L AIRPORT BLDG 77<br>JAMAICA NY 11430 | Creditor ID: 13550-01<br>IBOLILI INC<br>1800-6 FAIRFAX RD<br>GREENSBORO NC 27407 | Creditor ID: 5885-01<br>IBRAHIM WARSAME<br>4433 SOUTH GRAHAM<br>SEATTLE WA 98118 |
| Creditor ID: 14267-01<br>IBSA DISTRIBUTION CENTER<br>10200 PLANO RD. STE. 300<br>DALLAS TX 75238 | Creditor ID: 18261-01<br>ICAT LOGISTICS INC.<br>28515 GODDARD, SUITE 100<br>ROMULUS MI 48174 | Creditor ID: 9251-01<br>ICC CHEMICAL CORP.<br>460 PARK AVE.<br>NEW YORK NY 10022 |
| Creditor ID: 9252-01<br>ICC USA, INC<br>3500 NATIONAL CITY TOWER<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202 | Creditor ID: 5886-01<br>ICD AMERICA LLC.<br>1 RAMADA PLAZA, SUITE 803<br>NEW ROCHELLE NY 10801 | Creditor ID: 1109-01<br>ICELANDIC USA, INC<br>190 ENTERPRISE DRIVE<br>NEW PORT NEWS VA 23603 |
| Creditor ID: 7223-01<br>ICEPAK<br>909 SE EVERETT MALL WAY, SUITE B220<br>EVERETT WA 98208 | Creditor ID: 18262-01<br>ICER BRANDS SERVICES LLC<br>1385 BROADWAY 16TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9253-01<br>ICF GLOBAL INC<br>42564 DRENNON CT<br>TEMECULA CA 92592-8176 |
| Creditor ID: 13551-01<br>ICF INTERNATIONAL, INC.<br>1901 E. LABMERT RD., SUITE 209<br>LA HABRA CA 90631 | Creditor ID: 13552-01<br>ICHIJO USA CO., LTD<br>15135 NE 90TH ST, SUITE 200<br>REDMOND WA 98052 | Creditor ID: 5888-01<br>ICICLE SEAFOODS<br>4019-21ST AVE. WEST<br>SEATTLE WA 98199 |
| Creditor ID: 1940-01<br>ICKSAN USA, INC.<br>110 E. 9TH STREET, SUITE # A-477<br>LOS ANGELES CA 90079 | Creditor ID: 2959-01<br>ICL AMERICA LTD<br>377 MERRICK ROAD<br>LYNBROOK NY 11563 | Creditor ID: 5889-01<br>ICOF AMERICA<br>10979 REED HARTMAN HWY STE 109<br>CINCINATTI OH 45242 |
| Creditor ID: 1110-01<br>ICON HEALTH & FITNESS<br>1500 SOUTH 1000 WEST<br>LOGAN UT 84321 | Creditor ID: 14268-01<br>ICON HEALTH AND FITNESS INC.<br>1371 S. TOWNEAST BLVD.<br>MESQUITE TX 75149 | Creditor ID: 1111-01<br>ICREST INTERNATIONAL LLC<br>1240 E. VICTORIA STREET<br>CARSON CA 90746 |
| Creditor ID: 10629-01<br>ICREST INTERNATIONAL LLC.<br>725 S FIGUEROA ST STE 3050<br>LOS ANGELES CA 90017 | Creditor ID: 5890-01<br>ICS INTERNATIONAL CARGO<br>440 MCCLELLAN HWY. P.O. BOX 457<br>EAST BOSTON MA 02128 | Creditor ID: 10630-01<br>ICS INTERNATIONAL CUSTOMS SERVICES<br>1099 MORSE AVE<br>ELK GROVE VILLAGE IL 60007 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 1112-01
ICS LLC
1828 ELM ST
ALAMEDA CA 94501

Creditor ID: 2960-01
ICS NORTH AMERICA CORP.
13329 WOODLAND FARM DR.
CHAFLOTTE NC 28215

Creditor ID: 14269-01
IDAHO FRANK ASSOCIATES, INC
391 TALOR BLVD. SUITE 180
PLEASANT HILL CA 94523

Creditor ID: 1941-01
IDAHOAN FOODS , LLC
529 NORTH 3500 E
P.O. BOX 130
LEWISVILLE ID 83431

Creditor ID: 10631-01
IDEA CERAMICA USA
1350 NW 74TH STREET
MIAMI FL 33147

Creditor ID: 10632-01
IDEA INDUSTRY LLC
3910 TRICIA WAY
NORTH HIGHLANDS CA 95660

Creditor ID: 9254-01
IDEAL BRANDS, INC.
16060 VENTURA BLVD. #105-504
ENCINO CA 91436

Creditor ID: 1113-01
IDEAL IMAGE INC.
115 HAAS DRIVE
ENGLEWOOD OH 45322

Creditor ID: 14270-01
IDEAL PRODUCTS
1287 COUNTY ROAD 623
BROSELEY MO 63932

Creditor ID: 5891-01
IDEAL STANDARD
CARGO 230 WEAKLEY RD. STE A
CALEXICO CA 92231

Creditor ID: 18263-01
IDEAL TILE IMPORTING  CO INC
2232 RTE 9
HOWELL NJ 07731

Creditor ID: 5892-01
IFAST GROUPE USA LLC
2626 WARRENVILLE ROAD
DOWNERS GROVE IL 60515

Creditor ID: 18264-01
IFASTGROUPE DISTRIBUTION
DIVISION OF IFASTGROUPE
5800 PLUMMER ROAD SUITE 175
ATLANTA GA 30336

Creditor ID: 10735-01
IFASTGROUPE INTERNATIONAL
7218 JUSTIN WAY
MENTOR OH 44060

Creditor ID: 1114-01
IFG CORP (ADJMI APPREL GROUP)
1400 BROADWAY, ROOM 2202
NEW YORK NY 10018

Creditor ID: 18265-01
IFH HICKORY
543 12TH STREET DRIVE NW
HICKORY NC 28601

Creditor ID: 18266-01
IFS (LAX) INC.,
1012 HILLCREST BLVD
INGLEWOOD CA 90301

Creditor ID: 9255-01
IFS INC.
147-22 FARMERS BLVD.
JAMAICA NY 11434

Creditor ID: 5893-01
IFS(N.Y.) INC.
147-22 FARMERS BLVD. 2ND FL.
JAMAICA NY 11434

Creditor ID: 5894-01
IGB HOMES
160 PASSIAC AVE., BLDG#31
KEARNY NJ 07032

Creditor ID: 1115-01
IGH GLOBAL CORPORATION , INC.
15329 DON JULIAN RD.
CITY OF INDUSTRY CA 91745

Creditor ID: 14271-01
IGNITE USA
954 W. WASHINGTON BLVD
CHICAGO IL 60607

Creditor ID: 10736-01
IGNITE USA, LLC.
1385 GREG STREET SUITE 105
SPARKS NV 89431

Creditor ID: 7224-01
IGNITE USA, LLC.
180 N. LASALLE STREET SUITE 700
CHICAGO IL 60601

Creditor ID: 14272-01
IGOR GARY FENDICH
8809 DUNE LAKE RD
MOSES LAKE WA 98837

Creditor ID: 13553-01
IKE TRADING
8905 SW NIMBUS #475A
BEAVERTON OR 97008

Creditor ID: 5895-01
IKE TRADING
8905 SW NIMBUS #190
BEAVERTON OR 97008

Creditor ID: 14273-01
IKEA DISTRIBUTION SERVICE
202 LITTLE HEARST PARKWAY
PORT WENTWORTH GA 31407

Creditor ID: 13554-01
IKEA DISTRIBUTION SERVICE
8000 IKEA WAY
BLOOMINGTON MN 55425

Creditor ID: 4849-01
IKEA DISTRIBUTION SERVICES
13312 SOUTH PONY EXPRESS ROAD
DRAPER UT 84020

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5896-01<br>IKEA DISTRIBUTION SERVICES<br>100 FIRESTONE ROAD<br>PERRYVILLE MD 21903 | Creditor ID: 14274-01<br>IKEA DISTRIBUTION SERVICES<br>41660 FORD ROAD<br>CANTON MI 48187 | Creditor ID: 1116-01<br>IKEA DISTRIBUTION SERVICES INC<br>4104 INDUSTRIAL PARKWAY<br>LEBECTEJON INDUSTRIAL COMPLES<br>LEBEC CA 93243 |
| Creditor ID: 14275-01<br>IKEA DISTRIBUTION SERVICES INC<br>100 IKEA DRIVE<br>WESTAMPTON NJ 08060 | Creditor ID: 5897-01<br>IKEA DISTRIBUTION SERVICES INC.<br>4604 196TH STREET EAST<br>SPANAWAY WA 98387 | Creditor ID: 9256-01<br>IKEA DISTRIBUTION SERVICES INC.<br>501 INTERNATIONAL PARKWAY<br>MINOOKA IL 60447 |
| Creditor ID: 2961-01<br>IKEA SUPPLY AG<br>7171 IKEA DRIVE<br>FRISCO TX 75034 | Creditor ID: 13555-01<br>IKEA WHOLESALE<br>100 IKEA DR.<br>WESTAMPTON NJ 08060 | Creditor ID: 12490-01<br>IKEA WHOLESALE INC.<br>100 IKEA DR.<br>WESTAMPTON NJ 08060 |
| Creditor ID: 14276-01<br>IKEA WHOLESALE, INC<br>5555 E JURUPA ST<br>ONTARIO CA 91761 | Creditor ID: 10737-01<br>IKO PACIFIC INC<br>850 WEST FRONT STREET<br>SUMAS WA 98295 | Creditor ID: 18267-01<br>IL BUCO VINERIA LLC<br>47 BOND ST. NO. 2,<br>NEW YORK NY 10012 |
| Creditor ID: 13556-01<br>ILJIN AMERICA CORP.<br>1705 POPLAR DRIVE EXT<br>GREER SC 29651-6518 | Creditor ID: 1117-01<br>ILLIANA TRANSIT WAREHOUSE CORP<br>1334 FIELD STREET<br>HAMMONT IN 46320 | Creditor ID: 5898-01<br>ILLINOIS CEMENT CO.<br>1601 ROCKWELL RD.<br>LA SALLE IL 61301 |
| Creditor ID: 9257-01<br>ILLY CAFFE' NORTH AMERICA, INC.<br>200 CLEARBROOKS ROAD<br>ELMSFORD NY 10523 | Creditor ID: 14277-01<br>I-LOGISTICS(USA)CORP O/B OF SANYO SOLAR U.S.A<br>970 E. 236TH ST<br>CARSON CA 90745 | Creditor ID: 10738-01<br>I-LOGISTICS(USA)CORP. ON BEHALF OF<br>1793 HIGHWAY 42 SOUTH<br>BRIGGS & STRATTON YARD PRODUCTS DIV<br>MCDONOUGH GA 30252 |
| Creditor ID: 12491-01<br>ILPEA INDUSTRIES, INC.<br>745 SOUTH GARDNER STREET<br>SCOTTSBURG IN 47170 | Creditor ID: 1118-01<br>ILS<br>343 NORTH OAK ST.<br>INGLEWOOD CA 90302 | Creditor ID: 14278-01<br>ILS INK<br>343 NORTH OAK STREET<br>INGLEWOOD CA 90302 |
| Creditor ID: 1119-01<br>ILSHIN AMERICA<br>555 8TH AVENUE<br>NEW YORK NY 10018 | Creditor ID: 18268-01<br>ILYS FASHION<br>2641 S. HILL STREET<br>LOS ANGELES CA 90007 | Creditor ID: 9258-01<br>IMA NORTH AMERICA INC<br>211 SINCLAIR RD STE 100<br>BRISTOL PA 19007-1523 |
| Creditor ID: 13557-01<br>IMAEX TRADING CO.<br>65 CRESTRIDGE DRIVE<br>SUWANEE GA 30024 | Creditor ID: 13558-01<br>IMAGE PROJECTION WEST<br>14135 E 42ND AVENUE, # 40<br>DENVER CO 80239 | Creditor ID: 2962-01<br>IMAGINE GLOBAL LLC<br>801 WEST BAY DRIVE #508<br>LARGO FL 33770-3220 |
| Creditor ID: 2963-01<br>IMAGISTICS INTERNATIONAL<br>100 OAKVIEW DRIVE<br>TRUMBULL CT 06611 | Creditor ID: 5899-01<br>IMANI CHOCO LLC<br>74 GEORGIA AVE<br>BROOKLYN NY 11201 | Creditor ID: 5900-01<br>IMATION CORP.<br>1 IMATION WAY<br>OAKDALE MN 55128 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2043-01<br>IMATION CORPORATION<br>DATA STORAGE PRODUCTS DOCK 3<br>350 S. LEWIS RD<br>CAMARILLO CA 93012 | Creditor ID: 13559-01<br>IMATION ENTERPRISES CORP.<br>1 IMATION PLACE<br>OAKDALE MN 55128 | Creditor ID: 10739-01<br>IMATION ENTERPRISES CORP.<br>1601 SOUTHERN RD.<br>KANSAS CITY MO 64120 |
| Creditor ID: 10279-01<br>IMATION ENTERPRISES CORP.<br>8680 SWINNEA ROAD, SUITE 101<br>SOUTHAVEN MS 38671 | Creditor ID: 5901-01<br>IMATION LATIN AMERICA CORP.<br>1 IMATION PLACE, OAKDALE, MN  55128<br>OAKDALE MN 55128 | Creditor ID: 2964-01<br>IMC CHEMICALS INC<br>9401 INDIAN CREEK PKWY<br>BLVD 40 STE 1000<br>OVERLAND PARK KS 66210 |
| Creditor ID: 13560-01<br>IMC INTERMARKET COMPANY, INC.<br>1445 MCCONNELL LANE/PO BOX 987<br>HERMISTON OR 97838 | Creditor ID: 5902-01<br>IMED TECHNOLOGY INC.<br>17408 TAMARON DRIVE<br>DALLAS TX 75287 | Creditor ID: 10740-01<br>IMERYS ADVANCED MINERALS, INC.<br>2500 MIGUELITO ROAD<br>LOMPOC CA 93436 |
| Creditor ID: 18269-01<br>IMERYS CLAYS, INC.<br>100 MANSELL COURT EAST STE 300<br>ROSWELL GA 30076 | Creditor ID: 14279-01<br>IMERYS FUSED MINERALS GREENEVILLE, INC.<br>107 COILE STREET<br>GREENEVILLE TN 37745 | Creditor ID: 10741-01<br>IMERYS KAOLIN INC.<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 |
| Creditor ID: 18270-01<br>IMERYS MARBLE INC.<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 | Creditor ID: 14380-01<br>IMERYS MICA KINGS MOUNTAIN INC.<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 | Creditor ID: 9259-01<br>IMERYS MINERALS CALIFORNIA, INC<br>2500 MIGUELITO ROAD<br>LOMPOC CA 93436 |
| Creditor ID: 9260-01<br>IMERYS PERFORMANCE MINERALS INC.<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 | Creditor ID: 9261-01<br>IMERYS PERLITE USA, INC<br>1450 SIMPSON WAY<br>ESCONDIDO CA 92029 | Creditor ID: 9262-01<br>IMERYS PERLITE USA, INC<br>2500 MIGUELITO ROAD<br>LOMPOC CA 93436 |
| Creditor ID: 10280-01<br>IMERYS TALC AMERICA, INC<br>767 OLD YELLOWSTONE TRAIL<br>THREE FORKS MT 59752 | Creditor ID: 5903-01<br>IMERYS TALC AMERICA,INC.<br>100 MANSEL COURT, SUITE 200<br>ROSWELL GA 30076 | Creditor ID: 14381-01<br>IMEXSYS, INC.<br>181 S. FRANKLIN AVENUE<br>VALLEY STREAM NY 11581 |
| Creditor ID: 14382-01<br>IMEXYS INC<br>181 SOUTH FRANKLIN AVE STE 401<br>VALLEY STREAM NY 11581 | Creditor ID: 10742-01<br>IMMEDIATE SERVICES, INC.<br>111 JARDIN LANE<br>WINTER HAVEN FL 33884 | Creditor ID: 17145-01<br>IMMUNEX CORP. SUBSIDIARY OF AMGEN INC.<br>1 AMGEN CENTER<br>THOUSAND OAKS CA 91320 |
| Creditor ID: 5904-01<br>IMODAL<br>170 KINNELON ROAD, SUITE 37<br>KINNELON NJ 07405 | Creditor ID: 2965-01<br>IMP FOODS, INC.<br>1021 SOUTH RAILROAD AVE.,<br>SAN MATEO CA 94402 | Creditor ID: 17146-01<br>IMPACT DESIGN INC<br>250 44TH STREET<br>BROOKLYN NY 11232 |
| Creditor ID: 14383-01<br>IMPACT PRODUCTS, INC.<br>2840 CENTENNIAL ROAD<br>TOLEDO OH 43617 | Creditor ID: 9263-01<br>IMPAX INTERNATIONAL<br>7108 KATELLA AVENUE<br>STANTON CA 90680 | Creditor ID: 13561-01<br>IMPCO AUTOMOTIVE<br>1274 SOUTH STATE ROAD 32<br>UNION CITY IN 47390 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18271-01<br>IMPCO TECHNOLOGIES, INC.<br>3030 S. SUSAN ST<br>SANTA ANA CA 92704 | Creditor ID: 1120-01<br>IMPERIAL BAG & PAPER COMPANY LLC<br>59 HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 4474-01<br>IMPERIAL COMMODITIES CORP.<br>17 BATTERY PLACE - SUITE 636<br>NEW YORK NY 10004-1101 |
| Creditor ID: 1942-01<br>IMPERIAL ELECTRIC COMPANY<br>1503 EXETER ROAD<br>AKRON OH 44306 | Creditor ID: 2966-01<br>IMPERIAL FEZ<br>1230 LOGAN CIRCLE<br>ATLANTA GA 30318 | Creditor ID: 18272-01<br>IMPERIAL INTER-FREIGHT INC.<br>175-01 ROCKAWAY BLVD<br>JAMAICA NY 11434 |
| Creditor ID: 9264-01<br>IMPERIAL TILE & MARBLE<br>1140 BROAD ST<br>SHREWBURY NJ 07702 | Creditor ID: 9265-01<br>IMPERIAL TOY<br>16641 ROSCOE PLACE<br>NORTH HILLS CA 91343 | Creditor ID: 1121-01<br>IMPERIAL TOY LLC<br>460E STATELINE RD<br>SOUTHAVEN MS 38671 |
| Creditor ID: 2967-01<br>IMPERIAL WOODWORKING ENTERPRISES,INC<br>310 NORTH WOODWORK LANE<br>PALATINE IL 60067 | Creditor ID: 10743-01<br>IMPEX FOOD CORP<br>701 SENECA STREET<br>BUFFALO NY 14210 | Creditor ID: 1122-01<br>IMPEX GROUP(USA). INC.<br>42 EAST HALF HOLLOW RD.,<br>DIX HILLS NY 11746 |
| Creditor ID: 13562-01<br>IMPEX INTERNATIONAL<br>30982 HUNTWOOD AVE, # 204<br>HAYWARD CA 94544 | Creditor ID: 2968-01<br>IMPEX INTERNATIONAL GROUP INC.<br>255 PENNBRIGHT DRIVE SUITE 222<br>HOUSTON TX 77090 | Creditor ID: 14384-01<br>IMPLEMENT SALES CO. LTD<br>1574 STONE RIDGE DRIVE<br>STONE MOUNTAIN GA 30083 |
| Creditor ID: 18273-01<br>IMPLEMENT SALES CO., INC.<br>HWY. 70, WEST<br>WEST MEMPHIS AR 72303 | Creditor ID: 10744-01<br>IMPLEMENTS SALES CO., INC.<br>2242 KOETTER DRIVE<br>CLARKSVILLE IN 47129 | Creditor ID: 2969-01<br>IMPLUS FOOTCARE LLC<br>2001 TW ALEXANDER DRIVE<br>DURHAM NC 27709 |
| Creditor ID: 18274-01<br>IMPORT ADMINISTRATORS, INC<br>888 3RD STREET, NW, SUITE A<br>ATLANTA GA 30318 | Creditor ID: 2970-01<br>IMPORT COMMODITY GROUP LTD<br>500 MERRICK ROAD<br>LYNBROOK NY 11563 | Creditor ID: 10745-01<br>IMPORT EXPORT SERVICES<br>900 ROUTE #9 NORTH<br>WOODBRIDGE NJ 07095 |
| Creditor ID: 5905-01<br>IMPORT EXPORT, LLC<br>120 BELLWOOD LANE<br>SPARTANBURG SC 29302 | Creditor ID: 7225-01<br>IMPORT GLASS CORPORATION<br>2641 SOUTH MAPLE AVE<br>FRESNO CA 93725 | Creditor ID: 10746-01<br>IMPORT GLASS CORPORATION<br>7640 WEST CHICAGO STREET<br>DETROIT MI 48204 |
| Creditor ID: 2971-01<br>IMPORT GLASS CORPORATION<br>15257 E. PROCTOR AVE.<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 5906-01<br>IMPORT MERCHANDISING CONCEPTS<br>15565 WRIGHT BROTHERS DRIVE<br>ADDISON TX 75001 | Creditor ID: 9266-01<br>IMPORT SERVICES, INC.<br>303 N. AVENUE SOUTH<br>CLIFTON TX 76634 |
| Creditor ID: 9267-01<br>IMPORT STONE<br>611 ESAST CERRITO AVENUE<br>ANAHEIM CA 92805 | Creditor ID: 18275-01<br>IMPORTADORA PRIMEX<br>999 LAKE DRIVE<br>ISSAQUAH WA 98027 | Creditor ID: 10747-01<br>IMPRESSIVE ENTERPRISES, INC.<br>4925 CASH ROAD<br>DALLAS TX 75247 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 5907-01
IMPRESSIVE SILK,INC.
14023 CATALINA ST.
SAN LEANDRO CA 94577

Creditor ID: 9268-01
IMPROVEMENTS
5201 RICHMOND ROAD
BEDFORD HEIGHTS OH 44146

Creditor ID: 10748-01
IMPTEX INTERNATIONAL CORP.
505 8TH AVENUE, RM 2302
NEW YORK NY 10018

Creditor ID: 10749-01
IMPX TRADERS, INC.
816 DILWORTH LANE
COLLEGEVILLE PA 19426

Creditor ID: 5908-01
IMS
P.O. BOX 4337
FORSTER CITY CA 94404

Creditor ID: 9269-01
IMS INC
4412-14 WHEELER AVE
ALEXANDRIA VA 22304

Creditor ID: 1123-01
IMS TRADING CORP
34 PASSAIC STREET
WOODRIDGE NJ 07075

Creditor ID: 2972-01
IN & OUT AUTO GLASS
221 BAYSHORE BLVD.,
SAN FRANCISCO CA 94124

Creditor ID: 14385-01
INABATA  AMERICA CORPORATION
611 ANTON BLVD, SUITE 925
COSTA MESA CA 92626

Creditor ID: 5909-01
INABATA AMERICA CORPORATION
1270 AVENUE OF THE AMERICAS STE 602
NEW YORK NY 10020

Creditor ID: 2973-01
INCENT TRA INC
145-40 157TH STREET
JAMAICA NY 11434

Creditor ID: 17147-01
INCEPTION, INC.
5112 189TH AVE. N.E.
SAMMAMISH WA 98074

Creditor ID: 14386-01
INCHCAPE SHIPPING SERVICES
101 SOUTH KING STREET STE 100
GLOUCESTER CITY NJ 08030

Creditor ID: 2974-01
INDCRESA (USA) L.L.C.
4388 SILVER FOX DRIVE
NAPLES FL 34119

Creditor ID: 1124-01
INDCRESA (USA) LLC
699 PLUM TREE ROAD
BARRINGTON HILLS IL 60010

Creditor ID: 12492-01
INDECOR, LLC
34 WEST 33RD STREET, 2ND FL
NEW YORK NY 10001

Creditor ID: 13563-01
INDEPAK INC.
2136 NE 194TH AVE
PORTLAND OR 97230

Creditor ID: 13564-01
INDEPENDANT BROKERAGE, INC
855 SOUTH 192ND STREET, SUITE 1100
SEATTLE WA 98148

Creditor ID: 18276-01
INDEPENDENCE FISH COMPANY
661 WEST GERMANTOWN PIKE SUITE 206
PLYMOUTH MEETING PA 19462

Creditor ID: 13565-01
INDEPENDENT BROKERAGE LLC
8290 N.W. 27TH STREET SUITE 603
MIAMI FL 33122

Creditor ID: 10750-01
INDEPENDENT CHEMICAL CORP.
PORT WAREHOUSE-198 PANAMA STREET
PORT NEWARK NJ 07114

Creditor ID: 13566-01
INDEPENDENT MEAT COMPANY
2072 ORCHARD DRIVE EAST
TWIN FALLS ID 83301

Creditor ID: 1125-01
INDEVCO PLASTICS INC
1300 WILSON BLVD
ARLINGTON VA 22209

Creditor ID: 14387-01
INDEX CORPORATION
14700 NORTH POINT BOULEVARD
NOBLESVILLE IN 46060

Creditor ID: 1126-01
INDIA HOUSE BRASS INC
1900 SIGMAN ROAD
CONYERS GA 30012

Creditor ID: 18277-01
INDIAN GROCERIES & APLIES INC.
8051 N. CENTRAL PARK,
SKOKIE IL 60076

Creditor ID: 14388-01
INDIANA HARBOR COKE COMPANY
3210 WATLING STREET
EAST CHICAGO IN 46312-1716

Creditor ID: 13567-01
INDIANA HARDWOODS
7988 GARDNER ROAD
CHANDLER IN 47610

Creditor ID: 2975-01
INDIANA PACKERS CORP.
100 N HWY 421 S COUNTY RD
PO BOX 318
DELPHI IN 46923

Creditor ID: 5910-01
INDIANA VENEERS CORP.
1121 E. 24TH ST.
INDIANAPOLIS IN 46205

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10751-01<br>INDIA'S FINEST LTD.<br>510 E. TRIMBLE ROAD<br>SAN JOSE CA 95131 | Creditor ID: 18278-01<br>INDO AMERICAN GRANITE<br>4-24 SELLERS ST<br>KEARNY NJ 07032 | Creditor ID: 10752-01<br>INDO GIANT ENT<br>715 S. CENTRAL AVE<br>LOS ANGELES CA 90021 |
| Creditor ID: 14389-01<br>INDO MERCHANDISE, INC.<br>901 S. FREMONT AVE. #238<br>ALHAMBRA CA 91803 | Creditor ID: 13568-01<br>INDOOR & OUTDOOR COMFORT & DESIGN LLC<br>92 CORPORATE PARK, STE C #655<br>IRVINE CA 92606-5106 | Creditor ID: 18279-01<br>INDORAMA VENTURES USA INC.<br>4235 SOUTH STREAM BLVD STE 450<br>CHARLOTTE NC 28217 |
| Creditor ID: 2976-01<br>INDOWOOD FOREST PRODUCTS, INC.<br>9710 NE 232RD AVENUE<br>VANCOUVER WA 98682-9428 | Creditor ID: 9270-01<br>INDUS APPREL USA INC.<br>1400 BROADWAY STE. 707<br>NEW YORK NY 10018 | Creditor ID: 1943-01<br>INDUSCO LTD, INC<br>2319 JOE BROWN DRIVE RD<br>GREENSBORO NC 27405 |
| Creditor ID: 5911-01<br>INDUSTRIAL & TRADE DEVELOPMENT COMPANY<br>2750 RAYMOND AVE.<br>SIGNAL HILL CA 90755 | Creditor ID: 2977-01<br>INDUSTRIAL CHROME<br>24 FRANK LLOYD WRIGHT DRIVE<br>ANN ARBOR MI 48106 | Creditor ID: 2978-01<br>INDUSTRIAL COMERCIO<br>SOUTH 5TH STREET<br>LOUISVILLE KY 40202 |
| Creditor ID: 5912-01<br>INDUSTRIAL DEVELOPMENT INTERNATIONAL, INC.<br>6075 THE CORNERS PARKWAY  SUITE 118<br>NORCROSS GA 30092 | Creditor ID: 5913-01<br>INDUSTRIAL HARDWARE SUPPLY<br>1668 INDUSTRIAL ROAD<br>SAN CARLOS CA 94070 | Creditor ID: 9271-01<br>INDUSTRIAL METALS RECYCLING CORPORATION<br>955 BRANDT DRIVE<br>ELGIN IL 60120 |
| Creditor ID: 2979-01<br>INDUSTRIAL MINERAL COMPANY (USA)<br>100 OCEANGATE, SUITE 600<br>LONG BEACH CA 90802 | Creditor ID: 18280-01<br>INDUSTRIAL NETTING<br>7681 SETZLER PKWY N.<br>MINNEAPOLIS MN 55445 | Creditor ID: 9497-01<br>INDUSTRIAL PIPING SPECIALISTS<br>7755 HARMS ROAD<br>HOUSTON TX 77041 |
| Creditor ID: 5914-01<br>INDUSTRIAL PLASTICS GROUP LLC<br>911 VIRGINIA STREET<br>EVANSVILLE IN 47711 | Creditor ID: 18281-01<br>INDUSTRIAL PRODUCTS OF NEW ENGLAND,INC.<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 | Creditor ID: 2980-01<br>INDUSTRIAL RESOURCES INC.<br>20651 GOLDEN SPRINGS DRIVE, #180<br>DIAMOND BAR CA 91789 |
| Creditor ID: 5915-01<br>INDUSTRIAL TECH SERVICES, INC.<br>321 TRIPORT ROAD<br>GEORGETOWN KY 40324 | Creditor ID: 18282-01<br>INDUSTRIAL VALCO<br>3135 E.  ANA ST.<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 14390-01<br>INDUSTRIE BITOSSI INC.<br>410 MARKET STREET<br>ELMWOOD PARK NJ 07407 |
| Creditor ID: 14391-01<br>INDUSTRY PRODUCTS COMPANY<br>500 STATLER ROAD<br>PIQUA OH 45356 | Creditor ID: 9272-01<br>INDUSTRY SERVICES CO., INC<br>6265 RANGELINE RD<br>THEODORE AL 36582 | Creditor ID: 2981-01<br>INE MCKENZIE<br>611A BEGONIA AVE<br>CORONA DEL MAR CA 92625 |
| Creditor ID: 1127-01<br>INEOS FILMS<br>1389 SCHOOL HOUSE ROAD<br>P.O. BOX 5378<br>DELAWARE CITY DE 19706 | Creditor ID: 10753-01<br>INEOS OLEFINES & POLYMERS USA<br>2384 EAST 223RD ST<br>CARSON CA 90810-1615 | Creditor ID: 5916-01<br>INEOS OLIGOMERS A DIVISION OF INEOS USA LLC<br>2600 SOUTH SHORE BLVD STE 400<br>LEAGUE CITY TX 77573 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10754-01<br>INES ROSALES USA LLC<br>17 PENNSYLVANIA AVENUE<br>WASHINGTON DC 20006 | Creditor ID: 14392-01<br>INFAC NORTH AMERICA, INC.<br>800 INDUSTRIAL RD.<br>CAMPBELLSVILLE KY 42718 | Creditor ID: 10755-01<br>INFANT LEARNING, INC.<br>1707 BASE POINTE WAY<br>LOUISVILLE TN 37777 |
| Creditor ID: 2982-01<br>INFILTRATOR SYSTEMS INC.<br>1315 ENTERPRISE DR.<br>WINCHESTER KY 40391 | Creditor ID: 10281-01<br>INFINEUM USA, LP<br>1900 E LINDEN AVENUE<br>LINDEN NJ 07036 | Creditor ID: 1128-01<br>INFINITE METAL CORPORATION<br>3 UNIVERSITY PLAZA SUITE 405<br>HACKENSACK NJ 07601 |
| Creditor ID: 18283-01<br>INFINITY CLASSICS<br>1365- 38 STREET<br>BROOKLYN NY 11218 | Creditor ID: 5917-01<br>INFINITY DRAIN<br>18 SECATOAG STREET<br>PORT WASHINGTON NY 11050 | Creditor ID: 2983-01<br>INFINITY HEADWEAR & APPAREL LTD<br>115 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 |
| Creditor ID: 9371-01<br>INFINITY HEADWEAR AND APPAREL INC<br>1411 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 18284-01<br>INFINITY HEADWEAR AND APPAREL LTD.<br>5502 WALSH LANE<br>ROGERS AR 72758 | Creditor ID: 14393-01<br>INFINITY TRADE LLC<br>340 OLD RIVER RD.<br>EDGEWATER NJ 07020 |
| Creditor ID: 18285-01<br>INFO-KING INTERNATIONAL ENTERPRISE LIMITED<br>195 ROUTE 9, SUITE 205<br>MANALAPAN NJ 07726 | Creditor ID: 9372-01<br>INGENIOUS DESIGNS LLC (IDL)<br>2060 9TH AVENUE<br>RONKONKOMA NY 11779 | Creditor ID: 10756-01<br>INGERSOLL PRODUCTS CO<br>1470 WALNUT STREET<br>BOULDER CO 80302 |
| Creditor ID: 16419-01<br>INGERSOLL RAND<br>800-E BEATY STREET<br>DAVIDSON NC 28036 | Creditor ID: 2984-01<br>INGERSOLL RAND<br>3101 BROADWAY<br>BUFFALO NY 14227 | Creditor ID: 9498-01<br>INGERSOLL RAND COMPANY<br>10000 TWIN LAKES PARKWAY, SUITE C<br>CHARLOTTE NC 28269 |
| Creditor ID: 2985-01<br>INGERSOLL RAND COMPANY, INC.<br>501 SANFORD AVE<br>MOCKSVILLE NC 27028 | Creditor ID: 10757-01<br>INGERSOLL-RAND COMPANY<br>1467 RT 31 SOUTH<br>ANNANDALE NJ 08801 | Creditor ID: 5918-01<br>INGEVITY CORPORATION<br>5255 VIRGINIA AVENUE<br>NORTH CHARLESTON SC 29406 |
| Creditor ID: 16420-01<br>INGRAM MICRO<br>80 MICRO DRIVE<br>JONESTOWN PA 17038 | Creditor ID: 10758-01<br>INGREDIA INC.<br>625 COMMERCE DRIVE<br>WAPAKONETA OH 45895 | Creditor ID: 16421-01<br>INGREDIENT TRADE INC<br>333 WEST 22 ND ST   STE 305<br>NEW YORK CITY NY 10019 |
| Creditor ID: 18486-01<br>INK SOLUTIONS, LLC<br>800 ESTES AVENUE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 2986-01<br>INLET FISH PRODUCERS INC.<br>2000 COLUMBIA STREET, P.O. BOX 114<br>KENAI AK 99611 | Creditor ID: 10759-01<br>INMARK INTERNATIONAL MARKETING INC<br>1233 SHENANDOAH DRIVE EAST<br>SEATTLE WA 98112 |
| Creditor ID: 16422-01<br>INMETCO<br>ONE INMETCO DRIVE<br>ELLWOOD CITY PA 16117 | Creditor ID: 5919-01<br>INNERPOINT, CORP<br>300 SOUTH HARBOR BLVD. #712<br>ANAHEIM CA 92805 | Creditor ID: 16423-01<br>INNOBIOACTIVES LLC.<br>7325-H WEST FRIENDLY AVENUE<br>GREENSBORO NC 27410 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 5920-01
INNOVACON INC.
5995 PACIFIC CENTER BLVD,
STE 105 & 106
SAN DIEGO CA 92121

Creditor ID: 14394-01
INNOVAGE, LLC.
4490 VON KARMAN AVENUE
NEWPORT BEACH CA 92660

Creditor ID: 9373-01
INNOVAIRRE COMMUNICATIONS
825 HYLTON ROAD
PENNSAUKEN NJ 08110

Creditor ID: 13569-01
INNOVATION BARGAIN, LLC
38 B MANOR HAVEN BLVD
PORT WASHINGTON NY 11050

Creditor ID: 13570-01
INNOVATION IN MOTION
201 GROWTH PARKWAY
ANGOLA IN 46703

Creditor ID: 9374-01
INNOVATION INTERNATIONAL INC
145-15 177TH STREET
JAMAICA NY 11434

Creditor ID: 9499-01
INNOVATIONS IN GREEN UNLIMITED, INC
2700 4TH AVENUE SOUTH
SEATTLE WA 98134

Creditor ID: 13571-01
INNOVATIVE APPLICATIONS CORP.
9565 PLAZA CIRCLE
EL PASO TX 79927

Creditor ID: 2987-01
INNOVATIVE COMMODITIES GROUP LLC
11906 BRITTMORE PARK DRIVE
HOUSTON TX 77041

Creditor ID: 10760-01
INNOVATIVE GLOVES & SAFETY LLC
11906 BRITTMOORE PARK DRIVE
HOUSTON TX 77041

Creditor ID: 9375-01
INNOVATIVE HEALTHCARE CORPORATION
8220 CHARLES PAGE BLVD.
SAND SPRINGS OK 74063

Creditor ID: 9376-01
INNOVATIVE INTERNATIONAL
1206 HOGARTH DRIVE
LOUISVILLE KY 40222

Creditor ID: 16424-01
INNOVATIVE MARBLE AND TILE, INC.
130 MOTOR PARKWAY,
HAUPPAUGE NY 11788

Creditor ID: 9377-01
INNOVATIVE PROCESSING SOLUTIONS INC .
18 EASTMAN RD.
CAPE ELIZABETH ME 04107

Creditor ID: 2988-01
INNOVATIVE PRODUCTS UNLIMITED, INC.
2120 INDUSTRIAL DR.
NILES MI 49120

Creditor ID: 5921-01
INNOVATIVE RECOVERY PRODUCTS LLC
1500 SOUTH SIXTH STREET
CAMDEN NJ 08104

Creditor ID: 2989-01
INNOVATIVE SOURCING SOLUTIONS LLC
11906 BRITTMORE PARK DRIVE
HOUSTON TX 77041

Creditor ID: 10761-01
INNOVATIVE STORAGE
1009 W GLEN OAKS LANE
MEQUON WI 53092

Creditor ID: 9378-01
INNOVATIVE VEHICLE SOLUTIONS
3241 BENCHMARK DRIVE
LADSON SC 29456

Creditor ID: 1129-01
INNOVATORE GROUP
800 W SAM HOUSTON PKWY N
BLDG 12
HOUSTON TX 77024

Creditor ID: 13572-01
INNOVEL SOLUTIONS, INC.
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179

Creditor ID: 14395-01
INOAC USA., INC.
901 1/2 NUTTER DRIVE
BARDSTOWN KY 40004

Creditor ID: 5922-01
INPAC AMERICA
2100 124TH AVENUE NE SUITE 105
BELLEVUE WA 98005

Creditor ID: 1130-01
INPLAC NORTH AMERICA, INC
13325 SOUTH POINT BLVD SUITE 210
CHARLOTTE NC 28273

Creditor ID: 16425-01
INPLAC NORTH AMERICA,INC
ONE MALL DRIVE , SUITE 910
CHERRY HILL NJ 08002

Creditor ID: 16426-01
IN-QUEST LOGISTICS
4913 MARBLE FALLS RD
FORT WORTH TX 76103

Creditor ID: 1944-01
INSIGNA STONE LLC
2200 SCHOOLHOUSE ROAD
NEW LENOX IL 60451

Creditor ID: 2990-01
INSINKERATOR
4700 21ST STREET
RACINE WI 53406

Creditor ID: 14396-01
INSINKERATOR DIVISION
5001 TANYA AVENUE, SUITE L
MCALLEN TX 78503

Creditor ID: 5923-01
INSULPANE OF CONNECTICUT, INC
30 EDMUND STREET
HAMDEN CT 06517

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10762-01<br>INSULTEC INC.<br>508 NORTH SECOND STREET<br>FAIRFIELD IA 52256 | Creditor ID: 9379-01<br>INTABEX HAIL & COTTON TOBACCO COMPANY<br>1200 WEST MARLBORO ROAD; PO BOX 166<br>FARMVILLE NC 27828 | Creditor ID: 14397-01<br>INTEGRA FOODS INTERNATIONAL CORP<br>311 N.W. 177TH ST.<br>SHORELINE WA 98177 |
| Creditor ID: 13573-01<br>INTEGRA METALS<br>150 BROADHOLLOW ROAD<br>MELVILLE NY 11747 | Creditor ID: 16427-01<br>INTEGRAL SEAFOOD LLC<br>55 STAG LANE<br>GREENWICH CT 06831 | Creditor ID: 13674-01<br>INTEGRATED DISTRIBUTION INC.<br>6500 FORBING ROAD<br>LITTLE ROCK AR 72209 |
| Creditor ID: 9380-01<br>INTEGRATED FREIGHT SOLUTIONS INC<br>851 HINCKLEY ROAD<br>BURLINGAME CA 94010 | Creditor ID: 19068-97<br>INTEGRATED MARINE SERVICES (IMS)<br>500 EAST BARBOURS CUT BLVD<br>LA PORTE TX 75571 | Creditor ID: 1131-01<br>INTEL CORPORATION<br>2501 NW 229TH AVENUE<br>HILLSBORO OR 97124 |
| Creditor ID: 1132-01<br>INTELIGENTISIA COFFEE & TEA<br>1850 W FULTON ST<br>CHICAGO IL 60612-2512 | Creditor ID: 10282-01<br>INTELISOL<br>1001 NE LOOP 820,  SUITE 200<br>FORT WORTH TX 76131 | Creditor ID: 5924-01<br>INTELL SCM LLC<br>304 TEJON PLACE<br>PALOS VERDES ESTATES CA 90274 |
| Creditor ID: 1133-01<br>INTELLICAPITAL LLC.<br>1000 5TH STREE, SUITE 200<br>MIAMI FL 33139 | Creditor ID: 10763-01<br>INTENSE LIGHTING<br>2861 LA PALMA AVE.<br>ANAHEIM CA 92806 | Creditor ID: 13675-01<br>INTEPLAST GROUP, LTD<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON NJ 07039 |
| Creditor ID: 10764-01<br>INTER AMERICAN MOTOR CORPORATION<br>8901 CANOGA AVENUE<br>CANOGA PARK CA 91304 | Creditor ID: 9381-01<br>INTER CONNET TRANSPORTATION INC.<br>8901 S. LA CIENEGA BLVD. SUITE 203<br>INGLEWOOD CA 90301 | Creditor ID: 10765-01<br>INTER WIRE MIDWEST INC.<br>937 LOMBARD ROAD<br>LOMBARD IL 60148 |
| Creditor ID: 1134-01<br>INTER-AXIONS LIMITED<br>20 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 5925-01<br>INTERCAT-SAVANNAH, INC.<br>115 ELI WHITNEY BLVD.<br>SAVANNAH GA 31408 | Creditor ID: 13676-01<br>INTERCEPT INDUSTRIES LTD.<br>2606 16TH STREET<br>SPIRIT LAKE IA 51360 |
| Creditor ID: 5926-01<br>INTERCEPT INDUSTRIES, LTD.<br>34621 STATE HIGHWAY 11<br>ROSEAU MN 56751 | Creditor ID: 5927-01<br>INTERCHEM CORPORATION<br>120 RTE 17 NORTH<br>PARAMUS NJ 07653 | Creditor ID: 13677-01<br>INTERCIBUS CORPORATION INC<br>STONEY HILL ROAD<br>BROOKSIDE NJ 07926 |
| Creditor ID: 1945-01<br>INTERCOM PACKAGING (USA) INC.<br>26211 S.W. 95TH AVE., STE #501<br>WILSONVILLE OR 97070-8219 | Creditor ID: 13678-01<br>INTERCON, INC.<br>635 N. BILLY MITCHELL RD., # B<br>SALT LAKE CITY UT 84116 | Creditor ID: 1135-01<br>INTERCONEX INC<br>55 HUNTER LANE<br>ELMSFORD NY 10523 |
| Creditor ID: 5928-01<br>INTERCONEX INC - CHICAGO<br>710 BELDEN AVE. (SUITE A)<br>ADDISON IL 60101 | Creditor ID: 1136-01<br>INTERCONEX INC.<br>17120 VALLEY VIEW AVE.<br>LA MIRADA CA 90638-5828 | Creditor ID: 2992-01<br>INTERCONEX, INC.<br>860 GREENS PARKWAY STE. 500<br>HOUSTON TX 77067 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2991-01<br>INTERCONEX, INC.<br>22800-J INDIAN CREEK DR.<br>STERLING VA 20166 | Creditor ID: 5929-01<br>INTERCONTI SYSTEMS INC.<br>201 BONAIR STREET, SUITE C<br>LA JOLLA CA 92037 | Creditor ID: 16428-01<br>INTERCONTINENTAL COFFEE TRADING<br>31316 VIA COLINAS, SUITE 115<br>WESTLAKE VILLAGE CA 91362 |
| Creditor ID: 9382-01<br>INTERCONTINENTAL EXPORT IMPORT INC<br>8815 CENTRE PARK DRIVE SUITE 400<br>COLUMBIA MD 21045 | Creditor ID: 16429-01<br>INTERCONTINENTAL MARBLE CORP.<br>8228 NW 56TH STREET<br>MIAMI FL 33166 | Creditor ID: 10766-01<br>INTERCONTINENTAL MARKETING COMPANY<br>11825 KNOLLS PATH WEST, SUITE 201<br>LAKEVILLE MN 55044 |
| Creditor ID: 13679-01<br>INTERCORP DIVISION OF U.S. NITTO CORP<br>641 N. POPLAR STREET<br>ORANGE CA 92868 | Creditor ID: 2993-01<br>INTERFACE OPERATIONS LLC<br>5050 KOVAL LANE, HANGER 5<br>LAS VEGAS NV 89119 | Creditor ID: 2994-01<br>INTERFAST GROUP<br>2730 E. PHILADELPHIA STREET<br>ONTARIO CA 91761 |
| Creditor ID: 16430-01<br>INTERFOOD INC<br>777 BRICKELL AVENUE SUITE 702<br>MIAMI FL 33131 | Creditor ID: 1137-01<br>INTERFOR U.S. INC.<br>2211 RIMLAND DRIVE SUITE 220<br>BELLINGHAM WA 98226 | Creditor ID: 10767-01<br>INTERFOREST CORPORATION<br>119 A.I.D. DRIVE<br>DARLINGTON PA 16115 |
| Creditor ID: 10869-01<br>INTERFOREST LUMBER COPR.<br>U.S. RT. 522 P.O.BOX 111<br>SHADE GAP PA 17255 | Creditor ID: 9383-01<br>INTERGLOBAL FOREST<br>2190 W 11TH AVE STE 231<br>PO BOX 2543<br>EUGENE OR 97402 | Creditor ID: 1138-01<br>INTERGLOBAL FORWARDERS<br>52 BOBO STREET<br>GREER SC 29652 |
| Creditor ID: 10870-01<br>INTERGRATED INDUSTRIAL SYSTEMS,INC<br>475 MAIN STREET<br>YALESVILLE CT 06492-1723 | Creditor ID: 14399-01<br>INTERGROW GREENHOUSES INC.<br>2428 OAK ORCHARD ROAD<br>ALBION NY 14411 | Creditor ID: 2995-01<br>INTERLINE BRANDS, INC.<br>701 SAN MARCO BOULEVARD<br>JACKSONVILLE FL 32207 |
| Creditor ID: 17148-01<br>INTERLINE, INC.<br>2250 SOUTH MCDOWELL EXT<br>PETALUMA CA 94954 | Creditor ID: 9384-01<br>INTERLUDE HOME, INC.<br>25 TREFOIL DRIVE<br>TRUMBULL CT 06611 | Creditor ID: 5930-01<br>INTERMARKET<br>19591 N E 10TH AVE BAY E<br>NO MIAMI BEACH FL 33179 |
| Creditor ID: 2996-01<br>INTERMARKET COMPANY<br>P O BOX 987<br>HERMISTON OR 97838 | Creditor ID: 14400-01<br>INTERMATIC INC.<br>7777 WINN ROAD<br>SPRING GROVE IL 60081 | Creditor ID: 13681-01<br>INTERMATIC INCORPORATED<br>12429 ROJAS DRIVE, UNIT D<br>EL PASO TX 79936 |
| Creditor ID: 9385-01<br>INTERMATIC INCORPORATED<br>INTERMATIC PLAZA<br>SPRING GROVE IL 60081 | Creditor ID: 13680-01<br>INTERMATIC INCORPORATED<br>3030 NORTH LAMB BLVD.<br>LAS VEGAS NV 89115 | Creditor ID: 13682-01<br>INTERMETAL USA<br>59 BUENA VISTA AVE.<br>RUMSON NJ 07760 |
| Creditor ID: 1139-01<br>INTERMETRO INDUSTRIES<br>651 NORTH WASHINGTON ST<br>WILKES BARRE PA 18705 | Creditor ID: 1140-01<br>INTERMETRO INDUSTRIES CORP.<br>2ND & THOMAS STREET<br>PLAINS PA 18705 | Creditor ID: 1141-01<br>INTERMETRO INDUSTRIES CORPORATION<br>920 SANTA ANITA AVE<br>RANCHO CUCAMONGA CA 91730 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13683-01<br>INTERMETRO INDUSTRIES CORPORATION<br>3263 ELAM FARMS PARKWAY<br>MURFREESBORO TN 37127 | Creditor ID: 19069-97<br>INTERMODAL CARTAGE (MEM)<br>5707 E HOLMES RD<br>MEMPHIS TN 38141 | Creditor ID: 10283-01<br>INTERMODAL TANK TRANSPORT (USA) INC<br>10720 W SAM HOUSTON PKWY N STE 250<br>HOUSTON TX 77064 |
| Creditor ID: 13684-01<br>INTERMOUNTAIN PREMIUM METALS<br>19833 MIDDLETON ROAD<br>CALDWELL ID 83605 | Creditor ID: 10871-01<br>INTERNATIONAL AEROSPACE GROUP<br>6929 N. W. 46 STREET.<br>CORPORATION ENGINE SALES & LEASING<br>MIAMI FL 33166 | Creditor ID: 14401-01<br>INTERNATIONAL ALLOYS<br>5 COLD HILL ROAD, BLDG 20<br>MENDHAM NJ 07945 |
| Creditor ID: 1142-01<br>INTERNATIONAL AMERICAN SUPERMARKETS<br>226 OLD NEW BRUNSWICK ROAD<br>PISCATAWAY NJ 08854 | Creditor ID: 13685-01<br>INTERNATIONAL ASSOCIATION SERVICES<br>5355 CENTENNIAL TRAIL,<br>BOULDER CO 80303-1265 | Creditor ID: 13686-01<br>INTERNATIONAL AUTO GLASS DISTRIBUTORS, INC<br>1550 INWOOD AVE<br>BRONX NY 10452 |
| Creditor ID: 10872-01<br>INTERNATIONAL BAZAAR, INC.<br>2620 KEENAN AVENUE<br>DAYTON OH 45414 | Creditor ID: 16431-01<br>INTERNATIONAL BEVERAGE<br>1199 HOWARD AVE, SUITE350<br>BURLINGAME CA 94010 | Creditor ID: 13687-01<br>INTERNATIONAL BUILDERS RESOURCE<br>12 JOYCE ST.<br>WEST ORANGE NJ 07052 |
| Creditor ID: 10873-01<br>INTERNATIONAL BULB CO., INC.<br>5 WORTENDYKE AVE.<br>MONTVALE NJ 07645 | Creditor ID: 5931-01<br>INTERNATIONAL BUSINESS INTERIORS<br>26377 JEFFERSON AVENUE, STE. A<br>MURRIETA CA 95262 | Creditor ID: 13688-01<br>INTERNATIONAL BUSINESS TRADING<br>4833 FRUITLAND AVE.<br>VERNON CA 90058 |
| Creditor ID: 13689-01<br>INTERNATIONAL C&D INC<br>4564 160 ST<br>FLUSHING NY 11358 | Creditor ID: 1143-01<br>INTERNATIONAL CARGO CARRIER INC.<br>2758 NW 112 AVE.<br>MIAMI FL 33172 | Creditor ID: 16432-01<br>INTERNATIONAL CARGO TRANSPORT (USA) INC.<br>6640 ENGLE ROAD<br>MIDDLEGURG HEIGHTS OH 44130 |
| Creditor ID: 14402-01<br>INTERNATIONAL CASINGS GROUP, INC.<br>4420 S. WOLCOTT AVENUE<br>CHICAGO IL 60609 | Creditor ID: 1946-01<br>INTERNATIONAL COFFEE CORPORATION<br>300 MAGAZINE<br>NEW ORLEANS LA 70130 | Creditor ID: 13690-01<br>INTERNATIONAL COFFEE&TEA DISTRIBUTORS<br>16427 BROOKFIELD ESTATES WAY<br>DELRAY BEACH FL 33446 |
| Creditor ID: 2997-01<br>INTERNATIONAL COLOR POSTER<br>19651 ALTER<br>FOOTHILL RANCH CA 92610 | Creditor ID: 14403-01<br>INTERNATIONAL COMUNICATION & TRANSP<br>147-35 FARMERS BLVD SUITE 205<br>JAMAICA NY 11434 | Creditor ID: 1144-01<br>INTERNATIONAL CONSOLIDATED CARGO<br>2300 WEAKLEY ROAD SUITE A<br>CALEXICO CA 92231 |
| Creditor ID: 9386-01<br>INTERNATIONAL COTTON MARKETING, INC.<br>1711AVENUE J.<br>LUBBOCK TX 79408 | Creditor ID: 14404-01<br>INTERNATIONAL DELIGHTS, LLC<br>230 BRIGHTON RD<br>CLIFTON NJ 07012 | Creditor ID: 18487-01<br>INTERNATIONAL DESIGN CENTER<br>1550 E. 78TH STREET<br>RICHFIELD MN 55420 |
| Creditor ID: 14405-01<br>INTERNATIONAL DISCTRIBUTORS USA INC.<br>ONE WALL STREET COURT SUITE 1003<br>NEW YORK NY 10005 | Creditor ID: 9387-01<br>INTERNATIONAL DOOR AND LATCH<br>1455 WESTAC DR.<br>EUGENE OR 97402 | Creditor ID: 2998-01<br>INTERNATIONAL DYNASTY<br>10506 KINGHURST<br>HOUSTON TX 77099 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5932-01<br>INTERNATIONAL ELECTRONICS<br>10631 HARWIN STE. 618<br>HOUSTON TX 77036 | Creditor ID: 1145-01<br>INTERNATIONAL ENVIROGUARD<br>2400 SKYLINE DR., STE 400<br>MESQUITE TX 75149 | Creditor ID: 13691-01<br>INTERNATIONAL EXPORTS INC.<br>10820 TRAIN CT<br>HOUSTON TX 77041 |
| Creditor ID: 4850-01<br>INTERNATIONAL FEED<br>2075 DANIELS STREET<br>LONG LAKE MN 55356 | Creditor ID: 14406-01<br>INTERNATIONAL FIBER ASSOCIATION<br>470 NEWPORT HEIGHTS<br>ALPHARETTA GA 30005 | Creditor ID: 5933-01<br>INTERNATIONAL FIBER CORPORATION<br>50 BRIDGE STREET<br>NORTH TONAWANDA NY 14120 |
| Creditor ID: 14407-01<br>INTERNATIONAL FIBER EXCHANGE<br>213A SECOND ST<br>SAUSALITO CA 94965 | Creditor ID: 5934-01<br>INTERNATIONAL FLAVORS & FRAGANCES<br>600 STATE HIGHWAY 36<br>HAZLET NJ 07730 | Creditor ID: 10874-01<br>INTERNATIONAL FLAVORS & FRAGRANCES INC.<br>150 DOCKS CORNER ROAD<br>DAYTON NJ 08810 |
| Creditor ID: 1146-01<br>INTERNATIONAL FOOD ASSOCIATES<br>1201 MT KEMBLE AVE.<br>MORRISTOWN NJ 07960 | Creditor ID: 13692-01<br>INTERNATIONAL FOOD CONNECTION, INC.<br>1057 AVE C, BAYONNE, NJ. 07002<br>BAYONEE NJ 07002 | Creditor ID: 2999-01<br>INTERNATIONAL FOOD GROUP<br>2401 POLICE CENTER DR STE 204<br>PLANT CITY FL 33566 |
| Creditor ID: 14408-01<br>INTERNATIONAL FOODSOURCE<br>52 RICHBOYNTON ROAD<br>DOVER NJ 07801 | Creditor ID: 10875-01<br>INTERNATIONAL FOREST PRODUCT<br>ONE PATRIOT PLACE<br>FOXBORO MA 02035-1388 | Creditor ID: 3000-01<br>INTERNATIONAL FOREST PRODUCTS CORPORATION<br>1165 SW 67TH AVENUE #120<br>PORTLAND OR 97223 |
| Creditor ID: 3001-01<br>INTERNATIONAL FREIGHT LINCS<br>1711 BALDWIN DAIRY RD.<br>BUCKHEAD GA 30625-1212 | Creditor ID: 1147-01<br>INTERNATIONAL FROZEN FOODS CORP<br>28 JONES STREET SUITE 203<br>EAST SETAUKET NY 11733 | Creditor ID: 9388-01<br>INTERNATIONAL FURNITURE<br>PRODUCTS SHIPPERS ASSOC.<br>#180, 2205 OAK RIDGE ROAD<br>OAK RIDGE NC 27310 |
| Creditor ID: 13693-01<br>INTERNATIONAL GATEWAY CORPORATION<br>3197 AIRPORT LOOP DR., BLDG. E<br>COSTA MESA CA 92626 | Creditor ID: 16433-01<br>INTERNATIONAL GOLD STAR TRADING CORP<br>570 SMITH ST<br>BROOKLYN NY 11231 | Creditor ID: 1148-01<br>INTERNATIONAL GOURMET FISHERIES INC.,<br>1912 E. VERNON AVE.<br>VERNON CA 90058 |
| Creditor ID: 9389-01<br>INTERNATIONAL GOURMET FOODS<br>7520-D FULLERTON RD.<br>SPRINGFIELD VA 22153 | Creditor ID: 14409-01<br>INTERNATIONAL GRAPHICS TECHNOLOGY<br>411 EAST WINDSOR STREET<br>MONROE NC 28112 | Creditor ID: 10876-01<br>INTERNATIONAL HARVEST INC.<br>606 FRANKLIN AVE.<br>MOUNT VERNON NY 10550 |
| Creditor ID: 14410-01<br>INTERNATIONAL INDUSTRIES, INC.<br>915 HARTFORD TPK.<br>SHREWSBURY MA 01545 | Creditor ID: 1149-01<br>INTERNATIONAL INTRANCO<br>1600 TYSON'S BLVD  SUITE 800<br>MCLEAN VA 22102 | Creditor ID: 10284-01<br>INTERNATIONAL KNIFE & SAW<br>1435 NORTH CASHUA ROAD<br>FLORENCE SC 29501 |
| Creditor ID: 9390-01<br>INTERNATIONAL LASER GROUP<br>6022 VARIEL AVE<br>WOODLAND HILLS CA 91367 | Creditor ID: 9391-01<br>INTERNATIONAL LEVERAGE, LLC<br>10737 SAND KEY CIRCLE<br>INDIANAPOLIS IN 46256 | Creditor ID: 9392-01<br>INTERNATIONAL LOBSTER AND MAGURO LLC<br>32-34 PAPETTI PLAZA<br>ELIZABETH NJ 07207-1188 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5935-01<br>INTERNATIONAL LOBSTER AND MAGURO LLC<br>10404 S. LA CIENEGA BLVD.<br>INGLEWOOD CA 90304 | Creditor ID: 14411-01<br>INTERNATIONAL LOG & TIMBER<br>PO BOX 2161<br>ROCKY MOUNT VA 24151 | Creditor ID: 18488-01<br>INTERNATIONAL LOG & TIMBER, LLC<br>80 INDUSTRIAL AVENUE<br>ROCKY MOUNT VA 24151 |
| Creditor ID: 19070-97<br>INTERNATIONAL LONGSHORE & WAREHOUSE UNION<br>C/O LEONARD CARTER LLP<br>ATTN SHAWN C GROFF<br>1330 BROADWAY, STE 1450<br>OAKLAND CA 94612 | Creditor ID: 16434-01<br>INTERNATIONAL MAKETING SPECIALISTS,INC<br>1105 WASHINGTON STREET<br>WEST NEWTON MA 02465 | Creditor ID: 10877-01<br>INTERNATIONAL MARINE INDUSTRIES, INC.<br>221 THIRD STREET<br>NEWPORT RI 02840 |
| Creditor ID: 13694-01<br>INTERNATIONAL MARINE PRODUCTS<br>500 E. 7TH STREET<br>LOS ANGELES CA 90014 | Creditor ID: 10878-01<br>INTERNATIONAL MARITIME<br>& LOGISTICS INC. (I.M.L.)<br>939 8TH AVE., SUITE #401<br>NEW YORK NY 10019 | Creditor ID: 10879-01<br>INTERNATIONAL MARKET BRANDS<br>516 6TH STREET SOUTH<br>KIRKALND WA 98033 |
| Creditor ID: 3002-01<br>INTERNATIONAL MARKETING SYSTEMS LTD<br>ONE CORPORATE DRIVE, SUITE 402<br>SHELTON CT 06484 | Creditor ID: 16435-01<br>INTERNATIONAL MEDICAL DISTRIBUTORS INC.<br>2118 US HIGHWAY 41<br>CALHOUN GA 30701 | Creditor ID: 3003-01<br>INTERNATIONAL MERCHANDISING SERVICE INC.<br>1928 W. MALVERN AVE.<br>FULLERTON CA 92833 |
| Creditor ID: 16436-01<br>INTERNATIONAL METAL TRADING INC.<br>15330 MINNESOTA AVE.<br>PARAMOUNT CA 90723 | Creditor ID: 16437-01<br>INTERNATIONAL PACIFIC SEAFOODS<br>125 S. PUENTE ST.<br>BREA CA 92821 | Creditor ID: 1150-01<br>INTERNATIONAL PAINT LLC<br>6001 ANTOINE DRIVE<br>HOUSTON TX 77091 |
| Creditor ID: 5936-01<br>INTERNATIONAL PAINTS DEPOT<br>2200 S. MAIN, SUITE 209<br>LOMBARD IL 60148 | Creditor ID: 1151-01<br>INTERNATIONAL PAPER<br>1002 - 15TH ST. SW, SUITE #200<br>AUBURN WA 98001 | Creditor ID: 13695-01<br>INTERNATIONAL PAPER<br>801 FOUNTAIN AVE.<br>LANCASTER PA 17601 |
| Creditor ID: 1152-01<br>INTERNATIONAL PAPER COMPANY<br>6420 POPLAR AVE<br>MEMPHIS TN 38197 | Creditor ID: 1153-01<br>INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVE<br>MEMPHIS TN 38197 | Creditor ID: 14412-01<br>INTERNATIONAL PAPER COMPANY<br>1740 INTERNATIONAL DRIVE<br>MEMPHIS TN 38197 |
| Creditor ID: 3004-01<br>INTERNATIONAL PAPER COMPANY<br>(WEYERHAEUSER)<br>1002 15TH ST SW STE 200<br>AUBURN WA 98001 | Creditor ID: 14913-01<br>INTERNATIONAL PAPER S.A<br>1422 LONG MEADOW ROAD<br>TUXEDO NY 10987 | Creditor ID: 13696-01<br>INTERNATIONAL PET SUPPLIES<br>& DISTRIBUTION, INC.<br>10850 VIA FRONTERA<br>SAN DIEGO CA 92127 |
| Creditor ID: 3005-01<br>INTERNATIONAL PRODUCT DEVELOPMENT<br>& SOURCING GROUP<br>5225 WEST 69TH STREET<br>PRAIRIE VILLAGE KS 66208 | Creditor ID: 13697-01<br>INTERNATIONAL PRODUCT MARKETING<br>1510 E. ACACIA<br>ONTARIO CA 91761 | Creditor ID: 9393-01<br>INTERNATIONAL PRODUCT MARKETING<br>1123 4TH STREET SW<br>CONOVER NC 28613 |
| Creditor ID: 5937-01<br>INTERNATIONAL PRODUCT MARKETING LLC<br>1810 NE 144TH STREET<br>NORTH MIAMI FL 33181 | Creditor ID: 16438-01<br>INTERNATIONAL PRODUCT RESOURCE GROUP, INC.<br>1408 KILLIAN DRIVE, SUITE 211<br>PALM BEACH GARDENS FL 33403 | Creditor ID: 7226-01<br>INTERNATIONAL PROMOTIONS LEADERSHIP LP<br>3075 HIGHLAND PARKWAY, SUITE 200<br>DOWNERS GROVE IL 60515 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9394-01<br>INTERNATIONAL RAW MATERIALS LTD<br>150 SOUTH INDEPENDENCE MALL WEST<br>PUBLIC LEDGER BLD<br>PHILADELPHIA PA 19106-3407 | Creditor ID: 1154-01<br>INTERNATIONAL SAFETY PRODUCTS INC.<br>6616 MAYFIELD STE. D<br>HOUSTON TX 77087 | Creditor ID: 16439-01<br>INTERNATIONAL SEA & AIR SHIPPING<br>5 LEXINGTON AVENUE<br>EAST BRUNSWICK NJ 08816 |
| Creditor ID: 14914-01<br>INTERNATIONAL SEA PRODUCTS CORP<br>11228 WILBURN DRIVE<br>FAIRFAX VA 22030 | Creditor ID: 8066-01<br>INTERNATIONAL SEAFOOD DISTRIBUTORS, INC.<br>P.O.BOX 1150<br>HAYES VA 23072 | Creditor ID: 16440-01<br>INTERNATIONAL SEAFOOD VENTURES<br>9803 19TH AVENUE NE<br>SEATTLE WA 98115 |
| Creditor ID: 14915-01<br>INTERNATIONAL SEED<br>PO BOX 4629<br>SALEM OR 97302 | Creditor ID: 14916-01<br>INTERNATIONAL SHIPPING COMPANY<br>350 SHIPYARD BLVD<br>WILMINGTON NC 28412 | Creditor ID: 10880-01<br>INTERNATIONAL SOURCING COMPANY<br>1964 MEMPHIS DEPOT PKWY<br>MEMPHIS TN 38114 |
| Creditor ID: 5938-01<br>INTERNATIONAL SPECIALIST<br>8227 OAK STREET SUITE A<br>NEW ORLEANS LA 70118 | Creditor ID: 3006-01<br>INTERNATIONAL SPECIALISTS INC.<br>177 MILK ST<br>BOSTON MA 02109 | Creditor ID: 9395-01<br>INTERNATIONAL SPECIALITY PRODUCE INC<br>7326 NW 79TH TERRACE<br>MEDLEY FL 33166 |
| Creditor ID: 5939-01<br>INTERNATIONAL SPECIALITY SERVICES<br>315 HAWKINS ROAD<br>TRAVELERS REST SC 29690 | Creditor ID: 10881-01<br>INTERNATIONAL STONE DESIGN<br>11180 ZODIAC LANE<br>DALLAS TX 75240 | Creditor ID: 3007-01<br>INTERNATIONAL STONE, INC.<br>10 RYAN<br>ROAD WOBURN MA 01801 |
| Creditor ID: 14917-01<br>INTERNATIONAL SYSTEMS<br>1200 SOUTH 192ND ST<br>SEATTLE WA 98148 | Creditor ID: 14918-01<br>INTERNATIONAL TEA IMPORTERS<br>2140 DAVIE AVENUE,<br>COMMERCE CA 90040 | Creditor ID: 1155-01<br>INTERNATIONAL TECHNOLOGY<br>741 UNION ROAD<br>RUTHERFORDTON NC 28139 |
| Creditor ID: 16441-01<br>INTERNATIONAL TILE & MARBLE<br>828 PRINCIPAL LANE<br>CHESPEAKE VA 23320 | Creditor ID: 16442-01<br>INTERNATIONAL TILE & MARKETING<br>619 RT.112<br>PATCHOGUE NY 11772 | Creditor ID: 10882-01<br>INTERNATIONAL TIMBER RESOURCES<br>690 NORTH 1ST STREET<br>EAST ST. LOUIS IL 62201 |
| Creditor ID: 14919-01<br>INTERNATIONAL TRACTOR CO., INC.<br>547 SAW MILL RIVER ROAD<br>P.O. BOX 710<br>ARDSLEY NY 10502 | Creditor ID: 13698-01<br>INTERNATIONAL TRADE AND TECHNOLOGY<br>20651 GOLDEN SPRING DR. # 180<br>DIAMOND BAR CA 91789 | Creditor ID: 14845-01<br>INTERNATIONAL TRADE LOGISTIC INC.<br>2535 BRUNSWICK AVE<br>LINDEN NJ 07036 |
| Creditor ID: 13699-01<br>INTERNATIONAL TRADE RESOURCES (PA)<br>100 5TH AVE.  SUITE 908<br>PITTSBURGH PA 15222 | Creditor ID: 19071-97<br>INTERNATIONAL TRANSPORTATION SERV<br>PO BOX 22704<br>LONG BEACH CA 90802 | Creditor ID: 14920-01<br>INTERNATIONAL VENEER CO,INC<br>1551MONTGOMERY STREET<br>SOUTH HILL VA 23970 |
| Creditor ID: 18489-01<br>INTERNATIONAL WASTE INDUSTRIES<br>1420 SPRING HILL ROAD SUITE 1600<br>MCLEAN VA 22102 | Creditor ID: 5940-01<br>INTERNATIONAL WHOLESALE FLOORS<br>1501 W HILL AVE<br>VALDOSTA GA 31601 | Creditor ID: 14921-01<br>INTERNATIONAL WHOLESALE TILE, LLC<br>3500 SW 42ND AVENUE<br>PALM CITY FL 34990 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13700-01<br>INTERNATIONAL WINES & CRAFT BEER<br>301 SNOW DRIVE<br>BIRMINGHAM AL 35209 | Creditor ID: 13701-01<br>INTERNATIONAL WOOD GROUP, LLC<br>420 EAST PINE AVENUE<br>CRESTVIEW FL 32539 | Creditor ID: 5941-01<br>INTERNATIONAL WOOD INDUSTRIES, INC.<br>13939 SW TUALATIN SHERWOOD ROAD<br>SHERWOOD OR 97140 |
| Creditor ID: 3008-01<br>INTEROCEAN INC.<br>10 E. 40TH ST.<br>NEW YORK NY 10016 | Creditor ID: 13702-01<br>INTER-OCEAN SEAFOOD TRADER., INC<br>1200 INDUSTRIAL RD., STE 12<br>SAN CARLOS CA 94070 | Creditor ID: 13703-01<br>INTER-PACIFIC CORPORATION<br>2257 COLBY AVENUE<br>LOS ANGELES CA 90064 |
| Creditor ID: 10883-01<br>INTERPACIFIC SALES<br>7803 MADISON AVENUE, SUITE 120<br>CITRUS HEIGHTS CA 95610 | Creditor ID: 10884-01<br>INTERPEXUS INC<br>7429 WITHMORE ST<br>ROSEMEAD CA 91770 | Creditor ID: 13704-01<br>INTERPRINT, INC.<br>101 CENTRAL BERKSHIRE BLV<br>PITTSFIELD MA 01201 |
| Creditor ID: 9396-01<br>INTERPRO MANUFACTURING LIMITED, USA INC.<br>17800 CASTLETON ST., STE. 300<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 12493-01<br>INTERRA GLOBAL CORPORATION<br>800 BUSSE HIGHWAY<br>PARK RIDGE IL 60068 | Creditor ID: 16443-01<br>INTERRA INTERNATIONAL LLC<br>1414 RALEIGH ROAD, SUITE 205<br>CHAPEL HILL NC 27517 |
| Creditor ID: 10885-01<br>INTERRA INTERNATIONAL LLC<br>400 INTERSTATE NORTH PKWY STE 110<br>ATLANTA GA 30339 | Creditor ID: 3009-01<br>INTERRA INTERNATIONAL, INC.<br>400 INTERSTATE NORTH PKWY STE 110<br>ATLANTA GA 30339 | Creditor ID: 5942-01<br>INTERSECT SYSTEMS INTERNATIONAL<br>2065 S ESCONDIDO BLVD STE 101<br>ESCONDIDO CA 92025 |
| Creditor ID: 1156-01<br>INTERSHIP LOGISTICS, LLC<br>4902 NORTH AMERICA DRIVE<br>WEST SENECA NY 14224 | Creditor ID: 9397-01<br>INTERSHIP LOGISTICS, LLC<br>7300 CORPORATE CENTER DR., #705<br>MIAMI FL 33126 | Creditor ID: 3010-01<br>INTERSPED<br>440 MCCLELLAN HIGHWAY<br>E.BOSTON MA 02108 |
| Creditor ID: 9398-01<br>INTERSTAR, INC.<br>5839 BENDER ROAD<br>HOUSTON TX 77396 | Creditor ID: 13705-01<br>INTERSTATE ARMS CORP.<br>6G DUNHAM ROAD<br>BILLERICA MA 01821 | Creditor ID: 5440-01<br>INTERSTATE BATTERIES<br>12770 MERIT DRIVE  SUITE 1000<br>DALLAS TX 75251 |
| Creditor ID: 18490-01<br>INTERSTATE BATTERY<br>1700 DIXON STREET<br>DES MOINES IA 50316 | Creditor ID: 14922-01<br>INTERSTATE GLASS LLC<br>798 HAUNTED LANE<br>BENSALEM PA 19020 | Creditor ID: 3011-01<br>INTERSTATE POWER CARE<br>10200 PLANO ROAD STE 400<br>DALLAS TX 75238 |
| Creditor ID: 3012-01<br>INTERSTATE RECYCLE<br>3675 CRESTWOOD PARKWAY, SUITE 380<br>DULUTH GA 30097 | Creditor ID: 5441-01<br>INTERSTATE SEAFOOD, INC<br>564 S. MATEO STREET,<br>LOS ANGELES CA 90013 | Creditor ID: 13807-01<br>INTERSTEEL INC.<br>3475 WOODHAVEN RD. NW<br>ATLANTA GA 30305 |
| Creditor ID: 1157-01<br>INTERTAPE POLIMER GROUP INC.<br>1101 EAGLE SPRINGS ROAD<br>DANVILLE VA 24540 | Creditor ID: 7227-01<br>INTERTEX B-AIR<br>550 S AYON AVE<br>AZUSA CA 91702 | Creditor ID: 10886-01<br>INTERTEX WORLD RESOURCES LTD.<br>4000 EMBASSY PKWY, SUITE 205<br>AKRON OH 44333-8328 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14923-01<br>INTERTRACTOR AMERICA CORPORATION<br>960 PROCTOR DRIVE<br>ELKHORN WI 53121 | Creditor ID: 13808-01<br>INTER-TRADE COMPANY<br>2626 VENADO CAMINO<br>WALNUT CREEK CA 94598 | Creditor ID: 10887-01<br>INTERTRADE INTERNATIONAL<br>1505 LILBURN-STONE MOUNTAIN RD<br>STE 120<br>STONE MOUNTAIN GA 30087 |
| Creditor ID: 1158-01<br>INTERTRANS INT'L TRANSPORT<br>353 N.OAK ST.<br>INGLEWOOD CA 90302 | Creditor ID: 14924-01<br>INTERVAC DESIGN CORPORATION<br>2939 SW 42ND AVENUE<br>PALM CITY FL 34990 | Creditor ID: 13809-01<br>INTERVISION, LLC DBA INTERVISION FOODS<br>3060 PEACHTREE ROAD, SUITE 230<br>ATLATNA GA 30305 |
| Creditor ID: 16444-01<br>INTERWOOD FOREST PRODUCTS, INC.<br>1500 BROOKS INDUSTRIAL ROAD<br>SHELBYVILLE KY 40065 | Creditor ID: 16445-01<br>INTERWRAP CORP.<br>1670 S ETIWANDA AVE<br>ONTARIO CA 91761 | Creditor ID: 1160-01<br>INTERWRAP CORP.<br>1930 HANAHAN RD.<br>NORTH CHARLESTON SC 29406 |
| Creditor ID: 9399-01<br>INT'L BRASS HOUSE<br>4690.S.OLD PEACHTREE RD<br>NORCROSS GA 30071 | Creditor ID: 13810-01<br>INTRACO CORPORATION<br>530 STEPHENSON HIGHWAY<br>TROY MI 48083 | Creditor ID: 13811-01<br>INTRADECO APPAREL<br>9500 NW 108 AVENUE<br>MIAMI FL 33178 |
| Creditor ID: 1161-01<br>INTRANCO INTNL, INC.<br>1600 TYSON'S BLVD  SUITE 800<br>MCLEAN VA 22102 | Creditor ID: 19072-97<br>INTRANSIT CONTAINER INC<br>241 FRANCIS AVENUE<br>MANSFIELD MA 02048-1548 | Creditor ID: 9400-01<br>INVACARE CORP.<br>7801 S. JACKSON ROAD<br>PHARR TX 78577 |
| Creditor ID: 3013-01<br>INVACARE CORPORATION<br>ONE INVACARE WAY<br>ELYRIA OH 44035 | Creditor ID: 7228-01<br>INVACARE CORPORATION<br>39400 TAYLOR PARKWAY<br>NORTH RIDGEVILLE OH 44039 | Creditor ID: 9401-01<br>INVACARE CORPORATION - MANUFACTURING FACILTY<br>1200 TAYLOR STREET<br>ELYRIA OH 44036 |
| Creditor ID: 14925-01<br>INVENTEC MANUFACTURING (NA) CORPORATION<br>45800 NORTHPORT LOOP WEST<br>FREMONT CA 94538 | Creditor ID: 16446-01<br>INVENTORY LIQUIDATORS CORPORATION<br>8999 PALMER STREET<br>RIVER GROVE IL 60171-1926 | Creditor ID: 9636-01<br>INVERNESS MEDICAL INC.<br>51 SAWYER ROAD, SUITE 200<br>WALTHAM MA 02453 |
| Creditor ID: 9637-01<br>INVISTA<br>4501 CHARLOTTE PARK DRIVE<br>CHARLOTTE NC 28217 | Creditor ID: 5442-01<br>INVISTA S.A.R.L.<br>4123 EAST 37TH STREET NORTH<br>WICHITA KS 67220 | Creditor ID: 13812-01<br>INVOGUE/SCARLETT/DALIL FASHIONS<br>99 HOOK ROAD<br>BAYONNE NJ 07002 |
| Creditor ID: 10888-01<br>INWELD CORPORATION<br>3962 PORTLAND STREET<br>COPLAY PA 18037 | Creditor ID: 5443-01<br>INX INTERNATIONAL INK, CO.<br>150 N. MARTINGALE ROAD, SUITE 700<br>SCHAUMBURG IL 60173 | Creditor ID: 1162-01<br>INYOUNG, INC.<br>110 AROVISTA CIRCLE<br>BREA CA 92821 |
| Creditor ID: 13813-01<br>IOFINA CHEMICAL, INC.<br>125 MARY LAIDLEY DRIVE<br>COVINGTON KY 41017 | Creditor ID: 5444-01<br>IPACK SOLUTION<br>38B MANORHAVEN BOULEVARD<br>PORT WASHINGTON NY 11050 | Creditor ID: 10889-01<br>IPEX INC<br>3 PLACE DU COMMERCE SUITE 101<br>ILE DES SOEURS  VERDUN QC H3E 1H7<br>CANADA |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16447-01<br>IPG (INTERNATIONAL PRODUCE GROUP)<br>19065 PORTOLA DR<br>SALINAS CA 93908 | Creditor ID: 10890-01<br>IPI ISLAND PYRO CHEMICAL INDUSTRIES<br>267 E. JERICHO TPKE<br>MINEOLA NY 11501 | Creditor ID: 12494-01<br>IPS BALERS, INC<br>396 FROST INDUSTRIAL BOULEVARD<br>BAXLEY GA 31513 |
| Creditor ID: 1163-01<br>IRAMER OF NORTH AMERICA INC.<br>10531 4S COMMONS DR.<br>SAN DIEGO CA 92127 | Creditor ID: 5445-01<br>IRIDIO PHOTO STUDIO<br>16745 SE KENS COURT<br>MILWAUKIE OR 97267 | Creditor ID: 14926-01<br>IRIS INTERNATIONAL USA, LLC<br>95 CEDAR LANE, SUITE #4<br>ENGLEWOOD NJ 07631 |
| Creditor ID: 5446-01<br>IRIS USA INC.<br>11111 80TH AVE.<br>PLEASANT PRAIRIE WI 53158 | Creditor ID: 3014-01<br>IRON ANGELS OF COLORADO INC<br>6030 BUTTERMER DRIVE<br>COLORADO SPRINGS CO 80906 | Creditor ID: 1164-01<br>IRON ART GLASS DESIGNS<br>7162 MIDDLE RIDGE ROAD<br>MADISON OH 44057 |
| Creditor ID: 9638-01<br>IRON HORSE BICYCLES CO LLC<br>1699 CURCH ST<br>HOLBROOK NY 11741 | Creditor ID: 14927-01<br>IRON TRADING CORP<br>306 BROAD AVE<br>PALISADES PARK NJ 07650 | Creditor ID: 10891-01<br>IRWIN BROWN CO.<br>212 CHARTERS ST.<br>NEW ORLEANS LA 70130 |
| Creditor ID: 16448-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>8935 NORTH POINTE EXECUTIVE PARK DR<br>HUNTERSVILLE NC 28078 | Creditor ID: 10892-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>37 BARTLETT STREET<br>GORHAM ME 04038 | Creditor ID: 18491-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>4475 SOUTH FULTON PKWY BLDG 5<br>UNION CITY GA 30349 |
| Creditor ID: 9640-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>301 CHESTNUT ST<br>EAST LONGMEADOW MA 01028-2742 | Creditor ID: 9639-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>6719 W. COUNTY 350 NORTH<br>GREENFIELD IN 46140 | Creditor ID: 5447-01<br>IRWIN INDUSTRIAL TOOL COMPANY<br>17182 NEVADA AVENUE<br>VICTORVILLE CA 92394 |
| Creditor ID: 10893-01<br>ISAAC INDUSTRIES<br>7330 NW 36 AVE.<br>MIAMI FL 33147 | Creditor ID: 5448-01<br>ISAAC TIRE AND TRAILER CO.<br>3525 INDEPENDENCE DRIVE<br>FORT WAYNE IN 46808 | Creditor ID: 3015-01<br>ISCAR METALS, INC.<br>300 WESTWAY PLACE<br>ARLINGTON TX 76018 |
| Creditor ID: 3016-01<br>ISE AMERICA INC.<br>33335 GALENA SASSAFRASS ROAD<br>GOLTS MD 21635 | Creditor ID: 9641-01<br>ISE NEWBERRY INC<br>2063 ALEXANDER STREET PO BOX 758<br>NEWBERRY SC 29108 | Creditor ID: 16449-01<br>ISEAWN U.S.A. INC CHARLOTTE BRANCH<br>5701 WESTPARK DRIVE SUITE 201<br>CHARLOTTE NC 28217 |
| Creditor ID: 5449-01<br>ISF TRADING CO, INC.<br>390 COMMERICAL ST.<br>PORTLAND ME 04101 | Creditor ID: 10894-01<br>ISFEL COMPANY<br>112 WEST 34TH ST.  11TH FLOOR<br>NEW YORK NY 10010 | Creditor ID: 3017-01<br>ISHTAR WHEAT PRODUCTS<br>8400 N MAGNOLIA AVE E<br>SANTEE CA 92019 |
| Creditor ID: 13814-01<br>ISI INTERNATIONAL/ICICLE SEAFOODS<br>4019 21ST AVENUE WEST 1ST FLOOR<br>SEATTLE WA 98199 | Creditor ID: 1165-01<br>ISI SEAFOOD INCORPORATED<br>1700 POST ROAD, UNIT B-6<br>FAIRFIELD CT 06824 | Creditor ID: 10895-01<br>ISKY NORTH AMERICA, INC<br>21 KENBROOK DRIVE<br>VANDALIA OH 45377 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5450-01<br>ISLAND CITY LLC<br>480 WESTERN ROAD<br>SCHOFIELD WI 54476 | Creditor ID: 3018-01<br>ISLAND INDUSTRIES CORP.<br>480 MILL ROAD<br>CORAM NY 11727 | Creditor ID: 1166-01<br>ISLAND LIFE<br>2909 1ST AVE SOUTH<br>SEATTLE WA 98134 |
| Creditor ID: 1167-01<br>ISLAND OASIS<br>100 HOPE RD<br>BYESVILLE OH 43723 | Creditor ID: 14928-01<br>ISLAND SEAFOOD<br>37 GRANDVIEW AVE<br>ONSET MA 02558 | Creditor ID: 13815-01<br>ISLAND TILE & MARBLE, LLC<br>2418 S.HARBOR CITY BLVD.<br>MELBOURNE FL 32901 |
| Creditor ID: 9642-01<br>ISOCHEM NORTH AMERICA<br>101 COLLEGE ROAD<br>EAST PRINCETON NJ 08554 | Creditor ID: 1947-01<br>ISOFOTON NORTH AMERICA INC.USA<br>INDEPENDENCE DRIVE<br>NAPOLEON OH 43545 | Creditor ID: 13816-01<br>ISOLA USA<br>100 TILLESSEN BOULEVARD<br>RIDGEWAY SC 29130 |
| Creditor ID: 1168-01<br>ISOLA USA<br>3233 DWIGHT ROAD<br>ELK GROVE CA 95758 | Creditor ID: 16450-01<br>ISP ELASTOMERS<br>1615 MAIN ST<br>PORT NECHES TX 77651 | Creditor ID: 5451-01<br>ISP LIMA LLC<br>12220 S METCALF ST.<br>LIMA OH 45804 |
| Creditor ID: 17149-01<br>ISP TECHNOLOGIES<br>1361 ALPS ROAD, WAYNE, NJ 07470<br>WAYNE NJ 07074 | Creditor ID: 13817-01<br>ISSA GHADA<br>23 EARL STREET<br>SHELTON CT 06484 | Creditor ID: 13818-01<br>ISSIS & SONS<br>2858 HIGHWAY 31 SOUTH<br>PELHAM AL 35124 |
| Creditor ID: 1169-01<br>ISUZU COMMERCIAL TRUCK OF AMERICA, INC.<br>1400 S DOUGLASS RD STE 100<br>ANAHEIM CA 92806-6906 | Creditor ID: 3019-01<br>ISUZU MOTOR AMERICA INC.<br>1350 VENTURE DRIVE<br>JANESVILLE WI 53546-2531 | Creditor ID: 16552-01<br>ISUZU MOTORS AMERICA<br>13340 183RD STREET<br>CERRITOS CA 90703 |
| Creditor ID: 16553-01<br>ISUZU MOTORS AMERICA (MI)<br>46401 COMMERCE CENTER DR.<br>PLYMOUTH MI 48170-2473 | Creditor ID: 16554-01<br>ISUZU MOTORS AMERICA, LLC<br>1400 S. DOUGLASS ROAD, SUITE 100<br>ANAHEIM CA 92806 | Creditor ID: 5452-01<br>ITAL ART DESIGN<br>1935 VIA ARADO STREET<br>COMPTON CA 90220 |
| Creditor ID: 5453-01<br>ITALGRES.<br>2003 NW 72ND AVE<br>MIAMI FL 33122 | Creditor ID: 12495-01<br>ITALIAN FABRIC INC<br>630 S. LOS ANGELES ST. D-4<br>LOS ANGELES CA 90014 | Creditor ID: 10896-01<br>ITALIAN HARVEST INC.<br>308 LAIDLEY STREET<br>SAN FRANCISCO CA 94131 |
| Creditor ID: 9643-01<br>ITALIAN QUALITY STANDART INC<br>111 JOHN ST., SUITE 2405<br>NEW YORK NY 10038 | Creditor ID: 16555-01<br>ITALIAN TILE IMPORT CORP.<br>410 MARKET ST.<br>ELMWOOD PARK NJ 07407 | Creditor ID: 3020-01<br>ITALIAN TILE MARBLE & GRANITE INC<br>7202 18TH AVENUE<br>BROOKLYN NY 11204 |
| Creditor ID: 9644-01<br>ITC INC.<br>6 NORTH PARK DRIVE, SUITE 105<br>HUNT VALLEY MD 21030 | Creditor ID: 13819-01<br>ITE INC<br>15627 EAST PINE STREET<br>TULSA OK 74116 | Creditor ID: 13820-01<br>ITE LIMITED<br>1801 H CROSSBEAM AVENUE<br>CHARLOTTE NC 28217 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13821-01<br>ITEM EYES<br>1411 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 13822-01<br>I-TEX<br>5700 S. 1ST ST<br>VERNON CA 90058 | Creditor ID: 9645-01<br>ITG VOMA<br>9510 W SAHARA AVE<br>LAS VEGAS NV 89117-8813 |
| Creditor ID: 10897-01<br>ITG VOMA GROUP<br>5815 E. SHELBY DR.<br>MEMPHIS TN 38141 | Creditor ID: 5454-01<br>ITI<br>2699 HIGHWOOD BLVD<br>SMYRNA TN 37167 | Creditor ID: 14929-01<br>ITL LLC DBA INDUSTRIAL TIMBER & LUMBER<br>23925 COMMERCE PARK<br>BEACHWOOD OH 44122 |
| Creditor ID: 9646-01<br>ITL USA INC.<br>6750 NORTH ANDREWS AVENUE,SUITE 200<br>FORT LAUDERDALE FL 33309 | Creditor ID: 10898-01<br>ITM IMPORTERS INC.<br>4726 NW 2? AVE.SUITE#F-1<br>BOCA RATON 33431 | Creditor ID: 9647-01<br>ITOCHU BUILDING PRODUCTS<br>660 WHITE PLAINS RD<br>TARRYTOWN NY 10591-5104 |
| Creditor ID: 16556-01<br>ITOCHU BUILDING PRODUCTS CO., INC.<br>900 FOURTH AVE. SUITE 3750<br>SEATTLE WA 98164-1001 | Creditor ID: 14930-01<br>ITOCHU CHEMICALS AMERICA INC<br>360 HAMILTON AVENUE, 6TH FOOR<br>WHITE PLAINS NY 10601 | Creditor ID: 3021-01<br>ITOCHU CHEMICALS AMERICA, INC.<br>2420 E. 223RD STREET, GATE 1B<br>LONG BEACH CA 90810 |
| Creditor ID: 1170-01<br>ITOCHU INTERNATIONAL<br>4045 EAST THOUSAND OAKS BLVD<br>WEST LAKE VILLAGE CA 91362 | Creditor ID: 16557-01<br>ITOCHU INTERNATIONAL INC<br>655 MONTGOMERY STREET, SUITE 1230<br>SAN FRANCISCO CA 94111 | Creditor ID: 3022-01<br>ITOCHU INTERNATIONAL INC.<br>317 MADISON AVENUE SUITE 1100<br>NEW YORK NY 10017 |
| Creditor ID: 10899-01<br>ITOCHU INTERNATIONAL INC.<br>1 SW COLUMBIA STREET, SUITE 730<br>PORTLAND OR 97258 | Creditor ID: 13823-01<br>ITOCHU INTERNATIONAL INC.,<br>1411 BROADWAY 35TH FLOOR DEPT 132<br>NEW YORK NY 10018 | Creditor ID: 16558-01<br>ITOCHU INTERNATIONAL, INC.<br>725 S. FIGUEROA ST.<br>LOS ANGELES CA 90017-5418 |
| Creditor ID: 10900-01<br>ITOCHU PLASTICS, INC.<br>25500 HAWTHORNE BLVD, SUITE1141<br>TORRANCE CA 90505 | Creditor ID: 16559-01<br>ITOCHU PROMINENT USA LLC<br>1411 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 3023-01<br>ITOCHU TIRE AMERICA<br>21800 OXNARD ST. STE 420<br>WOODLAND HILLS CA 91367 |
| Creditor ID: 16560-01<br>ITP<br>270 17TH STREET, UNIT 4502<br>ATLANTA GA 30363 | Creditor ID: 10999-01<br>ITR AMERICA LLC<br>1951 NORTHWIND PARKWAY<br>HOBART IN 46342 | Creditor ID: 16561-01<br>ITRAN ELECTRONICS RECYCLING INC.<br>4100 CONGRESS PARKWAY WEST<br>RICHFIELD OH 44286-0449 |
| Creditor ID: 11000-01<br>ITS INTERNATIONAL CONTAINER LINES INC.<br>108 SOUTH FRANKLIN AVE, SUITE 8<br>VALLEY STREAM NY 11580 | Creditor ID: 5455-01<br>ITT CORPORATION<br>1750 CENTRAL AVENUE<br>ROSELLE IL 60172 | Creditor ID: 9648-01<br>ITT FORWARDING INC.<br>2537 SOUTH GESSNER, SUITE 108<br>HOUSTON TX 77063 |
| Creditor ID: 13824-01<br>ITW ATLANTIC MILLS, IRN 36-1258310AQ<br>1295 TOWBIN AVENUE<br>LAKEWOOD NJ 08701-5934 | Creditor ID: 13825-01<br>ITW BRANDS<br>1452 BREWSTER CREEK BLVD.<br>BARTLETT IL 60103 | Creditor ID: 10285-01<br>ITW DRAWFORM<br>500 FAIR VIEW ZEELAND, MI 49464<br>ZEELAND MI 49464 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 9649-01
ITW FOILSMARK
5 MALCOLM HOYT DR.
NEWBURYPORT MA 01950

Creditor ID: 16562-01
ITW PROFESSIONAL BRANDS
805 E. OLD 56 HIGHWAY
OLATHE KS 66061

Creditor ID: 13826-01
ITX USA LLC
500 5TH AVE #400
NEW YORK NY 10110

Creditor ID: 9650-01
IVAN SMITH FURNITURE
5434 TECHNOLOGY DR.
SHREVEPORT LA 71129

Creditor ID: 1171-01
IVANHOE INDUSTRIES INC.
818 WILLIAM LEIGH DRIVE
TULLYTOWN PA 19007

Creditor ID: 11001-01
IVORY INTERNATIONAL
1411 BROADWAY
NEW YORK NY 10018

Creditor ID: 13827-01
IVORY INTERNATIONAL INC.
15400 N.W.34TH AVE
MIAMI FL 33054

Creditor ID: 10286-01
IWA INTERNATIONAL
23670 HAWTHORNE BLVD. SUITE 210
TORRANCE CA 90505

Creditor ID: 3024-01
J & B IMPORTERS INC. SO. CAL
4620 CLUBVIEW DRIVE
FORT WAYNE IN 46804

Creditor ID: 5456-01
J & B IMPORTERS SO CAL.
13231 SLOVER AVENUE
FONTANA CA 92335

Creditor ID: 1172-01
J & B IMPORTERS,INC
11925 SW 128TH ST
MIAMI FL 33186

Creditor ID: 1173-01
J & B PRODUCTS, INC.
6851 ENTERPRISE DRIVE
SOUTH BEND IN 46628

Creditor ID: 16563-01
J & F (USA) INT'L TRADING INC.
29 CLINTON AVE.
BROOKLYN NY 11205

Creditor ID: 9651-01
J & H USA, INC.
246 WEST 38TH ST. SUITE 5A
NEW YORK NY 10018

Creditor ID: 5457-01
J & J FARMING LLC
33979 HWY. 228
HALSEY OR 97348

Creditor ID: 16564-01
J & J INTERMAC CORP.
350 5TH AVE, SUITE 2408
NEW YORK NY 10118

Creditor ID: 14931-01
J & J INTERNATIONAL SEAFOOD,INC
1616 92ND AVENUE NE
BELLEVUE WA 98004

Creditor ID: 16565-01
J & J LOG & LUMBER CORP.
OLD ROUTE 22
DOVER PLAINS NY 12522

Creditor ID: 13828-01
J & K FRESH
9911 INGLEWOOD AVENUE STE. 200
INGLEWOOD CA 90301

Creditor ID: 16566-01
J & L (USA) INC.
5220 EDISON AVE.
CHINO CA 91710

Creditor ID: 14932-01
J & L INT'L
6222 31ST AVE NE
SEATTLE WA 98115

Creditor ID: 17150-01
J & P GROUP
1012 WEST BEVERLY BLVD. #181
MONTEBELLO CA 90640

Creditor ID: 14933-01
J & P TRADING, INC.
295 STATE ST
ST. PAUL MN 55107

Creditor ID: 11002-01
J AGRI CORP.
16253 LAGUNA CANYON ROAD # 120
IRVINE CA 92618

Creditor ID: 3025-01
J CHOO USA INC.
750 LEXINGTON AVE, 21ST FLOOR
NEW YORK NY 10022

Creditor ID: 7341-01
J DELUCA FISH COMPANY, INC.
2204 SIGNAL PLACE
SAN PEDRO CA 90731

Creditor ID: 1174-01
J FANOK AND SERVICES
701 PENHORN AVENUE
SECAUCUS NJ 07094

Creditor ID: 14934-01
J LEWIS COOPER CO
9900 VOLTE
DETROIT MI 48227

Creditor ID: 13829-01
J M GRAIN INC
307 3RD. ST. SE
GARRISON ND 58540

Creditor ID: 14935-01
J P ORIGINAL CORP.
19101 E. WALNUT DR.
CITY OF INDUSTRY CA 91748

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 9653-01
J P SPECIALTIES, INC.
25811 JEFFERSON AVENUE
MURRIETA CA 92562

Creditor ID: 1175-01
J PEARSON INTERNATIONAL INC
61-45 98 STREET, #2N
REGO PARK NY 11371

Creditor ID: 14936-01
J R SIMPLOT COMPANY
16777 HOWLAND ROAD
LATHROP CA 95330

Creditor ID: 9654-01
J WORLD SPORTS
210 S NEWMAN STREET
HACKENSACK NJ 07601

Creditor ID: 16567-01
J&A IMPORTERS, INC.
4398 AYERS AVE.
VERNON CA 90023

Creditor ID: 14937-01
J&B IMPORTERS, INC. M.W
4620 CLUBVIEW DRIVE
FT. WAYNE IN 46804

Creditor ID: 16568-01
J&C IMPORT CORP
45 IRVING AVENUE
BROOKLYN NY 11237

Creditor ID: 1176-01
J&D CAPITAL CORP
12747 BISCAYNE BLVD
N. MIAMI FL 33181

Creditor ID: 17151-01
J&J INTERNATIONAL
52 BUTLER STILLWELL AREA B
ELIZABETH NJ 07206

Creditor ID: 14938-01
J&J STONE IMPORTS
8038 VICTORIA LANE
PINSON AL 35126

Creditor ID: 16569-01
J&J TRADING GROUP, LTD. INC
35 JABEZ STREET,
NEWARK NJ 07105

Creditor ID: 16570-01
J&K FRESH EAST
300 STEVENS DRIVE -  SUITE 105 -
LESTER PA 19113

Creditor ID: 3027-01
J&L MANAGEMENT CONSULTANTS
/ CAMERON MICHAEL INC
1312 SE 2ND TERRACE
DEERFIELD BEACH FL 33441

Creditor ID: 3028-01
J&M APPLIANCES
41 MERCEDES WAY STE 25
EDGEWOOD NY 11717

Creditor ID: 11003-01
J&M HOME AND GARDEN
201 MAIN STREET
MADISON NJ 07940

Creditor ID: 9655-01
J&P CYCLES,LLC
13225 CIRCLE DRIVE
ANAMOSA IA 52205

Creditor ID: 10287-01
J&W HOLDINGS
2929 E. 44TH STREET
VERNON CA 90058

Creditor ID: 5458-01
J&W TRADE, INC.
12219 TAMBOURINE DRIVE
STAFFORD TX 77477

Creditor ID: 14939-01
J. CIOFFI CARGO MANAGEMENT
100 MIDDLESEX AVENUE
CARTERET NJ 07008

Creditor ID: 1177-01
J. DRASNER AND CO. INC
23600 MERCANTILE ROAD
BEACHWOOD OH 44122

Creditor ID: 3029-01
J. K . IN-EX INTERNATIONAL INC.
10631 BLOOMFIELD ST., SUITE 8
LOS ALAMITOS CA 90720

Creditor ID: 14940-01
J. LEE CO., LLC.
233 W.  2ND
HENNESSEY OK 73742

Creditor ID: 5459-01
J. MACKENZIE INTL SERVICE
275 COMMERCIAL DR
ROCHESTER NY 14623

Creditor ID: 3030-01
J. PEARSON INTERNATIONAL INC.
P.O. BOX 730931
ELMHURST NY 11373-0931

Creditor ID: 5460-01
J. WASSON ENTERPRISES, INC.
1030 SW 34TH ST STE D
RENTON WA 98055

Creditor ID: 1178-01
J.A. APPAREL
650 5TH AVENUE 23RD FL
NEW YORK NY 10019

Creditor ID: 1948-01
J.A. CUNNINGHAM EQUIPMENT INC.
50 WILLOW SPRINGS CIRCLE
YORK PA 17402

Creditor ID: 1179-01
J.A. KIRSCH
1086 TEANECK ROAD, SUITE #2E
TEANECK NJ 07666

Creditor ID: 16571-01
J.A. KIRSCH CORP
1086 TEANECK RD STE 2R
TEANECK NJ 07666

Creditor ID: 3031-01
J.C. FIBERS INC. OF ROCHESTER
315 HOLLENBECK STREET
ROCHESTER NY 14621

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1180-01<br>J.C.SUSSMAN INTERNATIONAL ENTERPRISE INC.<br>10 CITY PLACE,STE 15H<br>WHITE PLAINS NY 10601 | Creditor ID: 9656-01<br>J.D. PACIFIC INC<br>53-28 187 STREET<br>FRESH MEADOWS NY 11365 | Creditor ID: 9657-01<br>J.DAVIS BARNETT<br>,A DIVISION OF INTERLINE BRANDS<br>JACKSONVILLE FL 32244 |
| Creditor ID: 12496-01<br>J.E. HERNDON COMPANY<br>1020 J.E. HERNDON ACCESS ROAD<br>KINGS MOUNTAIN NC 28086 | Creditor ID: 3032-01<br>J.E.M. INTERNATIONAL INC<br>1 E 33RD ST FL 11<br>NEW YORK NY 10016-5011 | Creditor ID: 5461-01<br>J.F. BRAUN & SONS, INC.<br>ONE ATALANTA PLAZA<br>ELIZABETH NJ 07207 |
| Creditor ID: 13830-01<br>J.F. KILROY CO.<br>JKF AIRPORT BLDG 80<br>JAMAICA NY 11430 | Creditor ID: 11004-01<br>J.FAZIO TILE INC<br>105 23 METROPOLITAN AVE.<br>FOREST HILL NY 11375 | Creditor ID: 9658-01<br>J.G. BOSWELL COMPANY<br>710 BAINUM AVE. PO BOX 457<br>CORCORAN CA 93212-0457 |
| Creditor ID: 1181-01<br>J.J. PARAMOUNT INT'L INC.<br>2936 E. 46TH STRET,<br>VERNON CA 90058 | Creditor ID: 11005-01<br>J.J.E. MARKETING DISTRIBUTION CENTER<br>1000 FRANK RODGER BLVD BLDG G 15<br>HARRISON NJ 07029 | Creditor ID: 16572-01<br>J.M. HUBER CORPORATION - MAIN ID<br>1000 PARKWOOD CIRCLE, SUITE 1000<br>ATLANTA GA 30339 |
| Creditor ID: 17252-01<br>J.P. MORGAN CHASE<br>NA 120 S LASALLE ST STE IL 1190<br>CHICAGO IL 60603 | Creditor ID: 1182-01<br>J.R.SIMPLOT COMPANY FOODGROUP<br>6360 S. FEDERAL WAY<br>BOISE ID 83716 | Creditor ID: 5462-01<br>J.W. JUNG SEED CO.<br>335 S. HIGH STREET<br>RANDOLPH WI 53957 |
| Creditor ID: 9659-01<br>J.W. WILLIAMS, INC.<br>2180 RENAUNA AVE<br>CASPER WY 82601 | Creditor ID: 16573-01<br>J.W. WOOD<br>667 CRAIN CREEK ROAD<br>WALLINGFORD KY 41093 | Creditor ID: 9660-01<br>J.W.HAMPTON JR & CO INC.<br>161-15 ROCKA WAY BLVD<br>JAMAICA NY 11434 |
| Creditor ID: 13831-01<br>J.Y. FOODS, INC.<br>2190 CESAR CHAVEZ STREET<br>SAN FRANCISCO CA 94124 | Creditor ID: 5463-01<br>J3 INC.<br>4199 BANDINI BLVD. SUITE A<br>VERNON CA 90058 | Creditor ID: 16574-01<br>JA APPAREL<br>650 5TH AVENUE, 23RD FLOOR<br>NEW YORK NY 10019 |
| Creditor ID: 17253-01<br>JABEZ AG, INC<br>825 SWALLOWTAIL CT<br>BRISBANE CA 94005 | Creditor ID: 13832-01<br>JACEY RANCHES<br>7401 SW KENT LANE<br>CULVER OR 97734 | Creditor ID: 19073-97<br>JACHS NY, LLC<br>C/O HERRICK FEINSTEIN LLP<br>JASON D'ANGELO, STEPHEN SELBST,<br>& HAHN HUYNH<br>2 PARK AVENUE<br>NEW YORK NY 10016 |
| Creditor ID: 11006-01<br>JACK ENGLE<br>8440 S. ALAMEDA STREET<br>LOS ANGELES CA 90001 | Creditor ID: 11007-01<br>JACK ENGLE AND CO.<br>8440 SOUTH ALAMEDA ST<br>P.O. BOX 01705<br>LOS ANGELES CA 90001 | Creditor ID: 3033-01<br>JACK JONES AND ASSOCIATES<br>3475 NORTHBEND CIRCLE<br>ALCOA TN 37701 |
| Creditor ID: 13833-01<br>JACK LEWIN ASSOCIATES INC.<br>925 CHASE AVENUE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 13834-01<br>JACK TARMY LUMBER<br>1077 PUTNEY RD. PO BOX 131<br>BRATTLEBORO VT 05301 | Creditor ID: 7229-01<br>JACK WILLIAMS TIRE INC.<br>700 ROCKY GLEN RAOD<br>AVOCA PA 18641 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5464-01<br>JACKEL INC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 13835-01<br>JACKEL INC.<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9661-01<br>JACKSONVILLE PARTS DISTRIBUTION CENTER<br>8743 WESTERN WAY<br>JACKSONVILLE FL 32256 |
| Creditor ID: 9662-01<br>JACLYN INC<br>197 WEST SPRING VALLEY AVENUE<br>MAYWOOD NJ 07607 | Creditor ID: 9663-01<br>JACO TRADING INTERNATIONAL CORP.<br>825 VALLEY CREST ST.<br>LA CANADA CA 91011 | Creditor ID: 1183-01<br>JACOB HOLM INDUSTRIES INC<br>1265 SAND HILL RD<br>CANDLER NC 28715 |
| Creditor ID: 1949-01<br>JACOB K JAVITS CONVENTION CENTER<br>655 WEST 34TH STREET<br>NEW YORK NY 10001 | Creditor ID: 14941-01<br>JACOBI CARBONS, INC.<br>1518 WALNUT STREET<br>PHILADELPHIA PA 19102 | Creditor ID: 19074-97<br>JACOBSEN PILOT SERVICE INC<br>PO BOX 32248<br>LONG BEACH CA 90832-2248 |
| Creditor ID: 14942-01<br>JACOBSON COMPANY<br>980 LONE OAK ROAD, STE 134<br>EAGAN MN 55121 | Creditor ID: 16575-01<br>JACOBSON INERNATIONAL<br>1612 NORTH INDIANA STREET<br>LOS ANGELES CA 90063 | Creditor ID: 13836-01<br>JACOBSON INTERNATIONAL IMPORTS<br>1612 NORTH INDIANA STREET<br>LOS ANGELES CA 90063 |
| Creditor ID: 13837-01<br>JACQUES MORET<br>1411 BROADWAY, 8TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9664-01<br>JACQUES MORET INC<br>1411 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 5465-01<br>JACTO INC<br>9650 SW HERMAN ROAD<br>TUALATIN OR 97062 |
| Creditor ID: 14943-01<br>JADE EASTERN TRADING, INC.<br>245 MOONACHIE ROAD<br>MOONACHIE NJ 07074 | Creditor ID: 16576-01<br>JADE FASHION & CO.,INC.<br>1350 BIXBY DRIVE<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 3034-01<br>JADE INTERNATIONAL<br>102 GEORGE TOWN BLDG PO BOX 469<br>FOLCROFT PA 19032 |
| Creditor ID: 13838-01<br>JADE SKY LOSGISTICS CORP.,<br>75 O'NEILL AVENUE<br>BAY SHORE NY 11706 | Creditor ID: 13839-01<br>JADO CORPORATION<br>6615 WEST BOSTON<br>CHANDLER AZ 85226 | Creditor ID: 9500-01<br>JAE DISTRIBUTION, INC<br>85 ABBOTTSFORD DR<br>PINEHURST NC 28374 |
| Creditor ID: 13840-01<br>JAE ENTERPRISES INC<br>209 RADIO ROAD<br>ALMO KY 42020 | Creditor ID: 1184-01<br>JAE WOO PARK<br>63 67A DOUGLASTON PARKWAY<br>LITTLE NECK NY 11362 | Creditor ID: 1185-01<br>JAEYANG INDUSTRY SUPPLY CHAIN SOLUTIONS<br>80 SUMMER STREET<br>CENTER OF N.AMERICA<br>STAMFORD CT 06905 |
| Creditor ID: 16577-01<br>JAFFREY FABRICS<br>261 FIFTH AVE., SUITE 2001<br>NEW YORK NY 10016 | Creditor ID: 13841-01<br>JAGG MARKETING 2000 INC<br>607 NORTH AVE, DOOR 16<br>WAKEFIELD MA 01880 | Creditor ID: 5466-01<br>JAGRO .<br>290 NYE AVE<br>IRVINGTON NJ 07111 |
| Creditor ID: 12497-01<br>JAGUAR TRADING INTERNATIONAL, INC<br>4720 SALISBURY RD<br>JACKSONVILLE FL 32256 | Creditor ID: 1186-01<br>JAIN IRRIGATION INC.<br>2851 E. FLORENCE AVE.<br>FRESNO CA 93721 | Creditor ID: 5467-01<br>JAK MARKETING LLC<br>30 TECHNOLOGY DRIVE<br>WARREN NJ 07059 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3035-01<br>JAKKS PACIFIC<br>21749 BAKER PARKWAY<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 16578-01<br>JAKO ENTERPRISES INC<br>2030 E. BYBERRY RD.<br>PHILADELPHIA PA 19116 | Creditor ID: 9665-01<br>JALAL ISMAIL MOHAMMED SHARIF ISMAIL<br>2520 NORTH SIDE DR. APT NO 104<br>SAN DIEGO CA 92108 |
| Creditor ID: 13842-01<br>JA-LU DISTRIBUTING CO. INC.<br>136 CANDACE DRIVE<br>MAITLAND FL 32571 | Creditor ID: 13945-01<br>JAMALI GARDEN SUPPLIES<br>149 WEST 28TH STREET<br>NEW YORK NY 10001 | Creditor ID: 16579-01<br>JAME ANDREW INTERNATIONAL SERVICE, INC.<br>3463 ELLA ROAD<br>NEW YORK NY 11793 |
| Creditor ID: 13946-01<br>JAMES BATTS DISTRIBUTING<br>2146 STANTONSBURGH RD.<br>WILSON NC 27893 | Creditor ID: 9666-01<br>JAMES CRAIG<br>2058 TALON WY<br>SAN DIEGO CA 92123 | Creditor ID: 11008-01<br>JAMES FARRELL AND CO.,<br>157 YESLER WAY, SUITE 600<br>SEATTLE WA 98104 |
| Creditor ID: 9667-01<br>JAMES FINLAY & CO.<br>163 MADISON AVENUE<br>PO BOX 1967<br>MORRISTOWN NJ 07960 | Creditor ID: 9668-01<br>JAMES G. WILEY<br>5305 W. 102ND. ST.<br>LOS ANGELES CA 90009 | Creditor ID: 5468-01<br>JAMES GLOBAL SERVICE, INC<br>8471 POINTE ROAD NORTH<br>BLAINE WA 98230 |
| Creditor ID: 13947-01<br>JAMES JOSEPH BENSON<br>39-40 GREENPOINT AVENUE<br>SUNNYSIDE NY 11104 | Creditor ID: 3036-01<br>JAMES LILBURN DE REUCK<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 | Creditor ID: 9669-01<br>JAMES RENEAU SEED COMPANY<br>119 S. MAIN STREET<br>SHAMROCK TX 79079 |
| Creditor ID: 1187-01<br>JAMES RIVER TIMBER EXPORT<br>9931 HOKE BRADY ROAD<br>RICHMOND VA 23231 | Creditor ID: 14944-01<br>JAMES STEEL INC.<br>4 CENTER POINTE DR SUITE 110<br>LA PALMA CA 90623 | Creditor ID: 13948-01<br>JAMES THOMPSON & CO INC.,<br>381 PARK AVENUE SOUTH - ROOM 718<br>NEW YORK NY 10016 |
| Creditor ID: 11009-01<br>JAMES WILLIAM WHITE<br>2000 HWY 290 EAST<br>BRENHAM TX 77833 | Creditor ID: 14945-01<br>JAMP CORPORATION<br>668 N COAST HWY #122<br>LAGUNA BEACH CA 92651 | Creditor ID: 1188-01<br>JAN FRUITS, INC.<br>15252 CANON LANE<br>CHINO HILLS CA 91709 |
| Creditor ID: 14946-01<br>JAN PACKAGING INC.<br>100 HARRISON STREET<br>DOVER NJ 07802 | Creditor ID: 11010-01<br>JANA BRANDS INC.<br>17 MERCER RD.<br>NATICK MA 01760 | Creditor ID: 5469-01<br>JANA FOODS LLC<br>700 PLAZA DRIVE<br>SECAUCUS NJ 07094 |
| Creditor ID: 11011-01<br>JANCO MILLWORK INC<br>122 N CHURCH STREET<br>LEXINGTON NC 27295 | Creditor ID: 9501-01<br>JANCO SALES INC<br>1403 SOUTH MAIN STREET<br>LEXINGTON NC 27292 | Creditor ID: 9502-01<br>JANE HAMLEY WELLS<br>1608 N. MILWAUKEE AVE, SUITE 812<br>CHICAGO IL 60647 |
| Creditor ID: 11012-01<br>JANEL GROUP<br>115 EAST AMBER LANE<br>OAKCREEK WI 53154 | Creditor ID: 5470-01<br>JANES C. LOGAN INC.<br>1124 CHESTNUT STREET<br>CHESTER PA 19013 | Creditor ID: 16580-01<br>JANKEL TACTICAL SYSTEMS LLC<br>190 PARKWAY WEST SUITE 100<br>DUNCAN SC 29334 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

Creditor ID: 9602-01
JANSSEN ASSOCIATES
520-112TH AVE NE, SUITE 250
BELLEVUE WA 98004

Creditor ID: 13949-01
JANTZEN, LLC
411 NE 19TH STREET
PORTLAND OR 97232

Creditor ID: 3037-01
JANUS ET CIE
8687 MELROSE AVE. #B193
WEST HOLLYWOOD CA 90069

Creditor ID: 3038-01
JAPAN EXPRESS USA
595 SUPREME DR
BENSENVILLE IL 60106

Creditor ID: 16581-01
JAPAN MACHINE TOOLS, CORPORATION
10171 OLGA LANE
HOUSTON TX 77041

Creditor ID: 13950-01
JAPAN PDX IMPORTS
2056 NW ALOCLEK DRIVE
HILLSBORO OR 97124

Creditor ID: 9503-01
JAPAN PRODUCE AMERICA, INC
77 W. LAS TUNAS DRIVE, SUITE 206
ARCADIA CA 91107

Creditor ID: 5471-01
JAPAN PULP & PAPER
1810 SATELLITE BLVD STE 200
BUFORD GA 30518

Creditor ID: 9504-01
JAPAN PULP & PAPER (U.S.A) CORP
5928 SOUTH MALT AVE,
LOS ANGELES CA 90040

Creditor ID: 11013-01
JAPAN PULP & PAPER (U.S.A.)
1380-D BEVERAGE DRIVE,
STONE MOUNTAIN GA 30083

Creditor ID: 7230-01
JAPANESE FOOD DEPT LLC
31-69 COLLEGE POINT BLVD.
FLUSHING NY 11354

Creditor ID: 3039-01
JAPONESQUE INC.
824 MONTGOMERY STREET
SAN FRANCISCO CA 94133

Creditor ID: 13951-01
JARDEN CONSUMER SOLUTIONS
303 NELSON AVE.
NEOSHO MO 64850

Creditor ID: 11014-01
JARDEN CORPORATION
555 THEODORE FREMD AVE., STE. B-302
RYE NY 10580

Creditor ID: 9505-01
JARDEN HOME BRANDS
345 SOUTH HIGH STREET
MUNCIE IN 47305

Creditor ID: 11015-01
JARDEN HOME BRANDS
3201 EAST GEOSPACE DRIVE
INDEPENDENCE MO 64056

Creditor ID: 13952-01
JARIR BOOK STORE
11107 BROOKHURST STREET
GARDEN GROVE CA 92840

Creditor ID: 9506-01
JASMINE FASHION INC.
347 S. STIMSON AVE
CITY OF INDUSTRY CA 91745

Creditor ID: 17254-01
JASMINE MEDITERRANEAN FOODS
1201 BOYLSTON AVE #322
SEATTLE WA 98101

Creditor ID: 3041-01
JASMINE VINEYARDS, INC.
33319 POND RD
DELANO CA 93215

Creditor ID: 15048-01
JASON JOHN BUSHNELL
3230 FIRRIDGE ROAD
LAKE OSWEGO OR 97035

Creditor ID: 11016-01
JASPER CABINET COMPANY
318 EAST MAIN STREET
LOWELL MI 49331

Creditor ID: 15049-01
JASPER CABINET COMPANY WAREHOUSE
2400 SHORE ST.
HIGH POINT NC 27263

Creditor ID: 15050-01
JASPER CABINET COMPANY/ROW ONE
1980 DEERFIELD COURT
GRAND RAPIDS MI 49546

Creditor ID: 1190-01
JASPER SIN YEN HUI
6811 BRENTMEAD AVE.
ARCADIA CA 91007

Creditor ID: 3042-01
JASPO INC.
13622 N.E. 20TH STREET, SUITE B
BELLEVUE WA 98005

Creditor ID: 18492-01
JAVA SEA TRADERS, INC
801 EAST SAMPLE ROAD
POMPANO BEACH FL 33064

Creditor ID: 3043-01
JAVIC
1090 KING GEORGES POST ROAD
STE 1008
EDISON NJ 08837

Creditor ID: 3044-01
JAVIC WHOLESALE
5400 SOUTH 27TH STREET
MILWAUKEE WI 53221

Creditor ID: 13953-01
JAVIER GARCIA-VIVO ALBORS
22 TUNISON LANE
BRIDGEWATER NJ 08807

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16582-01<br>JAY CHARLES BROWN<br>1746 LOWER EKWHA ROAD<br>PORT ANGELES WA 98362 | Creditor ID: 15051-01<br>JAY GEE WOOD PRODUCTS CO., INC.<br>28206 COMMERCIAL AVENUE<br>BARRINGTON IL 60010 | Creditor ID: 1191-01<br>JAY IMPORT COMPANY INC<br>41 MADISON AVENUE, FLOOR 12<br>NEW YORK NY 10010 |
| Creditor ID: 18493-01<br>JAY PRODUCE, INC<br>2939 SUNOL DRIVE<br>VERNON CA 90023 | Creditor ID: 11017-01<br>JAYAKAS INC.<br>908 OLD THOMASVILLE ROAD<br>HIGH POINT NC 27260 | Creditor ID: 3045-01<br>JAY'S TIRE, LLC<br>4661 US HIGHWAY 41<br>JASPER FL 32052 |
| Creditor ID: 3046-01<br>JB ADAMS GROUP<br>1100 PAMELA DR.<br>EULESS TX 76040 | Creditor ID: 3047-01<br>JB GLOBAL LLC<br>2004 E. MANOR BLVD<br>BURNSVILLE MN 55337 | Creditor ID: 3048-01<br>JB INTERNATIONAL, INC.<br>4900 FRANZ LISZT COURT<br>RALEIGH NC 27615 |
| Creditor ID: 15052-01<br>JBE INCORPORATION<br>512 HARTLAND DRIVE<br>HARTSVILLE SC 29551 | Creditor ID: 16583-01<br>JBI INC.<br>555 TURNPIKE ST.<br>CANTON MA 02021 | Creditor ID: 5472-01<br>JBL SUPPLY DBA AMERICAN EAGLE<br>14 MELNICK DRIVE<br>MONSEY NY 10952 |
| Creditor ID: 13954-01<br>JBL TRADING LLC<br>43 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 19076-97<br>JBS CARRIERS<br>2401 2ND AVENUE<br>GREELEY CO 80631 | Creditor ID: 13955-01<br>JBS INDUSTRIES INC<br>1235 WILDWOOD AVE #109<br>SUNNYVALE CA 94089 |
| Creditor ID: 13956-01<br>JBS TRADING INTERNATIONAL<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 | Creditor ID: 5473-01<br>JBS USA, LLC<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 | Creditor ID: 5474-01<br>JBT TECHNOLOGIES<br>400 FAIRWAY AVENUE<br>LAKELAND FL 33801 |
| Creditor ID: 1950-01<br>JC COFFEE IMPORTERS LLC<br>847 SOUTH 146TH STREET<br>SEATTLE WA 98108 | Creditor ID: 3049-01<br>JC DECAUX INC<br>3 PARK AVENUE, FLOOR 33<br>NEW YORK NY 10016 | Creditor ID: 16584-01<br>JC DESIGNER TILE INC<br>37-25 58TH STREET<br>WOODSIDE NY 11377 |
| Creditor ID: 15053-01<br>JC HORIZON LTD<br>411 E HUNTINGTON DRIVE #311<br>ARCADIA CA 91006 | Creditor ID: 1192-01<br>JC HORIZON LTD.<br>411 E. HUNTINGTON DR. # 311<br>ARCADIA CA 91006 | Creditor ID: 1193-01<br>JC INTERNATIONAL<br>1980 DEERFIELD COURT<br>GRAND RAPIDS MI 49546 |
| Creditor ID: 1194-01<br>JC LOGISTICS(USA)INC.<br>1818 GILBRETH RD.#248<br>BURLINGAME CA 94010 | Creditor ID: 3050-01<br>JC MURRY CO<br>200 ROUTE 22 EAST,<br>HILLSIDE NJ 07205 | Creditor ID: 1195-01<br>JC TOY GROUP INC.<br>9590 NORTH WEST 40TH STREET<br>MIAMI FL 33178 |
| Creditor ID: 11018-01<br>JC TRADING<br>7201 S. PARAMOUTH BLVD.<br>PICO RIVERA CA 90660 | Creditor ID: 9603-01<br>JC WORLD LLC<br>2038 MOUNTAIN VIEW ROAD<br>S. EL MONTE CA 91733 | Creditor ID: 9507-01<br>JCA CORP<br>1820 S. 341ST PL.<br>FEDERAL WAY WA 98003-6859 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3051-01<br>JCA CORP.<br>1820 S. 341ST. PLACE<br>FEDERAL WAY WA 98003 | Creditor ID: 15054-01<br>JCA TRANSPORT LLC<br>10450 LES JARDIN DRIVE<br>DALLAS TX 75229 | Creditor ID: 3052-01<br>JCC TRANS INC<br>144-29 156 STREET<br>JAMAICA NY 11434 |
| Creditor ID: 16585-01<br>JCM GLOBAL FURNISHINGS<br>1745 W. ORANGEWOOD AVE. STE 222<br>ORANGE CA 92868 | Creditor ID: 13957-01<br>JCP LOGISTICS, LP AS AGENTS<br>FOR J.C. PENNEY PURCHASING<br>6501 LEGACY DR<br>PLANO TX 75024-3612 | Creditor ID: 15055-01<br>JCS - SUNBEAM LATIN AMERICA, INC<br>5200 BLUE LAGOON DRIVE, STE 470<br>MIAMI FL 33126 |
| Creditor ID: 3053-01<br>JCS ENTERPRISES<br>3501 MORELAND AVE.<br>CONLEY GA 30027 | Creditor ID: 17087-01<br>JCS TRADECOM INC<br>450 7TH AVENUE SUITE 1608<br>NEW YORK NY 10123 | Creditor ID: 17088-01<br>JCT STAINLESS, LLC.<br>5054 HICKORY HILLS DRIVE<br>WOODSTOCK GA 30188 |
| Creditor ID: 5475-01<br>JD RIG & SUPPLIES, INC.<br>18325 WATERVIEW PARKWAY STE.<br>DALLAS TX 75252 | Creditor ID: 9508-01<br>JD WALKER TRADING, LLC<br>6361 HANSON RD<br>ELLENSBURG WA 98926 | Creditor ID: 13958-01<br>JDB INTERNATIONAL<br>20422 BEACH BLVD, SUITE 3420<br>HUNTINGTON BEACH CA 92648 |
| Creditor ID: 11019-01<br>JDC<br>21749 BAKER PARKWAY<br>WALNUT CA 91789 | Creditor ID: 17089-01<br>JDM ENGINE CORP.<br>1325 EXCHANGE DR.<br>RICHARDSON TX 75081 | Creditor ID: 4851-01<br>JDM MOTOR SPORT CORP.<br>1540 PALMYRITA AVE<br>RIVERSIDE CA 92507 |
| Creditor ID: 1196-01<br>JDM OF CALIFORNIA<br>1505 DUPONT AVENUE SUITE E<br>ONTARIO CA 91761 | Creditor ID: 13959-01<br>JDY GOURMET<br>370 NORTH CARPENTER ST.<br>CHICAGO IL 60607 | Creditor ID: 9509-01<br>JE BERKOWITZ, LP<br>ONE GATEWAY BOULEVARD<br>PEDRICKTOWN NJ 08067 |
| Creditor ID: 3054-01<br>JEAN D. DUNCAN CUSTOM BROKERS INC.<br>510 PLAZA DRIVE STE 1200<br>COLLEGE PARK GA 30349 | Creditor ID: 1197-01<br>JEANETIX APPAREL LLC<br>23 MORGAN AVENUE<br>DEAL NJ 07723 | Creditor ID: 13960-01<br>JEANS BOND (USA)INC<br>4988 CORONA AVENUE<br>VERNON CA 90058 |
| Creditor ID: 1198-01<br>JEDWARDS INTERNATIONAL INC. (AR)<br>39 BROAD ST.<br>QUINCY MA 02169 | Creditor ID: 5477-01<br>JEE WHOLESALE TIRES LLC<br>309 MCCARTY ROAD<br>HOUSTON TX 77029 | Creditor ID: 11020-01<br>JEFFCO FIBRES INC<br>12 PARK ST<br>WEBSTER MA 01570 |
| Creditor ID: 15056-01<br>JEFFCO FIBRES, INC.<br>451 QUARRY ST<br>FALL RIVER MA 02723 | Creditor ID: 17090-01<br>JEFFREY FABRICS INC.<br>261 5TH AVE., SUTIE 2001<br>NEW YORK NY 10016 | Creditor ID: 1199-01<br>JEHM POWERSPORTS INC<br>2612 S. 11TH STREET<br>NILES MI 49120 |
| Creditor ID: 17255-01<br>JELD-WEN, INC.<br>401 HARBOR ISLES BLVD<br>PO BOX 1329<br>KLAMATH FALLS OR 97601 | Creditor ID: 1200-01<br>JEM ACCESSORIES, INC., D/B/A JEMTRONIX<br>32 BRUNSWICK AVENUE<br>EDISON NJ 08817 | Creditor ID: 15057-01<br>JEN USA INC<br>1280 JERSEY AVENUE<br>NORTH BRUNSWICK NJ 08902 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 3055-01
JENKINS BRICK COMPANY
201 NORTH 6TH ST., PO BOX 91
MONTGOMERY AL 36101

Creditor ID: 9510-01
JENKS BROS MARKETING GROUP, LLC
PO BOX 489 / 4421 13.5 SW
ROYAL CITY WA 99357

Creditor ID: 11021-01
JENNIE-O TURKEY STORE INTERNATIONAL INC.
2505 WILLMAR AVENUE SW
WILLMAR MN 56201

Creditor ID: 1201-01
JENNMAR CORPORATION OF VA
470 WARDELL INDUSTRIAL PARK RD
CEDAR BLUFF VA 24609

Creditor ID: 17091-01
JENSEN - MCLEAN CO., INC.
8441 SE 6TH ST., #297
MERCER ISLAND WA 98040

Creditor ID: 13961-01
JENSEN INTERNATIONAL FURNITRE
536 TECHNOLOGY DRIVE
WILMINGTON NC 28405

Creditor ID: 3057-01
JENUS GROUP INC.
3511 BUCHANAN HILL LANE
KATY TX 77494

Creditor ID: 1202-01
JERONG PRODUCTS, INC.
2460 RADLEY COURT,
HAYWARD CA 94545

Creditor ID: 9512-01
JERRY G. WILLIAMS & SONS,INC
P.O. BOX 2430
SMITHFIELD NC 27577

Creditor ID: 1203-01
JERUSALEM FOODS
6470 MILLER ROAD
DEARBORN MI 48126

Creditor ID: 7231-01
JES INTERNATIONAL LLC
183 IRVING AVENUE
BROOKLYN NY 11237

Creditor ID: 5478-01
JESS SMITH & SONS COMMODITIES
2905 "F" STREET
BAKERSFIELD CA 93302

Creditor ID: 17092-01
JESS SMITH & SONS COTTON, LLC
2905 "F" STREET
BAKERSFIELD CA 93302

Creditor ID: 13962-01
JESSICA LONDON USA
2300 SOUTHEASTERN AVE.
INDIANAPOLIS IN 46201

Creditor ID: 17093-01
JESSIE'S ILWACO FISH CO., INC.
117 HOWERTON WAY
ILWACO WA 98624

Creditor ID: 18494-01
JESSUP & NORRIS
4520 STINE ROAD, SUITE 10
BAKERSFIELD CA 93313

Creditor ID: 3058-01
JET AIR SERVICES - JAS
4020 TRADEPORT BOULEVARD
ATLANTA GA 30354

Creditor ID: 11022-01
JETWAY INTERNATIONAL
1801 MOUNT VERNON AVENUE
POMONA CA 91768

Creditor ID: 11023-01
JEUNESSE GLOBAL , LLC
701 INTERNATIONAL PARWAY
LAKE MARY FL 32746

Creditor ID: 3059-01
JEWETT-CAMERON  LOMBER CORP
32275 NW HILLCREST
NORTH PLAIN OR 97133

Creditor ID: 11024-01
JEWETT-CAMERON SEED COMPANY
31345 NW BEACH ROAD (PO BOX 816)
HILLSBORO OR 97124

Creditor ID: 3060-01
JFC INTERNATIONAL
48490 MILMONT DRIVE
FREMONT CA 94538

Creditor ID: 1204-01
JFC INTERNATIONAL INC.
5528 BANDINI BLVD.
BELL CA 90201

Creditor ID: 9513-01
JFC INTERNATIONAL INC.
7101 EAST SLAUSON AVE.
LOS ANGELES CA 90040-3622

Creditor ID: 5479-01
JFE SHOJI TRADE AMERICA INC.
340 GOLDEN SHORE, SUITE 450
LONG BEACH CA 90802

Creditor ID: 1205-01
JFW INDUSTRIES, INC
6731 NE 47TH
PORTLAND OR 97218

Creditor ID: 1206-01
JG BOSWELL TOMATO COMPANY LLC.
36889 HWY 58 PO BOX 515
BUTTONWILLOW CA 93206

Creditor ID: 1207-01
JGC (USA) INC.
10370 RICHMOND AVENUE, SUITE 800
HOUSTON TX 77042

Creditor ID: 5480-01
JGMXXX LLC
625 SOUTH MAIN STREET
KERNERSVILLE NC 27284

Creditor ID: 13963-01
JH INTERNATIONAL TRADING INC.
1315 S. JOHNSON DRIVE
CITY OF INDUSTRY CA 91745

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3061-01<br>JH OILFIELD EQUIPMENT&TECHNOLOGIES, LLC<br>11433 BRITTMOORE PARK DR<br>HOUSTON TX 77041 | Creditor ID: 3062-01<br>JHC BROTHERS INC<br>17890 CASTLETON STREET #238<br>CITY OF INDUSTRY   CA 91748 | Creditor ID: 18495-01<br>JHF USA EXPORTS INC<br>9330 WEST AIRPORT BLVD, SUITE 150<br>HOUSTON TX 77031 |
| Creditor ID: 1208-01<br>JHS INVESTMENT<br>4561 S. JUPITER DRIVE<br>SALT LAKE CITY UT 84124 | Creditor ID: 17094-01<br>JHY, INC.<br>3007 COTSWOLD MANOR DR N<br>KINGWOOD TX 77339 | Creditor ID: 5481-01<br>JI INTERNATIONAL<br>3675 CRESTWOOD PARKWAY, SUITE 380<br>DULUTH GA 30097 |
| Creditor ID: 17095-01<br>JIM BEAM COMPANY<br>510 LAKE COOK ROAD, SUITE 200<br>DEERFIELD IL 60015-4916 | Creditor ID: 5482-01<br>JIM C. HAMER LUMBER CO.<br>901  12TH STREET<br>KENOVA WV 25538 | Creditor ID: 15058-01<br>JIM TENG TRADING INC.<br>133-60 41ST STREET<br>FLUSHINGS NY 11355 |
| Creditor ID: 15059-01<br>JIM WARNER, INC<br>1731 NORTH MARCEY STREET/ SUITE 500<br>CHICAGO IL 60614 | Creditor ID: 13964-01<br>JIMBO'S JUMBO PEANUTS<br>P.O. BOX 485 / 185 PEANUT DRIVE<br>EDENTON NC 27932 | Creditor ID: 13965-01<br>JIMCO LAMP<br>11759 HWY 63 B<br>JONESBORO AR 72416 |
| Creditor ID: 3063-01<br>JIMEX CORP.<br>1575 ZEPHYR AVENUE<br>HAYWARD CA 94544 | Creditor ID: 5483-01<br>JIMLAR CORP.<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 13966-01<br>JIMLAR CORPORATION<br>160 GREAT NECK ROAD<br>GREAT NECK NY 11021 |
| Creditor ID: 1209-01<br>JIMLAR CORPORATION<br>350 5TH AVENUE, 8TH FLOOR (ESB)<br>NEW YORK NY 10019 | Creditor ID: 9514-01<br>JIN HUA HIN<br>147 B HIGHLAND ST.<br>NEW HAVEN CT 06511 | Creditor ID: 10289-01<br>JIN MEI LUN TRADING INC.<br>1075 S. VAIL AVE.<br>MONTEBELLO CA 90640 |
| Creditor ID: 17096-01<br>JIN MING HUANG TRADING INC<br>1819 FLUSHING AVE<br>RIDGEWOOD NY 11385 | Creditor ID: 15060-01<br>JIN ZHENG FA INC.<br>42-79 MAIN STREET<br>FLUSHING NY 11355 | Creditor ID: 1210-01<br>JING MEI AUTOMOTIVE (USA) INC.<br>10505 DELTA PARKWAY<br>SCHILLER IL 60176 |
| Creditor ID: 9515-01<br>JINGSHUI WEIYE INTERNATIONAL INC.<br>59C OESTINGS STREET<br>NEW BEDFORD MA 02740 | Creditor ID: 13967-01<br>JINHAN FOOD PRODUCTS CORP.<br>80 NORTH 5TH STREET<br>BROOKLYN NY 11211 | Creditor ID: 4852-01<br>JINIL INTERNATIONAL INC.<br>970 WEST 190TH STREET<br>TORRANCE CA 90502 |
| Creditor ID: 13968-01<br>JIN-MAR MARBLE & GRANITE<br>90 MARCUS BLVD. 11729<br>DEER PARK NY 11729 | Creditor ID: 9516-01<br>JINON CORPORATION DBA NIJIYA MARKET<br>2180 W 190TH ST<br>TORRANCE CA 90504 | Creditor ID: 3064-01<br>JINON CORPORATION DBA NIJIYA MARKET<br>1460 FRANCISCO STREET<br>TORRANCE CA 90501 |
| Creditor ID: 13969-01<br>JINRO AMERICA, INC.<br>3470 WILSHIRE BLVD., SUITE 1024<br>LOS ANGELES CA 90010 | Creditor ID: 13970-01<br>JINTHAY TRADING CORP<br>1702 N.E. 92ND AVE<br>PORTLAND OR 97220 | Creditor ID: 11025-01<br>JIO LUGGAGE<br>1355 S. SANTA FE AVE. SUITE #D2<br>LOS ANGELES CA 90021 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3065-01<br>JIS GLOBAL, INC.<br>333 SYLVAN AVENUE, SUITE 203<br>ENGLEWOOD CLIFFS NJ 07632 | Creditor ID: 9517-01<br>JITCO GROUP LIMITED<br>30 N RAYMOND AVE. NO. 603<br>PASADENA CA 91103 | Creditor ID: 13971-01<br>JITDLTX AMERICAN POWER CONVERSION<br>15877 LONG VISTA DRIVE SUITE 105<br>AUSTIN TX 78728 |
| Creditor ID: 13972-01<br>JIULI USA, INC.<br>12777 JONES ROAD, SUITE 108<br>HOUSTON TX 77070 | Creditor ID: 12498-01<br>JJ BASICS<br>809 E.236ST<br>CARSON CA 90745 | Creditor ID: 1211-01<br>JJ BENDER LLC<br>457 CASTLE AVE.<br>FAIRFIELD CT 06825 |
| Creditor ID: 7342-01<br>JJ INTERNATIONAL<br>121 BELLS FERRY LANE<br>MARIETTA GA 30066 | Creditor ID: 5484-01<br>JJC TRADING COMPANY<br>254 GREENWAY NORTH<br>FOREST HILLS NY 11375 | Creditor ID: 13973-01<br>JKM TRADING INTERNATIONAL<br>103 GAMMA DR. SUITE 190<br>PITTSBURG PA 15238-2983 |
| Creditor ID: 5485-01<br>JKM USA CORP<br>595 BROAD AVE.<br>RIDGEFIELD NJ 07657 | Creditor ID: 17097-01<br>JKP SPORTS INC<br>19333 SW 118TH AVE<br>TUALATIN OR 97062 | Creditor ID: 4853-01<br>JKW LUMBER COMPANY<br>1501 NE 106TH STREET<br>VANCOUVER WA 98686 |
| Creditor ID: 5486-01<br>JLCC CONSTRUCTION INC.<br>15902 HALLIBURTON RD, #182<br>HACIENDA HEIGHTS CA 91745 | Creditor ID: 17098-01<br>JLG INDUSTRIES<br>13224 FOUNTAIN HEAD PLZ<br>HAGERSTOWN MD 21742-2678 | Creditor ID: 1212-01<br>JLG INDUSTRIES<br>1 JLG DR<br>MC CONNELLSBURG PA 17233-9502 |
| Creditor ID: 11026-01<br>JLG INDUSTRIES . INC.<br>2927 EAST PARADISE STREET<br>SERVICE PARTS WAREHOUSE<br>DOCKS W1-W13<br>ORRVILLE OH 44667 | Creditor ID: 13974-01<br>JLG INDUSTRIES INC<br>560 WALNUT BOTTOM ROAD<br>SHIPPENSBURG PA 17257 | Creditor ID: 11027-01<br>JLG INDUSTRIES, INC.<br>1 JLG DRIVE<br>MCCONNELLSBURG PA 17233 |
| Creditor ID: 15061-01<br>JLG INDUSTRIES, INC. -<br>MILITARY SUPPORT CENTER<br>221 SUCCESS DRIVE<br>MCCONNELLSBURG PA 17233 | Creditor ID: 3066-01<br>JLG INDUSTRIES, INC. - SHIPPING FACILITY<br>560 WALNUT BOTTOM ROAD<br>SHIPPENSBURG PA 17257 | Creditor ID: 9518-01<br>JLJ INTERNATIONAL NY INCORPORATED<br>30 MONTGOMERY STREET, STE. 680<br>JERSEY CITY NJ 07302 |
| Creditor ID: 3067-01<br>JLM MARKETING INC.<br>8675 HIDDEN RIVER PARKWAY<br>TAMPA FL 33637 | Creditor ID: 17099-01<br>JLS FOODS INTERNATIONAL, INC.<br>1701 EAST WOODFIELD ROAD, SUITE 850<br>SCHAUMBURG IL 60173 | Creditor ID: 11028-01<br>JM GLOBAL, INC<br>408 WOODBURY RD<br>BUFFALO GROVE IL 60089 |
| Creditor ID: 5487-01<br>JM GRAIN INC.<br>12 NORTH RAILROAD STREET<br>GARRISON ND 58540 | Creditor ID: 3068-01<br>J-M MANUFACTURING CO., INC.<br>5200 W. CENTURY BLVD.<br>LOS ANGELES CA 90045 | Creditor ID: 1951-01<br>JMAC TRADING, INC.<br>369 VAN NESS WAY, SUITE 707<br>TORRANCE CA 90501 |
| Creditor ID: 11029-01<br>J-MAK INDUSTRIES INC.<br>3251 SILVER DRIVE<br>COLUMBUS OH 43224 | Creditor ID: 3567-01<br>JMC (USA) INC.<br>ONE INNOVATION DRIVE<br>RESEARCH TRIANGLE PARK NC 27709 | Creditor ID: 9520-01<br>JMC GLOBAL<br>7 GROGAN'S PARK DRIVE<br>THE WOODLANDS TX 77380 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9519-01<br>JMC GLOBAL<br>24900 PITKIN DR. SUITE 308<br>SPRING TX 77386 | Creditor ID: 3568-01<br>JMD ALL STAR IMPORT EXPORT INC.<br>98 DISTRIBUTION BLVD<br>EDISON NJ 08817 | Creditor ID: 15062-01<br>JMD MARKETING INC.<br>17 RIVERBEND DR<br>NORTH BRUNSWICK NJ 08902 |
| Creditor ID: 11030-01<br>JMF COMPANY<br>2735 62ND STREET COURT<br>BETTENDORF IA 52722 | Creditor ID: 5489-01<br>JMG INTERNATIONAL TRADING CORP.<br>26 RICE RUN<br>NEW BRUNSWICK NJ 08816 | Creditor ID: 17100-01<br>JMK FIBERS LLC<br>1440 PORT OF TACOMA ROAD<br>TACOMA WA 98421 |
| Creditor ID: 9521-01<br>JML TRADING<br>109 E 17TH STREET, SUITE 4<br>CHEYENNE WY 82001 | Creditor ID: 5490-01<br>JML TRADING.<br>24 COVENT LANE<br>OAKLAND CA 94608 | Creditor ID: 9522-01<br>JMT INDUSTRIAL SUPPLY INC.<br>24 COKESBURY ROAD UNIT 17<br>LEBANON NJ 08833 |
| Creditor ID: 13975-01<br>JMT TRADING CO., INC.<br>88 SOUTH LINDEN AVE<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 17101-01<br>JOANNE MARIE BRASSERT<br>106 PHEASANT RUN<br>HENDERSONVILLE NC 28739 | Creditor ID: 17102-01<br>JOE MASDEN<br>4518 COUNTY ROAD FF<br>ORLAND CA 95963 |
| Creditor ID: 3569-01<br>JOELSON INDUSTRIES INC.<br>2649 TOWNSGATE ROAD<br>WESTLAKE VILLAGE CA 91361 | Creditor ID: 1213-01<br>JOERNS HEALTHCARE<br>5001 JOERNS DRIVE<br>STEVENS POINT WI 54481 | Creditor ID: 13976-01<br>JOFCO<br>305 EAST 12TH AVE<br>JASPER IN 47546 |
| Creditor ID: 9523-01<br>JOFEMAR USA INC.<br>8264 NW 70 STREET<br>MIAMI FL 33166 | Creditor ID: 3570-01<br>JOFRAN INC.<br>PO BOX 2100<br>NORFOLK MA 02056 | Creditor ID: 1214-01<br>JOHAN AND JESSIE LLC<br>4019 GRAND ISLE DRIVE<br>CHESAPEAKE VA 23323 |
| Creditor ID: 11031-01<br>JOHN ACCARDI & SONS INC.<br>85 COMMERCIAL ST.<br>MEDFORD MA 02155 | Creditor ID: 1215-01<br>JOHN B. SANFILIPPO & SON INC.<br>29241 WEST COTTONWOOD ROAD<br>GUSTINE CA 95322 | Creditor ID: 13977-01<br>JOHN B. SANFILIPPO AND SON, INC.<br>2299 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60007-6057 |
| Creditor ID: 1216-01<br>JOHN CRANE PRODUCTION SOLUTIONS INC.<br>6308 WEST I -20<br>MIDLAND TX 79706 | Creditor ID: 3572-01<br>JOHN DEERE<br>2900 BELOIT AVE<br>JANESVILLE WI 53547 | Creditor ID: 3571-01<br>JOHN DEERE<br>2900 RESEARCH PARKWAY<br>DAVENPORT IA 52806 |
| Creditor ID: 1217-01<br>JOHN DEERE - JACOBSON WAREHOUSE<br>1300 19TH STREET DOCK DOOR 9<br>EAST MOLINE IL 61265 | Creditor ID: 17103-01<br>JOHN DEERE AG MANAGEMENT SOLUTIONS<br>4140 NW 114TH STREET<br>URBANDALE IA 50322 | Creditor ID: 5491-01<br>JOHN DEERE AGRI SERVICES, INC.<br>3820 MANSELL ROAD, SUITE 300<br>ALPHARETTA GA 30022 |
| Creditor ID: 3573-01<br>JOHN DEERE AGRIBUSINESS<br>5401 TRILLIUM BLVD<br>HOFFMAN ESTATES IL 60192 | Creditor ID: 12499-01<br>JOHN DEERE COFFEYVILLE WORKS<br>2624 N. US HIGHWAY 169<br>COFFEYVILLE KS 67337-0588 | Creditor ID: 15063-01<br>JOHN DEERE COMMERCIAL PRODUCTS<br>6030 HORIZON WEST PARKWAY<br>GROVETOWN GA 30813 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 17104-01
JOHN DEERE COMMERCIAL PRODUCTS, INC.
700 HORIZON SOUTH PKWY
GROVETOWN GA 30813

Creditor ID: 9524-01
JOHN DEERE COMMERICAL PRODUCTS INC
5125 HORIZON WEST PARKWAY
GROVETOWN GA 30813

Creditor ID: 13978-01
JOHN DEERE COMPANY ATLANTA
2001 DEERE DR. SE
CONYERS GA 30013-1598

Creditor ID: 17105-01
JOHN DEERE COMPANY WORKS (COLUMBUS)
5400 FRANTZ ROAD
DUBLIN OH 43016

Creditor ID: 3575-01
JOHN DEERE CONSTRUCTION &
8350 NW 52 TERRANCE, SUITE 205
FORESTRY COMPANY - OVERSEAS
DORAL FL 33166

Creditor ID: 3574-01
JOHN DEERE CONSTRUCTION & FORESTRY COMPANY
1515 5TH AVENUE
MOLINE IL 61265

Creditor ID: 9604-01
JOHN DEERE CYLINDER DIVISION
909 RIVER ROAD DRIVE
MOLINE IL 61265

Creditor ID: 17106-01
JOHN DEERE CYLINDER DIVISION (MINNEAPOLIS)
1301 115TH AVENUE N.W.
COON RAPIDS MN 55448

Creditor ID: 4475-01
JOHN DEERE DAVENPORT WORKS
288 EAST 90TH STREET
DAVENPORT IA 52808

Creditor ID: 1218-01
JOHN DEERE DES MOINES WORKS
HIGHWAY 415 NORTH
DES MOINES IA 50131

Creditor ID: 5492-01
JOHN DEERE DES MOINES WORKS
OF DEERE & COMPANY
825 SW IRVINEDALE DR
ANKENY IA 50021

Creditor ID: 15064-01
JOHN DEERE DES MOINES WORKS OF DEERE & CO
602 SW STATE ST
ANKENY IA 50023

Creditor ID: 9525-01
JOHN DEERE DUBUQUE WORKS
18600 SOUTH JOHN DEERE ROAD
DUBUQUE IA 52001

Creditor ID: 1219-01
JOHN DEERE DUBUQUE WORKS (TMI DOCK FX - PSL)
17876 PERU ROAD
DUBUQUE IA 52001

Creditor ID: 1220-01
JOHN DEERE HARVESTER WORKS
1100 13TH AVE
EAST MOLINE IL 61244

Creditor ID: 15065-01
JOHN DEERE HARVESTER WORKS -
JACOBSON WAREHOUSE
3145 5TH AVE GATE 99, DEPT LSC
EAST MOLINE IL 61244

Creditor ID: 1221-01
JOHN DEERE HORICON WORKS
300 N. VINE
HORICON WI 53032

Creditor ID: 5493-01
JOHN DEERE INFORMATION SYSTEM
1400 13TH STREET
EAST MOLINE IL 61244

Creditor ID: 15066-01
JOHN DEERE MERCHANDISE
ONE JOHN DEERE PLACE
MOLINE IL 61265

Creditor ID: 14078-01
JOHN DEERE OARTS DISTRIBUTION CENTER
18600 S. JOHN DEERE ROAD
DEBUQUE IA 52001

Creditor ID: 1222-01
JOHN DEERE PARTS DEPOT (KANSAS CITY)
3210 EAST 85TH STREET
KANSAS CITY MO 64132

Creditor ID: 12500-01
JOHN DEERE PDC
525 E 10TH AVENUE BLDG-4
MOLINE IL 61265

Creditor ID: 15067-01
JOHN DEERE POWER PRODUCTS
1630 HAL HENARD ROAD
GREENVILLE TN 37743-9405

Creditor ID: 14079-01
JOHN DEERE POWER PRODUCTS
312 T ELMER COX DRIVE
GREENEVILLE TN 37744

Creditor ID: 17107-01
JOHN DEERE POWER SYSTEM
& JOHN DEERE ENGINE WORKS
3801 WEST RIDGEWAY AVE
WATERLOO IA 50704

Creditor ID: 3576-01
JOHN DEERE SEEDING GROUP
501 RIVER DRIVE
MOLINE IL 61265

Creditor ID: 3577-01
JOHN DEERE SEEDING GROUP
1725-7TH STREET SE
VALLEY CITY ND 58072

Creditor ID: 9526-01
JOHN DEERE THIBODAUX, INC.
244 HIGHWAY 3266
THIBODAUX LA 70301-1602

Creditor ID: 11032-01
JOHN DEERE TURF CARE
2080 WOODALL DAIRY RD
BENSON NC 27504

Creditor ID: 17108-01
JOHN DEERE TURF CARE
8013 PURFOY RD
FUQUAY-VARINA NC 27526

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 11131-01
JOHN DEERE WATER TECHNOLOGIES
1541 M.E. THOMPSON RD
VALDOSTA GA 31061

Creditor ID: 5494-01
JOHN DEERE WATERLOO WORKS
3500 E. DONALD STREET
WATERLOO IA 50704

Creditor ID: 5495-01
JOHN DEERE XPAC WORKS
808 8TH AVENUE EAST BUILDING 1
MILAN IL 61264

Creditor ID: 9527-01
JOHN DEERE, WATERLOO WORKS
750 WESTFIELD AVE.
WATERLOO OH 50701

Creditor ID: 15068-01
JOHN EVANS COMPANY
3815 PARKWAY BLVD.
SALT LAKE CITY UT 84120

Creditor ID: 17109-01
JOHN F. KILROY CO., INC
ONE CROSS ISLAND PLAZA, SUITE 203E
ROSEDALE NY 11422

Creditor ID: 15069-01
JOHN F.KILROY CO,INC JFK INT'L
AIRPORT BLDG 80,SUITE 227
JAMAICA NY 11430-1718

Creditor ID: 10290-01
JOHN HALEY
SUITE 108 2661 GRAVENSTEIN HIGHWAY
SEBASTOPOL CA 95472

Creditor ID: 3578-01
JOHN I HAAS
31 NORTH 1ST AVENUE
YAKIMA WA 98902

Creditor ID: 17110-01
JOHN J GROVE
5394 HARTFORD PIKE
AURORA IN 47001-9788

Creditor ID: 3579-01
JOHN P. COSTON & CO INC
70 N.E. LOOP 410 SUITE 320
SAN ANTONIO TX 78216

Creditor ID: 1223-01
JOHN PARAS FURNITURE
3565 SOUTH REDWOOD ROAD
WEST VALLEY CITY UT 84119

Creditor ID: 14080-01
JOHN PERKINS INDUSTRIES INC.
712 ANTIOCH CHURCH RD
GREENVILLE SC 29605-6200

Creditor ID: 3580-01
JOHN RITZENTHALER CO.
40 PORTLAND ROAD
WEST CONSHOHOCKEN PA 19428

Creditor ID: 15070-01
JOHN TILLMAN & COMPANY, INC.
1300 W. ARTESIA BLVD.
COMPTON CA 90220

Creditor ID: 14081-01
JOHN VARVATOS ENTERPRISES, INC.
26 WEST 17TH STREET
DIV OF VF CONTEMPORARY BRANDS INC
NEW YORK NY 10011

Creditor ID: 11132-01
JOHN VOLPI & CO. INC.
5263 NORTHRUP AVENUE
ST. LOUIS MO 63110

Creditor ID: 17111-01
JOHN WAGNER ASSOCIATES, INC
205 MASON CIRCLE
CONCORD CA 94520

Creditor ID: 15071-01
JOHN YODER
5708 DAWES AVE
ALEXANDRIA VA 22311

Creditor ID: 14082-01
JOHNDOW INDUSTRIES, INC
151 SNYDER AVE
BARBERTON OH 44203

Creditor ID: 1224-01
JOHNNY'S DONUTS
7355 VILLAGE PARKWAY
DUBLIN CA 94568

Creditor ID: 14083-01
JOHNS MANVILLE
7500 DUTCH ROAD
WATERVILLE OH 43566

Creditor ID: 3581-01
JOHNSON & JOHNSON
9211 KAISER WAY
FONTANA CA 92235

Creditor ID: 5496-01
JOHNSON & JOHNSON CONSUMER PRODUCTS
199 GRANDVIEW ROAD
SKILLMAN NJ 08558

Creditor ID: 15072-01
JOHNSON & JOHNSON SALES & LOGISTICS CO LLC
US ROUTE 1 & AARON ROAD
NEW BRUNSWICK NJ 08902

Creditor ID: 11133-01
JOHNSON BROTHERS BEVERAGE INC.
3775 NORTH RICHARDS
MILWAUKEE WI 53212

Creditor ID: 11134-01
JOHNSON BROTHERS LIQUORS LIQUOR CO.
1999 SHEPARD ROAD
ST. PAUL MN 55116

Creditor ID: 1225-01
JOHNSON CONTROLS
915 EAST 32ND STREET
HOLLAND MI 49423

Creditor ID: 14084-01
JOHNSON CONTROLS, INC. (MILWAUKEE, WI)
5757 N GREEN BAY AVE
MILWAUKEE WI 53201

Creditor ID: 3582-01
JOHNSON DIARIES LTD.
4163 B WEST 166TH STREET
OAK FOREST IL 60452

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 1226-01
JOHNSON HEALTH TECH NORTH AMERICA
1600 LANDMARK DRIVE
COTTAGE GROVE WI 53527

Creditor ID: 14085-01
JOHNSON INTERNATIONAL
4800 S 188TH STREET
SEATTLE WA 98188

Creditor ID: 1227-01
JOHNSON INTERNATIONAL CO
20205 59TH PLACE SOUTH
KENT WA 98032

Creditor ID: 17112-01
JOHNSON INTERNATIONAL INDUSTRIES, INC.
20205 59TH PL. S.
KENT WA 98032

Creditor ID: 3583-01
JOHNSON TRACTOR & IMP
1345 NORTH 200 EAST
SPANISH FORK UT 84660

Creditor ID: 9528-01
JOHNSONITE
16035 INDUSTRIAL PARKWAY
MIDDLEFIELD OH 44062

Creditor ID: 1228-01
JOHNSTON COTTON CO. INC.
108 FAIR AVE
WINNSBORO LA 71295

Creditor ID: 14086-01
JOHNSTON FARMS
13031 E. PACKING HOUSE ROAD
EDISON CA 93220

Creditor ID: 3584-01
JOHNY JANOSIK
11212 TRUSSUM POND
LAUREL DE 19956

Creditor ID: 9529-01
JOKER + QUALITY CARGO OF AMERICA, INC
11200 METRO AIRPORT CENTER DR
BLDG. G2  STE 100
ROMULUS MI 48174

Creditor ID: 14087-01
JOLIE AND JOLIE INC
1001 TOWNE AVE #109
LOS ANGELES CA 90021

Creditor ID: 14088-01
JOMAR CORPORATION
115 EAST PARKWAY DRIVE
PLEASANTVILLE NJ 08232

Creditor ID: 4854-01
JON DAVID HEADRICK SELECTIONS
33 MEADOW ROAD, SUITE 200
ASHVILLE NC 28803

Creditor ID: 17113-01
JONATHAN LOUIS INTERNATIONAL.,LTD
544 WEST 130TH STREET
GARDENA CA 90248

Creditor ID: 3585-01
JONES APPAREL
525 FASHION AVENUE
NEW YORK NY 10018

Creditor ID: 9530-01
JONES APPAREL (US) LLC.
180 RITTENHOUSE CIRCLE
BRISTOL PA 19007

Creditor ID: 3586-01
JONES APPAREL GROUP
180 RITTENHOUSE CIRCLE
BRISTOL PA 19007

Creditor ID: 9531-01
JONES DE JESUS CORREIZA
76 NICHOLS STREET
NEWARK NJ 07105

Creditor ID: 1229-01
JONES FIBER PRODUCTS INC.
134 POPE ROAD
MORRISTOWN TN 37816

Creditor ID: 9532-01
JONES INTERNATIONAL GROUPS, INC.
620 SW WOOD STREET
HILLSBORO OR 97123

Creditor ID: 11135-01
JONES STEPHENS CORP.
3249 MODDY PARKWAY
MOODY AL 35004

Creditor ID: 3587-01
JONES-HAMILTON COMPANY
30354 TRACY ROAD
WALBRIDGE OH 43465-9792

Creditor ID: 17114-01
JOPPA SHIPPERS ASSOCIATION
6 NORTH PARK DRIVE  SUITE 105
HUNT VALLEY MD 21030

Creditor ID: 1230-01
JORDAN ACCESSORIES, INC.
59-71 59TH STREET
MASPETH NY 11378

Creditor ID: 7232-01
JORDAN HYDROELECTRIC LIMITED PARTNERSHIP
1335 WILEY OAKLEY DRIVE
GATLINBURG TN 37733

Creditor ID: 5497-01
JORDAN TRADING INC.
31 ALBANY AVENUE, P.O.BOX 3844
KINGSTON NY 12401

Creditor ID: 9533-01
JORGE ALOMA JJJ
7850 NW 32 STREET SUITE A
DORAL FL 33122

Creditor ID: 1231-01
JORGE LUIS SUAREZ SALGADO
5858 RIVERMILL CL
PORTSMOUTH VA 23704

Creditor ID: 11136-01
JOS A BANK
500 HANOVER PIKE
HAMPSTEAD MD 21074

Creditor ID: 14089-01
JOSE ANTONIO BURON VIDAL.
700 COMMONS WAY
BRIDGEWATER NJ 08807

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11137-01<br>JOSE FERNANDO DA SILVA<br>44 FREELEINGHUYSEN AVE<br>NEWARK NJ 07114 | Creditor ID: 12501-01<br>JOSEPH A BANK MFG. CO. LTD.<br>6380 ROGERDALE ROAD<br>HOUSTON TX 77072 | Creditor ID: 15073-01<br>JOSEPH B. HOHENSTEIN<br>645 INDIAN STREET<br>SAVANNAH GA 31410 |
| Creditor ID: 17115-01<br>JOSEPH C. MURRAY & CO.<br>200 ROUTE 22 EAST<br>HILLSIDE NJ 07205 | Creditor ID: 9534-01<br>JOSEPH CAMPIONE INCORPORATED<br>2201 WEST SOUTHBRANCH BLVD.<br>OAK CREEK WI 53154 | Creditor ID: 14090-01<br>JOSEPH CARAGOL<br>1201 19TH PLACE<br>VERO BEACH FL 32960-0631 |
| Creditor ID: 9770-01<br>JOSEPH SIDARI COMPANY INC.<br>2814 S.E. DUNE DRIVE, SUITE 2212<br>STUART FL 34996 | Creditor ID: 11138-01<br>JOSEPH SIMON AND SONS, INC.<br>2200 EAST RIVER STREET<br>TACOMA WA 98421 | Creditor ID: 14091-01<br>JOSEPH VICTORI WINES INC<br>2525 PALMER AVENUE<br>NEW ROCHELLE NY 10801 |
| Creditor ID: 3588-01<br>JOSEPH VINCENT BAHAN JR<br>351 SOUTH MARTIN LUTHER KING BLVD<br>LAS VEGAS NV 89106 | Creditor ID: 14092-01<br>JOSEPH WALKER & CO.<br>250 BERRYHILL ROAD, STE 510<br>COLUMBIA SC 29210 | Creditor ID: 14093-01<br>JOSS USA, INC.<br>46 SOUTHFIELD AVENUE<br>STAMFORD CT 06902 |
| Creditor ID: 15074-01<br>JOTUN PAINTS, INC.<br>9203 HIGHWAY 23<br>BELLE CHASSE LA 70037 | Creditor ID: 17116-01<br>JOVE IMPORT INC<br>4216 LONG BEACH AVE.<br>LOS ANGELES CA 90058 | Creditor ID: 14094-01<br>JOWAT CORPORATION<br>6058 LOIS LANE<br>ARCHDALE NC 27263 |
| Creditor ID: 7233-01<br>JOY CODE, INC.<br>2079 S. COMPTON AVE. UNIT A<br>LOS ANGELES CA 90011 | Creditor ID: 9771-01<br>JOY RELATION INC.<br>1300 S. SAN PEDRO ST. STE 106<br>LOS ANGELES CA 90015 | Creditor ID: 9772-01<br>JP MORGAN CHASE BANK(TREASURY SERVICES)<br>HIGHLAND MANOR DRIVE, 4TH FLOOR<br>TAMPA FL 33610 |
| Creditor ID: 1232-01<br>JP REYNOLDS COMPANY<br>1850 ELLER DRIVE STE 401<br>FR LAUDERDALE FL 33116 | Creditor ID: 9773-01<br>JP WESTAM EXPORT INC<br>18323 BOTHELL EVERETT HWY STE 350<br>BOTHELL WA 98012 | Creditor ID: 3589-01<br>JPMORGAN CHASE BANK<br>4 NEW YORK PLZ FL 15<br>NEW YORK NY 10004-2413 |
| Creditor ID: 5498-01<br>JR CLANCY<br>7041 INTERSTATE ISLAN<br>SYRACUSE NY 13209 | Creditor ID: 3590-01<br>JR GRANITES, INC.<br>7650 S. MCCLINTOCK DR., STE 103-179<br>TEMPE AZ 85284 | Creditor ID: 4855-01<br>JR HOME FASHIONS, INC.<br>159 N. SUNSET AVE.<br>CITY OF INDUSTRY CA 91744 |
| Creditor ID: 17117-01<br>JR WORLD TRADING CO.<br>376 LAKE AVE.<br>COLONIA NJ 07067 | Creditor ID: 5499-01<br>JRCT INTERNATIONAL<br>2906 PHOENIX PLAZA WEST<br>PHOENIX AZ 85013 | Creditor ID: 15075-01<br>JRS CUSTOM FABRICATION<br>186 NW 68TH AVE<br>OCALA FL 34482 |
| Creditor ID: 5500-01<br>JS AMERICA INC<br>ONE BROAD AVE, UNIT#5,<br>FAIRVIEW NJ 07022 | Creditor ID: 15076-01<br>JS INTERNATIONAL INC.<br>485 COMMERCE DRIVE<br>FALL RIVER MA 02720 | Creditor ID: 3591-01<br>J'S INTERNATIONAL TRADING, INC.<br>2202 RAINTREE CT.<br>ROCKLIN CA 95765 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9774-01<br>JSL CHEMICAL CORPORATION<br>218 ROYAL PALM WAY SUITE 200<br>PALM BEACH FL 33480 | Creditor ID: 15077-01<br>JSM AMERICA<br>2985 GATEWAY DR STE 200<br>NORCROSS GA 30071 | Creditor ID: 18496-01<br>JSO ASSOCIATES INC.<br>17 MAPLE DRIVE, SUITE 1<br>GREAT NECK NY 11021 |
| Creditor ID: 17118-01<br>JSR TRADING, INC.<br>5300 DUPONT CIR BLDG 16 STE D<br>MILFORD OH 45150 | Creditor ID: 15078-01<br>JST INTERNATIONAL INC.<br>16910 RIVER WILLOW DR<br>SPRING TX 77379 | Creditor ID: 17119-01<br>JT INTERNATIONAL INC<br>145-45 226TH STREET UNIT B-1<br>JAMAICA NY 11413 |
| Creditor ID: 11139-01<br>JT SHIPPING CORPORATION<br>12631 E. IMPERIAL HIGHWAY, SUITE D<br>SANTA E SPRINGS CA 90670 | Creditor ID: 14095-01<br>JTC GLOBAL, LLC<br>7925 S. 196TH ST.<br>KENT WA 98032 | Creditor ID: 11140-01<br>J-TEX LLC<br>47 PLUM ROAD<br>MONSEY NY 10952 |
| Creditor ID: 1233-01<br>JTR RESINS, LTD<br>150 EAST LONGVIEW AVE REAR<br>MANSFIELD OH 44903 | Creditor ID: 1234-01<br>JUAN M. AGUAS<br>20701 SW CELEBRITY LN<br>ALOHA OR 97007 | Creditor ID: 9605-01<br>JUDDSON ENTERPRISES, INC.<br>2130A ANDREA LANE, FORT MYERS, FL<br>FORT MYERS FL 33912 |
| Creditor ID: 11141-01<br>JUDGE & DOLPH<br>1925 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 17219-01<br>JUDY'S GROUP INC.<br>1400 BROADWAY, ROOM 309<br>NEW YORK NY 10018 | Creditor ID: 1235-01<br>JUGS, INC<br>11885 SW HERMAN RD<br>TUALATIN OR 97062 |
| Creditor ID: 11142-01<br>JUICE SOURCE LLC.<br>2128 E EDGEWOOD DRIVE - SUITE 109<br>LAKELAND FL 33803 | Creditor ID: 9775-01<br>JULIE TAIYMI<br>6948300 THAVEN<br>CLEARWATER FL 33761 | Creditor ID: 17220-01<br>JULIENNE IMPORTING CO<br>2725 WEST COYLE<br>CHICAGO IL 60645 |
| Creditor ID: 1236-01<br>JULIO CESAR FERNANDES LAGE<br>781 CRANDON BLVD APT 306<br>KEY BISCAYNE FL 33149-2544 | Creditor ID: 15079-01<br>JULIUS SIVERT INC.<br>231 E. LUZERNE ST.<br>PHILADELPHIA PA 19124 | Creditor ID: 1237-01<br>JULIUS YOUNG INC<br>1427 41TH STREET<br>BROOKLYN NY 11218 |
| Creditor ID: 4856-01<br>JUNG HYUN YONG<br>824 WHITEWATER DRIVE, #19<br>FULLERTON CA 92833 | Creditor ID: 17221-01<br>JUNGLE LABORATORIES CORP.<br>120 INDUSTRIAL DRIVE, BOX 630<br>CIBOLO TX 78108-0630 | Creditor ID: 5501-01<br>JUNIPER INDUSTRIES, INC.<br>72-15 METROPOLITAN AVENUE<br>MIDDLE VILLAGE NY 11379 |
| Creditor ID: 5502-01<br>JUNLY CHEMICALS COMPANY<br>2190 COURTLAND AVE.<br>SAN MARINO CA 91108 | Creditor ID: 5503-01<br>JUNOLOGISTICS<br>333 PIERCE ROAD, SUITE 150B<br>ITASCA IL 60143 | Creditor ID: 4857-01<br>JUSHI USA FIBERGLASS CO., LTD.<br>4982 4TH ST.<br>IRWINDALE CA 91706 |
| Creditor ID: 3592-01<br>JUST BE INC.<br>107 NW 5TH AVENUE<br>PORTLAND OR 97209 | Creditor ID: 3593-01<br>JUST IN TIME CHEMICAL SALES AND MARKETING<br>1711 WEST ELIZABETH AVENUE<br>LINDEN NJ 07036 | Creditor ID: 17222-01<br>JUST THE BERRIES PD CORPORATION<br>350 SOUTH FIGUEROA ST. SUITE 510<br>LOS ANGELES CA 90071 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5504-01<br>JUSTICE PRODUCTS<br>960185 GATEWAY BLVD<br>FERNANDINA BEACH FL 32034 | Creditor ID: 1238-01<br>JUSTIN RPG<br>9671 TELSTAR AVE<br>EL MONTE CA 91731 | Creditor ID: 17223-01<br>JUSTMAN BRUSH CO., INC.,A.W.<br>P.O. BOX 12364<br>OMAHA NE 68112-0364 |
| Creditor ID: 15080-01<br>JUSTUS BAG COMPANY<br>11205 E. TRENT AVENUE<br>SPOKANE VALLEY WA 99206 | Creditor ID: 17224-01<br>JUVENS<br>1441 BROADWAY, SUITE 1601<br>NEW YORK NY 10018 | Creditor ID: 9776-01<br>JVC AMERICA CORP<br>19700 VAN NESS AVE<br>TORRANCE CA 90501 |
| Creditor ID: 17225-01<br>JVC AMERICAS  CORP. - MIDWEST BRANCH<br>705 ENTERPRISE STREET<br>AURORA IL 60504 | Creditor ID: 1239-01<br>JVC AMERICAS CORP<br>2201 E. DOMINGUEZ STREET<br>LONG BEACH CA 90810 | Creditor ID: 14096-01<br>JVC AMERICAS CORP.<br>1700 VALLEY ROAD<br>WAYNE NJ 07470 |
| Creditor ID: 17226-01<br>JVC AMERICAS CORP.<br>EAST COAST DISTRIBUTION CENTER<br>9103 RIVERSIDE PARKWAY<br>DOUGLASVILLE GA 30135 | Creditor ID: 17227-01<br>JVC INDUSTRIAL AMERICA<br>2280 ENRICO FERMI #23<br>SAN DIEGO CA 92154 | Creditor ID: 17256-01<br>JVCKENWOOD USA CORPORATION<br>2201 E. DOMINGUEZ STREET<br>LONG BEACH CA 90810 |
| Creditor ID: 11143-01<br>JWIN ELECTRONIC<br>51-41 59TH PLACE<br>FOREST HILLS NY 11375 | Creditor ID: 1240-01<br>JWIN ELECTRONICS<br>2 HARBOR PARK DRIVE<br>PORT WASHINGTON NY 11050 | Creditor ID: 1241-01<br>JYC INTERNATIONAL, INC.<br>6200 SAVOY DRIVE, SUITE 505<br>HOUSTON TX 77036 |
| Creditor ID: 4858-01<br>JYK INTERNATIONAL INC.<br>721-23 6TH STREET<br>UNION CITY NJ 07087 | Creditor ID: 3594-01<br>K & J OF NY.<br>170 JERICHO TPKE<br>MINEOLA NY 11501 | Creditor ID: 17228-01<br>K & K INTERNATIONAL TRADING CO.<br>737 E. LAKE AVE., SUITE C<br>WATSONVILLE CA 95706 |
| Creditor ID: 9777-01<br>K & K RECYCLING INC.<br>1262 OLD RICHARDSON HIGHWAY<br>NORTH POLE AK 99705 | Creditor ID: 17229-01<br>K & K VETERINARYSUPPLY<br>675 E LAURA AVENUE<br>TONTITOWN AR 72770 | Creditor ID: 11144-01<br>K & L AMERICA IMPORT/EXPORT<br>7908 WESTMINSTER BLVD. # C<br>WESTMINSTER CA 92683 |
| Creditor ID: 5505-01<br>K & L IMPORT, INC.<br>16331 ARTHUR STREET<br>CERRITOS CA 90703 | Creditor ID: 5506-01<br>K & M INTERNATIONAL<br>506 SW 6TH AVENUE, STE 800-A<br>PORTLAND OR 97204 | Creditor ID: 9606-01<br>K & M PRESS INC.<br>1490 W. EVAN HEWES HWY<br>EL CENTRO CA 92243 |
| Creditor ID: 9778-01<br>K & P TRADING L.L.C<br>12625 MEMORIAL DR #149<br>HOUSTON TX 77024 | Creditor ID: 15182-01<br>K & S TIRE INC.<br>3000 WILLIAMS<br>WOODWARD OK 73802 | Creditor ID: 9779-01<br>K + S NORTH AMERICA CORPORATION<br>201 EAST 42ND STREET - SUITE 1808<br>NEW YORK NY 10017 |
| Creditor ID: 14097-01<br>K D RESOURCE GROUP<br>6400 POWERS FERRY RD NW STE 250<br>ATLANTA GA 30339 | Creditor ID: 14098-01<br>K J INTERNATIONAL<br>775 8TH COURT, SUITE 6<br>PO BOX 690682<br>VERO BEACH FL 32961 | Creditor ID: 9607-01<br>K J INTERNATIONAL INC.<br>13941 NORTON AVE UNIT D<br>CHINO CA 91710 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 5507-01
K SOURCE
3030 E MARIA ST
RANCHO DOMINQUEZ CA 90221

Creditor ID: 9780-01
K&H MANUFACTURING INC.
832 BUNKER HILL AVE
MONTEBELLO CA 90640

Creditor ID: 17230-01
K&J APPAREL INC
5 DEUTSCH LANE
EDISON NJ 08820

Creditor ID: 3595-01
K&K INTERNATIONAL TRADING CO.
737 E.LAKE AVE., SUITE C
WATSONVILLE CA 95076

Creditor ID: 15183-01
K&K MARBLE IMPORTERS INC.
17 SEAMAN AVE.,
BETHPAGE NY 11714

Creditor ID: 17231-01
K&K WORLD, INC.
1206 NORTHAMPTON WAY
FULLERTON CA 92833

Creditor ID: 19077-97
K&R TRANSPORTATION LLC
PO BOX 92829
LONG BEACH CA 90809

Creditor ID: 11145-01
K.C.Y.  COMPANY
65 CHESTNUT AVE, SUITE 112
SOUTH SAN FRANCISCO CA 94080

Creditor ID: 17232-01
K.G. INTERNATIONAL INC
8125 N.W. 64TH STREET
MIAMI FL 33166

Creditor ID: 11146-01
K.H.L. FLAVORS
59-25 63RD ST.
MASPETH NY 11378

Creditor ID: 17233-01
K.J. SPORTSWEAR CLAIFORNIA INC.
16321 GOTHARD ST. UNIT E.
HUNTINGTON BEACH CA 92647

Creditor ID: 1952-01
K.N. INC
186 IRONWOOD DR
PACHECO CA 94553-5509

Creditor ID: 15184-01
K.R. KOMAREK, INC.
548 CLAYTON COURT
WOOD DALE IL 60191

Creditor ID: 9781-01
K.S. TRADING CO.,
1111 EAST 7TH STREET
LOS ANGELES CA 90021

Creditor ID: 1242-01
K.T. IMPORT INC.
4900 GRAND AVE.,
MASPETH NY 11378

Creditor ID: 11147-01
K+K MARBLE IMPORTERS INC
17 SEAMAN AVENUE
BETHPAGE NY 11714

Creditor ID: 1953-01
K1 INTERNATIONAL LLC
711 VALENCIA STREET
SAN FRANCISCO CA 94110

Creditor ID: 3597-01
K2 CORPORATION
4201 - 6TH AVE. SOUTH
SEATTLE WA 98108

Creditor ID: 1243-01
K2 LOGISTICS
1521 GREENS ROAD SUITE 300
HOUSTON TX 77032

Creditor ID: 15185-01
KA GLOBAL TRADERS
13012 PARKVIEW DR.
BALDWIN PARK CA 91706

Creditor ID: 9782-01
KABONA INTERNATIONAL CORPORATION
9302 MELDRUM LN
HOUSTON TX 77075

Creditor ID: 5508-01
KADESHI INTERNATIONAL
3109 W. OLYMPIC BLVD #A
LOS ANGELES CA 90006

Creditor ID: 15186-01
KAGIYA TRADING CO, LTD OF AMERICA
4407 ALABAMA AVE.
NASHVILLE TN 37209

Creditor ID: 9783-01
KAGOME INC.
333 JOHNSON ROAD
LOS BANOS CA 93635

Creditor ID: 17234-01
KAHIYE TRADING COMPANY
912 E24 ST. SUITE B 105 MLPS
MINNEAPOLIS MN 55404

Creditor ID: 11148-01
KAHN LUCAS LANCASTER INC.
112 WEST 34TH STREET; SUITE 600
NEW YORK NY 10120

Creditor ID: 1244-01
KAI ENTERPRISES, INC.
2700 RICHARDS RD. SUITE 110
BELLEVUE WA 98005

Creditor ID: 7234-01
KAI USA LTD.
18600 SW TETON AVENUE
TUALATIN OR 97062

Creditor ID: 1245-01
KAIANA BUSINESS USA LCC
326 6TH STREET
SADDLE BROOK NJ 07663

Creditor ID: 3598-01
KAIR INTERNATIONAL INC.
2380 BENNINGTON CT
NAPERVILLE IL 60565

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11149-01<br>KAIRALI DECAN INC<br>46121 WARM SPRINGS BLVD<br>FREMONT CA 94539 | Creditor ID: 5509-01<br>KAIRO AND GRIFFIN, LLC<br>20818 SHY BEAVER CT.<br>ASHBURN VA 20147 | Creditor ID: 5510-01<br>KAL KAN FOODS.<br>3250 44TH ST<br>VERNON CA 90058 |
| Creditor ID: 17235-01<br>KALKOMAT USA INC.<br>1301 TONNE RD.<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 17257-01<br>KALMAR INDUSTRIES CORP.<br>DBA OTTAWA TRUCK DIVISION<br>415 EAST DUNDEE STREET<br>OTTAWA KS 66067 | Creditor ID: 5511-01<br>KALSEC INC.<br>P.O. BOX 50511<br>KALAMAZOO MI 49005-0511 |
| Creditor ID: 1246-01<br>KALTRON-PETTIBONE INC.<br>1241 ELLIS STREET<br>BENSENVILLE IL 60106 | Creditor ID: 1247-01<br>KALUSTYAN CORPORATION<br>855 RAHWAY AVENUE<br>UNION NJ 07083 | Creditor ID: 1248-01<br>KAMA FORD<br>2901 E. LAKE ROAD, BLDG 14-222<br>ERIE PA 16511 |
| Creditor ID: 11150-01<br>KAMAX L.P.<br>500 WEST LONG LAKE ROAD<br>TROY MI 48098 | Creditor ID: 9784-01<br>KAMCO SUPPLY INT'L<br>1465 38TH AT.<br>BROOKLYN NY 11218 | Creditor ID: 5512-01<br>KAMI TRADING INC<br>15854 ORNELAS STREET<br>IRWINDALE CA 91706 |
| Creditor ID: 1249-01<br>KAMIN LLC<br>822 HUBER ROAD<br>MACON GA 31217 | Creditor ID: 9785-01<br>KAMINO INTERNATIONAL TRANSPORT, INC.<br>514 ECCLES AVE<br>SOUTH SAN FRANCISCO CA 97080 | Creditor ID: 3599-01<br>KAMTEK INC<br>1595 STERILITE DRIVE<br>BIRMINGHAM AL 35215 |
| Creditor ID: 1250-01<br>KANAN FASHIONS<br>17W 22ND STREET, SUITE 220<br>OAK BROOK IL 60181 | Creditor ID: 3600-01<br>KANE FURNITURE CORPORATION<br>5700 70H AVENUE NORTH<br>PINELLAS PARK FL 33781 | Creditor ID: 5513-01<br>KANE HARDWOOD<br>95 HARDWOOD DR.<br>KANE PA 16735 |
| Creditor ID: 15187-01<br>KANE INTERNATIONAL CORPORATION<br>411 THEODORE FREMD AVENUE,<br>RYE NY 10580 | Creditor ID: 1251-01<br>KANEKA NORTH AMERICA LLC<br>6161 UNDERWOOD RD.,<br>PASADENA TX 77507 | Creditor ID: 9786-01<br>KANEKA NUTRIENTS, L.P.<br>6250 UNDERWOOD ROAD<br>PASADENA TX 77507 |
| Creditor ID: 11151-01<br>KANEMATSU USA<br>4380 SW MACADAM AVENUE, STUIE 170<br>PORTLAND OR 97239 | Creditor ID: 1252-01<br>KANEMATSU USA INC.<br>ONE SW COLUMBIA ST., SUITE 1450<br>PORTLAND OR 97258 | Creditor ID: 15190-01<br>KANEMATSU USA INC.<br>543 W. ALGONQUIN RD.<br>ARLINGTON HTS. IL 60005 |
| Creditor ID: 15188-01<br>KANEMATSU USA INC.<br>114 WEST 47TH STREET  23RD FLR.<br>NEW YORK NY 10036 | Creditor ID: 10291-01<br>KANEMATSU USA INC.<br>100 RANDOLPH ROAD<br>SOMERSET NJ 08873 | Creditor ID: 15189-01<br>KANEMATSU USA INC.<br>900 LANE AVENUE STE 150<br>CHULA VISTA CA 91914 |
| Creditor ID: 3601-01<br>KANEMATSU USA, INC. (HOUSTON)<br>1800 AUGUSTA, SUITE 390<br>HOUSTON TX 77057 | Creditor ID: 11152-01<br>KANGADIS FOOD INC.<br>55 CORPORATIVE DR.<br>HAUPPAUGE NY 11788 | Creditor ID: 14100-01<br>KANMA INC.<br>6841-6855 E. GAGE AVE<br>COMMERCE CA 90040 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1253-01<br>KANSAS PACKING LLC.<br>4597 LOUISE SAINT CLAIRE DRIVE<br>DOYLESTOWN PA 18901 | Creditor ID: 5514-01<br>KANUJ MALHOTRA<br>8 MYRTLE BLVD.<br>LARCHMONT NY 10538 | Creditor ID: 3602-01<br>KANZAKI SPECIALTY PAPERS,INC.<br>20 CUMMINGS STREET<br>WARE MA 01082 |
| Creditor ID: 17236-01<br>KAO SPECIALTIES AMERICAS LLC.<br>243 WOODBINE STREET<br>HIGH POINT NC 27261 | Creditor ID: 1254-01<br>KAPLAN INDUSTRIES INC<br>10 MORRIS AVENUE<br>MAPLE SHADE NJ 08052 | Creditor ID: 3603-01<br>KAPSONS FOOD COMPANY<br>2650 MEWCED STREET<br>SAN LEANDRO CA 94577 |
| Creditor ID: 5515-01<br>KAPSTONE CHARLESTON KRAFT LLC<br>5600 VIRGINIA AVE.<br>CHARLESTON SC 29406 | Creditor ID: 5516-01<br>KARABETIAN IMPORT & EXPORT<br>2450 CRYSTAL STREET,<br>LOS ANGELES CA 90039 | Creditor ID: 9787-01<br>KARCHER NORTH AMERICA, INC.<br>4275 NW PACIFIC RIM BLVD.<br>CAMAS WA 98607 |
| Creditor ID: 14101-01<br>KARDEL ENTERPRISES INC DBA PAKYA<br>7582 NW 74TH AVENUE, MEDLEY, FL<br>MEDLEY FL 33166 | Creditor ID: 17237-01<br>KAREN PEARSE GLOBAL DIRECT<br>105 1ST AVENUE, SUITE B<br>NEW YORK NY 10003 | Creditor ID: 5517-01<br>KAREWAY PRODUCT INC.<br>15141 S. FIGUEROA ST.<br>GARDENA CA 90248 |
| Creditor ID: 5518-01<br>KARI OUT COMPANY TOTOWA<br>690 UNION BLVD<br>TOTOWA NJ 07512 | Creditor ID: 7235-01<br>KARIM NABIZADA<br>637 SALVIA LANE<br>SCHENECTADY NY 12303 | Creditor ID: 17238-01<br>KARISMA LTD<br>10002 AURORA AVE. N. #36<br>SEATTLE WA 98133 |
| Creditor ID: 1255-01<br>KARKUN INC.<br>267 AMBOY AVE, #15<br>METUCHEN NJ 08840 | Creditor ID: 5519-01<br>KARTASH, INC.<br>11 SUNRISE PLAZA SUITE 200<br>VALLEY STREAM NY 11580 | Creditor ID: 1256-01<br>KARTEK<br>2871 RAGLE WAY<br>CORONA CA 92879-6131 |
| Creditor ID: 5520-01<br>KAS AMERICA (NY)<br>175-01 ROCKAWAY BLVD. #301<br>JAMAICA NY 11434 | Creditor ID: 17239-01<br>KASEA MOTORSPORTS<br>6767 EAST MARGINAL WAY S.<br>SEATTLE WA 98108 | Creditor ID: 15191-01<br>KASEA TRADING COMPANY LTD<br>6701 EAST MARGINAL WAY SOUTH<br>SEATTLE WA 98108 |
| Creditor ID: 14102-01<br>KASHI ENTERPRISES INC<br>230 5TH AVENUE    SUITE 608<br>NEW YORK NY 10001 | Creditor ID: 5521-01<br>KASHMIR CROWN BAKING LLC<br>1030 WEST LINDEN AVENUE<br>LINDEN NJ 07036 | Creditor ID: 1954-01<br>KASPER GROUP LLC<br>180 RITTENHOUSE CIRCLE<br>BRISTOL PA 19007 |
| Creditor ID: 11153-01<br>KASS INDUSTRIAL SUPPLY CORP.<br>1715 WASHINGTON AVE.,<br>BRONX NY 10457 | Creditor ID: 14103-01<br>KATALIN LASZLO<br>40 HARBOR PARK DRIVE NORTH<br>PORT WASHINGTON NY 11050 | Creditor ID: 11154-01<br>KATAMAN METALS INC.<br>7700 BONHOMME AVENUE STE. 550<br>ST. LOUIS MO 63105-1923 |
| Creditor ID: 3604-01<br>KATANA RACING INC<br>14350 MACAW STREET<br>LA MIRADA CA 90638 | Creditor ID: 17240-01<br>KATHERINE TEXCO INC<br>5 DEUTSCH LANE<br>EDISON NJ 08820 | Creditor ID: 10292-01<br>KATO ENGINEERING, INC.<br>2075 HOWARD DRIVE<br>NORTH MANKATO MN 56003 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9788-01<br>KATT WORLDWIDE LOGISTICS<br>4105 SOUTH MENDENHALL RD<br>MEMPHIS TN 38115 | Creditor ID: 9789-01<br>KAWABATA AMERICAN, INC.<br>1950 S. SANTA FE AVENUE<br>COMPTON CA 90221 | Creditor ID: 14104-01<br>KAWAI AMERICA CORPOTATION<br>2055 EAST UNIVERSITY DRIVE<br>COMPTON CA 90220 |
| Creditor ID: 15192-01<br>KAWASAKI MOTORS CO.<br>26972 BURBANK<br>FOOTHILL RANCH CA 92610 | Creditor ID: 15193-01<br>KAYMILE TRADING INC.<br>2200 MERCED AVE.<br>EL MONTE CA 91733 | Creditor ID: 1257-01<br>KAYSOUND IMPORT INC<br>5 COTON LANE<br>CHAMPLAIN NY 12919 |
| Creditor ID: 11155-01<br>KAYU INTERNATIONAL, INC.<br>19824 SW 72ND AVENUE, SUITE 103<br>TUALATIN OR 97062 | Creditor ID: 17241-01<br>KB TOYS<br>100 WEST STREET<br>PITTSFIELD MA 01201 | Creditor ID: 9790-01<br>KC BABY & HOSIERY<br>4486 EMERALD STREET<br>TORRANCE CA 90503 |
| Creditor ID: 9792-01<br>KC INTERNATIONAL<br>2149 EAST GARVEY AVE. NORTH<br>SUITE A-9<br>WEST COVINA CA 91791 | Creditor ID: 9791-01<br>KC INTERNATIONAL<br>1608 ROUTE 88 WEST, SUITE 301<br>BRICK NJ 08724 | Creditor ID: 17242-01<br>KC INTERNATIONAL CONSULTING<br>1370 E. BRIDGET LN.<br>COLUMBIA CITY IN 46725 |
| Creditor ID: 14105-01<br>KC TEX, INC.<br>5970 FAIR VIEW ROAD, SUITE HEX417<br>CHARLOTTE NC 28210 | Creditor ID: 7236-01<br>KC TRADING COMPANY, LLC<br>7464 ARAPAHOE ROAD<br>BOULDER CO 80303 | Creditor ID: 17243-01<br>K-CAL GROUP, INC.<br>7171 TALASI DR<br>EASTVALE CA 92880 |
| Creditor ID: 5522-01<br>KCK FARMS LLC<br>11483 SE AMITY DAYTON HWY<br>DAYTON OR 97114 | Creditor ID: 9793-01<br>KD KANOPY INC<br>3755 WEST 69TH PLACE<br>WESTMINSTER CO 80030 | Creditor ID: 11156-01<br>KD MES USA, INC.<br>520 E. CARSON PLAZA COURT #208<br>CARSON CA 90746 |
| Creditor ID: 7237-01<br>KDLO ENTERPRISES, INC.<br>7610 PIONEER WAY<br>GIG HARBOR WA 98335 | Creditor ID: 14106-01<br>KEATING FIBRE INTL INC<br>323 NORRISTOWN ROAD, SUITE 140<br>AMBLER PA 19002 | Creditor ID: 9794-01<br>KEATING FURNITURE INC<br>10 SOUTH BROADWAY<br>MINOT ND 58701 |
| Creditor ID: 19078-97<br>KEB HANA BANK, NEW YORK AGENCY<br>650 FIFTH AVE, 15TH FL<br>NEW YORK NY 10019 | Creditor ID: 19079-97<br>KEB HANA LA FINANCIAL GROUP<br>777 S FIGUEROA ST STE 3000<br>LOS ANGELES CA 90017 | Creditor ID: 14107-01<br>KEB LA FINANCIAL GROUP<br>777 S. FIGUEROA ST. #3000<br>LOS ANGELES CA 90017 |
| Creditor ID: 14108-01<br>KEECO,LLC<br>30736 WIEGMAN ROAD<br>HAYWARD CA 94544 | Creditor ID: 15194-01<br>KEEN HOME INC<br>320 W 37TH ST 15TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9795-01<br>KEENAN FARMS<br>31510 PLYMOUNTH AVE. (P.O. BOX 99)<br>AVENAL CA 93204 |
| Creditor ID: 17244-01<br>KEEPER CORP.<br>6 INDUSTRIAL PARK DR<br>NORTH WINDHAM CT 06256 | Creditor ID: 3605-01<br>KEI LOGIX<br>241 E. REDONDO BEACH BLVD.<br>GARDENA CA 90248 | Creditor ID: 5523-01<br>KEITH PHILLIPS TRANSPORTATION<br>124 GARDEN GATE DRIVE<br>PONTE VEDRA BEACH FL 32082 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 9796-01
KEJRIWAL PAPER (USA) LTD.
10 WEST, 46TH STREET, 7TH FLOOR
NEW YORK NY 10036

Creditor ID: 5524-01
KELLEX MANUFACTURING
501 HOYLE STREET
VALDESE NC 28630

Creditor ID: 5525-01
KELLEY BEAN
1 BEAN BLVD
MORRILL NE 69358

Creditor ID: 14109-01
KELLEY BEAN CO.
2407 CIRCLE DRIVE
SCOTTSBLUFF NE 69363

Creditor ID: 10293-01
KELLEY MANUFACTURING CO
80 VEMON DR, TIFTON
TIFTON GA 31794

Creditor ID: 14110-01
KELLOG COMPANY
3321 STATE HIGHWAY 194E
KIMPER KY 41539

Creditor ID: 14111-01
KELLOGG CO.
1 KELLOGG SQUARE
BATTLE CREEK MI 49017

Creditor ID: 17245-01
KELLWOOD COMPANY
600 KELLWOOD PARKWAY
CHESTERFIELD MO 63017

Creditor ID: 12106-01
KELLWOOD COMPANY
13071 EAST TEMPLE AVENUE
CITY OF INDUSTRY CA 91746

Creditor ID: 4859-01
KELLY GLOBAL LOGISTICS, INC.
175-11 148TH ROAD, SUITE 205
JAMAICA NY 11434

Creditor ID: 12107-01
KELLY'S HOME CENTER, INC
3850 HAGERS GROVE ROAD SE
SALEM OR 97317

Creditor ID: 1258-01
KELLYTOY USA INC.
5602 BICKETT STREET
VERNON CA 90058

Creditor ID: 15195-01
KELVINATOR INTERNATIONAL COMPANY
3 PARKWAY CENTER
PITTSBURGH PA 15220-3605

Creditor ID: 9797-01
KEMAI USA CHEMICAL CO., LTD
48948 FREESTONE DRIVE
NORTHVILLE MI 48168

Creditor ID: 3606-01
KEMCO GROUP LTD
P.O. BOX 34025
GRANADA HILLS CA 90501

Creditor ID: 3607-01
KEMERY COMPANY
2985 HODGES SWITCH ROAD
STRAWBERRY PLAINS TN 37871

Creditor ID: 17258-01
KEMIN
600 E. COURT AVE, STE D.
DES MOINES IA 50309

Creditor ID: 15196-01
KEMIRA
1000 PARKWOOD CIRCLE, SUITE 500
ATLANTA GA 30339

Creditor ID: 1259-01
KEMIRA CHEMICAL
245 TOWNPARK DRIVE, STE. 200
KENNESAW GA 30144

Creditor ID: 12108-01
KEMIRA CHEMICALS INC
103 HARRISON BRIDGE ROAD
SIMPSONVILLE SC 29681

Creditor ID: 9798-01
KEMIRA CHEMICALS LTD
300 INTERNATIONAL BLVD.
FOUNTAIN INN SC 29644

Creditor ID: 15197-01
KEMIRA CHEMICALS, INC.
845 SPECIALISTS AVENUE
NEENAH WI 54956

Creditor ID: 5526-01
KEMIRA CHEMICALS, INC.
1150 S 35TH STREET
WASHOUGAL WA 98671

Creditor ID: 17246-01
KEMIRA WATER SOLUTIONS INC.
1200 PAPERMILL RD.
MOBILE AL 33610

Creditor ID: 10294-01
KEMIRA WATER SOLUTIONS, INC
PLAINFIELD DISTR.CENTER
1380 PERRY RD.
PLAINFIELD IN 46168

Creditor ID: 11157-01
KEMP ENTERPRISES
2805 TRENT ROAD
NEW BERN NC 28561

Creditor ID: 5527-01
KEN LEHAT AND ASSOC
145 HOOK CREEK BLVD
VALLEY STREAM NY 11581

Creditor ID: 9799-01
KEN-A-VISION MFG.CO. INC
5615 RAYTOWN ROAD
KANSAS CITY MO 64133

Creditor ID: 9800-01
KENDALL COMPANY INC.
1222 SHERWOOD ROAD
NORFOLK NE 68701

Creditor ID: 11158-01
KENJO TEX INC
3350 WILSHIRE BLVD
LOS ANGELES CA 90010

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11159-01<br>KENKO FREGIHT SYSTEMS, INC<br>14350-800 GARFIELD AVE<br>PARAMOUNT CA 90723 | Creditor ID: 9801-01<br>KENKO FREIGHT SYSTEMS, INC.<br>13438 FOSTER ROAD<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 9802-01<br>KENKO INTERNATIONAL INC.<br>6984 BANDINI BLVD.<br>LOS ANGELES CA 90040 |
| Creditor ID: 17247-01<br>KENLEHAT & ASSOCIATES INC.<br>145 HOOK CREEK BLVD.<br>VALLEY STREAM NY 11581 | Creditor ID: 17248-01<br>KENNECOTT MOLYBDENUM COMPANY<br>4700 DAYBREAK PKWY<br>SOUTH JORDAN UT 84095 | Creditor ID: 1260-01<br>KENNECOTT UTAH COPPER CORPORATION<br>4700 DAYBREAK PARKWAY<br>SOUTH JORDAN UT 84095 |
| Creditor ID: 11160-01<br>KENNEDY ENDEAVORS INCORPORATED<br>1150 INDUSTRY DRIVE NORTH<br>ALGONA WA 98001 | Creditor ID: 17249-01<br>KENNEDY INTERNATIONAL<br>11 CORN ROAD<br>DAYTON NJ 08810 | Creditor ID: 12109-01<br>KENNEDY INTERNATIONAL INC<br>11 CORN ROAD<br>DAYTON NJ 08810 |
| Creditor ID: 5528-01<br>KENNEDY TILE AND MARBLE<br>725 TONNELLE AVE<br>JERSEY CITY NJ 07307 | Creditor ID: 12502-01<br>KENNETH AND COMPANY, LLC<br>24 BEECHWOOD COURT<br>GLEN COVE NY 11542 | Creditor ID: 15198-01<br>KENNETH COLE<br>2 EMERSON LANE<br>SECAUCUS NJ 07094 |
| Creditor ID: 1261-01<br>KENNETH COLE PRODUCTIONS, INC. (NJ)<br>400 PLAZA DRIVE, 3RD FL.<br>SECAUCUS NJ 07094 | Creditor ID: 15199-01<br>KENNETH JOHN SWISS<br>25 HAMILTON AVENUE<br>PRINCETON NJ 08542 | Creditor ID: 11161-01<br>KENNETH W.CHRISTIE<br>4980 GRANBY CIRCLE<br>COLORADO SPRINGS CO 80919 |
| Creditor ID: 15200-01<br>KENNEY MANUFACTURING CO.<br>1000JEFFERSON BLVD<br>WARWICK RI 02866 | Creditor ID: 12110-01<br>KENNEY MANUFACTURING COMPANY<br>5111 KRUEGER DRIVE<br>JONESBORO AR 72401 | Creditor ID: 1262-01<br>KENNY'S TILE FLOOR COVERING INC.<br>3303 MAIN STREET<br>GRANDVIEW MO 64030 |
| Creditor ID: 11162-01<br>KENOVER MARKETING CORP.<br>9  29TH STREET<br>BROOKLYN NY 11232 | Creditor ID: 1263-01<br>KENROY HOME<br>11660 CENTRAL PARKWAY<br>JACKSONVILLE FL 32224 | Creditor ID: 11163-01<br>KENT INTERNATIONAL, INC.<br>60 EAST HALSEY ROAD<br>PARSIPPNY NJ 07054 |
| Creditor ID: 3608-01<br>KENTUCKY TENNESSEE CLAY<br>3597 DEEPSTEP ROAD<br>SANDERSVILLE GA 31082 | Creditor ID: 9902-01<br>KENTUCKY TENNESSEE CLAY<br>3597 DEEPSTEP ROAD<br>SANDERSVILLE GA 31082 | Creditor ID: 5529-01<br>KENTUCKY TENNESSEE CLAY CO.<br>5000 STATE STE 45 S<br>MAYFIELD KY 42066 |
| Creditor ID: 17250-01<br>KENTUCKY TENNESSEE CLAYS (KT CLAYS) INC.<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 | Creditor ID: 15201-01<br>KENWEST ENTERPRISE<br>SUITE 705, 750 W. PENDER ST.<br>VANCOUVER BC V6C2T7<br>CANADA | Creditor ID: 1264-01<br>KENWEST ENTERPRISES USA LTD.<br>1420 5TH AVE SUITE 4100<br>SEATTLE WA 98101 |
| Creditor ID: 9608-01<br>KENWOOD U.S.A. CORPORATION<br>2201 EAST DOMINGUEZ ST<br>LONG BEACH CA 90810 | Creditor ID: 17251-01<br>KENWOOD U.S.A. CORPORATION<br>800 COMMERCE PARKWAY DRIVE WEST<br>GREENWOOD IN 46143 IN 46143 | Creditor ID: 9903-01<br>KERABEN U.S.A.<br>877 EXECUTIVE CENTER DR W STE 105<br>ST PETERSBURG FL 33702 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11164-01<br>KERALA DELICACIES LLC.<br>11826 ARTESIA BLVD.<br>ARTESIA CA 90701 | Creditor ID: 12111-01<br>KERALI DUTYA INTERNATIONAL<br>11432 SOUTH STREET SUITE 361<br>CERRITOS CA 90703 | Creditor ID: 15202-01<br>KERRY BIO-SCIENCE - CAROL STREAM WAREHOUSE<br>284 E. LIES ROAD<br>CAROL STREAM IL 60188 |
| Creditor ID: 1265-01<br>KERRY INGREDIENTS<br>3300 MILLINGTON ROAD<br>BELOIT WI 53511 | Creditor ID: 9609-01<br>KERRY INGREDIENTS AND FLAVOURS<br>160 TERMINAL AVE<br>CLARK NJ 07066-1319 | Creditor ID: 17353-01<br>KETTLE FOODS<br>3125 KETTLE ST. SE<br>SALEM OR 97301 |
| Creditor ID: 17354-01<br>KEUN YUAN HONG<br>16624 EDWARDS RD.<br>CERRITOS CA 90701 | Creditor ID: 17355-01<br>KEVAN FRED GORTON<br>921 SW SIXTH AVENUE<br>PORTLAND OR 97204 | Creditor ID: 17356-01<br>KEVIN MICHAEL RUSSELL<br>1547 EL CAMINO DEL TEATRO<br>LA JOLLA CA 92037 |
| Creditor ID: 9904-01<br>KEY DISTRIBUTORS LLC<br>14740 W 107TH ST<br>LENEXA KS 66215 | Creditor ID: 15203-01<br>KEY KNIFE, INC.<br>19100 S.W. 125TH COURT<br>TUALATIN OR 97062 | Creditor ID: 15204-01<br>KEY PLASTICS LLC<br>12367 MT.OLIVET RD<br>FELTON PA 17322 |
| Creditor ID: 1266-01<br>KEY SAFETY SYSTEMS INC.<br>4601 JAIME J ZAPATA AVE<br>BROWNSVILLE TX 78521 | Creditor ID: 17357-01<br>KEY SAFETY SYSTEMS, INC.<br>7000 19 MILE ROAD, PO BOX 428<br>STERLING HEIGHTS MI 48311 | Creditor ID: 4860-01<br>KEY SEAFOOD IMPORTS INC.<br>536 FAYETTE ST<br>PERTH AMBOY NJ 08861 |
| Creditor ID: 11266-01<br>KEY WEST LAMPS<br>5223 16TH AVE. SOUTH<br>TAMPA FL 33619 | Creditor ID: 9905-01<br>KEY.BOR INTERNATIONAL, LLC<br>57 NOYES ROAD<br>LONDONDERRY NH 03053 | Creditor ID: 9906-01<br>KEYSTONE ADJUSTABLE CAP CO. INC.<br>1591 HYLTON ROAD<br>PENNSAUKEN NJ 08110 |
| Creditor ID: 9907-01<br>KEYSTONE AUTOMOTIVE INDUSTRIES<br>2110 SOUTH 10TH STREET<br>BRAINERD MN 56401 | Creditor ID: 17358-01<br>KEYSTONE AUTOMOTIVE INDUSTRIES(BNA)<br>655 GRASSMERE PLACE DRIVE<br>NASHVILLE TN 37211 | Creditor ID: 11267-01<br>KFI<br>405 LEWALLEN RD<br>ASHEBORO NC 27204 |
| Creditor ID: 1267-01<br>KFP INTERNATIONAL<br>BAYONNE TAX PAID 63 NORTH HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 17259-01<br>KH INTERNATIONAL<br>981 OAKDALE ROAD., NE<br>ATLANTA GA 30307 | Creditor ID: 9908-01<br>KHALIL IBRAHIM MATAR<br>42 FRANKLING AVENUE<br>LIVINGSTON NJ 07039 |
| Creditor ID: 3609-01<br>KHALIL MAMOON USA INC.<br>616 E. BALL RD.<br>ANAHEIM CA 92805 | Creditor ID: 17359-01<br>KHEE TRADING, INC.<br>1150 S. VAIL AVE<br>MONTEBELLO CA 90640 | Creditor ID: 1268-01<br>KHL FLAVORS INC<br>59-25 63RD STREET<br>MASPETH NY 11378 |
| Creditor ID: 1269-01<br>KHONG GUAN CORPORATION<br>30068 EIGENBRODT WAY<br>UNION CITY CA 94587 | Creditor ID: 3610-01<br>KHQ INVESTMENT LLC<br>31 WEST 34TH STREET<br>NEW YORK NY 10001 | Creditor ID: 1270-01<br>KHQ INVESTMENT, LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5530-01<br>KHQ INVESTMENT, LLC<br>1359 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 3611-01<br>KHURRAM MIRZA<br>5355 HENRY HUDSON PKWY<br>BRONX NY 10471 | Creditor ID: 11268-01<br>KIA MOTORS MANUFACTURING<br>7777 KIA PARKWAY<br>WEST POINT GA 31833 |
| Creditor ID: 17360-01<br>KIBRIA GROUP, LLC.<br>18 NORTH JULIET STREET<br>ISELIN NJ 08830 | Creditor ID: 11269-01<br>KIBUN FOODS (U.S.A.),INC.<br>2101 FOURTH AVENUE, SUITE 1170<br>SEATTLE WA 98121 | Creditor ID: 12112-01<br>KIC HOLDINGS INC.<br>3800 NW FRUIT VALLEY ROAD<br>VANCOUVER WA 98660 |
| Creditor ID: 15205-01<br>KICO LTD<br>7600 SANDPOINT WAY N.E<br>SEATTLE WA 98115 | Creditor ID: 1955-01<br>KID KRAFT<br>4630 OLIN ROAD<br>DALLAS TX 75244 | Creditor ID: 5531-01<br>KIDDE RESIDENTIAL<br>1016 CORPORATE PARK<br>MEBANE NC 27302 |
| Creditor ID: 9909-01<br>KIDDE SAFETY<br>6550 JUDGE ADAMS ROAD<br>WHITSETT NC 27377 | Creditor ID: 15206-01<br>KIDDIE FENWAL INC<br>400 MAIN ST<br>ASHLAND MA 01721 | Creditor ID: 9910-01<br>KIDDIELAND TOY INC.<br>18 DOCTOR'S HILL DR<br>SCITUATE MA 02066 |
| Creditor ID: 17361-01<br>KIDS "R" US<br>ONE GEOFFREY WAY<br>WAYNE NJ 07470 | Creditor II: 3612-01<br>KIDS II<br>3333 PIEDMONT RD NE #1800<br>ATLANTA GA 30305 | Creditor ID: 9911-01<br>KIDS INTL CORP.<br>100 WEST 32 ST, 2FL<br>NYC NY 10001 |
| Creditor ID: 17362-01<br>KIDS ONLY<br>21749 BAKER PARKWAY<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 15207-01<br>KIDS R US<br>ONE GEOFFREY WAY<br>WAYNE NJ 07470 | Creditor ID: 9912-01<br>KIDS STOP LLC<br>1407 BROADWAY, SUITE 1411<br>NEW YORK NY 10018 |
| Creditor ID: 17363-01<br>KIDS WITH CHARACTER, LLC<br>1333 BROADWAY AVE, 6TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 11270-01<br>KIDZ CONCEPTS LLC<br>1407 BROADWAY RM 3412<br>NEW YORK NY 10018 | Creditor ID: 10295-01<br>KIDZ WORLD INC<br>350 5TH AVENUE ROOM 5005<br>NEW YORK NY 10118 |
| Creditor ID: 3613-01<br>KIE COMMODITIES & FINANCE, LLC<br>11669 EAST 8 MILE ROAD<br>WARREN MI 48088 | Creditor ID: 1271-01<br>KIEFER SPECIALTY FLOORING, INC.<br>1700 KIEFER DRIVE<br>ZION IL 60099-4093 | Creditor ID: 11271-01<br>KIKKOMAN FOODS, INC.<br>N1365 SIX CORNERS ROAD<br>WALWORTH WI 53184 |
| Creditor ID: 11272-01<br>KIKKOMAN INTERNATIONAL INC.<br>50 CALIFORNIA ST., SUITE  3600<br>SAN FRANCISCO CA 94111 | Creditor ID: 15208-01<br>KIM NGUAN TRADING COMPANY<br>2437 LEE AVE.<br>SOUTH EL MONTE CA 91733 | Creditor ID: 12113-01<br>KIM PACIFIC MARTIAL ARTS, LLC<br>24453 MISSION BLVD.<br>HAYWARD CA 94544 |
| Creditor ID: 12503-01<br>KIM SENG COMPANY<br>6121 RANDOLPH ST<br>CITY OF COMMERCE CA 90040 | Creditor ID: 5532-01<br>KIMAYA USA INC.<br>700 PENHORN AVE.<br>SECAUCUS NJ 07094 | Creditor ID: 17364-01<br>KIMBERLY CLARK<br>2600 KLINE ST.<br>NEENAH WI 54956 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 15209-01
KIMBERLY-CLARK CORP
520 W. SUMMIT HILL DR.
KNOXVILLE TN 37902

Creditor ID: 17365-01
KIMBERLY-CLARK SERVICES, INC.
1400 HOLCOMB BRIDGE ROAD
ROSWELL GA 30076

Creditor ID: 3614-01
KIMBERLY-S USA INC
1524 HYDE ST.
SAN FRANCISCO CA 94109-3114

Creditor ID: 12114-01
KIMBLE CHASE LIFE SCIENCE &  RESEARCH
537 CRYSTAL AVENUE BUILDING 202
VINELAND NJ 08360

Creditor ID: 1272-01
KIMBLE CHASE ROCKWOOD PLANT
234 CARDIFF VALLEY RD.
ROCKWOOD TN 37854

Creditor ID: 7238-01
KIMRE INCORPORATED, LLC
16201 SW 95TH AVENUE
MIAMI FL 33157

Creditor ID: 1273-01
KIM'S PACKAGING SUPPLY INC.
232 C STREET NW
AUBURN WA 98001

Creditor ID: 5533-01
KIN XUN ENVIRONMENT RECYCLE LTD.
17700 CASTLETON STREET, SUITE 418
CITY OF INDUSTRY CA 91748

Creditor ID: 3615-01
KIND & KNOX GELATINE INC.
2445 PORT NEAL INDUSTRIAL RD
SERGEANT BLUFF IA 51054

Creditor ID: 12115-01
KINDER MORGAN BULK TERMINALS,INC
1 SINTER ROAD
FAIRLESS HILLS PA 19030

Creditor ID: 12116-01
KINDLE & ASSOCIATES LLC
3912 EASTGATE DRIVE
DENAIR CA 95316

Creditor ID: 9610-01
KINEMATICS MFG INC.
2221 W. MELINDA LANE, A2
PHOENIX AZ 85027

Creditor ID: 15210-01
KINFINE USA
13824 YORBA AVE
CHINO CA 91710

Creditor ID: 11273-01
KING + PRINCE SEAFOOD CORPORATION
1 KING+PRINCE BOULEVARD
BRUNSWICK GA 31520

Creditor ID: 1274-01
KING CARSON LIMITED
1005 RADCLIFFE DRIVE
TOLEDO OH 43609

Creditor ID: 15211-01
KING CUTTER INC.
305 COMMERCE DRIVE
WINSFIELD AL 35594

Creditor ID: 9913-01
KING FISH TRADING COMPANY
3930 MERIDIAN STREET #101-406
BELLINGHAM WA 98226

Creditor ID: 9914-01
KING HICKORY
1820 MAIN AVENUE SE
HICKORY NC 28603

Creditor ID: 15212-01
KING KUTTER II INC.
2150 EASTERN AVE.
GALLIPOLIS OH 45631

Creditor ID: 15213-01
KING MACHINERY INC.
1110 FULLERTON ROAD
CITY OF INDUSTRY CA 91748

Creditor ID: 12117-01
KING METAL & PLASTICS CO.
456 MONTGOMERY ST., SUITE 1450
SAN FRANCISCO CA 94104

Creditor ID: 18497-01
KING SHAN L.L.C.
OBO ELECTROLUX HOME PRODUCTS CORP
1175 MCCABE
ELK GROVE VILLAGE IL 60007

Creditor ID: 1275-01
KING SOLOMON ENTERPRISES INC.
230 ROUTE 17
HILLBURN NY 10931

Creditor ID: 15214-01
KING TUNA INC.
418 S. CENTRAL AVE, SUITE 204
LOS ANGELES CA 90013

Creditor ID: 9915-01
KING TUT DISTRIBUTORS CORP
127 LUDLOW STREET
YONKERS NY 10705

Creditor ID: 15215-01
KINGCHEM LLC
5 PEARL CT
ALLENDALE NJ 07401

Creditor ID: 1276-01
KINGDOM CARGO
731 E. 4TH STREET
LONG BEACH CA 90802

Creditor ID: 17366-01
KINGDOM CARGO INC./ PIC:MISS AIMEE WOOD
13802 WILLOW LANE,
WESTMINSTER CA 92683

Creditor ID: 5534-01
KINGS AGRISEED
96 PARADISE LN
RONKS PA 17572

Creditor ID: 17367-01
KINGS INTERNATIONAL GROUP INC.
1227 W. VALLEY BLVD., SUITE 104
ALHAMBRA CA 91803

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17368-01<br>KINGS PROSPERITY INDUSTRIES LLC<br>4001 W. MILITARY HIGHWAY<br>MCALLEN TX 78503 | Creditor ID: 12118-01<br>KING'S RATTAN INC.<br>1840 S. VINEYARD AVE<br>ONTARIO CA 91761 | Creditor ID: 5535-01<br>KINGS TIRE & WHEEL<br>4356 BALDWIN AVE.<br>EL MONTE CA 91731 |
| Creditor ID: 15216-01<br>KINGS TWO ENTERPRISES<br>918 CANADA COURT<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 15318-01<br>KINGSBRIDGE INTERNATIONAL INC<br>2950 N. MADERA ROAD<br>SIMI VALLEY CA 93065 | Creditor ID: 12119-01<br>KINGSBURG  ORCHARDS<br>10363 E. DAVIS ROAD<br>KINGSBURG CA 93631 |
| Creditor ID: 1277-01<br>KINGSFORD MANUFACTURING CO<br>PO BOX 24305<br>OAKLAND CA 94623 | Creditor ID: 5536-01<br>KINGSON INTERNATIONAL<br>16751 ROCKYRNOLL ROAD,<br>HACIENDA HEIGHTS CA 91745 | Creditor ID: 15319-01<br>KINGSPORT HOTEL<br>200 SOUTH WILCOX DRIVE<br>KINGSPORT TN 37660 |
| Creditor ID: 3616-01<br>KINGSWAY TRADING CORP.<br>5946 AGNES AVE<br>TEMPLE CITY CA 91780 | Creditor ID: 17369-01<br>KINT AND ASSOCIATES, INC.<br>14111 FREEWAY DRIVE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 15320-01<br>KINWAI USA INC<br>210 E. COMMERCE AVE<br>HIGH POINT NC 27261 |
| Creditor ID: 15321-01<br>KIPLING NORTH AMERICA<br>40 WEST 57TH STREET<br>A DIVISION OF VF SPORTSWEAR, INC.<br>NEW YORK NY 10019 | Creditor ID: 1278-01<br>KIRIN INTERNATIONAL INC<br>11132 SE 29TH PLACE<br>BELLEVUE WA 98004 | Creditor ID: 12120-01<br>KIRIU USA CORPORATION<br>359 MITCH MCCONNELL WAY<br>BOWLING GREEN KY 42101 |
| Creditor ID: 18498-01<br>KIRK SALES INTERNATIONAL<br>506 SW 6TH AVE, STE 800<br>PORTLAND OR 97204 | Creditor ID: 1279-01<br>KIRKLAND ASSOCIATES LTD.<br>4180 NE RIVERSIDE DRIVE<br>MCMINNVILLE OR 97128 | Creditor ID: 12121-01<br>KIRKLANDS<br>40 CARL KIRKLAND DR<br>JACKSON TN 38301 |
| Creditor ID: 15322-01<br>KIRKWOOD INDUSTRIES, INC.<br>20212 108TH AVE NE<br>BOTHELL WA 98011-2418 | Creditor ID: 9916-01<br>KIRSCHENMAN ENTERPRISES, INC.<br>1122 N. CHINOWTH STREET<br>VISALIA CA 93291 | Creditor ID: 11274-01<br>KISSME, KISSME LLC.<br>1400 BROADWAY SUITE 309<br>NEW YORK NY 10018 |
| Creditor ID: 12122-01<br>KISSWISS LLC<br>80 EVERGREEN AVE.<br>BROOKIYN NY 11206 | Creditor ID: 3617-01<br>KISWEL INC<br>7950 DIXIE HIGHWAY<br>FLORENCE KY 41042 | Creditor ID: 9917-01<br>KISWIRE INC<br>257 MAWSONS WAY<br>NEWBERRY SC 29108 |
| Creditor ID: 17370-01<br>KISWIRE TRADING INC<br>460 BERGEN BLVD #120<br>PALISADES PARK NJ 07650 | Creditor ID: 12123-01<br>KISWIRE WEST INC<br>3450 WILSHIRE BLVD, SUITE 314<br>LOS ANGELES CA 90010 | Creditor ID: 5537-01<br>KITCHEN DEPOT LLC<br>8739 AIRLINE HWY<br>NEW ORLEANS LA 70118 |
| Creditor ID: 12504-01<br>KITCHEN DISTRIBUTORS INC<br>1309 W. LITTLETON BLVD.<br>LITTLETON CO 80120 | Creditor ID: 9918-01<br>KITOKU AMERICA, INC.<br>1815 EL CAMINO REAL #12<br>BURLINGAME CA 94010 | Creditor ID: 5538-01<br>KITTRICH CORPORATION<br>14555 ALONDRA BLVD<br>LA MIRADA CA 90638 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3618-01<br>KITTRICH LLC<br>5070 PHILIP LEE DRIVE<br>ATLANTA GA 30336 | Creditor ID: 1280-01<br>KJ IMPORT PARTNERS LLC<br>401 HACKENSACK AVE.,<br>HACKENSACK NJ 07601 | Creditor ID: 10296-01<br>KJ TILES<br>21 VAN BUREN DRIVE<br>MONROE NY 10950 |
| Creditor ID: 3619-01<br>KKU/ISS LLC<br>315 HAWKINS ROAD<br>TRAVELERS REST SC 29690 | Creditor ID: 15323-01<br>KLAFF'S INC.<br>28 WASHINGTON ST<br>SOUTH NORWALK CT 06854 | Creditor ID: 12124-01<br>KLAKET INC<br>2366-65TH STREET<br>BROOKLYN NY 11002 |
| Creditor ID: 12125-01<br>KLAUSSNER CORPORATE SERVICES, INC<br>HIGHWAY 71 SOUTH (PO BOX 148)<br>MILFORD IA 51351 | Creditor ID: 12126-01<br>KLAUSSNER FURNITURE OF CALIFORNIA, INC.<br>16000 HERON AVENUE<br>LA MIRADA CA 90638 | Creditor ID: 12127-01<br>KLAUSSNER HOME FURNISHINGS<br>405 LEWALLEN ROAD PO DRAWER 220<br>ASHEBORO NC 27204 |
| Creditor ID: 17371-01<br>KLAUSSNER INTERNATIONAL, LLC<br>DBA JDI, DBA KCG 405 LEWALLEN ROAD<br>ASHEBORO NC 27205 | Creditor ID: 1281-01<br>KLD ENERGY TECHNOLOGIES INC.<br>15750 VINEYARD BLVD. SUITE 100<br>MORGAN HILL CA 95037 | Creditor ID: 15324-01<br>KLEEN MAID INC.<br>6015 RANDOLPH AVE.<br>COMMERCE CA 90040 |
| Creditor ID: 17372-01<br>KLEEN MAID, INC.<br>6015 RANDOLPH STREET<br>CITY OF COMMERCE CA 90040 | Creditor ID: 15325-01<br>KLEIN GROUP INT'L INC.<br>16 WEST VIEW RD.<br>WEST ORANGE NJ 07052 | Creditor ID: 19080-97<br>KLFENIX CORP<br>19401 S MAIN ST, STE 301<br>GARDENA CA 90248 |
| Creditor ID: 11275-01<br>KLI<br>600 MEADOWLANDS PKWY<br>SECAUCUS NJ 07094 | Creditor ID: 19081-97<br>K-LINE<br>C/O REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Creditor ID: 17373-01<br>KLINGERS TRADING INC<br>3009-B BANKERS INDUSTRIAL DRIVE<br>ATLANTA GA 30360 |
| Creditor ID: 9611-01<br>KLOCKNER PENTAPLAST<br>3585 KLOECKNER ROAD<br>GORDONSVILLE VA 22942 | Creditor ID: 1282-01<br>KLUMB LUMBER<br>29000 HIGHWAY 98,  SUITE A-100<br>DAPHNE AL 36526 | Creditor ID: 11276-01<br>KLUPENGER LUMBER CO.<br>4852 SW SCHOLLS FERRY RD<br>PORTLAND OR 97298 |
| Creditor ID: 9919-01<br>KM TRADING<br>2535 E. 12TH ST. #B<br>LOS ANGELES CA 90021 | Creditor ID: 12128-01<br>KMART CORP<br>3333 BEVERLY ROAD, A3-348A<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 12129-01<br>KMART CORPORATION<br>GARDEN CITY<br>TERMINAL PORT AUTHORITY CFS#2<br>GARDEN CITY GA 31408 |
| Creditor ID: 3620-01<br>KMART HOLDINGS CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 3621-01<br>KMC MUSIC, INC<br>55 GRIFFIN ROAD<br>BLOOMFIELD CT 06002 | Creditor ID: 15326-01<br>KMC PRODUCTS, INC.<br>19070 S. REYES,<br>COMPTON CA 90221 |
| Creditor ID: 1283-01<br>KMC TRADING INC.<br>2505 POPLAR STREET<br>OAKLAND CA 94607 | Creditor ID: 17374-01<br>KMEW CO., LTD<br>15317 NE 90TH STREET<br>REDMOND WA 90852 | Creditor ID: 15327-01<br>KMI GROUP<br>320 MAIN STREET<br>KENTON TN 38233 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 9920-01
KMI GROUP, INC.
1100 QUAIL STREET, SUITE 200
NEWPORT BEACH CA 92660

Creditor ID: 3622-01
K-MIBONG AMERICA CORPORATION
9015 NE 21ST PL
BELLEVUE WA 98028

Creditor ID: 9612-01
KMJ INTERNATIONAL
110 JAMES STREET, SUITE 300
EDMONDS WA 98020

Creditor ID: 9921-01
KMX CHEMICAL CORP
998 OLD COUNTRY RD, SUITE 177
PLAINVIEW NY 11803

Creditor ID: 15328-01
KNAPE & VOGT MANUFACTURING CORPORATION
2700 OAK INDUSTRIAL DR. N.E.
GRAND RAPIDS MI 49505

Creditor ID: 5539-01
KNH ENTERPRISE, LLC
2775 SAINT JOHNS LN
ELLICOTT MD 21042

Creditor ID: 19082-97
KNIGHT TRANSPORTATION
PO BOX 29897
PHOENIX AZ 85038-9897

Creditor ID: 3623-01
KNIGHTS ATHLETICS
1010 JORIE BLVD
OAK BROOK IL 60523

Creditor ID: 5540-01
KNOVELTY INC
7452 ORANGEWOOD AVE
GARDEN GROVE CA 92841

Creditor ID: 12130-01
KNOWLES TAYLOR COTTON CO
P.O.BOX 659
MATADOR TX 79244

Creditor ID: 11277-01
KOA INTERNATIONAL, INC.
5 MONTE CARLO
IRVINE CA 92614

Creditor ID: 4861-01
KOBAWALA POLY PACK, INC.
1329 NORTH CLYBOURN AVENUE
CHICAGO IL 60610

Creditor ID: 3624-01
KOBAX PAPER
1110 BRICKELL AVE. SUITE 703
MIAMI FL 33131

Creditor ID: 3625-01
KOBE ALUMINUM AUTOMOTIVE PRODUCTS LLC
525 CENTRAL AVENUE
BOWLING GREEN KY 42101

Creditor ID: 1284-01
KOBITEX LTD.
33 NORTH DEARBORN STREET, SUITE 802
CHICAGO IL 60602

Creditor ID: 1285-01
KOBO PRODUCTS, INC.
3474 SOUTH CLINTON AVE
SOUTH PLAINFIELD NJ 07080

Creditor ID: 5541-01
KOBRAND CORP.
134 EAST 40TH ST.
NEW YORK NY 10016

Creditor ID: 11278-01
KOCH AGRONOMIC SERVICES, LLC
4111 E 37TH ST. N
WICHITA KS 67220

Creditor ID: 11279-01
KOCH INDUSTRIES
4200 DAHLBERG DR. SUITE 200
MINNEAPOLIS MN 55422

Creditor ID: 9922-01
KOCH MEMBRANE SYSTEMS, INC.
850 MAIN STREET
WILMINGTON MA 01887

Creditor ID: 17375-01
KOCH MEMBRANE SYSTEMS, INC.
10054 OLD GROVE ROAD
SAN DIEGO CA 92131

Creditor ID: 11280-01
KO-CHI IMPORTS CORP
18 BLUEFIELDS LANE
BLAUVELT NY 10913

Creditor ID: 15329-01
KODAI (USA), INC
2440 SOUTH HACCIENDA BLVD,SUITE 210
HACIENDA HEIGHTS CA 91745

Creditor ID: 9923-01
KODAI LORD ENTERPRISE
2063 19TH AVE
SAN FRANCISCO CA 94116

Creditor ID: 17376-01
KODIAK MANUFACTURING INC.
8849 CANDIES CREEK RIDGE ROAD
CHARLESTON TN 37310

Creditor ID: 4862-01
KOHLER COMPANY
444 HIGHLAND DRIVE, MS106
KOHLER WI 53044

Creditor ID: 5542-01
KOHL'S DEPT STORE
N56 W17000 RIDGEWOOD DRIVE
MENOMONEE FALLS WI 53051

Creditor ID: 5543-01
KOHYO AMERICA
12826 SE 40TH LANE, SUITE 200
BELLEVUE WA 98006

Creditor ID: 1286-01
KOHYO AMERICA, INC.
2370 WEST CARSON STREET, SUITE 245
TORRANCE CA 90501

Creditor ID: 5544-01
KOIKOI TRADING INC.
333 W. GARVEY AVE. #B108
MONTEREY PARK CA 91754

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12131-01<br>KOK ATLANTA, INC.<br>281 VETERANS MEMORIAL HIGHWAY SE<br>MABLETON GA 30126 | Creditor ID: 1287-01<br>KOKUBU LAMBERT INC.<br>19201 SONOMA HIGHWAY #383<br>SONOMA CA 95476 | Creditor ID: 12604-01<br>KOLDAN TRADING LLC<br>2510 WARREN AVENUE, SUITE 3288<br>CHEYENNE WY 82001 |
| Creditor ID: 9924-01<br>KOLE IMPORTS<br>24600 S. MAIN ST<br>CARSON CA 90745 | Creditor ID: 11281-01<br>KOLON GLOTECH U.S.A CORP<br>420 PAN AMERICAN DR. STE.1<br>EL PASO TX 79907 | Creditor ID: 9925-01<br>KOLON INC.<br>3 SPERRY RD.<br>FAIRFIELD NJ 07004 |
| Creditor ID: 17377-01<br>KOLON USA, INC<br>65 CHALLENGER ROAD, 1ST FL<br>RIDGEFIELD PARK NJ 07660 | Creditor ID: 12132-01<br>KOLTOV<br>300 S. LEWIS ROAD<br>CAMARILLO CA 93012 | Creditor ID: 17260-01<br>KOMAL FOODS INC.<br>8701 TORRESDALE AVE<br>PHILADELPHIA PA 19136 |
| Creditor ID: 17378-01<br>KOMATSU AMERICA CORP.<br>108N.INDUSTRIAL DRIVE<br>RIPLEY TN 38063 | Creditor ID: 11282-01<br>KOMATSU AMERICA CORPORATION<br>409 SIGNAL MOUNTAIN ROAD<br>CHATTANOOGA TN 37401 | Creditor ID: 5545-01<br>KOMELON USA CORPORATION<br>301 COMMERCE PLACE<br>WAUKESHA WI 53186-1045 |
| Creditor ID: 5546-01<br>KOMEX INTERNATIONAL, INC.<br>850 E. 62ND ST.<br>LOS ANGELES CA 90001 | Creditor ID: 9926-01<br>KOMODO INTERNATIONAL CORPORATION<br>18405 S. SANTA FE AVENUE<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 11283-01<br>KONG FUNG INC<br>312 S. 6TH STREET<br>ALHAMBRA CA 91801 |
| Creditor ID: 19083-97<br>KONICA MINOLTA BUSINESS SOLUTIONS, INC,<br>KUBOTA IND EQUIPMENT CORP & KUBOTA MFG<br>C/O GIBBONS PC<br>ATTN DAVID N CRAPO<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | Creditor ID: 9927-01<br>KONICA MINOLTA MANUFACTURING<br>6900 KONICA DRIVE<br>WHITSETT NC 27377 | Creditor ID: 15330-01<br>KONTOS FOODS INC.<br>58 E. SIXTH ST.<br>PATERSON NJ 07544 |
| Creditor ID: 11284-01<br>KOOKABURRA LICORICE<br>14497 RYELANDS BLVD<br>MONROE WA 98272 | Creditor ID: 5547-01<br>KOOS MANUFACTURING , INC<br>2741 SEMINOLE AVENUE<br>SOUTH GATE CA 90280 | Creditor ID: 12133-01<br>KORAB INTERNATIONAL GROUP<br>500 EAST BROADWAY, SUITE 340<br>VANCOUVER WA 98660 |
| Creditor ID: 10297-01<br>KORAB USA, LLC<br>500 E. BROADWAY, SUITE 340<br>VANCOUVER WA 98660 | Creditor ID: 15331-01<br>KOREA DELPHI AUTOMOTIVE<br>1001 N. MITTEL DRIVE<br>WOOD DALE IL 60191 | Creditor ID: 5548-01<br>KOREA FOOD CORP.<br>6220 MADISON CT.<br>MORTON GROVE IL 60053 |
| Creditor ID: 12134-01<br>KOREA FOODS CORP.<br>3426W. TOUHY AVE.<br>LINCOLNWOOD IL 60712 | Creditor ID: 3626-01<br>KOREAN CARGO CONSOLIDATORS<br>7500 N.W. 25TH ST.  SUITE 255<br>MIAMI FL 33122 | Creditor ID: 1956-01<br>KOREAN CARGO CONSOLIDATORS, INC.<br>(CHICAGO BRANCH)<br>482 THOMAS DRIVE<br>BENSENVILLE IL 60106 |
| Creditor ID: 1288-01<br>KOREAN FARM INC<br>12500 E. SLAUSON AVE.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 9928-01<br>KOREAN KORNER<br>12207 VIERS MILL RD.<br>WHEATON MD 20906 | Creditor ID: 5549-01<br>KOREPIA CORP<br>12 MAPLE STREET<br>GLENWOOD LANDING NY 11547 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12135-01<br>KORPACK INC<br>1556 S. ANAHEIM BLVD. SUITE A<br>ANAHEIM CA 92805 | Creditor ID: 11285-01<br>KORSMO  INC.<br>2411 7TH STREET NW, SUITE A<br>ROCHESTER MN 55901 | Creditor ID: 5550-01<br>KORUS TRADE, INC<br>1691 PHOENIX BOULEVARD, SUITE 350<br>COLLEGE PARK GA 30349 |
| Creditor ID: 15332-01<br>KORYEO INTERNATIONAL CORP.<br>55 AMITY ST<br>JERSEY CITY NJ 07304 | Creditor ID: 9929-01<br>KOS AMERICA INC.<br>4600 CANTRELL RD.<br>FLOWERY BRANCH GA 30542 | Creditor ID: 15333-01<br>KOSTA'S SCRAP METAL<br>PO BOX 17423<br>PORTLAND OR 97217 |
| Creditor ID: 17379-01<br>KOTAP AMERICA LTD.<br>10 BAYVIEW AVENUE<br>LAWRENCE NY 11569 | Creditor ID: 5551-01<br>KOTOBUKI TRADING CO., INC.<br>222 HARRIS COURT<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 17380-01<br>KOUSA INTERNATIONAL LLC<br>3550 WILSHIRE BLVD., SUITE 1615<br>LOS ANGELES CA 90010 |
| Creditor ID: 11286-01<br>KOWA AMERICAN CORP<br>55 EAST 59TH ST, 19TH FLOOR<br>NEW YORK NY 10022 | Creditor ID: 12136-01<br>KOYO COOLING SYSTEMS<br>15 DOPPLER<br>IRVINE CA 92618 | Creditor ID: 3627-01<br>KOYO COOLING SYSTEMS,INC.<br>390 STARKE RD, UNIT 2<br>CARLSTADT NJ 07072 |
| Creditor ID: 15334-01<br>KOYO CORPORATION OF U.S.A.<br>4903 SOUTHRIDGE BLVD. SUITES 1-5<br>MEMPHIS TN 38141 | Creditor ID: 10298-01<br>KOYO CORPORATION OF USA<br>29570 CLEMENS ROAD, PO BOX 45028<br>WESTLAKE OH 44145 | Creditor ID: 9930-01<br>KOYORAD COOLING SYSTEMS, INC.<br>15 DOPPLER<br>IRVINE CA 92618 |
| Creditor ID: 15335-01<br>KP TECH, INC.<br>12842 VALLEY VIEW ST., SUITE 202<br>GARDEN GROVE CA 92845 | Creditor ID: 1289-01<br>KPL LOGIS, INC<br>14710 S. MAPLE AVE.<br>GARDENA CA 90248 | Creditor ID: 9931-01<br>KPM CORP.<br>1300 WEST BLANCKE STREET<br>LINDEN NJ 07036 |
| Creditor ID: 15336-01<br>KRAB COMPANY, THE<br>3302 FUHRMAN AVENUE EAST #201<br>SEATTLE WA 98102 | Creditor ID: 9932-01<br>KRACO ENTERPRISES, LLC<br>505 E. EUCLID AVE<br>COMPTON CA 90224 | Creditor ID: 17381-01<br>KRADJIAN IMPORTING CO<br>5018 SAN FERNANDO RD<br>GLENDALE CA 91204 |
| Creditor ID: 1290-01<br>KRAFT CHEMICAL COMPANY<br>1975 NORTH HAWTHORNE AVENUE<br>MELROSE PARK IL 60106 | Creditor ID: 3628-01<br>KRAFT FOODS GLOBAL INC.<br>555 SOUTH BROADWAY<br>TARRYTOWN NY 10591 | Creditor ID: 15337-01<br>KRAFT FOODS INTERNATIONAL, INC.<br>50 COMMERCE BLVD<br>WILKES BARRE PA 18762 |
| Creditor ID: 9933-01<br>KRAFT FOODS, INC.<br>1 HILL STREET<br>WOBURN MA 01801 | Creditor ID: 18500-01<br>KRAMER GRAPHICS<br>2408 WEST DOROTHY LANE<br>DAYTON OH 45439 | Creditor ID: 1291-01<br>KRATON POLYMERS U.S. LLC<br>15710 JOHN F KENNEDY BLVD SUITE 300<br>HOUSTON TX 77032 |
| Creditor ID: 9934-01<br>KRAZY KAT<br>100 TRIANGE BLVD<br>CARLSTADT NJ 07072 | Creditor ID: 3629-01<br>KRIEGER WORLDWIDE AKA NORMAN KRIEGER,INC.<br>921 WEST ARTESIA BLVD<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 5552-01<br>KRINOS FOODS, INC.<br>47-00 NORTHERN BLVD<br>LONG ISLAND CITY NY 11101 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12605-01<br>KROGER-RALPHS DISTRIBUTION CENTER<br>2201 S WILMINGTON AVE<br>COMPTON CA 90220 | Creditor ID: 15338-01<br>KRONE N.A.<br>3363 MIAC COVE<br>MEMPHIS TN 38181 | Creditor ID: 15339-01<br>KROSAKI MAGNESITAS REFRACTORIES LLC<br>425 SOUTH SALEM CHURCH RD<br>YORK PA 17404 |
| Creditor ID: 1292-01<br>KRYGER GLASS<br>1221 HARRISON ST.<br>KANSAS CITY MO 64106 | Creditor ID: 11287-01<br>KS MEDICAL<br>7061 N.TEILMAN AVE SUITE 102<br>FRESNO CA 93711 | Creditor ID: 11288-01<br>KSF TRADING INC.<br>1111 EAST 7TH STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 9935-01<br>KSI TRADING CO., LTD<br>100-A WADE AVE<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 15340-01<br>KSNA/NABISCO SNACK COMPANY<br>245 CULLODEN STREET<br>SUFFOLK VA 23434 | Creditor ID: 11289-01<br>K-SWISS, INC.<br>31248 OAK CREST DRIVE<br>WESTLAKE VILLAGE CA 91361 |
| Creditor ID: 11290-01<br>KT AMERICA CORP<br>2650 US HIGHWAY 130, SUITE I<br>CRANBURY NJ 08512 | Creditor ID: 5553-01<br>KT BUILDING SUPPLY INC<br>3614 6TH AVENUE S.<br>SEATTLE WA 98134 | Creditor ID: 4863-01<br>KT CLAYS<br>100 MANSELL COURT EAST, SUITE 300<br>ROSWELL GA 30076 |
| Creditor ID: 1293-01<br>KTI CORPORATION<br>THREE POST OAK CENTRAL<br>HOUSTON TX 77056 | Creditor ID: 17382-01<br>KTL TRADING RESOURCES, INC<br>209 DELBURG STREET, SUITE 206<br>DAVIDSON NC 28036 | Creditor ID: 12137-01<br>K-TOO ENTERPRISES INC.<br>2009 I-30 WEST<br>SULPHUR SPRINGS TX 75482 |
| Creditor ID: 11291-01<br>KTV (FRONTIER LOGISTIC)CHB.<br>POLYGON PLAZA<br>2050 CENTER AVE STE 410<br>FORT LEE NJ 07024 | Creditor ID: 7239-01<br>KTV USA, INC.<br>POLYGON PLAZA<br>2050 CENTER AVE SUITE # 410<br>FORT LEE NJ 07024 | Creditor ID: 3630-01<br>KUBOTA ENGINE AMERICA CORPORATION<br>505 SCHELTER ROAD<br>LINCOLNSHIRE IL 60069 |
| Creditor ID: 9936-01<br>KUBOTA INDUSTRIAL EQUIPMENT CORPORATION<br>1001 MCCLURE INDUSTRIAL DRIVE<br>JEFFERSON GA 30549 | Creditor ID: 17383-01<br>KUBOTA MANUFACTURING OF AMERICA CO.<br>GAINSVILLE INDUSTRIAL PARK N<br>2715 RAMSEY ROAD<br>GAINESVILLE GA 30501 | Creditor ID: 3631-01<br>KUBOTA MEMBRANE USA CORP<br>2018 156TH AVENUE N.E. SUITE 100<br>BELLEVUE WA 98007 |
| Creditor ID: 17384-01<br>KUBOTA TRACTOR CORPORATION<br>3401 DEL AMO BLVD.<br>TORRANCE CA 90503 | Creditor ID: 5554-01<br>KUCHE CUCINE KITCHENS<br>489 ROUTE 17 SOUTH<br>PARAMUS NJ 07652 | Creditor ID: 19084-97<br>KUEHNE + NAGEL INC<br>C/O HALPERN BATTAGLIA BENZIJA LLP<br>WALTER BENZIJA, LIGEE GU, ESQS<br>40 WALL ST, 37TH FL<br>NEW YORK NY 10005 |
| Creditor ID: 1294-01<br>KUEHNERT'S AUCTION GALLERY<br>8719 KATY FREEWAY<br>HOUSTON TX 77024 | Creditor ID: 5555-01<br>KUHL CORPORATION.<br>39 KUHL RD<br>FLEMINGTON NJ 08822-0002 | Creditor ID: 15341-01<br>KUHN FARM<br>1625 DREW ROAD<br>EL CENTRO CA 92243 |
| Creditor ID: 12138-01<br>KUHN FARM MACHINERY INC.<br>5701 SOUTH 6TH WAY<br>RIDGEFIELD WA 98642 | Creditor ID: 8072-01<br>KUHN HAY<br>1880 JEFFERY ROAD<br>EL CENTRO CA 92243 | Creditor ID: 7240-01<br>KUHN NORTH AMERICA - NY MACH<br>5390 EAST SENECA STREET PO BOX 840<br>VERNON NY 13476 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15342-01
KUHN NORTH AMERICA INC TN MACH.
939 GREENLICK COURT
COLUMBIA TN 38401

Creditor ID: 3632-01
KUHN NORTH AMERICA, INC.
1501 WEST SEVENTH AVE. PO BOX 0167
BRODHEAD WI 53520

Creditor ID: 17385-01
KUI (KROSAKI US INC)
11065 BROADWAY, SUITE E
CROWN POINT IN 46307

Creditor ID: 11292-01
KUMATRADE USA LLC
5960 W.PARKER ROAD, STE 278 #101
PLANO TX 75093

Creditor ID: 1957-01
KUMATRADE USA, LLC.
5960 W. PARKER ROAD, STE 278 NO.101
PLANO TX 75093

Creditor ID: 5556-01
KUMHO TIRE
2041 ROSECRANS AVE. 3RD FL.
EL SEGUNDO CA 90245

Creditor ID: 3633-01
KUMHO TIRE U.S.A. INC.
14605 MILLER AVE
FONTANA CA 92236

Creditor ID: 17486-01
KUMHO TIRE USA
10299 SIXTH ST.
RANCHO CUCAMONGA CA 91730

Creditor ID: 1295-01
KUNG WO COMPANY DBA TRANSDEL & CO.,LTD
211 TENTH STREET
OAKLAND CA 94607

Creditor ID: 5557-01
KUPERHAND INC
1407 BROADWAY
NEW YORK NY 10018

Creditor ID: 15343-01
KURARAY AMERICA INC. - SEPTON BUSINESS UNIT
2625 BAY AREA BOULEVARD, SUITE 600
HOUSTON TX 77058

Creditor ID: 1296-01
KURDZIEL INDUSTRY INC.
2625W, WINSTON ROAD, ROTHBURY, MI
ROTHBURY MI 49452

Creditor ID: 17487-01
KURIYAMA OF AMERICA, INC.
360 EAST STATE PARKWAY
SCHAUMBURG IL 60173-5335

Creditor ID: 11293-01
KUROTANI NORTH AMERICA INC.
520 SW 6TH AVENUE, SUITE 1109
PORTLAND OR 97204

Creditor ID: 10299-01
KURT ORBAN PARTNERS LLC,
111 ANZA BLVD STE 350
BURLINGAME CA 94010-1932

Creditor ID: 11294-01
KURT WEISS GREENHOUSES INC
95 MAIN STREET
CENTER MORICHES NY 11934

Creditor ID: 8073-01
KURT WEISS OF N.J. INC
350 WHITE HORSE PIKE RT. 30
WATERFORD WORKS NJ 08089

Creditor ID: 8074-01
KURYAKYN HOLDINGS,LLC
454 COUNTY ROAD VV
SOMERSET WI 54025

Creditor ID: 11295-01
KURZ TRANSFER PRODUCTS, LLC
4939 NORTH N.C. HWY 150
LEXINGTON NC 27292

Creditor ID: 17488-01
KUSHA, INC.
2332 BARRANCA PARKWAY
IRVINE CA 92606

Creditor ID: 17489-01
KUSTO BROKERAGE SERVICE
2268-D LANDMEIER RD
ELK GROVE IL 60007

Creditor ID: 12139-01
KUSTOM
3 CARBON WAY
RICHWOOD KY 41094

Creditor ID: 3634-01
KVK USA INC
19A HOME NEWS ROW
NEW BRUNSWICK NJ 08901

Creditor ID: 11296-01
KVS APPAREL LLC.
2039 N. LAS PALMAS AVE, #326
LOS ANGELES CA 90068

Creditor ID: 1297-01
KWAK JOOHYUNG
14435 S. 48TH ST. APT 2161
PHOENIX AZ 85044

Creditor ID: 12241-01
KWANG JIN AMERICAN, INC
32450 NORTH AVIS DRIVE
MADISON HEIGHTS MI 48071

Creditor ID: 3635-01
KWANG SUNG AMERICA INC.
3 POINTE DR. #310
BREA CA 92821

Creditor ID: 15344-01
KWANGSUNG AMERICAN CO.
625 ALEX CITY, SHOPPING CENTER RD
ALEXANDER CITY AL 35010

Creditor ID: 11297-01
KWF COLORS LLC
971 ELK KNOB LANE
HOT SPRINGS NC 28743

Creditor ID: 15345-01
KWIK TEK
12000 E. 45TH AVENUE
DENVER CO 80239

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3636-01<br>KWIK TEK INC. (OMAHA)<br>11213 EAST CIRCLE<br>OAMAHA NE 68137 | Creditor ID: 5558-01<br>KWIKPAK FISHERIES LLC<br>1016 WEST SIXTH AVENUE, SUITE 301<br>ANCHORAGE AK 99501 | Creditor ID: 10300-01<br>KWIKSET CORP<br>4021 PLEASANT ROAD<br>FORT MILL SC 29708 |
| Creditor ID: 11298-01<br>KWIKSET CORP<br>2600 N. HIGHWAY 91<br>DENISON TX 75020 | Creditor ID: 11299-01<br>KWIKSET CORP<br>1815 WEST POINTE DRIVE<br>CHARLOTTE NC 28214 | Creditor ID: 8075-01<br>KWIKSET CORPORATION<br>19701 DA VINCI<br>FOOTHILL RANCH CA 92610 |
| Creditor ID: 1298-01<br>KWO LEE INC.<br>1033 CORPORATE SQUARE DRIVE<br>SAINT LOUIS MO 63132-2928 | Creditor ID: 7241-01<br>KWONG YET LUNG CO.<br>5000 S. DECATUR BLVD.<br>LAS VEGAS NV 89118 | Creditor ID: 1299-01<br>KYANITE MINING CORPORATION<br>HIGHWAY 15 SOUTH<br>DILLWYN VA 23936 |
| Creditor ID: 3637-01<br>KYMCO USA INC.<br>#5 STAN PERKINS ROAD<br>SPARTANBURG SC 29307 | Creditor ID: 15346-01<br>KYO TRADING CO. LTD. INC.<br>3420 POMONA BLVD.<br>POMONA CA 91768 | Creditor ID: 8076-01<br>KYOCERA CHEMICAL AMERICA, INC.<br>1270 OAKMEAD PARKWAY, STE. 318<br>SUNNYVALE CA 94085 |
| Creditor ID: 15347-01<br>KYOCERA MITA AMERICA<br>5510 GETWELL RD<br>MEMPHIS TN 38118 | Creditor ID: 5559-01<br>KYOCERA MITA AMERICA INC.<br>225 SAND ROAD P.O. BOX 40008<br>FAIRFIELD NJ 07004-0008 | Creditor ID: 3639-01<br>KYOCERA MITA AMERICA INC.<br>14101 ALTON PARKWAY<br>IRVINE CA 92618-7006 |
| Creditor ID: 15348-01<br>KYOCERA MITA AMERICA, INC.<br>2825 WEST STORY ROAD<br>IRVING TX 75038-5299 | Creditor ID: 15349-01<br>KYOCERA MITA SOUTH CAROLINA INC.<br>1 MITA BLVD<br>FOUNTAIN INN SC 29644 | Creditor ID: 9613-01<br>KYODO CORPORATION USA<br>17-01 POLLITT DRIVE<br>FAIR LAWN NJ 07410 |
| Creditor ID: 11401-01<br>KYODO USA, INC.<br>1675 FEDERAL AVE., SUITE 8<br>LOS ANGELES CA 90025 | Creditor ID: 5560-01<br>KYOTO LIVE FISH SEAFOOD CORP.<br>20 WHITE BIRCH DR<br>DIX HILLS NY 11746 | Creditor ID: 17490-01<br>KYOWA HAKKO USA INC<br>85 ENTERPRISE  SUITE 430<br>ALISO VIEJO CA 92656 |
| Creditor ID: 8077-01<br>KYOWA HAKKO USA, INC.-NEW YORK OFFICE<br>600 THIRD AVENUE, 19TH FL.<br>NEW YORK NY 10016 | Creditor ID: 11402-01<br>KYSELA PERE ET FILS<br>130 WINDY HILL LN # RT.522<br>WINCHESTER VA 22602-4303 | Creditor ID: 11403-01<br>KYUNGDONG IND. CO., LTD.<br>155 PARK AVENUE<br>LYNDHURST NJ 07071 |
| Creditor ID: 12606-01<br>KYUNGSHIN LEAR LLC<br>1201 OG SKINNER DR<br>WEST POINT GA 31833 | Creditor ID: 17491-01<br>L & M COMPANIES, INC.<br>1242 AHTANUM RIDGE DRIVE<br>UNION GAP WA 98903 | Creditor ID: 17492-01<br>L & M FISHERIES<br>3330 NE 6TH TERR<br>POMPANO BEACH FL 33064 |
| Creditor ID: 1300-01<br>L & S PACKING CO INC.<br>101 CENTRAL AVE<br>FARMINGDALE NY 11735 | Creditor ID: 17493-01<br>L AND P GLOBAL SERVICES<br>5950 WEST 51ST STREET<br>CHICAGO IL 60638 | Creditor ID: 8078-01<br>L AND Y INTERNATIONAL COMPANY<br>2770 S.W. 167TH STREET<br>SEATTLE WA 98166 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8079-01<br>L L & S PURCHASING CORP<br>512 7TH AVENU<br>NEW YORK NY 10018 | Creditor ID: 3640-01<br>L P J CERAMIC TILE AND MARBLE INCORPORATED<br>1412 86TH STREET<br>BROOKLYN NY 11228 | Creditor ID: 11404-01<br>L&P GENESIS SEATING<br>3445 EAST PARIS S.E.<br>GRAND RAPIDS MI 49512 |
| Creditor ID: 11405-01<br>L&P GLOBAL SERVICES<br>205 W. WACKER DRIVE<br>CHICAGO IL 60606 | Creditor ID: 4864-01<br>L&P HANES INDUSTRIES<br>500 N. MCLIN CREEK ROAD<br>CONOVER NC 28613 | Creditor ID: 15350-01<br>L&P INC.<br>NO.1 LEGGETT ROAD<br>CARTHAGE MO 64836 |
| Creditor ID: 1301-01<br>L&P INC. DBA FOLDING GUARD COMPANY<br>5858 W. 73RD STREET<br>BEDFORD PARK IL 60638 | Creditor ID: 15351-01<br>L&P MACHINE PRODUCTS<br>1129 W. FAIRVIEW<br>CARTHAGE MO 64836 | Creditor ID: 11406-01<br>L&P OMEGA MOTION<br>241JAMIE WHITTEN BLVD.<br>SALTILLO MS 38866 |
| Creditor ID: 15453-01<br>L&P SHIPPERS ASSOCIATION, INC.<br>205 W. WACKER DRIVE<br>CHICAGO IL 60606 | Creditor ID: 5561-01<br>L&P SPONGE CUSHION<br>902 ARMSTRONG<br>MORRIS IL 60450 | Creditor ID: 1302-01<br>L&P SUPER SAGLESS<br>2071 S. GREEN STREET<br>TUPELO MS 38801 |
| Creditor ID: 18501-01<br>L&T IMPORTS & EXPORT<br>24 COKESBURY ROAD<br>LEBANON NJ 08833 | Creditor ID: 12242-01<br>L&V INTERNATIONAL INC<br>11211 RICHMOND AVE., STE B100<br>HOUSTON TX 77082 | Creditor ID: 17494-01<br>L&W GROUP INC<br>30845 HUNTWOOD AVE<br>HAYWARD CA 94544 |
| Creditor ID: 3641-01<br>L. POWELL INC.<br>8631 HAYDEN PLACE<br>CULVER CITY CA 90232-1408 | Creditor ID: 15454-01<br>L.A. DARLING COMPANY<br>302 WOOTEN LANE<br>CORNING AR 72422 | Creditor ID: 10301-01<br>L.A. FABRIC IMPORTS. INC<br>1565 RIO VISTA AVENUE<br>LOS ANGELES CA 90023 |
| Creditor ID: 17495-01<br>L.A. PICCIRILLO<br>10-12 RICEARDS ST.<br>NEWARK NJ 07105 | Creditor ID: 15455-01<br>L.A. SCRAP EXPORT, INC.<br>2225 W. COMMONWEALTH AVE. STE.116<br>ALHAMBRA CA 91803 | Creditor ID: 5562-01<br>L.B. WHITE COMPANY INC.<br>W. 6636 L.B. WHITE ROAD<br>ONALASKA WI 54650 |
| Creditor ID: 17496-01<br>L.D. TONSAGER AND SONS<br>17721 NE RIVERSIDE PARKWAY, SUITE B<br>PORTLAND OR 97230 | Creditor ID: 15456-01<br>L.F.I. INCORPORATED<br>217 RTE 46 WEST STE C-101<br>FAIRFIELD NJ 07006 | Creditor ID: 8080-01<br>L.F.S. TRAWL, INC.<br>9TH AND HARRIS BLD, 2<br>BELLINGHAM WA 98225 |
| Creditor ID: 12243-01<br>L.G.S. SPECIALTY SALES.<br>302 NEW YORK TERMINAL MARKET<br>BRONX NY 10474 | Creditor ID: 9614-01<br>L.J. ROGERS INC.<br>170 CHERRY & WEBB LANE<br>WESTPORT MA 02791 | Creditor ID: 5563-01<br>L.J. SMITH STAIR SYSTEM<br>35280 SCIO-BOWERSTON ROAD<br>BOWERSTON OH 44659 |
| Creditor ID: 12244-01<br>L.P. BROWN CO., INC<br>809 E.BODLEY ST<br>MEMPHIS TN 38109 | Creditor ID: 5564-01<br>L.V. TRADING, INC.<br>22756 N. PELTIER CT.<br>ACAMPO CA 95220 | Creditor ID: 15457-01<br>LA BODEGA MEAT & PRODUCE<br>2600 MCCREE RD.<br>GARLAND TX 75041 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1303-01<br>LA CENA FINE FOODS LTD.<br>4 ROSOL LN<br>SADDL BROOK NJ 07663 | Creditor ID: 11407-01<br>LA CORONA DI SICILIA IMPORT, INC.<br>11-24  154ST<br>WHITESTONE NY 11367 | Creditor ID: 12245-01<br>LA DARLING COMPANY<br>GONDOLA DIV.,302 WOOTEN LANE<br>CORNING AR 72422 |
| Creditor ID: 1304-01<br>LA ESPA?OLA MEAT INC.<br>25020 DOBLE AVENUE<br>HARBOR CITY CA 90710 | Creditor ID: 1305-01<br>LA FABRIC IMPORTS, INC.<br>1565 RIO VISTA AVENUE<br>LOS ANGELES CA 90023 | Creditor ID: 17497-01<br>LA FOODS<br>5115 CLARETON DR. SUITE 200<br>AGOURA HILLS CA 91301 |
| Creditor ID: 1958-01<br>LA HARDWOOD FLOORING, INC.<br>1929 HOOPER AVENUE<br>LOS ANGELES CA 90011 | Creditor ID: 3642-01<br>LA MINA DE ARTE<br>LA MINA DE ARTE AVE LEE HIGHWAY<br>FAIRFAX VA 22030 | Creditor ID: 12246-01<br>LA PLATERA USA CORP.<br>615 SOUTH DUPONT HIGHWAY<br>DOVER DE 19901 |
| Creditor ID: 15458-01<br>LA REGALE LLC<br>350 FIFTH AVE., SUITE 542<br>NEW YORK NY 10118 | Creditor ID: 17498-01<br>LA ROSA DEL MONTE<br>7675 NW 66 STREET<br>MIAMI FL 33166 | Creditor ID: 1306-01<br>LA VENDEMMIA INC<br>622 NORTH QUEENS AVENUE<br>LINDENHURST NY 11757 |
| Creditor ID: 1959-01<br>LA VILLE IMPORTS<br>115 HERRICKS ROAD<br>GARDEN CITY PARK NY 11040 | Creditor ID: 11408-01<br>LAB DESIGNS LLC<br>391 HICKORY STREET<br>MOUNT AIRY NC 27030 | Creditor ID: 11409-01<br>LABARGE, INC.<br>300 E. 40TH ST.<br>HOLLAND MI 49423 |
| Creditor ID: 11410-01<br>LABIDOT MOTORS INC<br>4854 OLD NATIONAL HIGHWAY<br>ATLANTA GA 30337 | Creditor ID: 5565-01<br>LABOUNTY MANUFACTURING<br>STATE ROAD 2<br>TWO HARBORS MN 55616 | Creditor ID: 1307-01<br>LACIE US<br>22985 EVERGREEN PARKWAY<br>HILLSBORO OR 97124 |
| Creditor ID: 5566-01<br>LACKS TRIM SYSTEMS (KENTWOOD, MI)<br>4090 BARDEN STREET<br>KENTWOOD MI 49512 | Creditor ID: 12247-01<br>LACK'S VALLEY<br>1300 SAN PATRICIA ST.<br>PHARR TX 78577 | Creditor ID: 11411-01<br>LACQUER CRAFT HOSPITALITY<br>2575 PENNY ROAD<br>HIGH POINT NC 27265 |
| Creditor ID: 12248-01<br>LACQUER CRAFT MANUFACTURING COMPANY, LTD<br>1000 COLUMBIA ROAD<br>ALBANY OH 45710 | Creditor ID: 11412-01<br>LACQUER CRAFT USA<br>115 SOUTH HAMILTON STREET<br>HIGH POINT NC 27260 | Creditor ID: 12249-01<br>LACROSSE FOOTWEAR, INC.<br>17634 NE AIRPORT WAY<br>PORTLAND OR 97230 |
| Creditor ID: 1308-01<br>LACROSSE FURNITURE CO<br>1215 OAK STREET<br>LA CROSSE KS 67548 | Creditor ID: 8081-01<br>LACROSSE SAFETY & INDUSTRIAL - DC LOCATION<br>1325 SAINT ANDREW STREET<br>LACROSSE WI 54603 | Creditor ID: 15459-01<br>LADA INTERNATIONAL<br>2162 BATH AVE<br>BROOKLYN NY 11214-5008 |
| Creditor ID: 3643-01<br>LADIA HOME, LLC<br>1900 S.BURGUNDY PLACE<br>ONTARIO CA 91761 | Creditor ID: 11413-01<br>LADY BARBARA EBOLI<br>257 COLUMBUS AVENUE<br>PORT CHESTER NY 10573 | Creditor ID: 15460-01<br>LAFFORT USA INC<br>1460 CADER LANE, SUITE C<br>PETALUMA CA 94954 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 1309-01
LAI HONG LOUNGE
1416 POWELL ST.
SAN FRANCISCO CA 94133

Creditor ID: 12607-01
LAITRAM MACHINERY, INC.
220 LAITRAM LANE
HARAHAN LA 70123

Creditor ID: 8082-01
LAKE ERIE TOBACCO
6564 ROUTE 17
KILL BUCK NY 14748

Creditor ID: 12250-01
LAKE FOREST PRODUCTS
6550 SW CHILDS ROAD
LAKE OSWEGO OR 97035

Creditor ID: 3644-01
LAKE SHORE METAL RECYCLING LLC
707 SKOKIE BLVD., SUITE 677
NORTH BROOK IL 60062

Creditor ID: 3645-01
LAKEFRONT BREWERY INC.
1872 N. COMMERCE ST.
MILWAUKEE WI 53212

Creditor ID: 3646-01
LAKELAND INDUSTRIES INC
202 PRIDE LANE SW
DECATUR AL 35603

Creditor ID: 7242-01
LAKESHORE LEARNING MATERIALS
2695 E. DOMINGUEZ STREET
CARSON CA 90810

Creditor ID: 15461-01
LAKESHORE LEARNING MATERIALS
2161 E. DOMINGUEZ ST.
CARSON CA 90810

Creditor ID: 12251-01
LAKESIDE FOOD SALES INC.
325 WEST DUNDEE ROAD
BUFFALO GROVE IL 60089

Creditor ID: 3647-01
LAKFOODS LLC
14626 CARMENITA ROAD
NORWARK CA 90650

Creditor ID: 11414-01
LAKOTA WOODS INTERNATIONAL
9735 TALL TIMBER DRIVE
CINCINNATTI OH 45241

Creditor ID: 5567-01
LALANI STEEL INC.
5150 E. LA PALMA AVE., SUITE 211
ANAHEIM CA 92807

Creditor ID: 12252-01
LALILAB, INC
1415 HAMLIN ROAD
DURHAM NC 27704

Creditor ID: 5568-01
LAM SEAFOOD MARKET
1221 SOUTH KING ST
SEATTLE WA 98144

Creditor ID: 5570-01
LAMB WESTON SALES, INC.
8701 W. GAGE BLVD.
KENNEWICK WA 99336

Creditor ID: 3648-01
LAMBERT MARBLE & TILE WORKS
700 SOUTH FOREST STREET
SEATTLE WA 98134

Creditor ID: 11415-01
LAMBERTI USA INC.
2 PEEKAY DRIVE
CLIFTON NJ 07014

Creditor ID: 1310-01
LAMBETH INVESTMENTS GROUP
8413 SUITE B MECKLENBURG CT.
KNOXVILLE TN 37923

Creditor ID: 11416-01
LAMBO DOOR INC.
1170 CENTRE DR. #K
WALNUT CA 91789

Creditor ID: 11417-01
LAMBRUSCO IMPORTS
2 PERLAMN DRIVE
SPRING VALLEY NY 10977

Creditor ID: 5571-01
LAMB-WESTON INC.
8701 W GAGE BLVD
KENNEWICK WA 99336

Creditor ID: 8083-01
LAMEX AGRIFOODS INC
80 SW 8TH STREET, SUITE 2100
MIAMI FL 33130

Creditor ID: 12253-01
LAMEX FOODS INC.
8500 NORMANDALE LAKE BLVD STE 1150
BLOOMINGTON MN 55437

Creditor ID: 8084-01
LAMEX INTERNATIONAL, INC.
3300 EDINBOUGH WAY, STE. 710
MINNEAPOLIS MN 55435

Creditor ID: 3649-01
LAMONS GASKET COMPANY
7300 AIRPORT BLVD.
HOUSTON TX 77061

Creditor ID: 3650-01
LAMPRE USA, LLC.
7005 FULTON COURT
MONTGOMERY AL 36117

Creditor ID: 18502-01
LAMPS PLUS
20250 PLUMMER STREET
CHATSWORTH CA 91311

Creditor ID: 8085-01
LANCA SALES INC
1235 CENTRAL AVENUE
HILLSIDE NJ 07205

Creditor ID: 5572-01
LANCASTER LEAF
198 WEST LIBERTY STREET
LANCASTER PA 17603

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 3651-01
LANCASTER LEAF TOBACCO CO. OF PA, INC
850 NORTH WATER ST.
LANCASTER PA 17603

Creditor ID: 11419-01
LANCASTER LEAF TOBACCO CO. OF PA, INC
209 PITNEY ROAD
LANCASTER PA 17601

Creditor ID: 3652-01
LANCASTER LEAF TOBACCO CO. OF PA, INC.
207 PITNEY ROAD
LANCASTER PA 17601

Creditor ID: 1311-01
LANCE LARKIN LLC
2730 NW FRONT
PORTLAND OR 97210

Creditor ID: 1960-01
LANCE PRODUCTS INC.
48 LONG POINT DRIVE
BRICK NJ 08723

Creditor ID: 17500-01
LAND O LAKES
P O BOX 64089
ST PAUL MN 55164

Creditor ID: 8086-01
LAND O' LAKES PURINA FEED LLC
13231 S.E. 36TH ST. SUITE 130
BELLEUVE WA 98006

Creditor ID: 3653-01
LANDE USA CORP
605 LINCOLN ROAD, SUITE 430B
MIAMI FL 33139

Creditor ID: 11420-01
LANDIA HOME, LLC
1900 S. BURGUNDY PLACE
ONTARIO CA 91761

Creditor ID: 5573-01
LANDMANN WIRE ROPE PRODUCTS INC.
1818 GILBRETH RD., # 148
BURLINGAME CA 94010

Creditor ID: 5574-01
LANDMARK NATIVE SEED
522 W. RIVERSIDE, SUITE 430
SPOKANE WA 99201

Creditor ID: 5575-01
LANDMARK SEED COMPANY
P O BOX 3417
ALBANY OR 97321

Creditor ID: 12254-01
LANDS END INC
5 LAND'S END LANE
DODGEVILLE WI 53595

Creditor ID: 3654-01
LANDS' END INC
2 LAND'S END LANE
DODGEVILLE WI 53595

Creditor ID: 15462-01
LANDS' END, INC.
1701 LANDS END DRIVE
REEDSBURG WI 53959

Creditor ID: 3655-01
LANDSTAR CANADIAN SOLAR(USA) INC.
12657 ALCOSTA BLVD., STE.140
SAN RAMON CA 94583

Creditor ID: 5576-01
LANE FURNITURE INDUSTRIES, INC.
5380 HWY 145 SOUTH
TUPELO MS 38802

Creditor ID: 17501-01
LANE TONE INTERNATIONAL MATERIAL INC.
650 W.DURATE RD
ARCADIA CA 91007

Creditor ID: 5577-01
LANE VENTURE
205 WORKMAN STREET
CONOVER NC 28613

Creditor ID: 3656-01
LANETON CALIFORNIA INC.
3656 ENTERPRISE AVE.
HAYWARD CA 94545-3206

Creditor ID: 12608-01
LANEVENTURE
205 WORKMAN STREET SW
DIV OF LANE FURNITURE
INDUSTRIES INC
CONOVER NC 28613

Creditor ID: 6076-01
LANGDON SHIVERICK INC
1336 1/2 MOHAWK ST
LOS ANGELES CA 90026

Creditor ID: 3657-01
LANGER JUICE CO INC
16195 STEPHENS STREET
CITY OF INDUSTRY CA 91745

Creditor ID: 12255-01
LANIER CLOTHES
222 PIEDMONT AVENUE, NE
ATLANTA GA 30308

Creditor ID: 8087-01
LANIER WORLDWIDE
4667 N. ROYAL ATLANTA DR.
TUCKER GA 30084

Creditor ID: 1312-01
LANSING TRADE GROUP, LLC
10975 BENSON DRIVE, SUITE 400
OVERLAND PARK KS 66210

Creditor ID: 15463-01
LANXESS BUNA LLC
111 RIDC PARK WEST
PITTSBURGH PA 15275-1112

Creditor ID: 6077-01
LANXESS CORP
989 HOME AVE
AKRON OH 44310-4107

Creditor ID: 17502-01
LANXESS CORP
111 RIDC PARK WEST
PITTSBURGH PA 15275-1112

Creditor ID: 8088-01
LANXESS CORPORATION
3524 BUSINESS CENTER DRIVE
CHESAPEAKE VA 23323

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15464-01
LANXESS SYBRON CHEMICALS INC.
200 BIRMINGHAM ROAD  P.O BOX 66
BIRMINGHAM NJ 08011

Creditor ID: 19085-97
LANYARD LLC
C/O KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
TRACY L KLESTADT
200 W 41ST ST, 17TH FL
NEW YORK NY 10036-7203

Creditor ID: 19086-97
LANYARD LLC
C/O CLYDE & CO US LLP
GEORGE CORNELL, JOHN KEOUGH &
JOSEPH WALSH, ESQS
405 LEXINGTON AVE, 16TH FL
NEW YORK NY 10174

Creditor ID: 3658-01
LANZA PRODUCTS INC.
1857 SABRE ST
HAYWARD CA 94545

Creditor ID: 8089-01
LAPP INSULATORS COMPANY
130 GILBERT STREET
LE ROY NY 14482

Creditor ID: 7243-01
LASELEC INC.
2605 N. FORUM DRIVE
GRAND PRAIRIE TX 75052

Creditor ID: 18747-01
LASH TAMARON DISTRIBUTORS
DIVISION OF TOYS "R" US.
ONE GEOFFREY WAY
WAYNE NJ 07470

Creditor ID: 12256-01
LASH TAMARON DISTRIBUTORS,
DIVISION OF TOYS "R" US
2695 PLAINFIELD ROAD
JOLIET IL 60435

Creditor ID: 11421-01
LASH TAMARON DIVISION OF TOYS*R*US
703 BARTLEY-CHESTER RD
FLANDERS NJ 07836

Creditor ID: 12257-01
LASKO PRODUCTS, INC.
820 LINCOLN AVE
WEST CHESTER PA 19380

Creditor ID: 1313-01
LASKO PRODUCTS,INC
300 CONFEDERATE DR.
FRANKLIN TN 37065

Creditor ID: 15465-01
LASSITER FAMILY FARM, LLC
1822 LASKER ROAD
CONWAY NC 27820

Creditor ID: 19087-97
LATANYA COUNTER DEBORAH GREEN,
LEONA COUNTER-YOUNG, MONESHA ABRAMS &
CLOVIJEAN GOOD
C/O JEFFREY B LANDA
1202 S 24TH AVE
FARGO ND 58103

Creditor ID: 11422-01
LATIN AMERICAN DISTRIBUTORS, INC
425 DIVISION ST.
PERTH AMBOY NJ 08861

Creditor ID: 17503-01
LATIN BRANDS CORPORATION
580 PORT CARTERET DRIVE
CARTERET NJ 07008

Creditor ID: 1314-01
LATINA, INC.
230 CANNON BLVD.
STATEN ISLAND NY 10306

Creditor ID: 12258-01
LATIQUE HANDBAGS AND ACCESSORIES
10 WEST 33RD STREET, SUITE 210
MANHATTAN NY 10001

Creditor ID: 8090-01
LATITUDE INTERNATIONAL INC
32725 2ND AVE SW
FEDERAL WAY WA 98023

Creditor ID: 11423-01
LATITUDE WINES
3000 DANVILLE BLVD., #521
ALAMO CA 94507

Creditor ID: 1315-01
LATTERIA SORESINA USA INC.
35 MEADOW STREET #306
BROOKLYN NY 11206

Creditor ID: 12259-01
LAUFEN INTERNATIONAL
4244 MT.PLEASANT ST. NW. SUITE 100
NORTH CANTON OH 44720

Creditor ID: 8091-01
LAUFEN INTERNATIONAL, INC
11190 NW 25TH STREET SUITE 100
MIAMI FL 33172

Creditor ID: 15466-01
LAUREL HOUSE DESIGNS
108 PRALEY STREET SW
VALDESE NC 28690

Creditor ID: 8092-01
LAUREL INTERNATIONAL CORPORATION
25019 SE 41ST DRIVE
ISSAQUAH WA 98029

Creditor ID: 8093-01
LAURIE CALLAHAN ENDSLEY
910 PARK AVE
NEW YORK NY 10075

Creditor ID: 1316-01
LAVAZZA PREMIUM COFFEES C.C
3 PARK AVE 35TH FLOOR
NEW YORK NY 10016

Creditor ID: 3659-01
LAW TANNING CO. LLC
1616 WEST PIERCE STREET
MILWAUKEE WI 53204

Creditor ID: 4865-01
LAWLER MANUFACTURING CO.,INC.
407 ENGLAND ROAD
LINCOLN AL 35096

Creditor ID: 11424-01
LAWRENCE PUMPS INC
371 MARKET STREET
LAWRENCE MA 08143

Creditor ID: 8094-01
LAWRENCE STREET SEAFOOD
3101 S. LAWRENCE ST
PHILADELPHIA PA 19148

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6078-01<br>LAWRENCE WHOLESALE<br>4353 EXHANGE AVENUE<br>VERNON CA 90058 | Creditor ID: 11425-01<br>LAWRENCE WHOLESALE<br>16639 GALE AVENUE<br>CITY OF INDUSTRY CA 91745-1802 | Creditor ID: 11426-01<br>LAYTON HOME FASHIONS, INC. DBA NEWPORT<br>8515 N COLUMBIA BLVD<br>PORTLAND OR 97203 |
| Creditor ID: 8095-01<br>LA-Z-BOY<br>200 MANUFACTURER'S RD<br>DAYTON TN 37321 | Creditor ID: 1317-01<br>LA-Z-BOY, INC.<br>1284 N. TELEGRAPH ROAD<br>MONROE MI 48162 | Creditor ID: 6079-01<br>LAZER MARBLE<br>1053 DAHILL ROAD<br>BROOKLYN NY 11204 |
| Creditor ID: 11427-01<br>LAZZARONI USA. CORP.<br>299 MARKET STREET SUITE 160<br>SADDLE BROOK NJ 07663 | Creditor ID: 11428-01<br>LB FURNRITURE INDUSTRIES, LLC<br>99 SOUTH 3RD STREET<br>HUDSON NY 12534 | Creditor ID: 3660-01<br>LC & K INVESTMENT LLC<br>580 CALIFORNIA STREET STE 1330<br>SAN FRANCISCO CA 94104 |
| Creditor ID: 8096-01<br>LCP INTERNATIONAL, INC.<br>1379 COMMONWEALTH AVE APT 1<br>ALLSTON MA 02134 | Creditor ID: 8097-01<br>LD COMMODITIES DAIRY MERCHANDISING LLC<br>7255 GOODLETT FARMS PKWY<br>CORDOVA TN 38016 | Creditor ID: 12260-01<br>LDK SOLAR TECH USA, INC.<br>1290 OAKMEAD PARKWAY, SUITE 306<br>SUNNYVALE CA 94085 |
| Creditor ID: 4866-01<br>LE CHATEAU<br>555 LOWER POPLAR ST.<br>MACON GA 31201 | Creditor ID: 8098-01<br>LE SOUK CERAMIQUE<br>7593 JEWETT ROAD<br>CLINTON WA 98236 | Creditor ID: 15467-01<br>LEA NORTH AMERICA<br>800 CLANTON ROAD<br>CHARLOTTE NC 28217 |
| Creditor ID: 3661-01<br>LEACHENG INTERNATIONAL<br>135 WEST 36TH STREET, 12TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 12261-01<br>LEAD USA GLOBAL INGREDIENTS, INC.<br>745 E. GARVEY AVE #202<br>MONTEREY PARK CA 91755 | Creditor ID: 10302-01<br>LEADER CREEK FISHERIES INC<br>122 NORTH 84TH<br>SEATTLE WA 98103 |
| Creditor ID: 11429-01<br>LEADER MUTUAL FREIGHT SYSTEM (DALLAS) INC.<br>1144 N. PLANO ROAD, SUITE 107<br>RICHARDSON TX 75081 | Creditor ID: 12262-01<br>LEAR CORP (MI)<br>21557 TELEGRAPH RD<br>SOUTHFIELD MI 48034-6817 | Creditor ID: 1318-01<br>LEARJET<br>1 LEARJET WAY<br>WICHITA KS 67277 |
| Creditor ID: 17504-01<br>LEARNING CURVE INT'L INC.<br>314 WEST SUPERIOR ST 6TH FL<br>CHICAGO IL 60610-3538 | Creditor ID: 17505-01<br>LEATHER ITALIA USA<br>2118 MERCANTILE DR<br>LELAND NC 28451-4103 | Creditor ID: 11430-01<br>LEATHERMAN TOOL GROUP, INC.<br>12106 NE AINSWORTH CIRCLE<br>PORTLAND OR 97220 |
| Creditor ID: 11431-01<br>LEBERMUTH CO.<br>14000 MCKINLEY HIGHWAY<br>MISHAWAKA IN 46545 | Creditor ID: 15468-01<br>LECTORUM PUBLICATIONS INC.<br>205 CHUBB AVENUE<br>LYNDHURST NJ 07071 | Creditor ID: 11432-01<br>LEE & JAMESON LTD.<br>8741 POINTE ROAD NORTH<br>BLAINE WA 98230 |
| Creditor ID: 15469-01<br>LEE BROS. FOODSERVICE, INC.<br>660 E. GISH ROAD<br>SAN JOSE CA 95112 | Creditor ID: 7343-01<br>LEE COMPANY<br>137 EUCALYPTUS DRIVE<br>EL SEGUNDO CA 90245 | Creditor ID: 8099-01<br>LEE FURNITURE L.P.<br>14281 WELCH ROAD<br>FARMERS BRANCH<br>DALLAS TX 75244 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1319-01<br>LEE HARDEMAN CUSTOMS BROKERS INC<br>5673 OLD DIXIE HIGHWAY STE 155<br>FOREST PARK GA 30297 | Creditor ID: 11433-01<br>LEE KUM KEE (USA) FOODS, INC<br>14841 DON JULIAN ROAD<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 12263-01<br>LEE SHU AMERICAN CORP.<br>80-10 51 AVENUE<br>ELMHURST NY 11373 |
| Creditor ID: 12264-01<br>LEE STAR TRADING<br>38 WILLIE STREET<br>LOWELL MA 01854 | Creditor ID: 17506-01<br>LEE YOON JAI<br>574 STEWART ST.<br>RIDGEFIELD NJ 07657 | Creditor ID: 1320-01<br>LEEK FAMILY PROPERTIES<br>2210 HARRISON AVENUE<br>ROCKFORD IL 61104 |
| Creditor ID: 1321-01<br>LEE'S SCRAP METAL INC.<br>29 PLAINS GAP ROAD<br>NORTH BRUNSWICK NJ 08902 | Creditor ID: 12265-01<br>LEFROY BROOKS<br>1828 TROUTMAN STREET<br>RIDGEWOOD NY 11385 | Creditor ID: 1322-01<br>LEGACY CLASSIC FURNITURE<br>2575 PENNY ROAD<br>HIGH POINT NC 27265 |
| Creditor ID: 11434-01<br>LEGACY CLASSIC FURNITURE<br>6530 JUDGE ADAMS RD.<br>WHITSETT NC 27377 | Creditor ID: 3662-01<br>LEGACY INTERNATIONAL<br>360 FRANKLIN TURNPIKE<br>MAHWAH NJ 07430 | Creditor ID: 15470-01<br>LEGACY TRADING<br>5452 176TH PLACE SE<br>BELLEVUE WA 98806 |
| Creditor ID: 11537-01<br>LEGACY WINDOW COVERINGS,LLC<br>1145 WEST GARY AVENUE<br>GILBERT AZ 85233 | Creditor ID: 17507-01<br>LEGEND INTERNATIONAL INC.<br>2145 N TYLER AVE,  SOUTH BL<br>MONTE CA 91776 | Creditor ID: 8100-01<br>LEGENDS FURNITURE<br>10300 W. BUCKEYE ROAD<br>TOLLESON AZ 85353 |
| Creditor ID: 17508-01<br>LEGGETT & PLATT<br>5950 WEST 51ST STREET<br>CHICAGO IL 60638 | Creditor ID: 10303-01<br>LEGGETT & PLATT<br>309 NORTH MCGREGOR<br>CARTHAGE MO 64836 | Creditor ID: 17509-01<br>LEGGETT & PLATT (CARTHAGE, MO)<br>NO. 1 LEGGETT ROAD<br>CARTHAGE MO 64836 |
| Creditor ID: 1323-01<br>LEGGETT & PLATT AUTOMOTIVE GROUP - JUAREZ<br>12273 GATEWAY BLVD W<br>EL PASO TX 79936 | Creditor ID: 12609-01<br>LEGGETT & PLATT GLOBAL SERVICES<br>205 W. WACKER DRIVE<br>CHICAGO IL 60606 | Creditor ID: 6080-01<br>LEGGETT & PLATT INCORPORATED<br>12252 WHITTIER BLVD.<br>WHITTIER CA 90602 |
| Creditor ID: 11538-01<br>LEGGETT & PLATT MACHINE PRODUCTS BR#0079<br>1129 WEST FAIRVIEW<br>CARTHAGE MO 64836 | Creditor ID: 8101-01<br>LEGGETT & PLATT, INC<br>400 DAVIDSON ST.<br>NASHVILLE TN 37213 | Creditor ID: 1324-01<br>LEGGETT AND PLATT<br>5070 PHILLIP LEE DRIVE<br>ATLANTA GA 30336 |
| Creditor ID: 3663-01<br>LEGGETT AND PLATT  GLOBAL SERVICES<br>5950 W. 51ST STREET<br>CHICAGO IL 60639 | Creditor ID: 17510-01<br>LEH TA ENTERPRISES INC.<br>14 FOREST HILL DRIVE<br>SPARTA NJ 07871 | Creditor ID: 1325-01<br>LEHIGH CEMENT CO<br>1400 URBAN CENTER DRIVE SUITE 200<br>BIRMINGHAM AL 35242 |
| Creditor ID: 8102-01<br>LEHIGH CEMENT COMPANY - MASON CITY PLANT<br>700-25TH STREET NW<br>MASON CITY IA 50401 | Creditor ID: 11539-01<br>LEHIGH CEMENT COMPANY LLC<br>537 EVANSVILLE RD<br>FLEETWOOD PA 19522 | Creditor ID: 17511-01<br>LEHIGH CEMENT COMPANY LLC<br>313 WARREN STREET<br>GLENS FALLS NY 12801 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8103-01
LEHIGH CEMENT COMPANY LLC, LEEDS
8401 SECOND AVE
LEEDS AL 35094

Creditor ID: 11540-01
LEHIGH CONSUMER PRODUCCTS CORP
675 WEST MANVILLE ST.
COMPTON CA 90220

Creditor ID: 3664-01
LEHIGH CONSUMER PRODUCTS CORPORATION
1140 MONTICELLO ROAD
MADISON GA 30650

Creditor ID: 17512-01
LEHIGH CONSUMER PRODUCTS CORPORATION
2834 SCHOENECK RD
MACUNGIE PA 18062

Creditor ID: 12267-01
LEHIGH GROUP
675 WEST MANVILLE STREET
COMPTON CA 90220

Creditor ID: 6081-01
LEHTA AWIN INTERNATIONAL LCC
14 FOREST HILL DRIVE
SPARTA NJ 07871

Creditor ID: 9615-01
LEIGER ENTERPRISE LLC
15117 31ST DR SW
MILL CREEK WA 98012

Creditor ID: 3665-01
LEIGH FIBERS, INC.
1101 SYPHRIT ROAD
WELLFORD SC 29385

Creditor ID: 1326-01
LEINBACH MACHINERY CO INC
5000 REYNOLDA P.O. BOX 11786
WINSTON SALEM NC 27116

Creditor ID: 15471-01
LEINBACHS INC.
100 NORTHSTAR DRIVE
RURAL HALL NC 27045

Creditor ID: 15472-01
LEISURE BAY DISTRIBUTING
3033 MERCY DR STE A
ORLANDO FL 32808

Creditor ID: 11541-01
LEISURE CONCEPTS INC.
5342 N. FLORIDA STREET
SPOKANE WA 99217

Creditor ID: 15473-01
LEISURE MERCHANDISING CORPORATION
96 NORTHFIELD AVENUE
EDISON NJ 08837

Creditor ID: 6082-01
LEISURE PROPERTIES, LLC D/B/A CROWNLINE BOATS
11884 COUNTRY CLUB ROAD
WEST FRANKFORT IL 62896-5064

Creditor ID: 8104-01
LEISURE TIME MARKETING, INC
18242 ENTERPRISE LANE
HUNTINGTON BEACH CA 92648-1217

Creditor ID: 11542-01
LEISURE TIME MARKETING, INC.
224 MAIN STREET
STALEY NC 27355

Creditor ID: 12268-01
LEMKEN USA, INC.
1920 QUEENSBURY STREET
WEST FARGO ND 58078

Creditor ID: 1327-01
LEN BUSHES ROSES INC
4045 HIGHWAY 101
PLYMOUTH MN 55446

Creditor ID: 12269-01
LENNOX INDUSTRIES, INC.
200 S. 12TH AVENUE
MARSHALLTOWN IA 50158

Creditor ID: 7937-01
LENOX
6719 W. COUNTY 350 NORTH
GREENFIELD IN 46140

Creditor ID: 1961-01
LENOX CORPORATION
1414 RADCLIFFE ST BRISTOL, PA 19007
BRISTOL PA 19007

Creditor ID: 7938-01
LENOX DIVISION OF IRWIN INDUSTRIAL TOOL CO
301 CHESTNUT STREET
EAST LONGMEADOW MA 01028

Creditor ID: 7939-01
LENTZ MILLING  COMPANY
2045 N. 11TH STREET
READING PA 19612

Creditor ID: 15474-01
LENZING FIBERS
12950 HIGHWAY 43 NORTH
AXIS AL 36505

Creditor ID: 3666-01
LEO BERBEE BULB COMPANY, INC.
18443 OHIO 4
MARYSVILLE OH 43040

Creditor ID: 11543-01
LEO INTERNATIONAL INC
471 SUTTER AVENUE
BROOKLYN NY 11207

Creditor ID: 7940-01
LEOLA METAL FABRACATING LLC
22 SCHOOL RD
LEOLA PA 17540

Creditor ID: 6083-01
LEONARD GREEN & PARTNERS, L.P.
11111 SANTA MONICA BLVD STE 2000
LOS ANGELES CA 90025

Creditor ID: 6084-01
LEONARD KREUSCH INC.
200 LE GRANDE AVE.
NORTHVALE NJ 07647

Creditor ID: 7941-01
LEONE PIZZINI & SON INC
810 PENN GREEN ROAD
LANDENBERG PA 19350

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12270-01<br>LEONEL INTERNATIONAL TILE CORP.<br>235 21ST ST<br>HIALEAH FL 33010 | Creditor ID: 1328-01<br>LEONS FURNITURE LTD.<br>303 RIVERVIEW PARKWAY<br>ATLANTA GA 30338 | Creditor ID: 1329-01<br>LEOSCO COLLECTION, INC.<br>1061 TRIAD CT. SUITE 4<br>MARIETTA GA 30062 |
| Creditor ID: 12271-01<br>LEPRINO FOODS DAIRY PRODUCTS COMPANY<br>1830 WEST 38TH AVENUE<br>DENVER CO 80217 | Creditor ID: 4867-01<br>LEROY SMITH INC<br>3029 OLD DIXIE HIGHWAY<br>VERO BEACH FL 32967 | Creditor ID: 11544-01<br>LEROY SOMER<br>5109  TANYA AVE. SUITE P<br>REC DOCKS 18-20<br>MCALLEN TX 78503 |
| Creditor ID: 17514-01<br>LEROY SOMER NORTH AMERICA<br>5109 TANYA AVE STE.C BLDG B<br>RECEIVING DOCK 25-29<br>MCALLEN TX 78503 | Creditor ID: 17513-01<br>LEROY SOMER NORTH AMERICA<br>98 MICHAEL B DRIVE<br>LEXINGTON TN 38351 | Creditor ID: 1330-01<br>LEROY-SOMER NORTH AMERICA DIVISION<br>5109 TANYA AVENUE, SUITE P,<br>REC DOCS 18-20<br>MCALLEN TX 78503 |
| Creditor ID: 12610-01<br>LEROY-SOMER NORTH AMERICA DIVISION<br>6940 ENGLE RD - STE C<br>MIDDLEBURG HEIGHTS OH 44130 | Creditor ID: 17515-01<br>LES ALIMENTS MIDLON FOODS INC<br>6100 COTE DE LIESSE SUITE 225<br>ST LAURENT QC H4T 1E3<br>CANADA | Creditor ID: 12272-01<br>LES SCHWAB DISTRIBUTION CENTER<br>2888 SOUTH GEORGE MILLICAN RD.<br>PRINEVILLE OR 97754 |
| Creditor ID: 6085-01<br>LES SCHWAB PRODUCTION CENTER<br>717 NW MADRAS HWY<br>PRINEVILLE OR 97754 | Creditor ID: 7942-01<br>LESLIE?S POOLMART, INC.<br>2005 E INDIAN SCHOOL ROAD<br>PHOENIX AZ 85016 | Creditor ID: 1331-01<br>L'ESPRESSO<br>7 A STREET<br>BELMONT MA 02478 |
| Creditor ID: 1332-01<br>LETTIERI & CO. LTD<br>120 PARK LANE<br>BRISBANE CA 94005 | Creditor ID: 11545-01<br>LEVANTINA USA, INC.<br>2711 LBJ FWY., STE.750<br>DALLAS TX 75234 | Creditor ID: 3667-01<br>LEVELS ENERGY CORP<br>123 EAST 37TH STREET SUITE 5E<br>NEW YORK NY 10013 |
| Creditor ID: 1333-01<br>LEVERAGE LOGISTICS/DELTA ( HEWLETT PACKARD)<br>1501 PAGE MILL RD<br>PALO ALTO CA 94304-1100 | Creditor ID: 3668-01<br>LEVIATHAN CORPORATION<br>66 WATER STREET, OFFICE 3B<br>BROOKLYN NY 11201 | Creditor ID: 1334-01<br>LEVITZ FURNITURE CORP.<br>233 BROADWAY; 23RD FLOOR<br>NEW YORK NY 10279 |
| Creditor ID: 6086-01<br>LEVOLOR HOME FASHIONS<br>THREE GLENLAKE<br>ATLANTA GA 30328 | Creditor ID: 1335-01<br>LEVOLOR KIRSCH WINDOW FASHIONS<br>4475 SOUTH FULTON PKWY BLDG 5<br>UNION CITY GA 30349 | Creditor ID: 3669-01<br>LEVOLOR KIRSCH WINDOW FASHIONS<br>THREE GLENLAKE<br>ATLANTA GA 30328 |
| Creditor ID: 15475-01<br>LEVOLOR KIRSCH WINDOW FASHIONS<br>1330 W. 3300 SOUTH<br>OGDEN UT 84404 | Creditor ID: 17261-01<br>LEVOLOR KIRSCH WINDOW FASHIONS<br>1750 S. LINCOLN DRIVE<br>FREEPORT IL 61032 | Creditor ID: 11546-01<br>LEVOLOR KIRSCH WINDOW FASHIONS<br>4110 PREMIER DRIVE<br>HIGH POINT NC 27265 |
| Creditor ID: 6087-01<br>LEWIS  MITTMAN INC.<br>697 SOUTHWEST STREET<br>HIGHT POINT NC 27260 | Creditor ID: 1336-01<br>LEWIS PRODUCE MARKET<br>1600 N. LEWIS AVE.<br>WAUKEGAN IL 60085 | Creditor ID: 10304-01<br>LEWIS SEED CO.<br>31810 FAYETTEVILLE DRIVE<br>SHEDD OR 97377 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3670-01<br>LEWIS TRADING CORP<br>PO BOX 3960 COURTER AVE<br>MAPLEWOOD NJ 07040 | Creditor ID: 7943-01<br>LEWIS TRADING CORP.<br>60 COURTER AVE PO BOX 39<br>MAPLEWOOD NJ 07080 | Creditor ID: 3671-01<br>LEXINGTON CAPITAL HOLDINGS INC<br>405 WALTHAM ST., SUITE 327<br>LEXINGTON MA 02421 |
| Creditor ID: 11547-01<br>LEXINGTON CAPITAL HOLDINGS INC<br>C/O KING KOIL NE<br>24 THOMPSON RD<br>EAST WINDSOR CT 06088 | Creditor ID: 6088-01<br>LEXINGTON FURNITURE<br>PO BOX 1008<br>LEXINGTON NC 27293 | Creditor ID: 17516-01<br>LEXINGTON FURNITURE INDUSTRIES<br>PLANT #11 101 BALLEY ST<br>MOCKSVILLE NC 27028 |
| Creditor ID: 12273-01<br>LEXINGTON FURNITURE INDUSTRIES<br>1300 NATIONAL HWY<br>THOMASVILLE NC 27360 | Creditor ID: 17517-01<br>LEXINGTON FURNITURE INDUSTRIES INC.<br>PLANT#6-IMPORT<br>1893 BROWN STREET<br>LEXINGTON NC 27292 | Creditor ID: 17518-01<br>LEXINGTON HOME BRANDS<br>1300 NATIONAL HWY<br>THOMASVILLE NC 27360 |
| Creditor ID: 7944-01<br>LEXINGTON MANUFACTURING INC.<br>101 13TH STREET SE<br>BRAINERD MN 56401 | Creditor ID: 17617-01<br>LEXMARK INTERNATIONAL INC.<br>6600 GRADE LANE<br>LOUISVILLE KY 40213 | Creditor ID: 3672-01<br>LEXMARK INTERNATIONAL INC.<br>FOREIGN TRADE ZONE 29D BLDG 046<br>740 W. NEW CIRCLE RD.<br>LEXINGTON KY 40550 |
| Creditor ID: 3673-01<br>LF ACCESSORIES GROUP LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 7945-01<br>LF BEAUTY, LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9616-01<br>LF DISTRIBUTION HOLDINGS INC.<br>1359 BROADWAY, 18TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 3674-01<br>LF ENTERPRISES LLC<br>13155 NOEL ROAD #900<br>DALLAS TX 75240 | Creditor ID: 6089-01<br>LF LOGISTICS<br>230-19 INTERNATIONAL AIRPORT<br>CENTER BLVD. SUITE 250<br>JAMAICA NY 11413-4108 | Creditor ID: 11548-01<br>LF MEN'S GROUP LLC<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 15476-01<br>LF MEN'S GROUP LLC<br>350 5TH. AVENUE - 9TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 12771-01<br>LF MEN'S GROUP LLC ELY & WALKER<br>208 HARTMANN DRIVE<br>LEBANON TN 37087 | Creditor ID: 7946-01<br>LF NATIONAL BRANDS GROUP LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 17618-01<br>LF SOURCING (MILLWORK) LLC<br>1359 BROADWAY - 18TH FLOOR,<br>NEW YORK NY 10018 | Creditor ID: 7947-01<br>LF SPYDER USA LLC<br>350 5TH AVENUE - 9TH FLOOR<br>NEW YORK NY 10118 | Creditor ID: 6090-01<br>LF USA, INC.<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 17619-01<br>LG CHEM INDUSTRIAL MATERIALS INC.<br>310 LG DRIVE, SE<br>ADAIRSVILLE GA 30103 | Creditor ID: 15478-01<br>LG CHEM MICHIGAN INC.<br>875 48TH STREET<br>HOLLAND MI 49423 | Creditor ID: 1337-01<br>LG CHEMICAL AMERICA<br>920 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632 |
| Creditor ID: 17620-01<br>LG ELECTRONIC<br>1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS NJ 07632 | Creditor ID: 4868-01<br>LG ELECTRONICS MIAMI OFFICE<br>8350 NW 52 TERR. #102<br>DORAL FL 33166 | Creditor ID: 6091-01<br>LG ELECTRONICS U.S.A. INC.<br>2000 MILLBROOK DRIVE<br>LINCOLNSHIRE IL 60069 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7948-01<br>LG HAUSYS AMERICA INC<br>900 CIRCLE 75 PARKWAY, SUITE 1500<br>ATLANTA GA 30339 | Creditor ID: 10305-01<br>LG INTERNATIONAL (AMERICA) INC.<br>17777 CENTER COURT DRIVE #600<br>CERRITOS CA 90703 | Creditor ID: 12772-01<br>LG INTERNATIONAL (AMERICA),INC.<br>1000 SYLCAN AVE<br>ENGLEWOOD NJ 07632 |
| Creditor ID: 11550-01<br>LG SOLID SOURCES LLC. PREMIUM<br>8009 WEST OLIVE AVE.<br>PEORIA AZ 85345 | Creditor ID: 1338-01<br>LG SOURCING (LOWES COMPANIES, INC.)<br>1605 CURTIS BRIDGE ROAD<br>WILKESBORO NC 28697 | Creditor ID: 17621-01<br>LGH III LLC.<br>1385 BROADWAY 16TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 3675-01<br>LH MOUNTAIN CORPORATION<br>952 N, CALMGROVE AVE.<br>COVINA CA 91724 | Creditor ID: 11551-01<br>LHOIST NORTH AMERICA, EASTERN DIVISION<br>10583 HIGHWAY 70E<br>CRAB ORCHARD TN 37723 | Creditor ID: 17622-01<br>LI POTTER INTERNATIONAL<br>56 LORRAINE ROAD<br>MANCHESTER CT 06040 |
| Creditor ID: 15480-01<br>LIAHONA MISSION MOUNTAIN BICYCLES<br>7941 SAMPLE COVE<br>SANDY UT 84093 | Creditor ID: 1339-01<br>LIAM IMPORTING, LLC<br>88 WEBER FARM ROAD<br>NORWICH CT 06360 | Creditor ID: 1340-01<br>LIBERTY BUSINESS<br>3230 EAST MAIN<br>SPOKANE WA 99202 |
| Creditor ID: 15481-01<br>LIBERTY DISTRIBUTORS INC<br>54-30 MYRTLE AVE<br>RIDGEWOOD NY 11385 | Creditor ID: 3676-01<br>LIBERTY FOODS TRADING COMPANY,LLC<br>631 N. CLUFF AVE<br>DBA PACIFIC COAST PRODUCERS<br>LODI CA 95241 | Creditor ID: 3677-01<br>LIBERTY GARDEN PRODUCTS<br>1161 SOUTH PARK DRIVE<br>KERNERSVILLE NC 27284 |
| Creditor ID: 10306-01<br>LIBERTY GLASS FABRICATIONS<br>1644 N. MAPLE STREET<br>CORONA CA 92880 | Creditor ID: 11552-01<br>LIBERTY GLOVE & SAFETY CO.<br>433 CHERYL LANE<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 3678-01<br>LIBERTY GOLD FRUIT CO., INC.<br>500 ECCLES AVENUE<br>SOUTH SAN FRANCISCO CA 94080 |
| Creditor ID: 11553-01<br>LIBERTY HARDWARE MANUFACTUING CORPORATION<br>19270 S. WESTERN AVENUE<br>TORRANCE CA 90501 | Creditor ID: 11554-01<br>LIBERTY HARDWARE MANUFACTURING CORPORATION<br>140 BUSINESS PARK DRIVE<br>WINSTON SALEM NC 27107 | Creditor ID: 3679-01<br>LIBERTY HARDWARE MANUFACTURING CORPORATION<br>5555 JURUPA STREET<br>ONTARIO CA 91761 |
| Creditor ID: 7949-01<br>LIBERTY IMPORT CORP<br>42-63 HUNTER ST<br>LONG ISLAND CITY NY 11101 | Creditor ID: 3680-01<br>LIBERTY IMPORTS INC<br>PO BOX 458<br>AVON CT 06001 | Creditor ID: 15482-01<br>LIBERTY IMPORTS USA INC<br>1124 N SHERMAN STREET, SUITE 201<br>ALLENTOWN PA 18109 |
| Creditor ID: 12611-01<br>LIBERTY NATURAL PRODUCTS, INC<br>20949 SOUTH HARRIS ROAD<br>OREGON CITY OR 97045 | Creditor ID: 6092-01<br>LIBERTY PACKING COMPANY LLC.<br>12045 SOUTH INGOMAR GRADE ROAD,<br>LOS BANOD CA 93635 | Creditor ID: 11555-01<br>LIBERTY PROCUREMENT CO INC<br>64 LEONA DRIVE<br>MIDDLEBORO MA 02346 |
| Creditor ID: 7950-01<br>LIBERTY PROCUREMENT CO. INC.<br>650 LIBERTY AVE<br>UNION NJ 07083 | Creditor ID: 1341-01<br>LIBERTY RICHTER<br>400 LYSTER AVENUE<br>SADDLE BROOK NJ 07663 | Creditor ID: 7951-01<br>LIBERTY SAFE & SECURITY<br>1199 WEST UTAH AVE.,<br>PAYSON UT 84651 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 11556-01
LIBERTY SAFE & SECURITY PRODUCTS, INC
4000 EAST HIGHWAY 6
SPANISH FORK UT 84660

Creditor ID: 7952-01
LIBERTY SEAFOOD
100 WITMER ROAD
HORSHAM PA 19044

Creditor ID: 17623-01
LIBERTY TECH COMPUTER WORLD INC.
3825 MILLER PARK DRIVE
GARLAND TX 75042

Creditor ID: 7953-01
LIBERTY WEST TRACTOR
P.O. BOX 1021
LUCERNE VALLEY CA 92356

Creditor ID: 18503-01
LIBERTY WOODS INTERNATIONAL, INC.
1903 WRIGHT PLACE, SUITE 360
CARLSBAD CA 92008

Creditor ID: 1342-01
LIBERTYWARE
FREEPORT CENTER BUILDING E-6
PO BOX 160450
CLEARFIELD UT 84016

Creditor ID: 1343-01
LIBMAN COMPANY
220 N. SHELDON
ARCOLA IL 61910

Creditor ID: 12773-01
LIDA CORPORATION
202 MONTROSE WEST AVE., SUITE 160
COPLEY OH 44321

Creditor ID: 15483-01
LIDO STONE WORKS
300 BURMAN BLVD
CALVERTON NY 11933

Creditor ID: 6093-01
LIDOCHEM, INC.
20 VILLAGE COURT
HAZLET NJ 07730

Creditor ID: 3681-01
LIEBERT CORP
975 PITTSBURG DIVE
DELAWARE OH 43015

Creditor ID: 1344-01
LIEBERT CORPORATION
1050 DEARBORN DRIVE
COLUMBUS OH 43229

Creditor ID: 17624-01
LIEBERT CORPORATION
19801 S. SANTA FE AVE.
RANCHO DOMINGUEZ CA 90221

Creditor ID: 9617-01
LIEBHERR CONTAINER CRANES LTD
1210 CORBIN STREET
ELIZABETH NJ 07201

Creditor ID: 3682-01
LIEBHERR GEAR TECHNOLOGY CO.
4100 CHESTNUT AVE.
NEWPORT NEWS VA 23605

Creditor ID: 17625-01
LIEBHERR GEAR TECHNOLOGY OC.
1645 WOODLAND DRIVE
SALINE MI 48176-1259

Creditor ID: 7954-01
LIFE FITNESS
10601 WEST BELMONT AVENUE
FRANKLIN PARK IL 60131

Creditor ID: 12774-01
LIFE FITNESS
14150 SUNFISH LAKE BLVD
RAMSEY MN 55303

Creditor ID: 17626-01
LIFE FITNESS
214 N WRIGHT ST.
DELAVAN WI 53115

Creditor ID: 7955-01
LIFE FITNESS - COLUMBIA CENTER III
9525 BRYN MAWR AVE.
ROSEMONT IL 60018

Creditor ID: 7956-01
LIFE GUARD
18999 RAILROAD ST.
CITY OF INDUSTRY CA 91748

Creditor ID: 17627-01
LIFESTYLE ENTERPRISE INC
529 TOWNSEND DRIVE
HIGHPOINT NC 27263

Creditor ID: 7957-01
LIFESTYLE ENTERPRISE, INC.
529 TOWNSEND DRIVE
HIGH POINT NC 27263

Creditor ID: 12775-01
LIFESTYLE FURNISHINGS INTERNATIONAL
4000 LIFESTYLE COURT
HIGH POINT NC 27265

Creditor ID: 3683-01
LIFESTYLE SOLUTIONS INC.
5555 AUTO MALL PARKWAY
FREMONT CA 94538

Creditor ID: 17628-01
LIFESTYLE SOLUTIONS INC.
4468 PEARL AVE.
SAN JOSE CA 95136

Creditor ID: 7958-01
LIFESTYLES CERAMIC TILE
7800 19 MILE ROAD
STERLING HEIGHTS MI 48314

Creditor ID: 19088-97
LIFETIME BRANDS INC
C/O GELLERT SCALI BUSENKELL & BROWN
ATTN RONALD GELLERT, ESQ
1201 N ORANGE ST, STE 300
WILMINGTON DE 19801

Creditor ID: 6094-01
LIFETIME BRANDS, INC.
1000 STEWART AVE.,
GARDEN CITY NY 11530

Creditor ID: 17629-01
LIFETIME INDUSTRIES
2130 MEMPHIS DEPOT PARKWAY
MEMPHIS TN 38114

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17630-01 | Creditor ID: 15484-01 | Creditor ID: 4869-01 |
| LIFETIME PRODUCTS, INC. | LIFEWAY FOODS INC | LIGHTOLIER/ FALL RIVER |
| FREEPORT CENTER BUILDING D-7 | 6101 W GROSS POINT RD | 631 AIRPORT ROAD |
| CLEARFIELD UT 84016 | NILES IL 60714-3911 | FALL RIVER MA 02720 |
| | | |
| Creditor ID: 12776-01 | Creditor ID: 7959-01 | Creditor ID: 7960-01 |
| LIGHTS OF AMERICA, INC. | LIGNA FURNITURE | LIGO PRODUCTS |
| 611 REYES DRIVE | 159 MOUNTVIEW DRIVE | 9100 WEST 191ST STREET |
| WALNUT CA 91789 | MOUNT AIRY NC 27030 | MOKENA IL 60448 |
| | | |
| Creditor ID: 12777-01 | Creditor ID: 3684-01 | Creditor ID: 9618-01 |
| LIL PICK UP, INC. | LILIO SEAFOODS COMPANY | LILLY & ASSOCIATES INTERNATIONAL |
| 19745 COLIMA RD, #1 - 518 | 9706 4TH AVENUE. N.E. SUITE 318 | 9655 NW 33RD STREET |
| ROWLAND HEIGHTS CA 91748 | SEATTLE WA 98115 | MIAMI FL 33172 |
| | | |
| Creditor ID: 3685-01 | Creditor ID: 7961-01 | Creditor ID: 11557-01 |
| LIMA U.S.A. CORPORATION | LIMESTONE CONCEPT | LIMSON TRADING |
| 5615 195TH ST | 1850 W. ROSECRANS AVE. | 200 CONNECTICUT AVE. |
| FRESH MEADOWS NY 11365 | GARDENA CA 90249 | NORWALK CT 06854 |
| | | |
| Creditor ID: 15485-01 | Creditor ID: 11558-01 | Creditor ID: 6095-01 |
| LIMSON TRADING INC. | LIN TRADING, INC. | LIN IMPORT AND EXPORT INC. |
| 2513 OLD KINGS HIGHWAY | 26888 COUNTY ROAD 90 | 7125 W. 61TH STREET |
| NORTH DARIEN CT 06820 | WINTERS CA 95694 | CHICAGO IL 60638 |
| | | |
| Creditor ID: 7962-01 | Creditor ID: 11559-01 | Creditor ID: 7963-01 |
| LINAMAR NORTH CAROLINA INC | LINBRO, INC. | LINCO ENTERPRISES, INC |
| 2169 HENDERSONVILLE ROAD | 817 MISSION AVE, SUITE 1-A | 13626 MONTE VISTA  AVE, UNIT B |
| ARDEN NC 28704 | SAN RAFAEL CA 94901 | CHINO CA 91710 |
| | | |
| Creditor ID: 3686-01 | Creditor ID: 1345-01 | Creditor ID: 12778-01 |
| LINCOLN CENTER FOR THE PERFORMING ARTS, INC. | LINCOLN ELECTRIC (CLEVELAND, OH) | LINCOLN PROVISION INCORPORATED |
| 70 LINCOLN CENTER PLAZA, 9TH FLOOR | 22801 ST. CLAIR AVENUE | 824 WEST 38TH PLACE |
| NEW YORK NY 10023 | CLEVELAND OH 44117 | CHICAGO IL 60609 |
| | | |
| Creditor ID: 19089-97 | Creditor ID: 19090-97 | Creditor ID: 9619-01 |
| LINCOLN TRANSPORT PHOENIX INC | LINCOLN TRANSPORTATION SERVICES | LINDA INTERNATIONAL CO. |
| 2530 S 16TH AVE | 250 W MANVILLE ST | 4266 OCEAN AVENUE, |
| PHOENIX AZ 85007 | COMPTON CA 90220 | BROOKLYN NY 11235 |
| | | |
| Creditor ID: 12779-01 | Creditor ID: 17631-01 | Creditor ID: 7964-01 |
| LINDA INTERNATIONAL TRADE & IMPORT LLC | LINDA TEXTILE, INC. | LINDAL NORTH AMERICA, INC. |
| 613 RIDGE ROAD SUITE 112 | 1220 S. MAPLE AVE. #115 | 4775 PROGRESS DRIVE |
| MONMOUTH JUNCTION NJ 08852 | LOS ANGELES CA 90015 | COLUMBUS IN 47201 |
| | | |
| Creditor ID: 7965-01 | Creditor ID: 15486-01 | Creditor ID: 1962-01 |
| LINDE ENGINEERING NORTH AMERICA INC | LINDEN COMANSA AMERICA PTE LTD. | LINDEN FASHIONS INC. |
| 5 SENTRY PARKWAY EAST,SUITE 300 | 11608 DOWNS ROAD | 135 WEST 36TH STREET     FLOOR13 |
| BLUE BELL PA 19422 | PINEVILLE NC 28134 | NEW YORK NY 10018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7966-01
LINDEN NUT CO.
8452 DEMARTINI LANE
LINDEN CA 95236

Creditor ID: 6096-01
LINDEN TRADING COMPANY, INC.
222 S. HARBOR BLVD. SUITE 900
ANAHEIM CA 92805

Creditor ID: 7967-01
LINDENMEYR MILWAUKEE
3000 NORTH 112TH STREET
MILWAUKEE WI 53213

Creditor ID: 15587-01
LINDT & SPRUNGLI USA, INC.
1 FINE CHOCOLATE PLACE
STRATHAM NH 03885

Creditor ID: 12780-01
LINEAR LLC
315 MARYMEADE DRIVE
SUMMERVILLE SC 29483

Creditor ID: 15588-01
LINESETS INC
8285 TOURNAMENT DRIVE SUITE 150
MEMPHIS TN 38125

Creditor ID: 11560-01
LINK CARGO, LLC
140 KATHI AVE., SUITE A
FAYETTEVILLE GA 30214

Creditor ID: 1963-01
LINK INTERNATIONAL (US) CORP.
2658 BLAZE TRAIL
DIAMOND BAR CA 91765

Creditor ID: 1346-01
LINK SNACKS INC
39210 221ST STREET
ALPENA SD 57312

Creditor ID: 1347-01
LINK SNACKS INC
1 SNACK FOOD LANE
MINONG WI 54859

Creditor ID: 3687-01
LINKWORLD ELECTRONIC LLC.
670 ENDEAVOR STREET
BREA CA 92821

Creditor ID: 17632-01
LINKWORLD ELECTRONICS CO. (THAILAND)
670 ENDEAVOR STREET
BREA CA 92821

Creditor ID: 6098-01
LINON HOME DECOR PRODUCTS, INC.
303 FIFTH AVENUE
NEW YORK NY 10016

Creditor ID: 17633-01
LINON HOME PRODUCTS, INC
22 JERICHO TURNPIKE
MINEOLA NY 11501

Creditor ID: 3688-01
LINTECH INTERNATIONAL
7705 N.E. INDUSTRIAL BLVD
MACON GA 31216

Creditor ID: 11561-01
LINTEX LINENS INC.
295 5TH AVE SUITE 1702
NEW YORK NY 10018

Creditor ID: 10307-01
LINTON, INC.
6710 ASHWORTH DR
SUGAR LAND TX 77479

Creditor ID: 11562-01
LINUS PRODUCTS, INC
5516 CLARA ROAD
HOUSTON TX 77041

Creditor ID: 11563-01
LINWOOD
310 LEGGETT & PLATT ROAD
LEXINGTON NC 27292

Creditor ID: 3689-01
LINZER PRODUCTS CORP.
248 WYANDANCH AVENUE
WEST BABYLON NY 11704

Creditor ID: 11564-01
LIOHER ENTERPRISE CORP.
1550 W 34TH PL. HIALEAH FL
HIALEAH FL 33012

Creditor ID: 11565-01
LION COPOLYMER
5955 SCENIC HIGHWAY
BATON ROUGE LA 70805

Creditor ID: 15589-01
LION EXHIBITION FREIGHT
124 PARK 42 DRIVE, SUITE B
LOCUST GROVE GA 30248

Creditor ID: 6099-01
LION KING RECYCLING
128 CIRCLE AVENUE,
CLIFTON NJ 07011

Creditor ID: 6100-01
LION RAISINS
9500 SOUTH DEWOLF AVE
SELMA CA 93662

Creditor ID: 17634-01
LION TECHNOLOGIES,INC.
599 ALCALDE COURT
FREMONT CA 94539

Creditor ID: 1348-01
LIPO CHEMICAL CORP.
150 MOUNT BETHEL RD BLD 2 STE 200
WARREN NJ 07059

Creditor ID: 7244-01
LIPO CHEMICALS CORP
1515 WEST BLANCKE STREET
LINDEN NJ 07036

Creditor ID: 15590-01
LIQUI-BOX SACRAMENTO
5000 WAREHOUSE WAY
SACRAMENTO CA 95826-4914

Creditor ID: 17635-01
LIQUID COMBUSTION TECHNOLOGIES
315 HAWKINS ROAD
TRAVELERS REST SC 29690

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 3690-01
LIQUIDATION WAREHOUSE, LLC
105 112TH STREET SOUTH
TACOMA WA 98444

Creditor ID: 3691-01
LIRI AMERICA CORP.
4 LINCOLN DRIVE FAIRFIELD, NJ 07006
FAIRFIELD NJ 07006

Creditor ID: 1349-01
LISA FRANK INC.
6760 S. LISA FRANK AVE
TUCSON AZ 85706-5087

Creditor ID: 1350-01
LISA RAGAN CUSTOMS BROKERAGE
105 FOREST PARKWAY SUITE 400
FOREST PARK GA 30297

Creditor ID: 9620-01
LISA SMELTER CADIZ
21052 WILMINGTON WAY
HARBOUR POINT VILLAGE
MUKILTEO WA 98275

Creditor ID: 15591-01
LITE MAKERS INC.
30-55 VERNON BLVD.
LONG ISLAND CITY NY 11102

Creditor ID: 11566-01
LITE-ON PERIPHERALS
720 S HILLVIEW DR
MILPITAS CA 94080

Creditor ID: 6101-01
LITE-ON TECH. CORP
7500 EAST GATE BLVD.
MOUNT JULIET TN 37122

Creditor ID: 12781-01
LITE-ON TRADING USA, INC
1771 ALAMEDA AVE
SOCORRO TX 79927

Creditor ID: 3692-01
LITEX INDUSTRIES INC.
3401 W. TRINITY BLVD
GRAND PRAIRIE TX 75050

Creditor ID: 7968-01
LITTLE RIVER SEAFOOD INC.
440 ROCK TOWN ROAD
REEDVILLE VA 22539

Creditor ID: 7245-01
LIVE'N ENTERPRISE INC
4 SAURER COURT
HICKSVILLE NY 11801

Creditor ID: 17636-01
LIVESEY ALL FREIGHT SYSTEMS, INC
420 A EAST BROADWAY STREET
MISSOULA MT 59802

Creditor ID: 3693-01
LIVING WATER COMMODITIES
1000 JORIE BLVD, SUITE 365
DIVISION OF HAWKEYE GOLD, LLC.
OAK BROOK IL 60523

Creditor ID: 15592-01
LIZ
1 CLAIBORNE AVENUE.
NORTH BERGEN NJ 07047

Creditor ID: 6102-01
LJ COOPER
545 SAW MILL RIVER ROAD SUITE 3B
ARDSLEY NY 10502

Creditor ID: 3694-01
LKQ CORPORATION
9314 WALLISVILLE ROAD
HOUSTON TX 77013

Creditor ID: 12612-01
LKQ CORPORATION
21647 785TH AVE
ALBERT LEA MN 56007

Creditor ID: 7969-01
LKQ CORPORATION
500 WEST MADISON STREET
CHICAGO IL 60661

Creditor ID: 17637-01
LKQ CORPORATION
152 ST, RT 250
HARRISVILLE OH 43974

Creditor ID: 3695-01
LL BEAN
CASCO STREET
FREEPORT ME 04033

Creditor ID: 15593-01
LL BUILDING PRODUCTS INC
295 MCKOY ROAD
BURGAW NC 28425

Creditor ID: 11567-01
LL TRADING INTERNATIONAL, LLC.
45 SAN CLEMENTE DRIVE, STE D-230C
CORTE MADERA CA 94925

Creditor ID: 12782-01
LL TRADING INTERNATIONAL, LLC.
11 LEONA DRIVE
SAN RAFAEL CA 94903

Creditor ID: 11568-01
LLADRO USA INC
1 LLADRO DRIVE
MOONACHI NJ 07074

Creditor ID: 11569-01
LLADS VENTURES INC
840 LANCASTER PIKE ROUTE 272 SOUTH
QUARRYVILLE PA 17566

Creditor ID: 7970-01
LLD TRADING,INC
1150 PELHAM PARKWAY SOUTH,RM:6D
BRONX NY 10461

Creditor ID: 8206-01
LLEOWA CORP.
11945 STONE GATE WAY
NORTHRIDGE CA 91326

Creditor ID: 6103-01
LLOYD A GRAY CO INC.
5132 SHAWLAND RD
JACKSONVILLE FL 32254

Creditor ID: 4870-01
LLOYD'S OF CHATHAM
55 SILER CITY INDUSTRIAL PARK
SILER CITY NC 27344

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 8207-01
LM FOODS LLC
100 RASKULINECZ ROAD
CARTERET NJ 07008

Creditor ID: 3696-01
LM STONE
2 CARLISLE
WESTPORT CT 06880

Creditor ID: 11670-01
LM WIND POWER BLADES
8000 FRAZIER PIKE
LITTLE ROCK AR 72206

Creditor ID: 1351-01
LMA NA INC
9040 ACTIVITY ROAD SUITE D
SAN DIEGO CA 92126

Creditor ID: 17638-01
LMA NORTH AMERICA INC.
4660 LA JOLLA VILLAGE DRIVE
SAN DIEGO CA 92122

Creditor ID: 11671-01
LMD LOGISTIC
1901 ONE EVERTRUST PLAZA
JERSEY CITY NJ 07032

Creditor ID: 12613-01
LMV RECYCLING SOLUTIONS LLC
1151 DOVE STREET, SUITE 275
NEWPORT BEACH CA 92660

Creditor ID: 8208-01
LNL BUILDING PRODUCTS, INC
1050 NORTHBROOK PARKWAY
SUWANEE GA 30024

Creditor ID: 6104-01
LO BROTHERS AND ASSOCIATES, INC.
651 INDIAN TRAIL
LILBURN GA 30047

Creditor ID: 3697-01
LO DUCA BROTHERS IMPORTS
5665 SOUTH WEST RIDGE DR STE 300
NEW BERLIN WI 53151

Creditor ID: 6105-01
LOA (USA) TRANSPORT
721 BREA CANYON ROAD, STE #3
WALNUT CA 91789

Creditor ID: 6106-01
LOBEL CHEMICAL CORPORATION
1556 3RD AVE SUITE 405
NEW YORK NY 10128

Creditor ID: 12783-01
LOBUE BROS INC.
201 SOUTH SWEET BRIER ROAD
LINDSAY CA 93247

Creditor ID: 1352-01
LOCK & LOCK TEXAS INC.
11420 FERRELL DRIVE, STE 305
FARMERS BRANCH TX 75234

Creditor ID: 8209-01
LOCK & LOCK, INC.
199 TECHNOLOGY DR.
IRVINE CA 92618

Creditor ID: 15594-01
LOCKWOOD INTL
45 RIDGE AVE
MILL VALLEY CA 94941

Creditor ID: 3698-01
LOCKWOOD IRRIGATION
305 EAST I STREET
GERING NE 69341

Creditor ID: 3699-01
LOEB & COMPANY, INC.
110 CHURCH STREET
MONTGOMERY AL 36104

Creditor ID: 12784-01
LOEW CORNELL
400 SYLVAN AVE. 2ND FLOOR
ENGLEWOOD CLIFFS NJ 07632

Creditor ID: 15596-01
LOEW CORNELL, INC.
2834 SCHOENECK ROAD
NACUNGIE PA 18062-9679

Creditor ID: 1964-01
LOG & LUMBER TRADING
342 HORNINGTOWN ROAD
MIFFLINTOWN PA 17059

Creditor ID: 8210-01
LOGAN INTERNATIONAL
100 LOGAN DRIVE
BOARDMAN OR 97818

Creditor ID: 11672-01
LOGI WAREHOUSING, LLC
1125 VANGHN DR
PORTLAND TN 37148

Creditor ID: 1353-01
LOGIN LOGISTICS LLC
525 S. DOUGLAS ST. #220
EL SEGUNDO CA 90245

Creditor ID: 1354-01
LOGIPIA AMERICA CO.,LTD.
18655 S. BISHOP AVE.,
CARSON CA 90745

Creditor ID: 1355-01
LOGIPIA AMERICA CORP
257 E REDONDO BEACH BLDG
GARDENA CA 90248

Creditor ID: 17639-01
LOGIS USA, INC.
2373 E. PACIFICA PLACE
RANCHO DOMINGUEZ CA 90220

Creditor ID: 15597-01
LOGISTICS NETWORK INC.
12310 HIGHWAY 99  STE-222
EVERETT WA 98204

Creditor ID: 9621-01
LOGISTICS PAN-AMERICA CORP
177-25 ROCKAWAY BLVD#209
JAMAICA NY 11434

Creditor ID: 1356-01
LOGOPLASTE KC
6900 STILWELL ST
KANSAS CITY MO 64120

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8211-01<br>LOK SHING LLC<br>123 SOUTH HAMILTON STREET<br>HIGH POINT NC 27260 | Creditor ID: 8212-01<br>LOLA PRODUCTS<br>343 SOUTH RIVER STREET<br>HACKENSACK NJ 07601 | Creditor ID: 8213-01<br>LOLLICUP USA INC.<br>6185 KIMBALL AVE<br>CHINO CA 91708 |
| Creditor ID: 6107-01<br>LOLLYTOGS LTD DBA LT APPAREL GROUP<br>100 WEST 33RD STREET, SUITE 1012<br>NEW YORK NY 10001 | Creditor ID: 1357-01<br>LOLOI RUGS<br>4501 SPRING VALLEY RD<br>DALLAS TX 75244 | Creditor ID: 1358-01<br>LOMBARDINI USA INC<br>2150 BOGGS ROAD BLDG 300<br>DULUTH GA 30096 |
| Creditor ID: 1359-01<br>LONE PINE ENTERPRISES<br>121 DURKEE STREET<br>CARLISLE AR 72024 | Creditor ID: 3700-01<br>LONE STAR OVERSEAS SERVICES, LLC<br>12926 DAIRY ASHFORD RD.<br>SUGAR LAND TX 77478-3293 | Creditor ID: 15598-01<br>LONESTAR HIDES AND SKINS, INC.<br>5356 PRUDENCE DR<br>HOUSTON TX 77045 |
| Creditor ID: 8214-01<br>LONESTAR WEIGHTS & CASTINGS<br>1619 MARTIN LUTHER KING BLVD.<br>WICHITA FALLS TX 76301 | Creditor ID: 8215-01<br>LONG BEACH, DOCK<br>2841 LONG BEACH, DOCK<br>LONG BEACH CA 90806 | Creditor ID: 12785-01<br>LONG CHANG TRADING INC<br>18841 90TH AVENUE SOUTH<br>KENT WA 98031 |
| Creditor ID: 10308-01<br>LONG RIVER INTERNATIONAL INC.<br>11 PENN PLAZA, 5TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 6108-01<br>LONG SUCCESS INDUSTRIAL LIMITED<br>499 7TH AVE 19 NORTH<br>NEW YORK NY 10018 | Creditor ID: 17640-01<br>LONGFIELD GARDEN, LLC<br>1245 AIRPROT AVENUE<br>LAKEWOOD NJ 08701 |
| Creditor ID: 15599-01<br>LONGHORN IMPORTS<br>2202 UNION BOWER<br>IRVING TX 75061 | Creditor ID: 1360-01<br>LONGHUA USA INC<br>310 120TH AVE NE #201<br>BELLEVUE WA 98005 | Creditor ID: 8216-01<br>LONGLAT INC.<br>23 CAROL STREET, CLIFTON, NJ 07014<br>CLIFTON NJ 07014 |
| Creditor ID: 8217-01<br>LONGYU INTERNATIONAL INC<br>11639 GOLDRING ROAD<br>ARCADIA CA 91006 | Creditor ID: 3701-01<br>LONRO USA INC/DELUXE WATER FILTERS<br>7 HAZLITT AVENUE<br>FORT LEE NJ 07024 | Creditor ID: 3702-01<br>LOOFA DOG COMPANY<br>265 W. COMMERCIAL AVE<br>MOONACHIE NJ 07074 |
| Creditor ID: 10309-01<br>LOOSEN BROS. USA<br>20501 S. TRANQUILITY LANE<br>OREGON CITY OR 97045 | Creditor ID: 6109-01<br>LOPAREX LLC<br>2131 3RD AVE SE<br>CULLMAN AL 35055 | Creditor ID: 6110-01<br>LOPAREX, INC.<br>1060 CLYDE HANSON DRIVE, PO BOX 528<br>HAMMOND WI 54015 |
| Creditor ID: 6111-01<br>LOPEZ SCRAP METAL INC.<br>351 N. NEVAREZ ROAD<br>EL PASO TX 79927 | Creditor ID: 15600-01<br>LORD & TAYLOR<br>424 FIFTH AVENUE<br>NEW YORK NY 10018 | Creditor ID: 3703-01<br>LORD DANIEL SPORTSWEAR INC<br>801 SHOTGUN RD<br>SUNRISE FL 33326 |
| Creditor ID: 11673-01<br>L'OREAL USA (HQ)<br>50 CONNELL DRIVE<br>BERKELEY HEIGHTS NJ 07922 | Creditor ID: 3704-01<br>L'OREAL USA, INC<br>77 DEANS RHODE HALL ROAD<br>MONMOUTH JUNCTION NJ 08852 | Creditor ID: 6112-01<br>LORILLARD TOBACCO CO.<br>2525 E.MARKET ST.<br>GREENSBORO NC 27401 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6113-01<br>LORTEX<br>502 RAINSONG ROAD<br>DALTON GA 30720 | Creditor ID: 17262-01<br>LORTON STONE LLC<br>7544 FULLERTON COURT<br>SPRINGFIELD VA 22153 | Creditor ID: 6114-01<br>LORTS MANUFACTURING<br>8120 WEST HARRISON STREET<br>TOLLESON AZ 85353 |
| Creditor ID: 12786-01<br>LOS ANGELES CALCO INC.<br>11921 GOLDRING ROAD<br>ARCADIA CA 91006 | Creditor ID: 15601-01<br>LOS ANGELES HARBOR GRAIN TERMINAL<br>2422 E. SEPULVEDA<br>LONG BEACH CA 90810 | Creditor ID: 15602-01<br>LOTITO FOODS, INC.<br>240 CARTER DRIVE<br>EDISON NJ 08817 |
| Creditor ID: 11674-01<br>LOTTA LUV BEAUTY LLC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 1361-01<br>LOTTE ADVANCED MATERIALS USA INC<br>6 CENTERPOINTE DR., #100<br>LA PALMA CA 90623 | Creditor ID: 12787-01<br>LOTTE BG AMERICA CORP<br>3600 WILSHIRE BLVD., SUITE 836<br>LOS ANGELES CA 90010 |
| Creditor ID: 8218-01<br>LOTUS EXIM INTERNATIONAL<br>41, BANCKER STREET<br>ENGLEWOOD NJ 07631 | Creditor ID: 15603-01<br>LOTUS FOODS<br>921 RICHMOND ST.,<br>EL CERRITO CA 94530 | Creditor ID: 17641-01<br>LOTUS INTERNATIONAL INC<br>5 DAIRY PAK ROAD<br>ATHENS GA 30607 |
| Creditor ID: 3705-01<br>LOTUS INTERNATIONAL TRADING<br>1900 WYATT DRIVE SUITE 2<br>SANTA CLARA CA 95054 | Creditor ID: 11675-01<br>LOTUS WINDOWARE INCORPORATED<br>630 S. HAMBLEDON AVE.<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 1362-01<br>LOTUSOFT INC.<br>17703 S. MAIN STREET<br>GARDENA CA 90248 |
| Creditor ID: 9622-01<br>LOUD TECHNOLOGIES INC<br>16220 WOOD-RED ROAD NE<br>WOODINVILLE WA 98072 | Creditor ID: 17642-01<br>LOUIS DREYFUS CITRUS, INC.<br>19100 S.W. WARFIELD BLVD.<br>INDIANTOWN FL 34956 | Creditor ID: 3706-01<br>LOUIS DREYFUS CITRUS, INC.<br>355 9TH STREET<br>WINTER GARDEN FL 34787 |
| Creditor ID: 11676-01<br>LOUIS DREYFUS COMMODITIES LLC<br>4800 MAIN STREET, SUITE 600<br>KANSAS CITY MO 64112 | Creditor ID: 11677-01<br>LOUIS DREYFUS COMPANY DAIRY MERCHANDISING LLC<br>7255 GOODLETT FARMS PKWY<br>CORDOVA TN 38016 | Creditor ID: 17643-01<br>LOUIS DREYFUS CORPORATION<br>3060 PEACHTREE RD., N.W. SUITE 230<br>ATLANTA GA 30305-2239 |
| Creditor ID: 4871-01<br>LOUIS GLUNZ BEER INC<br>7100 N. CAPITOL DRIVE<br>LINCOLNWOOD IL 60712 | Creditor ID: 12788-01<br>LOUIS GLUNZ WINES<br>630 MARGATE DR.<br>LINCOLNSHIRE IL 60069 | Creditor ID: 17645-01<br>LOUIS PADNOS IRON & METAL COMPANY<br>3495 VIADUCT SW<br>GRANDVILLE MI 49418 |
| Creditor ID: 3707-01<br>LOUIS XV<br>438 90TH STREET, APT 1A<br>BROOKLYN NY 11209 | Creditor ID: 12789-01<br>LOUISE BOURGEOIS TRUST<br>427 W 14TH STREET STE 429-2F<br>NEW YORK NY 10001 | Creditor ID: 11679-01<br>LOUISE PARIS LTD<br>1407 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 8219-01<br>LOUISIANA PACIFIC INC.<br>111 SW FIFTH, SUITE 4200<br>PORTLAND OR 97204 | Creditor ID: 11680-01<br>LOUISIANA-PACIFIC CORPORATION<br>414 UNION STREET # 2000<br>NASHVILLE TN 37219 | Creditor ID: 8220-01<br>LOUISVILLE BEDDING<br>10400 BUNSEN WAY<br>LOUISVILLE KY 40299 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

Creditor ID: 11681-01
LOUISVILLE PKG MFGG 2350 C5
7745 NATION TURNPIKE UNIT 190
LOUISVILLE KY 40214-4803

Creditor ID: 3708-01
LOUISVILLE TILE
4520 BISHOP LANE
LOUISVILLE KY 40218

Creditor ID: 3709-01
LOUISVILLE VENEER CORP
621 PARK EAST BLVD
NEW ALBANY IN 47150

Creditor ID: 7246-01
LOUNGEHOUSE LLC
34 WEST 33RD ST 2ND FL
NEW YORK NY 10001

Creditor ID: 1363-01
LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.
10601 NORTH PENNSYLVANIA AVE.
OKLAHOMA CITY OK 73120

Creditor ID: 3710-01
LOWA BOOTS LLC
H 86 VIADUCT ROAD
STAMFORD CT 06907

Creditor ID: 11682-01
LOWELL CONCRETE PRODUCTS
WEST 181ST.AVENUE
LOWELL IN 46356

Creditor ID: 17646-01
LOWELL INTERNATIONAL COMPANY
9234 WEST BELMONT AVENUE
FRANKLIN PARK IL 60131

Creditor ID: 15604-01
LOWERY MANUFACTURING INC.
145 ALABAMA HIGHWAY 179
BOAZ AL 35957

Creditor ID: 17647-01
LOWES RDC# 966
3984 INDIAN AVE.
PERRIS CA 92571

Creditor ID: 3711-01
LOY TRADING INC.
630 S. LOS ANGELES, STE A69
LOS ANGELES CA 90014

Creditor ID: 17648-01
LOZEN INTERNATIONAL, LLC.
702 WESTFIELD COURT, GROUND FLOOR
VENTURA CA 93054

Creditor ID: 11683-01
LOZIER STORE FIXTURE, LLC
6336 PERSHING DR
OMAHA NE 68110

Creditor ID: 1364-01
LP BUILDING PRODUCTS
P.O. BOX 3107
CONROE TX 77305

Creditor ID: 11684-01
LP CANADA LTD
100 INTERSTATE 45 NORTH
CONROE TX 77301

Creditor ID: 6115-01
LPJ TRANSPORTATION
4301 121ST STREET
URBANDALE IA 50323

Creditor ID: 15605-01
LSA INTERNATIONAL INC.
765 N. ROUTE 83,  SUITE 112
BENSENVILLE IL 60106

Creditor ID: 3712-01
LSG FOOD WORLD INC.
136 BOWERY STREET   - #417
NEW YORK NY 10014

Creditor ID: 12790-01
LTD SHIPPERS ASSOCIATION
1326 OBISPO AVE
LONG BEACH CA 90804

Creditor ID: 15606-01
LUAX INTERNATIONAL, LLC
1855 PIEDMONT ROAD, SUITE 202
MARIETTA GA 30066

Creditor ID: 1365-01
LUBRICATING SPECIALTIES COMPANY
8320 REX ROAD
PICO RIVERA CA 90660

Creditor ID: 1965-01
LUBRICATION SYSTEM COMPANY
1740 STEBBINS DRIVE
HOUSTON TX 77043

Creditor ID: 17649-01
LUBRIZOL ADVANCED MATERIALS INC
9911 BRECKSVILLE ROAD
BRECKSVILLE OH 44141

Creditor ID: 8221-01
LUBRIZOL PETROLEUM CHEMICALS CO.
29400 LAKELAND BLVD.
WICKLIFFE OH 44092

Creditor ID: 12791-01
LUBRIZOL SPECIALTY PRODUCTS, INC.
2000 W SAM HOUSTON PKWY S, STE 320
ONE BRIAR LAKE PLAZA
HOUSTON TX 77042

Creditor ID: 6116-01
LUCAS PRECISION
13020 ST. CLAIR AVENUE
CLEVELAND OH 44108

Creditor ID: 18504-01
LUCEPLAN INC. USA
26 BROADWAY, SUITE 934
NEW YORK NY 10004

Creditor ID: 3713-01
LUCERNE FOODS, INC.
5918 STONERIDGE MALL ROAD
PLEASANTON CA 94588-3299

Creditor ID: 1366-01
LUCERNE TEXTILES INC
519 EIGHTH AVENUE
NEW YORK NY 10018

Creditor ID: 8222-01
LUCES MEYER
765 E PYTHIAN AVE
DECATUR IL 62524

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12792-01<br>LUCINI ITALIA.<br>3225 AVIATION AVE STE 304<br>MIAMI FL 33133 | Creditor ID: 1367-01<br>LUCITE INTERNATIONAL<br>10800 RIDGEWAY IND BLVD<br>OLIVE BRACH MS 38654 | Creditor ID: 11685-01<br>LUCKY BRAND JEANS<br>1 CLAIBORNE AVENUE.<br>NORTH BERGEN NJ 07047 |
| Creditor ID: 18505-01<br>LUCKY CLOVER TRADING CO.<br>4950 E/ SECOND STREET<br>BENICIA CA 94510 | Creditor ID: 8223-01<br>LUCKY FOOD LLC<br>15861 SALVATIERRA<br>IRWINDALE CA 91706 | Creditor ID: 11686-01<br>LUCKY K AND R INC.<br>18118 S. BROADWAY SUITE B<br>GARDENA CA 90248 |
| Creditor ID: 15607-01<br>LUCKY MOUNTAIN TRADING INC.<br>8335 BEECH STREET<br>FONTANA CA 92335 | Creditor ID: 6118-01<br>LUCKY WOOD GROUP LLC<br>125 HORTON DR.<br>MOREHEAD CITY NC 28557 | Creditor ID: 10310-01<br>LUCOMED INC<br>45 KULICK ROAD FAIRFIELD, NJ 07004<br>FAIRFIELD NJ 07004 |
| Creditor ID: 11687-01<br>LUCY ACTIVEWEAR, A DIVISION OF VF OUTDOOR<br>1751 HARBOR BAY PARKWAY, SUITE 250<br>ALAMEDA CA 94502 | Creditor ID: 17751-01<br>LUDLOW COATED PRODUCTS<br>3021 VERNON RD. P.O. BOX 9550<br>RICHIMOND VA 23228 | Creditor ID: 17752-01<br>LUDVIG SVENSSON INC<br>525 GRIFFITH ROAD<br>CHARLOTTE NC 28217 |
| Creditor ID: 3714-01<br>LUFRAN INTERNATIONAL<br>2250 N.W. 96TH AVE. SUITE 201<br>MIAMI FL 33172 | Creditor ID: 15608-01<br>LUGGAGE AMERICA<br>24200 S. MAIN ST.<br>CARSON CA 90745 | Creditor ID: 17753-01<br>LUHRS CORPORATION<br>255 DIESEL ROAD<br>ST. AUGUSTINE FL 32086 |
| Creditor ID: 12793-01<br>LUMAT USA INC.<br>4590 VAWTER AVENUE<br>RICHMOND VA 23222 | Creditor ID: 17754-01<br>LUMBER LIQUIDATOR SERVICES<br>3000 JOHN DEERE ROAD<br>TOANO VA 23168 | Creditor ID: 1368-01<br>LUMBER LIQUIDATORS<br>1104 WEST ROSLYN RD.<br>COLONIAL HEIGHT VA 23834 |
| Creditor ID: 1369-01<br>LUMBER LIQUIDATORS INC.<br>3000 JOHN DEERE ROAD<br>TOANO VA 23168 | Creditor ID: 6119-01<br>LUMILEDS USA (HOLDING) CORP.<br>20770 WESTWOOD DRIVE<br>STRONGSVILLE OH 44149 | Creditor ID: 17263-01<br>LUMILITE SPECIAL MARKETS LLC.<br>4252 S.E. INTERNATIONAL WAY, STE H<br>MILWAUKIE OR 97222 |
| Creditor ID: 11688-01<br>LUMINCO, INC.<br>70 EAST WILLOW STREET<br>MILLBURN NJ 07041 | Creditor ID: 15609-01<br>LUNDER MANUFACTURING INC.<br>44 SPRING HILL ROAD<br>SACO ME 04072 | Creditor ID: 8224-01<br>LUNDS FISHERIES INC.<br>997 OCEAN DRIVE<br>CAPE MAY NJ 08204 |
| Creditor ID: 12794-01<br>LUNEAU USA<br>100 CENTRAL AVENUE<br>KEARNY NJ 07032 | Creditor ID: 6120-01<br>LUNEAU USA INC.  DBA NICOLAS WINES<br>25 SYLVAN RD. SOUTH SUITE Y<br>WESTPORT CT 06880 | Creditor ID: 12795-01<br>LUNENG HENGXIN USA LLC<br>15320 SALT LAKE AVE.<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 1370-01<br>LUNG SOON FISHERY CO. LTD,<br>D/B/A DA YANG SEAFOODS<br>45 PIER 2, BLDG A<br>ASTORIA OR 97103 | Creditor ID: 8225-01<br>LUSOLAND WINE & SPIRITS<br>127 RIVERNECK RD.<br>CHELMSFORD MA 01824 | Creditor ID: 6121-01<br>LUVATA GRENADA LLC<br>3984 HIGHWAY 51 SOUTH/ P.O.BOX 948<br>GRENADA MS 38901 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 9623-01
LUVATA GRENADA LLC US WAREHOUSE
11350 JAMES WATT DRIVE
EL PASO TX 79936

Creditor ID: 1371-01
LUVIPOL DOORS, INC.
19 ROBERT PITT DRIVE, SUITE 104
MONSEY NY 10952

Creditor ID: 3715-01
LUXE STONE
1605 SOUTH 93RD STREET
SEATTLE WA 98108

Creditor ID: 17755-01
LUXE WINES & SPIRITS
14545-J MILITARY TRAIL SUITE #314
DELRAY BEACH FL 33484

Creditor ID: 3716-01
LUXOR CONTEMPORARY FURNITURE
4450 ALPHA ROAD
DALLAS TX 75244

Creditor ID: 17756-01
LUZENAC AMERICA INC
767 OLD YELLOWSTONE TRAIL
THREE FORKS MT 59752

Creditor ID: 12796-01
LVDH USA
2600 AMANDA COURT
WOODSTOCK MD 21163

Creditor ID: 9624-01
LW99 GROUP, INC
3286 ISHERWOOD WAY
FREMONT CA 94536

Creditor ID: 15610-01
LWMJ
450 N. E. BLVD
LANDISVILLE NJ 08326

Creditor ID: 12797-01
LYDALL, INC.
68 GEORGE STREET
GREEN ISLAND NY 12183

Creditor ID: 3717-01
LYNES INTERNATIONAL
31C PAMARON WAY
NOVATO CA 94949

Creditor ID: 6122-01
LYNX METALS & RESOURCES, INC.
1000 WHIPPLE ROAD
UNION CITY CA 94587

Creditor ID: 3718-01
LYNX TRADING CO., LTD.
10699 HICKSON ST. # 10
EL MONTE CA 91731

Creditor ID: 1372-01
LYON'S INTERNATIONAL
1441 S. BLANEY AVE
SAN JOSE CA 95129

Creditor ID: 15611-01
LYSO TRADING
61 WILLET STREET
PASSAIC NJ 07055

Creditor ID: 10311-01
M & A LINENS INCORPORATED
270 WEST 39TH STREET 10TH FLOOR
NEW YORK NY 10018

Creditor ID: 8226-01
M & H INC
485 BROOKE ROAD
WINCHESTER VA 22602

Creditor ID: 6123-01
M & H METAL INERNATIONAL
3713 EASTOVER HILLS CT
CHARLOTTE NC 28211

Creditor ID: 17757-01
M & L PLASTICS, INC.
2359 HUNTINGTON DRIVE
SAN MARINO CA 91108

Creditor ID: 8227-01
M & S CERAMIC TILE & NATURAL STONE
2500 TOUHY AVENUE
ELK GROVE VILLAGE IL 60007

Creditor ID: 12798-01
M & S LOGISTICS LTD.
6302 BROADWAY STREET, SUITE 120
PEARLAND TX 77581

Creditor ID: 17758-01
M & W GEAR COMPANY ALAMO GROUP
1020 SOUTH SANGAMON AVENUE
GIBSON CITY IL 60936

Creditor ID: 6124-01
M E DEY COMPANY
5007 S HOWELL
PO BOX 370080
MILWAUKEE WI 53237-1180

Creditor ID: 8228-01
M J MEATS & SEAFOODS
20917 63RD AVE. W.
LYNNWOOD WA 98036

Creditor ID: 17759-01
M PARK INCORPORATED
630 WEST RAILROAD ROAD
ORANGE COVE CA 93646

Creditor ID: 15612-01
M STAR INTERNATIONA CORPORATION
5250 W CENTURY BLVD
LOS ANGELES CA 90045

Creditor ID: 15613-01
M STREAM, LLC
11610 NE 73RD STREET
KIRKLAND WA 98033

Creditor ID: 1373-01
M T SEAFOOD S CORP
224 CHERIS DRIVE
SAN JOSE CA 95123

Creditor ID: 11689-01
M&A IMPORTS, LTD.
7050 NEW HORIZONS BLVD
NORTH AMITYVILLE NY 11701

Creditor ID: 17760-01
M&C ANDERSON PULLETS
4725 225TH AVE
SIOUX RAPIDS IA 50850

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 7247-01
M&D NURSERY CORP.
2270 STILWELL AVENUE
BROOKLYN NY 11223

Creditor ID: 15614-01
M&F BUSINESS CORPORATION
345 PATTON DRIVE
ATLANTA GA 30336

Creditor ID: 3719-01
M&KW LLC
13030 SUNRISE CREEK LANE
SUGARLAND TX 77498

Creditor ID: 8229-01
M&M CARTAGE CO.
4106 EASTMORE RD
LOUISVILLE KY 40218

Creditor ID: 15615-01
M&M WEST COAST PRODUCE, INC
201 MONTEREY SALINAS HWY STE B
SALINAS CA 93908

Creditor ID: 11690-01
M&N INTERNATIONAL GROUP INC
8 GOODYEAR, SUITE 110
IRVINE CA 92618

Creditor ID: 9625-01
M&N INTERNATIONAL GROUP INC
1222 E CHAMPLAIN DRIVE SUITE 201
FRESNO CA 93720

Creditor ID: 10312-01
M&R AUTO SALES
2417 OAKLAND AV.
ELKHART IN 46517

Creditor ID: 6125-01
M&S TRADING INC.
60A GORDON AVENUE
TENAFLY NJ 07670

Creditor ID: 6126-01
M. BOHLKE VENEER CORP
8375 NORTH GILMORE ROAD
FAIRFIELD OH 45014

Creditor ID: 6127-01
M. HOLLAND COMPANY
400 SKOKIE BLVD., SUITE 600
NORTHBROOK IL 60062

Creditor ID: 12800-01
M.BOHLKE VENEER CORP.
2904 SYMMES RD.
FAIRFIELD OH 45014

Creditor ID: 11691-01
M.E. DEY COMPANY
5007 S HOWELL AVE
MILWAUKEE WI 53207-6157

Creditor ID: 11692-01
M.H.W. LTD
272 PLANDOM RD STE 100
MANHASSET NY 11030

Creditor ID: 6128-01
M.HIDARY AND COMPANY INC.
10 WEST 33RD STREET
NEW YORK NY 10001

Creditor ID: 15616-01
M.I. DRILLING FLUID CO.
5950 NORTH COURSE DRIVE
HOUSTON TX 77072

Creditor ID: 10313-01
M.K TRADING LTD
3-291 EHIGASHI KAIZU-CHO
KAIZU-CITY GIFU  503-0635
JAPAN

Creditor ID: 8231-01
M.S INTERNATIONAL INC
2095 N BATAVIA
ORANGE CA 92865

Creditor ID: 1374-01
M.S. WALKER
20 THIRD AVE
SOMMERCILLE MA 02143

Creditor ID: 12801-01
M.T. TRADING GROUP
1411 HUTCHINS STREET
HOUSTON TX 77003

Creditor ID: 8232-01
M.W.EQUIPMENT SALES
13448 BROADWAY, (RT.20)
ALDEN NY 14004

Creditor ID: 11693-01
M/C.EMPIRE SEAFOOD
7850 NW SOUTH RIVER DRIVE
MEDLEY FL 33166

Creditor ID: 1375-01
M/S DARBAR FOODS
1907 S. QUAKER RIDGE PLACE
ONTARIO CA 91761

Creditor ID: 17761-01
M/S FYBERTEX
10929 FIRESTONE BLVD STE#204
NORWALK CA 90650

Creditor ID: 8233-01
M/S GENERAL DISCOUNT #1
4615 EAST, 48TH STREET
VERNON CA 90058

Creditor ID: 3720-01
M/S PMI SUPPLY INC
2460 ASH STREET
VISTA CA 92081

Creditor ID: 8234-01
M/S. BLUE CROSS LABORATOREIS
20950 CENTER POINTE PARKWAY
SANTA CLARITA CA 91250

Creditor ID: 1376-01
M/S. DUNAWAY YARNS INC.
415 S COIT ST
FLORENCE SC 29501

Creditor ID: 1377-01
M/S. GHACHAMING
7340 ALONDRA BLVD,
PARAMOUNT CA 90723

Creditor ID: 6129-01
M/S. KHORASAN RICE
14802 DONCASTER ROAD
IRVINE CA 92604

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 1378-01
M/S. MCCARTHY GRANITE CO.,INC.
1940 FAIRWAY DR., BLDG I
SAN LEANDRO CA 94577

Creditor ID: 18748-01
M/S. ONSZAL CORP.,
1214 GOLF VIEW DR.
WOOD RIDGE IL 60517

Creditor ID: 3721-01
M/S. TURBINE SERVICES LTD
41 OLD GICK ROAD
SARATOGA SPRINGS NY 12866

Creditor ID: 6130-01
M/S.ESSEN POLYMERS, INC.
21515 HAWTHORNE BLVD. NO.620
TORRANCE CA 90503

Creditor ID: 17762-01
M/S.KITTRICH CORPORATION
14555 ALONDRA BLVD.
LA MIRADA CA 90638

Creditor ID: 4872-01
M/S.SANYO COMMERCIAL SOLUTIONS
1300 MICHAEL DRIVE SUITE A
WOOD DALE IL 60191

Creditor ID: 15617-01
M/S.ULTRA TRADING INTL LTD.
2875 N.E. 191 ST. #903 A
AVENTURA FL 33180

Creditor ID: 6131-01
M2 EXPORTS
7510 HORNWOOD DRIVE, SUITE 502
HOUSTON TX 77036

Creditor ID: 8235-01
MAC MARKETING LLC
210 PARKTOWNE BLVD #1
EDGEWATER FL 32132

Creditor ID: 15618-01
MAC SWED INC
20 WEST 36TH STREET 5TH FLOOR
NEW YORK NY 10018

Creditor ID: 6132-01
MACDONALD MEAT COMPANY
2709 AIRPORT WAY SOUTH
SEATTLE WA 98134

Creditor ID: 3722-01
MACLEAN POWER SYSTEMS CONTINENTAL ELECTRIC
1909 HIGHWAY 87
ALABASTER AL 35007

Creditor ID: 11694-01
MACLEAN POWER YORK
7801 PARK PLACE RD
YORK SC 29745

Creditor ID: 17763-01
MACLEHOSE, INC
15969 SIERRA PASS WAY
HACIENDA HEIGHTS CA 91745

Creditor ID: 17764-0I
MACMILLAN BLOEDEL
1350 MARIETTA BLVD NW
ATLANTA GA 30318-4142

Creditor ID: 12802-01
MACO BAG
412 VAN BUREN STREET
NEWARK NY 14513

Creditor ID: 12803-01
MACO IMPORT & EXPORT INC.
1820 S. RESERVOIR ST.
POMONA CA 91766

Creditor ID: 11695-01
MACOSER INC
2747 INTERSTATE ST
CHARLOTTE NC 28208

Creditor ID: 6133-01
MACPHERSON'S
305 CORPORATE DRIVE
ELGIN IL 60123

Creditor ID: 17765-01
MACPHERSON'S
1375 OCEAN AVENUE
EMERYVILLE CA 94608

Creditor ID: 6134-01
MACRO TRANSPORT SERVICES,LLC
101 EXECUTIVE CIRCLE
DAYTONA BEACH FL 32114

Creditor ID: 6135-01
MACSEI INDUSTRIES CO.
1784 E. VERNON
LOS ANGELES CA 90058

Creditor ID: 1379-01
MACY'S INC
2101 E.KEMPER ROAD
CINCINNATI OH 45241

Creditor ID: 17766-01
MAD PROJECTS INDUSTRIES, LLC
15 WEST 34TH STREET, 8TH FLOOR
NEW YORK NY 10001

Creditor ID: 15619-01
MADANI STONES
3355 W. EL SEGUNDO BLVD.
HAWTHORNE CA 90250

Creditor ID: 1380-01
MADDEN GIRL
52-16 BARNETT AVENUE
LONG ISLAND CITY NY 11104

Creditor ID: 9626-01
MADDEN MENS
52-16 BARNETT AVENUE
LONG ISLAND CITY NY 11104

Creditor ID: 6136-01
MADICO, INC.
64 INDUSTRIAL PKWY
WOBURN MA 01801-1969

Creditor ID: 1381-01
MADISON AVENUE FURNITURE
1227 HARDIN AVENUE
SARASOTA FL 34243

Creditor ID: 11696-01
MADISON CARTAGE CO.
10 FOX INDUSTRIAL DRIVE
MADISON IL 62060

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17767-01<br>MADISON FOODS, INC<br>290 N. MAIN ST.,<br>RUTLEDGE GA 30662 | Creditor ID: 8236-01<br>MADISON INDUSTRIES INC.<br>279 5TH AVENUE., FL. 2<br>NEW YORK NY 10016 | Creditor ID: 15620-01<br>MADISON PARK GREETINGS<br>1407 11TH AVENUE<br>SEATTLE WA 98122 |
| Creditor ID: 8237-01<br>MADISON STEEL, INC.<br>659 AUBURN AVE. STE 155<br>ATLANTA GA 30312 | Creditor ID: 15621-01<br>MADTREE BREWING LLC<br>5164 KENNEDY AVE.<br>CINCINNATI OH 45213 | Creditor ID: 6137-01<br>MAERSK CUSTOM SERVICES<br>9300 ARROWPOINT BLVD.<br>CHARLOTTE NC 28273 |
| Creditor ID: 12904-01<br>MAF INDUSTRIES INC.<br>36470 HIGHWAY 99, PO BOX 218<br>TRAVER CA 93673 | Creditor ID: 15723-01<br>MAFCO WORLDWIDE CORPORATION<br>300 JEFFERSON AVE.<br>CAMDEN NJ 08101 | Creditor ID: 12905-01<br>MAFTCO TIRE<br>380 CUTTERS HILL COURT<br>LEXINGTON KY 40509 |
| Creditor ID: 3723-01<br>MAG BRANDS<br>100 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 7248-01<br>MAG IAS, LLC<br>2200 LITTON LANE<br>HEBRON KY 41048 | Creditor ID: 6138-01<br>MAG MEDIA DIGITAL TECH LLC.<br>25 E. SAM PEARL BLVD.<br>BROWNSVILLE TX 78520 |
| Creditor ID: 8238-01<br>MAG SPECIALTIES INC.<br>8400 E. PRENTICE AVE. SUITE 1500<br>GREENWOOD VILLAGE CO 80111 | Creditor ID: 6139-01<br>MAGALAXY AGENCIES, INC WORLEE NORTH AMERICA<br>20 POTASH ROAD<br>OAKLAND NJ 07436 | Creditor ID: 1382-01<br>MAGELLAN CORPORATION<br>1650 LAKE COOK ROAD<br>DEERFIELD IL 60016 |
| Creditor ID: 10314-01<br>MAGELLAN CORPORATION<br>3701 COMMERCIAL AVENUE<br>NORTBROOK IL 60062 | Creditor ID: 3724-01<br>MAGGY LONDON INT'L LTD<br>530 7TH AVE<br>NEW YORK NY 10018-4878 | Creditor ID: 15724-01<br>MAGIC CABIN<br>7021 WOLFTOWN HOOD ROAD<br>MADISON VA 22727 |
| Creditor ID: 11697-01<br>MAGICAL CRUISE CO., LTD.<br>500 S. BUENA VISTA STREET<br>BURBANK CA 91521 | Creditor ID: 17768-01<br>MAGID DE MEXICO LLC<br>901 EAST MILITARY HIGHWAY<br>PHARR TX 78577 | Creditor ID: 17769-01<br>MAGID GLOVE & SAFETY MANUFACTURING CO. LLC<br>1300 NAPERVILLE DRIVE<br>ROMEOVILLE IL 60446 |
| Creditor ID: 1383-01<br>MAGNESIUM ELEKTRON POWDERS NJ<br>100 RIDGEWAY BOULEVARD<br>MANCHESTER NJ 08759 | Creditor ID: 12906-01<br>MAGNETO POWER LLC<br>1000 W DONGES BAY ROAD<br>MEQUON WI 53092 | Creditor ID: 6140-01<br>MAGNUM PFS<br>510 THORNALL ST. SUITE 390<br>EDISON NJ 08837 |
| Creditor ID: 3725-01<br>MAGNUM TOOL CORPORATION<br>5600 BONHOMME ROAD<br>HOUSTON TX 77036 | Creditor ID: 6141-01<br>MAGNUSSEN HOME FURNISHINGS INC.<br>2155 EXCISE AVE. STE B<br>ONTARIO CA 91761 | Creditor ID: 1384-01<br>MAGTEC CORPORATION<br>8274 N.W. 14 STREET<br>MIAMI FL 33196 |
| Creditor ID: 8239-01<br>MAHDAVI'S A&A RUG COMPANY<br>1649 INTERNATIONAL CITY<br>NORCROSS GA 30093 | Creditor ID: 8240-01<br>MAHER TERMINALS, INC.<br>400 CONNELL DRIVE<br>BERKELEY HEIGHTS NJ 07922 | Creditor ID: 8607-01<br>MAHINDRA USA INC<br>17723 FM 2920<br>TOMBALL TX 77375 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12907-01
MAHINDRA USA, INC.
9020 JACKRABBIT ROAD, SUITE 600
HOUSTON TX 77095

Creditor ID: 1966-01
MAHLE ENGINE COMPONENTS USA, INC.
5130 NORTH STATE ROUTE 60
MCCONNELSVILLE OH 43756

Creditor ID: 3726-01
MAHLE INDUSTRIES
1 MAHLE DR
RUSSELLVILLE TN 37860

Creditor ID: 17770-01
MAHLE VALVE TRAIN INC.
3440 JOHNF. DONELLY DRIVE
HOLLAND MI 49424-9294

Creditor ID: 6142-01
MAI DUN USA INTERNATIONAL HOLDING GROUP
6706 ELYSIAN COURT
CORONA CA 92880

Creditor ID: 8608-01
MAIDENFORM LLC
485-F U.S. HIGHWAY 1 SOUTH
ISELIN NJ 08830

Creditor ID: 11698-01
MAIDENFORM LLC
1000 EAST HANES MILL ROAD
WINSTON-SALEM NC 27105

Creditor ID: 3727-01
MAIN LINE POTTERY
20 SOUTH UNION AVENUE, UNIT 10
LANSDOWNE PA 19050

Creditor ID: 1385-01
MAINFREIGHT, INC
504-A RADAR ROAD
GREENSBORO NC 27410

Creditor ID: 8609-01
MAINLAND EXCHANGE, INC.
18355 BEDFORD CIRCLE
LA PUENTE CA 91744

Creditor ID: 6143-01
MAINLINE WORLD FURNITURE
1605 JERSEY AVENUE
NORTH BRUNSWICK NJ 08902

Creditor ID: 17771-01
MAINSHIP CORPORATION
255 DIESEL RD
SAVANNAH GA 32084

Creditor ID: 15725-01
MAINSTREAM INTERNATIONAL
115 NEWFIELD AVENUE
EDISON NJ 08837

Creditor ID: 11699-01
MAIOLO MARBLE & GRANITE
111 SWALM STREET
WESTBURY NY 11590

Creditor ID: 12908-01
MAISON CUBI
223 JAY ST #204
BROOKLYN NY 11201

Creditor ID: 3728-01
MAISPACE
330 WATERLOO VALLEY ROAD
MT. OLIVE NJ 07828

Creditor ID: 11700-01
MAITLAND-SMITH - PLANT #23
2345 WATSON STREET S.W.
LENOIR NC 28645

Creditor ID: 10315-01
MAITLAND-SMITH FURNITURE INDUSTRIES, INC.
1925 EASTCHESTER DRIVE
HIGH POINT NC 27265

Creditor ID: 6144-01
MAJESTIC FABRICS INC.
1920 NAOMI AVE.
LOS ANGELES CA 90011

Creditor ID: 12909-01
MAJESTIC GIFTS INC
5605 FOSTER AVE
NEW YORK NY 11234

Creditor ID: 3729-01
MAJESTIC GLOVE
6707 HARDESON ROAD
EVERETT WA 98203

Creditor ID: 6145-01
MAJESTIC INTERNATIONAL SPICE CORP
6433 CANNING STREET
COMMERCE CA 90040

Creditor ID: 15726-01
MAJESTIC MARKETING
600 SYLVAN AVE.
ENGLEWOOD NJ 07632

Creditor ID: 8610-01
MAJESTIC, A DIVISION OF VF IMAGEWEAR INC
545 MARRIOTT DRIVE
NASHVILLE TN 37214

Creditor ID: 12910-01
MAJESTY MARBLE AND GRANITE INC
515 DUTTONS MILL ROAD
ASTON PA 19014

Creditor ID: 11701-01
MAJOR GLOVES AND SAFETY INC.
250 TURNBULL CANYON RD
CITY OF INDUSTRY CA 91745

Creditor ID: 8611-01
MAJOR SURPLUS & SURVIVAL
435 W. ALONDRA BLVD.
GARDENA CA 90248

Creditor ID: 15727-01
MAKA MINI MARKET
4419 SOUTH BRANDON ST,
SEATTLE WA 98118

Creditor ID: 12911-01
MAKAD FOOD INTERNATIONAL LLC
900 WASHINGTON ST., SUITE 1100
VANCOUVER WA 98660

Creditor ID: 1386-01
MAKITA U.S.A. INC.
1450 FEEHANVILLE DRIVE
MOUNT PROSPECT IL 60056

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12912-01<br>MAKITA USA<br>14930-C NOTTHAM ST<br>LA MIRADA CA 90638 | Creditor ID: 15728-01<br>MAKITA USA INC.<br>4680 RIVERGREEN PKWY<br>DULUTH GA 30136 | Creditor ID: 1387-01<br>MAKKA HALAL MEAT INC<br>431 N INDIAN CREEK DR SUITE C AND D<br>CLARKSTON GA 30021 |
| Creditor ID: 8612-01<br>MAKO<br>1181 OLD CAROLEEN ROAD<br>FOREST CITY NC 28043 | Creditor ID: 11702-01<br>MAKOR USA INC.<br>1455 OAKBROOK DRIVE - SUITE 600<br>NORCROSS GA 30093 | Creditor ID: 11804-01<br>MALABAR FOODS PRODUCTS, LLC<br>21175 S. MAIN STREET, E 1 ? UNIT C<br>CARSON CA 90745 |
| Creditor ID: 17772-01<br>MALACO INTERNATIONAL,INC.<br>1910 OLYMPIC BLVD.,STE.300<br>WALNUT CREEK CA 94596 | Creditor ID: 10316-01<br>MALARKEY ROOFING PRODUCTS<br>3400 S COUNCIL RD.<br>OKLAHOMA CITY OK 73179 | Creditor ID: 1388-01<br>MALCOLM DRILLING CO INC<br>8701 SO 192ND STREET<br>KENT WA 98033 |
| Creditor ID: 15729-01<br>MALINE TILE CO.<br>20 RESERVOIR PARK DR<br>ROCKLAND MA 02370 | Creditor ID: 8613-01<br>MALING (USA) INTERNATIONAL INC<br>6706 ELYSIAN CT.<br>CORONA CA 92880 | Creditor ID: 12913-01<br>MALLARD MANUFACTURING CORPORATION<br>101 MALLARD ROAD<br>STERLING IL 61081 |
| Creditor ID: 6146-01<br>MALLINCKRODT BAKER,  INC<br>PARIS BY-PASS US HIGHWAY 68<br>PARIS KY 40361 | Creditor ID: 15730-01<br>MALONEY SEAFOOD CORPORATION<br>350 COPELAND STREET<br>QUINCY MA 02169 | Creditor ID: 6147-01<br>MALUN TRADING INC.<br>53, VETERANS DRIVE<br>SOUTH RIVER NJ 08882 |
| Creditor ID: 17773-01<br>MAMA CUISINE<br>3663 WESTERN 9TH ST. SUITE 201<br>LOS ANGELES CA 90019 | Creditor ID: 1389-01<br>MAMTAKIM INC.<br>183 KING STREET<br>BROOKLYN NY 11231 | Creditor ID: 3730-01<br>MAN WAH (USA),INC.<br>233 S MAIN ST<br>FURNITURE PLAZA NO 412 4TH FL<br>HIGH POINT NC 27265 |
| Creditor ID: 19186-97<br>MANA PRODUCTS INC<br>LAWRENCE WEINSTOCK, VP OF FINANCE<br>32-02 QUEENS BLVD<br>LONG ISLAND CITY NY 11101 | Creditor ID: 11805-01<br>MANABE AND COMPANY LLC<br>22112 39TH PL. S.<br>KENT WA 98032 | Creditor ID: 8614-01<br>MANCHESTER FURNITURE GROUP, THE<br>1515 WEST GREEN DRIVE<br>HIGH POINT NC 27260 |
| Creditor ID: 8615-01<br>MANCHESTER IN HOME<br>1515 WEST GREEN DRIVE<br>HIGH POINT NC 27260 | Creditor ID: 15731-01<br>MANDALAY FOOD PRODUCTS CORP<br>851 BURLWAY ROAD, SUITE 618<br>BURLINGAME CA 94010 | Creditor ID: 8616-01<br>MANDARIN EXPORT<br>16461 EAST COMSTOCK RD<br>LINDEN CA 95236 |
| Creditor ID: 17774-01<br>MANDELIN INC<br>16219 WESTERN AVENUE<br>WASCO CA 93280 | Creditor ID: 6149-01<br>MANE INC<br>999 TECH DRIVE<br>MILFORD OH 45150 | Creditor ID: 9627-01<br>MANGO USA INC<br>5620 1ST AVE # 1<br>BROOKLYN NY 11220 |
| Creditor ID: 15732-01<br>MANHATTAN BEACHWEAR INC<br>6300 VALLEY VIEW ST.<br>BUENA PARK CA 90620 | Creditor ID: 17775-01<br>MANHATTAN BEACHWEAR INC<br>10700 VALLEY VIEW STREET<br>CYPRESS CA 90630 | Creditor ID: 1390-01<br>MANHATTAN BEACHWEAR INC.<br>6600 KATELLA AVE<br>CYPRESS CA 90630 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12914-01
MANHATTAN BEER DISTRIBUTORS
400 WALNUT AVE
BRONX NY 10454

Creditor ID: 1391-01
MANHATTAN STONE & TILE
251 PARK AVENUE SOUTH
NEW YORK NY 10010

Creditor ID: 11807-01
MANKE LUMBER COMPANY INC.
1717 MARINE VIEW DRIVE
TACOMA WA 98422

Creditor ID: 8617-01
MANN INTERANTIONAL SERVICES INC.
1920 WEST AIRFIELD DR. CARGO BLDG C
DALLAS TX 75261

Creditor ID: 15733-01
MANNINGTON MILLS INC
75 MANNINGTON MILLS ROAD
SALEM NJ 08079

Creditor ID: 12915-01
MANNY CORPORATION
2054 BANCROFT DRIVE
ANN ARBOR MI 48108

Creditor ID: 4873-01
MANTRA INC
1407 BROADWAY, STE 1701
NEW YORK NY 10018

Creditor ID: 1392-01
MANUEL VALDES BLASCO
5 EAST 16TH STREET
NEW YORK NY 10003

Creditor ID: 8618-01
MANUFACTURING TECHNOLOGY, INC.
1702 WEST WASHINGTON STREET
SOUTH BEND IN 46619

Creditor ID: 15734-01
MANWAH USA INC.
495 SOUTH GRAND CENTRAL PARKWAY
LAS VEGAS NV 89106

Creditor ID: 15735-01
MANWAH USA, INC.
FURNITURE PLAZA SUITE #412
HIGH POINT NC 27260

Creditor ID: 15736-01
MANZANA PRODUCTS, CO., INC.
9141 GREEN VALLEY ROAD
SEBASTOPOL CA 95472

Creditor ID: 8619-01
MAP JFK
254 HENRY STREET
INWOOD NY 11096

Creditor ID: 12614-01
MAPCARGO GLOBAL LOGISTICS
3340 GREENS RD BLDG A STE 120
HOUSTON TX 77032

Creditor ID: 12916-01
MAPE USA INC.
315 GARFIELD ST.
CAMBRIDGE MN 55008

Creditor ID: 17776-01
MAPLE LEAF FARMS, INC.
9166 N. 200 E. MILFORD
MILFORD IN 46542

Creditor ID: 3731-01
MARANTZ
1100 MAPLEWOOD DRIVE
ITASCA IL 60143

Creditor ID: 17777-01
MARATHON LINE N.Y. INC.
306 W 37TH STREET, SUITE 1701
NEW YORK NY 10018

Creditor ID: 15737-01
MARATHON LINE NY INC
875 AVE OF THE AMERICAS 21ST
NEW YORK NY 10001

Creditor ID: 11808-01
MARATHON SPECIAL SERVICES CO., INC.
9119 SOUTH GESSNER ROAD, SUITE 125
HOUSTON TX 77074

Creditor ID: 11809-01
MARBLE & GRANITE INC.
270 UNIVERSITY AVE
WESTWOOD MA 02090

Creditor ID: 3732-01
MARBLE CRAFTERS INC
11 NEALY BOULEVARD
TRAINER PA 19061

Creditor ID: 11810-01
MARBLE MASTERS
7621 NORTH MAIN STREET
JACKSONVILLE FL 32208

Creditor ID: 17264-01
MARBLE OF THE WORLD INC
6001 POWERLINE ROAD
FORT LAUDERDALE FL 38309

Creditor ID: 3733-01
MARBLE POINT
4801 TRADEMARK DRIVE-SUITE 130
RALEIGH NC 27610

Creditor ID: 12917-01
MARBLE SYSTEMS INC
2737 DORR AVE
FAIRFAX VA 22031

Creditor ID: 3734-01
MARC JAMES NORDBLAD
6455 MEADOW VALLEY LN
RENO NV 89519

Creditor ID: 8620-01
MARCA CORONA USA, LLC
2501 EMRICK BOULEVARD
BETHLEHEM PA 18020

Creditor ID: 3735-01
MARCEL AUBRY & CO., INC.
63 SPRING HILL RD.
ANNANDALE NJ 08801

Creditor ID: 1393-01
MARCHIORO USA, INC
45 MAYHILL STREET
SADDLE BROOK NJ 07663

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11811-01<br>MARCO PLASTIC<br>367 TALCOTTVILLE ROAD<br>VERNON CT 06066 | Creditor ID: 1394-01<br>MARCRAFT CLOTHES INC.<br>301 ISLAND ROAD<br>MAHWAH NJ 07430 | Creditor ID: 17265-01<br>MARCUS BROTHERS TEXTILES<br>980 AVE OF THE AMERICAS<br>NEW YORK NY 10018 |
| Creditor ID: 15738-01<br>MARCUS FOOD CO.<br>5235 MISSION OAKS BLVD. #310<br>CANARILLO CA 93012 | Creditor ID: 3736-01<br>MARCUS FOOD CO.<br>240 N ROCK ROAD, SUITE 246<br>WICHITA KS 67206 | Creditor ID: 8067-01<br>MARCUS FOODS<br>240 N. ROCK ROAD<br>WICHITA KS 67206 |
| Creditor ID: 11812-01<br>MARCUS TADEU DA SILVA<br>252-WAMPLER DRIVE<br>STANLEY VA 22851 | Creditor ID: 15739-01<br>MARDEL<br>7707 SW 44TH STREET<br>OKLAHOMA CITY OK 73179 | Creditor ID: 17778-01<br>MARDEL, INC.<br>7727 S.W. 44TH STREET<br>OKLAHOMA CITY OK 73179 |
| Creditor ID: 12918-01<br>MAR-FLEX WATERPROOFING & BUILDING PRODUCTS<br>200 INDUSTRY DRIVE<br>CARLISLE OH 45005 | Creditor ID: 8621-01<br>MARFORK COAL<br>RT. 3-1, ROUTE 3 MARFORK ROAD<br>WHITESVILLE WV 25209 | Creditor ID: 12919-01<br>MARGATE WINES AND SPIRITS<br>2800 SHORE RD<br>NORTHFIELD NJ 08225 |
| Creditor ID: 6150-01<br>MARIAM FLOORS, INC<br>2221 AMELIA CT.<br>DULUTH GA 30096 | Creditor ID: 6151-01<br>MARIANI NUT COMPANY<br>1625 SHAW AVENUE<br>CLOVIS CA 93611 | Creditor ID: 6152-01<br>MARIANI PACKING COMPANY INC<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688 |
| Creditor ID: 1395-01<br>MARIBA<br>321 S. VERMONT AVE<br>GLENDORA CA 91741 | Creditor ID: 18506-01<br>MARIBA CORPORATION - WOOD N' WOOD<br>321 S. VERMONT AVENUE<br>GLENDORA CA 91741 | Creditor ID: 1396-01<br>MARIN MOUNTAIN BIKES, INC.<br>265 BEL MARIN KEYS BLVD.<br>NOVATO CA 94949 |
| Creditor ID: 15740-01<br>MARINE ACOUSTICS INC<br>FAIRFAX DRIVE<br>ARLINGTON VA 22203 | Creditor ID: 11813-01<br>MARINE AIR LAND INTERNATIONAL SERVICES LLC<br>2603 CAMINO RAMON #245<br>SAN RAMON CA 94583 | Creditor ID: 11814-01<br>MARINE EQUIPMENT INC.<br>521 N SAM HOUSTON PKWY E<br>HOUSTON TX 77060-4035 |
| Creditor ID: 15741-01<br>MARINE FOODS EXPRESS.,LTD<br>5757 SOUTH LOOP EAST<br>HOUSTON TX 77033 | Creditor ID: 3737-01<br>MARINE HARVEST USA, LLC<br>57 LITTLE RIVER DRIVE<br>BELFAST ME 04915 | Creditor ID: 11815-01<br>MARINE HARVEST USA, LLC<br>8550 NW 17TH ST. SUITE 105<br>MIAMI FL 33126 |
| Creditor ID: 12920-01<br>MARINE LUMBER COMPANY<br>11800 SW MYSLONY ROAD<br>TUALATIN OR 97062 | Creditor ID: 11816-01<br>MARINE RESCUE PRODUCTS<br>41 PROSPECT AVENUE<br>MIDDLETOWN RI 02842 | Creditor ID: 9628-01<br>MARINE TERMINAL CORPORATION<br>AT THE PORT OF VANCOUVER<br>3015 NW HARBOR SIDE<br>VANCOUVER WA 98660 |
| Creditor ID: 19091-97<br>MARINE TERMINALS CORPORATION<br>3 EMBARCADERO CENTER STE 550<br>SAN FRANCISCO CA 94111 | Creditor ID: 1397-01<br>MARINE TRAVEL LIFT INC.<br>49 EAST YEW STREET<br>STURGEON BAY WI 54235-1976 | Creditor ID: 6153-01<br>MARINE TREASURES INC.<br>3828 140TH AVE, NE<br>BELLEVUE WA 98005 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6154-01<br>MARINEMASTER, INC.<br>10911 THIENES AVE.<br>SOUTH EL MONTE CA 91733 | Creditor ID: 15742-01<br>MARINER ENVIRONMENTAL GROUP<br>836 POSITES CORNER ROAD,<br>LITTLE CREEK DE 19961 | Creditor ID: 1398-01<br>MARINER SEAFOOD LLC.<br>14 SOUTH STREET<br>NEW BEDFORD MA 02740 |
| Creditor ID: 15743-01<br>MARINER SEAFOOD MARKETING INC.<br>850 AQUIDNECK AVENUE SUTIE B-8<br>MIDDLETOWN RI 02842 | Creditor ID: 11817-01<br>MARINEX GRAINS INC.<br>735 CHALLENGER STREET<br>BREA CA 92821 | Creditor ID: 11818-01<br>MARINO CERAMIC TILE<br>44-14 ASTORIA BLVD<br>ASTORIA NY 11103 |
| Creditor ID: 15744-01<br>MARINO MARBLE & TILE CORP<br>444 GRAHAM AVE<br>BROOKLYN NY 11211 | Creditor ID: 17781-01<br>MARINOBAY SPORTSWEAR INC.<br>9824 EAST RUSH STREET,<br>SOUTH EL MONTE CA 91733 | Creditor ID: 6155-01<br>MARINOR ASSOCIATES<br>2727 ALLEN PARKWAY, SUITE 1400<br>HOUSTON TX 77019 |
| Creditor ID: 18507-01<br>MARION INTERNATIONAL<br>211 GATES FERRY ROAD, UNIT T<br>LITTLE FERRY NJ 07643 | Creditor ID: 8622-01<br>MARIONETTE CO.INC.<br>2999 PIEDMONT RD<br>ATLANTA GA 30305 | Creditor ID: 1399-01<br>MARISO FOOD, INC.<br>1860 W. COLORADO BLVD.<br>LOS ANGELES CA 90041 |
| Creditor ID: 11819-01<br>MARITIME FISH PRODUCTS, INC.<br>330 MANIDA STREET<br>BRONX NY 10474 | Creditor ID: 8623-01<br>MARITIME INTERNATIONAL INC.<br>WHALERS WHARF PO BOX 7745<br>NEW BEDFORD MA 02742 | Creditor ID: 12921-01<br>MARITIME PRODUCTS INTERNATIONAL<br>11825 ROCK LANDING ROAD SUITE Y-1A<br>NEWPORT NEWS VA 23606 |
| Creditor ID: 6156-01<br>MARJAC POULTRY INC<br>950 INDUSTRIAL BOULEVARD<br>GAINESVILLE GA 30506 | Creditor ID: 1400-01<br>MARK  VINICIUS BALTAR RODRIGUEZ<br>2 FREDERIC PLACE<br>YONKERS NY 10703 | Creditor ID: 1401-01<br>MARK NIERENHAUSEN GRANITES INC<br>18048  COUNTY ROAD 83<br>COLD SPRING MN 56320 |
| Creditor ID: 11820-01<br>MARK OTWAY MORRIS CREEKSIDE INN<br>3400 EL CAMINO REAL<br>PALO ALTO CA 94306 | Creditor ID: 12615-01<br>MARK PIATT INDUSTRIES LLC<br>6221 213TH AVE CT E.<br>LAKE TAPPS WA 98391 | Creditor ID: 11821-01<br>MARK ROSS & COMPANY INTERNATIONAL<br>2525 16TH STREET, SUITE 321<br>SAN FRANCISCO CA 94103 |
| Creditor ID: 8624-01<br>MARK VII INTERNATIONAL INC<br>8116 CHAUGER ST<br>BAKERSFIELD CA 93311 | Creditor ID: 1402-01<br>MARKET GARDENERS (USA), INC.<br>5001 E COMMERCE CENTER DR STE 237<br>BAKERSFIELD CA 93309-1659 | Creditor ID: 11822-01<br>MARKETING SOLUTIONS INC.<br>500 OAK LEAF BLVD. UNIT B<br>JOLIET IL 60435 |
| Creditor ID: 8625-01<br>MARKIMEX INC.<br>2502 BARRANCA PKWY<br>IRVINE CA 92606 | Creditor ID: 17266-01<br>MAR-LEES SEAFOOD,LLC<br>10 NORTH FRONT STREET<br>NEW BEDFORD MA 02740 | Creditor ID: 1403-01<br>MARLENE CANDIDA PIMENTA<br>44 FRELINGHUYSEN AVE<br>NEWARK NJ 07105 |
| Creditor ID: 12922-01<br>MARLO FURNITURE<br>3300 MARLO DRIVE<br>FORESTVILLE MD 20747 | Creditor ID: 12923-01<br>MARMOL EXPORT USA<br>1550 S STATE COLLEGE BLVD\<br>ANAHEIM CA 92806 | Creditor ID: 6157-01<br>MARMORINO VENETIAN PLASTERS<br>976 MCLEAN AVENUE, SUITE 188<br>YONKERS NY 10704 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6158-01
MARQUIS WINE INC
311 SOUTH MADISON AVENUE
WATKINS GLEN NY 14891

Creditor ID: 17782-01
MARS CHOCOLATE NA, LLC QQ: LYONS AND SONS
905 N LENOLA RD
MOORESTOWN NJ 08057

Creditor ID: 15745-01
MARS CHOCOLATE NORTH AMERICA, LLC
800 HIGH STREET
HACKETTSTOWN NJ 07840

Creditor ID: 3738-01
MARS DRINKS US, INC.
BRANDYWINE INDUSTRIAL PARK
1301 WILSON DRIVE
WEST CHESTER PA 19380

Creditor ID: 15746-01
MARS DRINKS US, INC. -
FLAVIA BEVERAGE SYSTEMS, LLC
BRANYWINE INDUSTRIAL PARK,
1301 WILSON DRIVE WEST
WEST CHESTER PA 19380

Creditor ID: 15747-01
MARS FOOD US, LLC
15333 JFK BLVD., 6TH FLOOR
HOUSTON TX 77032

Creditor ID: 12924-01
MARS FOOD US, LLC
2001 CASHDAN ST.
RANCHO DOMINGUEZ CA 90220

Creditor ID: 3739-01
MARS FOOD US, LLC
37 HOLLAND DRIVE
ON 00L7E
CANADA

Creditor ID: 9629-01
MARS PETCARE INC.
P.O. BOX 30069
COLLEGE STATION TX 77842

Creditor ID: 6159-01
MARS PETCARE US INC
15 COMMERCE PARKWAY
WEST JEFFERSON OH 43162

Creditor ID: 6160-01
MARS PETCARE US INC.
3880 GROVEPORT ROAD
OBETZ OH 43207

Creditor ID: 8626-01
MARS PETCARE US, INC
315 COOL SPRINGS BLVD
FRANKLIN TN 37067

Creditor ID: 17783-01
MARS RETAIL GROUP - MARS DIRECT
400 VALLEY RD. SUITE 204
MT. ARLINGTON NJ 07856

Creditor ID: 11823-01
MARS SNACK FOOD US, LLC
800 HIGH STREET
HACKETTSTOWN NJ 07840

Creditor ID: 6161-01
MARSHALL FIELDS DIVISION OF MAY DEPT STORES
700 NICOLLET MALL
MINNEAPOLIS MN 55402

Creditor ID: 3740-01
MARSHALL MINERALS, INC (GA)
PO BOX 1087
BAINBRIDGE GA 39818

Creditor ID: 17784-01
MARSHALL MINERALS, INC.
P.O. BOX 1087
BAINBRIDGE GA 39818

Creditor ID: 4874-01
MARSHALL POTTERY
4901 ELYSIAN FIELDS
MARSHALL TX 75672

Creditor ID: 1404-01
MARSHALL RELOCATION SERVCIES
22976 OLD HIGHWAY 30
CALDWELL ID 83607

Creditor ID: 3741-01
MARSHALLE COMPANY STROLLER WHOLESALE
3325 MT. PROSPECT ROAD
FRANKLIN PARK  IL IL 60131

Creditor ID: 15748-01
MARSHALLS OF MA, INC.
770 COCHITUATE ROAD
FRAMINGHAM MA 01701

Creditor ID: 1405-01
MARSHALLTOWN PLANT
200 S. 12TH AVENUE
MARSHALLTOWN IA 50158

Creditor ID: 10317-01
MARTAINER
1512 CROSS BEAM DR.
CHARLOTTE NC 28217

Creditor ID: 11824-01
MARTEC INT'L NJ DISTRIBUTION CENTER
529 DOWD AVE
ELIZABETH NJ 07201

Creditor ID: 12925-01
MARTIN ALLOYS
345 DALZIEL ROAD
LINDEN NJ 07036

Creditor ID: 11825-01
MARTIN SCOTT WINES
1981 MARCUS AVE. SUITE 117
LAKE SUCCESS NY 11042

Creditor ID: 12926-01
MARUBENI
375 LEXINGTON AVENUE
NEW YORK NY 10017

Creditor ID: 6162-01
MARUBENI AMERICA
111 SW COLUMBIA, SUITE 1250
PORTLAND OR 97201

Creditor ID: 6163-01
MARUBENI AMERICA
101 CALIFORNIA STREET
SAN FRANCISCO  CALIFORNIA CA 94108

Creditor ID: 15749-01
MARUBENI AMERICA CORPORATION
375 LEXINGTON AVE
NEW YORK NY 10017

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 8627-01
MARUBENI AMERICA CORPORATION
515 SOUTH FIGUEROA ST., SUITE 2000
LOS ANGELES CA 90071

Creditor ID: 17886-01
MARUBENI CANADA LTD.
STE 2300 CNASA TRUST TOWER BCE PL
161 BAY STREET
TORONTO ON M5J 2S1
CANADA

Creditor ID: 18508-01
MARUBENI MOTOR SERVICE , INC.
TWO CALIFORNIA PLAZAM SUITE
2200 350 SOUTH GRAND AVE
LOS ANGELES CA 90071

Creditor ID: 1406-01
MARUBENI PULPAND PAPER NORTH AMERICA INC.
450 LEXINGTON AVE.
NEW YORK NY 10017

Creditor ID: 15750-01
MARUBENI SPECIALTY CHEMICALS INC
8675 HIDDEN RIVER PKWY
TAMPA FL 33637

Creditor ID: 12927-01
MARUBENI SPECIALTY CHEMICALS, INC.
10 BANK ST. SUITE 740
WHITE PLAINS NY 10606

Creditor ID: 17887-01
MARUCHAN INC.
15800 LAGUNA CANYON ROAD,
IRVINE CA 92618

Creditor ID: 1407-01
MARUCHAN VIRGINIA,INC
8101 WHITEPINE ROAD
RICHMOND VA 23237 VA 23237

Creditor ID: 17888-01
MARUHANA CORP
4455 SHEILA ST.
COMMERCE CA 90023

Creditor ID: 8628-01
MARUI WASABI INC
320 W. CAROB ST.
COMPTON CA 90220

Creditor ID: 3743-01
MARUKA U.S.A. INC.
17210 MARQUARDT AVE.
CERRITOS CA 90703

Creditor ID: 6164-01
MARUYAMA U.S., INC.
4770 MERCANTILE
FORT WORTH TX 76137

Creditor ID: 3744-01
MARVA MARBLE & GRANITE INC
3002 E. BOUNDARY TERRACE
MIDLOTHIAN VA 23112

Creditor ID: 3745-01
MARVIN HALPERN PLASTICS
225 CAUSEWAY LAWRENCE
NEW YORK NY 11559

Creditor ID: 17889-01
MARVIN L WALKER INC
PO BOX 5600 3045 KINGSTON COURT
NORCROSS GA 30071

Creditor ID: 11826-01
MARX BROTHERS, INC.
3100 2ND AVENUE SOUTH
BIRMINGHAM AL 35233

Creditor ID: 11827-01
MARY ANN IND.
40 CONNER'S ROAD
VILLA RICA GA 30180

Creditor ID: 8629-01
MARY MEYER CORP.
1 TEDDY BEAR LANE
TOWNSHEND VT 05353

Creditor ID: 11828-01
MARYLAND LOGGING COMPANY
216 SCHILLING CIRCLE, SUITE 101
HUNT VALLEY MD 21030

Creditor ID: 17890-01
MAS MELON AND GRAPES
12 KIPPER ST., SUITE 4
RIO RICO AZ 85648

Creditor ID: 18509-01
MASCHIO GASPARDO USA
120 NORTH PARK ROAD
ELDRIDGE IA 52748

Creditor ID: 17891-01
MASCO BATH CORPORATION
540 GLEN AVENUE
MOORESTOWN NJ 08057

Creditor ID: 11829-01
MASCO CABINETRY
140 BUSINESS PARK DRIVE
WINSTON SALEM NC 27107

Creditor ID: 17892-01
MASCO CABINETRY
4600 ARROWHEAD DRIVE
ANN ARBOR MI 48105

Creditor ID: 1408-01
MASCO CORPORATION
21001 VAN BORN ROAD
TAYLOR MI 48180

Creditor ID: 3746-01
MASERATI NORTH AMERICA INC
250 SYLVAN AVENUE
ENGLEWOOD CLIFFS NJ 07632

Creditor ID: 12928-01
MASONITE ENTRY DOOR CORPORATION
7300 REAMES ROAD
CHARLOTTE NC 28216

Creditor ID: 12616-01
MASONITE INTERNATIONAL CORPORATION
1 N DALE MABRY HWY # 950
TAMPA FL 33609-2771

Creditor ID: 11830-01
MASONRY ARTS INC
2105 3RD AVENUE
NORTH BESSEMER AL 35020

Creditor ID: 17893-01
MASRI FURNITURE
359 ATLANTIC AVENUE
BROOKLYN NY 11217

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17894-01<br>MASSACHUSETTS BAY BREWING COMPANY<br>306 NORTHERN AVE<br>BOSTON MA 02210-2324 | Creditor ID: 19092-97<br>MASSACHUSETTS PORT AUTHORITY<br>ONE HARBORSIDE DR, STE 200S<br>EAST BOSTON MA 02128 | Creditor ID: 11831-01<br>MASSEE SHULA<br>2381 CALADIUM DRIVE<br>ATLANTA GA 30345 |
| Creditor ID: 6165-01<br>MASSIMO DUTTI USA INC.<br>500 5TH AVENUE SUITE 400<br>NEW YORK NY 10110 | Creditor ID: 8630-01<br>MASSIMO MOTOR SPORTS LLC<br>3101 W. MILLER<br>GARLAND TX 75041 | Creditor ID: 8631-01<br>MASSIMO POWER SPORTS<br>3101 W. MILLER<br>GARLAND TX 75041 |
| Creditor ID: 6166-01<br>MASSOOD LOGISTICS<br>572 SOUTH NEW STREET<br>EDEN NC 27288 | Creditor ID: 6167-01<br>MASTER DESIGN, INC.<br>1900 S. BURGANDY PLACE<br>ONTARIO CA 91761 | Creditor ID: 11832-01<br>MASTER FASTENERS INTERNATIONAL LLC<br>225 ELM AVENUE<br>GALT CA 95632-0606 |
| Creditor ID: 7249-01<br>MASTER HALCO, INC.<br>1321 GREENWAY DRIVE<br>IRVING TX 75038 | Creditor ID: 12929-01<br>MASTER MAGNETICS, INC.<br>747 SOUTH GILBERT STREET<br>CASTLE ROCK CA 84104 | Creditor ID: 11833-01<br>MASTER PRECISION GLOBAL<br>PO BOX 140<br>GREENVILLE MI 48838 |
| Creditor ID: 12930-01<br>MASTER TILE<br>4340 SOUTHWEST FRWY (A/R)<br>HOUSTON TX 77027 | Creditor ID: 11834-01<br>MASTER TOW INC<br>783 SLOCOMB RD<br>FAYETTEVILLE NC 28311 | Creditor ID: 1409-01<br>MASTERBRAND CABINETS, INC.<br>ONE MASTERBRAND CABINETS DRIVE<br>JASPER IN 47547 |
| Creditor ID: 12931-01<br>MASTERCRAFT INTERNATIONAL USA.,INC.<br>3506 AIRPORT ROAD<br>JONESBORO AR 72401 | Creditor ID: 12932-01<br>MASTERFOODS USA<br>3250 E. 44TH STREET<br>VERNON CA 90058 | Creditor ID: 8632-01<br>MASTERHOUSE CO., INC.<br>10190 HARWIN DRIVE<br>HOUSTON TX 77036 |
| Creditor ID: 1410-01<br>MASTHEAD HOSE AND SUPPLY<br>137 INDUSTRIAL LOOP WEST<br>ORANGE PARK FL 32073 | Creditor ID: 12933-01<br>MAT AUTOMOTIVE, INC.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 | Creditor ID: 12934-01<br>MAT ENGINE TECHNOLOGIES, LLC<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 |
| Creditor ID: 17895-01<br>MAT HOLDINGS INC.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60067 | Creditor ID: 11835-01<br>MAT INDUSTRIES , LLC<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 | Creditor ID: 3747-01<br>MATAM, INC.<br>1302 LAKEVIEW DRIVE<br>PITTSFIELD IL 62363 |
| Creditor ID: 17896-01<br>MATERIAL FLOW & CONVEYOR SYSTEMS, INC.<br>21150 BUTTEVILLE ROAD<br>DONALD OR 97020 | Creditor ID: 3748-01<br>MATERIAL IMPORTS<br>200 LIBERTY STREET<br>LITTLE FERRY NJ 07643 | Creditor ID: 12935-01<br>MATERIAL MOTION, INC.<br>203 RIO CIRCLE<br>DECATUR GA 30030 |
| Creditor ID: 4875-01<br>MATERNE NORTH AMERICA<br>303 FIFTH AVENUE, SUITE 18 07<br>NEW YORK NY 10016 | Creditor ID: 11836-01<br>MATHESON GAS<br>150 ALLEN ROAD SUITE 302<br>BASKING RIDGE NJ 07920 | Creditor ID: 3749-01<br>MATHIAS PAPER CORP.<br>1927 BAKER ROAD<br>HIGH POINT NC 27263 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12936-01
MATHIS BROTHERS
3434 E. RENO AVE.
OKLAHOMA CITY OK 73107

Creditor ID: 15751-01
MATIN TRADING CO.
23 AMADOR LANE
NEWPORT COAST CA 92657

Creditor ID: 17897-01
MATOS FOREST PRODUCTS LLC
1042 N. EL CAMINO REAL SUITE B #187
ENCINITAS CA 92024

Creditor ID: 18510-01
MAT-PAC, INC
404 CANDLEWOOD COMMONS
HOWELL NJ 07731

Creditor ID: 17898-01
MATREX SEATING PLANT
899 EAST LINDSAY STREET
GREENSBORO NC 27405

Creditor ID: 12937-01
MATRIX CHEMICAL LLC
5960 W. PARKER ROAD STE. 278
PLANO TX 75093

Creditor ID: 3750-01
MATRIX FITNESS SYSTEM
1411 BROADWAY NE
ALBUQUERQUE  NM. NM 87102

Creditor ID: 11837-01
MATRIX FITNESS SYSTEM INC.
1610 LANDMARK DRIVE
COTTAGE GROVE WI 53527

Creditor ID: 13038-01
MATRIX INT'L LOGISTICS INC.
200 CONNECTICUT AVE.
NORWALK CT 06854

Creditor ID: 1411-01
MATSON WOOD PRODUCTS COMPANY
132 MAIN STRET, BOX L
BROOKVILLE PA 15825

Creditor ID: 6168-01
MATSUI CORPORATION
12750 CENTER COURT DR. SUITE 430
CERRITOS CA 90703

Creditor ID: 11939-01
MATTEL DISTRIBUTION CENTRE WEST
15930 E. VALLEY BLVD
CITY OF INDUSTRY CA 91744

Creditor ID: 9630-01
MATTEL INC.
333 CONTINENTAL BLVD
EL SEGUNDO CA 90245

Creditor ID: 3751-01
MATTEL LAREDO
8702 KILLAM INDUSTRIAL BLVD.
LAREDO TX 78045

Creditor ID: 15752-01
MATTEX USA LLC.
150 EVCO DRIVE
CALHOUN GA 30701

Creditor ID: 17899-01
MATTHEW KEENAN
7759 DERSINGHAM DRIVE
SACRAMENTO CA 95829

Creditor ID: 17900-01
MAUDEN INTERNATIONAL, LTD.
14 CAESAR PLACE
MOONACHIE NJ 07074

Creditor ID: 8633-01
MAURICE PINCOFFS COMPANY, INC.
2180 NORTH LOOP SUITE #500
WEST HOUSTON TX 77018

Creditor ID: 3752-01
MAUSER CORPORATION IBC
685 ROUTE 202/206
BRIDGEWATER NJ 08807

Creditor ID: 6169-01
MAVERICK TUBE CORPORATION
2200 WEST LOOP SOUTH STE 800
HOUSTON TX 77027

Creditor ID: 18511-01
MAVERICK,INC.
7533 FELTON DRIVE
VERONA WI 53593

Creditor ID: 17901-01
MAVERIK LACROSSE
535 W 24TH ST, 5F
NEW YORK NY 10011

Creditor ID: 1412-01
MAVIC INC.
1000 PORT CARTERET DRIVE
CARTERET NJ 07008

Creditor ID: 6170-01
MAVIGA NA INC.
103 EAST SPRAGUE, SUITE 101
SPOKANE WA 99202

Creditor ID: 1413-01
MAX CARGO, INC.
19825 HAMILTON AVE.
TORRANCE CA 90502

Creditor ID: 15753-01
MAX FURNITURE
2007 ROYAL LANE, SUITE 100A
DALLAS TX 75229

Creditor ID: 8634-01
MAX INTERNATIONAL
900 SUMMIT AVE E# 301
SEATTLE WA 98102

Creditor ID: 3753-01
MAX INTERNATIONAL TRADING CORP
1748 ELMHURST ROAD
ELK GROVE VILLAGE  IL IL 60007

Creditor ID: 11940-01
MAX LEATHER
DIV OF LF ACCESSORIES GROUP LLC
1359 BROADWAY
NEW YORK NY 10018

Creditor ID: 11941-01
MAX PACKAGING
109 6TH AVENUE NW
ATTALLA AL 35954

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10318-01 | Creditor ID: 8635-01 | Creditor ID: 1414-01 |
| MAX POWER SOLUTIONS | MAX VAN PELS INC. | MAX WORLD INC. |
| 3648 FOXBORO LANE | 111 NORTH CENTRAL AVE | 9510 TIOGA DRIVE |
| CARROLLTON TX 75007 | HARTSDALE NY 10530 | SAN ANTONIO TX 78230 |
| | | |
| Creditor ID: 17902-01 | Creditor ID: 11942-01 | Creditor ID: 15754-01 |
| MAX-AIR TECHNOLOGY | MAXAM INITIATION SYSTEMS, LLC | MAXCO SUPPLY, INC. |
| 751 HOFF ROAD | 74 DIXON ROAD | 605 SOUTH 2 EDIKER AVE. |
| O'FALLON MO 63366 | STERLING CT 06377 | PARLIER CA 93648 |
| | | |
| Creditor ID: 11943-01 | Creditor ID: 10319-01 | Creditor ID: 13039-01 |
| MAXIM HYGIENE PRODUCTS | MAXIM LIGHTING | MAXLAND INTERNATIONAL INC. |
| 39 MAPLE STREET | 247 N. VINELAND AVE | 9457 E. RUSH STREET |
| ROSLYN HEIGHTS NY 11577 | CITY OF INDUSTRY CA 91746 | DBA TITAN ENTERPRISE INC. |
| | | SOUTH EL MONTE CA 91733 |
| | | |
| Creditor ID: 1415-01 | Creditor ID: 13040-01 | Creditor ID: 11944-01 |
| MAXLINER LLC | MAXMAP TRADING AND MANAGEMENT LLC | MAXSAM SALED INC |
| 450 COLLEGE DRIVE | 11515 ERESMA DR | 377-79 OLD BRIDGE TURNPIKE |
| MARTINSVILLE VA 24112 | BAKERSFIELD CA 93311 | EAST BRUNSWICK NJ 08816 |
| | | |
| Creditor ID: 17903-01 | Creditor ID: 3754-01 | Creditor ID: 17904-01 |
| MAXSAM TILE | MAXUM METAL RECYCLING | MAXWAY FREIGHT SYSTEMS |
| 2 CLAIRE ROAD | 610 WEDVICK ROAD | 1480 BEACHEY PLACE |
| EAST BRUNSWICK NJ 08816 | DEERFIELD WI 53531 | CARSON CA 90746 |
| | | |
| Creditor ID: 3755-01 | Creditor ID: 1416-01 | Creditor ID: 13041-01 |
| MAXX FABRICS | MAXX-CAP MACHINERY INC. | MAY DEPARTMENT STORES INTERNATIONAL, INC. |
| 784 E. 14TH PLACE | 900 MERIDIAN EAST, SUITE 19413 | 615 OLIVE STREET |
| LOS ANGELES CA 90021 | MILTON WA 98354 | ST. LOUIS MO 63101-1702 |
| | | |
| Creditor ID: 13042-01 | Creditor ID: 6171-01 | Creditor ID: 9631-01 |
| MAYA'S BEST INC | MAYER LABORATORIES INC. | MAYES TURF MACHINES, LLC |
| 333 WAVERLY AVENUE | 646 KENNEDY ST., BLDG C | 290 BUNCH ROAD |
| HEWLETT NY 11557 | OAKLAND CA 94606 | FRANKLIN KY 42134 |
| | | |
| Creditor ID: 13043-01 | Creditor ID: 11946-01 | Creditor ID: 6172-01 |
| MAYLINE COMPANY INC. | MAYPRO INDUSTRIES, INC. | MAYRSOHN INTERNATIONAL |
| 619 NORTH COMMERCE ST | 2700 WESTCHESTER BLVD. | 2009 NW 70 AVENUE |
| PO BOX 728 | PURCHASE NY 10577 | MIAMI FL 33122 |
| SHEBOYGAN WI 53082 | | |
| | | |
| Creditor ID: 11947-01 | Creditor ID: 11948-01 | Creditor ID: 8636-01 |
| MAYRSOHN WEST COMPANY | MAYS CHEMICAL COMPANY | MAYTEES CERAMIC TILE |
| 346 RHEEM BLVD., SUITE 102 | 5611 EAST 71ST STREET | 3205 SOUTH STATE ROAD 7 |
| MORAGA CA 94556 | INDIANAPOLIS IN 46220 | HOLLYWOOD FL 33023 |
| | | |
| Creditor ID: 8637-01 | Creditor ID: 6173-01 | Creditor ID: 11949-01 |
| MAYTEX MILLS INC | MAYURI FOODS INC. | MAYZO INC |
| 135 SAWMILL RIVER ROAD, | 2560 152ND AVE NE | 6577 PEACHTREE INDUSTRIAL BLVD |
| YONKERS NY 10701 | REDMOND WA 98052 | NORCROSS GA 30092 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3756-01<br>MAZDA MOTOR OF AMERICA, INC.<br>9105 HACKS CROSS ROAD<br>OLIVE BRANCH MS 38654 | Creditor ID: 15755-01<br>MAZDA MOTOR OF AMERICA, INC.<br>SCRANTON PDC 500 FIRST AVENUE<br>GOULDSORO PA 18424 | Creditor ID: 10320-01<br>MAZZA INC.<br>580 WEST LAMBERT RD. - SUITE C<br>BREA CA 92821 |
| Creditor ID: 19093-97<br>MB FINANCIAL BANK NA<br>C/O CLARK HILL PLC<br>LISA ELDRIDGE, SHERRY LOWE JOHNSON<br>2005 MARKET ST, STE 1000<br>ONE COMMERCE SQU<br>PHILADELPHIA PA 19103 | Creditor ID: 17905-01<br>MB FRESH INTERNATIONAL, LLC<br>104 S. CHURCH ST.<br>VISALIA CA 93291-6311 | Creditor ID: 1418-01<br>MB LOGISTICS INT'L INC.<br>15232 ROCKAWAY BLVD STE 207<br>JAMAICA NY 11434-2829 |
| Creditor ID: 13044-01<br>MB METALS, INC.<br>14023 NE 8TH STREET<br>BELLEVUE WA 98007 | Creditor ID: 1419-01<br>MBI INC.<br>78 TECHNOLOGY PARK DRIVE<br>TORRINGTON CT 06708 | Creditor ID: 13045-01<br>MBM INTERNATIONAL LOGISTICS, LLC<br>650 ATLANTA SOUTH PKWY. STE.250<br>ATLANTA GA 30349 |
| Creditor ID: 6175-01<br>MBY&SON INC.,UNIVERSAL TOOLS & ABRASIVES<br>124 LUISIANA AVE.<br>BROOKLYN NY 11207-7602 | Creditor ID: 11951-01<br>MC  FRESH INC.<br>2740 WEST 81ST<br>HIALEAH FL 33016 | Creditor ID: 15855-01<br>MC CARGO GROUP INC.<br>783 E. PICO BLVD.<br>LOS ANGELES CA 90021 |
| Creditor ID: 6176-01<br>MC CLARIN PLASTICS, INC.<br>255 BLETTNER AVE.<br>HANOVER PA 17331 | Creditor ID: 8638-01<br>MC DANIEL AND COMPANY<br>1301 NORTH HAMILTON ST STE 105<br>RICHMOND VA 23230 | Creditor ID: 3757-01<br>MC FRESH INC<br>401 PENHORN AVENUE, UNIT #6<br>SECAUCUS NJ 07094 |
| Creditor ID: 11952-01<br>MC LOGIX, INC.<br>18030 SOUTH FIGUEROA ST.<br>GARDENA CA 90248 | Creditor ID: 13046-01<br>MC MARINE INC<br>3 UNIVERSITY PLAZA STE 405<br>HACKENSACK NJ 07601 | Creditor ID: 6177-01<br>M-C MCLANE INTERNATIONAL<br>1400 WOODLOCH FOREST DR. SUITE 200<br>THE WOODLANDS TX 77380 |
| Creditor ID: 17906-01<br>MC TRANS/ MITSUBISHI INTERNATIONAL CORP.*<br>655 3RD AVENUE<br>NEW YORK NY 10017 | Creditor ID: 3758-01<br>MC TUBULAR PRODUCTS<br>12440 E IMPERIAL WAY<br>NORWALK CA 90650 | Creditor ID: 1420-01<br>MCALLISTER MILLS<br>173 RAINBOW CIRCLE<br>INDEPENDENCE VA 24348 |
| Creditor ID: 19094-97<br>MCALLISTER TOWING & TRANSPORTATION,<br>MORAN TOWING CORP, OCEANCONNECT MARINE ET AL<br>C/O SIMMS SHOWERS LLP<br>J STEPHEN SIMMS, MARIOS J MONOPOLIS<br>201 INTERNATIONAL CIRCLE, STE 250<br>BALTIMORE MD 21030 | Creditor ID: 3759-01<br>MCCAFFREY INTERNATIONAL INC<br>1818 GILBRETH RD STE 222<br>BURLINGAME CA 94010 | Creditor ID: 13047-01<br>MCCAIN FOODS USA, INC.<br>2275 CABOT DRIVE<br>LISLE IL 60532 |
| Creditor ID: 8639-01<br>MCCANN BROTHERS<br>490 PEPPER ST.<br>MONROE CT 06468 | Creditor ID: 13048-01<br>MCCORMICK & COMPANY, INC.<br>3425 W. LATHROP DRIVE<br>SOUTH BEND IN 46628 | Creditor ID: 3760-01<br>MCCORMICK & COMPANY, INCORPORATED<br>18 LOVETON CIR<br>SPARKS MD 21152 |
| Creditor ID: 1421-01<br>MCCORMICK INTERNATIONAL USA<br>2590 BRECKINRIDGE BLVD.<br>DULUTH GA 30096 | Creditor ID: 1422-01<br>MCCOURT INDUSTRIES<br>1314 CENTERVIEW CIRCLE<br>AKRON OH 44321 | Creditor ID: 6178-01<br>MCELROY JOE NORTH AMERICAN PIPE CORPORATION<br>2801 POST OAK BLVD SUITE 300<br>HOUSTON TX 77056 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3761-01<br>MCGEAN-ROHCO INC.<br>2910 HARVARD AVENUE<br>CLEVELAND OH 44105 | Creditor ID: 13049-01<br>MCGRORY GLASS INC.<br>1400 GRANDVIEW AVENUE<br>PAULSBORO NJ 08066 | Creditor ID: 1423-01<br>MCGUIRE FURNITURE COMPANY<br>1201 BRYANT STREET  3RD FL<br>SAN FRANCISCO CA 94103 |
| Creditor ID: 11953-01<br>MCK INTERNATIONAL, L.L.C.<br>3000 COLONIAL PARKWAY SUITE 4204<br>CEDAR PARK TX 78613-6611 | Creditor ID: 17907-01<br>MCK INTERNATIONAL, LLC.<br>7202 DOUGLAS AVENUE SE<br>SNOQUALMIE WA 98065-9750 | Creditor ID: 8640-01<br>MCKENZIE CRANBERRIES, INC.<br>92935 AIRPORT ROAD<br>SIXES OR 97476 |
| Creditor ID: 18512-01<br>MCKENZIE SALES & MARKETING<br>1431 W. 9TH STREET UNIT B,<br>UPLAND CA 91786-5672 | Creditor ID: 13050-01<br>MCKINNON INTERNATIONAL INC.<br>1101 N. NORTHLAKE WAY, SUITE 7<br>SEATTLE WA 98103 | Creditor ID: 1424-01<br>MCL (MEDITERRENEAN CONTAINER LINES)<br>45 E. 33RD ST. STE 206<br>NEW YORK NY 10016 |
| Creditor ID: 17908-01<br>MCL MULTICONTAINER LINE (MIA)<br>5301 BLUE LAGOON DRIVE #550<br>MIAMI FL 33126 | Creditor ID: 6179-01<br>MCLEAN CARGO SPECIALISTS<br>167-10 S.CONDUIT AVE. RM 102A<br>JAMAICA NY 11434 | Creditor ID: 11954-01<br>MCLEOU USA INC.<br>4534 CONNIES COURT<br>MISSOURI CITY TX 77459 |
| Creditor ID: 1425-01<br>MCLIN FARMS<br>7401 SOUTH WEST KENT LANE<br>CULVER OR 97734 | Creditor ID: 3762-01<br>MCMAHANS FUR STORES<br>2237 COLBY AVE<br>LOS ANGELES CA 90064 | Creditor ID: 17909-01<br>MCMAHAN'S FURNITURE CO/REDDING,LLC<br>2350 ATHENS AVE<br>REDDING CA 96001 |
| Creditor ID: 3763-01<br>MCMAHANS FURNITURE WAREHOUSE<br>1570 CHARLES DRIVE<br>REDDING CA 96003 | Creditor ID: 13051-01<br>MCMAHANS OF LANCASTER<br>43346 N. 10TH STREET<br>LANCASTER CA 93534 | Creditor ID: 15856-01<br>MCNAIRN PACKAGING INC<br>6 ELISE STREET<br>WESTFIELD MA 01085 |
| Creditor ID: 13052-01<br>MCNEILUS TRUCK AND MANUFACTURING-DC<br>524 COUNTY ROAD 34 EAST P.O. BOX 70<br>DODGE CENTER MN 55927 | Creditor ID: 3764-01<br>MCNICHOLS COMPANY<br>251 WILLE ROAD #C<br>DES PLAINES IL 60018 | Creditor ID: 13053-01<br>MCNIFF INTERNATIONAL<br>252 WEST I STREET<br>BENICIA CA 94510 |
| Creditor ID: 8740-01<br>MCR SAFETY<br>5321 E. SHELBY DR<br>MEMPHIS TN 38118 | Creditor ID: 13054-01<br>MCSHANE ENTERPRISES<br>120 TICES LANE<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 11955-01<br>MCWANE POLES<br>2266 SOUTH SIXTH ST<br>COSHOCTON OH 43812 |
| Creditor ID: 18513-01<br>MD DIRECT INC.<br>32565 B GOLDEN LANTER ST STE 476<br>DANA POINT CA 92629 | Creditor ID: 13055-01<br>MDF ENTERPRISES INC<br>2610 SOUTH RESERVE STREET<br>MISSOULA MT 59801 | Creditor ID: 8741-01<br>MDH CONSUMER PRODUCTS<br>17246 SOUTH MAIN<br>CARSON CA 90745 |
| Creditor ID: 11956-01<br>MDI ENGINEERING,INC.<br>1050 EDWARDS ROAD<br>BURLINGAME CA 94010 | Creditor ID: 1426-01<br>MDI INC.<br>1900 POWELL STREET, 6TH FLOOR<br>EMERYVILLE CA 94608 | Creditor ID: 6180-01<br>MDI MANUFACTURING & DESIGN INC.<br>7687 SAN FERNANDO RD.<br>BURBANK CA 91505 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17910-01<br>MDI MERCANTILE DEVELOPMENT, INC<br>10 WATERVIEW DRIVE<br>SHELTON CT 06484 | Creditor ID: 1427-01<br>MDL CORPORATION INC<br>11600 CAROLINE ROAD<br>PHILADELPHIA PA 19154 | Creditor ID: 17267-01<br>MDND DISTRIBUTORS<br>5535 MEMORIAL DR. F-204<br>HOUSTON TX 77007 |
| Creditor ID: 6181-01<br>MEAD CORPORATION<br>21 SHARON LANE<br>COTO DE CAZA CA 92678 | Creditor ID: 13056-01<br>MEAD SPECIALTY PAPER<br>LAUREL MILL ROUTE 102<br>SOUTH LEE MA 01260 | Creditor ID: 3765-01<br>MEADOWBROOK, LLC.<br>8135 RIVER DRIVE<br>MORTON GROVE IL 60053 |
| Creditor ID: 8742-01<br>MEADOWLAND CORP<br>P O BOX 61<br>NEWBURG OR 97132 | Creditor ID: 15857-01<br>MEADOWS WYE & CO. INC.<br>2506 FOREST AVENUE<br>STATEN ISLAND NY 10303 | Creditor ID: 1428-01<br>MEADWESTVACO CORP<br>403 STOUTH PAINT STREET<br>CHILLICOTHE OH 45601 |
| Creditor ID: 17268-01<br>MEADWESTVACO CORPORATION<br>101 O'NEIL ROAD<br>SIDNEY NY 13838 | Creditor ID: 15858-01<br>MEAT PRODUCTS INTERNATIONAL, INC.<br>#5 HALSTED CR. SUITE 2 & 3<br>ROGERS AR 72756 | Creditor ID: 3766-01<br>MEAT PRODUCTS INTERNATIONAL, INC. (M.P.I.)<br>5 HALSTEAD CIRCLE STE 2 & 3<br>ROGERS AR 72756 |
| Creditor ID: 8743-01<br>MEAT TEAM NORTH AMERICA LLC<br>123 N. COLLEGE AVENUE, STE. 200<br>FORT COLLINS CO 80524 | Creditor ID: 11957-01<br>MECA SPORTSWEAR<br>1120 TOWNLINE ROAD<br>TOMAH WI 54660 | Creditor ID: 12617-01<br>MECCANOTECNICA USA<br>9105 SEGUIN DRIVE, SUITE F<br>PHARR TX 78577 |
| Creditor ID: 13057-01<br>MECHANIAL INNOVATIONS<br>P.O. BOX 2220649<br>CHARLOTTE NC 28222 | Creditor ID: 13058-01<br>MECOX<br>257 COUNTY RD<br>SOUTHAMPTON NY 11968 | Creditor ID: 3767-01<br>MED FOODS INC.<br>10700 NORTH FREEWAY SUITE 800<br>HOUSTON TX 77037 |
| Creditor ID: 15859-01<br>MED TRANS, LLC<br>ONE MEDLINE PLACE<br>MUNDELEIN IL 60060 | Creditor ID: 3768-01<br>MEDCO<br>1445 ENGINEER ST.<br>VISTA CA 92801 | Creditor ID: 13059-01<br>MEDELCO INCORPORATED<br>54 WASHBURN STREET<br>BRIDGEPORT CT 06601 |
| Creditor ID: 17911-01<br>MEDIMA<br>5727 STRICKLER ROAD<br>CLARENCE NY 14031 | Creditor ID: 11958-01<br>MEDINA<br>5771 FLOYD HWY<br>SOUTH WILLIS VA 24380 | Creditor ID: 3769-01<br>MEDITERRANEAN DELIGHT INC<br>5383 A ESSEX CT<br>ALEXANDRIA VA 22311 |
| Creditor ID: 3770-01<br>MEDITERRANEAN DESIGN INC.<br>433 PABLO AVENUE<br>JACKSONVILLE BEACH FL 32250 | Creditor ID: 11959-01<br>MEDITERRANEAN SHIPPING COMPANY(USA) INC.<br>10050 NORTHWEST FREEWAY SUITE 300<br>HOUSTON TX 77092 | Creditor ID: 3771-01<br>MEDITERRANEAN TILE AND MARBLE INC<br>461 RT 46 WEST CROWN PLAZA<br>FAIRFIELD NJ 07004 |
| Creditor ID: 13060-01<br>MEDITERRANENA STONE CENTER<br>2800 S.ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32805 | Creditor ID: 13061-01<br>MEDIUS LA  INC.<br>5465 BRENTWOOD PLACE<br>YORBA LINDA CA 92887 | Creditor ID: 3772-01<br>MEDIUSA INC<br>2204 DURFEE AVE<br>EL MONTE CA 91732 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6182-01<br>MEDLINE INDUSTRIES INC<br>9303 STONEVIEW DRIVE<br>DALLAS TX 75237 | Creditor ID: 15860-01<br>MEDLINE INDUSTRIES, INC<br>ONE MEDLINE PL.<br>MUNDELEIN IL 60060 | Creditor ID: 8744-01<br>MEDSERV PLUS<br>11823 STATE ROUTE 44<br>MANTUA OH 44255 |
| Creditor ID: 8745-01<br>MEDSOURCE INTERNATIONAL<br>4210 NOREX DRIVE<br>CHASKA MN 55318 | Creditor ID: 17912-01<br>MEELUNIE AMERICA INC.<br>26105 ORCHARD LAKE ROAD<br>FARMINGTON HILLS MI 48334 | Creditor ID: 1429-01<br>MEENAXI ENTERPRISE, INC.<br>2500B HAMILTON BOULEVARD<br>SOUTH PLAINFIELD NJ 07080 |
| Creditor ID: 17269-01<br>MEGA AUTOMOTIVE<br>1315 S. JOHNSON DR<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 1430-01<br>MEGA CERAMICA LTD<br>146 SPENCER STREET<br>BROOKLYN NY 11205 | Creditor ID: 3773-01<br>MEGA FIBER INC<br>335 N. PUNTE STREET SUITE B<br>BREA CA 92821 |
| Creditor ID: 6183-01<br>MEGA GRANITE<br>360 MILLARD FARMER INDUSTRIAL BLVD.<br>NEWNAN GA 30263 | Creditor ID: 17913-01<br>MEGA HARVEST CORPORATION<br>11100 S WILCREST DR STE A-1<br>HOUSTON TX 77099 | Creditor ID: 13062-01<br>MEGA INTERNATIONAL COTTON, INC.<br>2415 SIWANOY DRIVE<br>ALHMAMBRA CA 91803 |
| Creditor ID: 15861-01<br>MEGA INTERNATIONAL TRADING GROUP INC<br>6862 HAYVENHURST AVENUE<br>VAN NUYS CA 91406 | Creditor ID: 19096-97<br>MEGA INTL COMMERCIAL BANKING CO,<br>SILICON VALLEY BRANCH, ET AL.<br>C/O SILICON VALLEY LAW GROUP<br>ATTN DAVID V DUPERRAULT<br>50 W SAN FERNANDO ST, STE 750<br>SAN JOSE CA 95113 | Creditor ID: 19095-97<br>MEGA INTL COMMERCIAL BANKING CO,<br>SILICON VALLEY BRANCH, ET AL.<br>C/O MOSES & SINGER LLP<br>CHRIS GRESH, ALAN GAMZA, JESSICA BONTEQUE<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |
| Creditor ID: 8746-01<br>MEGA MARTIAL ART SUPPLY, INC<br>12 E KENNEDY ST.<br>HACKENSACK NJ 07601 | Creditor ID: 17914-01<br>MEGA PRODUCE<br>715 S. CENTRAL AVE.<br>LOS ANGELES CA 90021 | Creditor ID: 13063-01<br>MEGA STEEL AND TUBE, INC.<br>335 E. COMPTON BLVD.<br>GARDENA CA 90248 |
| Creditor ID: 8747-01<br>MEGAFOOD INTERNATIONAL, INC.<br>10211 NORTHEAST AVENUE<br>PHILADELPHIA PA 19116 | Creditor ID: 15862-01<br>MEGAPOLIS USA LIMITED LIABILITY COMPANY<br>1601 GRAVESEND NECK ROAD<br>BROOKLYN NY 11229 | Creditor ID: 6184-01<br>MEGATOYS<br>6443 E.SLAUSON AVENUE<br>COMMERCE CA 90040 |
| Creditor ID: 10321-01<br>MEGATOYS<br>905 E. SECOND ST.<br>LOS ANGELES CA 90012 | Creditor ID: 1431-01<br>MEGATRADE COPORATION<br>11000 NW 29TH STREET, STE 200<br>DORAL FL 33172 | Creditor ID: 15863-01<br>MEGNIN MILLS INCORPORATED<br>12261 US ROUTE 422<br>KITTANNING PA 16201 |
| Creditor ID: 17915-01<br>MEHAR OVERSEAS, INC<br>95 HORSE BLOCK ROAD<br>YAPHANK NY 11980 | Creditor ID: 3774-01<br>MEHTA TRADING INTERNATIONAL, INC.<br>2306 OAK LANE, SUITE #6<br>GRAND PRAIRIE TX 75051 | Creditor ID: 15864-01<br>MEIJER<br>2929 WALKER AVE NW<br>GRAND RAPIDS MI 49544 |
| Creditor ID: 1432-01<br>MEIJER DISTRIBUTION  INC.<br>2725 WALKER NW<br>GRAND RAPIDS MI 49544 | Creditor ID: 17916-01<br>MEIJER DISTRIBUTION INC.<br>4220 S. COUNTRY ROAD 25A<br>TIPP CITY OH 45371 | Creditor ID: 17917-01<br>MEIJER DISTRIBUTION INC.<br>3301 S. CREYTS<br>LANSING MI 48917 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11960-01<br>MEJEN U.S.A.<br>4274 SHACKLEFORD ROAD, SUITE A-2<br>NORCROSS GA 30093 | Creditor ID: 13064-01<br>MEKONG RIVER INTERNATIONAL<br>3309 NE 163RD STREET<br>RIDGEFIELD WA 98642 | Creditor ID: 3775-01<br>MEKONG SEAFOODS, LLC<br>1310 TULLY ROAD, SUITE 104<br>SAN JOSE CA 95122 |
| Creditor ID: 1433-01<br>MEKONZA CORPORATION<br>15372 SUMMERWOOD STREET<br>WESTMINSTER CA 92683 | Creditor ID: 13065-01<br>MELCHER MEDIA INC<br>124 WEST 13TH STEET<br>NEW YORK NY 10011 | Creditor ID: 15865-01<br>MELDISCO<br>933 MACARTHUR BLVD.<br>MAHWAH NJ 07430 |
| Creditor ID: 3776-01<br>MELHART MUSIC CENTER<br>3325 NORTH 10TH STREET<br>MCALLEN TX 78501 | Creditor ID: 3777-01<br>MELISSA EDELMAN ANTIQUAIRE INC<br>1900 SHERIDAN ROAD<br>HIGHLAND PARK IL 60035 | Creditor ID: 6185-01<br>MEMOREX PRODUCTS, INC.<br>17777 CENTER COURT DR. SUITE 800<br>CERRITOS CA 90703 |
| Creditor ID: 8748-01<br>MEMOREX PRODUCTS, INC.<br>8680 SWINNEA ROAD<br>SOUTHAVEN MS 38671 | Creditor ID: 3778-01<br>MEMPHIS PARTS DISTRIBUTION CENTER<br>10455 MARINA DRIVE<br>OLIVE BRANCH MS 38654 | Creditor ID: 13066-01<br>MEMTEX COTTON MARKETING LLC<br>3323 23RD STREET<br>LUBBOCK TX 79410 |
| Creditor ID: 13067-01<br>MENARD, INC.<br>5101 MENARD DRIVE<br>EAU CLAIRE WI 54703 | Creditor ID: 3779-01<br>MENARDS, INC.<br>4860 MENARD DRIVE<br>EAU CLAIRE WI 54703 | Creditor ID: 3780-01<br>MENARDS, INC. - PLANO DIST. CENTER<br>2627 ELDAMAIN ROAD, BUILDING 201<br>PLANO IL 60545 |
| Creditor ID: 11961-01<br>MENARDS, INC. - SHELBY CROSSDOCK<br>7421 EAST STREET<br>SHELBY IA 51570 | Creditor ID: 6186-01<br>MEN-CAL RECYCLING 941 CORP.<br>941 E. 4TH STREET<br>SANTA ANA CA 92701 | Creditor ID: 1434-01<br>MENLO FOOD CORPORATION<br>175 DEMETER STREET<br>EAST PALO ALTO CA 94303 |
| Creditor ID: 13068-01<br>MERCANTILE LOGISTICS INC.<br>GIRALDA FARMS, MADISON AVE.<br>P.O. BOX 885  MADISON NJ 07940 | Creditor ID: 3781-01<br>MERCATOR INC.<br>BLDG #77 JFK INTL AIRPORT<br>JAMAICA NY 11430 | Creditor ID: 10322-01<br>MERCER INDUSTRIAL METALS<br>300C BROOKSIDE DRIVE<br>ANDOVER MA 01810 |
| Creditor ID: 11962-01<br>MERCHANDISING SPECIALISTS, INC.<br>40 CEDAR STREET<br>DOBBS FERRY NY 10522 | Creditor ID: 17918-01<br>MERCHANDISING SPECIALISTS,INC.<br>500 WEST 140TH STREET<br>GARDENA CA 90248 | Creditor ID: 15866-01<br>MERCHANTS INTERNATIONAL, INC.<br>4304 AIRPORT FREEWAY<br>FORT WORTH TX 76117 |
| Creditor ID: 13069-01<br>MERCHSOURCE LLC<br>15 CUSHING<br>IRVINE CA 92618 | Creditor ID: 13070-01<br>MERCK & CO., INC.<br>2778 S.E. SIDE HWY (340 SOUTH)<br>ELKTON VA 22827 | Creditor ID: 12618-01<br>MERCO HACKENSACK INC.<br>P.O. BOX 875, 201 ROUTE 59<br>HILLBURN NY 10931 |
| Creditor ID: 1435-01<br>MERCO INTERTRADE<br>4039 21ST AVENUE WEST, SUITE 200<br>SEATTLE WA 98199-1280 | Creditor ID: 13173-01<br>MERCOLA HEALTH RESOURCES LLC<br>3200 WEST HIGGINS ROAD<br>HOFFMAN ESTATES IL 60169 | Creditor ID: 15867-01<br>MERCON COFFEE CORP<br>2333 PONCE DE LEON BLVD STE 600<br>CORAL GABLES FL 33134-5418 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 13174-01
MERCON COFFEE CORPORATION
2 HUDSON PLACE
HOBOKEN NJ 07030

Creditor ID: 6187-01
MERCRUISER
3003 N PERKINS RD
STILLWATER OK 74045

Creditor ID: 3782-01
MERCURY DISTRIBUTING
305 LAKE ROAD
MEDINA OH 44256

Creditor ID: 3783-01
MERCURY GSE
15915 PIUMA AVENUE
CERRITOS CA 90703

Creditor ID: 4876-01
MERCURY LOGISTICS LTD
10544 N.W. 26TH STREET SUITE E-202
DORAL FL 33172

Creditor ID: 11963-01
MERCURY MARINE
835 WEST 41 STREET
TULSA OK 74107

Creditor ID: 933-01
MERCURY MARINE (OUTBOARDS
/JET DRIVES DIVISION)
W6250 WEST PIONEER ROAD,
P. O. BOX 1939
FOND DU LAC WI 54936

Creditor ID: 13175-01
MERCURY MARINE (PLANT # 14)
3003 N PERKINS ROAD
STILLWATER OK 74075-2299

Creditor ID: 3784-01
MERCURY MARINE PLANT
#15 325 WEST LARSEN DRIVE
FOND DU LAC WI 54937

Creditor ID: 3785-01
MERCURY MARINE PLANT 74
18 GATEWAY COMMERCE DRIVE E.
EDWARDSVILLE IL 62025

Creditor ID: 4877-01
MEREX FOOD CORP
1120 SAW MILL RIVER ROAD
YONKERS NY 10710

Creditor ID: 6188-01
MERIDIAN FOREST PRODUCTS
11106 SHOWMAKER AVE
SANTA FE SPRINGS CA 90670

Creditor ID: 8749-01
MERIDIEN INTERNATIONAL CORP.
1435 VALENZA BLVD.
ROWLAND HEIGHTS CA 91748

Creditor ID: 11964-01
MERIDIAN NUT GROWERS LLC
1625 SHAW AVENUE
CLOVIS CA 93611

Creditor ID: 934-01
MERIDIAN PRODUCTS, LCC
O/B ELECTROLUX HOME PRODUCT
1401 E 104TH ST STE 102
KANSAS CITY MO 64131

Creditor ID: 6189-01
MERIDIAN TILE & STONE LLC
3250 SPRING GROVE AVE
CINCINNATI OH 45225

Creditor ID: 17919-01
MERIDIAN TRADING CO.
1136 PEARL STREET, STE. 201
BOULDER CO 80302

Creditor ID: 935-01
MERIDIEN CUSTOMS BROKERS, INC.
150-10 132ND AVENUE
JAMAICA NY 11434

Creditor ID: 13176-01
MERIDIEN EXPORT & PACKING, INC.
5660 SIX FORK ROAD, SUITE 205
RALEIGH NC 27609

Creditor ID: 3786-01
MERIT BRASS COMPANY
200 VISTA BLVD STE 106
SPARKS NV 89434

Creditor ID: 13177-01
MERIT BRASS COMPANY
ONE MERIT DRIVE
CLEVELAND OH 44143

Creditor ID: 936-01
MERKLE-KORFF INDUSTRIES, INC.
25 NORTHWEST POINT
ELK GROVE VILLAGE IL 60007

Creditor ID: 15868-01
MERKURY INNOVATIONS
39 BROADWAY, 15TH FLOOR
NEW YORK NY 10006

Creditor ID: 10323-01
MEROLA SALES COMPANY INC.
6 SHIRLEY AVENUE
SOMERSET NJ 08873

Creditor ID: 3787-01
MEROLA SALES COMPANY INC.
20 REED PLACE
AMITYVILLE NY 11701

Creditor ID: 8750-01
MEROLA TILES SALES COMPANY, INC
819 WILLIAM AVENUE
BROOKLYN NY 11207

Creditor ID: 6190-01
MERQUINSA NORTH AMERICA
34 FOLLY MILL ROAD
SEABROOK NH 03874

Creditor ID: 8751-01
MERRIES INTERNATIONAL INC
2005 ORANGE STRET SUITE 1
ALHAMBRA CA 91803

Creditor ID: 6191-01
MERRILL AND RING FOREST PRODUCTS LLC
813 EAST 8TH STREET, P.O. BOX 1058
PORT ANGELES WA 98362

Creditor ID: 6192-01
MERRY TECH INTL SA DE CV
4015 ALLEN SCHOOL RD
BONITA CA 91902

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8752-01<br>MERVYNS<br>22301 FOODHILL BLVD MS4015<br>HAYWARD CA 94541-2771 | Creditor ID: 3788-01<br>MERVYNS<br>25509 INDUSTRIAL BLVD<br>HAYWARD CA 94545 | Creditor ID: 15869-01<br>MESH LLC<br>350 5TH AVE LBBY 9<br>NEW YORK NY 10118-0109 |
| Creditor ID: 13178-01<br>MESOAMERICA FOODS CORP.<br>600 BRICKELL AVE<br>MIAMI FL 33131 | Creditor ID: 15870-01<br>MESSIER-BUGATTI USA<br>300 SHORLAND DRIVE<br>WALTON KY 41094-9328 | Creditor ID: 11965-01<br>MESSR/S CANARY TRADING CO.INC.<br>1554-B S. ANAHEIM BLVD.<br>ANAHEIM CA 92805 |
| Creditor ID: 3789-01<br>MESSRS.ECOLOGICAL FIBERS INC.<br>PIONEER IND.PARK 40<br>LUNENBURG MA 01462 | Creditor ID: 7250-01<br>MET EQUIPMENT INC.<br>5055 SADDLEBACK STREET<br>MONTCLAIR CA 91763 | Creditor ID: 15871-01<br>MET MERCHANDISING<br>7555 N. CALDWELL AVENUE<br>NILES IL 60714-3807 |
| Creditor ID: 18020-01<br>METAFOODS, LLC<br>2970 CLAIRMONT ROAD SUITE 510<br>ATLANTA GA 30329 | Creditor ID: 15872-01<br>METAL & CATALYST RESOURCES<br>6750 WEST LOOP SOUTH, SUITE 748<br>BELLAIRE TX 77401 | Creditor ID: 3790-01<br>METAL EXPORT<br>1280 ESTATE DRIVE<br>LOS ALTOS CA 94024 |
| Creditor ID: 15873-01<br>METAL FINISH LLC<br>50 CORPORATE AVENUE<br>PLAINVILLE CT 06062 | Creditor ID: 12619-01<br>METAL FUSION INC.<br>712 ST. GEORGE AVE<br>JEFFERSON LA 70121 | Creditor ID: 11966-01<br>METAL LINK., INC.<br>13950 SENLAC DR. #200<br>FARMERS BRANCH TX 75234 |
| Creditor ID: 13179-01<br>METAL MANAGEMENT INC<br>500 FLATBUSH<br>HARTFORD CT 06141 | Creditor ID: 938-01<br>METAL SOURCE AMERICA, INC.<br>2259 GREENVILLE RD.<br>LAGRANGE GA 30241 | Creditor ID: 939-01<br>METALDYNE<br>47603 HALYARD DRIVE<br>PLYMOUTH MI 48170 |
| Creditor ID: 13180-01<br>METALDYNE<br>131 W. HARVEST STREET<br>BLUFFTON IN 46714 | Creditor ID: 6193-01<br>METALDYNE<br>1817 I AVENUE<br>CASTLE IN 47362 | Creditor ID: 18021-01<br>METALDYNE SINTERED COMPONENTS OF IN<br>3100 NORTH STATE HIGHWAY #3<br>NORTH VERNON IN 47265 |
| Creditor ID: 18022-01<br>METALDYNE, INC.<br>307 SOUTH TILLOTSON ST<br>P.O. BOX 615<br>FREMONT IN 46737 | Creditor ID: 940-01<br>METALSCO<br>1828 CRAIG ROAD<br>ST. LOUIS MO 63146 | Creditor ID: 18023-01<br>METALWISE<br>22693 HESPERIAN BLVD<br>HAYWARD CA 94546 |
| Creditor ID: 13181-01<br>METALX<br>1007 VALLEY ROAD<br>COATESVILLE PA 19320 | Creditor ID: 18024-01<br>METHODS MACHINE TOOLS INC.<br>65 UNION AVENUE<br>SUDBURY MA 01776 | Creditor ID: 18025-01<br>METIS INTERNATIONAL, INC.<br>17316 EDWARDS ROAD, SUITE 200<br>CERRITOS CA 90703 |
| Creditor ID: 13182-01<br>METOMPKIN BAY OYSTER COMPANY<br>P.O. BOX 671<br>CRISFIELD MD 21817 | Creditor ID: 13183-01<br>METRADE LLC<br>16020 SWINGLEY RIDGE ROAD, STE 201<br>CHESTERFIELD MO 63017 | Creditor ID: 18026-01<br>METRIC PRODUCTS INC.<br>4671 LEAHY STREET<br>CULVER CITY CA 90232-3592 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1967-01<br>METRIE INC<br>11445 GRANITE STREET<br>CHARLOTTE NC 28273 | Creditor ID: 18027-01<br>METRIE INC<br>5575 NORDIC WAY<br>FERNDALE WA 98248 | Creditor ID: 941-01<br>METRIE INC.<br>40 HOPSON RD SE<br>ACWORTH GA 30102 |
| Creditor ID: 3791-01<br>METRIE INDUSTRIES INC<br>9325A SNOWDEN RIVER PARKWAY<br>COLUMBIA MD 21046 | Creditor ID: 11967-01<br>METRO INTERMODAL, LTD.<br>2929 WEST 175TH STREET<br>LANSING IL 60438 | Creditor ID: 15874-01<br>METRO METALS NORTHWEST INC<br>5611 NE COLUMBIA BLVD<br>PORTLAND OR 97218 |
| Creditor ID: 13184-01<br>METRO METALS NORTHWEST, INC<br>DBA PV PEREGAN CORP.<br>28971 PALOS VERDES DR. EAST<br>RANCHO PALOS VERDES CA 90275 | Creditor ID: 12620-01<br>METRO PACKAGING AND IMAGING INCORPERATED<br>5 HAUL ROAD<br>WAYNE NJ 07470 | Creditor ID: 19097-97<br>METRO PILOTS LLC<br>2070 WILLOW LN<br>FURLONG PA 18925 |
| Creditor ID: 15875-01<br>METRO PLUMBING AUTHORITY INC<br>5801 2ND AVE<br>BROOKLYN NY 11220 | Creditor ID: 942-01<br>METRO THEBE INC. DBA: HWI USA<br>19400 SOUTH WESTERN AVE<br>TORRANCE CA 90501 | Creditor ID: 8753-01<br>METROCONCEPTS<br>1 CLAIBORNE AVENUE.<br>NORTH BERGEN NJ 07047 |
| Creditor ID: 8754-01<br>METROLINA GREENHOUSES INC.<br>16400 HUNTERSVILLE CONCORD ROAD<br>HUNTERSVILLE NC 28078 | Creditor ID: 8755-01<br>METROPOL USA<br>113 MAGNOLIA AVE.<br>WESTBURY NY 11590 | Creditor ID: 11968-01<br>METROPOLIS WINE MERCHANTS INC.<br>527 WEST 45TH STREET<br>NEW YORK NY 10036 |
| Creditor ID: 15876-01<br>METROPOLITAN LAUNDRY MACHINERY CO.<br>127-19 101ST AVENUE<br>RICHMOND HILL NY 11419 | Creditor ID: 12621-01<br>METROPOLITAN PACKAGING MFG. CORP.<br>68 JAVA STREET<br>BROOKLYN NY 11222 | Creditor ID: 943-01<br>METROWINE DISTRIBUTION<br>711 WESTCHESTER AVENUE, 4TH FLOOR<br>WHITE PLAINS NY 10604 |
| Creditor ID: 13185-01<br>METSO MINERALS INDUSTRIES INC<br>1030 METSO WAY<br>COLUMBIA SC 29229 | Creditor ID: 3792-01<br>METSO MINERALS INDUSTRIES INC<br>20965 CROSSROADS CIR<br>WAUKESHA WI 53187 | Creditor ID: 6194-01<br>METTLER PACKAGING LLC<br>100 QUEEN STREET<br>SOUTHINGTON CT 06489 |
| Creditor ID: 6195-01<br>MEXICHEM SPECIALTY RESINS, INC.<br>33653 WALKER ROAD<br>AVON LAKE OH 44012 | Creditor ID: 6196-01<br>MEXPO INTERNATIONAL INC.<br>2695 MCCONE AVENUE,<br>HAYWARD CA 94545 | Creditor ID: 15877-01<br>MEXTONE<br>7770 NW. 32ND ST.<br>DORAL FL 33122 |
| Creditor ID: 3793-01<br>MEYERS VAN LINES<br>370 CONCORD AVE.<br>BRONX. NY 10454 | Creditor ID: 13186-01<br>MEZOMAX LLC<br>8439 NE 128TH STREET<br>KIRKLAND WA 98034 | Creditor ID: 944-01<br>MFA USA<br>589 WOOD ARBOR PARKWAY, #204<br>CORDOVA TN 38016 |
| Creditor ID: 8756-01<br>MFI INC.<br>187 E. WARM SPRING ROAD, SUITE B225<br>LAS VEGAS NV 89119 | Creditor ID: 3794-01<br>MFP OF OREGON INC<br>6000 SW MEADOWS ROAD SUITE 400<br>LAKE OSWEGO OR 97035 | Creditor ID: 4878-01<br>MFS INC.<br>2410 S. SIERRA DR.<br>COMPTON CA 90220 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6197-01<br>MFS USA LOGISTICS INC.<br>820 LOWER BROWNSVILLE RD<br>JACKSON TN 38301-9645 | Creditor ID: 8757-01<br>MG AMERICA INC.<br>31 KULICK RD. FAIRFIELD N.J. 07004<br>FAIRFIELD NJ 07004 | Creditor ID: 15878-01<br>MG COMMODITIES<br>1321 1ST STREET<br>MODESTO CA 95354 |
| Creditor ID: 8758-01<br>MG INDUSTRIES<br>3 GREAT VALLEY PARKWAY<br>MALVERN PA 19355 | Creditor ID: 11969-01<br>MG ORGANIZATION<br>1 BEAVER HILL RD<br>MORGANVILLE NJ 07751 | Creditor ID: 6198-01<br>MG PRODUCE<br>101 S MISSION RD<br>LOS ANGELES CA 90033 |
| Creditor ID: 15879-01<br>MGA ENTERPAINMENT INC.,<br>16730 SCHOENBORN STREET<br>NORTH HILLS CA 91343 | Creditor ID: 3795-01<br>MGA ENTERTAINMENT<br>16380 ROSCOE BLVD. STE100<br>VAN NUYS CA 91406 | Creditor ID: 18028-01<br>MGA ENTERTAINMENT INC.<br>16380 ROSCOE BLVD., # 200<br>VAN NUYS CA 91406 |
| Creditor ID: 3796-01<br>MGC STONE COMPANY<br>740 WASHINGTON AVE.<br>BELLEVILLE NJ 07109 | Creditor ID: 13187-01<br>MGP INGREDIENTS OF IL<br>1301 SOUTH FRONT STREET<br>PEKIN IL 61554 | Creditor ID: 11970-01<br>MGR DESIGN INTERNATIONAL<br>1950 WILLIAMS DRIVE,UNIT A&D<br>OXNARD CA 93036 |
| Creditor ID: 8759-01<br>MHW DBA C3 BRANDS.<br>272 PLANDOME, RD<br>MANHASSET NY 11030 | Creditor ID: 18029-01<br>MHW-R. JELINEK USA<br>272 PLANDOME ROAD<br>MANHASSET NY 11030 | Creditor ID: 18030-01<br>MIAMI<br>7040 NW 35THA VENUE<br>MIAMI FL 33147 |
| Creditor ID: 15880-01<br>MIAMI COMPUTER DISTRIBUTORS<br>8013 NW 29TH STREET<br>MIAMI FL 33122 | Creditor ID: 18031-01<br>MIASOLE<br>2590 WALSH AVENUE<br>SANTA CLARA CA 95051 | Creditor ID: 945-01<br>MIATECH INC.<br>9480 SE LAWNFIELD ROAD<br>CLACKAMAS OR 97015 |
| Creditor ID: 946-01<br>MICAL SEAFOOD INC.<br>441 SOUTH  STATE ROAD 7, SUITE 2<br>MARGATE FL 33068 | Creditor ID: 3797-01<br>MICATECH<br>8311 HECTIC HILL LANE<br>POTPMAC MD 20854 | Creditor ID: 6199-01<br>MICHAEL CHUBBOY I FOUND OBJECTS LLC<br>204 NORTH LINK LANE #5<br>FT COLLINS CO 80524 |
| Creditor ID: 12622-01<br>MICHAEL FOODS, INC.<br>301 CARLSON PARKWAY, SUITE 400<br>MINNETONKA MN 55305 | Creditor ID: 6200-01<br>MICHAEL GERALD LTD.<br>12836 ALONDRA BLVD<br>CERRITOS CA 90703 | Creditor ID: 6201-01<br>MICHAEL HOMCHICK STONEWORKS<br>6834 NORTH EAST 175TH<br>SEATTLE WA 98028 |
| Creditor ID: 13189-01<br>MICHAEL JOHN ROMNEY JR<br>50 MEADOW VILLAGE DR, #202<br>BIG SKY MT 59716 | Creditor ID: 8760-01<br>MICHAEL STEPHEN SHALER<br>15829 S.E. 1<br>RENTON WA 98059 | Creditor ID: 8761-01<br>MICHAEL TRAPP, INC.<br>7 RIVER ROAD<br>CORNWALL CT 06796 |
| Creditor ID: 3798-01<br>MICHAELS<br>8000 BENT BRANCH DRIVE<br>IRVING TX 75063 | Creditor ID: 18032-01<br>MICHAELS STORES PROCUREMENT COMPANY, INC<br>8000  BENT BRANCH DRIVE<br>IRVING TX 75063 | Creditor ID: 13190-01<br>MICHAELSON AUTO WRECKERS<br>56 CAUSEWAY<br>SOUTH RIVER NJ 08882 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 6202-01
MICHAR LLC
4567 MAYWOOD AVENUE
LOS ANGELES CA 90058

Creditor ID: 3799-01
MICHELANGELO
6321 7TH AVE. S
CLAUDIO GONDA F:
SEATTLE WA 98108

Creditor ID: 3800-01
MICHELANGELO DESIGN
2 MAIN AVENUE
PASSAIC NJ 07055

Creditor ID: 3801-01
MICHELIN AIRCRAFT TIRE COMPANY DIVISION, MNAI
44017 US HWY 52 NORTH
NEW LONDON NC 28127

Creditor ID: 3802-01
MICHELIN AIRCRAFT TIRE COMPANY LLC.
1600 N. STATE HIGHWAY 291
INDEPENDENCE MO 64058

Creditor ID: 947-01
MICHELIN AMERICAS
515 MICHELIN ROAD
RESEARCH AND DEVELOPMENT DIVISION
GREENVILLE SC 29602

Creditor ID: 8762-01
MICHELIN NORTH AMERICA
4200 CAMPGROUND ROAD
AMERICAN SYNTHETIC RUBBER
CORPORATION DIVISION
LOUISVILLE KY 40216

Creditor ID: 6204-01
MICHELIN NORTH AMERICA
9708 RESEARCH DRIVE
MICHELIN AIRCRAFT TIRE CO DIV
CHARLOTTE NC 28262

Creditor ID: 3803-01
MICHELIN NORTH AMERICA
ONE PARKWAY SOUTH
GREENVILLE SC 29615

Creditor ID: 6203-01
MICHELIN NORTH AMERICA INC
7111 CRABB ROAD
TEMPERANCE MI 48182

Creditor ID: 15881-01
MICHELIN NORTH AMERICA INC
18906 US HIGHWAY 24
WOODBURN IN 46797

Creditor ID: 11971-01
MICHELIN NORTH AMERICA INC
25850 S RIDGELAND AVE
MONEE IL 60449

Creditor ID: 11972-01
MICHI DESIGNS
20671 HIGH DESERT LANE
BEND OR 97701-8654

Creditor ID: 9970-01
MICHIGAN VENEER LIMITED
3300 WEST M-21
ST. JOHNS MI 48879

Creditor ID: 18033-01
MICHON LLC
W 4438 COUNTY ROAD J
SHEBOYAGAN FALLS WI 53085

Creditor ID: 18034-01
MICRO MOTION, INC.
7070 WINCHESTER CIRCLE
BOULDER CO 80301

Creditor ID: 9632-01
MICRO POWDERS INC.
580 WHITE PLAINS ROAD
TARRYTOWN NY 10591

Creditor ID: 6205-01
MICRO SOLUTIONS
8201 WOODLEY AVE.
VAN NUYS CA 91406

Creditor ID: 9971-01
MICRO TECHNOLOGY CONCEPTS, INC.
17837 ROWLAND ST.
CITY OF INDUSTRY CA 91748

Creditor ID: 18035-01
MICROCLEAN, INC.
1850-B SOUTH 10TH ST.
SAN JOSE CA 95112

Creditor ID: 15882-01
MICROCOM TECHNOLOGY
26635 AGOURA ROAD #109
CALABASAS CA 91302

Creditor ID: 18036-01
MICROCONCEPT ENTERPRISES
7533 VINEYARD TRAIL
GARLAND TX 75044

Creditor ID: 8763-01
MICROFLEX
2301 ROBB DRIVE
RENO NV 89533-3200

Creditor ID: 15883-01
MICROFLEX
319 W ONTARIO
CHICAGO IL 60654

Creditor ID: 1968-01
MICROFLEX
150 NORTH FIELD DRIVE, SUITE 210
LAKE FOREST IL 60045

Creditor ID: 3804-01
MICRON BIO-SYSTEMS, INC.
2329 OLD BUENA VISTA ROAD
BUENA VISTA VA 24416

Creditor ID: 13191-01
MICRON TECHNOLOGY
9600 GODWIN DRIVE
MANASSAS VA 20110

Creditor ID: 18037-01
MICROSOFT
ONE MICROSOFT WAY
REDMOND WA 98052

Creditor ID: 15884-01
MICROSTAR KEG MANAGEMENT, LLC.
5299 DTC BLVD., SUITE 510
GREENWOOD VILLAGE CO 80111

Creditor ID: 6206-01
MICROTHERM INC.
3269 REGAL DRIVE
ALCOA TN 37701

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17270-01<br>MICROTUNNELING INC.<br>755 PEARL STREET<br>BOULDER CO 80302 | Creditor ID: 13192-01<br>MICRO-VU<br>7909 CONDE LANE<br>WINDSOR CA 95492 | Creditor ID: 13193-01<br>MICROWAVE RESEARCH INSTRUMENT CO<br>584 NORTH MAIN STREET<br>WATERBURY CT 06704 |
| Creditor ID: 8764-01<br>MID AMERICA EXPORT<br>8100 JOY ROAD<br>DETROIT MI 48204 | Creditor ID: 15885-01<br>MID AMERICA FURNITURE<br>3110 W. PETERSON AVENUE<br>CHICAGO IL 60659 | Creditor ID: 8765-01<br>MID AMERICA OVERSEAS<br>8505 FREEPORT SUITE 170<br>IRVING TX 75063 |
| Creditor ID: 3805-01<br>MID AMERICA TILE, INC.<br>1650 HOWARD STREET<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 948-01<br>MID WEST AG ENTERPRISES (MARSHALL, MN)<br>505 WEST MAIN STREET<br>MARSHALL MN 56258 | Creditor ID: 18038-01<br>MID WEST AIR TECHNOLOGIES INC<br>650 BARCLAY BLVD<br>LINCOLNSHIRE IL 60069 |
| Creditor ID: 8766-01<br>MID WEST TEXTILE CO.<br>1600 E. SAN ANTONIO<br>EL PASO TX 79901 | Creditor ID: 4879-01<br>MIDAMAR<br>1105 60TH AVENUE SW<br>CEDAR RAPIDS IA 52406 | Creditor ID: 18039-01<br>MIDAS<br>19914 VIA BARON<br>RANCHO DOMINGUEZ CA 90220 |
| Creditor ID: 9972-01<br>MIDAS WORLDWIDE SHIPPING<br>1070E, DOMINGUEZ STREET UNIT #H<br>CARSON CA 90746 | Creditor ID: 15886-01<br>MID-ATLANTIC INDUSTRIES, INC.<br>501 BROAD AVENUE<br>RIDGEFIELD NJ 07657 | Creditor ID: 18040-01<br>MIDDLE ATLANTIC PRODUCTS<br>300 FAIRFIELD RD<br>FAIRFIELD NJ 07004-1932 |
| Creditor ID: 8767-01<br>MIDDLE EAST TREASURES IMPORT<br>603 WASHINGTON RD. BLDG 9  SUITE B<br>SOUTH AMBOY NJ 08879 | Creditor ID: 949-01<br>MIDLAND RADIO CORPORATION<br>5900 PARRETTA DRIVE<br>KANSAS CITY MO 64120 | Creditor ID: 6207-01<br>MIDMARK CORPORATION<br>60 VISTA DRIVE<br>VERSAILLES OH 45380 |
| Creditor ID: 3806-01<br>MID-SOUTH MEDICAL IMAGING<br>4264 LAKELAND DR.<br>FLOWOOD MS 39232 | Creditor ID: 6208-01<br>MID-SOUTH MINI TRUCKS, LLC<br>101 BORDEAUX COURT<br>MADISON MS 39110 | Creditor ID: 950-01<br>MIDSOUTH MINITRUCKS LLS<br>537 HAMMOND ROAD<br>WINONA MS 38967 |
| Creditor ID: 3807-01<br>MIDSTATE PACKAGING, INC.<br>206 SOUTH<br>BUILDINGS 12 AND 16 SECTION F<br>HILLSBROUGH NJ 08844 | Creditor ID: 3808-01<br>MID-STATE, DIST LLC<br>228 N. PLAINS INDUSTRIAL RD.<br>WALLINGFORD CT 06492 | Creditor ID: 8768-01<br>MID-VALLEY AGRICULTURAL PRODUCTS, INC.<br>30742 VENELL PLACE<br>CARVALLIS OR 97333 |
| Creditor ID: 15887-01<br>MID-VALLEY NUT CO.<br>2065 GEER ROAD<br>HUGHSON CA 95326 | Creditor ID: 18514-01<br>MIDWAY ELECTRONIC RECYCLING<br>2320 N. NORDICA STE 104D<br>CHICAGO IL 60707 | Creditor ID: 6209-01<br>MIDWAY RECOVERY INC<br>638 DURELL ROAD, S.E.<br>OLYMPIA WA 98501 |
| Creditor ID: 6210-01<br>MIDWAY TRADING, INC.<br>909 S. SANTA  ANITA  AVE #5<br>ARCADIA CA 91006 | Creditor ID: 3809-01<br>MIDWEST AGRI-COMMODITIES<br>999 5TH AVENUE SUITE 500<br>SAN RAFAEL CA 94901 | Creditor ID: 8769-01<br>MIDWEST AGRICULTURE INTERNATIONAL, LLC<br>12020 SHAMROCK PLAZA, SUITE 200<br>OMAHA NE 68154 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9973-01<br>MIDWEST AIR TECHNOLOGIES, INC.<br>335 CROSSROADS PARKWAY SUITE A<br>BOLINGBROOK IL 60440 | Creditor ID: 15888-01<br>MIDWEST AIR TECHNOLOGIES, INC.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 | Creditor ID: 18041-01<br>MIDWEST AIR TECHNOLOGY, INC.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 |
| Creditor ID: 18042-01<br>MIDWEST ALLOY & TECHNOLOGY INC.<br>630 AXMINISTER DR.<br>FENTON MO 63026 | Creditor ID: 9974-01<br>MIDWEST BICYCLE<br>19350 WILLOW HAVEN<br>EXCELSIOR MN 55331 | Creditor ID: 18043-01<br>MIDWEST CANVAS<br>4635 WEST LAKE STREET<br>CHICAGO IL 60644 |
| Creditor ID: 8770-01<br>MIDWEST DESIGN<br>13309 F STREET<br>OMAHA NE 68137 | Creditor ID: 951-01<br>MIDWEST ENGINE WAREHOUSE<br>700 ENTERPRISE STREET<br>AURORA IL 60504 | Creditor ID: 18044-01<br>MIDWEST FILTRATION COMPANY<br>9775 INTERNATIONAL BLVD<br>CINCINNATI OH 45246 |
| Creditor ID: 952-01<br>MIDWEST FLOORING<br>2355 CONNER STREET<br>NOBLESVILLE IN 46060 | Creditor ID: 15989-01<br>MIDWEST GRAPHIC SALES<br>150 S.CHURCH ST, UNIT D<br>ADDISON IL 60101 | Creditor ID: 6211-01<br>MIDWEST HARDWOOD EXPORTS CORP.<br>9540 83RD AVE. N<br>MAPLE GROVE MN 55369 |
| Creditor ID: 18045-01<br>MIDWEST HOSE & SPECIALTY, INC.<br>3312 S I-35 SERVICE ROAD<br>OKLAHOMA CITY OK 73129 | Creditor ID: 8771-01<br>MIDWEST OF CANNON FALLS<br>100 HOLIDAY AVENUE<br>CANNON FALLS MN 55099 | Creditor ID: 3810-01<br>MIDWEST POULTRY SERVICES, L.P.<br>9951 W. STATE ROAD 25<br>MENTONE IN 46539 |
| Creditor ID: 18515-01<br>MIDWEST RACK MANUFACTURING, INC<br>915 PAIRWAY PARK DRIVE<br>MADISON IL 62060 | Creditor ID: 953-01<br>MIDWEST TILE MARBLE & GRANITE INC.<br>200 WEST INDUSTRIAL LAKE DR.<br>LINCOLN NE 68528 | Creditor ID: 6212-01<br>MIDWEST TIRE MARKETING LLC<br>70 COLLEGE STREET<br>HUDSON OH 44236 |
| Creditor ID: 9975-01<br>MIDWEST TRADING LLC<br>8400 NORMANDALE LAKE BLVD.<br>BLOOMINGTON MN 55437 | Creditor ID: 6213-01<br>MIDWEST TRANSATLANTIC LINES<br>1230 WEST BAGLEY ROAD<br>BEREA OH 44017 | Creditor ID: 3811-01<br>MIDWEST TRUCK & AUTO PARTS, INC.<br>1001 WEST EXCHANGE AVENUE<br>CHICAGO IL 60609 |
| Creditor ID: 13194-01<br>MIDWEST WALNUT<br>PO BOX 97<br>COUNCIL BLUFFS IA 51503-7749 | Creditor ID: 9976-01<br>MIDWEST WALNUT COMPANY<br>1914 TOSTEVIN STREET<br>COUNCIL BLUFFS IA 51503-7749 | Creditor ID: 15990-01<br>MIDWESTERN PET FOODS, INC.<br>9634 HEDDEN ROAD<br>EVANSVILLE IN 47725 |
| Creditor ID: 18046-01<br>MIG INTERNATIONAL GROUP INC.<br>2450 CENTRAL AVE. P3 & P4<br>BOULDER CO 80301 | Creditor ID: 18047-01<br>MIG INTERNATIONAL, ATLANTA DIVISION<br>600 GALLERIA PARKWAY, SUITE 150<br>ATLANTA GA 30339 | Creditor ID: 954-01<br>MIGHTY HURRICANE HOLDINGS, INC<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 3812-01<br>MIGHTY LIFT INC.<br>6600 NE COLUMBIA BLVD<br>PORTLAND OR 97218 | Creditor ID: 15991-01<br>MIGHTY OCEAN INC.<br>1020 E 230TH ST<br>CARSON CA 90745 | Creditor ID: 18048-01<br>MIKI (USA) INC.<br>2151 RIVER PLAZA DR. #270<br>SACRAMENTO CA 95833 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18550-01<br>MILANO MANHATTAN, LLC<br>525 SEVENTH AVENUE, SUITE 806<br>NEW YORK NY 10018 | Creditor ID: 13195-01<br>MILDRED REFRIGERATED SERVICES<br>730 SPRECKELS AVENUE<br>MANTECA CA 95336 | Creditor ID: 18049-01<br>MILES KIMBALL<br>250 CITY CENTER<br>OSHKOSH WI 54906 |
| Creditor ID: 9977-01<br>MILES TALBOTT FURNITURE<br>211 OLD THOMASVILLE ROAD<br>HIGH POINT NC 27260 | Creditor ID: 9978-01<br>MILESTONE METALS, INC<br>12587 FAIR LAKES CIRCLE<br>FAIRFAX VA 22033 | Creditor ID: 8772-01<br>MILESTONE PARTNERS<br>595 EAST LANCASTER AVE., SUITE 303<br>ST. DAVIDS PA 19087 |
| Creditor ID: 13196-01<br>MILFORD TILE, INC(NY)<br>950 GLENMORE AVENUE<br>BROOKLYN NY 11208 | Creditor ID: 8773-01<br>MILGARD TEMPERING, INC.<br>910 - 54TH AVENUE EAST<br>TACOMA WA 98424 | Creditor ID: 18050-01<br>MILIN ENVIRONMENTAL INC.<br>3760 EAST VIRGINIA BEACH BLVD<br>NORFOLK VA 23502 |
| Creditor ID: 8874-01<br>MILKY WAY INTERNATIONAL TRADING CORP.<br>15203 SHOEMAKER AVE.<br>NORWALK CA 90650 | Creditor ID: 3813-01<br>MILL DIRECT SERVICES<br>6490 S. MCCARRAN BLVD., C-25<br>RENO NV 89509 | Creditor ID: 3814-01<br>MILLBANK MATERIALS (USA) LTD.<br>15540 NORTH LOMBARD STREET<br>PORTLAND OR 97203 |
| Creditor ID: 4880-01<br>MILLCRAFT PAPER CO., INC<br>6800 GRANT AVE<br>CLEVELAND OH 44105 | Creditor ID: 18051-01<br>MILLENIA USA, LLC<br>3211-C FALLING CREEK RD NE<br>HICKORY NC 28601 | Creditor ID: 955-01<br>MILLENNIA STAINLESS INC.<br>10016 ROMANDEL AVE.<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 8875-01<br>MILLENNIUM FASHION OF NJ, INC.<br>1407 BROADWAY, SUITE 1719<br>NEW YORK NY 10018 | Creditor ID: 8876-01<br>MILLENNIUM FIBERS<br>60 S. FRANKLIN AVE.<br>VALLEY STREAM NY 11580 | Creditor ID: 3815-01<br>MILLENNIUM INTL GROUP CO LTD<br>11 WEST SHELTON TERR.<br>HILLSIDE NJ 07205 |
| Creditor ID: 19098-97<br>MILLENNIUM MARITIME<br>PO BOX 24005<br>SEATTLE WA 98124 | Creditor ID: 956-01<br>MILLENNIUM SCAFFOLDING SYSTEMS,INC.<br>7612 BLUFF POINT DR.<br>HOUSTON TX 77086 | Creditor ID: 12623-01<br>MILLER BREWING CO.<br>863 EAST MEADOW ROAD<br>EDEN NC 27288 |
| Creditor ID: 13197-01<br>MILLER BREWING COMPANY<br>3939 W. HIGHLAND BLVD.<br>MILWAUKEE WI 53208-2866 | Creditor ID: 8877-01<br>MILLER CHEMICAL AND FERTILIZER CORP<br>120 RADIO RD.<br>YORK COUNTY - OFF RT94<br>HANOVER PA 17331 | Creditor ID: 15992-01<br>MILLER COMPRESSING COMPANY (MILWAUKEE, WI)<br>1640 WEST BRUCE STREET<br>MILWAUKEE WI 53205 |
| Creditor ID: 13198-01<br>MILLER DRUCK SPECIALITY CONTR. INC<br>264 WEST 40TH STREET 9TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 6214-01<br>MILLERCOORS LLC<br>0030 SHENANDOAH OPERATIONS<br>5135 S. EASTSIDE HIGHWAY<br>ELKTON VA 22827 | Creditor ID: 957-01<br>MILLEX, INC.<br>2533 ROYAL LANE SUITE #510<br>DALLAS TX 75229 |
| Creditor ID: 18052-01<br>MILLIKEN<br>300 LUKKEN DR.<br>LA GRANGE GA 30240 | Creditor ID: 18053-01<br>MILLIKEN & COMPANY<br>920 MILLIKEN ROAD<br>SPARTANBURG SC 29304 | Creditor ID: 8878-01<br>MILLIKEN CO.<br>961 E COMMERCE DR<br>SAINT GEORGE UT 84790-4737 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                       **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8879-01<br>MILLIORE FASHION INC<br>250 WEST 39TH STREET, SUITE 506<br>NEW YORK NY 10018 | Creditor ID: 3816-01<br>MILLS AUTOMOTIVE GROUP<br>512 LAUREL STREET<br>BRAINERD MN 56401 | Creditor ID: 6215-01<br>MILLS BROTHERS INTERNATIONAL, INC<br>16000 CHRISTENSEN ROAD, SUITE 300<br>SEATTLE WA 98188 |
| Creditor ID: 13199-01<br>MILLS FLORAL COMPANY<br>4550 PEACHTREE LAKES DR<br>DULUTH GA 30096 | Creditor ID: 13200-01<br>MILLSTONE BROS INC.<br>1138 N, GILBERT STREET<br>ANAHEIM CA 92801 | Creditor ID: 9979-01<br>MILLWHITE<br>7050 PORT WEST DRIVE STE. 190<br>HOUSTON TX 77024 |
| Creditor ID: 3817-01<br>MILLWORK HOLDINGS CO., INC.<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 6216-01<br>MILLWORK HOLDINGS CO., INC.<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 15993-01<br>MILLWORK UNLIMITED<br>1372 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 15994-01<br>MILOS AMERICA INC.<br>10409 DOW-GIL ROAD<br>ASHLAND VA 23005-7639 | Creditor ID: 3818-01<br>MILWAUKEE ELECTRIC TOOL<br>2605 SUPER SAW ZALL CELL 2605 1003<br>GREENWOOD MS 38930 | Creditor ID: 18551-01<br>MILWAUKEE ELECTRIC TOOL<br>2501 CORDLESS DRILL CELL 2501,<br>620 W JEFFERSON ST<br>KOSCIUSKO MS 39090 |
| Creditor ID: 3819-01<br>MILWAUKEE ELECTRIC TOOL CO.<br>12385 CROSSROADS DRIVE -<br>DIST DEPT 4200<br>OLIVE BRANCH MS 38654 | Creditor ID: 8880-01<br>MILWAUKEE ELECTRIC TOOL CO.<br>3951 EARLSTONE DRIVE<br>ONTARIO CA 91761 | Creditor ID: 18153-01<br>MILWAUKEE ELECTRIC TOOL CO.<br>3973 E. STATE HIGHWAY 18<br>BLYTHEVILLE AR 72315 |
| Creditor ID: 18154-01<br>MILWAUKEE ELECTRIC TOOL CO.,<br>620 W. JEFFERSON ST<br>KOSCIUSKO MS 39090 | Creditor ID: 3820-01<br>MILWAUKEE ELECTRIC TOOL CORPORATION<br>13135 WEST LISBON STREET<br>BROOKFIELD WI 53005 | Creditor ID: 6217-01<br>MILWAUKEE MACHINE WORKS, INC.<br>404 SOUTH 116TH ST<br>MILWAUKEE WI 53214 |
| Creditor ID: 13201-01<br>MILWAUKEE TOOL<br>8950 HACKS CROSS ROAD<br>OLIVE BRANCH MS 38656 | Creditor ID: 7251-01<br>MIMCO INCORPORATED<br>2645 ERIE AVENUE, STE 66<br>CINCINNATI OH 45208 | Creditor ID: 13202-01<br>MIN KUN KIM<br>111 PETERS CANYON ROAD<br>IRVINE CA 92606 |
| Creditor ID: 9980-01<br>MINA FOODS INC<br>100 RESEARCH DRIVE<br>MILFORD CT 06460 | Creditor ID: 13203-01<br>MINA GLOBAL TRADING.INC<br>53 IDAHO LANE<br>ABERDEEN NJ 07747 | Creditor ID: 6218-01<br>MINCING TRADING CORPORATION<br>KN BUILDING 10 TONER ROAD<br>DAYTON NJ 08810 |
| Creditor ID: 15995-01<br>MIND GATE DOCUMENT MANAGEMENT LLC.<br>220 W. 8TH STREET<br>SAN PEDRO CA 90731 | Creditor ID: 9981-01<br>MINERVA BEAUTY,INC<br>390 JIM DAWS RD<br>MONROE GA 30655 | Creditor ID: 18155-01<br>MING HONG INTERNATIONAL INC.<br>1473 DON JULIAN ROAD<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 18156-01<br>MINGLEUNG TRADING INC.<br>1441 SE 82ND AVE<br>PORTLAND OR 97215 | Creditor ID: 15996-01<br>MINHAS FURNITURE HOUSE<br>136 EAST DORSETT AVE<br>ASHEBORO NC 27203 | Creditor ID: 3821-01<br>MINI MELTS INC<br>1 ALMS HOUSE LANE<br>NORWICH CT 06360 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 958-01<br>MINIGRIP LLC<br>1650 NORTH HEIEKE STREET<br>SEGUIN TX 78155 | Creditor ID: 4881-01<br>MINJI IMPORTS INC.<br>1900 TYLE AVE. SUITE L<br>SOUTH EL MONTE CA 91733 | Creditor ID: 13204-01<br>MINKA GROUP<br>1151 WEST BRADFORD CIRCLE<br>CORONA CA 92882 |
| Creditor ID: 3822-01<br>MINKA LAVERY<br>1151 WEST BRAFFORD CIRCLE<br>CORONA CA 91720 | Creditor ID: 3823-01<br>MINKA LIGHTING<br>1151 W. BRADFORD CIRCLE<br>CORONA CA 91720 | Creditor ID: 18157-01<br>MINKA LIGHTING INC<br>435 BUSINESS BLVD NW<br>CONCORD NC 28027 |
| Creditor ID: 15997-01<br>MINKA LIGHTING INC.<br>1151 WEST BRADFORD COURT<br>CORONA CA 92882 | Creditor ID: 9982-01<br>MINKA LIGHTING, INC.<br>9348 D. DUCKS LANE- UNIT D<br>CHARLOTTE NC 28273 | Creditor ID: 13205-01<br>MINKY TRADING CO. LTD.<br>2828 LEONIS BLVD<br>VERNON CA 90058 |
| Creditor ID: 8881-01<br>MINMETALS INC<br>120 SCHOR AVENUE<br>LEONIA NJ 07605 | Creditor ID: 6219-01<br>MINMETALS, INC.(LA)<br>135 S STATE COLLEGE BLVD STE 250<br>BREA CA 92821 | Creditor ID: 12624-01<br>MINN-DAK GROWERS LTD.<br>4034 40TH AVE. N.<br>GRAND FORKS ND 58208-3276 |
| Creditor ID: 9983-01<br>MINNICH POULTRY FARM<br>8560 EAST 400<br>NORTH PORTLAND IN 47371 | Creditor ID: 959-01<br>MINOLTA CORPORATION<br>101 WILLIAMS DRIVE<br>RAMSEY NJ 07446-1293 | Creditor ID: 18158-01<br>MINOVA USA<br>150 CARLEY COURT<br>GEORGETOWN KY 40324 |
| Creditor ID: 960-01<br>MINOVA USA INC<br>394 SHOTT COURT<br>BLUEFIELD WV 24701 | Creditor ID: 15998-01<br>MINSA CORPORATION<br>1972 COUNTY ROAD 1068<br>MULESHOE TX 79347 | Creditor ID: 9984-01<br>MINTA BEVERAGES INC<br>6101 W. CENTINELA AVE, SUITE 378<br>CULVER CITY CA 90230 |
| Creditor ID: 15999-01<br>MINTEQ INTERNATIONAL<br>1 HIGHLAND AVENUE<br>BETHLEHEM PA 18017 | Creditor ID: 6220-01<br>MINTURN NUT COMPANY<br>8800 SOUTH MINTURN ROAD<br>LE GRAND CA 95333 | Creditor ID: 8882-01<br>MIONETTO USA INC<br>55 WASHINGTON ST SUITE 657<br>NEW YORK NY 11201 |
| Creditor ID: 8883-01<br>MIQ GLOBAL (IAH)<br>4001 KENDRICK PLAZA<br>HOUSTON TX 77032 | Creditor ID: 6221-01<br>MIQ GLOBAL ATL<br>1691 PHOENIX BLVD SUITE 110<br>ATLANTA GA 30349 | Creditor ID: 1969-01<br>MIQ GLOBAL SEA<br>18900 8TH AVE S., SUITE 100<br>SEATTLE WA 98148 |
| Creditor ID: 961-01<br>MIRA INTERNATIONAL FOODS, INC.<br>11 ELKINS ROAD<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 3824-01<br>MIRACLE RECREATION EQUIPMENT<br>P.O. BOX 420<br>MONETT MO 65708 | Creditor ID: 6222-01<br>MIRASCO, INC.<br>900 CIRCLE 75 PARKWAY<br>ATLANTA GA 30339 |
| Creditor ID: 9985-01<br>MIRO TILE AND STONE<br>438 LITTLEFIELD AVE.<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 18159-01<br>MISA IMPORTS INC.<br>1921 RECORD CROSSING<br>DALLAS TX 75235 | Creditor ID: 16000-01<br>MISKELLY FURNITURE<br>101 AIRPORT ROAD<br>JACKSON MS 39208 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 962-01<br>MISSION ITECH<br>150 OCEAN ROAD<br>GREENLAND NH 03840 | Creditor ID: 8884-01<br>MISSION PRODUCE<br>2500 VINEYARD AVENUE, SUITE 300<br>OXNARD CA 93030 | Creditor ID: 16001-01<br>MISSOURI WALNUT, LLC.<br>11417 OAK RD.<br>NEOSHO MO 64850 |
| Creditor ID: 13207-01<br>MISSRY ASSOCIATES INC.<br>100 S. WASHINGTON AVE<br>DUNELLEN NJ 08812 | Creditor ID: 9986-01<br>MISTRAL SECURITY INC.<br>7910 WOODMONT AVE STE 820<br>BETHESDA MD 20814 | Creditor ID: 963-01<br>MISTUBISHI LOGISTICS AMERICA<br>11934 S. LA CIENEGA BLVD.<br>HAWTHORNE CA 90250 |
| Creditor ID: 9987-01<br>MISTURA GLOBAL SOLUTIONS<br>3620 HAMBY OAKS DRIVE<br>ALPHARETTA GA 30004 | Creditor ID: 8885-01<br>MITA COPYSTAR AMERICA, INC.<br>777 TERRACE AVENUE<br>HASBROUCK HTS. NJ 07604 | Creditor ID: 964-01<br>MITAC INFORMATION SYSTEMS CORP<br>39889 EUREKA DRIVE<br>NEWARK CA 94560 |
| Creditor ID: 4882-01<br>MITAS TIRES NORTH AMERICA, INC.<br>1200 ROVE AVENUE<br>CHARLES CITY IA 50616 | Creditor ID: 16002-01<br>MITAS TIRES NORTH AMERICA, INC.<br>7400 CARMEL EXECUTIVE PARK STE 100<br>CHARLOTTE NC 28226 | Creditor ID: 16003-01<br>MITCHELL INDUSTRIAL TIRE CO INC<br>2915 EIGHT AVE<br>CHATTANOOGA TN 37407 |
| Creditor ID: 6224-01<br>MITCHELL LITT ANTIQUES, INC.<br>14918 VENTURA BLVD.<br>SHERMAN OAKS CA 91403 | Creditor ID: 6225-01<br>MITCHELL MOVING AND STORAGE<br>18800 SOUTHCENTER PARKWAY<br>SEATTLE WA 98188 | Creditor ID: 13309-01<br>MITCHELL VENEER<br>4250 EARNINGS WAY<br>NEW ALBANY IN 47150 |
| Creditor ID: 16004-01<br>MITJAVILA FLORIDA<br>7614 PROGRESS CIRCLE<br>MELBOURNE FL 32904 | Creditor ID: 4883-01<br>MITSUBISHI CORPORATION LT USA CHICAGO OFFICE<br>1515 EAST WOODFIELD RD STE 365<br>SCHAUMBURG IL 60173 | Creditor ID: 6226-01<br>MITSUBISHI DIG ELE AMERICA INC<br>9351 JERONIMO RD<br>IRVINE CA 92618 |
| Creditor ID: 18160-01<br>MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.<br>3401 PORTICO BLVD.<br>CALEXICO CA 92231 | Creditor ID: 13310-01<br>MITSUBISHI ELECTRIC AUTOMOTIVE AMERICA INC.<br>1705 DOWNING DRIVE<br>MAYSVILLE KY 41056 | Creditor ID: 13311-01<br>MITSUBISHI ELECTRIC US. INC. VIS DIVISION<br>5900 B KATELLA ROAD<br>CYPRESS CA 90630 |
| Creditor ID: 965-01<br>MITSUBISHI ELECTRIC VISUAL<br>SOLUTIONS AMERICA, INC<br>350 CLARK DRIVE<br>MOUNT OLIVE NJ 07828 | Creditor ID: 13312-01<br>MITSUBISHI ELECTRIC VISUAL<br>SOLUTION AMERICA INC.<br>3040 E. VICTORIA STREET<br>COMPTON CA 90221 | Creditor ID: 8886-01<br>MITSUBISHI GAS CHEMICAL AMERICA, INC<br>665 THIRD AVE 25TH FL<br>NEW YORK NY 10017 |
| Creditor ID: 16005-01<br>MITSUBISHI HEAVY INDUSTRIES AMERICA, INC.<br>1250 GREENBRIAR DRIVE STE B,<br>ADDISON IL 60101-1065 | Creditor ID: 967-01<br>MITSUBISHI INTERNATIONAL<br>FOOD INGREDIENTS, INC<br>13445 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | Creditor ID: 18161-01<br>MITSUBISHI INTERNATIONAL CORP. (NY)<br>655 THIRD AVENUE<br>NEW YORK NY 10017 |
| Creditor ID: 966-01<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENTS<br>2200 FLETCHER AVE, 5TH FLOOR<br>FORT LEE NJ 07024 | Creditor ID: 4884-01<br>MITSUBISHI POLYESTER FILM, INC.<br>2001 HOOD ROAD<br>GREER SC 29652 | Creditor ID: 18162-01<br>MITSUBISHI POWER SYSTEMS AMERICAS, INC.<br>100 COLONIAL CENTER PKWY<br>LAKE MARY FL 32746 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 8887-01
MITSUI & CO. (U.S.A.), INC.
200 PARK AVE.
NEW YORK NY 10166-0130

Creditor ID: 16006-01
MITSUI & CO. (U.S.A.), INC
1001 FOURTH AVE. SUITE 3950
SEATTLE WA 98154

Creditor ID: 6227-01
MITSUI & CO., USA
200 SW MARKET STREET, SUITE 1830
PORTLAND OR 97201-5745

Creditor ID: 9988-01
MITSUI AND COMPANY, ALUMINUM DEPT.
200 PARK AVENUE, 36TH FLOOR
NEW YORK NY 10166

Creditor ID: 968-01
MITSUI CHEMICALS AMERICA, INC.
800 WESTCHESTER AVENUE, NO. N607
RYE BROOK NY 10573

Creditor ID: 18163-01
MITSUI FOODS INC
35 MAPLE ST
NORWOOD NJ 07648

Creditor ID: 3825-01
MITSUI FOODS INC.
350 S. GRAND AVENUE, SUITE 3900
LOS ANGELES CA 90071

Creditor ID: 13313-01
MITSUI FOODS, INC.
35 MAPLE ST.
NORWOOD NJ 07648

Creditor ID: 3826-01
MITSUI PLASTIC INC.
11 MARTINE AVE., SUITE  965
WHITE PLAINS NY 10606

Creditor ID: 18164-01
MITSUOKA MOTORS AMERICA, INC.
7382 BOLSA AVENUE
WESTMINSTER CA 92683

Creditor ID: 12625-01
MIWORLD ACCESSORIES LLC
1 EAST 33RD ST. 11TH FL
NEW YORK NY 10016

Creditor ID: 8888-01
MJ SEAFOOD INC.
1606 CHESTNUT HILL DRIVE
WALNUT CA 91789

Creditor ID: 18165-01
MJB WOOD GROUP INC.,
2201 ROYAL LANE SUITE 250
IRVING TX 75063

Creditor ID: 16007-01
MJD RESOURCE INC
3586 VANGUARD DR.
FRISCO TX 75034

Creditor ID: 6228-01
MJF GROUP INC.
1702 WINDSOR ROAD # 15862
LOVES PARK IL 61132

Creditor ID: 3827-01
MJL INDUSTRIAL, INC.
405 UXBRIDGE WAY
HOCKESSIN DE 19707

Creditor ID: 10324-01
MK INTERNATIONAL LLC
3414 262ND AVE SE
SAMMAMISH WA 98075

Creditor ID: 13314-01
MK TRADING
748 SOUTH ALAMEDA STREET
LOS ANGELES CA 90021

Creditor ID: 9989-01
MKK ENTERPRISES CORP.
3429 FRAZIER ST.
BALDWIN PARK CA 91706

Creditor ID: 9990-01
MM SYSTEMS.
50 MM WAY
PENDERGRASS GA 30567

Creditor ID: 16008-01
MM USA INC.
10035 PAINTER AVE.
SANTA FE SPRINGS CA 90607

Creditor ID: 18166-01
MMC RESOURCES, INC.
10777 WESTHEIMER RD., STE. 845
HOUSTON TX 77042

Creditor ID: 1970-01
MMC-WORLD, SA
633 17TH AVE
KIRKLAND WA 98033

Creditor ID: 3828-01
MME MELISSA MEESCHAERT
163 EAST 81ST STREET APT 7 CD
NEW YORK NY 10028

Creditor ID: 9991-01
MMG MARBLE & GRANITE
717 I-J HAMMONDS FERRY ROAD
LINTHICUM MD 21090

Creditor ID: 16009-01
MMID CORP
17555 COLLINS AVE.
SUNNY ISLES BEACH FL 33160

Creditor ID: 6229-01
MNS TRADING CORPORATION
22165 NE FAILING STREET
FAIRVIEW OR 97024

Creditor ID: 969-01
MNT TRADING INC.
2626 NORTHAVEN RD., STE 102
DALLAS TX 75229

Creditor ID: 8889-01
MO INDUSTRIES-SPLENDID
3751 S HILL ST
A DIV OF VF CONTEMPORARY
BRANDS, INC
LOS ANGELES CA 90007

Creditor ID: 10325-01
MOBICHEM LLC
15 LONGVIEW CT
OLD TAPPAN NJ 07675

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 970-01<br>MOBIL CHEMICAL PRODUCTS INTERNATIONAL, INC.<br>13501 KATY FREEWAY<br>HOUSTON TX 77079 | Creditor ID: 6230-01<br>MOBILE BALDWIN WAREHOUSES<br>3030 W MAIN STREET<br>MOBILE AL 36612 | Creditor ID: 18167-01<br>MOBILE HI-TECH WHEELS INC.<br>6907 MARLIN CIRCLE<br>LA PALMA CA 90623 |
| Creditor ID: 971-01<br>MOBIS ALABAMA<br>1395 MITCHELL YOUNG RIVE<br>MONTGOMERY AL 36108 | Creditor ID: 6231-01<br>MOBIS NORTH AMERICA, LLC<br>23255 COMMERCE DRIVE<br>FARMINGTON HILLS MI 48335 | Creditor ID: 16010-01<br>MOBIS PARTS AMERICA (MIA)<br>10805 NW 100 STREET - SUITE 11<br>MEDLEY FL 33178 |
| Creditor ID: 13315-01<br>MOBIS PARTS AMERICA , LLC<br>8669 RESEARCH DRIVE<br>IRVINE CA 92618 | Creditor ID: 16011-01<br>MOBIS PARTS AMERICA HYUNDAI<br>1122 CRANBURY SOUTH RIVER RD<br>MONROE TOWNSHIP NJ 08831-3405 | Creditor ID: 18168-01<br>MOBIS PARTS AMERICA, LLC<br>111 PETERS CANYON ROAD<br>IRVINE CA 92606 |
| Creditor ID: 3829-01<br>MOBIS PARTS AMERICA, LLC (KIA PARTS)<br>15001 MERIDIAN PKWY<br>RIVERSIDE CA 92518 | Creditor ID: 18169-01<br>MOBIS PARTS AMERICA, LLC-HYUNDAI ACCT<br>10500 TALBERT AVE 4TH FLR<br>FOUNTAIN VALLEY CA 92708 | Creditor ID: 3830-01<br>MOCKLIS REALTY SERVICES, INC.<br>41 ELAINE MARY DR<br>WINDSOR CT 06095 |
| Creditor ID: 972-01<br>MODA PELLI IMPORT EXPORT INC.<br>8 OREGON ST<br>GEORGETOWN MA 01883 | Creditor ID: 8890-01<br>MODENA FINE FOODS INC<br>158 RIVER ROAD<br>CLIFTON NJ 07014 | Creditor ID: 16012-01<br>MODERN MANUFACTURING TECHNOLOGIES<br>3772 ARAPAHO ROAD<br>ADDISON TX 75001 |
| Creditor ID: 3831-01<br>MODERN MARKETING CONCEPTS<br>1220 EAST OAK STREET<br>LOUISVILLE KY 40204 | Creditor ID: 6232-01<br>MODERN MASTERS<br>9380 SAN FERNANDO RD<br>SUN VALLEY CA 91352 | Creditor ID: 9992-01<br>MODOU FALL<br>1201 BROADWAY, ROOM 809<br>NEW YORK NY 10001 |
| Creditor ID: 973-01<br>MODULAR TRANSPORTABLE HOUSING INC.<br>21 WEST VIOLA AVE<br>YAKIMA WA 98902 | Creditor ID: 18170-01<br>MODUS FURNITURE INTERNATIONAL<br>11751 CABERNET DR<br>FONTANA CA 92337-7714 | Creditor ID: 6233-01<br>MODUS FURNITURE INTERNATIONAL<br>5410 MCCONNELL AVE.<br>LOS ANGELES CA 90066 |
| Creditor ID: 3832-01<br>MOEN INCORPORATED<br>25300 AI MOEN DRIVE<br>OLMSTED OH 44070 | Creditor ID: 9633-01<br>MOES HOME COLLECTION<br>1926 6TH AVE S<br>SEATTLE WA 98134-1611 | Creditor ID: 8891-01<br>MOHAMAD W. ALLAM<br>7639 DAVIS<br>MORTON GROVE IL 60053 |
| Creditor ID: 8892-01<br>MOHAMED KHATTAB KHAN EL KHALILI INC<br>321 7TH STREE SOUTH<br>WASHINGTON DC 20003 | Creditor ID: 3833-01<br>MOHAMED SAED AHMED<br>P.O.BOX 496<br>POTTSTOWN PA 19464 | Creditor ID: 9993-01<br>MOHAMED ZOHARY ABD EL DAYEM<br>1751  67TH STREET, APT B10<br>BROOKLYN NY 11204 |
| Creditor ID: 6234-01<br>MOHAWK FINISHING PRODUCTS<br>3190 HICKORY BLVD<br>DIV. OF RPM WOOD FINISHES GROUP<br>HUDSON NC 28638 | Creditor ID: 9994-01<br>MOHAWK GROUP, INC.<br>109 CHRISTOPHER COLUMBUS DRIVE #306<br>JERSEY CITY NJ 07302 | Creditor ID: 974-01<br>MOHAWK HOME<br>3032 SUGAR VALLEY RD<br>SUGAR VALLEY GA 30746 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9995-01<br>MOHAWK INDUSTRIES INC.<br>400 CLARENCE KING PKWY<br>CALHOUN GA 30701-3628 | Creditor ID: 18171-01<br>MOHAWK TILE & MARBLE<br>410 SWEDELAND ROAD<br>KING OF PRUSSIA PA 19406 | Creditor ID: 6235-01<br>MOHAWK TRADING<br>1716 CENTRAL AVENUE<br>ALBANY NY 12205 |
| Creditor ID: 9996-01<br>MOJO BARRIERS US<br>181 E STIEGEL STREET<br>MANHEIM PA 17545 | Creditor ID: 9997-01<br>MOLAM INTERNATIONAL, INC.<br>925 INDUSTRIAL PARK DRIVE<br>MARIETTA GA 30062 | Creditor ID: 13316-01<br>MOLLORY TRANSPORTATION SYSTEM<br>5195 SOUTHRIDGE PARWAY, SUITE 120<br>COLLEGE PARK GA 30349 |
| Creditor ID: 17271-01<br>MOMA PUBLICATIONS DEPT<br>11 WEST 53 STREET<br>NEW YORK NY 10019 | Creditor ID: 3834-01<br>MOMENTIVE PERFORMANCE MATERIALS INC.<br>260 HUDSON RIVER RD<br>WATERFORD NY 12188 | Creditor ID: 975-01<br>MOMENTIVE SPECIALTY CHEMICALS INC.<br>12650 DIRECTORS DRIVE, SUITE 100<br>STAFFORD TX 77477 |
| Creditor ID: 9998-01<br>MOMENTUM DISTRIBUTION CORP<br>7255 WYNNWOOD LANE<br>HOUSTON TX 77008 | Creditor ID: 18172-01<br>MOMO AUTOMOTIVE ACCESSORIES, INC.<br>25471 ARCITIC OCEAN DR.<br>LAKE FOREST CA 92630 | Creditor ID: 10326-01<br>MON CHONG LOONG TRADING<br>23783 EICHLER ST. UNIT A<br>HAYWARD CA 94545 |
| Creditor ID: 13317-01<br>MONARCH<br>8388 EAST HARTFORD DR., SUITE 103<br>SCOTTSDALE AZ 85255 | Creditor ID: 18173-01<br>MONARCH CERAMIC TILE<br>834 RICKWOOD ROAD<br>FLORENCE AL 35630 | Creditor ID: 13318-01<br>MONARCH ENTERPRISES<br>815 3D ST<br>SANTA CRUZ CA 95060 |
| Creditor ID: 9999-01<br>MONARCH IMPORT COMPANY<br>55 EAST MONROE STREET<br>CHICAGO IL 60603 | Creditor ID: 16013-01<br>MONARCH KNITTING MACHINERY CORP<br>601 MACARTHUR CIRCLE (PO BOX 5009)<br>MONROE NC 28110 | Creditor ID: 10000-01<br>MONARCH SPECIALTIES, INC.<br>4155 AUTOROUTE CHOMEDEY<br>LAVAL QC H7P 0A8<br>CANADA |
| Creditor ID: 18174-01<br>MONARCH TRADING, LLC<br>6160 MALBURG WAY,<br>VERNON CA 90058 | Creditor ID: 8893-01<br>MONDANI HANDBAGS<br>250 CARTER DR.<br>EDISON NJ 08817 | Creditor ID: 976-01<br>MONDANI HANDBAGS & ACCESSORIES<br>320 5TH AVENUE<br>NEW YORK NY 10001 |
| Creditor ID: 8894-01<br>MONDELEZ INTERNATIONAL<br>100 DEFOREST AVENUE<br>EAST HANOVER NJ 07936 | Creditor ID: 3835-01<br>MONDELEZ INTL HOLDINGS LLC<br>50 NEW COMMERCE BLVD, SUITE 100<br>WILKES BARRE PA 18762 | Creditor ID: 1971-01<br>MONDO USA INC.<br>1100 EAST HECTOR STREET, STE. 160<br>CONSHOHOCKEN PA 19428 |
| Creditor ID: 13319-01<br>MONEY PLUS UNITED STATES<br>770 MELROSE AVE<br>BRONX NY 10451 | Creditor ID: 13320-01<br>MONICO ALLOYS<br>3039 ANA ST.<br>RANCHO DOMINGUES CA 90221 | Creditor ID: 8895-01<br>MONICO ALLOYS, INC.<br>3039 ANA STREET<br>RANCHO DOMINGUEZ CA 90221 |
| Creditor ID: 8896-01<br>MONIQUE ACCESSORIES, CO.(FASA)<br>455 ALFRED AVENUE<br>TEANECK NJ 07666 | Creditor ID: 8897-01<br>MONOCACY BREWING COMPANY<br>1781 N. MARKET STREET<br>FREDERICK MD 21701 | Creditor ID: 6236-01<br>MONOSEM INC<br>1001 BLAKE STREET<br>EDWARDSVILLE MO 66111 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 3836-01
MONSIEUR CHARDONNET LAURENT
904 SULGRAVE LANE BRYN-MAWR
PHILADELPHIA PA 19010

Creditor ID: 13321-01
MONSON COMPANIES
154 PIONEER DRIVE
LEOMINISTER MA 04153

Creditor ID: 977-01
MONSTER PRODUCTS
24840 NW HWY 47
BUXTON OR 97109

Creditor ID: 18175-01
MONSTER'S PIZZA
637 SAND RIDGE ROAD
HUBERT NC 28539

Creditor ID: 16014-01
MONTACHEM INC
2425 WEST LOOP SOUTH, SUITE 200
HOUSTON TX 77027

Creditor ID: 18176-01
MONTANA TRACTORS (AFS-NWA. LLC)
4635 NORTH THOMPSON
SPRINGDALE AR 72764

Creditor ID: 978-01
MONTAPLAST GSDB M7MMB
2011 HOOVER BLVD
FRANKFORT KY 40601

Creditor ID: 10001-01
MONTCLAIR SURPLUS
4761 W. STATE ST.
ONTARIO CA 91762

Creditor ID: 8898-01
MONTCO RESEARCH
PO BOX 235 HOLLISTER DRIVE
HOLLISTER FL 32147

Creditor ID: 4885-01
MONTE CATINI CORP.
5437 NW 161 STREET
MIAMI FL 33014

Creditor ID: 18177-01
MONTE VISTA FARMING COMPANY
5043 NORTH MONTPELIER RD
DENAIR CA 95316

Creditor ID: 19099-97
MONTEMP MARITIME LTD
C/O ISAACS CLOUSE CROSE & OXFORD LLP
ATTN GARY RANSELAER CLOUSE, ESQ
401 WILSHIRE BLVD, 12TH FL PENTHOUSE
SANTA MONICA CA 90401

Creditor ID: 13322-01
MONTEREY BAY SPICE COMPANY
719 SWIFT STREET, SUITE 62
SANTA CRUZ CA 95060

Creditor ID: 18178-01
MONTERREY MILLS
1725 EAST DELEVAN DRIVE
P.O. BOX 271
JANESVILLE WI 53547

Creditor ID: 3837-01
MONTGOMERY WHOLESALE FLORIST INC
319 RIVER DRIVE
HADLEY MA 01035

Creditor ID: 10327-01
MONTICELLO GRANITE
10049 SANDMEYER LANE
PHILADELPHIA PA 19116

Creditor ID: 6237-01
MONTPELIER NUT COMPANY
1131 12TH STREET
MODESTO CA 95354

Creditor ID: 13323-01
MONZA CORPORATION
40-B WHITE LAKE ROAD
SPARTA NJ 07871

Creditor ID: 10002-01
MOO GUNG INTERNATIONA, INC.
101 S. MISSION ROAD
LOS ANGELES CA 90012

Creditor ID: 3838-01
MOO GUNG INTERNATIONAL INC.
729 S. MERCHANT ST.
LOS ANGELES CA 90021

Creditor ID: 979-01
MOO GUNG INTERNATIONAL, INC. DBA:M.G. PRODUCE
2910 ROSS ST.,
VERNON CA 90058

Creditor ID: 980-01
MOOD APPAREL INC.
225 WEST 37TH STREET
NEW YORK NY 10018

Creditor ID: 10633-01
MOOG USA, INC.
740 INDUSTRIAL AVE.
BEDFORD VA 24523

Creditor ID: 18179-01
MOON DISTRIBUTORS
2600 VANCE STREET
LITTLE ROCK AR 72203

Creditor ID: 8899-01
MOON HARBOR
11311 N CENTRAL EXPRESSWAY STE 301
DALLAS TX 75243

Creditor ID: 3839-01
MOON TECHO INC
485 7TH AVENUE
MANHATTAN NY 10018

Creditor ID: 16015-01
MOORE CO, INC
2885 LORRAINE AVENUE
TEMPLE TX 76501

Creditor ID: 8900-01
MOORE COUNCILL
200 NORTH HAMILTON SUITE 211
HIGH POINT NC 27260

Creditor ID: 3840-01
MOORE EQUIPMENT COMPANY
105 ELM STREET
CHILLICOTHE MO 64601

Creditor ID: 8901-01
MOOSE CREEK
20801 CURRIER ROAD
CITY OF INDUSTRY CA 91789

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 981-01<br>MORELAND COMPANY USA<br>1617 S TUTTLE AVE<br>SARASOTA FL 34239-3132 | Creditor ID: 13324-01<br>MORET SK LLC<br>1411 BROADWAY, FL 8<br>NEW YORK NY 10018 | Creditor ID: 8902-01<br>MORETZ INC.<br>221 S. MCLIN CREEK ROAD<br>CONOVER NC 28613 |
| Creditor ID: 4886-01<br>MOREX, INC.<br>1609 CROSS BEAM DRIVE<br>CHARLOTTE NC 28217 | Creditor ID: 16016-01<br>MORGAN FABRICS CORPORATION.<br>4265 EXCHANGE AVE<br>LOS ANGELES CA 90058 | Creditor ID: 982-01<br>MORGAN HOME PRODUCTS<br>ONE WOODBRIDGE CENTER<br>WOODBRIDGE NJ 07095 |
| Creditor ID: 13325-01<br>MORGAN MANHATTAN<br>11 LABRIOLA COURT<br>ARMONK NY 10504 | Creditor ID: 3841-01<br>MORI LEE LLC<br>6101 PARK OF COMMERCE BLVD.<br>BOCA RATON FL 33487 | Creditor ID: 10634-01<br>MORIAH CORP (NYC)<br>520 8TH AVE. S/2200<br>NEW YORK NY 10018 |
| Creditor ID: 3842-01<br>MORINI FASHIONS<br>1915 EAST 7TH STREET<br>BROOKLYN NY 11223 | Creditor ID: 8903-01<br>MORISHITA AMERICA CORPORATION<br>470 THIRD AVE., SUITE 2<br>CHULA VISTA CA 91910 | Creditor ID: 983-01<br>MORISON ENTERPRISES, INC.<br>11502 SOUTH MAIN STREET, SUITE 218<br>HOUSTON TX 77025 |
| Creditor ID: 13326-01<br>MORNINGTON CORP.<br>2050 BAY RIDGE AVE., #2F<br>BROOKLYN NY 11204 | Creditor ID: 18180-01<br>MORRIS FRIEDMAN<br>1153 MARLKRESS RD.<br>CHERRY HILL NJ 08003 | Creditor ID: 17272-01<br>MORRIS FURNITURE CO.,INC.<br>2377 COMMERCE CENTER BLVD.<br>FAIRBORN OH 45324 |
| Creditor ID: 8904-01<br>MORRIS J. GOLOMBECK, INC.<br>960 FRANKLIN AVE.<br>BROOKLYN NY 11225 | Creditor ID: 13327-01<br>MORRIS TILE DIST<br>2280 DABNEY RD<br>RICHMOND VA 23230 | Creditor ID: 16018-01<br>MORRISON SUPPLY COMPANY<br>3484 WEST 11TH ST<br>HOUSTON TX 77008 |
| Creditor ID: 8906-01<br>MORTENSEN WOODWORK, INC.<br>4920 BAKER STREET<br>UNION CITY GA 30291 | Creditor ID: 16019-01<br>MORTEX PRODUCTS INC<br>501 TERMINAL ROAD<br>FORT WORTH TX 76106 | Creditor ID: 13328-01<br>MORTON PAPER CO. INC. (AR)<br>105 EVERGREEN AVE.<br>NEW YORK NY 11206 |
| Creditor ID: 10328-01<br>MORTON, SABRINA J.<br>5191 OLD CHEROKEE DRIVE<br>BEECH ISLAND SC 29842 | Creditor ID: 3844-01<br>MO'S DISCOUNT LUMBER & SALVAGE<br>1460 WEST STREET<br>SAVANNAH GA 31321 | Creditor ID: 9007-01<br>MOSAB BIN OMER<br>6816 5TH AVE<br>BROOKLYN NY 11220 |
| Creditor ID: 984-01<br>MOSAIC (CARGILL)<br>8813 HIGHWAY 41 SOUTH<br>RIVERVIEW FL 33569 | Creditor ID: 13329-01<br>MOSAIC TILE COMPANY<br>3935 STONECROFT BLVD.<br>CHANTILLY VA 20151 | Creditor ID: 3845-01<br>MOSER ENERGY SYSTEMS<br>260 CRAIG THOMAS BLVD<br>EVANSVILLE WY 82636 |
| Creditor ID: 985-01<br>MOSES LAKE INDUSTRIES, INC.<br>8248 RANDOLF ROAD NE<br>MOSES LAKE WA 98837 | Creditor ID: 13330-01<br>MOSHAY INC.<br>6199 MALBURG WAY<br>VERNON CA 90058 | Creditor ID: 10635-01<br>MOSSBERG REEL LLC<br>30 MARTIN STREET UNIT 1A<br>CUMBERLAND RI 02864 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18181-01<br>MOSTAFA OSMAN<br>3144 PASADENA AVE,<br>LONG BEACH CA 90807 | Creditor ID: 18182-01<br>MOT COMPANY<br>2 MAJORCA ROAD<br>TOWACO NJ 07082 | Creditor ID: 3846-01<br>MOTAN INC.<br>320 NORTH ACORN STREET<br>PLAINWELL MI 49080 |
| Creditor ID: 986-01<br>MOTIVES GROUP LTD<br>499 7TH AVE 23RD FLOOR NORTH TOWER<br>NEW YORK NY 10018 | Creditor ID: 16020-01<br>MOTO DEALER IMPORT LLC<br>4998 SOUTH ROYAL ATLANTA DR STE B<br>TUCKER GA 30084 | Creditor ID: 18183-01<br>MOTOR GUIDE<br>4433 WEST 49TH STREET<br>TULSA OK 74107 |
| Creditor ID: 12626-01<br>MOTORCYCLE SUPERSTORE,INC<br>1555E MC ANDREWS RD, SUITE 200<br>MEDFORD OR 97504 | Creditor ID: 13331-01<br>MOULDING & MILLWORK, INC<br>11445 GRANITE STREET<br>CHARLOTTE NC 28273 | Creditor ID: 16021-01<br>MOUNT VERNON MILLS INC<br>51 RIEGEL ROAD<br>JOHNSTON SC 29832-2715 |
| Creditor ID: 6239-01<br>MOUNTAIN COFFEE CORPORATION<br>7890 PETERS RD. SUITE G-100<br>DBA ALLY BRAZILIAN COFFEE MERCHANTS<br>PLANTATION FL 33324 | Creditor ID: 6238-01<br>MOUNTAIN COFFEE CORPORATION<br>6971 W. SUNRISE BLVD. SUITE 104<br>PLANTATION FL 33313 | Creditor ID: 10636-01<br>MOUNTAIN GEAR CORP.<br>4889 4TH STREET<br>IRWINDALE CA 91706 |
| Creditor ID: 987-01<br>MOUNTAIN HARDWEAR INC<br>2001 NORTHERN STAR WAY<br>ROBARDS KY 42452 | Creditor ID: 18184-01<br>MOUNTAIN HARDWEAR INC.<br>1414 HARBOUR WAY SOUTH, SUITE 1005<br>RICHMOND CA 94804 | Creditor ID: 6240-01<br>MOUNTAIN INTERNATIONAL INC<br>900 CIRCL 75 PARKWAY SUITE 1310<br>ATLANTA GA 30339 |
| Creditor ID: 10637-01<br>MOUNTAIN INTERNATIONAL INC.<br>1550 TERRELL MILL ROAD, SUITE 18-R<br>MARIETTA GA 30067 | Creditor ID: 9008-01<br>MOUNTAIN MOULDING<br>112 SCHNEIDER STREET<br>JOHNSTOWN PA 15906 | Creditor ID: 3847-01<br>MOUNTAIN PINE CORP<br>3004-A ALVARADO STREET<br>SAN LEANDRO CA 94577 |
| Creditor ID: 9009-01<br>MOUNTAIN ROSE INC. DBA MOUNTAIN ROSE HERBS<br>4060 STEWART RD<br>EUGENE OR 97402 | Creditor ID: 988-01<br>MOUNTAIN SUNRISE FEED<br>1200 SOUTH HIGHWAY 18<br>BERYL UT 84714 | Creditor ID: 989-01<br>MOUNTAIN VIEW SEEDS LTD<br>8955 SUNNYVIEW ROAD NE<br>SALEM OR 97305 |
| Creditor ID: 9010-01<br>MOUNTAIN VIEW TRACTOR LLC<br>1615 MILLMONT RD<br>MILLMONT PA 17845 | Creditor ID: 16122-01<br>MOUNTAIRE FARMS INC.<br>HOOSIER STREET AND RAILROAD AVENUE<br>SELBYVILLE DE 19975 | Creditor ID: 10638-01<br>MOUNTECHO INC<br>485 7TH AVE, RM 506<br>NEW YORK NY 10018 |
| Creditor ID: 13332-01<br>MOUTECHO INC<br>485 7TH AVE RM 506<br>NEW YORK NY 10018 | Creditor ID: 10639-01<br>MOVETTI LLC<br>1320 N 10TH ST<br>MCALLEN TX 78501 | Creditor ID: 16123-01<br>MOXIE APPAREL<br>145 EAST 27TH ST<br>NEW YORK NY 10016 |
| Creditor ID: 990-01<br>MOXIE INVESTMENT HOLDINGS, LLC<br>4274 SHACKLEFORD ROAD<br>NORCROSS GA 30093 | Creditor ID: 3848-01<br>MOXIE METALS, INC.<br>4275 SHACKLEFORD ROAD<br>NORCROSS GA 30093 | Creditor ID: 16124-01<br>MOZ WHEELS INC.<br>2128 W. COWLES STREET<br>LONG BEACH CA 90813 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 991-01
MP FREIGHT SYSTEM, INC.
7220 NW 36 STREET - SUITE 530
MIAMI FL 33166

Creditor ID: 992-01
MP TRANSMEC (USA) LLC
752 FOSTER AVENUE
BENSENVILLE IL 60106

Creditor ID: 993-01
MPC COMPUTER LLC
906 EAST KARCHER ROAD
NAMPA ID 83687

Creditor ID: 1972-01
MPD HOLDINGS, INC
12661 CORRAL PLACE
SANTA FE SPRINGS CA 90670

Creditor ID: 10640-01
MPI FISHERIES IMPORTS INC.
5970 ALCOA AVE.
VERNON CA 90058

Creditor ID: 10641-01
MPI INCORPORATED
165 SMITH STREET
POUGHKEEPSIE NY 12601

Creditor ID: 9011-01
MPI PRODUCTS INC.
34929 CURTIS BLVD
WILLOUGHBY OH 44095

Creditor ID: 994-01
MPSI MINERAL AND PIGMENT SOLUTIONS, INC.
1000 COOLIDGE STREET
SOUTH PLAINFIELD NJ 07080

Creditor ID: 3849-01
MR ALI ASGHAR FARAHANI
11912 GORHAM AVE NO 3
LOS ANGELES CA 90049

Creditor ID: 9634-01
MR BRUCE ALLEN DE JONG
2145 MAY VIEW DRIVE
LOS ANGELES CA 90027

Creditor ID: 13333-01
MR DMYTRO VYNOHRADOV
6103 OBISPO AVE
LONG BEACH CA 90805

Creditor ID: 995-01
MR EUGENE FRANK DOBRZYN JR
12274 BLUEBIRD CANYON PLACE
LAS VEGAS NV 89138

Creditor ID: 13334-01
MR FIROOZ AGHDAM
21015 LEMON SPRINGS TEER
ASHBURN VA 20147

Creditor ID: 3850-01
MR FOUD BALDALY AZZAM
13597 SANDPIPER PL
VICTORVILLE CA 92392

Creditor ID: 18185-01
MR FREDERICK JAMES CAR
2121 HARRISON ST,
SAN FRANCISCO CA 94110

Creditor ID: 10642-01
MR HOOSEIN GHOLI AMIRI GHARAGOZLO
11803 GOSHEN AVE. #304
LOS ANGELES CA 90049

Creditor ID: 13335-01
MR JAMES KELLY
49 FRESHET ROAD
MADBURY NH 03823

Creditor ID: 18286-01
MR JAMES THOMAS PETTIS
30066 HOLDRIDGE DRIVE
PORTVILLE CA 93257

Creditor ID: 10643-01
MR LOUIS FREDRICK HARRIS III
5768 CHAMBERTIN DRIVE
SAN JOSE CA 95118

Creditor ID: 18287-01
MR NASEER TUAMA JABER AL BANDAR
6696 BELL BLOTT AVE.
SAN DIEGO CA 92119

Creditor ID: 3851-01
MR WILLIAM JOEL PAXTON
551 FORT JOHNSON ROAD
CHARLESTON SC 29412

Creditor ID: 10644-01
MR YVES G C TOMBALLE
1 MADISON AVENUE
NEW YORK NY 10010

Creditor ID: 9012-01
MR. DANIEL JOHN MCGOEY
28 KENSETT LN
DARIEN CT 06820

Creditor ID: 7252-01
MR. MIKE LONGO
10505 MAUMELLE BLVD.
NORTH LITTLE ROCK AR 72113

Creditor ID: 3852-01
MR. ABDELHAK ELRHERBI
147 ABBEY TEX, APT.A
DREXEL PA 19026

Creditor ID: 9013-01
MR. ADEBOWALE O. AJAYI
11 EVERGREEN PL
CHADDS FORD PA 19317

Creditor ID: 996-01
MR. ANDREAS RAGGL
287 BAYBERRY LANE
WESTPORT CT 06880

Creditor ID: 10645-01
MR. ANTHONY ALEXANDER WILLIAMS
2520 NORTHSIDE DRIVE, APT 203
SAN DIEGO CA 92108

Creditor ID: 4887-01
MR. BANERJEE DILIP KUMAR
1030 SOUTH REXFORD LANE
ANAHEIM HILLS CA 92808-2334

Creditor ID: 13336-01
MR. BRENT BARTHOLOMEW LAPP
5464 ADAMS AVE.
SAN DIEGO CA 92115

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13337-01<br>MR. BRUCE LATEN<br>3531 MINOR HILL HWY<br>PULASKI TN 39478 | Creditor ID: 13338-01<br>MR. CALOWAY BURR GALVIN<br>306 E. EMERSON<br>MOUNT PROSPECT IL 60056 | Creditor ID: 3853-01<br>MR. CHRISTOPHER JOHN HAWKINS<br>681 ARGUELLO ST., APT 6<br>SAN FRANCISCO CA 94107 |
| Creditor ID: 18288-01<br>MR. DEAN ANDREW HUNTSMAN<br>JUMEIRAH ESSEX HUSE<br>160 CENTRAL PARK SOUTH<br>NEW YORK NY 10013 | Creditor ID: 16125-01<br>MR. FARDAD NADEMI NASSARI<br>7814 EVEREST COURT NORTH<br>MAPLE GROVE MN 55311 | Creditor ID: 10646-01<br>MR. FAROUKI MAKEED<br>510 PINE AVE #409<br>LONG BEACH CA 90802 |
| Creditor ID: 3854-01<br>MR. H.J. KIM<br>8880 RIO SAN DIEGO DRIVE SUITE 600<br>SAN DIEGO CA 92108 | Creditor ID: 18289-01<br>MR. HENRY AXEL KRIGSMAN JR<br>46 EAST 13TH STREET<br>HUNTINGTON STATION NY 11746 | Creditor ID: 18290-01<br>MR. IBRAHIM KHAMIS IBRAHIM HARB<br>87 SOUTHFIELD DR.<br>VERNON HILLS IL 60061 |
| Creditor ID: 16126-01<br>MR. INTERNATIONAL GOLDEN FOODS INC<br>819 INDUSTRIAL DRIVE<br>BENSENVILLE IL 60106 | Creditor ID: 18291-01<br>MR. JEFFREY MICHAEL BROY<br>100 OWENS ROAD<br>BROCKPORT NY 14420 | Creditor ID: 18292-01<br>MR. JERALD EVAN DAVID<br>300 WEST 23RD STR 4AB<br>NEW YORK NY 10011 |
| Creditor ID: 13339-01<br>MR. JOHN KENNETH EWING<br>20508 ROY ROGERS ROAD<br>SHERWOOD OR 97140 | Creditor ID: 997-01<br>MR. JOSE FERMIN ALVAREZ SALGADO<br>76 NINTH AVE.<br>NEW YORK NY 10011 | Creditor ID: 12627-01<br>MR. JOSEPH RICHARD AHOLT<br>15578 VILLAGE DRIVE<br>LAKE OSWEGO OR 97034 |
| Creditor ID: 10647-01<br>MR. JUSTIN R. SHEWELL<br>7124 EAST TRENT AVE.<br>MESA AZ 85212 | Creditor ID: 13340-01<br>MR. LAWRENCE EDWARD KEON<br>53 RICHARDSON ROAD<br>TRENTON NJ 08691 | Creditor ID: 6241-01<br>MR. LOG USA<br>182-16 149TH RD 2ND FL UNIT M<br>JAMAICA NY 11413 |
| Creditor ID: 10648-01<br>MR. MICHAEL FRITH<br>608 SOUTH DIXON AVENUE<br>CARBONDALE IL 62901 | Creditor ID: 6242-01<br>MR. MOHAMMAD T.S. KHALID<br>233 N. MICHIGAN AVE.<br>CHICAGO IL 60601 | Creditor ID: 10649-01<br>MR. MUHAMMAD ALI AKBAR M/S HAJVERY STAR INC<br>2770 MISSION STREET<br>SAN FRANCISCO CA 94110 |
| Creditor ID: 3855-01<br>MR. NAVEED AHMAD KHAN<br>2411 ESTES COURT<br>RICHMOND TX 77406 | Creditor ID: 998-01<br>MR. NOMAN SALIM<br>1197 EAST FIRST STREET<br>TUSTIN CA 92780 | Creditor ID: 16127-01<br>MR. OLE TRONIER<br>20 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 |
| Creditor ID: 6243-01<br>MR. PATRICK ALEXANDER MACHAN<br>71 OLD ORCHARD ROAD<br>RIVERSIDE CT 06878 | Creditor ID: 16128-01<br>MR. RAHAVI EZABADI FARHANG<br>8275 SW ELLIGSEN ROAD<br>WILSONVILLE OR 97070 | Creditor ID: 999-01<br>MR. RAKAN H. NAZE<br>2815 COLD WATER CANYON DRIVE<br>BEVERLY HILLS CA 90210 |
| Creditor ID: 1000-01<br>MR. REX ARTHUR PETERS<br>8615 QUAILWEST COVE<br>FORT WAYNE IN 46835 | Creditor ID: 3856-01<br>MR. RICHARD SCOTT GUETHE<br>50 MEADOWLARK LANE<br>SEDONA AZ 86336 | Creditor ID: 17273-01<br>MR. ROBERT WALLACE DANIELS<br>22 CANYON VIEW<br>RED LODGE MT 59068 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 9014-01
MR. ROBIN PEARSON SMITH
11090 ALMON AVENUE
FONTANA CA 92337

Creditor ID: 6244-01
MR. RONALD DAVID ALDERMAN
1167 NW WALLULA AVE. 136
GRESHAM OR 97030

Creditor ID: 18293-01
MR. SADALLAH NAKHLAH AWAD
791 E HAMILTON ST.
ALLENTOWN PA 18109

Creditor ID: 10650-01
MR. SAMIR NAZMI ARDAH
46374 CANYON CREST COURT
TEMECULA CA 92592

Creditor ID: 3857-01
MR. SHAUN ALAN WEEKS
2281 NORTH ROAD
SCOTTSVILLE NY 14546

Creditor ID: 7253-01
MR. SHEHZAD MAHMOOD MALIK
1167 FERNWOOD DRIVE
NISKAYUNA NY 12309

Creditor ID: 9015-01
MR. STANLEY SCOTT MILLER
1637 EAST HIGH OAKS LANE
DRAPER UT 84020

Creditor ID: 3858-01
MR. STEVE ARTHUR ENGLISH
717 FIFTH AVE., SUITE 18
NEWYORK NY 10022

Creditor ID: 13341-01
MR. SUNG YOUNG CHUNG
601 NORTH PARK BLVD. #2103
GRAPEVINE TX 76051

Creditor ID: 13342-01
MR. TORU NOZAWA
229 E. COMMONWELTH #339
FULLERTON CA 92832

Creditor ID: 13442-01
MR. WILLIAM FITZPATRICK KOSTOFF
246 EAST 74TH STREET APR #1R
NEW YORK NY 10021

Creditor ID: 3859-01
MR. WILLIAM MATTIAS VEGA
461 SILVERA AVENUE
LONG BEACH CA 90803

Creditor ID: 13443-01
MR. WONG HAIPERNG
3418 CHAUCER WAY
EUGENE OR 97405

Creditor ID: 13444-01
MR. ZANATTA STEFANO
4950 MEREDITH WAY, APT 302
BOULDER CO 80303

Creditor ID: 16129-01
MR.LEE, SANG KI
80 EAST ROUTE 4 SUITE 390
PARAMUS NJ 07652

Creditor ID: 10329-01
MRM MFG. INC.
4530.SAN FERNANDO RD.
GLENDALE CA 91204

Creditor ID: 6245-01
MRS BALAKRISHNAN MANJULA
1058 PAINT BRUSH DE
SUNNYVALE CA 94086

Creditor ID: 1001-01
MRS FARKHONDEH EGHTEDARI
432 EMERSON ST.
UPLAND CA 91784

Creditor ID: 10651-01
MRS MADELYN RENEE MONTI
112,W56TH STREET
NEW YORK NY 10019

Creditor ID: 13445-01
MRS VITA MARIA VALLUZZI
C/O ITALIAN CONSULATE
4000 PONCE DE LEON BLVD, SUITE 590
CORAL GABLES FL 33146

Creditor ID: 1002-01
MRS YALDA KAMYAB KAMRAN
9999 W KATIE AVE UNIT 1112
LAS VEGAS NV 89147

Creditor ID: 13446-01
MRS. AIDA LEASK
4040 GREELEY ST.
TUJUNGA CA 91042

Creditor ID: 7254-01
MRS. CLARK'S FOODS
740 SOUTHEAST DALBEY DRIVE
ANKENY IA 50021

Creditor ID: 10652-01
MRS. HOMA KHORRAM MOJAZEB.
5101 CHATEAU CIRCLE
IRVINE CA 92604

Creditor ID: 3860-01
MRS. IONA PATRICIA MARTINEZ
505 MIRAMONTE AVENUE
LAKEPORT CA 95463

Creditor ID: 13447-01
MRS. JESSICA VESPA PRESA
40 RAVINE RD.
MALVERN PA 19355

Creditor ID: 1003-01
MRS. MAYS NATURAL
860 EAST 238TH STREET
CARSON CA 90745

Creditor ID: 9016-01
MRS. NASSIMA LAOUSSADI
4675 DRURY COURT
FREMONT CA 94538

Creditor ID: 3861-01
MRS. SABINA ARIF BUKHARI
43007 JANNEYS CORNER COURT
ASHBURN VA 20148

Creditor ID: 1004-01
MRS. SARA MATITHE LORD
86 COLUMBINE DRIVE
GLENMONT NY 12077

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18294-01<br>MS CLOTHING<br>3545 EAST 14TH ST. , STE. E<br>BROWNSVILLE TX 78521 | Creditor ID: 9017-01<br>MS GLOBAL STEEL, INC.<br>225 S HARBOR BLVD SUITE 200<br>ANAHEIM CA 92805 | Creditor ID: 6246-01<br>MS HEATHER CATHERINE ALAMEDDINE<br>17 GALENA<br>IRVINE CA 92602 |
| Creditor ID: 10330-01<br>MS INTERNATIONAL INC<br>36 BRUNSWICK AVE<br>EDISON NJ 08817 | Creditor ID: 18296-01<br>MS JODIE L CONNEELY<br>5482 VIA TECOLOTE<br>RIVERSIDE CA 92507 | Creditor ID: 1006-01<br>MS JULIA AREZOU RASTEGAR<br>5515 CANOGA AVE. APT # 329<br>WOODLAND HILLS CA 91367 |
| Creditor ID: 13448-01<br>MS MARTHA ANKER<br>69 DEAN STREET<br>SOUTH GLASTONBURY CT 06073 | Creditor ID: 9635-01<br>MS SALAM AL ESTWANI<br>611 CYPRESS AVE.<br>CYPRESS CA 90630 | Creditor ID: 10653-01<br>MS SHAYNA BARGHI<br>BEVERLLY DR<br>BEVERLLY HILLS CA 90024 |
| Creditor ID: 6247-01<br>MS TRADING<br>1314 RED OAK COURT<br>SUGARLAND TX 77479 | Creditor ID: 18297-01<br>MS. FARDGHASSEMI NAZILA<br>15500 SOUTH MAIN STREET<br>GARDENA CA 90248 | Creditor ID: 13449-01<br>MS. HILDA BAYANDURYAN<br>130 LAKE PINES<br>IRVINE CA 92620 |
| Creditor ID: 13450-01<br>MS. MARY BETH RENNEBOH<br>8720 S.W. TUALATIN ROAD, #118<br>TUALATIN OR 97062 | Creditor ID: 3862-01<br>MSA PRODUCTS INC.<br>42 BURD STREET<br>NYACK NY 10960 | Creditor ID: 13451-01<br>MSC-USA<br>505 LAUREL AVE STE 102<br>HIGHLAND PARK IL 60035 |
| Creditor ID: 6248-01<br>MSEAFOOD CORPORATION<br>17934 POINT SUR ST<br>FOUNTAIN VALLEY CA 92708 | Creditor ID: 13452-01<br>MSI<br>555 TURNPIKE ST.<br>CANTON MA 02021 | Creditor ID: 13453-01<br>MSI ENTERPRISE CORP.<br>47000 WARM SPRINGS BLVD., NO 130<br>FREMONT CA 94539 |
| Creditor ID: 13454-01<br>MSM IMPORTS INC SUITE A<br>850 GREAT SW PARKWAY<br>ATLANTA GA 30336 | Creditor ID: 10654-01<br>MSM US INC.<br>6401 WEST FORT STREET<br>DETROIT MI 48209 | Creditor ID: 1007-01<br>MT TRANSPORT LLC<br>2126 BLUEBERRY LANE<br>PASADENA TX 77502 |
| Creditor ID: 9018-01<br>MTC WORLDWIDE CORPORATION<br>17837 ROWLAND STREET<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 3863-01<br>MTD PRODUCTS INC.<br>305 MANSFIELD AVENUE<br>SHELBY OH 44875 | Creditor ID: 1973-01<br>MTD PRODUCTS INC.<br>979 S CONWELL AVE<br>WILLARD OH 44890 |
| Creditor ID: 3864-01<br>MTD PRODUCTS INC.<br>136 INDUSTRIAL PARK<br>MARTIN TN 38237 | Creditor ID: 6249-01<br>MTD PRODUCTS, INC. (MTD CONSUMER PRODUCTS)<br>5965 GRAFTON ROAD<br>VALLEY CITY OH 44280 | Creditor ID: 6250-01<br>MTD PRODUCTS, INC. (MTD SOUTHWEST)<br>6978 E. CENTURY PARK DRIVE<br>TUCSON AZ 85706 |
| Creditor ID: 3865-01<br>MTD PRODUCTS-TUPELO DIVISION<br>5484 HIGHWAY 145 SOUTH<br>VERONA MS 38879 | Creditor ID: 4888-01<br>MTD SOUTHWEST<br>67 E. BAFFERT DRIVE<br>NOGALES AZ 85621 | Creditor ID: 6251-01<br>MTD TRADING INTERNATIONAL (ATL)<br>315 BRUNSWICK BLVD., STE 300<br>POINTE-CLAIRE QC H9R 5M7<br>CANADA |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6252-01
M-TEK INC.
1111 NORTH WARPOLE STREET
SANDUSKY OH 43351

Creditor ID: 3866-01
MTG INC. (MULTITRANSPORTATION GROUP INC.)
13921 SOUTH FIGUEROA STREET
LOS ANGELES CA 90061

Creditor ID: 9019-01
MTL
1325 SENATOR ROBERT MELLOW DRIVE
JESSUP PA 18434

Creditor ID: 1008-01
MTM SOLUTIONS, LLC DBA LIBERTY CHIPPERS
10450 N. 74TH ST. #130
SCOTTSDALE AZ 85258

Creditor ID: 9020-01
MTS INTERNATIONAL INC
33-17, 36 AVENUE
LONG ISLAND CITY NY 11106

Creditor ID: 3867-01
MTS SYSTEMS CORPORATION
1400 TECHNOLOGY DRIVE
EDEN PRAIRIE MN 55344

Creditor ID: 6253-01
MUEHLSTEIN
800 CONNECTICUT AVE.
NORWALK CT 06854

Creditor ID: 13455-01
MUEHLSTEIN COMPOUNDED PRODUCTS
1301 ALMEDA ROAD
HOUSTON CA 77045

Creditor ID: 13456-01
MUEHLSTEIN INTERNATIONAL
800 CONNECTICUT AVENUE
NORWALK CT 06854

Creditor ID: 3868-01
MUELLER INDUSTRIES
2600 ELMHURST ROAD
ELK GROVE VILLAGE IL 60007

Creditor ID: 10655-01
MUELLER STREAMLINE CO.
8285 TOURNAMENT DRIVE
MEMPHIS TN 38125

Creditor ID: 18298-01
MUGHAL TRADERS
3960 VALLEY BLVD., UNIT S
WALNUT CA 91789

Creditor ID: 1009-01
MULCH & SEED INNOVATIONS
7265 ALABAMA HWY 9 SOUTH
CENTRE AL 35960

Creditor ID: 7255-01
MULHERN BELTING INC
1370 SOUTH M-139
BENTON HARBOR MI 49022

Creditor ID: 13457-01
MULHERN BELTING, ATLANTA
6125 XAVIER DRIVE S.W.
ATLANTA GA 30336

Creditor ID: 13458-01
MULIA INC.
14820 CARMENITA ROAD UNIT A
NORWALK CA 90650

Creditor ID: 16132-01
MULLEN CONSTRUCTION CO.
PO BOX 1510
NEW MILFORD CT 06776

Creditor ID: 18299-01
MULLER STREAMLINE CO.
3070 E. CEDAR STREET
ONTARIO CA 91761

Creditor ID: 6254-01
MULSEN TRADING CO.
3823 56TH AVE. SW
SEATTLE WA 98116-3538

Creditor ID: 3869-01
MULTI FRUIT USA INC.
18 1ST AVENUE, SUITE B, PO BOX 316
HADDON HEIGHTS NJ 08035

Creditor ID: 7256-01
MULTI LINK CONTAINER LINE
17595 ALMAHURST STREET #210
CITY OF INDUSTRY CA 91748

Creditor ID: 10656-01
MULTI MATERIAL MANAGEMENT
405 14TH STREET; SUITE 1600
OAKLAND CA 94596

Creditor ID: 1010-01
MULTI MATERIALS MANAGEMENT & MARKETING (EMS)
405 14TH STREET #1600
OAKLAND CA 94612

Creditor ID: 9021-01
MULTI PET INTERNATIONAL
265 WEST COMMERCIAL AVENUE
MOONACHIE NJ 07074

Creditor ID: 10657-01
MULTI-COTTON
555 REPUBLIC DR.
PLANO TX 75074

Creditor ID: 9022-01
MULTILINK CONTAINER LINE LLC
156-15 146TH AVENUE, 2ND FLOOR
JAMAICA NY 11434

Creditor ID: 3870-01
MULTILINK CONTAINER LINE LLC
9841 AIRPORT BLVD, STE 1520
LOS ANGELES CA 90045

Creditor ID: 3871-01
MULTI-LINK INTERNATIONAL CORP.
12235 LOS NIETOS ROAD
SANTA FE SPRINGS CA 90670

Creditor ID: 3872-01
MULTIMODAL INTERNATIONAL LTD.
2100 EAST DEVON - SUITE C
ELK GROVE VILLAGE IL 60007

Creditor ID: 3873-01
MULTIMODAL SERVICES INC.
177-09 150TH AVE., 2/FL
JAMAICA NY 11434

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 19100-97<br>MULTI-MODAL TRANSPORT (MSP)<br>2185 CAPP ROAD<br>ST PAUL MN 55114 | Creditor ID: 18300-01<br>MULTIPLE ORGANICS, INC<br>200 LINUS PAULING DRIVE<br>HERCULES CA 94547 | Creditor ID: 10658-01<br>MULTIPRO INTERNATIONAL INC.<br>15901 LAKEVIEW DR<br>HOUSTON TX 77040 |
| Creditor ID: 9023-01<br>MULTISPORTS<br>2612 MCKINNEY STREET<br>HOUSTON TX 77003 | Creditor ID: 18301-01<br>MULTI-TRANS SHIPPING AGENCY INC.<br>18261 GALE AVENUE SUITE C<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 9024-01<br>MUMBO JUMBO, LTD.<br>3818 OAK RIDGE ROAD<br>SUMMERFIELD NC 27358 |
| Creditor ID: 9025-01<br>MUNDIAL EXPORT CORPORATION<br>501 FIFTH AVENUE<br>NEW YORK NY 10017 | Creditor ID: 13459-01<br>MUNIZ ENTERPRISES, INC<br>6985 ALAMEDA AVE<br>EL PASO TX 79915 | Creditor ID: 9738-01<br>MUNKSJO PAPER INC<br>100 ERDMAN WAY, SUITE S100<br>LEOMINSTER MA 01453 |
| Creditor ID: 16133-01<br>MUNROE LINDENMEYER MILWAUKEE<br>3000 NORTH 112TH STREET<br>MILWAUKEE WI 53213 | Creditor ID: 18302-01<br>MURPHY BEDS CHICAGO<br>2650 N. LAKEVIEW AVE.<br>CHICAGO IL 60614 | Creditor ID: 9026-01<br>MURPHY INT'L CORP.,<br>19840 RANCHO WAY,<br>DOMINGUEZ HILLS CA 90221 |
| Creditor ID: 18303-01<br>MURPHY RIGGING<br>701 24TH AVENUE SE<br>MINNEAPOLIS MN 55414 | Creditor ID: 3874-01<br>MURRAH PACKING, INC.<br>524 MEYERS AVENUE<br>GRIDLEY CA 95948 | Creditor ID: 16134-01<br>MURRAY FEISS IMPORT LLC<br>125 ROSE FEISS BLVD.<br>BRONX NY 10454 |
| Creditor ID: 10659-01<br>MURRAY SPORTING GOODS<br>21717 FERRERO PKWY<br>WALNUT CA 91789 | Creditor ID: 17274-01<br>MUSASHI<br>1400 N 45TH ST.<br>SEATTLE WA 98103 | Creditor ID: 16135-01<br>MUSCO FAMILY OLIVE CO.<br>17950 VIA NICOLO ROAD<br>TRACY CA 95377 |
| Creditor ID: 10660-01<br>MUSCO FOOD CORP<br>57-01 49TH PLACE<br>MASPETH NY 11378 | Creditor ID: 18304-01<br>MUSCO LIGHTING LLC<br>2107 STEWART ROAD<br>MUSCATINE IA 52761 | Creditor ID: 3875-01<br>MUSHROOMS CENTRAL SUPPLU CO INC<br>P.P. BOX 492<br>TOUGHKENAMON PA 19348 |
| Creditor ID: 16136-01<br>MUSICIANS FRIEND<br>5795 LINDERO CANYON ROAD<br>WESTLAKE VILLAGE CA 91362 | Creditor ID: 16137-01<br>MUSKEGON TRANSFER<br>1922 PARK STREET<br>MUSKEGON MI 49441 | Creditor ID: 10661-01<br>MUSSINO TILE DISTRIBUTORS<br>3045 S SCENIC, SUITE 100<br>SPRINGFIELD MO 65807 |
| Creditor ID: 10662-01<br>MUSSON INTERNATIONAL FREIGHT FORWARDERS<br>18568 ASUNCION STREET<br>NORTHRIDGE CA 91326 | Creditor ID: 13460-01<br>MUSTANG MANUFACTURING<br>915 SW 7TH STREET<br>MADISON SD 57042 | Creditor ID: 6256-01<br>MUSTANG MANUFACTURING CORP.<br>461 MARTIN DUKE RD.<br>VAN ALSTYNE TX 75495 |
| Creditor ID: 9027-01<br>MUTUAL DISTRIBUTING CO<br>2233 CAPITAL BLVD<br>RALEIGH NC 27604 | Creditor ID: 3876-01<br>MUTUAL TRADING CO.<br>431 CROCKER ST.<br>LOS ANGELES CA 90013 | Creditor ID: 1011-01<br>MUTUAL TRADING CO., LTD<br>843 EAST 4TH STREET<br>LOS ANGELES CA 90013 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18305-01<br>MUWON(AMERICA)INC.<br>3711 LOMITA BLVD. #160<br>TORRANCE CA 90505 | Creditor ID: 9028-01<br>MV AND SONS TEXAS LP<br>DBA TIAN TIAN FOOD SERVICE<br>1515 HEBERT STREET<br>HOUSTON TX 77012 | Creditor ID: 9029-01<br>MV SAVAGE INC.<br>3600 15TH AVE. W. # 203<br>SEATTLE WA 98119 |
| Creditor ID: 10331-01<br>MVP GROUP INTERNATIONAL<br>1031 LEGRAND BLVD<br>CHARLESTON SC 29492 | Creditor ID: 6257-01<br>MWI COMPONENTS<br>1015 32ND AVENUE WEST<br>SPENCER IA 51301 | Creditor ID: 1012-01<br>MY CASTLE<br>3030 AVE U<br>BROOKLYN NY 11229 |
| Creditor ID: 18306-01<br>MY CATWALK SECRETS LLC<br>8605 SANTA MONICA BLVD.<br>LOS ANGELES CA 90069 | Creditor ID: 9030-01<br>MYCO FURNITURE CORPORATION, INC.<br>9500 W SAM HOUSTON PKWY S<br>HOUSTON TX 77099 | Creditor ID: 1013-01<br>MYERS INDUSTRIES INTERNATIONAL, INC.<br>1293 S. MAIN ST.<br>AKRON OH 44301 |
| Creditor ID: 10663-01<br>MYK CORPORATION<br>1605 TARTAN PLACE<br>ANACORTES WA 98221 | Creditor ID: 10664-01<br>MYLETEX INTERNATIONAL INC<br>27 8TH STREET<br>PASSAIC NJ 07055 | Creditor ID: 3878-01<br>MYSSURA TRADING<br>549-555 BROADWAY<br>BAYONNE NJ 07002 |
| Creditor ID: 9031-01<br>MYSTIC APPAREL, LLC<br>1333 BROADWAY AVE, 6TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 6258-01<br>MYSTIC INC.<br>463 7TH AVENUE, 12TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 9032-01<br>MYSTIC MARINES<br>175-11 148TH AVENUE<br>JAMAICA NY 11434 |
| Creditor ID: 3879-01<br>MZ BERGER & CO., INC.<br>29-76 NORTHERN BLVD, SUITE: 300<br>LONG ISLAND CITY NY 11101 | Creditor ID: 13461-01<br>MZB ACCESSORIES LLC<br>29-76 NORTHERN BLVD, SUITE: 300<br>LONG ISLAND CITY NY 11101 | Creditor ID: 3880-01<br>N A TRADING CO<br>1345 S HERBERT DR<br>COMMERCE CA 90023 |
| Creditor ID: 13462-01<br>N A TRADING INC<br>1345 S HERBERT AVE<br>COMMERCE CA 90023 | Creditor ID: 10665-01<br>N P I PANEL LTD<br>10200 SW GREENBURG RD<br>PORTLAND OR 97223 | Creditor ID: 7257-01<br>N.A.P. CONSUMER PRODUCT<br>440 NORTH MEDINAH ROAD<br>ROSELLE IL 60172 |
| Creditor ID: 1014-01<br>N.A.S. SERVICES INC.<br>3785 VIA NONA MARIE, SUITE 301<br>CARMEL CA 93923 | Creditor ID: 16138-01<br>N.E. TIMBERLAND INVESTMENTS LLC<br>95 KINNEY HOLLOW ROAD<br>UNION CT 06076 | Creditor ID: 13463-01<br>N.P.B. LLC<br>170 TECHNOLOGY DRIVE<br>IRVINE CA 92618 |
| Creditor ID: 3881-01<br>N.W. HAY SALES INC.<br>33254 GEIST ROAD<br>STANFIELD OR 97825 | Creditor ID: 16139-01<br>NABIL MORCOS<br>14 WHITERSPOON WAY<br>MARLBORO NJ 07746 | Creditor ID: 1015-01<br>NABILA TRADING INC.<br>2500 25TH STREET<br>MINNEAPOLIS MN 55406 |
| Creditor ID: 6259-01<br>NADER TRADING INC.<br>2088 SOUTH GRAND AVE<br>SANTA ANA CA 92705 | Creditor ID: 1016-01<br>NADINE FASHION COMPANY CORP<br>753 E FRANCIS ST<br>ONTARIO CA 91761 | Creditor ID: 16140-01<br>NAEEM ALIBRAHIM<br>1416 NE 12TH AVE<br>ROCHESTER MN 55906 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18307-01<br>NAKAGAWA MANUFACTURING (USA), INC<br>8652 THORNTON AVE<br>NEWARK CA 94560 | Creditor ID: 1017-01<br>NAKAGAWA MFG<br>2305 LINCOLN AVE<br>HAYWARD CA 94545 | Creditor ID: 18308-01<br>NAKAMURA & ASSOCIATES, LLC<br>14410 SE PETROVISTSKY RD. STE 211<br>RENTON WA 98058 |
| Creditor ID: 18309-01<br>NAKAYAMA BUTSUDAN - MICHIYO WATANABE<br>2444 S.E. HAWTHORNE BLVD.<br>PORTLAND OR 97214 | Creditor ID: 9033-01<br>NAL.SYNCREON<br>44320 OSGOOD ROAD<br>FREMONT CA 94539 | Creditor ID: 1018-01<br>NAL.SYNCREON<br>1200 GREENBRIAR DRIVE, SUITE A<br>ADDISON IL 60101 |
| Creditor ID: 18310-01<br>NALCO COMPANY CLEARING (MANUFACTURING PLANT)<br>6216 WEST 66TH PLACE<br>BEDFORD PARK IL 60638 | Creditor ID: 18311-01<br>NAMCO POOL<br>100 SANRICO DR<br>MANCHESTER CT 06042 | Creditor ID: 18552-01<br>NAME CO<br>494 8TH AVENUE,10TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 3882-01<br>NAME CO.<br>494 EIGHT AVENUE, 10TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 9034-01<br>NAMTRADE INTERNATIONAL  (FORWARDING SERVICES)<br>207 LAKESHORE ROAD<br>POINTE CLAIRE QC H9S 4K2<br>CANADA | Creditor ID: 10666-01<br>NAMU ENTERPRISES INC.<br>5533 110TH PL. S. W.<br>MUKILTEO WA 98275 |
| Creditor ID: 1019-01<br>NAN HSIA METAL CO<br>1540 PALMYRITA AVENUE<br>RIVERSIDE CA 92507 | Creditor ID: 13464-01<br>NAN YA PLASTICS<br>140 E BEULAH ROAD<br>LAKE CITY SC 29560 | Creditor ID: 18312-01<br>NAN YA PLASTICS CORP. US<br>2081 FM 102 RD<br>WHARTON TX 77488 |
| Creditor ID: 16141-01<br>NAN YA PLASTICS CORP. USA<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON NJ 07039 | Creditor ID: 9035-01<br>NAN YA PLASTICS CORP., AMERICA<br>5561 NORMANDY ROAD<br>BATCHELOR LA 70715 | Creditor ID: 6260-01<br>NANCY KONSKY<br>2 HICKORY HILL ROAD<br>DIX HILLS NY 11746 |
| Creditor ID: 3883-01<br>NANCY SALES<br>22 WILLOW ST<br>CHELSEA MA 02150 | Creditor ID: 16142-01<br>NANO INK SPOT<br>650 NORTH STATE STREET<br>LAKE OSWEGO OR 97034 | Creditor ID: 16143-01<br>NANSHAN AMERICA CO. LTD.<br>4070 E. GREYSTONE DRIVE, UNIT A<br>ONTARIO CA 91761 |
| Creditor ID: 17275-01<br>NANSHING AMERICA INC<br>5822 E. 61ST STREET<br>LOS ANGELES CA 90040 | Creditor ID: 9036-01<br>NANTONG HUASHENG PRODUCTS (U.S.A.)<br>2357 W. 31ST ST BROOKLYN, NY 11223<br>BROOKLYN NY 11223 | Creditor ID: 13465-01<br>NANTUCKET DISTRIBUTING CO., INC.<br>C/O J.F. MORAN COMPANY<br>HARVORTECH CENTER<br>160 2ND ST STE 210<br>CHELSEA MA 02150 |
| Creditor ID: 18314-01<br>NANTUCKET DISTRIBUTING CO., LLC.<br>64 LEONA DRIVE<br>MIDDLEBORO MA 02346 | Creditor ID: 6261-01<br>NAP INC<br>171 MADISON AVE<br>NEW YORK NY 10016 | Creditor ID: 10667-01<br>NAP INDUSTRIES<br>667 KENT AVE.<br>BROOKLYN NY 11211 |
| Creditor ID: 10768-01<br>NAP LLC<br>99 HOOK ROAD<br>BAYONE NJ 07002 | Creditor ID: 10769-01<br>NAP NITCHES INC.<br>12055 SAGE POINT CENTER,<br>SUITE: 107 & 108<br>RENO NV 89506 | Creditor ID: 13466-01<br>NAP,INC<br>12055 SAGE POINT COURT STE 107<br>RENO NV 89506 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

Creditor ID: 6262-01
NAPOLEON COMPANY
P. O. BOX 40269
BELLEVUE WA 98015-4269

Creditor ID: 9037-01
NAPOLI FOODS INC
10 KNOTTER DR
CHESHIRE CT 06410

Creditor ID: 6263-01
NAPPI DISTRIBUTORS
615 MAIN STREET
GORHAM ME 04038

Creditor ID: 10770-01
NAPT
1800 SE 10TH AVENUE, SUITE 435
FORT LAUDERDALE FL 33316

Creditor ID: 3884-01
NARA BANK
29 WEST 30TH STREET
NEW YORK NY 10001

Creditor ID: 7258-01
NARGO INDUSTRIES USA,  INC
2410 CAMINO RAMON, SUITE 290
SAN RAMON CA 94583

Creditor ID: 13467-01
NARUTO INC.
8075 COOK RD
HOUSTON TX 77072

Creditor ID: 1020-01
NAS PENNSYLVANIA
289 MIFFLIN DRIVE
WRIGHTSVILLE PA 17368

Creditor ID: 16144-01
NASA
1600 ST GEORGES AVENUE PO BOX 1224D
RAHWAY NJ 07065

Creditor ID: 1021-01
NASCO INC
4413 APOLLO DR
METAIRIE TX 70003

Creditor ID: 9038-01
NASCO STONE AND TILE, INC
200 MARKLEY STREET
PORT READING NJ 07064

Creditor ID: 3885-01
NASER FARES MICHAEL
21 CRANFORD DRIVE,
NEW CITY NY 10956

Creditor ID: 16145-01
NASH GRANITES AND MARBLE INC
70 GAZZA BOULEVARD
FARMINGDALE NY 11735

Creditor ID: 12628-01
NASH TOOL & MACHINE SUPPLY, INC.
11430 KALTZ ROAD
WARREN MI 48089

Creditor ID: 9039-01
NASSAU CANDY
530 W.JOHNS ST.
HICKSVILLE NY 11801

Creditor ID: 18315-01
NAT. & INTERNAT.TIRE CORPORATION
1090 KINGS HWY
NEW BEDFORD MA 02745

Creditor ID: 6264-01
NATALIA KUMAR
NO. 28 RIFTON STREET
ELMONT NY 11003

Creditor ID: 18553-01
NATARE CORPORATION
5905 WEST 74TH STREET
INDIANAPOLIS IN 46278

Creditor ID: 1022-01
NATCO CORPORATE PARTNER OF CONTITECH
520 SOUTH 18TH STREET
WEST DES MOINES IA 50265

Creditor ID: 13468-01
NATCO INT'L TRANSPORTS USA LLC
2801 NW 74TH AVENUE, SUITE 224
MIAMI FL 33122

Creditor ID: 16146-01
NATCO PRODUCTS CORP.
155 BROOKSIDE AVE .
WEST WARWICK RI 02893

Creditor ID: 13469-01
NATCO PRODUCTS CORPORATION
155 BROOKSIDE AVE P O BOX 190
WEST WARWICK RI 02893

Creditor ID: 18316-01
NATHEL & NATHEL INC
357 TERMINAL MARKET
BRONX NY 10474

Creditor ID: 9139-01
NATION FORD CHEMICAL CO.& SUN CHEMICAL CORP.
2300 BANKS STREET EXTENSION
FORT MILL SC 29715

Creditor ID: 1023-01
NATIONAL  AUTO TOOLS
5217 AZLE AVENUE
FORTH WORTH TX 76114

Creditor ID: 13470-01
NATIONAL BEEF CALLIFORNIA LP
57 EAST SHANK ROAD
BRAWLEY CA 92227

Creditor ID: 16147-01
NATIONAL BEEF PACKING CO, LLC
2000 EAST TRAIL STREET
DODGE CITY KS 67801

Creditor ID: 18317-01
NATIONAL BEEF PACKING CO.
122000 NORTH AMBASSADOR DRIVE
KANSAS CITY MO 64163

Creditor ID: 6265-01
NATIONAL BEEF PACKING CO., LLC
30 N. MICHIGAN AVENUE, SUITE 1702
CHICAGO IL 60602

Creditor ID: 13471-01
NATIONAL BEEF PACKING CO.,LLC
1501 EAST 8TH STREET
LIBERAL KS 67901

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9140-01 | Creditor ID: 16148-01 | Creditor ID: 10771-01 |
| NATIONAL BOARD EXCHANGE | NATIONAL BULK EQUIPMENT | NATIONAL BUSINESS DEVELOPMENT GROUP |
| 15760 VENTURA BLVD, SUITE 700 | 12838 STAINLESS DRIVE | 3679 CHESNUT DRIVE |
| ENCINO CA 91436 | HOLLAND MI 49424 | DORAVILLE GA 30340 |
| | | |
| Creditor ID: 10772-01 | Creditor ID: 13472-01 | Creditor ID: 6266-01 |
| NATIONAL CARGO ASSOCIATION | NATIONAL CART CO. INC | NATIONAL CASTING CORP. |
| 902 SUFFOLK PLACE | 3125 BOSCHERTOWN DRIVE | 508 SOUTH INDEPENDENCE BLVD., # 202 |
| WINTERS CA 95694 | ST. CHARLES MO 63301 | VIRGINIA BEACH VA 23452 |
| | | |
| Creditor ID: 9141-01 | Creditor ID: 1974-01 | Creditor ID: 1024-01 |
| NATIONAL COIL COMPANY. | NATIONAL COMPANY FOR IMPORT AND TRADE | NATIONAL DIST. CO. TAMPA OF TAMPA |
| 1998 FM 2011 | 9861 BROKEN LAND PKWY SUITE 154 | 4901 SAVARESE CIRCLE |
| LONGVIEW TX 75603 | COLUMBIA MD 21046 | NORTH TAMPA FL 33623 |
| | | |
| Creditor ID: 9142-01 | Creditor ID: 1025-01 | Creditor ID: 3886-01 |
| NATIONAL DISTRIBUTING CO | NATIONAL DISTRIBUTION COMPANY | NATIONAL ELECTRONICS INC. |
| 5401 EUBANK ROAD | 94-23 NORTH MAIN ST | 19 HARBOR PARK DRIVE |
| SANDSTON VA 23150 | PO BOX 40709 | PORT WASHINGTON NY 10001 |
| | JACKSONVILLE FL 32218 | |
| | | |
| Creditor ID: 16149-01 | Creditor ID: 13473-01 | Creditor ID: 1026-01 |
| NATIONAL FISH AND SEAFOOD INC. | NATIONAL FOOD CORP | NATIONAL FOOD TRADING |
| 11-15 PARKER STREET, | 808 134TH ST SW, BLDG B, SUITE 116 | 12-A INDUSTRIAL AVE. |
| GLOUCESTER MA 01930 | EVERETT WA 98204 | UPPER SADDLE RIVER NJ 07458 |
| | | |
| Creditor ID: 6267-01 | Creditor ID: 1027-01 | Creditor ID: 3887-01 |
| NATIONAL FOOD TRADING | NATIONAL FOOD TRADING CORP. | NATIONAL FROZEN FOODS CORPORATION |
| 100 PHILIPS PARKWAY | 53 SOUTH BROAD STREET | 1600 FAIRVIEW AVE E STE 200 |
| MONTVALE NJ 07645 | RIDGEWOOD NJ 07450 | SEATTLE WA 98102 |
| | | |
| Creditor ID: 10773-01 | Creditor ID: 9143-01 | Creditor ID: 9144-01 |
| NATIONAL GEOGRAPHIC SOCIETY | NATIONAL GLASS BROKER, L.L.C. | NATIONAL GOLDEN TISSUE |
| 17TH & "M" STREET NW | 3115 FRY ROAD #401 | 19224 LONGMEADOW ROAD |
| WASHINGTON DC 20036 | KATY TX 77449 | HAGERSTOWN MD 21742 |
| | | |
| Creditor ID: 10774-01 | Creditor ID: 9145-01 | Creditor ID: 3888-01 |
| NATIONAL HONEY ALMOND | NATIONAL KWIKMETAL SERVICE | NATIONAL MANUFACTURING CORPORATION |
| 247 RITTENHOUSE CIRCLE | 560 SANTA ROSA DRIVE | 19701 DA VINCI |
| BRISTOL PA 19007 | DES PLAINES IL 60018 | FOOTHILL RANCH CA 92610 |
| | | |
| Creditor ID: 1028-01 | Creditor ID: 13474-01 | Creditor ID: 6268-01 |
| NATIONAL NAIL CORP. | NATIONAL NONWOVENS INC. | NATIONAL OILWELL L.P |
| 2964 CLYDON SW | 110 PLEASANT ST | 743 N ECKHOFF STREET |
| GRAND RAPIDS MI 49519 | EASTHAMPTON MA 01027 | ORANGE CA 93868 |
| | | |
| Creditor ID: 4889-01 | Creditor ID: 18318-01 | Creditor ID: 3889-01 |
| NATIONAL OILWELL VARCO | NATIONAL OILWELL VARCO | NATIONAL OILWELL VARCO - ORANGE |
| 10000 RICHMOND AVENUE | 12950 WEST LITTLE YORK, BUILDING A | 748 N. POPLAR STREET A/B BLDG |
| HOUSTON TX 77042 | HOUSTON TX 77041 | ORANGE CA 92868 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 16451-01
NATIONAL OUTERWEAR
150 CLEARBROOK ROAD
ELMSFORD NY 10523

Creditor ID: 16150-01
NATIONAL POSTERS
1001 LATTA STREET
CHATTANOOGA TN 37406

Creditor ID: 6269-01
NATIONAL PRESTO INDUSTRIES, INC
3925 NORTH HASTINGS WAY
EAU CLAIRE WI 54703

Creditor ID: 16452-01
NATIONAL RAISIN COMPANY
626 S. FIFTH STREET
FOWLER CA 93625

Creditor ID: 10775-01
NATIONAL RECYCLING CORPORATION
1312 KIRKHAM STREET
OAKLAND CA 94607

Creditor ID: 3890-01
NATIONAL RETAIL BRANDS, INC
1227 ANDOVER PARK E
TUKWILA WA 98188

Creditor ID: 10776-01
NATIONAL SPINNING COMPANY, INC.
1481 WEST 2ND STREET
WASHINGTON NC 27889

Creditor ID: 9146-01
NATIONAL SPORTING GOODS
23 BRIGHTON AVENUE
PASSAIC NJ 07055

Creditor ID: 13574-01
NATIONAL STARCH
& CHEMICAL CO.  C/O DISTRIBUTION
33312 N BERKELEY LAKE ROAD
DULUTH GA 30136

Creditor ID: 1029-01
NATIONAL STARCH AND CHEMICAL CO.
10 FINDERNE AVENUE
BRIDGEWATER NJ 08807

Creditor ID: 6270-01
NATIONAL SUPPLY
3208 OAKCLIFF INDUSTRIAL ST.
DORAVILLE GA 30340

Creditor ID: 9147-01
NATIONAL TOBACCO COMPANY
5201 INTERCHANGE WAY
LOUISVILLE KY 40229

Creditor ID: 13575-01
NATIONAL TRACTOR PARTS
12127A GALENA ROAD
PLANO IL 60545

Creditor ID: 7259-01
NATIONAL VAN LINES, INC.
2800 ROOSEVELT ROAD
BROADVIEW IL 60155

Creditor ID: 6271-01
NATIONAL VENTURE INC.
717 E. ARTESIA BLVD. STE #B
CARSON CA 90745

Creditor ID: 6272-01
NATIONAL WHOLESALE LIQUIDATORS
111 HEMPSTEAD TURNPIKE
WEST HEMPSTEAD NY 11552

Creditor ID: 1030-01
NATIONAL WILD TURKEY FEDERATION
770 AUGUSTA ROAD
EDGEFIELD SC 29824

Creditor ID: 9148-01
NATIONAL WINE & SPIRITS
700 W. MORRIS STREET, PO BOX 1602
INDIANAPOLIS IN 46206

Creditor ID: 16151-01
NATIONALSOFT TECHNOLOGIES CORP.
1979 CHATHAM DRIVE
TROY MI 48084

Creditor ID: 3891-01
NATIONWIDE MAGAZINE RECYCLING
96 LINWOOD PLAZA
FORT LEE NJ 07024

Creditor ID: 3892-01
NATIONWIDE TRANSFORMER DISPOSAL, INC.
669 W. WINTHROP AVE.
ADDISON IL 60101

Creditor ID: 16152-01
NATIVE INTIMATES LTD
148 MADISON AVE. FL 3
NEW YORK NY 10016

Creditor ID: 16153-01
NATRA US INC.
2535 CAMINO DEL RIO SUITE 355
SAN DIEGO CA 92108

Creditor ID: 10777-01
NATROCHEM INC
1 EXLEY AVENUE
SAVANNAH GA 31415

Creditor ID: 6273-01
NATTY GREENS BREWING COMPANY
345 SOUTH ELM STREET
GREENSBORO NC 27411

Creditor ID: 6274-01
NATURAL CASING COMPANY
410 RAILROAD ROAD
PESHTIGO WI 54157

Creditor ID: 16154-01
NATURAL DECORATIONS, INC. (NDI)
777 INDUSTRIAL PARK DRIVE
BREWTON AL 36426

Creditor ID: 3893-01
NATURAL HIGH INC
1410 BROADWAY SUITE NO. 1804
NEW YORK NY 10018

Creditor ID: 9149-01
NATURAL NUT
25 JORDAN?S PLACE, SUITE 1
CHICO CA 95973

Creditor ID: 9150-01
NATURAL OIL INTERNATIONAL, INC.
2279 WARD AVENUE
SIMI VALLEY CA 93065

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16255-01<br>NATURAL PHAMACEUTICALS<br>100 CUMMINGS CENTER SUITE 200<br>BEVERLY MA 01697 | Creditor ID: 18554-01<br>NATURAL SODA<br>3200 COUNTY ROAD 31<br>RIFLE CO 81650 | Creditor ID: 10778-01<br>NATURAL STONE INDUSTRIES INC<br>343 STAGG ST<br>BROOKLYN NY 11219 |
| Creditor ID: 16256-01<br>NATURAL STONE RESOURCES, INC<br>2617 WEST WOODLAND DRIVE<br>ANAHEIM CA 92801 | Creditor ID: 16257-01<br>NATURAL STONES & TILE<br>3451 WESAT BURNSVILLE PARKWAY<br>BURNSVILLE MN 55337 | Creditor ID: 10779-01<br>NATURE FRIEND, INC.<br>2211 S. HACIENDA BLVD., SUITE 208<br>HACIENDA HEIGHTS CA 91745 |
| Creditor ID: 9151-01<br>NATURE OF MARBLE LLC<br>240 N. CONGRESS AVENUE<br>DELRAY BEACH FL 33445 | Creditor ID: 10780-01<br>NATURE'S BOUNTY<br>90 ORVILLE DRIVE<br>BOHEMIA NY 11716 | Creditor ID: 3894-01<br>NATURE'S EARTHLY CHOICE<br>372 S EAGLE ROAD<br>EAGLE ID 83616 |
| Creditor ID: 10781-01<br>NATURES SUN GROWN FOODS<br>700 IRWIN ST. SUITE 103<br>SAN RAFAEL CA 94901 | Creditor ID: 9739-01<br>NATUREWORKS, LLC.<br>15305 MINNETONKA BLVD.<br>MINNETONKA MN 55345 | Creditor ID: 1031-01<br>NATUREX INC.<br>375 HUYLER STREET,<br>SOUTH HACKENSACK NJ 07606 |
| Creditor ID: 10782-01<br>NATUREX INC.<br>300 WAVERLY AVE<br>MAMARONECK NY 10543 | Creditor ID: 13576-01<br>NATVAR HOLDINGS  LLC.<br>8720 US 70 WEST<br>CLAYTON NC 27520 | Creditor ID: 6275-01<br>NAUMES, INC.<br>2 BARNETT ROAD / PO BOX 996<br>MEDFORD OR 97501 |
| Creditor ID: 1032-01<br>NAUTICA MEN'S SPORTSWEAR<br>40 WEST 57 STREET<br>A DIVISION OF VF SPORTSWEAR, INC.<br>NEW YORK NY 10019 | Creditor ID: 3895-01<br>NAUTILUS FITNESS PRODUCTS<br>709 POWERHOUSE RD<br>INDEPENDENCE VA 24384 | Creditor ID: 10783-01<br>NAUTILUS INC.<br>18225 NE RIVERSIDE DRIVE<br>PORTLAND OR 97230 |
| Creditor ID: 1975-01<br>NAUTILUS INC.<br>17750 SE 6TH WAY<br>VANCOUVER WA 98683 | Creditor ID: 6276-01<br>NAUTILUS, INC.<br>16400 SE NAUTILUS DRIVE<br>VANCOUVER WA 98683 | Creditor ID: 10784-01<br>NAUTILUS, INC.<br>1690 38TH ST<br>BOULDER CO 80301-2602 |
| Creditor ID: 6277-01<br>NAUTILUS/SCHWINN FITNESS GROUP<br>340 WEST CROSSROADS PKWY STE B<br>BOLINGBROOK IL 60440 | Creditor ID: 1033-01<br>NAVI RECYCLING INC.<br>2640 PINELAWN DR.<br>LA CRESCENTA CA 91214 | Creditor ID: 9152-01<br>NAVICARGO INC.<br>8860 NW 102 ST.<br>ST.MEDLEY FL 33178 |
| Creditor ID: 3896-01<br>NAVIS FILMS<br>2500 TECHNOLOGY DRIVE, SUITE 100<br>ELGIN IL 60123 | Creditor ID: 9153-01<br>NAZA TRADING COMPANY, INC<br>9715 W BROWARD BLVD # 300<br>PLANTATION FL 33324-2351 | Creditor ID: 3897-01<br>NC EXPORT INC.<br>2919 TOWNSEND BOULEVARD<br>JACKSONVILLE FL 32277 |
| Creditor ID: 6278-01<br>NDC SYSTEM L.P.<br>570 W N FRONTAGE ROAD<br>BOLINGBROOK IL 60440 | Creditor ID: 6279-01<br>NEAL MAST & SON INC<br>1780 FOUR MILE ROAD<br>GRAND RAPIDS MI 49544 | Creditor ID: 16258-01<br>NEAL ROSENTHAL   ROSENTHAL WINE MERCHANT<br>P.O. BOX 658 RR2 RT.83<br>PINE PLAINS NY 12567 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10785-01<br>NEAPCO<br>6735 HAGGERTY RD.<br>BELLEVILLE MI 48111 | Creditor ID: 1976-01<br>NEBRASKA BEEF LTD.<br>4501 S.36TH STREET<br>OMAHA NE 68107 | Creditor ID: 10786-01<br>NEC / MITSUBISHI<br>500 PARK BLVD SUITE 1100<br>ITASCA IL 60143 |
| Creditor ID: 13577-01<br>NEC-MITSUBISHI ELECTRONICS DISPLAY OF AMERICA<br>500 PARK BLVD.- SUITE 1100<br>ITASCA IL 60143 | Creditor ID: 9154-01<br>NEDIA ENTERPRISES, INC<br>2187 VANTAGE POINT PLACE<br>ASHBURN VA 20148 | Creditor ID: 16453-01<br>NEGRI BOSSI USA<br>311 CARROLL DRIVE, BUILDING 100<br>NEW CASTLE DE 19720 |
| Creditor ID: 3898-01<br>NEIL DOUGLASS TAYLOR<br>615 S NORTHWESTERN AVENUE<br>NEWELL SD 57760 | Creditor ID: 9740-01<br>NEMAN BROTHERS & ASSOC. INC.<br>1525 SOUTH BROADWAY STREET<br>LOS ANGELES CA 90015 | Creditor ID: 16259-01<br>NEMCO FOOD TRADING, INC.<br>207 BEDFORD ST.<br>DBA NORTHEAST MARKETING CO.<br>LAKEVILLE MA 02347 |
| Creditor ID: 10787-01<br>NEMO TILE CO IN<br>177-02 JAMAICA AVE<br>JAMAICA NY 11432 | Creditor ID: 16260-01<br>NEO TEX INC.<br>6080 TRIANGLE DR.<br>COMMERCE CA 90040 | Creditor ID: 1034-01<br>NEOPLAN USA CORPORATION<br>700 AUWAERTER DRIVE,<br>LAMAR CO 81052-2252 |
| Creditor ID: 3899-01<br>NEORESINS INC<br>730 MAIN STREET<br>WILMINGTON MA 01887 | Creditor ID: 3900-01<br>NEOSTAR USA LLC.<br>7545 IRVINE CENTER DRIVE#200<br>IRVINE CA 92618 | Creditor ID: 1035-01<br>NEPTUNE FISHERIES, INC.<br>5714 CURLEW DRIVE<br>NORFOLK VA 23502 |
| Creditor ID: 9155-01<br>NEPTUNE INTERNATIONAL GROUP, INC<br>17870 CASTLETON ST., SUITE 305<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 6280-01<br>NERI USA<br>DARNLEY LANE STE. 1530<br>HOUSTON TX 77077 | Creditor ID: 3901-01<br>NESSE FOODS INC.<br>PO BOX 989<br>MALIBU CA 90265 |
| Creditor ID: 9156-01<br>NESSTEEL INC<br>83 GERBER DRIVE<br>TOLLAND CT 06084 | Creditor ID: 16261-01<br>NESTLE HEALTHCARE NUTRITION, INC<br>12500 WHITEWATER DRIVE<br>MINNETONKA MN 55343 | Creditor ID: 1036-01<br>NESTLE PURINA PETCARE<br>CHECKERBOARD SQUARE<br>ST. LOUIS MO 63164 |
| Creditor ID: 4890-01<br>NESTLE PURINA PETCARE<br>2200 MANUFACTURE DRIVE<br>CLINTON IA 52737 | Creditor ID: 3902-01<br>NESTLE USA<br>800 N. BRAND BLVD<br>GLENDALE CA 91203 | Creditor ID: 16454-01<br>NESTLE USA, FOREIGN TRADE DIV.<br>800 NORTH BRAND AVE.<br>GLENDALE CA 91203 |
| Creditor ID: 1037-01<br>NESTLE USA, FRISKIES PET CARE DIV.<br>800 NORTH BRAND BLVD.<br>GLENDALE CA 90203 | Creditor ID: 1038-01<br>NESTLE USA.<br>555 NESTLE WAY<br>BREININGSVILLE PA 18031 | Creditor ID: 4891-01<br>NESTLE WATERS NORTH AMERICA<br>#220 6661 DIXIE HWY, SUITE 4<br>LOUISVILLE KY 40258 |
| Creditor ID: 1039-01<br>NET PACIFIC INC.<br>18042 CORTNEY CT<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 9157-01<br>NETWORK COMMODITIES LLC<br>11 DOREMUS DRIVE<br>TOWACO NJ 07082 | Creditor ID: 13578-01<br>NETWORK FOOD SYSTEMS<br>4735 E. DIAGONAL ROAD<br>RATHDRUM ID 83858 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6282-01<br>NETWORKS CUSTOMS BROKER<br>145 HOOK CREEK BLVD<br>VALLEY STREAM NY 11581 | Creditor ID: 9158-01<br>NEUCHEM INC<br>20 ALTEZA<br>SANTA FE NM 87508 | Creditor ID: 10788-01<br>NEUMAN & ESSER USA, INC.<br>1502 EAST SUMMITRY CIRCLE<br>KATY TX 77449 |
| Creditor ID: 16262-01<br>NEUROLOGICA CORPORATION<br>14 ELECTRONICS AVENUE<br>DANVERS MA 01923 | Creditor ID: 13579-01<br>NEUTROGENA<br>5760 W 96TH ST.<br>LOS ANGELES CA 90045 | Creditor ID: 13580-01<br>NEVADA POWER COMPANY DBA NV ENERGY<br>6226 WEST SAHARA AVENUE<br>LAS VEGAS NV 89146 |
| Creditor ID: 16263-01<br>NEVADA UST CORPORATION<br>879 W. 190TH ST SUITE 401B<br>GARDENA CA 90248 | Creditor ID: 10789-01<br>NEVILLE CHEMICAL COMPANY<br>2800 NEVILLE ROAD<br>PITTSBURGH PA 15225 | Creditor ID: 13581-01<br>NEW B C N TRADING INC<br>701 HADLEY ROAD<br>SOUTH PLAINFIELD NJ 07080 |
| Creditor ID: 6283-01<br>NEW BALANCE ATHLETIC SHOE INC<br>100 GUEST STREET, BOSTON, MA 02135<br>BOSTON MA 02135 | Creditor ID: 10790-01<br>NEW BALANCE ATHLETIC SHOE INC.<br>10 INTERNATIONAL WAY<br>LAWRENCE MA 01843 | Creditor ID: 9159-01<br>NEW BELGIUM BREWING COMPANY, INC.<br>500 LINDEN STREET<br>FORT COLLINS CO 80524 |
| Creditor ID: 7260-01<br>NEW BRIGHT INC.<br>10505 VALLEY BLVD, SUITE 302<br>EL MONTE CA 91731 | Creditor ID: 16455-01<br>NEW CASTLE FURNITURE CORP.<br>1441 W 2ND ST<br>POMONA CA 91766-1202 | Creditor ID: 3903-01<br>NEW CHEMIC (US) INC<br>50 CHESTNUT RIDGE RD STE 117<br>MONTVALE NJ 07645 |
| Creditor ID: 6284-01<br>NEW CLASSIC HOME FURNISHINGS, INC.<br>7351 MCGUIRE AVENUE<br>FONTANA CA 92336 | Creditor ID: 19101-97<br>NEW CONNECT LOGISTICS<br>2807 EL PRESIDIO ST<br>CARSON CA 90810 | Creditor ID: 6285-01<br>NEW CREATIVE ENTERPRISES<br>709 SCIENCE DRIVE<br>MOORPARK CA 93021 |
| Creditor ID: 16264-01<br>NEW CREATIVE ENTERPRISES<br>(NCE)/DECORATIVE CONCEPTS<br>401 MILFORD PARKWAY<br>MILFORD OH 45150 | Creditor ID: 16265-01<br>NEW CREATIVE ENTERPRISES/DECORATIVE CONCEPTS<br>401 MILFORD PARKWAY<br>MILFORD OH 45150 | Creditor ID: 16266-01<br>NEW ENGLAND HOUSEHOLD<br>104 BARTZAK DRIVE<br>HOLLISTON MA 01746 |
| Creditor ID: 6286-01<br>NEW ENGLAND MARINE RESOURCES<br>27 HARBOR LOOP<br>GLOUCESTER MA 01930 | Creditor ID: 10791-01<br>NEW ENGLAND POTTERY<br>800 JOHN QUINCY ADAMS ROAD<br>TAUNTON MA 02780 | Creditor ID: 6287-01<br>NEW ENGLAND SAFE SYSTEM INC<br>315 BENNINGTON ST.<br>EAST BOSTON MA 02128 |
| Creditor ID: 3904-01<br>NEW ENGLAND WINE & SPIRITS INC<br>198 STATE STREET PO BOX 2097 NORTH<br>HAVEN CT 06473-2097 | Creditor ID: 16267-01<br>NEW FABRIC INC.<br>526 EAST 9TH STREET<br>LOS ANGELES CA 90015 | Creditor ID: 6288-01<br>NEW FOR-MART STORES, INC.<br>12355 BISSONNET STREET<br>HOUSTON TX 77099 |
| Creditor ID: 1042-01<br>NEW GLARUS BREWING COMPANY<br>119 ELMER ROAD<br>NEW GLARUS WI 53574 | Creditor ID: 9741-01<br>NEW GROUP ASIA CONSTRUCTION<br>MATERIAL SUPPLY, INC.<br>19111 WALDEN FOREST DR.<br>HUMBLE TX 77346 | Creditor ID: 1043-01<br>NEW HAMPSHIRE FORGE INC.<br>15 FORGE ROAD<br>KEENE NH 03431 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10792-01<br>NEW HEALTH LLC.<br>795 BETHEL ROAD<br>COLUMBUS OH 43214 | Creditor ID: 10793-01<br>NEW HOLLAND NORTH AMERICA<br>MAPLE ST<br>BELLEVILLE PA 17004 | Creditor ID: 1044-01<br>NEW HORIZON ENTERPRISES LTD<br>1992 ALPINE WAY<br>HEYWARD CA 94545 |
| Creditor ID: 16268-01<br>NEW HORIZON ENTERPRISES LTD.<br>3397 ARDEN ROAD<br>HAYWARD CA 94545 | Creditor ID: 6289-01<br>NEW HORIZON ENTERPRISES LTD.<br>12436 BELL RANCH DRIVE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 16269-01<br>NEW HORIZON TRADE INC.<br>3015 WALNUT GROVE AVE #169<br>ROSEMEAD CA 91770 |
| Creditor ID: 10794-01<br>NEW JERSEY TILE & STONE INC.<br>70 NEWFIELD AVE RARITAN CENTER<br>EDISON NJ 08837 | Creditor ID: 6290-01<br>NEW LIFE FORTUNE INC<br>1460 E. CEDAR STREET<br>ONTARIO CA 91761 | Creditor ID: 1045-01<br>NEW LONG TRADING USA INC<br>133-38 32 AVENUE<br>FLUSHING NY 11355 |
| Creditor ID: 13582-01<br>NEW MILLENIUM WINDOWS & DOORS  CORPORATION<br>3405 WOODWARD STREET<br>OCEANSIDE NY 11572 | Creditor ID: 3905-01<br>NEW OCEAN CO INC.<br>1832 COPA WAY<br>MONTEREY PARK CA 91754 | Creditor ID: 1046-01<br>NEW PORT METALS LLC<br>517 MANILA AVENUE<br>JERSEY CITY NJ 07302 |
| Creditor ID: 3906-01<br>NEW PORT OCEAN CONSOLIDER INC<br>5250 W CENTURY BLVD<br>LOS ANGELES CA 90045 | Creditor ID: 18555-01<br>NEW PRIDE CORPORATION<br>2757 E. DEL AMO BLVD.<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 16270-01<br>NEW PRIDE LLC.<br>2757 E. DEL AMO BLVD.<br>RANCHO DOMINGUEZ CA 90221 |
| Creditor ID: 6291-01<br>NEW PRODUCT SPECIALTIES GROUP<br>317 FAIRFIELD ROAD<br>FREEHOLD NJ 07728 | Creditor ID: 9160-01<br>NEW RAINBOW INC.<br>324 4TH STREET<br>LOS ANGELES CA 90013 | Creditor ID: 3907-01<br>NEW RAVENNA  INC. (AR)<br>2619 LANKFORD HWY<br>EXMORE VA 23350 |
| Creditor ID: 13583-01<br>NEW SOLUTIONS INC.<br>9 MCKISSIC CREEK RD<br>BENTONVILLE AR 72712 | Creditor ID: 9161-01<br>NEW SON YENG PRODUCE LLC.<br>69 WASHINGTON AVE<br>BROOKLYN NY 11205 | Creditor ID: 4892-01<br>NEW SONG YENG PRODUCE<br>32 BEADEL STREET<br>BROOKLYN NY 11222 |
| Creditor ID: 6292-01<br>NEW SPRING INTERNATIONAL, INC.<br>10920 BAYMEADOWS ROAD SUITE 27-110<br>JACKSONVILLE FL 32256 | Creditor ID: 6293-01<br>NEW STAR 21, INC<br>9674 TELSTAR AVE UNIT H<br>EL MONTE CA 91731 | Creditor ID: 6294-01<br>NEW SUPPLIES CO. INC.<br>1404 SHERMAN<br>ROMEOVILLE IL 60441 |
| Creditor ID: 16457-01<br>NEW SUPPLIES COMPANY INC.<br>211 W. MAIN ST.<br>GRIFFITH IN 46319 | Creditor ID: 1047-01<br>NEW TOWER HARDWARE<br>96 EAST BROADWAY, SUITE # 2B<br>NEW YORK NY 10002 | Creditor ID: 3908-01<br>NEW TREASURE INTERNATIONAL LTD<br>815 FAIRVIEW AVE.<br>FAIRVIEW NJ 07022 |
| Creditor ID: 1048-01<br>NEW VI-CAL, INC.<br>10807 STANFORD AVE.<br>LYNWOOD CA 90262 | Creditor ID: 9162-01<br>NEW VIEW GIFTS & ACCESSORIES LTD<br>311 E. BALTIMORE AVE.  STE 300<br>MEDIA PA 19063 | Creditor ID: 16458-01<br>NEW VISTA INTERNATIONAL<br>14939 SUGAR MIST LN<br>SUGAR LAND TX 77498 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1049-01<br>NEW WAVE LOGISTICS (USA) INC.<br>650 EAST DEVON, SUITE 125<br>ITASCA IL 60143 | Creditor ID: 6295-01<br>NEW WORLD CREATIONS<br>13 RARITAN ROAD<br>OAKLAND NJ 07436 | Creditor ID: 9742-01<br>NEW WORLD FORWARDING LLC<br>8524 HWY 6 NORTH #276<br>HOUSTON TX 77095 |
| Creditor ID: 17656-01<br>NEW WORLD INTERNATIONAL<br>10679 HARRY HINES<br>DALLAS TX 75220 | Creditor ID: 10795-01<br>NEW WORLD PASTA<br>611 EAST MARCEAU ST<br>SAINT LOUIS MO 63111-3839 | Creditor ID: 16271-01<br>NEW WORLD TRADING<br>4416 2ND AVE<br>BROOKLYN NY 11232 |
| Creditor ID: 3909-01<br>NEW YORK ACCESSORIES GROUP,INC<br>10 WEST 33RD STREET, SUITE 503<br>NEW YORK NY 10001 | Creditor ID: 10796-01<br>NEW YORK ACCESSORY GROUP INC.<br>411 5TH AVENUE<br>NEW YORK CITY NY 10016 | Creditor ID: 16459-01<br>NEW YORK ACCESSORY GROUP, INC.<br>411 FIFTH AVE<br>NEW YORK NY 10016 |
| Creditor ID: 9163-01<br>NEW YORK MUTUAL TRADING INC<br>25 KNICKERBOCKER ROAD<br>MOONACHIE NJ 07074 | Creditor ID: 9164-01<br>NEW YORK POTTERY<br>5169 VANHOUTE ROAD<br>SODUS NY 14551 | Creditor ID: 19102-97<br>NEW YORK SHIPPING ASSOC, INC &<br>INTL LONGSHOREMEN'S ASSOC, AFL-CIO (ILA)<br>FOR PURPOSES OF PTF, THE FBEF &<br>OTHER NYSA-ILA FUNDS<br>333 THORNALL ST STE 3A<br>EDISON NJ 08837 |
| Creditor ID: 19075-97<br>NEW YORK SHIPPING ASSOCIATION INC<br>C/O THE LAMBOS FIRM LLP<br>ATTN JAMES R CAMPBELL<br>599 AVENUE C<br>BAYONNE NJ 07002 | Creditor ID: 16272-01<br>NEW YORK STONE TRADING<br>31-45 HOWELL ST<br>JERSEY CITY NJ 07306 | Creditor ID: 10797-01<br>NEW YORK TILE DISTR. CO<br>215 FLATBUSH AVE<br>BROOKLYN NY 11217 |
| Creditor ID: 16273-01<br>NEW YORK TIMBER TRADING, LLC<br>235 HARRISON STREET, SUITE 202<br>SYRACUSE NY 13202 | Creditor ID: 10798-01<br>NEW YORK TRANSIT, INC.<br>2707 MCCONE AVENUE,<br>HAYWARD CA 94545 | Creditor ID: 10393-01<br>NEW YORK WIRE (PA)<br>441 E. MARKET ST.<br>YORK PA 17403-1618 |
| Creditor ID: 13584-01<br>NEWAY OIL FIELD<br>10749 CASH ROAD, STAFFORD TX  77477<br>STAFFORD TX 77477 | Creditor ID: 10799-01<br>NEWBURGH HARDWOOD COMPANY, INC.<br>6500 VENICE DRIVE<br>NEWBURGH IN 47630 | Creditor ID: 13585-01<br>NEWCO INVESTMENTS USA INC<br>1308 BAYSHORE HIGHWAY SUITE 288<br>BURLINGAME CA 94010 |
| Creditor ID: 16274-01<br>NEWELL OPERATING COMPANY<br>4475 SOUTH FULTON PKWY BLDG 5<br>UNION CITY GA 30349 | Creditor ID: 10800-01<br>NEWELL RUBBERMAID<br>10B GLENLAKE PARKWAY<br>ATLANTA GA 30328 | Creditor ID: 3910-01<br>NEWELL RUBBERMAID DECOR<br>20750 MIDSTAR DRIVE<br>BOWLING GREEN OH 43402 |
| Creditor ID: 13586-01<br>NEWELL RUBBERMAID INC.<br>3415 EAST 12TH STREET<br>WINFIELD KS 67156 | Creditor ID: 16275-01<br>NEWELL RUBBERMAID INC.<br>17182 NEVADA AVENUE<br>VICTORVILLE CA 92394 | Creditor ID: 7261-01<br>NEWELL RUBBERMAID INC.<br>300 PEACOCK STREET<br>POTTSVILLE PA 17901 |
| Creditor ID: 3912-01<br>NEWELL RUBBERMAID INC.<br>16905 NORTH CROSS DRIVE<br>HUNTERSVILLE NC 28078 | Creditor ID: 3911-01<br>NEWELL RUBBERMAID INC.<br>3009 GILCHRIST ROAD<br>MOGADORE OH 44305 | Creditor ID: 10801-01<br>NEWELL RUBBERMAID INC.<br>212 PROGRESS BLVD<br>KENT OH 44240 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9165-01<br>NEWELL RUBBERMAID INC.<br>4475 SOUTH FULTON PKWY BLDG 5<br>UNION CITY GA 30349 | Creditor ID: 13587-01<br>NEWELL RUBBERMAID INC.<br>THREE GLENLAKE<br>ATLANTA GA 30328 | Creditor ID: 10901-01<br>NEWELL RUBBERMAID INC.<br>831 VOLUNTEER PARKWAY<br>MANCHESTER TN 37355 |
| Creditor ID: 10902-01<br>NEWFIA INTERPRISE INC.<br>4706 COUNTRY CLUB DRIVE<br>STILLWATER OK 74044 | Creditor ID: 16276-01<br>NEWHOPE LOGISTICS INC<br>1080 ARGONIA PLACE<br>WALNUT CA 91789 | Creditor ID: 6296-01<br>NEWMARKET TRADING CO., INC DBA SIERRA HARVEST<br>7650 NORTH PALM AVE. SUITE 103<br>FRESNO CA 93711 |
| Creditor ID: 1050-01<br>NEWMONT MINING CORP<br>1700 LINCOLN STREET<br>DENVER CO 80203 | Creditor ID: 16460-01<br>NEWORGANICS, LLC.<br>3990 VARSITY DRIVE<br>ANN ARBOR MI 48108 | Creditor ID: 16461-01<br>NEWPAGE CORPORATION<br>707 ARLINGTON PLACE<br>STEVENS POINT WI 54481 |
| Creditor ID: 10903-01<br>NEWPAGE CORPORATION<br>8540 GANDER CREEK DR.<br>MIAMISBURG OH 45342 | Creditor ID: 16277-01<br>NEWPORT ADHESIVES & COMPOSITES, INC.<br>1822 REYNOLDS AVE.<br>IRVINE CA 92614-5714 | Creditor ID: 9166-01<br>NEWPORT CH INTERNATIONAL L LC<br>1100 W TOWN & COUNTRY RD STE 1388<br>ORANGE CA 92868 |
| Creditor ID: 9167-01<br>NEWPORT FISHERY, INC<br>533 MAIN STREET, UNIT 6<br>MELROSE MA 02176 | Creditor ID: 13588-01<br>NEWPORT FURNITURE MANUFACTURING CO.,  LTD.<br>3787 WEST 1ST AVE<br>EUGENE OR 97402 | Creditor ID: 10904-01<br>NEWPORT HDR INTERNATIONAL, LLC<br>1100 W TOWN & COUNTRY RD STE 1388<br>ORANGE CA 92868 |
| Creditor ID: 10905-01<br>NEWPORT INTERNATIONAL<br>155, 8TH ST, NORTH<br>ST. PETERSBURG FL 33701 | Creditor ID: 9168-01<br>NEWTEK INTERNATIONAL INC<br>777 SCHWAB ROAD, SUITE V<br>HATFIELD PA 19440 | Creditor ID: 16278-01<br>NEWTIQUES INC.<br>2851 FOOTHILL BLVD.<br>LA CRESCENTA CA 91214 |
| Creditor ID: 13589-01<br>NEWTON BUYING CORP.<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701 | Creditor ID: 6297-01<br>NEWTON F. FREELAND<br>7219 VALLEY VIEW PLACE<br>DALLAS TX 75240 | Creditor ID: 10906-01<br>NEXEN TIRE AMERICA<br>21073 PATHFINDER ROAD, SUITE 100<br>DIAMOND BAR CA 91765 |
| Creditor ID: 9169-01<br>NEXEN TIRE AMERICA INC<br>3645 EAST PHILADELPHIA ST.<br>ONTARIO CA 91761 | Creditor ID: 13590-01<br>NEXEO SOLUTIONS, LLC<br>20915 SOUTH WILMINGTON AVE<br>CARSON CA 90810 | Creditor ID: 3913-01<br>NEXEO SOLUTIONS, LLC<br>5200 BLAZER PARKWAY<br>DUBLIN OH 43017 |
| Creditor ID: 13591-01<br>NEXGEN INTERNATIONAL CORP<br>14028 BEL-RED RD., STE 10<br>BELLEVUE WA 98007 | Creditor ID: 16279-01<br>NEXGRILL INDUSTRIES, INC.<br>5270 EDISON AVENUE<br>CHINO CA 91710 | Creditor ID: 1051-01<br>NEXIRA INC<br>15 SOMERSET ST<br>SOMERVILLE NJ 08876 |
| Creditor ID: 16280-01<br>NEXSTEP COMMERCIAL PRODUCTS<br>625 BURT STREET<br>SPRINGFIELD OH 45505 | Creditor ID: 18556-01<br>NEXSTEP COMMERCIAL PRODUCTS<br>131 N. RAILROAD AVENUE<br>PAXTON IL 60957 | Creditor ID: 3914-01<br>NEXT F/X INC<br>ONE NIKEL WAY<br>COLUMBUS MT 59019 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16281-01<br>NEXT GENERATION ENERGY LLC<br>75 WANEKA PARKWAY<br>LAFAYETTE CO 80026 | Creditor ID: 1052-01<br>NEXT T AMERICA<br>252 WEST 37TH STREET<br>NEW YORK NY 10018 | Creditor ID: 16462-01<br>NEXT TREND APPAREL INC.<br>4255 158TH STREET, SUITE 2<br>FLUSHING NY 11358 |
| Creditor ID: 6298-01<br>NEXT USA, LLC<br>25 MARTHA AVENUE<br>CLIFTON NJ 07011 | Creditor ID: 16463-01<br>NEXTRADE INC AND AMERICAN OVERSEAS<br>2222 WEST OLYMPIC BLVD.<br>LOS ANGELES CA 90006 | Creditor ID: 9743-01<br>NF CHEMICAL INC.<br>222 GRACE CHURCH ST.<br>PORT CHESTER NY 10573 |
| Creditor ID: 16282-01<br>NGA CONSTR MTL SUP - WAREHOUSE<br>6714 LARIMER STREET<br>HOUSTON TX 77020 | Creditor ID: 10907-01<br>NGK-LOCKE POLYMER INSULATORS<br>1609 A DIAMOND SPRINGS RD.<br>VIRGINIA BEACH VA 23455 | Creditor ID: 3915-01<br>NGK-LOCKE, INC.<br>2525 INSULATOR DRIVE<br>BALTIMORE MD 21230 |
| Creditor ID: 1053-01<br>NH HAY<br>33757 COLUMBUS STREET SE<br>ALBANY OR 97322 | Creditor ID: 16464-01<br>NHA TRANG SEAFOODS, INC<br>8450 GARVEY AVENUE, SUITE 200<br>ROSEMEAD CA 91770 | Creditor ID: 1054-01<br>NI MIDSTAR, LLC<br>9209 60TH ST SW<br>BYRON MN 55920 |
| Creditor ID: 16465-01<br>NIACET CORPORATION<br>400 47TH STREET<br>NIAGARA FALLS NY 14304 | Creditor ID: 6299-01<br>NIAGARA BOTTLING<br>7561 INDUSTRIAL BLVD<br>ALLENTOWN PA 18106 | Creditor ID: 9744-01<br>NIAGARA BOTTLING, INC.<br>2560 E. PHILADELPHIA AVE<br>ONTARIO CA 91764 |
| Creditor ID: 3916-01<br>NIAGRA CONSERVATION<br>45 HORSEHILL ROAD<br>CEDAR KNOLLS NJ 07927 | Creditor ID: 3917-01<br>NIBCO INC.<br>1516 MIDDLEBURY STREET<br>ELKHART IN 46515 | Creditor ID: 10908-01<br>NIBCO INC.<br>4531 INDUSTRIAL CENTER DRIVE<br>OBETZ OH 43207 |
| Creditor ID: 10909-01<br>NICE INTERNATIONAL CORP<br>10300 SW GREENSBURG ROAD, SUITE 420<br>PORTLAND OR 97223 | Creditor ID: 1055-01<br>NICHIMO INTERNATIONAL INC<br>14432 SE EASTGATE WAY, SUITE 220<br>BELLEVUE WA 98007 | Creditor ID: 9745-01<br>NICHIREI CORPORATION<br>2201 SIXTH AVENUE, SUITE #1350<br>SEATTLE WA 98121 |
| Creditor ID: 9170-01<br>NICHOLS PISTACHIO<br>13762 FIRST AVE<br>HANFORD CA 93230 | Creditor ID: 6300-01<br>NICO ALLOYS, INC.<br>6050 COMMERCE BLVD., STE.203<br>ROHNERT PARK CA 94928 | Creditor ID: 6301-01<br>NICOLA WORLD WIDE IMPORTS (AR)<br>2515 MERRICK ROAD<br>BELLMORE NY 11710 |
| Creditor ID: 10910-01<br>NIDEC KINETEK CORPORATION<br>8050 WEST FLORISSANT AVE<br>ST. LOUIS MO 63136 | Creditor ID: 6302-01<br>NIDEC MOTOR CORPORATION<br>1000 S. 2ND AVENUE<br>PARAGOULD AR 72450 | Creditor ID: 6303-01<br>NIDEC MOTOR CORPORATION<br>710 VENTURE DRIVE # 1<br>SOUTHAVEN MS 38671 |
| Creditor ID: 16283-01<br>NIDEC MOTOR CORPORATION<br>8050 WEST FLORISSANT AVE<br>SAINT LOUIS MO 63136 | Creditor ID: 9171-01<br>NIDEC MOTOR CORPORATION<br>3549 PLACENTIA COURT<br>CHINO CA 91710 | Creditor ID: 10911-01<br>NIDEC MOTOR CORPORATION - APPLIANCE MOTORS<br>6000 FOSTORIA ROAD - BLDG 2<br>FINDLAY OH 45839 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                 **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10912-01<br>NIDERA, INC.<br>195 DANBURY ROAD, SUITE 240<br>WILTON CT 06897 | Creditor ID: 3918-01<br>NIEL JONES<br>1701 WEST 16TH STREET<br>VANCOUVER WA 98660 | Creditor ID: 9273-01<br>NIFTY HOME PRODUCTS, INC.<br>920 WALNUT AVENUE<br>MADISON LAKE MN 56063 |
| Creditor ID: 17277-01<br>NIITAKAYA USA INC.<br>1801 GAGE RD<br>MONTEBELLO CA 90640 | Creditor ID: 16466-01<br>NIK AND ASSOCIATES<br>800 S. HINDRY AVENUE, UNIT A<br>INGELWOOD CA 90301 | Creditor ID: 6304-01<br>NIKE IHM, INC.<br>8 RESEARCH PARK DRIVE<br>SAINT CHARLES MO 63304 |
| Creditor ID: 19103-97<br>NIKE INC.<br>C/O PREG & O'DONNELL GILLETT<br>ATTN RODNEY Q FONDA<br>901 5TH AVE, STE 3400<br>SEATTLE WA 98164 | Creditor ID: 19104-97<br>NIKE INC.<br>ONE BOWERMAN DR<br>BEAVERTON OR 97005 | Creditor ID: 1056-01<br>NIKE TEAM SPORTS INC.<br>20001 ECLIPSE<br>FOOTHILL RANCH CA 92610 |
| Creditor ID: 1057-01<br>NIKE, INC.<br>ONE BOWERMAN DRIVE<br>BEAVERTON OR 97005-6453 | Creditor ID: 6305-01<br>NIKI INTERNATIONAL<br>9 COTTERS LANE,EAST BRANSWICK,NEW<br>JERSEY NJ 08816 | Creditor ID: 9274-01<br>NIKKO AMERICA INC.<br>2801 SUMMIT AVE<br>PLANO TX 75074 |
| Creditor ID: 1058-01<br>NIKKO CERAMICS INC.<br>815-8A FAIRVIEW AVE<br>FAIRVIEW NJ 07022 | Creditor ID: 9275-01<br>NILE FOODS IMPORTS<br>3091 PENNAT WAY<br>SAN DIEGO CA 92122 | Creditor ID: 10913-01<br>NILSON VAN & STORAGE<br>PO BOX 3219<br>ATTN: MR. DALE EDWARD CLIFFORD<br>COLUMBIA SC 29230 |
| Creditor ID: 13592-01<br>NIMA USA<br>2608 FLAGSTONE CIRCLE<br>NAPERVILLE IL 60564 | Creditor ID: 16284-01<br>NINE WEST HOLDINGS<br>180 RITTENHOUSE CIRCLE<br>BRISTOL PA 19007 | Creditor ID: 3919-01<br>NINE WEST JEANSWEAR<br>180 RITTENHOUSE CIRCLE<br>BRISTOL PA 19007 |
| Creditor ID: 10914-01<br>NINKASI BREWING COMPANY<br>272 VAN BUREN STREET<br>EUGENE OR 97402 | Creditor ID: 19106-97<br>NIPPON EXPRESS USA INC,<br>WAL-MART STORES INC, IMC & GOLD POINT<br>C/O SCOPELITIS GARVIN HANSON & FEARY<br>CRAIG J HELMREICH<br>10 W MARKET ST, STE 1500<br>INDIANAPOLIS IN 46204 | Creditor ID: 19105-97<br>NIPPON EXPRESS USA INC,<br>WAL-MART STORES INC<br>C/O ELLIOT GREENLEAF<br>S SMITH, R ZAHRALDDIN-ARAVENA, S KINSELLA<br>1105 N MARKET ST<br>WILMINGTON DE 19801 |
| Creditor ID: 9276-01<br>NIPPON MOTORS, INC.<br>12132 166TH ST.<br>CERRITOS CA 90703 | Creditor ID: 6306-01<br>NIPPON PAPER INDUSTRIES<br>1902 MARINE DRIVE<br>PORT ANGELES WA 98363 | Creditor ID: 1059-01<br>NIPPON STEEL & SUMIKIN BUSSAN AMERICAS, INC.<br>8600 W. BRYN MAWR AVE.,<br>CHICAGO IL 60631 |
| Creditor ID: 10915-01<br>NIPPON STEEL TRADING AMERICA, INC.<br>444 SOUTH FLOWER STREET SUITE 2320<br>LOS ANGELES CA 90071 | Creditor ID: 13593-01<br>NIPPONSLO INTERNATIONAL CORP.,<br>10401 WILSHIRE BLVD.<br>LOS ANGELES CA 90024 | Creditor ID: 6307-01<br>NIPRO DIAGNOSTICS,INC , USA<br>2400 NW 55TH COURT<br>FT LAUDERDALE FL 33309 |
| Creditor ID: 16467-01<br>NIPRO MEDICAL CORP.<br>3150 NW 107 AVE<br>MIAMI FL 33712 | Creditor ID: 9746-01<br>NIPRO MEDICAL CORPORATION<br>3731 DISTRIPLEX DRIVE NORTH<br>MEMPHIS DISTRIBUTION CENTER<br>MEMPHIS TN 38118 | Creditor ID: 13594-01<br>NIRVE SPORTS LTD<br>15401 ASSEMBLY LANE<br>HUNTINGTON BEACH CA 92649 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 10916-01
NISHIMOTO TADING CO. LTD.
1401 LAKEWAY DRIVE
LEWISVILLE TX 75057

Creditor ID: 1060-01
NISHIMOTO TRADING CO., LTD
602 WASHINGTON AVE
DBA WISMETTAC ASIAN FOODS
CARLSTADT NJ 07072

Creditor ID: 16468-01
NISHIMOTO TRADING CO., LTD.
340 VALLEY DRIVE
BRISBANE CA 94005-1208

Creditor ID: 10917-01
NISHIN TRADING INC.
38-20 REVIEW AVE.
LONG ISLAND CITY NY 11101

Creditor ID: 1061-01
NISSAN EXPORT CENTER
2198 MIDWAY LANE
SMYRNA TN 37167

Creditor ID: 13595-01
NISSAN FORKLIFT CORPORATION
19720 E GRANT HIGHWAY
MARENGO IL 60152

Creditor ID: 13596-01
NISSAN INDUSTRIAL ENGINE MFG INC.
19720 E GRANT HIGHWAY
MARENGO IL 60152

Creditor ID: 1062-01
NISSAN MOTOR CORPORATION
18501 S. FIGUEROA ST
GARDENA CA 90248-4500

Creditor ID: 6308-01
NISSAN NORTH AMERICA
983 NISSAN DRIVE
SMYRNA TN 37167

Creditor ID: 13597-01
NISSAN NORTH AMERICA
1 NISSAN WAY
FRANKLIN TN 37067

Creditor ID: 7262-01
NISSAN NORTH AMERICA INC
333 COMMERCE STREET
MAIL STOP NO B-6-C
NASHVILLE TN 37201

Creditor ID: 9278-01
NISSAN NORTH AMERICA, INC.
445 COUCHVILLE INDUSTRIAL BLVD.
MT. JULIET TN 37122

Creditor ID: 3920-01
NISSAN NORTH AMERICA, INC.-CANTON
300 NISSAN DRIVE
CANTON MS 39046

Creditor ID: 1063-01
NISSAN NORTH AMERICA, NISSAN EXPORT CENTER
4500 SINGER ROAD
MURFREESBORO TN 37129

Creditor ID: 10394-01
NISSAN NORTH AMIERCA, INC.
18501 S. FIGUEROA STREET
ATTN: A. RODRIGUEZ(CAG)
GARDENA CA 90248-4500

Creditor ID: 13598-01
NISSAN TRADING CORP., USA. NASHVILLE BRANCH
325 MASON RD
LA VERGNE TN 37086

Creditor ID: 16285-01
NISSAN TRADING CORP.,USA
34405 WEST 12 MILE ROAD
FARMINGTON HILLS MI 48331

Creditor ID: 16469-01
NISSAN TRADING CORPORATION AMERICAS
1974 MIDWAY LANE
SMYRNA TN 37167

Creditor ID: 10918-01
NISSHIN SHOKAI INC.
370 W. ANCHOR DRIVE, SUITE 210
DAKOTA DUNES SD 57049

Creditor ID: 16286-01
NISSIN CUSTOMS SERVICE (AR)
JFK AIRPORT
JAMAICA NY 11434

Creditor ID: 16470-01
NISSIN FOODS (USA) CO., INC
2001 W ROSECRANS AVENUE
GARDENA CA 90249

Creditor ID: 9279-01
NISSIN INTERNATIONAL TRANSPORT U.S.A., INC
6094 EXCECUTIVE BLVD.
DAYTON/TROY OFFICE
HUBER HIEGHTS OH 45424

Creditor ID: 13599-01
NITEKS USA INC.
235 MAMARONECK AVE STE 205
WHITE PLAINS NY 10605-1317

Creditor ID: 1064-01
NITROSET, INC.
5600 BONHOMME ROAD, #B
HOUSTON TX 77036

Creditor ID: 16471-01
NITTA GELATIN NA INC.
201 WEST PASSAIC ST.
ROCHELLE PARK NJ 07662

Creditor ID: 9280-01
NITTA GELATIN NA INC.
598 AIRPORT BLVD SUITE 900
MORRISVILLE NC 27560

Creditor ID: 16472-01
NIZAR LUTFI ALI
3769 E. LIBRA PL.
CHANDLER AZ 85249

Creditor ID: 6309-01
NK PARTS INDUSTRIES, INC.
777 S. KUTHER RD.
SIDNEY OH 45365

Creditor ID: 9747-01
NL FIBERS
636 120TH AVE NE BLDG A STE 200
BELLEVUE WA 98005

Creditor ID: 3921-01
NLT NAIGAI TRANS LINE (USA) INC
970 W. 190TH ST. #490
TORRANCE CA 90502

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9281-01<br>NMB TECHNOLOGY CORPORATION<br>9730 INDEPENDENCE AVENUE<br>CHATSWORTH CA 91311-4373 | Creditor ID: 14280-01<br>NMC LOGISTICS INTERNATIONAL INC<br>177-17 150TH AVENUE SUITE201U<br>JAMAICA NY 11434 | Creditor ID: 6310-01<br>NNZ INC.<br>805 MARATHON PARKWAY, SUITE 170<br>LAWRENCEVILLE GA 30045 |
| Creditor ID: 10919-01<br>NO FEAR INC.<br>2251 FARADAY AVE<br>CARLSBAD CA 92008 | Creditor ID: 14281-01<br>NO SEVEN INC.<br>213 WEST 35TH STREET, SUITE 503<br>NEW YORK NY 10001 | Creditor ID: 4893-01<br>NOAH ENTERPRISES, INC.<br>69 DILLINGHAM PLACE<br>ENGLEWOOD CLIFFS NJ 07632 |
| Creditor ID: 9282-01<br>NOAH NATURE, INC.<br>370 S. CRENSHAW BLVD. SUITE E202B<br>TORRANCE CA 90503-1732 | Creditor ID: 3922-01<br>NOBEL VAN LINES<br>18255 NE 4TH AVE<br>N. MIAMI BEACH FL 33162 | Creditor ID: 9283-01<br>NOBLE AMERICA<br>333 LUDLOW STREET  SUITE 1230<br>STAMFORD CT 06902 |
| Creditor ID: 14282-01<br>NOBLE AMERICAS CORP.<br>2000 W SAM HOUSTON PKWY STE 750<br>HOUSTON TX 77042 | Creditor ID: 16473-01<br>NOBLE HOME FASHIONS<br>485 PRODUCTION AVENUE<br>HUNTSVILLE AL 35801 | Creditor ID: 1571-01<br>NOBLE HOUSE GROUP<br>111 SUSSEX STREET<br>JERSEY CITY NJ 07302 |
| Creditor ID: 3923-01<br>NOBLE INTERNATIONAL TRADING CORP<br>2701 N.W. 2ND AVE<br>BOCA RATON FL 33431 | Creditor ID: 16474-01<br>NOHEMY CUSTOMS BROKER<br>11222 LA CIENEGA BLVD<br>LONG BEACH CA 90304 | Creditor ID: 9748-01<br>NOLTEX L.L.C.<br>12220 STRANG ROAD<br>LA PORTE TX 77572-1489 |
| Creditor ID: 14283-01<br>NOMURA TRADING CO., LTD.<br>10940 NE 33RD PLACE<br>BELLEVUE WA 98004 | Creditor ID: 9284-01<br>NONICA & PARTNERS<br>530 FRANCES ST. (PO BOX 77)<br>VENTURA CA 93303 | Creditor ID: 6311-01<br>NON-METALS, INC.<br>486 W NORTH FRONTAGE ROAD<br>BOLINGBROOK IL 60440 |
| Creditor ID: 10920-01<br>NONNI'S FOOD COMPANY<br>1 WESTBROOK CORPORATE CENTER<br>WESTCHESTER IL 60154 | Creditor ID: 7263-01<br>NOON INTERNATIONAL<br>3214 WEST MCGRAW STREET<br>SEATTLE WA 98199 | Creditor ID: 14284-01<br>NOON INTERNATIONAL<br>3840 BLACKHAWK ROAD<br>DANVILLE CA 94506 |
| Creditor ID: 14285-01<br>NOOR TEXTILES LLC<br>935 MIDLAND CREEK DR<br>SOUTHLAKE TX 76092 | Creditor ID: 3924-01<br>NOORART, INC.<br>1356 EXCHANGE DR.<br>RICHARDSON TX 75081 | Creditor ID: 16475-01<br>NOORS HOUSE OF ASIA<br>56-05 55 DRIVE<br>MASPETH NY 11378 |
| Creditor ID: 1572-01<br>NORAMEX LLC  MEMBER KORAB INTERNATIONAL GROUP<br>500 E. BROADWAY  SUITE 340<br>VANCOUVER WA 98660 | Creditor ID: 1573-01<br>NORCA INDUSTRIAL COMPANY, LLC<br>185 GREAT NECK ROAD<br>GREAT NECK NY 11022 | Creditor ID: 6312-01<br>NOR-CAL BEVERAGE CO., INC.<br>2286 STONE BLVD.<br>W. SACRAMENTO CA 95961 |
| Creditor ID: 10921-01<br>NORCON INDUSTRIES INC.<br>4611 W. WOOLWORTH AVE.<br>MILWAUKEE WI 53218 | Creditor ID: 13600-01<br>NORDGLASS N.A.<br>1827 VILLAGE GREEN BLVD, SUITE 101<br>ROCHESTER HILLS MI 48307 | Creditor ID: 6313-01<br>NORDSTROM PRODUCT GROUP<br>1700 7TH AVENUE SUITE 1000<br>SEATTLE WA 98108 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16476-01<br>NORDSTROM, INC.<br>1617 6TH AVE., SUITE 1000<br>SEATTLE WA 98101 | Creditor ID: 14286-01<br>NORDYNE INC<br>1747 CRAVENS RD,<br>POPLAR BLUFF MO 63901 | Creditor ID: 6314-01<br>NORDYNE INC.<br>2501 BOONSLICK DRIVE<br>BOONVILLE MO 65233 |
| Creditor ID: 6315-01<br>NORDYNE, LLC<br>4501 GUSTINE AVENUE<br>SAINT LOUIS MO 63116 | Creditor ID: 16477-01<br>NORELCO<br>450/440 MEDINAH ROAD<br>ROSELLE IL 60172-2329 | Creditor ID: 6316-01<br>NORELCO CONSUMER PRODUCTS COMPANY<br>440 NORTH MEDINAH ROAD<br>C/O NORTH AMERICA PHILIPS CORP<br>ROSELLE IL 60172 |
| Creditor ID: 3925-01<br>NORFOLK COMMERCE PARK (AR)<br>2550 ELLSMERE AVENUE B<br>NORFOLK VA 23513 | Creditor ID: 13601-01<br>NORFOLK SALES OFFICE GENERAL CUSTOMER CODE<br>101 W. MAIN ST., STE 460<br>N0RFOLK VA 23510 | Creditor ID: 3926-01<br>NORFOLK SOUTHERN RAILROAD<br>THREE COMMERCIAL PLACE  PO. BOX 208<br>NORFOLK VA 23510 |
| Creditor ID: 19108-97<br>NORFOLK SOUTHERN RAILWAY CO<br>C/O KEENEN COHEN & MERRICK PC<br>TIMOTHY FREY, JEFFREY COHEN<br>165 TOWNSHIP LINE RD<br>1 PITCAIRN PLACE, STE 2400<br>JENKINTOWN PA 19046 | Creditor ID: 3927-01<br>NORILSK NICKEL USA, INC<br>PENN CENTER WEST,<br>BUILDING TWO, SUITE 330<br>PITTSBURGH PA 15276 | Creditor ID: 6317-01<br>NORITAKE CO., INC.<br>15-22 FAIR LAWN AVE.,<br>FAIR LAWN NJ 07410 |
| Creditor ID: 14287-01<br>NORITSU AMERICA CORPORATION<br>6900 NORITSU AVE.<br>BUENA PARK CA 90620 | Creditor ID: 9285-01<br>NORMAN G. JENSON<br>3050 METRO DRIVE SUITE 300<br>MINNEAPOLIS MN 55425 | Creditor ID: 14288-01<br>NORMAN INTENATIONAL INC.<br>12301 HAWKINS STREET<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 10922-01<br>NORMAN INTERNATIONAL, INC. (DALLAS)<br>2833 EISENHOWER STREET, SUITE 112<br>CARROLLTON TX 75007 | Creditor ID: 10923-01<br>NORMAN, FOX & CO.<br>14970 DON JULIAN ROAD,<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 10924-01<br>NORMET<br>2440 NORTH SHADELAND AVENUE<br>INDIANAPOLIS IN 46219 |
| Creditor ID: 4894-01<br>NORPAC<br>3001 INDUSTRIAL WAY<br>LONGVIEW WA 98632 | Creditor ID: 9286-01<br>NORPAC FISHERIES EXPORT<br>1535 COLBURN STREET<br>HONOLULU HI 96817 | Creditor ID: 3928-01<br>NORPAC FOOD SALES<br>930 WEST WASHINGTON STREET<br>STAYTON OR 97383 |
| Creditor ID: 6318-01<br>NORPAC FOODS, INC.<br>3225 25TH STREET SE<br>SALEM OR 97302 | Creditor ID: 9287-01<br>NORPEL<br>4 FISH ISLAND<br>NEWBEDFORD MA 02740 | Creditor ID: 14289-01<br>NORRIS CYLINDER COMPANY<br>1535 FM 1845<br>LONGVIEW TX 75603 |
| Creditor ID: 9288-01<br>NORSELAND , INC<br>1290 EAST MAIN STREET<br>STAMFORD CT 06902 | Creditor ID: 9289-01<br>NORSTAR ENTERPRISES<br>1107 CRENSHAW BLVD.<br>LOS ANGELES CA 90019 | Creditor ID: 10925-01<br>NORSTAR OFFICE PRODUCTS INC.<br>5353 JILLSON STREET<br>COMMERCE CA 90040 |
| Creditor ID: 16478-01<br>NORSTAR OFFICE PRODUCTS,INC.<br>201 WHARTON CIRCLE<br>ATLANTA GA 30336 | Creditor ID: 13602-01<br>NORTH AMERICA HARDWOOD LLC<br>4 WESTWOOD RD<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 12629-01<br>NORTH AMERICA PURCHASE & TRADE<br>1800 SOUTHEAST TENTH AVENUE<br>FORT LAUDERDALE FL 33316 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9290-01<br>NORTH AMERICAN FLY<br>31-5TH AVENUE S.<br>STRUM WI 54770 | Creditor ID: 13603-01<br>NORTH AMERICAN FOOD<br>3969 INDUSTRIAL<br>SACRAMENTO CA 95691 | Creditor ID: 1574-01<br>NORTH AMERICAN HOGANAS, INC.<br>111 HOGANAS WAY<br>HOLLSOPPLE PA 15935 |
| Creditor ID: 13604-01<br>NORTH AMERICAN INDUSTRIAL<br>P O BOX 1510<br>BEAVERTON OR 97075 | Creditor ID: 9291-01<br>NORTH AMERICAN LOGISTICS, INC.<br>710 FOX GLEN<br>LAKE BARRINGTON IL 60010 | Creditor ID: 3929-01<br>NORTH AMERICAN MILLS, INC<br>350 FIFTH ANENUE<br>NEW YORK NY 10118 |
| Creditor ID: 1575-01<br>NORTH AMERICAN PRODUCT, INC.<br>22606 GREENWOOD AVE.<br>TORRANCE CA 90505 | Creditor ID: 9292-01<br>NORTH AMERICAN REFRACTORIES<br>4440 GLEN ESTE WITHAMSVILLE ROAD<br>CINCINNATI OH 45245-1318 | Creditor ID: 1576-01<br>NORTH AMERICAN REFRIGERATED<br>22217 68TH AVENUE SOUTH<br>SHIPPER ASSOCIATION (NARSA)<br>KENT WA 98032 |
| Creditor ID: 16479-01<br>NORTH AMERICAN STAINLESS<br>801 TWIN RAIL DRIVE<br>MINOOKA IL 60447 | Creditor ID: 9293-01<br>NORTH AMERICAN STEEL LINE APL 3<br>6870 HIGHWAY 42 EAST AY, SUITE 150<br>GHENT KY 41045-9615 | Creditor ID: 1577-01<br>NORTH AMERICAN VENEER, INC.<br>2825-B HALLIE LANE<br>GRANVILLE OH 43023 |
| Creditor ID: 14290-01<br>NORTH AMERICAN WAREHOUSING CO.<br>6800 WEST 68TH STREET<br>BEDFORD PARK IL 60830 | Creditor ID: 3930-01<br>NORTH AMERICAN WOOD PRODUCTS<br>P O BOX 230395<br>PORTLAND OR 97223 | Creditor ID: 10926-01<br>NORTH ATLANTIC IMPORTS LLC<br>513 WEST 2500 NORTH<br>NORTH LOGAN UT 84341 |
| Creditor ID: 14291-01<br>NORTH BAY APPAREL LLC<br>42 WEST 39TH STREET, 11TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 10927-01<br>NORTH BAY TRADING CO. INC.<br>9057 SOQUEL DRIVE, BLDG B, SUITE G<br>APTOS CA 95003 | Creditor ID: 13605-01<br>NORTH CAROLINA CERAMIC SUPPLY<br>8502 OLD SALISBURY ROAD<br>LINWOOD NC 27299 |
| Creditor ID: 19109-97<br>NORTH CAROLINA STATE PORTS AUTHORITY<br>PO BOX 9002<br>WILMINGTON NC 28402 | Creditor ID: 19110-97<br>NORTH CAROLINA STATE PORTS AUTHORITY<br>C/O TROUTMAN SANDERS LLP<br>BRETT GOODMAN, MATTHEW BROOKS &<br>HARRIS B WINSBERG<br>THE CHRYSLER BUILDING<br>NEW YORK NY 10174 | Creditor ID: 14292-01<br>NORTH CASCADE FOREST PRODUCTS INC<br>810 3RD AVENUE, SUITE 240<br>SEATTLE WA 98104 |
| Creditor ID: 9294-01<br>NORTH CASCADES FOREST PRODUCTS, LLC<br>610 NORTH MAPLE AVENUE, 2ND FL<br>HO-HO-KUS NJ 07423 | Creditor ID: 13606-01<br>NORTH COAST SEAFOODS<br>5 DRYDOCK AVENUE<br>BOSTON MA 02210 | Creditor ID: 12630-01<br>NORTH CUT HARDWOODS<br>520 TAYLOR RD.<br>NEW LISBON WI 53950 |
| Creditor ID: 1578-01<br>NORTH EAST CALAMARI<br>13 FOREST STREET<br>GLOUCESTER MA 01930 | Creditor ID: 6319-01<br>NORTH FOOD GROUP<br>2301CENTURY CENTER BL.<br>IRVING TX 75062 | Creditor ID: 16480-01<br>NORTH PACIFIC<br>12420 SE CARPENTER DRIVE<br>CLACKAMAS OR 97015 |
| Creditor ID: 13706-01<br>NORTH PACIFIC CORP<br>5612 LAKE WASHINGTON BLVD NE<br>KIRKLAND WA 98033 | Creditor ID: 10929-01<br>NORTH PACIFIC INTERNATIONAL<br>10200 SW GREENBURG ROAD/PO BOX 5040<br>PORTLAND OR 97223 | Creditor ID: 10930-01<br>NORTH PACIFIC LUMBER<br>10200 SW GREENBURG ROAD/PO BOX 4785<br>PORTLAND OR 97223 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14293-01<br>NORTH PACIFIC PAPER CORPORATION<br>3001 INDUSTRIAL WAY<br>LONGVIEW WA 98632 | Creditor ID: 10931-01<br>NORTH PACIFIC SEAFOODS, INC.<br>4 NIKERSON STREET SUITE 400<br>SEATTLE WA 98109 | Creditor ID: 1579-01<br>NORTH PACIFIC TRADING CO.<br>815 NE DAVIS (P.O. BOX 3968)<br>PORTLAND OR 97208-3915 |
| Creditor ID: 1580-01<br>NORTH POLE US, LLC.<br>3333 YALE WAY<br>FREMONT CA 94538 | Creditor ID: 3931-01<br>NORTH RIVER TRADING CO.<br>9155 ENTERPRISE AVENUE NE<br>TUSCALOOSA AL 35406 | Creditor ID: 13707-01<br>NORTH SAFETY PRODUCTS LLC<br>2000 PLAINFIELD PIKE<br>CRANSTON RI 02921 |
| Creditor ID: 16481-01<br>NORTH SHORE FARMS INC.<br>770 PORT WASHINGTON BLVD.<br>PORT WASHINGTON NY 11050 | Creditor ID: 14294-01<br>NORTH SHORE MEDICAL LABS<br>463 WILLIS AVE<br>WILLISTON PARK NY 11596 | Creditor ID: 14295-01<br>NORTH SIDE IMPORTS INC<br>3605 KENEDY ROAD<br>SOUTH PLAINFIELD NJ 07080 |
| Creditor ID: 11033-01<br>NORTH SOUTH FOODS GROUP, INC.<br>PO BOX 915453<br>553 WINDING CREEK PLACE<br>LONGWOOD FL 32779 | Creditor ID: 6320-01<br>NORTH STATE SALES CO.<br>2210 NORTH CHURCH STREET<br>GREENSBORO NC 27405 | Creditor ID: 19111-97<br>NORTH WEST CONTAINER SYSTEMS<br>C/O PARKINSON PHINNEY LLP<br>DONNA PARKINSON, TOM PINNEY<br>400 CAPITOL MALL, STE 2560<br>SACRAMENTO CA 95814 |
| Creditor ID: 13708-01<br>NORTHEAST MARKETING CO<br>207 BEDFORD STREET<br>LAKEVILLE MA 02347 | Creditor ID: 6321-01<br>NORTHERN FISHERIES LTD<br>21 BURCHARD AVENUE<br>LITTLE COMPTON RI 02837 | Creditor ID: 3932-01<br>NORTHERN FRUIT COMPANY<br>220 2ND STREET NE, PO BOX 1986<br>WENATCHEE WA 98807 |
| Creditor ID: 14296-01<br>NORTHERN FULFILLMENT SERVICES COMPANY<br>1000 WESTGATE DRIVE<br>ST. PAUL MN 55114 | Creditor ID: 18557-01<br>NORTHERN LUCUS MACHINE INC.<br>1116 SLATON HIGHWAY<br>LUBBOCK TX 79404 | Creditor ID: 3933-01<br>NORTHERN MICHIGAN VENEERS INC.<br>710 RAINS DRIVE<br>GLADSTONE MI 49837 |
| Creditor ID: 6322-01<br>NORTHERN TECHNOLOGIES INC.<br>23123 E. MISSION AVE.<br>LIBERTY LAKE WA 99019 | Creditor ID: 1581-01<br>NORTHERN TOOL  FORT MILL DISTRIBUTION<br>1850 BANKS ROAD<br>FORT MILL SC 29707 | Creditor ID: 6323-01<br>NORTHERN TOOL & EQUIPMENT CO.<br>14399 HUNTINGTON AVE SOUTH<br>SAVAGE MN 55378 |
| Creditor ID: 9296-01<br>NORTHERN TOOL & EQUIPMENT CO.<br>2050 AIRTECH ROAD<br>FARIBAULT MN 55021 | Creditor ID: 16482-01<br>NORTHERN TOOL & EQUIPMENT CO.<br>4600 S WATSON ROAD<br>ARLINGTON TX 76018 | Creditor ID: 12631-01<br>NORTHERN TOOL & EQUIPMENT CO.<br>1850 BANKS ROAD<br>FORT MILL SC 29715 |
| Creditor ID: 9295-01<br>NORTHERN TOOL & EQUIPMENT CO.<br>2800 SOUTHCROSS<br>BURNSVILLE MN 55337 | Creditor ID: 3934-01<br>NORTHERN WAVE, LLC<br>1818 WESTLAKE AVE NORTH, SUITE 404<br>SEATTLE WA 98109 | Creditor ID: 13709-01<br>NORTHFINE, INC.<br>9681 GARDEN GROVE BLVD. NO. 201<br>GARDEN GROVE CA 92844 |
| Creditor ID: 6324-01<br>NORTHLAND FOREST PROD.<br>PO BOX 369, 16 CHURCH STREET<br>KINGSTON NH 03848 | Creditor ID: 14297-01<br>NORTHPOINT TRADING, INC.<br>347 FIFTH AVENUE, 2ND FLOOR<br>NEW YORK NY 10016 | Creditor ID: 14298-01<br>NORTHPOLE (USA)<br>3333 YALE WAY<br>FREMONT CA 94538 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9297-01<br>NORTHPOLE LLC. (DALLAS)<br>1029 POST & PADDOCK RD.<br>GRAND PRAIRIE TX 75050 | Creditor ID: 16483-01<br>NORTHSTAR CERAMIC TRADING<br>14500 E. BELTWOOD PARKWAY<br>DALLAS TX 75244 | Creditor ID: 9298-01<br>NORTHSTAR DISTRIBUTION INC.<br>1340 N.MOSLEY STREET<br>WICHITA KS 67214 |
| Creditor ID: 1582-01<br>NORTHSTAR EQUITY INC<br>2285 FLEETWOOD DR.<br>RIVERSIDE CA 92509 | Creditor ID: 1583-01<br>NORTHSTARS ENTERPRISES USA,LLC<br>18407 N.W. MONTREUX DR<br>ISSAQUAH WA 98027 | Creditor ID: 19112-97<br>NORTHWEST CONTAINER SERVICES (PDX)<br>11920 N BURGARD RD<br>PORTLAND OR 97203 |
| Creditor ID: 19113-97<br>NORTHWEST CONTAINER SERVICES (SEA)<br>3433 AIRPORT WAY<br>SOUTH SEATTLE WA 98134 | Creditor ID: 16484-01<br>NORTHWEST FIBRES<br>3525 COLBY AVE<br>EVERETT WA 98201 | Creditor ID: 10332-01<br>NORTHWEST GRAINS INTERNATIONAL, LLC<br>308 ONE CORPORATE PLAZA<br>7400 METRO BLVD<br>MINNEAPOLIS MN 55439 |
| Creditor ID: 14299-01<br>NORTHWEST HARDWOODS<br>33663 WEYERHAEUSER WAY SOUTH<br>FEDERAL WAY WA 98003 | Creditor ID: 1584-01<br>NORTHWEST HARDWOODS INC.<br>6841 MALPASS CORNER ROAD<br>CURRIE NC 28435 | Creditor ID: 6325-01<br>NORTHWEST HARDWOODS INC.<br>9205 SW GEMINI DRIVE, SUITE C<br>BEAVERTON OR 97008 |
| Creditor ID: 11034-01<br>NORTHWEST HARDWOODS, INC.<br>820 A STREET, SUITE 500<br>TACOMA WA 98402 | Creditor ID: 11035-01<br>NORTHWEST HAZELNUT<br>P O BOX 276<br>HUBBARD OR 97032 | Creditor ID: 9299-01<br>NORTHWEST NATURALS COPORATION<br>11805 NORTH CREEK PKWY S STE A104<br>BOTHELL WA 98011 |
| Creditor ID: 11036-01<br>NORTHWEST ONION COMPANY<br>11235 PORTLAND ROAD / PO BOX 9036<br>BROOKS OR 97305 | Creditor ID: 9300-01<br>NORTHWEST PACIFIC, INC<br>1402 AUBURN WAY NORTH PMB452<br>AUBURN WA 98002 | Creditor ID: 14300-01<br>NORTHWEST REDWOOD AND BURL<br>1422 JACCARD ST<br>CRESCENT CITY CA 95531 |
| Creditor ID: 11037-01<br>NORTHWEST RETREADERS<br>19004 NE SAN RAFAEL<br>PORTLAND OR 97230 | Creditor ID: 6326-01<br>NORTHWESTERN FLAVORS<br>120 NORTH AURORA STREET<br>WEST CHICAGO IL 60185 | Creditor ID: 16586-01<br>NORTHWOOD FARMS, INC<br>3116 E. GRAVES ROAD<br>MEAD WA 99021 |
| Creditor ID: 19115-97<br>NORTON LILLY INTERNATIONAL<br>PO BOX 1209<br>MOBILE AL 36601 | Creditor ID: 19114-97<br>NORTON LILLY INTERNATIONAL<br>ONE ST LOUIS CENTER STE 2003<br>MOBILE AL 36602 | Creditor ID: 11038-01<br>NORVANCO INTERNATIONAL, INC<br>4301 WEST VALLEY HWY STE 100<br>SUMNER WA 98390 |
| Creditor ID: 9749-01<br>NORWESCO INC.<br>4365 STEINER STREET<br>SAINT BONIFACIUS MN 55375 | Creditor ID: 9301-01<br>NORWOOD PROMOTIONAL PRODUCTS(RCC)(SAT)<br>5335 CASTROVILLE ROAD<br>SAN ANTONIO TX 78227 | Creditor ID: 6327-01<br>NOSTALGIA PRODUCTS GROUP, LLC<br>1471 PARTNERSHIP DRIVE<br>GREEN BAY WI 54304 |
| Creditor ID: 9302-01<br>NOTATIONS INC.<br>539 JACKSONVILLE ROAD<br>WARMINSTER PA 18974 | Creditor ID: 16587-01<br>NOURI GALLERY<br>3001 RICHMOND AVENUE<br>HOUSTON TX 77098 | Creditor ID: 16588-01<br>NOURISON INDUSTRIES, INC.<br>5 SAMPSON ST.<br>SADDLE BROOK NJ 07663 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16589-01<br>NOVA CHEMICALS INC<br>DECATUR SITE HIGHWAY 20 WEST<br>COURTLAND HWY DECATUR AL 35601 | Creditor ID: 1585-01<br>NOVA CHEMICALS INC<br>11 BERSHIRE<br>HOLYOKE MA 01040 | Creditor ID: 9303-01<br>NOVA CHEMICALS INC.<br>5100 BAINBRIDGE BLVD.,<br>CHESAPEAKE VA 23320 |
| Creditor ID: 11039-01<br>NOVA INTERNATIONAL TRADING, INC.<br>68 SCARLET BLOOM<br>IRVINE CA 92618 | Creditor ID: 16590-01<br>NOVA INTERNATIONAL, INC<br>7784 TRAVELERS TREE DR.<br>BOCA RATON FL 33433 | Creditor ID: 16591-01<br>NOVAFLEX INC<br>120-9 EASY ST<br>CAROL STREAM IL 60188 |
| Creditor ID: 3935-01<br>NOVAPAK<br>2 INDUSTRIAL WAY WEST<br>EATONTOWN NJ 07224 | Creditor ID: 9304-01<br>NOVARTIS PHARMACEUTICALS CORPORATION<br>25 OLD MILL RD<br>SUFFERN NY 10901-4106 | Creditor ID: 6328-01<br>NOVASTONE, INC<br>5209 POINT FOSDICK DRIVE, STE 208<br>GIG HARBOR WA 98335 |
| Creditor ID: 14301-01<br>NOVELIS CORPORATION, OSWEGO WORKS<br>LAKE ROAD NORTH PO BOX 28<br>OSWEGO NY 13126 | Creditor ID: 14302-01<br>NOVELTY SPECIALTIES<br>1500 SOUTH HELLMAN AVENUE<br>ONTARIO CA 91761 | Creditor ID: 18396-01<br>NOVEON INC. (CLEVELAND, OH)<br>9911 BRECKSVILLE ROAD<br>CLEVELAND OH 44141 |
| Creditor ID: 1586-01<br>NOVIMEX FASHION, LTD.<br>5463 SECOND STREET<br>IRWINDALE CA 91706 | Creditor ID: 3936-01<br>NOVO EXPRESS INTERNATIONAL<br>5341 W. 104TH STREET<br>LOS ANGELES CA 90045 | Creditor ID: 6329-01<br>NOVUM STRUCTURES LLC<br>W126 N. 8585 WESTBROOK CROSSING<br>MENOMONEE WI 53051 |
| Creditor ID: 11040-01<br>NOVUS INC<br>12800 HIGHWAY 13 S STE 500<br>SAVAGE MN 55378-1266 | Creditor ID: 16592-01<br>NOVUS INTERNATIONAL, INC.<br>530 MARYVILLE CENTRE DRIVE<br>ST. LOUIS MO 63141 | Creditor ID: 11041-01<br>NOW PLASTICS, INC.<br>136 DENSLOW ROAD<br>EAST LONGMEADOW MA 01028 |
| Creditor ID: 1587-01<br>NOWACO<br>152 3RD AVE. S., SUITE 108<br>EDMONDS WA 98020 | Creditor ID: 6330-01<br>NOWACO USA INC.<br>21 WATERFORD LAKE<br>HOUSTON TX 77381 | Creditor ID: 6331-01<br>NOXWELL INTERNATIONAL, INC.<br>5585 NEW PEACHTREE ROAD<br>CHAMBLEE GA 30341 |
| Creditor ID: 6332-01<br>NOZAWA DISTRIBUTIONS<br>10283 MOORE COURT<br>WESTMINSTER CO 80021 | Creditor ID: 1588-01<br>NP ENTERPRISES.<br>1600 E CENTRAL AVE<br>FULLERTON CA 92831 | Creditor ID: 9305-01<br>NPI, LLC<br>172 S. LAMONT CIRCLE SUITE C<br>WASILLA AK 99654 |
| Creditor ID: 14303-01<br>NR PACIFICA CORPORATION<br>683 NEW YORK DRIVE<br>POMONA CA 91768 | Creditor ID: 9750-01<br>NR WINDOWS BAHAMAS LTD<br>4348 WESTROADS DRIVE<br>WEST PALM FL 33407 | Creditor ID: 9402-01<br>NRS (INTERFLOW) AMERICA INC.<br>10 BANK STREET STE 1110<br>WHITE PLAINS NY 10606 |
| Creditor ID: 1589-01<br>NRS AMERICA INC.<br>10 BANK ST. SUITE 1110<br>WHITE PLAINS NY 10606 | Creditor ID: 9403-01<br>NSE PRODUCTS,INC<br>275 EAST 1325 SOUTH<br>PROVO UT 84606-7320 | Creditor ID: 3435-01<br>NSK INTERNATIONAL, INC.<br>12503 SE MILL PLAIN BLVD, STE 123<br>VANCOUVER WA 98684 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6333-01<br>NSP - INJECTION HOLDING<br>101 13TH AVENUE<br>ROCK ISLAND IL 61201 | Creditor ID: 9404-01<br>NSS ENTERPRISES, INC.<br>3115 FRENCHMENS ROAD<br>TOLEDO OH 43607-2958 | Creditor ID: 4895-01<br>NSU CORPORATION<br>9385 SONORA ROAD<br>SONORA KY 42776 |
| Creditor ID: 11042-01<br>NSV MANUFACTURING COMPANY, INC<br>2255 BIRCAYNE BAY DRIVE NORTH<br>MIAMI FL 33181 | Creditor ID: 1590-01<br>NTC MARKETING, INC<br>5680 MAIN STREET<br>WILLIAMSVILLE NY 14221 | Creditor ID: 11043-01<br>NTCT COMPANY, INC<br>8450 GARVEY AVENUE, SUITE 200<br>ROSEMEAD CA 91770 |
| Creditor ID: 13710-01<br>N-TECH INDUSTRIES INC.<br>442 HAMILTON ST.<br>DALTON GA 30722 | Creditor ID: 3436-01<br>NU VISION GROUP LLC<br>560 BROADWAY<br>NEW YORK NY 10012 | Creditor ID: 16593-01<br>NUBIOLA INC<br>6369 PEACHTREE STREET<br>LAWRENCEVILLE GA 30071 |
| Creditor ID: 6334-01<br>NUBIOLA USA INC<br>2005 NEWPOINT PLACE PARKWAY<br>LAWRENCEVILLE GA 30043 | Creditor ID: 9751-01<br>NUBON INTERNATIONAL CORP.<br>1239 BROADWAY, #1600<br>NEW YORK NY 10001 | Creditor ID: 3437-01<br>NUCCI INTL CORP<br>10 WEST 33RD STREET<br>NEW YORK NY 10001 |
| Creditor ID: 13711-01<br>NUCOR STEEL CONNECTICUT INC.<br>35 TOELLES ROAD<br>WALLINGFORD CT 06492 | Creditor ID: 6335-01<br>NUCOR STEEL DARLINGTON<br>300 STEEL MILL ROAD<br>DARLINGTON SC 29540 | Creditor ID: 16594-01<br>NUCOR STEEL MEMPHIS INC.<br>3601 PAUL R. LOWRY ROAD<br>MEMPHIS TN 38109 |
| Creditor ID: 16595-01<br>NUCOR TRADING USA INC<br>333 COMSTOCK AVENUE<br>LOS ANGELES CA 90024 | Creditor ID: 12632-01<br>NUFARM AMERICA INC<br>150 HARVESTER DRIVE SUITE 200<br>BURR RIDGE IL 60527 | Creditor ID: 13712-01<br>NUFARM AMERICAS INC<br>501 CASCADE POINTE LANE, SUITE 103<br>CARY NC 27513 |
| Creditor ID: 11044-01<br>NUMAX INC.<br>1073 ROUTE 94, UNIT 11<br>NEW WINDSOR NY 12553 | Creditor ID: 6336-01<br>NUMAX INTERNATIONAL CORP.<br>25028 S. BROADWELL AVE.<br>HARBOR CITY CA 90710 | Creditor ID: 6337-01<br>NUMBER 1 DISTRIBUTOR LLC<br>7301 VICTORY BLVD.<br>NEWPORT AR 72112 |
| Creditor ID: 11045-01<br>NUMBER NINE HAY LLC<br>2550 HUNGRY JCT. RD.<br>ELLENSBURG WA 98926 | Creditor ID: 1592-01<br>NUOVA DISTRIBUTION USA LLC<br>6940 SALASHAN PKY<br>FERNDALE WA 98248 | Creditor ID: 1977-01<br>NURSERY SMART<br>15269 DON JULIAN ROAD<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 6338-01<br>NURSERYMEN'S EXCHANGE INC.<br>2651 CABRILLO HWY<br>NORTH HALFMOON BAY CA 94019 | Creditor ID: 3438-01<br>NUTKAO USA INC<br>7449 NC-48<br>SOUTH WHITAKERS NC 27806 | Creditor ID: 9405-01<br>NUTRA BLEND, LLC<br>3200 E. 2ND STREET<br>NEOSHO MO 64850 |
| Creditor ID: 1593-01<br>NUTRAFERMA INC.<br>501 SOUTH FLYNN STREET, PO BOX 799<br>NORTH SIOUX CITY SD 57049-0799 | Creditor ID: 1594-01<br>NUTRA-FLO COMPANY<br>1919 GRAND AVENUE, PO BOX 2334<br>SIOUX CITY IA 51407 | Creditor ID: 14304-01<br>NUTRI-BON DISTRIBUTION CO. INC.<br>538 CRENSHAW BLVD.<br>TORRANCE CA 90503 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11046-01<br>NUTRIN CORPORATION<br>P.O. BOXC 65048<br>WASHINGTON WV 26181 | Creditor ID: 3439-01<br>NUTRINUT INC.<br>2100 EAST MAIN STREET<br>VISALIA CA 93292 | Creditor ID: 1978-01<br>NUTRO PRODUCTS<br>445 WILSON WAY<br>CITY OF INDUSTRY CA 91744 |
| Creditor ID: 3440-01<br>NUTS & SPICES CO.<br>29266 UNION CITY BLVD.,<br>UNION CITY CA 94587 | Creditor ID: 1595-01<br>NUWAY TOBACCO COMPANY<br>200 SULLIVAN AVENUE<br>SOUTH WINDSOR CT 06074 | Creditor ID: 3441-01<br>NVT, LLC<br>12500 BALTIMORE AVE<br>BELTSVILLE MD 20705-6306 |
| Creditor ID: 3442-01<br>NW PACKAGING INC.<br>1201 E. LEXINGTON AVE.<br>POMONA CA 91766 | Creditor ID: 11047-01<br>NWH / WINE WORLD / AHD VINTNERS<br>17550 ALLEN ROAD, PO BOX 2209<br>BROWNSTOWN MI 48193 | Creditor ID: 11048-01<br>NWL HOLDINGS INC<br>111 HEMPSTEAD TPKE,N.Y.<br>WEST HEMPSTEAD NY 11552 |
| Creditor ID: 3443-01<br>NXSTAGE MEDICAL INC.<br>439 SOUTH UNION STREET, 5TH FLOOR<br>LAWRENCE MA 01843 | Creditor ID: 11049-01<br>NYC SUPPLY CHAIN SOLUTIONS INC.<br>161-15 ROCKAWAY BLVD SUITE 106<br>JAMAICA NY 11434 | Creditor ID: 3444-01<br>NYGLASSMASTER<br>650 SHORE ROAD, UNIT 6L<br>LONG BEACH NY 11561 |
| Creditor ID: 13713-01<br>NYLONGE CORPORATION<br>1301 LOWELL STREET<br>ELYRIA OH 44035 | Creditor ID: 6340-01<br>NYLSTAR INC.<br>496 GALLIMORE DAIRY RD STE A<br>GREENSBORO NC 27409 | Creditor ID: 9406-01<br>NYM REAL ESTATE LLC<br>177 9TH AVENUE, APT. PH E<br>NEW YORK NY 10011 |
| Creditor ID: 14305-01<br>NYP CORP.<br>805 EAST GRAND STREET<br>ELIZABETH NJ 07201 | Creditor ID: 19117-97<br>NYSA-ILA PENSION TRUST FUND,<br>NYSA-ILA CONTAINER ROYALTY FUND, ET AL.<br>C/O MARRINAN & MAZZOLA MARDON PC<br>ATTN ANDRE MAZZOLA<br>26 BROADWAY, 17TH FL<br>NEW YORK NY 10004 | Creditor ID: 19116-97<br>NYSA-ILA PENSION TRUST FUND,<br>NYSA-ILA CONTAINER ROYALTY FUND, ET AL.<br>C/O THE LAMBOS FIRM LLP<br>ATTN DONATO CARUSO JAMES CAMPBELL<br>303 S BROADWAY, STE 410<br>TARRYTOWN NY 10591 |
| Creditor ID: 17278-01<br>O T AFRICA LINE<br>1 EDGWARTER PLAZA SUITE 530<br>STATEN ISLAND NY 10303 | Creditor ID: 9407-01<br>O&K AMERICAN CORPORATION<br>4630 W. 55TH STREET<br>CHICAGO IL 60632 | Creditor ID: 6341-01<br>O.J. THRALL, INC.<br>715 RIVER ST.<br>WINDSOR CT 06095 |
| Creditor ID: 6342-01<br>O.P. PRODUCTS<br>2111 IOWA AVE. SUITE G<br>RIVERSIDE CA 92507 | Creditor ID: 1596-01<br>O.S. FOODS, INC.<br>3475 INVESTMENT BLVD., STE 203<br>HAYWARD CA 94545 | Creditor ID: 1597-01<br>O.T.S. ASTRACON<br>1950 E. 220TH STREET, SUITE 301<br>LONG BEACH CA 90810 |
| Creditor ID: 7264-01<br>OAK CANYON MANUFACTURING<br>3021 N. 29TH DRIVE<br>PHOENIX AZ 85017 | Creditor ID: 3445-01<br>OAK HILL VENEER INC.<br>ROUTE 14 NORTH<br>TROY PA 16947 | Creditor ID: 14306-01<br>OAK RIDGE WINERY<br>6100 E. HWY 12 (VICTOR RD.)<br>LODI CA 95240 |
| Creditor ID: 16597-01<br>OAK SUPERSTORES<br>8907 GREENBACK LANE,<br>ORANGEVALE CA 95662 | Creditor ID: 16598-01<br>OAK VALLEY HARDWOODS, INC.<br>8482 US 221 N<br>MARION NC 28752 | Creditor ID: 13714-01<br>OAKLAND I.P.O.<br>1675 7TH STREET,<br>OAKLAND CA 94615-9997 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6343-01 | Creditor ID: 13715-01 | Creditor ID: 1598-01 |
| OAKLAND INTL SERVICE | OAKRIDGE PRODUCTS | OAKS UNLIMITED |
| FACILITY OPERATION SUPPORT | 4612 CENTURY CT | 3530 JONATHAN CREEK ROAD |
| 500 85TH AVENUE, ROOM A-13 | MCHENRY IL 60050 | WAYNESVILLE NC 28786 |
| OAKLAND CA 94622-9701 | | |
| | | |
| Creditor ID: 3446-01 | Creditor ID: 6344-01 | Creditor ID: 13716-01 |
| OASIS CORPORATION | OASIS HOME AND DECOR PTE LTD | OASIS TIMBER COMPANY |
| 25555 WEST AVENUE | 233 SOUTH MAIN STREET | 6206 PARK ST. EAST |
| VALENCIA CA 91355 | HIGH POINT NC 27260 | TACOMA WA 98424 |
| | | |
| Creditor ID: 6345-01 | Creditor ID: 3447-01 | Creditor ID: 16599-01 |
| OASIS TISSUE LLC | OCCIDENTAL INTERNATIONAL FOODS, LLC | OCEAN |
| 2321 NE ARGYLE, B | 32 GROVE ST STE 100 | 19201 SUSANA RD |
| PORTLAND OR 97211 | PO BOX 534 | RANCHO DOMINGUEZ CA 90221 |
| | CHESTER NJ 07930 | |
| | | |
| Creditor ID: 6346-01 | Creditor ID: 3448-01 | Creditor ID: 6347-01 |
| OCEAN BEAUTY SEAFOODS, LLC | OCEAN BISTRO CORPORATION | OCEAN BLUE PRODUCTS INC |
| 1100 WEST EWING STREET | 1912 E. VERNON AVE. SUITE 298 | 668 S ALAMEDA ST APT 3B |
| SEATTLE WA 98119 | VERNON CA 90058 | LOS ANGELES CA 90021 |
| | | |
| Creditor ID: 16600-01 | Creditor ID: 9408-01 | Creditor ID: 6348-01 |
| OCEAN DUKE CORP | OCEAN EXPORT INC | OCEAN FIELD ENTERPRISES LTD. |
| 3450 FUJITA STREET | 22W 48 STREET SUITE 206 | 499-7TH AVE 19 NORTH |
| TORRANCE CA 90505 | NEW YORK NY 10036 | NEW YORK NY 10018 |
| | | |
| Creditor ID: 6349-01 | Creditor ID: 1599-01 | Creditor ID: 6350-01 |
| OCEAN FOODS INC. | OCEAN FREIGHT CONTAINER ENT., INC. | OCEAN GARDEN PRODUCTS INC. |
| 3520 EMPIRE BLVD | OCEAN FREIGHT CONTAINER ENT., INC. | 3585 CORPORATE COURT |
| ATLANTA GA 30354 | 4101 W GREEN OAKS BLVD STE 305 | SAN DIEGO CA 92123 |
| | PMB402 | |
| | ARLINGTON TX 76016 | |
| | | |
| Creditor ID: 6351-01 | Creditor ID: 9409-01 | Creditor ID: 6352-01 |
| OCEAN GOLD RESOURCES | OCEAN GREEN SEAFOOD INC. | OCEAN PACIFIC FOREST PRODUCTS |
| 2901 S. 128TH ST. STE-203 | 4988 CORONA AVENUE | 12245 NE WHITAKER WAY |
| SEATTLE WA 98168 | VERNON CA 90058 | PORTLAND OR 97230 |
| | | |
| Creditor ID: 1600-01 | Creditor ID: 9752-01 | Creditor ID: 6353-01 |
| OCEAN PACIFIC SEAFOOD GROUP | OCEAN PACIFIC SEAFOOD GROUP | OCEAN PARK FOODS, INC. |
| 33-25 PRINCE STREET | 22 ASH STREET | 516 N. DIAMOND BAR BLVD |
| FLUSHING NY 11354 | BROOKLYN NY 11222 | DIAMOND BAR CA 91765 |
| | | |
| Creditor ID: 11050-01 | Creditor ID: 13717-01 | Creditor ID: 6354-01 |
| OCEAN PREMIUM, INC | OCEAN PROTEIN LLC | OCEAN SPRAY AUSTRALIA PTY LTD |
| 2629 BOULEVARD PARK CT SE | 518 22ND STREET | ONE OCEAN SPRAY DRIVE |
| OLYMPIA WA 98501 | HOQUIAM WA 98550 | LAKEVILLE-MIDDLEBORO MA 02349 |
| | | |
| Creditor ID: 9753-01 | Creditor ID: 14307-01 | Creditor ID: 6355-01 |
| OCEAN SPRAY CRANBERRIES, INC. | OCEAN SPRAY INTERNATIONAL, INC | OCEAN STAR METALS |
| ONE OCEAN SPRAY DRIVE | ONE OCEAN SPRAY DRIVE | 523 SHEPHERD DR. |
| MIDDLEBORO MA 02349 | LAKEVILLE MA 02349 | GARLAND TX 75042 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 9410-01
OCEAN STATE EMBLEM
184 WOONASQUATUCKET AVENUE
NORTH PROVIDENCE RI 02911

Creditor ID: 6356-01
OCEAN STATE JOBBERS, INC
375 COMMERCE PARK ROAD
NORTH KINGSTOWN RI 02852

Creditor ID: 14308-01
OCEAN TO OCEAN SEAFOOD
423 LYNNHAVEN RD, #107
VIRGINIA BEACH VA 23452

Creditor ID: 6357-01
OCEAN TRADING LLC
P.O. BOX 181
BERLIN MA 01503

Creditor ID: 3449-01
OCEAN WAVES SWIM LLC
231 WEST 39TH STREET, SUITE: 500
NEW YORK NY 10018

Creditor ID: 1601-01
OCEANA USA
630E, MAIN STREET
ALHAMBRA CA 91801

Creditor ID: 1602-01
OCEANAIR
135 AMERICAN LEGION HIGHWAY
REVERE MA 02151

Creditor ID: 3450-01
OCEANAIR INC
251 US ROUTE 1
FALMOUTH ME 04105

Creditor ID: 17279-01
OCEANAIR INC.
186A LEE BURBANK HIGHWAY
REVERE MA 02151

Creditor ID: 6358-01
OCEANIC BRIDGE INTERNATIONAL INC
18725 EAST GALE AVE., #233
CITY OF INDUSTRY CA 91748

Creditor ID: 1604-01
OCEANIC BRIDGE INTERNATIONAL INC
17800 CASTETON STREET, SUITE 25
CITY OF INDUSTRY CA 91748

Creditor ID: 16601-01
OCEANIC LINK USA, LLC
6045 ATLANTIC BLVD., SUITE 206
NORCROSS GA 30071

Creditor ID: 11051-01
OCEANIC TRADING COMPANY INC
1006 ELEVENTH AVENUE
NEPTUNE NJ 07753

Creditor ID: 6359-01
OCEANSTAR FISHERIES, INC
155,WEBSTER STREET,SUITE M.
HANOVER MA 02339

Creditor ID: 9411-01
OCEANWEALTH INTERNATIONAL INC.
4850 EUCALYPTUS AVENUE SUITE A
CHINO CA 91710

Creditor ID: 11052-01
OCHELATA PETROLEUM COMPANY LLC
235 COUNTY RD. 2300
RAMONA OK 74061

Creditor ID: 13718-01
OCHOA DISTRIBUTORS
9575 NW 13 STREET, DORAL, FL
DORAL FL 33172

Creditor ID: 3451-01
OCHOCO INTERNATIONAL LLC
200 SE COMBS FLAT ROAD/PO BOX 668
PRINEVILLE OR 97754

Creditor ID: 9412-01
OCHOCO LUMBER CO DBA MALHEUR LUMBER
60339 HIGHWAY 26
JOHN DAY OR 97845

Creditor ID: 1605-01
OCI INTERNATIONAL INC
11767 KATY FREEWAY SUITE 1140
HOUSTON TX 77079

Creditor ID: 11053-01
OCM INTERNATIONAL LLC
1 1/2 MILE S. 23RD ROAD
HIDALGO TX 78557

Creditor ID: 6360-01
OCTANE FITNESS
7601 NORTHLAND DRIVE N STE 100
BROOKLYN PARK MN 55428

Creditor ID: 9413-01
ODELL BREWING CO.
800 E LINCOLN AVE.,
FORT COLLINS CO 80524

Creditor ID: 19118-97
OEC SHIPPING LOS ANGELES DBA OEC GROUP,
OEC FREIGHT COMPANIES DBA OEC, ET AL.
C/O MAHONEY & KEANE LLP
ATTN EDWARD A KEANE
40 WORTH ST, 10TH FL
NEW YORK NY 10013

Creditor ID: 13719-01
OEG INTERNACIONAL, INC
8401 NW 90 ST
MEDLEY FL 33166

Creditor ID: 12633-01
OEMIC INC.
4525 BRITTMOORE ROAD
HOUSTON TX 77041

Creditor ID: 13720-01
OEMIC, INC.
3000 FM 715
MIDLAND TX 79701

Creditor ID: 6361-01
OERTOEC SHIPPING LOS ANGELES INC.
5777 W. CENTURY BLVD.,#750
LOS ANGELES CA 90045

Creditor ID: 13721-01
OFFICE DEPOT
6600 NO. MILITARY TRAIL
BOCA RATON FL 33496

Creditor ID: 13722-01
OFFICE FURNITURE DISTRIBUTORS
2901 TRADE CENTER DRIVE STE 100
CARROLLTON TX 75007

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7265-01<br>OFFICE LIQUIDATORS,INC.<br>11111 W.6TH AVENUE<br>LAKEWOOD CO 80215 | Creditor ID: 16602-01<br>OFFICEMATE INTERNATIONAL<br>231 S LEMON AVENUE<br>WALNUT CA 91789 | Creditor ID: 13723-01<br>OFFICEMATE INTERNATIONAL CORPORATION<br>90 NEWFIELD AVE<br>EDISON NJ 08837 |
| Creditor ID: 11054-01<br>OFFICEMAX GRAND & TOY<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON FL 33496 | Creditor ID: 13724-01<br>OFFICEMAX INCORPORATED<br>263 SHUMAN BOULEVARD<br>NAPERVILLE IL 60563 | Creditor ID: 6362-01<br>OFFICEMAX INCORPORATED<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON FL 33496 |
| Creditor ID: 6363-01<br>OFIC NORTH AMERICA INC.<br>4900 ONDURA DRIVE<br>FREDERICKSBURG VA 22407 | Creditor ID: 16603-01<br>OGGI CORP.<br>1809 1/2 N ORANGETHORPE PARK<br>ANAHEIM CA 92801 | Creditor ID: 14309-01<br>OGIO INTERNATIONAL<br>14926 S. PONY EXPRESS ROAD<br>BLUFFDALE UT 84065 |
| Creditor ID: 19177-97<br>OGO FIBERS INC<br>9140 LESLIE STREET, UNIT 312<br>RICHMOND HILL ON L4B 0A9<br>CANADA | Creditor ID: 14310-01<br>OGO USA INC.<br>125 CROSSCREEK DRIVE<br>SUMMERVILLE SC 29485 | Creditor ID: 3452-01<br>OH PRODUCE, LLC.<br>404 SHATTO PL. #303<br>LOS ANGELES CA 90020 |
| Creditor ID: 14311-01<br>OHANA DEPOT, INC.<br>5320 SW MACADAM AVENUE, SUITE 100<br>PORTLAND OR 97239 | Creditor ID: 17280-01<br>OHIO AUTO CENTER, LLC<br>2946 NOE-BIXBY ROAD<br>COLUMBUS OH 43232 | Creditor ID: 9414-01<br>OHIO FEATHER CO.<br>4380 MARBURG AVENUE<br>CINCINNATI OH 45209 |
| Creditor ID: 3453-01<br>OHIO RACK, INC.<br>1405 S. LIBERTY ST. PO BOX 3517<br>ALLIANCE OH 44601 | Creditor ID: 3454-01<br>OHIO STAVE COMPANY<br>1519 SHARON AVENUE<br>ZANESVILLE OH 43701 | Creditor ID: 14312-01<br>OHIO VALLEY WINE & BEER CO<br>11820 ENTERPRISES DRIVE<br>CINCINNATI OH 45241 |
| Creditor ID: 13725-01<br>OHIO WINE IMPORTS INC.<br>1265 CRESENT ST<br>YOUNGSTOWN OH 44502 | Creditor ID: 1606-01<br>OHIRA & ASSOCIATES<br>11 EMBARCADERO WEST, NO.240<br>OAKLAND CA 94607 | Creditor ID: 11055-01<br>OHM INTERNATIONAL INC<br>195 PROSPECT PLAINS RD<br>MONROE TOWNSHIP NJ 08831 |
| Creditor ID: 18559-01<br>OHSMAN & SONS COMPANY, INC<br>311 3RD AVENUE, SUITE 106<br>CEDAR RAPIDS IA 52401 | Creditor ID: 6364-01<br>OHSUNG ELECTRONICS U.S.A. INC<br>993 S 24TH STREET<br>EL CENTRO CA 92243 | Creditor ID: 6365-01<br>OHSUNG ELECTRONICS U.S.A.,INC.<br>238 JACKRABBIT DRIVE<br>EL CENTRO CA 92243 |
| Creditor ID: 16604-01<br>OI FOREST PRODUCTS INC<br>818 286TH AVE SE<br>FALL CITY WA 98024 | Creditor ID: 11056-01<br>OIL-DRI CORPORATION<br>410 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60611-4213 | Creditor ID: 16605-01<br>OILSEEDS INTERNATIONAL LTD.<br>8 JACKSON STREET<br>SAN FRANCISCO CA 94111 |
| Creditor ID: 13726-01<br>OK AUTO 4WD & TIRE<br>2621 STATE RT 57<br>STEWARTSVILLE NJ 08886 | Creditor ID: 6366-01<br>OKAYA (U.S.A.) INC.<br>19191 SOUTH VERMONT AVE SUITE 650<br>TORRANCE CA 90502 | Creditor ID: 16606-01<br>OKK TRADING, INC.<br>5705 UNION PACIFIC AVE.<br>COMMERCE CA 90022 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16607-01<br>OKUMA AMERICAL CORPORATION<br>11900 WESTHALL DRIVE<br>CHARLOTTE NC 28278 | Creditor ID: 16608-01<br>OLAM COTTON<br>740 E. CAMPBELL ROAD<br>DALLAS TX 75081 | Creditor ID: 1607-01<br>OLAM DAIRY<br>205 E RIVER PARK CIRCLE, SUITE #310<br>FRESNO CA 93720-1572 |
| Creditor ID: 18560-01<br>OLAM INTERNATIONAL LIMITED<br>740 EAST CAMPBELL ROAD , SUITE 470<br>RICHARDSON TX 75081 | Creditor ID: 6367-01<br>OLAM SPICES AND VEGETABLE INGREDIENTS, INC.<br>205 E RIVER PARK CIRCLE, SUITE 310<br>FRESNO CA 93720 | Creditor ID: 11057-01<br>OLAM SPICES AND VEGETABLES INC.<br>1350 PACHECO PASS HIGHWAY<br>GILROY CA 95020 |
| Creditor ID: 3455-01<br>OLAM SPICES AND VEGETABLES INC.<br>1650 W AMADOR AVE<br>LAS CRUCES NM 88005 | Creditor ID: 1608-01<br>OLAM SPICES AND VEGETABLES INC.<br>13305 BIRCH STREET, SUITE 103<br>OMAHA NE 68164 | Creditor ID: 14413-01<br>OLAM TOMATO PROCESSORS INC<br>205 E. RIVER PARK CIRCLE, SUITE 310<br>FRESNO CA 93720-1572 |
| Creditor ID: 7266-01<br>OLAM TOMATO PROCESSORS INC.<br>1175 S 19TH AVE<br>LEMOORE CA 93245 | Creditor ID: 16609-01<br>OLAM WEST COAST INC<br>205 E RIVER PARK CIRCLE, SUITE 310<br>FRESNO CA 93720 | Creditor ID: 13727-01<br>OLD BRICK FURNITURE CO<br>33-37 WAREHOUSE ROW<br>ALBANY NY 12205 |
| Creditor ID: 13728-01<br>OLD COUNTRY CERAMIC TILE<br>27 URBAN AVE<br>WESTBURY NY 11590 | Creditor ID: 6368-01<br>OLD DOMINION FOOTWEAR<br>156 OLD DOMINION DR.<br>MADISON HEIGHTS VA 24572 | Creditor ID: 9415-01<br>OLD DOMINION FOOTWEAR DBA DUCK HEAD<br>PO BOX 3099, 2482 RIVERMONT AVE.<br>LYNCHBURG VA 24503 |
| Creditor ID: 17281-01<br>OLD DUTCH MUSTARD CO., INC.<br>98 CUTTERMILL RD. SUITE 260S<br>GREAT NECK NY 11021 | Creditor ID: 6369-01<br>OLD MANSION FOODS<br>3811 CORPORATE RD<br>PETERSBURG VA 23805 | Creditor ID: 14414-01<br>OLD NAVY LLC<br>2 FOLSOM STRET<br>SAN FRANCISCO CA 94105 |
| Creditor ID: 16610-01<br>OLD WEST EXPORTS<br>1416 W CENTER AVENUE<br>VISALIA CA 93291 | Creditor ID: 9416-01<br>OLD WORLD DESIGN, LTD<br>1305 S MAIN ST<br>FAIRFIELD IA 52556 | Creditor ID: 6370-01<br>OLDCASTLE, INC<br>900 ASHWOOD PARKWAY, SUITE 600<br>ATLANTA GA 30338 |
| Creditor ID: 11058-01<br>OLDE SAVANNAH FLOORING INC<br>4200 WESTPARK DRIVE SUITE A<br>ATLANTA GA 30336 | Creditor ID: 18561-01<br>OLDE THOMPSON, INC.<br>3250 CAMINO DEL SOL<br>OXNARD CA 93030 | Creditor ID: 1609-01<br>OLE IMPORTS LLC<br>56 HARRISON STREET<br>NEW ROCHELLE NY 10801 |
| Creditor ID: 11059-01<br>OLE OLE FOODS INC<br>54 SCHUYLER ST.<br>BELLEVILLE NJ 07109 | Creditor ID: 1610-01<br>OLEON AMERICA INC<br>5729 LEBANON DRIVE, STE 144-202<br>FRISCO TX 75034 | Creditor ID: 13729-01<br>OLEON AMERICA INC.<br>60 LEONARD STREET<br>METUCHEN NJ 08840 |
| Creditor ID: 16611-01<br>OLETON INTERNATIONAL<br>315 LINCOLN AVENUE<br>GLENDALE CA 91205 | Creditor ID: 11060-01<br>OLHAUSEN BILLIARD MFG INC<br>1124 VAUGHN DRIVE<br>PORTLAND TN 37148 | Creditor ID: 14415-01<br>OLIN CORPORATION<br>600 POWDER MILL RD.<br>EAST ALTON IL 62024 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9417-01<br>OLINGER DISTRIBUTING CO INC<br>5337 W 78TH ST<br>INDIANAPLIS IN 46268 | Creditor ID: 16612-01<br>OLIVAMED LLC<br>401 SHOTWELL DRIVE<br>FRANKLIN OH 45005 | Creditor ID: 3456-01<br>OLIVET INTERNATIONAL INC<br>3860 PROSPECT AVE<br>YORBA LINDA CA 92886 |
| Creditor ID: 1611-01<br>OLIVET INTERNATIONAL, INC.<br>11015 HOPKINS STREET<br>MIRA LOMA CA 91752 | Creditor ID: 9418-01<br>OLIVIA MILLER, INC<br>1 W 34TH ST., FL 10<br>NEW YORK NY 10001 | Creditor ID: 16613-01<br>OLSON WIRE PRODUCTS INC<br>4100 BENSON AVENUE<br>BALTIMORE MD 21227 |
| Creditor ID: 19119-97<br>OLYMPIC CONTAINER TERMINALS LLC (O)<br>PO BOX 24501<br>SEATTLE WA 98124 | Creditor ID: 9754-01<br>OLYMPIC DESIGN INC<br>12339 NW 55TH STREET<br>CORAL SPRINGS FL 33076 | Creditor ID: 13730-01<br>OLYMPIC FOODS DISTRIBUTORS<br>3816 S.FOUR MILE RUN DRIVE<br>ARLINGTON VA 22206 |
| Creditor ID: 13731-01<br>OLYMPIC FOUNDRY<br>947 FEDERAL AVENUE EAST<br>SEATTLE WA 98102 | Creditor ID: 14416-01<br>OLYMPIC FOUNDRY, INC<br>5200 AIRPORT WAY S<br>SEATTLE WA 98108 | Creditor ID: 6371-01<br>OLYMPIC FREIGHT INC<br>5803 SKYLANE BLVD. STE. A1<br>WINDSOR CA 95492 |
| Creditor ID: 16614-01<br>OLYMPIC METALS LLC<br>8101 BISCAYNE BLVD<br>MIAMI FL 33138 | Creditor ID: 6372-01<br>OLYMPIC PANEL PRODUCTS<br>204 E. RAIL ROAD AVE, P.O. BOX 640<br>SHELTON WA 98584 | Creditor ID: 14417-01<br>OLYMPIC SUPPLY CO<br>5711 W. GOUGLAS AVE<br>MILWAUKEE WI 53218 |
| Creditor ID: 18562-01<br>OMAHA FIXTURE INTERNATIONAL<br>10320 J. STREET<br>OMAHA NE 68127 | Creditor ID: 6373-01<br>OMAHA LIVESTOCK AND MEATS, INC.<br>3540 WILSHIRE BLVD., SUITE 624<br>LOS ANGELES CA 90010 | Creditor ID: 11061-01<br>OMAR MEDICAL SUPPLIES, INC.<br>18408 STONECREEK<br>HAZEL CREST IL 60429 |
| Creditor ID: 6374-01<br>OMATEX CORPORATION<br>12343 HIGHWAY 1593<br>LOLITA TX 77971 | Creditor ID: 13732-01<br>OMEGA INTERNATIONAL<br>5246 W 111TH STREET<br>LOS ANGELES CA 90045 | Creditor ID: 13733-01<br>OMEGA MARBLE & GRANITE<br>3924 N. JOHN YOUNG PARKWAY<br>ORLANDO FL 32804 |
| Creditor ID: 6375-01<br>OMEGA METALS<br>1529 CYPRESS STREET SUITE 101<br>WALNUT CREEK CA 94596 | Creditor ID: 13734-01<br>OMEGA PRODUCE CO., INC.<br>891 E. FRONTAGE RD.<br>RIO RICO AZ 85621 | Creditor ID: 6376-01<br>OMEGA PROTEIN INC<br>2101 CITY WEST BLVD BLDG 3 STE 500<br>HOUSTON TX 77042 |
| Creditor ID: 11062-01<br>OMEGA SHIPPING<br>30-30 REVIEW AVE.<br>LONG ISLAND CITY NY 11101 | Creditor ID: 1612-01<br>OMICRON SUPPLIES, LLC<br>3120 NORTH ANDREWS AVE EXT.<br>POMPANO BEACH FL 33069 | Creditor ID: 17282-01<br>OMNI FOODS MANUFACTURER<br>4585 FIRESTONE BLVD.<br>SOUTH GATE CA 90280 |
| Creditor ID: 14418-01<br>OMNI LOGISTICS<br>3340 C GREENS RD SUITE 450<br>HOUSTON TX 77032 | Creditor ID: 9419-01<br>OMNI LOGISTICS, INC<br>921 W. BETHEL RD BLDG200-SUITE201<br>COPPELL TX 75019 | Creditor ID: 13735-01<br>OMNI PRODUCTS INT'L, INC.<br>145 KENNEDY DRIVE<br>HAUPPAUGE NY 11788 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9420-01<br>OMNI W.C.INC.<br>166 NATIONAL RD<br>EDISON NJ 08817 | Creditor ID: 14419-01<br>OMNIPAK IMPORTS ENTERPRISES INC.(AR)<br>29-16 120TH STREET<br>LINDEN HILL NY 11354 | Creditor ID: 1613-01<br>OMNISPECIALTY CORPORATION<br>CONTINENTAL PLAZA-<br>401 HACKENSACKAVENUE 9TH FL<br>HACKENSACK NJ 07601 |
| Creditor ID: 9421-01<br>OMNISPHERE CORPORATION<br>9950 SW 107 AVENUE, SUITE 100<br>MIAMI FL 33176 | Creditor ID: 4896-01<br>OMNIWINES DISTRIBUTING CO.<br>29-16 120TH ST<br>FLUSHING NY 11354 | Creditor ID: 16615-01<br>OMNOVA SOLUTIONS, INC<br>175 GHENT ROAD<br>FAIRLAWN OH 44333 |
| Creditor ID: 3457-01<br>OMTRON USA LLC D/B/A TOWNSENDS<br>22855 DUPONT BLVD.<br>GEORGETOWN DE 19947 | Creditor ID: 1614-01<br>OMTX-ADA,INC.<br>460 HORIZON DR,SUITE 400<br>SUWANEE GA 30024 | Creditor ID: 6377-01<br>OMYA INC.<br>39 MAIN STREET<br>PROCTOR VT 05765 |
| Creditor ID: 11063-01<br>ON DEMAND CIRCUIT SERVICES, INC.<br>1181 N. 4TH STREET, UNIT 10<br>SAN JOSE CA 95112 | Creditor ID: 14420-01<br>ON THE EDGE MARKETING<br>26741 PORTOLA PARKWAY 1E 525<br>FOOTHILL RANCH CA 92610 | Creditor ID: 13736-01<br>ON TIME EXPRESS<br>3409 HIGH PRAIRIE RD.<br>GRAND PRAIRIE TX 75050 |
| Creditor ID: 9422-01<br>ONE CROSS ISLAND PLAZA<br>133-33 BROOKVILLE BLVD, SUITE #306<br>ROSEDALE NY 11422 | Creditor ID: 6378-01<br>ONE ENTERPRISE, INC (USA)<br>16650 WOODINVILLE REDMOND RD NE<br>SUITE B<br>PO BOX 1604<br>WOODINVILLE WA 98072 | Creditor ID: 16616-01<br>ONE JEANSWEAR GROUP<br>180 RITTENHOUSE CIRCLE<br>BRISTOL PA 19007 |
| Creditor ID: 6379-01<br>ONE STEP UP<br>1412 BROADWAY FL 3<br>NEW YORK NY 10018-3372 | Creditor ID: 18563-01<br>ONE WORLD SHIPPERS ASSOCIATION<br>828 MAIN STREET SUITE 1101<br>LYNCHBURG VA 24504 | Creditor ID: 6380-01<br>ONE WORLD TECHNOLOGIES, INC<br>1428 PEARMAN DAIRY RD<br>ANDERSON SC 29625 |
| Creditor ID: 14421-01<br>ONEIDA LTD.<br>100 HIGHBRIDGE ROAD<br>SHERRILL NY 13461 | Creditor ID: 9423-01<br>ONEONTA TRADING<br>ONE ONEONTA WAY, P.O. BOX 549<br>WENATCHEE WA 98807 | Creditor ID: 14422-01<br>ONESTEEL RECYCLING INC.<br>2649 S. MILITARY HWY<br>CHESAPEAKE VA 23324 |
| Creditor ID: 6381-01<br>ONION CRUNCH, LLC<br>1800 AUSTRALIAN AVE, SUITE 202<br>WEST PALM BEACH FL 33409 | Creditor ID: 13737-01<br>ONKYO U.S.A CORPORATION<br>18 PARK WAY<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 3458-01<br>ONTARIO INTERNATIONAL<br>528 PLUM ST. SUITE 200-A<br>SYRACUSE NY 13204 |
| Creditor ID: 9424-01<br>ONYX ENVIRONMENTAL SERVICES<br>1704 W. 1ST STREET<br>AZUSA CA 91702 | Creditor ID: 6382-01<br>ONYX SPECIALTY PAPERS, INC.<br>40 WILLOW STREET<br>SOUTH LEE MA 01260 | Creditor ID: 16617-01<br>ONYX TILE & MOSAIC DISTRIBUTORS<br>488 MULBERRY STREET NEWARK<br>NEWARK NJ 07114 |
| Creditor ID: 6383-01<br>ONYX TILE AND BATH DISTRIBUTORS<br>357 WILSON AVE - BLDG 8<br>NEWARK NJ 07105 | Creditor ID: 11064-01<br>OOCL (USA) INC<br>2633 CAMINO RAMON SUITE 400<br>PO BOX 5100<br>SAN RAMON CA 94583 | Creditor ID: 13738-01<br>OPCO INC<br>WEST HARRISON AVENUE<br>LATROBE PA 15650 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3459-01<br>OPENTRADE, INC<br>583 ALPINE RIDGE PL NW<br>ISSAQUAH WA 98027 | Creditor ID: 4897-01<br>OPEX CORPORATION<br>305 COMMERCE DRIVE<br>MOORESTOWN NJ 08057 | Creditor ID: 1615-01<br>OPICI IMPORT CO. (AR)<br>25 DEBOER DRIVE<br>GLEN ROCK NJ 07452 |
| Creditor ID: 3460-01<br>OPM INTERNATIONAL, INC.<br>530 S. HEWITT ST. #435<br>LOS ANGELES CA 90013 | Creditor ID: 13739-01<br>OPPORTUNITY BUYS, INC.<br>345 SOUTH POST ROAD<br>INDIANAPOLIS IN 46219 | Creditor ID: 14423-01<br>OPTIMA FOODS INC<br>15W JEFRYN BLVD<br>DEER PARK NY 11729 |
| Creditor ID: 4898-01<br>OPTIMA SCALE<br>9030 BRIDGEPORT PLACE<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 14424-01<br>OPTIMA STEEL INTERNATIONAL LLC,<br>1390 WILLOW PASS ROAD, SUITE 1040<br>CONCORD CA 94520 | Creditor ID: 1616-01<br>OPTIMUM NUTRITION INC.<br>600 N. COMMERCE STREET<br>AURORA IL 60504 |
| Creditor ID: 13843-01<br>OPTIMUM WINDOWS MFG. CORP<br>28 CANAL STREET<br>ELLENVILLE NY 12428 | Creditor ID: 14425-01<br>OPTION-A, LLC<br>31 OLD LYME ROAD<br>CHAPPAQUA NY 10514 | Creditor ID: 3461-01<br>ORANGE COUNTY CONTAINER<br>13400 E NELSON AVENUE<br>CITY OF INDUSTRY CA 91744 |
| Creditor ID: 13844-01<br>ORCA BAY SEAFOODS, INC.<br>900 POWELL AVE. SW<br>RENTON WA 98055 | Creditor ID: 14426-01<br>ORCHARD VALLEY SUPPLY INC<br>5243 Z-MAX BLVD<br>HARRISBURG NC 28075 | Creditor ID: 1617-01<br>ORDAN TRADING INC.<br>14 MECHANIC ST<br>RAMSEY NJ 07446 |
| Creditor ID: 13845-01<br>ORE-CAL CORPORATION<br>634 SOUTH CROCKER STREET<br>LOS ANGELES CA 90021 | Creditor ID: 3462-01<br>OREGON BRAND SEAFOOD, LLC.<br>723 S. 2ND<br>NORTH BEND OR 97459 | Creditor ID: 14427-01<br>OREGON CEDAR<br>550 W. 4TH ST.<br>COQUILLE OR 97423 |
| Creditor ID: 6384-01<br>OREGON DISPLAY<br>3021 NE FREMONT STREET<br>PORTLAND OR 97212 | Creditor ID: 13846-01<br>OREGON EVERGREEN INTERNATIONAL<br>32891 S. SAWTELL ROAD<br>MOLALLA OR 97038 | Creditor ID: 18564-01<br>OREGON FRUIT PRODUCTS CO.<br>150 PATTERSON ST NW<br>SALEM OR 97304 |
| Creditor ID: 13847-01<br>OREGON HAY PRODUCTS<br>71636 E COLUMBIA LANE/PO BOX 109<br>BOARDMAN OR 97818 | Creditor ID: 1618-01<br>OREGON POTATO COMPANY<br>PO BOX 169  650 E COLUMBIA AVENUE<br>BOARDMAN OR 97818 | Creditor ID: 1619-01<br>OREGON RESOURCES CORPORATION<br>63776 MULLEN ROAD, P.O. BOX 1350<br>COOS BAY OR 97420 |
| Creditor ID: 1620-01<br>OREGON TILE & MARBLE, INC.<br>1845 SE 3RD AVENUE<br>PORTLAND OR 97214 | Creditor ID: 4899-01<br>OREGRO SEEDS, INC.<br>33080 RED BRIDGE RD., SE<br>ALBANY OR 97322 | Creditor ID: 16618-01<br>OREPAC HOLDING COMPANY<br>30160 SW OREPAC AVE<br>WILSONVILLE OR 97070 |
| Creditor ID: 16619-01<br>ORGANIC  INGREDIENTS<br>335 SPRECKELS DR., SUITE F<br>APTOS CA 95003 | Creditor ID: 13848-01<br>ORGANIC BEAN AND GRAIN, INC.<br>1795 W AKRON ROAD<br>CARO MI 48723 | Creditor ID: 14428-01<br>ORGANIC INGREDIENTS<br>231 SANSOME STREET<br>SAN FRANCISCO CA 94104 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13849-01<br>ORGANIC PLANET<br>231 SANSOME STREET, SUITE # 300<br>SAN FRANCISCO CA 94104-2322 | Creditor ID: 3463-01<br>ORGANIC REPUBLIC, INC.<br>11000 E. RUSH ST. #5<br>EL MONTE CA 91733 | Creditor ID: 14429-01<br>ORIENT FREIGHT(NY) INC<br>145-64 156TH AVE.<br>JAMAICA NY 11434 |
| Creditor ID: 3464-01<br>ORIENT STAR SHIPPING<br>30 MONTGOMERY STREE, STE 1260<br>JERSEY CITY NJ 07302 | Creditor ID: 11065-01<br>ORIENTAL EXPORT, INC.<br>338  PEARL STREET<br>BRAINTREE MA 02184 | Creditor ID: 1621-01<br>ORIENTAL FOODS INC.<br>767 N.HILL STREET,SUITE 102<br>LOS ANGELES CA 90012 |
| Creditor ID: 13850-01<br>ORIENTAL INTERNATIONAL TRADING CORP.<br>106 ACCESS RD 2ND FLOOR<br>NORWOOD MA 02062 | Creditor ID: 6385-01<br>ORIENTAL TRADING CO.<br>5455 SOUTH 90TH STREET<br>OMAHA NE 68127 | Creditor ID: 13851-01<br>ORIENTAL WEAVERS, INC<br>3252 LOWER DUG GAP ROAD<br>DALTON GA 30721 |
| Creditor ID: 14430-01<br>ORIGINAL CANDLES COMPANY<br>2486 WEBSTER AVE<br>BRONX NY 10458-5509 | Creditor ID: 4900-01<br>ORIGINAL FURNITURE COMPANY<br>167 VIA TREVIZIO<br>CORONA CA 92879 | Creditor ID: 16620-01<br>ORIND USA INC.<br>7500 COMMERCE CIRCLE<br>TRAFFORD PA 15085 |
| Creditor ID: 11165-01<br>ORION AMERICA INC.<br>3471 NORTH UNION DRIVE<br>OLNEY IL 62450 | Creditor ID: 7344-01<br>ORION AMERICA LINE<br>550 EAST CARSON PLAZA DRIVE #109<br>CARSON CA 90746 | Creditor ID: 9426-01<br>ORION ENGINEERING & SERVICE, INC.<br>843 S. IMPERIAL AVE, STE "E"<br>CALEXICO CA 92231 |
| Creditor ID: 11166-01<br>ORION METAL AND TRADING COMPANY<br>4909 LAKEWOOD BLVD., STE. 302<br>LAKEWOOD CA 90712 | Creditor ID: 1622-01<br>ORION PACIFIC TRADERS INC<br>1224 LINCOLN AVE<br>WALNUT CREEK CA 94596 | Creditor ID: 3465-01<br>ORION SEAFOOD INTL INC<br>PO BOS 779<br>PORTSMOUTH NH 03802 |
| Creditor ID: 1623-01<br>ORIONE VIEIRA DE OLIVEIRA<br>69 SUMMO VILLAGE<br>NEWARK NJ 07105 | Creditor ID: 13852-01<br>ORITZ CORPORATION<br>1555 OLD BAYSHORE HIGHWAY<br>BURLINGAME CA 94010 | Creditor ID: 9427-01<br>ORLANDINI TILE SUPPLIES INC.<br>RT 40<br>RICHLAND NJ 08350 |
| Creditor ID: 6386-01<br>ORLANDO FOOD SALES<br>51 EAST SPRING VALLEY AVE.<br>MAYWOOD NJ 07607 | Creditor ID: 16654-01<br>ORLANDO GRECO & SONS<br>191 TUBEWAY DRIVE<br>CAROL STREAM IL 60188 | Creditor ID: 16655-01<br>ORNAMENTAL MOULDINGS, INC<br>3804 COMANCHE ROAD<br>ARCHDALE NC 27263 |
| Creditor ID: 9428-01<br>ORNAMENTALS MANUFACTURING LLC<br>140 COUNTRY LINE 1311<br>CULLMAN AL 35058 | Creditor ID: 3466-01<br>ORNAMETALS LLC<br>1812 GRANT STREET<br>DECATUR AL 35601 | Creditor ID: 1624-01<br>OROTEX CORPORATION<br>22475 VENTURE DR<br>NOVI MI 48375 |
| Creditor ID: 1625-01<br>ORQIS MEDICAL CORPORATION<br>26180 ENTERPRISE WAY<br>LAKE FOREST CA 92630 | Creditor ID: 12634-01<br>ORRVILON, INC.<br>1400 DAIRY LANE<br>ORRVILLE OH 44667 | Creditor ID: 14431-01<br>ORTHO MCNEIL PHARMACEUTICAL<br>1000 ROUTE 202<br>RARITAN NJ 08869 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3467-01<br>ORTIZ INTERNATIONAL<br>14610 ATLANTA DR<br>LAREDO TX 78045 | Creditor ID: 13853-01<br>OSAKA JAPENESE RESTAURANT INC.<br>1665 WABASH AVE.<br>SPRINGFIELD IL 62704 | Creditor ID: 16656-01<br>OSAMU CORPORATION<br>15002 S. AVALON BLVD.<br>GARDENA CA 90248 |
| Creditor ID: 1626-01<br>OSAT GLOBAL<br>4004 NE 4TH STREET, SUITE 107-483<br>RENTON WA 98056 | Creditor ID: 4901-01<br>OSBORN GROUP<br>5401 HAMILTON AVE.<br>CLEVELAND OH 44114 | Creditor ID: 13854-01<br>OSBORN INTERNATIONAL<br>2350 SALISBURY ROAD<br>RICHMOND IN 47374 |
| Creditor ID: 9429-01<br>OSC AUTOMOTIVE<br>1830 RAYMER AVENUE<br>FULLERTON CA 92833 | Creditor ID: 3468-01<br>OSCAR TRADING CO.<br>1452 S. SANTA FE AVE.<br>COMPTON CA 90221 | Creditor ID: 16657-01<br>OSCEOLA FARMS COMPANY MILL WAREHOUSE<br>JUNCTION OF RT 98 & HATTON HWY<br>PAHOKEE FL 33476 |
| Creditor ID: 13855-01<br>OSD ENTERPRISE, LLC<br>297 KINGSBURY GRADE, STE 1076<br>STATELINE NV 89449 | Creditor ID: 11167-01<br>OSG DOORS<br>400 INDUSTRIAL STREET, W.<br>PITTSBURG PA 16160 | Creditor ID: 6387-01<br>OSHKOSH CORPORATION<br>2307 OREGON STREET, PO BOX 2566<br>OSHKOSH WI 54903-2566 |
| Creditor ID: 9430-01<br>OSHKOSH DEFENSE LLC<br>2307 OREGON ST GATE 2<br>OSHKOSH WI 54902 | Creditor ID: 16658-01<br>OSIO INTERNATIONAL<br>2500 E. CERRITOS AVE.<br>ANAHEIM CA 92806 | Creditor ID: 1627-01<br>OSRAM SYLVANIA INC.<br>1000 TYRONE PIKE<br>VERSAILLES KY 40383 |
| Creditor ID: 9431-01<br>OSRAM SYLVANIA INC.<br>1128 ROOSEVELT AVENUE<br>YORK PA 17404 | Creditor ID: 11168-01<br>OSTL INC<br>5805 WHITE OAK AVE #16065<br>ENCINO CA 91416 | Creditor ID: 4902-01<br>OTI CARGO INC<br>2401 - N.W - 69 TH STREET<br>MIAMI FL 33147 |
| Creditor ID: 14432-01<br>OTIS MCALLISTER, INC.<br>160 PINE ST., SUITE 350<br>SAN FRANCISCO CA 94111 | Creditor ID: 14433-01<br>OTTEX CORPORATION<br>1390 WILLOW PASS ROAD #350<br>CONCORD CA 94520 | Creditor ID: 9755-01<br>OTX RICHMOND, LLC<br>4796 FINLAY ST., SUITE 1<br>RICHMOND VA 23231 |
| Creditor ID: 1628-01<br>OTZ INC.<br>31248 OAK CREST DRIVE<br>WESTLAKE VILLAGE CA 91361 | Creditor ID: 6388-01<br>OUHLALA GOURMET CORP.<br>2655 S LE JEUNE RD #1011<br>CORAL GABLES FL 33134 | Creditor ID: 1629-01<br>OUR LADY OF LAVANG CHURCH<br>5404 NE ALAMEDA DRIVE<br>PORTLAND OR 97213 |
| Creditor ID: 14434-01<br>OUTDOOR CAP COMPANY, INC.<br>1200 MELISSA DRIVE<br>BENTONVILLE AR 72712 | Creditor ID: 9432-01<br>OUTDOOR FITNESS<br>17280 SHILOH PINES DRIVE<br>MONUMENT CO 80132 | Creditor ID: 13856-01<br>OUTDOOR LIFESTYLE, INC.<br>PO BOX 460<br>STANLEY NC 28664 |
| Creditor ID: 1630-01<br>OUTERSTUFF LTD (FINANCIAL)<br>60 WALNUT AVE<br>CLARK NJ 07066 | Creditor ID: 1631-01<br>OUTERSTUFF, LTD.<br>1412 BROADWAY 19TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 11169-01<br>OVATION IN-STORE, INC.<br>57-13 49TH PLACE<br>MASPETH NY 11378 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6389-01<br>OVERFLO WAREHOUSE<br>3010 NIEMAN AVENUE<br>BALTIMORE MD 21230 | Creditor ID: 11170-01<br>OVERHEAD DOOR CORPORATION<br>3200 REACH ROAD<br>WILLIAMSPORT PA 17701 | Creditor ID: 13857-01<br>OVERSEA RESOURCE IMPORT INC.<br>48521 WARM SPRINGS BLVD. #305B<br>FREMONT CA 94539 |
| Creditor ID: 17283-01<br>OVERSEAS ASSOCIATES, INC.<br>645 W. 9TH STREET UNIT #443<br>LOS ANGELES CA 90015 | Creditor ID: 9433-01<br>OVERSEAS CASING<br>601 SOUTH NEVADA STREET<br>SEATTLE WA 98108 | Creditor ID: 6390-01<br>OVERSEAS EQUIPMENT SERVICES<br>1707 BRITTMOORE<br>HOUSTON TX 77043 |
| Creditor ID: 1632-01<br>OVERSEAS FOOD TRADING LTD<br>2200 FLETCHER AVE. 5TH FLOOR<br>FORT LEE NJ 07024 | Creditor ID: 14435-01<br>OVERSEAS STONE<br>10 SAW MILL RIVER ROAD<br>HASTINGS ON THE HUDSON NY 10706 | Creditor ID: 11171-01<br>OVIVO USA, LLC.<br>2404 RUTLAND DRIVE, SUITE 200<br>AUSTIN TX 78758 |
| Creditor ID: 6391-01<br>OWEN KANE HOLDINGS, INC.<br>29 BROADWAY<br>NEW YORK NY 10006 | Creditor ID: 3469-01<br>OWEN NURSERY<br>1700 MORRISSEY DRIVE<br>BLOOMINGTON IL 61704 | Creditor ID: 9434-01<br>OWENS CORNING COMPOSITE MATERIALS, LLC<br>ONE OWENS CORNING PARKWAY<br>TOLEDO OH 43659 |
| Creditor ID: 14436-01<br>OWENS CORNING INSULATING SYSTEMS, LLC<br>ONE OWENS CORNING PARKWAY<br>TOLEDO OH 43659 | Creditor ID: 13858-01<br>OWENS CORNING ROOFING AND ASPHALT, LLC<br>ONE OWENS CORNING PARKWAY<br>TOLEDO OH 43659 | Creditor ID: 14437-01<br>OWENS CORNING SALES, LLC<br>ONE OWENS CORNING PARKWAY<br>TOLEDO OH 43659 |
| Creditor ID: 17284-01<br>OWENS CORNING SCIENCE AND TECHNOLOGY, LLC<br>ONE OWENS CORNING PARKWAY<br>TOLEDO OH 43659 | Creditor ID: 16659-01<br>OWENS CORNING, FAIRBURN PLANT<br>7000 MCLARIN ROAD<br>FAIRBURN GA 30213 | Creditor ID: 16660-01<br>OWENS ILLINOIS (TOLEDO, OH)<br>1 SEAGATE LDP<br>TOLEDO OH 43666 |
| Creditor ID: 3470-01<br>OWENS-BROCKWAY GLASS CONTAINER INC.<br>ONE OI PLAZA -<br>ONE MICHAEL OWENS WAY<br>PERRYSBURG OH 43551-2999 | Creditor ID: 6392-01<br>OWENS-CORNING<br>790 ATLANTA SOUTH PARKWAY<br>COLLEG PARK GA 10349 | Creditor ID: 9435-01<br>OWS LOGISTICS INC<br>120 MONTEREY PARK<br>MONTEREY PARK CA 91754 |
| Creditor ID: 1633-01<br>OWT INDUSTRIES<br>225 PUMPKIMTOWN HWY<br>PICKENS SC 29671 | Creditor ID: 14438-01<br>OXFORD ALLOYS, INC<br>2632 TEE DRIVE<br>BATON ROUGE LA 70814 | Creditor ID: 6393-01<br>OXFORD APPAREL<br>555 SOUTH VICTORY DRIVE<br>LYONS GA 30436 |
| Creditor ID: 14439-01<br>OXFORD COLLECTIONS<br>1359 BROADWAY - 18TH FL<br>A DIV OF MIGHTY HURRICANE<br>HOLDINGS INC.<br>NEW YORK NY 10018 | Creditor ID: 9535-01<br>OXFORD COLLECTIONS<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 11172-01<br>OXFORD INDUSTRIES<br>222 PEIDMONT AVENUE N.E.<br>ATLANTA GA 30308 |
| Creditor ID: 11173-01<br>OXYDE CHEMICALS, INC.<br>225 PENNBRIGHT DRIVE<br>HOUSTON TX 77090 | Creditor ID: 9536-01<br>OXYGEN GENERATING SYSTEMS<br>814 WURLITZER DRIVE, NORTH<br>TONAWANDA NY 14120 | Creditor ID: 13859-01<br>OXYLANCE CORPORATION<br>2501 27TH STREET NORTH<br>BIRMINGHAM AL 35234 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                 **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3471-01<br>OYANG AMERICA, INC.<br>1043S HARVARD BLVD.<br>LOS ANGELES CA 90006 | Creditor ID: 16661-01<br>OZ ENTERPRISES<br>711 HOSPITAL STREET #23<br>RICHMOND VA 23219 | Creditor ID: 13860-01<br>P & A MARKETING<br>10 CRESCENT DRIVE<br>SEARINGTOWN NY 11507 |
| Creditor ID: 12635-01<br>P & D TRADING INC.<br>2550 REYNOLDS DRIVE<br>TUSTIN CA 92782 | Creditor ID: 11174-01<br>P & F USA, INC.<br>2555 MARCONI DRIVE, SUITE 300<br>ALPHARETTA GA 30005 | Creditor ID: 6394-01<br>P & K SUPPLIES CORPORATION<br>16921 PARTHENIA STREET, SUITE 202<br>NORTHRIDGE CA 91343 |
| Creditor ID: 14440-01<br>P & S INTERNATIONAL INC.<br>P O BOX 1030<br>DALLAS OR 97338 | Creditor ID: 1634-01<br>P KAUFMANN INC<br>2 PARK AVENUE 17TH FLOOR<br>NEW YORK NY 10016 | Creditor ID: 14441-01<br>P&F BROTHERS PACKAGING<br>BUILDING 17 8000 COOPER AVENUE<br>GLENDALE NY 11385 |
| Creditor ID: 4903-01<br>P&G CAPE<br>14484 STATE HIGHWAY 177<br>JACKSON MO 63755 | Creditor ID: 13862-01<br>P.A.T. PRODUCTS<br>44 CENTRAL ST<br>BANGOR ME 04401 | Creditor ID: 11175-01<br>P.C. RICHARD & SON INC.<br>150 PRICE PARKWAY<br>FARMINGDALE NY 11735 |
| Creditor ID: 11176-01<br>P.C. WOO DBA MEGATOYS<br>6443 E. SLAUSON AVE.<br>COMMERCE CA 90040 | Creditor ID: 1635-01<br>P.F.I. INTERNATIONAL<br>555 THE ESPLANADE N. # 504<br>VENICE FL 34285 | Creditor ID: 11177-01<br>P.F.I. INTERNATIONAL INC.<br>4715 MOHICAN LANE<br>OKEMOS MI 48864 |
| Creditor ID: 11178-01<br>P.J. IMPEX INC. (FORWARDING SERVICES)<br>3300 CAVENDISH, SUITE 240<br>MONTREAL QC H4B 2M8<br>CANADA | Creditor ID: 9537-01<br>P.L. THOMAS & CO INC.<br>119 HEADQUARTERS  PLAZA<br>MORRISTOWN NJ 07960 | Creditor ID: 13863-01<br>P.M. SALES L.L.C.<br>PO BOX 6276<br>BRIDGEWATER NJ 08807 |
| Creditor ID: 16662-01<br>P.N.W. TRADE AND WAREHOUSING INC<br>651 LEHIGHT AVE<br>UNION NJ 07308 | Creditor ID: 13864-01<br>P.O.Y. AUTO PARTS SUPPLY INC<br>141 LANZA AVE., BLDG 2<br>GARFIELD NJ 07026 | Creditor ID: 1979-01<br>P.T. HUTCHINS COMPANY LTD.<br>901 STIMSON AVE.<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 13865-01<br>P.V. TRADING<br>1349 TREASURE LAKE<br>DU BOIS PA 15801 | Creditor ID: 1636-01<br>PA DISTRIBUTION INC.<br>800 FAIRWAY DRIVE SUITE 295<br>DEERFIELD BEACH FL 33441 | Creditor ID: 16663-01<br>PA TRADING<br>400 LANCASTER ST.<br>OAKLAND CA 94601 |
| Creditor ID: 1637-01<br>PAB SHIPPING INC<br>159 N. COURTLAND STREET<br>EAST STROUDSBURG PA 18301 | Creditor ID: 3472-01<br>PABST BREWING COMPANY<br>10635 SANTA MONICA BLVD STE 350<br>LOS ANGELES CA 90024 | Creditor ID: 14442-01<br>PAC GRO<br>1670 RIVIERA ST., SUITE 100<br>WALNUT CREEK CA 94596 |
| Creditor ID: 11179-01<br>PAC INTERNATIONAL LOGISTICS<br>11 STATE STREET, TROY, NY 12180<br>TROY NY 12180 | Creditor ID: 13866-01<br>PAC PAPER INC.<br>6416 NW WHITNEY ROAD<br>VANCOUVER WA 98665 | Creditor ID: 6395-01<br>PAC WORLDWIDE CORPORATION<br>15435 NE 92ND STREET<br>REDMOND WA 98052 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6396-01<br>PACC SERVICE COMPANY, INC.<br>260 OLD OATLAND ISLAND ROAD<br>SAVANNAH GA 31410 | Creditor ID: 11180-01<br>PACCESS<br>700 NE MULTNOMAH, SUITE 1600<br>PORTLAND OR 97232 | Creditor ID: 3473-01<br>PAC-COM INTERNATIONAL<br>2552 E. OLYMPIC BLVD.<br>LOS ANGELES CA 90023 |
| Creditor ID: 16664-01<br>PACE INDUSTRIES LLC<br>481 S. SHILOH DR.<br>FAYETTEVILLE AR 72704 | Creditor ID: 6397-01<br>PACEMAN A.G.<br>1100 INDUSTRIAL ROAD, SUITE #10<br>SAN CARLOS CA 94070 | Creditor ID: 11181-01<br>PACIFIC ABRASIVE SUPPLY COMPANY<br>7100 VILLAGE DRIVE<br>BUENA PARK CA 90621 |
| Creditor ID: 14443-01<br>PACIFIC AG EXPORTS, LLC.<br>8121 W. QUINAULT, A-102<br>KENNEWICK WA 99336 | Creditor ID: 16665-01<br>PACIFIC AGPAK, INC<br>880 W BEACH ST<br>WATSONVILLE CA 95076-5127 | Creditor ID: 11182-01<br>PACIFIC AIR INDUSTRIES<br>2100 PENNSYLVANIA AVE.<br>SANTA MONICA CA 90404 |
| Creditor ID: 7267-01<br>PACIFIC ALLIANCE USA, INC<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 13867-01<br>PACIFIC AMERICAN FISH<br>620 SOUTH GLADYS AVENUE<br>LOS ANGELES CA 90021 | Creditor ID: 1638-01<br>PACIFIC AMERICAN FISH CO.,INC.<br>5525 SOUTH SANTA FE AVENUE<br>VERNON CA 90058 |
| Creditor ID: 13868-01<br>PACIFIC BRIDGE METALS, INC.<br>575 ANTON BLVD.# 630<br>COSTA MESA CA 92626 | Creditor ID: 3474-01<br>PACIFIC CAPRO INDUSTRIES<br>12821 S SPRING ST<br>LOS ANGELES CA 90061 | Creditor ID: 11183-01<br>PACIFIC CARGO CONTROL, INC.<br>18200 SW TETON AVE<br>TUALATIN OR 97062 |
| Creditor ID: 13869-01<br>PACIFIC CASINGS<br>4322 SOUTH UNION AVENUE<br>TACOMA WA 98409 | Creditor ID: 9538-01<br>PACIFIC CASINGS, INC.<br>4322 SOUTH UNION AVE<br>TAKOMA WA 98409 | Creditor ID: 9539-01<br>PACIFIC CENTURY TRADING INC.<br>14524 NORTH BLOOMFIELD ROAD<br>NEVADA CITY CA 95959 |
| Creditor ID: 3475-01<br>PACIFIC COAST FEATHER COMPANY<br>1964 4TH AVENUE SOUTH<br>SEATTLE WA 98134 | Creditor ID: 9540-01<br>PACIFIC COAST RECYCLING, LLC<br>482 PIER T AVE. BERTH 118<br>LONG BEACH CA 90802 | Creditor ID: 6398-01<br>PACIFIC COAST RETREADERS<br>2757 E. DEL AMO BLVD.<br>RANCHO DOMINGUEZ CA 90221 |
| Creditor ID: 6399-01<br>PACIFIC CONTAINER TERMINAL<br>1521 PIER J AVENUE<br>LONG BEACH CA 90802 | Creditor ID: 3476-01<br>PACIFIC CORAL SEAFOOD CO.<br>2240 NE 2ND AVE.<br>MIAMI FL 33137 | Creditor ID: 16666-01<br>PACIFIC CREST BUILDING PRODUCTS<br>4227 SOUTH MERIDIAN, C-114<br>PUYALLUP WA 98373 |
| Creditor ID: 13870-01<br>PACIFIC CYCLE<br>4902 HAMMERSLEY RD<br>MADISON WI 53711 | Creditor ID: 3477-01<br>PACIFIC DISTRIBUTION<br>3711 142ND AVENUE EAST<br>SUMNER WA 98390 | Creditor ID: 14444-01<br>PACIFIC EXCHANGE DISTRIBUTORS, INC.<br>17230 SOUTH MAIN STREET,<br>GARDENA CA 90248 |
| Creditor ID: 1639-01<br>PACIFIC EXCHANGE DISTRIBUTORS, INC.<br>1525 W. WARDLOW ROAD<br>LONG BEACH CA 90810 | Creditor ID: 6400-01<br>PACIFIC FOREST RESOURCES<br>200 TAMAL PLAZA, STE. 200<br>CORTE MADERA CA 94925 | Creditor ID: 19121-97<br>PACIFIC GATEWAY TRANSPORTATION INC<br>550 E CARSON PLAZA DR, #216 & #210<br>CARSON CA 90746 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3478-01<br>PACIFIC GENESIS RESOURCES LLC<br>370 S. CRENSHAW BLVD SUITE E202C<br>TORRANCE CA 90203 | Creditor ID: 6401-01<br>PACIFIC GIANT INC.<br>4625 DISTRICT BLVD.<br>VERNON CA 90058 | Creditor ID: 4904-01<br>PACIFIC GIANT INC.<br>732 S. ALAMEDA ST.<br>LOS ANGELES CA 90021 |
| Creditor ID: 3479-01<br>PACIFIC GLORY FASHION<br>2018 PACIFIC COASE HWY #203<br>LOMITA CA 90717 | Creditor ID: 16667-01<br>PACIFIC GOLDEN COAST TRADING<br>212 YACHT CLUB WAY UNIT A 12<br>REDONDO BEACH CA 90277 | Creditor ID: 16668-01<br>PACIFIC HARVEST<br>7650 N. PALM SUITE 103<br>FRESNO CA 93711 |
| Creditor ID: 1640-01<br>PACIFIC HARVEST SEAFOOD<br>1800 N.E. 44TH ST. #200<br>RENTON WA 98056 | Creditor ID: 6402-01<br>PACIFIC HIGH TECH SYSTEMS<br>1258 PETALINA DR<br>ROCKWALL TX 75087 | Creditor ID: 1641-01<br>PACIFIC HIGH TECH USA, INC.<br>300 INTERNATIONAL DRIVE, # 100<br>WILLIAMSVILLE NY 14221 |
| Creditor ID: 9541-01<br>PACIFIC IMPORT EQUIPMENT, INC.<br>37735 SE RUDE ROAD<br>SANDY OR 97055 | Creditor ID: 3480-01<br>PACIFIC INDUSTRIAL SUPPLY CO INC<br>1231 SOUTH DIRECTOR STREET<br>SEATTLE WA 98108 | Creditor ID: 6403-01<br>PACIFIC INTERNATIONAL ASSOC. INC.<br>16000 CHRISTENSEN ROAD<br>TUKWILA WA 98188 |
| Creditor ID: 9542-01<br>PACIFIC INTERNATIONAL IMPORT EXPORT LLC<br>21820 84TH AVENUE SOUTH<br>KENT WA 98032 | Creditor ID: 6404-01<br>PACIFIC IRON & METAL CO.<br>2230 4TH AVE SO.<br>SEATTLE WA 98134 | Creditor ID: 9543-01<br>PACIFIC JAPAN INT'L INC.<br>668 SOUTH ALAMEDA STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 14445-01<br>PACIFIC LEASING, LLC<br>900 TRUXTUN AVENUE, SUITE 130<br>BAKERSFIELD CA 93301 | Creditor ID: 1642-01<br>PACIFIC LEGWEAR INC.<br>4885 ALPHA ROAD, SUITE 125<br>DALLAS TX 75244 | Creditor ID: 11184-01<br>PACIFIC LINEN SUPPLY INC.<br>17172 HARBOR BLUFF CIR# C<br>HUNTINGTON BEACH CA 92649 |
| Creditor ID: 14947-01<br>PACIFIC LIVE LLC<br>600 POWELL AVE SW<br>RENTON WA 98057 | Creditor ID: 13871-01<br>PACIFIC LUMBER & SHIPPING , LLC<br>1501 4TH AVENUE, SUITE 2150<br>SEATTLE WA 98101 | Creditor ID: 9544-01<br>PACIFIC LUMBER RESOURCES, INC.<br>1159 MCVEY AVENUE<br>LAKE OSWEGO OR 97034 |
| Creditor ID: 18565-01<br>PACIFIC MACHINERY AND TOOL STEEL CORPORATION<br>3445 N.W. LUZON ST<br>PORTLAND OR 97210 | Creditor ID: 13872-01<br>PACIFIC MARINE RESOURCES, LLC<br>3609 DAYBREAK STREET<br>EL MONTE CA 91732 | Creditor ID: 19122-97<br>PACIFIC MARITIME ASSOCIATION<br>PO BOX 7861<br>SAN FRANCISCO CA 94120-7861 |
| Creditor ID: 19124-97<br>PACIFIC MARITIME ASSOCIATION<br>1131 SW KLICKITAT WAY<br>PO BOX 24868<br>SEATTLE WA 98134 | Creditor ID: 19123-97<br>PACIFIC MARITIME ASSOCIATION<br>555 MARKET ST, 3RD FL<br>SAN FRANCISCO CA 94105-5801 | Creditor ID: 13873-01<br>PACIFIC MARITIME SERVICES, LLC<br>1131 S.W. KLICKITAT WAY<br>P.O. BOX 24868<br>SEATTLE WA 98124 |
| Creditor ID: 6405-01<br>PACIFIC MARKET INTERNATIONAL<br>2401 ELLIOTT AVE. 4TH FLOOR<br>SEATTLE WA 98121 | Creditor ID: 16669-01<br>PACIFIC METALS AND IRON, LLC<br>7621 COMMONWEALTH AVE.<br>BUENA PARK CA 90621 | Creditor ID: 18566-01<br>PACIFIC MODERN HOME, INC.<br>9723 RAILROAD ST<br>ELK GROVE CA 95624 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16670-01<br>PACIFIC MOUNTAIN PRODUCTS<br>111 BRUENN AVENUE<br>BREMERTON WA 98312 | Creditor ID: 16671-01<br>PACIFIC NATIVE HARDWOODS<br>7886 MERCEDES AVE<br>WINTON CA 95388 | Creditor ID: 1643-01<br>PACIFIC NET LOGISTICS INC<br>111 N. ATLANTIC BLVD, STE 353-A<br>MONTEREY PARK CA 91754 |
| Creditor ID: 6406-01<br>PACIFIC NORTHWEST ASIA SHIPPERS ASSOCIATION<br>220 2ND ST PMB 53<br>LANGLEY WA 98260 | Creditor ID: 14948-01<br>PACIFIC NORTHWEST EQUIPMENT INC<br>7701 SOUTH 200TH STREET<br>KENT WA 98032 | Creditor ID: 14949-01<br>PACIFIC NORTHWEST INT'L<br>10170 SW NIMBUS AVE<br>PORTLAND OR 97223 |
| Creditor ID: 6407-01<br>PACIFIC OCEAN FISH COMPANY<br>13005 ARTESIA BLVD. SUITE A104<br>CERRITOS CA 90703 | Creditor ID: 13874-01<br>PACIFIC OCEAN FOODS, INC<br>311 NW 177TH STREET , PO BOX 33615<br>SHORELINE WA 98133 | Creditor ID: 11185-01<br>PACIFIC PACKAGING INDUSTRIES INC.<br>7719 NE 21ST AVENUE<br>PORTLAND OR 97211 |
| Creditor ID: 16672-01<br>PACIFIC PANELS INTERNATIONAL, LLC<br>10708 NE SECOND AVENUE<br>PORTLAND OR 97211 | Creditor ID: 9545-01<br>PACIFIC PAPER TRADING COMPANY<br>10955 SE JENNIFER STREET<br>CLACKAMAS OR 97015 | Creditor ID: 1644-01<br>PACIFIC PARADISE FOODS,INC.<br>8940 SORENSEN AVE., SUITE 1<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 1980-01<br>PACIFIC PECAN INC<br>6063 MALBURG WAY<br>VERNON CA 90058 | Creditor ID: 9546-01<br>PACIFIC PIER INC<br>1180 NW MAPLE STREET SUITE 102<br>ISSAQUAH WA 98027 | Creditor ID: 13875-01<br>PACIFIC POLYMERS COMPANY<br>694 QUINN AVE.,<br>SAN JOSE CA 95112 |
| Creditor ID: 6408-01<br>PACIFIC PRINT SUPPLIES LLC<br>19 W 34TH STREET<br>NEW YORK NY 10001 | Creditor ID: 14950-01<br>PACIFIC RECYCLING, INC.<br>3300 CROSS STREET - PO BOX 2633<br>EUGENE OR 97402 | Creditor ID: 11186-01<br>PACIFIC RESOURCE INTERNATIONAL<br>26511 HIGHLAND AVE<br>KENT WA 98032 |
| Creditor ID: 13979-01<br>PACIFIC RIM FOODS, INC.<br>17531 RAILROAD STREET, SUITE #J<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 6409-01<br>PACIFIC RIM IMPORT CORP.<br>5930 FOURTH AVENUE SOUTH<br>SEATTLE WA 98108 | Creditor ID: 16673-01<br>PACIFIC RIM IMPORT LLC<br>733 SEVENTH AVE, SUITE 205<br>KIRKLAND WA 98033 |
| Creditor ID: 3481-01<br>PACIFIC RIM INTERNATIONAL INC<br>2100 ROSEWELL ROAD SUITE 200C/608<br>MARIETTA GA 30062 | Creditor ID: 13980-01<br>PACIFIC RIM INTERNATIONAL LLC<br>19120 SE 34TH STREET, SUITE 105<br>VANCOUVER WA 98683 | Creditor ID: 16674-01<br>PACIFIC RIM MANUFACTURING<br>7500 EMPIRE DRIVE, SUITE B/C<br>FLORENCE KY 41042 |
| Creditor ID: 16675-01<br>PACIFIC RIM VENTURES, INC.<br>1200 S.E. SECOND AVENUE<br>CANBY OR 97013 | Creditor ID: 16676-01<br>PACIFIC SALES<br>14310 RAMONA AVE<br>CHINO CA 91710 | Creditor ID: 16677-01<br>PACIFIC SEAFOOD GROUP<br>16797 SE 130TH<br>CLACKAMAS OR 97015 |
| Creditor ID: 9547-01<br>PACIFIC SHIPPING SERVICES INC.<br>8345 NW 68 ST.<br>MIAMI FL 33166 | Creditor ID: 16678-01<br>PACIFIC SOURCING GROUP<br>5717 FERGUSON DRIVE<br>COMMERCE CA 90022 | Creditor ID: 14951-01<br>PACIFIC SOUTH EAST INC<br>22560 NAPA STREET<br>WEST HILL CA 91304 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11187-01<br>PACIFIC SOUTH EAST, INC.<br>5990 VISTA DE LA LUZ<br>WOODLAND HILLS CA 91367 | Creditor ID: 11188-01<br>PACIFIC SPICE CO., INC<br>6430 SLAUSON AVE.<br>CITY OF COMMERCE CA 90040 | Creditor ID: 6410-01<br>PACIFIC STEEL AND SUPPLY<br>2062 WEST AVE. 140TH<br>SAN LEANDRO CA 94577 |
| Creditor ID: 16679-01<br>PACIFIC STEEL CASTING COMPANY<br>1333 SECOND STREET<br>BERKELEY CA 94710 | Creditor ID: 6411-01<br>PACIFIC SUN MEMORY<br>216 AVENIDA FABRICANTE UNIT 105<br>SAN CLEMENTE CA 92672 | Creditor ID: 1645-01<br>PACIFIC SUN PACKAGING<br>216 AVENIDA FABRICANTE UNIT 105<br>SAN CLEMENTE CA 92672 |
| Creditor ID: 11189-01<br>PACIFIC SUNRISE INTERNATIONAL<br>2448 76TH AVENUE SE, SUITE 222<br>MERCER ISLAND WA 98040 | Creditor ID: 6412-01<br>PACIFIC SUNWEAR OF CALIFORNIA, INC.<br>3450 EAST MIRALOMA AVENUE<br>ANAHEIM CA 92806 | Creditor ID: 13981-01<br>PACIFIC SUPREME COMPANY<br>19300 SOUTH HAMILTON AVE #160<br>GARDENA CA 90248 |
| Creditor ID: 9548-01<br>PACIFIC TRADE INTERNATIONAL<br>5515 SECURITY LANE<br>ROCKVILLE MD 20852 | Creditor ID: 14952-01<br>PACIFIC TRADE INTERNATIONAL INC.<br>1990 S.CUCAMONGA AVE<br>ONTARIO CA 91716 | Creditor ID: 14953-01<br>PACIFIC TRADING USA INC.<br>9750 RESEARCH DR.<br>IRVINE CA 92618 |
| Creditor ID: 11190-01<br>PACIFIC TRAIL<br>14375 NW SCIENCE PARK DRIVE<br>PORTLAND OR 97229 | Creditor ID: 9549-01<br>PACIFIC TRAILER PRODUCTS, INC<br>2728 NW 12TH AVE.<br>CAMAS WA 98607 | Creditor ID: 9550-01<br>PACIFIC TRANS INC.<br>147-29 156TH ST.<br>JAMAICA NY 11434 |
| Creditor ID: 9551-01<br>PACIFIC TREADS, INC<br>1716 S.ANDERSON AVE.<br>COMPTON CA 90220 | Creditor ID: 1646-01<br>PACIFIC TREADS, INC.<br>11090E, ARTESIA BLVD., STE C<br>CERRITOS CA 90703 | Creditor ID: 9552-01<br>PACIFIC VALLEY FOODS<br>2700 RICHARDS RD.<br>BELLEVUE WA 98005 |
| Creditor ID: 6413-01<br>PACIFIC WEST RECYCLING<br>8671 YOUNGER CREEK DRIVE<br>SACRAMENTO CA 95828 | Creditor ID: 17519-01<br>PACIFIC WESTERN ENGINEERING<br>24089 HIGHCREST DRIVE<br>DIAMOND BAR CA 91765 | Creditor ID: 1648-01<br>PACIFIC WIND<br>P O BOX 1060, 126 WEST IDAHO<br>HOMEDALE ID 83628 |
| Creditor ID: 6414-01<br>PACIFIC WOOD LAMINATES INC<br>855 RAILROAD AVE<br>BROOKINGS OR 97415 | Creditor ID: 16680-01<br>PACIFIC WOODTECH<br>1850 PARK LANE<br>BURLINGTON WA 98233 | Creditor ID: 14954-01<br>PACIFIC-AMERICA SHIPPERS ASSOCIATION (PASA)<br>591 FULPER COURT<br>SUGAR HILL GA 30518 |
| Creditor ID: 13982-01<br>PACIFICORP<br>825 NE MULTNOMAH STREET, SUITE 940<br>PORTLAND OR 97232 | Creditor ID: 16681-01<br>PACKAGING & DESIGN ASSOCIATES<br>205 OXFORD HILLS DRIVE<br>CHAPEL HILL NC 27514 | Creditor ID: 14955-01<br>PACKAGING CONCEPTS, INC. (ST. LOUIS, MO)<br>4971 FLYER AVE.<br>ST. LOUIS MO 63139 |
| Creditor ID: 9553-01<br>PACKAGING PARTNERS LTD<br>10700 WEST VENTURE DRIVE<br>FRANKLIN WI 53132 | Creditor ID: 1649-01<br>PACKAGING SALES AND SERVICE<br>980 BERWOOD AVENUE SUITE 1700<br>VADNAIS HEIGHTS MN 55110 | Creditor ID: 11191-01<br>PACKERLAND PACKING (SMITHFIELD AFFILIATE)<br>2580 UNIVERSITY AVE.<br>GREEN BAY WI 54305 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9554-01<br>PACKERS OF INDIAN RIVER<br>PO BOX 12969 5700 WEST MIDWAY ROAD<br>FORT PIERCE FL 34979 | Creditor ID: 6415-01<br>PACMETALS CORP<br>1397 S. DIAMOND BAR BLVD.<br>DIAMOND BAR CA 91765 | Creditor ID: 1650-01<br>PACOCEAN FORWARDING<br>125 COMMERCE DRIVE<br>FAYETTEVILLE GA 30214 |
| Creditor ID: 16682-01<br>PACON EXPRESS<br>322 49TH STREET<br>UNION CITY NJ 07087 | Creditor ID: 3482-01<br>PACTIV CORPORATION<br>1900 WEST FIELD COURT<br>LAKE FOREST IL 60045 | Creditor ID: 9555-01<br>PACTIV CORPORATION - SECAUCUS<br>77 METROWAY<br>SECAUCUS NJ 07094 |
| Creditor ID: 18567-01<br>PACTIV CORPORATION - VERNON, CA<br>3751 SEVILLE AVENUE<br>VERNON CA 90058 | Creditor ID: 13983-01<br>PACTIV CORPORATION - WOODRIDGE<br>1 EARL COURT<br>WOODRIDGE IL 60517 | Creditor ID: 13984-01<br>PACTIV LLC<br>1900 WEST FIELD COURT<br>LAKE FOREST IL 60045 |
| Creditor ID: 14956-01<br>PACTIV LLC<br>149 GRAND CAVERNS DRIVE<br>GROTTOES VA 24441 | Creditor ID: 9556-01<br>PACTIV LLC<br>870 TAYLOR ROAD<br>ROMEOVILLE IL 60446 | Creditor ID: 14957-01<br>PACTRANS AIR SEA INC<br>950 THORNDALE AVE<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 14958-01<br>PACWEST FOREST PRODUCTS<br>21235 SW 108TH AVENUE, #13<br>TUALATIN OR 97062 | Creditor ID: 13985-01<br>PADANIA WINES LLC<br>35-40 36TH STREET<br>LONG ISLAND CITY NY 11106 | Creditor ID: 6416-01<br>PADDLE PALACE TABLE TENNIS CO.<br>7637 S.W. 33RD AVENUE<br>PORTLAND OR 97219-1860 |
| Creditor ID: 1651-01<br>PADRON BROS FLOORING<br>3074 FORREST HILL BLVD.<br>WEST PALM BEACH FL 33406 | Creditor ID: 6417-01<br>PADRON FLOORING<br>3223 LAKE WORTH ROAD<br>LAKE WORTH FL 33461 | Creditor ID: 1652-01<br>PAFCO IMPORTING CO.<br>11545 WEST BERNARDO COURT SUITE 302<br>SAN DIEGO CA 91127 |
| Creditor ID: 18568-01<br>PAGELAND SCREEN PRINTERS<br>512 SOUTH PINE STREET<br>PAGELAND SC 29728 | Creditor ID: 13986-01<br>PAI INDUSTRIES INC<br>950 NORTHBROOK PARKWAY<br>SUWANEE GA 30024 | Creditor ID: 11192-01<br>PAJ, INC.<br>18325 WATERVIEW PKWY STE B13220<br>DALLAS TX 75252 |
| Creditor ID: 6418-01<br>PAK KHALIS FOODS INC<br>1002 E F ST UNIT A<br>TACOMA WA 98421 | Creditor ID: 6419-01<br>PAK UNLIMITED INC<br>679 BALDWIN RD<br>CORNELIA GA 30531 | Creditor ID: 9557-01<br>PALACINO STONE & DESIGN<br>4804 QUEENSBURY CIRCLE<br>FREDERICKSBURG VA 22408 |
| Creditor ID: 6420-01<br>PALECEK IMPORT<br>PO BOX 225 STATION A<br>RICHMOND VA 94808 | Creditor ID: 1653-01<br>PALECEK IMPORTS, INC.<br>601 PARR BLVD<br>RICHMOND CA 94801 | Creditor ID: 4905-01<br>PALLO & CHARLIE  GROUP,  INC<br>10934 LE JARDIN CIRCLE<br>TEMPLE TERRACE FL 33617 |
| Creditor ID: 3483-01<br>PALM BAY IMPORTERS<br>48 HARBOR PARK DRIVE<br>PORT WASHINGTON NY 11050 | Creditor ID: 9558-01<br>PALM CEDAR JY INC.<br>20531 E WALNUT<br>WALNUT CA 91789 | Creditor ID: 14959-01<br>PALM GROUP OF COMPANIES<br>1717 JP HENNESSY DRIVE<br>LAVERGNE TN 37086 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11193-01<br>PALMCO CORPORATION<br>5000 BIRCH STREET, SUITE #4700<br>NEWPORT BEACH CA 92660 | Creditor ID: 7268-01<br>PALMER GROUP INC<br>1301 EAST 8TH STREET<br>LITTLE ROCK AR 72114 | Creditor ID: 14960-01<br>PALMER HAMILTON<br>143 S JACKSON ST.<br>ELKHORN WI 53121 |
| Creditor ID: 6421-01<br>PALMER HOLLAND, INC.<br>25000 COUNTRY CLUB BLVD STE 444<br>NORTH OLMSTED OH 44070-5331 | Creditor ID: 1654-01<br>PALMER INTERNATIONAL INC.<br>2036 LUCON ROAD<br>SKIPPACK PA 19474 | Creditor ID: 3484-01<br>PALMER MOVING & STORAGE CO.<br>24660 DEQUINDRE<br>WARREN MI 48091 |
| Creditor ID: 9559-01<br>PALMETTO FOOD SERVICES LLC<br>4360 CHAMBLEE DUNWOODY ROAD<br>ATLANTA GA 30341 | Creditor ID: 1655-01<br>PALMETTO HOME, LLC<br>1307 WOODLAWN<br>HIGH POINT NC 27262 | Creditor ID: 1656-01<br>PALMETTO TILE DISTRIBUTORS<br>316 HUGER STREET-PO BOX 42<br>COLUMBIA SC 29202 |
| Creditor ID: 14961-01<br>PALOMA INDUSTRIES, INC.<br>2151 EASTMAN AVENUE,<br>OXNARD CA 93030 | Creditor ID: 3485-01<br>PALOMINO FOODS LLC<br>1341 NORTH NORTHLAKE WAY<br>SEATTLE WA 98103 | Creditor ID: 9560-01<br>PALOSANTO LTD<br>10535 HARWIN DRIVE<br>HOUSTON TX 77036 |
| Creditor ID: 3486-01<br>PALRAM AMERICAS INC<br>9735 COMMERCE CIRCLE<br>KUTZTOWN PA 19530 | Creditor ID: 9561-01<br>PALTAINER LTD.<br>274 GALAXY BLVD<br>REXDALE ON M9W 5R8<br>CANADA | Creditor ID: 6422-01<br>PAMIDA STORES OPERATING CO. LLC<br>10550 "I" STREET<br>OMAHA NE 68127 |
| Creditor ID: 16683-01<br>PAMPA LLC<br>260 WEST 54 STREET SUITE 17D<br>NEW YORK NY 10019 | Creditor ID: 3487-01<br>PAN AM SEAFOOD, INC.<br>518-7 OLD POST ROAD<br>EDISON NJ 08817 | Creditor ID: 13987-01<br>PAN CONTINENTAL LLC<br>38-20 REVIEW AVE<br>LONG ISLAND CITY NY 11101 |
| Creditor ID: 14962-01<br>PAN LINK INTERNATIONAL CORPORATION<br>300 MERRICK ROAD,SUITE 307<br>LYNBROOK NY 11563 | Creditor ID: 16684-01<br>PAN PACIFIC<br>138 95TH AVE<br>OAKLAND CA 94063 | Creditor ID: 11194-01<br>PAN PACIFIC FIBER., INC.<br>14051 MARQUARAT AVE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 1657-01<br>PAN PACIFIC LTD<br>330 PRIMROSE AVENUE; SUITE 402<br>BURLINGAME CA 94010 | Creditor ID: 16685-01<br>PAN PACIFIC SOURCING, LLC<br>481 GREAT PLAIN AVE.<br>NEEDHAM MA 02492 | Creditor ID: 9562-01<br>PAN USA INC<br>17 BATTERY PLACE, SUITE 1307<br>NEW YORK NY 10004 |
| Creditor ID: 14963-01<br>PAN WORLD CONSULTING<br>936 MAHAR AVENUE<br>WILMINGTON CA 90744 | Creditor ID: 12636-01<br>PANACEA PRODUCTS CORP<br>1825 JOYCE AVENUE<br>COLUMBUS OH 43219 | Creditor ID: 1658-01<br>PANACEA PRODUCTS CORPORATION<br>2711 INTERNATIONAL STREET<br>COLUMBUS OH 43228 |
| Creditor ID: 3488-01<br>PANALAT MIAMI<br>9100 SOUTH DADELAND BLVD STE 800<br>MIAMI FL 33156 | Creditor ID: 9563-01<br>PANAMERICAN FOODS CORP.<br>183 GARFIELD AVE.<br>KEARNY NJ 07032 | Creditor ID: 11195-01<br>PANA-PACIFIC<br>80 VAN NESS AVE<br>FRESNO CA 93721 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11196-01<br>PANARIAGROUP USA INC.<br>998 GOVERNORS LANE SUITE 300<br>LAWRENCEBURG KY 40342 | Creditor ID: 1981-01<br>PANASIA TRADING CO.<br>1621 114TH AVE. SE SUITE 205<br>BELLEVUE WA 98004 | Creditor ID: 13988-01<br>PANASONIC AIR CONDITIONING GROUP<br>1690 ROBERTS BLVD.,NW,SUITE 110<br>KENNESAW GA 30144 |
| Creditor ID: 14964-01<br>PANASONIC AUTOMOTIVE ELECTRONICS COMPANY<br>THREE PANASONIC WAY<br>SECAUCUS NJ 07094 | Creditor ID: 16686-01<br>PANASONIC AUTOMOTIVE SYSTEMS<br>200 SOUTH 10TH STREET STE.1303<br>DE MEXICO S.A. DE C.V.(PASMX)<br>MCALLEN TX 78501 | Creditor ID: 11197-01<br>PANASONIC AUTOMOTIVE SYSTEMS<br>37101 CORPORATE DRIVE<br>FARMINGTON HILLS MI 48331 |
| Creditor ID: 9565-01<br>PANASONIC AUTOMOTIVE SYSTEMS<br>DE MEXICO S.A. DE C.V<br>5501 GEORGE MCVAY DR.<br>MCALLEN TX 78503 | Creditor ID: 9564-01<br>PANASONIC AUTOMOTIVE SYSTEMS<br>COMPANY OF AMERICA<br>26455 AMERICAN DRIVE<br>SOUTHFIELD MI 48034 | Creditor ID: 11300-01<br>PANASONIC AUTOMOTIVE SYSTEMS CO.<br>OF AMERICA (PASA)<br>776 HIGHWAY 74 SOUTH<br>PEACHTREE CITY GA 30269 |
| Creditor ID: 3489-01<br>PANASONIC AUTOMOTIVE SYSTEMS CO. OF AMERICA<br>1101 JOAQUIN CAVAZOS<br>LOS INDIOS TX 78567 | Creditor ID: 14965-01<br>PANASONIC AVC NETWORKS COMPANY AMERICA<br>2055 SANYO AVENUE, SUITE 100<br>SAN DIEGO CA 92154 | Creditor ID: 3490-01<br>PANASONIC BATTERY CORP<br>OF AMERICA-PACKAGING CENTER<br>5180 CARGO DRIVE<br>COLUMBUS GA 31907 |
| Creditor ID: 18569-01<br>PANASONIC BATTERY CORPORATION OF AMERICA<br>ONE MUTEC DRIVE, SUITE 100<br>COLUMBUS GA 31907 | Creditor ID: 6423-01<br>PANASONIC COMMUNICATIONS CO OF N.A (PCCNA)<br>3 PANASONIC WAY<br>SECAUCUS NJ 07094 | Creditor ID: 1659-01<br>PANASONIC CONSUMER ELECTRONICS-<br>CO DIV OF MATSU<br>3 PANASONIC WAY<br>SECAUCUS NJ 07094 |
| Creditor ID: 16687-01<br>PANASONIC CONSUMER ELECTRONICS COMPANY<br>1 PANASONIC WAY<br>SECAUCUS NJ 07094 | Creditor ID: 14966-01<br>PANASONIC CONSUMER MARKETING COMPANY<br>ONE PANASONIC WAY<br>OF NORTH AMERICA<br>SECAUCUS NJ 07094 | Creditor ID: 3491-01<br>PANASONIC CORP OF NORTH AMERICA<br>TWO RIVERFRONT PLAZA<br>NEWARK NJ 07102-5490 |
| Creditor ID: 3492-01<br>PANASONIC CORP OF NORTH AMERICA<br>VERTICAL GROUP<br>3 PANASONIC WAY<br>SECAUCUS NJ 07094 | Creditor ID: 16688-01<br>PANASONIC CUSTOMER EXPERIENCE GROUP<br>ONE PANASONIC WAY<br>SECAUCUS NJ 07094 | Creditor ID: 1660-01<br>PANASONIC ECO SOLUTIONS NORTH AMERICA<br>2 RIVERFRONT PLAZA.<br>NEWARK NJ 07102 |
| Creditor ID: 9567-01<br>PANASONIC ELECTRIC WORKS<br>1935 LUNDY AVE<br>SAN JOSE CA 95131 | Creditor ID: 3493-01<br>PANASONIC ELECTRIC WORKS<br>CORPORATION OF AMERICA<br>629 CENTRAL AVENUE<br>NEW PROVIDENCE NJ 07974 | Creditor ID: 3494-01<br>PANASONIC ENERGY CORP OF AMERICA LITHIUM DIV<br>ONE PANASONIC DRIVE<br>COLUBUS GA 31907 |
| Creditor ID: 9670-01<br>PANASONIC ENERGY CORPORATION OF AMERICA<br>5180 CARGO DRIVE<br>COLUMBUS GA 31907 | Creditor ID: 1661-01<br>PANASONIC FACTORY SOLUTIONS<br>909 ASBURY DRIVE<br>BUFFALO GROVE IL 60089 | Creditor ID: 14967-01<br>PANASONIC INDUSTRIAL COMPANY<br>3 PANASONIC WAY<br>SECAUCUS NJ 07094 |
| Creditor ID: 16689-01<br>PANASONIC INDUSTRIAL DEVICES SALES<br>TWO RIVERFRONT PLAZA<br>COMPANY OF AMERICA<br>NEWARK NJ 07102-5490 | Creditor ID: 9671-01<br>PANASONIC INTERNATIONAL<br>20000 MARINER AVE. SUITE 200<br>TRADING CORPORATION OF AMERICA<br>TORRANCE CA 90503 | Creditor ID: 13989-01<br>PANASONIC INTERNATIONAL TRADING<br>20000 MARINER AVENUE SUITE 200<br>CORPORATION OF AMERICA (PITA)<br>TORRANCE CA 90503 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6424-01
PANASONIC LOGISTIC COMPANY
7625 PANASONIC WAY
SAN DIEGO CA 92154

Creditor ID: 13990-01
PANASONIC LOGISTICS COMPANY OF AMERICA
650 KATELLA AVE
CYPRESS CA 90630-5102

Creditor ID: 6425-01
PANASONIC LOGISTICS COMPANY OF AMERICA
3 PANASONIC W AY, PANAZIP 7J-1
SECAUCUS NJ 07094

Creditor ID: 6426-01
PANASONIC MOTOR COMPANY
DIVISION OF PANASONIC CORP
1150 MAYDE ROAD
BEREA KY 40403

Creditor ID: 6427-01
PANASONIC PROCUREMENT CORPORATION OF AMERICA
2055 SANYO AVENUE, SUITE 100
SAN DIEGO CA 92154

Creditor ID: 3495-01
PANASONIC SYSTEM & COMMUNICATIONS
ONE PANASONIC WAY
COMPANY OF NORTH AMERICA
SECAUCUS NJ 07094

Creditor ID: 9672-01
PANASONIC SYSTEM SOLUTIONS COMPANY (SVSG)
1 PANASONIC WAY
SECAUCUS NJ 07094

Creditor ID: 16690-01
PANASONIC TECHNICS
1 PANASONIC WAY
SECAUCUS NJ 07094

Creditor ID: 13991-01
PANDA FOOD PRODUCTS , INC.
1022 PULASKI HWY
GOSHEN NY 10924

Creditor ID: 16691-01
PANDA LOGISTICS
945 EDGEWOOD AVE SUITE F
BENSENVILLE IL 60191

Creditor ID: 3496-01
PANDA LOGISTICS USA, INC.
19600 S. ALEMEDA ST. #1 E
RANCHO DOMINGUEZ CA 90221

Creditor ID: 13992-01
PANDOL BROS., INC.
401 ROAD 192
DELANO CA 93215

Creditor ID: 14968-01
PANDUIT CORP.
18900 PANDUIT DRIVE
TINLEY PARK IL 60487

Creditor ID: 14969-01
PANEL PRODUCTS
10300 SW GREENBURG, SUITE 200
PORTLAND OR 97223

Creditor ID: 13993-01
PANEL SOLUTIONS, INC.
5015 VERDANT DR.
ELKHART IN 46516

Creditor ID: 13994-01
PANGOLIN 4X4
1940 DON STREET
SPRINGFIELD OR 97477

Creditor ID: 7269-01
PANGTONG WELLHEAD USA INC
11730 S. SAM HOUSTON PKWY W
HOUSTON TX 77031

Creditor ID: 13995-01
PANMET GROUP INC
650 ATLANTA SOUTH PARKWAY SUITE 250
COLLEGE PARK GA 30349

Creditor ID: 14970-01
PANOCHE CREEK PACKING CORP
3611 BEECHWOOD ROAD, SUITE 101
FRESNO CA 93711

Creditor ID: 16692-01
PANOS BRANDS, LLC
395 WEST PASSAIC ST., SUITE 240
ROCHELLE PARK NJ 07662

Creditor ID: 13996-01
PANSUR USA INC.
BRAND FINANCIAL CENTER,
450 N BRAND BLVD SUITE 600
GLENDALE CA 91203

Creditor ID: 16693-01
PANTIM WOOD PRODUCTS
15 WASHINGTON AVENUE
SCARBOROUGH ME 04070

Creditor ID: 6428-01
PANYA ENTERPRISES INC.
2711 INTERNATIONAL STREET
COLUMBUS OH 43228

Creditor ID: 1662-01
PAPASIDERO (MARBLE&TILE IMPORT)
226 EAST JERICHO TPK
MINEOLA NY 11501

Creditor ID: 11301-01
PAPE MACHINERY
3607 20TH ST E
TACOMA WA 98424

Creditor ID: 6429-01
PAPEL FREELANCE
2530 U.S. HIGHWAY 130 CN9600
CRANBURY NJ 08512

Creditor ID: 9673-01
PAPER GROUP COMPANY LLC
3310 S FAIRVIEW STREET
SANTA ANA CA 92704

Creditor ID: 3497-01
PAPER LINK INTERNATIONAL LIMITED
2605 SAGEBRUSH DRIVE, SUITE # 104
FLOWER MOUND TX 75028

Creditor ID: 9674-01
PAPER MAX, INC
222 S HARBOR BLVD SUITE900
ANAHEIM CA 92805

Creditor ID: 1982-01
PAPER PRODUCTS MARKETING (USA), INC.
4380 SW MACADAM AVENUE, STE 370
PORTLAND OR 97239

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16694-01<br>PAPER RESOURCES LLC<br>16 S MAIN ST. SUITE 301<br>NORWALK CT 06854 | Creditor ID: 6430-01<br>PAPER RESOURCES, LLC<br>295 BENDIX ROAD, SUITE 160<br>VIRGINIA BEACH VA 23452 | Creditor ID: 14971-01<br>PAPERLINK INTERNATIONAL INC.<br>5135 EDISON AVE #16<br>CHINO CA 91710 |
| Creditor ID: 8068-01<br>PAPER-PAK<br>545 TERRACE DR.<br>SAN DIMAS CA 91773 | Creditor ID: 9675-01<br>PAR MEDIA INTERNATIONAL<br>16761 HALE AVE<br>IRVINE CA 92606 | Creditor ID: 16695-01<br>PARADISE FRUITS<br>1410 PROVIDENCE HWY, SUITE 106<br>NORWOOD MA 02062 |
| Creditor ID: 6431-01<br>PARAGON COFFEE TRAIDING CO<br>445 HAMILTON AVENUE, 4TH FLOOR<br>WHITE PLAINS NY 10601 | Creditor ID: 13997-01<br>PARAGON SEAFOOD CO<br>423 SECOND AVE SOUTH SUITE 30<br>SEATTLE WA 98014 | Creditor ID: 9676-01<br>PARALLEL PRODUCTS, INC.<br>1431 W. 9TH STREET UNIT B ,<br>UPLAND CA 91786 |
| Creditor ID: 11302-01<br>PARAMOUNT CITRUS<br>1901 S. LEXINGTON ST.<br>DELANO CA 93215 | Creditor ID: 11303-01<br>PARAMOUNT EXPORT COMPANY<br>175 FILBERT ST., SUITE 201<br>OAKLAND CA 94612 | Creditor ID: 16696-01<br>PARAMOUNT FARMS, INC<br>DBA CAL-PURE PISTACHIOS, INC<br>13646 HIGHWAY 33<br>LOST HILLS CA 93249-9719 |
| Creditor ID: 1663-01<br>PARAMOUNT MANUFACTURING/BEDDING INC.<br>10360 S.W. SPOKANE CT<br>TUALATIN OR 97062 | Creditor ID: 14972-01<br>PARAMOUNT STUDIOS<br>5555 MELROSE AVE., BUNGALOW 2<br>LOS ANGELES CA 90038 | Creditor ID: 11304-01<br>PARAMOUNT WIRE CO INC<br>2-8 CENTRAL AVE<br>EAST ORANGE NJ 07018 |
| Creditor ID: 1664-01<br>PARAPET, INC<br>1249-H BLALOCK<br>HOUSTON TX 77055 | Creditor ID: 3498-01<br>PARAS INTERNATIONAL CORPORATION<br>3161 W DAKOTA AVE<br>FRESNO CA 93722 | Creditor ID: 6432-01<br>PARC<br>1415 ENTERPRISE DRIVE<br>ROMEOVILLE IL 60446 |
| Creditor ID: 14973-01<br>PARIGI GROUP LIMITED<br>112 W 34TH ST<br>NEW YORK NY 10120-0101 | Creditor ID: 6433-01<br>PARIS ACCESSORIES INC.<br>1385,BROADWAY, 21ST FLOOR<br>NEW YORK NY 10018 | Creditor ID: 3499-01<br>PARIS BROTHERS INC.<br>8800 NE UNDERGROUND DR.<br>KANSAS CITY MO 64161 |
| Creditor ID: 14974-01<br>PARIS CERAMICS AMERICA LLC<br>200 DOMINION DRIVE<br>FARMVILLE VA 23901 | Creditor ID: 9757-01<br>PARIS FOODS CORPORATION<br>3965 OCEAN GATEWAY<br>TRAPPE MD 21673 | Creditor ID: 13998-01<br>PARIS GOURMET PATISFRANCE<br>145 GRAND ST<br>CARLSTADT NJ 07072 |
| Creditor ID: 1665-01<br>PARIS PRESENTS INCORPORATED<br>3800 SWANSON COURT<br>GURNEE IL 60031 | Creditor ID: 14975-01<br>PARK BROTHERS INC.<br>2125 CENTER AVE SUITE 505<br>FORT LEE NJ 07024 | Creditor ID: 16697-01<br>PARK BROTHERS LLC<br>1231 NE 104TH ST.<br>SEATTLE WA 98125 |
| Creditor ID: 11305-01<br>PARK PLACE HOSPITALITY LLC<br>11600 W. PARK PLACE<br>MILWAUKEE WI 53224 | Creditor ID: 3500-01<br>PARK PLUMBING & HEATING SUPPLY<br>1015 38TH STREET<br>BROOKLYN NY 11219 | Creditor ID: 9677-01<br>PARKDALE AMERICA LLC<br>815 JOHN BECK DOCKINS ROAD<br>RABUN GAP GA 30568 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 1666-01
PARKDALE INCORPORATED
531 COTTON BLOSSOM CIRCLE
GASTONIA NC 28054-5245

Creditor ID: 3501-01
PARKER HANNIFIN CORPORATION
16101 VALLEN DRIVE
HOUSTON TX 77041

Creditor ID: 9678-01
PARKER HANNIFIN CORPORATION SPORIAN DIVISION
206 LANGE DRIVE
WASHINGTON MO 63090

Creditor ID: 3502-01
PARKER HOUSE INTERNATIONAL
1790 CHAMPAGNE AVE.
ONTARIO CA 91761

Creditor ID: 13999-01
PARKER INTERNATIONAL INC.
141 PIERPONT AVENUE
SALT LAKE CITY UT 84101

Creditor ID: 4906-01
PARKER-MIGLIORINI INTERNATIONAL, LLC
141 PIERPONT AVENUE
SALT LAKE CITY UT 84101

Creditor ID: 6435-01
PARKLAND PLASTICS INC.
104 YODER DRIVE
MIDDLEBURY IN 46540

Creditor ID: 11306-01
PARKTEL USA
261 WEST 35TH STREET, SUITE NO 1100
NEW YORK NY 10001

Creditor ID: 9679-01
PARKWOOD ENGINEERING DEVELOPMENT CORPORATION
12890 WESTWOOD AVE
DETROIT MI 48223

Creditor ID: 3503-01
PARR LUMBER COMPANY INTERNATIONAL
@ HAWAII SALES
755 NW 185TH AVENUE
ALOHA OR 97006

Creditor ID: 1667-01
PARRAGON INC
440 PARK AVENUE
NEW YORK NY 10016

Creditor ID: 1668-01
PARRY GLOBAL SOLUTIONS
603 PARK POINT DRIVE #170
GOLDEN CO 80401

Creditor ID: 6436-01
PARSONS COMPANY
2614 PIMPICO TERRACE
WEST LINN OR 97068

Creditor ID: 9680-01
PARTLY POULTRY
1325 WOOD GROVE PLACE
OAKVILLE ON L6M 1V5
CANADA

Creditor ID: 3504-01
PARTS AUTHORITY, INC
6335 CHILLUM PLACE N.W.
WASHINGTON  DC DC 20011

Creditor ID: 14000-01
PARTS OUT INC.,
4850 EUCALYPTUS AVE,
CHINO CA 91710

Creditor ID: 16698-01
PARTS STATION, INC.
6836 LANKERSHIM BLVD.
NORTH HOLLYWOOD CA 91605

Creditor ID: 3505-01
PARTS VALUE LLC
1337 WALKER LANE
CORONA CA 92879

Creditor ID: 3506-01
PARTSCHANNEL
7015 NE COLUMBIA BLVD.
PORTLAND OR 97218

Creditor ID: 3507-01
PARTSCHANNEL
21404 84TH PLACE BLDG. A
KENT WA 98031

Creditor ID: 7270-01
PARTSCHANNEL INC.
119 REGAL ROW, STE. A
DALLAS TX 75247

Creditor ID: 14001-01
PARTSCHANNEL PICO RIVERA
8905 REX RD.
PICO RIVERA CA 90660

Creditor ID: 6437-01
PARTSCHANNEL, INC.
2302 WRIGHT BROTHERS AVE
COLUMBUS OH 43217

Creditor ID: 14002-01
PARTYLITE GIFTS
437 TOWER ROAD
CAROL STREAM IL 60188

Creditor ID: 14003-01
PASANDO RESOURCES
9895 HARWIN, SUITE A-1
HOUSTON TX 77036

Creditor ID: 14004-01
PASCAL  ENTERPRISES
113 MCINTOSH LANE
NORTH WALES PA 19454

Creditor ID: 9681-01
PASCHALL
1 PASCHALL ROAD
PEACHTREE CITY GA 30269

Creditor ID: 9682-01
PASKESZ CANDY COMPANY INC.
4473 FIRST AVE
BROOKLYN NY 11232-4201

Creditor ID: 3508-01
PASSAGES LTD
521 SINCLAIR AVENUE
SAUK CENTRE MN 56378

Creditor ID: 6438-01
PASSPORT FURNITURE
P.O.BOX 4750
ROANOKE VA 24015

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 3509-01
PASTERNAK WINE IMPORTS
500 MAMARONECK AVENUE
HARRISON NY 10528

Creditor ID: 6439-01
PAT WHORTON ALEXANDRE INC.
23700 PEBBLE RUN PLACE SUITE 100
STERLING VA 20166

Creditor ID: 9758-01
PATAGONIA FOODS, LLC
3590 SACRAMENTO DR., # 150
SAN LUIS OBISPO CA 93401

Creditor ID: 3510-01
PATRICIA MARIE CESTONE
17024 GARDNER RD
ALPHARETTA GA 30009

Creditor ID: 3511-01
PATRICIAN FOODS LTD
58-6 57TH STREET 11378
MASPETH NY 11378

Creditor ID: 11307-01
PATRICK INDUSTRIES INC.
107 W. FRANKLIN ST.
ELKHART IN 46515

Creditor ID: 1669-01
PATRICK LUMBER
812 S.W. 10TH AVENUE
PORTLAND OR 97205

Creditor ID: 11308-01
PATRICK POWERS CHB
27 LAKE AVE
LYNBROOK NY 11563

Creditor ID: 9683-01
PATRIOT ANTENNA SYSTEMS
704 NORTH CLARK STREET
ALBION MI 49224

Creditor ID: 17520-01
PATRIOT HARDWOODS, INC.
2 TOWER CENTER BLVD 19THFL STE 1938
EAST BRUNSWICK NJ 08816

Creditor ID: 14976-01
PATRIOT INTERNATIONAL
17721 HIGHWAY 59 N
HUMBLE TX 77396-3011

Creditor ID: 1670-01
PAUL BELLACK INC
102 PROVIDENCE ROAD SUITE 13
RUNNEMEDE NJ 08078

Creditor ID: 3512-01
PAUL BELLACK INC
232 S 4TH STREET, SUITE 1F
PHILADELPHIA PA 19106

Creditor ID: 1671-01
PAUL JAMES OVERFIELD
19 TOMPKINS PLACE APT 1
BROOKLYN NY 11231

Creditor ID: 11309-01
PAUL JEANS & CO., INC.
38 INDEPENDENCE TRAIL
TOTOWA NJ 07512

Creditor ID: 11310-01
PAUL MARSH LLC
654 MADISON AVE
NEW YORK NY 10065-8404

Creditor ID: 1672-01
PAUL REINHART INC.
2280 CAMPBELL CREEK BLVD STE 350
RICHARDSON TX 75082

Creditor ID: 1673-01
PAUL TARPAULINS INC
7801 SOMERSET BLVD
PARAMOUNT CA 90723

Creditor ID: 16699-01
PAULO ROBERTO DE ALMEIDA
ONE CONSTITUTION PLAZA,
GROUND FLOOR
HARTFORD CT 06103

Creditor ID: 3513-01
PAULY MARKETING CO., INC.
2018 VALLEY VIEW BLVD.
E. WENATCHEE WA 98802

Creditor ID: 9759-01
PAVAL DEMCHENKO
21136 NE 249TH AVENUE BATTLE GROUND
TACOMA WA 98604

Creditor ID: 3514-01
PAXTON INTERNATIONAL
5300 PORT ROYAL ROAD
SPRINGFIELD VA 22151

Creditor ID: 14005-01
PAYLESS SHOESOURCE
3231 S.E. SIXTH ST.
TOPEKA KS 66607

Creditor ID: 14977-01
PAYLESS WHOLESALE, INC.
5404 AIRPORT BLVD
TAMPA FL 33634

Creditor ID: 11311-01
PAYMAN FABRIC, INC.
1915 EAST 7TH STREET
LOS ANGELES CA 90021

Creditor ID: 14978-01
PAYNE STREET IMPORTS, INC.
6424 W. HOWARD STREET
NILES IL 60714

Creditor ID: 19120-97
PB EXPRESS INC
21010 CENTER RIDGE RD, STE 306
ROCKY RIVER OH 44116

Creditor ID: 19126-97
PB INDUSTRIES INC (ATL)
7200 BISHOP RD
AUSTELL GA 30168

Creditor ID: 19127-97
PB INDUSTRIES INC (CHI)
361 BONNIE LANE
ELK GROVE IL 60007

Creditor ID: 19129-97
PB INDUSTRIES INC (DALLAS)
880 BLUE MOUND RD W, #100
HASLET TX 76052

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 19128-97<br>PB INDUSTRIES INC (MEM)<br>4711 EAST HOLMES RD<br>MEMPHIS TN 38118 | Creditor ID: 19125-97<br>PB INDUSTRIES INC (SAV)<br>289 TELFAIR RD<br>SAVANNAH GA 31415 | Creditor ID: 14979-01<br>PBM GRAPHICS<br>3700 S. MIAMI BOULEVARD<br>DURHAM NC 27703 |
| Creditor ID: 1983-01<br>PC LAMINATES<br>804 B PORT AMERICA<br>GRAPEVINE TX 76051 | Creditor ID: 14006-01<br>PCE INTERNATIONAL INC.<br>20695 WESTERN AVE. SUITE 209<br>TORRANCE CA 90501 | Creditor ID: 16700-01<br>PCT I, LLC.<br>210 SW CLARK ST<br>ISSAQUAH WA 98027-3729 |
| Creditor ID: 1674-01<br>PDM US CORP.<br>640 CEL RIVER RD,ROCK HILL<br>ROCK HILL SC 29730 | Creditor ID: 14007-01<br>PDXBB WASTE PAPER<br>1500 NE IRVING, SUITE 300<br>PORTLAND OR 97232 | Creditor ID: 11312-01<br>PEABODY HIDES CORP<br>484 LOWELL STREET<br>PEABODY MA 01960 |
| Creditor ID: 15081-01<br>PEACE INTERNATIONAL CORPORATION<br>831 POSTER AVE<br>BENSENVILLE IL 60106 | Creditor ID: 1675-01<br>PEACEWOOD DEVELOPMENT LIMITED<br>1628 GARNER CHAPEL ROAD<br>MOUNT OLIVE NC 28365 | Creditor ID: 1676-01<br>PEACH RIDGE ORCHARD SUPPLY, INC.<br>8405 FRUIT RIDGE AVENUE<br>SPARTA MI 49345 |
| Creditor ID: 3515-01<br>PEACHTREE COMMODITIES<br>2551 ROSWELL RD<br>MARIETTA GA 30062 | Creditor ID: 9684-01<br>PEACOCK APPAREL GROUP INC<br>236 FITH AVE 8TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 11313-01<br>PEACOCK PRODUCTS INC<br>PO BOX 187 48 WOODBINE ST<br>BERGENFIELD NJ 07621 |
| Creditor ID: 14008-01<br>PEAK PRODUCTS USA CORP<br>37924 23RD PLACE<br>FEDERAL WAY WA 98003 | Creditor ID: 5943-01<br>PEARL CORPORATION<br>549 METROPLEX DRIVE<br>NASHVILLE TN 37211 | Creditor ID: 14009-01<br>PEARSON COMPANY, A DIVISION OF<br>1420 PROGRESS AVE.<br>HDM FURNITURE INDUSTRIES, INC.<br>HIGH POINT NC 27261 |
| Creditor ID: 7271-01<br>PEAVEY ELECTRONICS.<br>4886 PEAVEY DRIVE<br>MERIDIAN MS 39301 | Creditor ID: 15082-01<br>PEC OF AMERICA CORP.<br>2297 NEILS BOHR COURT<br>SAN DIEGO CA 92154 | Creditor ID: 14010-01<br>PECKHAM ADAM CORPORATION<br>P.O. BOX 123<br>DEPEW NY 14043 |
| Creditor ID: 11314-01<br>PECO PERIPHERAL COMPANY, INC.<br>101 MEDFORD MOUNT HOLLY ROAD<br>MEDFORD NJ 08055 | Creditor ID: 16701-01<br>PEDULLA CERAMIC TILE INC<br>4906 20TH AVE<br>BROOKLYN NY 11204 | Creditor ID: 3516-01<br>PEEK-A-BOO TOYS LTD<br>9040 PENNSAUKEN HIGHWAY<br>PENNSAUKEN NJ 08016 |
| Creditor ID: 14011-01<br>PEERLESS IMPORTERS<br>16 BRIDGEWATER ST.<br>BROOKLYN NY 11222 | Creditor ID: 9685-01<br>PEG PEREGO USA, INC.<br>3625 INDEPENDENCE DRIVE<br>FORT WAYNE IN 46808-4504 | Creditor ID: 16702-01<br>PEGASUS FIBER LIMITED<br>1832 BUCHANAN ST # 205,<br>SAN FRANCISCO CA 94115 |
| Creditor ID: 11315-01<br>PEGETTA, INC.<br>13780 BENCHMARK DRIVE<br>FARMERS BRANCH TX 75234 | Creditor ID: 16703-01<br>PEKING HANDICRAFTS, INC.<br>1388 SAN MATEO AVENUE<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 10333-01<br>PELCO<br>3500 PELCO WAY<br>CLOVIS CA 93612 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14112-01<br>PELCO CA DIST CENTER<br>14725 MONTE VISTA AVE.<br>CHINO CA 91710 | Creditor ID: 14113-01<br>PELCO, INC.<br>3500 PELCO WAY<br>CLOVIS CA 93612 | Creditor ID: 9686-01<br>PEM-AMERICA,INC<br>230 5TH AVENUE, SUITE 200<br>NEW YORK NY 10001 |
| Creditor ID: 3517-01<br>PEMCO INC.<br>3333 CROCKER AVENUE<br>SHEBOYGAN WI 53081 | Creditor ID: 15083-01<br>PENA INTERNATIONAL TRADE SERVICES, INC.<br>13609 ARCHER DR<br>KILLAM INDUSTRIAL PARK<br>LAREDO TX 78045 | Creditor ID: 9687-01<br>PENCAK & COMPANY<br>30 SUSSEX ST.<br>PORT JERVIS NY 12771 |
| Creditor ID: 14114-01<br>PENCAK AND COMPANY<br>25 BALL STREET<br>PORT JERVIS NY 12771 | Creditor ID: 7272-01<br>PENDLEY GROUP<br>222 SOUTH KING STREET<br>CALHOUN GA 30702 | Creditor ID: 1677-01<br>PENFLI INDUSTRIES INC<br>36TH STREET,7TH FL<br>NEW YORK NY 10018 |
| Creditor ID: 9688-01<br>PENFORD PRODUCTS<br>1001 FIRST STREET S.W.<br>CEDAR RAPIDS IA 52404 | Creditor ID: 1678-01<br>PENG CHENG ALUMINUM ENTERPRISE INC. USA<br>1001 DOUBLE DAY AVE.<br>ONTARIO CA 91761 | Creditor ID: 11316-01<br>PENG LI INT'L TRADE INC<br>606 MONTEREY PASS RD. #108<br>MONTEREY PARK CA 91754 |
| Creditor ID: 9689-01<br>PENGUIN BRANDS INC<br>2009 ELMWOOD AVENUE P.O.BOX 1036<br>SHARON HILL PA 19079 | Creditor ID: 15084-01<br>PENMAR<br>26895 ALISO CREEK RD. STE. B-11<br>ALISO VIEJO CA 92656 | Creditor ID: 15085-01<br>PENN PAC COMPANY<br>345 EAST STIEEL STREET<br>MANHEIM PA 17545 |
| Creditor ID: 1679-01<br>PENN PLAX INC.<br>3370 MIAC CV<br>MEMPHIS TN 38118 | Creditor ID: 9690-01<br>PENN PLAX, INC.<br>33 MARCUS BLVD<br>HAUPPAUGE NY 11788 | Creditor ID: 5944-01<br>PENNAKEM<br>3324 CHELSEA AVE.<br>MEMPHIS TN 38108 |
| Creditor ID: 14115-01<br>PENNFIELD CORP<br>1425 BELLWOOD RD<br>SAN MARINO CA 91108 | Creditor ID: 3518-01<br>PENNINGS GREENHOUSE<br>15 SHORE DRIVE<br>NEW WINDSOR NY 12553 | Creditor ID: 5945-01<br>PENNINGTON SEED INC.<br>270 HANSARD AVENUE<br>LEBANON OR 97355 |
| Creditor ID: 16704-01<br>PENNINGTON SEED, INC.<br>1280 ATLANTA HIGHWAY<br>MADISON GA 30650 | Creditor ID: 15086-01<br>PENNPAC<br>372 HOSTETTER ROAD<br>MANHEIM PA 17545 | Creditor ID: 4907-01<br>PENN-SYLVAN<br>44942 FARRINGTON ROAD<br>SPARTANSBURG PA 16434 |
| Creditor ID: 1680-01<br>PENNSYLVANIA BEDDING<br>301 FIRST STREET<br>OLD FORGE PA 18518 | Creditor ID: 14116-01<br>PENNSYLVANIA HOUSE<br>4620 GRANDOVER PARKWAY<br>GREENSBORO NC 27417 | Creditor ID: 1681-01<br>PENNSYLVANIA STEEL COMPANY INC<br>1717 WOODHAVEN DRIVE<br>BENSALEM PA 19020 |
| Creditor ID: 14117-01<br>PENNY NEWMAN GRAIN COMPANY<br>2691 S. CEDAR AVE<br>FRESNO CA 93725 | Creditor ID: 1682-01<br>PENTA INTERNATIONAL<br>67-71 EAST WILLOW ST.<br>MILLBURN NJ 07041 | Creditor ID: 9691-01<br>PENTAGON DALLAS<br>P.O.BOX 610289<br>DFW AIRPORT TX 75261 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                         **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15087-01<br>PENTAIR ELECTRONICS PACKING CO.<br>170 COMMERCE DRIVE<br>WARWICK RI 02886 | Creditor ID: 5946-01<br>PENTAL GRANITE AND MARBLE INC.<br>3900A INDUSTRY DRIVE EAST<br>FIFE WA 98424 | Creditor ID: 9692-01<br>PENWAY INTERNATIONAL INC.<br>388 E. VALLEY BLVD. STE 212<br>ALHAMBRA CA 91801 |
| Creditor ID: 16705-01<br>PEOPLE WINE CORP<br>428 E 10TH ST NO.4 GROUND FLOOR<br>NEW YORK NY 10009 | Creditor ID: 16706-01<br>PEOPLES MOSS GIN<br>PO BOX 68<br>PALMETTO LA 71358 | Creditor ID: 1683-01<br>PEPSICO, INC.<br>700 ANDERSON HILL ROAD<br>PURCHASE NY 10577 |
| Creditor ID: 14118-01<br>PERA TRADING INC<br>711 INTERCHANGE BLVD<br>NEWARK DE 19711 | Creditor ID: 15088-01<br>PERDUE FOODS LLC<br>31149 OLD OCEAN CITY RD<br>SALISBURY MD 21804 | Creditor ID: 9693-01<br>PERDUE GRAIN & OIL SEED LLC<br>6906 ZION CHURCH ROAD<br>SALISBURY MD 21804 |
| Creditor ID: 1684-01<br>PEREZ TRADING COMPANY<br>3490 NW 125 STREET<br>MIAMI FL 33167 | Creditor ID: 9694-01<br>PERFECT BITE<br>1763 DEER CREEK CT<br>SAN JOSE CA 95148 | Creditor ID: 9695-01<br>PERFECT CHOICE INC.<br>3661 BENTLEY AVE<br>LOS ANGELES CA 90034 |
| Creditor ID: 1984-01<br>PERFECT FIT INDUSTRIES<br>8501 TOWER POINT DRIVE<br>CHARLOTTE NC 28277 | Creditor ID: 14119-01<br>PERFECT PLANK CO.<br>2850 SOUTH FIFTH AVENUE,<br>OROVILLE CA 95965 | Creditor ID: 16707-01<br>PERFECTO MANUFACTURING INC<br>20975 CREEK ROAD<br>NOBLESVILLE IN 46060 |
| Creditor ID: 5947-01<br>PERFETTI VAN MELLE USA INC<br>3645 TURFWAY ROAD, PO BOX 18190<br>ERLANGER KY 41018-0190 | Creditor ID: 3519-01<br>PERFORMANCE DESIGNED PRODUCTS<br>14144 VENTURA BLVD. #200<br>SHERMAN OAKS CA 91423 | Creditor ID: 4908-01<br>PERFORMANCE DESIGNS<br>FREEPORT CENTER BLDG D-11<br>CLEARFIELD UT 84016 |
| Creditor ID: 5948-01<br>PERFORMANCE PROCESS, INC.<br>1515 REIDEL DRIVE<br>MUNDELEIN IL 60060 | Creditor ID: 15089-01<br>PERFORMANCE RADIATOR<br>3400 INDUSTRIAL DRIVE<br>HARRISBURG PA 17110 | Creditor ID: 16708-01<br>PERFORMANCE RADIATOR<br>4525 AIRLINE DIRVE<br>HOUSTON TX 77022 |
| Creditor ID: 3520-01<br>PERFORMANCE RADIATOR PACIFIC, LLC<br>1101 AIRPORT WAY S<br>SEATTLE WA 98134 | Creditor ID: 4909-01<br>PERFORMANCE RADIATOR, INC.<br>2667 SOUTH TACOMA WAY<br>TACOMA WA 98409 | Creditor ID: 14120-01<br>PERFUME CENTER OF AMERICA, INC<br>100 COMMERCIAL STREET<br>PLAINVIEW NY 11803 |
| Creditor ID: 9696-01<br>PERI & SONS FARMS OF CALIFORNIA, LLC.<br>48845 W. NEES AVE.<br>FIREBAUGH CA 93622 | Creditor ID: 3521-01<br>PERI FORMWORK SYSTEMS INC.<br>19914 INDEPENDENCE BLVD<br>GROVELAND FL 34736 | Creditor ID: 1685-01<br>PERI FORMWORK SYSTEMS, INC.<br>12150 S. PAULINA STREET<br>CALUMET PARK IL 60827 |
| Creditor ID: 3522-01<br>PERI FORMWORK SYSTEMS, INC. USA<br>7135 DORSEY RUN ROAD<br>ELKRIDGE MD 21075 | Creditor ID: 5949-01<br>PERITY LAND INC<br>9111 S. LA CIENEGA BLVD. #211<br>INGLEWOOD CA 90301 | Creditor ID: 16709-01<br>PERLBINDER REALTY<br>429 EAST 52ND STREET<br>NEW YORK NY 10022 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15090-01
PERMAPACK INC
164 FREDETTE STREET
GARDNER MA 01440

Creditor ID: 14121-01
PERMASTEELISA CLADDING TECH. LP
123 DAY HILL ROAD
WINDSOR CT 06095-0767

Creditor ID: 14122-01
PERNOD RICARD USA
7 RIDGE AVENUE
LAWRENCEBURG IN 47025-0007

Creditor ID: 4910-01
PEROXYCHEM
1735 MARKET STREET, 16TH FLOOR
PHILADELPHIA PA 19103

Creditor ID: 5950-01
PERRY CHEMICAL CORP
17-20 WHITESTONE EXPRESS WAY
WHITESTONE NY 11357

Creditor ID: 1686-01
PERRY ELLIS INTERNATIONAL, INC.
3000 NW 107 AVENUE
MIAMI FL 33172

Creditor ID: 5951-01
PERRY ELLIS REAL ESTATE, LLC
1114 AVENUE OF THE AMERICA
NEW YORK NY 10036

Creditor ID: 9697-01
PERRY H. KOPLIK & SONS, INC.
505 PARK AVE.
NEW YORK NY 10022

Creditor ID: 16710-01
PERRY INTERNATIONAL, INC.
21922 ESPLENDOR
MISSION VIEJO CA 92691

Creditor ID: 11317-01
PERSECO SYSTEMS SERVICES LLC
3075 HIGHLAND PARKWAY SUITE 200
DOWNERS GROVE IL 60515

Creditor ID: 3523-01
PERSECO, A DIVISION OF HAVI GROUP
3075 HIGHLAND PARKWAY, SUITE 200
DOWNERS GROVE IL 60515

Creditor ID: 5952-01
PERSONAL CARE PRODUCTS, LLC
3001 W BIG BEAVER RD, SUITE 520
TROY MI 48084

Creditor ID: 1687-01
PERSONAL COMMUNICATIONS DEVICES LLC
555 WIRELESS BOULEVARD
HAUPPAUGE NY 11788

Creditor ID: 18570-01
PERSPECTIVE INDUSTRIES, INC.
3120 MEDLOCK BRIDGE RD
BUILDING E, SUITE 200
NORCROSS GA 30071

Creditor ID: 15091-01
PERSPECTIVE MANUFACTURING INC
3120 MEDLOCK BRIDGE RD,
BUILDING E, STE 200
NORCROSS GA 30071

Creditor ID: 1688-01
PESCADORES US LLC
ONE LAKE BELLEVUE DRIVE, SUITE 210
BELLEVUE WA 98005

Creditor ID: 1689-01
PESCAMAX INC.
221 1ST AVENUE, STE 217
SEATTLE WA 98119-4223

Creditor ID: 17521-01
PESCANOVA INC
1430 SOUTH DIXIE HIGHWAY, SUITE 303
CORAL GABLES FL 33146

Creditor ID: 5953-01
PETCO
654 RICHLAND HILLS DRIVE
SAN ANTONIO TX 78245

Creditor ID: 14123-01
PETCO
1998 INDUSTRIAL DRIVE
NEWTON NC 28658

Creditor ID: 9698-01
PETCO ANIMAL SUPPLIES INC.
10850 VIA FRONTERA
SAN DIEGO CA 92127

Creditor ID: 1690-01
PETCON FREIGHT SYSTEMS
175-01 ROCKAWAY BLVD, SUITE 218
JAMAICA NY 11434

Creditor ID: 7273-01
PETE STUIFBERGEN BULB IMPORT CO
1645 SE DECKER STREET
LEE'S SUMMIT MO 64081

Creditor ID: 3524-01
PETEDGE
3875 CORSAIR ST ., BLDG # 639
RENO NV 89502

Creditor ID: 11318-01
PETEDGE, INC.
100 CUMMINGS CENTER
BEVERLY MA 01915

Creditor ID: 15092-01
PETER DANIEL ST GERMAIN
29 NEAL DOW AVE.
CHICO CA 95926

Creditor ID: 9699-01
PETER JOSEF KARACSONYI
155 PEMBURN DR.
FAIRFIELD CT 06824

Creditor ID: 1691-01
PETER MEIER INC.
1255 SOUTH PARK DR.
KERNERSVILLE NC 27284

Creditor ID: 3525-01
PETER PAN SEAFOOD, INC.
2200 6TH AVE. SUITE 1000
SEATTLE WA 98121

Creditor ID: 15093-01
PETER STOKKEBYE INTERNATIONAL LTD
6605 W.T. HARRIS SUITE Q
CHARLOTTE NC 28269

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10334-01<br>PETERS & MAY LTD.<br>1656 CARMEN DRIVE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 3526-01<br>PETERSEN-ARNE<br>4310 W. FIFTH AVENUE<br>EUGENE OR 97402 | Creditor ID: 14124-01<br>PETERSON CHEMICAL TECHNOLOGY, INC.<br>4851 REGIONS PARK DRIVE<br>FORT SMITH AR 72916 |
| Creditor ID: 3527-01<br>PETLOU, INC.<br>13626 MONTE VISTA AVE. UNIT B<br>CHINO CA 91710 | Creditor ID: 1692-01<br>PETRA PET,INC.<br>5601 WESTSIDE AVENUE NORTH<br>BERGEN NJ 07047 | Creditor ID: 3528-01<br>PETRAPPORT INC.<br>620 WASHINGTON AVE<br>CARLSTADT NJ 07072 |
| Creditor ID: 1693-01<br>PETRAPPORT, INC.<br>5601 WESTSIDE AVENUE,<br>NORTH BERGEN NJ 07047 | Creditor ID: 3529-01<br>PETRO CHEM DEVELOPMENT CO. INC.<br>122 E. 42ND ST.<br>NEW YORK NY 10017 | Creditor ID: 14125-01<br>PETROFF & CO., LLC<br>10849 WILL PAINTER DRIVE<br>OWINGS MILLS MD 21117 |
| Creditor ID: 5954-01<br>PETROMATERIALS USA, INC<br>1330 POST OAK BLVD., SUITE 1888<br>HOUSTON TX 77056 | Creditor ID: 11319-01<br>PETROTRADE INTERNATIONAL COMPANY<br>4107 MONARCH DRIVE<br>SUGAR LAND TX 77479 | Creditor ID: 3530-01<br>PETSMART DISTRIBUTION, INC<br>19601 NORTH 27TH AVE<br>PHOENIX AZ 85027 |
| Creditor ID: 5955-01<br>PETSMART HOME OFFICE, INC<br>19601 NORTH 27TH AVE<br>PHOENIX AZ 85027 | Creditor ID: 16711-01<br>PETSMART, INC.<br>19601 NORTH 27TH AVENUE<br>PHOENIX AZ 85027 | Creditor ID: 15094-01<br>PETSPORT USA INC<br>1160 RAILROAD AVENUE<br>PITTSBURG CA 94565 |
| Creditor ID: 16712-01<br>PEXI INC.<br>3341 NW 97TH AVE.<br>MIAMI FL 33172 | Creditor ID: 11320-01<br>PEXIM INTERNATIONAL<br>15 THE CIRCLE<br>EASTON CT 06612 | Creditor ID: 4911-01<br>PEXIM, INC.<br>3575 KOGER BLVD, STE. 220<br>DULUTH GA 30096 |
| Creditor ID: 14126-01<br>PFC GROUP<br>1905 WOODSTOCK ROAD,<br>FMC#3197R, CHB#12828<br>ROSWELL GA 30075 | Creditor ID: 5956-01<br>PFERD, INC.<br>9201 W. HEATHER AVE.<br>MILWAUKEE WI 53224 | Creditor ID: 11321-01<br>PFI INTERNATIONAL INC.<br>555 THE ESPLANANDE N UNIT 504<br>VENICE FL 34285 |
| Creditor ID: 9760-01<br>PFI, LLC - VERTEX DISTRIBUTION<br>523 PLEASANT STREET BLDG. 10<br>ATTLEBORO MA 02703 | Creditor ID: 5957-01<br>PFIZER - GEOSPACE<br>200 SOUTH GEOSPACE DRIVE<br>INDEPENDENCE MO 64056 | Creditor ID: 3531-01<br>PFIZER, INC.<br>7000 PORTAGE ROAD, BUILDING 480<br>KALAMAZOO MI 49001 |
| Creditor ID: 14127-01<br>PG DRIVES TECHNOLOGY<br>665 NORTH BALDWIN PARK BLVD.<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 5958-01<br>PGP INTERNATIONAL, INC.<br>351 HANSON WAY<br>WOODLAND CA 95776 | Creditor ID: 11322-01<br>PHA BODY SYSTEMS<br>139 FOLMAR PKWY<br>MONTGOMERY AL 36105 |
| Creditor ID: 5959-01<br>PHARMEXCIPIENT, INC.<br>1515 SOUTH FEDERAL HIGWAY,SUITE 105<br>BOCA RATON FL 33432 | Creditor ID: 5960-01<br>PHAROS INC.<br>1008 CLAYTON ST<br>SPRINGDALE AR 72762 | Creditor ID: 9700-01<br>PHAROS INTERNATIONAL LTD.<br>111 EAST CHESTNUT, SUITE 31C<br>CHICAGO IL 60611 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 3532-01
PHASE 3D
1940 DON STREET
SPRINGFIELD OR 97477

Creditor ID: 3533-01
PHELPS DODGE INTERNATIONAL CORP.
806 DOUGLAS ROAD, #800
CORAL GABLES FL 33134

Creditor ID: 14128-01
PHIBROCHEM
65 CHALLENGER ROAD 3RD FLOOR
RIDGEFIELD PARK NJ 07660

Creditor ID: 1694-01
PHIFER INCORPORATED
4400 KAULOOSA AVE
TUSACALOOSA AL 35401

Creditor ID: 15096-01
PHILA FLOORING SUPPLY LLC
5699 RISING SUN AVENUE
PHILADELPHIA PA 19120

Creditor ID: 11323-01
PHILADELPHIA HIDE BROKERAGE CORP.
253 S. 24TH ST.
PHILADELPHIA PA 19103

Creditor ID: 15097-01
PHILCO INTERNATIONAL
15206 CERES AVE
FONTANA CA 92335

Creditor ID: 1695-01
PHILIP MORRIS USA
4001 COMMERCE ROAD
RICHMOND VA 23234

Creditor ID: 5961-01
PHILIPPINE FOOD TRADE CORPORATION
2626 MALT AVE.
COMMERCE CA 90040

Creditor ID: 10335-01
PHILIPPINE FRUIT CORPORATION
33288 ALVARADO NILES ROAD
UNION CITY CA 94587

Creditor ID: 9701-01
PHILIPS
SUPPLY CHAIN SOLUTIONS CENTER
440 N.MEDINAH RD
ROSELLE IL 60172

Creditor ID: 16713-01
PHILIPS
2820 B STREET NW, SUITE 101
AUBURN WA 98001

Creditor ID: 1696-01
PHILIPS ACCESSORIES AND
COMPUTER PERIPHERALS N.A.
215 ENTIN ROAD
CLIFTON NJ 07014

Creditor ID: 3534-01
PHILIPS ACCESSORIES AND COMPUTER PERIPHERALS
1881 ROUTE 46 WEST
LEDGEWOOD NJ 07852

Creditor ID: 16714-01
PHILIPS AUTOMOTIVE LIGHTING
NORTH AMERICA ARCHWAY
20770 WESTWOOD DRIVE
STRONGSVILLE OH 44149

Creditor ID: 10336-01
PHILIPS BRANDED MONITORS USA
INGRAM MICRO LOGISTICS
415 EAST LIES ROAD
CAROL STREAM IL 60188

Creditor ID: 9702-01
PHILIPS COLOR KINETICS
3 BURLINGTON WOODS DRIVE
BURLINGTON MA 01803

Creditor ID: 3535-01
PHILIPS CONSUMER ELECTRONICS
ONE PHILIPS DR.
KNOXVILLE TN 37914

Creditor ID: 11324-01
PHILIPS CONSUMER ELECTRONICS
226 MAURIN ROAD
CHEHALIS WA 98532

Creditor ID: 15098-01
PHILIPS CONSUMER ELECTRONICS
1825 SOUTH MAIN STREET
SALT LAKE CITY UT 84115

Creditor ID: 16715-01
PHILIPS CONSUMER ELECTRONICS
64 PERIMETER CNETER EAST
ATLANTA GA 30019

Creditor ID: 1697-01
PHILIPS CONSUMER ELECTRONICS
6200 COMMERCE CENTER DRIVE
GROVEPORT OH 43125

Creditor ID: 16716-01
PHILIPS CONSUMER ELECTRONICS (MILWAUKEE, WI)
7501 N. 81ST STREET
MILWAUKEE WI 53223

Creditor ID: 4912-01
PHILIPS CONSUMER ELECTRONICS (RIVERSIDE)
16875 HEACOCK AVE.
RIVERSIDE CA 92518

Creditor ID: 3536-01
PHILIPS CONSUMER ELECTRONICS CORP
300 FREEDOM DRIVE
LW8  ROANOKE TX 76262-3303

Creditor ID: 14130-01
PHILIPS CONSUMER LIFESTYLE
6200 COMMER CENTER DRIVE
GROVEPORT OH 43125

Creditor ID: 11326-01
PHILIPS CONSUMER LIFESTYLE
1115B VAUGHN PARKWAY
PORTLAND TN 37148

Creditor ID: 14129-01
PHILIPS CONSUMER LIFESTYLE
25300 GLOBE STREET
MORENO VALLEY CA 92551

Creditor ID: 9803-01
PHILIPS CONSUMER LIFESTYLE
440 MEDINAH ROAD
ROSELLE IL 60172

Creditor ID: 11327-01
PHILIPS CONSUMER LIFESTYLE
1600 SUMMER STREET
STAMFORD CT 06905

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 11325-01
PHILIPS CONSUMER LIFESTYLE
1450 COMMODITY BLVD
LOCKBOURNE OH 43137

Creditor ID: 9804-01
PHILIPS CONSUMER LIFESTYLE SCSC
1450 COMMODITY BLVD
COLUMBUS OH 43137

Creditor ID: 3537-01
PHILIPS CONSUMER LUMINAIRES
818 SW 3RD AVENUE, BOX #735
PORTLAND OR 97204

Creditor ID: 16717-01
PHILIPS CONSUMER LUMINAIRES.
1600 FLEETWOOD DRIVE
ELGIN IL 60123

Creditor ID: 5962-01
PHILIPS DAP NA
440 NORTH MEDINAH ROAD
ROSELLE IL 60172

Creditor ID: 1698-01
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION
3000 MINUTEMAN ROAD
ANDOVER MA 01810

Creditor ID: 3538-01
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10510

Creditor ID: 15099-01
PHILIPS GENLYTE THOMAS
12521 HARRIS BRANCH PKWY
MANOR TX 78653

Creditor ID: 14131-01
PHILIPS HEALTHCARE
2301 FIFTH AVENUE, SUITE 200
SEATTLE WA 98121

Creditor ID: 1699-01
PHILIPS IMPORT EXPORT CO.
7940 FARNIFOLD DR.
GERMANTOWN TN 38131

Creditor ID: 16718-01
PHILIPS LIGHTING
2828 TRADE CENTER DRIVE, SUITE 130
CARROLLTON TX 75007

Creditor ID: 1700-01
PHILIPS LIGHTING BATH MFG
7265 ROUTE 54
BATH NY 14810

Creditor ID: 12637-01
PHILIPS LIGHTING COMPANY
3399 EAST RAINES ROAD
MEMPHIS TN 38118

Creditor ID: 1702-01
PHILIPS LIGHTING COMPANY
1375 LOCUST ST
ONTARIO CA 91761

Creditor ID: 1701-01
PHILIPS LIGHTING COMPANY
4875 WESTPARK DR SW
ATLANTA GA 30336-2667

Creditor ID: 5963-01
PHILIPS LIGHTING COMPANY (ATL)
64 PERIMETER CENTER EAST
ATLANTA GA 30346

Creditor ID: 16719-01
PHILIPS LIGHTING COMPANY (MOUNTAIN TOP)
1 MORAN DRIVE, CRESTWOOD IND. PARK
MOUNTAIN TOP PA 18707

Creditor ID: 5964-01
PHILIPS LIGHTING CONTROLS DIVISION
10911 PETAL ST.,DALLAS, TX 75238
DALLAS TX 75238

Creditor ID: 3540-01
PHILIPS LIGHTING ELECTRONICS
10275 W. HIGGINS ROAD
NORTH AMERICA (HEADQUARTERS)
ROSEMONT IL 60018

Creditor ID: 16720-01
PHILIPS LIGHTING ELECTRONICS
12430 MERCANTILE (ROJAS 7) DRIVE
EL PASO TX 79927-5201

Creditor ID: 3539-01
PHILIPS LIGHTING ELECTRONICS NORTH AMERICA
12430 MERCANTILE DR
EL PASO TX 79928

Creditor ID: 3541-01
PHILIPS LIGHTING ELECTRONICS NORTH AMERICA-HQ
320 VAKSDAHL AVENUE
DANVILLE KY 40422

Creditor ID: 9805-01
PHILIPS LIGHTING NORTH AMERICA CORPORATION
200 FRANKLIN SQUARE DRIVE
SOMERSET NJ 08873

Creditor ID: 7274-01
PHILIPS LIGHTING SALINA MFG
3861 SOUTH 9TH STREET
SALINA KS 67401

Creditor ID: 11328-01
PHILIPS LIGHTING US PAYABLES
818 SW 3RD AVENUE 1
PORTLAND OR 97204

Creditor ID: 9806-01
PHILIPS LIGHTING US PAYABLES
1 MORAN DR.
MOUNTAIN TOP PA 18707

Creditor ID: 9807-01
PHILIPS MEDICAL SYSTEM
C/O CASE CONCEPTS INTERNATIONAL,LLC
541 NORTH HIGHLAND AVE
UPPER NYACK NY 10960

Creditor ID: 9808-01
PHILIPS MEDICAL SYSTEMS
149313 PCMS3000 MINUTEMAN ROAD
ANDOVER MA 01810

Creditor ID: 16721-01
PHILIPS MEDICAL SYSTEMS
595 MINER ROAD
HIGHLAND HEIGHTS OH 44143

Creditor ID: 16722-01
PHILIPS MEDICAL SYSTEMS
21919 20TH AVE SE
BOTHELL WA 98021

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 1703-01
PHILIPS MEDICAL SYSTEMS INC
450 OLD NISKAYUNA RD
LATHAM NY 12110

Creditor ID: 17522-01
PHILIPS MIRA LOMA RDC
12011 IBERIA ST
WAREHOUSE / LIGHTOLIER COAST DIV
MIRA LOMA CA 91752

Creditor ID: 14132-01
PHILIPS NORTH AMERICA
3000 MINUTEMAN ROAD
ANDOVER MA 01810

Creditor ID: 14133-01
PHILIPS ORAL HEALTHCARE, INC.
35301 SE CENTER ST.,
SNOQUALMIE WA 98065

Creditor ID: 15100-01
PHILIPS PC PERIPHERALS
7502 EASTGATE BLVD
MOUNT JULIET TN 37122

Creditor ID: 11329-01
PHILIPS ULTRASOUND, INC.
21919 20TH AVENUE
BOTHELL WA 98021

Creditor ID: 3542-01
PHILLIPS 66
600 NORTH DAIRY ASHFORD
HOUSTON TX 77079

Creditor ID: 9809-01
PHILLIPS COLLECTION
916 FINCH AVENUE
HIGH POINT NC 27263

Creditor ID: 11330-01
PHILLIPS FOODS
7950 OCEANO AVENUE
C/O MTC LOGISTICS JESSUP
DISTRIBUTION CENTER
JESSUP MD 20794

Creditor ID: 5965-01
PHILLIPS FOODS INC
3761 COMMERCE DRIVE SUITE 413
BALTIMORE MD 21227

Creditor ID: 16723-01
PHILLIPS FOODS INC
3251 DE FOREST CIRCLE
MIRA LOMA CA 91752

Creditor ID: 5966-01
PHILLIPS FOODS INC.
220 E. NORTH AVE.
VILLA PARK IL 60181

Creditor ID: 15101-01
PHILLIPS FOODS INC.
6065 SOUTH POLARIS AVENUE
LAS VEGAS NV 89118

Creditor ID: 4913-01
PHILLIPS HOSIERY
400 W. REDONDO BEACH BLVD. SUITE F
GARDENA CA 90248

Creditor ID: 15102-01
PHILLIPS VAN HEUSEN FAR EAST LIMITED
1001 FRONTIER RD
BRIDGEWATER NJ 08807

Creditor ID: 16724-01
PHILLIPSBURG MARBLE CO.
ONE MARBLE HILL ROAD
PHILLIPSBURG NJ 08865

Creditor ID: 3543-01
PHILLIPS-VAN HEUSEN
1001 FRONTIER ROAD
BRIDGE WATER NJ 08807

Creditor ID: 14134-01
PHITA INTERNATIONAL CORP
480 MEADOW LANE
CARLSTADT NJ 07072

Creditor ID: 15103-01
PHOENIX AGRO INDUSTRIAL
521 LOWELL STREET
WESTBURY NY 11590

Creditor ID: 5967-01
PHOENIX AROMAS & ESSENTIAL OILS, INC
375 CHESNUT STREET
NORWOOD NJ 07648

Creditor ID: 1704-01
PHOENIX CHEMICAL COMPANY INC
202 GEE ROAD
CALHOUN GA 30701

Creditor ID: 15104-01
PHOENIX CORPORATION
224 DATURA ST, STE 1400
WEST PALM BEACH FL 33401

Creditor ID: 5968-01
PHOENIX INTERNATIONAL
565 MARRIOTT DRIVE
D/B/A PIX LINE & PHOENIX FREIGHT
NASHVILLE TN 37214

Creditor ID: 14135-01
PHOENIX METAL TRADING
610 S. 19TH STREET
PHOENIX AZ 85009

Creditor ID: 9810-01
PHOENIX PACKAGING INTL
10949 91ST AVE NORTH
MAPLE GROVE MN 55369

Creditor ID: 9811-01
PHOENIX RUBBER & PLASTICS,INC.
9894 BISSONNET STREET, SUITE 388
HOUSTON TX 77036

Creditor ID: 14136-01
PHOENIX SALES AND SERVICES INC.
200 OKERSON ROAD FREEHOLD, NJ 07728
FREEHOLD NJ 07728

Creditor ID: 5969-01
PHOENIX TEXTILE CORPORATION
21 COMMERCE DRIVE
O FALLON MO 63366

Creditor ID: 3544-01
PHOTON DYNAMICS INC.
5970 OPTICAL CT
SAN JOSE CA 95138-1400

Creditor ID: 3545-01
PHT INTERNATIONAL INC.
8133 ARDREY KELL ROAD, SUITE 204
CHARLOTTE NC 28277

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    CASE NO: 16-27041 (JKS)

| | | |
|---|---|---|
| Creditor ID: 16725-01<br>PHTP AUTOMOTIVE US INC<br>9600 JOE RODRIGUEZ DR SE 4<br>EL PASO TX 79927 | Creditor ID: 5970-01<br>PHYSICAL SECURITY SYSTEMS LLC<br>200 KILSBY CIRCLE<br>BESSEMER AL 35022 | Creditor ID: 16726-01<br>PHYTOTRONICS INC.<br>13688 RIDER TRAIL NORTH<br>EARTH CITY MO 63045 |
| Creditor ID: 15105-01<br>PIA INGREDIENTS CORP<br>2420 INDUSTRY STREET<br>OCEANSIDE CA 92054 | Creditor ID: 14137-01<br>PIANETA LEGNO FLOORS USA INC<br>1100 SECOND AVENUE<br>NEW YORK NY 10022 | Creditor ID: 9812-01<br>PIANO EXCHANGE<br>200 23RD STREET SOUTH<br>ST. PETERSBURG FL 33712 |
| Creditor ID: 1705-01<br>PIC CORPORATION<br>1101-1107 WEST ELIZABETH AVE<br>LINDEN NJ 07036 | Creditor ID: 1706-01<br>PICCADILLY ENTERPRISES INC.<br>8485 COMMERCE AVE.<br>SAN DIEGO CA 92121 | Creditor ID: 15106-01<br>PICK N PULL AUTO DISMANTLERS<br>10850 GOLD CENTER DRIVE, STE. 305<br>RANCHO CORDOVA CA 95670 |
| Creditor ID: 16727-01<br>PICKSEED<br>33149 HWY 99E<br>TANGENT OR 97389 | Creditor ID: 9813-01<br>PIEDMONT TRADING<br>5660 SIX FORKS RD., STE. 205<br>RALEIGH NC 27609 | Creditor ID: 14139-01<br>PIER 1 IMPORTS<br>913 OLD PHILADELPHIA RD<br>ABERDEEN MD 21001 |
| Creditor ID: 14138-01<br>PIER 1 IMPORTS<br>2200 HERITAGE PARKWAY<br>MANSFIELD TX 76063 | Creditor ID: 15107-01<br>PIER 1 IMPORTS<br>3000 E PHILADELPHIA STREET<br>ONTARIO CA 91761 | Creditor ID: 9814-01<br>PIER 1 IMPORTS<br>4175 PIONEER AVENUE<br>DUPONT WA 98327 |
| Creditor ID: 1707-01<br>PIER 1 IMPORTS<br>609 S.KIRK ROAD<br>ST CHARLES IL 60174-3433 | Creditor ID: 17523-01<br>PIER 1 IMPORTS<br>1 KNOWLTON WAY<br>SAVANNAH GA 31407 | Creditor ID: 14140-01<br>PIER 1 IMPORTS<br>3500 SOUTHWEST BLVD<br>GROVE CITY OH 43123 |
| Creditor ID: 3546-01<br>PIER 1 IMPORTS (U.S.), INC.<br>100 PIER 1 PLACE<br>FT. WORTH TX 76102 | Creditor ID: 9815-01<br>PIER 1 IMPORTS TRANSLOAD WAREHOUSE<br>2012 MILWAUKEE WAY<br>TACOMA WA 98421 | Creditor ID: 14141-01<br>PIER 1 IMPORTS TRANSLOAD WAREHOUSE<br>1331 WEST TORRANCE BLVD.<br>TORRANCE CA 90501 |
| Creditor ID: 3547-01<br>PIER1 IMPORTS<br>609 SOUTH KIRK ROAD<br>SAINT CHARLES IL 60174 | Creditor ID: 1708-01<br>PIERBURG INC.<br>5 SOUTHCASE COURT<br>FOUNTAIN INN SC 29644 | Creditor ID: 16728-01<br>PIERRE DREUX<br>40 ENTERPRISE AVE<br>SECAUCUS NJ 07094 |
| Creditor ID: 14142-01<br>PIETRA STONEWORKS INC.<br>37-21 VERNON BLVD<br>LONG ISLAND CITY NY 11101 | Creditor ID: 5971-01<br>PIKE LUMBER<br>719 FRONT ST<br>AKRON IN 46910 | Creditor ID: 14143-01<br>PILGRIM'S PRIDE CORPORATION<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 |
| Creditor ID: 3548-01<br>PILKINGTON N.A.<br>4370 ALUM CREEK DR<br>COLUMBUS OH 43207 | Creditor ID: 16729-01<br>PILKINGTON NORTH AMERICA<br>3440 CENTERPOINT DRIVE<br>URBANCREST OH 43123 | Creditor ID: 4914-01<br>PILKINGTON NORTH AMERICA<br>7375 W. BUCKEYE ROAD, BUILDING 2<br>PHOENIX AZ 85043 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9816-01<br>PILKINGTON NORTH AMERICA INC.<br>140 DIXIE HIGHWAY<br>ROSSFORD OH 43460 | Creditor ID: 15108-01<br>PILKINGTON NORTH AMERICA, INC.<br>2401 EAST BROADWAY<br>NORTHWOOD OH 43619 | Creditor ID: 16730-01<br>PILLOW KINGDOM<br>24000 EAST 19TH AVENUE<br>AURORA CO 80019 |
| Creditor ID: 9817-01<br>PILLOW KINGDOM INC.<br>5671 N. BROADWAY<br>DENVER CO 80216 | Creditor ID: 9818-01<br>PILLOW KINGDOM, INC.<br>24000 E.19TH AVE<br>AURORA CO 80019 | Creditor ID: 9819-01<br>PILLOWS BY TOWN AND COUNTRY INC.<br>475 OBERLIN AVENUE<br>LAKEWOOD NJ 08701 |
| Creditor ID: 17524-01<br>PILOT AIR FREIGHT CORP.<br>2928-B GREENS ROAD, SUITE 425<br>HOUSTON TX 77032 | Creditor ID: 16731-01<br>PILOT TRADING<br>5600 S. ALEMEDA<br>VERNON CA 90058 | Creditor ID: 5972-01<br>PILOUS ? TMJ L.C.C.<br>135 ELIANA WAY BLDG 400 STE A<br>SUMMERVILLE SC 29483 |
| Creditor ID: 15109-01<br>PIMENTEL & SONS INC.<br>1778 CARR ROAD, SUITE 4B<br>CALEXICO CA 92231 | Creditor ID: 15110-01<br>PINACLE FINE FOODS<br>12505 BEL-RED ROAD SUITE 211<br>BELLEVUE WA 98005 | Creditor ID: 1709-01<br>PINE TRADING<br>290 E. MAIN ST<br>RUTLEDGE GA 30663 |
| Creditor ID: 5973-01<br>PINELAWN MEMORIAL PARK<br>PINELAWN RD./WELLWOOD AVE<br>FARMINGDALE NY 11735 | Creditor ID: 11331-01<br>PINNACLE AG SERVICES, INC.<br>5707 LANGWORTH RD<br>OAKDALE CA 95361 | Creditor ID: 3549-01<br>PINNACLE GROUP<br>12175 NW 39TH STREET<br>CORAL GABLES FL 33065 |
| Creditor ID: 16732-01<br>PINNACLE INTERNATIONAL<br>1431 WATERWORKS ROAD<br>COLUMBUS MS 39701 | Creditor ID: 11332-01<br>PIONEER & ONKYO U.S.A. CORPORATION<br>18 PARK WAY<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 16733-01<br>PIONEER (DES MOINES, IA)<br>6900 NW 62ND AVENUE<br>JOHNSTON IA 50131-0256 |
| Creditor ID: 16734-01<br>PIONEER CASH & CARRY<br>18601 PIONEER BLVD.<br>ARTESIA CA 90701 | Creditor ID: 3550-01<br>PIONEER GARDENS, INC.<br>198 MILL VILLAGE ROAD<br>DEERFIELD MA 01342 | Creditor ID: 15111-01<br>PIONEER GROWERS COOPERATIVE<br>227 NW AVENUE L<br>BELLE GLADE FL 33430 |
| Creditor ID: 17525-01<br>PIONEER INC AUTOMOTIVE PRODUCTS<br>5184 PIONEER ROAD<br>MERIDIAN MS 39301 | Creditor ID: 15112-01<br>PIONEER METALS, INC.<br>3325 SOUTH GARFIELD AVE<br>COMMERCE CA 90040 | Creditor ID: 11435-01<br>PIONEER OVERSEAS CORPORATION<br>6900 N.W. 62ND AVENUE  P.O. BOX 256<br>JOHNSTON IA 50131 |
| Creditor ID: 16735-01<br>PIONEER PAPER STOCK OF TEXAS<br>5000 SINGLETON BLVD<br>DALLAS TX 75212 | Creditor ID: 16736-01<br>PIONEER PHOTO ALBUMS, INC.<br>9801 DEERING AVENUE<br>CHATSWORTH CA 91311 | Creditor ID: 9820-01<br>PIONEER RESOURCE GROUP LLC<br>323 CAMPUS DRIVE<br>SOMERSET NJ 08873 |
| Creditor ID: 3551-01<br>PIONEER SHIPPING & LOGISTICS INC.<br>145-119 GUY R BREWER BLVD SUITE 2<br>JAMAICA NY 11434 | Creditor ID: 14144-01<br>PIPE LINE SUPPLIES,INC.<br>100 MIDDLESEX AVE<br>CARTERET NJ 07008 | Creditor ID: 3552-01<br>PIPELINE PACIFIC INC<br>6795 EDMOND ST#300<br>LAS VEGAS NV 89118 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 11436-01
PIPELINE SUPPLY INC
2401 EAST LINDEN AVENUE
LINDEN NJ 07036

Creditor ID: 1710-01
PIRELLI TYRE LLC
100 PIRELLI DRIVE ROME
ROME GA 30161

Creditor ID: 15113-01
PIREMAG CORPORATION.
ONE ARIN PARK 1715 STATE HIGHWAY 35
MIDDLETOWN NJ 07748

Creditor ID: 1711-01
PITT PLASTICS,INC
1400 ATKINSON AVE
PITTSBURG KS 66762

Creditor ID: 3553-01
PITTCON ARCHITECTURAL METALS LLC
6409 RHODE ISLAND AVE
RIVERDALE MD 20737

Creditor ID: 16737-01
PITTSBURGH CORNING CORP.
800 PRESQUE ISLE DR.
PITTSBURGH PA 15239-2799

Creditor ID: 1712-01
PITTSBURGH GLASS BLOCK COMPANY
300 POPLAR STREET
PITTSBURG PA 15223

Creditor ID: 15218-01
PITTSBURGH GLASS WORKS LLC
1310 COLONY COURT
FT.WORTH TX 76117

Creditor ID: 12638-01
PITTSBURGH GLASS WORKS LLC
1106 E. OVERLAND STREET
EL PASO TX 79901

Creditor ID: 7275-01
PITTSBURGH GLASS WORKS LLC
116 S CONCORDE EXCHANGE-44
ST PAUL MN 55075

Creditor ID: 15219-01
PITTSBURGH GLASS WORKS LLC
99 MURRAY HILL PKWY
EAST RUTHERFORD NJ 07073

Creditor ID: 9822-01
PITTSBURGH GLASS WORKS LLC
1365 S GLADIOLA ST
SALT LAKE CITY UT 84104-6524

Creditor ID: 15221-01
PITTSBURGH GLASS WORKS LLC
1445 BROOKVILLE WAY STE S
INDIANAPOLIS IN 46239

Creditor ID: 16739-01
PITTSBURGH GLASS WORKS LLC
4555 AIRLINE DRIVE, SUITE 170
HOUSTON TX 77022

Creditor ID: 1713-01
PITTSBURGH GLASS WORKS LLC
539 N OATES ST
DOTHAN AL 36303

Creditor ID: 11438-01
PITTSBURGH GLASS WORKS LLC
300 UNION BOWER COURT, STE 320
IRVING TX 75061

Creditor ID: 11437-01
PITTSBURGH GLASS WORKS LLC
135 W VALLEY AVE
BIRMINGHAM AL 35209

Creditor ID: 5976-01
PITTSBURGH GLASS WORKS LLC
430 W FULLERTON AVENUE
ELMHURST IL 60126

Creditor ID: 5974-01
PITTSBURGH GLASS WORKS LLC
15 TINKER AVE
LONDONDERRY NH 03053

Creditor ID: 5975-01
PITTSBURGH GLASS WORKS LLC
1701 NORTH JACKSON ROAD
MCALLEN TX 78501

Creditor ID: 9823-01
PITTSBURGH GLASS WORKS LLC
2400 TURNER
WALKER MI 49544

Creditor ID: 9821-01
PITTSBURGH GLASS WORKS LLC
3175 DE LA CRUZ BLVD
SANTA CLARA CA 95054

Creditor ID: 16738-01
PITTSBURGH GLASS WORKS LLC
1374 NORTHWEST 78TH AVE
MIAMI FL 33126

Creditor ID: 12140-01
PITTSBURGH GLASS WORKS LLC
611 23RD  STREET
LUBBOCK TX 79404

Creditor ID: 14145-01
PITTSBURGH GLASS WORKS LLC
2106 HIGHWAY 80
EAST PEARL MS 39208

Creditor ID: 1714-01
PITTSBURGH GLASS WORKS LLC
2621 COMANCHE ROAD NE
ALBUQUERQUE NM 87107

Creditor ID: 15217-01
PITTSBURGH GLASS WORKS LLC
71 ASH CIRCLE
WARMINSTER PA 18974

Creditor ID: 15220-01
PITTSBURGH GLASS WORKS LLC
24TH INDUSTRIAL CENTER #2
2120 E. RAYMOND ST. STE 30
PHOENIX AZ 85040

Creditor ID: 3554-01
PITTSBURGH GLASS WORKS LLC
ONE PPG PLACE 35
PITTSBURGH PA 15272

Creditor ID: 3555-01
PITTSBURGH GLASS WORKS LLC
3800 G WOOD PARK BLVD.
CHARLOTTE NC 28206

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12141-01<br>PITTSBURGH GLASS WORKS LLC.<br>200 COMMERCE DR<br>COLUMBIA SC 29223 | Creditor ID: 15222-01<br>PITTSBURGH GLASS WORKS, LLC<br>1722 LOUISVILLE DRIVE<br>KNOXVILLE TN 37921 | Creditor ID: 1715-01<br>PIXLEY RICHARDS, INC.<br>9 COLLINS  ROAD<br>PLYMOUTH MA 02360 |
| Creditor ID: 9824-01<br>PJ COMPANY<br>2410 S. SEQUOIA DRIVE<br>COMPTON CA 90220 | Creditor ID: 1716-01<br>PJIR INC.<br>6670 AMADOR PLAZA RD # 100<br>DUBLIN CA 94568 | Creditor ID: 9825-01<br>PJS INTERNATIONAL<br>2000 E. ARAPAHO RD  #7203<br>RICHARDSON TX 75081 |
| Creditor ID: 11439-01<br>PKT ASSOCIATES<br>19-03 MAPLE AVE., UNIT #5<br>FAIR LAWN NJ 07410 | Creditor ID: 7276-01<br>PL PLASTIC SERVICES<br>195 ROUTE 9, SUITE 205<br>MANALAPAN NJ 07726-8293 | Creditor ID: 16740-01<br>PL PLASTIC SERVICES, LLC<br>1913 E.PALMETTO ST<br>FLORENCE SC 29506 |
| Creditor ID: 3556-01<br>PL PROPYLENE LLC<br>4460 BLUE BONNET BLVD.<br>BATON ROUGE LA 70809 | Creditor ID: 9826-01<br>PL TRADING COMPANY INC<br>700 NEWPORT CENTER DRIVE<br>NEWPORT BEACH CA 92660-6397 | Creditor ID: 3557-01<br>PL TRADING COMPANY, LLC<br>700 NEWPORT CENTER DRIVE<br>NEWPORT BEACH CA 92660 |
| Creditor ID: 1717-01<br>PLAID ENTERPRISES, INC.<br>2331 MELLON CT.<br>DECATUR GA 30035 | Creditor ID: 1718-01<br>PLAINFIELD PIXLEY RICHARDS<br>40 GRISSOM ROAD<br>PLYMOUTH MA 02360 | Creditor ID: 9827-01<br>PLAMAR U.S.A. INC.<br>1319 E.MOFFET PARK DRIVE,<br>SUNNYVALE CA 94089 |
| Creditor ID: 9761-01<br>PLANAHEAD<br>3130 WILSHIRE BLVD. SUITE 555<br>SANTA MONICA CA 90403 | Creditor ID: 12142-01<br>PLANAR SYSTEMS, INC<br>1195 NW COMPTON DRIVE<br>BEAVERTON OR 97006 | Creditor ID: 15223-01<br>PLANE CARGO INC.<br>753 PORT AMERICA PLACE #102<br>GRAPEVINE TX 76051 |
| Creditor ID: 16741-01<br>PLANES INTERNATIONAL<br>9823 CINCINNATI DAYTON ROAD<br>WEST CHESTER OH 45069 | Creditor ID: 3558-01<br>PLANTERS HAY, INC.<br>1295 U.S.HIGHWAY 78<br>BRAWLEY CA 92227 | Creditor ID: 3559-01<br>PLANTEXTRAKT, INC<br>100 PAVONIA AVENUE SUITE 301<br>JERSEY CITY NJ 07310 |
| Creditor ID: 1719-01<br>PLANTRONICS INC<br>6935 CAMINO MAQUILADORAS SUITE G<br>SAN DIEGO CA 92154 | Creditor ID: 12143-01<br>PLASKOLITE INC<br>1175 5 BS DRIVE<br>ZANESVILLE OH 43701 | Creditor ID: 5977-01<br>PLASKOLITE, INC.<br>1770 JOYCE AVE.<br>COLUMBUS OH 43219 |
| Creditor ID: 11440-01<br>PLASSON USA<br>6020 OSBORN ST.<br>HOUSTON TX 77033 | Creditor ID: 9828-01<br>PLASTEX INTERNATIONAL INC<br>33 CENTRAL AVENUE PASSAIC, NJ 07055<br>PASSAIC NJ 07055 | Creditor ID: 5978-01<br>PLASTIC CONNECTIONS, INC<br>10533 PAINTER AVE.<br>SANTE FE SPRINGS CA 90670 |
| Creditor ID: 5979-01<br>PLASTIC NATION INC.<br>20283 STATE ROAD 7 - SUITE 219<br>POMPANO BEACH FL 33498 | Creditor ID: 16742-01<br>PLASTIC RECOVERY SYSTEMS, LLC.<br>517 BALL MOUNTAIN ROAD<br>MACDOEL CA 96058 | Creditor ID: 12639-01<br>PLASTIC RECYCLING CORPORATION<br>4 OAK BLUFF CT<br>NAPERVILLE IL 60565 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 5980-01<br>PLASTIC SYSTEM PACKAGING PSPM, INC<br>23 LEBANON VALLEY PARKWAY<br>LEBANON PA 17042 | Creditor ID: 16743-01<br>PLASTIC TRADING INTERNATIONAL<br>4455 US HWY 92 E<br>LAKELAND FL 33801 | Creditor ID: 5981-01<br>PLASTIC TRIM INTERNATIONAL, INC.<br>905 CEDAR STREET<br>TAWAS CITY MI 48763 |
| Creditor ID: 3560-01<br>PLASTIPAK JC R&D<br>300 WASHINGTON STREET<br>JACKSON CENTER OH 45334 | Creditor ID: 3561-01<br>PLASTOMER CORPORATION<br>37819 SCHOOLCRAFT ROAD<br>LIVONIA MI 48150 | Creditor ID: 12144-01<br>PLATINUM AUTO TRENDS INC<br>14434 BEST AVE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 12145-01<br>PLATINUM MOVING SERVICES, INC.<br>7610-P RICKENBACKER DRIVE<br>GAITHERSBURG MD 20879 | Creditor ID: 15224-01<br>PLATTE CHEMICAL COMPANY<br>931 PLATTE ROAD<br>GREENVILLE MS 38704 | Creditor ID: 5982-01<br>PLAYHUT TOYS<br>368 S. CHERYL LANE<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 16744-01<br>PLAYTEX (EXCEL LOGISTICS)<br>12249 HOLLY ST BUIDLING B<br>RIVERSIDE CA 92509 | Creditor ID: 15225-01<br>PLAYTEX MANUFACTURING<br>1810 PROGRESS WAY<br>SIDNEY OH 45365 | Creditor ID: 7277-01<br>PLAYTEX MANUFACTURING INC.<br>6 RESEARCH DRIVE<br>SHELTON CT 06484 |
| Creditor ID: 16745-01<br>PLAYTEX(KANE)<br>6 KANE LANE<br>(STAUFFER INDUSTRIAL PARK)<br>TAYLOR PA 18517 | Creditor ID: 1720-01<br>PLAZE INC<br>105 BOLTE LANE BUIDLING # 2<br>SAINT CLAIR MO 63077 | Creditor ID: 12146-01<br>PLEASANT HILL RECYCLING<br>1320 GALAXY WAY<br>CONCORD CA 94520 |
| Creditor ID: 15226-01<br>PLEASANT HILL VENEER<br>617 SOUTH MAIN STREET<br>PLESANT HILL MO 64080 | Creditor ID: 5983-01<br>PLEASANT HOLLOW TRADING INC.<br>DBA MS SERVICES LTD<br>1190 LINCOLN AVE SUITE#2<br>SAN JOSE CA 95125 | Creditor ID: 10337-01<br>PLEASANT VALLEY FARMS<br>13459 DODGE VALLEY ROAD<br>MT VERNON WA 98273 |
| Creditor ID: 15227-01<br>PLEXI FAB INC.<br>1142 E ELM AVE<br>FULLERTON CA 92831 | Creditor ID: 11441-01<br>PLG SOLUTIONS<br>125 DELAWANNA AVENUE<br>CLIFTON NJ 07014 | Creditor ID: 5984-01<br>PLH PRODUCTS INC.<br>6655 KNOTT AVE.<br>BUENA PARK CA 90620 |
| Creditor ID: 1721-01<br>PLOW & HEARTH LLC.<br>7021 WOLFTOWN HOOD ROAD<br>MADISON VA 22727 | Creditor ID: 3562-01<br>PLUMERIDGE<br>403 E.ARROW HWY, SUITE 308<br>SAN DIMAS CA 91773 | Creditor ID: 3563-01<br>PLUS MARK, INC.<br>HIGHWAY 11E NORTH AMERICAN ROAD<br>AFTON TN 37616 |
| Creditor ID: 12147-01<br>PLYWOOD SOURCE, LLC<br>8939 S. SEPULVEDA BLVD. STE 102<br>LOS ANGELES CA 90045 | Creditor ID: 3564-01<br>PLYWOOD SPECIALTIES INC.<br>901 EAST GRAND STREET<br>ELIZABETH NJ 07201 | Creditor ID: 15228-01<br>PM SALES, LLC<br>7 HAELIG CT<br>BRIDGEWATER NJ 08807 |
| Creditor ID: 16746-01<br>PMC AMERICA, INC.<br>600 E. WASHINGTON BLVD.  W-15<br>LOS ANGELES CA 90015 | Creditor ID: 16747-01<br>PMI INDUSTRIAL INC.<br>160 HAYES INDUSTRIAL DRIVE<br>MARIETTA GA 30062 | Creditor ID: 15229-01<br>PMI NUTRITION INTERNATIONAL, LLC<br>3605 132ND AVE. S.E. SUITE 402<br>BELLEVUE WA 98006 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15230-01<br>PMK INTERNATIONAL LLC<br>1107 SW GRADY WAY, BLDG B, STE 120<br>RENTON WA 98057 | Creditor ID: 16748-01<br>PMP FERMENTATION PRODUCTS, INC.<br>900 N.E. ADAMS STREET<br>EMBASSY OF MALAYSIA<br>PEORIA IL 61603 | Creditor ID: 1722-01<br>PMP INDUSTRIES INC.<br>4460 LAKE FOREST DR. SUITE 228<br>BLUE ASH OH 45242 |
| Creditor ID: 11442-01<br>PMT BROKERAGE DIVISION<br>3495 VIADUCT S.W.<br>GRANDVILLE MI 49418 | Creditor ID: 10338-01<br>PNC BANK<br>2 TOWER CENTER BLVD, 23RD FL<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 9829-01<br>PNC BANK TRADE SERVICES OPERATION<br>505 THURNALL STREET 4TH FLOOR,<br>EDISON NJ 08837 |
| Creditor ID: 16749-01<br>PNGL USA INC<br>17101 S. CENTRAL AVE<br>UNITIK CARSON INDUSTRIAL CENTER<br>CARSON CA 90746 | Creditor ID: 1723-01<br>PNGL USA INC.<br>330 HENDRICKSON AVE.<br>LYNBROOK NY 11563 | Creditor ID: 5985-01<br>PNK BESCO, INC.<br>3120 "G" STREET<br>OMAHA NE 68107 |
| Creditor ID: 3565-01<br>PNP LINE INC<br>277 LODI ST. UNIT 9<br>HACKENSACK NJ 07601 | Creditor ID: 3566-01<br>PNS STORES, INC.<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 | Creditor ID: 15231-01<br>POCANTICO RESOURCES INC.<br>55 S. BROADWAY, SUITE 1<br>TARRYTOWN NY 10591 |
| Creditor ID: 16750-01<br>POCAS INTERNATIONAL<br>11500 SOUTH MAIN ST., SUITE 16<br>HOUSTON TX 77025 | Creditor ID: 1724-01<br>POCAS INTERNATIONAL CORP.<br>734 GRAND AVE, UNIT A<br>RIDGEFIELD NJ 07657 | Creditor ID: 1725-01<br>POHL INC. OF AMERICA<br>6161 WEST DOUBLE EAGLE CIRCLE<br>WEST VALLEY CITY UT 84118 |
| Creditor ID: 9830-01<br>POINT RICHMOND GRANITE,MARBLE TILE & COMPANY<br>250 S GARRARD BLVD.,<br>RICHMOND CA 94801-2001 | Creditor ID: 12148-01<br>POINT USA RESOURCE INC.<br>17706 DE ORO PLACE<br>CERRITOS CA 90703 | Creditor ID: 4070-01<br>POLAR BAY FOODS, INC<br>1750 112TH AVENUE NE, SUITE C236<br>BELLVUE WA 98004 |
| Creditor ID: 1726-01<br>POLAR DESIGN<br>1306 ALTARUS BOISE, ID<br>BOISE ID 83702 | Creditor ID: 7278-01<br>POLAR SHADES<br>520 EAST SUNSET ROAD<br>HENDERSON NV 89011 | Creditor ID: 5986-01<br>POLARIS INDUSTRIES<br>1225 HWY 169 N<br>MINNEAPOLIS MN 55441-5078 |
| Creditor ID: 4071-01<br>POLARIS INDUSTRIES INC<br>POLARIS WAREHOUSE 17,<br>2224 TERRITORIAL ROAD<br>ST. PAUL MN 55144 | Creditor ID: 4072-01<br>POLARIS INDUSTRIES INC.<br>301 5TH AVENUE S.W.<br>ROSEAU MN 56751 | Creditor ID: 11443-01<br>POLARIS INDUSTRIES INC.<br>108 INDUSTRIAL DRIVE<br>OSCEOLA WI 54020 |
| Creditor ID: 16751-01<br>POLARIS INDUSTRIES INC.<br>7290 VIKING BOULEVARD<br>WYOMING MN 55092 | Creditor ID: 9831-01<br>POLARIS INDUSTRIES INC.<br>1900 HIGHWAY 71<br>SPIRIT LAKE IA 51360 | Creditor ID: 4073-01<br>POLARIS INDUSTRIES, INC<br>1997 POLARIS PARKWAY<br>VERMILLION SD 57069 |
| Creditor ID: 4915-01<br>POLARIS INDUSTRIES, INC.<br>2100 HIGHWAY 55<br>MEDINA MN 55340-9770 | Creditor ID: 1727-01<br>POLAROME INTERNATIONAL INC.<br>200 THEODORE CONRAD DRIVE<br>JERSEY CITY NJ 07305 | Creditor ID: 9832-01<br>POLCOM USA, LLC<br>10 MILFORD ROAD<br>ROCHESTER NY 14625 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15232-01
POLISH POTTERY PLUS
11 CANAAN WAY
SIMSBURY CT 06070

Creditor ID: 1728-01
POLLYCELL PACKAGING CORP
14077 STAGE ROAD
SANTA FE SPRINGS CA 90670

Creditor ID: 16752-01
POLO GROUP INTERNATIONAL
1135 GARNET AVE
SAN DIEGO CA 92109

Creditor ID: 9833-01
POLUZZI ROYALE
2120 B VEASLEY ST.
GREENSBORO NC 27404

Creditor ID: 11444-01
POLY CHEM INTERNATIONAL.
8405 NW 53 STREET - #A-203
DORAL FL 33178

Creditor ID: 15233-01
POLY EXCEL
FREEPORT CENTER
CLEARFIELD UT 84015

Creditor ID: 1729-01
POLY PAC INDUSTRIES INC.
125 SPAGNOLI RD
MELLVILLE NY 11747

Creditor ID: 16753-01
POLY UNITED INC.
11950 AIRLINE DRIVE STE. 300
HOUSTON TX 77037

Creditor ID: 10339-01
POLYALL INTERNATIONAL INC.
11943 MEADOW CREST DR
STAFFORD TX 77477

Creditor ID: 11445-01
POLYCHEM CORPORATION (MENTOR, OH)
6277 HEISLEY ROAD
MENTOR OH 44060

Creditor ID: 4074-01
POLYGAL INC.
9405 D. DUCKS LANE SUITE A
CHARLOTTE NC 28273

Creditor ID: 4075-01
POLYMER GROUP INC
1203 SOUTH CHICOPEE ROAD
BENSON NC 27504

Creditor ID: 12149-01
POLYMER ONE AMERICA CORPORATION
556 N. DIAMOND BAR BLVD. SUITE 204
DIAMOND BAR CA 91765

Creditor ID: 16754-01
POLYMER SOLUTIONS, LLC
644 HOLLYHILL DRIVE
BRIELLE NJ 08730

Creditor ID: 4076-01
POLYMER TECHNOLOGIES
420 CORPORATE BLVD.
NEWARK DE 19702

Creditor ID: 12150-01
POLYMER TECHNOLOGY & SERVICES, LLC
2315 SOUTHPARK DR.
MURFREESBORO TN 37128

Creditor ID: 11446-01
POLYONE CORPORATION
ONE GEON CENTER
AVON LAKE OH 44012

Creditor ID: 1730-01
POLYONE DESIGNED STRUCTURES AND SOLUTIONS
33587 WALKER ROAD
AVON LAKE OH 44012

Creditor ID: 1731-01
POLYPLEX (AMERICAS) INC.
12200 FORD, SUITE A-210
FARMERS BRANCH TX 75234

Creditor ID: 16755-01
POLYSOURCE LLC.
1003 INDUSTRIAL DRIVE
PLEASANT HILL MO 64080

Creditor ID: 1732-01
POLYTEX USA LTD.
237 BOLING INDUSTRIAL WAY
CALHOUN GA 30701

Creditor ID: 5987-01
POLYTRADE INTERNATIONAL INC.
3040 GATEWAY BOULEVARD
POMPANO BEACH FL 33069

Creditor ID: 9834-01
POLYWIN CORPORATION
1111 CORPORATE CENTER DRIVE. #206
MONTEREY PARK CA 91754

Creditor ID: 1733-01
POM WONDERFUL LLC.
11444 W. OLYMPIC BLVD. SUITE 210
LOS ANGELES CA 90064

Creditor ID: 9835-01
POMI USA INC.
253 MAIN STREET, SUITE 380
MATAWAN NJ 07747

Creditor ID: 15234-01
POMONA JUICE CORP, INC
8440 NORTH MILLBROOK AVE. #140
FRESNO CA 93720

Creditor ID: 17526-01
PONG CHIEN TRADING
1105 METROPOLITAN AVENUE
BROOKLYN NY 11211

Creditor ID: 5988-01
PONICA INDUSTRIES CORP
125 KLUG CIRCLE
CORONA CA 92880

Creditor ID: 4077-01
PONY SPA BOOTH 4662 HALL E THE CLEAN SHOW
2013 MORIAL CONVENTION CENTER
100 CONVENTION CENTER BLVD
NEW ORLEANS LA 70130

Creditor ID: 4078-01
PONY TOOLS INC.
404 NORTH ARMOUR STREET
CHICAGO IL 60642

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15235-01
PONY WORLD FARM
27855 SW GARLAND ROAD
SHERWOOD OR 97140

Creditor ID: 4916-01
POOF APPAREL CORP
1407 BROADWAY SUITE 900
NEW YORK NY 10018

Creditor ID: 4079-01
POOLMASTER
770 W. DEL PASO ROAD
SACRAMENTO CA 95834

Creditor ID: 11447-01
POOLSIDE PINEAPPLE, INC
581 E.SUNSET ROAD
HENDERSON NV 89011

Creditor ID: 7971-01
POONGSAN AMERICA CORPORATION
601 S. FIGUEROA STREET, SUITE 4600
LOS ANGELES CA 90017

Creditor ID: 4080-01
POP & NEON PRODUCTIONS
3463 GRAPEVINE ST.
MIRA LOMA CA 91752

Creditor ID: 4081-01
POP ROCKS INC.
THREE DUNWOODY PARK SUITE 128
ATLANTA GA 30338

Creditor ID: 4082-01
POPE & TALBOT, INC.
1500 SW FIRST AVENUE, SUITE 200
PORTLAND OR 97201

Creditor ID: 5989-01
POPP FOREST PRODUCTS
13199 THOMA ROAD
LAKE OSWEGO OR 97034

Creditor ID: 15236-01
POPULAR BATH PRODUCTS
808 GEORGIA AVE.
BROOKLYN NY 11207

Creditor ID: 16756-01
POPULAR IMPORTS
661 HADLEY RD. P.O. BOX 836
SOUTH PLAINFIELD NJ 07080

Creditor ID: 12151-01
PORCELANOSA
1455 S. ALLEC STREET
ANAHEIM CA 92805

Creditor ID: 1734-01
PORCELANOSA FLORIDA CORP.
8700 N.W. 13TH TERRACE
MIAMI FL 33172

Creditor ID: 15237-01
PORCELANOSA MARYLAND INC
725 ROCKVILLE PIKE
ROCKVILLE MD 20852

Creditor ID: 17527-01
PORCELANOSA NEW JERSEY INC.
600 RTE 17
NORTH RAMSEY NJ 07446

Creditor ID: 12152-01
PORCELANOSA NEW YORK INC.
1970 NEW HIGHWAY
FARMINGTON NY 11735-1102

Creditor ID: 15238-01
PORCELANOSA SAN FRANCISCO INC
391 E. BROKAW ROAD
SAN JOSE CA 95112

Creditor ID: 4083-01
PORCELANOSA TEXAS CORP.
11639 EMERALD ST. SUITE 100
DALLAS TX 75229

Creditor ID: 4084-01
PORCHER
6615 WEST BOSTON STREET
CHANDLER AZ 85226

Creditor ID: 4085-01
PORKY PRODUCTS INC.
5230 LAS VIRGENES ROAD, SUITE 275
CALABASAS CA 91302

Creditor ID: 12153-01
PORT AIR CARGO INTERN. GROUP
8300 N.W. 14TH STREET
MIAMI FL 33126

Creditor ID: 15239-01
PORT AIR EXPRESS
1154 54TH ST.
BROOKLYN NY 11219

Creditor ID: 11448-01
PORT FORWARDING, INC.
152-72 ROCKAWAY BOULEVARD
JAMAICA NY 11434

Creditor ID: 19130-97
PORT OF HOUSTON AUTHORITY (HOU/GLS)
111 EAST LOOP NORTH
HOUSTON TX 77029

Creditor ID: 1735-01
PORT ROYAL SALES
95 FROELICH FARM BLVD
WOODBURRY NY 11797

Creditor ID: 7279-01
PORT TO PORT IMPORTS, INC.
27420 AVENUE SCOTT UNIT D
VALENCIA CA 91355

Creditor ID: 1736-01
PORT WOOD INTERNATIONAL, INC
337 W.35TH STREET,SUITE B
NATIONAL CITY CA 91950

Creditor ID: 7972-01
PORT-A-COOL
709 SOUTH VIEW CIRCLE
CENTER TX 75935

Creditor ID: 15240-01
PORTAGE PRECISION POLYMERS, INC.
215 WEST LAKE STREET
RAVENNA OH 44266

Creditor ID: 7973-01
PORTER WALLACE CORP
140 E.UNION AVENUE
EAST RUTHERFORD NJ 07073

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 11449-01
PORTFOLIO KITCHEN & HOME
8027 STATE LINE ROAD
KANSAS CITY MO 64114

Creditor ID: 19131-97
PORTLAND CONTAINER REPAIR (PDX)
8316 N LOMBARD, PMB #330
PORTLAND OR 97203-3727

Creditor ID: 15241-01
PORTLAND ENTERPRISES LLC
9180 ETCHING OVERLOOK
DULUTH GA 30338

Creditor ID: 16757-01
PORTLAND ROASTING HOLDINGS, LLC
340 SE 7TH AVENUE
PORTLAND OR 97214

Creditor ID: 11450-01
PORTOBELLO AMERICA INC
1205 NORTH MILLER
ANAHEIM CA 92806

Creditor ID: 12154-01
PORTOBELLO AMERICA INC
2122 FELVER COURT
RAHWAY NJ 07065

Creditor ID: 19132-97
PORTS AMERICA CHESAPEAKE, LLC
2200 BROENING HIGHWAY, STE 100
BALTIMORE MD 21224

Creditor ID: 19133-97
PORTS AMERICA GROUP INC
C/O HOLLAND & KNIGHT LLP
ARTHUR ROSENBURG, BARBRA PARLIN
31 WEST 52ND ST
NEW YORK NY 10019

Creditor ID: 4086-01
POST TOOL
135 AMERICAN LEGION HIGHWAY
REVERE MA 02151

Creditor ID: 15242-01
POTASH IMPORT + CHEMICAL CORP.
201 EAST 42ND STREET
NEW YORK NY 10017

Creditor ID: 9762-01
POTATO PRODUCTS OF IDAHO
398 N YELLOWSTONE HWY/PC BOX 617
RIGBY ID 83442

Creditor ID: 1738-01
POTENTIAL INDUSTRIES INC.
922 EAST E STREET
WILMINGTON CA 90744

Creditor ID: 5990-01
POTSDAM SPECIALTY PAPER INC.
547A SISSONVILLE ROAD
POTSDAM NY 13676

Creditor ID: 4087-01
POTTER ROEMER LLC
17451 HURLEY STREET
CITY OF INDUSTRY CA 91744

Creditor ID: 12155-01
POTTERY KING
55 ROUTE 25
MIDDLE ISLAND NY 11953

Creditor ID: 1739-01
POUNDEX FURNITURE
70 NEWFIELD AVE
EDISON NJ 08837

Creditor ID: 4088-01
POW WOW PRODUCTS INC
927 LINCOLN ROAD,SUITE 200
MIAMI FL 33139

Creditor ID: 4089-01
POWELL & POWELL SUPPLY CO., INC
1730 FIVE POINTS LANE
FUQUAY-VARINA NC 27526

Creditor ID: 7974-01
POWELL & POWELL SUPPLY CO., INC.
402 MCKINNEY PKWY
LILLINGTON NC 27546

Creditor ID: 16758-01
POWELL & POWELL SUPPLY CO.,INC.
14401 INDUSTRY CIRCLE
LA MIRADA CA 90638-5812

Creditor ID: 7975-01
POWELL CO
8631 HAYDEN PLACE
CULVER CITY CA 90232

Creditor ID: 10340-01
POWER ACOUSTIK ELECTRONICS
1550 S. MAPLE AVENUE
MONTEBELLO CA 90640

Creditor ID: 11451-01
POWER HOUSE
182-16 147TH AVE.  ROOM 208
SPRINGFIELD GARDENS NY 11413

Creditor ID: 12156-01
POWER ORGANICS INC.
301 S OLD STAGE ROAD
MOUNT SHASTA CA 96067

Creditor ID: 1740-01
POWER PARTNERS,INC.
200 NEWTON BRIDGE ROAD
ATHENS GA 30607

Creditor ID: 7976-01
POWER SELLES IMPORTS,  LLC
12407 MUKILTEO SPEEDWAY STE B-245
LYNNWOOD WA 98087

Creditor ID: 16759-01
POWER SLOT
1805 S. WILMINGTON AVE.
COMPTON CA 90220

Creditor ID: 15243-01
POWER SONIC
7550 PANASONIC WAY
SAN DIEGO CA 92154

Creditor ID: 11452-01
POWERCHEM TECHNOLOGY, LLC
2555 BUSINESS PARKWAY, STE 101
MINDEN NV 89423

Creditor ID: 16760-01
POWERHOUSE TECHNOLOGY INC.
5605 ROUTE 96
FARMINGTON NY 14425

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 11453-01
POWERLINE IMPORT INC.
77 MORGAN AVENUE
BROOKLYN NY 11237

Creditor ID: 12157-01
POWERMAT USA LLC
3000 PONTIAC TRAIL
COMMERCE TOWNSHIP MI 48390

Creditor ID: 16761-01
POWERPACK LLC
10613 STRAW FLOWER DRIVE
AUSTIN TX 78733

Creditor ID: 7977-01
POWERSEAL PIPELINE PRODUCTS
701 PLEASANT VIEW DR.
WICHITA FALL TX 76306

Creditor ID: 1741-01
POWERSTATION
315 HAWKINS ROAD
TRAVELERS REST SC 29690

Creditor ID: 7280-01
POWERTEC INC.
2100 E. ARTESIA BLVD.
LONG BEACH CA 90805

Creditor ID: 5991-01
POWERTECH AMERICA
400 GALLERIA OFFICENTRE STE 515
SOUTHFIELD MI 48034

Creditor ID: 11454-01
POWERTECH INC.
630 CAROB STREET
COMPTON CA 90220

Creditor ID: 16762-01
POWERTRANS FREIGHT SYSTEMS INC.
2801 NW 74TH AVENUE SUITE#226
MIAMI FL 33122

Creditor ID: 15244-01
POWERTRONIX CORPORATION
1120 CHESS DRIVE
FOSTER CITY CA 94404

Creditor ID: 1742-01
POWIN CORPORATION
20550 SW 115TH AVE
TUALATIN OR 97062

Creditor ID: 16763-01
POWIN ENERGY
20550 SW 115TH AVE
TUALATIN OR 97062

Creditor ID: 1743-01
POWMET INC.
2625 SEWELL ST
ROCKFORD IL 61109

Creditor ID: 11455-01
POY HOLDING INC.
141 LANZA AVE
GARFIELD NJ 07026

Creditor ID: 15245-01
PPD RESTORATION
1779 SW 7TH AVE., POMPANO BEACH, FL
POMPANO BEACH FL 33060

Creditor ID: 5992-01
PPG AUTO GLASS LLC
4201 SIERRA POINT DR., STE. 104
SACRAMENTO CA 95834

Creditor ID: 4090-01
PPG INDUSTRIES
13720 MAGNOLIA AVENUE
CHINO CA 91710

Creditor ID: 4091-01
PPG INDUSTRIES INC
4829 FAIRLAND ROAD
BARBERTON OH 44203-3905

Creditor ID: 5993-01
PPG INDUSTRIES INC.
WORKS # 53 RTE CHURCH RD
LEXINGTON NC 27213

Creditor ID: 18571-01
PPG INDUSTRIES INC.
940 WASHURN SWITCH ROAD
SHELBY NC 28150

Creditor ID: 4092-01
PPG INDUSTRIES, INC
ONE PPG PLACE
PITTSBURGH PA 15272

Creditor ID: 11456-01
PPG INDUSTRIES, INC.
14800 EMERY AVENUE
CLEVELAND OH 44135

Creditor ID: 1744-01
PPG INDUSTRIES, INC.
10800 SOUTH 13TH STREET
OAK CREEK WI 53154

Creditor ID: 5994-01
PPG INDUSTRIES, INC.
109 PPG ROAD
GREENSBORO NC 27409

Creditor ID: 18572-01
PPG INDUSTRIES, INC. (CHILLICOTHE, OH)
850 SOUTHERN AVENUE (WORK #29)
CHILLICOTHE OH 45601

Creditor ID: 4093-01
PPG INDUSTRIES,INC.
3401 NAVIGATION NETWORK BLVD.
HOUSTON TX 77003

Creditor ID: 15246-01
PPI - PRECISION PULLEY & IDLER
300 SE 14TH STREET
PELLA IA 50219

Creditor ID: 5995-01
PPI INTERNATIONAL
9047 RIDGEVIEW CIRCLE W.
UNIVERSITY PLACE WA 98466

Creditor ID: 1745-01
PPL MONTANA, LLC
580 WILLOW AVENUE
COLSTRIP MT 59323

Creditor ID: 1746-01
PPR DIRECT MARKETIING
1601 FISKE PLACE
OXNARD CA 93033

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1747-01<br>PPS INTERNATIONAL<br>15525 BONSAI WAY, TUSTIN, CA 92782<br>TUSTIN CA 92782 | Creditor ID: 11457-01<br>PPS INT'L<br>2125 CENTER AVE<br>FORT LEE NJ 07024 | Creditor ID: 1748-01<br>PRABIR DAS<br>4849 KNAPP WAY<br>CARMICHAEL CA 95608 |
| Creditor ID: 12158-01<br>PRADA USA CORP.<br>610 WEST 52ND STREET<br>NEW YORK NY 10019 | Creditor ID: 11458-01<br>PRAGA HOHEMIA COLLECTION<br>618 E. COLORADO STREET<br>GLENDALE CA 91205 | Creditor ID: 5996-01<br>PRAGMA BED<br>94 COUNTY LINE ROAD<br>COLMAR PA 18915 |
| Creditor ID: 7978-01<br>PRAIRIE CREEK GRAIN<br>29400 SOUTH ROUTE 53<br>ELWOOD IL 60421 | Creditor ID: 5997-01<br>PRAIRIE MALT LIMITED (BIGGAR, SK)<br>602 4TH AVE. EAST<br>BIGGAR SK S0K - 0M0<br>CANADA | Creditor ID: 4094-01<br>PRAIRIE MALT LIMITED(SOK OMO)<br>604 4TH AVE E<br>BIGGAR SK S0K 0M0<br>CANADA |
| Creditor ID: 16765-01<br>PRALUMEX, INC.<br>20450 E. WALNUT DR.<br>WALUNT CA 91789 | Creditor ID: 7281-01<br>PRAMAC AMERICA LLC<br>1300 GRESHAM ROAD<br>MARIETTA GA 30062 | Creditor ID: 1749-01<br>PRAMAC AMERICA, LLC.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 |
| Creditor ID: 4095-01<br>PRAXAIR INC.<br>1585 SAWDUST RD. SUITE 300<br>THE WOODLANDS TX 77380 | Creditor ID: 7979-01<br>PRAXAIR INC.<br>175 EAST PARK DR.<br>TONAWANDA NY 14150 | Creditor ID: 16766-01<br>PRAXAIR, INC.<br>I-40 & GRIFFITH ROAD<br>KINGMAN AZ 86401 |
| Creditor ID: 1750-01<br>PRAYON INC<br>1610 MARVIN GRIFFIN ROAD<br>AUGUSTA GA 30906 | Creditor ID: 17528-01<br>PRECIOSA USA<br>145 SAW MILL RIVER ROAD - SUITE 2 -<br>YONKERS NY 10701 | Creditor ID: 12159-01<br>PRECIOUS INTERNATIONAL TRADE, INC<br>2707 E VALLEY BLVD, UNIT 300<br>WEST COVINA CA 91792 |
| Creditor ID: 5998-01<br>PRECIOUS INTERNATIONAL TRADING INC<br>7010 18TH AVE<br>BROOKLYN NY 11204 | Creditor ID: 11459-01<br>PRECISION MARBLE & GRANITE<br>803 SHREWSBURY AVE<br>SHREWSBURY NJ 07702 | Creditor ID: 1751-01<br>PRECISION MARBLE & GRANITE<br>29 VANDERBURG RD.<br>MARLBORO NJ 07746 |
| Creditor ID: 11460-01<br>PRECISION MEASUREMENT INTERNATIONAL<br>36500 FORD ROAD, SUITE 192<br>WESTLAND MI 48185 | Creditor ID: 5999-01<br>PRECISION POLYMER CORPORATION<br>625 3RD STREET, UNIT E<br>GREELEY CO 80631 | Creditor ID: 11461-01<br>PRECISION ROLLED PRODUCTS, INC<br>306 COLUMBIA TURNPIKE<br>FLORHMAN NJ 07932 |
| Creditor ID: 1752-01<br>PRECISION SALES<br>9503 DITMAS AVE.<br>BROOKLYN NY 11236 | Creditor ID: 6000-01<br>PRECISION SEED AND GRAIN<br>9768 MILL-JEFF ROAD<br>JEFFERSONVILLE OH 43128 | Creditor ID: 6001-01<br>PRECISION SOYA (IL)<br>1009 NORTH JOHN PO BOX 79<br>FARMER CITY IL 61842 |
| Creditor ID: 4096-01<br>PRECISION STONE WORKS<br>6960 N.W. 42ST ST.<br>MIAMI FL 33166 | Creditor ID: 15247-01<br>PRECOR STRENGTH INCORPORATED<br>5704 MILLSTREAM ROAD<br>WHITSETT NC 27377 | Creditor ID: 4917-01<br>PRECOR USA A DIVISION OF AMER SPORTS<br>20031 142ND AVENUE NE,<br>P.O. BOX 7202<br>WOODINVILLE WA 98072 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

Creditor ID: 1753-01
PREFERRED AIRPARTS, LLC.
11234 HACKETT ROAD
APPLE CREEK OH 44636

Creditor ID: 1754-01
PREFERRED FREEZER SERVICE LOS ANGELES
3100 E. WASHINGTON BLVD.
LOS ANGELES CA 90023

Creditor ID: 16767-01
PREFERRED FREEZER SERVICES
571 PARAMOUNT DRIVE
RAYNHAM MA 02767

Creditor ID: 15248-01
PREFERRED FREEZER SERVICES
231 ELM STREET
PERTH AMBOY NJ 08861

Creditor ID: 11462-01
PREFERRED POWER INC.
6905-A NORTHPARK BLVD.
CHARLOTTE NC 28216

Creditor ID: 6002-01
PREGEL AMERICA, INC
4450 FORTUNE AVENUE NW
CHARLOTTE NC 28027

Creditor ID: 12160-01
PREHANGERS SUPPLY CORP
400 AGPAR DRIVE, UNIT G
SOMERSET NJ 08873

Creditor ID: 11463-01
PREM SALES LTD
6201 AVENUE A
LUBBOCK TX 79404

Creditor ID: 4097-01
PREMIER CITRUS MKGT. LLC
625 66TH AVENUE, SOUTHWEST
VERO BEACH FL 32968

Creditor ID: 1755-01
PREMIER FOAM
374 CORINTH ROAD
NEWNAN GA 30263

Creditor ID: 15249-01
PREMIER FOOD USA, INC
1982 NW 82ND AVE, MIAMI, FL
MIAMI FL 33166

Creditor ID: 4098-01
PREMIER PACIFIC SEAFOODS
111 WEST HARRISON STREET
SEATTLE WA 98119

Creditor ID: 7980-01
PREMIER PAINT ROLLER CO, LLC
20224 SW TETON AVENUE
TUALATIN OR 97062

Creditor ID: 6003-01
PREMIER PAINT ROLLER CO, LLC
13111 ATLANTIC AVENUE
RICHMOND HILL NY 11418-3305

Creditor ID: 4099-01
PREMIER PAPER & FIBERS
12459 LUCILLE STREET
LOS ANGELES CA 90066

Creditor ID: 1756-01
PREMIER SHIPPERS ASSOCIATION
240 FRISCH COURT, SUITE #6
PARAMUS NJ 07652

Creditor ID: 16768-01
PREMIER SHIPPERS ASSOCIATION
(UNDER ARMOUR, INC.)
1020 HULL ST 3RD FLOOR
BALTIMORE MD 21230-2080

Creditor ID: 12161-01
PREMIERE DISTRIBUTING
9131 BOND
OVERLAND PARK KS 66214

Creditor ID: 6004-01
PREMIUM FOODS USA INC.
37-29,33 RD STREET
LONG ISLAND CITY NY 11101

Creditor ID: 12162-01
PREMIUM GOLD FOODS, L.L.C.
7000 BEECRASS ROAD SUITE 350
AUSTIN TX 78746

Creditor ID: 1757-01
PREMIUM HOME CONTROL SOLUTIONS LLC
7362 REMCON CIRCLE
EL PASO TX 79912

Creditor ID: 9763-01
PREMIUM INGREDIENTS
285 E. FULLERTON AVE
CAROL STREAM IL 60188

Creditor ID: 12163-01
PREMIUM INGREDIENTS
1081 SESAME SR
FRANKLIN PARK IL 60131

Creditor ID: 1758-01
PREMIUM MOLASSES
1056 EAST WILSON AVENUE
LOMBARD IL 60148

Creditor ID: 4100-01
PREMIUM PEANUT, LLC
311 BARRINGTON ROAD
DOUGLAS GA 31535

Creditor ID: 7981-01
PREMIUM STONE INC
48-05 25TH AVENUE
ASTORIA NY 11103

Creditor ID: 4101-01
PRESENTACION CONCHA BILLINGTON
5090 W CHARLES ST.
MERIDIAN ID 83646

Creditor ID: 12164-01
PRESIDENTIAL FURNITURE INC.
2325 COTTONWOOD AVE
RIVERSIDE CA 92508

Creditor ID: 4102-01
PRESIDIO PAPER COMPANY
1390 WALLER STREET
SAN FRANCISCO CA 94117

Creditor ID: 4103-01
PRESSA AGRI
5335 S.W. MEADOWS ROAD #366
LAKE OSWEGO OR 97035

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12165-01<br>PRESSA HAY & AG. INC.<br>1500 NW BETHANY BLVD., #200<br>BEAVERTON OR 97006 | Creditor ID: 1759-01<br>PRESTANCE CORP.<br>FOURTH AVE., SUITE 1280<br>SEATTLE WA 98121 | Creditor ID: 15352-01<br>PRESTIGE DESIGNS (SERMABEL CORP)<br>3002 COMMERCIAL AVENUE<br>NORTHBROOK IL 60062 |
| Creditor ID: 4104-01<br>PRESTIGE EQUIPMENT CORPORATION<br>35 PINELAWN ROAD<br>MELVILLE NY 11747 | Creditor ID: 7982-01<br>PRESTIGE FABRICATORS, INC<br>905 NC HIGHWAY 49 SOUTH<br>ASHEBORO NC 27205 | Creditor ID: 17529-01<br>PRESTIGE MOTORS OF SOUTH EAST, INC.<br>1271 MACKINTOSH PARK NORTHWEST<br>ATLANTA GA 30318 |
| Creditor ID: 6005-01<br>PRESTIGE TECHNOLOGY CORPORATION<br>1101 SOUTH ROGERS CIRCLE, SUITE 1<br>BOCA RATON FL 33487 | Creditor ID: 6006-01<br>PRESTIGE WINE GROUP<br>1999 SHEPARD ROAD<br>SAINT PAUL MN 55116 | Creditor ID: 15353-01<br>PRESTIGE WINE IMPORTS<br>5 WEST 19TH STREET FOURTH<br>NEW YORK NY 10011 |
| Creditor ID: 4105-01<br>PRESTO PRODUCTS COMPANY<br>P. O. BOX 2399<br>APPLETON WI 54912-2399 | Creditor ID: 1760-01<br>PRESTON FARMS, LLC.<br>3055 WEST BRADFORD ROAD, NE<br>PALMYRA IN 47164 | Creditor ID: 11464-01<br>PREVENTIVE CARE, INC<br>15215 BOULDER TRAIL<br>ROSEMOUNT MN 55068 |
| Creditor ID: 1761-01<br>PRICE & PIERCE<br>301 TRESSER BLVD<br>STAMFORD CT 06901 | Creditor ID: 4106-01<br>PRICE & PIERCE INTERNATIONAL<br>99 PARK AVENUE, 10TH FLOOR<br>NEW YORK NY 10016 | Creditor ID: 7983-01<br>PRICE & SMITH INC.<br>890 TOWN CLOCK PLAZA<br>DUBUQUE IA 52001 |
| Creditor ID: 4107-01<br>PRICE AND PIERCE<br>5928 SOUTH MALTA  AVENUE<br>LOS ANGELES CA 90040 | Creditor ID: 16769-01<br>PRICE BROS. EQUIPMENT COMPANY<br>619 SOUTH WASHINGTON<br>WICHITA KS 67201 | Creditor ID: 11465-01<br>PRICE PFISTER<br>1815 WEST POINTE DRIVE<br>CHARLOTTE NC 28214 |
| Creditor ID: 9764-01<br>PRICE PFISTER, INC.<br>19701 DA VINCI<br>FOOTHILL RANCH CA 92610 | Creditor ID: 4108-01<br>PRICE STONE INC<br>241 TAAFFE PL STE 601<br>BROOKLYN NY 11205 | Creditor ID: 16770-01<br>PRICE WOOD PRODUCTS<br>6507 SNIDER ROAD<br>LOVELAND OH 45140 |
| Creditor ID: 12166-01<br>PRIDE AIRCRAFT INC<br>6028 CESSNA DRIVE<br>ROCKFORD IL 61109 | Creditor ID: 4109-01<br>PRIDE INTERNATIONAL<br>2200 BROENING HIGHWAY 241<br>BALTIMORE MD 21224 | Creditor ID: 15354-01<br>PRIDE MOBILITY PRODUCTS<br>182 SUSQUEHANNA AVE<br>EXETER PA 18643 |
| Creditor ID: 1762-01<br>PRIDE PRODUCTS (PS-LLC)<br>207 MAC LANE<br>KEASBEY NJ 08832 | Creditor ID: 17530-01<br>PRIDE PRODUCTS CORPORATION<br>4333 VETERANS MEMORIAL HIGHWAY<br>RONKONKOMA NY 11779 | Creditor ID: 15355-01<br>PRIMA ELECTRO NA, INC.<br>711 EAST MAIN ST<br>CHICOPEE MA 01020 |
| Creditor ID: 12167-01<br>PRIMA FOODS COMPANY<br>145 NORTH FRANKLIN TURNPIKE<br>RAMSEY NJ 07446 | Creditor ID: 15356-01<br>PRIMA GROUP, INC<br>180 RARITAN CENTER PKWY - SUITE 100<br>EDISON NJ 08817 | Creditor ID: 16771-01<br>PRIMA HOME INC<br>84-27 106TH STREET<br>RICHMOND HILL NY 11418 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1763-01<br>PRIMA NOCE PACKING<br>16461 EAST COMSTOCK ROAD<br>LINDEN CA 95236 | Creditor ID: 7984-01<br>PRIMA NORTH AMERICA INC<br>711 EAST MAIN STREET<br>CHICOPEE MA 01020 | Creditor ID: 7985-01<br>PRIMA POWER NORTH AMERICA, INC.<br>555 W. ALGONQUIN ROAD<br>ARLINGTON HEIGHTS IL 60005 |
| Creditor ID: 7986-01<br>PRIMA ROYALE ENTERPRISES LTD.<br>5288 RIVERGRADE ROAD<br>IRWIDALE CA 91706 | Creditor ID: 4110-01<br>PRIMAVERA DISTRIBUTING<br>2700 PRIVERSIDE DRIVE<br>CHATTANOOGA TN 37406 | Creditor ID: 15357-01<br>PRIMAVERA MARKETING INC.<br>16461 EAST COMSTOCK ROAD<br>LINDEN CA 95236 |
| Creditor ID: 6007-01<br>PRIMAX MANUFACTURE & TRADING, INC<br>16233 HERON AVE<br>LA MIRADA CA 90638 | Creditor ID: 12168-01<br>PRIMAX MFG & TRADING INC.<br>7709 SOMERSET BL.<br>PARAMOUNT CA 90723 | Creditor ID: 12169-01<br>PRIME HAY<br>8270 TJOSSEM ROAD<br>ELLENSBURG WA 98926 |
| Creditor ID: 6008-01<br>PRIME IMPORTS COMPANY, INC<br>2325 MANHATTAN BLVD<br>HARVEY LA 70058 | Creditor ID: 12170-01<br>PRIME INTERNATIONAL, LLC<br>1047 SOUTH 100 WEST SUITE 230<br>LOGAN UT 84321 | Creditor ID: 1764-01<br>PRIME LINE DISTRIBUTORS INC.<br>2800 SW 42ND STREET<br>FORT LAUDERDALE FL 33304 |
| Creditor ID: 4918-01<br>PRIME LINE PACKAGING BY VIPAC<br>1 ETHEL ROAD, SUITE 102A<br>EDISON NJ 08817 | Creditor ID: 11466-01<br>PRIME LOG & VENEER CORP<br>1206 DULANEY WOODS RD<br>COCKEYSVILLE MD 21030 | Creditor ID: 7987-01<br>PRIME LOGISTICS<br>8611 NW 2 ST<br>MIAMI FL 33166 |
| Creditor ID: 15358-01<br>PRIME METAL CORPORATION USA<br>635 ROUTE #52<br>WALDEN NY 12586 | Creditor ID: 15359-01<br>PRIME METALS USA INC.<br>1484 E. VALENCIA DR.<br>FULLERTON CA 92831 | Creditor ID: 15360-01<br>PRIME SOURCE, INC. (BUILDING PRODUCTS)<br>1800 JOHN CONNALLY DRIVE<br>CARROLLTON TX 75006 |
| Creditor ID: 12171-01<br>PRIME SUPPLY CORPORATION<br>7425 CHAVENELLE ROAD<br>DUBUQUE IA 50002 | Creditor ID: 15361-01<br>PRIME SUPPLY CORPORATION<br>1851 CENTRAL PL S. #122<br>KENT WA 98030 | Creditor ID: 6009-01<br>PRIME TANNING<br>20 SULLIVAN ST<br>BERWICK ME 03901-2925 |
| Creditor ID: 16772-01<br>PRIME TIME FASHIONS LLC<br>525 7TH AVE, 2ND FLR<br>NEW YORK NY 10018 | Creditor ID: 15362-01<br>PRIME WHEEL CORP.<br>17705 S, MAIN ST<br>GARDENA CA 90248 | Creditor ID: 12172-01<br>PRIME WHEEL CORPORATION<br>6250 N. HAGGERTY<br>CANTON MI 48187 |
| Creditor ID: 12173-01<br>PRIME/HOME IMPRESSIONS, LLC<br>650 SOUTH ROYAL LANE<br>COPPELL TX 75019 | Creditor ID: 6010-01<br>PRIMEBELL USA<br>222 W. LAS COLINAS BLVD STE. 1650<br>IRVING TX 75039 | Creditor ID: 15363-01<br>PRIMEGATE INTERNATIONAL, INC.<br>6910 OSLO CIRCLE, SUITE 102<br>BUENA PARK CA 90621 |
| Creditor ID: 15364-01<br>PRIMELINK SOLUTIONS, LLC<br>1350 BAYSHORE HWY SUITE 700<br>BURLINGAME CA 94010 | Creditor ID: 16773-01<br>PRIMEMODE TRADE.<br>4535 TUSCANI DR.<br>CYPRESS CA 90630 | Creditor ID: 4111-01<br>PRIMESOURCE BUILDING PRODUCTS<br>1321 GREENWAY DRIVE<br>IRVING TX 75038 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 15365-01
PRIMESOURCE BUILDING PRODUCTS
200 SUMMIT LAKE DRIVE
VALHALLA NY 10595

Creditor ID: 12640-01
PRIMETALS CO.
239 NEW ROAD, SUITE C-103
PARSIPPANY NJ 07054

Creditor ID: 15366-01
PRIMETECH GLOBAL CORPORATION
6800 JERICHO TURNPIKE SUITE 120W
SYOSSET NY 11791

Creditor ID: 4112-01
PRIMEX INTERNATIONAL
239 S. WRENN STREET, SPACE #M1412
HIGH POINT NC 27260

Creditor ID: 16774-01
PRIMEX INTERNATIONAL
5777 W. CENTURY BLVD. SUITE 876
LOS ANGELES CA 90045

Creditor ID: 16775-01
PRIMEX INTERNATIONAL TRADING CORPORATION
5777 W. CENTURY BLVD. STE 1485
LOS ANGELES CA 90045

Creditor ID: 12274-01
PRIMITIVE ARTISAN
40 PECKS RD
PITTSFIELD MA 01201

Creditor ID: 6011-01
PRIMO INTERNATIONAL
802 FRITH DR.
RIDGEWAY VA 24148

Creditor ID: 7988-01
PRIMO INTERNATIONAL
1540 EAST ACACIA
ONTARIO CA 91761

Creditor ID: 4113-01
PRIMO INTERNATIONAL INC
200 SOUTH MAIN STREET SUITE 304
HIGH POINT NC 27260

Creditor ID: 11467-01
PRINCE ARGI PRODUCTS
4816 GARDINER EXPRESSWAY
QUINCY IL 62305

Creditor ID: 11468-01
PRINCE METAL STAMPING USA INC.
1108 AIRPORT INDUSTRIAL ROAD
GADSDEN AL 35904

Creditor ID: 7989-01
PRINCE MINERALS INC.
650 BROOME STREET
MONROE NC 28110

Creditor ID: 6012-01
PRINCE SEATING CORP.
1355 ATLANTIC AVE.
BROOKLYN NY 11216

Creditor ID: 1765-01
PRINCESS HOUSE DISTRIBUTION RH
500 NORTHRIDGE PART DR
RURAL HALL NC 27045

Creditor ID: 18573-01
PRINCESS HOUSE, INC.
470 MYLES STANDISH BLVD
TAUNTON MA 02780

Creditor ID: 16776-01
PRINCETON TEC
261 US HIGHWAY 130
BORDENTOWN NJ 08505-2930

Creditor ID: 6013-01
PRINCIPE FOODS INC.
3605 LONG BEACH BLVD. SUITE 200
LONG BEACH CA 90807

Creditor ID: 11570-01
PRINTLINK BUSINESS FORMS
309 FRITZKIEPER BOULEVARD
BATTLE CREEK MI 49016

Creditor ID: 16777-01
PRIORITY IMPORT EXPORT SERVICES
11222 S LA CIENEGA BLVD STE 233
INGLEWOOD CA 90304

Creditor ID: 16778-01
PRIORITY ONE INC
3419 TRENTWODD BLVD
ORLANDO FL 32812

Creditor ID: 12275-01
PRIORITY PET PRODUCTS, INC.
120 WEBSTER STREET
PAWTUCKET RI 02861

Creditor ID: 11571-01
PRISMOS LLC
1118 EAST D ST.
TACOMA WA 98421

Creditor ID: 15367-01
PRISMVIEW LLC
1651 N 1000 W
LOGAN UT 84321

Creditor ID: 15368-01
PRN SEAFOOD INTERTRADE
1228 S.FEDERAL ST. #B
CHICAGO IL 60605

Creditor ID: 12276-01
PRO BOXING EQUIPMENT
5500 VALLEY BLVD.
LOS ANGELES CA 90023

Creditor ID: 1766-01
PRO BRAND INTERNATIONAL
1900 WEST OAK CIRCLE
MARIETTA GA 30062

Creditor ID: 4114-01
PRO MACK MINING
27 DAVIS ROAD
HAPPY CAMP CA 96039

Creditor ID: 7990-01
PRO PACK GROUP
196 COOLIDGE AVE
ENGLEWOOD NJ 07631

Creditor ID: 11572-01
PRO STONE SYSTEMS, LLC
798 PELHAM PARKWAY
PELHAM MANOR NY 10803

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11573-01<br>PRO TECT ASSOCIATES, INC.<br>2165 SHERMER ROAD, SUITE C<br>NORTHBROOK IL 60062 | Creditor ID: 18574-01<br>PRO TILE DISTRIBUTORS INC<br>230 EAST 7TH STREET<br>MOUNT VERNON NY 10550 | Creditor ID: 11574-01<br>PROACE INTERNATIONAL<br>7510 EICHLER<br>HOUSTON TX 77036 |
| Creditor ID: 16779-01<br>PROCHIMIE INTERNATIONAL INC<br>5 WATERSIDE CROSSING 3RD FLOOR<br>WINDSOR CT 06095 | Creditor ID: 11575-01<br>PROCIDA TILE IMPORTERS INC.<br>91 RODEO DR. EDGEWOOD NY 11717<br>EDGEWOOD NY 11717 | Creditor ID: 1767-01<br>PROCIDA TILE IMPORTERS, INC.<br>430 COMMACK RD.<br>DEER PARK NY 11729 |
| Creditor ID: 7991-01<br>PROCTER & GAMBLE<br>602 FAWCETT ROAD<br>WEST BRANCH IA 52358 | Creditor ID: 15370-01<br>PROCTER & GAMBLE<br>PO BOX 1209<br>CAPE GIRARDEAU MO 63702-1209 | Creditor ID: 15369-01<br>PROCTER & GAMBLE<br>6200 BRYAN PARK ROAD<br>BROWNS SUMMIT NC 27214 |
| Creditor ID: 9765-01<br>PROCTER & GAMBLE - CHI<br>2 PROCTER AND GAMBLE PLAZA, TN-8<br>CINCINNATI OH 45202 | Creditor ID: 15371-01<br>PROCTER & GAMBLE CO.<br>ONE PROCTER & GAMBLE PLAZA<br>CINCINNATI OH 45202 | Creditor ID: 11576-01<br>PROCTER & GAMBLE COMPANY<br>169 E. GRAND AVE.<br>SAINT LOUIS MO 63147 |
| Creditor ID: 12277-01<br>PROCTER & GAMBLE DISTRIBUTING LLC<br>ONE PROCTER & GAMBLE PLAZA<br>CINCINNATI OH 45202 | Creditor ID: 6014-01<br>PROCTER & GAMBLE HAIR CARE LLC<br>1 BLACHLEY<br>STANFORD CT 06902 | Creditor ID: 11577-01<br>PROCTER & GAMBLE IOWA CITY PLANT<br>2200 LOWER MUSCATINE ROAD<br>IOWA CITY IA 52240 |
| Creditor ID: 7992-01<br>PROCTER & GAMBLE MANUFACTURING CO.<br>16110 COSMOS STREET<br>MORENO VALLEY CA 92551 | Creditor ID: 6015-01<br>PROCTER & GAMBLE MEHOOPANY PLANT. *RESUBMIT*<br>ROUTE 87<br>MEHOOPANY PA 18629 | Creditor ID: 9766-01<br>PROCTER & GAMBLE PAPER PRODUCTS CO.<br>GREENSBORO PLANT 5921 SUMMIT AVE<br>BROWN SUMMIT NC 27214 |
| Creditor ID: 12278-01<br>PROCTER & GAMBLE PAPER PRODUCTS CO.<br>5921 SUMMIT AVE BROWN<br>GREENSBORO NC 27214 | Creditor ID: 15372-01<br>PROCTER AND GAMBLE (CVG)<br>8500 GOVERNOR'S HILL DRIVE<br>MAILSTOP 401<br>CINCINNATI OH 45249 | Creditor ID: 1768-01<br>PRODEX INTERNATIONAL INC.<br>36 NORTH KIN STREET, 1ST FLOOR<br>GLOUCESTER CITY NJ 08030 |
| Creditor ID: 11578-01<br>PRODOTTI MEDITERRANEI INC<br>120 EAST 42ND STREET 3RD FLOOR<br>NEW YORK NY 10017 | Creditor ID: 15373-01<br>PRODUCER'S PEANUT COMPANY<br>337 MOORE AVE.<br>P.O. BOX 250  SUFFOLK VA 23439 | Creditor ID: 6016-01<br>PRODUCTION SERVICE INTERNATIONAL INC.<br>4854 JEFFERSON MARION ROAD<br>TURNER OR 97392 |
| Creditor ID: 4919-01<br>PROFAST SUPPLY INC<br>8508 B BENJAMIN RD<br>TAMPA FL 33634 | Creditor ID: 1769-01<br>PROFESSIONAL CERAMICS<br>916-B S.E. 15 AVE<br>CAPE CORAL FL 33990 | Creditor ID: 12279-01<br>PROFESSIONAL HOSPITAL SUPPLY<br>42500 WINCHESTER ROAD<br>TEMECULA CA 92590 |
| Creditor ID: 1770-01<br>PROFESSIONAL INDUSTRIAL TIRE CO., INC.<br>1532 RIVERSIDE DRIVE<br>CHATTANOOGA TN 37406 | Creditor ID: 6017-01<br>PROFESSIONAL TAPES CORP<br>100 PRATT OVAL<br>GLEN COVE NY 11542 | Creditor ID: 12280-01<br>PROFESSIONAL TOOL PRODUCTS<br>315 HAWKINS ROAD<br>TRAVELERS REST SC 29690 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12281-01<br>PROFESSIONAL TOOL PRODUCTS .<br>999 GEER HWY<br>TRAVELERS REST SC 29690 | Creditor ID: 6018-01<br>PROFESSIONAL TRADE SUPPLY(PTS)<br>13802 E. 33RD PLACE<br>AURORA CO 80011 | Creditor ID: 11579-01<br>PROFESSIONAL TRANSPORTATION MANAGEMENT<br>3435 TENTH STREET, NORTH SUITE 302<br>NAPLES FL 34103 |
| Creditor ID: 4115-01<br>PROFESSIONAL WAREHOUSE & DISTRIBUTION<br>2117 CHARLES AVE<br>SAINT PAUL MN 55114 | Creditor ID: 15374-01<br>PROFESSOR-Q-BALL<br>2916 WATERLEAF DRIVE<br>GERMANTOWN TN 38138 | Creditor ID: 6019-01<br>PROFIT GALLERY GARMENT LIMITED<br>499 7TH AVE 19 NORTH<br>NEW YORK NY 10018 |
| Creditor ID: 4116-01<br>PROFIXTURE USA, LLC<br>92 HUFF TERRACE<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 15375-01<br>PROFOOD USA<br>15519 NE CAPLES ROAD SUITE 2<br>BRUSH PRAIRIE WA 98606-0267 | Creditor ID: 12282-01<br>PROFRUIT MARKETING INC<br>1 KALISA WAY SUITE 211<br>PARAMUS NJ 07652 |
| Creditor ID: 4117-01<br>PROFUSION FOODS INC.<br>1001 W 45TH ST SUITE C<br>CHICAGO IL 60616 | Creditor ID: 9767-01<br>PROGRESS RAIL SERVICES, RAIL<br>&TRACK WORK DIVISION<br>525 WEST PROGRESS DRIVE<br>SHERMAN TX 75092 | Creditor ID: 16780-01<br>PROGRESSIVE FURNITURE<br>502 MIDDLE STREET<br>ARCHBOLD OH 43502 |
| Creditor ID: 11580-01<br>PROGRESSIVE GROWER TECHNOLOGIES, INC.<br>31421 SW OLYMPIC DRIVE<br>WILSONVILLE OR 97070 | Creditor ID: 6020-01<br>PROGRESSIVE INTERNATIONAL CORP.<br>6111 SOUTH 220TH<br>KENT WA 98032 | Creditor ID: 11581-01<br>PROGRESSIVE PACKAGING SOLUTIONS,INC<br>3220 HANOVER DRIVE<br>MILFORD MI 48380 |
| Creditor ID: 6021-01<br>PROGRESSIVE SUSPENSION,LLC<br>6911 MARTIN CIRCLE<br>LA PALMA CA 90623 | Creditor ID: 16781-01<br>PROGRESSIVE TIRE<br>390 COMMERCE PARK, STE B<br>JACKSON MS 39216 | Creditor ID: 11582-01<br>PROJECT ONE INTERNATIONAL INC.<br>273 E. REDONDO BEACH BLVD.<br>GARDENA CA 90248 |
| Creditor ID: 4118-01<br>PROLIANCE INTERNATIONAL INC.<br>100 GANDO DR. NEW HAVEN, CT 06513<br>NEW HAVEN CT 06513 | Creditor ID: 16782-01<br>PROLIANT DAIRY INC.<br>2425 SE OAK TREE CT.<br>ANKENY IA 50021 | Creditor ID: 11583-01<br>PROLIGHT<br>4091 HELENA RD<br>HELENA AL 35080 |
| Creditor ID: 4119-01<br>PROLINE IMPORTS INC.<br>293 BREA CANYON ROAD<br>WALNUT CA 91789 | Creditor ID: 12284-01<br>PROLINE TILE DISTRIBUTORS<br>4075 LAMSON AVENUE<br>SPRING HILL FL 34608 | Creditor ID: 6022-01<br>PROLOGISTICS<br>1510 MIDWAY COURT-SUITE E108<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 4120-01<br>PROMA USA LLC<br>1000 MAIN AVE #2-F<br>CLIFTON NJ 07011 | Creditor ID: 12285-01<br>PROMISE INC.<br>1721 E. 43RD ST.<br>LOS ANGELES CA 90058 | Creditor ID: 1771-01<br>PROMITOR TRADING CORP.<br>9550 WARNER AVENUE 2ND FLOOR<br>FOUNTAIN VALLEY CA 92708 |
| Creditor ID: 12286-01<br>PROMOTION IN MOTION<br>25 COMMERCE DR<br>ALLENDALE NJ 07401 | Creditor ID: 12287-01<br>PROMOTIONS LIMITED<br>7601 DURAND AVE.<br>RACINE WI 53408 | Creditor ID: 4121-01<br>PRONTO FREIGHT SOLUTIONS INC<br>1 CROSS ISLAND PLAZA, SUITE 121<br>ROSEDALE NY 11422 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 11584-01
PROSEEDS MARKETING, INC.
13963 WESTSIDE LANE SOUTH
JEFFERSON OR 97352

Creditor ID: 15376-01
PROSPECT(USA) TRADING INC
1370 BROADWAY SUITE 1212
NEW YORK NY 10018

Creditor ID: 17531-01
PROSPERITY RESOURCES INT'?L, INC.
1080 EDWARD STREET
LINDEN NJ 07036

Creditor ID: 4122-01
PROTECTIVE INDUSTRIAL PRODUCTS (CANADA) LTD.
968 ALBANY SHAKER ROAD
LATHAM NY 12110

Creditor ID: 12288-01
PROTECTIVE INDUSTRIAL PRODUCTS INC
968 ALBANY SHAKER ROAD
LATHAM NY 12110

Creditor ID: 15377-01
PROTECTIVE INDUSTRIAL PRODUCTS INC
3531 LAMAR AVENUE
MEMPHIS TN 38118

Creditor ID: 16783-01
PROTEUS COMMODITIES INC.
THE GOTHAM BUILDING #2240
N. INTERSTATE AVENUE, SUITE #150
PORTLAND OR 97227

Creditor ID: 1772-01
PROTRADE INTERNATIONAL CORP.
P.O. BOX 2921, 8577 154TH AVE. N.E.
REDMOND WA 98052

Creditor ID: 12289-01
PROVADO INC
4452 BIBB BLVD
TUCKER GA 30084

Creditor ID: 4123-01
PROVI INTERNATIONAL CO.
30 BROOKSIDE DRIVE STE3G
GREENWICH CT 06830

Creditor ID: 16784-01
PROVIDENCE BAY FISH COMPANY INC.
189 BRIARWOOD DRIVE
WAKEFIELD RI 02879

Creditor ID: 12290-01
PROVIEW TECHNOLOGY INC.
801 SENTOUS
CITY OF INDUSTRY CA 91748

Creditor ID: 4124-01
PROVIMI NORTH AMERICA, INC.
10 COLLECTIVE WAY
BROOKVILLE OH 45309

Creditor ID: 9768-01
PROVVISTA SPECIALTY FOODS INC.
3305 NW GUAM STREET
PORTLAND OR 97210

Creditor ID: 7993-01
PROWALL BUILDING SYSTEMS
1092 JEFFERSON AVE.
CASA GRANDE AZ 85222

Creditor ID: 11585-01
PROWIN APPAREL INC
241 WEST 37TH
NEW YORK NY 10018

Creditor ID: 11586-01
PRYSMIAN POWER CABLES AND SYSTEMS USA, LLC
569 HIGHWAY 28 BYP
ABBEVILLE SC 29620

Creditor ID: 12291-01
PS BRANDS, LLC
100 WEST 33RD STREET, SUITE: 1105
NEW YORK NY 10001

Creditor ID: 6023-01
PS INTERNATIONAL, LTD
1414 RALEIGH ROAD, SUITE 205
CHAPEL HILL NC 27517

Creditor ID: 7994-01
PSC INC.
101 BAILEY STREET
MOCKSVILLE NC 27006

Creditor ID: 4125-01
PSF INTERNATIONAL CORP.
981 WOODCREEK WAY
GILROY CA 95020

Creditor ID: 12292-01
PSI LTD
401 SELVIDGE STREET
DALTON GA 30720

Creditor ID: 7995-01
PSMR TRADING INC.
7340 RIO FLORA PL
DOWNEY CA 90241-2032

Creditor ID: 6024-01
PTI INTERNATIONAL, INC
9720 TOWN PARK #17
HOUSTON TX 77036

Creditor ID: 4126-01
PTM INC.
7801 SOMERSET BLVD.
PARAMOUNT CA 90723

Creditor ID: 4127-01
PUBLIC CLOTHING COMPANY INC.,
70 TRIANGLE ROAD
CARLSTADT NJ 07072-7390

Creditor ID: 17532-01
PUGET SOUND METALS LLC
2607 EAST G STREET
TACOMA WA 98421

Creditor ID: 19134-97
PUGET SOUND PILOTS
101 STEWART ST, STE 900
SEATTLE WA 98101

Creditor ID: 7996-01
PUGET SOUND ROPE
1012 SECOND STREET
ANACORTES WA 98221

Creditor ID: 6025-01
PUGH OIL COMPANY
701 MCDOWELL ROAD
ASHEBORO NC 27205

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6026-01<br>PULASKI FURNITURE<br>301 N. MADISON AVE.<br>PULASKI VA 24301 | Creditor ID: 16785-01<br>PULASKI FURNITURE CORPORATION<br>3980 PREMIER DR. SUITE 310<br>HIGH POINT NC 27265 | Creditor ID: 1773-01<br>PULASKI FURNITURE CORPORATION<br>301 N. MADISON AVE.<br>PULASKI VA 24301 |
| Creditor ID: 1985-01<br>PULASKI FURNITURE CORPORATION.<br>ONE PULASKI SQUARE P.O. BOX 1371<br>PULASKI VA 24301-1371 | Creditor ID: 11587-01<br>PULP & PAPER, LLC<br>PO BOX 51292<br>NEW ORLEANS LA 70151 | Creditor ID: 11588-01<br>PULSAR PLASTICS<br>26TH & U.S. 50 WEST<br>CARLYLE IL 62231 |
| Creditor ID: 6027-01<br>PUMA INDUSTRIES INC.<br>1992 AIRWAYS BL.<br>MEMPHIS TN 38114 | Creditor ID: 12293-01<br>PUMA OCEAN RACING<br>1 WASHINGTON STREET<br>NEWPORT RI 02840 | Creditor ID: 6028-01<br>PUMYANG WORLDWID SHIPPING<br>20437 S. WESTERN AVENUE<br>TORRANCE CA 90501 |
| Creditor ID: 4128-01<br>PUNJAB TRADING INC<br>104 49TH ST NW, SUITE #102<br>AUBURN WA 98001 | Creditor ID: 1774-01<br>PURATOS CORPORATION<br>1941 OLD CUTHBERT ROAD<br>CHERRY HILL NJ 08034 | Creditor ID: 6029-01<br>PURCELL INTERNATIONAL<br>2499 NORTH MAIN STREET<br>WALNUT CREEK CA 94596 |
| Creditor ID: 1775-01<br>PURCELL TIRE AND RUBBER INC.<br>301 NORTH HALL STREET PO BOX 100<br>POTOSI MO 63664 | Creditor ID: 18575-01<br>PURE GROUND INGREDIENTS<br>2500 ARROWHEAD DRIVE, UNIT #1<br>CARSON CITY NV 89706 | Creditor ID: 11589-01<br>PURE LINE SEEDS, INC.<br>1700 WEST FIRST ST, P.O. BOX 746<br>WARDEN WA 98857 |
| Creditor ID: 11590-01<br>PURE POLYMERS<br>P.O. BOX 44967<br>EDEN PRAIRIE MN 55344 | Creditor ID: 11591-01<br>PURE POLYMERS LLC<br>7966 CENTURY BLVD<br>CHANHASSEN MN 55317 | Creditor ID: 15378-01<br>PURE SEAFOODS INC.<br>1370 CENTER DR. SUITE 206<br>ATLANTA GA 30338 |
| Creditor ID: 4129-01<br>PURE SWEET HONEY FARM INC<br>514 COMMERCE DRIVE PARKWAY<br>VERONA WI 53593 | Creditor ID: 15379-01<br>PUREPOLYMERS LLC<br>4571 VALLEY INDUSTRIAL BLVD<br>SOUTH SHAKOPEE MN 55379 | Creditor ID: 11592-01<br>PURITAN FURNITURE DISTRIBUTION<br>1210 SILAS DEANE HIGHWAY<br>WETHERSFIELD CT 06109 |
| Creditor ID: 15380-01<br>PURSUIT FISHING BOATS INTERNATIONAL<br>3901 ST. LUCIE BLVD.,<br>FORT PIERCE FL 34946 | Creditor ID: 10341-01<br>PURVI ENTERPRISES, INC.<br>830 CAMBRIDGE CT.<br>PASADENA CA 91107 | Creditor ID: 11593-01<br>PUSAN PLAZA MARKET<br>2370 TELEGRAPH AVENUE,<br>OAKLAND CA 94612 |
| Creditor ID: 7997-01<br>PUSATERI NUT COMPANY<br>126 4TH STREET<br>GUSTINE CA 95322 | Creditor ID: 11594-01<br>PUTUL DISTRIBUTORS INC<br>56-22 58TH STREET<br>MASPETH NY 11378 | Creditor ID: 12294-01<br>PV PEREGAN CORP.<br>28971 PALOS VERDES DR. EAST<br>RANCHO PALOS VERDES CA 90275 |
| Creditor ID: 15381-01<br>PV TRADING<br>1349 TREASURE LAKE<br>DU BOIS PA 15801 | Creditor ID: 16819-01<br>PVC TECH CORPORATION<br>1931 E. VISTA BELLA WAY<br>DOMINGUEZ HILLS CA 90220 | Creditor ID: 16820-01<br>PVH APPAREL GROUP<br>200 MADISON AVENUE<br>NEW YORK NY 10016 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 12295-01
PVH CORP.
200 MADISON AVENUE
NEW YORK NY 10016

Creditor ID: 11595-01
PVM INC.
P.O. BOX 68204
ORO VALLEY AZ 85755

Creditor ID: 15382-01
PYONGSAN AMERICA
3400 TARHEEL DR.
RALEIGH NC 27609

Creditor ID: 7282-01
PYRAMID ISLAND SEAFOODS
200 WEST THOMAS STREET, SUITE 470
SEATTLE WA 98119

Creditor ID: 11596-01
PYRAMID TRADING
6314 75TH STREET W.,
LAKEWOOD WA 98499

Creditor ID: 15383-01
PYROTECK E3 SPARK PLUGS, LLC
1108 HWY AIA NORTH,SUTTE 102 PONTE
PONTE VEDRE FL 32082

Creditor ID: 15384-01
PYUNGSOON CHONG
4631 LAKEWOOD STREET
PLEASANTON CA 94588

Creditor ID: 15487-01
Q & V POWER, INC.
2275 MICHAEL FARADAY DR # 6
SAN DIEGO CA 92154

Creditor ID: 11597-01
Q PACIFIC CONTRACT MANUFACTURING CORPORATION
20550 SW 115TH AVE
TUALATIN OR 97062

Creditor ID: 6030-01
Q.S.M. ENTERPRISES INC.
970 W. FOOTHILL BLVD.
AZUSA CA 91702

Creditor ID: 16821-01
QATAR ALUMINUM LTD
18518 S SUSANA ROAD
RANCHO DOMINGUEZ CA 90221

Creditor ID: 7998-01
QBM TRADING INTERNATIONAL INC.
14100 SE 36TH ST. SUITE 125
BELLEVUE WA 98006

Creditor ID: 11598-01
QC (US) MARKETING
740 E. CAMPBELL ROAD, STE. 470
RICHARDSON TX 75201

Creditor ID: 7999-01
QC VENEER & LOGS LLC
900 TIGHTSQUEEZE ROAD
CHATHAM VA 24531

Creditor ID: 16822-01
QCI BRITANNIC
2730 SW 3 AVE.
MIAMI FL 33129

Creditor ID: 6031-01
QI BOTANICAL TEA LTD
1750 GRANT AVENUE
BLAINE WA 98230

Creditor ID: 8000-01
QINGDAO CHANGLONG FURNITURE
& DECORATION CO., LTD.
139 WUXING ROAD
QINGDAO
CHINA

Creditor ID: 15488-01
QINS, INC.
1140 TOWN CENTER DR. #120
LAS VEGAS NV 89144

Creditor ID: 4130-01
QM-A IMPORTS / EXPORTS
5257 WACONDA ROAD, NE
BROOKS OR 97305

Creditor ID: 10342-01
QMC FOODS
2028  MARTIN AVE
SANTA CLARA CA 95050

Creditor ID: 15489-01
QMD INTERNATIONAL, INC.
800 WEST 47TH STREET, SUITE 315
KANSAS CITY MO 64112

Creditor ID: 4131-01
QMI SECURITY SOLUTIONS
1661 GLENLAKE BLVD
ITASCA IL 60143

Creditor ID: 8001-01
QPS MATERIAL INC
1020 SHARON PARK DRIVE
MENLO PARK CA 94025

Creditor ID: 11599-01
QSPAC INDUSTRIES,INC.
16716 EDWARDS ROAD
CERRITOS CA 90703

Creditor ID: 11600-01
Q-TRADE INTERNATIONAL TEAS
16205 DISTRIBUTION WAY
CERRITOS CA 90703

Creditor ID: 12296-01
QUABBIN TIMBER INC
23 MAPLE AVENUE
PO BOX 668
RUTLAND MA 01543

Creditor ID: 4132-01
QUAD GRAPHICS
100 U.S. BYPASS 60
VERSAILLES KY 40384

Creditor ID: 11601-01
QUADRIGA ART INC.
825 HYLTON ROAD
PENNSAUKEN NJ 08110

Creditor ID: 4133-01
QUAKER CITY HIDE COMPANY
25 WASHINGTON LANE SUITE 6A
WYNCOTE PA 19095

Creditor ID: 16823-01
QUALIS AUTOMOTIVE
1910 INTERNATIONAL WAY
HEBRON KY 41048-9526

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4134-01<br>QUALITA<br>4421 DELEMERE BOULEVARD<br>ROYAL OAK MI 48073 | Creditor ID: 17533-01<br>QUALITAS USA<br>3047 N.W 107 AVENUE<br>MIAMI FL 33172 | Creditor ID: 8002-01<br>QUALITY ASSURANCE, MINER ENTERPRISES INC.<br>1200 EAST SATE STREET<br>GENEVA IL 60134 |
| Creditor ID: 6032-01<br>QUALITY AUTO BODY PARTS<br>540 NORTH GRANT ST., # A<br>STOCKTON CA 95202 | Creditor ID: 11602-01<br>QUALITY CHAIN CORP.3365<br>3365 NW 215TH AVE.<br>HILLSBORO OR 97124 | Creditor ID: 12297-01<br>QUALITY CUT WOOD SPECIALTIES<br>140 FRANKLIN ST.<br>HARBOR SPRINGS MI 49740 |
| Creditor ID: 1776-01<br>QUALITY DUTCH BULBS INC.<br>13 MC FADDEN ROAD<br>EASTON PA 18045 | Creditor ID: 9769-01<br>QUALITY FROZEN FOODS, INC.<br>1663 62ND STREET<br>BROOKLYN NY 11204 | Creditor ID: 16824-01<br>QUALITY FURNITURE<br>1630 GOLDEN MILE HIGHWAY<br>MONROEVILLE PA 15146 |
| Creditor ID: 6033-01<br>QUALITY GOLD<br>500 QUALITY BLVD<br>FAIRFIELD OH 45014 | Creditor ID: 4135-01<br>QUALITY HOUSEWARES INC.<br>136 SPRING VALLEY ROAD<br>PARAMUS NJ 07652 | Creditor ID: 8003-01<br>QUALITY KING DISTRIBUTORS, INC<br>35 SAWGRASS DRIVE, SUITE 1<br>BELLPORT NY 11713 |
| Creditor ID: 1777-01<br>QUALITY NATURAL GAS.<br>1622 MAIN ST<br>CINCINNATI OH 45210 | Creditor ID: 16825-01<br>QUALITY NUT COMPANY<br>4808 YOSEMITE BLVD<br>EMPIRE CA 95319 | Creditor ID: 15490-01<br>QUALITY PORK INTERNATIONAL INC.<br>10404 F PLAZA<br>OMAHA NE 68127 |
| Creditor ID: 6034-01<br>QUALITY POWER PRODUCTS, INC.<br>427 OLD HIGHWAY 40, POB 307<br>SOLOMON KS 67480 | Creditor ID: 15491-01<br>QUALITY RECYCLING SERVICE<br>5559 TIMMONS AVE.<br>MEMPHIS TN 38119 | Creditor ID: 8004-01<br>QUALITY TILE CORP<br>2541 BOSTON RD<br>BRONX NY 10467 |
| Creditor ID: 9869-01<br>QUALITY TOWEL<br>20237 PORTSIDE DR.<br>WALNUT CA 91789 | Creditor ID: 8105-01<br>QUALITY TRADING<br>11325 EHLEN RD NE<br>AURORA OR 97020-0484 | Creditor ID: 16826-01<br>QUALITY WIRE FORMING<br>120 BRICK CHURCH ROAD<br>LEOLA PA 17540 |
| Creditor ID: 15492-01<br>QUALY-PAK SPECIALY FOODS, INC.<br>2202 SIGNAL PLACE<br>SAN PEDRO CA 90731 | Creditor ID: 6035-01<br>QUAN CHANG INT'L CO<br>135-20 40 ROAD,3ND FL.,<br>FLUSHING NY 11355 | Creditor ID: 8106-01<br>QUAN PRODUCE CO., INC.<br>1278 E. 6TH ST.<br>LOS ANGELES CA 90021 |
| Creditor ID: 1778-01<br>QUANTUM METALS (LEBANON, OH)<br>3675 TAFT DRIVE<br>LEBANON OH 45036 | Creditor ID: 16827-01<br>QUARRA STONE COMPANY<br>333 ATLOS AVE<br>MADISON WI 53714 | Creditor ID: 7283-01<br>QUARRY S/E<br>525 SOUTH FRONT ST<br>SEATTLE WA 98108 |
| Creditor ID: 12298-01<br>QUATTROBIMBI IMPORTS, INC.<br>48 LAWRIDGE DRIVE<br>PORT CHESTER NY 10573 | Creditor ID: 4136-01<br>QUE AND CASE SALES<br>190 CUMBERLAND PARK DRIVE<br>SAINT AUGUSTINE FL 32095 | Creditor ID: 16828-01<br>QUEEN APPAREL NY, INC<br>246 WEST 38TH STREET SUITE 5A<br>MANHATTAN NY 10018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15493-01<br>QUEEN CITY MANUFACTURING INC<br>2409 WHITEHAVEN ROAD<br>GRAND ISLAND NY 14072 | Creditor ID: 6036-01<br>QUEENS CROWN LTD.<br>2762 TRACY BLVD<br>TRACY CA 95376 | Creditor ID: 1986-01<br>QUEST USA CORP<br>495 FLATBUSH AVE BROOKLYN<br>BROOKLYN NY 11225 |
| Creditor ID: 16829-01<br>QUETICO LLC<br>5521 SCHAEFFER AVENUE<br>CHINO CA 91710 | Creditor ID: 15494-01<br>QUICK DRY FOODS USA<br>977 NORTHPOINT BOULEVARD<br>WAUKEGAN IL 60085 | Creditor ID: 15495-01<br>QUICK TURN IMPORTS<br>1407 BROADWAY SUITE 1602<br>NEW YORK NY 10018 |
| Creditor ID: 8107-01<br>QUICKIE MANUFACTURING CO.<br>1150 TAYLORS LANE<br>CINNAMINSON NJ 08077 | Creditor ID: 4137-01<br>QUIETFLEX MANUFACTURING L.P.<br>4518 BRITTMORE AVE.<br>HOUSTON TX 77041 | Creditor ID: 6037-01<br>QUIETSIDE CORP.<br>8750 PIONEER BLVD.SANTA FE<br>SPRINGS CA 90670 |
| Creditor ID: 1779-01<br>QUIETSIDE CORPORTION TEXAS<br>3051 NORTHERN CROSS BLVD,  BLDG.C<br>FORT WORTH TX 76137 | Creditor ID: 1987-01<br>QUIETSIDE LLC.<br>776 HENRIETTA CREEK ROAD, SUITE 100<br>ROANOKE TX 76262 | Creditor ID: 11703-01<br>QUIKSILVER AMERICA INC.<br>5600 ARGOSY CIRCLE #100<br>HUNTINGTON BEACH CA 92649 |
| Creditor ID: 16830-01<br>QUINTESSENTIAL WINES<br>1310 SECOND ST<br>NAPA CA 94559 | Creditor ID: 16831-01<br>QUOIZEL INC.<br>6 CORPORATE PKWY<br>GOOSE CREEK SC 29445 | Creditor ID: 16832-01<br>QVC, INC.<br>1200 STUDIO PARK<br>WESTCHESTER PA 19380 |
| Creditor ID: 15496-01<br>R & M ENERGY SYSTEMS<br>301 PREMIER ROAD<br>BORGER TX 79007 | Creditor ID: 9870-01<br>R & R ENTERPRISES<br>5541 SYLVIA AVENUE<br>KLAMATH FALLS OR 97603 | Creditor ID: 6038-01<br>R & R MARKETING<br>10 PATTON DR. PO BOX 1088<br>WEST CALDWELL NJ 07006 |
| Creditor ID: 11704-01<br>R & R TIMBER LLC.<br>30442 395TH AVE.<br>BELLEVUE IA 52031 | Creditor ID: 11705-01<br>R & S INTERNATIONAL TRADING CORP.<br>250 W  DUARTE ROAD.<br>MONROVIA CA 91016 | Creditor ID: 4138-01<br>R JORGENSON COMPANY<br>2895 SOUTH 300 WEST<br>SALT LAKE CITY UT 84115 |
| Creditor ID: 1780-01<br>R LANG COMPANY<br>8240 W. DOE AVE<br>VISALIA CA 93291 | Creditor ID: 16833-01<br>R S F INC<br>191915 VERMONT AVE SUITE 620<br>TORRANCE CA 90502 | Creditor ID: 12299-01<br>R SUPPLY CO<br>1095 SOUTH ROCK BLVD<br>RENO NV 89502 |
| Creditor ID: 6039-01<br>R&L IMPORT INC.<br>16643 VALLEY VIEW AVE.<br>CERRITOS CA 90703 | Creditor ID: 4920-01<br>R&R COLLECTIONS INC<br>132 GAZZA BLVD<br>FARMINGDALE NY 11735 | Creditor ID: 6040-01<br>R&R SCAFFOLDING LTD<br>2 BARRET AVENUE<br>MOONACHIE NJ 07074 |
| Creditor ID: 12300-01<br>R&R TRADING (HOU)<br>9777 HARWIN DRIVE, SUITE 303,<br>HOUSTON TX 77036 | Creditor ID: 4139-01<br>R&S SALES CO. INC<br>21 WEST 38TH STREET, 8TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 1781-01<br>R. A. HAMED INTERNATIONAL<br>8400 DARROW ROAD SUITE #3<br>TWINSBURG OH 44087 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1782-01<br>R. BRATTI ASSOCIATES<br>401 EAST GLEBE RD.<br>ALEXANDRIA VA 22305 | Creditor ID: 8108-01<br>R. MITCHEL, INC.<br>806 E. 60TH ST.<br>LOS ANGELES CA 90001 | Creditor ID: 11706-01<br>R. SISKIND & CO, INC.<br>1385 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 1783-01<br>R.A. HAMED INTERNATIONAL INC<br>1263 S. CHILLICOTHE ROAD, SUITE 250<br>AURORA OH 44202 | Creditor ID: 11707-01<br>R.C. BIGELOW INC.<br>201 BLACK ROCK TURNPIKE<br>FAIRFIELD CT 06430 | Creditor ID: 6041-01<br>R.IGE & COMPANY, INC.<br>4723 MARINE AVE<br>LAWNDALE CA 90260 |
| Creditor ID: 16834-01<br>R.J. REYNOLDS TOBACCO COMPANY<br>401 N. MAIN STREET<br>WINSTON-SALEM NC 27105 | Creditor ID: 8109-01<br>R.J. VAN DRUNEN AND SONS<br>300 WEST 6TH STREET<br>MOMENCE IL 60954 | Creditor ID: 6042-01<br>R.L. JONES CHB 7 TECATE<br>484 TECATE RD<br>TECATE CA 91980 |
| Creditor ID: 8110-01<br>R.L. JONES CUSTOMHOUSE BROKERS<br>8830 SIEMPRE VIVA ROAD<br>SAN DIEGO CA 92154 | Creditor ID: 6043-01<br>R.L. SWEARER COMPANY INC<br>6675 EASTLAND ROAD<br>MIDDLEBURG HEIGHTS OH 44130 | Creditor ID: 4921-01<br>R.L. SWEARER COMPANY INC.<br>115 MCLAUGHLIN ROAD<br>CORAOPOLIS PA 15108 |
| Creditor ID: 8111-01<br>R.M. CRATIONS, INC.<br>50 CRAIG WOOD ROAD, SUITE 308<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 6044-01<br>R.S. BACON VENEER CO.<br>6951 HIGH GROVE BLVD<br>BURR RIDGE IL 60527 | Creditor ID: 12301-01<br>R.S. INTERNATIONAL<br>20319 MASON STREET<br>TORRANCE CA 90503 |
| Creditor ID: 4140-01<br>R.T. EXPRESS INTERNATIONAL INC.<br>1004-1006 W. HILLCREST BLVD<br>INGLEWOOD CA 90301 | Creditor ID: 6045-01<br>R.T. VANDERBILT COMPANY, INC.<br>30 WINFIELD STREET, P.O.BOX 5150<br>NORWALK CT 06856 | Creditor ID: 4141-01<br>R.W. SMITH & CO., INC.<br>3030 GREENS RD.<br>HOUSTON TX 77032 |
| Creditor ID: 6046-01<br>R.W.JOYCE CO.,INC.<br>11777 SAN VICENTE BLVD. SUITE 500<br>LOS ANGELES CA 90049 | Creditor ID: 4142-01<br>RAASM USA INC<br>1704 EAST BOULEVARD (SUITE 101)<br>CHARLOTTE NC 28203 | Creditor ID: 16835-01<br>RADEN GRP, LLC<br>2842 CROW KING<br>BIG SKY MT 59716 |
| Creditor ID: 1784-01<br>RADFORD TABLEWARE<br>10825 7TH SUITE A<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 4922-01<br>RADFORD TABLEWARE & GLASS INC.<br>10825 7TH ST. SUITE F<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 8112-01<br>RADIANT GLOBAL LOGISTICS<br>604 NE 20TH AVENUE<br>PORTLAND OR 97232 |
| Creditor ID: 12302-01<br>RADICI PLASTICS USA<br>960 SEVILLE ROAD<br>WADSWORTH OH 44281 | Creditor ID: 11708-01<br>RADICI PLASTICS USA, INC<br>3145 NORTHWEST BLVD.<br>CHARLOTTE NC 28052 | Creditor ID: 16836-01<br>RADICI SOLTEZ INC<br>50 COMMERCE CENTER<br>GREENVILLE SC 29615 |
| Creditor ID: 4143-01<br>RADIUS INTERNATIONAL<br>580 CHELSEA STREET<br>EAST BOSTON MA 02128 | Creditor ID: 4144-01<br>RADIX INTERNATIONAL<br>1410 BROADWAY, SUITE 1100<br>NEW YORK NY 10018 | Creditor ID: 1785-01<br>RADLO FOODS<br>313 PLEASANT ST<br>WATERTOWN MA 02472-2418 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16837-01<br>RADSOURCE IMAGING TECHNOLOGIES<br>8121 NW 97TH TERRACE<br>KANSAS CITY MO 64153 | Creditor ID: 9871-01<br>RADTEC ENGINERRING, INC.<br>2150 W. 6TH AVE., UNIT F<br>BROOMFIELD CO 80020 | Creditor ID: 4145-01<br>RAG.INC<br>1407 BROADWAY SUITE 1204<br>NEW YORK NY 10018 |
| Creditor ID: 8113-01<br>RAGHAD DATES SAUDIA<br>12692 BELLE FLEUR WAY<br>SAN DIEGO CA 92128 | Creditor ID: 16838-01<br>RAGNO USA INC<br>359 CLAY ROAD<br>SUNNYVALE TX 75182 | Creditor ID: 15497-01<br>RAGS 2000<br>2830  PRODUCE ROW<br>HOUSTON TX 77023 |
| Creditor ID: 15498-01<br>RAHAL FOODS INC.<br>915 HARGER ROAD SUITE 110<br>OAK BROOK IL 60523 | Creditor ID: 16839-01<br>RAHN USA CORP<br>1005 NORTH COMMONS DRIVE<br>AURORA IL 60504 | Creditor ID: 12303-01<br>RAI IMPORTS INC.<br>2150 JERICHO TURNPIKE<br>GARDEN CITY PARK NY 11040 |
| Creditor ID: 8114-01<br>RAI YEE INDUSTRY CO<br>15 WILLET STREET<br>BLOOMFIELD NJ 07003 | Creditor ID: 12304-01<br>RAIA INTERNATIONAL, INC.<br>ONE INDUSTRIAL PLAZA BLDG.#D<br>VALLEY STREAM NY 11581 | Creditor ID: 1786-01<br>RAILRUNNER<br>430 BEDFORD ST SUITE 370<br>LEXINGTON MA 02420 |
| Creditor ID: 12305-01<br>RAIN BEAR INC.<br>2230 BUNKER AVE.<br>EL MONTE CA 91732 | Creditor ID: 4146-01<br>RAINBOW APPAREL CO.<br>1000 PENNSYLVANIA AVENUE<br>BROOKLYN NY 11207 | Creditor ID: 17534-01<br>RAINBOW FRESH INC.<br>3514 LINDSAY STREET<br>RIVERSIDE CA 92509 |
| Creditor ID: 15499-01<br>RAINBOW GRANITE & MARBLE<br>1970 NW 22 STREET<br>POMPANO BEACH FL 33069 | Creditor ID: 1787-01<br>RAINBOW MATERIALS INTERNATIONAL CORP.<br>8127 S. FAIRMOUNT AVENUE<br>DOWNERS GROVE IL 60516 | Creditor ID: 6047-01<br>RAINBOW WHOLESALE INC.<br>10700 HARRY HINES BLVD.<br>DALLAS TX 75220 |
| Creditor ID: 8115-01<br>RAIN-FLO IRRIGATION<br>884 CENTER CHURCH ROAD<br>EAST EARL PA 17519 | Creditor ID: 17535-01<br>RAINIER FISHERIES INC.<br>2203 258TH STREET NE<br>ARLINGTON WA 98223 | Creditor ID: 12306-01<br>RAINIER FOOD PRODUCTS, LLC<br>1600 FAIRVIEW AVE. EAST., SUITE 200<br>SEATTLE WA 98102 |
| Creditor ID: 4147-01<br>RAINIER OVERSEAS MOVERS<br>9425 35TH AVENUE, SUITE D<br>SEATTLE WA 98115 | Creditor ID: 1788-01<br>RAINIER OVERSEAS MOVERS, INC.<br>P.O. BOX 97004<br>BELLEVUE WA 98009 | Creditor ID: 12307-01<br>RAJ INDIA TRADING CORP. (INC.)<br>P.O. BOX 2644<br>EVERETT WA 98203 |
| Creditor ID: 1789-01<br>RAJ SHARMA<br>309 E. MOREHEAD STREET<br>CHARLOTTE NC 28202 | Creditor ID: 11709-01<br>RAJA FOODS<br>8110 NORTH ST. LOUIS AVENUE<br>SKOKIE IL 60076 | Creditor ID: 4148-01<br>RAJARAJESWARI SESHADRI OR ASHOK N. SESHADRI<br>4202 RIVERMARK PARKWAY<br>SANTA CLARA CA 95054 |
| Creditor ID: 4149-01<br>RALCO NUTRITION, INC.<br>1600 HAHN ROAD<br>MARSHALL MN 56258 | Creditor ID: 16840-01<br>RALEIGH AMERICA, INC.<br>6004 SOUTH 190 STREET<br>KENT WA 98032 | Creditor ID: 12805-01<br>RALISON INTERNATIONAL INC.<br>21680 GATEWAY CENTER DR.# 250<br>DIAMOND BAR CA 91765 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 17536-01<br>RALLY MANUFACTURING INC<br>7200 NW 19TH STREET #400<br>MIAMI FL 33126 | Creditor ID: 15501-01<br>RALSEY GROUP<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 4150-01<br>RALSEY GROUP LTD,.<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 1790-01<br>RAM FOREST PRODUCTS, INC.<br>1716 HONEOYE ROAD<br>SHINGLEHOUSE PA 16748 | Creditor ID: 15502-01<br>RAM INDUSTRIES INC.<br>5460A POTTSVILLE PIKE<br>LEESPORT PA 19533 | Creditor ID: 10343-01<br>RAM INTERNATIONAL<br>1650 CARMEN<br>ELK GROVE IL 60106 |
| Creditor ID: 6048-01<br>RAM INVESTMENT GROUP<br>2722 HOLMES ROAD<br>HOUSTON TX 77051 | Creditor ID: 1791-01<br>RAM MEDICAL INC.<br>4 HAUL ROAD<br>WAYNE NJ 07470 | Creditor ID: 8117-01<br>RAM PHOSPHORIX LLC<br>440 SAW MILL RIVER ROAD<br>ARDSLEY NY 10502 |
| Creditor ID: 4151-01<br>RAMA TILE LLC<br>246 DELAWARE AVE.<br>DELMAR NY 12054 | Creditor ID: 12806-01<br>RAMAPO SALES & MARKETING<br>4760 GOER DRIVE, UNIT F<br>NORTH CHARLESTON SC 29406 | Creditor ID: 8118-01<br>RAMCO SPECIALTIES, INC.<br>5369 HUDSON DRIVE<br>HUDSON OH 44236 |
| Creditor ID: 16841-01<br>RAMJI RAJA ILIYA<br>6151 VALLEY VIEW ROAD<br>OAKLAND CA 94611 | Creditor ID: 12807-01<br>RAMONA TRADING LLC<br>12245 RAMONA BLVD.<br>EL MONTE CA 91732 | Creditor ID: 16842-01<br>RAMPAGE DIVISION OF MONDANI HANDBAGS<br>320 5TH AVENUE<br>NEW YORK NY 10001 |
| Creditor ID: 18576-01<br>RAMPAK GROUP INC.<br>1356 KRESS STREET<br>HOUSTON TX 77020 | Creditor ID: 1792-01<br>RAMS<br>3770 HARRIGAN ROAD #2<br>FALLON NV 89406 | Creditor ID: 11710-01<br>RAN FLOOR DISTRIBUTORS<br>117 MORGAN DRIVE<br>SINKING SPRINGS PA 19608 |
| Creditor ID: 8119-01<br>RAND INTERNATIONAL<br>51 EXECUTIVE BLVD<br>FARMINGDALE NY 11735 | Creditor ID: 12808-01<br>RANDA  ACCESSORIES<br>200 JAMES DRIVE EAST<br>ST ROSE LA 70087 | Creditor ID: 4152-01<br>RANDA LUGGAGE<br>994 RIVERVIEW DRIVE<br>TOTOWA NJ 07512 |
| Creditor ID: 6049-01<br>RANDA LUGGAGE<br>200 BROADACRES DR<br>BLOOMFIELD NJ 07003 | Creditor ID: 11711-01<br>RANDOM CORP.<br>PO BOX 660261<br>BIRMINGHAM AL 35266 | Creditor ID: 4923-01<br>RANDOM HOUSE, INC.<br>400 BENNETT CERF DRIVE<br>WESTMINSTER MD 21157 |
| Creditor ID: 8120-01<br>RANDY E HERNDON IMPORT/EXPORT MANAGER<br>2500 SOUTH MAIN STREET<br>SPRINGFIELD TN 37172 | Creditor ID: 4153-01<br>RANEWS INTERNATIONAL, INC.<br>1308 HIGHWAY 41 NORTH<br>MILNER GA 30257 | Creditor ID: 12809-01<br>RANI FOODS, INC.<br>12821 DUNCAN ROAD, BLDG. 8, SUITE Q<br>HOUSTON TX 77066 |
| Creditor ID: 15503-01<br>RANIERI CHEESE CORP<br>281 METROPOLITAN AVE.<br>BROOKLYN NY 11211 | Creditor ID: 1793-01<br>RANKO BALOG CO.<br>9111 S.LA CIENEGA BLVD, #209<br>INGLEWOOD CA 90301-7437 | Creditor ID: 16843-01<br>RAOAA BENKHADRA<br>1240 WEST RANDOLPH STREET<br>CHICAGO IL 60607 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11712-01<br>RAPID CARGO & LOGISTICS, INC.<br>15606 BROADWAY CENTER ST.<br>GARDENA CA 90712 | Creditor ID: 1794-01<br>RAPID CARGO LOGISTICS, INC<br>11222 LA CIENEGA BLVD. #600<br>INGLEWOOD CA 90304 | Creditor ID: 4924-01<br>RAPID DISPLAYS<br>4300 W. 47TH ST.<br>CHICAGO IL 60632 |
| Creditor ID: 12810-01<br>RAQUETTE SALES DIVISION INC.<br>1515 SO. FEDERAL HWY,  #303<br>BOCA RATON FL 33432 | Creditor ID: 16844-01<br>RASE FORWARDING LLC<br>1020 EAST HIGH LOWE<br>HIDALGO TX 78557 | Creditor ID: 12811-01<br>RASHTI & RASHTI<br>875 AVENUE OF THE AMERICA 5TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 4925-01<br>RASSEM HEKMAT FARID<br>17160 NORTH VICKIE STREET<br>VISALIA CA 93291 | Creditor ID: 15504-01<br>RASTELLI'S FINE FOODS<br>1689 DELSEA DRIVE<br>DEPTFORD NJ 08096 | Creditor ID: 4154-01<br>RAV SERVICES INTERFREIGHT 6<br>221 SHERIDAN BLVD<br>INWOOD NY 11096 |
| Creditor ID: 8121-01<br>RAY HOGAN TRADING INC.<br>1625 BROADWAY, STE 770<br>DENVER CO 80202 | Creditor ID: 11713-01<br>RAY MARBLE & TILE<br>2150 JERICHO TURNPIKE<br>GARDEN CITY NY 11040 | Creditor ID: 6050-01<br>RAY YEE INDUSTRY CO.<br>100 WILLOW ST.<br>EAST RUTHERFORD NJ 07073 |
| Creditor ID: 11714-01<br>RAYCON INDUSTRIES INC.<br>2010 HARTOG DR<br>SAN JOSE CA 95131-2214 | Creditor ID: 15505-01<br>RAYLAND ENTERPRISES<br>96 OLD INDIAN RD<br>WEST ORANGE NJ 07052-2648 | Creditor ID: 6051-01<br>RAYLON CORPORATION<br>345 MORGANTOWN RD<br>READING PA 19611 |
| Creditor ID: 8122-01<br>RAYMAT MATERIALS INC.<br>30081 AHERN AVE<br>UNION CITY CA 94587 | Creditor ID: 8123-01<br>RAYMOUR & FLANIGAN FURNITURE<br>7230 MORGAN ROAD<br>LIVERPOOL NY 13088 | Creditor ID: 6052-01<br>RAYNER COVERING SYSTEMS, INC.<br>665 SCHNEIDER DRIVE<br>SOUTH ELGIN IL 60177 |
| Creditor ID: 4155-01<br>RAYON FABRICS INC. DBA GOOD GUYS FABRIC<br>737 CERES AVE.<br>LOS ANGELES CA 90021 | Creditor ID: 12812-01<br>RAYONIER A.M. SALES AND TECHNOLOGY INC.<br>4474 SAVANNAH HIGHWAY<br>USJES GA 31545 | Creditor ID: 19135-97<br>RAYONIER ADVANCED MATERIALS INC<br>RAYONIER PERFORMANCE FIBERS LLC<br>C/O TRENK DIPASQUALE ET AL<br>SAM DELLA FERRA<br>347 MT PLEASANT AVE, STE 300<br>WEST ORANGE NJ 07052 |
| Creditor ID: 1795-01<br>RAYONIER INTERNATIONAL WOOD PRODUCT<br>7591 SW MOHAWK STREET<br>TUALATIN OR 97062 | Creditor ID: 12813-01<br>RAYOVAC<br>601 RAYOVAC CORPORATION<br>MADISON WI 53711 | Creditor ID: 11715-01<br>RAYOVAC - REMINGTON<br>DIV OF SPECTRUM BRANDS INC.<br>3001 DEMING WAY<br>MIDDLETON WI 53562 |
| Creditor ID: 17537-01<br>RAYOVAC CORPORATION<br>601 RAYOVAC DRIVE<br>MADISON WI 53711 | Creditor ID: 1796-01<br>RAYOVAC CORPORATION<br>601 RAYOVAC DR<br>MADISON WI 53711 | Creditor ID: 11716-01<br>RAYSON GLOBAL, INC.<br>15334 E. VALLEY BLVD.<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 15506-01<br>RAZ IMPORTS, INC.<br>1020 EDEN ROAD<br>ARLINGTON TX 76001 | Creditor ID: 4156-01<br>RB INTERNATIONAL FINANCE USA LLC<br>1133 AVENUE OF THE AMERICAS 16TH FL<br>NEW YORK NY 10036 | Creditor ID: 12814-01<br>RB INTL<br>10-153 BRIDGELAND<br>TORONTO ON M6A 2Y6<br>CANADA |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15507-01<br>RBC CENTURA BANK<br>200 PROVIDENCE ROAD, 3RD FLOOR<br>CHARLOTTE NC 28207 | Creditor ID: 8124-01<br>RBC TILE & STONE<br>1820 BERKSHIRE LANE NORTH<br>PLYMOUTH MN 55441 | Creditor ID: 16845-01<br>RC PHIL TRADING CO.<br>1506 W. FULLTON<br>CHICAGO IL 60607 |
| Creditor ID: 4157-01<br>RC PLASTICS<br>910 JOHN STREET<br>DALTON GA 30721 | Creditor ID: 16846-01<br>RCD INTERNATIONAL.,INC.<br>6853 WALTHALL WAY,<br>PARAMOUNT CA 90723 | Creditor ID: 7284-01<br>RCMA-AMERICAS, INC.<br>150 BOUSH STREET, SUITE 1000<br>NORFOLK VA 23510 |
| Creditor ID: 15508-01<br>RD FOODS AMERICAS,INC.<br>48 S. FRANKLIN TURNPIKE, SUITE#204<br>RAMSEY NJ 07446 | Creditor ID: 6053-01<br>RD VENEER,INC<br>101/103 MORTENSEN ROAD<br>GREENVILLE PA 16125 | Creditor ID: 16847-01<br>R-DEL<br>1010 MAIN STREET PELLA, IA 50219<br>PELLA IA 50219 |
| Creditor ID: 1797-01<br>RDM INDUSTRIES<br>14310 GANNET STREET<br>LA MIRADA CA 90638 | Creditor ID: 15509-01<br>RDM SOLUTIONS<br>154-09 146TH AVE. SUITE 203<br>JAMAICA NY 11434 | Creditor ID: 1798-01<br>REACH AMERICA LLC.<br>1291 MARCELLO DRIVE<br>SAN JOSE CA 95131 |
| Creditor ID: 18577-01<br>REACH INDUSTRIES INC<br>11654 PLAZA AMERICA DRIVE<br>RESTON VA 20190 | Creditor ID: 8125-01<br>REACH MAX ENTERPRISES INC.<br>5250 W.CENTURY BLVD.#660<br>INGLEWOOD CA 90045 | Creditor ID: 11717-01<br>READE MANUFACTURING<br>100 RIDGEWAY BOULEVARD<br>MANCHESTER TOWNSHIP NJ 08759 |
| Creditor ID: 1799-01<br>READER'S WHOLESALE DISTRIBUTORS INC.<br>1201 NAYLOR<br>HOUSTON TX 77022 | Creditor ID: 15510-01<br>REAL TECHNOLOGY INC.<br>2727 WORKMAN MILL RD.<br>CITY OF INDUSTRY CA 90601 | Creditor ID: 15511-01<br>REALZYME LLC<br>14 REMICK BLVD, SUITE # 205<br>SPRINGBORO OH 45066 |
| Creditor ID: 6054-01<br>REAMCO INC<br>1149 SMEDE HWY<br>BROUSSARD LA 70518 | Creditor ID: 15512-01<br>REAR'S MFG CO.<br>2140 PRAIRIE ROAD, P.O. BOX 23510<br>EUGENE OR 97402 | Creditor ID: 6055-01<br>RECHO AYUMAAH COSMETICS<br>576 LEE STREET. SW. ATLANTA<br>ATLANTA GA 30310 |
| Creditor ID: 4158-01<br>RECIMETAL INTERNATIONAL LLC<br>195 FRONT ST N, SUITE I<br>ISSAQUAH WA 98027 | Creditor ID: 6056-01<br>RECOUP INDUSTRIES INC<br>802 VILLAGE DRVE<br>EDISON NJ 08817-2635 | Creditor ID: 11718-01<br>RECREATIONS FURNITURE<br>4319 SIDCO DRIVE<br>NASHVILLE TN 37204 |
| Creditor ID: 8126-01<br>RECYCLE WORLD INTERNATIONAL<br>1209 PORTO GRANDE #5<br>DIAMOND BAR CA 91765 | Creditor ID: 12815-01<br>RECYCLED FIBERS INTERNATIONAL<br>6001 SOUTH EASTERN AVE.<br>LOS ANGELES CA 90040 | Creditor ID: 10344-01<br>RECYCLED FIBERS INT'L<br>10218 N.W. 47TH STREET<br>SUNRISE FL 33351 |
| Creditor ID: 1800-01<br>RECYCLE-TECH CORPORATION<br>350 MARKET ST., SUITE #3<br>SADDLE BROOK NJ 07663 | Creditor ID: 15513-01<br>RECYCLETRONICS<br>1480 BELLS FERRY ROAD<br>MARIETTA GA 30066 | Creditor ID: 15514-01<br>RECYCLING MANAGEMENT SYSTEMS<br>20 HOOK MOUNTAIN ROAD<br>PINE BROOK NJ 07058 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4159-01<br>RECYCLING PAPER PARTNERS OF PA, LLC<br>FIVE TOWER BRIDGE<br>300 BARR HARBOR DRIVE, SUITE 230<br>WEST CONSHOHOCKEN PA 19428 | Creditor ID: 4160-01<br>RECYCLING SERVICES OF SILICON VALLY, LLC.<br>1850 GRANT STREET<br>SANTA CLARA CA 95050 | Creditor ID: 8127-01<br>RED BLOSSOM SALES, INC.<br>1363 W. MAIN STREET<br>SANTA MARIA CA 93454 |
| Creditor ID: 6057-01<br>RED BULL NORTH AMERICA INC.<br>1740 STEWART STREET<br>SANTA MONICA CA 90404 | Creditor ID: 1801-01<br>RED CHAMBER CO<br>1912 E VERNON AVE<br>VERNON CA 90058 | Creditor ID: 12816-01<br>RED CHAMBER CO.<br>1912 E. VERNON AVENUE<br>VERNON CA 90058 |
| Creditor ID: 8128-01<br>RED DEVIL INC<br>4175 WEBB STREET<br>PRYOR OK 74631 | Creditor ID: 11719-01<br>RED EGG<br>1314 LONG STREET<br>HIGH POINT NC 27262 | Creditor ID: 8129-01<br>RED METALS INC.<br>9080 TELSTAR AVE. SUITE 309<br>EL MONTE CA 91731 |
| Creditor ID: 11720-01<br>RED MOUNTAIN TRADING CO<br>5050 E.41ST AVENUE<br>DENVER CO 80216 | Creditor ID: 12817-01<br>RED RIVER COMMODITIES<br>501 42ND ST., N.W., P.O. BOX 3022<br>FARGO ND 58108-3022 | Creditor ID: 11721-01<br>RED RIVER FOODS<br>9020 STONY POINT PKWY STE 380<br>PO BOX 35612<br>RICHMOND VA 23235 |
| Creditor ID: 11722-01<br>RED RIVER FOODS INC<br>8924 BELLANCE AVE<br>LOS ANGELES CA 90045 | Creditor ID: 18578-01<br>RED SEA ANMED HASSAN ALI AHMED<br>8324 RAINIER, AVE S.SUITE 11<br>SEATTLE WA 98118 | Creditor ID: 16848-01<br>RED SEA CLOTHING<br>7831 NE GLISAN STREET<br>PORTLAND OR 97213 |
| Creditor ID: 12818-01<br>RED SEA HEAVY INDUSTRY CO.<br>410 RUSSELL AVE #B<br>MONTEREY PARK CA 91755 | Creditor ID: 4161-01<br>RED TIDE INTERNATIONAL<br>5285 MEADOW RD, SUITE 130<br>DBA WOOD BROKERAGE INTERNATIONAL<br>LAKE OSWEGO OR 97035 | Creditor ID: 1802-01<br>REDCATS USA, INC. ("RCUSA")<br>2300 SOUTHEASTERN AVENUE<br>INDIANAPOLIS IN 46201 |
| Creditor ID: 6058-01<br>REDCATS USA, L.P.<br>FOREIGN TRADE ZONE<br>2300 SOUTHEASTERN AVENUE<br>INDIANAPOLIS IN 46201-1947 | Creditor ID: 16849-01<br>REDCATS USA, L.P.<br>FOREIGN TRADE ZONE 3003 REEVES ROAD<br>PLAINFIELD IN 46168 | Creditor ID: 15515-01<br>REDCO FOODS. INC.<br>ONE HANSEN ISLAND<br>LITTLE FALLS NY 13365 |
| Creditor ID: 15516-01<br>REDEMPTORIS MATER HOUSE OF FORMATION<br>3434 E. ARIZONA AVE.<br>DENVER CO 80210 | Creditor ID: 15517-01<br>REDGOLD TRADING CORP.<br>4328 GENTRY AVE #4<br>STUDIO CITY CA 91604 | Creditor ID: 11723-01<br>REDONDO IGLESIAS USA<br>1325 FRANKLIN AVENUE, SUITE 325<br>GARDEN CITY NY 11530 |
| Creditor ID: 12819-01<br>REDSTAR METALS<br>1640 TIBURON BLVD, SUITE 3<br>TIBURON CA 94920 | Creditor ID: 4162-01<br>REDWOOD BURL INC<br>200 ALDERGROVE RD.<br>ARCATA CA 95221 | Creditor ID: 17538-01<br>REDWOOD EMPIRE<br>2 WEST SANTA CLARA ST 2ND FLOOR<br>SAN JOSE CA 95109 |
| Creditor ID: 4163-01<br>REEBOK INTERNATIONAL INC.<br>1895 JW FOSTER BLVD<br>CANTON MA 02021 | Creditor ID: 4164-01<br>REEF, A DIVISION OF VF OUTDOOR INC<br>5935 DARWIN CT<br>CARLSBAD CA 92008 | Creditor ID: 1803-01<br>REEVE INDUSTRIES, INC<br>100 BLUE FIN CIRCLE, UNIT # 10<br>SAVANNAH GA 31410 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11724-01<br>REFIBERING, INC.<br>20240 BARNARD AVE.<br>WALNUT CA 91789 | Creditor ID: 6059-01<br>REFINE TILE LLC<br>101 INDUSTRIAL DRIVE, PO BOX 398<br>ELKTON KY 42220 | Creditor ID: 12820-01<br>REFRATECHNIK NORTH AMERICA, INC.<br>530 MARYVILLE CENTER DRIVE, # 320<br>ST.LOUIS MO 63141 |
| Creditor ID: 11725-01<br>REGAL HOME COLLECTIONS<br>295 5TH AVENUE - SUITE 801 -<br>NEW YORK NY 10018 | Creditor ID: 11726-01<br>REGAL LAGER, INC<br>1100 COBB PLACE BLVD<br>KENNESAW GA 30144 | Creditor ID: 19137-97<br>REGAL SPRINGS TRADING CO<br>2801 SW 149TH AVE, STE 270<br>MIRAMAR FL 33027 |
| Creditor ID: 19136-97<br>REGAL SPRINGS TRADING CO<br>C/O HILL RIVKINS LLP<br>ATTN JUSTIN M HEILIG<br>45 BROADWAY, STE 1500<br>NEW YORK NY 10006 | Creditor ID: 17539-01<br>REGAL SPRINGS TRADING CO<br>2801 SW 149TH AVENUE, SUITE 270<br>MIRAMAR FL 33027 | Creditor ID: 11727-01<br>REGAL WEST CORP<br>5303 PACIFIC HWY EAST<br>FIFE WA 98424 |
| Creditor ID: 12821-01<br>REGENCY HOUSE, INC.<br>97 FAIRGROVE CHURCH ROAD;<br>PO BOX 2544<br>HICKORY NC 28603 | Creditor ID: 12822-01<br>REGENT PRODUCTS<br>8999 PALMER DR.<br>RIVER GROVE IL 60171 | Creditor ID: 11728-01<br>REGENT SHEFFEILD<br>70 SCHMITT BLVD.<br>FARMINGDALE NY 11735 |
| Creditor ID: 8130-01<br>REGENT USA<br>1208 JOHN REED CT<br>HACIENDA HEIGHTS CA 91745 | Creditor ID: 12823-01<br>REGENT-SUTTON LLC<br>1411 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 6060-01<br>REGIONS FINANCIAL CORPORATION<br>417 20TH STREET NORTH SUITE 500<br>BIRMINGHAM AL 35203 |
| Creditor ID: 1804-01<br>REGIUS FINE FURNITURE<br>45500 RURITAN CIRCLE<br>STERLING VA 20164 | Creditor ID: 1988-01<br>REGRO INC.<br>56-09 56TH DRIVE<br>MASPETH NY 11378 | Creditor ID: 15518-01<br>REGULATOR TECHNOLOGIES-TULSA<br>9932 EAST 58TH STREET<br>EMERSON PROCESS MANAGEMENT<br>TULSA OK 74146 |
| Creditor ID: 12824-01<br>REGUPOL AMERICA LLC<br>33 KEYSTONE DRIVE<br>LEBANON PA 17042 | Creditor ID: 8131-01<br>REICH LLC<br>140 VISTA BOULEVARD<br>ARDEN NC 28704 | Creditor ID: 15519-01<br>REICHHOLD INC<br>400 DOREMUS AVENUE<br>NEWARK NJ 07105 |
| Creditor ID: 12825-01<br>REILLO IMPORTS<br>P O BOX 8086<br>SPOKANE WA 99204 | Creditor ID: 8132-01<br>REIMERS FURNITURE MFG<br>619 SW WOOD STREET<br>HILLSBORO OR 97123 | Creditor ID: 8133-01<br>REJUVENATION, INC.<br>2550 NW NICOLAI STREET<br>PORTLAND OR 97210 |
| Creditor ID: 16850-01<br>RELIABLE LOGISTICS INC<br>175-01 ROCKAWAY BLVD, SUITE 215<br>JAMAICA NY 11434 | Creditor ID: 8134-01<br>RELIABLE METAL STAMPING CO., INC.<br>9244 PARKLANE AVENUE<br>FRANKLIN PARK IL 60131 | Creditor ID: 9872-01<br>RELIABLE SOURCE INC.<br>10350 SANTA ANA AVE.<br>FONTANA CA 92337 |
| Creditor ID: 4165-01<br>RELIABLE VAN<br>550 DIVISION ST<br>ELIZABETH NJ 07201 | Creditor ID: 1805-01<br>RELIANCE ELECTRIC<br>4349 AVERY DR.<br>FLOWERY BRANCH GA 30542 | Creditor ID: 15520-01<br>RELIANCE GRANITE & MARBLE CORP<br>2333 ROUTE 22 WEST BUILDING #2<br>UNION NJ 07083 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**  **CASE NO: 16-27041 (JKS)**

Creditor ID: 4166-01
RELOCATION BENEFITS L.L.C.
430 CARDINAL LANE, SUITE C-168.
GREEN BAY WI 54313

Creditor ID: 15622-01
REMA FOODS INC
140 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632

Creditor ID: 12826-01
REMAC, LLP
1445 BRADLEY LANE
CARROLLTON TX 75007

Creditor ID: 12641-01
REMAC, LP
8440 ESTERS BLVD. STE. 130
IRVING TX 75063

Creditor ID: 15623-01
REMEDPAR
101 OLD STONE BRIDGE RD
GOODLETTSVILLE TN 37072

Creditor ID: 15624-01
REMET CORPORATION
210 COMMONS ROAD
UTICA NY 13502

Creditor ID: 1806-01
REMOLDELING ROOM
851 S.KINGS HIGHWAY ST
CAPE GIRARDEAU MO 63703

Creditor ID: 4167-01
REMY COINTREAU USA
1290 AVENUE OF AMERICAS
NEW YORK NY 10104

Creditor ID: 4168-01
REMY COINTREAU USA INC C
901 PLEASANT VALLEY AVE
MT LAUREL NJ 08054

Creditor ID: 11729-01
RENAISSANCE CERAMIC TILE & MARBLE
1250 EASTON ROAD
HORSHAM PA 19044

Creditor ID: 12827-01
RENAISSANCE TRADING INC.
255 ROUTE 17 SOUTH, SUITE 201
HACKENSACK NJ 07601

Creditor ID: 11730-01
RENOWN
214 EAST OLIVE AVE.
REDLANDS CA 92373

Creditor ID: 15625-01
REP CORPORATION
8N470 TAMELING COURT
BARTLETT IL 60103

Creditor ID: 11731-01
REPARCO USA
2 NORTH LAKE AVE., SUITE
PASADENA CA 91101

Creditor ID: 11732-01
REPORT FOOTWEAR INC.
13150 SE 32ND STREET
BELLEVUE WA 98005

Creditor ID: 8135-01
REPRO DEPOT HENRY FORTIER III
186 TIMBER LANE RDB-7
CLARKSBORO NJ 08020

Creditor ID: 8136-01
REPUBLIC - NATIONAL DIST., CO.
4901 SAVARESE CIRCLE NORTH
TAMPA FL 33623

Creditor ID: 4169-01
REPUBLIC CLOTHING CORP.
1440 BROADWAY,14TH FL
NEW YORK NY 10018

Creditor ID: 16851-01
REPUBLIC ENGINEERED STEELS INC.
2633 8TH ST NE
CANTON OH 44704

Creditor ID: 1807-01
REPUBLIC FOIL INC.
55 TRIANGLE STREET
DANBURY CT 06810

Creditor ID: 16852-01
REPUBLIC METALS CORPORATION
12900 N.W. 38 AVENUE
MIAMI FL 33054

Creditor ID: 4926-01
REPUBLIC OF BEANS INC.
52 RIVERSIDE DRIVE, SUITE 4BC
NEW YORK NY 10024

Creditor ID: 16853-01
REPUBLIC TOBACCO
2301 RAVINE WAY
GLENVIEW IL 60025

Creditor ID: 8137-01
RESEARCH AND MANUFACTIRNG CORP OF AMERICA
1130 WEST ELIZABETH AVE
LINDEN NJ 07036

Creditor ID: 1808-01
RESEARCH AND MARKETING BEVERAGES, LLC.
444 BRICKELL AVE.
MIAMI FL 33131

Creditor ID: 8138-01
RESERVE MANAGEMENT
11600 SOUTH BURLEY AVENUE
CHICAGO IL 60617

Creditor ID: 1809-01
RESERVE PRODUCT INC.
200 SOUTH GARFIELD AVE STE208F
ALHAMBRA CA 91801

Creditor ID: 6061-01
RESHMI'S GROUP INC
1120 ANDOVER PARK EAST
TUKWILA WA 98188

Creditor ID: 4170-01
RESIDUAL MATERIAL
222 RED DOT PLACE
GRAND FORKS ND 58203

Creditor ID: 16855-01
RESILUX AMERICA LLC
265 JOHN BROOKS ROAD
PENDERGRASS GA 30567

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 1810-01
RESOLUTION SALES, LLC
1907 SOUTH SHORE DRIVE
HOLLAND MI 49423

Creditor ID: 1811-01
RESOURCE CLUB LTD
99 HOOK ROAD
BAYONNE NJ 07002

Creditor ID: 4171-01
RESOURCE MANAGEMENT
COMPANIES INTERNATIONAL, INC.
17700 CASTLETON ST STE 463
CITY OF INDUSTRY CA 91748

Creditor ID: 6062-01
RESOURCE POINT INC.
10560 CRESTON GLEN CIRCLE EAST
JACKSONVILLE FL 32256

Creditor ID: 11733-01
RESOURCE RECYCLING TECHNOLOGIES
14711 NE 29TH PLACE, STE 110
BELLEVUE WA 98007

Creditor ID: 1812-01
RESOURCE SOLUTIONS CORP.
5493 EXPRESS CIRCLE
MADISON WI 53704

Creditor ID: 11734-01
RESPIRONICS INC
312 ALIVIN DRIVE
NEW KENSINGTON PA 15068

Creditor ID: 1813-01
RESPIRONICS, INC.
1010 MURRY RIDGE LANE
MURRYSVILLE PA 15668

Creditor ID: 8641-01
RESTAURANT DEPOT, LLC
15-24 20TH AVE
COLLEGE POINT NY 11356

Creditor ID: 4172-01
RESTAURANT PRODUCTS GUILD INC.
9671 TELSTAR AVE
EL MONTE CA 91731

Creditor ID: 17540-01
RESTORATION AND PERFORMANCE MOTORCARS
462 MONKTON RD
VERGENNES VT 05491

Creditor ID: 16856-01
RESTORATION HARDWARE
15 KOCH RD, SUITE J
CORTE MADERA CA 94925

Creditor ID: 11735-01
RETAIL ACQUISITION & DEVELOPMENT
1700 DIXON STREET
DES MOINES IA 50316

Creditor ID: 15626-01
RETAIL ACQUISITION AND DEVELOPMENT, INC.
4301 121ST STREET
URBANDALE IA 50323

Creditor ID: 11736-01
RETAIL BRAND ALLIANCE, INC.
107 PHOENIX AVE
ENFIELD CT 06082

Creditor ID: 12828-01
RETAIL GROUP OF AMERICA
3 WEST 35TH STREET 3RD FLOOR
NEW YORK NY 10001

Creditor ID: 11838-01
RETAIL IMPORTS & DESIGN INC.
2536 ALKI AVENUE S.W. #213
SEATTLE WA 98116

Creditor ID: 15627-01
RETAIL SERVICE SYSTEMS
4218 LIBERTY HWY
ANDERSON SC 29621

Creditor ID: 8642-01
RETAIL VENTURES IMPORTS
4150 E. FIFTH AVENUE
COLUMBUS OH 43219

Creditor ID: 12829-01
RETAIL VENTURES SERVICES INC.
3241 WESTERVILLE ROAD
COLUMBUS OH 43224

Creditor ID: 1814-01
REUAL JAMES LLC
793 LEMMONS MILL ROAD
GEORGETOWN KY 40324

Creditor ID: 11839-01
REUNION RECYCLED SCRAP INTERNATIONAL, LP
8245 N. FREEWAY HOUSTON, TX77037
HOUSTON TX 77037

Creditor ID: 7285-01
REVELL MONOGRAM
725 LANDWEHR ROAD
NORTHBROOK IL 60062

Creditor ID: 15628-01
REVELLI CHEMICALS INC.
35 MASON STREET
GREENWICH CT 06830

Creditor ID: 12830-01
REVERE SUPPLY CO
3 FAIRFIELD CRESCENT
WEST CALDWELL NJ 07006

Creditor ID: 12831-01
REVGEAR SPORTS CO.
15073 KESWICK ST.
VAN NUYS CA 91405

Creditor ID: 12832-01
REVIEW AND HERALD PUBLISHING ASSOCIATION
55 WEST OAKRIDGE
HAGERSTOWN MD 21740

Creditor ID: 11840-01
REVOL USA LLC
5192 PERFORMANCE DR
CUMMING GA 30040

Creditor ID: 15629-01
REXNORD INDUSTRIES
1600 PUMPHREY AVENUE
AUBURN AL 36832

Creditor ID: 6063-01
REXTAC LLC
2325 E. PEARL STREET
ODESSA TX 79761

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16857-01<br>REYAN'S HIDES & SKINS<br>581 KINGS RD<br>NEW ENTERPRISE PA 16664 | Creditor ID: 12833-01<br>REYNOLDS CONSUMER PRODUCTS INC.<br>1439 DIXIE HIGHWAY<br>LOUISVILLE KY 40210 | Creditor ID: 15631-01<br>REYNOLDS CONSUMER PRODUCTS, INC.<br>6641 WEST BROAD STREET<br>DBA PRESTO PRODUCTS COMPANY<br>RICHMOND VA 23230 |
| Creditor ID: 15630-01<br>REYNOLDS CONSUMER PRODUCTS, INC.<br>2625 BELTLINE RD.<br>DBA PRESTO PRODUCTS COMPANY<br>CARROLLTON TX 75006 | Creditor ID: 12834-01<br>REYNOLDS FOIL INC.<br>6641 WEST BROAD STREET<br>AKA REYNOLDS CONSUMER<br>PRODUCTS COMPANY<br>RICHMOND VA 23230 | Creditor ID: 4173-01<br>REYNOLDS FOIL INC.<br>2001 REYMET ROAD<br>RICMOND VA 23237 |
| Creditor ID: 15632-01<br>REYNOLDS FOOD PACKAGING LLC<br>6641 WEST BROAD STREET<br>RICHMOND VA 23230 | Creditor ID: 11841-01<br>REYNOLDS MANUFACTURING INC<br>2001 REYMET ROAD<br>RICHMOND VA 23237 | Creditor ID: 11842-01<br>REYNOLDS MANUFACTURING INC<br>1900 WEST FIELD COURT<br>LAKE FOREST IL 60045 |
| Creditor ID: 4174-01<br>REYNOLDS MANUFACTURING INC<br>2827 HALE AVENUE<br>LOUISVILLE KY 40211 | Creditor ID: 12835-01<br>REYNOLDS PACKAGING GROUP<br>2001 REYMET ROAD<br>RICHMOND VA 23237 | Creditor ID: 4927-01<br>REYNOLDS PACKAGING LLC<br>1439 DIXIE HIGHWAY<br>AKA REYNOLDS FLEXIBLE PACKAGING...<br>LOUISVILLE KY 40210 |
| Creditor ID: 12938-01<br>REYNOLDS PRESTO PRODUCTS INC<br>2625 BELTLINE ROAD<br>CAROLLTON TX 75006 | Creditor ID: 4175-01<br>REYNOLDS PRESTO PRODUCTS INC<br>2225 PHILPOTT ROAD<br>SOUTH BOSTON VA 24592 | Creditor ID: 12836-01<br>REYNOLDS PRESTO PRODUCTS INC<br>1900 WEST FIELD COURT<br>LAKE FOREST IN 60045 |
| Creditor ID: 16858-01<br>REYNOLDS PRESTO PRODUCTS INC<br>670 NORH PERKINS STREET<br>APPLETON WI 54914 | Creditor ID: 1816-01<br>REYNOLDS PRESTO PRODUCTS INC<br>1110 EAST, 2000 SOUTH<br>LEWISTON UT 84320 | Creditor ID: 4176-01<br>REYNOLDS SERVICES INC<br>1900 WEST FIELD COURT<br>LAKE FOREST IL 60045 |
| Creditor ID: 16859-01<br>REZYKO LLC.<br>960 REPUBLICAN ST<br>SEATTLE WA 98109 | Creditor ID: 6064-01<br>RFA BRANDS, LLC.<br>123 BROWN STREET<br>BIRMINGHAM MI 48009 | Creditor ID: 16860-01<br>RGA LEATHERWORKS<br>366 5TH AVE, SUITE 714<br>NEW YORK NY 10001 |
| Creditor ID: 12939-01<br>RGA LOGISTICS LLC<br>29 LEINBACH DRIVE D-4,<br>CHARLESTON SC 29407 | Creditor ID: 16861-01<br>RGV FURNITURE LLC<br>700 PRODUCE ROAD<br>HIDALGO TX 78557 | Creditor ID: 12940-01<br>RH FOREST PRODUCTS<br>11426 SCOTCH PINES RD<br>PAYETTE ID 83661 |
| Creditor ID: 1817-01<br>RHD VEHICLES<br>13520 SW BUTNER RD<br>BEAVERTON OR 97005 | Creditor ID: 15633-01<br>RHEE BROS INC<br>131-01 39TH AVE<br>FLUSHING NY 1135411354 | Creditor ID: 11843-01<br>RHEE BROS., INC.<br>7461 COCA COLA DRIVE<br>HANOVER MD 21076 |
| Creditor ID: 15634-01<br>RHEEM MANUFACTURING<br>101 BELL RD.<br>MONTGOMERY AL 36124 | Creditor ID: 7286-01<br>RHEEM MANUFACTURING (ATLBB)<br>1241 CARWOOD COURT<br>MONTGOMERY AL 36117 | Creditor ID: 12941-01<br>RHEEM SALES COMPANY<br>501 FRESNO ST.<br>FORT SMITH AR 72906 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6065-01<br>RHEEM SALES COMPANY,INC<br>1045 COMMONWEALTH ROAD<br>RANDLEMAN NC 27317 | Creditor ID: 11844-01<br>RHEIN CHEMIE<br>1014 WHITEHEAD ROAD<br>TRENTON NJ 08638 | Creditor ID: 15635-01<br>RHEIN CHEMIE CORP.<br>145 PARKER COURT<br>CHARDON OH 44024 |
| Creditor ID: 8643-01<br>RHEINZINK AMERICA INC.<br>96 F. COMMERCE WAY<br>WOBURN MA 01801 | Creditor ID: 15636-01<br>RHEOLAB INC.<br>558 TAFT DRIVE<br>SOUTH HOLLAND IL 60473 | Creditor ID: 6066-01<br>RHINO MANUFACTURING GROUP INC.<br>1440 MEADOWRUN ST. STE. A<br>SAN DIEGO CA 92129 |
| Creditor ID: 12942-01<br>RHINO METAL LLC<br>6525 CUNNINGHAM ROAD<br>HOUSTON TX 77041 | Creditor ID: 10345-01<br>RHODE ISLAND DISTRIBUTING CO.<br>119 HOPKINS HILL ROAD<br>WEST GREENWICH RI 02817 | Creditor ID: 4177-01<br>RHODE ISLAND NOVELTY<br>350 COMMERCE ROAD<br>FALL RIVER MA 02720 |
| Creditor ID: 12943-01<br>RHODIA POLYAMIDE<br>2900 DIXIE STREET SW<br>GRANDVILLE MI 49418 | Creditor ID: 11845-01<br>RIBBON WEBBING CORP<br>4711 W DIVISION ST<br>CHICAGO IL 60651 | Creditor ID: 11846-01<br>RICAL AIR EXPRESS INC.<br>9800 S. LA CIENEGA BLVD. SUITE 300<br>INGLEWOOD CA 90301 |
| Creditor ID: 15637-01<br>RICAL AIR EXPRESS,INC<br>ONE CROSS ISLAND PLAZA SUITE 227<br>ROSEDALE NY 11422 | Creditor ID: 8644-01<br>RICAL GROUP<br>149-29 182ND ST.<br>JAMAICA NY 11413 | Creditor ID: 4178-01<br>RICAL LOGISTICS LAX<br>9800 S. LA CIENEGA BLVD SUITE 300<br>INGLEWOOD CA 90301 |
| Creditor ID: 11847-01<br>RICARDO CENE CID<br>3329 NORTH 40TH DRIVE<br>PHOENIX AZ 85019 | Creditor ID: 12944-01<br>RICARDO OF BEVERLY HILLS<br>15905 CANARY AVENUE<br>LA MIRADA CA 90638 | Creditor ID: 16862-01<br>RICCI ARGENTIERI INC.<br>63-15 TRAFFIC AVENUE<br>RIDGEWOOD NY 11385 |
| Creditor ID: 8645-01<br>RICECO<br>5100 POPLAR AVENUE, SUITE 2428<br>MEMPHIS TN 38157 | Creditor ID: 12945-01<br>RICH INTERNATIONAL INC.<br>2125 CENTER AVE.<br>FORT LEE NJ 07024 | Creditor ID: 12946-01<br>RICH PACIFIC USA, INC.<br>18605 E. GALE AVE #288<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 12947-01<br>RICH PRODUCTS<br>408 NORTH 35TH STREET<br>SEATTLE WA 98103 | Creditor ID: 6067-01<br>RICH PRODUCTS CORP.<br>200 GLYNDALE DR;<br>BRUNSWICK GA 31520 | Creditor ID: 6068-01<br>RICHARD ENERGY L.L.C.<br>304 SANTA FE WAY<br>ROKA OK 73860 |
| Creditor ID: 12948-01<br>RICHARD LEEDS INTERNATIONAL<br>135 MADISON AVENUE<br>NEW YORK NY 10016 | Creditor ID: 12949-01<br>RICHARD MICHEL HUDON<br>128 HIGHLAND DR.<br>EDMONDS WA 98020 | Creditor ID: 8646-01<br>RICHARD NICOLE DESIGNS<br>6221 213TH AVE CT. E.<br>LAKE TAPPS WA 98391 |
| Creditor ID: 10346-01<br>RICHARD STECKEL<br>24426 S MAIN STREET #702<br>CARSON CA 90745 | Creditor ID: 6069-01<br>RICHARDS HOMEWARES, INC.<br>10675 N. LOMBARD ST.<br>PORTLAND OR 97203 | Creditor ID: 8647-01<br>RICHARDS MFG. CO<br>517 LYONS AVENUE<br>IRVINGTON NJ 07111 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 6070-01
RICHELIEU AMERICA LTD
STREET CONCORD 51
NORTH READING MA 01864-2601

Creditor ID: 1818-01
RICHEN ENTERPRISE INC.
400 WEST CUMMINGS PARK SUITE 1200
WOBURN MA 01801

Creditor ID: 1819-01
RICHIN TRADING, INC.
400 SOUTH DATE AVENUE
ALHAMBRA CA 91803

Creditor ID: 8648-01
RICHING TRADING INC
400 S DATE AVE
ALHAMBRA CA 91803

Creditor ID: 16863-01
RICHKER METALS INC
2932 DANALDA DRIVE
LOS ANGELES CA 90064

Creditor ID: 8649-01
RICHLAND BEVERAGE COMPANY
5489 BLAIR, STE. 275
DALLAS TX 75231

Creditor ID: 4179-01
RICHMOND CERAMIC TILE
31 NORTH BRIDGE ST.,
STATEN ISLAND NY 10309

Creditor ID: 6071-01
RICHMOND WHOLESALE
2041 FACTORY ST.,
RICHMOND CA 94801

Creditor ID: 4180-01
RICHSTONE INTERNATIONAL LLC
2 EXECUTIVE DRIVE SUITE 850
FORT LEE NJ 07024

Creditor ID: 1820-01
RICHWELL GROUP INC.
17521 RAILROAD STREET SUITE H
CITY OF INDUSTRY CA 91748

Creditor ID: 15638-01
RICOH IMAGE COMMUNICATION
5 DEDRICK PLACE
WEST CALDWELL NJ 07006

Creditor ID: 12950-01
RIDGE TOOL CO.
400 CLARK STREET
ELYRIA OH 44035-4481

Creditor ID: 11848-01
RIDGE TOOL COMPANY
9877 BRICK CHURCH ROAD
CAMBRIDGE OH 43725

Creditor ID: 8650-01
RIDGE TOOL DISTRIBUTION CENTER
9000 GUERNSY INDUSTRIAL BLVD
CAMBRIDGE OH 43725-8890

Creditor ID: 16864-01
RIFI FURNITURE
775 4TH AVE
BROOKLYN NY 11232

Creditor ID: 12951-01
RIGHT CONCEPT, INC.
2615 SOUTH 80TH STREET
TACOMA WA 98409

Creditor ID: 17541-01
RIHUA SHIPPING USA
38713 TIERRA SUBIDA AVE
UNIT 200-640
PALMDALE CA 93551

Creditor ID: 4181-01
RIKEN VITAMIN USA INC.
475 N. MARTINGALE RD, SUITE 225
SCHAUMBURG IL 60173

Creditor ID: 4182-01
RIKER PRODUCTS INC.
4901 STICKNEY AVENUE SOUTH DOCK
TOLEDO OH 43612

Creditor ID: 8651-01
RIMEX METALS (USA) INC.
2850 WOOD BRIDGE AVE.
EDISON NJ 08837

Creditor ID: 12952-01
RIMTECH (U.S.A.) INC. /D.B.A. 360 AUTO PARTS
18400 E. GALE AVE.
CITY OF INDUSTRY CA 91748

Creditor ID: 16865-01
RINGLING BROS AND BARNUM & BAILEY INT'L INC
8607 WESTWOOD CENTER DRIVE
VIENNA VA 22182

Creditor ID: 1821-01
RINKENS INTERNATIONAL
15501 TEXACO AVENUE
PARAMOUNT CA 90723

Creditor ID: 1989-01
RINNAI AMERICA CORPORATION
103 INTERNATIONAL DRIVE
PEACHTREE CITY GA 30269

Creditor ID: 4183-01
RIO DEL MAR FOODS INC.
866 EAST DARTMOUTH DRIVE
FRESNO CA 93720

Creditor ID: 16866-01
RIO TEX WHOLESALE MEAT PROCESSING DIVISION
1140 W. 2ND STREET
MERCEDES TX 78570

Creditor ID: 4184-01
RIO TINTO
8051 E. MAPLEWOOD AVE. BUILDING 4
GREENWOOD VILLAGE CO 80111

Creditor ID: 6072-01
RIO TINTO EXPORT INC.
126 TYLER STREET NEWARK, NJ 07114
NEWARK NJ 07114

Creditor ID: 16867-01
RIOGLASS SOLAR INC.
12425 W. BELL RD. SUITE 132
SURPRISE AZ 85378

Creditor ID: 15639-01
RIPON PICKLE
1039 BEIER RD.
RIPON WI 54971

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8652-01<br>RIPTIDE FOODS<br>32980 ALVARADO-NILES RD., SUITE 810<br>UNION CITY CA 94587 | Creditor ID: 8653-01<br>RIPTIDE SEAFOOD CORPORATION<br>4751 WILSHIRE BLVD. SUITE 203C<br>LOS ANGELES CA 90010 | Creditor ID: 11849-01<br>RISING RESOURCES CONTROL, INC.<br>12762 CRESTWOOD CIRCLE<br>GARDEN GROVE CA 92841-5250 |
| Creditor ID: 12953-01<br>RISING STAR BRAND FOODS, INC.<br>1019 BRASSIE AVENUE<br>FLOSSMOOR IL 60422 | Creditor ID: 7287-01<br>RITA CORPORATION<br>81 ORCHARD STREET<br>RAMSEY NJ 07446 | Creditor ID: 12954-01<br>RITACCO ANTONIO<br>19 STARR STREET<br>JOHNSTON RI 02919 |
| Creditor ID: 6073-01<br>RITANI HOSPITALITY INC.<br>3943 IRVINE BLVD. #167<br>IRVINE CA 92602 | Creditor ID: 11850-01<br>RITCHIE BROS. AUCTIONEERS (AMERICA) INC.<br>765 W. RIDER STREET<br>PERRIS CA 92571 | Creditor ID: 6074-01<br>RITCHIE BROTHERS AUCTIONEERS (AMERICA) INC.<br>13232 CASE ROAD SW<br>OLYMPIA WA 98512 |
| Creditor ID: 8654-01<br>RITE AID CORPORATION<br>BOX 3165<br>HARRISBURG PA 17105 | Creditor ID: 4928-01<br>RITEWAY POLYMERS<br>230 ST. NICHOLAS AVENUE<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 11851-01<br>RITTER POTTERY & GARDENS<br>6579 SOUTH HURON RIVER DR<br>SOUTH ROCKWOOD MI 48179 |
| Creditor ID: 6075-01<br>RITZ INSTRUMENT TRANSFORMERS<br>ONE RITZ AVE<br>WAYNESBORO GA 30830 | Creditor ID: 15640-01<br>RIVAN,LLC<br>5170 CORNERS DR.<br>ATLANTA GA 30338 | Creditor ID: 15641-01<br>RIVER BAY FOOD INC.<br>3380 LA SIERRA AVE SUITE 104-531<br>RIVERSIDE CA 92503 |
| Creditor ID: 4185-01<br>RIVER VALLEY MANUFACTURING, INC<br>976 EAST MAIN<br>BURLEY ID 83318 | Creditor ID: 4186-01<br>RIVER VIEW FARMS<br>2262 E. COUNTY ROAD 500 N<br>ORLEANS IN 47452 | Creditor ID: 6574-01<br>RIVERFIELD EXPORT IMPORT, INC.<br>2501 BEVERLY AV. SUITE 16<br>SANTA MONICA CA 90405 |
| Creditor ID: 8655-01<br>RIVERGATE SCRAP METALS<br>9645 N. COLUMBIA BLVD/PO BOX 83169<br>PORTLAND OR 97283 | Creditor ID: 15642-01<br>RIVERS EDGE TML-FAO AFTON CHEMICAL<br>1350 WEST FOURTH STREET<br>MADISON IL 62060 | Creditor ID: 12955-01<br>RIVERSIDE HARVEST, INC.<br>4921 CASPAR ST.<br>UNION CITY CA 94587 |
| Creditor ID: 12956-01<br>RIVERSIDE INC.<br>3082 FRANKLIN AVE<br>RIVERSIDE CA 92507 | Creditor ID: 16868-01<br>RIVERSIDE MANUFACTURING COMPANY<br>301 RIVERSIDE DRIVE<br>MOULTRIE GA 31776 | Creditor ID: 12642-01<br>RIVERSIDE REFRACTORIES, INC.<br>201 TRUSS FERRY ROAD, PELL CITY, AL<br>PELL CITY AL 35128 |
| Creditor ID: 15643-01<br>RIVERSIDE SPECIALTY CHEMICALS INC.<br>201 W 77TH ST, SUITE 7W<br>NEW YORK NY 10024 | Creditor ID: 1822-01<br>RIVIANA FOODS INC.<br>2777 ALLEN PARKWAY<br>HOUSTON TX 77019 | Creditor ID: 11852-01<br>RIVSTAR APPAREL LLC<br>231 WEST 39TH STREET,<br>NEW YORK NY 10018 |
| Creditor ID: 15644-01<br>RIVULIS IRRIGATION, INC<br>990 JOSHUA WAY<br>VISTA CA 92081 | Creditor ID: 1823-01<br>RJ CLASSICS INC.<br>1511 TONNELLE AVENUE<br>NORTH BERGEN NJ 07047 | Creditor ID: 1824-01<br>RJ REYNOLDS<br>2600 WEAVER ROAD<br>MACON GA 31298-1799 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16869-01<br>RJB WHOLESALE INC<br>12418 N.E. 124TH ST<br>KIRKLAND WA 98034 | Creditor ID: 8656-01<br>RJM INTERNATIONAL, INC.<br>15139 WOODLAWN AVENUE<br>TUSTIN CA 92780 | Creditor ID: 11853-01<br>RM AUCTION INC.<br>5536 COUNTY RD. 11A<br>AUBURN IN 46706 |
| Creditor ID: 8657-01<br>RMB EQUIPMENT<br>4300 HWY M - 4<br>HOLLAND MI 46423 | Creditor ID: 8658-01<br>RMCA<br>115 COLLEGE PLACE<br>NORFOLK VA 23510-9998 | Creditor ID: 12957-01<br>RMD KWIKFORM N. A<br>9351 GRANT STREET, SUITE 200<br>THORNTON CO 80229 |
| Creditor ID: 15645-01<br>RMD KWIKFORM NA<br>11090 ALMOND AVE.<br>FONTANA CA 92337 | Creditor ID: 12958-01<br>RMD KWIKFORM NA<br>2050 FARALLON DRIVE<br>SAN LEANDRO CA 94577 | Creditor ID: 12959-01<br>RMI GLOBAL LOGISTICS INC.<br>755 SOUTH CLARK STREET SUITE#203<br>CHICAGO IL 60605 |
| Creditor ID: 11854-01<br>RMLL CORP DBA CAROLE WREN<br>1385 BROADWAY #1100<br>NEW YORK NY 10018 | Creditor ID: 8659-01<br>ROADRUNNER RUBBER CORP.<br>4824 DOWNES LANE<br>HOUSTON TX 77093 | Creditor ID: 16870-01<br>ROANOKE FOREST PRODUCTS CO. INC<br>P.O. BOX 20137<br>ROANOKE VA 24018 |
| Creditor ID: 6575-01<br>ROANOKE VALLEY WINE COMPANY<br>1250 INTERVALE DRIVE<br>SALEM VA 24153 | Creditor ID: 12960-01<br>ROARING FORK COMMODITIES LLC<br>14 DIAMOND DRIVE<br>SLADE KY 40376 | Creditor ID: 18579-01<br>ROBAR INC.<br>131 WEST 33RD STREET SUITE 301<br>NEW YORK NY 10001 |
| Creditor ID: 8660-01<br>ROBERT BOSCH<br>4421 HWY 81 N.<br>ANDERSON SC 29621 | Creditor ID: 4187-01<br>ROBERT BOSCH  TOOL CORPORATION<br>1800 WEST CENTRAL ROAD<br>MOUNT PROSPECT IL 60056 | Creditor ID: 12961-01<br>ROBERT BOSCH CORPORATION<br>2024 HAWTHORNE AVENUE<br>ST. JOSEPH MI 49085 |
| Creditor ID: 18580-01<br>ROBERT BOSCH LLC<br>6555 FULTON INDUSTRIAL BLVD<br>ATLANTA GA 30336 | Creditor ID: 8661-01<br>ROBERT BOSCH TOOL CORP, GILMOUR DIVISION<br>140 CORUM ROAD<br>EXCELSIOR SPRINGS MO 64024 | Creditor ID: 1825-01<br>ROBERT BOSCH TOOL CORPORATION<br>2700 COLLEGE BLVD<br>WEST MEMPHIS AR 72301 |
| Creditor ID: 4188-01<br>ROBERT BOSCH TOOL CORPORATION<br>325 E. NUGGET AVE<br>SPARKS NV 89431 | Creditor ID: 6576-01<br>ROBERT BOSCH TOOL CORPORATION<br>5901 W. WAR MEMORIAL DRIVE<br>PEORIA IL 61615 | Creditor ID: 11855-01<br>ROBERT BOSCH TOOL CORPORATION<br>173 LAWRENCE 428<br>WALNUT RIDGE AR 72476 |
| Creditor ID: 17542-01<br>ROBERT BOSCH TOOL CORPORATION<br>1600 N STATE ROUTE 291 UNIT 1030<br>INDEPENDENCE MO 64058 | Creditor ID: 4189-01<br>ROBERT BOSCH TOOL CORPORATION<br>LINCOLNTON DISTRIBUTION CENTER<br>1980 INDIAN CREEK ROAD<br>LINCOLNTON NC 28092 | Creditor ID: 16872-01<br>ROBERT BOSCH TOOL CORPORATION<br>255 WEST FLEMING ST<br>WATSEKA IL 60970 |
| Creditor ID: 16871-01<br>ROBERT BOSCH TOOL CORPORATION<br>715 EAST GRAY STREET<br>LOUISVILLE KY 40202 | Creditor ID: 1826-01<br>ROBERT BOSCH TOOL CORPORATION (CST/BERGER)<br>255 WEST FLEMING STREET<br>WATSEKA IL 60970 | Creditor ID: 12962-01<br>ROBERT BOSCH TOOL CORPORATION (L.R. NELSON)<br>ONE SPRINKLER LANE<br>PEORIA IL 61615 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15646-01<br>ROBERT BOSCH TOOL CORPORATION.<br>407 FULBRIGHT<br>WALNUT RIDGE AR 72478 | Creditor ID: 8662-01<br>ROBERT BROWN INTERMOVE LTD<br>3 SIMM LANE UNIT 2H<br>NEWTOWN CT 06470 | Creditor ID: 15647-01<br>ROBERT EDWIN DELZELL<br>3432 WINDSOR ROAD<br>ROANOK VA 24018 |
| Creditor ID: 6577-01<br>ROBERT F HENRY<br>P O BOX 2230<br>MONTGOMERY AL 36102 | Creditor ID: 16873-01<br>ROBERT G MARSHALL<br>204 SOUTH LANE AVENUE<br>JACKSONVILLE FL 32254 | Creditor ID: 1827-01<br>ROBERT HENRY F. TILE CO.INC<br>1008 LAGOON BUSINESS LOOP<br>MONTGOMERY AL 36121 |
| Creditor ID: 1990-01<br>ROBERT KACHER SELECTIONS<br>105 MADISON AVENUE, 13TH FLOOR<br>NEW YORK NY 10016 | Creditor ID: 4190-01<br>ROBERT MANN PACKAGING INC.<br>2643 INDUSTRIAL PARKWAY<br>SANTA MARIA CA 93458 | Creditor ID: 4191-01<br>ROBERT THOMAS LP<br>5126 SOUTH ROYAL ATLANTA DRIVE<br>TUCKER GA 30084 |
| Creditor ID: 16874-01<br>ROBERT WEED PLYWOOD<br>705 MAPLE STREET<br>BRISTOL IN 46507 | Creditor ID: 4192-01<br>ROBINSON CUSTOMER PRODUCTS<br>1158 MCCABE AVENUE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 16875-01<br>ROBINSON FANS FLORIDA, INC.<br>3955 DRANEFIELD ROAD<br>LAKELAND FL 33811 |
| Creditor ID: 8663-01<br>ROBINSON TRADING CO<br>417 W MYRTLE ST<br>SUTHERLIN OR 97479 | Creditor ID: 16876-01<br>ROBUCK & COMPANY ANTIQUES LTD<br>425 PEACHTREE HILLS AVE NE STE 20<br>ATLANTA GA 30305 | Creditor ID: 16877-01<br>ROBUR CORPORATION<br>827 EAST FRANKLIN STREET<br>EVANSVILLE IN 47711 |
| Creditor ID: 15648-01<br>ROC EQUIPMENT<br>836 SANTA YNEZ AVE.<br>HENDERSON NV 89002 | Creditor ID: 4193-01<br>ROC INTERNATIONAL LLC<br>12600 SE 38TH STREET, #202<br>BELLEVUE WA 98006 | Creditor ID: 4930-01<br>ROCHESTER MIDLAND CORP.<br>BUILD. 21,<br>7275 SYCAMORE CANYON BLVD.<br>RIVERSIDE CA 92507 |
| Creditor ID: 11856-01<br>ROCHEUX INTERNATIONAL<br>220 CENTENNIAL AVE<br>PISCATAWAY NJ 08854 | Creditor ID: 15649-01<br>ROCHEUX INTERNATIONAL<br>16700 VALLEY VIEW AVE<br>LA MIRADA CA 90638 | Creditor ID: 4194-01<br>ROCK ISLAND ENTERPRISES LTD.<br>408 WYNGATE BLDG<br>PLANO TX 75074 |
| Creditor ID: 15650-01<br>ROCK POINT GRANITE & MARBLE<br>5101 NELSON RD #300<br>MORRISVILLE NC 27560 | Creditor ID: 12963-01<br>ROCK SOLID GRANITE AND TILE INC<br>4746 NORTH HAROLDSDEN DRIVE<br>IDAHO FALLS ID 83401 | Creditor ID: 1828-01<br>ROCK SOLID INT'L<br>1015 SAW MILL RIVER ROAD,<br>BUILDING #8<br>YONKERS NY 10710 |
| Creditor ID: 11857-01<br>ROCK SOLID SURFACES<br>2632 PRODUCTION ROAD<br>VIRGINIA BEACH VA 23452 | Creditor ID: 1829-01<br>ROCK WOOL MANUFACTURING<br>8610 SPRUIELL STREET<br>LEEDS AL 35094 | Creditor ID: 9873-01<br>ROCKET ELECTRIC CO. LTD. LA<br>1850 EAST 42ND STREET<br>LOS ANGELES CA 90058 |
| Creditor ID: 16878-01<br>ROCKFORD FURNITURE<br>1060 EAST SPRINGFIELD ROAD<br>HIGH POINT NC 27263 | Creditor ID: 6578-01<br>ROCKFORD INTERNATIONAL<br>1060 EAST SPRINGFIELD ROAD<br>HIGH POINT NC 27263 | Creditor ID: 11858-01<br>ROCKFORD MANUFACTURING, CO<br>3901 LITTLE RIVER ROAD<br>ROCKFORD TN 37853 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6579-01
ROCK-IT CARGO ? LAS VEGAS CONVENTION CENTER
89101 ? 3150 PARADISE ROAD
H & D DESIGN 2015 FAIR
LAS VEGAS NV 89109

Creditor ID: 16879-01
ROCKLIN FOREST PRODUCTS,INC
2380 PROFESSIONAL DR  SUITE 4
ROSEVILLE CA 95661

Creditor ID: 4195-01
ROCKLINE - BLUE MOUNTAIN LAKE
3070 EAST STATE HIGHWAY 10
BOONEVILLE AR 72927

Creditor ID: 6580-01
ROCKMAN COMPANY USA INC.
6425 RANDOLPH ST
COMMERCE CA 90040

Creditor ID: 15651-01
ROCKPORT COMPANY INC.
1895 J W FOSTER BOULEVARD
CANTON MA 02021

Creditor ID: 18581-01
ROCKS CONSIGN FURNITURE LLC
6865 SIERRA CENTER PKWY, SUITE 200
RENO NV 89511

Creditor ID: 11859-01
ROCKSOLID GRANIT (USA) INC
11098 INLAND AVENUE
MIRALOMA CA 91752

Creditor ID: 12964-01
ROCKTENN RECYCLING
1025 W. 190TH STREET SUITE 450
GARDENA CA 90248

Creditor ID: 15652-01
ROCKWELL IMPORTS, INC.
198 BRAMERTOWN ROAD, PO BOX 288
TUXEDO PARK NY 10987

Creditor ID: 12965-01
ROCKWELL WAREHOUSE
70 JAMES WAY
SOUTHAMPTON PA 18966

Creditor ID: 4196-01
ROCKWOOD LITHIUM
348 HOLIDAY INN DR.
KINGS MOUNTAIN NC 28086

Creditor ID: 16880-01
ROCKWOOD PIGMENTS NA, INC
7101 MUIRKIRK RD
BELTSVILLE MD 20705-1333

Creditor ID: 4197-01
ROCKY & ASSOCIATES, LLC
17007 NE 131ST PLACE
REDMOND WA 98052

Creditor ID: 16881-01
ROCKY MOUNTAIN COLBY PIPE COMPANY
4650 MCKENNON ROAD
PENDLETON OR 97801

Creditor ID: 6581-01
ROCKY MOUNTAIN COLBY PIPE COMPANY
5125 RACE COURT
DENVER CO 80216

Creditor ID: 12966-01
ROCLA CONCRETE TIE INC.
268 EAST SCOTLAND DR
BEAR DE 19701

Creditor ID: 16882-01
ROCOH LOGISTICS CORPORATION
1123A WARNER AVENUE (BELL GATE)
TUSTIN CA 92780

Creditor ID: 15653-01
ROCTENN
33 N. POWELL DRIVE
HAZLETON PA 18201

Creditor ID: 15654-01
ROCUS INTERNATIONAL INC.
4700 INVERNESS COURT
CHINO CA 91709

Creditor ID: 6582-01
ROD INTERNATIONAL
11445 PARAMOUNT BLVD SUITE A
DOWNEY CA 90241

Creditor ID: 9874-01
RODEO DART INC.
2909 HILLCROFT STE. 508
HOUSTON TX 77063

Creditor ID: 4198-01
RODGERS WADE MFG CO
1401 3RD SW P
PARIS TX 75460

Creditor ID: 16883-01
RODRIGUEZ GLASS CO.
4501 DELL AVE
NORTH BERGEN NJ 07047

Creditor ID: 11860-01
ROECHLING GLASTIC COMPOSITES
4321 GLENRIDGE ROAD
CLEVELAND OH 44121

Creditor ID: 4199-01
ROEHLEN ENGRAVING
701 JEFFERSON ROAD
ROCHESTER NY 14623-3287

Creditor ID: 11861-01
ROFE GROUP INCORPORATED
10 STONE HILL COURT
HACKETTSTOWN NJ 07840

Creditor ID: 8664-01
ROGER WESLEY THOMAS
8426 NW PINNACLE CT
PORTLAND OR 97229

Creditor ID: 4200-01
ROGERS & BROWN
1911 ASSOCIATES LANE STE D
CHARLOTTE NC 28217

Creditor ID: 8665-01
ROGERS AND BROWN
6160 KEMPSVILLE CIRCLE 314 A
HALIFAX BLDG
NORFOLK VA 23502

Creditor ID: 4201-01
ROGERS AND BROWN CUSTOM BROKERS INC.
348 SHIPYARD BLVD
WILMINGTON NC 28414

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1830-01<br>ROGERS AND SONS FOREST PRODUCTS<br>35545 ANNAPOLIS ROAD<br>ANNAPOLIS CA 95412 | Creditor ID: 12967-01<br>ROGERS FAMILY COFFEE<br>1731 AVIATION BLVD<br>LINCOLN CA 95648 | Creditor ID: 15655-01<br>ROHM AND HAAS CO.<br>INDEPENDENCE MALL WEST<br>PHILADELPHIA PA 19105 |
| Creditor ID: 8666-01<br>ROHRER BROS INC.<br>200 N. 16TH ST.<br>SACRAMENTO CA 95812-0731 | Creditor ID: 6583-01<br>ROHRER FARMS LLC<br>750 DOE RUN ROAD<br>LITITZ PA 17543 | Creditor ID: 8667-01<br>ROL ROM, INC.<br>54 BRANCH STREET<br>PATTERSON NJ 07524 |
| Creditor ID: 11862-01<br>ROLAND DISTRIBUTING CORP<br>4650 S. PINEMONT DR, #126<br>HOUSTON TX 77041 | Creditor ID: 16884-01<br>ROLAND FOODS, LLC.<br>71 WEST 23RD ST<br>NEW YORK NY 10010 | Creditor ID: 4202-01<br>ROLANKA INTERNATIONAL<br>155 ANDREW DR<br>STOCKBRIDGE GA 30281-9107 |
| Creditor ID: 16885-01<br>ROLCO PACIFIC, INC.<br>3052 50TH AVE S.W.<br>SEATTLE WA 98116 | Creditor ID: 6584-01<br>ROLF C. HAGEN (USA) CORP.<br>10851 SIERRA AVE.<br>FONTANA CA 92337 | Creditor ID: 16886-01<br>ROLF C. HAGEN (USA) CORP.<br>305 FORBES BLVD<br>MANSFIELD MA 02048 |
| Creditor ID: 12968-01<br>ROLI INTERNATIONAL, LLC.<br>801 S. GARFIELD AVE., SUITE 300<br>ALHAMBRA CA 91801 | Creditor ID: 11863-01<br>ROLLAND HAIRTREND USA INC.<br>4511 NEW YORK AVE<br>UNION CITY NJ 07087 | Creditor ID: 1991-01<br>ROLLER DERBY SKATE CORP.<br>14380 INDUSTRY CIRCLE<br>LA MIRADA CA 90638 |
| Creditor ID: 12969-01<br>ROLLER DERBY SKATE CORPORATION<br>311 W. EDWARDS STREET<br>LITCHFIELD IL 62056 | Creditor ID: 8668-01<br>ROLLFORMERS-USA<br>11635 HARTLEY RD.<br>HOUSTON TX 77093 | Creditor ID: 8669-01<br>ROLLING RIDGE WOODS<br>4515 TOWNSHIP ROAD<br>MILLERSBURG OH 44654 |
| Creditor ID: 17543-01<br>ROLYALUX CORP.<br>105 PLEASANT AVE.<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 4203-01<br>ROMA MARBLE & STONE INC<br>177-01 LIBERTY AV.<br>JAMAICA NY 11433 | Creditor ID: 11864-01<br>ROMA TILE & MARBLE CO., INC<br>306 WOLF STREET<br>SYRACUSE NY 13208 |
| Creditor ID: 11865-01<br>ROMA TILE CO<br>400 ARTESAL ST<br>WATERTOWN MA 02472-2842 | Creditor ID: 15756-01<br>ROMA TILE SUPPLY<br>4715 VETERANS HIGHWAY<br>HOLBROOK NY 11741 | Creditor ID: 16887-01<br>ROMA TILE SUPPLY<br>5711 N.E. 14TH AVENUE<br>FORT LAUDERDALE FL 33334 |
| Creditor ID: 6585-01<br>ROMADI INTERNATIONAL<br>805 NORAM LANE<br>FOSTER CITY CA 94404 | Creditor ID: 11866-01<br>ROMAN PADILLA LEON-VILLAVERDE<br>6 STUYVESANT OVAL, APT 8<br>NEW YORK NY 10009 | Creditor ID: 6586-01<br>ROMAX LOGISTICS<br>7218 NW TERRACE<br>MEDLEY FL 33166 |
| Creditor ID: 15757-01<br>ROMERO & MILLER LLC<br>608-C FOLCROST STREET<br>BALTIMORE MD 21224 | Creditor ID: 1831-01<br>ROMEX TEXTILES INC.<br>785 E 14TH PLACE<br>LOS ANGELES CA 90021 | Creditor ID: 8670-01<br>ROMI MACHINE TOOLS, LTD.<br>1845 AIRPORT EXCHANGE BLVD<br>ERLANGER KY 41018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 15758-01<br>RON SON FOODS, INC<br>PO BOX 40-81 LOCKE AVENUE<br>SWEDESBORO NJ 08085 | Creditor ID: 4204-01<br>RONALD BAYER<br>505 TEBAY PLACE<br>SCHAUMBURG IL 60194 | Creditor ID: 1992-01<br>RONALD MARK ASSOCIATES INC<br>1227 CENTRAL AVE<br>HILLSIDE NJ 07205 |
| Creditor ID: 6587-01<br>RONGCHENG TRADING LLC.<br>15854 ORNELAS STREET<br>IRWINDALE CA 91706 | Creditor ID: 11867-01<br>RONSON FOODS, INC.<br>P.O. BOX 38  81 LOCKE AVE.<br>SWEDESBORO NJ 08085 | Creditor ID: 12970-01<br>ROOMS AND REST FURNITURE DC<br>1804 NORTH 2ND ST<br>MANKATO MN 56001 |
| Creditor ID: 8671-01<br>ROOMS TO GO<br>30701 MILLER ROAD<br>BROOKSHIRE TX 77423 | Creditor ID: 16854-01<br>ROOMS TO GO<br>11540 HIGHWAY 92 EAST<br>SEFFNER FL 33584 | Creditor ID: 12971-01<br>ROOMSTORE INC<br>2280 TANNER RD<br>ROCKY MT NC 27801 |
| Creditor ID: 6588-01<br>ROOMSTORE, INC.<br>12501 PATTERSON AVENUE<br>RICHMOND VA 23238 | Creditor ID: 8672-01<br>ROOSEVELT PAPER COMPANY<br>ONE ROOSEVELT DR<br>MT LAUREL NJ 08054 | Creditor ID: 15759-01<br>ROPE WAREHOUSE & MARINE SUPPLY INC.<br>1902 MAPLE AVENUE<br>TAMPA FL 33605 |
| Creditor ID: 4205-01<br>ROPER CORPORATION<br>3285 DAVY CROCKETT DRIVE<br>CLEVELAND TN 37323 | Creditor ID: 10347-01<br>ROPER DERBY INDUSTRIES<br>3285 DAVY CROCKETT DRIVE<br>CLEVELAND TN 37312 | Creditor ID: 1832-01<br>ROPER THERMALS<br>26B NOD PLACE<br>CLINTON CT 06413 |
| Creditor ID: 13071-01<br>ROSBORO LUMBER COMPANY<br>2509 MAIN STREET<br>SPRINGFIELD OR 97477-5165 | Creditor ID: 15760-01<br>ROSCO LABORATORIES, INC<br>52 HARBOR VIEW AVE<br>STAMFORD CT 06902 | Creditor ID: 1833-01<br>ROSE ACRE FARMS<br>6874 N. BASE ROAD<br>SEYMOUR IN 47274 |
| Creditor ID: 1834-01<br>ROSE BRAND<br>4 EMERSON LANE SECAUCUS NJ 07094<br>SECAUCUS NJ 07094 | Creditor ID: 18614-01<br>ROSEBURG FOREST PRODUCTS<br>10599 OLD HIGHWAY 99 SOUTH<br>DILLARD OR 97432 | Creditor ID: 11868-01<br>ROSEJE FORWARDING<br>1720 LOWRY ROAD<br>LAREDO TX 78045 |
| Creditor ID: 8673-01<br>ROSELON INDUSTRIES INC<br>18 SOUTH FIFTH STREET<br>QUAKERTOWN PA 18951 | Creditor ID: 15761-01<br>ROSENTHAL FURNITURE<br>3458 NORTH 2ND STREET<br>MINNEAPOLIS MN 55412 | Creditor ID: 13072-01<br>ROSENTHAL WINE MERCHANT<br>1219 ROUTE 83<br>PINE PLAINS NY 12567 |
| Creditor ID: 16922-01<br>ROSET USA CORP.<br>111 BROADWAY, SUITE 1004<br>NEW YORK NY 10006 | Creditor ID: 1835-01<br>ROSETTI HANDBAGS AND  ACCESSORIES LTD<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 16923-01<br>ROSEWOOD HOTELS<br>500 CRESCENT COURT, STE. 300<br>DALLAS TX 75201 |
| Creditor ID: 4206-01<br>ROSS INT'L INC.<br>125 ENTIN ROAD<br>CLIFTON NJ 07014 | Creditor ID: 13073-01<br>ROSS STORES INC<br>3404 INDIAN AVE<br>PERRIS CA 92672 | Creditor ID: 13074-01<br>ROTATING EQUIPMENT & REPAIR<br>WEST 248 NORTH 5550 EXECUTIVE DRIVE<br>SUSSEX WI 53089 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1993-01<br>ROTECH SUBSEA USA LLC<br>6421 CUNNINGHAM<br>HOUSTON TX 77041 | Creditor ID: 16924-01<br>ROTHSCHILD AKA FIELDSTON CLOTHES INC<br>500 SEVENTH AVE.<br>NEW YORK NY 10018 | Creditor ID: 8674-01<br>ROUGH & READY LUMBER CO.<br>30365 REDWOOD HIGHWAY<br>CAVE JUNCTION OR 97523 |
| Creditor ID: 8774-01<br>ROUND WORLD PRODUCTS, INC.<br>921 E. 86TH, SUITE 107<br>INDIANAPOLIS IN 46240 | Creditor ID: 11869-01<br>ROUSSEAU COMPANY U.S.A.<br>1718 13TH STREET<br>CLARKSTON WA 99403 | Creditor ID: 13075-01<br>ROUSSELOT INC.<br>2350 KERPER BLVD.<br>DUBUQUE IA 52001 |
| Creditor ID: 8775-01<br>ROUSSELOT INC.<br>1231 S. ROCHESTER ST STE  250<br>MUKWONAGO WI 53149 | Creditor ID: 4931-01<br>ROUSSO APPAREL GROUP<br>525 7TH AVENUE<br>NEW YORK NY 10018 | Creditor ID: 1836-01<br>ROUTIN AMERICA INC<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |
| Creditor ID: 1837-01<br>ROWLAND TRADING, INC.<br>814 VIA SECO<br>NIPOMO CA 93444 | Creditor ID: 6589-01<br>ROXCEL TRADING CORPORATION<br>4854A SW SCHOLLS FERRY ROAD<br>PORTLAND OR 97225 | Creditor ID: 4207-01<br>ROXLOR LLC.<br>1300 N MARKET STREET SUITE 401<br>WILMINGTON DE 19801 |
| Creditor ID: 15762-01<br>ROX-STAR DISTRIBUTION AND WHOLESALE<br>218 44TH STREET<br>MANHATTAN BEACH CA 90266 | Creditor ID: 15763-01<br>ROXY TRADING, INC.<br>389 NORTH HUMANE WAY<br>POMONA CA 91768 | Creditor ID: 15764-01<br>ROYAL  INDUSTRIES INC<br>688 N MILWAUKEE AVE<br>CHICAGO IL 60622 |
| Creditor ID: 13076-01<br>ROYAL APPLIANCE INC.<br>8120 TYLER BLVD<br>MENTOR OH 44117 | Creditor ID: 8776-01<br>ROYAL APPLIANCE MANUFACTURING COMPANY<br>7005 COCHRAN ROAD<br>GLENWILLOW OH 44139 | Creditor ID: 6590-01<br>ROYAL CANIN<br>630 NORTH DERBY LANE<br>NORTH SIOUX CITY SD 57049 |
| Creditor ID: 6591-01<br>ROYAL COFFEE INC<br>3306 POWELL STREET<br>EMERYVILLE CA 94608 | Creditor ID: 10348-01<br>ROYAL COFFEE NEW YORK INC.<br>239 WESTERN AVENUE<br>STATEN ISLAND NY 10303 | Creditor ID: 13077-01<br>ROYAL COFFEE NY, INC.<br>180 RARITAN CENTER PKWY, SUITE 207<br>EDISON NJ 08837 |
| Creditor ID: 13078-01<br>ROYAL CORTINA<br>842 SOUTH WALL STREET<br>LOS ANGELES CA 90014 | Creditor ID: 13079-01<br>ROYAL CROWN COLA INTERNATIONAL<br>1000 TENTH AVE.<br>COLUMBUS GA 31901 | Creditor ID: 16925-01<br>ROYAL DRAGON TRADE INC<br>70 COMMERCE ST<br>BROOKLYN NY 11231 |
| Creditor ID: 8777-01<br>ROYAL ELASTICS<br>31248 OAK CREST DRIVE<br>WESTLAKE VILLAGE  CA 91361 | Creditor ID: 8778-01<br>ROYAL FOOD IMPORT CORP.<br>185 DEVONSHIRE ST STE 201<br>BOSTON MA 02110 | Creditor ID: 11870-01<br>ROYAL FOODS OF AMERICAS<br>12201 S.W. 132 CT.<br>MIAMI FL 33186 |
| Creditor ID: 1838-01<br>ROYAL GREENLAND U.S.INC.,<br>103 W. NACHES AVE, SUITE 200<br>SELAH WA 98942 | Creditor ID: 8779-01<br>ROYAL HERBAL TEA<br>133 LINCOLN AVE<br>FAIR LAWN NJ 07410 | Creditor ID: 6592-01<br>ROYAL HOSIERY CO.,INC.<br>3000 SOUTH SANTA FE AVE.<br>VERNON CA 90058 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11973-01<br>ROYAL HOUSEHOLD PRODUCTS, INC.<br>16833 EDWARDS ROAD<br>CERRITOS CA 90703 | Creditor ID: 11974-01<br>ROYAL IMPORTS<br>1274 N. RED GUM ST.<br>ANAHEIM CA 92806 | Creditor ID: 15765-01<br>ROYAL PLAZA TEXTILES, INC<br>1000 MAIN AVENUE<br>CLIFTON NJ 07011 |
| Creditor ID: 8780-01<br>ROYAL ROBBINS / ARP APPAREL GROUP<br>1524 PRINCETON AVENUE<br>MODESTO CA 95350 | Creditor ID: 7288-01<br>ROYAL SEAFFOD BAZA<br>5001 ROCKAWAY BEACH BLVD<br>FAR ROCKAWAY NY 11694 | Creditor ID: 15766-01<br>ROYAL SOVEREIGN INTERNATIONAL<br>2 VOLVO DRIVE<br>ROCKLEIGH NJ 07647 |
| Creditor ID: 11975-01<br>ROYAL SPA SUPPLY & HOME EQUIPMENT INC<br>2100 MISSION PEAK CIR<br>LAS VEGAS NV 89146 | Creditor ID: 15767-01<br>ROYAL TRADING COMPANY<br>1915 LYNX PLACE,<br>ONTARIO CA 91761 | Creditor ID: 1839-01<br>ROYAL WINDOWS, INC.<br>606 FOUNTAIN PARKWAY<br>GRAND PRAIRIE TX 75050 |
| Creditor ID: 13080-01<br>ROYAL WINE CORPORATION<br>63 NORTH HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 11976-01<br>ROYALUX CORP<br>105 PLEASANT AVE.<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 6593-01<br>ROYCE CORP. (MIA)<br>20900 NE 30 AVE #915<br>AVENTURA FL 33180 |
| Creditor ID: 6594-01<br>ROYSONS CORPORATION<br>40 VANDERHOOF AVE<br>ROCKAWAY NJ 07866 | Creditor ID: 4208-01<br>RPA INDUSTRIES LLC<br>11906 BRITMOORE PARK DR<br>HOUSTON TX 77041 | Creditor ID: 15768-01<br>RPAC (RYAN PARREIRA ALMOND CO)<br>21490 S.ORTIGALITA ROAD #2138<br>LOS BANOS CA 93635 |
| Creditor ID: 15769-01<br>RPI INTERNATIONAL INC<br>1880 SOUTH DAIRY ASHFORD #108A<br>HOUSTON TX 77077 | Creditor ID: 11977-01<br>RR USA INC.<br>8 CREEK PARKWAY<br>BOOTHWYN PA 19061 | Creditor ID: 13081-01<br>RSA COOPER LIGHTING<br>7945 ORION AVE.<br>VAN NUYS CA 91405 |
| Creditor ID: 1840-01<br>RSM COMPANY<br>811 PRESSLEY ROAD<br>CHARLOTTE NC 28231 | Creditor ID: 11978-01<br>RT SOURCING<br>1359 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 4209-01<br>RTC CORPORATION<br>2800 GOLF ROAD<br>ROLLING MEADOWS IL 60008 |
| Creditor ID: 4210-01<br>RTM LINE LTD.<br>37 NORTH AVE. STE#205<br>NORWALK CT 06851 | Creditor ID: 10349-01<br>RTUNES RACING, INC.<br>168 MASON WAY STE B4<br>CITY OF INDUSTRY CA 91746-2339 | Creditor ID: 6595-01<br>RUB, INC.<br>5371 12TH AVENUE EAST<br>SHAKOPEE MN 55379 |
| Creditor ID: 13082-01<br>RUBBERMAID COMMERCIAL PRODUCTS<br>125 APPLE VALLEY ROAD<br>WINCHESTER VA 22602 | Creditor ID: 16926-01<br>RUBBERMAID COMMERCIAL PRODUCTS<br>1098 URBANE ROAD NE DOCK #9<br>CLEVELAND TN 37312 | Creditor ID: 1841-01<br>RUBBERMAID COMMERCIAL PRODUCTS<br>17182 NEVADA AVENUE<br>VICTORVILLE CA 92394 |
| Creditor ID: 11979-01<br>RUBBERMAID COMMERCIAL PRODUCTS LLC<br>3124 VALLEY AVE<br>WINCHESTER VA 22601 | Creditor ID: 18615-01<br>RUBBERMAID CONSUMER PRODUCTS<br>17182 NEVADA AVENUE<br>VICTORVILLE CA 92394 | Creditor ID: 8781-01<br>RUBBERMAID CONSUMER PRODUCTS<br>212 PROGRESS BLVD<br>KENT OH 44240 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6596-01<br>RUBBERMAID CONSUMER PRODUCTS<br>3415 EAST 12TH STREET<br>WINFIELD KS 67156 | Creditor ID: 16927-01<br>RUBBERMAID CONSUMER PRODUCTS<br>1901 LEE AVENUE<br>JACKSON MO 63755 | Creditor ID: 15770-01<br>RUBBERMAID HEALTHCARE<br>102 W. 9TH STREET<br>DOUGLAS AZ 85607 |
| Creditor ID: 11980-01<br>RUBBERMAID HOME PRODUCTS<br>3415 EAST 12TH STREET<br>WINFIELD KS 67156 | Creditor ID: 8782-01<br>RUBBERMAID INC.<br>16905 NORTH CROSS DRIVE<br>HUNTERSVILLE NC 28078 | Creditor ID: 6597-01<br>RUBBERMAID INC. D/B/A BUBBA BRANDS<br>743 HENRIETTA CREEK ROAD<br>ROANOKE TX 76262 |
| Creditor ID: 15771-01<br>RUBBERMAID INC. D/B/A BUBBA BRANDS<br>8900 NORTHPOINTE EXEC DR<br>HUNTERSVILLE NC 28078 | Creditor ID: 6598-01<br>RUBEN SORHEGUI TILE DISTRIBUTORS<br>3876, MERCANTILE AVE.<br>NAPLES FL 34104 | Creditor ID: 6599-01<br>RUBIE'S COSTUME<br>4215W LOWER RUCKEYE RD.<br>PHOENIX AZ 85009 |
| Creditor ID: 1842-01<br>RUBIES COSTUME CO.<br>1770 WALT WHITMAN ROAD<br>MELVILLE NY 11747 | Creditor ID: 15772-01<br>RUBIES COSTUME CO.<br>145 CANDLEWOOD RD<br>BAY SHORE NY 11706 | Creditor ID: 15773-01<br>RUBRE'S COSTUME CO., INC<br>1770 WALT WHITMAN ROAD<br>MELVILLE NY 11747 |
| Creditor ID: 15774-01<br>RUBY METALS INC.<br>2805 SOUTH INDUSTRIAL DRIVE.<br>BLOOMINGTON CA 92316 | Creditor ID: 16928-01<br>RUBY WINES<br>625 BODWELL ST., PO BOX 7<br>AVON MA 02322-0007 | Creditor ID: 4211-01<br>RUCO PRODUCTS INC.<br>2920 W. 40 HIGHWAY<br>BULU SPRINGS MO 64015 |
| Creditor ID: 1843-01<br>RUD CHAIN, INC<br>1300 STONEY POINT ROAD<br>CEDAR RAPIDS IA 52408 | Creditor ID: 13083-01<br>RUGBY ABP<br>8700 WHITE OAK AVE<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 15775-01<br>RUGBY ARCHITECTURAL BLDG PRODUCT<br>2850 S 900 W STE C<br>SOUTH SALT LAKE UT 84119-2446 |
| Creditor ID: 13084-01<br>RUGGED EQUIPMENT<br>10 WEST 33RD ST<br>NEW YORK NY 10001 | Creditor ID: 15776-01<br>RUGGIERO SEAFOOD INC<br>474 WILSON AVE.<br>NEWARK NJ 07105 | Creditor ID: 16929-01<br>RUGS USA<br>106 EAST, JERICHO TURNPIKE<br>MINEOLA NY 11501 |
| Creditor ID: 4212-01<br>RUIS FASHION, INC.<br>1460 E CEDAR ST.<br>ONTARIO CA 91761 | Creditor ID: 15777-01<br>RULEWAVE INC.<br>450 N.SAM HOUSTON PKWY E.,STE. 222<br>HOUSTON TX 77060 | Creditor ID: 4932-01<br>RUNOLAND USA, INC.<br>150 NORTH 8TH STREET<br>BROOKLYN NY 11211 |
| Creditor ID: 4213-01<br>RUPRECHT COMPANY<br>1301 ALLANSON ROAD<br>MINDELEIN IL 60060 | Creditor ID: 15778-01<br>RUSS BERRIE<br>111 BAUER DRIVE<br>OAKLAND NJ 07436 | Creditor ID: 1844-01<br>RUSS BERRIE US GIFT INC.<br>1800 VALLEY ROAD<br>WAYNE NJ 07470 |
| Creditor ID: 11981-01<br>RUSSELL A FARROW US INC<br>2264-B LANDMEIER ROAD<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 16930-01<br>RUSSELL BRANDS, LLC<br>1 FRUIT OF THE LOOM DRIVE<br>BOWLING GREEN KY 42102 | Creditor ID: 1845-01<br>RUSSELL NEWMAN, INC.<br>600 NORTH LOOP 288<br>DENTON TX 76209 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12643-01<br>RUSSELL PACIFIC LLC<br>SAN CARLOS 5NW OF 3RD ST<br>CARMEL CA 93921 | Creditor ID: 6600-01<br>RUSSELL'S DESIGN CENTER<br>2075 MC DONALD AVENUE<br>BROOKLYN NY 11223 | Creditor ID: 13085-01<br>RUSSIN LUMBER CORP<br>21 LEONARDS DRIVE<br>MONTGOMERY NY 12549 |
| Creditor ID: 6601-01<br>RUSSO FOOD AND MARKET INC<br>1150 BERN RD<br>WYOMISSING PA 19610 | Creditor ID: 15779-01<br>RUSTOLEUM CORPORATION<br>715 PARK NORTH BOULEVARD, SUITE 100<br>CLARKSTON GA 30021 | Creditor ID: 6602-01<br>RUST-OLEUM CORPORATION<br>11 HAWTHORN PARKWAY<br>VERNON HILLS IL 60061 |
| Creditor ID: 11982-01<br>RUTGERS QUICK MART LLC<br>19 ASHBROOK DRIVE<br>EDISON NJ 08820 | Creditor ID: 8783-01<br>RV PRODUCTS, A DIVISION OF AIRXCEL INC.<br>3050 N.ST FRANCIS<br>WICHITA KS 67219 | Creditor ID: 8784-01<br>RVA LTD. (VA MEDIA)<br>6029 DEACON ROAD<br>SARASOTA FL 34238-2720 |
| Creditor ID: 1846-01<br>RWB IMPORTING<br>PO BOX 1668<br>ROHNERT PARK CA 94927 | Creditor ID: 1847-01<br>RYAN TRADING CORP.<br>2500 WESTCHESTER AVE STE 102<br>PURCHASE NY 10577 | Creditor ID: 11983-01<br>RYCO PACKAGING CORP.<br>8736 N.E. ALDERWOOD RD.<br>PORTLAND OR 97220 |
| Creditor ID: 15780-01<br>RYCO PACKAGING CORPORATION<br>8118 INTERCHANGE PARKWAY<br>SAN ANTONIO TX 78218-1610 | Creditor ID: 12644-01<br>RYDER<br>1296 NW THIRD ST.<br>KALAMA WA 98625 | Creditor ID: 4214-01<br>RYDER CARRIER MANAGEMENT<br>ON BEHALF OF CARRIER CORP<br>24 FRANK LLOYD WRIGHT DR LOBBY K<br>ANN ARBOR MI 48106 |
| Creditor ID: 6603-01<br>RYDER CARRIER MGMT OBO APPLE COMPUTER<br>24 FRANK LLOYD WRIGHT DRIVE<br>LOBBY KANN ARBOR MI 48106 | Creditor ID: 16931-01<br>RYDER INTEGRATED LOGISTICS<br>39550 13 MILE ROAD<br>NOVI MI 48377 | Creditor ID: 4215-01<br>RYDER INTEGRATED LOGISTICS<br>10 FARM SPRINGS ROAD<br>ON BEHALF OF UNITED TECHNOLOGIES<br>FARMINGTON CT 06032 |
| Creditor ID: 4216-01<br>RYDER INTEGRATED LOGISTICS, INC.<br>25300 GLOBE AVENUE<br>MORENO VALLEY CA 92551 | Creditor ID: 1848-01<br>RYOBI DIE CASTING (USA) INC<br>800 MAUSOLEUM ROAD<br>SHELBYVILLE IN 46176 | Creditor ID: 4217-01<br>RYPUSA LLC<br>1234 WEST BROADWAY<br>LOUISVILLE KY 40203 |
| Creditor ID: 1849-01<br>S & C BRIDAL LLC DBA US ANGELS<br>1407 BROADWAY, FLOOR 41<br>NEW YORK NY 10018 | Creditor ID: 1850-01<br>S & G COTTON CO., LIMITED<br>19715 EAST HARRISON<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 16932-01<br>S & G COTTON PTY INC<br>19715 E. HARRISON AVE<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 13086-01<br>S & H N.Y. INC<br>68 35TH STREET<br>BROOKLYN NY 11232 | Creditor ID: 11984-01<br>S & J INDUSTRIES INC<br>7041 1/2 VINELAND AVE<br>NORTH HOLLYWOOD CA 91605 | Creditor ID: 7289-01<br>S & S DESIGN FURNITURE COMPANY INC.<br>BUILDING 56, 48TH STREET 1ST AVE.<br>BROOKLYN NY 11232 |
| Creditor ID: 6604-01<br>S & W HEALTHCARE CORPORATION<br>15251 FLIGHT PATH DRIVE<br>BROOKSVILLE FL 34604 | Creditor ID: 1851-01<br>S AND M MOTOR CO<br>12401 ORANGE GROVE, DR 1015<br>TAMPA FL 33618 | Creditor ID: 11985-01<br>S E INCORPORATED<br>100 NORTH CENTRAL<br>DEAVER WY 82421 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 16933-01
S F SYSTEMS INC.
16710 SOUTH CONDUIT AVE., SUITE 205
JAMAICA NY 11434

Creditor ID: 1852-01
S L FOLLEN & CO.
811 NW 19TH AVE
PORTLAND OR 97209

Creditor ID: 15781-01
S&A DISTRIBUTION, INC.
29 WEST 34TH STREET, 3RD FLOOR
NEW YORK NY 10001

Creditor ID: 15782-01
S&A FAZER INTERNATIONAL CORP
2670 STILLWELL AVE.
BROOKLYN NY 11224

Creditor ID: 6605-01
S&B PACIFIC SEAFOODS, INC.
14723 38TH DRIVE SE
MILL CREEK WA 98012

Creditor ID: 6606-01
S&B TRADE, LLC
4810 BEAUREGARD ST. 102
ALEXANDRIA VA 22312

Creditor ID: 16934-01
S&C INTERNATIONAL FOOD INC.
1108 W. VALLEY BLVD 6317
ALHAMBRA CA 91803

Creditor ID: 13087-01
S&C INTERNATIONAL INC.
1270 BROADWAY, SUITE 609
NEW YORK NY 10001

Creditor ID: 11986-01
S&D DISTRIBUTORS OF BROWARD, INC.
2939 WHIPPLE RD
UNION CITY CA 94587

Creditor ID: 4218-01
S&F FOOD IMPORT CORP
1560 TROY AVENUE
BROOKLYN NY 11236

Creditor ID: 15783-01
S&N PRODUCE INC
2281 EAST 38 STREET
BROOKLYN NY 11234

Creditor ID: 13088-01
S&T AMERICA
3000 TOWN CENTER, SUITE 407
SOUTHFILED MI 48075

Creditor ID: 10350-01
S&T AMERICA LTD
3331 WEST BIG BEAVER RD. SUITE 108
TORY MI 48084

Creditor ID: 8785-01
S. L. SEAFOOD (USA) INC.
4340 STEVENS CREEK BLVD STE 163
SAN JOSE CA 95129-1147

Creditor ID: 4219-01
S. ROTHSCHILD & CO.,INC.
40 COUNTY STREET
FALL RIVER MA 02723

Creditor ID: 13089-01
S.A. FLORIDA INTERNATIONAL LLC
9905 NW 17TH STREET SUITE #107
MIAMI FL 33172

Creditor ID: 1853-01
S.A.INTERNATIONAL,INC.
6947 COAL CREEK PKWY SE STE 2200
NEWCASTLE WA 98059

Creditor ID: 6607-01
S.B. CORE AMERICA ENTERPRISE INC
33-17, FARRINGTON STREET
FLUSHING NY 11354

Creditor ID: 16935-01
S.C. JOHNSON & SON INC.
1525 HOWE STREET
RACINE WI 53403

Creditor ID: 11987-01
S.D. WARREN COMPANY
255 STATE STREET
BOSTON MA 02109

Creditor ID: 9875-01
S.E. ANNING COMPANY
822 DELTA AVENUE
CINCINNATI OH 45226

Creditor ID: 16936-01
S.E.A. -BIG EXPRESS, INC.
263 E. GARDENA BLVD.
GARDENA CA 90248

Creditor ID: 1854-01
S.E.A. INC., AMERICAN DISTRIBUTION CENTER
10220 SORRENTO VALLEY RD.  #100
SAN DIEGO CA 92121

Creditor ID: 1855-01
S.E.A.-BIG EXPRESS INC.
24404 S. VERMONT SUITE 305
HARBOR CITY CA 90710

Creditor ID: 4220-01
S.E.A-BIG EXPRESS, INC-NYC
155-06 SOUTH CONDUIT AVE STE 202
JAMAICA NY 11434

Creditor ID: 1856-01
S.GOLDBERG & CO., INC.
20 EAST BROADWAY
HACKENSACK NJ 07601

Creditor ID: 12645-01
S.I.T. INDEVA INC.
3630 GREEN PARK CIRCLE
CHARLOTTE NC 28217

Creditor ID: 16937-01
S.J. CLOTHING LLC
404 COPPER MOUNTAIN DR.
DIAMOND BAR CA 91765

Creditor ID: 16938-01
S.K. PARIS
100 CROSSWAYS PARK WEST SUITE 212
WOODBURY NY 11797

Creditor ID: 1857-01
S.K.I.BEER
169 GARDNER STREET
BROOKLYN NY 11237

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1858-01<br>S.L.SEAFOOD CORPORATION<br>400 S. RUSSELL AVE, UNIT #C<br>MONTEREY PARK CA 91755 | Creditor ID: 16939-01<br>S.P.K.PRODUCE<br>1037 S. SAN PEDRO STREET<br>LOS ANGELES CA 90015 | Creditor ID: 4221-01<br>S.ROTHSCHILD<br>500 FASHION AVENUE<br>NEW YORK NY 10018 |
| Creditor ID: 4222-01<br>S.S.K. PRODUCE INC<br>1101 LONG BEACH AVE<br>LOS ANGELES CA 90021 | Creditor ID: 13090-01<br>S.T. INTERNATIONAL TRADING CORP.<br>8095 CAMINITO MALLORCA<br>LA JOLLA CA 92037 | Creditor ID: 12646-01<br>SA IMPORT COMPANY<br>27601 FORBES ROAD #19<br>LAGUNA NIGUEL CA 92677 |
| Creditor ID: 11988-01<br>SA RECYCLING, LLC<br>3200 E. FRONTERA ST.<br>ANAHEIM CA 92806 | Creditor ID: 1859-01<br>SABARE USA, INC.<br>6300 BOAT ROCK BLVD. SUITE E<br>ATLANTA GA 30336 | Creditor ID: 17544-01<br>SABATER SPICES NORTH AMERICA, INC<br>951 FELL STREET, APT 728<br>BALTIMORE MD 21231 |
| Creditor ID: 13091-01<br>SABIC INNOVATIVE PLASTICS<br>9930 KINCEY AVE.<br>HUNTERSVILLE NC 28078 | Creditor ID: 16940-01<br>SABIC INNOVATIVE PLASTICS MT VERNON, INC.<br>1 LEXAN LANE BLDG #13<br>MT. VERNON IN 47620 | Creditor ID: 8786-01<br>SABIC INNOVATIVE PLASTICS US LLC<br>3531 PORT AND HARBOR DR.<br>BAY ST.LOUIS MS 39520 |
| Creditor ID: 8787-01<br>SABIC INNOVATIVE PLASTICS US LLC<br>1 PLASTICS AVENUE<br>PITTSFIELD MA 01201 | Creditor ID: 11989-01<br>SABROSO COMPANY<br>690S. GRAPE ST.<br>MEDFORD OR 97501 | Creditor ID: 4223-01<br>SABROSO COMPANY (HEIKES DIVISION)<br>690 S GRAPE STREET<br>MEDFORD OR 97113 |
| Creditor ID: 6608-01<br>SACMA MACHINERY CORPORATION<br>1280 BASSETT ROAD<br>WESTLAKE OH 44145 | Creditor ID: 16941-01<br>SACMI USA LTD.<br>3434 106TH CIRCLE<br>DES MOINES IA 50322 | Creditor ID: 9876-01<br>SACO INTERNATIONAL INC.<br>35E 38 STREET (11A)<br>NEW YORK NY 10016 |
| Creditor ID: 11990-01<br>SACRAMENTO BAG<br>3110 E. MIRALOMA AVE.<br>ANAHEIM CA 92806 | Creditor ID: 6609-01<br>SACS OF LIFE, LLC<br>3170 WALNUT LAKE COURT<br>COMMERCE TOWNSHIP MI 48390 | Creditor ID: 15784-01<br>SADDLE CREEK<br>1020 N. GLOSTER #120<br>TUPELO MS 38804 |
| Creditor ID: 11991-01<br>SAECO USA INC.<br>7905 COCHRAN ROAD, SUITE 100<br>GLENWILLOW OH 44139 | Creditor ID: 8788-01<br>SAEHAN ELECTRONICS AMERICA, INC.<br>8334 CLAIREMONT MESA ROAD<br>SAN DIEGO CA 92111 | Creditor ID: 13092-01<br>SAERTEX MULTICOM LP<br>12200 MT. HOLLY-HUNTERSVILLE RD.<br>HUNTERSVILLE NC 28078 |
| Creditor ID: 1860-01<br>SAFC HITECH INC.<br>1429 HILLDALE AVE<br>HAVERHILL MA 01832-1300 | Creditor ID: 15785-01<br>SAFCO PRODUCTS<br>9300 WEST RESEARCH CENTER ROAD<br>MINNEAPOLIS MN 55428 | Creditor ID: 16942-01<br>SAFCO PRODUCTS COMPANY<br>2700 BARRETT LAKES BLVD. SUITE 700<br>KENNESAW GA 30144 |
| Creditor ID: 13093-01<br>SAFE + CARE MEDICAL SUPPLIES INC.<br>1324 FOREST AVENUE, SUITE #428<br>STATEN ISLAND NY 10302 | Creditor ID: 16943-01<br>SAFE FOOD EXPRESS LLC (JEC)<br>30 NEWPORT PKWY #2015<br>JERSEY CITY NJ 07310 | Creditor ID: 1861-01<br>SAFECO USA INC.<br>7905 COCHRAN ROAD<br>GLENWILLOW OH 44139 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11992-01<br>SAFELITE GLASS CORP<br>4060 FRANCIS ST, SUITE 100<br>ONTARIO CA 91761 | Creditor ID: 13094-01<br>SAFELITE GLASS CORP ATLANTA DC<br>1350 BRASELTON PKWY STE 100<br>BRASELTON GA 30517 | Creditor ID: 13095-01<br>SAFETY SYSTEMS INTL (OAKTON, VA)<br>10210 WALKERTON LANE<br>OAKTON VA 22124 |
| Creditor ID: 10351-01<br>SAFEWAY INC.<br>5918 STONERIDGE MALL ROAD<br>PLEASANTON CA 94588 | Creditor ID: 6610-01<br>SAFILO USA INCORPERATED<br>801 JEFFERSON ROAD<br>PARSIPPANY NJ 07054 | Creditor ID: 1862-01<br>SAGA FASHIONS INC<br>248 WEST 38TH STREET<br>NEW YORK NY 10018 |
| Creditor ID: 8789-01<br>SAGE FRUIT COMPANY LLC<br>180 IRON HORSE COURT<br>YAKIMA WA 98901 | Creditor ID: 15786-01<br>SAGE HILL NORTHWEST<br>5230 HOLLINGSWORTH RD<br>MESA WA 99343 | Creditor ID: 18616-01<br>SAGE PUBLICATIONS, INC.<br>2590 CONEJO SPECTRUM ST.<br>THOUSAND OAKS CA 91320 |
| Creditor ID: 8790-01<br>SAGINOMIYA AMERICA INC.<br>655 METRO PLACE SOUTH SUITE 700<br>DUBLIN OH 43017 | Creditor ID: 11993-01<br>SAHADI FINE FOODS<br>4215 1ST AVENUE<br>BROOKLYN NY 11232 | Creditor ID: 8791-01<br>SAHALIE SEED, INC.<br>P.O. BOX 2042<br>CORVALLIS OR 97339 |
| Creditor ID: 11994-01<br>SAI TRADING COMPANY<br>1400 TULIP LANE<br>MUNSTER IN 45532 | Creditor ID: 1863-01<br>SAIA-BURGESS AUTOMOTIVE ACTUATORS, INC<br>755 BILL JONES INDUSTRIAL DR<br>SPRINGFIELD TN 37172 | Creditor ID: 13096-01<br>SAIA-BURGESS AUTOMOTIVE, INC<br>303 GREGSON DR.<br>CARY NC 27511 |
| Creditor ID: 16944-01<br>SAIA-BURGESS INC.<br>801 SCHOLZ DRIVE POB 427<br>VANDALIA OH 45377 | Creditor ID: 13097-01<br>SAINT GOBAIN CERAMIC MATERIALS<br>1 NEW BOND STREET<br>WORCESTER MA 01615 | Creditor ID: 15787-01<br>SAINT JOHN CHRYSOSTOMOS<br>GREEK ORTHODOX MONASTERY<br>4600 93RD ST<br>KENOSHA WI 53142 |
| Creditor ID: 8792-01<br>SAINT LOUIS GROUP<br>8888 KEYSTONE CROSSING, SUITE 1300<br>INDIANAPOLIS IN 46240 | Creditor ID: 15788-01<br>SAKASHITA MEAT SUPPLY CORP<br>1281 CABRILLO AVE., #306<br>TORRANCE CA 90501 | Creditor ID: 4224-01<br>SAKURA INC.<br>41 MADISON AVENUE<br>NEW YORK NY 10010 |
| Creditor ID: 16945-01<br>SAKYNO AUTO PARTS DISTRIBUTOR INC<br>8075 COOK ROAD<br>HOUSTON TX 77072 | Creditor ID: 11995-01<br>SALAD OILS INTERNATIONAL CORPORATION<br>5070 W HARRISON ST<br>CHICAGO IL 60644-5141 | Creditor ID: 7290-01<br>SALAM R MAHDI<br>810 ROVERVIEW DRIVE, #32 C<br>COLUMBUS OH 43202 |
| Creditor ID: 8793-01<br>SALAMANCA LUMBER CO., INC.<br>59 ROCHESTER<br>SALAMANCA NY 14776 | Creditor ID: 8794-01<br>SALAR ROUZBEH HAJIBABAEI<br>131 HALL CIR. #1<br>TUSTIN CA 92780 | Creditor ID: 1864-01<br>SALEEM CARAVAN<br>4673 THORNTON AVE, SUITE J<br>FREMONT CA 94536 |
| Creditor ID: 13098-01<br>SALEM STRAITS LTD.<br>1359 BROADWAY.  SUITE 1002<br>NEW YORK NY 10018 | Creditor ID: 15889-01<br>SALERM COSMETICA PROF. INC<br>242 SOUTH PARKWAY<br>CLIFTON NJ 07014 | Creditor ID: 8795-01<br>SALERM PROF.COSM.ORLANDO INC<br>6140-C EDGE WATER DR<br>ORLANDO FL 32810 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13099-01<br>SALFIL ENTERPRISES<br>1441 BROADWAY 30 FL<br>NEW YORK NY 10018 | Creditor ID: 8796-01<br>SALISH TIMBER PRODUCTS, LLC.<br>12819 SE 138TH STREET #48<br>BELLEVUE WA 98006 | Creditor ID: 15890-01<br>SALIX FRUITS LLC<br>1070 BRIDGE MILL AVENUE<br>CANTON GA 30114 |
| Creditor ID: 1865-01<br>SALLOMAX FINE FOOTWEAR LLC<br>1525 52ND STREET<br>BROOKLYN NY 11219 | Creditor ID: 13100-01<br>SALMO CORPORATION<br>11720 SUTPHIN BLVD<br>JAMAICA NY 11434 | Creditor ID: 4225-01<br>SALONI CORPORATION<br>7901 SW 6TH COURT ST 100<br>PLANTATION FL 33324 |
| Creditor ID: 15891-01<br>SALONIKA IMPORTS<br>3509 SMALLMAN STREET<br>PITTSBURGH PA 15201 | Creditor ID: 16946-01<br>SALSON WAREHOUSE<br>1331 WEST TORRANCE BLVD<br>TORRANCE CA 90501 | Creditor ID: 6611-01<br>SALT WORKS, INC.<br>15000 WOODINVILLE-REDMOND ROAD NE<br>STE B900<br>WOODINVILLE WA 98072 |
| Creditor ID: 11996-01<br>SALTER HOUSEWARES, USA<br>277 FAIRFIELD ROAD - SUITE 301<br>FAIRFIELD NJ 07004 | Creditor ID: 16947-01<br>SALTER USA<br>12215 HOLLY<br>RIVERSIDE CA 92509 | Creditor ID: 18617-01<br>SALTON INC.<br>1955 W. FIELD COURT<br>LAKE FOREST IL 60045 |
| Creditor ID: 4226-01<br>SALTON INC. REDLANDS WAREHOUSE<br>2301 WEST SAN BERNARDINO AVE,<br>REDLANDS CA 92374 | Creditor ID: 16948-01<br>SALVIATI AND SANTORI<br>555 EAST OCEAN BLVD<br>LONG BEACH CA 90802 | Creditor ID: 16949-01<br>SALYER AMERICAN INC.<br>21 LOWER RAGSDALE DRIVE<br>MONTEREY CA 93940 |
| Creditor ID: 8797-01<br>SALZGITTER MANNESMANN STAINLESS TUBES USA INC<br>12050 WEST LITTLE YORK RD<br>HOUSTON TX 77041 | Creditor ID: 4227-01<br>SAM AKLADYOUS<br>8077 HICKORY ROAD<br>MOUNT JULIET TN 37122 | Creditor ID: 16950-01<br>SAM AND JENNY INC.<br>636 120TH AVE. NE. BUILDING A, #200<br>BELLEVUE WA 98005 |
| Creditor ID: 1866-01<br>SAM GLOBAL COMPANY<br>17 WEST HARWOOD TERRACE<br>PALISADES PARK NJ 07650 | Creditor ID: 1867-01<br>SAM HPRP CHEMICALS INC<br>19055 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 | Creditor ID: 6612-01<br>SAM IMPORTS<br>18461 VENTURA BLVD.<br>TARZANA CA 91356 |
| Creditor ID: 7291-01<br>SAM KANE BEEF<br>9001 LEOPARD STREET<br>CORPUS CHRISTI TX 78409 | Creditor ID: 1868-01<br>SAM LEE ENTERPRISES<br>14450 HOOVER STREET<br>WESTMINSTER CA 92683 | Creditor ID: 13101-01<br>SAM LEVITZ FURNITURE CO.<br>2020 W. PRINCE RD.<br>TUCSON AZ 85705 |
| Creditor ID: 11997-01<br>SAMCO SALES, INC.<br>7444 CALHOUN RD.<br>HOUSTON TX 77033 | Creditor ID: 4228-01<br>SAME BOFFO<br>42 ALICE STREET<br>ARCADIA CA 91106 | Creditor ID: 8798-01<br>SAMEDAY BANNER<br>6635 SOUTH EASTERN AVE. SUITE 100<br>LAS VEGAS NV 89119 |
| Creditor ID: 15892-01<br>SAMEH ISMAIL<br>21-38 43 STREET 2ND FL<br>ASTORIA NY 11105 | Creditor ID: 11998-01<br>SAMHEE INTERNATIONAL, INC.<br>213 WEST 35TH STREET, SUITE 503<br>NEW YORK NY 10001 | Creditor ID: 15893-01<br>SAMICK MUSIC CORP.<br>18521 RAILROAD ST<br>CITY OF INDUSTRY CA 91748 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 15894-01
SAMLING USA, LLC
4745 NORTH 7TH STREET, SUITE 222
PHOENIX AZ 85014

Creditor ID: 4229-01
SAMP USA INC.
10522 GOVERNOR LANE BLVD
WILLIAMSPORT MD 21795

Creditor ID: 6613-01
SAMPCO
651 W WASHINGTON BLVD STE 300
CHICAGO IL 60661

Creditor ID: 11999-01
SAMRAT INTERNATIONAL
89-39 ELMHURST AVE, 2ND FLOOR
ELMHURST NY 11373

Creditor ID: 16951-01
SAMS CAR AND LIMO SERVICES
675 DOWD AVE
ELIZABETH NJ 07201

Creditor ID: 13102-01
SAM'S CLUB
PO BOX 116
BENTONVILLE AR 72716

Creditor ID: 8799-01
SAMSON CORPORATION
ONE SAMSON WAY
SWANNANOA NC 28778

Creditor ID: 13103-01
SAM-SON DISTRIBUTION
203 EGGERT ROAD
BUFFALO NY 14215

Creditor ID: 9877-01
SAMSON INTERNATIONAL
2575 PENNY RD.
HIGH POINT NC 27265

Creditor ID: 4230-01
SAMSON INTERNATIONAL ENTERPRISES
C/O 13/F NO.200 SE
MOBILE AL 36602

Creditor ID: 1869-01
SAMSON INTERNATIONAL ENTERPRISES, LTD
13/F, NO.200, SEC. 4, WEN SHIN ROAD
TAICHUNG
TAIWAN

Creditor ID: 16952-01
SAMSONITE CORP.
11200 EAST FORTY-FIFTH AVE.,
DENVER CO 80239

Creditor ID: 4231-01
SAMSONITE LLC
575 WEST STREET SUITE 110
MANSFIELD MA 02048

Creditor ID: 12000-01
SAMSUNG AIR AND SEA
85 CHALLENGER ROAD
RIDGEFIELD NJ 07660

Creditor ID: 17545-01
SAMSUNG AMERICA INC. SEATTLE OFFICE
500 108TH AVE. N.E. SUITE 1095
SEATTLE WA 98004

Creditor ID: 4232-01
SAMSUNG AMERICA, INC.
105 CHALLENGER RD.
RIDGEFIELD PARK NJ 07660

Creditor ID: 4233-01
SAMSUNG AMERICA, INC. (LOS ANGELES)
14251 E. FIRESTONE BLVD., 201
LA MIRADA CA 90638

Creditor ID: 15895-01
SAMSUNG AUSTIN SEMICONDUCTOR
12100 SAMSUNG BLVD MS 1230
AUSTIN TX 78754

Creditor ID: 4234-01
SAMSUNG C&T AMERICA, INC
1430 BROADWAY 22ND FLOOR
NEW YORK NY 10018

Creditor ID: 1870-01
SAMSUNG C&T AMERICA,INC.
105 CHALLENGER ROAD (3RD FL)
RIDGEFIELD PARK NJ 07660

Creditor ID: 16953-01
SAMSUNG C&T AUTOMATION INC.
17835 SKY PARK CIRCLE, SUITE E
IRVINE CA 92614

Creditor ID: 4235-01
SAMSUNG CHEMICAL
6 CENTERPOINTE DR. #100
LA PALMA CA 90623

Creditor ID: 6614-01
SAMSUNG DISPLAY DEVICES
2675 CUSTOMHOUSE STE C
SAN DIEGO CA 92173

Creditor ID: 12001-01
SAMSUNG ELECTRO-MECHANICS
2498 ROLL DRIVE NO 716
SAN DIEGO CA 92173

Creditor ID: 13104-01
SAMSUNG ELECTRO-MECHANICS AMERICA
3345 MICHELSON DR. #350
IRVINE CA 92612

Creditor ID: 15897-01
SAMSUNG ELECTRONIC AMERICA-
OPTICAL MEDIA SOLUTION
11044 RESEARCH BLVD STE A420
AUSTIN TX 78759

Creditor ID: 4236-01
SAMSUNG ELECTRONIC AMERICA - DELL ALLIANCE
11044 RESEARCH BLVD. STE 420
AUSTIN TX 78759

Creditor ID: 15896-01
SAMSUNG ELECTRONIC AMERICA INC
20801 S SANTA FE
CARSON CA 90810

Creditor ID: 16954-01
SAMSUNG ELECTRONIC AMERICA INC
1700 N ALAMEDA ST
COMPTON CA 90222

Creditor ID: 17546-01
SAMSUNG ELECTRONIC AMERICA INC
22001 84TH AVENUE SOUTH
KENT WA 98032

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12002-01<br>SAMSUNG ELECTRONIC, INC.<br>3655 NORTH FIRST STREET<br>SAN JOSE CA 95134 | Creditor ID: 6616-01<br>SAMSUNG ELECTRONICS<br>1000 NAPERVILLE ROAD<br>BOLINGBROOK IL 60440 | Creditor ID: 6615-01<br>SAMSUNG ELECTRONICS<br>10025 SIEMPRE VIVA RD. SUITE A<br>SAN DIEGO CA 92154 |
| Creditor ID: 18749-01<br>SAMSUNG ELECTRONICS (SAMEX MONITOR)<br>8770 AVENIDA COSTA BLANCA<br>SAN DIEGO CA 92154 | Creditor ID: 15898-01<br>SAMSUNG ELECTRONICS AMERICA - WAREHOUSE<br>700 W. BETHEL ROAD, SUITE 200<br>COPPELL TX 75019 | Creditor ID: 6617-01<br>SAMSUNG ELECTRONICS AMERICA INC<br>85 CHALLENGER ROAD<br>RIDGEFIELD PARK NJ 07660 |
| Creditor ID: 4237-01<br>SAMSUNG ELECTRONICS AMERICA INC<br>AMERICAN DISTRIBUTION CENTER<br>4921 DIRECTORS PLACE, SUITE 200<br>SAN DIEGO CA 92121 | Creditor ID: 15899-01<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>18600 BROADWICK STREET<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 4238-01<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>12014 EASTGATE BLVD<br>MOUNT JULIET TN 37122 |
| Creditor ID: 7345-01<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>5650 CHALLENGE DRIVE<br>MEMPHIS TN 38101 | Creditor ID: 1871-01<br>SAMSUNG ELECTRONICS AMERICA, INC.<br>400 VALLY ROAD SUITE 201<br>MOUNT ARLINGTON NJ 07856 | Creditor ID: 6618-01<br>SAMSUNG ELECTRONICS LATINO AMERICA MIAMI, INC<br>9800 NW 41ST STREET,SUITE 200<br>MIAMI FL 33178 |
| Creditor ID: 13208-01<br>SAMSUNG ELECTRONICS MIAMI INC.<br>8240 N.W. 52ND TERRACE SUITE 102<br>DORAL FL 33166 | Creditor ID: 1872-01<br>SAMSUNG ELECTRONICS MIAMI, INC.<br>2700 N.W. 87 AVENUE<br>MIAMI FL 33172 | Creditor ID: 19138-97<br>SAMSUNG ELECTRONICS, EPSON AMERICA INC<br>C/O O'MELVEY & MYERS LLP<br>JEFFREY KOPCZYNSKI, EVAN JONES, DANIEL SHAMAH<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK NY 10036 |
| Creditor ID: 4239-01<br>SAMSUNG INFORMATION SYSTEM AMERICA<br>3351 MICHELSON DR. #250<br>IRVINE CA 92612 | Creditor ID: 17547-01<br>SAMSUNG INTERNATIONAL INC.<br>2297 NIELS BOHR CT. #213<br>SAN DIEGO CA 92154 | Creditor ID: 12003-01<br>SAMSUNG INTERNATIONAL, INC.<br>9731 SIEMPRE VIVA ROAD SUITE 106<br>SAN YSIDRO CA 92173 |
| Creditor ID: 6619-01<br>SAMSUNG INTERNATIONAL, INC.<br>10220 SORRENTO VALLEY RD<br>SAN DIEGO CA 92121 | Creditor ID: 15900-01<br>SAMSUNG INTERNATIONAL, INC. (SAMEX)<br>333 H. STREET<br>CHULA VISTA CA 91910 | Creditor ID: 13209-01<br>SAMSUNG MEAT AMERICA CORP.<br>2 HARRIET DRIVE<br>SYOSSET NY 11791 |
| Creditor ID: 6620-01<br>SAMSUNG OPTO-ELECTROICS AMERICA INC<br>100 CHALLENGER ROAD STE 700<br>DBA SAMSUNG TECHWIN AMERICA<br>RIDGEFIELD PARK NJ 07660 | Creditor ID: 6621-01<br>SAMSUNG SDI<br>18600 BROADWICK ST<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 1873-01<br>SAMSUNG SDI AMERICA<br>2675 CUSTOMHOUSE COURT SUITE C & D<br>SAN DIEGO CA 92173 |
| Creditor ID: 16955-01<br>SAMSUNG SDI MEXICO S.A. DE C.V.<br>LOS OLIVOS # 21014<br>PARQUE INDUSTRIAL EI FLORIDO<br>TIJUANA BAJA CALIFORNIA NORTE        CA 92173<br>MEXICO | Creditor ID: 4240-01<br>SAMSUNG SEMICONDUCTOR INC<br>3655 N FIRST ST<br>SAN JOSE CA 95134 | Creditor ID: 13210-01<br>SAMSUNG SEMICONDUCTOR, INC.<br>3655 N. FIRST ST.<br>SAN JOSE CA 95134 |
| Creditor ID: 4241-01<br>SAMSUNG SYSTEMS<br>SAMSUNG TELECOMMUNICATIONS AMERICA<br>611 SOUTH ROYAL LANE DOCK #6<br>COPPELL TX 75019 | Creditor ID: 16956-01<br>SAMSUNG TELECOMMUNICATIONS<br>500 ENTERPRISE DRIVE #100<br>FLOWER MOUND TX 75028 | Creditor ID: 13211-01<br>SAMSUNG TELECOMMUNICATIONS<br>1000 KLEIN ST. SUITE 200<br>PLANO TX 75074 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 10352-01
SAMSUNG TELECOMMUNICATIONS AMERICA
1301 E. LOOKOUT DRIVE
RICHARDSON TX 75082

Creditor ID: 8800-01
SAMSUNG TELECOMMUNICATIONS AMERICA
NORTH DOCK, 240 DIVIDEND DRIVE
COPPELL TX 75019

Creditor ID: 16957-01
SAMSUNG TELECOMMUNICATIONS AMERICA
65 RAILROAD AVE UNIT# 4
RIDGEFIELD NJ 07657

Creditor ID: 4242-01
SAMSUNG TELECOMMUNICATIONS AMERICA.
3700 PINNACLE POINT -
OHL BUILDING STA
DALLAS TX 75211

Creditor ID: 12004-01
SAMTEX FASHIONS LTD.
525 7TH AVENUE
NEW YORK NY 10018

Creditor ID: 16958-01
SAMUEL G. KEYWELL CO.
1201 CORBIN STREET
ELIZABETH NJ 07201

Creditor ID: 15901-01
SAMUEL LAWRENCE FURNITURE CO
3980 PREMIER DRIVE, SUITE 310
HIGH POINT NC 27265

Creditor ID: 16959-01
SAMUEL LAWRENCE FURNITURE CO.
616 S. 55TH AVE.
PHOENIX AZ 85009

Creditor ID: 16960-01
SAMUELS AND SON SEAFOOD CO. (AR)
3707 S. LAWRENCE ST.
PHILADELPHIA PA 19148

Creditor ID: 1874-01
SAMYOUNG EXPRESS (S.Y. AMERICA)
1270 BROADWAY SUITE 907
NEW YORK NY 10001

Creditor ID: 19139-97
SAN FRANCISCO BAR PILOTS
PIER 9 EAST END
SAN FRANCISCO CA 94111

Creditor ID: 13212-01
SAN FRANCISCO FOODS
3996 HORNER STREET
TRACY CA 95391

Creditor ID: 16961-01
SAN FRANCISCO HERB & NATURAL FOOD CO
47444 KATO ROAD
FREMONT CA 94538

Creditor ID: 8801-01
SAN FRANCISCO HERB CO.
250 14TH STREET
SAN FRANCISCO CA 94103

Creditor ID: 16962-01
SAN FRANCISCO TRADING CO., INC.
14735 CATALINA ST.
SAN LEANDRO CA 94577

Creditor ID: 4243-01
SAN JOAQUIN VALLEY CONCENTRATE
5631 E. OLIVE AVE
FRESNO CA 93727

Creditor ID: 8802-01
SAN JUAN SEAFOODS, INC
2825 ROEDER AVE.
BELLINGHAM WA 98227

Creditor ID: 6622-01
SAN LAZARO FENCING SUPPLIES INC
7724 NW 64TH STREET
MIAMI FL 33166

Creditor ID: 15902-01
SAN MIGUEL TRADING INTERNATIONAL CORPORATION
26046 EDEN LANDING ROAD, STE. 1
HAYWARD CA 94545

Creditor ID: 4933-01
SAN PABLO COMMERCIAL CORP.
45 W. EASY STREET, SUITE #25
SIMI VALLEY CA 93065

Creditor ID: 15903-01
SANA FABRICS, INC.
645 S. LOS ANGELES STREET
LOS ANGELES CA 90014

Creditor ID: 8803-01
SANBORN  MFG.
118 W. ROCK ST
SPRINGFIELD MN 56087

Creditor ID: 1875-01
SANCRO INTERNATIONAL, INC.
14750 NORTHAM STREET
LA MIRADA CA 90638

Creditor ID: 16963-01
SAND PROFILE INC.
2616 CLEVELAND AVE.
SAINT PAUL MN 55113

Creditor ID: 6623-01
SANDEN INTERNATIONAL (U.S.A.) INC
601 SOUTH SANDEN BOULEVARD
WYLIE TX 75098

Creditor ID: 17548-01
SANDERSON FARMS
127 FLYNT ROAD (PO BOX 988)
LAUREL MS 39441

Creditor ID: 13213-01
SANDLER SEATING INC.
1175 PEACHTREE ST NE STE 1850
ATLANTA GA 30361

Creditor ID: 4244-01
SANDS INTERSOURCE, LLC
946 ROUTE 228
MARS PA 16046

Creditor ID: 12005-01
SANDYGREN INTERNATIONAL, INC
12513 42ND AVENUE NORTH EAST
SEATTLE WA 98125

Creditor ID: 16964-01
SANFORD LP
200 SANFORD DRIVE
SHELBYVILLE TN 37160

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 12006-01
SANFORD LP
3 GLENLAKE PARKWAY
ATLANTA GA 30328

Creditor ID: 6624-01
SANFORD LP
3500 LACEY ROAD
DOWNERS GROVE IL 60515

Creditor ID: 6625-01
SANHUA INTERNATIONAL
8400 INDUSTRIAL PARKWAY
PLAIN CITY OH 43064

Creditor ID: 4245-01
SANIMAX LLC
2099 BADGERLAND DR.
GREEN BAY WI 54303

Creditor ID: 15904-01
SANJEL USA
11 SOUTH 7TH STREET
MILES CITY MT 59301

Creditor ID: 6626-01
SANLEE IMPORTS INC.
2073 1/2 W. CARSON STREET
TORRANCE CA 90501

Creditor ID: 16965-01
SANMAR CORPORATION
22833 SE BLACK NUGGET RD STE 130
ISSAQUAH WA 98029

Creditor ID: 15905-01
SANRIO, INC.
570 ECCLES AVE.
SOUTH SAN FRANCISCO CA 94080

Creditor ID: 4246-01
SANTA AND SONS CHRISTMAS TREES
24469 HIGHWAY 20
PHILOMATH OR 97370

Creditor ID: 4934-01
SANTA FE APPAREL LLC
525 7TH AVENUE
NEW YORK NY 10018

Creditor ID: 8804-01
SANTA FE LEATHER CORP (USA)
223 SOUTH VAN BRUNT ST.
ENGLEWOOD NJ 07631

Creditor ID: 8805-01
SANTA FE TRADING CO.
1620 E. LEWIS ST
ANHEIM CA 92805

Creditor ID: 15906-01
SANTA MAURA SPICE & GARLIC CO
747 S CENTRAL AVE
LOS ANGELES CA 90021

Creditor ID: 8907-01
SANTA MONICA SEAFOOD COMPANY
18531 S. BROADWICK STREET
RANCHO DOMINGUEZ CA 90220

Creditor ID: 8908-01
SANTAFE TILE CORP.
8825 N.W. 95TH STREET
MEDLEY FL 33178

Creditor ID: 8909-01
SANTOKU AMERICA, INC.
8220 WEST HARRISON STREET
TOLLESON AZ 85353-4025

Creditor ID: 16966-01
SANTORO TILE AND MARBLE DISTRIBUTION CO. INC.
522-600 WEST MAIN ST.
NORRISTOWN PA 19401

Creditor ID: 6627-01
SANTOS AGENCY, INC.
1188 MONTAGUE STREET
SAN LEANDRO CA 94577

Creditor ID: 1876-01
SANTREE SUPPLY CORP
1802 131ST STREET
COLLEGE POINT NY 11356

Creditor ID: 16967-01
SANWA TRADING CO
2450 SOUTH 6TH AVENUE S STE 204
SEATTLE WA 98134

Creditor ID: 17549-01
SANYO CORP OF AMERICA
500 5TH AVE SUITE 3620
NEW YORK NY 10110

Creditor ID: 6628-01
SANYO ELECTRIC,INC.
200 RISER ROAD
LITTLE FERRY NJ 07643

Creditor ID: 1877-01
SANYO ENERGY (U.S.A.) CORPORATION
2600 NETWORK BLVD. SUITE 600
A DIVISION OF SANYO NORTH AMERICA
FRISCO TX 75034

Creditor ID: 15907-01
SANYO FISHER COMPANY
21605 PLUMMER STREET
CHATSWORTH CA 91311

Creditor ID: 6629-01
SANYO FISHER COMPANY
21605 PLUMMER STREET
CHATSWORTH CA 91311

Creditor ID: 10003-01
SANYO MANUFACTURING CORP.,
2055 SANYO AVE
SAN DIEGO CA 92154-6229

Creditor ID: 6630-01
SANYO NORTH AMERICA CORP.
1300 MICHAEL DRIVE SUITE A
BIOMEDICAL & ENVIRONMENTAL
WOOD DALE IL 60191

Creditor ID: 4935-01
SANYO NORTH AMERICA CORPORATION
CONSUMER SOLUTIONS DIVISION
21605 PLUMMER ST
CHATWORTH CA 91311

Creditor ID: 6631-01
SANYO NORTH AMERICA CORPORATION
2055 SANYO AVENUE
SAN DIEGO  CA 92154  USA CA 92154

Creditor ID: 8910-01
SAPA EXTRUSIONS
1617 NORTH WASHINGTON STREET
MAGNOLIA AR 71753

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8911-01<br>SAPP BROS. INC.<br>9915 SOUTH 148TH STREET<br>OMAHA NE 68138 | Creditor ID: 13214-01<br>SAPPI FINE PAPER<br>225 FRANKLIN STREET<br>BOSTON MA 02110 | Creditor ID: 4247-01<br>SAPPI FINE PAPER NORTH AMERICA<br>179 JOHN ROBERTS ROAD<br>SOUTH PORTLAND ME 04106 |
| Creditor ID: 16968-01<br>SARA LEE<br>3500 LACEY ROAD<br>DOWNER GROVE IL 60515 | Creditor ID: 16969-01<br>SARA LEE FOODS/AMERICOLD<br>200 SARA LEE ROAD<br>TARBORO NC 27886 | Creditor ID: 4248-01<br>SARA SCRITTORE<br>11 EAST 29TH STREET<br>NEW YORK NY 10016 |
| Creditor ID: 6632-01<br>SARASOTA WHOLESALE<br>1931 13TH STREET<br>SARASOTA FL 34236 | Creditor ID: 15908-01<br>SARENS USA, INC DBA RIGGING INTERNATIONAL<br>1210 MARINA VILLAGE PARKWAY<br>ALAMEDA CA 94501 | Creditor ID: 6633-01<br>SARIA INTERNATIONAL, INC.<br>1200 INDUSTRIAL RD, # 2<br>SAN CARLOS CA 94070 |
| Creditor ID: 15909-01<br>SARK TILE INC.<br>1901 WEST "O" STREET<br>LINCOLN NE 68528 | Creditor ID: 8912-01<br>SARTOMER COMPANY, INC.<br>610 SOUTH BOLMER STREET<br>WEST CHESTER PA 19382 | Creditor ID: 10004-01<br>SARTOMER USA, LLC<br>20455 REEVES AVE<br>CARSON CA 90810 |
| Creditor ID: 4249-01<br>SARTOMER USA, LLC<br>DUIE PYLE W372,<br>830 SOUTH BOLMAR STREET<br>WEST CHESTER PA 19382 | Creditor ID: 8913-01<br>SAS SAFETY CORP.<br>3031 GARDENIA AVE.<br>LONG BEACH CA 90807 | Creditor ID: 4250-01<br>SASHA HANDBAGS INC.<br>10 W. 33RD ST - SUITE 620 6TH FLOOR<br>NEW YORK NY 10001 |
| Creditor ID: 15910-01<br>SASOL CHEMICALS (USA) LLC<br>102 CUTTING BLVD.<br>RICHMOND CA 94804 | Creditor ID: 4936-01<br>SASOL NORTH AMERICA INC.<br>12121 WICKCHESTER LANE<br>HOUSTON TX 77079 | Creditor ID: 6634-01<br>SASOL WAX NORTH AMERICA CORPORATION<br>21325B CABOT BLVD<br>HAYWARD CA 94545-1650 |
| Creditor ID: 4251-01<br>SATEC INTERNATIONAL INC<br>5129 POWDER MILL ROAD<br>BELTSVILLE MD 20705 | Creditor ID: 15911-01<br>SATURN EQUIPMENT, PRIMORIS INC.<br>6020 GREENWOOD PLAZA, BLVD<br>SUITE 200<br>GREENWOOD VILLAGE CO 80111 | Creditor ID: 1878-01<br>SAUDER GLOBAL SOURCING<br>7255 ROSEMEAD BLVD,<br>PICO RIVERA CA 90600 |
| Creditor ID: 16970-01<br>SAUDER MOULDINGS, INC.<br>5575 NORDIC WAY<br>FERNDALE WA 98248 | Creditor ID: 12680-01<br>SAUDER OF GEORGIA<br>P.O. BOX 583<br>AMERICUS GA 31709 | Creditor ID: 13215-01<br>SAUDER WOODWORKING<br>330 LUGBILL ROAD<br>ARCHBOLD OH 43502 |
| Creditor ID: 10005-01<br>SAUDER WOODWORKING CO<br>502 MIDDLE STREET<br>EIRE J SAUDER, DISTRIBUTION CENTER<br>ARCHBOLD OH 43502 | Creditor ID: 10006-01<br>SAUDER WOODWORKING CO.<br>ERIE J SAUDER DIST. CTR<br>330 N. CLYDE'S WAY<br>ARCHBOLD OH 43502 | Creditor ID: 1879-01<br>SAUDER WOODWORKING CO.,<br>ERIE J SAUDER DIST. CTR.<br>502 MIDDLE ST.<br>ARCHBOLD OH 43502 |
| Creditor ID: 4434-01<br>SAUSSER STEEL CO., INC.<br>311 LAQUINEO STREET<br>FINDLAY OH 45840 | Creditor ID: 4253-01<br>SAVANNAH DISTRIBUTING<br>200 BUXTON COURT<br>LILBURN GA 30047 | Creditor ID: 19140-97<br>SAVANNAH PILOTS ASSOCIATION<br>PO BOX 9267<br>SAVANNAH GA 31412 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6635-01<br>SAVANTE INTERNATIONAL INC<br>10 BRIGHTON 11 TH STREET<br>BROOKLYN NY 11235 | Creditor ID: 4254-01<br>SAVARE SPECIALTY ADHESIVES LLC<br>1201 SOUTH HOUK ROAD<br>DELAWARE OH 43015 | Creditor ID: 10007-01<br>SAVATECH CORP<br>413 OAK PLACE, BUILDING 5 J-0<br>PORT ORANGE FL 32127 |
| Creditor ID: 13216-01<br>SAVEARN CONTAINERS,INC.<br>3726 W. 227TH ST.<br>TORRANCE CA 90505 | Creditor ID: 16971-01<br>SAVELLO USA, INC<br>1265 SANS SOUCI PARKWAY<br>WILKES-BARRE PA 18706 | Creditor ID: 10008-01<br>SAVERGLASS INC.<br>841 LATOUR COURT SUITE B<br>NAPA CA 94558 |
| Creditor ID: 19141-97<br>SAVINO DEL BENE USA, INC<br>C/O CARROLL MCNULTY & KULL LLC<br>FRANK MICHAEL FALCONE, ESQ<br>120 MOUNTAIN VIEW BLVD<br>PO BOX 650<br>BASKING RIDGE NJ 078920 | Creditor ID: 1880-01<br>SAVOR BRANDS, INC.<br>17050 BAXTER ROAD SUITE 130<br>CHESTERFIELD MO 63005 | Creditor ID: 4255-01<br>SAVORY IMPORTING LLC<br>945 CONCORD STREET<br>FRAMINGHAM MA 01701 |
| Creditor ID: 15912-01<br>SAWYER NURSERY<br>5401 PORT SHELDON ROAD<br>HUDSONVILLE MI 49426 | Creditor ID: 8914-01<br>SAXCO INTERNATIONAL<br>200 GIBRALTAR RD STE 225<br>HORSAM PA 19044 | Creditor ID: 4256-01<br>SAYMAR STONE INC.<br>31-35 BORDEN AVE.<br>LONG ISLAND CITY NY 11101 |
| Creditor ID: 16972-01<br>SAZERAC COMPANY INC<br>803 JEFFERSON HIGHWAY<br>NEW ORLEANS LA 70121 | Creditor ID: 4257-01<br>SAZERAC COMPANY, INC<br>3850 N. CAUSEWAY BLVD SUITE 1695<br>METAIRIE LA 70002 | Creditor ID: 6636-01<br>SB & B FOODS INC.<br>15681 35TH ST. SE<br>CASSELTON ND 58012 |
| Creditor ID: 6637-01<br>SB INTERNATIONAL, INC<br>3626 N. HALL, SUITE 910<br>DALLAS TX 75219 | Creditor ID: 16973-01<br>SBARS INC<br>14 SBAR BLVD<br>MOORESTOWN NJ 08057 | Creditor ID: 10353-01<br>SBEHG 465 S. LA CIENEGA, LLC<br>8000 BEVERLY BLVD.<br>LOS ANGELES CA 90048 |
| Creditor ID: 15913-01<br>SBH INTIMATES<br>1411 BROADWAY, 8TH FL<br>NEW YORK NY 10018 | Creditor ID: 1881-01<br>SBI<br>290 E. MAIN ST.<br>RUTLEDGE GA 30663 | Creditor ID: 1882-01<br>SBI INTERNATIONAL INC<br>8401 LAKE WORTH ROAD, SUITE 122<br>LAKE WORTH FL 33467 |
| Creditor ID: 10009-01<br>SBL ALORICA INC.<br>14430 MONTE VISTA AVE.<br>CHINO CA 91710 | Creditor ID: 10010-01<br>SBN OVERSEAS<br>1134 KNOPSLER CIRCLE<br>FOLSOM CA 94563 | Creditor ID: 9878-01<br>SCAFFOLD MART<br>1705 EVANS ST<br>GREENVILLE NC 27834 |
| Creditor ID: 15914-01<br>SCAFFOLDING TODAY INC<br>1420 TORNELLE AVENUE<br>NORTH BERGEN NJ 07047 | Creditor ID: 10011-01<br>SCANDINAVIAN TOBACCO GROUP<br>2280 MOUNTAIN INDUSTRIAL BOUL<br>TUCKER GA 30084 | Creditor ID: 8915-01<br>SCANWELL LOGISTICS (ATL) INC.<br>4799 AVIATION PARKWAY SUITE H<br>COLLEGE PARK GA 30349 |
| Creditor ID: 16974-01<br>SCANWELL LOGISTICS (LAX) INC.<br>615 N. NASH STREET, SUITE 202<br>EL SEGUNDO CA 90245 | Creditor ID: 6638-01<br>SCARPONI TEXTILES, INC.<br>150 N. MILLER ROAD SUITE 300B<br>FAIRLAWN OH 44333 | Creditor ID: 6639-01<br>SCATTAGLIA GROWERS & SHIPPERS LLC<br>3170 AVE 360<br>TRAVER CA 93673 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10012-01<br>SCENEWEAVER LLC<br>649 ROSEWOOD DRIVE B<br>COLUMBIA SC 29202 | Creditor ID: 4258-01<br>SCEPTRE, INC.<br>16800 E. GALE AVE.<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 13217-01<br>SCFF, LLC D/B/A SWISS CHALET FINE FOODS<br>9455 NW 40TH STREET ROAD<br>DORAL FL 33178 |
| Creditor ID: 6640-01<br>SCG TRADING USA INC.<br>970 W 190TH ST, SUITE 330<br>TORRANCE CA 90502 | Creditor ID: 6641-01<br>SCHAEFER TRANS INC. (AR)<br>580 ATLANTIC AVENUE<br>EAST ROCKAWAY NY 11518 | Creditor ID: 18618-01<br>SCHAFER DRIVELINE LLC<br>123 PHOENIX PLACE<br>FREDERICKTOWN OH 43019 |
| Creditor ID: 6642-01<br>SCHAMBERGER BROTHERS<br>101 EAST HILL STREET<br>VILLA PARK IL 60181 | Creditor ID: 16976-01<br>SCHAR USA, INC.<br>1050 WALL STREET WEST, SUITE 203<br>LYNDHURST NJ 07071 | Creditor ID: 15915-01<br>SCHATTDECOR INC.<br>13950 RIVERPORT PLACE DRIVE<br>MARYLAND HEIGHTS MO 63043 |
| Creditor ID: 4259-01<br>SCHEIDEGGER TRADING CO., INC.<br>351 CALIFORNIA ST., SUITE 1400<br>SAN FRANCISCO CA 94104 | Creditor ID: 16977-01<br>SCHEINDER ELECTRIC NORTH AMERICA<br>1010 AIRPACK CENTER DRIVE<br>NASHVILLE TN 31217 | Creditor ID: 19187-97<br>SCHENKER INC<br>1305 EXECUTIVE BLVD #200<br>CHESAPEAKE VA 23320 |
| Creditor ID: 19142-97<br>SCHENKER OCEAN LTD, EMERSON CLIMATE<br>TECHNOLOGIES INC, EMERSON ELECTRIC ET AL<br>C/O SCARINCI & HOLLENBECK LLC<br>JOEL R GLUCKSMAN, ESQ<br>1100 VALLEY BROOK AVE, PO BOX 790<br>LYNDHURST NJ 07071-0790 | Creditor ID: 1884-01<br>SCHERMERHORN BROS. CO<br>18106 140TH AVENUE N.E. SUITE 210<br>WOODINVILLE WA 98072 | Creditor ID: 6643-01<br>SCHEURICH USA INC.<br>525 W. MONROE STREET<br>CHICAGO IL 60661 |
| Creditor ID: 10013-01<br>SCHICK INTERNATIONAL CORP.<br>2721 MICHELLE DR.<br>TUSTIN CA 92780 | Creditor ID: 15916-01<br>SCHICK MANUFACTURING<br>ONE RAZOR BLADE LN.<br>VERONA VA 24482 | Creditor ID: 18619-01<br>SCHICK MANUFACTURING INC.<br>235-A NORTH FREEPORT DRIVE<br>NOGALES AZ 85621 |
| Creditor ID: 13219-01<br>SCHICK MANUFACTURING,INC<br>10 LEIGHTON RD<br>MILFORD CT 06460 | Creditor ID: 15917-01<br>SCHICK MANUFACTURING,INC<br>2703 CINDEL DR<br>CINNAMINSON NJ 08077 | Creditor ID: 13220-01<br>SCHIEFFELIN & SOMERSET WESTERN NJ<br>2220 91TH ST<br>NORTH BERGEN NJ 07047 |
| Creditor ID: 8916-01<br>SCHIFF FOOD PRODUCTS INC.<br>994 RIVERVIEW DR<br>TOTOWA NJ 07512-1129 | Creditor ID: 13221-01<br>SCHIFF PRODUCTS<br>994 RIVERVIEW DRIVE<br>TOTOWA NJ 07512 | Creditor ID: 6644-01<br>SCHILLING FORGE INC<br>606 FACTORY AVE.<br>SYRACUSE NY 13208 |
| Creditor ID: 10354-01<br>SCHIMMEL PIANO CORPORATION<br>329 N NEW STREET<br>LITITZ PA 17543 | Creditor ID: 8917-01<br>SCHINDLER ELEVATOR CORPORATION<br>821 INDUSTRIAL DRIVE<br>CLINTON NC 28328-9749 | Creditor ID: 16978-01<br>SCHINDLER ELEVATOR CORPORATION<br>20 WHIPPANY ROAD<br>MORRISTOWN NJ 07960 |
| Creditor ID: 19143-97<br>SCHINDLER ELEVATOR CORPORATION<br>C/O WALSH PIZZI O'REILLY FALANGA LLP<br>STEPHEN V FALANGA, ESQ<br>1037 RAYMOND BLVD, STE 600<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | Creditor ID: 16979-01<br>SCHLAADT PLASTICS LTD.<br>198 BOSCH BOULEVARD<br>NEW BERN NC 28562 | Creditor ID: 13222-01<br>SCHLAGE LOCK COMPANY LLC<br>11819 NORTH PENNSYLVANIA STREET<br>CARMEL IN 46032 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6645-01<br>SCHLESS BOTTLES INC.<br>2137 57TH STREET<br>BROOKLYN NY 11204 | Creditor ID: 10014-01<br>SCHLUMBERGER LIFT SOLUTIONS LLC<br>18325 WATERVIEW PKWY. SUITE A101<br>DALLAS TX 75252 | Creditor ID: 15918-01<br>SCHLUMBERGER PRODUCT CENTER<br>300 SCHLUMBERGER DRIVE<br>SUGARLAND TX 77478 |
| Creditor ID: 8918-01<br>SCHMOLZ & BICKENBACH USA INC.<br>365 VILLAGE DRIVE<br>CAROL STREAM IL 60188 | Creditor ID: 6646-01<br>SCHMOLZ + BICKENBACH USA INC<br>1455 MILLER PARKWAY<br>STREETSBORO OH 44241 | Creditor ID: 8919-01<br>SCHNADIG CORP<br>1111 EAST TOUHY AVENUE, SUITE 500<br>DES PLAINES IL 60018-2814 |
| Creditor ID: 10015-01<br>SCHNADIG CORPORATION<br>HIGHWAY 25 SOUTH,<br>BELMONT INDUSTRIAL PARK<br>BELMONT MS 38827 | Creditor ID: 16980-01<br>SCHNADIG INTERNATIONAL CORPORATION<br>4200 TUDOR LANE<br>GREENSBORO NC 27410 | Creditor ID: 13223-01<br>SCHNDAING CORPORATION<br>1111 EAST TOUHY AVENUE SUITE 500<br>ROSEMONT IL 60018 |
| Creditor ID: 16981-01<br>SCHNEIDER ELECTRIC IT CORP<br>132 FAIRGROUNDS RD<br>WEST KINGSTON RI 02892-1511 | Creditor ID: 6647-01<br>SCHNEIDER ELECTRIC IT CORPORATION<br>14875 MONTE VISTA AVE.<br>CHINO CA 91710 | Creditor ID: 1994-01<br>SCHNEIDER ELECTRIC IT CORPORATION<br>201 FULLING MILL ROAD<br>MIDDLETOWN PA 17057 |
| Creditor ID: 4261-01<br>SCHNEIDER LOGISTICS - MIAMI<br>2335 NW 107 AVE STE 2M6<br>BOX# 129<br>DORAL FL 33172 | Creditor ID: 15919-01<br>SCHNEIDER LOGISTICS - SEATTLE<br>1016 WEST MAIN<br>AUBURN WA 98002 | Creditor ID: 8920-01<br>SCHNEIDERMAN'S FURNITURE WAREHOUSE<br>701 LADY BIRD LANE<br>BURSVILLE MN 55337 |
| Creditor ID: 16982-01<br>SCHNIDT CARTAGE, INC.<br>1625 HUNTER COURT<br>HANOVER PARK IL 60133 | Creditor ID: 16983-01<br>SCHNITZER STEEL<br>299 SW CLAY STREET SUITE 350<br>PORTLAND OR 97201 | Creditor ID: 13224-01<br>SCHNITZER STEEL INDUSTIRES, INC.<br>1101 EMBARCADERO WEST<br>OAKLAND CA 94607 |
| Creditor ID: 16984-01<br>SCHNITZER STEEL INDUSTRIES<br>1902 MARINE VIEW DR.<br>TACOMA WA 98422 | Creditor ID: 1885-01<br>SCHNITZER STEEL INDUSTRIES<br>12000 FOLSOM BLVD.<br>RANCO CORDOVA CA 95742 | Creditor ID: 10016-01<br>SCHNITZER STEEL INDUSTRIES<br>3200 NW YEON, PO BOX 10047<br>PORTLAND OR 97296-0047 |
| Creditor ID: 4435-01<br>SCHOENHUT PIANO CO<br>6480 U.S. 1<br>SAINT AUGUSTINE FL 32095 | Creditor ID: 6648-01<br>SCHOOL APPAREL, INC.<br>401 KNOUS AVENUE<br>STAR CITY AR 71667 | Creditor ID: 16985-01<br>SCHREIBER FOODS (GREEN BAY, WI)<br>425 PINE STREET<br>GREEN BAY WI 54307 |
| Creditor ID: 10017-01<br>SCHREIBER FOODS INTERNATIONAL, INC<br>600 E. CRESCENT AVENUE<br>UPPER SADDLE RIVER NJ 07458 | Creditor ID: 4262-01<br>SCHREIBER FOODS INTL INC<br>48 SO FRANKLIN TURNPIKE<br>RAMSEY NJ 07446 | Creditor ID: 4263-01<br>SCHREIBER FOODS INTL. INC<br>300 CORPORATE DR<br>MAHWAH NJ 07430 |
| Creditor ID: 4264-01<br>SCHULER INCORPORATED<br>7145 COMMERCE BOULEVARD<br>ROGERIO DA COSTA<br>CANTON MI 48187 | Creditor ID: 4265-01<br>SCHULPEN SCHUIM LEIDEN BVC<br>129 ROBERT HALL COURT<br>CHESAPEAKE VA 23324 | Creditor ID: 6649-01<br>SCHUMACHER<br>1969 PALOMAR OAKS WAY<br>CARLSBAD CA 92009 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 4266-01
SCHUMACHER COMPANY LC
502 WEST 1ST AVENUE
DURANT IA 52747

Creditor ID: 13225-01
SCHUTZ CONTAINER SYSTEMS INC
300 ASPEN HILL ROAD
SOMERVILLE NJ 08876

Creditor ID: 6650-01
SCHWEITZER-MAUDUIT
100 NORTH POINT CENTER E STE 600
ALPHARETTA GA 30022-8246

Creditor ID: 10018-01
SCHYLLING, INC
21 HIGH STREET, SUITE 400
NORTH ANDOVER MA 01845

Creditor ID: 15920-01
SCIENTIFIC MOLDING CORPORATION LTD
330, SMC DRIVE
SOMERSET WI 54025

Creditor ID: 4267-01
SCIENTIFIC MOLDING CORPORATION LTD.
103 PARK WEST
WOODVILLE WI 54028

Creditor ID: 1886-01
SCI-SYSTEMS INC.
13000 SOUTH MEMORIAL PARKWAY SOUTH
HUNTSVILLE AL 35803

Creditor ID: 10355-01
SCL LOGISTICS (ATL) INC.
4799 AVIATION PARKWAY SUITE H
COLLEGE PARK GA 30349

Creditor ID: 10019-01
SCOPERTA IMPORTING CO INC
3091 MAYFIELD ROAD #310
CLEVELAND OH 44118

Creditor ID: 10020-01
SCOT INDUSTRIES
810 NEBRASKA STREET
MUSCODA WI 53573

Creditor ID: 6651-01
SCOT INDUSTRIES, INC
2277 NORTH ST STATE HWY 20 531 20
PO BOX 46
EAST TROY WI 53120-0046

Creditor ID: 8921-01
SCOT INDUSTRIES, INC.
3756 F.M. 250 N, P.O. BOX 146
LONE STAR TX 75668

Creditor ID: 10356-01
SCOTT ADAM DESIGNS INC
118 EAST 25TH STREET
NEW YORK NY 10010

Creditor ID: 8922-01
SCOTT G.WILLIAMS.LLC
2111 GENERAL ARTS ROAD
CONYERS GA 30012

Creditor ID: 16786-01
SCOTT MARKETING GROUP INC.
PO BOX 6130 4889 NORTH US 1
VERO BEACH FL 32961

Creditor ID: 10021-01
SCOTT USA WAREHOUSE
651 WEST CRITCHLOW STREET
OGDEN UT 84440

Creditor ID: 8923-01
SCOTTS TURF-SEED
7644 KEENE ROAD NORTHEAST
GERVAIS OR 97026

Creditor ID: 16022-01
SCOUGAL RUBBER CORPORATION
6239 CORSON AVENUE SOUTH
SEATTLE WA 98108

Creditor ID: 6652-01
SCOUT MARKETIN LLC
720 FULLERTON ROAD
SPRINGFIELD VA 22153

Creditor ID: 6653-01
SCRAP IT
6490 S. MCCARRAN BLVD., STE C-25
RENO NV 89509

Creditor ID: 10022-01
SCRAP MARKETING, INC
11 TIMES SQUARE, SUITE 10B
NEW YORK NY 10036

Creditor ID: 9879-01
SCREEN GEMS FURNITURE ACCESSORIES
636 23RD STREET
MANHATTAN BEACH CA 90266

Creditor ID: 16023-01
SCS INC.
3370 W JACKSON STREET
TUPELO MS 38801

Creditor ID: 16787-01
SD AND SONS INC
1484 E. VALENCIA DR.
FULLERTON CA 92831

Creditor ID: 13227-01
SDG GLASS
750 LEXINGTON AVE
NEW YORK NY 10022

Creditor ID: 13228-01
SDS DENTAL INC.
1280 SW 27TH AVENUE
POMPANO BEACH FL 33069

Creditor ID: 8924-01
SE TYLOSE USA INC
NO 3 GREENWAY PLAZA SUITE 1150
HOUSTON TX 77046

Creditor ID: 6654-01
SEA - ADC, SAMSUNG ELECTRONICS AMERICA
10220 SORRENTO VALLEY ROAD
SAN DIEGO CA 92121

Creditor ID: 8925-01
SEA BIG EXPRESS, INC.
S.VERMONT AVE #H-110
TORRANCE CA 90502

Creditor ID: 9880-01
SEA BORN PRODUCTS, INC.,
13 CENTRE ST
NEW BEDFORD MA 02740

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6655-01<br>SEA CATCH<br>710 EPPERSON DR.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 16788-01<br>SEA FRESH TRADING INC.<br>4916 ENCINITA AVENUE<br>TEMPLE CITY CA 91780 | Creditor ID: 4268-01<br>SEA LION INTERNATIONAL<br>2000 BANKS ROAD, SUITE 222<br>MARGATE FL 33063 |
| Creditor ID: 1887-01<br>SEA MASTERS, INC.<br>17800 CASTLETON STREET, SUITE 638<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 10023-01<br>SEA PARTNERS CORPORATION<br>7755 CENTER AVENUE, SUITE 1100<br>HUNTINGTON BEACH CA 92647 | Creditor ID: 1888-01<br>SEA PORT BOARD PRODUCTS CORPORATION<br>131 SEVENTH AVE., WEST,<br>KIRKLAND WA 98033 |
| Creditor ID: 13229-01<br>SEA RAY BOATS, INC. - PALM COAST.<br>100 SEA RAY DRIVE<br>FLAGLER BEACH FL 32136 | Creditor ID: 17550-01<br>SEA RAY BOATS, INC. (DIV OF BRUNSWICK CORP)<br>2600 SEA RAY DRIVE<br>KNOXVILLE TN 37914 | Creditor ID: 16789-01<br>SEA ROAD INTERNATIONAL<br>2461 W. 208TH STREET, SUITE 102<br>TORRANCE CA 90501 |
| Creditor ID: 13230-01<br>SEA ROAD TRANS CORP<br>5343 W. IMPERIAL HWY, SUITE #300-A<br>LOS ANGELES CA 90045 | Creditor ID: 16024-01<br>SEA SNACK FOODS INC<br>914 E 11TH ST<br>LOS ANGELES CA 90021 | Creditor ID: 4269-01<br>SEA STAR SEAFOOD<br>128 BARTLETT STREET<br>MARLBOROUGH MA 01752 |
| Creditor ID: 13231-01<br>SEA TRADE NJ<br>1460 ROUTE 9 NORTH,SUITE 205<br>WOODBRIDGE NJ 07095 | Creditor ID: 8926-01<br>SEA WEALTH PRODUCTS INC.<br>100 S. ELECTRIC AVE<br>ALHAMBRA CA 91801 | Creditor ID: 16790-01<br>SEA WORLD LOGISTICS LLC<br>117 SALEM ROAD<br>NORTH BRUNSWICK NJ 08902 |
| Creditor ID: 16791-01<br>SEABOARD FOODS LLC.<br>9000 WEST 67TH, SUITE 200<br>SHAWNEE MISSIONS KS 66202 | Creditor ID: 1889-01<br>SEABOARD INTERNATIONAL<br>22 COTTON ROAD<br>NASHUA NH 03063 | Creditor ID: 6656-01<br>SEABOARD PAPER & TWINE, LLC<br>37 EAST 6TH STREET<br>PATERSON NJ 07259 |
| Creditor ID: 10024-01<br>SEABORN GROUP LLC<br>1910 NW 84TH AVENUE<br>DORAL FL 33126 | Creditor ID: 1890-01<br>SEACHROME CORPORATION<br>1906 EAST DOMINGUEZ ST<br>CARSON CA 90810 | Creditor ID: 19144-97<br>SEACUBE CONTAINER LEASING, TEXTAINER<br>EQUIPMENT MGMT (US) LTD, ET AL.<br>C/O WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ, DONALD W CLARK, ESQS<br>110 ALLEN RD, STE 304<br>BASKING RIDGE NJ 07920 |
| Creditor ID: 6658-01<br>SEADCO USA CORPORATION<br>1925 NE 45TH STREET SUITE 229<br>FORT LAUDERDALE FL 33308 | Creditor ID: 6659-01<br>SEAFAIR USA LLC<br>1225 W 190TH STREET SUITE 240<br>GARDENA CA 90248 | Creditor ID: 8927-01<br>SEAFOOD BROKERAGE COMPANY<br>34912 SE FALLS CITY SNOQUALMIE ROAD<br>FALL CITY WA 98024 |
| Creditor ID: 4270-01<br>SEAFOOD CASTLE CORPORATION<br>1111 CORPORATE CENTER DR STE 204<br>MONTEREY PARK CA 91754 | Creditor ID: 6660-01<br>SEAFOOD DOCTOR INC.<br>817 BENNETT AVE<br>MEDFORD OR 97504 | Creditor ID: 13232-01<br>SEAFOOD EXCHANGE SEOUL,INC<br>151 SUMMIT AVE.<br>WAKEFIELD RI 02879 |
| Creditor ID: 1891-01<br>SEAFOOD EXPERT WEST INC.<br>4564 160 ST<br>FLUSHING NY 11358 | Creditor ID: 16792-01<br>SEAFOOD INTERNATIONAL LLC<br>5521 A ARMOUR DR.<br>HOUSTON TX 77020 | Creditor ID: 4271-01<br>SEAFOOD MANAGEMENT SERVICES<br>2109 PERRY AVENUE<br>REDONDO BEACH CA 90278 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18620-01<br>SEAFOOD RESOURCES, LTD<br>400 MASSASOIT AVENUE<br>EAST PROVIDENCE RI 02914 | Creditor ID: 6661-01<br>SEAFOOD SALES ASIA<br>19004 8TH AVENUE NW<br>SHORELINE WA 98177 | Creditor ID: 13233-01<br>SEAFOOD SPECIALISTS INC.<br>19 DAWES AVENUE<br>SYOSSET NY 11791 |
| Creditor ID: 16025-01<br>SEAFOOD TRADING CORP<br>2100 SALZEDO ST., CORAL GABLES, FL<br>CORAL GABLES FL 33134 | Creditor ID: 16793-01<br>SEAFOOD TRADING, INC.<br>1532 NW 56TH STREET<br>SEATTLE WA 98107 | Creditor ID: 12647-01<br>SEAFREEZE LTD<br>100 DAVISVILLE PIER<br>NORTH KINGSTOWN RI 02852 |
| Creditor ID: 4272-01<br>SEAGATE STEAMSHIP LINES, INC.<br>244 WEST VALLEY AVENUE<br>BIRMINGHAM AL 35209 | Creditor ID: 16026-01<br>SEAGOLD PRIVATE LTD.<br>1 BREWSTER GATE NORTH<br>MASSAPEQUA NY 11758 | Creditor ID: 16794-01<br>SEAGULL EXPRESS LINES<br>846 FOSTER AVENUE<br>BENSENVILLE IL 60106 |
| Creditor ID: 1892-01<br>SEAH STEEL AMERICAS INC.<br>9615 NORWALK BLVD. SUITE B<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 8928-01<br>SEA-K CORPORATION<br>2929 1ST AVE. APT 817<br>SEATTLE WA 98121 | Creditor ID: 16795-01<br>SEALAND PRODUCTS GROUP<br>13128 STATE ROUTE 226<br>BIG PRAIRIE OH 44611 |
| Creditor ID: 10025-01<br>SEALASKA TIMBER CORP.<br>532 NE 3RD AVENUE, SUITE 250<br>CAMAS WA 98607 | Creditor ID: 16027-01<br>SEALD SWEET GROWERS, INC.<br>1991 74TH AVENUE, PO BOX 690152<br>VERO BEACH FL 32961 | Creditor ID: 16796-01<br>SEALED AIR CORPORATION<br>200 RIVERFRONT BLVD<br>ELMWOOD PARK NJ 07407-1037 |
| Creditor ID: 6663-01<br>SEALED AIR CORPORATION<br>3443 ARDEN ROAD<br>HAYWARD CA 94545 | Creditor ID: 13234-01<br>SEALED AIR CORPORATION<br>100 ROGERS BRIDGE ROAD<br>DUNCAN SC 29334 | Creditor ID: 10026-01<br>SEALED AIR CORPORATION/POLYPRIDE, INC.<br>2150 BREVARD ROAD<br>HIGHT POINT NC 27263 |
| Creditor ID: 16028-01<br>SEALED AIR CORPORATION/POLYPRIDE, INC.<br>504 WATERWAY DRIVE<br>AMORY MS 38821 | Creditor ID: 16797-01<br>SEAL-IT, INC.<br>70 SCHMITT BLVD.,<br>FARMINDALE NY 11735 | Creditor ID: 16798-01<br>SEALY INC.<br>ONE OFFICE PARKWAY<br>TRINITY NC 27370 |
| Creditor ID: 13235-01<br>SEAMAC<br>215 EAST BAY STREET STE 201-1<br>CHARLESTON SC 29401 | Creditor ID: 10027-01<br>SEAMAN PAPER COMPANY OF MASSACHUSETTS INC.<br>35 WILKINS ROAD<br>GARDNER MA 01440 | Creditor ID: 6664-01<br>SEAMANS FURNITURE<br>300 CROSSWAYS PARK<br>WOODBURY NY 11797 |
| Creditor ID: 9881-01<br>SEAMAY CORP.<br>2059 PASEO AMBAR<br>SAN DIMAS CA 91773 | Creditor ID: 8929-01<br>SEAMODAL TRANSPORT CORPORATION<br>475 14TH STREET, SUITE 220<br>OAKLAND CA 94612-1900 | Creditor ID: 6665-01<br>SEA-PACIFIC INTERNATIONAL TRADING CORP.<br>2489 134TH AVENUE S.E.<br>BELLEVUE WA 98005 |
| Creditor ID: 4273-01<br>SEAPOINT FARMS<br>2183 FAIRVIEW RD<br>COSTA MESA CA 92627 | Creditor ID: 10028-01<br>SEAPOINT FARMS<br>20042 BEACH BLVD SUITE 102<br>HUNTINGTON BEACH CA 92648 | Creditor ID: 10029-01<br>SEAPORT INTL INC.<br>1275 12TH AVENUE, SUITE 13<br>ISSAQUAH WA 98027 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10357-01<br>SEAPORT PRODUCTS<br>131 SEVENTH AVE. WEST<br>KIRKLAND WA 98033 | Creditor ID: 16029-01<br>SEAPORT PRODUCTS CORP.<br>15 TENTH AVENUE<br>SAN MATEO CA 94401 | Creditor ID: 10030-01<br>SEAQUEST SEAFOOD CORPORATION<br>530 SOUTH SIXTH AVENUE<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 16799-01<br>SEARICE LIMITED<br>11410 S.W. 88TH STREET, SUITE 204<br>MIAMI FL 33176 | Creditor ID: 10031-01<br>SEARICH TRADING CORP<br>22 OLD DUTCH ROAD PO BOX 4377<br>WARREN NJ 07059 | Creditor ID: 1893-01<br>SEARLES VALLEY MINERALS<br>9401 INDIAN CREEK PKWY STE 1000<br>OVERLAND PARK KS 66210 |
| Creditor ID: 8930-01<br>SEARS<br>2115 SINCLAIR AVENUE<br>STOCKTON CA 95215 | Creditor ID: 13236-01<br>SEARS BUYING SERVICES INC<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 8931-01<br>SEARS HOLDINGS MANAGEMENT CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 |
| Creditor ID: 10032-01<br>SEARS INTERNATIONAL MARKETING INC<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 10033-01<br>SEARS ROEBUCK & CO<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 13237-01<br>SEARS ROEBUCK AND CO<br>7650 SOUTH 228TH STREET<br>KENT WA 98031 |
| Creditor ID: 16800-01<br>SEARS ROEBUCK DE PUERTO RICO<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 1894-01<br>SEASCHOTT<br>PO BOX 28673<br>BALTIMORE MD 21240-8673 | Creditor ID: 4274-01<br>SEASIDE TRADING<br>4610 NE 77TH AVE SUITE 135<br>VANCOUVER WA 98662 |
| Creditor ID: 4275-01<br>SEASON HARVEST FOODS,INC.<br>556 E.WEDDELL DR, SUITE 1<br>SUNNYVALE CA 94089 | Creditor ID: 4276-01<br>SEASON SPIRIT, INC<br>231 SOUTH LEMON AVENUE<br>WALNUT CA 91789 | Creditor ID: 18621-01<br>SEASONS APPAREL INC.<br>1010 CRENSHAW BLVD<br>TORRANCE CA 90501 |
| Creditor ID: 10034-01<br>SEATTLE BIKE SUPPLY<br>6004 S. 190TH STREET SUITE 202<br>KENT WA 98032 | Creditor ID: 6666-01<br>SEATTLE EXPORT SHIPPERS ASSOCIATION<br>3235 16TH AVE SW<br>SEATTLE WA 98134 | Creditor ID: 4277-01<br>SEATTLE GLOVE INC<br>11524 CYRUS WAY<br>MUKILTEO WA 98275 |
| Creditor ID: 1895-01<br>SEATTLE PACIFIC INDUSTRIES, INC<br>21216 72ND AVE SOUTH<br>KENT WA 98032 | Creditor ID: 10135-01<br>SEATTLE SEAFOODS, INC<br>6576 163 PL S.E.<br>BELLEVUE WA 98006 | Creditor ID: 13238-01<br>SEATTLE TEXTILE COMPANY<br>3434 2ND AVENUE SOUTH<br>SEATTLE WA 98134 |
| Creditor ID: 1896-01<br>SEATTLE-TACOMA BOX COMPANY<br>23400 71ST PLACE SO.<br>KENT WA 98032 | Creditor ID: 10136-01<br>SECHLER'S PICKLES INC.<br>5686 STATE ROAD 1<br>SAINT JOE IN 46785 | Creditor ID: 13239-01<br>SECO/WARWICK CORP.<br>180 MERCER STREET<br>MEADVILLE PA 16335 |
| Creditor ID: 13240-01<br>SECONDS BUILDING MATERIALS<br>6052 LEE HIGHWAY<br>CHATTANOOGA TN 37421 | Creditor ID: 10137-01<br>SECTRA PREMIUM (USA) CORPORATION<br>2260 S. HAVEN AVE. UNIT F<br>ONTARIO CA 91761 | Creditor ID: 16801-01<br>SECURITY STORAGE COMPANY OF WASHINGTON<br>1701 FLORIDA AVE<br>WASHINGTON DC 20009 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13343-01<br>SEDCO, INC.<br>225 HENRY D.ROBINSON BLVD.<br>PENDERGRASS GA 30567 | Creditor ID: 7292-01<br>SEDNA INDUSTRIES INC.<br>9974 SCRIPPS RANCH BLVD. SUITE 214<br>SAN DIEGO CA 92131 | Creditor ID: 6667-01<br>SEED RESEARCH OF OREGON, INC.<br>27630 LLEWELLYN ROAD<br>CORVALLIS OR 97339 |
| Creditor ID: 8932-01<br>SEEDS WEST, INC.<br>49850 E COUNTY 1ST STREET<br>ROLL AZ 85347 | Creditor ID: 4278-01<br>SEEGROVE INTERNATIONAL<br>13599 NORTH LAMAR DRIVE<br>LAREDO TX 78045 | Creditor ID: 16030-01<br>SEEMAC, INC. (CARMEL, IN)<br>11350 N. MERIDIAN STREET<br>CARMEL IN 46032 |
| Creditor ID: 1898-01<br>SEE-SPED USA, INC.<br>163 BURLINGTON PATH ROAD<br>CREAM RIDGE NJ 08514 | Creditor ID: 4279-01<br>SEGERMAN INTERNATIONAL INC.<br>1407 BROADWAY SUITE 900<br>NEW YORK NY 10018 | Creditor ID: 13344-01<br>SEGEV FOOD INTERNATIONAL, INC.<br>45 NORTH STATION PLAZA, SUITE 406<br>GREAT NECK NY 11021 |
| Creditor ID: 13345-01<br>SEH AMERICA, INC.<br>4111 NE 112TH AVE<br>VANCOUVER WA 98682-6776 | Creditor ID: 8933-01<br>SEIKAN CORPORATION<br>800 NORTH, SECOND AVE<br>ARCADIA CA 91006 | Creditor ID: 13346-01<br>SEIKI DIGITAL INC.<br>21688 GATEWAY CENTER DR. STE#168<br>DIAMOND BAR CA 91765 |
| Creditor ID: 1899-01<br>SEKISUI PRODUCTS,LLC<br>50 W.BIG BEAVER ROAD,SUITE 145<br>TROY MI 48084 | Creditor ID: 16031-01<br>SEKISUI S-LEC AMERICA LLC<br>1786 DIVIDEND DRIVE<br>COLUMBUS OH 43228 | Creditor ID: 8934-01<br>SEKISUI S-LEC AMERICA, LLC.<br>1200 ROLLING HILLS LANE<br>WINCHESTER KY 40391 |
| Creditor ID: 16802-01<br>SEKISUI SPECIALTY CHEMICALS AMERICA, LLC<br>1501 WEST LBJ FREEWAY SUITE 530<br>DALLAS TX 75234 | Creditor ID: 8935-01<br>SEKISUI TA INDUSTRIES, INC<br>6131 KNOTT AVE<br>BUENA PARK CA 90620 | Creditor ID: 10138-01<br>SELAM MARKET<br>2294 S. BASCOM AVENUE<br>CAMPBELL CA 95008 |
| Creditor ID: 4436-01<br>SELECT DISTRIBUTING<br>3875 STEELE STREET, UNIT A<br>DENVER CO 80205 | Creditor ID: 8936-01<br>SELECT HARVEST USA<br>14827 WEST HARDING ROAD<br>TURLOCK CA 95380 | Creditor ID: 8937-01<br>SELECT MEDICAL PRODUCTS, INC.<br>6531 47TH STREET NORTH<br>PINELLAS PARK FL 33781 |
| Creditor ID: 8938-01<br>SELECT PRODUCT & FLAVORS LLD<br>1101 BUSINESS PARKWAY SOUTH<br>WESTMINSTER MD 21157 | Creditor ID: 10139-01<br>SELECTED ESTATES LTD<br>620 CONCORD AVENUE<br>MAMARONECK NY 10543 | Creditor ID: 13347-01<br>SELECTED GLADS, INC.<br>18389 MICHIGAN AVENUE<br>THREE RIVERS MI 49093 |
| Creditor ID: 16032-01<br>SELECTIVE WINES ESTATES<br>9 TANGLEWOOD DRIVE<br>EAST HANOVER NJ 07936 | Creditor ID: 1900-01<br>SELENA U.S.A. INC.<br>1812 FRONT ST.<br>SCOTCH PLAINS NJ 07076 | Creditor ID: 16803-01<br>SELENA USA INC.<br>21715 BECK DR<br>ELKHART IN 46516-9742 |
| Creditor ID: 6669-01<br>SELLARI ENTERPRISES<br>106 N. BRIDGE STREET<br>BEDFORD VA 24523 | Creditor ID: 10140-01<br>SELLARI ENTERPRISES INC.<br>107 TROLLEY COURT<br>LYNCHBURG VA 24503 | Creditor ID: 16804-01<br>SELLERS TILE DISTRIBUTORS INC.<br>109 BOOKER AVENUE<br>ALBANY GA 31701 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 4280-01
SELMA CARMO RHEINSPHELD
1155 POWER FERRY PLACE, SE
MARIETTA GA 30067

Creditor ID: 16805-01
SELMER APPAREL
8410 SANDIDGE ROAD
OLIVE BRANCH MS 38654

Creditor ID: 8939-01
SELTZER INGREDIENTS
5927 GEIGER COURT
CARLSBAD CA 92008

Creditor ID: 18622-01
SEMINOLE MACHINERY COMPANY
22800 HALL ROAD, SUITE 305
CLINTON TOWNSHIP MI 48036

Creditor ID: 4281-01
SEMLER COMMODITIES
351 CALIFORNIA ST., SUITE 920
SAN FRANCISCO CA 94104

Creditor ID: 1901-01
SEMPERIT INDUSTRIAL PRODUCTS, INC
17-01 POLLITT DRIVE
FAIR LAWN NJ 07410

Creditor ID: 1902-01
SEMPERMED USA
13900 49TH STREET NORTH
CLEARWATER FL 33762

Creditor ID: 9040-01
SEMPERMED USA, INC
20A TIMBER ROAD
BRIDGETON NJ 08302

Creditor ID: 7293-01
SEMPRA / JYOTI STRUCTURES LTD
14701 CHARLSON RD., SUITE 450
EDEN PRAIRIE MN 55344

Creditor ID: 4282-01
SENECA EXPORT SALES
3685 MT. DIABLO BLVD STE 171
LAFAYETTE CA 94549

Creditor ID: 9041-01
SENECA FOODS CORP
3736 SOUTH MAIN STREET
MARION NY 14505

Creditor ID: 16806-01
SENECA FOODS CORPORATION
418 E. CONDE STREET
JANESVILLE WI 53546

Creditor ID: 6670-01
SENECA FOODS CORPORATION
101 WEST 8TH STREET
GLENCOE MN 55336

Creditor ID: 16033-01
SENECA TILES
7100 SOUTH COUNTY ROAD 23
ATTICA OH 44807

Creditor ID: 10141-01
SENG TIRE CO.
48700 TWELVE MILE RD
WIXOM MI 48393

Creditor ID: 16807-01
SENNIGER IRRIGATION INC.
16220 E. HIGHWAY 50
CLERMONT FL 32835

Creditor ID: 10142-01
SENTECH ARCHITECTURAL SYSTEMS
9390 RESEARCH BLVD BLDG II STE 400
AUSTIN TX 78759

Creditor ID: 16034-01
SENTRY INDUSTRIES
1 BRIDGE STREET/P.O. BOX 885
HILLBURN NY 10931

Creditor ID: 6671-01
SENTRY INTERNATIONAL
815 SOUTH MAIN STREET
JACKSONVILLE FL 32207

Creditor ID: 10143-01
SEOIL INDUSTRIAL USA, INC.
2000 SEOIL ROAD
ZANESVILLE OH 43701

Creditor ID: 18992-97
SEOUL CENTRAL DISTRICT COURT
6TH BANKRUPTCY DIVISION
157 SEOCHOJUNGANG-RO, SEOCHO-GU
SEOUL
KOREA

Creditor ID: 16035-01
SEOUL CORPORATION (?-?!?AC?)
40-50 MONTGOMERY STREET
HILLSIDE NJ 07205

Creditor ID: 1903-01
SERENGETI TRADING CO
19100 HAMILTON POOL ROAD
DRIPPING SPRINGS TX 78620

Creditor ID: 4283-01
SERF ASSOCIATES, INC.
9425 GULFSTREAM ROAD
FRANKFORT IL 60423

Creditor ID: 16808-01
SERFAS
20402 NORTH SEA CIRCLE
LAKE FOREST CA 92630

Creditor ID: 4437-01
SERPA PACKAGING SOLUTIONS
7020 W SUNNYVIEW AVE
VISALIA CA 93291

Creditor ID: 10144-01
SERVA GROUP
1500 FISHER ROAD
WICHITA FALLS TX 76305

Creditor ID: 16036-01
SERVICE CONNECTION INC.
1015 S. VINTAGE AVE.
ONTARIO CA 91761

Creditor ID: 1904-01
SERVICE SHIPPING INC
29 BURGESS DRIVE
GLENDALE HEIGHTS IL 60139

Creditor ID: 1905-01
SERVICE THREAD MANUFACTURING COMPANY
17900 DANA ROAD
LAURINGBURG NC 28352

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10145-01<br>SERVICE-UNIVERSAL DISTRIBUTORS INC<br>125 ALLIED DRIVE<br>BUFFALO NY 14227 | Creditor ID: 6672-01<br>SERV-U-SUCCESS INC - MEIJER<br>4695 HELENA DR SW<br>GRANDVILLE MI 49418 | Creditor ID: 10146-01<br>SES INTERNATIONAL EXPRESS INC.<br>10105 DOTY AVE. UNIT A<br>INGLEWOOD CA 90303 |
| Creditor ID: 16037-01<br>SESCO GROUP INC. (AR)<br>4453 DURFEE AVE.<br>EL MONTE CA 91732 | Creditor ID: 7294-01<br>SESHIN ENF U.S.A.,INC<br>7675 DAGGET ST SUITE 340<br>SAN DIEGO CA 92111 | Creditor ID: 1906-01<br>SESSION SOLAR<br>60 OLD EI PUEBLO ROAD<br>SCOTTS VALLEY CA 95066 |
| Creditor ID: 6673-01<br>SESTER FARMS INC<br>33205 SE OXBOW DRIVE<br>GRESHAM OR 97080 | Creditor ID: 9042-01<br>SETON CENTRA S.R.L.<br>EDIFICO D-18, ZONA FRANCA AMERICA<br>HEREDIA<br>COSTA RICA | Creditor ID: 6674-01<br>SETTER ENTERPRISES INC.<br>800 WILCREST DR. #206<br>HOUSTON TX 77042 |
| Creditor ID: 10147-01<br>SETTON INTERNATIONAL FOODS INC<br>85 AUSTIN BLVD<br>COMMACK NY 11725 | Creditor ID: 16809-01<br>SEVEN APPAREL GROUP<br>347 5TH AVENUE, SUITE 201<br>NEW YORK NY 10016 | Creditor ID: 4284-01<br>SEVEN BROS ENTERPRISES, INC.<br>1835 FLORADALE AVE.<br>SOUTH EL MONTE CA 91733 |
| Creditor ID: 7295-01<br>SEVEN ENGTECK INC.<br>7033 ORANGETHORPE AVE UNIT C<br>BUENA PARK CA 90621 | Creditor ID: 16038-01<br>SEVEN FOR ALL MANKIND<br>4440 E. 26TH ST.<br>DIV OF VF CONTEMPORARY BRANDS INC<br>LOS ANGELES CA 90058 | Creditor ID: 16039-01<br>SEVEN SEAS SEAFOODS INC<br>1150 S. VAIL AVENUE<br>MONTEBELLO CA 90640 |
| Creditor ID: 16810-01<br>SEVEN STAR SERVICE, INC.<br>102 WEST END AVE.<br>INWOOD NY 11096 | Creditor ID: 10148-01<br>SEVERN PEANUTS<br>710 MAIN STREET PO BOX 710<br>SEVERN NC 27877 | Creditor ID: 9043-01<br>SEVERN TRENT WATER PURIFICATION<br>3000 ADVANCE LANE COLMAR, PA 18915<br>COLMAR PA 18915 |
| Creditor ID: 1907-01<br>SEVIL SONMEZ APOSTOLOPOULOS<br>311 S CHAPMAN STREET<br>GREENSBORO NC 27403 | Creditor ID: 10149-01<br>SEVILLE IMPORTS, LLC<br>405 WILMONT DRIVE<br>WAUKESHA WI 53189 | Creditor ID: 6675-01<br>SEVILLE IMPORTS, LLC.<br>1911 SW CAMPUS DRIVE #447<br>FEDERAL WAY WA 98023 |
| Creditor ID: 6676-01<br>SEVYLOR INC<br>4398 CORPORATE CENTER DRIVE<br>LOS ALAMITOS CA 90720 | Creditor ID: 16811-01<br>SEWON AMERICA, INC<br>1000 SEWON BOULEVARD<br>LAGRANGE GA 30240 | Creditor ID: 6677-01<br>SEXY HAIR CONCEPTS<br>21551 PRAIRIE STREET<br>CHATSWORTH CA 91311 |
| Creditor ID: 16812-01<br>SF ASSOCIATES<br>6241 YARROW DR, #F<br>CARLSBAD CA 92011 | Creditor ID: 1908-01<br>SF FOODS<br>3996 HORNER STREET<br>TRACY CA 94312 | Creditor ID: 9044-01<br>SFH TRADING INC.<br>600 W. MAIN ST. #209<br>ALHAMBRA CA 91801 |
| Creditor ID: 10150-01<br>SFS INTEC INC.<br>5201 PORTSIDE DRIVE<br>MEDINA OH 44256 | Creditor ID: 1909-01<br>SFS INTEC INC.<br>SPRING STREET & VAN REED ROAD<br>PO BOX 6326<br>WYOMISSING PA 19610 | Creditor ID: 17386-01<br>SG SAGAWA USA, INC.<br>16927 S. MAIN STREET #A<br>GARDENA CA 90248 |

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13348-01<br>SGS HARDWARE<br>211 INDUSTRIAL DRIVE FORNEY<br>FORNEY TX 75126 | Creditor ID: 6678-01<br>SH TRADING L.L.C<br>9630 CLAREWOOD DR SUITE B1<br>HOUSTON TX 77036 | Creditor ID: 1910-01<br>SHACKSBURY INC<br>3442 VERMONT 22A<br>SHOREHAM VT 05770 |
| Creditor ID: 4285-01<br>SHADESCAPE USA<br>39300 BACK RIVER ROAD<br>(P.O. BOX 190)<br>PAONIA CO 81428 | Creditor ID: 10151-01<br>SHADYLADY<br>1350 14TH AVENUE<br>GRAFTON WI 53024 | Creditor ID: 12648-01<br>SHAF INTERNATIONAL INC<br>224 MIDLAND AVENUE NO. 3<br>SADDLE BROOK NJ 07663 |
| Creditor ID: 4286-01<br>SHAFER COMMERCIAL SEATING<br>4101 EAST 48TH AVE.,<br>DENVER CO 80216 | Creditor ID: 10152-01<br>SHAFER COMMODITIES INC<br>121 WEST WILLIAMS STREET<br>ENNIS MT 59729 | Creditor ID: 13349-01<br>SHAH DISTRIBUTORS INC.<br>6260 CHALET DR.<br>LOS ANGELES CA 90040 |
| Creditor ID: 6679-01<br>SHAH SAFARI INC<br>14 WEST ROY STREET<br>SEATTLE WA 98119 | Creditor ID: 16040-01<br>SHAHAB AHMED<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 | Creditor ID: 4287-01<br>SHAHID AFTAB KHAN<br>10 DORSET LANE<br>HUNTINGTON NY 11746 |
| Creditor ID: 6680-01<br>SHAHINAZ AHMED BALLOUZ<br>72 MEADOW PARK AVE.<br>COLUMBUS OH 43209 | Creditor ID: 6681-01<br>SHAKESPEARE MONOFILAMENT<br>6111 SHAKESPEARE ROAD<br>COLUMBIA SC 29223 | Creditor ID: 9045-01<br>SHALIN INTERNATIONAL, INC<br>7345 WASHINGTON PLACE<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 9046-01<br>SHALLOP EXPORT & IMPORT TRADING CO.<br>6940 LONGRIDGE AVE.<br>NORTH HOLLYWOOD CA 91605 | Creditor ID: 16813-01<br>SHAMROCK BUILDING MATERIALS INC.<br>9115 SW OLESON ROAD, STE 300<br>PORTLAND OR 97223 | Creditor ID: 10358-01<br>SHAMROCK INTERNATIONAL<br>3510 UNOCAL PLACE, STE. #325<br>SANTA ROSA CA 95403 |
| Creditor ID: 13350-01<br>SHAMROCK MANUFACTURING CO., INC.<br>5445 DANIELS STREET<br>CHINO CA 91710 | Creditor ID: 13351-01<br>SHAMROCK MANUFACTURING CO.INC<br>4930 CAMPBELL RD.<br>HOUSTON TX 77041 | Creditor ID: 16041-01<br>SHAMROCK MARKETING CO., INC.<br>5445 DANIELS STREET<br>CHINO CA 91710 |
| Creditor ID: 4289-01<br>SHAMROCK MARKETING INC.<br>11206 BLUEGRASS PARKWAY<br>LOUISVILLE KY 40299 | Creditor ID: 10153-01<br>SHAMROCK STEEL<br>8040 SW HALL BLVD<br>BEAVERTON OR 97005 | Creditor ID: 13352-01<br>SHANCO INTERNATIONAL, INC.<br>14 WORLD'S FAIR DRIVE - UNIT L<br>SOMERSET NJ 08873 |
| Creditor ID: 9047-01<br>SHANGHAI FREEMAN AMERICAS LLC<br>100 MENLO PARK SUITE306<br>EDISON NJ 08837-2426 | Creditor ID: 9048-01<br>SHANGHAI INTERNATIONAL HOLDING CORP.<br>CONTINENTAL PLAZA,<br>401 HACKENSACK AVE, 6TH FL.<br>HACKENSACK NJ 07601 | Creditor ID: 6682-01<br>SHANGHAI LEATHER, INC<br>529 TOWNSEND AVENUE<br>HIGH POINT NC 27263 |
| Creditor ID: 13353-01<br>SHANGHAI PACIFIC PARTNERS, INC<br>156 S. SPRUCE AVE  #210<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 4290-01<br>SHANKLIN CORPORATION<br>100 WESTFORD ROAD<br>AYER MA 01432 | Creditor ID: 9049-01<br>SHAPIRO GILMAN SHANDLER PRODUCE<br>739 DECATUR ST<br>LOS ANGELES CA 90021 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6683-01<br>SHARDCO INC<br>7510 BEACON, AVE SOUTH<br>SEATTLE WA 98118 | Creditor ID: 16814-01<br>SHARIF GROCERY HALAL ING<br>8334 RAINIER AVE S # ST.101<br>SEATTLE WA 98118-4682 | Creditor ID: 16815-01<br>SHARIX  INC<br>401 PINE HILL ROAD<br>LEONIA NJ 07605-0115 |
| Creditor ID: 12649-01<br>SHARK CYCLE<br>11 WILMINGTON AVENUE<br>STAFFORD SPRINGS CT 06076 | Creditor ID: 9050-01<br>SHARK INDUSTRIES LTD<br>6700 BLECK DRIVE<br>ROCKFORD MN 55373 | Creditor ID: 4291-01<br>SHARP<br>550 NORTH NASH ST.<br>EL SEGUNDO CA 90245 |
| Creditor ID: 6685-01<br>SHARP ELECTRONICS<br>MANUFACTURING CO OF AMERICA INC<br>9295 SIEMPRE VIVA ROAD SUITE J-2<br>SAN DIEGO CA 92154 | Creditor ID: 1911-01<br>SHARP ELECTRONICS CORP<br>1025 ROYAL LANE<br>DFW AIRPORT TX 75261-9035 | Creditor ID: 4293-01<br>SHARP ELECTRONICS CORPORATION<br>1300 NAPERVILLE DRIVE<br>ROMEOVILLE IL 60441 |
| Creditor ID: 1995-01<br>SHARP ELECTRONICS CORPORATION<br>3860 EAST HOLMES ROAD BLDG 3<br>MEMPHIS OAKS<br>MEMPHIS TN 38118-7710 | Creditor ID: 6684-01<br>SHARP ELECTRONICS CORPORATION<br>SHARP PLAZA SUITE 1<br>MAHWAH NJ 07495-1123 | Creditor ID: 4292-01<br>SHARP ELECTRONICS CORPORATION<br>5700 NW PACIFIC RIM BLVD STE 20<br>CAMAS WA 98607 |
| Creditor ID: 13355-01<br>SHARP ELECTRONICS CORPORATION<br>13472 MARLAY AVENUE<br>FONTANA TD WAREHOUSE<br>FONTANA CA 92335 | Creditor ID: 13354-01<br>SHARP ELECTRONICS CORPORATION<br>6001 INTERNATIONAL PARKWAY<br>MCALLEN TX 78503 | Creditor ID: 16042-01<br>SHARP ELECTRONICS CORPORATION<br>9050 HERMOSA AVENUE<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 9051-01<br>SHARP ELECTRONICS CORPORATION<br>6100 BLUE LAGOON DR. #150<br>MIAMI FL 33126 | Creditor ID: 16043-01<br>SHARP ELECTRONICS CORPORATION (MEM)<br>5555 EAST RAINES ROAD<br>MEMPHIS TN 38115 | Creditor ID: 10156-01<br>SHARP ELECTRONICS CORPORATION.<br>5901 BOLSA AVE<br>HUNTINGTON BEACH CA 92647-2053 |
| Creditor ID: 4438-01<br>SHARP LABORATORIES OF AMERICA, INC.<br>5750 NORTHWEST PACIFIC RIM BLVD.<br>CAMAS WA 98607 | Creditor ID: 16816-01<br>SHARP MANUFACTURING COMPANY OF AMERICA<br>SHARP PLAZA BOULEVARD<br>MEMPHIS TN 38193 | Creditor ID: 16044-01<br>SHARP MICROELECTRONICS OF THE AMERICAS<br>5700 NORTHWEST PACIFIC RIM BLVD<br>CAMAS WA 98607 |
| Creditor ID: 13356-01<br>SHARPER IMAGE<br>2112 E. 145TH ST.<br>LITTLE ROCK AR 72206 | Creditor ID: 4294-01<br>SHASUN USA INC<br>50 CRAGWOOD ROAD SUITE 309<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 9052-01<br>SHATILA BAKERY<br>8505 WEST WARREN<br>DEARBORN MI 48126 |
| Creditor ID: 16045-01<br>SHAUGHNESSY PAPER<br>865 PERRY ROAD<br>PLAINFIELD IN 46168 | Creditor ID: 16046-01<br>SHAW INDUSTRIES GROUP, INC.<br>616 EAST WALNUT AVENUE<br>DALTON GA 30722-2128 | Creditor ID: 16817-01<br>SHAW INDUSTRIES INC<br>296 INDUSTRIAL BLVD<br>NORTH DALLAS GA 30132 |
| Creditor ID: 9053-01<br>SHAW ROSS INT'L IMPORTERS, INC.<br>15960 N.W. 15TH AVENUE<br>MIAMI FL 33169 | Creditor ID: 13357-01<br>SHAW TOOL LTD.<br>10160 OAK RIDGE ROAD<br>YAMHILL OR 97148 | Creditor ID: 10157-01<br>SHAWNEE CHEMICAL COMPANY INC<br>136 MAIN STREET, SUIE 300<br>PRINCETON NJ 08540 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4295-01<br>SHEELA E KRISHNAN<br>150 OLD GEORGETOWN ROAD<br>PRINCETON NJ 08540 | Creditor ID: 16818-01<br>SHEKOY CHEMICALS US, INC.<br>2451 CUMBERLAND PARKWAY, SUITE 3661<br>ATLANTA GA 30339 | Creditor ID: 4296-01<br>SHELBY GROUP INTERNATIONAL, INC.<br>685 HIGHWAY 72<br>PIPERTON TN 38017 |
| Creditor ID: 16047-01<br>SHELL LUBRICANTS<br>700 MILAM<br>HOUSTON TX 77002 | Creditor ID: 4297-01<br>SHELTER FOREST INTERNATIONAL<br>200 SW MARKET STREET, STE 1930<br>PORTLAND OR 97201 | Creditor ID: 6686-01<br>SHEMIN NURSERIES INC<br>1081 KING STREET<br>GREENWICH CT 06831 |
| Creditor ID: 10158-01<br>SHEMIN NURSERIES INC<br>4100 SANDY SPRINGS ROAD<br>BURTONSVILLE MD 20866 | Creditor ID: 4298-01<br>SHENANDOAH HARDWOOD LUMBER COMPANY<br>302 PIEDMONT AVE<br>BUENA VISTA VA 24416 | Creditor ID: 16888-01<br>SHENTEX INC<br>33278 CENTRAL AVE. SUITE 102<br>UNION CITY CA 94587 |
| Creditor ID: 6687-01<br>SHEPHERD COLOR COMPANY<br>4539 DUES DRIVE<br>CINCINNATI OH 45246 | Creditor ID: 6688-01<br>SHERALVEN ENTERPRISES LTD<br>360 MORELAND ROAD<br>COMMACK NY 11725 | Creditor ID: 1913-01<br>SHERRIL FURNITURE COMPANY<br>2425 HIGHLAND AVE, N.E. HICKORY<br>HICKORY NC 28601 |
| Creditor ID: 1914-01<br>SHERWOOD BRANDS INC<br>9601 BLACKWELL ROAD, SUITE 225<br>ROCKVILLE MD 20850 | Creditor ID: 16889-01<br>SHERWOOD LUMBER CORP.<br>4900 MEADOWS ROAD SUITE 490<br>LAKE OSWEGO OR 97036 | Creditor ID: 16890-01<br>SHIDEIDO AMERICAS CORPORATION<br>178 BAUER DRIVE<br>OAKLAND NJ 07436 |
| Creditor ID: 4299-01<br>SHIMA SEIKI U.S.A. INC.<br>22 ABEEL ROAD<br>MONTROE TOWNSHIP NJ 08831 | Creditor ID: 1915-01<br>SHIMA TILE CORP.<br>1613 SE 15TH TERRACE<br>CAPE CORAL FL 33990 | Creditor ID: 16891-01<br>SHIN YOUNG EXPRESS<br>1490 BEACHLEY PLACE<br>CARSON CA 90746 |
| Creditor ID: 1916-01<br>SHINDAIWA, INC.<br>P O BOX 1090<br>TUALATIN OR 97062 | Creditor ID: 6689-01<br>SHINE ENTERPRISES (USA) INC<br>228A STEUBEN STREET<br>STATEN ISLAND NY 10304 | Creditor ID: 10159-01<br>SHINE INTERNATIONAL TRANSPORTATION (LA)<br>2001 SANTA ANITA AVE. #203A<br>SOUTH EL MONTE CA 91733 |
| Creditor ID: 6690-01<br>SHINETEX, INC.<br>1475 LENOX CT.<br>WHEELING IL 60090 | Creditor ID: 4439-01<br>SHINGAANI IMPORT AND EXPORT<br>4347 SOUTH HOLDEN ST<br>SEATTLE WA 98118 | Creditor ID: 4300-01<br>SHINING OCEAN INC<br>1515 PUYALLUP STREET<br>SUMNER WA 98390 |
| Creditor ID: 4301-01<br>SHIN'S TRADING CO.,INC<br>3121 S. MAIN ST.<br>LOS ANGELES CA 90007 | Creditor ID: 13358-01<br>SHINSEI PULP & PAPER (USA) CORP.<br>1113 E. 230TH STREET<br>CARSON CA 90745 | Creditor ID: 16048-01<br>SHINSHO AMERICAN<br>2377 CRENSHAW BLVD. SUITE 108<br>TORRANCR CA 90501 |
| Creditor ID: 6691-01<br>SHINTECH, INC.<br>#3 GREENWAY PLAZA, STE 1150<br>HOUSTON TX 77046 | Creditor ID: 10160-01<br>SHIPLEY SALES LLC<br>130 OLD TUCSON ROAD<br>NOGALES AZ 85621 | Creditor ID: 19145-97<br>SHIPPERS STEVEDORING CO<br>11811 EAST FREEWAY #660<br>HOUSTON TX 77029 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 9054-01
SHIPPERS STEVEDORING COMPANY
11811 EAST FREEWAY STE. 660
HOUSTON TX 77029

Creditor ID: 16049-01
SHIPPING CORPORATION OF AMERICA
31 FARGO ST # 3
BOSTON MA 02210

Creditor ID: 9055-01
SHIPPING UNLIMITED INC.
196-E MARACAIBO STREET
PORT NEWARK NJ 07114

Creditor ID: 4302-01
SHISHA WHOLESALERS INC.
1056 EAST WILSON AVENUE
LOMBARD IL 60148

Creditor ID: 9056-01
SHM SHOES LLC
1328 BROADWAY SUITE 450-452
NEW YORK NY 10001

Creditor ID: 16050-01
SHOAL CREEK LOG AND LUMBER CORP.
3818 PINECREST DRIVE NE
HICKORY NC 28601

Creditor ID: 18623-01
SHOCK ENTERPRISE INC.
17 LE MANS
NEWPORT BEACH CA 92657

Creditor ID: 10161-01
SHOE CARNIVAL
14701 HIGHWAY 57
EVANSVILLE IN 47725

Creditor ID: 6692-01
SHOE CORPORATION OF BIRMINGHAM
125-45TH PLACE NORTH
BIRMINGHAM AL 35222

Creditor ID: 6693-01
SHOE SHOW
2201 TRINITY CHURCH #RD 3
CONCORD NC 28026

Creditor ID: 13359-01
SHOEI FOODS
1900 FEATHER RIVER BLVD
OLIVEHURST CA 95961

Creditor ID: 4303-01
SHOPKO STORES OPERATING, CO., LLC
700 PILGRIM WAY
GREEN BAY WI 54304

Creditor ID: 1996-01
SHOR INTERNATIONAL INC
401 BROADWAY
NEW YORK NY 10013

Creditor ID: 10162-01
SHORE MANUFACTURING, LLC
1709 HIGHWAY 34, UNIT 5
WALL NJ 07727

Creditor ID: 16051-01
SHORELINE FRUIT, LLC
10850 E.TRAVERSE HWY, SUITE 4460
TRAVERSE CITY MI 49684

Creditor ID: 16892-01
SHORELINE INTERNATIONAL RESOURCES
14741 AURORA AVENUE N, SUITE 103
SEATTLE WA 98133

Creditor ID: 16893-01
SHORELINE INT'L
147-60 175TH STREET
JAMAICA NY 11434

Creditor ID: 10163-01
SHORES-SENTRY, LLC
714 ENTERPRISE DR.
EDMOND OK 73013

Creditor ID: 16894-01
SHOREWOOD PACKAGING CORP
180 TALMADGE RD. EDISON, NJ 08817
EDISON NJ 08817

Creditor ID: 13360-01
SHOW EACH ENTERPRISE INC.
4026 BAY SHORE DR
MISSOURI CITY TX 77459-1811

Creditor ID: 16052-01
SHOW SOLUTIONS, INC.
809 W. SANTA ANITA ST.
SAN GABRIEL CA 91776

Creditor ID: 16895-01
SHOWBEST FIXTURE CORP.
4112 SARELLEN ROAD
RICHMOND VA 23231

Creditor ID: 1917-01
SHOWMEN SUPPLIERS
718 LAKESIDE STREET
LA PORTE IN 46350

Creditor ID: 10164-01
SHRINK PACKAGING SYSTEMS
85 NORTHEASTERN BLVD.
NASHUA NH 03062

Creditor ID: 18624-01
SHUGAR SOAPWORKS INC.
724 E. 61ST ST.
LOS ANGELES CA 90001

Creditor ID: 13361-01
SHUGARAY LLC
530 7TH AVENUE, 4TH FLOOR
NEW YORK NY 10018

Creditor ID: 13362-01
SHUN FAT ENTERPRISES
1635 S. SAN GABRIEL BLVD
SAN GABRIEL CA 91776

Creditor ID: 1918-01
SHUNG JENG COMPANY INC
56-20 E.HAMPTON BLVD.
BAYSIDE NY 11364

Creditor ID: 10165-01
SHUR-LINE
4051 S. IOWA AVENUE
SAINT FRANCIS WI 53235

Creditor ID: 13363-01
SHURTAPE TECHNOLOGIES, LLC.
1712 8TH STREET SE
HICKORY NC 28602

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1919-01<br>SHURTECH BRANDS, LLC<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 | Creditor ID: 7296-01<br>SHUTTLELIFT INC.<br>49 E. YEW STREET<br>STURGEON BAY WI 54235 | Creditor ID: 16053-01<br>SHWETA EXPORTS<br>3831 ALTON PARKWAY<br>IRVINE CA 92606 |
| Creditor ID: 6694-01<br>SI GROUP, INC<br>P.O. BOX 1046<br>SCHENECTADY NY 12301 | Creditor ID: 1920-01<br>SI METALLICS LLC<br>1970 CROWN DRIVE<br>FARMERS BRANCH TX 75234 | Creditor ID: 16054-01<br>SI PRODUCTS LLC<br>3000 PONTIAC TRAIL<br>COMMERCE TOWNSHIP MI 48390 |
| Creditor ID: 1921-01<br>SI QUAN II, INC<br>8603 NW MENDENHALL STREET<br>PORTLAND OR 97229 | Creditor ID: 1922-01<br>SIA ABRASIVES INC USA<br>1327 J WOOD BRANCH DRIVE<br>CHARLOTTE NC 28273 | Creditor ID: 9057-01<br>SIAM SNACK FOODS, INC.<br>834 LAWRENCE LANE<br>WICHITA KS 67206 |
| Creditor ID: 16896-01<br>SICIS NORTH AMERICA INC.<br>470 BROOME STREET<br>NEW YORK NY 10013 | Creditor ID: 16155-01<br>SICO AMERICA INC<br>7525 CAHILL ROAD<br>MINNEAPOLIS MN 55439 | Creditor ID: 1923-01<br>SIDEWALL DISTRIBUTION<br>24 NE 51ST<br>OKLAHOMA CITY OK 73105 |
| Creditor ID: 13364-01<br>SIDNEY FRANK IMPORTING CO<br>20 CEDAR ST<br>NEW ROCHELLE NY 10801 | Creditor ID: 9882-01<br>SIEMA LLC<br>7721D FULLERTON ROAD<br>SPRINGFIELD VA 22153 | Creditor ID: 16897-01<br>SIEMENS<br>6001 BROKEN SOUND PARKWAY BLDG 7<br>BOCA RATON FL 33427 |
| Creditor ID: 13365-01<br>SIEMENS ENERGY AND AUTOMATION<br>4620 FORREST AVENUE<br>NORWOOD OH 45212 | Creditor ID: 6695-01<br>SIEMENS ENERGY INC<br>2597 HIGHWAY 61<br>FORT MADISON IA 52627 | Creditor ID: 9059-01<br>SIEMENS ENERGY INC.<br>1000 COMMERCE STREET<br>HUTCHINSON KS 67501 |
| Creditor ID: 9058-01<br>SIEMENS ENERGY INC.<br>3333 OLD MILTON PARKWAY<br>ALPHARETTA GA 30005 | Creditor ID: 1924-01<br>SIEMENS ENERGY, INC.<br>5101 WESTINGHOUSE BOULEVARD<br>CHARLOTTE NC 28273 | Creditor ID: 18625-01<br>SIEMENS INDUSTRY INC.<br>1500 HARVESTER ROAD<br>WEST CHICAGO IL 60185 |
| Creditor ID: 13366-01<br>SIEMENS INDUSTRY, INC.<br>1400 HENRY BRENNAN DR.<br>EL PASO TX 79936 | Creditor ID: 16156-01<br>SIENA FLORAL ACCENTS<br>24730 AVE ROCKEFELLER, UNIT A<br>VALENCIA CA 91355 | Creditor ID: 10166-01<br>SIERRA FIBERS<br>119 JEFFERSON DRIVE<br>TIBURON CA 94920 |
| Creditor ID: 13367-01<br>SIERRA NEVADA BREWING CO.<br>1075 E 20TH STREET<br>CHICO CA 95928 | Creditor ID: 10167-01<br>SIERRA PACIFIC CRAFTS<br>25589 SW CANYON CREEK ROAD<br>WILSONVILLE OR 97070 | Creditor ID: 9060-01<br>SIERRA PINE<br>1050 MELODY LANE, SUITE 160<br>ROSEVILLE CA 95678 |
| Creditor ID: 9061-01<br>SIERRA TRADING GROUP INC<br>2304 HUNTINGTON DR. SUITE 226<br>SAN MARINO CA 91108 | Creditor ID: 9062-01<br>SIERRA VALLEY ALMONDS<br>12800 W. SHIELDS<br>KERMAN CA 93630 | Creditor ID: 6696-01<br>SIFCO INDUSTRIES INC<br>970 EAST 64TH STREET<br>CLEVELAND OH 44103 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 16898-01
SIG INTERNATIONAL, INC.
21515 HAWTHORNE BLVD. SUITE 680
TORRANCE CA 90503

Creditor ID: 13368-01
SIGES MARBLE LLC
177 SOUTH MAIN ST
SUITE B 53555
LUDI WI 53555

Creditor ID: 10168-01
SIGMA CORPORATION
700 GOLDMAN DR
CREAM RIDGE NJ 08514-2528

Creditor ID: 16899-01
SIGMA INTERNATIONAL AKA GLOBAL METALS
333- 16TH AVENUE SOUTH
SAINT PETERSBURG FL 33701

Creditor ID: 13369-01
SIGMA INTERNATIONAL INC
10901 ROSSEVELT BLVD., STE. 100-B
ST. PETERSBURG FL 33716

Creditor ID: 10668-01
SIGMA RECYCLING INC
5675 JIMMY CARTER BLVD SUITE 598
NORCROSS GA 30071

Creditor ID: 16900-01
SIGNAMARK
4617 192ND ST SW
TACOMA WA 98446

Creditor ID: 1925-01
SIGNATURE APPARELL LLC.
99 HOOK RD BAYONNE, NJ 07002
BAYONNE NJ 07002

Creditor ID: 1926-01
SIGNATURE HOME FURNISHINGS CO. INC.
14104 ARBOR PLACE
CERRITOS CA 90703

Creditor ID: 9063-01
SIGO MFG.L.L.C.
95-24,150TH STREET
JAMAICA NY 11435

Creditor ID: 10669-01
SIKA YA USA INC
1929 MOUNT VERNON AVE
POMONA CA 91768

Creditor ID: 6697-01
SIKORSKY AIRCRAFT CORPORATION
6900 MAIN STREET
STRATFORD CT 06497

Creditor ID: 9064-01
SILBO INDUSTRIES INC
50 CHESTNUT RIDGE RD
MONTVALE NJ 07645

Creditor ID: 16157-01
SILKCRAFT OF OREGON
3324 NW MARINE DRIVE
TROUTDALE OR 97060

Creditor ID: 13370-01
SILVA FARMS
P.O. BOX Z21 GONZALES RIVER ROAD
GONZALES CA 93929

Creditor ID: 13371-01
SILVANIA RESOURCES
1820 N. CORPORATE LAKES BLVD
WESTON FL 33326

Creditor ID: 10670-01
SILVER BUCKLE, INC. (HOU)
5705 HARTSDALE DRIVE
HOUSTON TX 77036

Creditor ID: 16158-01
SILVER CREEK AND OKANO SALES COMPANY, LLC
180 NICKERSON ST, SUITE 102
SEATTLE WA 98109

Creditor ID: 9883-01
SILVER FOX MARKETING, INC
848 NORTH RAINBOW BLVD, SUITE 3150
LAS VEGAS NV 89107

Creditor ID: 16159-01
SILVER LITE
1291 S "A" STRET
SPRINGFIELD OR 97477

Creditor ID: 16160-01
SILVER SPOONS AND MORE LLC
41 BOX STREET
BROOKLYN NY 11222

Creditor ID: 16901-01
SILVER SPUR CORPORATION
16010 SHOEMAKER AVENUE
CERRITOS CA 90703

Creditor ID: 9065-01
SILVER SPUR CORPORATION
16218 ARTHUR STREET
CERRITOS CA 90703

Creditor ID: 1927-01
SILVER STAR
180 E. SELANDIA LANE
CARSON CA 90746

Creditor ID: 13372-01
SILVERADO TRAILERS, INC
632 SHELLEY STREET
SPRINGFIELD OR 97477

Creditor ID: 1928-01
SILVERSEA INTERNATIONAL, INC.
888 PROSPECT STREET, STE 340
LA JOLLA CA 92037

Creditor ID: 16902-01
SILVERSEAS CRUISES, LTD
110 EEAST BROWARD BLVD
FT. LAUDERDALE FL 33301

Creditor ID: 6698-01
SILVERTON MARINE CORP
301 RIVERSIDE DRIVE
MILLVILLE NJ 08332

Creditor ID: 16161-01
SILVERWINGS UNIQUE, INC
451 N. OAK STREET
INGLEWOOD CA 90302

Creditor ID: 1929-01
SILVERWOOD PRODUCTS
6301 FORBING ROAD
LITTLE ROCK AR 72205

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10671-01<br>SIMBA INTERNATIONAL<br>2654 VISTA PACIFIC DRIVE<br>OCEANSIDE CA 92056 | Creditor ID: 10672-01<br>SIMBA PERISHABLE SHIPPERS ASSOCIATION<br>200 W. THOMAS, SUITE 430<br>SEATTLE WA 98119 | Creditor ID: 13373-01<br>SIMCO DISTRIBUTING, INC.<br>915 26TH AVENUE N.W.<br>GIG HARBOR WA 98335 |
| Creditor ID: 16903-01<br>SIMCO FOODS<br>1180 S BEVERLY DR  STE 509<br>LOS ANGELES CA 90035 | Creditor ID: 6699-01<br>SIMCO SALES INC<br>1180 S BEVERLY DRIVE  STE  509<br>LOS ANGELES CA 90035 | Creditor ID: 4476-01<br>SIMEX INTERNATIONAL<br>101 ASSOCIATED ROAD,<br>SOUTH SAN FRANCISCO CA 94080 |
| Creditor ID: 16904-01<br>SIMMONS MACHINE TOOL CORP.<br>1700 NORTH BROADWAY<br>ALBANY NY 12204 | Creditor ID: 16162-01<br>SIMMONS PREPARED FOODS, INC.<br>601 N. HICO<br>SILOAM SPRINGS AR 72761 | Creditor ID: 16163-01<br>SIMON & SCHUSTER<br>100 FRONT STREET<br>RIVERSIDE NJ 08075 |
| Creditor ID: 10673-01<br>SIMON & SIMON TEXTILE INC.<br>781 E. 14TH ST.<br>LOS ANGELES CA 90021 | Creditor ID: 16164-01<br>SIMON METALS, LLC<br>2202 E RIVER STREET<br>TACOMA WA 98421 | Creditor ID: 4304-01<br>SIMONIAN FRUIT COMPANY<br>511 N. 7TH ST.<br>FOWLER CA 93625 |
| Creditor ID: 9067-01<br>SIMPLOT CHINA, INC.<br>6360 SOUTH FEDERAL WAY<br>BOISE ID 83716 | Creditor ID: 1930-01<br>SIMPLOT GLOBAL<br>5300 WEST RIVERBEND AVENUE<br>POST FALLS ID 83854 | Creditor ID: 16905-01<br>SIMPLOT GLOBAL<br>3025 NE KATHERYN STREET<br>ALBANY OR 97321 |
| Creditor ID: 1931-01<br>SIMPLOT GLOBAL.<br>PO BOX 198 / 16777 HOWLAND ROAD<br>LATHROP CA 95330 | Creditor ID: 10359-01<br>SIMPLOT INTERNATIONAL<br>999 MAIN STREET, SUITE 1300<br>BOISE ID 83702 | Creditor ID: 16906-01<br>SIMPLOT KOREA, INC.<br>999 MAIN STREET, SUITE 1300<br>BOISE ID 83702 |
| Creditor ID: 4305-01<br>SIMPLOT MEATS<br>616 WEST RAILROAD<br>NAMPA ID 83687-8264 | Creditor ID: 1932-01<br>SIMPLOT TURF AND HORTICULTURE<br>5300 W RIVERBEND AVE<br>POST FALLS ID 83854 | Creditor ID: 16165-01<br>SIMPLY ASIA FOODS, INC.<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 |
| Creditor ID: 1933-01<br>SIMPLY CHIC BY THE SEA<br>6446 RODGER TON DR<br>LOS ANGELES CA 90068 | Creditor ID: 10674-01<br>SIMPSON EGGS INC<br>5015 HWY 218 EAST<br>MONROE NC 28110 | Creditor ID: 9884-01<br>SIMS GROUP GLOBAL TRADE.<br>16 WEST 22ND STREET / 10TH FLOOR<br>NEW YORK NY 10010 |
| Creditor ID: 10676-01<br>SIMS GROUP U.S.A. CORPORATION<br>3220 DEEPWATER TERMINAL ROAD<br>RICHMOND VA 23234-1838 | Creditor ID: 10675-01<br>SIMS GROUP U.S.A. CORPORATION<br>1800 MONTEREY HIGHWAY<br>SAN JOSE CA 95112-6116 | Creditor ID: 4306-01<br>SIMS METAL MANAGEMENT<br>1 LINDEN AVENUE<br>JERSEY CITY NJ 07302 |
| Creditor ID: 16908-01<br>SIMS RECYCLING SOLUTIONS<br>2411 NORTH GLASSES STREET<br>ORANGE CA 92865 | Creditor ID: 16907-01<br>SIMS RECYCLING SOLUTIONS<br>1600 HARVESTER ROAD<br>WEST CHICAGO IL 60185 | Creditor ID: 10677-01<br>SINAI INTERNATIONAL<br>1501 LAKESTONE VILLAGE LN STE 205C<br>FUQUAY-VARINA NC 27526 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1934-01<br>SINAMCO TRADING, INC.<br>920 SECOND AVENUE SOUTH, SUITE 825<br>MINNEAPOLIS MN 55402 | Creditor ID: 4307-01<br>SINBAD GRAND CAFE, LLC<br>21060 COOLIDGE HWY<br>OAK PARK MI 48232 | Creditor ID: 4308-01<br>SINCO INC<br>PO BOX 9109 750 PLEASANT ST<br>BELMONT MA 02178 |
| Creditor ID: 9885-01<br>SINGHFAM CORPORATION<br>127A HARBOR ROAD<br>PORT WASHINGTON NY 11050 | Creditor ID: 4309-01<br>SINO CARPET INC<br>169 BOWERY ST.<br>NEW YORK NY 10002 | Creditor ID: 6700-01<br>SINO PAPER INC.<br>4875 E. LA PALMA AVE, UNIT 601<br>ANAHEIM CA 92807 |
| Creditor ID: 4310-01<br>SINOMAX USA, INC<br>2901 WILCREST #100<br>HOUSTON TX 77042 | Creditor ID: 6701-01<br>SINOMAX USA, INC.<br>1631 GILLINGHAM, SUITE 200<br>SUGAR LAND TX 77478 | Creditor ID: 16166-01<br>SINOPEC USA INC<br>3050 POST OAK BLVD, STE 1640<br>HOUSTON TX 77056-6537 |
| Creditor ID: 16167-01<br>SINOTONE INTERNATIONAL CO.<br>90 SOUTH SPRUCE AVE, STE. E<br>SAN FRANCISCO CA 94080 | Creditor ID: 6702-01<br>SINTRANS INTERNATIONAL INC LAX<br>24412 S. MAIN ST #105<br>CARSON CA 90745 | Creditor ID: 18626-01<br>SIP INDUSTRIES<br>2900 PATIO DRIVE<br>HOUSTON TX 77017 |
| Creditor ID: 4311-01<br>SIRO GROUP USA LLC<br>203 S ST. MARY'S STREET<br>SAN ANTONIO TX 78205 | Creditor ID: 13374-01<br>SIROB IMPORTS INC.<br>21 GEAR AVE.<br>LINDENHURST NY 11757 | Creditor ID: 9068-01<br>SIS SEAFOOD INC.<br>1029 SOUTH HOBART BLVD, #105<br>LOS ANGELES CA 90086 |
| Creditor ID: 16168-01<br>SIT CO., INC.<br>41 FRANKLIN ST.<br>QUINCY MA 02169 | Creditor ID: 13375-01<br>SITA TILE DISTRIBUTORS INC.<br>8510 TRUCKWAY, CAPITOL HEIGHTS, MD<br>CAPITOL HEIGHTS MD 20743 | Creditor ID: 16909-01<br>SITCO IMPORTING GROUP,INC<br>3000 HADLEY RD<br>SOUTH PLAINFIELD NJ 07080 |
| Creditor ID: 4312-01<br>SITCOM FURNITURE AND ACCESSORIES<br>850 42ND AVE.<br>OAKLAND CA 94601 | Creditor ID: 10360-01<br>SITIP USA LLC<br>121 EDINBURGH DR S, #202<br>CARY NC 27511 | Creditor ID: 10678-01<br>SITREX U.S.A. INC.<br>6263 ABBOTT DRIVE<br>OMAHA NE 68110 |
| Creditor ID: 10679-01<br>SIX FLAGS FIESTA TEXAS<br>17000 IH I-10<br>SAN ANTONIO TX 78257 | Creditor ID: 9069-01<br>SJ STILE ASSOCIATES<br>181 SOUTH FRANKLING AVENUE<br>VALLEY STREAM NY 11581 | Creditor ID: 13475-01<br>SJK INC.<br>195 FLATBUSH AVE.<br>BROOKLYN NY 11217 |
| Creditor ID: 9070-01<br>SK CHEMICALS AMERICA, INC.<br>2 PARK PLAZA SUITE 1250<br>IRVINE CA 92614 | Creditor ID: 1935-01<br>SK FOOD INTERNATIONAL<br>4666 AMBER VALLEY PARKWAY<br>FARGO ND 58104 | Creditor ID: 13476-01<br>SKAFFLES GROUP, LLC<br>115 KENNEDY DRIVE<br>SAYREVILLE NJ 08872 |
| Creditor ID: 10361-01<br>SKAFFLES GROUP, LLC.<br>1400 BROADWAY, 26-27TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 10680-01<br>SKAPS INDUSTRIES<br>335 ATHENA DRIVE<br>ATHENS GA 30601 | Creditor ID: 9071-01<br>SKB CORPORATION<br>434 W LEVERS PL,<br>ORANGE CA 92867 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16169-01<br>SKC INC.<br>ONE SKC DRIVE<br>COVINGTON GA 30014 | Creditor ID: 13477-01<br>SKC MEDIA AMERICA<br>75 UNION AVE<br>RUTHERFORD NJ 07070 | Creditor ID: 9072-01<br>SKC, INC.<br>1147 WEST AVENUE<br>CONYERS GA 30207 |
| Creditor ID: 6703-01<br>SKECHERS FOOTWEAR<br>228 MANHATTAN BEACH BLVD.<br>MANHATTAN BEACH CA 90266 | Creditor ID: 1436-01<br>SKIDS INCORPORATED<br>119 SOUTH MAIN STREET<br>SHAMROCK TX 79079 | Creditor ID: 1437-01<br>SKIL BOSCH DISTRIBUTION CENTER<br>2700 NORTH AIRPORT ROAD<br>WEST MEMPHIS AR 72301 |
| Creditor ID: 13478-01<br>SKIVA INTERNATIONAL<br>1370 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 4313-01<br>SKIVA INTERNATIONAL INC.<br>1407 BROADWAY SUITE 503<br>NEW YORK NY 10018 | Creditor ID: 4314-01<br>SKW QUAB CHEMICALS INC<br>PARK 80 PLAZA WEST,<br>PLAZA II SUITE 200<br>SADDLE BROOK NJ 07663-5836 |
| Creditor ID: 4315-01<br>SKY GLOBAL INC.<br>722 S. ALAMEDA STREET<br>LOS ANGELES CA 90021 | Creditor ID: 1438-01<br>SKY TECH WORLDWIDE, INC.<br>1975 E. LOCUST STREET, SUITE A<br>ONTARIO CA 91761 | Creditor ID: 18627-01<br>SKY WATER FOODS LLC.<br>5111 TARI STREAM WAY NO.1<br>BRANDON FL 33511 |
| Creditor ID: 16910-01<br>SKYE SUPPLY, LLC<br>21213 B HAWTHORNE BLVD #505<br>TORRANCE CA 90503 | Creditor ID: 10681-01<br>SKYEARTH DEVELOPMENT<br>175-01 ROCKAWAY BLVD. STE. 205<br>JAMAICA NY 11434 | Creditor ID: 9172-01<br>SKYHIGH INTERNATIONAL LLC<br>1400 BROADWAY SUITE 700<br>NEW YORK NY 10001 |
| Creditor ID: 1439-01<br>SKYLINE FREIGHT<br>790 ATLANTA SOUTH PARKWAY<br>ATLANTA GA 30349 | Creditor ID: 18628-01<br>SKYLINE STEEL CORPORATION<br>289 SCHOLES STREET<br>BROOKLYN NY 11206 | Creditor ID: 6704-01<br>SKYLINE TEXTILES<br>225 W. 39TH STREET, SUITE 302<br>NEW YORK NY 10018 |
| Creditor ID: 16911-01<br>SKYVER INTERNATIONAL<br>325 BRINKERHOFF AVE.<br>PALISADES PARK NJ 07650 | Creditor ID: 4316-01<br>SKYWARE GLOBAL<br>1315 INDUSTRIAL PARK DRIVE<br>SMITHFIELD NC 27577 | Creditor ID: 4317-01<br>SKYWAY LUGGAGE COMPANY<br>30 WALL STREET<br>SEATTLE WA 98121 |
| Creditor ID: 9173-01<br>SKY-WORLD INTERNATIONAL EXPRESS INC.<br>16325 ARTHUR STREET<br>CERRITOS CA 90703 | Creditor ID: 4318-01<br>SLABCO LLC.<br>1821 LEXINGHTON HWY<br>ELBERTON GA 30635 | Creditor ID: 16912-01<br>SLADE GORTON<br>225 SOUTHHAMPTON STREET<br>BOSTON MA 02118 |
| Creditor ID: 10682-01<br>SLADE GORTON & CO.,INC<br>440 S. CENTRAL AVENUE<br>LOS ANGELES CA 90013 | Creditor ID: 10683-01<br>SLD COMMODITIES, INC.<br>2 MANHATTANVILLE ROAD<br>PURCHASE NY 10577 | Creditor ID: 16170-01<br>SLEEP INNOVATIONS INC<br>187 NEW JERSEY 36 #101<br>WEST LONG BRANCH NJ 07764 |
| Creditor ID: 9174-01<br>SLEEPING GIANT INC<br>2001 W GARFIELD STREET #C127<br>SEATTLE WA 98119 | Creditor ID: 1440-01<br>SLEMETAL, INC.<br>9950 RESEARCH DRIVE.<br>IRVINE CA 92618 | Creditor ID: 10684-01<br>SLI LIGHTING COMPANY<br>1 EARLY ST<br>ELLWOOD CITY PA 16117-2255 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9886-01<br>SLIGH - CALIFORNIA WAREHOUSE<br>2325 COTTONWOOD AVENUE<br>DISTRIBUTION CENTER<br>RIVERSIDE CA 92508 | Creditor ID: 9175-01<br>SLIGH FURNITURE CO.<br>1300 NATIONAL HIGHWAY<br>THOMASVILLE NC 27360 | Creditor ID: 6705-01<br>S-LINE<br>301 VZ COUNTRY ROAD 1117<br>GRAND SALINE TX 75140 |
| Creditor ID: 9176-01<br>SLOAN INDUSTRIES, INC<br>1550 MICHAEL DRIVE<br>WOOD DALE IL 60191 | Creditor ID: 12650-01<br>SLOAT GARDEN CENTERS, INC.<br>420 COLOMA STREET<br>SAUSALITO CA 94965 | Creditor ID: 10685-01<br>SLOCUM & SONS INC. (CT)<br>30 CORPORATE DR<br>NORTH HAVEN CT 06473 |
| Creditor ID: 10686-01<br>SLOSBURG COMPANY<br>10040 REGENCY CIRCLE, SUITE 200<br>OMAHA NE 68114 | Creditor ID: 16171-01<br>SLUMBERLAND FURNITURE<br>410S. 19TH STREET<br>BERESFORD SD 57004 | Creditor ID: 16172-01<br>SLUMBERLAND FURNITURE<br>1600 COMMERCE BLVD<br>BARABOO WI 53913 |
| Creditor ID: 9177-01<br>SLUMBERLAND FURNITURE LTD.<br>3060 CENTERVILLE ROAD<br>LITTLE CANADA MN 55117 | Creditor ID: 10687-01<br>SM NEW YORK<br>52-16 BARNETT AVENUE<br>LONG ISLAND CITY NY 11104 | Creditor ID: 16173-01<br>SMART APPAREL (U.S.) INC.<br>141 W 36TH STREET 10TH FLOOR SOUTH<br>NEW YORK NY 10018 |
| Creditor ID: 10688-01<br>SMART DEALERS PARTS LC<br>4296 CLARK ROAD<br>HOUSTON TX 77040 | Creditor ID: 6706-01<br>S-MART DEPOT, INC.<br>385 S. LEMON AVE. #E269<br>WALNUT CA 91789 | Creditor ID: 10689-01<br>SMART HOLY LIMITED<br>499 7TH AVENUE 19 NORTH<br>NEW YORK NY 10018 |
| Creditor ID: 1442-01<br>SMART INDUSTRIES (DES MOINES, IA)<br>1626 DELAWARE AVENUE<br>DES MOINES IA 50317 | Creditor ID: 10362-01<br>SMART INTERNATIONAL, INC.<br>10570 BISSONNET, SUITE 100<br>HOUSTON TX 77099 | Creditor ID: 6707-01<br>SMART SET ACCESSORIES, LLC<br>411 5TH AVE.<br>NEW YORK NY 10016 |
| Creditor ID: 4319-01<br>SMARTLINK INTERNATIONAL INC<br>184-45 147TH AVENUE, SUITE 102<br>SPRINGFIELD GARDENS NY 11413 | Creditor ID: 16913-01<br>SMASH ATHLETICS<br>1552 NORTH 300 WEST<br>SPANISH FORK UT 84660 | Creditor ID: 1443-01<br>SMC MUSIC CORP (KY)<br>2540 S.DIXIE HGWY, BLDG A<br>ELIZABETHTOWN KY 42702 |
| Creditor ID: 1444-01<br>SMC STONE IMPORTER DISTRIBUTOR<br>& FABRICATOR<br>666 MORGAN AVENUE<br>BROOKLYN NY 11222 | Creditor ID: 16174-01<br>SMEG USA INC<br>150 EAST 58TH STREET<br>NEW YORK NY 10155 | Creditor ID: 16175-01<br>SMERALDINA CORPORATION<br>350 5TH AVE., 9TH FL.<br>NEW YORK NY 10118 |
| Creditor ID: 16914-01<br>SMI CO<br>PO BOX 799<br>LA HABRA CA 90633 | Creditor ID: 13479-01<br>SMI GLOBAL CORPORATION<br>19730 64TH AVE. WEST SUITE 320<br>LYNNWOOD WA 98036 | Creditor ID: 6708-01<br>SMIRK'S LTD.<br>511 GRANT STREET<br>FORT MORGAN CO 80701 |
| Creditor ID: 4320-01<br>SMITH & WESSON<br>2100 ROOSEVELT AVE<br>SPRINGFIELD  MA 01104 | Creditor ID: 10690-01<br>SMITH AIR, INC.<br>7921 HUMBLE WESTFIELD ROAD<br>HUMBLE TX 77338 | Creditor ID: 4321-01<br>SMITH CAMPBELL<br>110 WALL STREET, 19TH FL<br>NEW YORK NY 10005 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 16915-01
SMITH FROZEN FOODS
101 DEPOT STREET
WESTON OR 97886

Creditor ID: 9178-01
SMITH GARDENS, INC.
23150 BOONES FERRY ROAD
AURORA OR 97002

Creditor ID: 13480-01
SMITH GARDENS, INC.
750 CASSERLY RD.
WATSONVILLE CA 95076

Creditor ID: 9887-01
SMITHFIELD FARMLAND CORP
111 COMMERCE STREET
SMITHFIELD VA 23430

Creditor ID: 13481-01
SMITHFIELD FOODS INTERNATIONAL GROUP
11500 NW AMBASSADOR DR STE 300
KANSAS CITY MO 64153

Creditor ID: 9179-01
SMITHFIELD FOODS, INC.
501 CHURCH STREET
SMITHFIELD VA 23431

Creditor ID: 16916-01
SMITHS MEDICAL ASD
10 BOWMAN DR
KEENE NH 03431

Creditor ID: 16176-01
SMMS INC.
1112 N. BROOKHURST
ANAHEIM CA 92801

Creditor ID: 9180-01
SMOOTH INDUSTRIES, INC.
1450 BROADWAY, 34TH FLOOR
NEW YORK NY 10018

Creditor ID: 7297-01
SMOTEC PLUS
18 JENNY LAYNE
SUSSEX NJ 07461

Creditor ID: 16177-01
SMP FOREST PRODUCTS
329 BRYAN ROAD
WILLIAMSPORT PA 17701

Creditor ID: 13482-01
SMR DISTRIBUTING CO.
1670 WEIRFIELD STREET
RIDGEWOOD NY 11385

Creditor ID: 10691-01
SMR LLC
213-37 39TH AVE., SUITE #211
BAYSIDE NY 11361

Creditor ID: 16917-01
SNACK ALLIANCE
HERMISTON PLANT 78045 @ HWY 207
HERMISTON OR 97838

Creditor ID: 13483-01
SNAK KING
16150 EAST STEPHENS STREET
CITY OF INDUSTRY CA 91745

Creditor ID: 1445-01
SNAP DRAPE BRANDS, LLC
2045 WESTGATE DRIVE SUITE 100
CARROLLTON TX 75006

Creditor ID: 16178-01
SNAPSPORTS
2330 W. CALIFORNIA AVE
SALT LAKE CITY UT 84104

Creditor ID: 16918-01
SNF HOLDING COMPANY
ONE CHEMICAL PLANT ROAD, PO BOX 250
RICEBORO GA 31323

Creditor ID: 6710-01
SNG USA
3600 15TH AVE. W. SUITE 305
SEATTLE WA 98119

Creditor ID: 1446-01
SNOKIST GROWERS
P. O. BOX 1587,
YAKIMA WA 98907

Creditor ID: 10692-01
SNOPAC PRODUCTS, INC.
6118 - 12TH AVE SOUTH
SEATTLE WA 98108

Creditor ID: 9888-01
SNOW BRAND SEED USA, INC.
15946 SW 72ND AVENUE
PORTLAND OR 97224

Creditor ID: 10693-01
SNOW PEAK, U.S.A., INC.
411 NW 14TH
PORTLAND OR 97209

Creditor ID: 4322-01
SNOW'S WAREHOUSE
5524 EAST 12TH STREET
TULSA OK 74112

Creditor ID: 4323-01
SNS IMPORTS LLC
2800 BISCAYNE BLVD
MIAMI FL 33137

Creditor ID: 9181-01
SO CAL BLANKS ENT. INC
1645 EAST DEL AMO BLVD.
CARSON CA 90746

Creditor ID: 13484-01
SOARING HELMET CORP
2190 WESTBELT DRIVE
COLUMBUS OH 43228

Creditor ID: 10694-01
SOARING HELMET CORPORATION
18235 OLYMPIC AVE, S
TUKWILA WA 98188

Creditor ID: 10363-01
SOBA INCORPORATED
3825 KNOTTS PASS ROAD
SNELLVILLE GA 30039

Creditor ID: 10695-01
SOBOPLAC USA CORP
P.O. BOX 7006
HIGH POINT NC 27264

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4324-01<br>SOCAL METALS INC<br>9440 TELSTAR AV. SUITE 106<br>EL MONTE CA 91731 | Creditor ID: 9182-01<br>SOCOME PRODUCE INC<br>4156 TECHNOLOGY PLACE<br>FREMONT CA 94538 | Creditor ID: 13485-01<br>SODICK INC.<br>1605 N. PENNY LANE,<br>SCHAUMBURG IL 60173 |
| Creditor ID: 13486-01<br>SOFA EXPRESS DISTRIBUTION CENTER<br>378 HUNTER INDUSTRIAL PARK ROAD<br>LAURENS SC 29360 | Creditor ID: 13487-01<br>SOFA EXPRESS, INC.<br>4600 SOUTH HAMILTON ROAD<br>GROVEPORT OH 43125 | Creditor ID: 16919-01<br>SOFA MART, LLC<br>505 N. GLENFIELD ROAD<br>NEW ALBANY MS 38652 |
| Creditor ID: 1447-01<br>SOFA MART,LLC<br>5671 NORTH BROADWAY<br>DENVER CO 80216 | Creditor ID: 10696-01<br>SOFANOU<br>101 SOUTH IND. DRIVE<br>MORGANTOWN KY 42261 | Creditor ID: 1448-01<br>SOFITALIA<br>2575 PENNY ROAD<br>HIGH POINT NC 27265 |
| Creditor ID: 10364-01<br>SOFTRIDE, INC.<br>909 SQUALICUM WAY, SUITE 111<br>BELLINGHAM WA 98225 | Creditor ID: 16920-01<br>SOGDA LTD.<br>512 6TH STREET SOUTH, SUITE 201<br>KIRKLAND WA 98033 | Creditor ID: 13488-01<br>SOGEVAL LABORATORIES INC<br>635 FRITZ DRIVE<br>COPPELL TX 75019 |
| Creditor ID: 1449-01<br>SOGO TRADING, INC.<br>1500 ATLANTIC STREET<br>UNION CITY CA 94587 | Creditor ID: 10697-01<br>SOHO FOODS LLC<br>536 FAYETTE ST<br>PERTH AMBOY NJ 08861-3742 | Creditor ID: 1450-01<br>SOHO SEAFOOD, INC.<br>800 FOOD CENTER DRIVE , UNIT 2<br>BRONX NY 10474 |
| Creditor ID: 1451-01<br>SOJITZ CORPORATION OF AMERICA<br>1211 S.W. 5TH AVE., SUITE 2200<br>PORTLAND OR 97204-3782 | Creditor ID: 1997-01<br>SOJITZ CORPORATION OF AMERICA<br>1121 AVENUE OF THE AMERICAS 44TH FL<br>NEW YORK NY 10036 | Creditor ID: 9183-01<br>SOJITZ CORPORATION OF AMERICA<br>701 FIFTH AVENUE, SUITE 1160<br>SEATTLE WA 98104 |
| Creditor ID: 16179-01<br>SOJITZ PLASTICS AMERICA INC.<br>1051 PERIMETER DRIVE SUITE 810<br>SCHAUMBURG IL 60173 | Creditor ID: 9184-01<br>SOKO PACKAGING INC<br>36 DIVISION PLACE<br>BROOKLYN NY 11222 | Creditor ID: 16921-01<br>SOL & SONS INC<br>14 C 53 ST<br>BROOKLIN NY 11232 |
| Creditor ID: 4325-01<br>SOL BUILDING MATERIALS CORPORATION<br>7400 STILES RD. BLDG 98<br>EL PASO TX 79915 | Creditor ID: 10698-01<br>SOLA DEI INTERNATIONAL, INC.<br>50 SECRET GARDEN<br>IRVINE CA 92620 | Creditor ID: 1452-01<br>SOLA HOME EXPO, INC<br>172 NEPTUNE AVE<br>BROOKLYN NY 11235 |
| Creditor ID: 16180-01<br>SOLAE LLC<br>4272 S. MENDENHALL RD.<br>MEMPHIS TN 38118 | Creditor ID: 4326-01<br>SOLAE, LLC<br>4300 DUNCAN AVENUE<br>SAINT LOUIS MO 63110 | Creditor ID: 16181-01<br>SOLAR BEE<br>3225 HIGHWAY 22 N<br>DICKINSON ND 58601-9419 |
| Creditor ID: 10699-01<br>SOLAR CITY<br>13055 CLEARVIEW WAY<br>SAN MATEO CA 94402 | Creditor ID: 16182-01<br>SOLAR CYCLE CORPORATION<br>10942 HARRY HINES SLVE<br>DALLAS TX 79220 | Creditor ID: 17387-01<br>SOLAR LINK INTERNATIONAL INC.<br>4602 E.BRICKELL STREET<br>ONTARIO CA 91761-1573 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18450-01<br>SOLAR TURBINES INC.<br>215 EAST CENTRE PARK BOULEVARD<br>DESOTO TX 75115-2481 | Creditor ID: 1453-01<br>SOLAR TURBINES INTERNATIONAL COMPANY<br>9330 SKY PARK COURT<br>SAN DIEGO CA 92123 | Creditor ID: 9185-01<br>SOLARA ADJUSTABLE PATIO COVER<br>602 N 24TH STREET<br>PHOENIX AZ 85008 |
| Creditor ID: 18451-01<br>SOLARWORLD INDUSTRIES AMERICA INC<br>25300 NW EVERGREEN ROAD<br>HILLSBORO OR 97124 | Creditor ID: 9186-01<br>SOLAZYME INC.<br>225 GATEWAY BOULEVARD<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 6711-01<br>SOLE H2O INC.<br>17941 SKYPARK CIRCLE "H"<br>IRVINE CA 92614 |
| Creditor ID: 9889-01<br>SOLE TECHNOLOGY INC.<br>20162 WINDROW DR.<br>LAKE FOREST CA 92630 | Creditor ID: 10700-01<br>SOLENIS LLC<br>3 BEAVER VALLEY ROAD, SUITE 500<br>WILMINGTON DE 19803 | Creditor ID: 1454-01<br>SOLIDEAL USA INC<br>306 FORSYTH HALL DRIVE<br>CHARLOTTE NC 28273 |
| Creditor ID: 4327-01<br>SOLIDSTRIP PLASTIC ABRASIVES<br>P.O. BOX 102<br>MINOCQUA WI 54548 | Creditor ID: 13489-01<br>SOLOMON COLORS, INC.<br>4050 COLOR PLANT ROAD<br>SPRINGFIELD IL 62702 | Creditor ID: 16183-01<br>SOLON AMERCIA CORPORATION<br>2700 E. EXECUTIVE DRIVE, SUITE 130<br>TUCSON AZ 85706 |
| Creditor ID: 4328-01<br>SOLTEX INC<br>50 COMMERCE CENTER<br>GREENVILLE SC 29615 | Creditor ID: 16184-01<br>SOLUM AMERICA, INC.<br>1551 MCCARTHY BLVD, SUITE 109<br>MILPITAS CA 95035 | Creditor ID: 10701-01<br>SOLUTIA INC<br>47 BRENDA DRIVE<br>AXTON VA 24054 |
| Creditor ID: 4329-01<br>SOLUTIA INC.<br>575 MARYVILLE CTR. DR.<br>ST. LOUIS MO 63141 | Creditor ID: 9187-01<br>SOLUTIA, INC.<br>730 WORCESTER STREET<br>SPRINGFIELD MA 01151 | Creditor ID: 18452-01<br>SOLVAY<br>8 CEDAR BROOK DRIVE<br>CRANBURY NJ 08512 |
| Creditor ID: 13490-01<br>SOLVAY ADVANCED POLYMERS, LLC.<br>4500 MCGINNIS FERRY ROAD<br>ALPHARETTA GA 30005 | Creditor ID: 18453-01<br>SOLVAY CHEMICALS, INC.<br>3333 RICHMOND AVENUE<br>HOUSTON TX 77098 | Creditor ID: 18454-01<br>SOLVAY FLUORIDES, LLC<br>3333 RICHMOND AVENUE<br>HOUSTON TX 77098 |
| Creditor ID: 6712-01<br>SOLVAY SOLEXIS, INC.<br>10 LEONARD LANE<br>WEST DEPTFORD NJ 08086 | Creditor ID: 18455-01<br>SOLVCHEM INTERNATIONAL<br>1904 MYKAWA ROAD<br>HOUSTON TX 77581 | Creditor ID: 1455-01<br>SOMERS CHEMICAL COMPANY<br>11122 S. YALE AVE.<br>TULSA OK 74137 |
| Creditor ID: 1456-01<br>SOMERSET INDUSTRIES, INC<br>68 HARRISON STREET<br>GLOVERSVILLE NY 12078 | Creditor ID: 7298-01<br>SOMERSET TIRE<br>400 W. MAIN ST<br>BOUND BROOK NJ 08805 | Creditor ID: 10802-01<br>SOMERTON HOME FURNISHINGS INC.<br>1228 SHERBORN STREET<br>CORONA CA 92879 |
| Creditor ID: 13491-01<br>S-ONE HELMET COMPANY<br>13210 ESTRELLA AVENUE, #A<br>GARDENA CA 90248 | Creditor ID: 10803-01<br>SONETTE, INC.<br>350 KARIN LANE<br>HICKSVILLE NY 11801 | Creditor ID: 9188-01<br>SONI INTERIORS SUPPLY<br>201 HICKMAN DR<br>SANFORD FL 32771 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18456-01<br>SONIC MAX INC<br>9457 EAST RUSH STREET<br>SOUTH EL MONTE CA 91733 | Creditor ID: 1457-01<br>SONIC TRADE GROUP<br>3110 JUDSON STREET #216<br>GIG HARBOR WA 98335 | Creditor ID: 6713-01<br>SONO INC<br>803 EVERSON ROAD<br>EVERSON WA 98247 |
| Creditor ID: 18457-01<br>SONOCO PHOENIX INC.<br>2121 WARNER ROAD SE<br>CANTON OH 44707 | Creditor ID: 10804-01<br>SONOCO PRODUCTS<br>1 NORTH 2ND STREET<br>HARTSFIELD SC 29550 | Creditor ID: 6714-01<br>SONOCO PRODUCTS CO.<br>1908 EXCHANGE DR<br>ARLINGTON TX 76011 |
| Creditor ID: 18458-01<br>SONOCO PRODUCTS COMPANY<br>2 NORTHLAKE AVE. #1025<br>PASADENA CA 91101 | Creditor ID: 16185-01<br>SONOCO PRODUCTS COMPANY<br>1 N 2ND ST<br>HARTSVILLE SC 29550 | Creditor ID: 9890-01<br>SONOKING<br>5 NORTHERN BOULEVARD UNIT 2<br>AMHERST NH 03031 |
| Creditor ID: 6715-01<br>SONOMA LAVENDER<br>420-B TESCONI CIRCLE<br>SANTA ROSA CA 95401 | Creditor ID: 6716-01<br>SONORA LAND & CATTLE LLC<br>890 W. MARIPOSA HILLS DR.<br>NOGALES AZ 85621 | Creditor ID: 6717-01<br>SONY BROADCAST & PROFESSIONAL LATIN AMERICA<br>2335 NW107 AVENUE BAY 55-56<br>MIAMI FL 33172 |
| Creditor ID: 18459-01<br>SONY ELECTROINCS, INC.<br>1600 WEST CENTRAL ROAD<br>ROSELLE IL 60172 | Creditor ID: 16186-01<br>SONY ELECTRONICS INC.<br>4275 W MAIN ST.<br>DOTHAN AL 36305 | Creditor ID: 13492-0I<br>SONY ELECTRONICS INC.<br>2201 EAST CARSON ST<br>CARSON LOGISTICS CENTER,<br>LONG BEACH CA 90810 |
| Creditor ID: 16187-01<br>SONY ELECTRONICS INC.<br>2201 EAST CARSON ST. MD71<br>CARSON CA 90810 | Creditor ID: 4330-01<br>SONY ELECTRONICS, INC.<br>11302 EASTPOINT DRIVE,<br>BUILDING B, SUITE 300<br>LAREDO TX 78045 | Creditor ID: 6718-01<br>SONY ELECTRONICS, INC.<br>SONY TECHNOLOGY CENTER<br>PITTSBURGH, 1001, TECHNOLOGY DR<br>MOUNT PLEASANT PA 15666 |
| Creditor ID: 9189-01<br>SONY LOG. AMERICA<br>2201 EAST CARSON ST.<br>CARSON CA 90810 | Creditor ID: 16188-01<br>SONY LOGISTICS SERVICES CO.<br>1 SONY DR<br>PARK RIDGE NJ 07656 | Creditor ID: 9190-01<br>SONY SUPPLY CHAIN SOLUTIONS (AMERICAS), INC.<br>6041 W. IMPERIAL HIGHWAY, 2ND FLOOR<br>LOS ANGELES CA 90045 |
| Creditor ID: 1458-01<br>SOOFER CO., INC.<br>2828 S ALAMEDA ST<br>VERNON CA 90058 | Creditor ID: 6719-01<br>SOPHIA FOODS<br>480 WORTMAN AVE.<br>BROOKLYN NY 11206 | Creditor ID: 18460-01<br>SOPREMA, INC.<br>310 QUADRAL DRIVE<br>WADSWORTH OH 44281 |
| Creditor ID: 4440-01<br>SOPRODI USA, INC.<br>1000 BRICKELL AVE - SUITE 905<br>MIAMI FL 33131 | Creditor ID: 6720-01<br>SORMA USA LLC<br>1101 N. 16TH AVENUE<br>YAKIMA WA 98902 | Creditor ID: 9191-01<br>SOS METALS SAN DIEGO<br>635 ANITA ST.<br>CHULA VISTA CA 91911 |
| Creditor ID: 4331-01<br>SOS METALS, INC.<br>201 EAST GARDENA BLVD.,<br>GARDENA CA 90248 | Creditor ID: 4332-01<br>SOTBY TRANSPORTATION, INC.<br>1630 BATH AVE<br>BROOKLYN NY 11214 | Creditor ID: 4333-01<br>SOULE, BLAKE & WECHSLER<br>180 HARVARD AVE<br>STAMFORD CT 06911 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 19146-97<br>SOULSTAR CREATIONS, LLC<br>C/O SAIBER LLC<br>RICHARD WELTMAN, MICHELE JASPAN<br>18 COLUMBIA TURNPIKE, STE 200<br>FLORHAM PARK NJ 07932 | Creditor ID: 4334-01<br>SOUND ACOUSTIC SOLUTIONS<br>11 INDUSTRY DRIVE<br>CLEVELAND OH 44146 | Creditor ID: 4335-01<br>SOUND LOGISTICS<br>1234 WESLAKE AVE<br>WOODENVILLE WA 98067 |
| Creditor ID: 18461-01<br>SOUND MASTER INC<br>7519 ALONDRA BLVD<br>PARAMOUNT CA 90723 | Creditor ID: 6721-01<br>SOURCE ATLANTIQUE INC.<br>140 SYLVAN AVE.<br>ENGLEWOOD CLIFFS NJ 07632 | Creditor ID: 13493-01<br>SOURCE DIRECT INC<br>2200 GARRY ROAD, SUITE 1<br>CINNAMINSON NJ 08077 |
| Creditor ID: 7299-01<br>SOURCE DIRECT INC.<br>575 ROUTE 73 NORTH A-1<br>WEST BERLIN NJ 08091 | Creditor ID: 18462-01<br>SOURCE DIRECT INC. PLASTICS<br>2200 GARRY ROAD SUITE 1<br>CINNAMINSON NJ 08077 | Creditor ID: 10805-01<br>SOURCE DISTRIBUTION INC<br>4674 CLAY AVE S.W., SUITE C<br>GRAND RAPIDS MI 49548 |
| Creditor ID: 1459-01<br>SOURCE GLASS RECYCLING<br>170 GLENN WAY  # 3<br>SAN CARLOS CA 94070 | Creditor ID: 10806-01<br>SOURCE INTERNATIONAL CORP<br>17 GILMORE DRIVE<br>SUTTON MA 01590 | Creditor ID: 16287-01<br>SOURCE INTERNATIONAL MARKET CORP<br>5250 W CENTURY BLVD. SUITE 511<br>LOS ANGELES CA 90045 |
| Creditor ID: 6722-01<br>SOURCE OF THE NILE<br>4147 W.OGDEN AVENUE #2<br>CHICAGO IL 60623 | Creditor ID: 1460-01<br>SOURCE ONE PACKAGING LLC<br>20 COMMERCE DRIVE<br>HAUPPAUGE NY 11788 | Creditor ID: 4336-01<br>SOURCE RIGHT<br>319 PERRY HIGHWAY UNIT D<br>HARMONY PA 16037 |
| Creditor ID: 9192-01<br>SOURCING ORGANICS INTERNATIONAL, INC.<br>75-35 210TH STREET, SUITE 1C<br>OAKLAND GARDENS NY 11364 | Creditor ID: 1461-01<br>SOUTH ASIA FURNITURE<br>219 AMERICAN AVENUE<br>GREENSBORO NC 27409 | Creditor ID: 1462-01<br>SOUTH ASIAN FOOD INC<br>56-27 56TH DRIVE<br>MASPETH NY 11378 |
| Creditor ID: 16288-01<br>SOUTH BAY FOUNDRY, INC<br>9444 ABRAHAM WAY<br>SANTEE CA 92071 | Creditor ID: 6723-01<br>SOUTH BAY INTERNATIONAL<br>13169 SOLVER AVE STE. B<br>FONTANA CA 92337 | Creditor ID: 18463-01<br>SOUTH COAST EXPORT SERVICE<br>2142 VICTORY DRIVE<br>FULLERTON CA 92831 |
| Creditor ID: 4337-01<br>SOUTH COAST RECYCLING<br>4560 DORAN ST.<br>LOS ANGELES CA 90039 | Creditor ID: 12651-01<br>SOUTH COAST TRADING<br>21985 TRAILWAY LANE<br>LAKE FOREST CA 92630 | Creditor ID: 18464-01<br>SOUTH COTTON PTY LTD INC<br>19715 E. HARRISON AVE<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 9193-01<br>SOUTH EAST CARGO INTERNATIONAL INC.<br>160 EAST MONTECITO AVENUE #A<br>SIERRA MADRE CA 91024 | Creditor ID: 1463-01<br>SOUTH PACIF COTTON COMPANY<br>64 SOUTH FRONT STREET<br>MEMPHIS TN 38103 | Creditor ID: 6724-01<br>SOUTH PACIFIC SPECIALTIES, LLC<br>9155 S. DADELAND BLVD SUITE #1008<br>MIAMI FL 33156 |
| Creditor ID: 4338-01<br>SOUTH SEAS INTERNATIONAL, LLC<br>404 CANDLEWOOD COMMONS<br>HOWELL NJ 07731 | Creditor ID: 4339-01<br>SOUTH SHORE TILE<br>1200 SUNRISE HWY<br>COPIAGUE NY 11726 | Creditor ID: 1464-01<br>SOUTH STATES METALS CORP.<br>1355 TRAE LANE<br>LITHIA SPRINGS GA 30122 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 16289-01<br>SOUTH VALLEY ALMOND COMPANY LLC<br>15448 BEECH AVENUE<br>WASCO CA 93280 | Creditor ID: 6725-01<br>SOUTH VALLEY FARM<br>115443 BEECH AVENUE<br>WASCO CA 93280 | Creditor ID: 4340-01<br>SOUTHAMPTON BRICK AND TILE LLC.<br>303 WINDING ROAD<br>OLD BETHPAGE NY 11804 |
| Creditor ID: 9194-01<br>SOUTHAMPTON MASONRY<br>1540 COUNTY ROAD 39<br>SOUTHAMPTON NY 11968 | Creditor ID: 1465-01<br>SOUTHAMPTON TILE 6 MARBLE CORP<br>1530 COAUTRY ROAD 39<br>NEW YORK NY 11968 | Creditor ID: 16290-01<br>SOUTHBAY FOUNDRY INC.<br>895 SOUTH INLAND CENTER DRIVE<br>SAN BERNARDINO CA 92408 |
| Creditor ID: 9195-01<br>SOUTHBAY FOUNDRY INC.<br>42 NORTH CLUFF AVENUE<br>LODI CA 95240 | Creditor ID: 16291-01<br>SOUTHCOTT TRADING PTY LTD.<br>19715 EAST HARRISON<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 13494-01<br>SOUTHEAST IMPORTS, LLC<br>1221 CILESTE STREET<br>GREENVILLE MS 38703 |
| Creditor ID: 18465-01<br>SOUTHEASTERN FURNITURE<br>3000 SOUTH ELM EUGENE STREET<br>GREENSBORO NC 27406 | Creditor ID: 7300-01<br>SOUTHEASTERN INTERIOR SYSTEMS<br>311 MARBLE MILL ROAD<br>MARIETTA GA 30061 | Creditor ID: 10807-01<br>SOUTHEASTERN INTERNATIONAL SERVICES INC<br>3400 MACINTOSH RD<br>FORT LAUDERDALE FL 33316 |
| Creditor ID: 1466-01<br>SOUTHEASTERN MINERALS<br>801 SPRING CREEK ROAD<br>BAINBRIDGE GA 39817 | Creditor ID: 10808-01<br>SOUTHEASTERN PAPERBOARD<br>100 HARRIS ROAD<br>PIEDMONT SC 29673-9311 | Creditor ID: 10809-01<br>SOUTHERN CALIFORNIA SHIPPERS ASSOCIATION<br>12121 ANETA ST.<br>CULVER CITY CA 90230 |
| Creditor ID: 9196-01<br>SOUTHERN CELLULOSE PRODUCTS<br>103 WEST 45TH STREET<br>CHATTANOOGA TN 37409 | Creditor ID: 13495-01<br>SOUTHERN CELLULOSE PRODUCTS, INC.<br>105 WEST 45TH<br>CHATTANOOGA TN 37409 | Creditor ID: 4341-01<br>SOUTHERN CLAY<br>P.O.BOX 44<br>GONZALES TX 78629 |
| Creditor ID: 16292-01<br>SOUTHERN ENTERPRISES, INC. (SEI)<br>600 FREEPORT PARKWAY, STE 200<br>COPPELL TX 75019 | Creditor ID: 9197-01<br>SOUTHERN FOODS USA, INC<br>29-1136 AVE<br>ASTORIA NY 11106 | Creditor ID: 18466-01<br>SOUTHERN ILLINOIS POWER COOP.<br>10825 LAKE OF EGYPT ROAD<br>MARION IL 62959 |
| Creditor ID: 4342-01<br>SOUTHERN MARKETING AFFILIATES<br>PO BOX 2247<br>JONESBORO AR 72402 | Creditor ID: 6726-01<br>SOUTHERN PACIFIC COAST CORP.<br>18400 SAN JOSE AVE.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 16293-01<br>SOUTHERN RECYCLING LLC<br>902 JULIA STREET<br>NEW ORLEANS LA 70113 |
| Creditor ID: 4343-01<br>SOUTHERN RECYCLING SALES, L.L.C.<br>4801 FLORIDA AVE.<br>NEW ORLEANS LA 70117 | Creditor ID: 10810-01<br>SOUTHERN TEA LLC<br>1267 COBB INDUSTRIAL DRIVE<br>MARIETTA GA 30066 | Creditor ID: 18467-01<br>SOUTHERN TEXTILE AND LAMINATIING<br>40 MADICO DRIVE<br>DALTON GA 30720 |
| Creditor ID: 10365-01<br>SOUTHERN TIRE MART INC.<br>529 INDUTRIAL PARK ROAD<br>COLUMBIA MS 39429 | Creditor ID: 4344-01<br>SOUTHERN TRADITIONS<br>55 SILER CITY INDUSTRIAL PARK DRIVE<br>SILER CITY NC 27344 | Creditor ID: 1467-01<br>SOUTHERN W & S<br>4530 STEELWAY BLVD<br>CLAY NY 13041 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6728-01<br>SOUTHERN W & S<br>615 LAMBSON LANE<br>NEW CASTLE DE 19720 | Creditor ID: 13496-01<br>SOUTHERN W&S (MONROE DIV)<br>26 ENGLERHARD DR<br>MONROE TOWNSHIP NJ 08831 | Creditor ID: 16294-01<br>SOUTHERN W&S LOUISVILLE DIV.<br>2801 CONSTANT COMMENT PLACE<br>LOUISVILLE KY 40299 |
| Creditor ID: 4345-01<br>SOUTHERN W&S NEW YORK DIV<br>345 UNDERHILL BLVD-PO BOX 9034<br>SYOSSET NY 11791-9034 | Creditor ID: 4346-01<br>SOUTHERN WINE & SPIRITS (ILLINOIS)<br>300 EAST CROSSROADS PARKWAY<br>BOLINGBROOK IL 60440 | Creditor ID: 10811-01<br>SOUTHERN WIRE CORP<br>8045 METRO ROAD<br>OLIVE BRANCH MS 30654 |
| Creditor ID: 18468-01<br>SOUTHGATE SHIPPING<br>27 CANDLELIGHT LN<br>BLUFFTON SC 29909-6081 | Creditor ID: 1468-01<br>SOUTHLAND FURNITURE, LLC<br>2701 KELLEY HIGHWAY<br>FT. SMITH AR 74902 | Creditor ID: 13497-01<br>SOUTHLAND POLYMERS<br>14030 GANNET ST<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 9198-01<br>SOUTHSTREAM SEAFOODS<br>100 METRO CENTER BLVD PO BOX 6010<br>WARWICK RI 02887 | Creditor ID: 13498-01<br>SOUTHWEST ARKANSAS EQUIP LLC<br>3562 HWY 278W<br>HOPE AR 71801 | Creditor ID: 1998-01<br>SOUTHWEST DISTRIBUTING CO. INC.<br>10018 NORTH 183 HIGHWAY<br>CLINTON OK 73601 |
| Creditor ID: 16295-01<br>SOUTHWEST FARMERS MARKET<br>10535 S WILCREST DR.<br>HOUSTON TX 77099 | Creditor ID: 18469-01<br>SOUTHWEST HIDE<br>9207 W. BLACK EAGLE<br>BOISE ID 83709 | Creditor ID: 4347-01<br>SOUTHWEST MANUFACTURING RESOURCES<br>4020 N. MACARTHUR SUITE 122-243<br>IRVING TX 75038 |
| Creditor ID: 4348-01<br>SOUTHWEST METALS<br>4708 W. PASADENA AVE.<br>GLENDALE AZ 85301 | Creditor ID: 6729-01<br>SOUTHWEST WIRE ROPE<br>1819 TURNING BASIN SUITE 900<br>HOUSTON TX 77029 | Creditor ID: 1469-01<br>SOUTHWESTERN PETROLEUM CORP.<br>534 NORTH MAIN STREET<br>FT.WORTH TX 76164 |
| Creditor ID: 18470-01<br>SOUTHWIND FOODS LLC<br>2900 AYERS AVE.<br>DBA GREAT AMERICAN SEAFOOD<br>IMPORTS CO.<br>LOS ANGELES CA 90058 | Creditor ID: 9199-01<br>SOUTHWIRE COMPANY<br>3 SOUTHWIRE DR<br>CARROLLTON GA 30119 | Creditor ID: 1470-01<br>SOVEREIGN CHEMICAL CO<br>1225 WEST MARKET STREET<br>AKRON OH 44313 |
| Creditor ID: 13500-01<br>SOVEREIGN CHEMICALS<br>1225 WEST MARKET STREET<br>AKRON OH 44313 | Creditor ID: 10812-01<br>SOVEREIGN CHEMS<br>7355 COKRILL BEND BLVD.<br>NASHVILLE TN 37209 | Creditor ID: 10813-01<br>SOVEREIGN CONTAINER LINE, INC<br>153-04 ROCKWAY BLVD.<br>JAMAICA NY 11434 |
| Creditor ID: 6730-01<br>SOVEREIGN DIST<br>651 RT 72<br>MANAHAWKIN NJ 08050 | Creditor ID: 13501-01<br>SOVEREIGNS DISTRIBUTORS<br>1939 OLNEY STREET SUITE 100<br>CHERRY HILL NJ 08003 | Creditor ID: 12652-01<br>SOWESCO I, LTD<br>9384 WALLISVILLE ROAD<br>HOUSTON TX 77013 |
| Creditor ID: 10814-01<br>SOYACORN INTERNATIONAL, INC<br>5825 RIVERBANK CIRCLE<br>STOCKTON CA 95219 | Creditor ID: 16296-01<br>SOYAFARM USA INC.<br>20675 S. WESTERN AVE, SUITE 210<br>TORRANCE CA 90501 | Creditor ID: 1471-01<br>SP ENTERPRISES INC<br>1889 E MAULE AVE STE E<br>LAS VEGAS NV 89119 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4349-01<br>SP FIBER TECHNOLOGIES<br>709 PAPERMILL ROAD<br>DUBLIN GA 31027 | Creditor ID: 10815-01<br>SP FIBER TECHNOLOGIES<br>1301 WYNOOSKI STREET<br>NEWBERG OR 97132 | Creditor ID: 4350-01<br>SPACE BORDER LOGISTICS CORP<br>9560 JOE RODRIGUEZ<br>EL PASO TX 79927 |
| Creditor ID: 18471-01<br>SPACE FLOORING<br>7000 HIGHLANDS PARKWAY STE 100<br>SMYRNA GA 30082 | Creditor ID: 6731-01<br>SPACEKRAFT<br>4901 W. 79TH STREET<br>INDIANAPOLIS IN 46268 | Creditor ID: 4351-01<br>SPACEKRAFT AN INTERNATIONAL PAPER BUSINESS<br>4060 FAIRVIEW INDUSTRIAL DRIVE SE<br>SALEM OR 97302 |
| Creditor ID: 10816-01<br>SPAIN WINE COLLECTION<br>16 ROUTE 9 W<br>CONGERS NY 10920 | Creditor ID: 9200-01<br>SPALDING, DIVISION OF RUSSELL BRANDS, LLC<br>1 FRUIT OF THE LOOM DRIVE<br>BOWLING GREEN KY 42102 | Creditor ID: 10817-01<br>SPAN AMERICA<br>5200 GEORGE MCVAY DR.<br>MCALLEN TX 78503 |
| Creditor ID: 16297-01<br>SPAN PACKAGING SERVICES<br>4611-ADAIRY DRIVE<br>GREENVILLE SC 29607 | Creditor ID: 1472-01<br>SPANISH VINEYARD IMPORTS, LLC<br>6937 WOODSEDGE DRIVE<br>CINCINNATI OH 45230-3900 | Creditor ID: 16298-01<br>SPANISH WINE IMPORTERS<br>(VICTOR H GONZALES-TORRES)<br>5900 CHASEWOOD PARKWAY<br>HOPKINS MN 55343-4345 |
| Creditor ID: 10366-01<br>SPARKS BELTING COMPANY<br>3800 STAHL DR. S.E.<br>GRAND RAPIDS MI 49546 | Creditor ID: 9201-01<br>SPARROW ENTERPRISES, LTD<br>98R CONDOR STREET<br>EAST BOSTON MA 02128 | Creditor ID: 16299-01<br>SPARTAN BROS., INC.<br>7140 NORTH HARLEM AVENUE<br>CHICAGO IL 60631 |
| Creditor ID: 9202-01<br>SPARTECH PLASTICS<br>8251 MARYLAND AVENUE<br>CLAYTON MO 63105 | Creditor ID: 1473-01<br>SPEAR INDUSTRIES, LLC<br>6302 HIGHWAY 411 N<br>CHATSWORTH GA 30705 | Creditor ID: 6732-01<br>SPECCERAMINCS, INC.<br>851 ENTERPRISE WAY<br>FULLERTON CA 92831-5015 |
| Creditor ID: 13502-01<br>SPECIAL A JEANS, LLC<br>2460 E. 12TH ST, UNIT A<br>LOS ANGLES CA 90021 | Creditor ID: 4352-01<br>SPECIAL MATERIALS COMPANY<br>70 W. 40TH STREET, 2ND FLOOR<br>NEW YORK NY 10018 | Creditor ID: 16300-01<br>SPECIALITY PULP SERVICES<br>2700 WESTCHESETER AVE. SUITE300<br>PURCHASE NY 10577 |
| Creditor ID: 10818-01<br>SPECIALITY TILE PRODUCTS<br>1700 OAKBROOK DR STE B<br>NORCROSS GA 30093 | Creditor ID: 7301-01<br>SPECIALIZED BICYCLE COMPONENTS<br>15130 CONCORD CIRCLE<br>MORGAN HILL CA 95037 | Creditor ID: 13503-01<br>SPECIALIZED BICYCLE COMPONENTS<br>1475 SOUTH 5070 WEST STE. A<br>SALT LAKE CITY UT 84104 |
| Creditor ID: 4353-01<br>SPECIALIZED BICYCLE COMPONENTS<br>3450 URABANCREST INDUSTRIAL DRIVE<br>GROVE CITY IL 43123 | Creditor ID: 13504-01<br>SPECIALIZED SHIPPER ASSOCIATION<br>21024 24TH AVENUE, SUITE 114<br>SEATAC WA 98198 | Creditor ID: 6733-01<br>SPECIALTY BEER INVESTMENTS, INC.<br>700 LARKSPUR LANDING SUITE 208<br>LARKSPUR CA 94939 |
| Creditor ID: 4354-01<br>SPECIALTY CARGO INC<br>2580 S. 156TH ST<br>BUILDING A ROOM 210<br>SEATTLE WA 98158 | Creditor ID: 9203-01<br>SPECIALTY COMMODITIES INC.<br>1530 47TH STREET NW<br>FARGO ND 58108-2667 | Creditor ID: 4355-01<br>SPECIALTY CONSTRUCTION BRANDS<br>(SCB) FOSTER PRODUCT<br>6107 INDUSTRIAL WAY<br>HOUSTON TX 77011 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 10819-01
SPECIALTY EQUIPMENT MARKET ASSOCIATION
1575 SOUTH VALLEY VISTA DRIVE
DIAMOND BAR CA 91765

Creditor ID: 6734-01
SPECIALTY FIBRES, INC.
3201 DANVILLE BLVD, SUITE 265
ALAMO CA 94507

Creditor ID: 9204-01
SPECIALTY FURNISHINGS INC
1030 NORCROSS IND CT
DBA UNDERPRICED FURNITURE
NORCROSS GA 30071

Creditor ID: 16301-01
SPECIALTY GRAINS, INC
231 N. SANGAMON AVE.
GIBSON CITY IL 60936

Creditor ID: 9891-01
SPECIALTY INGREDIENT MANAGEMENT, LLC
275 GROVE ST STE 2-400
NEWTON MA 02466

Creditor ID: 1474-01
SPECIALTY INGREDIENTS INC.
1745 RENE LANE
POPLAR BLUFF MO 63901

Creditor ID: 10820-01
SPECIALTY MAPLE VENEER
2701 GLADSTONE AVE
GLADSTONE MI 49836

Creditor ID: 16302-01
SPECIALTY MERCHANDISE CORPORATION
4119 GUARDIAN ST
SIMI VALLEY CA 93063

Creditor ID: 16303-01
SPECIALTY PRODUCTS INC
2410 104TH ST. CT. SOUTH
STE, D, BLDG F
LAKEWOOD WA 98499

Creditor ID: 13505-01
SPECIALTY RETAILERS, INC.
2425 WEST LOOK SOUTH
HOUSTON TX 77027

Creditor ID: 9306-01
SPECIALTY RICE INC.
1000 W 1ST ST.
BRINKLEY AR 72021

Creditor ID: 6735-01
SPECIALTY SEEDS OF OREGON, INC.
3815 SW CULVER HWY
METOLIUS OR 97741

Creditor ID: 1475-01
SPECTRA GASES INC.
3434 ROUTE 22
WEST BRANCHBURG NJ 08876

Creditor ID: 4356-01
SPECTRA PREMIUM INDUSTRIES (CALIFORNIA)
2260 S. HAVEN AVE. UNIT F
ONTARIO CA 91761

Creditor ID: 17388-01
SPECTRA WORLDWIDE LLC
309 EAGLETON ESTATES DR.
PALM BEACH GARDENS FL 33418

Creditor ID: 1476-01
SPECTRUM BRANDS, INC.
601 RAYOVAC DRIVE
MADISON WI 53711

Creditor ID: 9307-01
SPECTRUM BRANDS, INC.
3001 DEMING WAY
MIDDLETON WI 53562

Creditor ID: 18473-01
SPECTRUM BRANDS, INC.
19701 DA VINCI
FOOTHILL RANCH CA 92610

Creditor ID: 4357-01
SPECTRUM BRANDS, INC.
1600 ASPEN COMMONS  MIDDLETON, WI
MIDDLETON WI 53562

Creditor ID: 4358-01
SPECTRUM CONCEPTS INC.
1911 PALOMAR OAKS WAY
CARLSBAD CA 92008

Creditor ID: 4359-01
SPECTRUM ELECTRICAL SERVICES INC
4032 WILLIAMSBURG COURT
FAIRFAX VA 22032

Creditor ID: 18629-01
SPECTRUM FRUITS, INC
8670 MONTICELLO LANE N, SUITE B
MAPLE GROVE MN 55369

Creditor ID: 4360-01
SPECTRUM IMPORTS DIVISION OF GARDNER
904 MURRAY ROAD
EAST HANOVER NJ 07936

Creditor ID: 13506-01
SPECTRUM PLASTICS
12850 MIDWAY PLACE
CERRITOS CA 90703

Creditor ID: 6736-01
SPECTRUM PLASTICS,INC.
6118 WESTVIEW DRIVE
HOUSTON TX 77055

Creditor ID: 9308-01
SPEED AIR CARGO INC.
5959W. CENTURY BLVD. #564
LOS ANGELES CA 90045

Creditor ID: 4361-01
SPEED QUEEN
SHEPARD STREET., P.O. BOX 990
RIPON WI 54971-0990

Creditor ID: 18474-01
SPEEDY GLOBAL LOGISTICS INT'L
177-25 ROCKAWAY BLDG, SUITE 207
JAMAICA NY 11434

Creditor ID: 9309-01
SPENCER GIFTS
6826 BLACK HORSE PIKE
EGG HARBOR TOWNSHIP NJ 08234-4132

Creditor ID: 9310-01
SPENCER N. ENTERPRISES, INC.
425 S. LEMON AVENUE
CITY OF INDUSTRY CA 91789

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1477-01<br>SPENCER VENEER<br>270 INDUSTRIAL PARK RD- PO BOX 85<br>SPENCER WV 25276 | Creditor ID: 4362-01<br>SPG INTERNATIONAL<br>14002 E. 33RD PLACE<br>AURORA CO 80011 | Creditor ID: 10821-01<br>SPG INTERNATIONAL, LLC<br>1555 HWY 75 EAST<br>FREEPORT IL 61032 |
| Creditor ID: 7302-01<br>SPG INTERNATIONAL, LLC<br>11230 HARLAND DRIVE NE<br>COVINGTON GA 30014 | Creditor ID: 4363-01<br>SPHIENX INC.<br>4400 SOUTH 13TH STREET<br>MILWAUKEE WI 53221 | Creditor ID: 10822-01<br>SPI FLOORS LLC<br>7575 WASHINTON BLVD<br>ELKRIDGE MD 21075 |
| Creditor ID: 6737-01<br>SPI KNIGHTSTOWN<br>8774 SOUTH STATE ROAD<br>KNIGHTSTOWN IN 46148 | Creditor ID: 18475-01<br>SPICE CHAIN CORPORATION<br>9 ELKINS ROAD<br>EAST BRUNSWICK NJ 08816 | Creditor ID: 6738-01<br>SPICE WORLD, INC.<br>8101 PRESIDENTS DRIVE<br>ORLANDO FL 32809 |
| Creditor ID: 9311-01<br>SPICECO<br>6C TERMINAL WAY<br>AVENEL NJ 07001 | Creditor ID: 16304-01<br>SPIEGEL CATALOG, INC.,<br>3500 LACEY RD<br>DOWNERS GROVE IL 60515 | Creditor ID: 16305-01<br>SPINCO METAL PRODUCTS, INC.<br>1 COUNTRY CLUB DRIVE<br>NEWARK NY 14513 |
| Creditor ID: 18630-01<br>SPIRITUAL QUEST LLC<br>707 PACIFIC ST. NO. 2<br>SANTA MONICA CA 90405 | Creditor ID: 6739-01<br>SPLASH SEAFOODS<br>8606 NE 10TH STREET<br>BELLEVUE WA 98039 | Creditor ID: 10823-01<br>SPOKANE SEED COMPANY'<br>6015 EAST ALKI AVENUE<br>SPOKANE WA 99211-1007 |
| Creditor ID: 4364-01<br>SPOLETI TILE CORPORATION<br>9103 3RD AVENUE<br>NORTH BERGEN NJ 07047 | Creditor ID: 13507-01<br>SPORT PLAST DECOY COMPANY INC.<br>8719 W. GREENFIELD AVENUE<br>WEST ALLIS WI 53214 | Creditor ID: 4365-01<br>SPORTCRAFT, LTD.<br>313 WATERLOO VALLY ROAD<br>MT OLIVE NJ 07828 |
| Creditor ID: 10824-01<br>SPORT-ELLE<br>110 TRIANGLE BLVD<br>CARLSTADT NJ 07072 | Creditor ID: 4366-01<br>SPORTS GIANT LLC<br>5928 FARNSWORTH COURT<br>CARLSBAD CA 92008 | Creditor ID: 6740-01<br>SPORTS LICENSED<br>DIV OF THE ADIDAS GROUP LLC<br>5 INDUSTRIAL DRIVE<br>MATTAPOISETT MA 02739 |
| Creditor ID: 1478-01<br>SPORTS LICENSED DIVISION OF THE ADIDAS GROUP<br>8677 LOGO ATHLETIC CT<br>INDIANAPOLIS IN 46219 | Creditor ID: 18476-01<br>SPORTS PRODUCTS OF AMERICA LLC<br>100 WEST 33RD STREET<br>NEW YORK NY 10001 | Creditor ID: 10825-01<br>SPORTSWEAR GROUP LC<br>1407 BROADWAY STE 3101<br>NEW YORK NY 10018 |
| Creditor ID: 9312-01<br>SPOT BRAND LLC<br>331 CORPORATE CIRCLE, SUITE A<br>GOLDEN CO 80401 | Creditor ID: 12653-01<br>SPRAY MORET LLC<br>1411 BROADWAY AVE<br>NEW YORK NY 10018 | Creditor ID: 4367-01<br>SPRING INDUSTRIES, INC.<br>PO BOX 111<br>LANCASTER SC 29721 |
| Creditor ID: 16306-01<br>SPRING TREE MAPLE PRODUCTS<br>28 VERNON STREET #412<br>BRATTLEBORO VT 05301 | Creditor ID: 18477-01<br>SPRINGER EQUIPMENT COMPANY<br>4263 UNDERWOOD INDUSTRIAL DRIVE<br>BIRMINGHAM AL 35210 | Creditor ID: 18478-01<br>SPRINGS CREATIVE<br>300 CHATHAM AVENUE SUITE 100<br>ROCK HILL SC 29730 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4368-01<br>SPRINGS GLOBAL US INC. (LANCASTER)<br>294 GRACE AVE COMPLEX,<br>GRACE DISTRIBUTION CENTER<br>LANCASTER SC 29720 | Creditor ID: 4369-01<br>SPRINGS GLOBAL US, INC.<br>205 N. WHITE STREET<br>FORT MILL SC 29715 | Creditor ID: 9313-01<br>SPRINGS WINDOW FASHIONS LLC<br>7549 GRABER ROAD<br>MIDDLETON WI 53562 |
| Creditor ID: 18479-01<br>SPRINT RECYCLING<br>375 ROUT 1 & 9 SOUTH<br>JERSEY CITY NJ 07306 | Creditor ID: 6741-01<br>SPRUCE FOODS INC.<br>35 MILLER AVE. #139<br>MILL VALLEY CA 94941 | Creditor ID: 1999-01<br>SPS CALIFORNIA<br>500 AIRPORT BLVD #442<br>BURLINGAME CA 94010 |
| Creditor ID: 1479-01<br>SPS INTERNATIONAL INC<br>PO BOX 102<br>7 OSAGE COURT<br>READINGTON NJ 08870 | Creditor ID: 9314-01<br>SPS TECHNOLOGIES (AUTOMOTIVE FASTENERS GROUP)<br>4444 LEE ROAD<br>CLEVELAND OH 44128 | Creditor ID: 10826-01<br>SPUNTECH INDUSTRIES INC<br>555 NORTH PARK DRIVE<br>ROXBORO NC 27573 |
| Creditor ID: 16307-01<br>SPX COOLING TECHNOLOGIES<br>1200 US HIGHWAY 22 EAST<br>BRIDGEWATER NJ 08807 | Creditor ID: 6742-01<br>SPX COOLING TECHNOLOGIES, LTD<br>1200 WEST MARLEY ROAD<br>OLATHE KS 66061 | Creditor ID: 1480-01<br>SPYCHER BROTHERS<br>14827 W. HARDING<br>TURLOCK CA 95380 |
| Creditor ID: 10827-01<br>SPYRIDON NIKAS<br>4 DOLORE AVE., APT 12<br>WALTHAM MA 02452 | Creditor D: 16308-01<br>SQUARE D CO.<br>1100 BRULINGTON PIKE<br>FLORENCE KY 41042-4201 | Creditor ID: 18480-01<br>SQUARE ENTERPRISES CORP.<br>19 PATERSON AVE<br>WALLINGTON NJ 07057 |
| Creditor ID: 18481-01<br>SRG-USA<br>1606 LAGUNA MEADOWS LANE<br>HOUSTON TX 77094 | Creditor ID: 18482-01<br>SRI LANKAN TRADING<br>17216 SATICOY STREET<br>VANNUYS CA 91406 | Creditor ID: 18483-01<br>SRI TRANG USA<br>300 PRESTON AVE, SUITE 400<br>CHARLOTTESVILLE VA 22902 |
| Creditor ID: 4370-01<br>SS STAVE COMPANY<br>1265 TRABUE ROAD, PO BOX 398<br>MORTON'S GAP KY 42440 | Creditor ID: 18516-01<br>SSA MILPITAS<br>1029 MONTAGUE EXPRESSWAY<br>MILPITAS CA 95035 | Creditor ID: 19147-97<br>SSA TERMINALS<br>DEPT 4207<br>PO BOX 34936<br>SEATTLE WA 98155 |
| Creditor ID: 13607-01<br>SSC, INC.<br>2910 FABER STREET<br>UNION CITY CA 94587 | Creditor ID: 13608-01<br>SSI SHREDDING SYSTEMS, INC.<br>9760 SW FREEMAN DRIVE<br>WILSONVILLE OR 97070 | Creditor ID: 12654-01<br>SST CORPORATION<br>635 BRIGHTON RD<br>CLIFTON NJ 07012-1027 |
| Creditor ID: 16309-01<br>SSY INDUSTRIES, INC<br>6140 BENT TREE CT<br>CHARLOTTE NC 28212 | Creditor ID: 4371-01<br>ST GOBAIN EAST DISTRIBUTION DCE<br>1001 PERRY ROAD<br>INDIANAPOLIS IN 46168 | Creditor ID: 4372-01<br>ST KILLIANS OF AMERICA<br>100 BUCKLEY ROAD<br>LIVERPOOL NY 13088 |
| Creditor ID: 1481-01<br>ST LOUIS WHOLESALE TIRE<br>5025 BROWN AVENUE<br>SAINT LOUIS MO 63115 | Creditor ID: 16310-01<br>ST. ANTONY MONASTERY<br>43725 BRAGDON RD<br>NEWBERRY SPRINGS CA 92365 | Creditor ID: 16311-01<br>ST. GEORGES WAREHOUSE<br>1650 S. CENTRAL AVE.<br>COMPTON CA 90220 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2000-01<br>ST. MARY & ST. MINA COPTIC ORTHODOX CHURCH<br>5194 KELLER RIDGE DRIVE,<br>CLAYTON CA 94517 | Creditor ID: 18517-01<br>ST. PHILBERT'S HAZELNUTS, INC.<br>30444 TOSTA DRIVE<br>HARRISBURG OR 97446 | Creditor ID: 9315-01<br>STACY FURNITURE<br>1900 S MAIN STREET<br>GRAPEVINE TX 76051 |
| Creditor ID: 9316-01<br>STACY'S GREENHOUSES<br>2121 QUARRY ROAD<br>YORK SC 29745 | Creditor ID: 13609-01<br>STAFAST PRODUCTS<br>505 LAKESHORE BLVD<br>PAINESVILLE OH 44077 | Creditor ID: 1482-01<br>STAG/PARKWAY INC.<br>7095 TRADEWATER<br>ATLANTA GA 43463 |
| Creditor ID: 1483-01<br>STAGE FX INC.<br>1 NICKEL WAY<br>COLUMBUS MT 59019 | Creditor ID: 9892-01<br>STAGE STORES<br>3 PEEBLES STREET<br>SOUTH HILL VA 23970-5460 | Creditor ID: 18518-01<br>STAHL USA<br>13 CORWIN ST.<br>PEABODY MA 01960 |
| Creditor ID: 10828-01<br>STAHLBUSH ISLAND FARMS<br>3122 STAHLBUSH ISLAND ROAD<br>CORVALLIS OR 97333 | Creditor ID: 9317-01<br>STAINLESS STRUCTURALS LLC<br>590 BEAUTYREST AVENUE<br>JACKSONVILLE FL 32254 | Creditor ID: 18519-01<br>STAJAC INDUSTRIES<br>4955 JOULE STREET<br>RENO NV 89502 |
| Creditor ID: 10829-01<br>STANCO METAL PRODUCTS<br>7400 CATTLEMANS DR.<br>SANTA TERESA NM 88008 | Creditor ID: 18631-01<br>STANDARD BANK & TRUST CO.<br>7800 WEST 95TH ST<br>HICKORY HILLS IL 60457 | Creditor ID: 9318-01<br>STANDARD CAR TRUCK COMPANY<br>865 BUSSE HIGHWAY<br>PARK RIDGE IL 60068 |
| Creditor ID: 13610-01<br>STANDARD CASING CO<br>60 AMITY STREET<br>JERSEY CITY NJ 07304 | Creditor ID: 6743-01<br>STANDARD COMMERCIAL TOBACCO CO., INC.<br>2201 MILLER ROAD<br>WILSON NC 27894 | Creditor ID: 10830-01<br>STANDARD COTTON LLC<br>4646 POPLAR AVE,  SUITE 535<br>MEMPHIS TN 38117 |
| Creditor ID: 4373-01<br>STANDARD FIBER INC.<br>323 ALLERTON AVE<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 4374-01<br>STANDARD FRUITS<br>19212 NE 149TH STREET<br>WOODINVILLE WA 98077 | Creditor ID: 16312-01<br>STANDARD FURNITURE<br>801 US-31<br>BAY MINETTE AL 36507 |
| Creditor ID: 4375-01<br>STANDARD MFG COMPANY<br>#1 INDUCTO WAY<br>CULLEN LA 71021 | Creditor ID: 1484-01<br>STANDARD MULTIWALL BAG, MANUFACTURING CO.<br>1800 SW MERLO DRIVE<br>BEAVERTON OR 97006 | Creditor ID: 13611-01<br>STANDARD PUBLISHING<br>8121 HAMILTON AVENUE<br>CINCINNATI OH 45231 |
| Creditor ID: 18520-01<br>STANDARD TEXTILE CO., INC.<br>ONE KNOLLCREST DR<br>P.O. BOX 371805<br>CINCINNATI OH 45222-1805 | Creditor ID: 18521-01<br>STANDARD TILE IMPORTS INC<br>255 RT 46<br>TOTOWA NJ 07512 | Creditor ID: 10831-01<br>STANDARD TRADE<br>4940 MERRICK ROAD<br>MASSAPEQUA PARK NY 11762 |
| Creditor ID: 13612-01<br>STANDBY SCREW MACHINE PRODUCTS CO,<br>1122 BAGLEY ROAD<br>BEREA OH 44017 | Creditor ID: 1485-01<br>STANDLEE TRADING COMPANY, LLC<br>1348 SHADOWBROOK TERRACE<br>HARBOR CITY CA 90710 | Creditor ID: 16313-01<br>STANDLEE TRADING COMPANY, LLC.<br>826 S. 1700 E<br>EDEN ID 83325 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18522-01<br>STANG INDUSTRIES INC.<br>2616 RESEARCH DRIVE, UNIT B<br>CORONA CA 92882 | Creditor ID: 6745-01<br>STANLEY BLACK & DECKER, INC<br>1000 STANLEY DRIVE<br>NEW BRITAIN CT 06053 | Creditor ID: 18523-01<br>STANLEY BLACK & DECKER, INC.<br>701 E. JOPPA ROAD<br>TOWSON MD 21286 |
| Creditor ID: 13614-01<br>STANLEY ORCHARD SALES INC<br>2044 STATE ROUTE 32 #6<br>MODENA NY 12548 | Creditor ID: 6746-01<br>STANLEY ORCHARDS SALES, INC.<br>2044 RTE 32, SUITE 6<br>MODENA NY 12548 | Creditor ID: 13615-01<br>STANNICA<br>451 FLORIDA STREET<br>BATON ROUGE LA 70601 |
| Creditor ID: 7303-01<br>STAPLE COTTON COOPERATIVE<br>214 W MARKET ST<br>GREENWOOD MS 38930-4329 | Creditor ID: 4376-01<br>STAPLES COTTON<br>214 WEST MARKET STREET<br>GREENWOOD MS 38930 | Creditor ID: 16314-01<br>STAR APPAREL, INC.<br>476 GREGORY AVE<br>WEEHAWKEN NJ 07086 |
| Creditor ID: 10832-01<br>STAR ASIA INTERNATIONA INC<br>455 DELTA AVENUE SUITE 107<br>CINCINNATI OH 45226 | Creditor ID: 6747-01<br>STAR ASIA INTERNATIONAL<br>14805 DETROIT AVENUE SUITE 310<br>LAKEWOOD OH 44107 | Creditor ID: 1486-01<br>STAR ASIA INTERNATIONAL<br>LINCOLN SCHOOL PROFESSIONAL BLDG<br>455 DELTA AVE STE 107<br>CINCINNATI OH 45226 |
| Creditor ID: 6748-01<br>STAR ASIA INTERNATIONAL<br>208 CHURCH STREET<br>ATLANTA GA 30030 | Creditor ID: 2001-01<br>STAR ASIA INTERNATIONAL, INC.<br>208 CHURCH STREET<br>DECATUR GA 30030-3325 | Creditor ID: 6749-01<br>STAR ASIAFREIGHT CO<br>8901 LA CIENEGA BLVD. SUITE 209<br>INGLEWOOD CA 90301 |
| Creditor ID: 9319-01<br>STAR CLUSTER LOGISTICS<br>20021 S. RANCHO WAY<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 18524-01<br>STAR CLUSTER USA<br>301 W. TOUHY AVENUE SUITE 100<br>DES PLAINES IL 60018 | Creditor ID: 9320-01<br>STAR COMPUTER GROUP<br>3600 N.W. 114 AVE SUITE A<br>DORAL FL 33178 |
| Creditor ID: 6750-01<br>STAR FOOD PRODUCTS INC<br>2853 EXECUTIVE PARK DRIVE SUITE 105<br>WESTON FL 33331 | Creditor ID: 1487-01<br>STAR FOOD PRODUCTS INC.<br>2900 NW 75TH ST. SUITE 306<br>MIAMI FL 33147 | Creditor ID: 9321-01<br>STAR MICRONICS AMERICA, INC.<br>70-D, ETHEL ROAD WEST,<br>PISCATAWAY NJ 08854 |
| Creditor ID: 13616-01<br>STAR MILLING<br>24067 WATER AVENUE<br>PERRIS CA 92570 | Creditor ID: 18525-01<br>STAR OF THE WEST MILLING CO.<br>121 E. TUSCOLA STREET, P.O. BOX 146<br>FRANKENMUTH MI 48734 | Creditor ID: 13617-01<br>STAR PIPE PRODUCTS<br>4018 WESTHOLLOW PKWY<br>HOUSTON TX 77082 |
| Creditor ID: 9322-01<br>STAR SNACKS CO. LLC<br>105 HARBOR DRIVE<br>JERSEY CITY NJ 07305 | Creditor ID: 10833-01<br>STAR SUPPLIES LLC<br>4616 16TH AVENUE<br>BROOKLYN NY 11204 | Creditor ID: 1488-01<br>STAR TRAC HEALTH & FITNESS<br>1844 NELSON RD, SUITE D<br>LONGMONT CO 80501 |
| Creditor ID: 1489-01<br>STAR TRADING INC.<br>DBA PLASRUB STAR TRADING INC.<br>8000 KEMPWOOD DRIVE<br>HOUSTON TX 77055 | Creditor ID: 1490-01<br>STAR TRADING, INC.<br>4 JASON COURT<br>BROOKFIELD CT 06804 | Creditor ID: 9323-01<br>STAR WEST BOTANICALS,INC<br>11253 TRADE CENTER DR.<br>RANCHO CORDOVA CA 95742 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9324-01<br>STARBASE GLOBAL LOGISTICS INC.<br>330 SHIPYARD BLVD<br>WILMINGTON NC 28412 | Creditor ID: 9325-01<br>STARBUCKS COFFEE COMPANY<br>2401 UTAH AVE. S.<br>SEATTLE WA 98134-1435 | Creditor ID: 1491-01<br>STARBUZZ INTERNATIONAL INC.<br>2116 W. LINCOLN AVE.<br>ANAHEIM CA 92801 |
| Creditor ID: 18526-01<br>STAREX COMPOUNDING AMERICA, INC.<br>6 CENTERPOINTE DRIVE #100<br>SAN DIEGO CA 92108 | Creditor ID: 10367-01<br>STARFISH<br>4250 8TH AVENUE N.W.<br>SEATTLE WA 98107 | Creditor ID: 1492-01<br>STARGATE APPAREL<br>231 WEST 39TH STREET<br>NEW YORK NY 10018 |
| Creditor ID: 18527-01<br>STARIDGE, INC.<br>9999 BELLAIRE BLVD, SUITE 920<br>HOUSTON TX 77036 | Creditor ID: 9326-01<br>STARK FOODS INC.<br>250 FOREST DRIVE<br>GREENVALE NY 11548 | Creditor ID: 6751-01<br>STARK PRODUCTS INC.<br>29-14 122ND<br>COLLEGE POINT NY 11354 |
| Creditor ID: 2002-01<br>STARKIST CO.<br>323 NORTH SHORE DRIVE<br>PITTSBURGH PA 15212 | Creditor ID: 6752-01<br>STARLAX INTL<br>19401 S. VERMONT AVE. #H-106<br>TORRANCE CA 90502 | Creditor ID: 19148-97<br>STARLIGHT MARINE SERVICES<br>C/O HARLEY MARINE SERVICES<br>910 SW SPOKANE ST<br>SEATTLE WA 98134 |
| Creditor ID: 1493-01<br>STARLUX CORPORATION<br>500 NORTH MICHIGAN AVE #300<br>CHICAGO IL 60611 | Creditor ID: 4377-01<br>STARMAX METAL & SUPPLY, INC.<br>401 S. EUCLID AVE.<br>ONTARIO CA 91762 | Creditor ID: 1494-01<br>STARNET INTERNATIONAL AMC. INC<br>909 S. SANTA ANITA  AVE.  SUITE L<br>ARCADIA CA 91006 |
| Creditor ID: 4378-01<br>START ASIA INTERNATIONAL INC.<br>208 CHURCH STREET<br>DECATUR GA 30030 | Creditor ID: 16315-01<br>STARWAY INC.<br>137 GRATTAN ST.<br>BROOKLYN NY 11237 | Creditor ID: 1495-01<br>STARWEAR INC<br>1384 BROADWAY, 16TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 7304-01<br>STARWEST BOTANICALS INC<br>11251 TRADE CENTER DRIVE<br>RANCHO CORDOVA CA 95742 | Creditor ID: 16316-01<br>STARZEN (AMERICA) INC.<br>370 AMAPOLA AVE., SUITE 211<br>TORRANCE CA 90501 | Creditor ID: 10834-01<br>STASHA TEA CO<br>7204 S.W DURHAM ROAD, SUITE 200,<br>TIGARD OR 97224 |
| Creditor ID: 18528-01<br>STATE CENTER WASTE<br>P.O.BOX 861296<br>LOS ANGELES CA 90086 | Creditor ID: 10835-01<br>STATE METALS, INC.<br>500 NORTH BROADWAY<br>JERICHO NY 11753 | Creditor ID: 18529-01<br>STATEFISH COMPANY INC.<br>2194 SIGNAL PLACE<br>SAN PEDRO CA 90731 |
| Creditor ID: 13618-01<br>STATEMENT INC<br>6140 SIXTH AVENUE SOUTH<br>SEATTLE WA 98108 | Creditor ID: 9327-01<br>STATIC CONTROL INC<br>PLANT 4 2911 JUNO DRIVE<br>SANFORD NC 27330 | Creditor ID: 1496-01<br>STATON DODSON<br>9701 WILSHIRE BLVD. SUITE 1000<br>BEVERLY HILLS CA 90210 |
| Creditor ID: 18530-01<br>STA-TRU WHEELS,INC<br>201 WEST DYER ROAD, STE B<br>SANTA ANA CA 92707 | Creditor ID: 16317-01<br>STATUS BABY MOVING & TRANSPORT<br>3911 N FEDERAL HWY<br>POMPANO BEACH FL 33064 | Creditor ID: 18531-01<br>STAVE ASSOCIATES INTERNATIONAL<br>109 ORR STREET<br>COLUMBIA MO 65201 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 4379-01
STAVIS SEAFPPDS INC
212 NORTHERN AVE SUITE 305
BOSTON MA 02210

Creditor ID: 9328-01
STC-QST LLC
1457 E. WASHINGTON BLVD.
LOS ANGELES CA 90021

Creditor ID: 10932-01
STEEL DYNAMICS, INC
8000 N. COUNTY ROAD 225 E
ENGINEERING BAR PRODUCTS DIVISION
PITTSBORO IN 46167

Creditor ID: 13619-01
STEEL EAGLE
32586 477TH AVENUE
ELK POINT SD 57025

Creditor ID: 10933-01
STEEL SHIELD DOORS & MORE, LLC
1725 WEST WILLIAMS DR BLDG E STE 54
PHOENIX AZ 85027

Creditor ID: 6753-01
STEELBRO INTL CO INC
26 PLEASENT LANE
OYSTER BAY NY 11771

Creditor ID: 7305-01
STEELCASE INTERNATIONAL
901 44TH STREET, S.E.
GRAND RAPIDS MI 49508

Creditor ID: 10934-01
STEELE & COMPANY
4956 STEWART ROAD, PO BOX 800
STERLING MI 48659

Creditor ID: 13620-01
STEELEX, INC.
76 MAMARONECK AVE,. SUITE 9
WHITE PLAINS NY 10601

Creditor ID: 13621-01
STEELSTRAN INDUSTRIES
35 MILEED WAY
P.O. BOX 30
AVENEL NJ 07001

Creditor ID: 6754-01
STEIN FIBERS, LTD
4 COMPUTER DRIVE WEST, SUITE 200
ALBANY NY 12205

Creditor ID: 18633-01
STEIN FIBERS, LTD.
5710 OLD CONCORD ROAD
CHARLOTTE NC 28213

Creditor ID: 4380-01
STEIN MART, INC.
1200 RIVERPLACE BLVD
JACKSONVILLE FL 32207

Creditor ID: 9329-01
STEIN WORLD
5800 CHALLENGE DRIVE
MEMPHIS TN 38115

Creditor ID: 6755-01
STEINBECK COUNTRY PRODUCE
9 HARRIS PL
SALINAS CA 93962

Creditor ID: 18532-01
STEINERT US, INC.
285 SHORLAND DRIVE
WALTON KY 41094

Creditor ID: 18533-01
STEINFELDS
10001 N RIVERGATE BLVD
PORTLAND OR 97203

Creditor ID: 18534-01
STELLAE INTERNATIONAL INC
149-39 GUY BREWER BLVD
JAMAICA NY 11434

Creditor ID: 1497-01
STELLAR WHOLESALING
933 MACARTHUR BLVD.
MAHWAH NJ 07430

Creditor ID: 10935-01
STEMCOR USA INC.
18100 VON KARMAN AVENUE, STE. 170
IRVINE CA 92612

Creditor ID: 6756-01
STEMCOR USA INC.
350 FIFTH AVENUE, SUITE 1526
NEW YORK NY 10118

Creditor ID: 1498-01
STEMILT GROWERS, LLC
3135 WAREHOUSE ROAD
WENATCHEE WA 98801

Creditor ID: 6757-01
STENNO CARBON COMPANY
6600 NORTH ST. LOUIS AVENUE
PORTLAND OR 97283

Creditor ID: 4381-01
STEP 2 CORP.
10010 AURORA-HUDSON ROAD
STREETSBORO OH 44241

Creditor ID: 9330-01
STEPAN COMPANY
1135 SKOKIE BOULEVARD
NORTHBROOK IL 60062

Creditor ID: 4382-01
STEPHEN BRIAN BLISS
10510 N 1000 W
DEMOTTE IN 46310

Creditor ID: 4383-01
STEPHEN MICHAEL GABRIEL
4701 FIR LANE NW
GIG HARBOR WA 98335

Creditor ID: 16318-01
STERLING CUT GLASS
3233 MINEOLA PIKE RD.
ERLANGER KY 41018

Creditor ID: 18535-01
STERLING EXPORT
558 EAST GRIFFITH WAY
FRESNO CA 93704

Creditor ID: 13622-01
STERLING INTERNATIONAL
MERRCANTILE INTERNATIONAL
150 EAST 55TH STREET
NEW YORK NY 10022

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6758-01<br>STERLING INTERNATIONAL LLC.<br>777 SOUTHLAND DR. SUITE #240<br>HAYWARD CA 94542 | Creditor ID: 18536-01<br>STERLING SEAFOOD CORP<br>300 KNICKERBOCKER RD STE 3500<br>CRESSKILL NJ 07626 | Creditor ID: 6759-01<br>STERLING SEAFOOD INC<br>105 WEST SHORE AVE<br>DUMONT NJ 07628 |
| Creditor ID: 4384-01<br>STERNO<br>1011 KILGORE STREET<br>TEXARKANA TX 75501 | Creditor ID: 13623-01<br>STERN'S EXCLUSIVE FURNITURE<br>5231 NEW UTRECHT AVENUE<br>BROOKLYN NY 11219 | Creditor ID: 9331-01<br>STERTIL KONI U.S.A. INC.<br>200 LOG CANOE CIRCLE<br>STEVENSVILLE MD 21666 |
| Creditor ID: 10936-01<br>STEVE MADDEN KIDS<br>52-16 BARNETT AVENUE<br>LONG ISLAND CITY NY 11104 | Creditor ID: 18537-01<br>STEVE MADDEN LTD.<br>52-16 BARNETT AVENUE<br>LONG ISLAND CITY NY 11104 | Creditor ID: 6760-01<br>STEVE MADDEN LTD./SUPERGA<br>52-16 BARNETT AVE<br>LONG ISLAND CITY NY 11104 |
| Creditor ID: 9893-01<br>STEVE MADDEN RETAIL, INC.<br>52-16 BARNETT AVENUE<br>LONG ISLAND CITY NY 11104 | Creditor ID: 18538-01<br>STEVE SILVER COMPANY<br>1000 FM 548 N.<br>FORNEY TX 75126 | Creditor ID: 4385-01<br>STEVEDORING SERVICES OF AMERICA, INC.<br>1521 PIER F AVE.<br>LONG BEACH CA 90802 |
| Creditor ID: 6761-01<br>STEVEN DAVID BRECHLIN<br>1671 ZACHARY WAY<br>YUBA CITY CA 95993 | Creditor ID: 4386-01<br>STEVEN JOSEPH FLEMING<br>235 EAST  87TH STREET,  APT #2B<br>NEW YORK NY 10128 | Creditor ID: 13624-01<br>STEVENS INTL FORWARDERS<br>1414 DEXTER AVE NORTH STE 130<br>SEATTLE WA 98028 |
| Creditor ID: 16319-01<br>STEVES & SONS, INC<br>113 HUMBLE AVENUE<br>SAN ANTONIO TX 78225 | Creditor ID: 13625-01<br>STEVES & SONS, INC<br>RICHMOND DOOR PLANT 5640 LEWIS ROAD<br>SANDSTON VA 23150 | Creditor ID: 10937-01<br>STEVIE'S<br>52-16 BARNETT AVENUE<br>LONG ISLAND CITY NY 11104 |
| Creditor ID: 18539-01<br>STEW LEONARD'S<br>100 WESTPORT AVE.<br>NORWALK CT 06851 | Creditor ID: 4387-01<br>STEWART & JASPER<br>3500 SHIELLS ROAD<br>NEWMAN CA 95360 | Creditor ID: 10938-01<br>STIEBEL ELTRON INC<br>242 SUFFOLK STREET<br>HOLYOKE MA 01040 |
| Creditor ID: 4388-01<br>STIEBS<br>11767 ROAD 27<br>MADERA CA 93637 | Creditor ID: 14313-01<br>STIHL INCORPORATED<br>536 VIKING DRIVE<br>VIRGINIA BEACH VA 23450 | Creditor ID: 4389-01<br>STILE ASSOCIATES LTD. (AR)<br>181 SOUTH FRANKLIN AVE<br>VALLEY STREAM NY 11581 |
| Creditor ID: 18634-01<br>STILL WATER MINING COMPANY<br>2562 NYE ROAD<br>NYE MT 59061 | Creditor ID: 13626-01<br>STILLWATER<br>25 GURNEY ROAD<br>EAST FREETOWN MA 02744 | Creditor ID: 13627-01<br>STILLWELL GRASS PAD<br>8160 W. 199TH STREET<br>BUCYRUS KS 66013 |
| Creditor ID: 9332-01<br>STIMPSON TRADING INC DBA GULF TRADING LLC<br>1850 CONCEPTION ST. RD.<br>MOBILE AL 36610 | Creditor ID: 18540-01<br>STIMSON LUMBER COMPANY<br>520 SW YAMHILL, SUITE 700<br>PORTLAND OR 97204 | Creditor ID: 1499-01<br>STINGRAY TRADING CORPORATION<br>961 SILVER SPUR ROAD<br>ROLLING HILLS ESTATES CA 90274 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                     **CASE NO: 16-27041 (JKS)**

Creditor ID: 1500-01
STION CORPORATION
6321 SAN IGNACIO AVENUE
SAN JOSE CA 95119

Creditor ID: 1501-01
STIRLING INTERNATIONAL, LLC
219 1ST AVE S
SEATTLE WA 98104

Creditor ID: 18541-01
STOCK BUILDING SUPPLY
4403 BLAND ROAD
RALEIGH NC 27609-6240

Creditor ID: 18542-01
STOCKER LINDA ELIZABETH & BEAT
4284 WHITE PINE CIRCLE
ST. JOSEPH MI 49085

Creditor ID: 6762-01
STOLLER WHOLESALE INC.
3325 MOUNT PROSPECT ROAD
FRANKLIN PARK IL 60131

Creditor ID: 13628-01
STONE & CABINET OUTLET INC.
2830 N HAYDEN MEADOWS DRIVE
PORTLAND OR 97217

Creditor ID: 1502-01
STONE & EQUIPMENT INC.
4681 S.W. 72ND AVENUE
MIAMI FL 33155

Creditor ID: 1503-01
STONE & PEWTER ACCENTS, INC.
3555 LOMITA BLVD. UNITS H & J
TORRANCE CA 90505

Creditor ID: 6763-01
STONE AGE CREATIONS, LTD
40 S MAIN ST
NEW LONDON OH 44851-1138

Creditor ID: 18543-01
STONE AND SURFACE DESIGNERS, INC.
1720 COLUMBIA LANE
WEST MELBOURNE FL 32912

Creditor ID: 9333-01
STONE BUNNY, INC.
1564 PRINCETON WEST TRAIL
MARIETTA GA 30062

Creditor ID: 9334-01
STONE DECOR
747 MIAMI CIRCLE SUITE B
ATLANTA GA 30324

Creditor ID: 1504-01
STONE HOLDING COMPANY
633 PROSPER DR
WAITE PARK MN 56387-1548

Creditor ID: 18544-01
STONE HORSE IMPORTS
1181 MAY RIVER ROAD HWY 46
BLUFFTON SC 29910

Creditor ID: 18545-01
STONE INTERIORS EAST LLC
131 PALMETTO CT
GASTON SC 29053

Creditor ID: 7306-01
STONE INTERNATIONAL USA
65 EAST OAK STREET
CHICAGO IL 60611

Creditor ID: 6764-01
STONE MALL INC
PZ 77 AGOSTINO
IRVINE CA 92614

Creditor ID: 9335-01
STONE MARBLE DEPOT
2900 NW 77 COURT
MIAMI FL 33122

Creditor ID: 9336-01
STONE MARKETING INTERNATIONAL INC
2095 AFTON
HOUSTON TX 77055

Creditor ID: 9337-01
STONE MOUNTAIN FLOORING
1725 SOUTH MILITARY HIWAY
CHESAPEAKE VA 23320

Creditor ID: 1505-01
STONE MOUNTAIN PECAN COMPANY
1781 HIGHWAY 78 NW
MONROE GA 30655

Creditor ID: 9338-01
STONE PARTNERSHIP
2100 GARRY ROAD
CINNAMINSON NJ 08077

Creditor ID: 7307-01
STONE SERVICE CORPORATION
D.B.A. GHN STONE SERVICE
342 W 85TH ST STE 6B
NEW YORK NY 10024

Creditor ID: 13629-01
STONE SOLUTIONS
1000 EASTSIDE DR SE
MARIETTA GA 30060

Creditor ID: 4390-01
STONE SOLUTIONS INC.
2222 W. RUNDBERG ST. 450
AUSTIN TX 78758

Creditor ID: 9339-01
STONE SOURCE
215 PARK AVE SOUTH
NEW YORK NY 10003

Creditor ID: 4391-01
STONE SOURCE
3804-A WOODPARK BLVD
P.O. BOX 560789
CHARLOTTE NC 28256

Creditor ID: 4392-01
STONE SOURCE INC.
2940 SOUTH 300 WEST, UNIT D
SALT LAKE CITY UT 84115

Creditor ID: 14314-01
STONE SUPPLIER OF THE WORLD A-1, INC
8080 N.W. 71 ST
MIAMI FL 33166

Creditor ID: 9436-01
STONE TECH FABRICATION INC.
930 N YOORK AVE
TRENTON NJ 08638

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 13630-01<br>STONE TRUSS SYSTEMS INC<br>23-O COMMERCE ROAD<br>FAIRFIELD NJ 07004 | Creditor ID: 14315-01<br>STONE WINGS II, LLC<br>3131 KITTITAS HWY<br>ELLENSBURG WA 98926 | Creditor ID: 10939-01<br>STONEHILL FURNITURE<br>1374 COMMERCE DRIVE<br>POTTSTOWN PA 19464 |
| Creditor ID: 6765-01<br>STONEMONT CORPORATION<br>201 WILLIS AVENUE<br>MINEOLA. NY 11501 | Creditor ID: 7308-01<br>STONEPATH LOGISTICS (BENSENVILLE, IL)<br>755 N. ROUTE 83, SUITE 223<br>BENSENVILLE IL 60106 | Creditor ID: 6766-01<br>STONEPATH LOGISTICS GOVERNMENT SERVICE<br>45070 OLD OX ROAD SUIE 100<br>STERLING VA 20166 |
| Creditor ID: 13631-01<br>STONEPATH LOGISTICS INTERNATIONAL SERVICE INC<br>21112 SOUTH FIGUEROA STREET, UNIT B<br>CARSON CA 90745 | Creditor ID: 1506-01<br>STONEPATH LOGISTICS INTERNATIONAL SVCS<br>152-80 ROCKAWAY BLVD<br>JAMAICA NY 11434 | Creditor ID: 10940-01<br>STONEPEAK<br>314 W SUPERIOR ST SUITE 201<br>CHICAGO IL 60610 |
| Creditor ID: 6767-01<br>STONEPEAK CERAMICS INC<br>238 PORCELAIN TILE DRIVE<br>CROSSVILLE TN 38555 | Creditor ID: 10941-01<br>STONERIDGE  CARPETS<br>16838 STATE HIGHWAY 13<br>REEDS SPRINGS MO 65737 | Creditor ID: 4393-01<br>STONEWALL TRADING COMPANY LP<br>844 MORAGA DR<br>LOS ANGELES CA 90049 |
| Creditor ID: 13632-01<br>STONEWORKS<br>28 HUNTER ROAD<br>HILTON HEAD ISLAND SC 29925 | Creditor ID: 13633-01<br>STONEWORTH BUILDING PRODUCTS<br>4025 BONNER INDUSTRIAL DR.<br>SHAWNEE KS 66226 | Creditor ID: 14316-01<br>STONEY CREEK TRADING COMPANY<br>19030 LENTON PLACE SE SUITE 197<br>MONROE WA 98272 |
| Creditor ID: 6768-01<br>STONHARD USA<br>1000 EAST PARK AVENUE<br>MAPLE SHADE NJ 08052 | Creditor ID: 18635-01<br>STOOL INT'L<br>2919 MEAD AVE<br>SANTA CLARA CA 95051 | Creditor ID: 14317-01<br>STORABLES<br>3250 NW YEON STE W-12<br>PORTLAND OR 97210 |
| Creditor ID: 1507-01<br>STORAGE SERVICES INC.<br>3310 SHILOH RD.<br>TYLER TX 75707 | Creditor ID: 13634-01<br>STORE AMERICA OF CICERO<br>5666 RTE 31<br>CICERO NY 13039 | Creditor ID: 4394-01<br>STORE SYSTEM, INC<br>13845 ROSEWELL  AVE<br>ONTARIO CA 91710 |
| Creditor ID: 1508-01<br>STORELLI RECYCLING CO INC<br>617 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE FL 33304 | Creditor ID: 9437-01<br>STOREY SAWMILL & LUMBER CO., INC.<br>306 EAST BRIGHT STREET<br>TROY TN 38260 | Creditor ID: 13635-01<br>STOROPACK INC<br>4758 DEVITT DRIVE<br>CINCINNATI OH 45246 |
| Creditor ID: 9894-01<br>STORY AND LEE FURNITURE<br>2409 HWY 43 S<br>LEOMA TN 38468 | Creditor ID: 18546-01<br>STR, INC.<br>1770 CAMPTON ROAD<br>INMAN SC 29349 | Creditor ID: 14318-01<br>STRAND LIGHTING USA<br>10911 PETAL ST<br>DALLAS TX 75238 |
| Creditor ID: 14319-01<br>STRAPACK, INC<br>30860 SAN CLEMENTE STREET<br>HAYWARD CA 94544 | Creditor ID: 6769-01<br>STRATAS FOODS LLC<br>7130 GOODLETT FARMS PARKWAY, #200<br>MEMPHIS TN 38016 | Creditor ID: 4395-01<br>STRATASYS INC.<br>7640 COMMERCE WAY<br>EDEN PRAIRIE MN 55344 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9438-01<br>STRATEGIC GLOBAL SOURCING LLC<br>5918 STONERIDGE MALL ROAD<br>PLEASANTON CA 954588-329 | Creditor ID: 10942-01<br>STRAVINA<br>19850 NORDOFF PLACE<br>CHATSWORTH CA 91311 | Creditor ID: 4396-01<br>STREBIN FARMS<br>28245 DIVISION DR.<br>TROUTDALE OR 97060-9435 |
| Creditor ID: 18548-01<br>STRECO FIBRES, INC.<br>168 BUSINESS PK DR.<br>VIRGINIA BEACH VA 23462 | Creditor ID: 13636-01<br>STRETCH-O-RAMA, INC.<br>20 WEST 33RD STREET, 12TH FLOOR<br>NEW YORK NY 10001 | Creditor ID: 18549-01<br>STRETCH-O-RAMA,INC<br>5 PADDOCK STREET<br>AVENEL NJ 07001 |
| Creditor ID: 18582-01<br>STRIDE RITE SOURCING INTERNATIONAL, INC<br>191 SPRING STREET   PO BOX 9191<br>LEXINGTON MA 02420-9191 | Creditor ID: 10943-01<br>STRIPPIT INC.<br>12975 CLARENCE CENTER ROAD<br>AKRON NY 14001 | Creditor ID: 18636-01<br>STRONG AMERICA LIMITED<br>2-39 54TH AVE.<br>LONG ISLAND CITY NY 11101 |
| Creditor ID: 8069-01<br>STRONG INTERNATIONAL<br>1800 N.W. 79 AVENUE<br>MIAMI FL 33126 | Creditor ID: 18583-01<br>STRONG SPIRITS<br>999 WITHROW COURT<br>BARDSTOWN KY 40004 | Creditor ID: 13637-01<br>STR-RACING<br>2107 WEST COMMONWEALTH AVE. #392<br>ALHAMBRA CA 91803 |
| Creditor ID: 13638-01<br>STS (SPECIALIZED TANK SERVICE INC.)<br>910 HIGHWAY 146 N<br>LA PORTE TX 77572 | Creditor ID: 9439-01<br>STS NORTH AMERICA INC.<br>12727 N.E. 20TH ST. SUITE 23<br>BELLEVUE WA 98005 | Creditor ID: 13639-01<br>STUDIO DESIGNS<br>8521 LOCH LOMOND DRIVE<br>PICO RIVERA CA 90660 |
| Creditor ID: 10944-01<br>STUDIO DESIGNS(A)<br>7230 OXFORD WAY<br>COMMERCE CA 90040 | Creditor ID: 1510-01<br>STUDIO DIMODICA<br>253 CHURCH STREET  5TH FLOOR<br>NEW YORK NY 10013 | Creditor ID: 14320-01<br>STUDIO RTA DBA SAUDER<br>11450 PHILADELPHIA  AVE<br>JURUPA VALLEY CA 91752 |
| Creditor ID: 4397-01<br>STUDIO SILVERSMITHS<br>63-15 TRAFFIC AVE.<br>RIDGEWOOD NY 11385 | Creditor ID: 6770-01<br>STUYVESANT DREDGING COMPANY<br>615 RIVER ROAD<br>RIO VISTA CA 94571 | Creditor ID: 9440-01<br>STYLE FORUM INC DBA:CHRISTOPHER GUY<br>12670 WORLD PLAZA LANE<br>FT MYERS FL 33907 |
| Creditor ID: 14321-01<br>STYLECRAFT BUSINESS FORMS<br>8472 RONDA DRIVE<br>CANTON MI 48187 | Creditor ID: 13640-01<br>STYLE-N-DECOR<br>1825 65TH STREET<br>BROOKLYN NY 11204 | Creditor ID: 10945-01<br>STYROTECH<br>8800 WYOMING AVENUE, N<br>MINNEAPOIS MN 55445-1837 |
| Creditor ID: 18584-01<br>SU INTERNATIONAL GROUP INC.<br>1430 ROUTE 206, SUITE 210<br>BEDMINSTER NJ 07921 | Creditor ID: 1511-01<br>SUAN FARMA, INC.<br>17-09 ZINK PL.<br>FAIR LAWN NJ 07410 | Creditor ID: 2003-01<br>SUBARU OF INDIANA AUTOMOTIVE, INC.<br>FTZ-72H 5500 STATE ROAD 38 EAST<br>LAFAYETTE IN 47903 |
| Creditor ID: 18585-01<br>SUBINAS USA,LLC<br>4 MARKET CIRCLE<br>WINDSOR CT 06095 | Creditor ID: 14322-01<br>SUBLIME TRADING<br>1330 BING DRIVE<br>SAN JOSE CA 95129 | Creditor ID: 9441-01<br>SUBURBAN MARBLE AND GRANITE<br>1010 PULINSKI ROAD<br>IVYLAND PA 18974 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

Creditor ID: 18586-01
SUBURBAN OIL INC.
4291 STATE ROUTE 741
MASON OH 45040

Creditor ID: 1512-01
SUCAFINA, USA
140 E 57TH STREET,
NEW YORK NY 10022

Creditor ID: 4398-01
SUCCESS LEVEL LIMITED
499 7TH AVE 19 NORTH
NEW YORK NY 10018

Creditor ID: 18587-01
SUD CHEMIE INC
4655 NATIONAL TURNPIKE
LOUISVILLE KY 40214

Creditor ID: 4399-01
SUDDAT J INTERNATIONAL
139 MITCHELL AVE, SUITE 222
SOUTH SAN FRANCISCO CA 94080

Creditor ID: 1513-01
SUDDATH INTERNATIONAL EXPORT, IMPORT
PLAZA 9, 900 ROUTE 9, ROOM 214
WOODBRIDGE NJ 07095

Creditor ID: 9442-01
SUE & SAM CO
720-39TH STREET
BROOKLYN NY 11232

Creditor ID: 4400-01
SULLAIR CORP.
3700 E. MICHIGAN BLVD.
MICHIGAN CITY IN 46360

Creditor ID: 4401-01
SULTANA BOOKSTORE & MORE
1418 SAN PABLO AVENUE
BERKELEY CA 94702

Creditor ID: 13740-01
SULTANA PROPERTIES LLC
506 NW 86TH ST
VANCOUVER WA 98665

Creditor ID: 6771-01
SULZER PUMPS USA INC.
800 KOOMEY ROAD
BROOKSHIRE TX 77423

Creditor ID: 17389-01
SUMIDENSO MEDIATECH U.S.A., INC.
7500 VISCOUNT BLVD., SUITE 192
EL PASO TX 79925

Creditor ID: 6772-01
SUMIKA ELECTRONIC MATERIALS INC
3832 E. WATKINS STREET
PHOENIX AZ 85034

Creditor ID: 9443-01
SUMITOMO CHEMICAL AMERICA INC
379 THORNALL STREET 7TH FLOOR
EDISON NJ 08837

Creditor ID: 18588-01
SUMITOMO CORP.
1000 LOUISIANA STE 6800
HOUSTON TX 77002

Creditor ID: 6773-01
SUMITOMO CORP. OF AMERICA OBO GE ENERGY
6133 NORTH RIVER ROAD SUITE 700
ROSEMONT IL 60018

Creditor ID: 6774-01
SUMITOMO CORPERATION OF AMERICA
900 FOURTH AVENUE, SUITE 1510
SATTLE WA 98614

Creditor ID: 14323-01
SUMITOMO CORPORATION
840 GESSNER SUITE 1000
HOUSTON TX 77024

Creditor ID: 4402-01
SUMITOMO CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016-2001

Creditor ID: 13742-01
SUMITOMO CORPORATION OF AMERICA
9838 GEARY AVENUE
SANTA FE SPRINGS CA 90670

Creditor ID: 13741-01
SUMITOMO CORPORATION OF AMERICA
2 CENTERPOINTE DRIVE, SUITE 550
LAKE OSWEGO OR 97035

Creditor ID: 18589-01
SUMITOMO ELECTRIC INTERCONNECT PRODUCTS, INC.
915 ARMORLITE DRIVE
SAN MARCOS CA 92069

Creditor ID: 1514-01
SUMITOMO ELECTRIC WIRING SYSTEMS
323 MASON ROAD, SUITE A
LAVERGNE TN 37086

Creditor ID: 19149-97
SUMITOMO ELECTRIC WIRING SYSTEMS INC
C/O LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM
167 MAIN ST
HACKENSACK NJ 07601

Creditor ID: 19150-97
SUMITOMO ELECTRIC WIRING SYSTEMS INC
C/O FROST BROWN TODD LLC
EDWARD M KING
400 MARKET STREET, 32ND FL
LOUISVILLE KY 40202-3363

Creditor ID: 4403-01
SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
2545 US HIGHWAY, 78 EAST SUITE 400
ALABAMA CUSTOMER SERVICE CENTER
MOODY AL 35004

Creditor ID: 18592-01
SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
2251 INNOVATION DRIVE
LEXINGTON KY 40511

Creditor ID: 18591-01
SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
16940 SQUARE DRIVE
MARYSVILLE OH 43040

Creditor ID: 18590-01
SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
1018 ASHELEY STREET
BOWLING GREEN KY 42102-9031

Creditor ID: 6775-01
SUMITOMO ELECTRIC WIRING SYSTEMS, INC.
6903 NE LOOP 410, SUITE 101
SAN ANTONIO TX 78219

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10946-01<br>SUMITOMO ELECTRIS U.S.A., INC.<br>ONE NORTH LEXINGTON AVE - 16TH FL<br>WHITE PLAINS NY 10601 | Creditor ID: 14324-01<br>SUMITOMO MACHINERY CORPORATION OF AMERICA<br>4200 HOLLND BLVD<br>CHESAPEAKE VA 23323 | Creditor ID: 10947-01<br>SUMITOMO RUBBER NORTH AMERICA, INC. (SRNA)<br>8656 HAVEN AVE<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 10948-01<br>SUMITOMO WIRING SYSTEMS (USA) INC.<br>39555 ORCHARD HILL PLACE SUITE L60<br>NOVI MI 48375 | Creditor ID: 1515-01<br>SUMITOMO WIRING SYSTEMS, LTD.<br>7500 VISCOUNT BLVD. , SUITE 192<br>EL PASO TX 79925-5633 | Creditor ID: 12655-01<br>SUMITRONICS USA INC.<br>9335 AIRWAY ROAD, SUITE 203-C<br>SAN DIEGO CA 92154 |
| Creditor ID: 1516-01<br>SUMMER LAKE INTERNATIONAL<br>17300 RAILROAD ST, STE B<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 14325-01<br>SUMMIT AEROSPACE<br>2700 NW 36 STREET<br>MIAMI FL 33124 | Creditor ID: 10949-01<br>SUMMIT ALMONDS<br>8680 GREENBACK LANE STE 250<br>ORANGEVALE CA 95662 |
| Creditor ID: 4404-01<br>SUMMIT ASSOCIATES<br>7 FRANCES PL<br>MASSAPEQUA NY 11758 | Creditor ID: 14326-01<br>SUMMIT ASSOCIATES, LTD.<br>7 FRANKLIN PLACE<br>MASSAPEQUA NY 11758 | Creditor ID: 6776-01<br>SUMMIT BREWING CO.<br>910 MONTREAL CIRCLE<br>SAINT PAUL MN 55102 |
| Creditor ID: 4405-01<br>SUMMIT DURABLE MEDICAL EQUIPMENT, INC<br>4755 ALPINE DR. SUITE 125<br>STAFFORD TX 77477 | Creditor ID: 9445-01<br>SUMMIT HOUSE<br>1728S GREENWOOD AVE<br>MONTEBELLO CA 90640 | Creditor ID: 13743-01<br>SUMMIT HOUSE<br>4903 PACIFIC BLVD<br>VERNON CA 90058 |
| Creditor ID: 4406-01<br>SUMMIT IMEX<br>20 VIEW LANE<br>WALNUT CREEK CA 94596 | Creditor ID: 1517-01<br>SUMMIT IMPORT CORPORATION<br>100 SUMMIT PLACE<br>JERSEY CITY NJ 07305 | Creditor ID: 18593-01<br>SUMMIT METALS RECOVERY CORPORATION<br>124 COOVER STREET<br>LEONIA NJ 07605 |
| Creditor ID: 18594-01<br>SUMMIT POINT RESOURCES INC<br>10039 S. SUMMER BREEZE LANE<br>ANAHEIM HILLS CA 92808 | Creditor ID: 9446-01<br>SUMMIT PULP AND PAPER<br>1601 S. ANDERSON AVENUE<br>COMPTON CA 90220 | Creditor ID: 6777-01<br>SUMMIT STAINLESS STEEL, LLC<br>9838 GEARY AVENUE<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 2004-01<br>SUMMIT STAINLESS STEEL, LLC<br>2001 ELIZABETH STREET<br>NORTH BRUNSWICK NJ 08902 | Creditor ID: 13744-01<br>SUMMIT TRADING, INC<br>123 GROVE AVENUE SUITE 208<br>CEDARHURST NY 11516 | Creditor ID: 6778-01<br>SUN  TRADING COMPANY<br>11 JHAN DRIVE<br>JACKSON NJ 08527 |
| Creditor ID: 14327-01<br>SUN BEST PRODUCE INC<br>67 WASHINGTON AVENUE<br>BROOKLYN NY 11205 | Creditor ID: 4407-01<br>SUN CHANG SEAFOOD INC<br>16323 LONGWORTH AVE<br>NORWALK CA 90650 | Creditor ID: 12656-01<br>SUN CHEMICAL<br>1506 BUSHY PARK ROAD<br>GOOSE CREEK SC 29445 |
| Creditor ID: 9447-01<br>SUN CHEMICAL<br>2255 PROGRESS DRIVE<br>HEBRON KY 41048 | Creditor ID: 13745-01<br>SUN CHEMICAL CORPORATION<br>4925 EVANSTON AVENUE<br>MUSKEGON MI 49442 | Creditor ID: 4408-01<br>SUN CHEMICAL CORPORATION<br>5020 SPRING GROVE AVENUE<br>CINCINNATI OH 45232 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6779-01
SUN CHEMICAL CORPORATION
35 WATERVIEW BOULEVARD
PARSIPPANY NJ 07054

Creditor ID: 14328-01
SUN COAST MERCHANDISE CORPORATION
6315 BANDINI BLVD.
COMMERCE CA 90040

Creditor ID: 1518-01
SUN COAST TIRE LLC
12855 CAPRICORN ST.
STAFFORD TX 77477

Creditor ID: 6780-01
SUN CORPORATION USA SUB.
75 EXECUTIVE DR.#415
AURORA IL 60504

Creditor ID: 1519-01
SUN EXPRESS INT'L INC.
147-48 182ND STREET, 2/F.
JAMAICA NY 11413

Creditor ID: 10950-01
SUN FRESH EXPORT LLC.
625 N. AKERS STREET
VISALIA CA 93291

Creditor ID: 6781-01
SUN FRESH INTERNATIONAL
625 N. AKERST ST
VISALIA CA 93291

Creditor ID: 14329-01
SUN GARDEN TEA
1112 WESTMINSTER AVENUE
ALHAMBRA CA 91803

Creditor ID: 10951-01
SUN GRO HORTICULTURE DIST. INC
15831 N.E. 8TH STREET, SUITE 100
BELLEVUE WA 98008

Creditor ID: 18595-01
SUN ICE USA
1900 S. TUBEWAY AVE
CITY OF COMMERCE CA 90040

Creditor ID: 1520-01
SUN INTERNATIONAL PRODUCTS, INC.
1049 AVENUE C
REDONDO BEACH CA 90277

Creditor ID: 9895-01
SUN LEE, INC.
12029 TELEGRAPH ROAD
SANTA FE SPRING CA 90670

Creditor ID: 4409-01
SUN MADE JUICE PRODUCTS, INC.
103 ROUND SWAMP RD
HUNTINGTON NY 11743

Creditor ID: 18596-01
SUN MOON STAR, INC.
3931 BOUNTIFUL CREST LANE
SUGAR LAND TX 77479

Creditor ID: 10952-01
SUN OPTA GLOBAL ORGANIC INGREDIENTS, INC.
335 SPRECKELS DR., SUITE F
APTOS CA 95003

Creditor ID: 18597-01
SUN ORCHARD JUICERY LLC
2 SOUTH BISCAYNE BLVD, SUITE 2350
MIAMI FL 33131

Creditor ID: 18598-01
SUN PACIFIC SHIPPERS
1095 E GREEN STREET
PASADENA CA 91106

Creditor ID: 13746-01
SUN PROCESS
1660 KENNETH DRIVE
MOUNT PROSPECT IL 60056

Creditor ID: 10953-01
SUN RESOURCES, CORP.
745 ROSARITO DR.
FULLERTON CA 92835

Creditor ID: 17390-01
SUN RICE CORP
1100 ROUTE 22 EAST
NORTH PLAINFIELD NJ 07060

Creditor ID: 18599-01
SUN RISE (U.S.A.), INC.
4310 WATERLILLY COURT
MISSOURI CITY TX 77459

Creditor ID: 4410-01
SUN SHINE US WHOLESALE INC.
167 48TH STREET
BROOKLYN NY 11232

Creditor ID: 6782-01
SUN TECH (PARK RIDGE, IL)
32 MAIN STREET
PARK RIDGE IL 60068

Creditor ID: 1521-01
SUN THAI YALA CO. LTD
259 VEARUWAN ROAD
YALA  SOUTH  95000
THAILAND

Creditor ID: 13747-01
SUN VALLEY FLORAL FARMS
3160 UPPER BAY ROAD
ARCATA CA 95521

Creditor ID: 13748-01
SUNBEAM CORP
7005 COCHRAN RD
GLENWILLOW OH 44139

Creditor ID: 14330-01
SUNBEAM CORPORATION
95 W.L. RUNNELS ROAD
HATTIESBERG MS 39401

Creditor ID: 18600-01
SUNBEAM CORPORATION
2381 EXECUTIVE CENTER DRIVE
BOCA RATON FL 33431

Creditor ID: 14331-01
SUNBEAM CORPORATION CANADA LTD.
5975 FALBOURNE STREET
MISSISSAUGA ON W5R3V8
CANADA

Creditor ID: 1522-01
SUNBEAM DISTRIBUTION WAREHOUSE-STOCK
3503 NW 107TH AVENUE
MIAMI FL 33178

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10954-01<br>SUNBEAM PRODUCTS<br>224 RUSSELL DRIVE<br>WAYNESBORO MS 39367 | Creditor ID: 9896-01<br>SUNBEAM PRODUCTS, INC<br>115 JOHNSON BLVD<br>DEL RIO TX 78840 | Creditor ID: 1523-01<br>SUNBEAM PRODUCTS, INC.<br>150 CADILLAC LANE<br>MCMINNVILLE TN 37110 |
| Creditor ID: 13749-01<br>SUNBEAM PRODUCTS, INC.<br>303 NELSON AVENUE<br>NEOSHO MO 64850 | Creditor ID: 18601-01<br>SUNBEAM PRODUCTS, INC.<br>303 2ND ST NORTH TOWER 5TH FL<br>SAN FRANCISCO CA 94107 | Creditor ID: 10955-01<br>SUNBEAM PRODUCTS, INC.<br>25 SPUR LANE<br>EL PASO TX 79906 |
| Creditor ID: 9448-01<br>SUNBEAM PRODUCTS, INC.<br>D/B/A JARDEN CONSUMER SOLUT<br>2381 EXECUTIVE CENTER DRIVE<br>BOCA RATON FL 33431 | Creditor ID: 1524-01<br>SUNBELT GROUP INC<br>1990 POST OAK BLVD SUITE 1550<br>HOUSTON TX 77056 | Creditor ID: 14332-01<br>SUNBELT OUTDOOR PRODUCTS<br>5100-H WEST W.T. HARRIS BLVD<br>CHARLOTTE NC 28269 |
| Creditor ID: 10956-01<br>SUNBELT SUPPLY CO.<br>8363 MARKET STREET<br>HOUSTON TX 77029 | Creditor ID: 4411-01<br>SUNBELT TRANSFORMER LTD.<br>1922 SOUTH MLK JR DRIVE<br>TEMPLE TX 76504 | Creditor ID: 6783-01<br>SUNBERRY SALES AND BROKERAGE<br>2727 WEST BLUFF AVE #116<br>FRESNO CA 93711 |
| Creditor ID: 1525-01<br>SUNCAST CORPORATION<br>1801 SUNCAST LANE<br>BATAVIA IL 60510 | Creditor ID: 14333-01<br>SUNCHEM AMERICA LLC<br>2518 204TH STREET SE<br>BOTHELL WA 98012 | Creditor ID: 10957-01<br>SUNCREST RECYCLING INCORPORATED<br>5550 GLADES ROAD, SUITE 500<br>BOCA RATON FL 33431 |
| Creditor ID: 12657-01<br>SUNDANCE ENTERPRISES INC<br>79 PRIMROSE ST.<br>WHITE PLAINS NY 10606 | Creditor ID: 4412-01<br>SUNDERLAND BROTHERS<br>9700 J STREET<br>OMAHA NE 68127 | Creditor ID: 6784-01<br>SUNDIAL FOREST PRODUCTS<br>591 HILLTOP DRIVE #37<br>REDDING CA 96003 |
| Creditor ID: 4413-01<br>SUNDYNE CORP.<br>14845 W. 64TH AVE.<br>ARVADA CO 80007 | Creditor ID: 13750-01<br>SUNEDISON, LLC<br>12500 BALTIMORE AVE.<br>BELTSVILLE MD 20705 | Creditor ID: 1526-01<br>SUNEX INTERNATIONAL INC.<br>315 HAWKINS ROAD<br>TRAVELERS REST SC 29690 |
| Creditor ID: 6785-01<br>SUNFLOWER MARKET-DISTRIBUTION WAREHOUSE<br>4703 W BRILL, SUITE 100<br>PHOENIX AZ 85043 | Creditor ID: 14334-01<br>SUNG WOO USA CORPORATION<br>6177 PERIMETER PARKWAY<br>MONTGOMERY AL 36116 | Creditor ID: 18602-01<br>SUNGCHANG USA<br>301 N. 1ST ST. W.<br>MISSOULA MT 59802 |
| Creditor ID: 1527-01<br>SUNGRO HORTICULTURE DISTRIBUTION INC.<br>15831 N.E. 8TH STREET SUITE 100<br>BELLEVUE WA 98998 | Creditor ID: 10958-01<br>SUNHAM HOME FASHIONS LLC<br>136 MADISON AVE # 16<br>NEW YORK NY 10016 | Creditor ID: 6786-01<br>SUNHAM HOME FASHIONS LLC<br>700 CENTRAL AVE<br>NEW PROVIDENCE NJ 07974 |
| Creditor ID: 14335-01<br>SUNICE CARGO LOGISTICS<br>1505 W. WALNUT PARKWAY<br>COMPTON CA 90220 | Creditor ID: 1529-01<br>SUNICE CARGO LOGISTICS<br>818 FOSTER AVE.<br>BENSENVILLE IL 60106 | Creditor ID: 1528-01<br>SUNICE CARGO LOGISTICS<br>13515 S. FIGUEROA ST.<br>LOS ANGELES CA 90275 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

Creditor ID: 13751-01
SUNICE CARGO LOGISTICS INC.
550 W. MERRICK ROAD, SUITE #1
VALLEY STREAM NY 11580

Creditor ID: 4414-01
SUNKIST GROWERS INC.
14130 RIVERSIDE DRIVE
SHERMAN OAKS CA 91423

Creditor ID: 13752-01
SUNL GROUP INC.
8551 ESTERS BLVD.
IRVING TX 75063

Creditor ID: 1530-01
SUNL GROUP INC.
11410 MATHIS
FARMERS BRANCH TX 75234

Creditor ID: 9449-01
SUNLAND INTERNATIONAL INC
P.O. BOX 996
NEW CANNAN CT 06840

Creditor ID: 10959-01
SUNLAND TRADING INC
21 LOCUST AVE., STE. 1A-PO BOX 996
NEW CAANAN CT 06840

Creditor ID: 13753-01
SUN-MAID GROWERS OF CALIFORNIA
13525 SOUTH BETHEL AVENUE
KINGSBURG CA 93631

Creditor ID: 14336-01
SUNNEN
7910 MANCHESTER
ST. LOUIS MO 63143

Creditor ID: 18637-01
SUNNY COAST INC.
9660 FLAIR DR., #328
EL MONTE CA 91731

Creditor ID: 14337-01
SUNNY DELL FOODS, INC.
135 NORTH 5TH STREET
OXFORD PA 19363

Creditor ID: 14338-01
SUNNY DESIGNS INC
8949 BUFFALO AVE.
RANCHO CUCAMONGA CA 91730

Creditor ID: 9450-01
SUNNY FRESH FOODS (SUBSIDARY OF CARGILL)
1750 SOUTH BENJAMIN AVENUE
MASON CITY IA 50401-5659

Creditor ID: 9451-01
SUNNY INTERNATIONAL LTD.
875 E. NORTH ST
CROWN POINT IN 46307

Creditor ID: 14339-01
SUNNY LITE COMPANY
39 BELLEVUE PLACE
APPLETON WI 54913

Creditor ID: 18603-01
SUNNY MARKETING SYSTEMS, INC.
163 EAST BETHPAGE ROAD,
PLAINVIEW NY 11803

Creditor ID: 4441-01
SUNNY VALLEY HOLDING (USA) LLC
110 WALL STREET, 11TH FLOOR
NEW YORK NY 10005

Creditor ID: 9452-01
SUNNYGEM LLC
500 NORTH F STREET
WASCO CA 93280

Creditor ID: 10960-01
SUNNYVALE SEAFOOD COMPANY
2910 FABER STREET
UNION CITY CA 94587

Creditor ID: 14340-01
SUNNYVALE SEAFOOD COORPORATION
1651 POMONA AVE.
SAN JOSE CA 95110

Creditor ID: 10961-01
SUNOPTA GRAINS AND FOODS GROUP INC.
223 6TH STREET NORTH, P.O. BOX 331
BRECKENRIDGE MN 56520

Creditor ID: 14341-01
SUNOPTA GRAINS AND FOODS GROUP INC.
1220 SUNFLOWER STREET
CROOKSTON MN 56716

Creditor ID: 1531-01
SUNOPTA GRAINS AND FOODS INC.
4111 30TH AVE S
MOORHEAD MN 56560

Creditor ID: 1532-01
SUNOPTICS TECHNOLOGY
6018 BOWDENDALE AVENUE
JACKSONVILLE FL 32216

Creditor ID: 9453-01
SUNPENTOWN INTERNAITONAL INC.
18249 VALLEY BLVD.
CITY OF INDUSTRY CA 91744

Creditor ID: 13754-01
SUNPOWER CORPORATION
3939 N. 1ST STREET
SAN JOSE CA 95134

Creditor ID: 14342-01
SUNRISE COMMODITIES INC.
140 SYLVAN AVE.
ENGLEWOOD CLIFFS NJ 07632

Creditor ID: 14343-01
SUNRISE IMPORT & EXPORT LTD
4592 HERB GARDEN DR
NEW ALBANY OH 43054

Creditor ID: 6787-01
SUNRISE INTERNATIONAL TRADAING
21093 EAST HAMPDEN PL
AURORA CO 80013

Creditor ID: 13755-01
SUNRISE LUMBER INC
758 61ST STREET
BROOKLYN NY 11220

Creditor ID: 7309-01
SUNRISE MEDICAL
3371 E. CENTRAL AVE
FRESNO CA 93725

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

Creditor ID: 6788-01
SUNRISE MEDICAL
7477 EAST DRY CREEK PARKWAY
LONGMONT CO 80503

Creditor ID: 14344-01
SUNRISE MEDICAL
3875 S. MENDENHALL ROAD
MEMPHIS TN 38115

Creditor ID: 10962-01
SUNRISE MEDICAL HHG DIST. CTR.
7560 W. 100TH PLACE
BRIDGEVIEW IL 60455

Creditor ID: 9454-01
SUNRISE MEDICAL TECH SA DE CV-TJ
2660 SARNEN STREET SUITE 220
SAN DIEGO CA 92154

Creditor ID: 6789-01
SUNRISE MEDICAL, INC.
650 S. PERRY RD.
PLAINFIELD IN 46168

Creditor ID: 4442-01
SUNRISE MEDICAL, INC.
5001 JOERNS DRIVE
STEVENS POINT WI 54481

Creditor ID: 13756-01
SUNRISE PLASTICS ENTERPRISE, INC.
P.O. BOX 489
PEARLAND TX 77581

Creditor ID: 10963-01
SUNRISE RESOURCES COMPANY
1326 E. 9TH STREET
POMONA CA 91766

Creditor ID: 14345-01
SUNRISE TRADING CORP
8 HOPE STREET
JERSEY CITY NJ 07307

Creditor ID: 4415-01
SUNRISE TRADING, INC
13895 BECK ROAD
DALLAS OR 97338

Creditor ID: 6790-01
SUNRISE WOOD PRODUCTS
4308 NORTH BARKER ROAD
SPOKANE VALLEY WA 99027

Creditor ID: 10964-01
SUNRIVER SALES
1115 W. CENTER ST.
VISALIA CA 93291

Creditor ID: 14346-01
SUNROCK INDUSTRIES LLC
3 WATERS PARK DRIVE, SUITE 210
SAN MATEO CA 94403

Creditor ID: 4416-01
SUN'S WHOLESALE CLUB
8388 W. SAM HOUSTON PARKWAY S
HOUSTON TX 77072

Creditor ID: 14446-01
SUNSET HWM, LLC
1370 DECISION STREET, SUITE B
VISTA CA 92084

Creditor ID: 13757-01
SUNSET INTERNATIONAL TRADE LLC
297 GETTY AVE.
PATERSON NJ 07503

Creditor ID: 1533-01
SUNSET TRADING
11 DELTA DRIVE
LONDONDERRY NH 02053

Creditor ID: 1534-01
SUNSET TRADING
300 OSWEGO POINT DR. SUITE 220
LAKE OSWEGO OR 97034

Creditor ID: 14447-01
SUNSET TRADING
16390 PACIFIC COAST HIGHWAY
HUNTINGTON BEACH CA 92649

Creditor ID: 4417-01
SUNSET TRADING
620 S.W. FIFTH AVENUE
PORTLAND OR 97204

Creditor ID: 6791-01
SUNSET WEST FINE OUTDOOR FURNISHINGS
1370 DECISION STREET, SUITE B
VISTA CA 92084

Creditor ID: 4418-01
SUNSHINE LAKE INC.
901 N. MAIN ST.
CHARLES CITY IA 50616

Creditor ID: 10368-01
SUNSHINE PAPER LLC
4281 KATELLA AVE. #222
LOS ALAMITOS CA 90720

Creditor ID: 6792-01
SUNSHINE U.S.A. INC.,
1920 EAST PLEASANT ST
SPRINGFIELD OH 45505

Creditor ID: 6793-01
SUNSHOW CORP.
19191 S. VERMONT AVE.
TORRANCE CA 90502

Creditor ID: 18605-01
SUNSPECS OF OCEAN CITY, INC.
9529 STEPHEN DECATUR HIGHWAY
BERLIN MD 21811

Creditor ID: 18606-01
SUNSTAR AMERICAS INC.
4635 W. FOSTER AVENUE
CHICAGO IL 60630

Creditor ID: 4419-01
SUNSTAR INTERNATIONAL COMMERCIAL INC.
6316 110TH STREET
FOREST HILLS NY 11375

Creditor ID: 13758-01
SUNSWEET
901 N. WALTON AVENUE
YUBA CITY CA 95993

Creditor ID: 6794-01
SUNTEC INDUSTRIES, INC .
60 ABERDEEN DRIVE
GLASGOW KY 42141

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14448-01<br>SUNTECH AMERICA, INC.<br>71 STEVENSON ST., 10TH FLOOR<br>SAN FRANCISCO CA 94105 | Creditor ID: 14449-01<br>SUNTON ENTERPRISES INC, DBA LAZZARO LEATHER<br>625 WEST WARD AVENUE<br>HIGH POINT NC 27260 | Creditor ID: 4420-01<br>SUNTRADE EXPORT SERVICES<br>14542 VENTURA BLVD. SUITE 203<br>SHERMAN OAKS CA 91403-5515 |
| Creditor ID: 14450-01<br>SUNTRUST BANK<br>303 PEACHTREE STREET 23RD FLOOR<br>ATLANTA GA 30308 | Creditor ID: 13759-01<br>SUNTRUST INTL SERVICES<br>25 PARK PLACE 16TH FLOOR<br>ATLANTA GA 30303 | Creditor ID: 1535-01<br>SUNVIEW MARKETING<br>1998 ROAD 152<br>DELANO CA 93215 |
| Creditor ID: 11066-01<br>SUNWAY FAN COMPANY<br>1505-A KELLY BLVD<br>CARROLLTON TX 75006 | Creditor ID: 9455-01<br>SUNWAY INDUSTRIAL MINERALS, LLC<br>26631 BECKER PINES LN<br>KATY TX 77494 | Creditor ID: 18607-01<br>SUNWIZE TECHNOLOGIES, INC.<br>8830 ROCHESTER AVE. SUITE 100<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 18638-01<br>SUNWIZE TECHNOLOGIES, INC.<br>1155 FLATBUSH ROAD<br>KINGSTON NY 12401 | Creditor ID: 18608-01<br>SUNWORLD INTERNATIONAL INC.<br>16350 DRIVER ROAD<br>BAKERSFIELD CA 93308 | Creditor ID: 18609-01<br>SUN-YIN USA INC.<br>280 MACHLIN CT.<br>CITY OF INDUSTRY CA 91789 |
| Creditor ID: 18610-01<br>SUNZI PRODUCTS, INC.<br>165 COMMERCE DRIVE, SUITE 102<br>SCHAUMBURG IL 60173 | Creditor ID: 9897-01<br>SUOMINEN CORP. WL WINDSOR LOCKS<br>NON WOVENS, LLC<br>3 CHIRNSIDE ROAD, BUILDING D<br>WINDSOR LOCKS CT 06096 | Creditor ID: 1536-01<br>SUPCOM GROUP CORP.<br>1009 AVENUE A<br>REDONDO BEACH CA 90277 |
| Creditor ID: 9456-01<br>SUPEME 88 FOODS LLC<br>17903 ARENTH AVE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 18611-01<br>SUPER LINK PLASTIC, INC.<br>888 92ND AVE<br>OAKLAND CA 94603 | Creditor ID: 11067-01<br>SUPER LUMBER LIMITED<br>5541 EXPORT BLVD<br>SAVANNAH GA 31408-9759 |
| Creditor ID: 9457-01<br>SUPER MARKET PACKAGING INC<br>470 HIGHWAY 67<br>SOUTH DECATUR AL 35603 | Creditor ID: 4421-01<br>SUPER MICRO COMPUTER, INC.<br>980 ROCK AVE<br>SAN JOSE CA 94080 | Creditor ID: 13760-01<br>SUPER RADIATOR COILS<br>104 PEAVEY ROAD<br>CHASKA MN 55318 |
| Creditor ID: 6795-01<br>SUPER SAGLESS HARDWARE<br>2071 SOUTH GREEN STREET<br>TUPELO MS 38801 | Creditor ID: 1537-01<br>SUPER SELECT EVERGREENS<br>1954 NELLITA ROAD<br>SEATTLE WA 98380 | Creditor ID: 1538-01<br>SUPERFISH, INC<br>209 4TH AVE SOUTH, #202<br>EDMONDS WA 98020 |
| Creditor ID: 14451-01<br>SUPERIOR BEVERAGE GROUP LTD.<br>31031 DIAMOND PARKWAY<br>GLENWILLOW OH 44139 | Creditor ID: 13761-01<br>SUPERIOR ELITE SERVICES<br>3314 QUIET LAKE DRIVE<br>KATY TX 77450 | Creditor ID: 11068-01<br>SUPERIOR ELITE SERVICES<br>100 KATE THOMAS DRIVE<br>UNION MS 39365 |
| Creditor ID: 18639-01<br>SUPERIOR ELITE SERVICES<br>11906 BRITTMOORE PARK DRIVE<br>HOUSTON TX 77041 | Creditor ID: 18612-01<br>SUPERIOR FABRICATORS INC.<br>155 GORDY LANE, BALDWIN, LA. 70514<br>BALDWIN LA 70514 | Creditor ID: 6796-01<br>SUPERIOR FELT & FILTRATION LLC<br>28001 W. CONCREET DRIVE<br>INGLESIDE IL 60041 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18613-01<br>SUPERIOR FELT & FILTRATION, LLC<br>1150 RIDGEVIEW DRIVE<br>MCHENRY IL 60050 | Creditor ID: 11069-01<br>SUPERIOR FOODS<br>275 WEST GATE DRIVE<br>WATSONVILLE CA 95076 | Creditor ID: 18647-01<br>SUPERIOR FURNITURE COMPANY<br>318 EAST MAIN STREET<br>LOWELL MI 49331 |
| Creditor ID: 14452-01<br>SUPERIOR INDUSTRIES, LLC<br>315 EAST STATE HIGHWAY 28<br>MORRIS MN 56267 | Creditor ID: 14453-01<br>SUPERIOR JALI INT'L INC.<br>1111 CORPORATE CENTER DR STE 104<br>MONTEREY PARK CA 91754 | Creditor ID: 9458-01<br>SUPERIOR LINK INT'L INC NEW YORK<br>147-38 182ND STREET SUITE 208<br>JAMAICA NY 11434 |
| Creditor ID: 4423-01<br>SUPERIOR METALS TRADING PTY LTD.<br>45 CLOVER DRIVE<br>WILTON CT 06897 | Creditor ID: 13762-01<br>SUPERIOR PLASTIC DECKING<br>20283 STATE ROAD 7 #104<br>BOCA RATON FL 33498 | Creditor ID: 1539-01<br>SUPERIOR PLASTIC DECKING INC. LAS RECYCLING<br>15550 WOODROW WILSON<br>DETROIT MI 48211 |
| Creditor ID: 4443-01<br>SUPERIOR STONE<br>2310 NORTH BREVARD STREET<br>CHARLOTTE NC 28206 | Creditor ID: 1540-01<br>SUPERMAX CORPORATION<br>11911 SAM VINCENTE BLVD SUITE 385<br>LOS ANGELES CA 90049 | Creditor ID: 13763-01<br>SUPERVALU INC<br>7075 FLYING CLOUD DRIVE<br>EDEN PRAIRIE MN 55344 |
| Creditor ID: 6797-01<br>SUPERVALU INTERNATIONAL<br>495 E. 19TH ST.<br>TACOMA WA 98421 | Creditor ID: 4424-01<br>SUPPLY MASTER<br>2050 MCKINNON AVENUE<br>SAN FRANCISCO CA 94124 | Creditor ID: 4444-01<br>SUPPLY SOURCE<br>12402 S.E. JENNIFER ST STE 190<br>CLACKAMAS OR 97015 |
| Creditor ID: 11070-01<br>SUPPLY-CHAIN SERVICES, INC.<br>250 W. NORTH AVENUE<br>LOMBARD IL 60148 | Creditor ID: 1541-01<br>SUPREME APPAREL<br>1410 BROADWAY SUITE 1705<br>NEW YORK NY 10018 | Creditor ID: 11071-01<br>SUPREME CRAB & SEAFOOD INC.<br>9600 NW 25TH STREET , SUITE 3F<br>DORAL FL 33172 |
| Creditor ID: 13764-01<br>SUPREME INTERNATIONAL CORPORATION.<br>662 MAIN ST<br>NEW ROCHELLE NY 10801 | Creditor ID: 4425-01<br>SUPREME INTERNATIONAL LTD<br>2100 SIBLEY BLVD, SUITE 11<br>CALUMET CITY IL 60409 | Creditor ID: 18648-01<br>SUPREME INTERNATIONAL, LLC<br>3000 N.W. 107 AVE.<br>MIAMI FL 33172 |
| Creditor ID: 18649-01<br>SUPREME LIVING<br>1123 4TH STREET SW<br>CONOVER NC 28613 | Creditor ID: 1542-01<br>SUPREME LIVING LLC<br>15 BON AIR AVE.<br>STAMFORD CT 06907 | Creditor ID: 18650-01<br>SUPREME LIVING LLC<br>1510 E. ACACIA<br>ONTARIO CA 91761 |
| Creditor ID: 9459-01<br>SUPREME LOBSTER AND SEAFOOD CO.<br>220 E. NORTH AVENUE<br>VILLA PARK IL 60181 | Creditor ID: 13765-01<br>SUPREME LOG & LUMBER<br>2100 VALKYRIE DRIVE  N.W.<br>ROCHESTER MN 55901 | Creditor ID: 6798-01<br>SUPREME OIL COMPANY<br>881 NORTH MAIN STREET<br>BRUNDIDGE AL 36010 |
| Creditor ID: 18651-01<br>SUPREME RESOURCES INC.<br>285 EAST SMOKETREE TERRACE<br>ALPHARETTA GA 30005-7265 | Creditor ID: 17391-01<br>SURAM TRADING CORPORATION<br>2655 LEJEUNE RD - SUITE 1006<br>CORAL GABLES FL 33134 | Creditor ID: 13766-01<br>SURE FIT INC.<br>8000 QUARRY ROAD - STE C.<br>ALBURTIS PA 18011 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18653-01<br>SURE-LOC HARDWARE, INC.<br>9515 SOUTH 670 WEST<br>SANDY UT 84070 | Creditor ID: 18652-01<br>SURE-LOC HARDWARE, INC.<br>602 W. CONFLUENEE AVE.<br>MURRAY UT 84123 | Creditor ID: 6799-01<br>SURFACE ART<br>18323 ANDOVER PARK WEST<br>TUKWILA WA 98188 |
| Creditor ID: 18654-01<br>SURFACE FOODS, INC.<br>41829 ALBRAE ST STE 111<br>FREMONT CA 94538 | Creditor ID: 6800-01<br>SURFAIR SEATTLE<br>19111 DES MOINES WAY 50 SUITE B<br>SEATTLE WA 98418 | Creditor ID: 18655-01<br>SURLY BREWING COMPANY<br>4811 DUSHARME DRIVE BROOKLYN CENTER<br>MINNEAPOLIS MN 55429 |
| Creditor ID: 4426-01<br>SURPLUS COATINGS<br>2900 WILSON AVE SW, SUITE 700<br>GRANDVILLE MI 49418 | Creditor ID: 1543-01<br>SURPLUS MANAGEMENT<br>1100 BUCHANAN STREET<br>ROCKFORD IL 61101 | Creditor ID: 11072-01<br>SURPLUS SOURCE  MR. TOBY KLYM<br>3751 HARLEM ROAD<br>BUFFALO NY 14215 |
| Creditor ID: 1544-01<br>SURUR YUSUF SHEIKH<br>12777 WEST JEFFERSON BLVD STE 200<br>LOS ANGELES CA 90066 | Creditor ID: 17392-01<br>SURVILLE ENTERPRISES CORP<br>4700 BISCAYNE BOULEVARD SUITE #503<br>MIAMI FL 33137 | Creditor ID: 11073-01<br>SURYA CARPETS INC.<br>140 EXECUTIVE DRIVE<br>CALHOUN GA 30701 |
| Creditor ID: 9460-01<br>SURYA NATURE INC.<br>60-01 ST. AVE.<br>WOODSIDE NY 11377 | Creditor ID: 11074-01<br>SUSAN GLOVER<br>4237 ROMA AVE. NE<br>ALBUQUERQUE NM 87108 | Creditor ID: 14454-01<br>SUSTAINABLE ENTERPRISES, INC<br>200 UNION BLVD<br>LAKEWOOD CO 80226 |
| Creditor ID: 18656-01<br>SUSTAINABLE SEAFOOD OF HUDSON, LLC<br>4269 ROUTE 9<br>HUDSON NY 12534 | Creditor ID: 11075-01<br>SUSTAINABLE SOLUTIONS INC.<br>300 S.E. 15TH STREET<br>WAGONER OK 74467 | Creditor ID: 4427-01<br>SUTONG CHINA TIRE RESOURCES, INC.<br>4849 CRANSWICK ROAD<br>HOUSTON TX 77041 |
| Creditor ID: 11076-01<br>SUTTERBUTTES HARDWOOD<br>9713 HEDGER RD<br>LIVE OAK CA 95953 | Creditor ID: 4428-01<br>SUTTON CREATIONS INC.<br>1407 BROADWAY, 30TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 4429-01<br>SUTTONS INTERNATIONAL (N.A.) INC<br>485 C ROUTE 1 SOUTH, SUITE 240<br>ISELIN NJ 08830 |
| Creditor ID: 14455-01<br>SUZANNE'S SPECIALTIES, INC.<br>421 JERSEY AVE. , SUITE B<br>NEW BRUNSWICK NJ 08901 | Creditor ID: 4430-01<br>SUZANO PULP AND PAPER AMERICA, INC<br>. 800 CORPORATE DR STE 320 FT.<br>LAUDERDALE FL 33334 | Creditor ID: 6801-01<br>SUZUKI CANADA INC.<br>100 E BEAVER CREEK ROAD<br>RICHMOND HILL ON L4B 1J6<br>CANADA |
| Creditor ID: 1545-01<br>SUZUKI MANUFACTURING OF AMERICA CORPORATION<br>1520 TECHNOLOGY PARKWAY NW<br>ROME GA 30165 | Creditor ID: 11077-01<br>SUZUKI MOTOR OF AMERICA, INC.<br>3251 E. IMPERIAL HWY<br>BREA CA 92821 | Creditor ID: 6802-01<br>SV INTERNATIONAL CORP.<br>441 N. CHIMNEY ROCK ROAD<br>GREENSBORO NC 27410 |
| Creditor ID: 17393-01<br>SVANOSIO (USA) LLC<br>8000 KEMPWOOD DR.<br>HOUSTON TX 77055 | Creditor ID: 6803-01<br>SVZ-USA, INC<br>1700 N. BROADWAY STREET<br>OTHELLO WA 99344 | Creditor ID: 1546-01<br>SW FORAGE, LLC<br>17071 HERCULES STREET<br>HESPERIA CA 92345 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6804-01<br>SWAIM, INC.<br>1801 SOUTH COLLEGE DRIVE<br>HIGH POINT NC 27260 | Creditor ID: 1547-01<br>SWAN NET (USA) INC<br>8300 MILITARY RD.S. "A"<br>SEATTLE WA 98108 | Creditor ID: 4431-01<br>SWAN TILE<br>32-15 COLLEGE POINT BLVD<br>FLUSHING NY 11354 |
| Creditor ID: 13767-01<br>SWART'S FLOWER BULBS INC.<br>3735 E COSTILLA PL<br>CENTENNIAL CO 80122 | Creditor ID: 14456-01<br>SWB APPAREL, INC.<br>246 5TH AVENUE, NEW YORK, NY<br>NEW YORK NY 10001 | Creditor ID: 4432-01<br>SWEATS AND STUFF, INC.<br>89 NIGHTHAWK<br>IRVINE CA 92604 |
| Creditor ID: 14457-01<br>SWEETLIX<br>1080 WILBANKS STREET<br>MONTGOMERY AL 36108 | Creditor ID: 14458-01<br>SWEETWATER BREWING COMPANY<br>195 OTTLEY DRIVE<br>ATLANTA GA 30324 | Creditor ID: 4433-01<br>SWEIS INTERNATIONAL TRADING INC<br>13729 WILROSE CT.<br>ORLAND PARK IL 60467 |
| Creditor ID: 13768-01<br>SWIFF-TRAIN<br>2500 AGNES STREET<br>CORPUS CHRISTIE TX 78405 | Creditor ID: 17394-01<br>SWIFF-TRAIN CO. LLC<br>2500 AGNES ST.,<br>CHRISTI TX 78405 | Creditor ID: 13769-01<br>SWIFF-TRAIN CO. LLC<br>10850 TRAIN COURT<br>HOUSTON TX 77041 |
| Creditor ID: 1548-01<br>SWIFF-TRAIN CO. LTD<br>2500 AGNES STREET<br>CORPUS CHRISTIE TX 78405 | Creditor ID: 14459-01<br>SWIFF-TRAIN COMPANY<br>10850 TRAIN COURT<br>HOUSTON TX 77041 | Creditor ID: 6805-01<br>SWIFT & COMPANY TRADE GROUP<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 |
| Creditor ID: 11078-01<br>SWIFT BEEF COMPANY<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 | Creditor ID: 1549-01<br>SWIFT FREIGHT (USA) INC.<br>11835 E. SMITH AVE.<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 6806-01<br>SWIFT GLOBAL LOGISTICS INC. (LGB OFFICE)<br>6033 W.CENTURY BLVD. #210<br>LOS ANGELES CA 90045 |
| Creditor ID: 9461-01<br>SWIFT PORK COMPANY<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 | Creditor ID: 14460-01<br>SWIFT TEXTILES<br>P.O. BOX 1400<br>COLUMBUS GA 31994-5099 | Creditor ID: 14461-01<br>SWIMLINE CORP.<br>191 RODEO DR.<br>EDGEWOOD NY 11717 |
| Creditor ID: 13770-01<br>SWINOMISH FISH COMPANY, INC<br>11455 MOORAGE WAY, P.O. BOX 267<br>LA CONNER WA 98257 | Creditor ID: 9462-01<br>SWISS CHALET<br>900 TOWBIN AVE #C<br>LAKEWOOD NJ 08701 | Creditor ID: 11079-01<br>SWISS CHALET FF LA<br>810 EAST 233 STREET<br>CARSON CA 90745 |
| Creditor ID: 1550-01<br>SWISS CHALET FINE FOODS<br>7200 WYNNPARK DRIVE<br>HOUSTON TX 77008 | Creditor ID: 11080-01<br>SWITCHBACK BREWING COMPANY<br>160 FLYNN AVENUE<br>BURLINGTON VT 05401 | Creditor ID: 11081-01<br>SY INTERNATIONAL<br>2135 CALLE LOS CALLADOS<br>DIABLO CA 94528 |
| Creditor ID: 6807-01<br>SY SHIPPING CORP<br>17100 PIONEER BLVD STE 345<br>ARTESIA CA 90701 | Creditor ID: 3937-01<br>SYDENSTRICKER IMPLEMENT CO<br>4803 S CLARK ST.<br>MEXICO MO 65265 | Creditor ID: 1551-01<br>SYKEL ENTERPRISES<br>48 W 38TH STREET. #4<br>NEW YORK NY 10018 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7310-01<br>SYMCON<br>11425 GRANITE ST. WAREHOUSE 6<br>CHARLOTTE NC 28273 | Creditor ID: 1552-01<br>SYMMS FRUIT RANCH<br>14068 SUNNY SLOPE ROAD<br>CALDWELL ID 83605 | Creditor ID: 11082-01<br>SYM-PAC INTERNATIONAL, INC.<br>1600 N. POTRERO GRANDE DR STE 7<br>SAN GABRIEL CA 91770 |
| Creditor ID: 18657-01<br>SYMPHONY SALVAGE LLC.<br>6289 TOWER LANE<br>SARASOTA FL 34240 | Creditor ID: 1553-01<br>SYNCOT PLASTIC, INC.<br>350 EASTWOOD DR.<br>CRAMERTON NC 28032 | Creditor ID: 2005-01<br>SYNERGIES CASTINGS<br>14750 NORTHAM STREET<br>LA MIRADA CA 90638 |
| Creditor ID: 13771-01<br>SYNERGY FLAVORS INC.<br>1230 KARL COURT<br>WAUCONDA IL 60084 | Creditor ID: 18658-01<br>SYNGENTA<br>410 SWING RD<br>GREENSBORO NC 27409 | Creditor ID: 9463-01<br>SYNGENTA CROP PROTECTION INC.<br>OAK GROVE ROAD<br>ENNIS TX 75119 |
| Creditor ID: 14462-01<br>SYNGENTA CROP PROTECTION, INC.<br>PO BOX 18300<br>GREENSBORO NC 27419 | Creditor ID: 18659-01<br>SYNGENTA SEEDS INC<br>510 N 12TH AVENUE<br>WASHINGTON IA 52353-2251 | Creditor ID: 11083-01<br>SYNNEX CORPORATION<br>1180 REMINGTON BLVD<br>ROMEOVILLE IL 60446 |
| Creditor ID: 6808-01<br>SYNNEX, LAS VEGAS,  NV<br>4150 INDUSTRIAL CENTER DR STE 610<br>NORTH LAS VEGAS NV 89030 | Creditor ID: 13772-01<br>SYNNEX, LAS VEGAS,  NV 2<br>3201 E ALEXANDER RD, SUITE 101<br>DOCKS 8-14<br>NORTH LAS VEGAS NV 89030 | Creditor ID: 1554-01<br>SYNTEC INDUSTRIES LLC<br>438 LAVENDER ST.<br>ROME GA 30165 |
| Creditor ID: 1555-01<br>SYNTHETIC RESOURCES, INC.<br>9947 MUIRLANDS BLVD.<br>IRVINE CA 92618 | Creditor ID: 11084-01<br>SYNTHETIC RESOURCES, INC.<br>1658 US HIGHWAY 50<br>PEABODY KS 66866 | Creditor ID: 9464-01<br>SYNTHETIC TURF RESOURCES LLC<br>809 KENNER STREET<br>DALTON GA 30721 |
| Creditor ID: 3938-01<br>SYRATECH ACQUISITION CORP.<br>22 BLAKE STREET<br>MEDFORD MA 02155 | Creditor ID: 11085-01<br>SYRATECH CORPORATION<br>175 MCCLELLAN HIGHWAY<br>EAST BOSTON MA 02128-9114 | Creditor ID: 2006-01<br>SYSCO FOOD<br>22820 54TH AVENUE SOUTH<br>KENT WA 98064 |
| Creditor ID: 18660-01<br>SYSCO GUEST SUPPLY, LLC<br>300 PARKRIDGE AVE. EAST<br>CORONA CA 92879 | Creditor ID: 13773-01<br>SYSCO GUEST SUPPLY, LLC.<br>202 RAMDIN COURT<br>CONCORD NC 28027 | Creditor ID: 9465-01<br>SYSCO INTERNATIONAL FOOD GROUP INC<br>2401 POLICE CENTER DR STE 204<br>PLANT CITY FL 33566 |
| Creditor ID: 10369-01<br>SYSTEM STORAGE SOLUTIONS INC<br>24F WORLDS FAIR DRIVE<br>SOMERSET NJ 08873 | Creditor ID: 1556-01<br>SYSTEM USA<br>250 CURIE DRIVE STE.100<br>ALPHARETTA GA 30005 | Creditor ID: 13876-01<br>SYSTEMS SERVICES OF AMERICA, INC.<br>1029 MONTAGUE EXPRESSWAY<br>MILPITAS CA 95035 |
| Creditor ID: 9466-01<br>SYSTRAND MANUFACTURING CORP.<br>19050 ALLEN RD.<br>BROWNSTOWN MI 48183 | Creditor ID: 1557-01<br>T & M TRADING INC.<br>17 VILLAGE COURT, HAZLET, NJ 07730<br>HAZLET NJ 07730 | Creditor ID: 3939-01<br>T & T INTERNATIONAL SEAFOOD, INC.<br>6315 MCDONOUGH DR.<br>NORCROSS GA 30093 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14463-01<br>T & W TIRE<br>5834 IH-10 EAST<br>SAN ANTONIO TX 78219 | Creditor ID: 18661-01<br>T AND M TRADING, INC.<br>17 VILLAGE COURT<br>HAZLET NJ 07730 | Creditor ID: 14464-01<br>T FRESH COMPANY<br>150 N. WILLOW AVE,<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 18640-01<br>T H CHEMICAL CORP.<br>117 MAPLEWOOD ROAD<br>HUNTINGTON STATION NY 11746 | Creditor ID: 6809-01<br>T M INTERNATIONAL<br>413-415 FAILE STREET<br>BRONX NY 10474 | Creditor ID: 14465-01<br>T&J INTERNATIONAL<br>3905 VINCENNES ROAD, SUITE 120<br>INDIANAPOLIS IN 46268 |
| Creditor ID: 14466-01<br>T&L IMPORT,INC.<br>5705 HARTSDALE DR.<br>HOUSTON TX 77036 | Creditor ID: 1558-01<br>T&S HARDWOODS, INC.<br>PO BOX 1233<br>MILLEDGEVILLE GA 31061 | Creditor ID: 18662-01<br>T&T FREIGHT<br>270 TERMINAL AVENUE<br>CLARK NJ 07066 |
| Creditor ID: 9467-01<br>T&T GROUP, INC.<br>19111 WALDEN FOREST DRIVE<br>HUMBLE TX 77346 | Creditor ID: 1559-01<br>T&W TIRE<br>25 NORTH COUNCIL ROAD<br>OKLAHOMA CITY OK 73127 | Creditor ID: 9468-01<br>T. UP TRADING, INC.<br>60 METRO WAY<br>SECAUCUS NJ 07094 |
| Creditor ID: 12658-01<br>T.A.K. INTERNATIONAL, INC.<br>22207 N.E. 31ST. STREET<br>SAMMAMISH WA 98074 | Creditor ID: 3940-01<br>T.C. JACOBY & COMPANY, INC<br>1716 HIDDEN CREEK COURT<br>ST. LOUIS MO 63131 | Creditor ID: 14467-01<br>T.CO METALS LLC<br>215 NASSAU STREET<br>PRINCETON NJ 08542 |
| Creditor ID: 18663-01<br>T.EDWARDS WINES LTD<br>66 WEST BROADWAY SUITE 406<br>NEW YORK NY 10007 | Creditor ID: 9568-01<br>T.J. BEALL COMPANY, INC.<br>1052 ROPER AVENUE<br>WEST POINT GA 31833 | Creditor ID: 14468-01<br>T.J. EXPEDITERS INC.<br>355 S. LEMON AVE. #N<br>WALNUT CA 91789 |
| Creditor ID: 9569-01<br>T.J. HARKINS<br>279 BEAUDIN BLVD<br>BOLINGBROOK IL 60440 | Creditor ID: 1560-01<br>T.J. MAXX<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701 | Creditor ID: 13877-01<br>T.J.A. INTERNATIONAL<br>661 BREA CANYON RD., #1<br>WALNUT CA 91789 |
| Creditor ID: 9570-01<br>T.P.I. INDUSTRIES LLC<br>265 BALLARD ROAD<br>MIDDLETOWN NY 10941 | Creditor ID: 6810-01<br>T.WEST INC.<br>2433 S. WILMINGTON AVE.<br>CARSON CA 90745 | Creditor ID: 4445-01<br>T.Y.G. PRODUCTS L.P.<br>1800 N.MCDONALD STREET<br>MCKINNEY TX 75071 |
| Creditor ID: 11086-01<br>TA CHEN INTERNATIONAL<br>5855 OBISPO AVE<br>LONG BEACH CA 90805 | Creditor ID: 14469-01<br>TA CHEN INTERNATIONAL INC<br>11101 S. TACOMA WAY, SUITE C<br>TACOMA WA 98499 | Creditor ID: 18664-01<br>TA CHEN INTERNATIONAL INC<br>250 PEHLE AVE, PLAZA LEVEL<br>SADDLE BROOK NJ 07663 |
| Creditor ID: 6811-01<br>TAA APPAREL<br>48 WEST 37TH STREET<br>NEW YORK NY 10018 | Creditor ID: 9571-01<br>TABACOS DE WILSON, INC.,<br>1920 FARRIOR AVENUE SE<br>WILSON VA 27893 | Creditor ID: 18641-01<br>TABAN COMPANY<br>19 HARBOR PARK DRIVE<br>PORT WASHINGTON NY 11050 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11087-01<br>TABANI GROUP, INC.<br>16600 DALLAS PKWY. #300, 3RD FLOOR<br>DALLAS TX 75248 | Creditor ID: 6812-01<br>TABLE IN A BAG (TIAB) INC.<br>848 NORTH RAINBOW BLVD. #1374<br>LAS VEGAS NV 89107 | Creditor ID: 14470-01<br>TABLES OF STONE<br>407 APLETS WAY<br>CASHMERE WA 98815 |
| Creditor ID: 3941-01<br>TABLETOPS UNLIMITED, INC.<br>23000 S. AVALON BLVD.<br>CARSON CA 90745 | Creditor ID: 3942-01<br>TABY AMERICA, INC.<br>1150 RARITAN RD. SUITE 104<br>CRANFORD NJ 07016 | Creditor ID: 14472-01<br>TAC CUSTOMS BROKERS, INC.<br>160-23 ROCKAWAY BLVD #7<br>JAMAICA NY 11434 |
| Creditor ID: 11088-01<br>TACHEN AMERICA WEST<br>6671 SUNSET BLVD<br>CROSSROADS OF THE WORLD BLDG 1508<br>LOS ANGELES CA 90028 | Creditor ID: 9572-01<br>TACHING IMPORT AND EXPORT<br>108 PIERSON<br>EDISON NJ 08837 | Creditor ID: 1561-01<br>TACHING INC.<br>108 PIERSON<br>EDISON NJ 08837 |
| Creditor ID: 9573-01<br>TACOMA GLASS<br>1369 PACIFIC DRIVE<br>BURLINGTON WA 98233 | Creditor ID: 1562-01<br>TACOMA METALS, INC<br>1754 THORNE ROAD<br>TACOMA WA 98421 | Creditor ID: 12659-01<br>TACOMA TENT AND AWNING CO INC.<br>121 NORTH G STREET<br>TACOMA WA 98403 |
| Creditor ID: 11089-01<br>TACOMA TRADING COMPANY<br>4616 145TH STREET COURT EAST<br>TACOMA WA 98446 | Creditor ID: 1563-01<br>TACTICA INTERNATIONAL<br>350 5TH AVE. SUITE 7418<br>MANHATTAN NY 10118 | Creditor ID: 9574-01<br>TAE BONG AMERICA, INC.<br>13120 SPRING ST.<br>BALDWIN PARK CA 90021 |
| Creditor ID: 7311-01<br>TAFT FURNITURE WAREHOUSE & SHOWROOM<br>1960 CENTRAL AVE<br>ALBANY NY 12205 | Creditor ID: 11090-01<br>TAFT FURNITURE WAREHOUSE & SHOWROOM<br>4296 ALBANY ST<br>COLONIE NY 12205 | Creditor ID: 13878-01<br>TAGHLEEF INDUSTRIES<br>3600 E HEAD AVE.<br>ROSENDALE IN 47874 |
| Creditor ID: 9575-01<br>TAHARI A.S.L., LLC<br>16 BLEEKER STREET<br>MILLBURN NJ 07041 | Creditor ID: 1564-01<br>TAHOMA ENTERPRISES INC.<br>23303 HIGHWAY 99, SUITE 3<br>EDMONDS WA 98026 | Creditor ID: 9576-01<br>TAI FOONG USA, INC<br>P.O. BOX  84868<br>SEATTLE WA 98124-6168 |
| Creditor ID: 3943-01<br>TAI WU RESTAURANT<br>950 KING DRIVE<br>DALY CITY CA 94015 | Creditor ID: 3944-01<br>TAIFOONG USA, INC.<br>2450 SIXTH AVE SOUTH STE 300<br>SEATTLE WA 98134 | Creditor ID: 13879-01<br>TAIGA BUILDING PRODUCTS<br>3505 JANICE DRIVE<br>RUSTON LA 71270 |
| Creditor ID: 1565-01<br>TAIHO CORPORATION OF AMERICA<br>194 HERITAGE DRIVE<br>TIFFIN OH 44883 | Creditor ID: 6813-01<br>TAIKA GLOBAL INC.<br>20955 PATHFINDER # 200<br>DAIMOND BAR CA 91765 | Creditor ID: 6814-01<br>TAILORED SHARED SERVICES, LLC<br>6380 ROGERDALE ROAD<br>HOUSTON TX 77072 |
| Creditor ID: 9577-01<br>TAIMAN CHEMICAL INC.<br>246 CEDAR ELM LANE<br>SUGAR LAND TX 77479 | Creditor ID: 6815-01<br>TAISEI CONSTRUCTION CORPORATION<br>6261 KATELLA AVE. SUITE 200<br>CYPRESS CA 90630 | Creditor ID: 3945-01<br>TAIWAN GLASS USA CORPORATION<br>9 MONROE PARKWAY SUITE #135<br>LAKE OSWEGO OR 97035 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3946-01<br>TAIWAN SEAFOOD AND FISH CORP.<br>733 S. GLADYS AVD.<br>LOS ANGELES CA 90021 | Creditor ID: 1566-01<br>TAIWAN TRADING INTERNATIONAL CO.<br>24318 SUNNY CREST CT<br>DIAMOND BAR CA 91765 | Creditor ID: 18665-01<br>TAIYO FOOD INTERNATIONAL INC.<br>38 LOCUST STREET<br>BROOKLYN NY 11206 |
| Creditor ID: 9578-01<br>TAKARA BELMONT USA, INC.<br>101 BELMONT DRIVE<br>SOMERSET NJ 08873 | Creditor ID: 11091-01<br>TAKARI INTERNATIONAL, INC.<br>2040 E. LOCUST CT.<br>ONTARIO CA 91761 | Creditor ID: 11092-01<br>TAKASAGO INTERNATIONAL CORPORATION (U.S.A.)<br>267 UNION STREET<br>NORTHVALE NJ 07647 |
| Creditor ID: 9579-01<br>TAKASAGO USA<br>4 VOLVO DR.<br>ROCKLEIGH NJ 07647 | Creditor ID: 11093-01<br>TAKCO INC.<br>177-25 ROCKAWAY BLVD ROOM#210<br>JAMAICA NY 11434 | Creditor ID: 6816-01<br>TAL INTERNATIONAL CONTAINER<br>1225 N. LOOP WEST, SUITE 302<br>HOUSTON TX 77008 |
| Creditor ID: 19151-97<br>TAL INTERNATIONAL CONTAINER CORP,<br>TRITON CONTAINER INTL LTD, ET AL.<br>C/O VEDDER PRICE PC<br>MITCHELL COHEN, JOHN BRADLEY, MICHAEL EDELMAN<br>1633 BROADWAY, 47TH FL<br>NEW YORK NY 10019 | Creditor ID: 6817-01<br>TALBOTS IMPORT, LLC<br>1 TALBOTS DRIVE, HINGHAM, MA 02043<br>HINGHAM MA 02043 | Creditor ID: 18666-01<br>TALBOTS LLC<br>LAKEVILLE DISTRIBUTION CENTER<br>1 TALBOTS WAY<br>LAKEVILLE MA 02348 |
| Creditor ID: 9580-01<br>TALKING RAIN BEVERAGE CO<br>30520 SE 84TH ST.<br>PRESON WA 98050 | Creditor ID: 13880-01<br>TALL HOUSE BUILDING COMPANY<br>700 SPRING FOREST ROAD, SUITE 115<br>RALEIGH NC 27609 | Creditor ID: 14473-01<br>TALLEYRAND INDUSTRIES<br>5272 RIVER ROAD SUITE 460<br>BETHESDA MD 20816 |
| Creditor ID: 6818-01<br>TALON INTERNATIONAL<br>1420 5TH AVE., SUITE 2200<br>SEATTLE WA 98101 | Creditor ID: 14474-01<br>TAMCOR MEXIM USA<br>23840 FOLEY STREET<br>HAYWARD CA 94545 | Creditor ID: 9581-01<br>TAMIAMI TILE (A.S.B. OF MIAMI)<br>1085 SOUTHWEST-15 AVENUE<br>DELRAY BEACH FL 33444 |
| Creditor ID: 14475-01<br>TAMPA BAY FISHERIES,INC.<br>3060 NORTH GALLAGHER ROAD<br>DOVER FL 33527 | Creditor ID: 17395-01<br>TAMPA INTERNATIONAL FOREST PRODUCTS<br>4630 WOODLAND CORPORATE BLVD #155<br>TAMPA FL 33614 | Creditor ID: 6819-01<br>TAMPA MAID FOODS,INC.<br>1600 KATHLEEN ROAD<br>LAKELAND FL 33805 |
| Creditor ID: 13881-01<br>TAMURA H.A. MACHINERY INC<br>2505 WINDWARD WAY<br>CHULA VISTA CA 91914 | Creditor ID: 11094-01<br>TANABE RACING DEVELOPMENT USA,INC<br>1849 WESTERN WAY<br>TORRANCE CA 90501 | Creditor ID: 3947-01<br>TANABE USA, INC.<br>7930 CONVOY COURT<br>SAN DIEGO CA 92111 |
| Creditor ID: 13882-01<br>TANER TIMBER INC.<br>1193 CR 316<br>NIOTA TN 37826 | Creditor ID: 3948-01<br>TANGENT TRADING CORPORATION<br>810 S. FLOWER ST. # 1202<br>LOS ANGELES CA 90017 | Creditor ID: 6820-01<br>TANGMU SEAFOOD PRODUCTS USA, INC.<br>300 LEDGEWOOD PLACE, SUITE 304<br>ROCKLAND MA 02370 |
| Creditor ID: 18667-01<br>TANSMED FOODS INC<br>401 E. PRATT STREET, SUITE 352<br>BALTIMORE MD 21202 | Creditor ID: 3949-01<br>TAORMINA SALES COMPANY, INC.<br>645 WESTWOOD AVENUE, P.O. BOX 146<br>WESTWOOD NJ 07675 | Creditor ID: 14476-01<br>TAOTAO USA INC.<br>2425 CAMP. AVE., SUITE 100<br>CARROLLTON TX 75006 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 3950-01
TAP WORLDWIDE LLC
400 W. ARTESIA BLVD.
COMPTON CA 90220

Creditor ID: 14477-01
TAP WORLDWIDE LLC, DBA - PRO COMP TIRES
400 W. ARTESIA BLVD
COMPTON CA 90220

Creditor ID: 9898-01
TAP WORLDWIDE LLC, DBA - PRO COMP WHEEL
400 W. ARTESIA BLVD
COMPTON CA 90220

Creditor ID: 9582-01
TAP WORLDWIDE LLC, DBA - SMITTYBILT
400 W. ARTESIA BLVD
COMPTON CA 90220

Creditor ID: 18668-01
TAPE PRINTERS INC.
155 ALLEN BLVD., SUITE A
FARMINGDALES NY 11735

Creditor ID: 6821-01
TAPP LABEL
3330 RAMADA DRIVE
PASO ROBLES CA 93446

Creditor ID: 14478-01
TARA TOY CORPORATION
40 ADAMS AVENUE
HAUPPAUGE NY 11788

Creditor ID: 3951-01
TARAZI SEPECIALTY FOODS, INC.
13727 SEMINOLE DR.
CHINO CA 91710

Creditor ID: 9583-01
TAREK GABALLA
2613 YATES AVENUE
CITY OF COMMERCE CA 90040

Creditor ID: 9584-01
TAREK GABALLA
1330 SAINT CHARLES AVE
NEW ORLEANS LA 70130

Creditor ID: 18669-01
TARESHA LLC
99 HOOK ROAD
BAYONNE NJ 07002

Creditor ID: 13884-01
TARGET ACCOUNT
180 MONTGOMERY ST
SAN FRANCISCO CA 94104-4205

Creditor ID: 9585-01
TARGET CORPORATION
7000 TARGET PARKWAY N.  TNC 3-358
BROOKLYN PARK MN 55445

Creditor ID: 18670-01
TARGET CORPORATION
33 SOUTH SIXTH STREET, CC-3115
MINNEAPOLIS MN 55402

Creditor ID: 9586-01
TARGET FREIGHTS INC
84-10 120 ST SUITE 1F
KEW GARDENS NY 11415

Creditor ID: 11095-01
TARGET INT'L SHIPPING CO.
317 ST. PAUL'S AVENUE
JERSEY CITY NJ 07306

Creditor ID: 13885-01
TARGET LOGISTICS SERVICE
870 EAST DEVON
ELK GROVE VILLAGE IL 60007

Creditor ID: 9587-01
TARGET METALS INC.
6840 MONTEVISTA DR. SE
AUBURN WA 98092

Creditor ID: 13886-01
TARGET STORES DIVISION OF TARGET CORP
1000 NICOLLET AVE,
MINNEAPOLIS MN 55402

Creditor ID: 18642-01
TARGET STORES INC.
1000 NICOLLET MALL
MINNEAPOLIS MN 55403

Creditor ID: 3952-01
TARGET STORES T-3808
895 SINBURY ROAD
MIDWAY GA 31320

Creditor ID: 11096-01
TARGET STORES T-556
110 W JORDAN RD.
TIFTON GA 31794

Creditor ID: 9588-01
TARGET STORES T-557
1100 VALLEY ROAD
OCONOMOWOC WI 53066

Creditor ID: 11097-01
TARGET.COM
7000 TARGET PKWY N
MAILSTOP NCC-0296
BROOKLYN PARK MN 55445

Creditor ID: 18671-01
TARGET.COM, DIVISION OF TARGET CORPORATION
1000 WESTGATE DRIVE
ST. PAUL MN 55414

Creditor ID: 9899-01
TARTER  GATE
10739 S. HIGHWAY 127
DUNNVILLE KY 42528

Creditor ID: 6822-01
TAS IMPORTS INC
645 W. LAKE ST.
ADDISON IL 60101

Creditor ID: 14514-01
TASCHEN STORE L.A. /
FARMERS MARKET CLOCKTOWER
6333 W. 3RD ST. SPACE #CT10
LOS ANGELES CA 90036-3154

Creditor ID: 14515-01
TASKMASTER COMPONENTS
1620 E MALONE AVE.
SIKESTON MO 63801

Creditor ID: 11098-01
TASMAN HIDE PROCESSING, INC.
504 N.E. 38TH STREET
FORTH WORTH TX 76106

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6823-01<br>TASMAN INDUSTRIES, INC.<br>930 GEIGER STREET<br>LOUISVILLE KY 40206 | Creditor ID: 11198-01<br>TASSOS ENTERPRISES INC.<br>17 WEST 220 22ND STREET<br>OAKBROOK IL 60181 | Creditor ID: 13887-01<br>TASTE BUD FUSION<br>911 BATTERSBY AVENUE<br>ENUMCLAW WA 98022 |
| Creditor ID: 6824-01<br>TASTE IT PRESENTS<br>200 SUMNER AVE KENILWORTH NJ 07033<br>KENILWORTH NJ 07033 | Creditor ID: 11199-01<br>TASTLE USA INC.<br>995 MCDONALD AVE<br>BROOKLYN NY 11230 | Creditor ID: 11200-01<br>TASTY PARK LLC<br>2122 11TH AVENUE SUITE B 300<br>BELLEVUE WA 98004 |
| Creditor ID: 9589-01<br>TATA ENTERPRISES<br>2177 HARBOR BAY PARKWAY<br>ALAMEDA CA 94502 | Creditor ID: 2007-01<br>TATA STEEL INTERNATIONAL (AMERICAS) INC.<br>475 N. MARTINGALE RD, SUITE 400<br>SCHAUMBURG IL 60173 | Creditor ID: 13888-01<br>TATA TEA EXTRACTIONS INC.,<br>1001 W.DR.M.L.KING BLVD<br>PLANT CITY FL 33566 |
| Creditor ID: 6825-01<br>TATE & LYLE CUSTOM INGREDIENTS<br>1631 SOUTH PRAIRIE DRIVE<br>SYCAMORE IL 60178 | Creditor ID: 18672-01<br>TATE & LYLE INGREDIENTS AMERICAS, INC<br>2200 EAST ELDORADO STREET<br>DECATUR IL 62525 | Creditor ID: 13889-01<br>TATOOSH SEAFOODS LLC<br>3407 EAST MARGINAL WAY SOUTH<br>T-25 PIER 24<br>SEATTLE WA 98134 |
| Creditor ID: 14516-01<br>TATUM COTTON COMPANY, LLC<br>1608 ROCKY BROOK RD.<br>OPELIKA AL 36801 | Creditor CO: 14517-01<br>TATUNG CO. OF AMERICA, INC.<br>2000 E. CARSON STREET<br>CARSON CA 90810 | Creditor ID: 13890-01<br>TATUNG COMPANY OF AMERICA INC<br>829 PICKENS INDUSTRIAL DR STE 1<br>MARIETTA GA 30062 |
| Creditor ID: 18674-01<br>TATUNG COMPANY OF AMERICA, INC.<br>2910 PACIFIC COMMERCE DR.<br>RANCHO DOMINGUEZ CA 90021 | Creditor ID: 18673-01<br>TATUNG COMPANY OF AMERICA, INC.<br>1050 EAST 223RD STREET<br>CARSON CA 90745 | Creditor ID: 13891-01<br>TATUNG COMPANY OF AMERICA, INC.<br>2850 EL PRESIDIO STREET<br>LONG BEACH CA 90810 |
| Creditor ID: 1567-01<br>TATUNG COMPANY OF AMERICA, INC.<br>1701 TIMBERLAKE DRIVE<br>ARLINGTON TX 76010 | Creditor ID: 9900-01<br>TAWA INCORPORATED<br>530 SANTA ROSA DR.<br>DES PLAINES IL 60018 | Creditor ID: 13892-01<br>TAWAKAL GIFTS SHOP<br>14225 INTERNATIONAL BLVD S. 112<br>TUKWILA WA 98168 |
| Creditor ID: 6826-01<br>TAY SHING CORPORATION<br>1948 TROUTMAN ST.<br>RIDGEWOOD NY 11385 | Creditor ID: 9590-01<br>TAYLOR DEVICES, INC. (TONAWANDA, NY)<br>90 TAYLOR DRIVE<br>NORTH TONAWANDA NY 14120 | Creditor ID: 11201-01<br>TAYLOR LUMBER, INC.<br>18253 ROUTE 73<br>MCDERMOTT OH 45652 |
| Creditor ID: 6827-01<br>TAYLOR MADE GOLF COMPANY, INC.<br>5545 FERMI COURT<br>CARLSBAD CA 92008 | Creditor ID: 18675-01<br>TAYLOR MADE-ADIDAS GOLF<br>10 QUEST DR<br>GREENVILLE SC 29605-3480 | Creditor ID: 14518-01<br>TAYLOR SCALE<br>2220 ENTRADE DEL SOL<br>LAS CRUCES NM 88001 |
| Creditor ID: 9591-01<br>TAYLOR SHELLFISH<br>130 LYNCH ROAD SE<br>SHELTON WA 98504 | Creditor ID: 9592-01<br>TAYLOR WHARTON CYLINDERS<br>521 GREEN COVE ROAD<br>HUNTSVILLE AL 35803 | Creditor ID: 14519-01<br>TAYLOR'S RESOURCE INC.<br>1162 ST. GEORGES AVE. UNIT #110<br>AVENEL NJ 07001 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 1568-01<br>TAYLORS RESOURCES INC.<br>51 CRAGWOOD ROAD, SUITE 301<br>SOUTH PLAINFIELD NJ 07080 | Creditor ID: 1569-01<br>TAZMANIAN FREIGHT SYSTEMS INC.<br>31 SPRING RUN ROAD EXTENSION<br>CORAOPOLIS PA 15108 | Creditor ID: 11202-01<br>TAZMANIAN FREIGHT SYSTEMS-ATLANTA<br>5136 SOUTHRIDGE PARKWAY,SUITE 110<br>COLLEGE PARK GA 30349 |
| Creditor ID: 2008-01<br>TAZO TEA COMPANY<br>2401 UTAH AVE SO<br>SEATTLE WA 98134 | Creditor ID: 13893-01<br>TB FISH IMPORTS INC.<br>1912 E. VERNON AVE., SUITE 100<br>VERNON CA 90058 | Creditor ID: 14520-01<br>TBBGL<br>780 ELKRIDGE LANDING ROAD STE:100<br>LINTHICUM MD 21090 |
| Creditor ID: 9593-01<br>TBC CORPORATION<br>4770 HICKORY HILL ROAD<br>MEMPHIS TN 30144 | Creditor ID: 3953-01<br>TBR GROUP, INC.<br>2012 E. PHELPS, SUITE A<br>SPRINGFIELD MO 65802 | Creditor ID: 14521-01<br>TC INDUSTRIES PROCESSED STEEL<br>3703 SOUTH ROUTE 31<br>CRYSTAL LAKE IL 60012 |
| Creditor ID: 9901-01<br>TCC RETAIL MARKETING INC.<br>285 RIVERSIDE AVE<br>WESTPORT CT 06880 | Creditor ID: 11203-01<br>TCI INTERNATIONAL INC<br>3541GATEWAY BLVD<br>FREMONT CA 94538 | Creditor ID: 11204-01<br>TCM<br>6281 BEACH BLVD. SUITE 308<br>BUENA PARK CA 90621 |
| Creditor ID: 14522-01<br>TCW TRENDS INC.<br>879 WEST 190TH ST. SUITE 940<br>GARDENA CA 90248 | Creditor ID: 14523-01<br>TDC USA, INC<br>14 MADISON ROAD<br>FAIRFIELD NJ 07004 | Creditor ID: 18676-01<br>TDI ENTERPRISES<br>14335 FOOTHILL ROAD<br>GOLDEN CO 80401 |
| Creditor ID: 14524-01<br>TDK ELECTRONICS CORP<br>3190 E. MIRA LOMA AVE.<br>ANAHEIM CA 92806 | Creditor ID: 9594-01<br>TEA IMPORTERS INCORPORATED<br>47 RIVERSIDE AVE<br>WESTPORT CT 06880 | Creditor ID: 6828-01<br>TEAC AMERICA, INC.<br>1834 GAGE ROAD<br>MONTEBELLO CA 90640 |
| Creditor ID: 18677-01<br>TEAL ELECTRONICS<br>10350 SORRENTO VALLEY ROAD<br>SAN DIEGO CA 92121 | Creditor ID: 1570-01<br>TEAM PRODUCTS<br>43 US HIGHWAY 46 EAST<br>PINE BROOK NJ 07058 | Creditor ID: 14525-01<br>TEAM WORK TRADING<br>221 BOYD ST.#B<br>LOS ANGELES CA 90013 |
| Creditor ID: 13894-01<br>TEAM WORLDWIDE<br>405 SUNPORT LANE #450<br>ORLANDO FL 32809 | Creditor ID: 6829-01<br>TEC NONFERROUS, INC.<br>18939 BRAMHALL<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 18678-01<br>TECH CONTRACTORS<br>1373 HWY 15<br>WINNSBORO LA 71295 |
| Creditor ID: 18679-01<br>TECH DATA CORP-FONTANA DISTRIBUTION CENTER<br>13472 MARLAY AVENUE<br>FONTANA CA 92337 | Creditor ID: 9595-01<br>TECH INDUSTRIALS INC.<br>37-02 LENOX DRIVE<br>FAIR LAWN NJ 07410 | Creditor ID: 2068-01<br>TECH PRODUCTS INC<br>1264-C LA QUINTA DRIVE<br>ORLANDO FL 32859 |
| Creditor ID: 11205-01<br>TECHLIN SPECIALTY INC.<br>133 BELMONT DRIVE<br>SOMERSET NJ 08873 | Creditor ID: 6830-01<br>TECH-MED SERVICES, INC. (AR)<br>275 OAK TREE<br>PALISADES NY 10964 | Creditor ID: 11206-01<br>TECHNA GLASS INC.<br>460 WEST 9000 SOUTH<br>SANDY UT 84070 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 9596-01
TECHNICAL COATING INTL
150 BACKHOE RD. HWY 17
LELAND NC 28451

Creditor ID: 2069-01
TECHNICOLOR CONNECTED HOME USA LLC
4049 INDUSTRIAL PARKWAY DRIVE
LEBEC CA 93243

Creditor ID: 6832-01
TECHNICOLOR CONNECTED HOME USA LLC
905 JOSHUA WAY, STE A
VISTA CA 92081

Creditor ID: 6831-01
TECHNICOLOR CONNECTED HOME USA LLC
101 WEST 103RD STREET
INDIANAPOLIS IN 46290

Creditor ID: 9597-01
TECHNICOLOR HOME ENTERTAINMENT SERVICES
5215 LAMAR AVE
MEMPHIS TN 38118

Creditor ID: 11207-01
TECHNICOLOR USA, INC
101 W. 103RD STREET
INDIANAPOLIS IN 46290

Creditor ID: 9598-01
TECHNICOLOR USA, INC.
5491 E. PHILADELPHIA STREET
ONTARIO CA 91761

Creditor ID: 6833-01
TECHNICOLOR VIDEO SERVICES
39000 WEST SEVEN MILE ROAD
LIVONIA MI 48152

Creditor ID: 9599-01
TECHNICOLOR VIDEOCASSETTE OF MICHIGAN,  INC.
4155 HOLMES ROAD SUITE 3
MEMPHIS TN 38118

Creditor ID: 14526-01
TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC
5140 MEMPHIS OAKS DRIVE
MEMPHIS TN 38118

Creditor ID: 11208-01
TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC.
8249 NORTH HAGGERTY ROAD
CANTON MI 48187

Creditor ID: 11209-01
TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC.
12802 ARTESIAN
DETROIT MI 48223

Creditor ID: 4446-01
TECHNICOLOR VIDEOCASSETTE OF MICHIGAN, INC.
PINNACLE LOGISTICS PARK
24450 GLENDALE
REDFORD MI 48239

Creditor ID: 19107-97
TECHNICOLOR-CONNECTED HOME USA LLC
C/O FAEGRE BAKER DANIELS LLP
ATTN GEORGE R MESIRES
311 S WACKER DR, STE 4300
CHICAGO IL 60606

Creditor ID: 11210-01
TECHNICOTE INC.
3200 N. 25TH ST.
TERRE HAUTE IN 47804

Creditor ID: 11211-01
TECHNIGLOVE INTERNATIONAL INC.
1280 GRAPHITE DRIVE
CORONA CA 92881

Creditor ID: 3955-01
TECHNO CATCH
HIGHWAY 12 EAST
KOSCIUSKO MS 39090

Creditor ID: 13895-01
TECHNOGEL AMERICA INC.
826 MAHLER ROAD
BURLINGAME CA 94010

Creditor ID: 3956-01
TECHNOLOGY CONSERVATION
715 S. EASY ST.
LECANTO FL 34461

Creditor ID: 6834-01
TECHNOLOGY FLAVORS & FRANGRANCES
10 EDISION STREET EST
AMITYVILLE NY 11701

Creditor ID: 18680-01
TECHNOLOGY INCORPORATED
120 WILSON ROAD
BENTLEYVILLE PA 15314

Creditor ID: 6835-01
TECHTRONIC INDUSTRIES COMPANY LIMITED NT
24F, CDW BUILDING,
388 CASTLE PEAK RD
TSUEN WAN  HONG KONG
CHINA

Creditor ID: 12660-01
TECNOCAP LLC
1701 WHEELING AVENUE
GLEN DALE WV 26038

Creditor ID: 14527-01
TECNOCAP METAL LITHOGRAPHY
2100 GRISWOLD STREET
WARREN OH 44483

Creditor ID: 11212-01
TECO-WESTINGHOUSE MOTOR COMPANY
5100 NORTH IH35
ROUND ROCK TX 78681

Creditor ID: 18751-01
TECPRO CORPORATION
3555 ATLANTA INDUSTR. PARKWAY
ATLANTA GA 30331

Creditor ID: 14528-01
TED INOUE JAAMCO
P.O. BOX 290852
PHELAN CA 92329

Creditor ID: 14529-01
TEDFORD TELLICO, INC
9181 HUNTER VALLEY LANE
KNOXVILLE TN 37922

Creditor ID: 2070-01
TEDIA CO., LTD.
1000 TEDIA WAY
FAIRFIELD OH 45014

Creditor ID: 11213-01
TEE GROUP FILMS
605 NORTH MAIN STREET
LADD IL 61329

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18643-01<br>TEECO PRODUCTS, INC.<br>16881 ARMSTRONG AVENUE<br>IRVINE CA 92714 | Creditor ID: 13896-01<br>TEE-ZED PRODUCTS, LLC<br>5500 ADAMS FARM LANE, SUITE 200<br>GREENSBORO NC 27407 | Creditor ID: 13897-01<br>TEGOL INC<br>955 VENICE BLVD.<br>LOS ANGELES CA 90015 |
| Creditor ID: 2071-01<br>TEIJIN KASEI AMERICA,INC<br>3500 PARKWAY LANE SUITE 310<br>NORCROSS GA 30092 | Creditor ID: 6836-01<br>TEJAS WINDOW COVERING CO.<br>5015 GESSNER DR SUITE D<br>HOUSTON TX 77041 | Creditor ID: 3957-01<br>TEKMATEX, INC.<br>3601 PERFORMANCE RD.<br>P.O. BOX 667429<br>CHARLOTTE NC 28266 |
| Creditor ID: 14530-01<br>TEKNA<br>1468 86TH ST<br>BROOKLYN NY 11228-3430 | Creditor ID: 18752-01<br>TEKNION STUDIO GROUP, LLC<br>3940 US HIGHWAY 70 BUS<br>WEST CLAYTON NC 27250 | Creditor ID: 17396-01<br>TEKNOR APEX COMPANY<br>420 SOUTH 6TH AVENUE<br>CITY OF INDUSTRY CA 91746 |
| Creditor ID: 2072-01<br>TEKRA CORPORATION<br>16700 WEST LINCOLN AVE<br>NEW BERLIN WI 53151 | Creditor ID: 9600-01<br>TEKTRONIX, INC.<br>P O BOX 1600<br>BEAVERTON OR 97076 | Creditor ID: 9601-01<br>TELECYCLE LLC<br>195 NORTH BREVARD AVENUE<br>COCOA BEACH FL 32931 |
| Creditor ID: 18753-01<br>TELEDYNAMICS, L.L.P. (AUSTIN, TX)<br>2200 WHELESS LANE<br>AUSTIN TX 78723 | Creditor ID: 3958-01<br>TELEFLEX, INC. - OLIVE BRANCH DC<br>11245 N DISTRIBUTION COVE<br>OLIVE BRANCH MS 38654 | Creditor ID: 11214-01<br>TELEFLORA LLC<br>11444 W. OLYMPIC BLVD.<br>LOS ANGELES CA 90064 |
| Creditor ID: 13898-01<br>TELEGENIX INC<br>71 INDEL AVENUE<br>RANCOCAS NJ 08073 | Creditor ID: 18754-01<br>TELEVES USA,LLC<br>425 SOUTH CHERRY ST, SUITE 635<br>DENVER CO 80246 | Creditor ID: 18644-01<br>TELLAS LTD.<br>600 SYLVAN AVENUE, SUITE 406<br>ENGLEWOOD CLIFFS NJ 07632 |
| Creditor ID: 6837-01<br>TELLEYRAND INDUSTRIES<br>900 2ND STREET NE - SUITE 309<br>WASHINGTON DC 20002 | Creditor ID: 2073-01<br>TEMKIN INTERNATIONAL, INC.<br>213 SOUTH TEMKIN WAY<br>PAYSON UT 84651 | Creditor ID: 6838-01<br>TEN STRAWBERRY STREET<br>3837 MONOCO PARKWAY<br>DENVER CO 80207 |
| Creditor ID: 3959-01<br>TENARIS GLOBAL SERVICE HOUSTON<br>2200 WEST LOOP SOUTH, SUITE 800<br>HOUSTON TX 77027 | Creditor ID: 3960-01<br>TENCARVA MACHINERY COMPANY<br>1410 MILL RACE DRIVE<br>SALEM VA 24153 | Creditor ID: 9703-01<br>TENEUES PUBLISHING CO.<br>16 WEST 22ND STREET<br>NEW YORK NY 10010 |
| Creditor ID: 9704-01<br>TENGYUE IMP & EXP USA INC.<br>2979 S ARCHER AVE UNIT 1F<br>CHICAGO IL 60608 | Creditor ID: 14531-01<br>TENNESSEE ALLOYS COMPANY<br>101 GARNER ROAD<br>BRIDGEPORT AL 35740 | Creditor ID: 11215-01<br>TENNESSEE FARMERS COOPERATIVE<br>180 OLD NASHVILLE HWY<br>LAVERGNE TN 37086 |
| Creditor ID: 18755-01<br>TENNESSEE FASTENING TECHNOLOGY<br>1974 MIDWAY LN.<br>SMYRNA TN 37167 | Creditor ID: 9705-01<br>TEON USA COPRORATION<br>789 NORTH CANYON PARKWAY<br>LIVERMORE CA 94551 | Creditor ID: 13899-01<br>TEON USA CORPORATION<br>6700 GOLDEN GATE DRIVE SUITE #B<br>DUBLIN CA 94568 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 3961-01<br>TEPP CHEMICAL LLC<br>10707 CORPORATE DR SUITE 140<br>STAFFORD TX 77477 | Creditor ID: 6839-01<br>TEQUESTA BAY FOODS, INC.<br>5000 S.W. 75TH AVE STE 126<br>MIAMI FL 33155 | Creditor ID: 2074-01<br>TEREX GENIE (OKLAHOMA)<br>9528 WEST I-40 SERVICE ROAD<br>OKLAHOMA CITY OK 73128 |
| Creditor ID: 14532-01<br>TEREX SOUTH DAKOTA<br>8987 GRAHAM ROAD N.E.<br>MOSES LAKE WA 98837 | Creditor ID: 6840-01<br>TEREX-AMERICAN CRANES CORP<br>202 RALEIGH STREET<br>WILMINGTON NC 28412 | Creditor ID: 14533-01<br>TERICO<br>1723 JUNCTION AVE<br>SAN JOSE CA 95112 |
| Creditor ID: 2075-01<br>TERICO TILE<br>1723 JUNCTION AVENUE<br>SAN JOSE CA 95112 | Creditor ID: 7312-01<br>TERNES PACKAGING-MONROE<br>1015 TERNES DRIVE<br>MONROE MI 48162-2543 | Creditor ID: 3962-01<br>TERRA COTTAGE INC<br>1215 BIG ORANGE ROAD<br>CORDOVA TN 38018 |
| Creditor ID: 13900-01<br>TERRA NOVA TRADING, INC.<br>1714 FRANKLIN ST, SUITE 200<br>OAKLAND CA 94612 | Creditor ID: 2076-01<br>TERRA TILE & MARBLE<br>525 NORTH  STATE RD<br>MANOR NY 10510 | Creditor ID: 13901-01<br>TERRANOVA IMPORTS CORP<br>5301 TACONY STREET BOX 323<br>PHILADELPHIA PA 19137 |
| Creditor ID: 14534-01<br>TERRAPIN BEER COMPANY, LLC<br>265 NEWTON BRIDGE RD<br>ATHENS GA 30607 | Creditor ID: 2077-01<br>TERRAZZO & MARBLE SUPPLY COMPANIES<br>77 SOUTH WHEELING ROAD<br>WHEELING IL 60090 | Creditor ID: 3963-01<br>TERRESCA IMPORTS LTD<br>3001 COMMUNICATRIONS PARKWAY #1015<br>PLANO TX 75093 |
| Creditor ID: 9706-01<br>TERRI LYNN FURNITURE INC.<br>4500 CAMBRIDGE STE. 100<br>FORT WORTH TX 76155 | Creditor ID: 11216-01<br>TERRY KOHN SALES<br>1438 CASTLEWOOD DR.<br>WHEATON IL 60189 | Creditor ID: 3964-01<br>TERRY'S VILLAGE<br>4206 SOUTH 108TH STREET<br>OMAHA NE 68137 |
| Creditor ID: 9707-01<br>TESLA MOTORS, INC.<br>3500 DEER CREEK ROAD<br>PALO ALTO CA 94304 | Creditor ID: 3965-01<br>TESOROS TRADING COMPANY<br>7251 W. LAKE MEAD BLVD. SUITE 300<br>LAS VEGAS NV 89128 | Creditor ID: 11217-01<br>TEST RITE<br>595 SUPREME DRIVE<br>BENSENVILLE IL 60106 |
| Creditor ID: 12661-01<br>TEST RITE INTERNATIONAL CANADA LTD.<br>2800 JOHN STREET UNIT 20<br>MARKHAM ON L3R OE2<br>CANADA | Creditor ID: 2080-01<br>TEST RITE PRODUCTS CORP.,<br>1716 SOUTHWEST COMMERCE DRIVE.<br>BENTONVILLE AR 72712 | Creditor ID: 2081-01<br>TEST RITE PRODUCTS CORP.,<br>5835 PEACHTREE CORNERS E STE D<br>NORCROSS GA 30092 |
| Creditor ID: 6841-01<br>TEST RITE PRODUCTS CORPORATION<br>1900 S. BURGUNDY PLACE<br>ONTARIO CA 91761 | Creditor ID: 14535-01<br>TETERS FLORAL PRODUCTS<br>1425 S. LILLIAN AVENUE<br>BOLIVAR MO 65613 | Creditor ID: 18756-01<br>TETERS FLORAL PRODUCTS INC.<br>921 SOUTH CHURCH AVENUE<br>LOUISVILLE MS 39339 |
| Creditor ID: 11218-01<br>TETERS FLORAL PRODUCTS INC.<br>1425 SOUTH ILLIAN AVE.<br>P.O. BOX 210<br>BOLIVAR MO 65613 | Creditor ID: 9708-01<br>TETON OUTFITTERS LLC DBA KLIM<br>3753 COUNTY LINE ROAD<br>RIGBY ID 83442 | Creditor ID: 13902-01<br>TETRA<br>3001 COMMERCE ST.<br>BLACKSBURG VA 24060 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18757-01<br>TETRA PAK GLOBAL SUPPLY SA<br>200 SOUTH PARK BLVD<br>GREENWOOD IN 46143 | Creditor ID: 3966-01<br>TETRA PAK MATERIALS LP<br>2200 EAST MALONE AVENUE<br>SIKESTON MO 63801 | Creditor ID: 18758-01<br>TEUFEL<br>160SW MILLER ROAD<br>PORTLAND OR 97220 |
| Creditor ID: 4447-01<br>TEVA PHARMACEUTICALS USA, INC.<br>1090 HORSHAM ROAD,<br>NORTH WALES PA 19454 | Creditor ID: 14536-01<br>TEVA PHARMACEUTICALS USA,INC<br>5000 SNYDER DRIVE<br>MEXICO IL 65265 | Creditor ID: 2082-01<br>TEX THREAD, INC.<br>9600 BAMBOO STREET<br>HOUSTON TX 77041 |
| Creditor ID: 6842-01<br>TEXAS BEST MARKETING & LOGISTICS<br>228 WEST CHURCH ST<br>SALISBURY VA 21801 | Creditor ID: 6843-01<br>TEXAS BONDED WAREHOUSE INC<br>5811 E SAUNDERS HWY 59<br>LAREDO TX 78043 | Creditor ID: 3967-01<br>TEXAS COTTON MARKETING CORPORATION<br>504 W. 7TH ST<br>AUSTIN TX 78723 |
| Creditor ID: 2083-01<br>TEXAS FURNACE, LLC<br>7037 BRITTMORE<br>HOUSTON TX 77041 | Creditor ID: 6844-01<br>TEXAS J&L VENTURE, INC.<br>9503 HARWIN DRIVE<br>HOUSTON TX 77036 | Creditor ID: 9709-01<br>TEXAS OKLAHOMA PRODUCTIONS<br>1813 QUAILWOOD<br>ENID OK 73703 |
| Creditor ID: 4448-01<br>TEXAS QUALITY SEAFOOD, INC.<br>5315 GLENMONT DRIVE<br>HOUSTON TX 77081 | Creditor ID: 3968-01<br>TEXAS T & R ENTERPRISES, INC<br>3288 E. VERNON AVE #203<br>VERNON CA 90058 | Creditor ID: 18759-01<br>TEXIMPOR<br>7500 WESTSIDE AVENUE<br>NORTH BERGEN NJ 07047 |
| Creditor ID: 6845-01<br>TEXPERT LINEN LLC<br>1518 SOUTH INTERSTATE 35E SUITE 113<br>CARROLLTON TX 75006 | Creditor ID: 14537-01<br>TEXSTYLE INC.<br>6945 SPEEDWAY BLVD., BUILDING H.<br>LAS VEGAS NV 89115 | Creditor ID: 19152-97<br>TEXTAINER EQUIPMENT MGMT (US) LTD, ET AL.<br>C/O MCDERMOTT WILL & EMERY LLP<br>DARREN AZMAN, TIMOTHY WALSH,<br>ANDREW KRATENSTEIN, RILEY ORLOFF<br>340 MADISON AVE<br>NEW YORK NY 10173-1922 |
| Creditor ID: 9710-01<br>TEXTILE CENTE INC.<br>1038 EAST OLYMPIC BLVD.<br>LOS ANGELES CA 90021 | Creditor ID: 11220-01<br>TEXTILE CITY, INC.<br>741 E. 8TH STREET<br>LOS ANGELES CA 90021 | Creditor ID: 9711-01<br>TEXTILEMASTER INC<br>4030 BUFORD HIGHWAY<br>DULUTH GA 30096 |
| Creditor ID: 6846-01<br>TEXTILES COATED INTERNATIONAL<br>200 BOUCHARD ST.<br>MANCHESTER NH 03103 | Creditor ID: 3969-01<br>TEXTILES FROM EUROPE (VICTORIA CLASSICS)<br>2170 ROUTE 27<br>EDISON NJ 08817 | Creditor ID: 11221-01<br>TEXTILES UNLIMITED, INC.<br>303 5TH AVE.<br>NEW YORK NY 10016 |
| Creditor ID: 2084-01<br>TEXTRON MARINE AND LAND SYSTEMS<br>1010 GAUSE BLVD.<br>SLIDELL LA 70458 | Creditor ID: 2085-01<br>TEXTRON TURFCARE<br>11524 WILMAR STREET<br>CHARLOTTE NC 28273 | Creditor ID: 14538-01<br>TEXWOOD INDUSTRIES LP<br>603 BIG STONE GAP ROAD<br>DUNCANVILLE TX 75137 |
| Creditor ID: 7313-01<br>TFH PUBLICATIONS<br>CENTRAL PET&GARDEN<br>13227 ORDEN DRIVE<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 7346-01<br>TG MEDICAL (USA) INC<br>165 NORTH ASPAN AVENUE<br>AZUSA CA 91702 | Creditor ID: 14539-01<br>TGF PRODUCTION LLC<br>191 CENTRE STREET<br>BROOKLYN NY 11231 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 14540-01
TGPOLYMERS, INC.
667 HILLS POND ROAD
WEBSTER NY 14580

Creditor ID: 11222-01
TH WEISS
2 JOHNSON RD
LAWRENCE NY 11559

Creditor ID: 3970-01
THAILAND FOOD CORP.
4821 N. BROADWAY
CHICAGO IL 60640

Creditor ID: 13903-01
THAINK AT INC.
16927 S. MAIN STREET. UNIT C.
GARDENA CA 90248

Creditor ID: 6847-01
THAT'S COOL INC.
27696 HIGHWAY 730/PO BOX 430
UMATILLA OR 97882

Creditor ID: 9712-01
THAYER COGGIN
230 SOUTH ROAD
HIGH POINT NC 27262

Creditor ID: 13904-01
THE  VILLAGE WINE
14 EAST 4TH SUITE 604
NEW YORK NY 10012

Creditor ID: 9713-01
THE ADIDAS GROUP
1895 J.W. FOSTER BOULEVARD
CANTON MA 02021

Creditor ID: 14541-01
THE ALMOND COMPANY
22648 ROAD 9
CHOWCHILLA CA 93610

Creditor ID: 2086-01
THE AMBRIOLA CO. INC.
2 BURMA RD.
JERSEY CITY NJ 07305

Creditor ID: 13905-01
THE AME & ABX MIAMI
8501 N.W. 17TH STREET, SUITE 120
MIAMI FL 33126

Creditor ID: 18760-01
THE AMERICA GROUP, INC
9700 NE 126TH AVE
VANCOUVER WA 98682

Creditor ID: 14542-01
THE ANCHOR HOCKING COMPANY
1115 WEST FIFTH AVENUE
LANCASTER OH 43130

Creditor ID: 3971-01
THE APPAREL GROUP LTD.
883 TRINITY DRIVE
LEWISVILLE TX 75056

Creditor ID: 11223-01
THE APPAREL MAKER LLC
883 TRINITY DRIVE
LEWISVILLE TX 75056

Creditor ID: 11224-01
THE ARLEE GROUP
261 5TH AVE.
NEW YORK NY 10016

Creditor ID: 17397-01
THE ARTISAN COLLECTION
365 BRIDGE STREET
BROOKLYN NY 11201

Creditor ID: 2087-01
THE AUTHENRIETH CO.
PO BOX 4648, THOUSAND OAKS 91359
30423 CANWOOD ST. SUITE 235
AGOURA HILLS CA 91301

Creditor ID: 2088-01
THE BAG FACTORY
197 WEST SPRING VALLEY AVENUE
MAYWOOD NJ 07607

Creditor ID: 6848-01
THE BELKNAP WHITE GROUP INC
111 PLYMOUTH STREET
MANSFIELD MA 02048

Creditor ID: 2089-01
THE BENZ/MISSION FIBER GROUP
12224 MONTAGUE STREET
PACOIMA CA 91331

Creditor ID: 14543-01
THE BEST USA INT'L TRADING INC.
136-20 38TH AVE., SUITE 10E
FLUSHING NY 11354

Creditor ID: 2090-01
THE BOEING COMPANY
6811 SOUTH 204TH STREET
KENT WA 98032

Creditor ID: 9714-01
THE BOHEA ASSOCIATES NY LTD.
30-65 VERNON BLVD.
ASTORIA NY 11102

Creditor ID: 14544-01
THE BOMBAY COMPANY, INC.
550 BAILEY AVENUE
FORT WORTH TX 76107

Creditor ID: 6849-01
THE BON TON STORES INC. PRIVATE BRANDS
331 WEST WISCONSIN AVENUE
MILWAUKEE WI 53203

Creditor ID: 3972-01
THE BON-TON DEPARTMENT STORES, INC.
2801 EAST MARKET STREET
YORK PA 17402

Creditor ID: 11225-01
THE BOSTON BEER COMPANY
ONE DESIGN CENTER PLACE SUITE 850
BOSTON MA 02210

Creditor ID: 18761-01
THE BOYD AND LAM COMPANY
366 PEARSHALL AVE.  SUITE #2
CEDARHURST NY 11516

Creditor ID: 11226-01
THE BRADBURN COMPANY
1500 MARIETTA BLVD
ATLANTA GA 30318

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 13906-01
THE BRADFORD GROUP
854 GOLF LANE
BENSENVILLE IL 60106

Creditor ID: 13907-01
THE BURMAX COMPANY
28 BARRETTS AVENUE
HOLTSVILLE NY 11742

Creditor ID: 6850-01
THE CALIFORNIA REDWOOD COMPANY
5151 N US HIGHWAY 101
EUREKA CA 95503-9447

Creditor ID: 18762-01
THE CALPHALON CORPORATION
3RD & D ST
PERRYSBURG OH 43551

Creditor ID: 18763-01
THE CALPHALON CORPORATION
6100 BENORE ROAD
TOLEDO OH 43604

Creditor ID: 6851-01
THE CALPHALON CORPORATION
17182 NEVADA AVENUE
VICTORVILLE CA 92394

Creditor ID: 2091-01
THE CALPHALON CORPORATION
20750 MIDSTAR DRIVE
BOWLING GREEN OH 43402

Creditor ID: 10370-01
THE CAMELOT COMPANY
9865 WEST LELAND AVNUE
SCHILLER PARK IL 60176

Creditor ID: 13908-01
THE CANNON GROUP
5037 PINE CREEK DRIVE
WESTERVILLE OH 43081

Creditor ID: 13909-01
THE CANNON GROUP INC.
1177 JOYCE AVE
COLUMBUS OH 43085

Creditor ID: 6852-01
THE CANNON GROUP INC. (WESTERVILLE, OH)
5037 PINE CREEK DR.
WESTERVILLE OH 43081

Creditor ID: 14545-01
THE CARRIAGE HOUSE COMPANIES
ONE QUALITY PLACE
BUCKNER KY 40010

Creditor ID: 9715-01
THE CAYRE GROUP
1407 BROADWAY
NEW YORK NY 10018

Creditor ID: 14012-01
THE CHAIR FACTORY
214 BOWERY
NEW YORK NY 10012

Creditor ID: 3973-01
THE CHAIR KING INC.
5405 W. SAM HOUSTON PARKWAY NORTH
HOUSTON TX 77041

Creditor ID: 3974-01
THE CHEMOURS COMPANY , LLC
1007 MARKET STREET
WILMINGTON DE 19898

Creditor ID: 14013-01
THE CHILDREN?S PLACE, INC.
500 PLAZA DRIVE
SECAUCUS NJ 07094

Creditor ID: 9716-01
THE CHOICE PRODUCE INC.
1937 E. VERNON AVE
VERNON CA 90058

Creditor ID: 14014-01
THE CLOROX INTERNATIONAL COMPANY
1221 BROADWAY
OAKLAND CA 94612-1888

Creditor ID: 6853-01
THE COCA COLA COMPANY
ONE COCA COLA PLAZA
ATLANTA GA 30313

Creditor ID: 2092-01
THE COLEMAN COMPANY, INC.
2111 E 37TH STREET
WICHITA KS 67201

Creditor ID: 18764-01
THE COLEMAN COMPANY.,INC.
3600 NORTH HYDRAULIC
WHICHITA KS 67219

Creditor ID: 11227-01
THE COLLECTOR'S ARMOURY, LTD
9404 GUNSTON COVE ROAD
LORTON VA 22079

Creditor ID: 3975-01
THE COLORADO DISTRIBUTION GROUP.
4735 LEYDEN
DENVER CO 80239

Creditor ID: 7314-01
THE CONSUMER PRODUCT
SHIPPERS' ASSOCIATION (CPSA)
231 BLOSSOM LANE
WEST PALM BEACH FL 33404

Creditor ID: 2093-01
THE CONTAINER STORE
500 FREEPORT PARKWAY
COPPELL TX 75019-3863

Creditor ID: 11228-01
THE COPELAND CO., INC.
3701 W. CHERRY STREET/PO BOX 23493
TAMPA FL 33607

Creditor ID: 2094-01
THE CRISPIN COMPANY
2009 LUBBOCK STREET
HOUSTON TX 77007

Creditor ID: 9717-01
THE CROWELL CORPORATION
AT HARDING AV.1 CROWELL ROAD
NEWPORT DE 19804

Creditor ID: 3976-01
THE DANNON COMPANY, INC
100 HILLSIDE AVENUE
WHITE PLAINS NY 10603

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9718-01<br>THE DANNON COMPANY, INC.<br>1300 WEST PETER SMITH STREET<br>FORT WORTH TX 76104 | Creditor ID: 3977-01<br>THE DAVID J. JOSEPH COMPANY<br>300 PIKE STREET<br>CINCINNATI OH 45202 | Creditor ID: 11229-01<br>THE DEAN COMPANY<br>800 BEE STREET<br>PRINCETON WV 24740 |
| Creditor ID: 9719-01<br>THE DELONG CO., INC.<br>214 ALLEN STREET<br>CLINTON WI 53525 | Creditor ID: 11230-01<br>THE DESIGN & SOURCE HOLDING CO.<br>99 HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 14015-01<br>THE DIZE COMPANY<br>1512 SOUTH MAIN ST.<br>WINSTON-SALEM NC 27127 |
| Creditor ID: 3978-01<br>THE DMC CORPORATION<br>PORT KEARNY BUILDING 10<br>SOUTH KEARNY NJ 07032 | Creditor ID: 2095-01<br>THE DOW CHEMICAL COMPANY<br>2301 BRAZOSPORT BLVD<br>FREEPORT TX 77541 | Creditor ID: 11231-01<br>THE DOW CHEMICAL COMPANY<br>WAREHOUSE 29010<br>C/O LINDEN WHSE & DIST.<br>4200 TRIMLEY POINT RD<br>LINDEN NJ 07036 |
| Creditor ID: 3979-01<br>THE EDWIN M. KNOWLES CHINA COMPANY<br>9333 N. MILWAUKEE AVE.<br>NILES IL 60714 | Creditor ID: 18645-01<br>THE EMPIRE COMPANY LAKELAND<br>FIRST PARK AT BRIDGEWATER<br>6850 FIRST PARK BLVD SUITE 100<br>LAKELAND FL 33805 | Creditor ID: 14016-01<br>THE EMPIRE COMPANY, INC.<br>8181 LOGISTIC DRIVE<br>ZEELAND MI 49464 |
| Creditor ID: 6854-01<br>THE EMPIRE UNITED INT'L GROUP INC.<br>144-16 35TH AVE., SUITE 3B<br>FLUSHING NY 11354 | Creditor ID: 2096-01<br>THE ENCORE GROUP<br>127675 STOWE DRIVE<br>POWAY CA 92064 | Creditor ID: 2097-01<br>THE ENCORE GROUP:UNITED DESIGN<br>2550 EMPIRE DRIVE<br>WINSTON-SALEM NC 27103 |
| Creditor ID: 11232-01<br>THE ESTEE LAUDER COMPANIES, INC.<br>110 E 59TH STREET,<br>NEW YORK NY 10022 | Creditor ID: 9720-01<br>THE EVERCARE COMPANY<br>ONE EVERCARE WAY<br>WAYNESBORO GA 30830 | Creditor ID: 14017-01<br>THE FANNING COPRORATION<br>2450 WEST HUBBARD STREET<br>CHICAGO IL 60612 |
| Creditor ID: 11333-01<br>THE FASHION EXCHANGE LLC<br>1407 BROADWAY SUITE 2600<br>NEW YORK NY 10018 | Creditor ID: 9721-01<br>THE FIFTH ELEMENT<br>117 W. 9TH STREET, SUITE 314<br>LOS ANGELES CA 90015 | Creditor ID: 3980-01<br>THE FINISH LINE, INC.<br>3308 N. MITTHOEFFER ROAD<br>INDIANAPOLIS IN 46235 |
| Creditor ID: 2098-01<br>THE FISHIN' COMPANY<br>3714 MAIN STREET<br>PITTSBURGH PA 15120 | Creditor ID: 9722-01<br>THE FOREIGN BUYERS' CLUB USA, INC.<br>7055 MARCELLE STREET<br>PARAMOUNT CA 90723 | Creditor ID: 14546-01<br>THE FOREST GROUP, INC<br>5600 BONHOMME ROAD<br>HOUSTON TX 77036 |
| Creditor ID: 3981-01<br>THE FREEMAN CORPORATION<br>415 MAGNOLIA ST. - PO BOX 96<br>WINCHESTER KY 40391 | Creditor ID: 11334-01<br>THE FRESH CONNECTION<br>3722 MT DIABLO BLVD<br>LAFAYETTE CA 94549 | Creditor ID: 6855-01<br>THE FUNKTION WEAR INC.<br>1220 26TH STREET<br>OAKLAND CA 94607 |
| Creditor ID: 9723-01<br>THE FURNITURE NETWORK INC.<br>4001 BRIARPARK<br>HOUSTON TX 77042 | Creditor ID: 9724-01<br>THE G.S.HALY COMPANY<br>156 ARCH STREET<br>REDWOOD CA 94062 | Creditor ID: 14547-01<br>THE GAP, INC - PIPERLIME<br>2 FOLSOM STREET<br>SAN FRANCISCO CA 94105 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6856-01<br>THE GILLETTE COMPANY<br>18 INDEPENDENCE DRIVE<br>C/O PROCTOR & GAMBLE DEVENS<br>PACK CENTER<br>DEVENS MA 01434 | Creditor ID: 14018-01<br>THE GLEASON WORK<br>1000 UNIVERSITY AVE<br>ROCHESTER NY 14607 | Creditor ID: 2099-01<br>THE GNS GROUP<br>4017 COLBY AVENUE<br>EVERETT WA 98201 |
| Creditor ID: 6857-01<br>THE GOLDEN RABBIT II, INC<br>PO BOX 188, ARLINGTON, VA 22201<br>ARLINGTON VA 22201 | Creditor ID: 14019-01<br>THE GOLF WAREHOUSE, INC.<br>8851 E. 34TH STREET NORTH<br>WICHITA KS 67220 | Creditor ID: 11335-01<br>THE GOMBOS COMPANY, LLC<br>37188 COUNTY ROAD 28<br>WOODLAND CA 95695 |
| Creditor ID: 2009-01<br>THE GOMBOS COMPANY, LLC<br>900 TRUXTUN AVENUE, SUITE 130<br>BAKERSFIELD CA 93301 | Creditor ID: 14020-01<br>THE GOODYEAR RUBBER & TIRE CO LTD<br>500 BUSINESS CENTER DR<br>STOCKBRIDGE GA 30281-6369 | Creditor ID: 14548-01<br>THE GOODYEAR TIRE & RUBBER CO<br>7633 AMERICAN WAY<br>GROVELAND FL 34736 |
| Creditor ID: 18765-01<br>THE GOODYEAR TIRE & RUBBER CO.<br>201 KINGS MILL COURT<br>MCDONOUGH GA 30253 | Creditor ID: 18766-01<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>1 GOODYEAR BOULEVARD<br>LAWTON OK 73505-9739 | Creditor ID: 3982-01<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>500 BUSINESS CENTER DR. STOCKBRIDGE<br>STOCKBRIDGE GA 30281 |
| Creditor ID: 14021-01<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>905000 HWY 24<br>WEST TOPEKA KS 66618 | Creditor ID: 6858-01<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>4221 PILOT DRIVE<br>MEMPHIS TN 38118 | Creditor ID: 14549-01<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>6650 RAMSEY STREET<br>FAYETTEVILLE NC 28311-9399 |
| Creditor ID: 14022-01<br>THE GOODYEAR TIRE AND RUBBER CO.<br>3095 CORPORATE DRIVE<br>DEKALB IL 60115 | Creditor ID: 14550-01<br>THE GOODYEAR TIRE&RUBBER COMPANY<br>1224 OAK POINT AVE<br>BRONX NY 10474 | Creditor ID: 18767-01<br>THE GORMAN RUPP COMPANY<br>305 BOWMAN STREET<br>MANSFIELD OH 44901 |
| Creditor ID: 3983-01<br>THE GRANITE & MARBLE DEPOT<br>19636 97TH AVE SUITE #1<br>MOKENA IL 60448 | Creditor ID: 14551-01<br>THE GREAT FISH COMPANY, LLC<br>700 6TH ST NW<br>WINTER HAVEN FL 33881 | Creditor ID: 14552-01<br>THE GREAT FISH HOLDING CO LLC<br>DBA RIPTIDE FOODS<br>302 PROGRESS ROAD<br>AUBURNDALE FL 33823 |
| Creditor ID: 6859-01<br>THE GREAT INDOORS<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | Creditor ID: 3984-01<br>THE GRILL SERVICE CORPORATION<br>5270 EDISON AVENUE<br>CHINO CA 91710 | Creditor ID: 3985-01<br>THE GUNLOCKE COMPANY<br>1 GUNLOCKE DRIVE<br>WAYLAND NY 14572 |
| Creditor ID: 9725-01<br>THE HADLEY COMPANY<br>156A FRONT STREET<br>MARION MA 02738 | Creditor ID: 3986-01<br>THE HAIN CELESTIAL GROUP<br>58 SOUTH SERVICE ROAD<br>MELVILLE NY 11747 | Creditor ID: 12662-01<br>THE HAMILTON COLLECTION<br>9307 N. MILWAUKEE AVENUE<br>NILES IL 60714 |
| Creditor ID: 6860-01<br>THE HAMILTON COLLECTION INC<br>7018 A C SKINNER PARKWAY # 300<br>JACKSONVILLE FL 32256 | Creditor ID: 6861-01<br>THE HARRIS PRODUCT GROUP<br>4501 QUALITY PLACE<br>MASON OH 45040 | Creditor ID: 14553-01<br>THE HELMAN GROUP LTD.<br>1621 BEACON PLACE<br>OXNARD CA 93033 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9726-01<br>THE HENRY GROUP<br>3734 S. HWY. 34 SOUTH<br>GREENVILE TX 75402 | Creditor ID: 9727-01<br>THE HERSHEY COMPANY<br>100 CRYSTAL A DRIVE<br>HERSHEY PA 17033 | Creditor ID: 14023-01<br>THE HERSHEY COMPANY<br>19 EAST CHOCOLATE AVENUE<br>HERSHEY PA 17033 |
| Creditor ID: 6862-01<br>THE HIGHEST HEEL ENTERPRISES, LLC.<br>7645 NATIONAL TURNPIKE #160<br>LOUISVILLE KY 40214 | Creditor ID: 2100-01<br>THE HILLMAN GROUP INC<br>500 TITTLE ROAD  SUITE 300<br>LEWISVILLE TX 75056 | Creditor ID: 6863-01<br>THE HILLMAN GROUP INC<br>10590 HAMILTON AVENUE<br>CINCINNATI OH 45231 |
| Creditor ID: 14555-01<br>THE HILLMAN GROUP INC.<br>3209 AIRPORT ROAD<br>LA CROSSE WI 54603 | Creditor ID: 14554-01<br>THE HILLMAN GROUP INC.<br>3650 PORT JACKSONVILLE PARKWAY<br>ROOM 1 FLOOR 1<br>JACKSONVILLE FL 32226 | Creditor ID: 3987-01<br>THE HILLMAN GROUP, INC.<br>5000 FANUCCHI WAY<br>SHAFTER CA 93263 |
| Creditor ID: 18769-01<br>THE HIPAGE COMPANY, INC.<br>346 SHIPYARD BLVD,<br>POSEIDON PLAZA<br>WILMINGTON NC 28404 | Creditor ID: 14024-01<br>THE HOME DEPOT U.S.A., INC.<br>2455 PACES FERRY ROAD C-15<br>ATLANTA GA 30339 | Creditor ID: 18770-01<br>THE HOOVER COMPANY 1,LP<br>7005 COCHRAN ROAD<br>GLENWILLOW OH 44139 |
| Creditor ID: 2010-01<br>THE HOOVER COMPNAY 1, LP NORTH CANTON DC<br>4211 SHUFFEL DRIVE, N.W.<br>NORTH CANTON OH 44720 | Creditor ID: 9729-01<br>THE IMPEX GROUP<br>275 CENTENNIAL WAY STE 20<br>TUSTIN CA 92780-3708 | Creditor ID: 14025-01<br>THE INGREDIENTS COMPANY<br>28580 ORCHARD LAKE RD., SUITE 205<br>FARMINGTON HILLS MI 48334 |
| Creditor ID: 18771-01<br>THE INSINGER COMPANY<br>6245 STATE ROAD<br>PHILADELPHIA PA 19135 | Creditor ID: 14556-01<br>THE INTER TRADE COMPANY<br>2626 VENADO CAMINO<br>WALNUT CREEK CA 94598 | Creditor ID: 18646-01<br>THE INTERPORT CO INC<br>2300 EAST HIGGINS RD<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 11336-01<br>THE ISLAMIC DAWAH CENTRE,<br>IDC GIFT SHOP INVENTORY<br>201 TRAVIS<br>HOUSTON TX 77002 | Creditor ID: 6865-01<br>THE JAMCO GROUP<br>8405 MILO RD,<br>EMBARCADERO COMMERCE CENTER<br>LAREDO TX 78045 | Creditor ID: 14557-01<br>THE JANEL GROUP OF NEW YORK INC.<br>1319 NORTH BROAD STREET<br>HILLSIDE NJ 07205 |
| Creditor ID: 2101-01<br>THE JOHN D.WALSH CO. INC<br>235, MARGARET KING AVENUE<br>RINGWOOD NJ 07456 | Creditor ID: 14558-01<br>THE KIMBERRY CO., INC.<br>2885 S. CHERRY AVE<br>FRESNO CA 93706 | Creditor ID: 18772-01<br>THE KIRK COMPANY<br>201 ST. HELENS AVENUE<br>TACOMA WA 98402 |
| Creditor ID: 19153-97<br>THE KROGER CO., APEX MARITIME CO, ET AL.<br>C/O RIKER DANZIG SCHERER HYLAND ET AL.<br>RONALD LIEBMAN, CURTIS PLAZA, TARA SCHELLHORN<br>RACHEL GILLEN, JOSEPH SCHWARTZ<br>1 SPEEDWALL AVE, PO BOX 1981<br>MORRISTOWN NJ 07962-1981 | Creditor ID: 18773-01<br>THE KROGER CO/FRED MEYER INC.<br>3800 S.E. 22ND AVE<br>DBA THE KROGER COMPANY<br>PORTLAND OR 97202-2918 | Creditor ID: 14560-01<br>THE KS GROUP<br>100 A. WADE AVE<br>SOUTH PLAINFIELD NJ 07080 |
| Creditor ID: 18681-01<br>THE LAGUNITAS BREWING CO.,<br>1280 NORTH MCDOWELL BLVD.<br>PETALUMA CA 94954 | Creditor ID: 6866-01<br>THE LEBERMUTH CO<br>PO BOX 4103<br>SOUTH BEND IN 46634-4103 | Creditor ID: 6867-01<br>THE LEHIGH GROUP<br>2834 SCHOENECK RD.<br>MACUNGIE PA 18062 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18774-01<br>THE LIBMAN COMPANY<br>220 N. SHELDON COMPANY<br>ARCOLA IL 61910 | Creditor ID: 9730-01<br>THE LINDE GROUP<br>575 MOUNTAIN AVE<br>MURRAY HIL NJ 07974-2082 | Creditor ID: 3988-01<br>THE LITTLE TIKES COMPANY<br>16380 ROSCOE BLVD. SUITE 100<br>VAN NUYS CA 91406 |
| Creditor ID: 2102-01<br>THE MADISON COLLECTION<br>2632 N.MIAMI AVENUE<br>MIAMI FL 33127 | Creditor ID: 2103-01<br>THE MARIONETE COMPANY<br>2999 PIEDMONT RD<br>ATLANTA GA 30305 | Creditor ID: 3989-01<br>THE MARKETING STORE WORLDWIDE L.P.<br>701 E. 22ND STREET<br>LOMBARD IL 60148 |
| Creditor ID: 3990-01<br>THE MAZZETTA COMPANY, LLC<br>1990 ST. JOHNS AVE.<br>HIGHLAND PARK IL 60035-3183 | Creditor ID: 14562-01<br>THE MBC GROUP INC.<br>2212 ALL SAINTS LANE<br>PLANO TX 75025 | Creditor ID: 18775-01<br>THE MEKELBURG CO., INC.<br>107 TRUMBULL ST.<br>ELIZABETH NJ 07206 |
| Creditor ID: 18776-01<br>THE METRIX COMPANY<br>4400 CHAVENELLE RD.<br>DUBUQUE IA 52002 | Creditor ID: 11338-01<br>THE METRO GROUP / BUSINESS CENTER<br>12518 N AIRPORT WAY SUITE 148<br>PORTLAND OR 97230 | Creditor ID: 9731-01<br>THE MI GROUP<br>5060 AVALON RIDGE PKWY  UNIT 900<br>NORCROSS GA 30071 |
| Creditor ID: 9732-01<br>THE MI GROUP<br>118 ALGONQUIN PARKWAY<br>WHIPPANY NJ 07891 | Creditor ID: 9733-01<br>THE MI GROUP<br>2010 MCGRAW AVE<br>IRVINE CA 92614 | Creditor ID: 3991-01<br>THE MI GROUP (IL)<br>1051<br>BUFFALO GROVE IL 60089 |
| Creditor ID: 18777-01<br>THE MI GROUP SAN FRANCISCO<br>3527 ARDEN ROAD<br>HAYWARD CA 94545 | Creditor ID: 18778-01<br>THE MIGROUP<br>106 LUKENS DRIVE - ALISON MIRAGLIA<br>NEW CASTLE DE 19720 | Creditor ID: 9734-01<br>THE MIGROUP<br>3500 CLAYMOORE PARK DRIVE<br>HOUSTON TX 77043 |
| Creditor ID: 17398-01<br>THE MILLWORK TRADING CO. LTD.<br>1359 BROADWAY 21ST FLOOR<br>NEW YORK NY 10018 | Creditor ID: 3992-01<br>THE MONDAY COMPANY<br>786 BAYLISS DRIVE<br>MARIETTA GA 30068 | Creditor ID: 6868-01<br>THE MORET GROUP<br>1411 BROADWAY, 8TH FL<br>NEW YORK NY 10018 |
| Creditor ID: 6869-01<br>THE MOSAIC TILE COMPANY<br>7890 BACKLICK ROAD<br>SPRINGFIELD VA 22150 | Creditor ID: 14563-01<br>THE MUSEUM OF MODERN ART<br>11 WEST 53RD STREET<br>NEW YORK NY 10019 | Creditor ID: 18779-01<br>THE MUSIC LINK CORPORATION<br>31067 SAN CLEMENTE STREET<br>HAYWARD CA 94544 |
| Creditor ID: 18780-01<br>THE NAILCO GROUP INC<br>23200 HAGGERTY ROAD<br>FARMINGTON HILLS MI 48335 | Creditor ID: 11339-01<br>THE NATIONAL SUPER SERVICE COMPANY<br>3115 FRENCHMENS ROAD<br>TOLEDO OH 43607-2958 | Creditor ID: 6870-01<br>THE NATURAL LIGHT<br>1020 ARTHUR DRIVE<br>LYNN HAVEN FL 32444 |
| Creditor ID: 14564-01<br>THE NEW FRENCH BAKERY<br>828 KASOTA AVENUE<br>MINNEAPOLIS MN 55414 | Creditor ID: 3993-01<br>THE NEWARK GROUP<br>800 WEST CHURCH STREET<br>STOCKTON CA 95203 | Creditor ID: 18781-01<br>THE NORTH AMERICAN MARKETING CORPORATION<br>100 SANRICO DRIVE<br>MANCHESTER CT 06040 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 2011-01
THE NORTH FACE, A DIVISION OF VF OUTDOOR INC
2701 HARBOR BAY PARKWAY
ALAMEDA CA 94502

Creditor ID: 14026-01
THE NORTH FACE, A DIVISION OF VF OUTDOOR INC
2013 FARALLON DRIVE
SAN LEANDRO CA 94577

Creditor ID: 3994-01
THE NORTH FACE, A DIVISION OF VF OUTDOOR INC
2525 NORTH PLAZA DRIVE
VISALIA CA 93291

Creditor ID: 6871-01
THE NUTRO COMPANY
1550 W. MCEWEN DRIVE
FRANKLIN TN 37067

Creditor ID: 18782-01
THE ONE SHIPPING INC.
717 BREA CANYON ROAD SUITE 13
WALNUT CA 91789

Creditor ID: 3995-01
THE OPICI WINE GROUP
25 DEBOAER DRIVE
GLEN ROCK NJ 07452

Creditor ID: 9735-01
THE ORDER OF SASS FOODS INC.
PO BOX 251, SUITE 1475
COMMERCE COURT NORTH
TORONTO ON M5L1E9
CANADA

Creditor ID: 11340-01
THE ORIENT LTD
1433 PINEWOOD ST.
RAHWAY NJ 07065

Creditor ID: 7315-01
THE ORIGINAL SOURCE INC.
3048 SW HIGH DESERT DRIVE, SUITE R
PRINEVILLE OR 97754

Creditor ID: 18783-01
THE OUTDOOR RECREATION GROUP
1919 VINEBURN AVE
LOS ANGELES CA 90032

Creditor ID: 2104-01
THE OUTDOOR RECREATION GROUP
4361 VALLEY BLVD.
LOS ANGELES CA 90032

Creditor ID: 14027-01
THE PAPER TIGERS
2121 WAUKEGAN ROAD, SUITE 130
BANNOCKBURN IL 60611-1678

Creditor ID: 2105-01
THE PASTENE CO. LTD
330 TURNPIKE STREET
CANTON MA 02021

Creditor ID: 14028-01
THE PELTZ GROUP, INC
WESTERN REGIONAL OFFICE,
13871 MICA ST
SANTA FE SPRINGS CA 90670

Creditor ID: 6872-01
THE PLAZA GROUP LTD.
10375 RICHMOND AVENUE, SUITE 1620
HOUSTON TX 77042

Creditor ID: 18713-01
THE PORT GROUP
11099 S. LA CIENEGA BLVD. SUITE 280
LOS ANGELES CA 90045

Creditor ID: 14566-01
THE PORT GROUP
1145 N. ELLIS AVENUE
BENSENVILLE IL 60106-1115

Creditor ID: 14565-01
THE PORT GROUP
755 PORT AMERICA PLACE, SUITE 315
GRAPEVINE TX 76051

Creditor ID: 18714-01
THE PREVUE LTD
99 HOOK ROAD
BAYONNE NJ 07002

Creditor ID: 11341-01
THE PROCTER & GAMBLE COMPANY
2692 MADISON ROAD #385
CINCINNATI OH 45208

Creditor ID: 4449-01
THE PROCTER & GAMBLE DISTRIBUTING LLC
16110 COSMOS STREET
MORENO VALLEY CA 92551

Creditor ID: 14029-01
THE PROMOTIONS DEPARTMENT
24238 HAWTHORNE BLVD 2ND FLOOR
TORRANCE CA 90505

Creditor ID: 14567-01
THE PUROLITE COMPANY
150 MONUMENT ROAD
BALA CYNWYD PA 19004

Creditor ID: 14030-01
THE RACHLIN GROUP, LLC
343 N. HARVARD AVE.
CLAREMONT CA 91711

Creditor ID: 11342-01
THE RADIATOR SHOP SUPPLY
3005 SHAMROCK AVE
FORT WORTH TX 76107

Creditor ID: 2106-01
THE RADIATOR STORE
136 RT 46 EAST
LODI NJ 07644

Creditor ID: 14568-01
THE RATCHET DEPOT INC.
1702 PIEDMONT HWY
PIEDMONT SC 29673

Creditor ID: 6873-01
THE REMODELING ROOM
1901 SCHERER PARKWAY
SAINT CHARLES MO 63303

Creditor ID: 9736-01
THE RENNER COMPANY
1495 29TH AVE
SAN FRANCISCO CA 94122

Creditor ID: 18715-01
THE RESOURCE CLUB, LTD.
99 NEW HOOK ROAD
BAYONNE NJ 07002

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14031-01<br>THE RICHARD FRANCO AGENCY, INC<br>60 MORRIS TURNPIKE<br>SUMMIT NJ 07901 | Creditor ID: 11343-01<br>THE ROBBINS COMPANY<br>29100 HALL STREET<br>SOLON OH 44139 | Creditor ID: 14569-01<br>THE ROOMSTORES OF PHOENIX LLC<br>3011 E. BROADWAY, SUITE 100<br>PHOENIX AZ 85040 |
| Creditor ID: 2107-01<br>THE ROSE HILL COMPANY, INC.<br>105 CHILD STREET, PO BOX 360<br>OKOLONA MS 38860 | Creditor ID: 6874-01<br>THE SAFETY ZONE LLC<br>16110 MANNING WAY<br>CERRITOS CA 90703 | Creditor ID: 9737-01<br>THE SAFETY ZONE LLC.<br>385 LONG HILL ROAD<br>GUILFORD CT 06437 |
| Creditor ID: 3996-01<br>THE SAINT LOUIS BREWERY INC.<br>2100 LOCUST STREET<br>SAINT LOUIS MO 63103 | Creditor ID: 11344-01<br>THE SAK<br>240 LAWRENCE AVE<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 14032-01<br>THE SCOTTS COMPANY<br>7644 KEENE RD<br>GERVAIS OR 97026 |
| Creditor ID: 6875-01<br>THE SCOULAR COMPANY (HARRISONVILLE, MO)<br>1209 INDUSTRIAL BLVD.<br>HARRISONVILLE MO 64701 | Creditor ID: 14033-01<br>THE SCOULAR COMPANY (MINNEAPOLIS, MN)<br>250 MARQUETTE AVE<br>MINNEAPOLIS MN 55401 | Creditor ID: 11345-01<br>THE SCOULAR COMPANY (OMAHA, NE)<br>2027 DODGE STREET<br>OMAHA NE 68102 |
| Creditor ID: 14570-01<br>THE SERENGETI TRADING COMPANY<br>11515 WARBLE LEDGE , SUITE TWO<br>AUSTIN TX 78738 | Creditor ID: 3997-01<br>THE SHIP WAREHOUSE, INC.<br>19510 S. ALAMEDA ST<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 18716-01<br>THE SLAB DEPOT - GRANITE<br>& MARBLE DISTRIBUTOR INC<br>7500 NW 8TH STREET<br>MIAMI FL 33126 |
| Creditor ID: 14034-01<br>THE SMITHFIELD PACKING CO INC.<br>111 COMMERCE STREET<br>SMITHFIELD VA 23430 | Creditor ID: 18717-01<br>THE SOIL & SOD DEPOT<br>12437 OSBORNE STREET<br>PACOIMA CA 91331 | Creditor ID: 9836-01<br>THE SPANISH TABLE INC<br>1427 WESTERN AVENUE<br>SEATTLE WA 98101 |
| Creditor ID: 18718-01<br>THE SPORTSMAN'S GUIDE INC.<br>411 FARWELL AVE.<br>SOUTH SAINT PAUL MN 55075 | Creditor ID: 2108-01<br>THE STONE COLLECTION<br>32560 EL DIENTE CT<br>EVERGREEN CO 80439 | Creditor ID: 14571-01<br>THE STONE CONSORTIUM<br>1000 EASTSIDE DRIVE SE<br>MARIETTA GA 30060 |
| Creditor ID: 17399-01<br>THE STONE STORE<br>3040 GATEWAY DRIVE<br>POMPANO BEACH FL 33069 | Creditor ID: 6876-01<br>THE SUNHILL ENTERPRISES COMPANY<br>1208 ANDOVER PARK EAST<br>SEATTLE WA 98188 | Creditor ID: 14035-01<br>THE SWISS COLONY<br>1112 7TH AVENUE<br>MONROE WI 53566 |
| Creditor ID: 3998-01<br>THE TALBOTS, INC.<br>1 TALBOTS DRIVE, HINGHAM, MA 02043<br>HINGHAM MA 02043 | Creditor ID: 3999-01<br>THE TALON GROUP LLC<br>3245 SE 146TH ST.SE.SUITE 290<br>BELLEVUE WA 98007 | Creditor ID: 4450-01<br>THE TAUNTION PRESS<br>DISTRIBUTION CENTER 4 TINKERIELD<br>NEWTOWN CT 06470 |
| Creditor ID: 14572-01<br>THE TERRITORY AHEAD, INC.<br>419 STATE STREET<br>SANTA BARBARA CA 93101 | Creditor ID: 18719-01<br>THE TILE SHOP<br>14100 CARLSON PARKWAY<br>PLYMOUTH MN 55441 | Creditor ID: 14573-01<br>THE TILE STORE INC.<br>75 WILLIAMS ST.<br>BELLEVILLE NJ 07109 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9837-01<br>THE TIRE RACK<br>7101 VORDEN PARKWAY<br>SOUTH BEND IN 46628 | Creditor ID: 11346-01<br>THE TIRE RACK<br>3300 WALTHAM WAY<br>SPARKS NV 89434 | Creditor ID: 14574-01<br>THE TJX COMPANIES INC.<br>770 COCHITUATE ROAD<br>FRAMINGHAM MA 01701 |
| Creditor ID: 18720-01<br>THE TORRINGTON COMPANY<br>2525 TORRINGTON DRIVE<br>CAIRO GA 31728 | Creditor ID: 2109-01<br>THE TOWN DOCK<br>45 STATE STREET<br>NARRAGANSETT RI 02882 | Creditor ID: 6877-01<br>THE TRANE COMPANY<br>1300 NORTH BENJAMIN<br>RUSHVILLE IN 46173 |
| Creditor ID: 18721-01<br>THE TRANE COMPANY<br>20 CORPORATE WOODS DRIVE<br>BRIDGETON MO 63044 | Creditor ID: 4000-01<br>THE TRANE COMPANY<br>101 WILLIAM WHITE BLVD.<br>PUEBLO CO 81001 | Creditor ID: 14036-01<br>THE TRANE COMPANY<br>2701 WILMA RUDOLPH BOULEVARD<br>CLARKSVILLE TN 37040 |
| Creditor ID: 2110-01<br>THE TRANE COMPANY<br>A DIVISION OF AMERICAN STANDARD<br>4811 SO ZERO<br>FORT SMITH AR 72903 | Creditor ID: 4001-01<br>THE TRYLINE GROUP<br>365 118TH AVE. S.E. SUITE 100<br>BELLEVUE WA 98005 | Creditor ID: 10371-01<br>THE TUNA STORE<br>10500 NE 8TH STREET, SUITE 1888<br>BELLEVUE WA 98004 |
| Creditor ID: 14575-01<br>THE ULTIMATE LOGISTICS INC<br>277 FAIRFIELD ROAD SUITE 309A<br>FAIRFIELD NJ 07004 | Creditor ID: 6878-01<br>THE VANGUARD CO., LLC.<br>11 MANCHESTER ROAD<br>AMHERST NH 03031 | Creditor ID: 9838-01<br>THE VIRGINIA SLATE COMPANY<br>2471 GOODES BRIDGE ROAD<br>RICHMOND VA 23224 |
| Creditor ID: 9839-01<br>THE WAGMAN PRIMUS GROUP<br>10 RUNWAY RD. SUITE 1<br>LEVITTOWN PA 19057 | Creditor ID: 4002-01<br>THE WHEEL GROUP<br>18400 E. GALE AVENUE<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 8039-01<br>THE WINE ENTHUSIAST INC.<br>333 NORTH BEDFORD ROAD<br>MOUNT KISCO NY 10549 |
| Creditor ID: 18722-01<br>THE WOODEN DUCK<br>1823 EASTSHORE HWY<br>BERKELEY CA 94710 | Creditor ID: 11347-01<br>THELAMCO<br>1202 TERRITORIAL ROAD<br>BENTON HARBOR MI 49022 | Creditor ID: 6879-01<br>THEMIGROUP CHICAGO<br>1051 COMMERCE COURT<br>BUFFALO GROVE IL 60089 |
| Creditor ID: 6880-01<br>THEODORE ALEXANDER USA, INC.<br>411 TOMLINSON STREET<br>HIGH POINT NC 27260 | Creditor ID: 11348-01<br>THERMAL CERAMICS<br>2102 OLD SAVANNAH RD.<br>AUGUSTA GA 30906 | Creditor ID: 9840-01<br>THERMALTAKE<br>20420 BUSINESS PKWY<br>WALNUT CA 91789 |
| Creditor ID: 6881-01<br>THERMAX INC.<br>540 HAWTHORN ST<br>DARTMOUTH MA 02747 | Creditor ID: 9841-01<br>THERMO KING<br>1800 CENTENNIAL AVE.<br>HASTINGS NE 68901 | Creditor ID: 18682-01<br>THERMO KING<br>314 WEST 90TH STREET<br>MINNEAPOLIS MN 55420 |
| Creditor ID: 18723-01<br>THERM-O-DISC DIVISION<br>19801 S. SANTA FE AVE.<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 4003-01<br>THERM-O-DISC, INC.<br>1320 S. MAIN STREET<br>MANSFIELD OH 44907 | Creditor ID: 18724-01<br>THERMOS COMPANY<br>300 N. MARTINGALE RD., SUITE#200<br>SCHAMBURG IL 60173 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14576-01<br>THERMOSOURCE TOOLING AND MANUFACTURING<br>2121 ROSECRANS AVE. STE 3320<br>EL SEGUNDO CA 90245 | Creditor ID: 4004-01<br>THERMOTRON INDUSTRIES<br>836 BROOKS AVE. DOCK #6<br>HOLLAND MI 49432 | Creditor ID: 14577-01<br>THETFORD<br>800 BAKER ROAD<br>DEXTER MI 48130 |
| Creditor ID: 4005-01<br>THIELE KAOLIN COMPANY<br>520 KAOLIN ROAD<br>SANDERSVILLE GA 31082 | Creditor ID: 6882-01<br>THOMAS & BETTS - LINCOLN WAREHOUSE<br>2601 COMMERCE DRIVE<br>JONESBORO AR 72401 | Creditor ID: 14578-01<br>THOMAS & BETTS CORP.<br>8155 T & B BLVD.<br>MEMPHIS TN 38125 |
| Creditor ID: 9842-01<br>THOMAS HAHN AND HOME, LLC.<br>1515 WEST GREEN DRIVE<br>HIGH POINT NC 27260 | Creditor ID: 6883-01<br>THOMAS HENSEL ANTIQUES<br>375 N 9TH AVE STE D<br>PENSACOLA FL 32502-4905 | Creditor ID: 14579-01<br>THOMAS JAQUES<br>19 QUALITY SQUARE<br>MACHIASPORT ME 04655 |
| Creditor ID: 2111-01<br>THOMAS JOHN O DONNEL SR<br>8 HEMINGWAY DRIVE<br>MILFORD NJ 08848 | Creditor ID: 18725-01<br>THOMAS LEROY HOLMES<br>1809 PITSENBARGER CIRCLE<br>TAMPA FL 33671 | Creditor ID: 6884-01<br>THOMAS PRODUCTS, INC.<br>2140 WEST INDUSTRIAL DRIVE<br>MADERA CA 93637 |
| Creditor ID: 18726-01<br>THOMAS RICHARD COLLECTION, LLC<br>35 PINE VISTA DR.<br>PINEHURST NC 28374 | Creditor ID: 7316-01<br>THOMASVILLE FURNITURE INDUSTRIES, INC.<br>401 EAST MAIN STREET<br>THOMASVILLE NC 27361 | Creditor ID: 2112-01<br>THOMPSON CUSTOM VENEERS, LLC.<br>2017 STROUSE RD<br>WILLIAMSPORT PA 17701 |
| Creditor ID: 6885-01<br>THOMPSON PUMP & MANUFACTURING CO INC.<br>4620 CITY CENTER DR<br>PORT ORANGE FL 32119 | Creditor ID: 11349-01<br>THOMPSON PUMP (PSC)<br>3310 MCLEMORE DRIVE<br>PENSACOLA FL 32514 | Creditor ID: 18727-01<br>THOMPSON TRADING<br>13450 SOUTHWEST 82ND STREET<br>MIAMI FL 33813 |
| Creditor ID: 11350-01<br>THOMPSON-BUMP TEXTILES<br>5479 PROSPECT COURT<br>HIGH POINT NC 27263 | Creditor ID: 4006-01<br>THOMSON<br>12420 MERCANTILE STE A<br>EL PASO TX 79928 | Creditor ID: 11351-01<br>THOMSON CONSUMER ELECTRONICS<br>11701 ALAMEDA AVE<br>SOCORRO TX 79927 |
| Creditor ID: 14479-01<br>THOMSON CONSUMER ELECTRONICS<br>20002 E BUSINESS PARKWAY<br>WALNUT CA 91789 | Creditor ID: 4007-01<br>THOMSON DISPLAYS MEXICANA<br>P.O. BOX 22<br>BEACON NY 12508 | Creditor ID: 4008-01<br>THOMSON INC.<br>2101 SOUTH KELLY<br>EDMOND OK 73013 |
| Creditor ID: 6886-01<br>THOMSON INC.<br>710 S GIRLS SCHOOL RD5<br>INDIANAPOLIS IN 46231 | Creditor ID: 10372-01<br>THOMSON INC.<br>20002 E. BUSINESS PARKWAY<br>WALNUT CA 91789 | Creditor ID: 14580-01<br>THOMSON INC.<br>10330 N. MERIDIAN STREET<br>INDIANAPOLIS IN 46290 |
| Creditor ID: 9843-01<br>THOMSON INCORPORATED PFS SPARE PARTS<br>8474 MARKET PLACE<br>SOUTHAVEN MS 38671 | Creditor ID: 18728-01<br>THOMSON MULTIMEDIA<br>7235 WINTON DRIVE<br>INDIANAPOLIS IN 46268 | Creditor ID: 11352-01<br>THOMSON MULTIMEDIA INC.<br>11751 ALAMEDA<br>SOCORRO TX 79927 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14037-01<br>THOR SPECIALTIES, INC<br>50 WATERVIEW DRIVE<br>SHELTON CT 06484 | Creditor ID: 18729-01<br>THORN APPLE VALLEY, INC. (MI)<br>18700 W 10 MILE RD<br>SOUTHFIELD MI 48075-2699 | Creditor ID: 9844-01<br>THORNTREE LP<br>10105 WEST GULF BANK RD<br>HOUSTON TX 77040 |
| Creditor ID: 11353-01<br>THORPE & RICKS<br>800 TIFFANY BLVD, STE 300<br>(PO BOX 8428)<br>ROCKY MOUNT NC 27804 | Creditor ID: 7317-01<br>THORPE AND RICKS, INC.<br>9201 FOREST HILL AVE<br>STONEY POINT, BLDG 2<br>RICHMOND VA 23235 | Creditor ID: 2113-01<br>THRACE-LINQ. INC<br>2550 WEST FIFTH NORTH ST.<br>SUMMERVILLE SC 29483-9699 |
| Creditor ID: 2114-01<br>THREE DOGS AND A CAT, INC<br>2899 W CONESTOGA COURT<br>CHINO VALLEY AZ 86323 | Creditor ID: 4009-01<br>THREE HANDS CORP.<br>13259 RALSTON AVENUE<br>SYLMAR CA 91342 | Creditor ID: 9845-01<br>THREE HANDS CORPORATION<br>1980 SATURN ST<br>MONTEREY PARK CA 91755 |
| Creditor ID: 4010-01<br>THREE KEYS<br>5106 MANNING DR.<br>BETHESDA MD 20814 | Creditor ID: 11354-01<br>THREE WAY<br>1365 OLD TEMESCAL RD.  SUITE# 101<br>CORONA CA 92881 | Creditor ID: 4451-01<br>THREE-EYED FLY<br>1675 MARSHLYN CT.<br>COLUMBUS OH 43220 |
| Creditor ID: 2115-01<br>THRO LTD.<br>181 FREEMAN AVE<br>ISLIP NY 11751 | Creditor ID: 6887-01<br>THULE INC.<br>42 SILVERMINE ROAD<br>SEYMOUR CT 06483 | Creditor ID: 14581-01<br>THUMB FREMONT<br>7325 ELMWOOD CIR<br>PLEASANTON CA 94588 |
| Creditor ID: 11355-01<br>THUNDER GROUP INC.<br>780 S. NOGALES STREET<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 9846-01<br>THUNDERBIRD FURNITURE<br>7501-E REDFIELD ROAD<br>SCOTTSDALE AZ 85260 | Creditor ID: 9847-01<br>THYSSENKRUPP PRESTA DANVILLE, LLC<br>75 WALZ CREEK DRIVE<br>DANVILLE IL 61834 |
| Creditor ID: 6888-01<br>THYSSENKRUPP PRESTA TERRE HAUTE LLC<br>1597 E INDUSTRIAL DR<br>TERRE HAUTE IN 47802-9265 | Creditor ID: 2116-01<br>THYSSENKRUPP STEEL SERVICES<br>22355 W. 11 MILE ROAD<br>SOUTHFIELD MI 48033 | Creditor ID: 14582-01<br>THYSSENKRUPP VDM TECHNOLOGIES<br>306 COLUMBIA TURNPIKE<br>FLORHAM PARK NJ 07932 |
| Creditor ID: 6889-01<br>TI FILMS INC.<br>2751 CENTERVILLE ROAD SUITE 400<br>WILMINGTON DE 19808 | Creditor ID: 6890-01<br>TIAB INC,<br>668 NORTH COAST HIGHWAY, SUITE 122<br>LAGUNA BEACH CA 92651 | Creditor ID: 7318-01<br>TIAN TIAN FOOD SERVICE<br>1515 HERBERT STREET<br>HOUSTON TX 77012 |
| Creditor ID: 2117-01<br>TIANCHENG CHEMPHARM INC USA<br>855 CONKLIN STREET SUITE S<br>FARMINGDALE NY 11735 | Creditor ID: 11356-01<br>TIANJIN CONSOL INTERNATIONL INC.<br>745 SOUTH LEMON AVE., SUITE A-1-A<br>DBA UNITED CONSOL INC.<br>WALNUT CA 91879 | Creditor ID: 11357-01<br>TIANJING GREENTEX INTERNATIONAL CO. LTD.<br>819 ARBOR VITAE STREET<br>INGLEWOOD CA 90301 |
| Creditor ID: 18730-01<br>TIAO PENG TRADING CO.<br>31760 HAYMAN STREET<br>HAYWARD CA 94544 | Creditor ID: 6891-01<br>TIARA YACHTS INTERNATIONAL<br>740 EAST 40TH STREET<br>HOLLAND MI 49423 | Creditor ID: 4452-01<br>TIBEEX TECH LLC<br>3296 SUMMIT RIDGE PARKWAY #1320<br>DULUTH GA 30096 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18731-01<br>TIC GUMS INC<br>4609 RICHLYNN DRIVE<br>BELCAMP MD 21017 | Creditor ID: 6892-01<br>TICONA POLYMERS<br>2525 BLACKSBUR ROAD<br>GROVER NC 28073 | Creditor ID: 14583-01<br>TICONA POLYMERS INC.<br>222 W. LAS COLINAS BLVD STE. 900N<br>IRVING TX 75039 |
| Creditor ID: 9848-01<br>TICONA POLYMERS INC.<br>8040 DIXIE HWY<br>FLORENCE KY 41042 | Creditor ID: 11359-01<br>TIDE INTERNATIONAL USA INC<br>21 HUBBLE<br>IRVINE CA 92618 | Creditor ID: 11360-01<br>TIDES AND TIMES GROUP USA, INC.<br>2101 SARDIS ROAD NORTH, SUITE 215<br>CHARLOTTE NC 28227 |
| Creditor ID: 11361-01<br>TIDES INTERNATIONAL COMPANY<br>1243 MEETING STREED RD<br>EDGEFIELD SC 29824 | Creditor ID: 11362-01<br>TIENLEY ENTERPRISES<br>125 CHRYSTIE STREET<br>NEW YORK NY 10002 | Creditor ID: 17400-01<br>TIERRA DERCO INTERNATIONAL<br>1000 SOUTH ST. CHARLES ST.<br>JASPER IN 47547 |
| Creditor ID: 2118-01<br>TIFFANY FOOD CORP<br>31-10 48TH AVE<br>LONG ISLAND CITY NY 11101 | Creditor ID: 14038-01<br>TIFFANY FOOD CORP<br>1182 FLUSHING AVENUE<br>BROOKLYN NY 11237 | Creditor ID: 4011-01<br>TIFFANY FOOD CORP.<br>35-20 147 ST. APT# 11C<br>FLUSHING NY 11354 |
| Creditor ID: 2119-01<br>TIFTON EXTRUSIONS INC<br>250 SOUTHWELL BLVD<br>TIFTON GA 31794 | Creditor ID: 14584-01<br>TIGER ACCESSORY GROUP LLC<br>5800 PLUMMER ROAD SUITE 100<br>ATLANTA GA 30336 | Creditor ID: 4012-01<br>TIGER ACCESSORY GROUP, L.L.C.<br>6700 WILDLIFE WAY<br>LONG GROVE IL 60047 |
| Creditor ID: 9849-01<br>TIGER OAK PUBLICATIONS<br>1505 WESTERN AVENUS SUITE 500<br>SEATTLE WA 98101 | Creditor ID: 6893-01<br>TIGER TECHNOLOGY NORTH AMERICA INC.<br>9324 MADISON BLVD SUITE 11<br>MADISON AL 35758 | Creditor ID: 17401-01<br>TIGER TURF AND FORAGE, INC.<br>P O BOX 31<br>CORVALLIS OR 97339 |
| Creditor ID: 6894-01<br>TIGERTEC LLC<br>8097 163RD STREET<br>CHIPPEWA FALLS WI 54729 | Creditor ID: 14585-01<br>TILE & MARBLE BY BRASTILE / BRASTILE INC.<br>110 NE 179 STREET<br>MIAMI FL 33162 | Creditor ID: 4013-01<br>TILE & MARBLE SUPPLY INC.<br>3620-DBURNETTE PARK DR<br>SUWAQNEE GA 30024 |
| Creditor ID: 9850-01<br>TILE & STONE SALES INC<br>16 HERBERT ST<br>NEWARK NJ 07105 | Creditor ID: 9851-01<br>TILE & STONE WORKS<br>12876 MILE ROAD<br>SHELBY TOWNSHIP MI 48315 | Creditor ID: 14586-01<br>TILE BY DESIGN<br>13870 INDUSTRIAL PARK BLVD<br>PLYMOUTH MN 55441 |
| Creditor ID: 18732-01<br>TILE CENTER<br>585 N. HIGHWAY 17-92<br>LONGWOOD FL 32750 | Creditor ID: 11363-01<br>TILE CONTRACTORS SUPPLY CO<br>3065 TROTTERS PARKWAY<br>ALPHARETTA GA 30004 | Creditor ID: 11364-01<br>TILE CREATION BY VALERIE<br>1225 JEFFERSON RD.<br>ROCHESTER NY 14623 |
| Creditor ID: 6895-01<br>TILE DEPOT OF NEW YORK<br>26 STEUBEN STREET<br>BROOKLYN NY 11205 | Creditor ID: 2120-01<br>TILE ETC CORP.<br>1342 WEST WASHINGTON ST.<br>ORLANDO FL 32805 | Creditor ID: 14587-01<br>TILE FACTORY OUTLET<br>140 HIGHWAY WEST<br>ADAIRSVILLE GA 30103 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2121-01<br>TILE FOR LESS<br>4012 NORTH 33RD AVENUE<br>PHOENIX AZ 85017 | Creditor ID: 8040-01<br>TILE FOR LESS<br>12305 120TH STREED N.W.<br>KIRKLAND WA 98033 | Creditor ID: 6896-01<br>TILE FOR LESS PTY LTD<br>1152 W. RIVERDALE RD.,<br>RIVERDALE UT 84405 |
| Creditor ID: 14039-01<br>TILE GALLERY<br>1600 WOOD HAVEN DR.<br>BENSALEM PA 19020 | Creditor ID: 2122-01<br>TILE HOUSE<br>3330  NORTH FREEWAY<br>PUEBLO CO 81008 | Creditor ID: 7139-01<br>TILE HOUSE INC<br>4545 GRANITE DRIVE<br>TUCKER GA 30084 |
| Creditor ID: 14588-01<br>TILE KINGDOM USA<br>270 WEST 22 STREET<br>HIALEAH FL 33010 | Creditor ID: 18733-01<br>TILE MARKET OF DELEWARE<br>405 E. MARSH LANE<br>WILMINGTON DE 19804 | Creditor ID: 9852-01<br>TILE MARKET OF SAN MARCO<br>1728 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| Creditor ID: 2123-01<br>TILE OPTIMA<br>5650 GENERAL WASHINGTON DRIVE<br>ALEXANDRIA VA 22312 | Creditor ID: 12678-01<br>TILE OUTLET LTD<br>2434-44 FULLERTON AVENUE<br>CHICAGO IL 60647 | Creditor ID: 6897-01<br>TILE OUTLETS OF AMERICA<br>1835 SAVOY DRIVE. SUITE 201<br>ATLANTA GA 30341 |
| Creditor ID: 14040-01<br>TILE ROOFS, INC<br>9505 CORSAIR ROAD<br>FRANKFORT IL 60423 | Creditor ID: 12663-01<br>TILE SHOPPE<br>4401 WALDEN AVE<br>LANCASTER NY 14086 | Creditor ID: 14589-01<br>TILE WHOLESALERS<br>1136 EAST RIDGE ROAD<br>ROCHESTER NY 14621 |
| Creditor ID: 11365-01<br>TILES FOR LESS PTY LTD<br>4012 33RD AVENUE<br>PHOENIX AZ 85017 | Creditor ID: 14590-01<br>TILES OF DISTINCTION<br>10 RAILROAD AVENUE<br>WEST HAVEN CT 06516 | Creditor ID: 14041-01<br>TILES UNLIMITED<br>82-02 COOPER AVE<br>QUEENS NY 11385 |
| Creditor ID: 14591-01<br>TILIA INC<br>303 SECOND STREET, NORTH TOWER<br>SAN FRANCISCO CA 94107 | Creditor ID: 8041-01<br>TILLING TIMBER PTY.LTD<br>1850 PARK LANE<br>BURLINGTON WA 98233 | Creditor ID: 2124-01<br>TILTON AUTO SALES<br>120 WEST 5TH STREET<br>TILTON IL 61833 |
| Creditor ID: 6898-01<br>TIMA CAPITAL INC<br>344 SHIPYARD BLVD<br>WILMINGTON NC 28412 | Creditor ID: 4014-01<br>TIMAC USA INC.<br>153 ANGSTADT LANE<br>READING PA 19607 | Creditor ID: 4015-01<br>TIMBER & VENEER<br>P.O. BOX 709 - FREDERICK<br>FREDERICK MD 21705 |
| Creditor ID: 14592-01<br>TIMBER & VENEER M.R.H. LTD<br>SONNENRAIN 54 CH 8700 KUESNACHT<br>ZURICH  21701<br>SWITZERLAND | Creditor ID: 6899-01<br>TIMBER PRODUCTS COMPANY<br>305 S. 4TH STREET<br>SPRINGFIELD OR 97477 | Creditor ID: 14042-01<br>TIMBER PRODUCTS COMPANY, INT'L DIVISION<br>P O BOX 269, 305 S FOURTH STREET<br>SPRINGFIELD OR 97477 |
| Creditor ID: 2125-01<br>TIMBER RESOURCES<br>9842 RICHARDSON RD. N.W.<br>BREMERTON WA 98311 | Creditor ID: 4016-01<br>TIMBERBEAR CORPORATION<br>11 EAST BROADWAY, #10-9<br>NEW YORK NY 10038 | Creditor ID: 4017-01<br>TIMBERGON TRADING LLC<br>5703 NW MAPLE AVE/3RD FLOOR OF BARN<br>REDMOND OR 97756 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9854-01<br>TIMBERLAND LLC<br>50 SERVICE LANE<br>DANVILLE KY 40422 | Creditor ID: 9853-01<br>TIMBERLAND LLC<br>3950 E. AIRPORT DRIVE<br>ONTARIO CA 91761 | Creditor ID: 18734-01<br>TIMBERLAND LLC<br>200 DOMAIN DRIVE<br>STRATHAM NH 03885 |
| Creditor ID: 4018-01<br>TIMBERLAND SWITZERLAND GMBH<br>4 INTERCHANGE BLVD.<br>GREENVILLE SC 29607-5700 | Creditor ID: 2126-01<br>TIMCAL S.A.<br>29299 CLEMENS ROAD 1-L<br>WESTLAKE OH 44145 | Creditor ID: 11366-01<br>TIME & AGAIN INC<br>1080 EDWART STREET<br>LINDEN NJ 07036 |
| Creditor ID: 18735-01<br>TIME PRODUCE INC.<br>973 SOUTH SAN PEDRO ST.<br>LOS ANGELES CA 90015 | Creditor ID: 14043-01<br>TIMES FIBRE COMMUNICATIONS<br>BOX 119-A<br>CHATHAM VA 24531 | Creditor ID: 11469-01<br>TIMESAVERS INC.<br>11123 89TH AVE N<br>MAPLE GROVE MN 55369-4019 |
| Creditor ID: 18683-01<br>TIMET HENDERSON<br>181 N WATER ST<br>BLACK MOUNTAIN INDUSTRIAL PARK<br>HENDERSON NV 89015 | Creditor ID: 6900-01<br>TIMING TRENDS CO<br>34 35TH STREET 6TH FLOOR<br>BROOKLYN NY 11232 | Creditor ID: 6901-01<br>TIMKEN COMPANY<br>1835 DUEBER AVE. SW<br>CANTON OH 44706 |
| Creditor ID: 18736-01<br>TIMKEN COMPANY - FAIRCREST STEEL PLANT<br>4511 FAIRCREST STREET SW<br>CANTON OH 44706 | Creditor ID: 18737-01<br>TIMKO INT'L CO.<br>555 116TH AVE. N.E. #210<br>BELLEVUE WA 98004 | Creditor ID: 2012-01<br>TIN MAN CO. METALS<br>2828 CORAL WAY SUITE 207<br>MIAMI FL 33145 |
| Creditor ID: 18738-01<br>TINA KIM GALLERY<br>545 WEST 25TH STREET<br>NEW YORK NY 10001 | Creditor ID: 18739-01<br>TINDER WHOLESALE<br>7911 NOTES DRIVE<br>MANASSAS VA 20108 | Creditor ID: 2127-01<br>TINDER WHOLESALE LLC.<br>131 SACHS AVE.<br>FRANKLIN VA 20108 |
| Creditor ID: 4019-01<br>TINNELL FIBRE INC.<br>3128 E. CHAPMAN AVE.<br>ORANGE CA 92869 | Creditor ID: 4020-01<br>TIOGA HARDWOODS, INC.<br>3481 WAVERLY ROAD<br>OWEGO NY 13827 | Creditor ID: 2128-01<br>TIP PLUS INC.<br>2677 EL PRESIDIO STREET<br>LONG BEACH CA 90810 |
| Creditor ID: 9855-01<br>TIP TOP CORP.<br>8205 INDUSTRY AVENUE<br>PICO RIVERA CA 90660 | Creditor ID: 14593-01<br>TIRE CORD USA<br>200 KEYHOLE COURT<br>CRAMERTON NC 28032 | Creditor ID: 6902-01<br>TIRE DEALERS WAREHOUSE<br>4530 TEJASCO DRIVE<br>SAN ANTONIO TX 78218 |
| Creditor ID: 4453-01<br>TIRE DEALER'S WAREHOUSE<br>33375 CENTRAL AVE<br>UNION CITY CA 94587 | Creditor ID: 9856-01<br>TIRE DEALER'S WAREHOUSE<br>3635 WILLOWBEND BLVD.<br>HOUSTON TX 77054 | Creditor ID: 2129-01<br>TIRE DEALER'S WAREHOUSE<br>1714 ANDERSON AVE<br>COMPTON CA 90220 |
| Creditor ID: 4021-01<br>TIRE DEALER'S WAREHOUSE-DALLAS<br>11425 ANAHEIM DRIVE<br>DALLAS TX 75229 | Creditor ID: 2130-01<br>TIRE DISTRIBUTION SYSTEMS INC<br>410 N. FANCHER ROAD<br>SPOKANE WA 99212 | Creditor ID: 6903-01<br>TIRE GROUP INTERNATIONAL INC<br>3400 NW 74 AV - UNIT B<br>MIAMI FL 33122 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11470-01<br>TIRECO INC<br>300 W ARTESIA BLVD<br>COMPTON CA 90220-5530 | Creditor ID: 11471-01<br>TIRECO INC.<br>500 W. 190TH STREET<br>GARDENA CA 90248 | Creditor ID: 4022-01<br>TIRES INCORPORATED<br>3549 N MAIN<br>SPANISH FORK UT 84660 |
| Creditor ID: 14044-01<br>TIRES, WHEEL, ETC,., INC<br>3910S. CHEERY AVE<br>LONG BEACH CA 90807 | Creditor ID: 14146-01<br>TIS PLASTICS<br>3503 CEDAR KNOLLS DR. SUITE B-5<br>KINGWOOD TX 77339 | Creditor ID: 9857-01<br>TITAN IMPORT<br>6045 BOAT ROCK BLVD.<br>ATLANTA GA 30336 |
| Creditor ID: 11472-01<br>TITAN IMPORTER COMPANY<br>6000 BOAT ROCK<br>ATLANTA GA 30336 | Creditor ID: 14147-01<br>TITAN IMPORTS INC.<br>8630 ROCHESTER AVENUE<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 2013-01<br>TITAN MACHINERY SALES LTD.<br>450 EAST MAIN STREET<br>LAKE ZURICH IL 60047 |
| Creditor ID: 4023-01<br>TITAN STEEL CORPORATION<br>2500-B BROENING HIGHWAY<br>BALTIMORE MD 21224 | Creditor ID: 18740-01<br>TITANIUM METALS CORPORATION<br>900 HEMLOCK ROAD<br>MORGANTOWN PA 19543 | Creditor ID: 11473-01<br>TITO GLOBAL TRADE SERVICES USA<br>10201 NW 52 LANE<br>DORAL FL 33178 |
| Creditor ID: 18741-01<br>TKO EVOLUTION APPAREL, INC.<br>1175 NE, 125TH STREET, SUITE 102<br>NORTH MIAMI FL 33161 | Creditor ID: 6904-01<br>TKS INDUSTRIAL COMPANY<br>901 TOWER DRIVE., SUITE 250<br>TROY MI 48098-2817 | Creditor ID: 2131-01<br>TL CARE INC<br>2415 3RD ST., SUITE 235<br>SAN FRANCISCO CA 94107 |
| Creditor ID: 8042-01<br>TLB HOLDINGS, INC.<br>14000 25TH AVENUE N. STE 120<br>PLYMOUTH MN 55447 | Creditor ID: 9858-01<br>TLI (TRANSPORT LOGISTICS INTERNATIONAL, INC.<br>8161 MAPLE LAWN BLVD, SUITE 450<br>FULTON MD 20759 | Creditor ID: 2132-01<br>TLS BY DESIGN<br>415 WEST WATER STREET<br>PORTLAND IN 47371 |
| Creditor ID: 18742-01<br>TLS BY DESIGN<br>10737 SAND KEY CIRCLE<br>INDIANAPOLIS IN 46256 | Creditor ID: 14594-01<br>TM INTERNATIONAL  LLC<br>665 HIGHWAY 74 SOUTH, SUITE 800<br>PEACHTREE CITY GA 30269 | Creditor ID: 18743-01<br>TMAX DIGITAL INC.<br>4401 EUCALYPTUS AVE. STE. 120<br>CHINO CA 91710 |
| Creditor ID: 14595-01<br>TMB BAKING CORP<br>480 GRANDVIEW DRIVE<br>S SAN FRANCISCO CA 94080 | Creditor ID: 9859-01<br>TMD FRICTION DISTRIBUTION, INC.<br>1720 SOUTH MILITARY HIGHWAY<br>CHESAPEAKE VA 23320 | Creditor ID: 9860-01<br>TMF POLYMER SOLUTIONS INC.<br>255 NORTH VALLEY DRIVE<br>GRANTS PASS OR 97526 |
| Creditor ID: 6905-01<br>TMG METAL INC.<br>69 DILLINGHAM PLACE<br>ENGLEWOOD CLIFFS NJ 07632 | Creditor ID: 14148-01<br>TMG PACKAGING<br>11152 BROOKTRAIL COURT<br>RIVERSIDE CA 92505 | Creditor ID: 18684-01<br>TMI WAREHOUSE<br>288 E. 90TH DAVENPORT<br>DAVENPORT IA 52808 |
| Creditor ID: 6906-01<br>TMP TECHNOLOGIES INC<br>19 BARNETT ST.<br>BUFFALO NY 14215 | Creditor ID: 11474-01<br>TMPEX TRANSPORT INC. NEW YORK OFFICE.<br>145-38, 157TH STREET 2ND FLOOR<br>JAMAICA NY 11434 | Creditor ID: 6907-01<br>TMT USA<br>33 WESTHERSFIELD RD.<br>NASHUA NH 03062 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

Creditor ID: 14596-01
TMW TEXTILE CORP
566 7TH AVE, SUITE 803
NEW YORK NY 10018

Creditor ID: 11475-01
TN FOODS AMERICA INC
3185 E WASHINGTON BLVD
TOWER 2, 2ND FLOOR
LOS ANGELES CA 90023

Creditor ID: 9861-01
TNT ENTERPRISES, INC.
1381 CALLE AVANZADO
SAN CLEMENTE CA 92673

Creditor ID: 9862-01
TNT INTERNATIONAL, INC.
12586 W. BRIDGER ST., #100
BOISE ID 83713

Creditor ID: 2133-01
TO ORDER OF BULK COMMODITY
906 ROYALL AVENUE
MT. PLEASANT SC 29464

Creditor ID: 18744-01
TO ORDER OF METROBANK, N.A.
9600 BELLAIRE BLVD, SUITE 252
HOUSTON TX 77036

Creditor ID: 11476-01
TO THE ORDER OF BANK OF AMERICA
555 CALIFORNIA STREET
SAN FRANCISCO CA 94104

Creditor ID: 9863-01
TO THE ORDER OF CENTER BANK.
2222 WEST OLYMPIC BLVD.
LOS ANGELES CA 90006

Creditor ID: 4024-01
TO THE ORDER OF CITY NATIONAL BANK OF FLORIDA
25 WEST FALGLER ST.
MIAMI FL 33130

Creditor ID: 6908-01
TOAGOSEI
1450 W MAIN ST
11590 TR 157
EAST LIBERTY OH 43319

Creditor ID: 6909-01
TOAST SPIRITS, LLC
23632 MERCANTILE ROAD, UNIT M
BEACHWOOD OH 44122

Creditor ID: 4025-01
TOASTMASTER INC
4450 WINEVILLE ROAD
MIRA LOMA CA 91752

Creditor ID: 6910-01
TOASTMASTER INC. - REDLANDS WAREHOUSE
2301 WEST SAN BERNARDINO AVE
REDLANDS CA 92374

Creditor ID: 9864-01
TOBACCO RAG PROCESSORS, INC.
4744 POTATO HOUSE COURT
WILSON NC 27893

Creditor ID: 6911-01
TOBER GROUP, INC.
185 RANDOLPH ST.
BROOKLYN NY 11237

Creditor ID: 11477-01
TOBY SEXTON TIRE COMPANY, INC
1724 HIGHWAY 81
SOUTH LOGANVILLE GA 30052

Creditor ID: 14149-01
TOBY'S BATTERY AND AUTO ELECTRIC
5417 E TRENT
SPOKANE WA 99212

Creditor ID: 11478-01
TOCCOA VALLEY MOTORS
151 TOCCOA VALLEY DRIVE
BLUE RIDGE GA 30513

Creditor ID: 7140-01
TODD MARITIME
22 FERNDALE RD.
NORTH CALDWELL NJ 07006

Creditor ID: 4026-01
TODD PALMER CHRISTENSEN
2450 HAFEN LANE
SANTA CLARA UT 84765

Creditor ID: 17402-01
TODD SPECIAL SERVICES
4814 AMERICAN ROAD
ROCKFORD IL 61109

Creditor ID: 9865-01
TODO IMPORT
3730 WEST 38TH STREET
CHICAGO IL 60632

Creditor ID: 6912-01
TOKAI DENPUN
12835 BEL-RED RD
BELLEVUE WA 98005

Creditor ID: 14150-01
TOKAI INTERNATIONAL INC
17 ARNOLD PLACE
NEW BEDFORD MA 02740

Creditor ID: 11479-01
TOKYO OHKA KOGYO AMERICA, INC.
4600 NW SHUTE ROAD
HILLSBORO OR 97124

Creditor ID: 2134-01
TOLEDO GOURMET INC
7327 BOADWAY
NORTH BERGEN NJ 07047

Creditor ID: 11480-01
TOLES IMPORT EXPORT
127 FIFTH AVE.
GLOVERSVILLE NY 12078

Creditor ID: 19154-97
TOLL GLOBAL FORWARDING INC
1370 VALLEY VISTA DR, STE 150
DIAMOND BAR CA 91765

Creditor ID: 11481-01
TOM FRENCH ENTERPRISES
295746 HIGHWAY 101
QUILCENE WA 98376

Creditor ID: 9866-01
TOM LANGE COMPANY INTERNATIONAL, INC
13106 SE 240TH ST. SUITE #204
DBA SEVEN SEAS FRUIT
KENT WA 98031

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6913-01<br>TOMCO EQUIPMENT COMPANY<br>3340 ROSEBUD ROAD<br>LOGANVILLE GA 30052 | Creditor ID: 9867-01<br>TOMEI USA INC.<br>30515 CALLE DE SUENOS<br>RANCHO PALOS VERDES CA 90275 | Creditor ID: 4454-01<br>TOMEN AMERICAN INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 |
| Creditor ID: 6914-01<br>TOMEX FOODS, INC. (GLEN ELLYN, IL)<br>478 PENNSYLVANIA AVENUE STE# 301<br>GLEN ELLYN IL 60137 | Creditor ID: 2135-01<br>TOMICH BROS FISH CO., INC.<br>DBA TOMICH BROS SEAFOOD<br>2196 SIGNAL PL.<br>SAN PEDRO CA 90731 | Creditor ID: 14151-01<br>TOMMY HILFIGER RETAIL INC.<br>18 THATCHER ROAD<br>DAYTON NJ 08810 |
| Creditor ID: 18745-01<br>TOMMY HILFIGER USA INC<br>200 LIBERTY WAY<br>CRANBURY NJ 08512 | Creditor ID: 14152-01<br>TOMMY LO,INC<br>712 BANCROFT ROAD #452<br>WALNUT CREEK CA 94598 | Creditor ID: 18746-01<br>TOMOORONA LLC<br>1252 ORCHARD VILLAGE LANE<br>MANCHESTER MO 63021 |
| Creditor ID: 11482-01<br>TOM'S FOODS, INC.<br>P.O. BOX 60<br>COLUMBUS GA 31902 | Creditor ID: 2136-01<br>TOM'S OF MAINE<br>1 TRACKSIDE DRIVE<br>KENNEBUNK ME 04030 | Creditor ID: 9868-01<br>TOMY INTERNATIONAL, INC.<br>2021 9TH STREET SE<br>DYERSVILLE IA 52040 |
| Creditor ID: 14153-01<br>TONE'S BROTHERS INC<br>2301 S.E. TONE'S DRIVE<br>ANKENY IA 50021 | Creditor ID: 4455-01<br>TONG YANG AMERICA, INC.<br>150 E. 52ND STREET. 25TH FL.<br>NEW YORK NY 10022 | Creditor ID: 11483-01<br>TONG YANG GROUP<br>1800 N. MCDONALD STREET<br>MCKINNEY TX 75069 |
| Creditor ID: 14154-01<br>TONGDA INTERNATIONAL CO LTD<br>800 E. NORTHWEST HIGHWAY SUITE 1093<br>PALATINE IL 60074 | Creditor ID: 6915-01<br>TONYS<br>2222 N SPRINGFIELD AVE<br>CHICAGO IL 60647 | Creditor ID: 6916-01<br>TOOL & SUPPLY COMPANY OF NEW ENGLAND, INC<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 |
| Creditor ID: 14597-01<br>TOP 1 OIL PRODUCTS COMPANY<br>851 BURLWAY ROAD, SUITE 600<br>BURLINGAME CA 94010 | Creditor ID: 4027-01<br>TOP BRANDS SUPPLY<br>80 HILLSIDE AVE<br>WILLISTON PARK NY 11596 | Creditor ID: 2137-01<br>TOP GEAR, INC.<br>2705 PACIFIC AVE<br>TACOMA WA 98402 |
| Creditor ID: 6917-01<br>TOP INDUSTRIAL<br>15010 KESWICK ST<br>VAN NUYS CA 91405 | Creditor ID: 10373-01<br>TOP LINE ENTERPRISE INC.<br>17595 ALMAHURST ROAD, SUITE #212<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 8005-01<br>TOP PRODUCTS INC.<br>(DBA GREAT PACIFIC SEAFOODS)<br>6613 S. 192ND PLACE K-101<br>KENT WA 98032 |
| Creditor ID: 18784-01<br>TOP QUALITY MANUFACTURING<br>6800 LINDBERGH BLVD<br>PHILADELPHIA PA 19142-2529 | Creditor ID: 14598-01<br>TOP SHIPPING SYSTEMS CORP<br>8570 NW 68TH STREET<br>MIAMI FL 33166 | Creditor ID: 14155-01<br>TOP VICTORY ELECTRONICS DE MEXICO<br>SA DE CV. 402 E. HILLSIDE, SUITE #6<br>LAREDO TX 78045 |
| Creditor ID: 14599-01<br>TOPAZ LIGHTING CORP.<br>925 WAVERLY AVE<br>HOLSTVILLE NY 11742 | Creditor ID: 2138-01<br>TOPCATCH<br>60-64 COMMERCE STREET<br>BROOKLYN NY 11231 | Creditor ID: 14600-01<br>TOPLINE CORPORATION<br>13150 SE 32ND STREET<br>BELLEVUE WA 98005 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8006-01<br>TOPLINE PACKAGING, INC.<br>145 ROUTE 46 WEST<br>WAYNE NJ 07040 | Creditor ID: 14156-01<br>TOPLINE PRODUCTS, LLC<br>WAYNE PLAZA II,  155 ROUTE 46 WEST<br>WAYNE NJ 07470 | Creditor ID: 7319-01<br>TOPOS MONDIAL CORP.<br>600 QUEEN ST<br>POTTSTOWN PA 19464 |
| Creditor ID: 14601-01<br>TOPPS<br>ONE WHITEHALL STREET<br>NEW YORK NY 10004 | Creditor ID: 8007-01<br>TOPSON DOWNS<br>3840 WATSEKA AVE.<br>CULVER CITY CA 90232 | Creditor ID: 6918-01<br>TOPSONIC INC<br>18042 CORTNEY COURT<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 11484-01<br>TOPSVILLE, INC.<br>11800 NW 102ND STREET<br>MEDLEY FL 33178 | Creditor ID: 8043-01<br>TOPSVILLE, INC.<br>10370 USA TODAY WAY<br>MIRAMAR FL 33025 | Creditor ID: 6919-01<br>TOPWELDER, LLC<br>24 EAST 23RD STREET 4TH FLOOR<br>NEW YORK NY 10010 |
| Creditor ID: 14157-01<br>TORANJ ORIENTAL RUGS SERVICES, INC.<br>5544 YOLANDA AVE, #305<br>TARZANA CA 91356 | Creditor ID: 18786-01<br>TORAY MARKETING & SALES INC<br>600 THIRD AVE<br>NEW YORK NY 10016 | Creditor ID: 14602-01<br>TORAY PLASTIC (AMERICA) INC.<br>50 BELVER AVENUE<br>NORTH KINGSTOWN RI 02852 |
| Creditor ID: 14158-01<br>TORAY RESIN COMPANY<br>340 EAST BIG BEAVER ROAD, SUITE 120<br>TROY MI 48083 | Creditor ID: 8008-01<br>TORAY RESIN COMPANY (SAN DIEGO)<br>12140 COMMUNITY RD. #B<br>POWAY CA 92064 | Creditor ID: 2139-01<br>TORISION FREIGHT INC<br>190 HECKEL STREET<br>BELLEVILLE NJ 07109 |
| Creditor ID: 18787-01<br>TORN & GLASSER<br>1800 HOLT AVE.<br>POMONA CA 91766 | Creditor ID: 14603-01<br>TORN & GLASSER<br>1622 E OLYMPIC BLVD<br>LOS ANGELES CA 90021-1922 | Creditor ID: 4028-01<br>TORRECID USA LLC<br>11211 OUTLET DR.<br>KNOXVILLE TN 37932 |
| Creditor ID: 6920-01<br>TORROT NA INC<br>505 11TH ST SE, STE #3<br>WATERTOWN SD 57201 | Creditor ID: 14604-01<br>TORRY HARRIS INC.<br>536 FAYETTE STREET<br>PERTH AMBOY NJ 08861 | Creditor ID: 18788-01<br>TORTER CORP.<br>150 RIVER RD.<br>MONTVILLE NJ 07045 |
| Creditor ID: 11486-01<br>TOSCA LTD<br>808 BAY BEACH RD.<br>GREEN BAY WI 54302 | Creditor ID: 4029-01<br>TOSHIBA AMERICA BUSINESS SOLUTIONS INC.<br>5400 DISTRIPLEX FARMS DRIVE<br>MEMPHIS TN 38141 | Creditor ID: 14605-01<br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>2 MUSICK<br>IRVINE CA 92618 |
| Creditor ID: 14159-01<br>TOSHIBA AMERICA CONSUMER PRODUCTS L.L.C.<br>9555 PLAZA CIRCLE, SUITE B<br>EL PASO TX 79927 | Creditor ID: 8044-01<br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.<br>1420-B TOSHIBA DRIVE<br>LEBANON TN 37087 | Creditor ID: 2140-01<br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.<br>82 TOTOWA ROAD<br>WAYNE NJ 07470 |
| Creditor ID: 4030-01<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC<br>19900 MACARTHUR BOULEVARD SUITE 400<br>IRVINE CA 92612 | Creditor ID: 6922-01<br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.<br>9740 IRVINE BOULEVARD<br>IRVINE CA 92618-1697 | Creditor ID: 6923-01<br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC.<br>2441 MICHELLE DRIVE<br>TUSTIN CA 92780 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7320-01<br>TOSHIBA INTERNATIONAL CORPORATION<br>13131 WEST LITTLE YORK RD<br>HOUSTON TX 77041 | Creditor ID: 11488-01<br>TOSHIBA LOGISTICS AMERICA, INC. (TLGA)<br>9740 IRVINE BLVD.<br>IRVINE CA 92618-1697 | Creditor ID: 18789-01<br>TOSHOKU AMERICA, INC. (FORT LEE, NJ)<br>2 EXECUTIVE DRIVE, SUITE 760<br>FORT LEE NJ 07024 |
| Creditor ID: 4031-01<br>TOSHOKU AMERICA, INC. (IRVINE, CA)<br>3 PARK PLAZA, SUITE 1230<br>IRVINE CA 92614 | Creditor ID: 4032-01<br>TOTAL AUTOMATION AND CONTROLS<br>9155 BILLY THE KID<br>EL PASO TX 79907 | Creditor ID: 8010-01<br>TOTAL GLASS SERVICES, INC<br>1181 NORTH FIFTH STREET<br>SAN JOSE CA 95112 |
| Creditor ID: 14606-01<br>TOTAL LOGISTIC RESOURECE<br>5362 N.E. 112TH STREET<br>BEAVERTON OR 97208 | Creditor ID: 11489-01<br>TOTAL PETROCHEMICALS & REFINING USA, INC.<br>1201 LOUISIANA STREET, STE 1800<br>HOUSTON TX 77002 | Creditor ID: 17403-01<br>TOTAL SOURCE MANUFACTURING<br>1445 ENGINEER ST.<br>VISTA CA 92801 |
| Creditor ID: 11490-01<br>TOTAL TECH SOLUTION INC<br>49 COMMERCE ROAD<br>CARLSTADT NJ 07072 | Creditor ID: 14161-01<br>TOTAL TERMINALS INC<br>700 HANJIN WAY<br>LONG BEACH CA 90813 | Creditor ID: 19155-97<br>TOTAL TERMINALS INTERNATIONAL LLC<br>C/O FOX ROTHSCHILD LLP<br>ATTN RICHARD M METH<br>75 EISENHOWER PARKWAY, STE 200<br>ROSELAND NJ 07068-1600 |
| Creditor ID: 19156-97<br>TOTAL TERMINALS INTERNATIONAL LLC<br>C/O CLIFFORD CHANCE US LLP<br>DOUGLAS E DEUTSCH<br>31 WEST 52ND ST<br>NEW YORK NY 10019 | Creditor ID: 18790-01<br>TOTAL TOOL LTD<br>10 KIDS LANE<br>CASTLETON NY 12033 | Creditor ID: 2141-01<br>TOTALL METAL RECYCLING<br>2684 MISSOURI AVENUE<br>GRANITE CITY IL 62040 |
| Creditor ID: 14608-01<br>TOTEM FOREST PRODUCTS<br>419 SW ELEVENTH AVE.<br>PORTLAND OR 97205 | Creditor ID: 14609-01<br>TOTEM OCEAN TRAILER<br>32001 32ND AVE. S., SUITE 200<br>FEDERAL WAY WA 98001 | Creditor ID: 11491-01<br>TOTO USA<br>1155 SOUTHERN ROAD<br>MORROW GA 30260 |
| Creditor ID: 14162-01<br>TOUCHSTONE PRECISION, INC.<br>239 TECHNOLOGY PARKWAY<br>AUBURN AL 36830 | Creditor ID: 4033-01<br>TOUTON FAR EAST PET LTD<br>1803 SOUTH FOOTHILLS HWY, SUITE P<br>BOULDER CO 80303 | Creditor ID: 14610-01<br>TOUTON SELECTIONS LTD<br>129 W 12TH ST STE 9B<br>NEW YORK NY 10000 |
| Creditor ID: 11492-01<br>TOUTON U.S.A. LIMITED<br>11595 NORTH MERIDIAN STREET<br>CARMEL IN 46032 | Creditor ID: 2015-01<br>TOV FURNITURE<br>333 WASHINGTON AVENUE<br>CEDARHURST NY 11516 | Creditor ID: 2142-01<br>TOVTRY IMPORTING INC.<br>802 WEST STREET<br>WILMINGTON DE 19801 |
| Creditor ID: 14611-01<br>TOWER GROW ENTERPRISES INC.<br>1243 BELGREEN DRIVE<br>WHITTIER CA 90601 | Creditor ID: 14163-01<br>TOWERS AND METALLIC STRUCTURES<br>400 GAMESA DRIVE<br>FAIRLESS HILLS PA 19030 | Creditor ID: 11493-01<br>TOWN & COUNTRY FLOORING<br>230 FIFTH AVENUE SUITE 1714<br>NEW YORK NY 10001 |
| Creditor ID: 4034-01<br>TOWNSEND FARMS, INC<br>23400 NE TOWNSEND WAY<br>FAIRVIEW OR 97024 | Creditor ID: 2143-01<br>TOY FACTORY<br>1235 GEMBLER ROAD<br>SAN ANTONIO TX 78219 | Creditor ID: 11494-01<br>TOY ISLAND<br>1359 BROADWAY - 18TH FLOOR<br>NEW YORK NY 10018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11495-01<br>TOY SHIPPERS ASSOCIATION, INC.<br>2001 FORD CIRCLE SUITE B<br>CINCINNATI OH 45150 | Creditor ID: 8011-01<br>TOY WONDERS, INC<br>234 MOONACHIE ROAD<br>WAYNE NJ 07470 | Creditor ID: 4035-01<br>TOY WONDERS, INC.<br>135 W. COMMERCIAL AVE.<br>MOONACHIE NJ 07074 |
| Creditor ID: 4036-01<br>TOYO COTTON CO.<br>11611 FOREST CENTRAL DRIVE<br>P.O BOX 740-08<br>DALLAS TX 75374-0008 | Creditor ID: 2144-01<br>TOYO DE BAJA CALIFORNIA TIJUANA<br>9355 AIRWAY ROAD., SUITE 1<br>SAN DIEGO CA 92154 | Creditor ID: 2145-01<br>TOYO INTERNATIONAL TRADING INC.<br>161-20. 65TH AVE.<br>FRESH MEADOWS NY 11365 |
| Creditor ID: 14164-01<br>TOYO TIRE NORTH AMERICA MANUFACTURING INC.<br>3660 HIGHWAY 411 NE<br>WHITE GA 30184 | Creditor ID: 11496-01<br>TOYO TIRE U.S.A. CORPORATION<br>5665 PLAZA DRIVE, SUITE 300<br>CYPRESS CA 90630 | Creditor ID: 6924-01<br>TOYOBO SPECIALTIES (USA) INC.<br>39555 ORCHARD HILL PL STE 230<br>NOVI MI 48375 |
| Creditor ID: 18685-01<br>TOYODA MACHINERY USA<br>316 W. UNIVERSITY DRIVE<br>ARLINGTON HEIGHTS IL 60004 | Creditor ID: 6925-01<br>TOYOSHIMA U. S. A., INC.<br>19600 MAGELLAN DRIVE, 3RD FLOOR<br>TORRANCE CA 90502 | Creditor ID: 8012-01<br>TOYOTA MOTOR SALES, U.S.A., INC.<br>19001 SOUTH WESTERN AVENUE<br>TORRANCE CA 90501 |
| Creditor ID: 4037-01<br>TOYOTA TSUSHO AMERICA INC.<br>25 NORTHWEST POINT BLVD. SUITE 490<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 8013-01<br>TOYOTA TSUSHO AMERICA, INC.<br>1000 BROADWAY, SUITE 330<br>OAKLAND CA 94607 | Creditor ID: 6927-01<br>TOYOTA TSUSHO AMERICA, INC.<br>2457 S. CRABTREE DR.,<br>PRINCETON IN 47670 |
| Creditor ID: 14165-01<br>TOYOTA TSUSHO AMERICA, INC.<br>1300 SW FIFTH, #3018<br>PORTLAND OR 97201 | Creditor ID: 18791-01<br>TOYOTA TSUSHO AMERICA, INC.<br>805 THIRD AVE 17TH FLOOR<br>NEW YORK NY 10022 | Creditor ID: 4038-01<br>TOYOTA TSUSHO AMERICA, INC.<br>ELEVEN GREENWAY PLAZA SUITE 2800<br>HOUSTON TX 77046 |
| Creditor ID: 8014-01<br>TOYOTA TSUSHO AMERICA, INC.<br>910 HALE PLACE, SUITE 213<br>CHULA VISTA CA 91914 | Creditor ID: 6926-01<br>TOYOTA TSUSHO AMERICA, INC.<br>702 TRIPORT ROAD<br>GEORGETOWN KY 40324 | Creditor ID: 14166-01<br>TOYS R US - DELAWARE, INC. DBA TOYS R US<br>ONE GEOFFERY WAY<br>WAYNE NJ 07470 |
| Creditor ID: 11497-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>7106 GEOFFREY WAY<br>FREDERICK MD 21704 | Creditor ID: 6928-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>2695 PLAINFIELD ROAD<br>JOLIET IL 60435 | Creditor ID: 2146-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>3800 RAILPORT PARKWAY<br>MIDLOTHIAN TX 76065 |
| Creditor ID: 4039-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>830 HIGHWAY 42 SOUTH<br>MCDONOUGH GA 30252 | Creditor ID: 18686-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>420 SE THOMPSON ROAD<br>LEE'S SUMMIT MO 64082 | Creditor ID: 8016-01<br>TOYS R US DIV OF TOYS R US DELAWARE INC<br>1624 ARMY COURT<br>STOCKTON CA 95206 |
| Creditor ID: 14612-01<br>TOYS R US,<br>DIV OF TOYS R US- DELAWARE, INC.<br>1110 MERRILL AVE.<br>RIALTO CA 92376 | Creditor ID: 6929-01<br>TOYS R US, DIV OF TOYS R US DELAWARE INC<br>703 BARTLEY-CHESTER ROAD<br>FLANDERS NJ 07836 | Creditor ID: 14167-01<br>TOYS WONDERS<br>234 MOONACHIE RD<br>MOONACHIE NJ 07074 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14168-01<br>TP BRANDS INTERNATIONAL LLC<br>610 TEN ROD RD.<br>SHEWATUCK BUILDING UNIT #1<br>NORTH KINGSTOWN RI 02852 | Creditor ID: 18792-01<br>TP BRANDS INTERNATIONAL LLC.<br>23 PARK LANE<br>HEGINS PA 17938 | Creditor ID: 14613-01<br>TPCO AMERICA CORPORATION<br>10700 RICHMOND AVE., SUITE 302<br>HOUSTON TX 77042 |
| Creditor ID: 18793-01<br>TPI A NUTRA BLEND COMPANY<br>2140 INDUSTRIAL AVE.<br>MADERA CA 93637 | Creditor ID: 18794-01<br>TPI CORPORATION<br>114 ROSCOE FITA ROAD<br>GRAY TN 37602 | Creditor ID: 14169-01<br>TPI INDUSTRIES<br>265 BALLARD ROAD<br>MIDDLETOWN NY 10941 |
| Creditor ID: 8017-01<br>TPS INC.<br>1530 DUNWOODY VILLAGE PKWY<br>ATLANTA GA 30338 | Creditor ID: 14614-01<br>TPV INTERNATIONAL (USA) INC<br>11921 N MOPAC EXPY STE 320<br>AUSTIN TX 78759-3546 | Creditor ID: 6930-01<br>TPV INTERNATIONAL (USA) INC.<br>7-18 6540 FRANZ WARNER PARKWAY<br>WHITSETT NC 27377 |
| Creditor ID: 11498-01<br>TPV INTERNATIONAL USA INC<br>300 FREEDOM DR.<br>ROANOKE TX 76262 | Creditor ID: 7321-01<br>TPV INTL (USA) INC.<br>6200 COMMERCE CENTER DRIVE<br>GROVEPORT OH 43125 | Creditor ID: 4040-01<br>TR INTERNATIONAL<br>600 STEWART STREET, SUITE 1801<br>SEATTLE WA 98101 |
| Creditor ID: 4041-01<br>TR INTERNATIONAL IMP & EXP CO<br>1061 RENEE COURT<br>SAN JOSE CA 95120 | Creditor ID: 11499-01<br>TRAC OUTDOOR PRODUCTS CO<br>1534 ROSELLA COURT<br>BRENTWOOD TN 37027 | Creditor ID: 8018-01<br>TRACKED LIFTS INC<br>2118 RTE. 106<br>SYOSSET NY 11791 |
| Creditor ID: 6931-01<br>TRACTOR MASTERS & EQUIPMENT<br>4641 WINDSONG ST<br>SACRAMENTO CA 95834 | Creditor ID: 2147-01<br>TRACY EXPORTS<br>P.O. BOX 225, 18525 US20 WEST<br>EAST DUBUQUE IA 61025 | Creditor ID: 12664-01<br>TRADE FARMS INC.<br>9525 INTERNATIONAL BLVD<br>OAKLAND CA 94603 |
| Creditor ID: 18795-01<br>TRADE HOUSE CO,INC.<br>1602 ALTON ROAD #105<br>MIAMI BEACH FL 33139 | Creditor ID: 8019-01<br>TRADE MASTER S LLC<br>400 ENGLISH ROAD<br>HIGH POINT NC 27262 | Creditor ID: 11500-01<br>TRADE MASTERS LIC<br>5608 MALVEY AVE SUITE 104<br>FORT WORTH TX 76107 |
| Creditor ID: 14615-01<br>TRADE MASTERS OF TEXAS, INC.<br>665 HIGHWAY 74 SOUTH, SUITE 800<br>PEACHTREE CITY GA 30269 | Creditor ID: 11501-01<br>TRADE MASTERS, LLC<br>665 HWY 74 SOUTH, SUITE 800<br>PEACHTREE CITY GA 30269 | Creditor ID: 14616-01<br>TRADE OPERATIONS CENTER<br>1000 WEST TEMPLE STREET<br>LOS ANGELES CA 90012-1514 |
| Creditor ID: 2148-01<br>TRADE SOURCE INTERNATIONAL INC.<br>650 SOUTH ROYAL LANE<br>COPPELL TX 75019 | Creditor ID: 8020-01<br>TRADE SOURCE INTERNATIONAL, INC.<br>650 S. ROYAL LANE STE. 100<br>COPPELL TX 75019 | Creditor ID: 4042-01<br>TRADE UNLIMITED INTERNATIONAL<br>640 SHENANDOAH AVE.<br>SAN MARCOS CA 92078 |
| Creditor ID: 18796-01<br>TRADE WINDS FOOD GROUP, LLC<br>8876 PINNACLE PEAK RD SUITE 105<br>SCOTTSDALE AZ 85255 | Creditor ID: 14617-01<br>TRADE WINDS IMPORTING CO. LLC<br>22290 TIMBERLAKE ROAD<br>LYNCHBURG VA 24502 | Creditor ID: 2149-01<br>TRADECOM INTERNATIONAL<br>13485 COLUMBUS COURT<br>FONTANA CA 92336 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8021-01<br>TRADECOM INTERNATIONAL<br>13443 CROCKER CT.<br>FONTANA CA 92336 | Creditor ID: 4456-01<br>TRADE-EX INTERNATIONAL MARKETING, LLC<br>2839 W KENNEWICK AVE., SUITE 429<br>KENNEWICK WA 99336 | Creditor ID: 2150-01<br>TRADEFINA INC<br>304 BRIARHAVEN COURT<br>GARNER NC 27529 |
| Creditor ID: 8022-01<br>TRADELINK WOOD PRODUCTS<br>1 CENTERVIEW DRIVE, SUITE 300<br>GREENSBORO NC 27407 | Creditor ID: 4043-01<br>TRADEMARK METALS RECYCLING LLC<br>5401 W. KENNEDY BLVD.<br>TAMPA FL 33609 | Creditor ID: 2151-01<br>TRADEMARK METALS RECYCLING LLC<br>1209 ORANGE STREET<br>WILMINGTON DE 19801 |
| Creditor ID: 2016-01<br>TRADEPRO, INC.<br>1510 E. ACACIA<br>ONTARIO CA 91761 | Creditor ID: 14170-01<br>TRADEPRO, INC.<br>1123 4TH STREET SW<br>CONOVER NC 28613 | Creditor ID: 8023-01<br>TRADEPRO, INC.<br>1810 NE 144TH ST.<br>NORTH MIAMI FL 33181 |
| Creditor ID: 14618-01<br>TRADER JOES (AR)<br>800 QUINCY ADAMS RD.<br>TAUNTON MA 02780 | Creditor ID: 6932-01<br>TRADER JOE'S COMPANY<br>800 S. SHAMROCK AVE.<br>MONROVIA CA 91016 | Creditor ID: 8024-01<br>TRADERS INT'L CORP.<br>3300 PGA BLVD - #635<br>PALM BEACH GARDENS FL 33410 |
| Creditor ID: 8025-01<br>TRADEX FOODS INC<br>1420 5TH AVE SUITE 4100<br>SEATTLE WA 98101 | Creditor ID: 14171-01<br>TRADIN ORGANICS USA INC.<br>2100 DELAWARE AVENUE<br>SANTA CRUZ CA 95060 | Creditor ID: 6933-01<br>TRADIS, INC<br>20253 N.E. 15 COURT<br>MIAMI FL 33179 |
| Creditor ID: 14172-01<br>TRADITIONS IN TILE<br>3065 TROTTERS PARKWAY<br>ALPHARETA GA 30004 | Creditor ID: 4044-01<br>TRAEGER PELLET GRILLS, LLC.<br>1215 EAST WILMINGTON AVE #200<br>SALT LAKE CITY UT 84106 | Creditor ID: 14173-01<br>TRAEGER PELLET GRILLS,LLC<br>405 RAILROAD AVE<br>S PITTSBURGH TN 37380 |
| Creditor ID: 14619-01<br>TRAFFIC INTERNATIONAL CORP.<br>409 LITTLEFIELD AVENUE<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 2017-01<br>TRAFIGURA<br>263 TRESSER BLVD, 16TH FL<br>STAMFORD CT 06901 | Creditor ID: 11502-01<br>TRAILSTAR<br>10716 HWY 224<br>COMMERCE TX 75428 |
| Creditor ID: 8026-01<br>TRAK TRUK INC<br>39 HACKETT HILL RD<br>HOOKSETT NH 03106 | Creditor ID: 14174-01<br>TRALIN PAK USA<br>555 PROMENADE, BLDG 102<br>CORONA CA 92879 | Creditor ID: 6934-01<br>TRAMCORE FITNESS, CORP<br>11325 SW TUALATIN SHERWOOD HWY.<br>TUALATIN OR 97062 |
| Creditor ID: 14620-01<br>TRAMER AIR TRANSPORT INC.<br>175-01 ROCKAWAY BLVD., SUITE 328<br>JAMAICA NY 11434 | Creditor ID: 2152-01<br>TRAN SMART LOGISTICS INC.<br>161-15 ROCKAWAY BLVD, SUITE 307<br>JAMAICA NY 11434 | Creditor ID: 18797-01<br>TRANE<br>712 MCNATT RD<br>VIDALIA GA 30474 |
| Creditor ID: 4045-01<br>TRANE<br>1560 EAST STATELIND ROAD<br>SOUTHAVEN MS 38671 | Creditor ID: 2153-01<br>TRANE<br>21 DISTRIBUTION WAY,<br>SOUTH BRUNSWICK NJ 08852 | Creditor ID: 4046-01<br>TRANE A DIVISION OF AMERICAN STANDARD<br>4500 MORRIS FIELD DRIVE<br>CHARLOTTE NC 28208 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 14175-01
TRANE CENTRAL AMERICA
7650 N.W. 19TH STREET, SUITE 270
MIAMI FL 33126

Creditor ID: 4047-01
TRANE CO
400 KILLIAN ROAD
COLUMBIA SC 29203

Creditor ID: 14621-01
TRANE COMPANY
3600 PAMMEL CREEK ROAD
LA CROSSE WI 54601 7599

Creditor ID: 10374-01
TRANE COMPANY
980 MURRAY ROAD
DOTHAN AL 36303

Creditor ID: 14622-01
TRANE COMPANY
7590 N.E. INDUSTRIAL BOULEVARD
MACON GA 31216

Creditor ID: 8027-01
TRANE COMPANY
3600 PAMMEL CREEK ROAD
LA CROSSE WI 54601

Creditor ID: 4048-01
TRANE COMPANY - TYLER OPERATIONS
6200 TROUP HWY
TYLER TX 75707

Creditor ID: 2154-01
TRANE EXPORT
3600 PAMMEL CREEK ROAD,
P.O. BOX 4005
LA CROSSE WI 54601

Creditor ID: 14176-01
TRANE GILMORE SUPPLY CHAIN SYSTEMS
1205 HUB DRIVE
PANAMA CITY FL 32401

Creditor ID: 8028-01
TRANE RESIDENTIAL SYSTEMS
2231 E. STATION STREET
TRENTON NJ 08619

Creditor ID: 7322-01
TRANE S.A DE C.V.
230 WEAKLEY ST STE A
CALEXICO CA 92231-9417

Creditor ID: 6935-01
TRANE SHIPPERS
3600 PAMMEL CREEK RD
LA CROSSE WI 54601-7511

Creditor ID: 18798-01
TRANE, A DIV OF AMERICAN STANDARD
20 CORPORATE WOODS DRIVE
BRIDGETON MO 63044

Creditor ID: 6936-01
TRANE-VIDALIA
712 MCNATT ROAD
VIDALIA GA 30474

Creditor ID: 8029-01
TRANG INTERNATIONAL TRADING INC.
885 AZUSE AVE]
CITY OF INDUSTRY CA 91746

Creditor ID: 14177-01
TRANS - PAC FOODS
3715 NE 151ST ST.
SEATTLE WA 98155

Creditor ID: 18799-01
TRANS AMERICAN LOGGING COMPANY
5992 ALLEN ROAD
WEST CHESTER OH 45069

Creditor ID: 14178-01
TRANS AMERICAR INTERNATIONAL INC
1800 N.MCDONALD ST
MCKINNEY TX 75069

Creditor ID: 11603-01
TRANS ATLANTIC TRADING ENTERPRISE
420 ROUTE 46 SUITE 9
FAIRFIELD NJ 07004

Creditor ID: 2155-01
TRANS CENTURY HEALTH CARE INC
2483 LILLYVALE AVENUE
LOS ANGELES CA 90032

Creditor ID: 18800-01
TRANS CENTURY INC.
37048 NILES BLVD
FREMONT CA 94536-1648

Creditor ID: 18801-01
TRANS COASTAL SUPPLY, INC.
2803 NORTH 22ND STREET
DECATUR IL 62526

Creditor ID: 12174-01
TRANS CONTAINER(USA) INC.
19001 HARBORGATE WAY, SUITE 100
TORRANCE CA 90501

Creditor ID: 14623-01
TRANS DISCOVERY FORWARDING
/ILS DE MEXICO,S.A.DE
14421 IMPORT ROAD
LAREDO TX 78045

Creditor ID: 8030-01
TRANS GLOBAL NA USA INC.
744 S.GLASGOW AVE.
INGLEWOOD CA 90301

Creditor ID: 8031-01
TRANS INNOVATION INC.
2587 OTAY CENTER DR.
SAN DIEGO CA 92154

Creditor ID: 18687-01
TRANS INTERNATIONAL (OH)
130 E WILSON BRIDGE ROAD, SUITE 150
WORTHINGTON OH 43085

Creditor ID: 11604-01
TRANS OCEAN BULK LOGISTIC INC.
3027 MARINA BAY DR. STE 301
LEAGUE CITY TX 77573

Creditor ID: 2156-01
TRANS OCEAN PRODUCTS, INC.
350 WEST ORCHARD DRIVE
BELLINGHAM WA 98225

Creditor ID: 4049-01
TRANS OCEANIC
15490 VICKERY DRIVE
HOUSTON TX 77032

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 11605-01
TRANS PAC BUILDING PRODUCTS LP
SUITE #4
ANCHORAGE AK 99518

Creditor ID: 6937-01
TRANS PAC FOODS LTD.
4215 EXCHANGE AVE
VERNON CA 90058

Creditor ID: 2157-01
TRANS TEXAS TIRE INC. OF MOUNT PLEASANT
1106 INDUSTRIAL ROAD, STE 1
MOUNT PLEASANT TX 75455

Creditor ID: 8032-01
TRANS TRADE INC.
1040 TRADE AVE.
DFW AIRPORT TX 75261

Creditor ID: 8033-01
TRANS UNION GROUP INC.
2801 N.W. 74TH AVE. SUITE 222
MIAMI FL 33122

Creditor ID: 2158-01
TRANS WORLD FREIGHT SERVICES INC.
167-55 148TH AVENUE
JAMAICA NY 11434

Creditor ID: 4050-01
TRANS-AM AIR & SEA FREIGHT
2016 LINDEN BLVD, SUITE 11
ELMONT NY 11003

Creditor ID: 4051-01
TRANS-AM AIR & SEA FREIGHT(LAX) INC.
116-118 W. HAZEL ST
TRANS-AM BLDG.,
INGLEWOOD CA 90302

Creditor ID: 14624-01
TRANSAMERICA LEASING INC
20 COMMERCE DR
CRANFORD NJ 07016

Creditor ID: 18802-01
TRANSATLANTIC PRODUCTS
AND SHIPPING SERVICES INC
3904 SHIRLEY DRIVE
ATLANTA GA 30336

Creditor ID: 14625-01
TRANSCON CARGO INC
6242 WESTCHESTER PARKWAY SUITE 200
LOS ANGELES CA 90045

Creditor ID: 12175-01
TRANSCON CARGO INC.
267 5TH AVENUE #1102
NEW YORK NY 10016

Creditor ID: 18803-01
TRANSCON INTERNATIONAL INC
234 RIDER AVENUE
BRONX NY 10451

Creditor ID: 14626-01
TRANSCON TRADING CO
121 BUTCHMAN BLVD,
IRMO SC 29063

Creditor ID: 4052-01
TRANSCONTINENTAL GRANITE, INC.
1801 COMMERCE ROAD
RICHMOND VA 23224

Creditor ID: 17404-01
TRANSCOR
1120 NW 165TH STREET
MIAMI FL 33169

Creditor ID: 18804-01
TRANSGLOBAL LOGISTICS INC.
100 OCEANGATE SUITE 1200
LONG BEACH CA 90802

Creditor ID: 8034-01
TRANSILWRAP CHICAGO
9201 BELMONT AVENUE
FRANKLIN PARK IL 60131

Creditor ID: 14627-01
TRANSIMEX
351 CALIFORNIA ST., SUITE 1400
SAN FRANCISCO CA 94104

Creditor ID: 4053-01
TRANSINDO USA, INC.
2885 S. RESERVOIR ST.
POMONA CA 91766

Creditor ID: 8035-01
TRANSIT TRADING CORP.
196-198 WEST BROADWAY
NEW YORK NY 10013

Creditor ID: 2159-01
TRANSLINK SHIPPING INC.
12300 FORD ROAD, SUITE 415
DALLAS TX 75234

Creditor ID: 11606-01
TRANSMACRO INC.
3920 FM 1960 WEST, SUITE 230
HOUSTON TX 77068

Creditor ID: 14628-01
TRANSMARITIME, INC
14213 TRANSPORTATION AVE
LAREDO TX 78045

Creditor ID: 6440-01
TRANSMED FOOD
401 E PRATT ST STE 352
BALTIMORE MD 21202

Creditor ID: 11607-01
TRANSNATIONAL FOODS, INC.
1110 BRICKELL AVE, SUITE 808
MIAMI CA 33131

Creditor ID: 6441-01
TRANSNET INC
710 NW JUNIPER ST., SUITE 100
ISSAQUAH WA 98027

Creditor ID: 14629-01
TRANSOCEAN AUTO INC.
3 LENTINE DRIVE,
FLEMINGTON NJ 08822

Creditor ID: 14630-01
TRANSOCEAN DISTRIBUTION CO.
3027 MARINA DRIVE BAY SUITE 301
LEAGUE CITY TX 77573

Creditor ID: 14631-01
TRANSONE
3350 HIGHWAY 6 STE PMB320
SUGARLAND TX 77478

# EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12176-01<br>TRANSPAC FOODS<br>3715 N.E. 151ST STREET<br>SEATTLE WA 98155 | Creditor ID: 6442-01<br>TRANSPAC FOODS, LTD<br>4215 EXCHANGE AVE<br>LOS ANGELES CA 90058 | Creditor ID: 7323-01<br>TRANSPAC USA<br>1515 WOODFIELD ROAD, SUITE 340<br>SCHAUMBURG IL 60173 |
| Creditor ID: 6443-01<br>TRANSPACIFIC COMMODITIES<br>1633 BAYSHORE HWY SUITE #325<br>BURLINGAME CA 94010 | Creditor ID: 2160-01<br>TRANSPACIFIC FOOD INC.<br>16115 SW 1ST STREET, SUITE 203<br>SHERWOOD OR 97140 | Creditor ID: 18805-01<br>TRANSPACIFIC FOODS, INC.<br>2601 MAIN STREET SUITE 910<br>IRVINE CA 92614 |
| Creditor ID: 18806-01<br>TRANSPACIFIC LOGISTICS<br>9911 S INGLESIDE AVE, STE 106<br>INGLEWOOD CA 90301 | Creditor ID: 6444-01<br>TRANS-PACIFIC TRADING U.S.<br>9600 SW BARNES ROAD, ST 200<br>PORTLAND OR 97225 | Creditor ID: 7324-01<br>TRANSPLACE INTERNATIONAL INC.<br>3010 GAYLORD PARKWAY SUITE 200<br>FRISCO TX 75034 |
| Creditor ID: 4054-01<br>TRANSPORT ALUMINUM<br>19605 E. WALNUT DRIVE NORTH<br>WALNUT CA 91789 | Creditor ID: 12177-01<br>TRANSPORT LOGISTICS INTERNATIONAL,INC.<br>4000 BLACKBURN LANE,SUITE 250<br>BURTONSVILLE MD 20866 | Creditor ID: 4055-01<br>TRANSPORTATION SERVICES INTERNATIONAL INC<br>1418 E. LINDEN AV<br>LINDEN NJ 07036 |
| Creditor ID: 14632-01<br>TRANSPORTATION WORLDWIDE INC.<br>16930 PARK ROW<br>HOUSTON TX 77084 | Creditor ID: 18807-01<br>TRANSPORTS FATTON IN<br>145 HOOK CREEK BLVD<br>VALLEY STREAM NY 11581 | Creditor ID: 12178-01<br>TRANSPORTS P. FATTON, INC.<br>895 SIVERT DRIVE<br>WOOD DALE IL 60191 |
| Creditor ID: 6446-01<br>TRANSTATE INTERNATIONAL, LLC.<br>16915 SE 43RD ST<br>ISSAQUAH WA 98027 | Creditor ID: 14633-01<br>TRANSTRADE OPERATORS, INC.<br>DBA TRANS-TRADE, INC.<br>2606 70TH AVE E STE 101<br>FIFE WA 98424 | Creditor ID: 11608-01<br>TRANS-TRADE, INC<br>11000 E. 51 AVENUE, UNIT A<br>DENVER CO 80239 |
| Creditor ID: 4056-01<br>TRANSUNION GROUP (USA)<br>454 E CARSON PLAZA DRIVE<br>CARSON CA 90746 | Creditor ID: 11609-01<br>TRANSWAYS EXPRESS (USA) INC<br>150-30 132ND AVE., SUITE 307<br>JAMAICA NY 11434 | Creditor ID: 17405-01<br>TRANSWAYS EXPRESS (USA), INC.<br>147-23 182ND STREET, SUITE 101<br>JAMAICA NY 11434 |
| Creditor ID: 12179-01<br>TRANSWORLD INDUSTRIES<br>PO BOX 712<br>MEMPHIS TN 38101 | Creditor ID: 11610-01<br>TRANSWORLD INTERNATIONAL TRADING CORP<br>7000 BOULEVARD GALAZY MALL<br>SUITE L-11<br>GUTTENBERG NJ 07093 | Creditor ID: 8036-01<br>TRANSWORLD LOGITEC, INC<br>ONE SKC DRIVE<br>COVINGTON GA 30014 |
| Creditor ID: 2161-01<br>TRANSYAS GROUP CO., LTD.<br>4001 100 ST. SW<br>LAKEWOOD WA 98499 | Creditor ID: 11611-01<br>TRAPIA LTD.<br>126 SOUTH SPOKANE STREET<br>SEATTLE WA 98134 | Creditor ID: 11612-01<br>TRAPP FAMILY LODGE INC.<br>700 TRAPP HILL ROAD STOWE, VT 05672<br>STOWE VT 05672 |
| Creditor ID: 14634-01<br>TRATHEN<br>2301 MAIN STREET<br>YORK NY 14592 | Creditor ID: 14635-01<br>TRAVEL GEAR,INC.<br>7484 HARWIN DRIVE<br>HOUSTON TX 77036 | Creditor ID: 2162-01<br>TRAVEL SMART DIVISION OF CONAIR<br>10 RAILROAD AVENUE<br>BEACON FALLS CT 06403 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                           **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14636-01 | Creditor ID: 4057-01 | Creditor ID: 12180-01 |
| TRAVELPRO | TRAX TECHNOLOGY | TRAXESS USA, INC. |
| 700 BANYAN TRAIL | PO BOX 20430 | 748 W. ALGONQUIN ROAD |
| BOCA RATON FL 33431 | MESA AZ 85722 | ARLINGTON HEIGHTS IL 60005 |
| | | |
| Creditor ID: 10375-01 | Creditor ID: 14637-01 | Creditor ID: 4058-01 |
| TRAXYS NORTH AMERICA LLC. | TRAYLOR - DUTRA J.V. | TRAYTON AMERICA INC DBA SIMON LI FURNITURE |
| 825 THIRD AVENUE | 375 BURMA ROAD | 4543 DUNBAR BRIDGE RD |
| NEW YORK NY 10022 | OAKLAND CA 94607 | ASSASS NC 27205 |
| | | |
| Creditor ID: 4059-01 | Creditor ID: 14638-01 | Creditor ID: 2163-01 |
| TRE POLYMER INC | TREADWAYS CORPORATION | TREATT USA |
| 11135 RUSH ST. UNIT U | 2000 CAMPUS DRIVE | 4900 LAKELAND COMMERCE PARKWAY |
| EL MONTE CA 91733 | EAST NORRITON PA 19403 | LAKELAND FL 33805 |
| | | |
| Creditor ID: 4060-01 | Creditor ID: 2018-01 | Creditor ID: 6447-01 |
| TRECO TECH & SUPPLY | TREDEGAR FILM PRODUCTS | TREDEGAR FILM PRODUCTS |
| 919 FINCH AVE | 351 NORTH OAKWOOD ROAD | 1100 BOULDERS PARKWAY |
| HIGH POINT NC 27263 | LAKE ZURICH IL 60047 | RICHMOND VA 23325 |
| | | |
| Creditor ID: 2164-01 | Creditor ID: 14639-01 | Creditor ID: 11613-01 |
| TREDIT TIRE AND WHEEL | TREDIT TIRE AND WHEEL | TREE MASTERS INC |
| 57941 CHARLOTTE AVENUE | 460 HIGHWAY 29 NORTH | 101 EAST 11TH ST. |
| ELKHART IN 46517 | ATHENS GA 30601 | NEWTON NC 29658 |
| | | |
| Creditor ID: 11614-01 | Creditor ID: 2165-01 | Creditor ID: 6448-01 |
| TREEHOUSE CALIFORNIA ALMONDS, LLC | TREESIDE INCORPORATED | TREFFERT COATINGS US INC. |
| 6914 ROAD 160 | 132 MINORCA AVENUE | 2915 WHITEHALL PARK DRIVE |
| EARLIMART CA 93219 | CORAL GABLES FL 33134 | CHARLOTTE NC 28273 |
| | | |
| Creditor ID: 2166-01 | Creditor ID: 12181-01 | Creditor ID: 2019-01 |
| TREK - WEST COAST WAREHOUSE | TREK BICYCLE CORP. | TREK BICYCLE CORPORATION |
| 5100 SHEA CENTER DRIVE | N57W39605 STATE ROAD 16 | 801 W. MADISON ST |
| ONTARIO CA 91761 | OCONOMOWOC WI 53066 | WATERLOO WI 53594-1243 |
| | | |
| Creditor ID: 12182-01 | Creditor ID: 8037-01 | Creditor ID: 4061-01 |
| TRELLEBORG FILLITE, INC. | TRELLEBORG MARINE SYSTEMS USA, INC. | TREND SMART AMERICA.LTD |
| 1856 CORPORATE DRIVE, # 135 | 532 JACK ENDERS BLVD | 2 SOUTH POINTE DR., SUITE 152 |
| NORCROSS GA 30093 | BERRYVILLE VA 22611 | LAKE FOREST CA 92630 |
| | | |
| Creditor ID: 14640-01 | Creditor ID: 2168-01 | Creditor ID: 10376-01 |
| TRENDLER COMPONENTS, INC. | TRENDSETTERS TRADING, INC. | TRENDWAY CORPORATION |
| 4540 WEST 51ST STREET | 571 YORBITA ROAD | 13467 QUINCY STREET |
| CHICAGO IL 60632 | CITY OF INDUSTRY CA 91744 | HOLLAND MI 49422 |
| | | |
| Creditor ID: 18808-01 | Creditor ID: 18809-01 | Creditor ID: 14641-01 |
| TRENDY YARN | TRESPA NORTH AMERICA | TRESPA NORTH AMERICA, LTD. |
| 5215 S. BOYLE AVE. | 12267 CROSTHWAITE CIRCLE | 62 GREEN STREET |
| VERNON CA 90058 | POWAY CA 92064 | NEW YORK NY 10012 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8038-01<br>TREX COMPANY - WAREHOUSE<br>181 BATTAILLE DR.<br>WINCHESTER VA 22601 | Creditor ID: 18810-01<br>TREX CORP.<br>851 BURLWAY ROAD, STE. 400<br>BURLINGAME CA 94010 | Creditor ID: 2169-01<br>TRFCA<br>2420 N.COLISEUM BLVD., SUITE 200<br>FORT WAYNE IN 46805 |
| Creditor ID: 11615-01<br>TRFCA - TIFFANY SIMS CHB<br>3429 JODECO ROAD<br>MCDONOUGH GA 30253 | Creditor ID: 6449-01<br>TRI - VIN IMPORTS<br>1 PARK AVE.<br>MOUNT VERNON NY 10550 | Creditor ID: 4062-01<br>TRI CAL<br>8770 HWY 25<br>HOLLISTER CA 95023 |
| Creditor ID: 8045-01<br>TRI- STAR FREIGHT SYSTEM INC.<br>3057 N.W. 107 AVE<br>MIAMI FL 33172 | Creditor ID: 11616-01<br>TRI STAR METALS, INC.<br>375 VILLAGE DRIVE<br>CAROL STREAM IL 60188 | Creditor ID: 2170-01<br>TRI STATE DISTRIBUTORS<br>HWY 70 EAST 1470 SALISBURY RD.<br>STATESVILLE NC 28687 |
| Creditor ID: 12183-01<br>TRI STATE FOAM PRODUCTS<br>445 S INDUSTRIAL PARK,<br>MARTINSVILLE VA 24113 | Creditor ID: 11617-01<br>TRI STATE HARDWOODS<br>7050 S. STATE ROAD 3<br>SOUTH MILFORD IN 46786 | Creditor ID: 8139-01<br>TRI STATE SURPLUS CO.<br>20150 HWY 10, P.O. BOX 402<br>BIG LAKE MN 55309 |
| Creditor ID: 11618-01<br>TRI STONE IMPORTS<br>246 JAMES ST<br>BENSENVILLE IL 60106 | Creditor ID: 8140-01<br>TRI UNION SEAFOOD LLC<br>222 N. SEPULVEDA BLVD.,SUITE 1550<br>DBA CHICKEN OF THE SEA FROZEN FOODS<br>EL SEGUNDO CA 90245 | Creditor ID: 7325-01<br>TRI USA, LLC<br>108 PLATTON DR., BOSTIC, NC 28018<br>BOSTIC NC 28108 |
| Creditor ID: 4063-01<br>TRI VISTA DESIGNS<br>311 JUDGES ROAD, STE 7H-I<br>WILMINGTON NC 28405 | Creditor ID: 12184-01<br>TRI WAVE, LLC.<br>5680 HWY 6, #175<br>MISSOURI CITY TX 77459 | Creditor ID: 12185-01<br>TRIACE ENTERPRISE<br>10511 WINDSOR LANE, SUITE A106<br>HOUSTON TX 77031 |
| Creditor ID: 8141-01<br>TRI-ALLOY GROUP, LLC<br>4585 BROOKS ST.<br>MONTCLAIR CA 91763 | Creditor ID: 18811-01<br>TRIANGLE MAPLE PRODUCT, INC<br>200 S GARFIELD AVE #102A<br>ALHAMBRA CA 91801 | Creditor ID: 8142-01<br>TRIANGLE PASS<br>12102 175TH STREET<br>ARTESIA CA 90701 |
| Creditor ID: 14642-01<br>TRIANGLE WAREHOUSE<br>201 AERO COURT<br>GREENSBORO NC 27409 | Creditor ID: 8143-01<br>TRIBAL TRADING COMPANY<br>41 NORTH UNION STREET<br>CAMBRIDGE NY 12816 | Creditor ID: 11619-01<br>TRIBOR INTERNATIONAL<br>176 DUKES ST. SE<br>ORANGEBURG SC 29115 |
| Creditor ID: 6450-01<br>TRIBUTE ENERGY INC.<br>2100 W. LOOP SOUTH, STE 1220<br>HOUSTON TX 77027 | Creditor ID: 2171-01<br>TRICON DRY CHEMICALS, LLC<br>777 POST OAK BOULEVARD, SUITE 550<br>HOUSTON TX 77056 | Creditor ID: 2020-01<br>TRICOR<br>1320 SAN MATEO AVENUE<br>SOUTH SAN FRANCISCO CA 94080 |
| Creditor ID: 4064-01<br>TRIDENT METALS<br>3860 CANYON RD.<br>ELLENSBURG WA 98926 | Creditor ID: 2172-01<br>TRIDENT SEAFOODS CORP.<br>5303 SHILSHOLE AVE. NW<br>SEATTLE WA 98107-4000 | Creditor ID: 12186-01<br>TRI-ISO TRYLINE LLC<br>365 118TH AVENUE SE #110<br>BELLEVUE WA 98005 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12187-01<br>TRILINI INTERNATIONAL<br>41 TERRACE PLACE<br>BROOKLYN NY 11218 | Creditor ID: 18812-01<br>TRILOGY GLASS AND PACKAGING,INC.<br>975 CORPORATE CENTER PARKWAY<br>SUITE 120<br>SANTA ROSA CA 95407 | Creditor ID: 11620-01<br>TRIMACO, LLC<br>2300 GATEWAY CENTRE BLVD, SUITE 200<br>MORRISVILLE NC 27560 |
| Creditor ID: 6451-01<br>TRI-MARINE FISH CO.<br>220 CANNERY STREET<br>SAN PEDRO CA 90731 | Creditor ID: 18813-01<br>TRIMAX LTD. INC.<br>12019 NYANZA ROAD S.W<br>LAKEWOOD WA 98499 | Creditor ID: 6452-01<br>TRIMAX-WYERS PRODUCTS GROUP, INC<br>6770 S. DAWSON CIRCLE #200<br>CENTENNIAL CO 80112 |
| Creditor ID: 18814-01<br>TRINA SOLAR (U.S) INC.<br>100 CENTURY CENTER COURT, STE 340<br>SAN JOSE CA 95112 | Creditor ID: 14643-01<br>TRI-NET LOGISTICS MANAGEMENT, INC.<br>888 A.E.C. DRIVE<br>WOOD DALE IL 60191 | Creditor ID: 10395-01<br>TRINIDAD BENHAM CORP<br>100 PEGASUS PARKWAY<br>LA GRANGE GA 30240 |
| Creditor ID: 12665-01<br>TRINIDAD BENHAM CORP.<br>3650 SOUTH YOSEMITE ST STE 300<br>DENVER CO 80237 | Creditor ID: 11621-01<br>TRINITY<br>412 POLLASKY AVE<br>CLOVIS CA 93612-1140 | Creditor ID: 6453-01<br>TRINITY DISTRIBUTION INC.<br>1522 KNOWLES AVE.<br>LOS ANGELES CA 90063 |
| Creditor ID: 6454-01<br>TRINITY FRUIT SALES CO.<br>7571 N. REMINGTON AVENUE, SUITE 104<br>FRESNO CA 93711 | Creditor ID: 14644-01<br>TRINITY GLASS<br>4390 FLOSSMOOR SI #400<br>LAS VEGAS NV 89115 | Creditor ID: 12188-01<br>TRINITY GLASS INTERNATIONAL<br>2515 US HIGHWAY 78 SUITE 400<br>MOODY AL 35094 |
| Creditor ID: 18815-01<br>TRINITY GLASS INTERNATIONAL INC.<br>115 CORPORATE COURT<br>BOWLING GREEN KY 42103 | Creditor ID: 2173-01<br>TRINITY GLASS INTERNATIONAL INC.<br>33615 1ST WAY S<br>FEDERAL WAY WA 98003 | Creditor ID: 14645-01<br>TRINITY INTERNATIONAL INDUSTIRES, LLC<br>930 E. 233RD ST.<br>CARSON CA 90745 |
| Creditor ID: 14646-01<br>TRINITY METALS LLC<br>2440 NORTH SHADELAND AVE.<br>INDIANAPOLIS IN 46219 | Creditor ID: 8144-01<br>TRINOBLE INC.<br>3 UNIVERSITY PLAZA, SUITE 405<br>HACKENSACK NJ 07601 | Creditor ID: 12189-01<br>TRINTITY GLASS INTERNATIONAL,INC<br>4621 192ND ST. EAST<br>TACOMA WA 98446 |
| Creditor ID: 6455-01<br>TRIO ENGINEERED PRODUCTS INC<br>12823 SCHABARUM AVENUE<br>IRWINDALE CA 91706 | Creditor ID: 8145-01<br>TRIPAK WAREHOUSE<br>2021 MARC STREET<br>TACOMA WA 98421 | Creditor ID: 2174-01<br>TRIPLE H FOOD PROCESS<br>5821 WILDERNESS AVENUE<br>RIVERSIDE CA 92504 |
| Creditor ID: 18816-01<br>TRIPLE I PRESS, LLC<br>2001 VERDE SCHOOL ROAD<br>HOLTVILLE CA 92250 | Creditor ID: 12190-01<br>TRIPLE S RECYCLING<br>567 EXCHANGE COURT<br>LIVERMORE CA 94550 | Creditor ID: 14647-01<br>TRIPLE THREE INVESTMENT, LLC<br>15861 SALVATIERRA ST<br>IRWINDALE CA 91706 |
| Creditor ID: 6456-01<br>TRIPLETT AEROSPACE, INC<br>1423 FARRELL ROAD<br>HOUSTON TX 77073 | Creditor ID: 2175-01<br>TRIPP LITE<br>1111 W. 35TH STREET<br>CHICAGO IL 60609 | Creditor ID: 2021-01<br>TRISTAR NORTH AMERICA, INC.<br>237 GREENWAY NORTH<br>FOREST HILLS NY 11375 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4065-01<br>TRISTERNE ENTERPRISES INC.<br>320 NORTHERN BLVD. SUITE 22<br>GREAT NECK NY 11021 | Creditor ID: 18817-01<br>TRITON BOATS<br>15 BLUEGRASS DRIVE<br>ASHLAND CITY TN 37015 | Creditor ID: 2176-01<br>TRITON CONTAINER<br>55 GREEN ST<br>SAN FRANCISCO CA 94111 |
| Creditor ID: 18818-01<br>TRITON CONTAINER INTL. LTD.<br>10 WOODBRIDGE CENTER DR STE 430<br>WOODBRIDGE NJ 07095 | Creditor ID: 12191-01<br>TRITON INTERNATIONAL ENTERPRISES<br>7398 WARD PARK LANE, SUITE: 3<br>SPRINGFIELD VA 22153 | Creditor ID: 12192-01<br>TRITON SYSTEMS OF DELAWARE INC.<br>21405 B STREET<br>LONG BEACH MS 39560 |
| Creditor ID: 4066-01<br>TRIUMPH ASSOCIATES OF AMERICA INC.<br>510 E. 86TH STREET (8D)<br>NEW YORK NY 10028 | Creditor ID: 11622-01<br>TRIUMPH FOODS, LLC<br>5302 STOCK YARD EXPRESSWAY<br>ST. JOSEPH MO 64504 | Creditor ID: 2177-01<br>TRIUNFO IMP & EXP FOOD CORP<br>574 FERRY STREET,<br>NEWARK NJ 07105 |
| Creditor ID: 6457-01<br>TRIZ VENTURES LLC<br>2405 WESTGATE DRIVE<br>ALBANY GA 31708 | Creditor ID: 8146-01<br>TRK INC.<br>11099 S LA CIENEGA BLVD STE 220<br>LOS ANGELES CA 90045 | Creditor ID: 12193-01<br>TROEGS BREWING CO.<br>800 PAXTON STREET<br>HARRISBURG PA 17104 |
| Creditor ID: 14648-01<br>TROJAN BATTERY COMPANY<br>9440 ANN STREET<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 18819-01<br>TROMP BAKERY SYSTEMS LLC.<br>677 RIVER COVE COURT<br>DACULA GA 30019 | Creditor ID: 11623-01<br>TRONEX<br>2 CRANBERRY ROAD<br>PARSIPPANY NJ 07054 |
| Creditor ID: 17406-01<br>TRONOX LLC<br>3301 NW 150TH STREET<br>OKLAHOMA CITY OK 73134 | Creditor ID: 12194-01<br>TROPICAL EXPRESSIONS FURNITURE<br>2525 COOLIDGE STREET<br>ORLANDO FL 32804 | Creditor ID: 6458-01<br>TROPICAL FOODS LLC<br>1665 NW 102 AVENUE, SUITE 103<br>MIAMI FL 33172 |
| Creditor ID: 4067-01<br>TROPICAL FOREST PRODUCTS, INC<br>1863 ADOBE CREEK DRIVE<br>PETALUMA CA 94954 | Creditor ID: 14649-01<br>TROPICAL HARVEST LLC<br>500 MORRIS AVENUE<br>SPRINGFIELD NJ 07081 | Creditor ID: 8147-01<br>TROPICAL RESOURCES INC.<br>737 EAST 1180 SOUTH<br>AMERICAN FORK UT 84003 |
| Creditor ID: 7326-01<br>TROPICAL SCENTS LLC<br>18405 S. SANTA FE AVENUE<br>RANCHO DOMINGUEZ CA 90221 | Creditor ID: 4068-01<br>TROPICAL STONES<br>7 LEE BLVD<br>MALVERN PA 19355 | Creditor ID: 4069-01<br>TROPICAL TILE & MARBLE<br>9950 N.W. 77TH AVENUE<br>HIALEAH GARDENS FL 33016 |
| Creditor ID: 2178-01<br>TROUTMAN CHAIR, LLC<br>134 ROCKER LANE<br>TROUTMAN NC 28166 | Creditor ID: 14650-01<br>TROY CHEMICAL CORPORATION<br>ONE AVENUE L<br>NEWARK NJ 07105 | Creditor ID: 12195-01<br>TROY CONTAINER LINE LTD - NYC<br>8133 ARDREY KELL ROAD<br>CHARLOTTE NC 28173 |
| Creditor ID: 18820-01<br>TROY CORPORATION<br>8 VREELAND ROAD<br>FLORHAM PARK NJ 07932 | Creditor ID: 14651-01<br>TRP INTERNATIONAL<br>4605 MORNINGSIDE<br>BLOOMINGTON IN 47408 | Creditor ID: 8148-01<br>TRUE DESIGNS,<br>DIV. OF MILLWORK HOLDINGS CO., LTD.<br>1359 BROADWAY - 18TH FL<br>NEW YORK NY 10018 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8149-01<br>TRUE FOOD INTERNATIONAL (O'FALLON, MO)<br>2001 EAST TERRA LANE<br>O'FALLON MO 63366 | Creditor ID: 8150-01<br>TRUE MANUFACTURING<br>2001 EAST TERRA LANE<br>O'FALLON MO 63366 | Creditor ID: 2179-01<br>TRUE MARINE INTERNATIONAL<br>4326 191ST SE<br>ISSAQUAH WA 98027 |
| Creditor ID: 8151-01<br>TRUE NORTH AMERICA, INC.<br>2052 ALTON PKWY<br>IRVINE CA 92606 | Creditor ID: 12196-01<br>TRUE NORTH RELOCATION<br>1411 FOURTH AVENUE STE 701<br>SEATTLE WA 98101 | Creditor ID: 2022-01<br>TRUE TIMBER OUTDOORS HOLDING CO. LLC<br>150 ACCURATE WAY<br>INMAN SC 29349 |
| Creditor ID: 6459-01<br>TRUE VALUE COMPANY<br>8600 W. BRYN MAWR AVENUE<br>CHICAGO IL 60631-3579 | Creditor ID: 17407-01<br>TRUE WESTERN INC.<br>2001 EAST TERRA LANE<br>O'FALLON MO 63366 | Creditor ID: 8152-01<br>TRUE WORLD FOODS, INC<br>32-34 PAPETTI PLAZA<br>ELIZABETH NJ 07207-1188 |
| Creditor ID: 2180-01<br>TRULITE WSG, LLC<br>43443 OSGOOD ROAD<br>FREMONT CA 94539 | Creditor ID: 18822-01<br>TRUST AUTO SERVICE<br>675 EAST SAN BRUNO AVE.<br>SAN BRUNO CA 94066 | Creditor ID: 8153-01<br>TRUTH WORLDWIDE LLC<br>2170 BUCKTHORNE PLACE, SUITE 400<br>WOODLANDS TX 77380 |
| Creditor ID: 12197-01<br>TRW FUJI VALVE INC.<br>128 RIVER BEND DRIVE (OUC 630)<br>SEVIERVILLE TN 37876 | Creditor ID: 14652-01<br>TRYAD SERVICE CORP<br>5900 E. LERDO HIGHWAY<br>SHAFTER CA 93263 | Creditor ID: 4567-01<br>TS DISTRIBUTORS, INC<br>2033 N.17TH AVE<br>MELROSE PARK IL 60160 |
| Creditor ID: 6460-01<br>TS RACING<br>123 WEST SEMINOLE AVE.<br>BUSHNELL FL 33513 | Creditor ID: 18823-01<br>TSA STORES, INC<br>1050 WEST HAMPDEN AVE.<br>ENGLEWOOD CO 80110 | Creditor ID: 11624-01<br>TSG LLC<br>175-41 148 ROAD<br>JAMAICA NY 11434 |
| Creditor ID: 2023-01<br>TSS, INC.<br>18168 AMANDA LANE<br>NEW FREEDOM PA 17349 | Creditor ID: 6461-01<br>TSSI CALEXICO<br>1778 CARR ROAD 4A<br>CALEXICO CA 92231 | Creditor ID: 18824-01<br>TST INC. (TIMCO STANDARD TANDEM)<br>11601 ETIWANDA AVE<br>FONTANA CA 92337 |
| Creditor ID: 6462-01<br>TST INC. / STANDARD METALS<br>2032 E. 220TH STREET<br>LONG BEACH CA 90810 | Creditor ID: 12198-01<br>TST LOGISTICS<br>533 NOKTH PARK AVENUE<br>BURLINGTON NC 27216 | Creditor ID: 4568-01<br>TSUNAMI SEAFOOD CORPORATION<br>4030 49TH AVENUE SOUTH<br>SEATTLE WA 98118 |
| Creditor ID: 8154-01<br>TSW INVESTMENTS INC<br>17618 N.E. 142ND STREET<br>REDMOND WA 98052 | Creditor ID: 11625-01<br>TTE PRODUCTS INC<br>1701-M FORTUNE DR<br>SAN JOSE CA 95131 | Creditor ID: 17408-01<br>TTE TECHNOLOGY INC.<br>410 W. TRINITY BLVD, SUITE 200<br>GRAND PRAIRIE TX 75050 |
| Creditor ID: 6463-01<br>TTE TECHNOLOGY LTD<br>101 WEST 103RD STREET<br>INDIANAPOLIS IN 46290 | Creditor ID: 4569-01<br>TTE TECHNOLOGY, INC. (MASA)<br>1430 HENRY BRENNAN<br>EL PASO TX 79936 | Creditor ID: 12199-01<br>TTI FLOORCARE<br>101 EAST MAPLE ST<br>NORTH CANTON OH 44720 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11626-01<br>TTI FLOORCARE<br>7005 COCHRAN ROAD<br>GLENWILLOW OH 44139 | Creditor ID: 11627-01<br>TTI GROUP<br>1428 PEARMAN DAIRY ROAD<br>ANDERSON SC 29625 | Creditor ID: 14653-01<br>TU FRUIT, LLC<br>12304 8TH AVENUE S.W.<br>SEATTLE WA 98146 |
| Creditor ID: 18825-01<br>TUBE & SOLID TIRE, LTD.<br>4530 TEJASCO DR. -BLDG. 1A<br>SAN ANTONIO TX 78218 | Creditor ID: 8155-01<br>TUBE AND SOLID TIRE LTD<br>5100 KAEPA COURT<br>SAN ANTONIO TX 78218 | Creditor ID: 8156-01<br>TUBE CITY IMS, LLC<br>12 MONONGAHELA AVENUE<br>GLASSPORT PA 15045 |
| Creditor ID: 6464-01<br>TUBE TECHNOLOGIES INC<br>5101 BOONE AVENUE NORTH<br>MINNEAPOLIS MN 55428 | Creditor ID: 12200-01<br>TUBE-MAC INDUSTRIES, INC.<br>420 HALSTEAD BLVD. BUILDING #3<br>ZELIENOPLE PA 16063 | Creditor ID: 4570-01<br>TUCKER DOOR & TRIM CORPORATION<br>650 HWY 83<br>MONROE GA 30656 |
| Creditor ID: 6465-01<br>TUCKER ROCKY DIST.<br>17900 E. 32ND AVENUE, # 10<br>AURORA CO 80011 | Creditor ID: 18826-01<br>TUCKER ROCKY DISTRIBUTING<br>37 VALLEY VIEW BUSINESS PARK<br>JESSUP PA 18434 | Creditor ID: 18688-01<br>TUCKER ROCKY DISTRIBUTING<br>8700 JESSE B SMITH CT.BLDG.500<br>JACKSONVILLE FL 33219 |
| Creditor ID: 2181-01<br>TUCKER ROCKY DISTRIBUTING<br>900 CARLOW DRIVE, UNIT A<br>BOLINGBROOK IL 60490 | Creditor ID: 4571-01<br>TUCKER ROCKY DISTRIBUTING<br>4900 ALLIANCE GATEWAY FRWY<br>FT WORTH TX 76178 | Creditor ID: 12201-01<br>TUCKER ROCKY DISTRIBUTING<br>8505 WEST DOE,<br>VISALIA CA 93291 |
| Creditor ID: 11628-01<br>TUCKER ROCKY DISTRIBUTION<br>2424 N.E. RIVERSIDE WAY<br>PORTLAND OR 97211 | Creditor ID: 11629-01<br>TUESDAY MORNING CORP.<br>6250 LBJ FREEWAY<br>DALLAS TX 75240 | Creditor ID: 4572-01<br>TUFCO TECHNOLOGIES, INC.<br>1140 GLORY ROAD<br>GREEN BAY WI 54304 |
| Creditor ID: 12202-01<br>TUFF TORK<br>5943 COMMERCE BLVD.<br>MORRISTOWN TN 37814 | Creditor ID: 11630-01<br>TUG NEW YORK INC<br>13 HENDERSON AVENUE<br>LYNBROOK NY 11563 | Creditor ID: 11631-01<br>TUG USA INC.<br>17971 ARENTH AVE.<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 18827-01<br>TUG USA, INC.<br>780 NOGALES STREET, SUITE D<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 14654-01<br>TULIP COMPANY<br>1850 E. DAVIS DRIVE<br>TERRE HAUTE IN 47802 | Creditor ID: 2182-01<br>TUMAC COMMODITIES<br>805 SW BROADWAY STE 1500<br>PORTLAND OR 97205-3357 |
| Creditor ID: 12203-01<br>TUMAC LUMBER<br>805 SW BROADWAY, STE 1500<br>PORTLAND OR 97205-3357 | Creditor ID: 2183-01<br>TUMI INCORPORATED<br>3500 PEACHTREE RD NE STE E27<br>ATLANTA GA 30326-1254 | Creditor ID: 4573-01<br>TUMI INTERNATIONAL MOVERS<br>11450 NW 34TH ST<br>MIAMI FL 33178 |
| Creditor ID: 2184-01<br>TUMI, INC<br>2501 MATTHEWS INDUSTRIAL CIR STE 1<br>VIDALIA GA 30474 | Creditor ID: 2185-01<br>TUNG CHING TRADING<br>2221 INDIANAPOLIS AVE.<br>CLOVIS CA 93611 | Creditor ID: 6466-01<br>TUNG TAI GROUP<br>1726 ROGERS AVENUE<br>SAN JOSE CA 95112 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14655-01<br>TUPELO SLEEPER<br>115 NORTH INDUSTRIAL ROAD<br>TUPELO MS 38801 | Creditor ID: 2024-01<br>TUPY AMERICAN FOUNDRY CORPORATION<br>39205 COUNTRY CLUB DR SUITE C22<br>FARMINGTON HILLS MI 48331 | Creditor ID: 18828-01<br>TURBO AIR INC.<br>1250 VICTORIA STREET<br>CARSON CA 90746 |
| Creditor ID: 11632-01<br>TURKHAN NUTS LLC<br>13405 FOLSOM BLVD STE 514<br>FOLSOM CA 95630-4739 | Creditor ID: 11633-01<br>TURMAR MARBLE SYSTEMS INC.<br>1425 JEFFERSON RD<br>ROCHESTER NY 14623 | Creditor ID: 11634-01<br>TURNDA INTERNATIONAL INC.<br>1102 JOHN REED COURT<br>CITY OF INDUSTRY CA 91745 |
| Creditor ID: 6467-01<br>TUSCANY MARBLE & GRANITE INC<br>243 SKIDMORE ROAD<br>DEER PARK NY 11729 | Creditor ID: 14657-01<br>TUSMO FARAH<br>3565 VANDYKE AVE<br>SAN DIEGO CA 92105 | Creditor ID: 11635-01<br>TUTCO INTERNATIONAL<br>500 GOULD DRIVE<br>COOKEVILLE TN 38506 |
| Creditor ID: 11636-01<br>TUTTO TILE INTERNATIONAL LLC<br>15061 TECHNOLOGY DRIVE<br>SHELBY TOWNSHIP MI 48315 | Creditor ID: 2186-01<br>TUVIA USA INC<br>303 MERRICK ROAD SUITE 303<br>LYNBROOK NY 11563 | Creditor ID: 4574-01<br>TV FOOD CO.,<br>2964 ALVARADO ST. STE. E<br>SAN LEANDRO CA 94577 |
| Creditor ID: 12204-01<br>TVO AIR<br>1135 SOUTH 204TH STREET<br>SEATTLE WA 98198 | Creditor ID: 18689-01<br>TW INTERNATIONAL, INC.<br>12323 N. AUSTIN SHORE DRIVE<br>CYPRESS TX 77433 | Creditor ID: 4575-01<br>TW WEST CORPORATION<br>2448 HAWKWOOD DRIVE<br>CHINO HILLS CA 91709 |
| Creditor ID: 18829-01<br>TWEEL HOME FURNISHING INC.<br>18 BEAVER STREET<br>NEWARK NJ 07102 | Creditor ID: 6468-01<br>TWELVE GRAPES OF CALIFORNIA INC.<br>418 WESTBOURNE STREET<br>DBA PITAYA PLUS<br>SAN DIEGO CA 92037 | Creditor ID: 12205-01<br>TWELVE STRING BREWING COMPANY<br>11616 EAST MONTGOMERY DRIVE #26<br>SPOKANE VALLEY WA 99206 |
| Creditor ID: 14658-01<br>T-WEST INC.<br>19016 S. VERMONT AVE.<br>GARDENA CA 90248 | Creditor ID: 6469-01<br>TWI<br>2725 EAST DESERT INN RD<br>LAS VEGAS NV 89121-3613 | Creditor ID: 2187-01<br>TWI IMPORT SERVICE<br>2005 ANAHEIM CONVERTION CENTER<br>ANAHEIM CA 92802 |
| Creditor ID: 6470-01<br>TWI IMPORT SERVICES FOR<br>INTL BAKING INDUSTRY EXPO<br>2001 LAS VEGAS CONVENTION CENTER<br>LAS VEGAS NM 87745 | Creditor ID: 2188-01<br>TWIN CITY FAN COMPANIES LTD<br>5959 TRENTON LANE<br>MINNEAPOLIS MN 55442 | Creditor ID: 4576-01<br>TWIN CITY FOODS<br>10120 269TH PLACE NW<br>STANWOOD WA 98282 |
| Creditor ID: 8157-01<br>TWIN CITY HIDE<br>491 MALDEN ST.<br>SOUTH ST. PAUL MN 55075-5934 | Creditor ID: 8158-01<br>TWIN CITY TANNERIES<br>501 MALDEN STREET<br>SOUTH ST. PAUL MN 55075 | Creditor ID: 18830-01<br>TWIN CITY TILE & MARBLE CO<br>900 MEMORIAL CIRCLE<br>SAINT PAUL MN 55102 |
| Creditor ID: 6471-01<br>TWIN COMMODITIES,INC<br>6303 BECKWITH ROAD<br>MODESTO CA 95358 | Creditor ID: 17409-01<br>TWIN RIVERS ATV, LLC<br>1763 HWY 70 EAST<br>DE QUEEN AR 71832 | Creditor ID: 8159-01<br>TWIN TAILS SEAFOOD CORPORATION<br>8325 NW 30TH TERRACE<br>MIAMI FL 33122 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 6472-01
TWISTERZ TOYS LLC
221 KING STREET, SUITE 343
SAN FRANCISCO CA 94107

Creditor ID: 18831-01
TWO LOOP IMPORT & EXPORT
12115 SW DOUGLAS
PORTLAND OR 97225

Creditor ID: 14659-01
TWO RIVERS FISHERIES INC
1148 WICKLIFFE ROAD
WICKLIFFE KY 42087

Creditor ID: 11737-01
TWO RIVERS TIMBER,INC
7778 STATE RTE 417
ADDISON NY 14801

Creditor ID: 6473-01
T-Y GROUP LLC
10800 NW 106TH STREET - SUITE1
MIAMI FL 33178

Creditor ID: 11738-01
TYCO VALVES & CONTROLS
9025 MOYA BLVD.
RENO NV 89506-2625

Creditor ID: 10377-01
TYLER PIPE COMPANY
8 MILES NORTH US 69 AT
SWAN, 11910 CR 492
TYLER TX 75706

Creditor ID: 6474-01
TYM USA INC
3007 DOWNING STREET, SUITE A
WILSON NC 27893

Creditor ID: 12206-01
TYM USA INC.
4734 POTATO HOUSE CT.
WILSON NC 27893

Creditor ID: 12308-01
TYM-USA
1204 S.W. LAKE RD.
REDMOND OR 97756

Creditor ID: 18832-01
TYNDALE HOUSE PUBLISHERS INC
370 EXECUTIVE DRIVE
CAROL STREAM IL 60188

Creditor ID: 14660-01
TYRES INTERNATIONAL INC
4637 ALLEN RD.
STOW OH 44224-1037

Creditor ID: 11739-01
TYROLIT CINCINNATI INC.
3000 DISNEY STREET
CINCINNATI OH 45209

Creditor ID: 6475-01
TYROLIT WICKMANN INC
10325 CAPITAL AVE.
OAK PARK MI 48237-3144

Creditor ID: 12309-01
TYSON FOODS, INC
2200 DON TYSON PARKWAY
SPRINGDALE AR 72762

Creditor ID: 18833-01
TYSON FOODS, INC.
2210 OAKLAWN DRIVE
SPRINGDALE AR 72765-2020

Creditor ID: 6476-01
TYSON FRESH MEATS, INC.
800 STEVENS PORT DRIVE, DEPT. DD701
DAKOTA DUNES SD 57049

Creditor ID: 2025-01
TYSON PREPARED FOODS, INC.
2210 WEST OAKLAWN DRIVE
SPRINGDALE AR 76762

Creditor ID: 8160-01
TYSONS INTERNATIONAL INC
141-D CENTRAL AVENUE
FARMINGDALE NY 11735

Creditor ID: 18834-01
TYTAN INTERNATIONAL LLC
16240 WEST 110TH STREET
LENEXA KS 66219

Creditor ID: 14661-01
TZENG LONG U.S.A. INC.
2801 S. VAIL AVE.
COMMERCE CA 90040

Creditor ID: 2190-01
TZETZO BROS, INC.
1100 MILITARY ROAD
BUFFALO NY 14217

Creditor ID: 18835-01
U AND G TRADING CO., INC.
1815 EL CAMINO REAL #12
BURLINGAME CA 94010

Creditor ID: 8161-01
U C TRADE INC.
2225 W.COMMONWEALTH AVE., SUITE 116
ALHAMBRA CA 91803

Creditor ID: 10396-01
U S LINES LTD
3621 S. HARBOR BLVD. SUITE 225
SANTA ANA CA 92704

Creditor ID: 18836-01
U S ORIENT
P O BOX 10202
EUGENE OR 97440

Creditor ID: 2191-01
U. S. SHIPPERS ASSOCIATION (U.S.S.A.)
578 POST ROAD, SUITE 586
WESTPORT CT 06880

Creditor ID: 6477-01
U.B.C. DISTRIBUTORS
14217 TIREMAN AVE.
DEARBORN MI 48126

Creditor ID: 18837-01
U.B.S. LUMBER YARDS
30 OAK STREET WESTERLY, RI 02891
WESTERLY RI 02891

Creditor ID: 18838-01
U.S WORLD DIRECT, INC.
2850 E. VIA MARTENS
ANAHEIM CA 92806

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2192-01<br>U.S. AVIATION SERVICES, INC.<br>PO BOX 696<br>CROPWELL AL 35054 | Creditor ID: 12310-01<br>U.S. BANK NATIONAL ASSOCIATION<br>111 SW FIFTH AVENUE, SUITE 500<br>PORTLAND INTERNATIONAL<br>BANKING OFFICE<br>PORTLAND OR 97204 | Creditor ID: 14662-01<br>U.S. BATTERY MANUFACTURE CO.<br>1675 SAMPSON AVENUE<br>CORONA CA 92789 |
| Creditor ID: 8162-01<br>U.S. BORAX<br>26877 TOURNEY ROAD<br>VALENCIA CA 91355 | Creditor ID: 8046-01<br>U.S. BORAX,INC.<br>14486 BORAX ROAD<br>BORON CA 93516 | Creditor ID: 6478-01<br>U.S. DESPATCH AGENCY<br>2200 BROENING HIGHWAY, ROOM 125<br>BALTIMORE MD 21224 |
| Creditor ID: 14663-01<br>U.S. DYNAMICS RECYCLING LLC<br>2830 PRODUCE ROW<br>HOUSTON TX 77023 | Creditor ID: 6479-01<br>U.S. EQUINE<br>310 N. WESTLAKE BLVD<br>WESTLAKE VILLAGE CA 91362 | Creditor ID: 14664-01<br>U.S. EVERGREEN TRADING CO.<br>30988 SAN BENITO ST<br>HAYWARD CA 94544 |
| Creditor ID: 6480-01<br>U.S. MOTOR RECYCLING<br>4027 S. WELLS STREET<br>CHICAGO IL 60609 | Creditor ID: 12311-01<br>U.S. NIUTANG CHEMICAL INC.<br>2913 SATURN ST. UNIT Q<br>BREA CA 92821 | Creditor ID: 2193-01<br>U.S. PETROCHEMICAL INDUSTRIES INC.<br>5075 WESTHEIMER ROAD, SUITE 675<br>HOUSTON TX 77056 |
| Creditor ID: 6481-01<br>U.S. PETROCHEMICALS, INC.<br>402 MAIN ST<br>WEST PENN CO. CODE 2015<br>BELLE VERNON PA 15012-1299 | Creditor ID: 11740-01<br>U.S. POLYMERS INC<br>4330 CHESAPEAKE DRIVE 28216<br>CHARLOTTE NC 28216 | Creditor ID: 6482-01<br>U.S. POLYMERS INC.<br>10930 DARRACOT ROAD<br>ABERDEEN MS 39730 |
| Creditor ID: 18839-01<br>U.S. POLYMERS INC.<br>3480 COBB ROAD - P.O.BOX 667<br>TUNICA MS 38676 | Creditor ID: 18840-01<br>U.S. POSTAL SERVICE-<br>OPERATIONS SUPPORT/TRANSPORT<br>500 85TH AVE. ROOM A-13<br>OAKLAND CA 94615-9701 | Creditor ID: 4578-01<br>U.S. SALT INTERNATIONAL, INC.<br>FM 17 NORTH, BOX 415<br>GRAND SALINE TX 75140 |
| Creditor ID: 2194-01<br>U.S. SYNTEC CORP<br>2809 FRUITVALE BLVD<br>YAKIMA WA 98902 | Creditor ID: 4579-01<br>U.S. TRADING CO<br>1280 VAN DYKE AVE.,<br>SAN FRANCISCO CA 94124 | Creditor ID: 18841-01<br>U.S. TRADING COMPANY<br>2118 CABOT BOULEVARD<br>HAYWARD CA 94545 |
| Creditor ID: 10378-01<br>U.S. WEST AGRICULTURE EXPORTERS<br>526 DAMMERON VALLEY DRIVE WEST<br>DAMMERON VALLEY UT 84783 | Creditor ID: 14665-01<br>U.S. WINDOW AND FLOOR INC<br>606 FOUNTAIN PKWY<br>GRAND PRAIRIE TX 75050 | Creditor ID: 6483-01<br>U.S.A. SPORTS,INC.<br>2516 FAIRWAY PARK DR.<br>HOUSTON TX 77092 |
| Creditor ID: 6484-01<br>U.S.BORAX, INC<br>8051 E.MAPLEWOOD AVE<br>GREENWOOD VILLAGE CO 80121 | Creditor ID: 6485-01<br>U.S.CERAMICS IMPORTS<br>10825 7TH ST. SUITE F<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 18842-01<br>U.S.INDUSTRIAL MACHINERY<br>PO BOX 2098<br>MEMPHIS TN 38101 |
| Creditor ID: 11741-01<br>U.V.INTERNATIONAL L.L.C.<br>60B CLOUMBIA ROAD,<br>MORRISTOWN NJ 07960 | Creditor ID: 12312-01<br>UBC DISTRIBUTORS COMPANY<br>12812 PROSPECT ST.<br>DEARBORN MI 48126 | Creditor ID: 2195-01<br>UBE AMERICA INC<br>261 MADISION AVE<br>NEW YORK NY 10016 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6486-01<br>UBE AMERICA INC<br>28345 BECK ROAD, SUITE 104<br>WIXOM MI 48393 | Creditor ID: 4580-01<br>UBIQUITI NETWORKS<br>91 E TASMAN DRIVE<br>SAN JOSE CA 95134 | Creditor ID: 14666-01<br>UC SYNERGETIC<br>1010 JACKSON HOLE DRIVE, SUITE 100<br>BLACKLICK OH 43004 |
| Creditor ID: 12666-01<br>UCAN FOODS INC.<br>927 S. AZUSA AVE.<br>CITY OF INDUSTRY CA 91748 | Creditor ID: 8163-01<br>UCM MAGNESIA INC.<br>510 MULBERRY LANE<br>CHEROKEE AL 35616 | Creditor ID: 4581-01<br>UCM SHIPPING AGENCY INC.<br>184-45 14TH AVE #103<br>SPRINGFIELD GARDENS NY 11413 |
| Creditor ID: 12313-01<br>UCM SHIPPING AGENCY,INC.<br>184-45,147TH AVE.,#103<br>SPRINGFIELD GARDENS NY 11413 | Creditor ID: 6487-01<br>UEC ELECTRONIC<br>5914 HOWARD STREET<br>HANAHAN SC 29410 | Creditor ID: 18843-01<br>UENO FINE CHEMICALS INDUSTRY<br>420 LEXINGTON AVE 28TH FL<br>STE 2832-33<br>NEW YORK NY 10170 |
| Creditor ID: 14667-01<br>UFS LOGISTICS INC.<br>201 N. CORONA AVE., SUITE 101<br>ONTARIO CA 91764 | Creditor ID: 2196-01<br>U-FUEL INC.<br>200 FRONTIER PLAZA<br>ELK MOUND WI 54739 | Creditor ID: 8164-01<br>U-FUEL,INC.<br>N5690 850TH ST STE 200<br>ELK MOUND WI 54739 |
| Creditor ID: 2026-01<br>UINTA BREWING CO.<br>1722 S FREMONT DR.<br>SALT LAKE CITY UT 84104 | Creditor ID: 14668-01<br>UIS POLYMERS WAREHOUSE<br>1420 W. CHURCH STREET<br>ALAMO TN 38001 | Creditor ID: 4582-01<br>ULBRICH<br>12340 S. LARAMIE AVE.<br>ALSIP IL 60803 |
| Creditor ID: 14669-01<br>ULINE INC.<br>30120 SKOKIE HIGHWAY<br>NORTH CHICAGO IL 60064 | Creditor ID: 2197-01<br>ULMA FORM WORKS,INC<br>58 5TH AVENUE<br>HAWTHORNE NJ 07506 | Creditor ID: 18844-01<br>ULO SYSTEMS LLC USA<br>PMB 813, 1390B JAMES COMEAUX ROAD<br>LAFAYETTE LA 70508 |
| Creditor ID: 2198-01<br>ULTIMA S.A.<br>630 DAVIDSON ST<br>NOVATO CA 94945 | Creditor ID: 18845-01<br>ULTIMATE ACCENTS,INC<br>743 PARK LAWN COURT<br>KERNSVILLE NC 27284 | Creditor ID: 6488-01<br>ULTIMATE NUTRITION,INC<br>21 HYDE ROAD<br>FARMINGTON CT 06032 |
| Creditor ID: 6489-01<br>ULTIMATE SUPERFOODS INC.<br>5455 ENDEAVOUR COURT<br>MOORPARK CA 93021 | Creditor ID: 8165-01<br>ULTRA FAB PRODUCTS, INC.<br>57985 SR 19 SOUTH,<br>ELKHART IN 46517 | Creditor ID: 11742-01<br>ULTRA HARDWARE PRODUCTS, L.L.C.<br>1777 HYLTON ROAD<br>PENNSAUKEN NJ 08110 |
| Creditor ID: 11743-01<br>ULTRA POLY, INC.<br>2926 SOUTH STEELE<br>TACOMA WA 98409 | Creditor ID: 4583-01<br>ULTRA TRADING INT'L LTD.<br>2875 NE 191 ST. #604<br>AVENTURA FL 33180 | Creditor ID: 8047-01<br>ULTRA YARNS USA INC.<br>18459 PINES BLVD # 245<br>PEMBROKE PINES FL 33029 |
| Creditor ID: 6490-01<br>ULTRABRONZ AMERICA<br>11633 BUSY STREET<br>RICHMOND VA 23236 | Creditor ID: 8166-01<br>ULTRAFLEX INTERNATIONAL LTD<br>154-1 REMINGTON BLVD<br>RONKONKOMA NY 11779 | Creditor ID: 12314-01<br>ULTRAFLEX PACKAGING CORP<br>978 ESSEX STREET<br>BROOKLYN NY 11208 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11744-01<br>UMBRO CORP<br>ONE BOWERMAN DRIVE<br>BEAVERTON OR 97005-6453 | Creditor ID: 6491-01<br>UMED CORPORATION<br>1286 HUMBRACHT CIRCLE<br>BARTLETT IL 60103 | Creditor ID: 14670-01<br>UMICORE MARKETING SERVICES USA<br>3120 HIGHWOODS BLVD<br>RALEIGH NC 27612 |
| Creditor ID: 14671-01<br>UMINA BROTHERS, INC.<br>237 E. HUENEME ROAD SUITE C<br>PORT HUENEME CA 93041 | Creditor ID: 18846-01<br>UN SOGNO LLC<br>17 MIDWAY AVENUE<br>MILL VALLEY CA 94941 | Creditor ID: 2199-01<br>UNCLAIMED FREIGHT CO. INC.<br>7003 SOUTH COOPER ST<br>ARLINGTON TX 76001 |
| Creditor ID: 12315-01<br>UNDER ARMOUR DISTRIBUTION HOUSE<br>1010 SWAN CREEK DRIVE<br>CURTIS BAY MD 21226 | Creditor ID: 11745-01<br>UNDER ARMOUR, INC<br>1020 HULL ST #300<br>BALTIMORE MD 21230 | Creditor ID: 4584-01<br>UNDER THE NILE<br>783 AMES AVE<br>MILPITAS CA 95035 |
| Creditor ID: 14672-01<br>UNDER THE NILE<br>2070 ZANKER ROAD<br>SAN JOSE CA 95131 | Creditor ID: 11746-01<br>UNGER ENTERPRISES<br>425 ASYLUM STREET<br>BRIDGEPORT CT 06610 | Creditor ID: 2200-01<br>UNGER FABRIK, LLC<br>1515 E. 15TH ST.<br>LOS ANGELES CA 90021 |
| Creditor ID: 4585-01<br>UNGERER & CO<br>4 BRIDGEWATER LANE<br>LINCOLN PARK NJ 07035 | Creditor ID: 17410-01<br>UNI GROUP WORLDWIDE UTS HEADQUARTERS<br>ONE WORLDWIDE DRIVE<br>FENTON MO 63026 | Creditor ID: 11747-01<br>UNI HOSIERY CO., INC.<br>1911 E. OLYMPIC BLVD.<br>LOS ANGELES CA 90021 |
| Creditor ID: 4586-01<br>UNI-ALL GROUP, LTD.<br>2900 CHAMBLEE TUCKER ROAD,<br>BLDG 12-300<br>ATLANTA GA 30341 | Creditor ID: 11748-01<br>UNICAL AVIATION INC<br>680 S. LEMON AVE<br>CITY OF INDUSTRY CA 91789 | Creditor ID: 11749-01<br>UNICARRIERS AMERICAS CORPORATION<br>240 NORTH PROSPECT STREET<br>MARENGO IL 60152 |
| Creditor ID: 14673-01<br>UNICELL PAPER MILLS, INC<br>3401 ST. JOHN'S PKWY<br>SANFORD FL 32771 | Creditor ID: 18847-01<br>UNICORN TILE CORP.<br>2020 E. ORANGETHORPE AVE.<br>ANAHEIM CA 92806 | Creditor ID: 2201-01<br>UNICORN TIRE CORPORATION<br>4660 DISTRIPLEX DRIVE WEST<br>MEMPHIS TN 38118 |
| Creditor ID: 8167-01<br>UNIDEN ELECTRONICS PRODUCTS<br>(SHENZHEN) CO. LTD.<br>TONG MEI VILLAGE,<br>FUK WING CHEN, BAO AN<br>SHENZHE GUANGDONG<br>CHINA | Creditor ID: 6492-01<br>UNIDEN FINANCIAL, INC.<br>4700 AMON CARTER BLVD.<br>FORT WORTH TX 76155 | Creditor ID: 11750-01<br>UNIDEX GROUP, INC.<br>1601 GLENLAKE AVE.<br>ITASCA IL 60143 |
| Creditor ID: 6493-01<br>UNIFI EXPORT SALES LLC<br>7201 WEST FRIENDLY AVENUE<br>GREENSBORO NC 27419 | Creditor ID: 12316-01<br>UNIFIED HEART TOURING CO.<br>9300 WILSHIRE BLVD., SUITE 200<br>BEVERLY HILLS CA 90212 | Creditor ID: 8168-01<br>UNIFIED SEAFOOD CO INC.<br>556 TOWNA AVE<br>LOS ANGELES CA 90013 |
| Creditor ID: 11751-01<br>UNIFIED SEAFOOD CO.<br>559 STANDFORD AVENUE<br>LOS ANGELES CA 90013 | Creditor ID: 18848-01<br>UNIFLEX CHURCH FURNISHINGS INC.<br>6311 SOUTH I-35<br>GAINESVILLE TX 76240 | Creditor ID: 12317-01<br>UNILEVER<br>2900 WEST TRUMAN BLVD<br>JEFFERSON CITY MO 65109 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7327-01<br>UNILEVER (USA)<br>75 MERRITT BLVD<br>TRUMBULL CT 06611 | Creditor ID: 12318-01<br>UNILEVER COSMETICS INT'L<br>515 ROCKAWAY AVE FMC #16339N<br>VALLEY STREAM NY 11581 | Creditor ID: 12319-01<br>UNIMACTS<br>422 RIDGEHILL ROAD<br>SCHENECTADY NY 12303 |
| Creditor ID: 11752-01<br>UNIMET METAL SUPPLY, INC<br>557 MAIN STREET<br>ORANGE NJ 07050 | Creditor ID: 11753-01<br>UNIMET METAL SUPPLY, INC.<br>150 LACKAWANNA AVE.<br>PARSIPPANY NJ 07054 | Creditor ID: 12320-01<br>UNIMIN CORPORATION<br>258 ELM STREET<br>NEW CANAAN CT 06840 |
| Creditor ID: 18849-01<br>UNIMIN SPECIALTY MINERALS INC.<br>258 ELM STREET<br>NEW CANAAN CT 06840 | Creditor ID: 12321-01<br>UNIMIN SPECIALTY MINERALS, INC.<br>P.O. BOX 340<br>TAMMS IL 62988 | Creditor ID: 14674-01<br>UNINATIONS CORP<br>67 WALNUT AVE SUITE 301<br>CLARK NJ 07066 |
| Creditor ID: 18850-01<br>UNION BANK OF CALIFORNIA<br>P.O. BOX 51280<br>LOS ANGELES CA 90051 | Creditor ID: 2202-01<br>UNION CARBIDE<br>1254 ENCLAVE PARKWAY<br>HOUSTON TX 77077 | Creditor ID: 12322-01<br>UNION CITY IMPORTS<br>129 34TH ST.  PO BOX 794<br>UNION CITY NJ 07087 |
| Creditor ID: 17411-01<br>UNION FISH COMPANY<br>100 LARKSPUR LANDING CIR STE 115<br>LARKSPUR CA 94939-1731 | Creditor ID: 4587-01<br>UNION HIDE COMPANY<br>2125 OAK GROVE ROAD<br>WALNUT CREEK CA 94598 | Creditor ID: 4588-01<br>UNION LIQUOR COMPANY<br>2600 WEST 35TH ST<br>CHICAGO IL 60632 |
| Creditor ID: 11754-01<br>UNION PACIFIC LOGISTICS, INC.<br>757 N. BALDWIN PARK BLVD.,<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 4589-01<br>UNION POLY INC.<br>200 W 134TH ST<br>LOS ANGELES CA 90061 | Creditor ID: 2203-01<br>UNION UNDERWEAR CO, INC.,<br>DBA FRUIT OF THE LOOM<br>ONE FRUIT OF THE LOOM DRIVE<br>BOWLING GREEN KY 42103 |
| Creditor ID: 18886-01<br>UNION WAY CORP.<br>PIER 70 BUILDING 20TH<br>OFF 3RD STREET<br>SAN FRANCISCO CA 94107 | Creditor ID: 6494-01<br>UNIPACK GLOBAL RELOCATION INC.<br>1900 WRIGHT PLACE, SUITE 180<br>CARLSBAD CA 92008 | Creditor ID: 2204-01<br>UNIQLO USA LLC.<br>3RD FLOOR, 546-548 BROADWAY<br>NEW YORK NY 10012 |
| Creditor ID: 4457-01<br>UNIQUE COFFEE<br>3075 RICHMOND TERRACE<br>STATEN ISLAND NY 10303 | Creditor ID: 8169-01<br>UNIQUE FLOOR PRODUCTS INT<br>321 SO MAIN STREET<br>SEBASTOPOL CA 95472 | Creditor ID: 8170-01<br>UNIQUE HOME DESIGN<br>973 N. COLORADO STREET<br>GILBERT AZ 85223 |
| Creditor ID: 2205-01<br>UNIQUE OVERSEAS INC<br>425 NORTHERN BLVD,STE 22<br>GREAT NECK NY 11021 | Creditor ID: 8171-01<br>UNIQUE SPECTRONIX, INC.<br>261 EAST IMPERIAL HWY., UNIT 510<br>FULLERTON CA 92835 | Creditor ID: 4590-01<br>UNIQUE TILE LTD.<br>1364 N. KELLY<br>NIXA MO 65714 |
| Creditor ID: 8675-01<br>UNISEA INC.<br>15400 NORTHEAST 90TH ST.<br>REDMOND WA 98073-9719 | Creditor ID: 14675-01<br>UNISOURCE WORLDWIDE - SACRAMENTO<br>1701 NATIONAL DR<br>SACRAMENTO CA 95834-1923 | Creditor ID: 4591-01<br>UNISOURCE WORLDWIDE INC<br>4225 HACIENDA DRIVE<br>PLEASANTON CA 94588 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                              **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 8676-01<br>UNISOURCE WORLDWIDE INC - PHOENIX<br>844 NORTH 47TH AVE<br>PHOENIX AZ 85043 | Creditor ID: 11755-01<br>UNISOURCE WORLDWIDE INC.<br>2325 S CEDAR AVE<br>FRESNO CA 93725 | Creditor ID: 18887-01<br>UNISOURCE WORLDWIDE INC. - COMMERCE<br>2600 S. COMMERCE WAY<br>COMMERCE CA 90040 |
| Creditor ID: 11756-01<br>UNISOURCE WORLDWIDE INC. - PORTLAND<br>18557 NE HALSEY STREET<br>PORTLAND OR 97230 | Creditor ID: 8677-01<br>UNISOURCE WORLDWIDE INC. - SEATTLE<br>20213 89TH AVENUE<br>KENT WA 98032 | Creditor ID: 11757-01<br>UNISOURCE WORLDWIDE, INC.<br>6600 GOVERNORS LAKE PKWY<br>NORCROSS GA 30071 |
| Creditor ID: 11758-01<br>UNISTAR FOODS INC.<br>128 N. GIBBS STREET<br>POMONA CA 91769 | Creditor ID: 8678-01<br>UNISTEL<br>860 HARD ROAD<br>WEBSTER NY 14580 | Creditor ID: 4592-01<br>UNITCARGO CONTAINER LINE, INC.<br>4544 POST OAK PLACE DR STE 180<br>HOUSTON TX 77027 |
| Creditor ID: 4458-01<br>UNITECH BUILDING MATERIALS, CORP<br>630 N. WYMORE ROAD, SUITE 320<br>MAITLAND FL 32751 | Creditor ID: 12324-01<br>UNITECH POLYMERS INC.<br>9921 CARMEL MOUNTAIN RD. SUITE 282<br>SAN DIEGO CA 92129 | Creditor ID: 11759-01<br>UNITED ALLOYS<br>900 E. SLAUSON AVE.<br>LOS ANGELES CA 90011 |
| Creditor ID: 14676-01<br>UNITED ALLOYS & METALS, INC<br>1177 JOYCE AVENUE<br>COLUMBUS OH 43219 | Creditor ID: 6495-01<br>UNITED CARGO TRANS<br>2396 E. PACIFICA PLACE, SUITE 270<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 11760-01<br>UNITED CENTRAL BANK<br>8585 S GESSNER RD<br>HOUSTON TX 77074-2911 |
| Creditor ID: 6496-01<br>UNITED CHEMI-CON INC<br>185 MCNEIL ROAD<br>LANSING NC 28643 | Creditor ID: 14677-01<br>UNITED CHINA AND USA<br>14438 BELLAIRE BLVD<br>HOUSTON TX 77083 | Creditor ID: 14678-01<br>UNITED COMMERCE CENTERS, INC.<br>1720 E. STATE HWY 356<br>IRVING TX 75060 |
| Creditor ID: 14679-01<br>UNITED CONNECTIONS COMPANY<br>336 E ESSEX STREET<br>GLENDORA CA 91740 | Creditor ID: 18690-01<br>UNITED DISPLAYCRAFT<br>333 EAST TOUHY AVENUE<br>DES PLAINES IL 60018 | Creditor ID: 4593-01<br>UNITED EXCHANGE CORP.<br>14108 ARTESIA BLVD.<br>CERRITOS CA 90703 |
| Creditor ID: 12325-01<br>UNITED FACILITIES<br>25451 S. MOUNTAIN HOUSE PARKWAY<br>TRACY CA 95377-8903 | Creditor ID: 2206-01<br>UNITED FARM IMPLEMENTS INC.<br>1804 ACADEMY AVNUE<br>DUBLIN GA 31040 | Creditor ID: 12326-01<br>UNITED FEATHER & DOWN<br>414 EAST GOLF RD<br>DES PLAINES IL 60016 |
| Creditor ID: 4594-01<br>UNITED FOOD IMPORT<br>3 CHRIS CT, SUITE K<br>DAYTON NJ 08810 | Creditor ID: 11761-01<br>UNITED FOOD IMPORT INC.<br>400 KENNEDY DR<br>SAYREVILLE NJ 08872 | Creditor ID: 6497-01<br>UNITED FOOD OF ASIA LTD.<br>287 VANDERVOORT AVE<br>BROOKLYN NY 11211 |
| Creditor ID: 2207-01<br>UNITED FOREST PRODUCTS<br>10190 SW 122 TERR<br>MIAMI FL 33176 | Creditor ID: 14680-01<br>UNITED FOUNDRIES INC. (CANTON, OH)<br>1400 GRACE AVE NE<br>CANTON OH 44705 | Creditor ID: 2208-01<br>UNITED FRUIT & PRODUCE CO<br>333 N. HENRY STREET<br>BROOKLYN NY 11222 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6498-01<br>UNITED FRUITS (CALIF.) CORP.<br>260 S. LOS ROBLES AVE. SUITE 208<br>PASADENA CA 91101 | Creditor ID: 4595-01<br>UNITED GENERAL SUPPLY CO., INC.<br>9320 HARWIN DRIVE<br>HOUSTON TX 77036 | Creditor ID: 2209-01<br>UNITED GENERAL TRADING, INC.<br>1611 S. CATALINA AVE. SUITE 345<br>REDONDO BEACH CA 90277 |
| Creditor ID: 18888-01<br>UNITED GLOBAL SERVICES (NY) CORP<br>230-19 INT'L AIRPORT BLVD.,BUILDING<br>A,ROOM 238<br>JAMAICA NY 11413 | Creditor ID: 10379-01<br>UNITED GLOBAL SERVICES (NY) CORP<br>300 MERRICK RD<br>LYNBROOK NY 11563 | Creditor ID: 14681-01<br>UNITED GLOBE CARGO.<br>2142 NW 99 AVENUE<br>MIAM| FL 33172 |
| Creditor ID: 14682-01<br>UNITED GREEN FOODS INC.<br>411 E HUNTINGTON DR STE 107-297<br>ARCADIA CA 91006 | Creditor ID: 11762-01<br>UNITED HARDWARE DISTRIBUTING COMPANY<br>5005 NATHAN LANE<br>PLYMOUTH MN 55442 | Creditor ID: 14683-01<br>UNITED INDIAN RIVER PACKERS, LLC<br>4310 77TH STREET<br>VERO BEACH FL 32967 |
| Creditor ID: 8679-01<br>UNITED INDUSTRIES<br>13260 CORPORATE EXCHANGE DR.<br>BRIDGETON MO 63044 | Creditor ID: 12327-01<br>UNITED INDUSTRIES<br>2828 SE 14TH AVENUE<br>PORTLAND OR 97202 | Creditor ID: 12328-01<br>UNITED INTERNATIONAL - CELLMAKR<br>80 WASHINGTON STREET<br>NORWALK CT 06854 |
| Creditor ID: 11763-01<br>UNITED INTERNATIONAL BUSINESS, INC<br>3231 VISTA LAKE<br>SUGAR LAND TX 77478 | Creditor ID: 2210-01<br>UNITED INTERNATIONAL ENTERPRISES INC.<br>15669 SW 54 CT<br>MIRAMAR FL 33027 | Creditor ID: 2211-01<br>UNITED LIQUOR LIMITED<br>175 CAMPANELLI DRIVE PO BOX 859219<br>BRAINTREE MA 02185-9219 |
| Creditor ID: 4596-01<br>UNITED LOGISTICS (LAX) INC.<br>13079 ARTESIA BLVD #B110<br>CERRITOS CA 90703 | Creditor ID: 14684-01<br>UNITED MARITIME INTERNATIONAL, INC.<br>1440 MAPLE AVENUE, SUITE 1B<br>LISLE IL 60532 | Creditor ID: 2212-01<br>UNITED MATERIAL INC<br>1959 TRADE CENTER WAY<br>NAPLES FL 34109 |
| Creditor ID: 14685-01<br>UNITED MERCHANDISE WHOLESALE INC<br>22 CENTRAL DRIVE<br>FARMINGDALE NY 11735 | Creditor ID: 12329-01<br>UNITED METAL GROUP, INC<br>14941 SW 38 STREET<br>MIAMI FL 33185 | Creditor ID: 6499-01<br>UNITED MILWAUKEE SCRAP LLC<br>3027 WEST CONCORDIA AVENUE<br>MILWAUKEE WI 53216 |
| Creditor ID: 12330-01<br>UNITED MINERALS  CHEMICALS CORP.<br>1100 VALLEY BROOK AVE<br>LYNDHURST NJ 07071 | Creditor ID: 11764-01<br>UNITED NATURAL TRADING CO<br>96 EXECUTIVE AVENUE<br>EDISON NJ 08817 | Creditor ID: 2213-01<br>UNITED OVERSEAS TRADING CORP.<br>260 S. LOS ROBLES AVE. #208<br>PASADENA CA 91101 |
| Creditor ID: 14686-01<br>UNITED PET GROUP -<br>AQUATICS, MARINELAND/AQUARIA<br>3001 COMMERCE ST.<br>BLACKSBURG VA 24060 | Creditor ID: 12667-01<br>UNITED PET GROUP - COMPANION ANIMALS<br>1377 MOTOR PARKWAY SUITE 100<br>ISLANDIA NY 11749 | Creditor ID: 12331-01<br>UNITED PET GROUP- AQUATICS<br>3001 COMMERCE STREET<br>BLACKSBURG VA 24060 |
| Creditor ID: 18889-01<br>UNITED PET GROUP DBA FIRSTRAX<br>18A JOURNEY, SUITE 130<br>ALISO VIEJO CA 92656 | Creditor ID: 6500-01<br>UNITED PET GROUP, INC.<br>1377 MOTOR PARKWAY, SUITE 100<br>ISLANDIA NY 11749 | Creditor ID: 4597-01<br>UNITED PET GROUP-AQUATICS, MARINELAND/AQUARIA<br>4015 LAKEVIEW CORPORATE DRIVE<br>EDWARDSVILLE IL 62025 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2214-01<br>UNITED RAW MATERIALS INC.<br>144-16, 25DR<br>FLUSHING NY 11354 | Creditor ID: 11765-01<br>UNITED RECEPTACLE<br>300 PEACOCK STREET<br>POTTSVILLE PA 17901 | Creditor ID: 11766-01<br>UNITED RENTALS (NORTH AMERICA)<br>222 BERGEN TURNPIKE<br>RIDGEFIELD PARK NJ 07660 |
| Creditor ID: 6501-01<br>UNITED SCRAP<br>1545 S. CICERO AVE<br>CICERO IL 60804 | Creditor ID: 12332-01<br>UNITED SEAFOOD ENTERPRISES, LP<br>116 RIDGWAY DRIVE<br>BORDENTOWN NJ 08505 | Creditor ID: 6502-01<br>UNITED SHIPPERS ALLIANCE<br>6371 RIVERSIDE DRIVE SUITE 110<br>DUBLIN OH 43017 |
| Creditor ID: 6503-01<br>UNITED SHIPPING SERVICE INC<br>2121W MISION RD #307<br>ALHAMBRA CA 91803 | Creditor ID: 2215-01<br>UNITED SOURCE ONE<br>4610 MERCEDES DRIVE<br>BELCAMP MD 21017 | Creditor ID: 6504-01<br>UNITED SOURCE ONE (ILM)<br>461 MERCEDES DRIVE<br>BELCAMP MD 21017 |
| Creditor ID: 6505-01<br>UNITED STATES DISTILLED PRODUCTS<br>1607 S. 12TH STREET<br>PRINCETON MN 55371 | Creditor ID: 6506-01<br>UNITED STATES ENRICHMENT<br>CORPORATION 5600 HOBBS ROAD<br>PADUCAH KY 42001 | Creditor ID: 10380-01<br>UNITED STATES LUGGAGE LLC<br>400 WIRELESS BLVD.<br>HAUPPAUGE NY 11788 |
| Creditor ID: 19157-97<br>UNITED STATES MARITIME ALLIANCE, LTD<br>& THE ILA FOR PURPOSES OF MILA<br>THE CARRIER-ILA FUNDS, THE CRF<br>C/O CONTAINER ROYALTY CENTRAL COLL FUND<br>125 CHUBB AVENUE, STE 350 NA<br>LYNDHURST NJ 07071 | Creditor ID: 12333-01<br>UNITED STATES POSTAL SERVICE<br>475 L'ENFANT PLAZA SW<br>WASHINGTON DC 20260-6210 | Creditor ID: 8680-01<br>UNITED STATES POSTAL SERVICE NJ INTERNATIONAL<br>80 COUNTRY RD<br>JERSEY CITY NJ 07097-9998 |
| Creditor ID: 6507-01<br>UNITED STATES STEEL CORP<br>1THIRD STREET<br>BRADDOCK PA 15104 | Creditor ID: 12334-01<br>UNITED STATES STEEL INTERNATIONAL INC.<br>PENN LIBERTY PLAZA,<br>1350 PENN AVENUE, SUITE 200<br>PITTSBURGH PA 15222 | Creditor ID: 4598-01<br>UNITED STATES TRADING INC.<br>106 N. BRIDGE STREET<br>BEDFORD VA 24523 |
| Creditor ID: 19158-97<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102 | Creditor ID: 12335-01<br>UNITED STATIONERS SUPPLY CO.<br>ONE PARKWAY NORTH BLVD<br>DEERFIELD IL 60015-2559 | Creditor ID: 14687-01<br>UNITED STEEL SUPPLY, INC.<br>25201 PASEO DE ALICIA, STE. 118<br>LAGUNA HILLS CA 92653 |
| Creditor ID: 8681-01<br>UNITED STONE DISTRIBUTOR<br>1555 GREENLEAF AVE<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 18890-01<br>UNITED SUPPLY GROUP, LLC<br>BLUEGRASS RESEARCH<br>& INDUSTRIAL PARK<br>LOUISVILLE KY 40299 | Creditor ID: 18691-01<br>UNITED SYSTEMS OF AMERICA<br>11814 OAK MEADOW<br>STAFFORD TX 77477 |
| Creditor ID: 6508-01<br>UNITED TEXTILE DISTRIBUTION<br>350 SHIP WASH DRIVE.<br>GARNER NC 27529 | Creditor ID: 2216-01<br>UNITED TREASURES<br>19710 58TH PLACE SUITE A<br>KENT WA 98032 | Creditor ID: 12336-01<br>UNITED WAREHOUSES<br>603 SE ASSEMBLY AVENUE, SUITE #210<br>VANCOUVER WA 98661 |
| Creditor ID: 8048-01<br>UNITED WAREHUSING CO.<br>120 CORPORATE DRIVE<br>DANVILLE KY 40422 | Creditor ID: 4599-01<br>UNITED-BEST CORP<br>8661 19TH AVENUE<br>BROOKLYN NY 11214 | Creditor ID: 4600-01<br>UNITED-JOHNSON BROTHERS OF AL<br>6000 GREENWOOD PKWY<br>BESSEMER AL 35020 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                 **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12337-01<br>UNITEX INTERNATIONAL, INC.<br>14780 BAR HARBOUR ROAD, BUIDLING A,<br>FONTANA CA 92336 | Creditor ID: 11768-01<br>UNITIKA AMERICA<br>255 EAST FIFTY STREET, SUITE 2800<br>CINCINNATI OH 45202 | Creditor ID: 4601-01<br>UNITRANS INTERNATIONAL<br>11800 SUNRISE VALLEY<br>RESTON VA 20191 |
| Creditor ID: 14688-01<br>UNITRANS INTERNATIONAL CORP<br>709 SOUTH HINRY AVE<br>INGLEWOOD CA 90301 | Creditor ID: 6509-01<br>UNIVAR DE MEXICO SA DE CV<br>34 E. FRONTON STREET<br>BROWNSVILLE TX 78520 | Creditor ID: 2217-01<br>UNIVAR USA INC<br>17425 NE UNION HILL ROAD.<br>REDMOND WA 98052 |
| Creditor ID: 11769-01<br>UNIVERSAL CERAMIC TILE DIST<br>301 MURPHY ROAD<br>HARTFORD CT 06114 | Creditor ID: 2218-01<br>UNIVERSAL CONCORD CO<br>TRANSAMERICAN GROUP INTL INC<br>13353 E. ALONDRA BLVD. #200C<br>SANTA FE SPRINGS CA 90706 | Creditor ID: 18891-01<br>UNIVERSAL CONCORD INL<br>148-36 GUY R BEEWER BLVD STE 207<br>JAMAICA NY 11434 |
| Creditor ID: 4460-01<br>UNIVERSAL DISTRIBUTION CENTER<br>96 DISTRIBUTION BLVD<br>EDISON NJ 08817 | Creditor ID: 6510-01<br>UNIVERSAL FURNITURE<br>4190 EAGLE HILL DR.<br>HIGH POINT NC 27265 | Creditor ID: 6511-01<br>UNIVERSAL FURNITURE INTERNATIONAL INC<br>2575 PENNY ROAD<br>HIGH POINT NC 27265 |
| Creditor ID: 14690-01<br>UNIVERSAL FURNITURE LIMITED - CHANG CHUN<br>YING CHUN XIANG, LU JIA TUN DA TUN,<br>CHANG CHUN 130103<br>CHINA | Creditor ID: 6512-01<br>UNIVERSAL IMPORT & EXPORT CORP.<br>9937 N.W. 5TH LANE<br>MIAMI FL 33172 | Creditor ID: 6513-01<br>UNIVERSAL INTERNATIONAL INC.<br>5330 EAST MAIN STREET SUITE 108B<br>COLUMBUS OH 43213 |
| Creditor ID: 2219-01<br>UNIVERSAL LEAF NORTH AMERICA, US INC.<br>800 TIFFANY BLVD. SUITE 300<br>ROCKY MOUNT NC 27804 | Creditor ID: 18692-01<br>UNIVERSAL LEAF TOBACCO CO., INC.<br>9201 FOREST HILL AVENUE,<br>STONY POINT II BUILDING<br>RICHMOND VA 23235 | Creditor ID: 6514-01<br>UNIVERSAL METAL & ORE CO., INC.<br>P.O.BOX 187, 10 HARTFORD AVENUE<br>MOUNT VERNON NY 10553 |
| Creditor ID: 18892-01<br>UNIVERSAL METAL CORPORATION<br>345 SHREWSBURY STREET. P.O.BOX 652<br>WORCESTER MA 01613-0652 | Creditor ID: 8682-01<br>UNIVERSAL NW SHIPPING ASSOCIATION<br>2033 SECOND AVENUE #1510<br>SEATTLE WA 98121 | Creditor ID: 2220-01<br>UNIVERSAL PACIFIC INC<br>7926 SW NIMBUS<br>BEAVERTON OR 97005 |
| Creditor ID: 18893-01<br>UNIVERSAL PRESERVACHEM.INC<br>60 JIFFY ROAD<br>SOMERSET NJ 08973 | Creditor ID: 12338-01<br>UNIVERSAL RELOCATION SYSTEMS INC.<br>24 COMMERCE RD<br>FAIRFIELD NJ 07004 | Creditor ID: 14691-01<br>UNIVERSAL SEED CO.<br>3465 INDEPENDENCE HIGHWAY<br>INDEPENDENCE OR 97351 |
| Creditor ID: 4602-01<br>UNIVERSAL STAINLESS - DENVER<br>14002 E 33RD PLACE<br>DENVER CO 80011 | Creditor ID: 11770-01<br>UNIVERSAL SUPPLIES ASS.MBY & SONS, INC.<br>124 LOUISIANA AVE.<br>BROOKLYN NY 11207 | Creditor ID: 4603-01<br>UNIVERSAL TILE DSTRIBUTORS INC<br>543 BEDFORD AVENUE UNIT 22<br>BROOKLYN NY 11211 |
| Creditor ID: 14692-01<br>UNIVERSAL TIMBER STRUCTURES, INC.<br>623 W. BRIDGERS AVENUE<br>AUBURNDALE FL 33823 | Creditor ID: 2221-01<br>UNIVERSAL TRADE<br>100 MANHATTAN AVE<br>UNION CITY NJ 07087-5240 | Creditor ID: 14693-01<br>UNIVERSAL TRADING & EXPORT L.L.C.<br>362 UNION STREET<br>SPARTANBURG SC 29306 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4604-01<br>UNIVERSAL VENEER MILL CORP<br>1776 TAMARACK RD<br>NEWARK OH 43055 | Creditor ID: 8683-01<br>UNIVERSAL VENEERS<br>2825 HOLLIE LANE<br>GRANVILLE OH 43023 | Creditor ID: 8049-01<br>UNIVERSAL WAREHOUSE CO.<br>2850 E. DEL AMO BLVD.<br>CARSON CA 90810 |
| Creditor ID: 6515-01<br>UNIVERSE FREIGHT BROKERS<br>1620 NW 2ND AVE<br>MIAMI FL 33126 | Creditor ID: 4605-01<br>UNIVERSITY FURNISHINGS<br>13810 WELCH ROAD<br>DALLAS TX 75244 | Creditor ID: 2222-01<br>UNIVERSITY LOFT<br>2588 JANNETIDES BLVD<br>GREENFIELD IN 46140 |
| Creditor ID: 4606-01<br>UNIVERSITY WHOLESALERS INC.<br>1945 MAIN STREET<br>COLCHESTER VT 05446 | Creditor ID: 8684-01<br>UNIWIRE TRADING LLC<br>708 THIRD AVE., STE. 2200<br>NEW YORK NY 10017 | Creditor ID: 2223-01<br>UNIX LOGISTICS CORP.<br>945 N EDGEWOOD AVE.SUITE H<br>WOOD DALE IL 60191 |
| Creditor ID: 11871-01<br>UOP<br>25 E. ALGONQUIN ROAD<br>DES PLAINES IL 60017 | Creditor ID: 18894-01<br>UORIKI FRESH INC.<br>401 PENHORN AVENUE, UNIT 6<br>SECAUCUS NJ 07094 | Creditor ID: 11872-01<br>UP COUNTRY GARDENS<br>1389 WEBER INDUSTRIAL DRIVE<br>CUMMING GA 30041 |
| Creditor ID: 8685-01<br>UPLAND INDUSTRIES, INC.<br>497 ROTTERDAM INDUSTRIAL PARK<br>BUILDING 4 - EAST ROAD<br>SCHENECTADY NY 12306 | Creditor ID: 6516-01<br>UPM RAFLATAC INC.<br>400 BROADPOINTE DR.28759<br>MILLS RIVER NC 28759 | Creditor ID: 14694-01<br>UPMAN<br>6706 BENJAMIN ROAD, SUITE 400<br>TAMPA FL 33634 |
| Creditor ID: 11873-01<br>UPM-KYMMENE NORTH AMERICA<br>999 OAKMONT PLAZA DRIVE, SUITE 200<br>WESTMONT IL 60559 | Creditor ID: 6517-01<br>UPONOR, INC.<br>5925 148TH STREET WEST<br>APPLE VALLEY MN 55124 | Creditor ID: 4607-01<br>UPPER COLUMBIA MILL LLC<br>29100 SW TOWN CENTER LOOP W<br>SUITE 300<br>WILSONVILLE OR 97070 |
| Creditor ID: 17412-01<br>UPRIGHT SCAFFOLD USA LLC<br>8221 MAIN STREET<br>LAUREL MD 20724 | Creditor ID: 4608-01<br>UPSTATE KNITTERS<br>356 MAULDIN ROAD<br>CENTRAL SC 29630 | Creditor ID: 6518-01<br>UPTOWN DENIM COMPANY, LTD<br>409 GRAND AVENUE SUITE 7<br>ENGELWOOD NJ 07631 |
| Creditor ID: 12339-01<br>UPTOWN ENTERTAINMENT<br>9808 BUSTLETON AVE., UNIT I<br>PHILADELPHIA PA 19115 | Creditor ID: 6519-01<br>UPWARD MOBILITY INC.<br>140 CUMBERLAND SQUARE<br>CROSSVILLE TN 38555 | Creditor ID: 4461-01<br>URBAN PRODUCTS LTD CO.<br>135 RAIL ROAD AVE<br>NEWARK NJ 07106 |
| Creditor ID: 2224-01<br>URETEK USA INC.<br>13900 HUMBLE RD.<br>TOMBALL TX 77375 | Creditor ID: 4609-01<br>US ALLOY CO.<br>8535 UTICA AVE.<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 6520-01<br>US AMPS<br>315 CLOVERLEAF DRIVE<br>BALDWIN PARK CA 91706 |
| Creditor ID: 6521-01<br>US AVATION SERVICES INC<br>900 MITCHEL FIELD<br>BESSEMER AIRPORT AL 35022 | Creditor ID: 11874-01<br>US BEDDING<br>451 QUARY STREET<br>FALL RIVER MA 02723 | Creditor ID: 12373-01<br>US CADO HOLDINGS  INCORPORATION<br>1607 E MCFADDEN AVENUE, UNIT D<br>SANTA ANA CA 92705 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11875-01<br>US CERAMICS IMPORTS<br>10825 SEVENTH STREET SUITE F.<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 4462-01<br>US DESPATCH AGENCY<br>2200 BROENING HIGHWAY, SUITE 125<br>BALTIMORE MD 21224 | Creditor ID: 8686-01<br>US DESPATCH AGENCY<br>2800 S. 192ND STREET, SUITE 108<br>SEATTLE WA 98188 |
| Creditor ID: 11876-01<br>US EXPRESS<br>PO BOX 301000<br>JAMAICA NY 11430 | Creditor ID: 8687-01<br>US FIBERS & BY-PRODUCTS, INC<br>666 5TH AVE, STE. 120<br>NEW YORK NY 10103 | Creditor ID: 12374-01<br>US FLOORS<br>3580 CORPORATE DRIVE<br>DALTON GA 30720 |
| Creditor ID: 18895-01<br>US GOLDEN AMERICA TRADE COMPANY<br>13940 MIDDLE CREEK PLACE<br>CENTREVILLE VA 20121 | Creditor ID: 6522-01<br>US GRANITE MACHINERY<br>854 COMMMERCE PARKWAY<br>CARPENTERSVILLE IL 60110 | Creditor ID: 12668-01<br>US INTERNATIONAL WHOLESALE<br>27 E. 33RD STREET<br>PATERSON NJ 07514 |
| Creditor ID: 6523-01<br>US JOINER<br>2695 CUSTOM HOUSE CT.<br>SAN DIEGO CA 92154 | Creditor ID: 12375-01<br>US LUMBER GROUP, INC.<br>2160 SATELLITE BLVD, STE 450<br>DULUTH GA 30097 | Creditor ID: 4610-01<br>US MEAT COMPANY<br>HUNTS POINT COOP MARKET<br>BLDG B5,B6<br>BRONX NY 10474 |
| Creditor ID: 8688-01<br>US MUSIC CORPORATION<br>444 E COURTLAND ST<br>MUNDELEIN IL 60060-2309 | Creditor ID: 6524-01<br>US PAPER CORPORATION<br>925 WESTCHESTER AVE. STE 115<br>WEST HARRISON NY 10604 | Creditor ID: 18896-01<br>US PETROCHEMICALS INC<br>251 W WYLIE AVENUE<br>WASHINGTON PA 15301 |
| Creditor ID: 4612-01<br>US SILICA COMPANY<br>701 BOYCE MEMORIAL DRIVE<br>OTTAWA IL 61350 | Creditor ID: 4611-01<br>US SILICA COMPANY<br>819 EAST OSAGE STREET<br>PACIFIC MO 63069 | Creditor ID: 4613-01<br>US SUGAR CORPORATION<br>111 PONCE DE LEON AVE<br>CLEWISTON FL 33440 |
| Creditor ID: 4614-01<br>US TEXTILE INC.<br>2D BONNIE CREST GDNS<br>NEWPORT RI 02840-3782 | Creditor ID: 4615-01<br>US TOBACCO COOPERATIVE<br>1304 ANNAPOLIS DRIVE<br>RALEIGH NC 27608 | Creditor ID: 11877-01<br>US UNIQUE INC.<br>9643 KLINGERMAN ST.<br>SOUTH EL MONTE CA 91733 |
| Creditor ID: 7328-01<br>US WORLD FOODS, LTD<br>2881 31ST AVE, UNIT 2B<br>GREELEY CO 80631 | Creditor ID: 14695-01<br>USA ACTIVEWEAR, INC.<br>110 E. 9TH ST. STE C459<br>LOS ANGELES CA 90079 | Creditor ID: 4616-01<br>USA CONTAINER CO,INC<br>1776 SECOND STREET<br>PISCATAWAY NJ 08854 |
| Creditor ID: 11878-01<br>USA HOIST<br>1000 SAK DRIVE<br>CREST HILL IL 60435 | Creditor ID: 8689-01<br>USA SMART SUPPLY MANAGEMENT INC<br>216 HARRIS COURT<br>SOUTH SAN FRANCISCO CA 94080 | Creditor ID: 11879-01<br>USA SPORTS INC.<br>10600 SHADOW WOOD DRIVE SUITE #301<br>HOUSTON TX 77043 |
| Creditor ID: 4617-01<br>USA TILE AND MARBLE<br>3325 N.W. 79TH AVENUE<br>MIAMI FL 33122 | Creditor ID: 6525-01<br>USA TRADING<br>1435 MARTIN LUTHER KING JR WAY<br>MERCED CA 95340 | Creditor ID: 2027-01<br>USA TROPICALS INC<br>91-41 LEFFER TS BLVD<br>RICHMOND HILL NY 11418 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6526-01<br>USA UNDERWEAR, LLC.<br>31 WEST 34TH ST<br>NEW YORK NY 10001 | Creditor ID: 2225-01<br>USA UNION INTERNATIONAL<br>26650 THE OLD ROAD, SUITE 210,<br>VALENCIA CA 91355 | Creditor ID: 12376-01<br>USA WINE IMPORTS<br>285 WEST BROADWAY ROOM 340<br>NEW YORK NY 10013 |
| Creditor ID: 11880-01<br>USA WINE WEST<br>3030 BRIDGEWAY, SUITE 127<br>SAUSALITO CA 94965 | Creditor ID: 18897-01<br>USAS EXPRESS INTERNATIONAL INC<br>420S, HINDRY AVE, UNIT<br>INGLEWOOD CA 90301 | Creditor ID: 2226-01<br>USASIAEURO<br>5928 WELL HOLLOW ROAD<br>HARRISONBURG VA 22802 |
| Creditor ID: 2041-01<br>USCA-SEA BELL<br>50 HARRISON STREET, # 309<br>HOBOKEN NJ 07030 | Creditor ID: 11881-01<br>USG INTERNATIONAL, LTD.<br>3001 NW 125 STREET<br>MIAMI FL 33167 | Creditor ID: 6527-01<br>USHA MARTIN AMERICAS INC.<br>7010 ZOLTOWSKI<br>HOUSTON TX 77020 |
| Creditor ID: 12377-01<br>USHIO AMERICA<br>5440 CERRITOS AVE.<br>CYPRESS CA 90630 | Creditor ID: 12378-01<br>USP STRUCTURAL CONNECTORS<br>703 ROGERS DR<br>MONTGOMERY MN 56069 | Creditor ID: 12379-01<br>USPA ACCESSORIES LLC DBA CONCEPT ONE<br>119 WEST 40TH STREET<br>NEW YORK NY 10018 |
| Creditor ID: 18693-01<br>UST INC.<br>1427 NORTH MAIN STREET<br>MOUNT PLEASANT TN 38474 | Creditor ID: 2227-01<br>USWN EXPRESS<br>5150 VILLAGE PARK DVIER SE<br>SUITE 100<br>BELLEVUE WA 98006 | Creditor ID: 4618-01<br>USWORLD FOODS LTD<br>11150 HURON STREET (SUITE 212)<br>NORTHGLENN CO 80234 |
| Creditor ID: 2228-01<br>UT & T<br>3803 S WARSAW STREET<br>SEATTLE WA 98118 | Creditor ID: 14696-01<br>UTC OVERSEAS, INC.<br>400 CARL STREET,SUITE 202<br>WILMINGTON NC 28403 | Creditor ID: 8690-01<br>UTICA ALLOYS INC<br>91 WURZ AVE<br>UTICA NY 13502 |
| Creditor ID: 4619-01<br>UTICA MILLS SPECIALTY MACHINERY CO.<br>561 MAIN STREET<br>NEW YORK MILLS NY 13417 | Creditor ID: 8070-01<br>UTILITY SERVICE CORP. (U.S. GLOVES)<br>18918 LOCHNER ROAD<br>SPENCERVILLE IN 46788 | Creditor ID: 11882-01<br>UTM TRADING CORPORATION<br>719 BIG HORN LN<br>WALNUT CA 91789 |
| Creditor ID: 2229-01<br>UTOPIA LOGISTICS, INC.<br>99 WEST HAWTHORNE AVE STE L-10<br>VALLEY STREAM NY 11580 | Creditor ID: 12380-01<br>UTSTARCOM PERSONAL COMMUNICATION LLC<br>1125 BEACON STREET<br>BREA CA 92821 | Creditor ID: 18898-01<br>UTTERMOST<br>7345 SYCAMORE CANYON BLVD<br>RIVERSIDE CA 92508 |
| Creditor ID: 18899-01<br>UTTERMOST FURNITURE<br>3325 GRASSY HILL ROAD<br>ROCKY MOUNT VA 24151 | Creditor ID: 18900-01<br>UWEAR<br>1270 BROADWAY, SUITE 1101<br>NEW YORK NY 10001 | Creditor ID: 14697-01<br>UYEMURA INTERNATIONAL CORPORATION<br>3990 CONCOURS ST, STE. 425<br>ONTARIO CA 91786 |
| Creditor ID: 18901-01<br>V.T. MANCUSI INC.<br>P.O.BOX 30990<br>JAMAICA NY 11430 | Creditor ID: 4620-01<br>V.W.ASIAN FOOD CO.LTD<br>270 S. HANFORD ST.  BLD "B"<br>SEATTLE WA 98134 | Creditor ID: 2028-01<br>V-A TRADING<br>8142 GARDEN GROVE BLVD<br>GARDEN GROVE CA 92844 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

Creditor ID: 11883-01
VADILAL INDUSTRIES (USA) INC.
206 BARON AVENUE
SOUTH PLAINFIELD NJ 07080

Creditor ID: 14698-01
VALBRUNA STAINLESS INC
2400 TAYLOR STREET WEST
FORT WAYNE IN 46801

Creditor ID: 8691-01
VALCREST FOODS CORPORATION
11402 N.W. 41 ST. SUITE 226,
MI BUSINESS PARK
MIAMI FL 33178

Creditor ID: 2230-01
VALDERS STONE & MARBLE, INC.
318 WEST WASHINGTON STREET
VALDERS WI 54245

Creditor ID: 18902-01
VALDESE WEAVERS
1000 PERKINS ROAD
VALDESE NC 28690

Creditor ID: 8692-01
VALENCIA COVERING INC.
2400 BISCAYNE BLVD
MIAMI FL 33137-4516

Creditor ID: 8693-01
VALENDRAWERS INC.
1169 12 SAPONA BUSINESS PARK
LEXINGTON NC 27292

Creditor ID: 2231-01
VALENT USA CORPORATION
1600 RIVIERA AVE STE 200
WALNUT CREEK CA 94596-3568

Creditor ID: 6528-01
VALEO INC
2258 ALLEN STREET
JAMESTOWN NY 14701-2330

Creditor ID: 2232-01
VAL-FIT INC.
8360 WILCOX AVE
CUDAHY CA 90201

Creditor ID: 4621-01
VALLEY EQUIPMENT CO. INC
3565 BLOSSOM DR NE
SALEM OR 97305-7549

Creditor ID: 14699-01
VALLEY HAY CO.
31125 CARTNEY DRIVE
HARRISBURG OR 97446

Creditor ID: 4622-01
VALLEY HI TRADING
5587 E. HOLT BLVD. SUITE 109
MONTCLAIR CA 91763

Creditor ID: 12381-01
VALLEY HI TRADING, INC.
2834 HAMNER AVE, SUITE 222
NORCO CA 92860

Creditor ID: 18903-01
VALLEY MEAT COMPANY
217 DALY AVE.
MODESTO CA 95354

Creditor ID: 18694-01
VALLEY TECHNOLOTY, INC.
2901 ROOSEVELT BLVD
EUGENE OR 97402

Creditor ID: 11884-01
VALLEYFRESH NORTH AMERICA, LLC
3452 E. FOOTHILL BLVD. SUITE 500
PASADENA CA 91107-3163

Creditor ID: 11885-01
VALLOUREC INC
1990 POST OAK BLVD, SUITE 1400
HOUSTON TX 77056

Creditor ID: 2233-01
VALMONT IND. INC.
7002 N. 288TH STREET
VALLEY NE 68064-0358

Creditor ID: 12382-01
VALRHONA INC
45 MAIN STREET, SUITE 1054
BROOKLYN NY 11201

Creditor ID: 4623-01
VALSPAR SOURCING
PO BX 230
MINNEAPOLIS MN 55440

Creditor ID: 6529-01
VALTECH HOLDINGS INC.
1667 EMERSON STREET
ROCHESTER NY 14606

Creditor ID: 10381-01
VALUDOR PRODUCTS INC.
11260 EL CAMINO REAL, SUITE 210
SAN DIEGO CA 92130

Creditor ID: 6530-01
VALUE BY DESIGN
7727 SW 44TH STREET
OKLAHOMA CITY OK 73179

Creditor ID: 2234-01
VALUE CITY DEPARTMENT STORES
3241 WESTERVILLE ROAD
COLUMBUS OH 43224

Creditor ID: 14700-01
VALUE CITY IMPORTS
2025 CORVAIR AVENUE
COLUMBUS OH 43207

Creditor ID: 14701-01
VALUE PACK, INC.
500 E. GRANT STREET, #1501
MINNEAPOLIS MN 55404

Creditor ID: 2235-01
VALUE PART INC.
110 N. LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Creditor ID: 4624-01
VALUE PART INCORPORATED
27 ARTLEY ROAD, SUITE 7
SAVANNAH GA 31408

Creditor ID: 2029-01
VALUE QUEST FOODS, LLC
3399 PEACHTREE ROAD NE, SUITE 535
ATLANTA GA 30326

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 11886-01<br>VALUE WAREHOUSE<br>2337 YATES AVE.<br>COMMERCE CA 90040 | Creditor ID: 14702-01<br>VALUE-PLUS EXPRESS<br>118W HAZEL STREET SUITE C<br>INGLEWOOD CA 90302 | Creditor ID: 4625-01<br>VALVOLINE COMPANY<br>3499 BLAZER PARKWAY<br>LEXINGTON KY 40509 |
| Creditor ID: 12383-01<br>VALVOLINE INTERNATIONAL<br>3499 BLAZER PARKWAY<br>LEXINGTON KY 40509 | Creditor ID: 6531-01<br>VALVOLINE OIL<br>P.O. BOX 14000<br>LEXINGTON KY 40512 | Creditor ID: 4626-01<br>VAN DE VRIES SPICE CORP.<br>9 ELKINS ROAD<br>EAST BRUNSWICK NJ 08816 |
| Creditor ID: 8694-01<br>VAN DRUNEN FARMS (MOMENCE, IL)<br>300 WEST 6TH STREET<br>MOMENCE IL 60954 | Creditor ID: 11887-01<br>VAN ENGELEN INC.<br>23 TULIP DRIVE<br>BANTAM CT 06750 | Creditor ID: 2236-01<br>VAN GRONINGEN & SONS, INC.<br>15100 JACK TONE RD<br>MANTECA CA 95336-9729 |
| Creditor ID: 8050-01<br>VAN HOEKELEN GREENHOUSES<br>220 SOUTH HANCOCK STREET<br>MCADOO PA 18237 | Creditor ID: 4627-01<br>VAN LUIN FOODS<br>1234 SUMMER STREET, SUITE 601<br>STAMFORD CT 06905 | Creditor ID: 14703-01<br>VAN PELT, WILLIAM CHRISTOPHER<br>7027 CHIPPERTON DRIVE<br>DALLAS TX 72525 |
| Creditor ID: 18904-01<br>VAN SALES AND CO<br>2398 JERROLD AVENUE<br>SAN FRANCISCO CA 94124 | Creditor ID: 6532-01<br>VAN ZYVERDEN INC.<br>8079 VAN ZYVERDEN ROAD<br>MERIDIAN MS 39305 | Creditor ID: 11888-01<br>VANALCO, INC.<br>5701 NW LOWER RIVER ROAD<br>VANCOUVER WA 98666 |
| Creditor ID: 11889-01<br>VANDENBERG BULB CO<br>4315 OAK GROVE ROAD<br>HOWELL MI 48855 | Creditor ID: 8051-01<br>VANDERBILT CHEMICALS, LLC<br>30 WINFIELD ST<br>NORWALK CT 06856 | Creditor ID: 14704-01<br>VANDERBILT EXPORT CORPORATION<br>30 WINFIELD STREET<br>NORWALK CT 06855 |
| Creditor ID: 4628-01<br>VANDERBILT GLOBAL SERVICES, LLC<br>30 WINFIELD ST<br>WHOLLY OWNED SUB - RT<br>VANDERBILT HOLDING CO<br>NORWALK CT 06856 | Creditor ID: 12384-01<br>VANDERBILT MINERALS, LLC<br>30 WINFIELD ST<br>NORWALK CT 06856 | Creditor ID: 14705-01<br>VANGUARD USA INC.<br>9157 EAST M-36<br>WHITMORE LAKE MI 48189 |
| Creditor ID: 8695-01<br>VANHOUT USA, LLC<br>6000 FOUNDATION BL VD<br>NEW AKBABT IN 47150 | Creditor ID: 8696-01<br>VANITY FAIR BRANDS LP<br>1 FRUIT OF THE LOOM DRIVE<br>BOWLING GREEN KY 42102 | Creditor ID: 14706-01<br>VANPAC<br>P.O. BOX 82509<br>PORTLAND OR 97282 |
| Creditor ID: 14707-01<br>VANPORT INTERNATIONAL, INC.<br>P O BOX 97/28590 SE WALLY ROAD<br>BORING OR 97009 | Creditor ID: 4629-01<br>VANS, A DIVISION OF VF OUTDOOR INC<br>15700 SHOEMAKER AVE.<br>SANTA FE SPRINGS CA 90670-5515 | Creditor ID: 11890-01<br>VANS, A DIVISION OF VF OUTDOOR INC<br>6550 KATELLA AVENUE<br>CYPRESS CA 90630 |
| Creditor ID: 2237-01<br>VANTAGE FURNITURE<br>4301 SIMMONTON ROAD<br>DALLAS TX 75244 | Creditor ID: 14708-01<br>VANTAGE SPECIALTY INGREDIENTS<br>150 MT BETHEL RD,<br>BUILDING 2 SUITE #200<br>WARREN NJ 07059 | Creditor ID: 12385-01<br>VANTAGE TECHNOLOGY, INC.<br>1000 W. 8TH  STREET<br>VANCOUVER WA 98660 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14709-01<br>VARFLEX CORPORATION<br>512 W. COURT STREET<br>ROME NY 13440 | Creditor ID: 18905-01<br>VARIETY WHOLESALERS, INC.<br>218 SOUTH GARNETT STREET<br>HENDERSON NC 27536 | Creditor ID: 14710-01<br>VARIFLEX INC<br>5152 N. COMMERCE AVE<br>MOORPARK CA 93021 |
| Creditor ID: 4630-01<br>VASH AGENT<br>484 2ND AVENUE<br>NEW YORK NY 10016 | Creditor ID: 11892-01<br>VASILIOS KOUTLAKIS<br>120-38 GRAHAM CITY COURT<br>FLUSHING NY 11354 | Creditor ID: 4631-01<br>VASINEE FOOD CORP<br>1247 GRAND STREET<br>BROOKLYN NY 11211 |
| Creditor ID: 12386-01<br>VASSO WASTE SYSTEMS, INC.<br>159 COOK STREET<br>BROOKLYN NY 11206 | Creditor ID: 18907-01<br>VAUGHAN FURNITURE COMPANY<br>816 GLENDALE ROAD<br>GALAX VA 24333 | Creditor ID: 6533-01<br>VAULT SPORTSWEAR<br>1407 BROADWAY<br>NEW YORK NY 10018 |
| Creditor ID: 2238-01<br>VAYMAN COMPANY, INC.<br>3005 ROYAL BLVD. S., STE. 100<br>ALPHARETTA GA 30022 | Creditor ID: 12669-01<br>VBR INDUSTRIES<br>9203 COLONY WAY COURT<br>SPRING TX 77379 | Creditor ID: 6534-01<br>VCCS CLIMATE  SYSTEMS<br>5538 SMITHVILLE HWY<br>SPARTA TN 38583 |
| Creditor ID: 4632-01<br>VDD GROUP<br>289 SUBURBAN AVENUE<br>DEER PARK NY 11729 | Creditor ID: 4633-01<br>VEE CONSULTS, LLC.<br>1770 INDIAN TRAIL ROAD #100<br>NORCROSS GA 30093 | Creditor ID: 10382-01<br>VEGA HELMET<br>18200 OLYMPIC AVE. SOUTH<br>TUKWILA WA 98188 |
| Creditor ID: 4634-01<br>VEGA HELMET<br>2202 WEST BELT DRIVE<br>COLUMBUS OH 43228 | Creditor ID: 2239-01<br>VEGA HELMET CORP<br>2190 WESTBELT DRIVE<br>COLUMBUS OH 43228 | Creditor ID: 12387-01<br>VEGA WORLD SUPPLY INC<br>628 HENRY ST<br>ELIZABETH NJ 07201 |
| Creditor ID: 14711-01<br>VEGE CYBER INC<br>17 WYCKOFF AVE<br>BROOKLYN NY 11237 | Creditor ID: 14712-01<br>VEGE MIST, INC. ALCO DESIGNS<br>407 E. REDONDO BEACH BLVD.<br>GARDENA CA 90248 | Creditor ID: 14747-01<br>VEHICLE INSPECTION SYSTEMS INC<br>6317 MCCOY ROAD STE 100<br>ORLANDO FL 32822 |
| Creditor ID: 18908-01<br>VELDHEER TULIP GARDENS INC.<br>12755 QUINCY STREET<br>HOLLAND MI 49424 | Creditor ID: 6535-01<br>VELOCITY USA, INC.<br>2280 29TH STREET S.E.<br>GRAND RAPIDS MI 49508 | Creditor ID: 14748-01<br>VENEER TIMBER, INC.<br>P.O. BOX 200<br>WINCHESTER KY 40392-0200 |
| Creditor ID: 8052-01<br>VENEMAN GROUP<br>12752 MONARCH<br>GARDEN GROVE CA 92841 | Creditor ID: 4635-01<br>VENICE TILE AND MARBLE<br>1720 ROGERS AVE.,<br>SAN JOSE CA 95112 | Creditor ID: 18909-01<br>VENICE TO PARIS LTD<br>306 EAST 61ST STREET<br>NEW YORK NY 10021 |
| Creditor ID: 8698-01<br>VENTLAB CORP.<br>2934 HIGHWAY 601 NORTH<br>MOCKSVILLE NC 27028 | Creditor ID: 8699-01<br>VENTURE GAMES LLC<br>417 DIVIDEND DR<br>PEACHTREE CITY GA 30269-1956 | Creditor ID: 2240-01<br>VENTURE METALS, LLC<br>11221 TANTOR RD<br>DALLAS TX 75229 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18910-01 | Creditor ID: 12388-01 | Creditor ID: 18912-01 |
| VENTURE STONE & TILE | VENUS GROUP INC. | VENUS TEXTILE |
| 1080 LOUSONS ROAD | 25861 WRIGHT ST. | 25861 WRIGHT ST |
| UNION NJ 07083 | FOOTHILL RANCH CA 92610 | FOOTHILL RANCH CA 92610 |
| | | |
| Creditor ID: 6536-01 | Creditor ID: 4636-01 | Creditor ID: 8700-01 |
| VENUS TEXTILES | VERA BRADLEY DESIGNS | VERA BRADLEY DESIGNS (FT. WAYNE, IN) |
| 25861 WRIGHT STREET | 11222 STONEBRIDGE ROAD | 1425 PROGRESS ROAD |
| FOOTHILL RANCH CA 92610 | ROANOKE IN 46783 | FT. WAYNE IN 46808 |
| | | |
| Creditor ID: 2241-01 | Creditor ID: 14749-01 | Creditor ID: 11893-01 |
| VERAX CHEMICAL COMPANY | VERBATIM AMERICAS, LLC | VERDE FARMS LLC |
| 20102 BROADWAY AVENUE | 1200 WEST W.T. HARRIS BLVD | 14 TYLER STREET, SUITE B |
| SNOHOMISH WA 98296 | CHARLOTTE NC 28262 | SOMERVILLE MA 02143 |
| | | |
| Creditor ID: 8701-01 | Creditor ID: 8702-01 | Creditor ID: 14750-01 |
| VERDE FULFILMENT USA | VERISOURCE INTERNATIONAL, INC. | VERISOURCE INTERNATIONAL, LLC |
| 25 N PHILIPPI ST | 2472 CHAMBERS ROAD SUITE 110 | 5000 BIRCH ST. SUITE 4700 |
| BOISE ID 83706 | TUSTIN CA 92780 | NEWPORT BEACH CA 92660 |
| | | |
| Creditor ID: 4637-01 | Creditor ID: 12670-01 | Creditor ID: 2242-01 |
| VERITAS WINERY | VERITY WINE PARTNERS | VERONA MARBLE CO. INC. |
| 145 SAADLEBACK FARM | 34 EAST 29TH STREET - 5TH FLOOR | 8484 ENDICOTT LANE |
| AFTON VA 22920 | NEW YORK NY 10016 | DALLAS TX 75227 |
| | | |
| Creditor ID: 19159-97 | Creditor ID: 14751-01 | Creditor ID: 11894-01 |
| VERSA LOGISTICS LLC | VERSAILLES GALLERY INC | VERSANT SUPPLY CHAIN |
| 15930 VALLEY BLVD | 8486 TYCO ROAD | 4105 SOUTH MENDENHALL |
| CITY OF INDUSTRY CA 91744 | VIENNA VA 22182 | MEMPHIS TN 38115 |
| | | |
| Creditor ID: 8703-01 | Creditor ID: 18913-01 | Creditor ID: 8704-01 |
| VERSATILEINTERNATIONAL CORP. | VERTELLUS AGRICULTURE | VERTELLUS PERFORMANCE MATERIALS INC |
| 300 S. GARFIELD AVE. | & NUTRITION SPECIALTIES LLC | 2110 HIGH POINT ROAD |
| MONTEREY PARK CA 91754 | 201 N ILLINOIS ST STE 180 | GREENSBORO NC 27403 |
| | INDIANAPOLIS IN 46204 | |
| | | |
| Creditor ID: 18914-01 | Creditor ID: 12389-01 | Creditor ID: 18915-01 |
| VERTEX DISTRIBTUTION | VERTEX DISTRIBUTION | VERTEX DISTRIBUTION |
| 523 PLEASANT ST | 327 PINE STREET | 1680 ELMHURST ROAD |
| ATTLEBORO MA 02703 | PAWTUCKET RI 02862 | ELK GROVE VILLAGE IL 60007 |
| | | |
| Creditor ID: 12391-01 | Creditor ID: 2243-01 | Creditor ID: 14752-01 |
| VERTEX FASTENERS | VERTEX FASTENERS | VERTEX FASTENERS |
| 333 PINE STREET | 371 JARVIS AVENUE | 11 COVE STREET |
| PAWTUCKET RI 02862 | SKOKIE IL 60076 | NEW BEDFORD MA 02744 |
| | | |
| Creditor ID: 12392-01 | Creditor ID: 2030-01 | Creditor ID: 14753-01 |
| VERTICAL GROUP OF PANASONIC CORPORATION | VERVE ALMOND INC | VERVE GREEN INC |
| 1 PANASONIC WAY | 20282 ROAD 21 | 2454 E PRESTWICK AVE |
| OF NORTH AMERICA | MADERA CA 93637 | FRESNO CA 93730 |
| SECAUCUS NJ 07094 | | |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14754-01<br>VEST FIBER INC.<br>715 STURGEON ST.<br>MOBERLY MO 65270 | Creditor ID: 8705-01<br>VESTAL TILE<br>412 PRENTICE RD<br>VESTAL NY 13850 | Creditor ID: 6537-01<br>VESTAS - WIND AMERICA<br>8600 W. BRYN MAWR AVENUE<br>CHICAGO IL 60631 |
| Creditor ID: 18916-01<br>VESTAS BLADES AMERICA, INC.<br>11140 EASTMAN PARK DRIVE,<br>WINDSOR CO 80550 | Creditor ID: 8053-01<br>VESTAS NACELLES AMERICA, INC.<br>1500 EAST CROWN PRINCE BLVD<br>BRIGHTON CO 80603 | Creditor ID: 18917-01<br>VESTEY FOODS USA<br>321 N FRONT ST<br>WILMINGTON NC 28401 |
| Creditor ID: 8706-01<br>VETROTEX CERTAINTEED INC<br>4515 ALLENDALE RD<br>WICHITA FALLS TX 76310 | Creditor ID: 8707-01<br>VEYANCE TECHNOLOGIES, INC.<br>703 S. CLEVELAND MASSILLON RD<br>FAIRLAWN OH 44333-3023 | Creditor ID: 6538-01<br>VF IMAGEWEAR, INC.<br>545 MARRIOTT DRIVE<br>NASHVILLE TN 37214 |
| Creditor ID: 6539-01<br>VF JEANSWEAR, L.P.<br>400 NORTH ELM STREET<br>GREENSBORO NC 27401 | Creditor ID: 14755-01<br>VF OUTDOOR, INC.<br>2247 NORTH PLAZA DRIVE<br>VISALIA CA 93921 | Creditor ID: 12393-01<br>VF SERVICES, INC<br>105 CORPORATE CENTER BLVD<br>GREENSBORO NC 27408 |
| Creditor ID: 11895-01<br>VIBES BASE ENTERPRISE INC.<br>5121 COMMERCE DR.,<br>BALDWIN PARK CA 91706 | Creditor ID: 18918-01<br>VIBES BASE ENTERPRISES INC.<br>9328 TELSTAR AVE.<br>EL MONTE CA 91731 | Creditor ID: 8806-01<br>VI-CAL METALS INC.<br>1400 N. BAXTER ST.<br>ANAHEIM CA 92806 |
| Creditor ID: 4638-01<br>VICKING FIBRES<br>3070 BRISTOL PIKE<br>BENSALEM PA 19020 | Creditor ID: 4463-01<br>VICMARR AUDIO<br>9 KILMER CT<br>EDISON NJ 08817 | Creditor ID: 11896-01<br>VICTOR L. ROBILIO COMPANY<br>3680 AIR PARK ST<br>P.O. BOX 18047<br>MEMPHIS TN 38118 |
| Creditor ID: 6540-01<br>VICTOR PACKING INC.<br>11687 ROAD 27-1/2<br>MADERA CA 93637 | Creditor ID: 2244-01<br>VICTORIA CLASSICS<br>5901 W SIDE AVE<br>NORTH BERGEN NJ 07047 | Creditor ID: 8807-01<br>VICTORIA PACIFIC<br>326 PASEO TESORO<br>WALNUT CA 91789 |
| Creditor ID: 11897-01<br>VICTORIA PACIFIC TRADING CORP.<br>9451 TELSTAR AVENUE #B<br>EL MONTE CA 91731 | Creditor ID: 6541-01<br>VICTORY BLUE, LLC<br>1070 KELLER PKWY, SUITE 247<br>KELLER TX 76248 | Creditor ID: 8808-01<br>VICTORY BREWING CO.<br>420 ACORN LANE<br>DOWNINGTOWN PA 19335 |
| Creditor ID: 11898-01<br>VICTORY LAND GROUP<br>1350 MUNGER ROAD<br>BARTLETT IL 60103 | Creditor ID: 4639-01<br>VICTORY LAND GROUP, INC.<br>1375 MITCHELL BLVD<br>SCHAUMBURG IL 60007 | Creditor ID: 8809-01<br>VICTORY MOSAIC, INC.<br>148-07 97TH AVENUE<br>JAMAICA NY 11345 |
| Creditor ID: 2245-01<br>VICTORY SEAFOOD INC<br>12826 SE 40TH LANE SUITE #A10<br>BELLEVUE WA 98006 | Creditor ID: 11899-01<br>VICTORY WINE IMPORTS LTD<br>339 PRINCETON HIGHSTOWN ROAD<br>CRANBURY NJ 08512 | Creditor ID: 18695-01<br>VIDEOJET TECHNOLOGIES INC<br>1500 N MITTEL BLVD<br>WOOD DALE IL 60191 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4640-01<br>VIEWSONIC CORPORATION<br>381 BREA CANYON ROAD<br>WALNUT CA 91789 | Creditor ID: 4641-01<br>VIGO IMPORTING CO.<br>4701 W. COMANCHE AVENUE<br>TAMPA FL 33614 | Creditor ID: 18919-01<br>VIKING DISTRIBUTORS INC<br>8585 KIOWA DR.<br>BATON ROUGE LA 70815 |
| Creditor ID: 18851-01<br>VIKING INDUSTRIAL CORP.<br>620 CLARK AVE<br>PITTSBURG CA 94565 | Creditor ID: 11900-01<br>VIKING INTERNATIONAL PAPER CORP.<br>3342 KENILWORTH DR<br>LOS ALAMITOS CA 90720 | Creditor ID: 2246-01<br>VILLAGER<br>1 CLAIBORNE AVENUE.<br>NORTH BERGEN NJ 07047 |
| Creditor ID: 10383-01<br>VILLI USA LLC<br>1340 STONEFIELD COURT<br>ALPHARETTA GA 30004 | Creditor ID: 2247-01<br>VILLIGER STOKKEBYE INTERNATIONAL<br>6605 W.T. HARRIS BOULEVARD<br>CHARLOTTE NC 28269 | Creditor ID: 18852-01<br>VIMPEX INTERNATIONAL CORP.<br>4440 VON KARMAN AVE. STE #120<br>NEWPORT BEACH CA 92660 |
| Creditor ID: 4642-01<br>VIMPEX INTERNATIONAL CORPORATION<br>590-8 WEST CENTRAL AVE<br>BREA CA 92821 | Creditor ID: 14756-01<br>VINAIO IMPORTS, LTD<br>654 A TIFFANY STREET<br>BRONX NY 10474 | Creditor ID: 18853-01<br>VINAMARBLE USA<br>929 E. EL CAMINO REAL,  SUITE  D115<br>SUNNYVALE CA 94087 |
| Creditor ID: 6542-01<br>VINCE LLC<br>900 N. CAHUENGA BLVD.<br>LOS ANGELES CA 90038 | Creditor ID: 2248-01<br>VINCENT SEAFOOD AND TRADING CORP.,<br>9201 RUSH STREET<br>SOUTH EL MONTE CA 91733 | Creditor ID: 11901-01<br>VINE TECH EQUIPMENT<br>335 NORTH GAP ROAD<br>PROSSER WA 99350 |
| Creditor ID: 18854-01<br>VINEYARD BRANDS<br>2000 RESOURCE DRIVE<br>BIRMINGHAM AL 35242 | Creditor ID: 2249-01<br>VINIFERA IMPORTS<br>205 13TH AVENUE<br>RONKONKOMA NY 11779 | Creditor ID: 2031-01<br>VINMAR INTERNATIONAL, LTD<br>16800 IMPERIAL VALLEY DR STE 499<br>HOUSTON TX 77060 |
| Creditor ID: 18855-01<br>VINOS LIBRES WINE COMPANY MERCHANTS<br>1123 BROADWAY ST<br>NEW YORK NY 10010 | Creditor ID: 4643-01<br>VINOVIA WINE GROUP INC<br>30211 AVENIDA DE LAS BANDERAS<br>2ND FLOOR<br>RANCHO SANTA MARGARITA CA 92688 | Creditor ID: 6543-01<br>VINPOWER DIGITAL INC.<br>817 S. PALM AVE.<br>ALHAMBRA CA 91803 |
| Creditor ID: 8810-01<br>VINTAGE HOME WAREHOUSE LLC<br>11 COMMERCE RD<br>ROCKLAND MA 02370 | Creditor ID: 14757-01<br>VINTAGE WINE CO.<br>15420 E. 12 MILE RD<br>ROSEVILLE MI 48066 | Creditor ID: 8054-01<br>VINTAGE WINE DISTRIBUTOR<br>6555 DAVIS INDUSTRIAL PARKWAY<br>SOLON OH 44139 |
| Creditor ID: 2250-01<br>VINTAGE WINES INC.<br>360 BROADWAY<br>STATEN ISLAND NY 10310 | Creditor ID: 11902-01<br>VINTERIO N.A. INC.<br>119 A.I.D. DRIVE<br>DARLINGTON PA 16115 | Creditor ID: 18856-01<br>VINTEX LLC<br>2300 SYCAMORE LN, #1<br>DAVIS CA 95616 |
| Creditor ID: 14758-01<br>VINTNERS GLOBAL RESOURCE<br>3400 INDUSTRY DRIVE EAST, SUITE D<br>FIFE WA 98424 | Creditor ID: 2251-01<br>VIO & C. USA, INC.<br>1981 MARCUS AVE. SUITE 229<br>LAKE SUCCESS NY 11042 | Creditor ID: 4644-01<br>VIPAC INC.<br>1 ETHEL ROAD, SUITE 102A<br>EDISON NJ 08817 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4645-01<br>VIPAL RUBBER CORPORATION<br>10471 N. W. 28TH ST<br>MIAMI FL 33172 | Creditor ID: 11903-01<br>VIRAJ USA INC.<br>100 QUENTIN ROOSEVELT BLVD STE 505<br>GARDEN CITY NY 11530 | Creditor ID: 6544-01<br>VIRBAC US<br>13001 ST CHARLES ROCK RD<br>BRIDGETON MO 63044 |
| Creditor ID: 11904-01<br>VIRGINIA BAPTIST THEOLOGY<br>SEMINARY AT RICHMOND<br>3400 BROOK ROAD<br>RICHMOND VA 23227 | Creditor ID: 17413-01<br>VIRGINIA CAROLINA FOREST PRODUCTS<br>15148 WESTERN MILL ROAD<br>LAWRENCEVILLE VA 23868 | Creditor ID: 12394-01<br>VIRGINIA HARDWOODS INTERNATIONAL, INC.<br>808 CHILD AVE.<br>HAMPTON VA 23661 |
| Creditor ID: 19160-97<br>VIRGINIA INTL TERMINALS INC<br>PO BOX 1387<br>NORFOLK VA 23501 | Creditor ID: 19161-97<br>VIRGINIA PILOT ASSOCIATION<br>3329 SHORE DRIVE<br>VIRGINIA BEACH VA 23451 | Creditor ID: 12395-01<br>VIRGINIA TILE COMPANY<br>28320 PLYMOUTH ROAD<br>LIVONIA MI 48150 |
| Creditor ID: 12007-01<br>VIRGINIA TRANSFORMER CORPORATION<br>3770 POLELINE ROAD, BLDG #37<br>POCATELLO ID 83201 | Creditor ID: 18857-01<br>VIS, LLC<br>100 ROE ROAD<br>TRAVELERS REST SC 29690 | Creditor ID: 18696-01<br>VISALIA PRODUCE SALES<br>696 SAN RAMON VALLEY BLVD., #508<br>DANVILLE CA 94526-4022 |
| Creditor ID: 8811-01<br>VISCO, INC.<br>29579 AWBREY LANE<br>EUGENE OR 97402 | Creditor ID: 2252-01<br>VISCOTEC AUTOMOTIVE PRODUCTS<br>1500 EAST UNION STREET MORGANTON<br>MORGANTON NC 28655 | Creditor ID: 4646-01<br>VISH GROUP<br>1605 JERSEY AVE<br>NORTH BRUNSWICK NJ 08902 |
| Creditor ID: 12396-01<br>VISION AUTOMOTIVE (USA), INC<br>200 DOCKS CORNER RD, SUITE 231<br>DAYTON NJ 08810 | Creditor ID: 6545-01<br>VISION AUTOMOTIVE (USA), INC.<br>13602 12TH STREET UNIT #B<br>CHINO CA 91710 | Creditor ID: 12008-01<br>VISION FITNESS<br>500 SOUTH C.P. AVENUE<br>LAKE MILLS WI 53551 |
| Creditor ID: 2253-01<br>VISION GROUP INT'L<br>4050 GETWELL ROAD<br>MEMPHIS TN 38118 | Creditor ID: 12009-01<br>VISION PRODUCTS CO., INC.<br>601 MURRAY ROAD<br>EAST HANOVER NJ 07936 | Creditor ID: 18859-01<br>VISION USA<br>150 DOOLITTLE DR<br>SAN LEANDRO CA 94577 |
| Creditor ID: 18860-01<br>VISION WINE BRANDS, LLC<br>10 MIDLAND AVENUE<br>PORT CHESTER NY 10573 | Creditor ID: 18861-01<br>VISIPLAS INC<br>50 E. HUNTINGTON DRIVE<br>ARCADIA CA 91006 | Creditor ID: 8812-01<br>VISTA MARKETING INC<br>155 POMPTON AVENUE<br>VERONA NJ 07044 |
| Creditor ID: 4647-01<br>VISTA SALES INC.<br>1815 S. SOTO STREET<br>LOS ANGELES CA 90023 | Creditor ID: 2254-01<br>VISTA-PRO AUTOMOTIVE, LLC.<br>6400 PORT ROAD<br>GROVEPORT OH 43125 | Creditor ID: 10384-01<br>VISTA-PRO AUTOMOTIVE, LLC.<br>6401 SOUTH 36TH STREET<br>MCALLEN TX 78503 |
| Creditor ID: 8813-01<br>VISTEON (EL PASO, TX)<br>1301 JOE BATTLE BLVD<br>EL PASO TX 79936 | Creditor ID: 6546-01<br>VISTEON CORPORATION<br>45000 HELM STREET<br>PLYMOUTH MI 48170 | Creditor ID: 14760-01<br>VISTEON CORPORATION<br>ONE VILLAGE CENTER DRIVE<br>VAN BUREN TWP. MI 48111 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4649-01 | Creditor ID: 2255-01 | Creditor ID: 18862-01 |
| VISTEON INTERAMERICAN WAREHOUSE | VISTTA INCORPORATION | VITAKRAFT SUN SEED CO INC. |
| 8410 WEST BOB BULLOCK LOOP | 1108 W. VALLEY BLVD. #6-17 | 20584 LONG JUDSON ROAD |
| LAREDO TX 78045 | ALHAMBRA CA 91803 | WESTON OH 43569 |
| | | |
| Creditor ID: 6547-01 | Creditor ID: 8814-01 | Creditor ID: 6548-01 |
| VITARROZ CORPORATION | VITASOY USA INC | VITELLI FOODS LLC |
| 51 PACIFIC AVENUE | ONE NEW ENGLAND WAY | 21-00 ROUTE 208 SOUTH |
| JERSEY CITY NJ 07304 | AYER MA 01432 | FAIR LAWN NJ 07410 |
| | | |
| Creditor ID: 6549-01 | Creditor ID: 8815-01 | Creditor ID: 12397-01 |
| VITOIL LLC | VITUSA PRODUCTS INC | VIVA TIGER, INC. |
| 101 SOUTH SPRING STR. SUITE 220 | 343 SNYDER AVE | 20455 E. VALLEY BLVD., |
| LITTLE ROCK AR 72201 | BERKELEY HTS NJ 07922 | WALNUT CA 91789 |
| | | |
| Creditor ID: 2256-01 | Creditor ID: 12398-01 | Creditor ID: 8816-01 |
| VIVATERRA INTERNATIONAL, LLC | VIVATERRA, LLC | VL FOODS INC |
| 7021 WOLFTOWN HOOD ROAD | 2171 FRANCISCO BLVD E #1 | 3037 OLIVER DRIVE |
| MADISON VA 22727 | SAN RAFAEL CA 94901 | SAN JOSE CA 95135 |
| | | |
| Creditor ID: 4464-01 | Creditor ID: 12399-01 | Creditor ID: 12010-01 |
| VLM FOODS USA INC. | VM FIBER FEEDER, INC. | VM INTERNATIONAL |
| 186 US OVAL SUITE 5 | 7850 FRUITVILLE ROAD | 945 E. CHURCH STREET |
| PLATTSBURGH NY 12903 | SARASOTA FL 34240 | RIVERSIDE CA 92507 |
| | | |
| Creditor ID: 18863-01 | Creditor ID: 14761-01 | Creditor ID: 17414-01 |
| VM INTERNATIONAL, LLC. | VMC INC. | VMC-MOW, LLC |
| 1195 HOUNSLOW DR. | 10395 YELLOW CIRCLE DRIVE | 5046 HWY 29 NORTH |
| GREENSBORO NC 27410 | MINNETONKA MN 55343 | WILLIAMSTON SC 29697 |
| | | |
| Creditor ID: 8817-01 | Creditor ID: 12400-01 | Creditor ID: 8818-01 |
| VN SEAFOOD, LLC | VN SEAFOODS LLC | VO TOYS INC. |
| 2620 BELLEVUE WAY NE #105 | 1625 THE ALAMEDA, STE 708 | 400 SOUTH 5TH STREET |
| BELLEVUE WA 98004 | SAN JOSE CA 95126 | HARRISION NJ 07029 |
| | | |
| Creditor ID: 18864-01 | Creditor ID: 12011-01 | Creditor ID: 7329-01 |
| VOGUE FASHIONS, INC | VOITA WEST A | VOITH PAPER |
| 115 W 30TH ST. | DBA OF CA. CITRUS SELECTORS, INC. | 1831 VETERANS MEMORIAL HWY |
| NEW YORK NY 10001 | 506 N. KAWEAH AVE. SUITE C | AUSTELL GA 30168 |
| | EXETER CA 93221 | |
| | | |
| Creditor ID: 14762-01 | Creditor ID: 6550-01 | Creditor ID: 8819-01 |
| VOITH PAPER CO | VOLCAFE U.S.A. LLC. | VOLCLAY INTERNATIONAL |
| 2200 NORTH ROEMER RD | 80 COTTONTAIL LANE, SOMERSET, NJ | 2870 FORBS AVENUE |
| APPLETON WI 54912 | SOMERSET NJ 08873 | HOFFMAN ESTATES IL 60192 |
| | | |
| Creditor ID: 12401-01 | Creditor ID: 4650-01 | Creditor ID: 8055-01 |
| VOLCOT INTERNATIONAL | VOLM BAG COMPANY INC. | VOLPE TILE & MARBLE |
| 2020 N. CENTRAL AVE. STE 695 | 1804 EDISON STREET | 1281 WILMINGTON WESTCHESTER PIKE |
| PHOENIX AZ 85004 | ANTIGO WI 54409 | GLEN MILLS PA 19342 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                        **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12012-01<br>VOLTAIX INC<br>197 MEISTER AVENUE<br>NORTH BRANCH NJ 08876 | Creditor ID: 12402-01<br>VOLUME INTERNATIONAL<br>21160 IMPERIAL VALLEY DR.<br>HOUSTON TX 77073-5523 | Creditor ID: 4651-01<br>VOLVO (GROUP LOGISTICS NA)<br>7900 NATIONAL SERVICE ROAD<br>GREENSBORO NC 27409 |
| Creditor ID: 4652-01<br>VOLVO CE NORTH AMERICA INC.<br>ONE VOLVO DRIVE<br>ASHEVILLE NC 28803-3447 | Creditor ID: 12403-01<br>VON POK AND CHANGE (N.Y.)INC.<br>666 EAST 42ND STREET<br>LINCOLN BLDG SUITE<br>NEW YORK NY 10165 | Creditor ID: 2257-01<br>VONPOK & CHANG (N.Y.)INC.<br>60 E 42ND ST -<br>LINCOLN BLDG SUITE 666<br>NEW YORK NY 10165 |
| Creditor ID: 6551-01<br>VORTEX WORLDWIDE LOGISTICS CORP.<br>2025 NORTHWEST102ND AVE STE 103<br>DORAL FL 33172 | Creditor ID: 18865-01<br>VOS SELECTIONS<br>555 EIGHTH AVE, STE # 1209<br>NEW YORK NY 10018 | Creditor ID: 14763-01<br>VOS VINUM IMPORTING, LTD<br>567 FIFTH AVENUE<br>NEW ROCHELLE NY 10801 |
| Creditor ID: 18866-01<br>VOSTMAN<br>15 COMMERCE BL.<br>WEST GROVE PA 19390 | Creditor ID: 12404-01<br>VOTG<br>109 EAST EVANS ST. SUITE C<br>WEST CHESTER PA 19380 | Creditor ID: 6552-01<br>VOX TRADING USA CORP<br>1800 SW 1ST AVANUE #507<br>PORTLAND OR 97201-5322 |
| Creditor ID: 2258-01<br>VRESEIS LTD.<br>16933 SHADOW VALLEY ROAD<br>BROOKS CA 95606 | Creditor ID: 4653-01<br>VS AUTOMOTIVE REPAIR & PERFORMANCE<br>204 W. CARLETON AV. UNIT B<br>ORANGE CA 92867 | Creditor ID: 2259-01<br>VS RUBBER INC.<br>31 KEYSTONE DRIVE<br>LEBANON PA 17042 |
| Creditor ID: 4654-01<br>VSE, INC (AMERICAN SHIPPERS MEMBER)<br>606 RICE STREET<br>ST. PAUL MN 55103 | Creditor ID: 6553-01<br>VSM ABRASIVES CORPORATION<br>1012 E. WABASH ST.<br>O'FALLON MO 63366 | Creditor ID: 6554-01<br>V-STAR SEAFOOD, INC<br>17150 NEWHOPE ST., SUITE 214<br>FOUNTAIN VALLEY CA 92708 |
| Creditor ID: 12405-01<br>VT. MANCUSI INC<br>700 ROCKAWAY TPK SUITE 303<br>LAWRENCE NY 11599 | Creditor ID: 17415-01<br>VTECH ELECTRONICS NORTH AMERICA, LLC<br>1156 W SHURE DRIVE, SUITE 200<br>ARLINGTON HEIGHTS IL 60004 | Creditor ID: 2260-01<br>VULCAN CONSTRUCTION MATERIALS, LP<br>1200 URBAN CENTER DRIVE<br>BIRMINGHAM AL 35242 |
| Creditor ID: 8820-01<br>VULCAN ENGINEERING COMPANY<br>P.O. BOX 307 ONE VULCAN DRIVE<br>HELENA INDUSTRIAL PARK<br>HELENA AL 35080 | Creditor ID: 12013-01<br>VULCAN MATERIALS COMPANY<br>4000 NW COUNTY ROAD<br>NEWBERRY FL 32669 | Creditor ID: 6555-01<br>VULCAN RENEWABLES LLC.<br>1700 ADAMS ACRES ROAD<br>ST. AUGUSTINE FL 32084 |
| Creditor ID: 2032-01<br>VUTEQ CALIFORNIA CORPORATION<br>21118 CABOT BOULEVARD<br>HAYWARD CA 94545 | Creditor ID: 14764-01<br>VUTEQ ENGINEERING CORP<br>100 CARLEY DRIVE<br>GEORGETOWN KY 40324 | Creditor ID: 8821-01<br>VVF LLC<br>3920 CYPRESS CREEK PKWY, SUITE 230<br>HOUSTON TX 77068 |
| Creditor ID: 18867-01<br>VVF LLC<br>2000 AUCUTT<br>MONTGOMERY IL 60538 | Creditor ID: 14765-01<br>VW ASAIN FOOD CO INC<br>270 SOUTH HANFORD ST BLDG B<br>SEATTLE WA 98134 | Creditor ID: 4655-01<br>VYLINE CORPORATION<br>16801 S. CENTRAL AVE.<br>CARSON CA 90746 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2261-01<br>VZI INVESTMENT CORP<br>350 5TH. AVENUE - 9TH. FLOOR<br>NEW YORK NY 10018 | Creditor ID: 14766-01<br>W & W MARKETING CORP<br>2055 JUNCTION AVE #228<br>SAN JOSE CA 95131 | Creditor ID: 4656-01<br>W + A MANUFACTURING CO.<br>1810 OHIO STREET<br>PINE BLUFF AR 71611 |
| Creditor ID: 6556-01<br>W AND K TRADING<br>2569 SOUTH CARLTON PLACE<br>ROWLAND HEIGHTS CA 91748 | Creditor ID: 2033-01<br>W H INTERNATIONAL INC.<br>5105 191ST ST. S.W.<br>LYNNWOOD WA 98036 | Creditor ID: 12406-01<br>W&T SEAFOOD CORP.<br>50 FRANKLIN AVE.<br>BROOKLYN NY 11205 |
| Creditor ID: 12014-01<br>W. ATLEE BURPEE<br>300 PARK AVE.<br>WARMINSTER PA 18974 | Creditor ID: 8822-01<br>W. M. CRAMER INTERNATIONAL INC.<br>P.O. BOX 2888,<br>HICKORY NC 28603 | Creditor ID: 8823-01<br>W. SCHILLIG<br>1203 BAKER ROAD<br>HIGH POINT NC 27263 |
| Creditor ID: 4657-01<br>W.E.S.T. FORWARDING SERVICES<br>28384 S. WESTERN AVE. STE 401<br>RANCHO PALOS VERDES CA 90275 | Creditor ID: 7330-01<br>W.E.S.T.FORWARDING SERVICE HARTFORD CENTER<br>755 ROUTE 83,SUITE 203<br>BENSENVILLE IL 60106 | Creditor ID: 6557-01<br>W.F WHELAN COMPANY<br>8249 N HAGGERTY RD<br>CANTON MI 48187-2052 |
| Creditor ID: 12015-01<br>W.J. BYRNES<br>500 N. NASH STREET<br>EL SEGUNDO CA 90245 | Creditor ID: 14767-01<br>W.J. BYRNES & CO<br>13890 BISHOPS DRIVE, SUITE 310<br>BROOKFIELD WI 53005 | Creditor ID: 8824-01<br>W.J. BYRNES & CO.<br>3401 QUEBEC ST STE 4050<br>DENVER CO 80207 |
| Creditor ID: 12016-01<br>W.J. DEUTSCH & SONS<br>108 CORPORATE PARK DRIVE<br>WHITE PLAINS NY 10604 | Creditor ID: 18868-01<br>W.M. BARR AND COMPANY, INC.<br>2121 CHANNEL AVE.<br>MEMPHIS TN 38113 | Creditor ID: 14768-01<br>W.M. STONE<br>838 GRANBY STREET  P.O.BOX 3160<br>NORFOLK VA 23514 |
| Creditor ID: 18869-01<br>W.M. WRIGLEY JR. COMPANY<br>410 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60609 | Creditor ID: 12407-01<br>W.N. EPSTEIN BROKERS<br>4433 WOODSON ROAD<br>SAINT LOUIS MO 63134 | Creditor ID: 6558-01<br>W.P. HILTS & CO<br>4131 BRANDON AVE SW<br>ROANOKE VA 24015 |
| Creditor ID: 6559-01<br>W.R. FIBERS, INC.<br>1330 VALLEY VISTA DR<br>DIAMOND BAR CA 91765 | Creditor ID: 12408-01<br>W.R. GRACE & COMPANY<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 | Creditor ID: 12409-01<br>W.R. GRACE & COMPANY<br>5215 KENNEDY AVENUE<br>EAST CHICAGO IN 46312 |
| Creditor ID: 12410-01<br>W.R. VANDERSCHOOT OF VIRG.INC.<br>P.O.BOX 6287<br>CHESAPEAKE VA 23323 | Creditor ID: 8825-01<br>W.R.GRACE & COMPANY<br>DAREX CHICAGO - DAVISON<br>6000 W. 51ST STREET<br>CHICAGO IL 60638 | Creditor ID: 4465-01<br>W.R.ZANES CO.<br>3340 D GREENS ROAD STE 350<br>HOUSTON TX 77032 |
| Creditor ID: 12017-01<br>W.S.BADCOCK CORP<br>200 N.PHOSPHATE BLVD.<br>MULBERRY FL 33880-0497 | Creditor ID: 2262-01<br>WACHOVIA BANK<br>201 SOUTH COLLEGE STREET CP-*<br>CHARLOTTE NC 28288 | Creditor ID: 6560-01<br>WACHOVIA BANK INTERNATIONAL TRADE<br>1525 W WT HARRIS BLVD.<br>CHARLOTTE NC 28262 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

Creditor ID: 6561-01
WACKER CORP
N92 W15000 ANTHONY AV
MENOMONEE FALLS WI 53052

Creditor ID: 2263-01
WADE MANUFACTURING
9995 SW AVERY ROAD
TUALATIN OR 97062

Creditor ID: 12411-01
WADE RAIN INC.
9995 SW AVERY STREET
TUALATIN OR 97062

Creditor ID: 4658-01
WAGNER POWER SYSTEMS
4000 OSUNA ROAD NE
ALBUQUERQUE NM 87109

Creditor ID: 14769-01
WAH CHANG OREMET
NORTH PLANT 1600 NE OLD SALEM ROAD
ALBANY OR 97321

Creditor ID: 18870-01
WAH LOUNG INC
571 HAMMOND ST,
CHESTNUT HILL MA 02467-1703

Creditor ID: 4659-01
WAHLRICH GROUP, LLC
TWO LIMITED PARKWAY
COLUMBUS OH 43230

Creditor ID: 2264-01
WAINRIGHT INDUSTRIES
7345 IBM DRIVE
CHARLOTTE NC 28262

Creditor ID: 2265-01
WAKEFERN FOODS CROP KEASBEY
5000 RIVERSIDE DRIVE
KEASBEY NJ 08832

Creditor ID: 18871-01
WAKEFERN GENERAL MERCHANDISE
355 DAVISON MILL ROAD
MONROE TOWNSHIP NJ 08831

Creditor ID: 4660-01
WALDAMEER PARK INC.
220 PENINSULA DRIVE
ERIE PA 16505

Creditor ID: 6562-01
WALDENBOOKS/BORDERS GROUP INC.
455 INDUSTRIAL BLVD., SUITE C
LA VERGNE TN 37086

Creditor ID: 4661-01
WALGREENS
200 WILMOT ROAD, MS#2204
DEERFIELD IL 60015

Creditor ID: 4662-01
WALKER & ZANGER INC
1050 AMBOY AVENUE, SUITE 2
PERTH AMBOY NJ 08861

Creditor ID: 12412-01
WALKER EDISON FURNITURE COMPANY
4350 W 2100 S STE A
SALT LAKE CITY UT 84120-2351

Creditor ID: 12413-01
WALKER INC
215 TREMONT STREET
ROCHESTER NY 14608

Creditor ID: 12018-01
WALKER ZANGER
13190 TELFAIR AVE.
SYLMAR CA 91342

Creditor ID: 8826-01
WALKERS FURNITURE INC
2611N. WOODRUFF
SPOKANE VALLEY WA 99206

Creditor ID: 12414-01
WALK-ON PRODUCTS, INC
200 PEELER ROAD PO BOX 509
SALISBURY NC 28147

Creditor ID: 12019-01
WALLACH TRADING CO., INC.
16052 SWINGLEY RIDGE ROAD
CHESTERFIELD MO 63017

Creditor ID: 2266-01
WALLINGFORDZS INC
16 NH RTE. 132 N
NEW HAMPTON NH 03256

Creditor ID: 18872-01
WALLNER TOOLING
9160 HYSSOP DRIVE
RANCHO DOMINGUEZ CA 91730

Creditor ID: 4663-01
WALLNER TOOLING/EXPAC, INC
3660 KENNESAW N.IND. PKWY
KENNESAW GA 30144

Creditor ID: 2267-01
WALLQUEST
465 DEVON PARK DRIVE
WAYNE PA 19087

Creditor ID: 2268-01
WALNUT VILLAGE, LLC.
2165 NW PROFESSIONAL DR STE 201
CORVALLIS OR 97330

Creditor ID: 10385-01
WALONG MARKETING INC.
6281 REGIO AVE.
BUENA PARK CA 90620

Creditor ID: 2269-01
WALSH CONSTRUCTION COMPANY
18 S.MICHIGAN AVE. (SUITE 750)
CHICAGO IL 60603

Creditor ID: 8827-01
WALSH INDUSTRIES LLC
3857 S. HAMPTON COURT
WEST LINN OR 97068

Creditor ID: 14770-01
WALSH INTERNATIONAL
189 SUNRISE HIGHWAY SUITE 202
ROCKVILLE CENTRE NY 11570

Creditor ID: 8056-01
WALT DISNEY PARKS AND RESORTS
500 S. BUENA VISTA STREET
BURBANK CA 91521

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14771-01<br>WALT DISNEY PARKS AND RESORTS<br>PO BOX 10000<br>LAKE BUENA VISTA FL 32830-1000 | Creditor ID: 8828-01<br>WALT DISNEY PARKS AND RESORTS, LLC<br>PO BOX 10000<br>LAKE BUENA VISTA FL 32830-1000 | Creditor ID: 12020-01<br>WALT DISNEY WORLD<br>3030 MAIN GATE LANE<br>KISSIMMEE FL 34747 |
| Creditor ID: 18873-01<br>WALTER KIDDE PORTABLE EQUIPMENT INC.<br>1000 BILLY MITCHELL BLVD. STE 500<br>BROWNSVILLE TX 78521 | Creditor ID: 14772-01<br>WALTER KIDDE PORTABLE EQUIPMENT, INC.<br>6550 JUDGE ADAMS ROAD<br>WHITSETT NC 27377 | Creditor ID: 6563-01<br>WALTER KIDDE PORTABLE EQUIPMENT, INC.<br>1016 CORPORATE PARK DRIVE<br>MEBANE NC 27302 |
| Creditor ID: 7331-01<br>WALTERS AND WOLF GLASS COMPANY<br>41450 BOSCELL ROAD<br>FREMONT CA 94538 | Creditor ID: 12415-01<br>WALTERS WICKER<br>65 BANKER STREET<br>ENGLEWOOD NJ 07631 | Creditor ID: 10198-01<br>WALTON COMPANY<br>196 LEROY ANDERSON DR.<br>MONROE GA 30655 |
| Creditor ID: 2270-01<br>WAM USA INC<br>75 BOULDERBROOK CIRCLE<br>LAWRENCEVILLE GA 30045 | Creditor ID: 8829-01<br>WAN JA SHAN INTERNATIONAL LLC<br>4 SAND STATION ROAD<br>MIDDLETOWN NY 10940 | Creditor ID: 12416-01<br>WANCHESE FISH COMPANY<br>2000 NORTHGATE COMMERCE PARKWAY<br>SUFFOLK VA 23435 |
| Creditor ID: 6564-01<br>WANDAA USA INC<br>8426 COLT COURT<br>HOLLAND OH 43528 | Creditor ID: 8831-01<br>WANG GLOBALNET<br>5600 BRAXTON<br>HOUSTON TX 77036 | Creditor ID: 8830-01<br>WANG GLOBALNET<br>2992 ALVARADO ST., # M<br>SAN LEANDRO CA 94577-5706 |
| Creditor ID: 12022-01<br>WANG GLOBALNET<br>5675-D OAKBROOK PARKWAY<br>NORCROSS GA 30093 | Creditor ID: 12023-01<br>WANG GLOBALNET<br>8040 S. 192ND<br>KENT WA 98032 | Creditor ID: 4664-01<br>WANG GLOBALNET<br>2465 FRUITLAND AVE<br>VERNON CA 90058 |
| Creditor ID: 6565-01<br>WANG GLOBALNET<br>365 TEN EYCK ST.<br>BROOKLYN NY 11206 | Creditor ID: 6566-01<br>WANGS & SUN GROUP, INC.<br>4010 VALLEY BLVD, SUITE 108<br>WALNUT CA 91789 | Creditor ID: 4665-01<br>WANGS INTERNATIONAL<br>4250 SHELBY DR.<br>MEMPHIS TN 38118 |
| Creditor ID: 4666-01<br>WANTEX (USA) INC.<br>14422 E. VALLEY BLVD.<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 18874-01<br>WANTILE INC<br>216-18 39TH AVENUE<br>BAYSIDE NY 11361 | Creditor ID: 18875-01<br>WANXIANG AMERICA CORPORATION<br>88 AIRPORT ROAD<br>ELGIN IL 60123 |
| Creditor ID: 8832-01<br>WANXIANG IMPORT & EXPORT CORPORATION<br>88 AIRPORT ROAD<br>ELGIN IL 60123 | Creditor ID: 12417-01<br>WARCO INC<br>P.O.BOX 48 - 1401 HWY.D<br>MARTHASVILLE MO 63357 | Creditor ID: 14773-01<br>WARD KRAFT<br>201 EAST 23RD STREET DOCK 5<br>FORT SCOTT KS 66701-3000 |
| Creditor ID: 4667-01<br>WARD PROCESS, INC<br>OCTOBER HILL ROAD<br>HOLLISTON MA 01746 | Creditor ID: 14774-01<br>WARD RUGH, INC.<br>710 WEST EIGHT, P.O. BOX 68<br>ELLENSBURG WA 98926 | Creditor ID: 4668-01<br>WAREHOUSE EXPRESS<br>BLDG 77 BROOKLYN NAVY YARD<br>63 FLUSHING AVE<br>BROOKLYN NY 11205 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 6567-01<br>WAREHOUSE M & ASSOCIATES<br>170 TUNNEL ROAD<br>VERNON CT 06066 | Creditor ID: 8833-01<br>WAREHOUSE SPECIALISTS INC.<br>5915 N MARINE DRIVE<br>PORTLAND OR 97203 | Creditor ID: 18876-01<br>WARN INDUSTRIES, INC.<br>13270 SE PHEASANT COURT<br>MILWAUKIE OR 97222 |
| Creditor ID: 6568-01<br>WARNER MEAT, INC.<br>425 EAST 63RD STREET, SUITE W2E<br>NEW YORK NY 10065 | Creditor ID: 12671-01<br>WARNERCO SWIMWEAR PRODUCTS<br>6040 BANDINI BLVD.<br>LOS ANGELES CA 90040 | Creditor ID: 12418-01<br>WARREN UNILUBE, INC.<br>915 E. JEFFERSON AVE.<br>W. MEMPHIS TN 72301-5537 |
| Creditor ID: 18877-01<br>WARRENS INTERNATIONAL COMPANY<br>P.O.BOX 301148<br>HOUSTON TX 77230 | Creditor ID: 14775-01<br>WASAUNA, LLC<br>10450 N. 74TH ST. #130<br>SCOTTSDALE AZ 85258 | Creditor ID: 4669-01<br>WASHINGTON ALLOY COMPANY<br>7010-G REAMES ROAD<br>CHARLOTTE NC 28216 |
| Creditor ID: 14776-01<br>WASHINGTON BEEF, INC<br>201 ELMWOOD RD.<br>TOPPENISH WA 98948 | Creditor ID: 2271-01<br>WASHINGTON FRUIT AND PRODUCE<br>401 N. 1ST AVE<br>YAKIMA WA 98902 | Creditor ID: 18878-01<br>WASHINGTON INSPECTION SERVICE, INC.<br>4127 CRESTVIEW<br>WENATCHEE WA 98801 |
| Creditor ID: 4670-01<br>WASINO CORP.,<br>4070 WINNETKA AVENUE<br>ROLLING MEADOWS IL 60008 | Creditor ID: 14777-01<br>WASTE MANAGEMENT - RECYCLE AMERICA<br>3850 HOLCOMB BRIDGE ROAD<br>BUILDING 100 SUITE 105<br>NORCROSS GA 30092 | Creditor ID: 6569-01<br>WASTE MANAGEMENT RECYCLE AMERICA<br>700 EAST BUTTERFIELD ROAD<br>LOMBARD IL 60148 |
| Creditor ID: 4671-01<br>WASTE NOT RECYCLING<br>311 SOUTH 7TH ST<br>BISMARCK ND 58504 | Creditor ID: 6571-01<br>WASTEQUIP<br>461 E. ROSSER DRIVE<br>WINAMAC IN 46996 | Creditor ID: 12419-01<br>WASTEQUIP - ERIAL, NJ<br>1031 HICKSTOWN ROAD<br>ERIAL NJ 08081 |
| Creditor ID: 14779-01<br>WASTEQUIP - TX<br>100 EAST IND. PRK BLVD.<br>BEEVILLE TX 78102 | Creditor ID: 18879-01<br>WATCHTOWER BIBLE AND TRACT SOCIETY<br>1000 RED MILLS RD<br>WALLKILL NY 12589 | Creditor ID: 18880-01<br>WATER FITNESS LLC<br>740 PIERCE ST.<br>WATERLOO WI 53594 |
| Creditor ID: 18881-01<br>WATER STREET ANTIQUES<br>78 MAIN STREET,<br>SUTTER CREEK CA 95685 | Creditor ID: 8835-01<br>WATERFRONT CONTAINER<br>101 EMBARCADERO<br>SAN FRANCISCO CA 94105 | Creditor ID: 12024-01<br>WATERLINE MARKETING<br>3705 NE 5TH AVE<br>FORT LAUDERDALE FL 33306 |
| Creditor ID: 12420-01<br>WATERLOO INDUSTRIES, INC.<br>100 E. 4TH STREET<br>WATERLOO IA 50703 | Creditor ID: 6572-01<br>WATERLOO INTERNATIONAL FUNERAL SUPPLY<br>950 WEST UNION<br>WATERLOO IN 46793 | Creditor ID: 2272-01<br>WATERMARK INNOVATIONS GROUP LLC<br>603 PARK POINT DRIVE #170<br>GOLDEN CO 80401 |
| Creditor ID: 12025-01<br>WATERS SHIPPING COMPANY<br>P.O. BOX 118<br>WILMINGTON NC 28401 | Creditor ID: 4672-01<br>WATERSIDE CONSTRUCTION<br>1000 PORTSIDE DRIVE<br>EDGEWATER NJ 07020 | Creditor ID: 12421-01<br>WATERWAY PLASTICS<br>2200 E STURGIS ROAD<br>OXNARD CA 93030 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4466-01<br>WATSON TRAC & IMPL CO. INC<br>1380 SAN JUAN BLVD.<br>FARMINGTON NM 87401 | Creditor ID: 2273-01<br>WATTS BROTHERS PACKAGING CENTER LLC<br>8701 W GAGE BLVD<br>KENNEWICK WA 99336 | Creditor ID: 2274-01<br>WATTS INDUSTRIAL TYRES SERVICES<br>708 MARKS ROAD SUIT B<br>VALLEY CITY OH 44280 |
| Creditor ID: 12422-01<br>WATTS WATER QUALITY AND CONDITIONING<br>11611 SW 147TH CT.<br>DUNNELLON FL 34432 | Creditor ID: 6573-01<br>WAVERLY MILLS<br>23 3RD STREET<br>LAURINBURG NC 28352 | Creditor ID: 8836-01<br>WAY FONG LLC<br>57-29 49TH STREET<br>MASPETH NY 11378 |
| Creditor ID: 7072-01<br>WAYFIT<br>8525 MALLORY RD<br>JACKSONVILLE FL 32220 | Creditor ID: 8837-01<br>WAYNE FARMS<br>4110 CONTINENTAL DR.<br>OAKWOOD GA 30566 | Creditor ID: 17416-01<br>WAYNE LUMBER CO<br>38925 MICHIGAN AVE<br>WAYNE MI 48184 |
| Creditor ID: 8838-01<br>WAYNE TILE<br>2 DOIG RD.<br>WAYNE NJ 07470-7429 | Creditor ID: 12026-01<br>WAYNE WATER SYSTEMS<br>101 PRODUCTION DRIVE<br>HARRISON OH 45030 | Creditor ID: 12423-01<br>WAYNES TRACTORS<br>34642 S. VELDA ROSE RD.<br>BLACK CANYON CITY AZ 85324 |
| Creditor ID: 4673-01<br>WBM L.L.C.<br>120 NORTH 11TH ST<br>NEWARK NJ 07107 | Creditor ID: 4674-01<br>WCB ICE CREAM<br>267 LIVINGSTON STREET<br>NORTHVALE NJ 08755 | Creditor ID: 8839-01<br>WCM SERVICE, INC.<br>1817 PEACEFUL HILLS ROAD<br>WALNUT CA 91789 |
| Creditor ID: 8840-01<br>WDV MOVING LOGISTIC IMPORT AND EXPORT, CORP.<br>18  B IRVING STREET<br>FRAMINGHAM MA 01702 | Creditor ID: 12027-01<br>WEAR ME APPAREL LLC (AKA KIDS HEADQUARTERS)<br>1359 BROADWAY<br>NEW YORK NY 10018 | Creditor ID: 7332-01<br>WEATHERFORD ALS, INC.<br>8866 WEST LOOP 338 NORTH<br>ODESSA TX 79764 |
| Creditor ID: 2275-01<br>WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC.<br>2000 ST. JAMES PLACE<br>HOUSTON TX 77056 | Creditor ID: 18882-01<br>WEATHERPROOF GARMENT<br>DIV OF D.P.S. 90 SPENCE STREET<br>BAYSHORE NY 11706 | Creditor ID: 18883-01<br>WEATHERRITE OUTDOOR<br>602 FOUNTAIN PKWY<br>GRAND PRAIRIE TX 75050 |
| Creditor ID: 12028-01<br>WEAVER NUT COMPANY, INC.<br>1925 WEST NAUB STREET<br>EPHRATA PA 17522 | Creditor ID: 7073-01<br>WEBECO FOODS INC.<br>8225 NW 80 STREET<br>MIAMI FL 33166 | Creditor ID: 4675-01<br>WEBER MACHINE (USA), INC.<br>45 DOWD RD STE B<br>BANGOR ME 04401-6733 |
| Creditor ID: 17417-01<br>WECLY INTERNATIONAL INC.<br>1315 S. JOHNSON DRIVE<br>CITY OF INDUSTRY CA 91745 | Creditor ID: 14780-01<br>WEG ELECTRIC CORPORATION<br>6655 SUGARLOAF PARKWAY<br>DULUTH GA 30097 | Creditor ID: 18884-01<br>WEG ELECTRIC MOTORS CORPORATION<br>2100 BRIGHTON HENRIETTA TOWNLINE RD<br>ROCHESTER NY 14623 |
| Creditor ID: 12029-01<br>WEGO CHEMICAL & MINERAL COPR.<br>239 GREAT NECK ROAD<br>GREAT NECK NY 11021 | Creditor ID: 4676-01<br>WEI-CHUAN USA, INC<br>6655 S.GARFIELD AVE.<br>BELL GARDENS CA 90201 | Creditor ID: 7074-01<br>WEIDA FREIGHT SYSTEM INC.? MIAMI<br>2801 NW 74TH AVE<br>SUITE#108 (2ND FLOOR)<br>MIAMI FL 33126 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2276-01<br>WEIL BROTHERS-COTTON, INC.<br>4444 PARK BOULEVARD<br>MONTGOMERY AL 36116-1634 | Creditor ID: 8057-01<br>WEIMAR INC.<br>322 IVY MILL LANE<br>MISSOURI TX 77459 | Creditor ID: 14781-01<br>WEIN BAUER INC.<br>10600 SEYMOUR AVE<br>FRANKLIN PARK IL 60131 |
| Creditor ID: 8940-01<br>WEINSTEIN INTERNATIONAL<br>810 NORTH LILAC DRIVE, NO. 114<br>MINNAPOLIS MN 55422 | Creditor ID: 14782-01<br>WEIR'S FURNITURE<br>4800 SPRING VALLEY ROAD<br>FARMERS BRANCH TX 75244 | Creditor ID: 8941-01<br>WEISER LOCK CORPORATION<br>19701 DA VINCI<br>FOOTHILL RANCH CA 92610 |
| Creditor ID: 2277-01<br>WEISMAN SALVAGE & SURPLUS INC<br>218-01, MERRICK BLVD. SPRINGFDS.<br>GARDENS QUEENS NY 11413 | Creditor ID: 8942-01<br>WEISNER STEEL PRODUCTS, INC.<br>77 MORAGA WAY, SUITE F<br>ORINDA CA 94563 | Creditor ID: 4677-01<br>WEISS AND BIHELLER MERCH CORP.<br>116 EAST 16TH ST<br>NEW YORK NY 10003 |
| Creditor ID: 2278-01<br>WELCOME HOME, LLC<br>309 RALEIGH STREET<br>WILMINGTON NC 28412 | Creditor ID: 14783-01<br>WELD WIRE COMPANY INC.<br>103 QUEENS DRIVE<br>KING OF PRUSSIA PA 19406 | Creditor ID: 10386-01<br>WELDING MATERIAL SALES INC<br>1340 REED ROAD PO BOX 786<br>GENEVA IL 60134 |
| Creditor ID: 8943-01<br>WELL LOGISTICS INC<br>8901S.LA CIENEGA BLVD#210<br>INGLEWOOD CA 90301 | Creditor ID: 14784-01<br>WELL LUCK CO INC<br>104 HARBOR DRIVE<br>JERSEY CITY NJ 07305 | Creditor ID: 18885-01<br>WELL LUCK COMPANY, INC.<br>302 MORRIS PESIN DRIVE<br>JERSEY CITY NJ 07305 |
| Creditor ID: 8944-01<br>WELLCORP EXPRESS INC.<br>8616 LA TIJERA BLVD, SUITE 310<br>LOS ANGELES CA 90045 | Creditor ID: 2279-01<br>WELLHEAD INC<br>3912 GILMORE AVENUE<br>BAKERSFIELD CA 93308 | Creditor ID: 14785-01<br>WELLINGTON HOME PRODUCTS INC.<br>52 COURTLAND STREET<br>PATERSON NJ 07503 |
| Creditor ID: 12424-01<br>WELLS FARGO BANK<br>9000 FLAIR DR. 3RD FL.<br>EL MONTE CA 91731 | Creditor ID: 19162-97<br>WELLS FARGO BANK, NA, AS ADMIN AGENT<br>& COLL. AGENT FOR SR LENDERS/TOTAL TERMINALS<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN JOHN S MAIRO, ESQ<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962-1997 | Creditor ID: 19163-97<br>WELLS FARGO BANK, NA, AS ADMIN AGENT<br>& COLL. AGENT FOR SR LENDERS/TOTAL TERMINALS<br>C/O LINKLATERS LLP<br>MARGOT SCHONHOLTZ, AARON JAVIAN<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK NY 10105 |
| Creditor ID: 2034-01<br>WELLS FARGO CAPITAL FINANCE LLC<br>1 BOSTON PL FL 18<br>BOSTON MA 02108-4407 | Creditor ID: 2280-01<br>WELLS FARGO FOOTHILL LLC<br>6600 PORT ROAD<br>GROVEPORT OH 43125 | Creditor ID: 8945-01<br>WELLS IMPORT & EXPORT TRADING, INC.<br>3601-09 LITUANICA AVENUE<br>CHICAGO IL 60609 |
| Creditor ID: 12425-01<br>WELLS LAMONT<br>6640 WEST TOUHY AVENUE<br>NILES IL 60714 | Creditor ID: 12031-01<br>WELLS LAMONTS DC<br>3900 NEW GETWELL ROAD<br>MEMPHIS TN 38118 | Creditor ID: 8946-01<br>WELLS MANUFACTURING (USA) INC.<br>9698 TELSTAR AVE. UNIT #312<br>EL MONTE CA 91733 |
| Creditor ID: 4467-01<br>WELLWISH RECYCLING CORPORATION<br>16909 PARTHENIA ST., SUITE 101B<br>NORTHRIDGE CA 91343 | Creditor ID: 7075-01<br>WELMAR PACIFIC, INC.<br>3859 BEACH DRIVE SW #2<br>SEATTLE WA 98116 | Creditor ID: 2281-01<br>WELMAX, INC.<br>1410 N. INTERSTATE 35E<br>CARROLLTON TX 75006 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12032-01<br>WELMAX,INC.<br>3401 GARDEN BROOK DRIVE<br>FARMERS BRANCH TX 75234 | Creditor ID: 2282-01<br>WELMED, INC<br>401 N. MICHIGAN AVE., SUITE 1200<br>CHICAGO IL 60611 | Creditor ID: 4678-01<br>WENDY HARRISON WHITE<br>62 OSSIE ROAD MIDDLEBURY, VT<br>MIDDLEBURY VT 05753 |
| Creditor ID: 8947-01<br>WENNING POULTRY<br>1500 UNION CITY ROAD<br>FORT RECOVERY OH 45846 | Creditor ID: 18920-01<br>WERNER INTERNATIONAL POC GMBH<br>93 WERNER RD<br>GREENVILLE PA 16125 | Creditor ID: 4679-01<br>WESCO HMB INC., HALON MANAGEMENT AND BAKING<br>108 LIBERTY STREET<br>METUCHEN NJ 08840 |
| Creditor ID: 7076-01<br>WESCO INTERNATIONAL, INC.<br>691 BADGER POCKET ROAD<br>ELLENSBURG WA 98027 | Creditor ID: 2283-01<br>WESSAM STORE<br>2431 STEINWAY STREET,<br>ASTORIA NY 11103 | Creditor ID: 19164-97<br>WEST BASIN CONTAINER TERMINAL<br>111 WEST OCEAN BLVD, STE 1610<br>LONG BEACH CA 90802 |
| Creditor ID: 8948-01<br>WEST BAY MARKETING, INC.<br>625 W. ANAHEIM STREET<br>LONG BEACH CA 90813 | Creditor ID: 4680-01<br>WEST BAY SEAFOOD COMPANY<br>PIER 45 SHED B11A BX3<br>SAN FRANCISCO CA 94111 | Creditor ID: 10387-01<br>WEST CARROLLTON PARCHMENT AND CONVERTING INC.<br>400 EAST DIXIE DRIVE<br>WEST CARROLLTON OH 45449 |
| Creditor ID: 14786-01<br>WEST COAST APPAREL CORPORATION<br>110 E. NINTH STREET #A477<br>LOS ANGELES CA 90079 | Creditor ID: 12033-01<br>WEST COAST CITRUS CORPORATION<br>8 MONROVIA<br>IRVINE CA 92602 | Creditor ID: 2284-01<br>WEST COAST ENTERPRISES, INC.<br>4663 E. GUASTI ROAD<br>ONTARIO CA 91761 |
| Creditor ID: 8949-01<br>WEST COAST FOREST PRODUCTS, INC.<br>19406 68TH DR., N.E.<br>ARLINGTON WA 98223 | Creditor ID: 18921-01<br>WEST COAST INVESTMENT GROUP INC.<br>2116 CRONE AVE.<br>ANAHEIM CA 92804 | Creditor ID: 7078-01<br>WEST COAST LIQUIDATORS INC<br>12434 FOURTH ST<br>RANCHO CUCAMONGA CA 91730 |
| Creditor ID: 7077-01<br>WEST COAST LIQUIDATORS INC<br>2430 E DEL AMO BLVD<br>DOMINGUEZ CA 90220-6306 | Creditor ID: 8950-01<br>WEST COAST LIQUIDATORS, INC.<br>300 PHILLIPI RD.<br>COLUMBUS OH 43228 | Creditor ID: 8951-01<br>WEST COAST PITA FOODS INC<br>20241 84TH AVE SO<br>KENT WA 98032 |
| Creditor ID: 8952-01<br>WEST COAST WAREHOUSE INC.<br>10401 7TH STREET<br>RANCHO CUCAMONGA CA 91730 | Creditor ID: 14787-01<br>WEST COAST WIRE ROPE & RIGGING INC.<br>2900 NW 29TH AVE, PO BOX 5999<br>PORTLAND OR 97228-5999 | Creditor ID: 12426-01<br>WEST FRASER INC.<br>1900 EXETER ROAD<br>GERMANTOWN TN 38138 |
| Creditor ID: 8953-01<br>WEST GAINES SEED, INC.<br>1375 S HWY 62 / 180 WEST<br>SEMINOLE TX 79360 | Creditor ID: 4681-01<br>WEST GAINES SEED, INC.<br>5017 122ND STREET<br>LUBBOCK TX 79424 | Creditor ID: 18697-01<br>WEST JUNCTION INC<br>11027 JASMINE STREET<br>FONTANA CA 92337 |
| Creditor ID: 12427-01<br>WEST LIBERTY FOODS<br>22034 200TH STREET<br>SIGOURNEY IA 52591 | Creditor ID: 8954-01<br>WEST OCEAN COMPANY<br>425 ROLPH STREET<br>SAN FRANCISCO CA 94112 | Creditor ID: 2285-01<br>WEST POINT VENEER<br>320 DUPONT STREET<br>WEST POINT VA 23181 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12034-01<br>WEST POINT VENEER, LLC (QUAST & CO.)<br>320 DUPONT ST.<br>WEST POINT VA 23101 | Creditor ID: 18922-01<br>WESTCHESTER  TILE & MARBLE CORP<br>170 BROOK ST<br>SCARSDALE NY 10583 | Creditor ID: 8955-01<br>WESTCO CHEMICALS INC.<br>12551-61 SATICOY STREET,<br>NORTH HOLLYWOOD CA 91605 |
| Creditor ID: 8956-01<br>WESTCO SYSTEMS, INC.<br>2075 VAN NESS AVENUE<br>SAN FRANCISCO CA 94109 | Creditor ID: 12428-01<br>WESTCOAST CONTEMPO (USA). INC.<br>1 CLAIBORNE AVENUE.<br>NORTH BERGEN NJ 07047 | Creditor ID: 7079-01<br>WESTECH INTERNATIONAL MACHINERY CORPORATION<br>203 WHITCOMB LANE<br>CARY NC 27511 |
| Creditor ID: 4682-01<br>WESTERLUND LOG HANDLERS, LLC<br>9005 WEST WERNER RD<br>P.O. BOX 4219<br>BREMERTON WA 98312 | Creditor ID: 12429-01<br>WESTERN ALFALFA<br>2 MARINE DR. STE 103<br>PO BOX 1330<br>BOARDMAN OR 97818 | Creditor ID: 14788-01<br>WESTERN AMERICAN FOODS<br>21445 DEVILS CANYON RD.<br>CEDARPINES PARK CA 92322 |
| Creditor ID: 8957-01<br>WESTERN CARRIERS<br>2500 71ST ST<br>NORTH BERGEN NJ 07047 | Creditor ID: 7080-01<br>WESTERN CAST PARTS LLC<br>9630 N. ROCK RIDGE TRAIL<br>FOUNTAIN HILLS AZ 85268 | Creditor ID: 2286-01<br>WESTERN EDGE SEAFOOD<br>200 BUFFALO CENTER LANE<br>WASHINGTON PA 15301 |
| Creditor ID: 7081-01<br>WESTERN FISH CO., INC.<br>740 SOUTH SEASIDE AVENUE<br>TERMINAL ISLAND CA 90731 | Creditor ID: 2287-01<br>WESTERN HIDE INC.<br>10010 SAN PEDRO AVE., STE. 310<br>SAN ANTONIO TX 78216 | Creditor ID: 4683-01<br>WESTERN INTERNATIONAL ENTERPRISE, INC.<br>1901 E. LAMBERT ROAD, STE #204<br>LA HABRA CA 90631 |
| Creditor ID: 8958-01<br>WESTERN INTERNATIONAL FORREST PRODUCTS<br>14795 SW MURRAY SCHOLLS DR STE 210<br>BEVERTON OR 97007 | Creditor ID: 8959-01<br>WESTERN LANDSCAPE & GEOTEXTILE SUPPLY INC<br>5065 COLORADO BLVD.<br>DENVER CO 80216 | Creditor ID: 18923-01<br>WESTERN MILLING QUALITY FEEDS<br>31120 WEST STREET<br>GOSHEN CA 93227 |
| Creditor ID: 2288-01<br>WESTERN MONEY SYSTEMS<br>620 KRESGE LANE<br>SPARKS NV 89431 | Creditor ID: 18924-01<br>WESTERN NUT COMPANY<br>1026 SHERIDAN AVENUE<br>CHICO CA 95926 | Creditor ID: 7082-01<br>WESTERN PACIFIC BUILDING MATERIALS<br>2805 NW 31 STREET<br>PORTLAND OR 97210 |
| Creditor ID: 4684-01<br>WESTERN PACIFIC OILS LLC<br>5960 CORVETTE ST.<br>COMMERCE CA 90040 | Creditor ID: 12430-01<br>WESTERN POTTERY GROUP, INC<br>14405 BEST AVENUE<br>NORWALK CA 90650 | Creditor ID: 8960-01<br>WESTERN PRODUCTIONS<br>17018 HWY 99E/PO BOX 491<br>WOODBURN OR 97071 |
| Creditor ID: 7083-01<br>WESTERN PROMOTIONS INC.<br>1498 EMPIRE AVENUE<br>CENTRAL PACKAGING & FILFILLMENT<br>BENTON HARBOR MI 49022 | Creditor ID: 2289-01<br>WESTERN PROMOTIONS INC.<br>3120 STATE STREET<br>MEDFORD OR 97504 | Creditor ID: 12431-01<br>WESTERN RESERVE TRADING<br>PO BOX 8056<br>YOUNGSTOWN OH 44505-8056 |
| Creditor ID: 12035-01<br>WESTERN SEAFOODS INC<br>7622 NE 22ND STREET<br>MEDINA WA 98039 | Creditor ID: 8961-01<br>WESTERN SHELVING RACK INC.<br>1530 WHIPPLE ROAD<br>UNION CITY CA 94587 | Creditor ID: 4685-01<br>WESTERN STATES GLASS<br>43443 OSGOOD ROAD<br>FREMONT CA 94538 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**　　　　　　　　　　　　　　　　　　**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18698-01<br>WESTERN TRADING CO., LTD<br>125 S.W 366TH ST  P.O. BOX 3253<br>FEDERAL WAY WA 98023 | Creditor ID: 4686-01<br>WESTERN TRADING COMPANY<br>6310 NORTH VISTA ST.<br>SAN GABRIEL CA 91775 | Creditor ID: 14789-01<br>WESTERN UNITED FISH CO.<br>15110 NE 90TH STREET, SUITE 110<br>REDMOND WA 98052 |
| Creditor ID: 4687-01<br>WESTERN WALL TENTS<br>2825 STOCKYARD R #E-1<br>MISSOULA MT 59808 | Creditor ID: 7084-01<br>WESTERN WOOD, LLC<br>207 N HARRIS AVE<br>CLE ELUM WA 98922 | Creditor ID: 7085-01<br>WESTEX INDUSTRIES INC<br>347 FIFTH AVENUE, SUITE 409<br>NEW YORK NY 10016 |
| Creditor ID: 2290-01<br>WESTGATE INTERIORS LLC<br>1517 WEST NORTH CARRIER PKWY<br>PRAIRIE TX 75050 | Creditor ID: 7086-01<br>WESTINGHOUSE ELECTRIC COMPANY<br>1001 AIRBRAKE AVE<br>WILMERDING PA 15148 | Creditor ID: 8962-01<br>WESTINGHOUSE LIGHTING CORP<br>1540 DEVON AVENUE<br>ELK GROVE VILLAGE IL 60007 |
| Creditor ID: 18925-01<br>WESTINGHOUSE LIGHTING CORPORATION<br>2000 LEWIS INDUSTRIAL DRIVE<br>JACKSONVILLE FL 32205 | Creditor ID: 8963-01<br>WESTINGHOUSE LIGHTING CORPORATION<br>12401 MCNULTY ROAD<br>PHILADELPHIA PA 19154 | Creditor ID: 2291-01<br>WESTLAKE PRODUCE COMPANY<br>1320 E. OLYMPIC BLVD., STE. 208<br>LOS ANGELES CA 90021 |
| Creditor ID: 12036-01<br>WESTLAKE-MILLER BROOKS & SONS<br>1320 E OLYMPIC BLVD STE 208<br>LOS ANGELES CA 90021-1946 | Creditor ID: 4688-01<br>WESTLAND METAL, INC.<br>3149 DEPOT ROAD<br>HAYWARD CA 94545 | Creditor ID: 2292-01<br>WESTLAND SALES<br>15650 S.E. 102ND AVENUE - PO 427<br>CLACKAMAS OR 97015 |
| Creditor ID: 14790-01<br>WESTMARK TRADE SERVICES, INC<br>1059 B COURT STREET; SUITE 112<br>WOODLAND CA 95776 | Creditor ID: 4689-01<br>WESTMINSTER TOYS INC.<br>159 ARMOUR DR NE<br>ATLANTA GA 30324-3916 | Creditor ID: 12432-01<br>WESTPORT CORPORATION<br>331 CHANGEBRIDGE ROAD<br>PINE BROOK NJ 07058 |
| Creditor ID: 12672-01<br>WESTROCK COMPANY<br>3950 SHACKLEFORD ROAD<br>DULUTH GA 30096 | Creditor ID: 18926-01<br>WESTROCK COMPANY<br>504 THRASHER STREET<br>NORCROSS GA 30071 | Creditor ID: 8964-01<br>WESTSIDE TRADING COMPANY<br>5705 N. WEST AVENUE<br>FRESNO CA 93711 |
| Creditor ID: 4690-01<br>WESTWARD SEAFOODS INC.<br>2101 4TH AVENUE SUITE 1700<br>SEATTLE WA 98121 | Creditor ID: 4691-01<br>WESTWIND INTERNATIONAL INC.<br>1400 N. MITTEL BLVD, SUITE E<br>WOOD DALE IL 60191 | Creditor ID: 14791-01<br>WESTWOOD DESIGN, INC<br>635 N BILLY MITCHELL ROAD<br>SALT LAKE CITY UT 84116 |
| Creditor ID: 8058-01<br>WESTWOOD FOREST PRODUCTS, INC.<br>EVERETT MUTUAL TOWER,<br>2707 COLBY AVE, SUITE 701<br>EVERETT WA 98201 | Creditor ID: 14792-01<br>WESTWOOD HEAT TREATED LUMBER CORP.<br>5201 NW 37TH AVENUE<br>MIAMI FL 33142 | Creditor ID: 14793-01<br>WESTWOOD LUMBER COMPANY<br>PO BOX 217<br>SAGINAW OR 97472 |
| Creditor ID: 12037-01<br>WESTWOOD MARKET LLC<br>31500 W. 13 MILE RD.<br>FARMINGTON HILLS MI 48334 | Creditor ID: 12038-01<br>WETCOR<br>7317 PINERIDGE DR.<br>PARK CITY UT 84098 | Creditor ID: 8965-01<br>WEYCO GROUP<br>333 W ESABROOK BLVD<br>GLENDALE WI 53212 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 12039-01<br>WEYERHAEUSER COMPANY<br>33405 8TH AVE<br>SOUTH FEDERAL WAY WA 98003 | Creditor ID: 4692-01<br>WEYERHAEUSER COMPANY INC (MA)<br>11 CAMPANELLI DRIVE<br>ASSONET MA 02702 | Creditor ID: 12040-01<br>WEYERHAEUSER HARDWOODS & INDUSTRIAL PRODUCTS<br>10220 SW GREENBURG ROAD, SUITE #570<br>PORTLAND OR 97223 |
| Creditor ID: 18927-01<br>WEYERHAEUSER NR COMPANY<br>33663 WEYERHAEUSER WAY S<br>P.O. BOX 9777<br>FEDERAL WAY WA 98003 | Creditor ID: 8059-01<br>WEYERHAEUSER NR COMPANY HARDWOODS<br>33663 WEYERHAEUSER WAY S CH2-J30<br>FEDERAL WAY WA 98003 | Creditor ID: 12433-01<br>WEYERHAEUSER RECYCLING<br>5505 SW WESTERN AVE.<br>BEAVERTON OR 97005 |
| Creditor ID: 8966-01<br>WFDSA LLC<br>7015 GRAND BLVD HOUSTON TX 77054<br>HOUSTON TX 77054 | Creditor ID: 4693-01<br>WFM UNITED NATURAL FOODS INC.<br>100 LAKEVIEW COURT SW<br>ATLANTA GA 30336 | Creditor ID: 10035-01<br>WGI GLOBAL SOURCING<br>1410 BROADWAY, 14TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 8967-01<br>WGI HEAVY MINERALS<br>59652 HWY 3, PO BOX 190<br>FERNWOOD ID 83830 | Creditor ID: 18928-01<br>WH INTERNATIONAL INC.<br>10010 SAN PEDRO AVE., STE # 310<br>SAN ANTONIO TX 78216 | Creditor ID: 7087-01<br>WHALE SHIPPING INC.<br>9550 FLAIR DR., #218<br>EL MONTE CA 91731 |
| Creditor ID: 4694-01<br>WHALEN FURNITURE MANUFACTURING, INC.<br>1578 AIR WING ROAD<br>SAN DIEGO CA 92154 | Creditor ID: 10036-01<br>WHALEN FURNITURE MFG.<br>151 TELFAIR RD<br>SAVANNAH GA 31415 | Creditor ID: 2293-01<br>WHALEN LLC<br>1359 BROADWAY 18TH FLOOR<br>NEW YORK NY 10018 |
| Creditor ID: 2294-01<br>WHALEN LLC<br>1578 AIR WING ROAD<br>SAN DIEGO CA 92154 | Creditor ID: 10388-01<br>WHALLEY GLASS COMPANY,INC<br>72 CHAPEL STREET<br>DERBY CT 06418 | Creditor ID: 12434-01<br>WHEEL GROUP HOLDINGS, LLC<br>18400 E. GALE AVE.<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 18929-01<br>WHEEL PROS, LLC<br>44 UNION BLVD, SUITE 620S<br>LAKEWOOD CO 80228 | Creditor ID: 18930-01<br>WHEELAND LUMBER COMPANY INC.<br>R.R. 1, P.O. BOX 220-B<br>LIBERTY PA 16930-9450 | Creditor ID: 8968-01<br>WHEELER SEAFOODS<br>1101 - 48TH CT SE<br>AUBURN WA 98092 |
| Creditor ID: 18931-01<br>WHEELER TRADING INC<br>11481 INTERCHANGE CIRCLE SOUTH<br>MIRAMAR FL 33025 | Creditor ID: 8969-01<br>WHEELS SUPPLY SYSTEM INC.<br>1707 E DEL AMO BLVD.<br>CARSON CA 90746 | Creditor ID: 2295-01<br>WHIRLPOOL<br>2000 NORTH M63<br>BENTON HARBOR MI 49022 |
| Creditor ID: 12435-01<br>WHIRLPOOL CORP (MI)<br>150 HILLTOP RD<br>ST JOSEPH MI 49085 | Creditor ID: 7088-01<br>WHIRLPOOL CORPORATION<br>5301 BLUE LAGOON DRIVE SUITE #700<br>MIAMI FL 33126 | Creditor ID: 10037-01<br>WHITBY AG, ENTERPRISES, LLC<br>4820 N. FRONTAGE RD/NE<br>MOSES LAKE WA 98837 |
| Creditor ID: 8970-01<br>WHITBY FARMS INC<br>62 WEST JUNIPER<br>MESA WA 99343 | Creditor ID: 18932-01<br>WHITE BIRCH PAPER COMPANY<br>10026 OLD RIDGE ROAD<br>ASHLAND VA 23005 | Creditor ID: 4695-01<br>WHITE BIRCH PAPER COMPANY<br>80 FIELD POINT ROAD<br>GREENWICH CT 06830 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18699-01<br>WHITE DOVE INTERNATIONAL<br>1125 PALISADES AVE<br>FORT LEE NJ 07024 | Creditor ID: 7089-01<br>WHITE FLOWER FARM<br>30 IRENE ST<br>TORRINGTON CT 06790-6657 | Creditor ID: 2296-01<br>WHITE GOLD ASSOCIATION INC.<br>5555 BUSINESS PARK SOUTH, SUITE 210<br>BAKERSFIELD CA 93309 |
| Creditor ID: 14794-01<br>WHITE GOLD COTTON COMPANY LLC<br>5555 BUSINESS PARK SOUTH, SUITE 210<br>BAKERSFIELD CA 93309 | Creditor ID: 4696-01<br>WHITE RIDGE PLASTICS<br>109 SANDS ROAD<br>REIDSVILLE NC 27320 | Creditor ID: 7090-01<br>WHITE RODGERS<br>8100 WEST FLORISSANT<br>ST. LOUIS MO 63136 |
| Creditor ID: 4697-01<br>WHITE STAR APPAREL<br>53 ROOSEVELT AVE.<br>LODI NJ 07644 | Creditor ID: 12437-01<br>WHITE STAR PUMP CO<br>22718 COMMERCIAL LANE<br>TOMBALL TX 77375 | Creditor ID: 8971-01<br>WHITE TOQUE INC<br>11 ENTERPRISE AVENUE NORTH<br>SECAUSUS NJ 07094 |
| Creditor ID: 4698-01<br>WHITE WESTINGHOUSE INTERNATIONAL<br>3 PARKWAY CENTER<br>PITTSBURGH PA 15220-3605 | Creditor ID: 8060-01<br>WHITEHOUSE & SCHAPIRO<br>2800 QUARRY LAKE DRIVE / SUITE 20<br>BALTIMORE MD 21208 | Creditor ID: 2297-01<br>WHITE-RODGERS DIVISION<br>19801 S. SANTA FE AVE.<br>RANCHO DOMINGUEZ CA 90221 |
| Creditor ID: 4699-01<br>WHITE-RODGERS DIVISION<br>GREEN PARK INDUSTRIAL  DR., # 9719<br>ST. LOUIS MO 63123 | Creditor ID: 18933-01<br>WHITESTONE CONSTRUCTION CORP<br>50-52 49TH STREET<br>WOODSIDE NY 11377 | Creditor ID: 12438-01<br>WHITEWOOD INDUSTRIES,INC.<br>100 LIBERTY DRIVE<br>THOMASVILLE NC 27360 |
| Creditor ID: 7091-01<br>WHITEWOOD TRADING CO<br>7 COX AVE<br>THOMASVILLE NC 27360 | Creditor ID: 10038-01<br>WHITTAKER, CLARK & DANIELS INC<br>1000 COOLIDGE ST<br>SOUTH PLAINFIELD NJ 07080-1000 | Creditor ID: 2298-01<br>WHITTIER<br>12352 EST WHITTIER BLVD.<br>WHITTIER CA 90602 |
| Creditor ID: 14795-01<br>WHITTIER WOOD PRODUCTS<br>3787 WEST FIRST AVENUE<br>EUGENE OR 97402 | Creditor ID: 4700-01<br>WHITWORTHS, INC.<br>23 ORINDA WAY, #307<br>ORINDA CA 94563 | Creditor ID: 10039-01<br>WHOLE FOODS MARKET<br>NORTH ATLANTIC DISTRIBUTION<br>400 EAST JOHNSON AVE.<br>CHESHIRE CT 06410 |
| Creditor ID: 2042-01<br>WHOLE HERB COMPANY<br>19800 8TH STREET EAST<br>SONOMA CA 95476 | Creditor ID: 7092-01<br>WHOLESALE SALON FURNITURE<br>1641 S.W. 5TH COURT, BUILDING 1651<br>POMPANO BEACH FL 33069 | Creditor ID: 14796-01<br>WHOLESALE TIRES AND WHEELS<br>12717 ANN STREET<br>SANTA FE SPRINGS CA 90670 |
| Creditor ID: 2299-01<br>WHOLESALE TUBE & TIRE, INC.<br>1329 SWEETWATER LANE<br>SPRING VALLEY CA 91977 | Creditor ID: 9073-01<br>WICE LOGISTICS INC.<br>1850 W. AIRFIELD DRIVE, 2ND FLOOR<br>DFW AIRPORT TX 75261 | Creditor ID: 10040-01<br>WICKED FASHIONS INC<br>140 KERO ROAD<br>CARLSTADT NJ 07072 |
| Creditor ID: 4701-01<br>WICKED FASHIONS, INC. (SOUTHPOLE)<br>222 BRIDGE PLAZA SOUTH<br>FORT LEE NJ 07024 | Creditor ID: 2300-01<br>WICKMAN WORLDWIDE SERVICES INC<br>3249 JODECO RD<br>MCDONOUGH GA 30253 | Creditor ID: 9074-01<br>WICKWIRE WAREHOUSE INC.<br>3300 TULIP STREET<br>PHILADELPHIA PA 19134 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10041-01<br>WIDER CONSOLIDATED INC.<br>175-35 148TH ROAD<br>JAMAICA NY 11434 | Creditor ID: 18700-01<br>WIDER EXPRESS INC<br>177-25 ROCKAWAY BLVD STE 204<br>JAMAICA NY 11434 | Creditor ID: 4702-01<br>WIELAND & SONS LUMBER CO.<br>644 220TH STREET<br>WINTHROP IA 50682 |
| Creditor ID: 2301-01<br>WIESNER PRODUCTS, INC<br>1333 BROADWAY 6TH FLOOR<br>NEW YORK NY 10018 | Creditor ID: 4703-01<br>WILBUR ELLIS<br>16300 CHRISTENSEN ROAD<br>SEATTLE WA 98188 | Creditor ID: 7093-01<br>WILBUR ELLIS COMPANY<br>15515 NE CAPLES RD., SUITE C<br>BRUSH PRAIRIE WA 98606 |
| Creditor ID: 9075-01<br>WILBUR ELLIS COMPANY BURGARD PLANT<br>9945 NORTH BURGARD WAY<br>PORTLAND OR 97203 | Creditor ID: 12439-01<br>WILBUR PACKING COMPANY<br>1500 EAGER ROAD<br>LIVE OAK CA 95953 | Creditor ID: 7094-01<br>WILBUR-ELLIS<br>45 WEST DANENBERG ROAD<br>EL CENTRO CA 92243 |
| Creditor ID: 4704-01<br>WILBUR-ELLIS COMPANY<br>11 WEST O STREET<br>HALSEY OR 97348 | Creditor ID: 12440-01<br>WILBUR-ELLIS COMPANY LLC<br>345 CALIFORNIA STREET 27TH FLOOR<br>SAN FRANCISCO CA 94104 | Creditor ID: 2302-01<br>WILBUR-ELLIS FEED, LLC<br>2001 SE COLUMBIA RIVER DR STE 200<br>VANCOUVER WA 98661 |
| Creditor ID: 4705-01<br>WIL-CAN (USA) GROUP INC.<br>167-10 SOUTH CONDUIT AVE.<br>SUITE 210<br>JAMAICA NY 11434 | Creditor ID: 10042-01<br>WILCO PEANUT CO.<br>3391 US HIGHWAY 281 NORTH<br>PLEASANTON TX 78064 | Creditor ID: 18701-01<br>WILD WEST WORLD L.L.C.<br>15231 SW PARALLEL ROAD<br>BENTON KS 67017 |
| Creditor ID: 14797-01<br>WILK INDUSTRIES<br>666 NORTH WEST 145TH AVE.<br>PEMBROKE PINES FL 33082 | Creditor ID: 7095-01<br>WILL LYNCOLN MANGUEIRA DE ASSIS<br>747 THIRD AVENUE, 9TH FLOOR<br>NEW YORK NY 10017 | Creditor ID: 9076-01<br>WILLAMETTE FILBERT GROWERS<br>21800 NE NORTH VALLEY RD<br>NEWBERG OR 97132 |
| Creditor ID: 18934-01<br>WILLIAM A. MC GINTY CO<br>2300 E. HIGGINS ROAD SUITE 104<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 12441-01<br>WILLIAM B. SKINNER<br>RT. 1&9<br>S.NEWARK NJ 07114 | Creditor ID: 10043-01<br>WILLIAM B. SKINNER INC.<br>300 ROUTE 17 SOUTH, UNIT 3C<br>LODI NJ 07644 |
| Creditor ID: 2303-01<br>WILLIAM BARCLAY RUSSEL JR.<br>82 CIRCUIT ROAD<br>TUXEDO PARK NY 10987 | Creditor ID: 18935-01<br>WILLIAM BARNET & SON, LLC<br>1300 HAYNE STREET<br>SPARTANBURG SC 29301 | Creditor ID: 18936-01<br>WILLIAM C. LOUGHLIN & COMPANY<br>50 CALIFORNIA STREET, SUITE 3060<br>SAN FRANCISCO CA 94111 |
| Creditor ID: 4706-01<br>WILLIAM E.MARTIN & SONS CO INC<br>93-39 170 YH STREET<br>JAMAICA NY 11433 | Creditor ID: 14798-01<br>WILLIAM GRANT & SONS<br>130 FIELDCREST AVE.<br>EDISON NJ 08837 | Creditor ID: 2304-01<br>WILLIAM HARRISON<br>7465 MASON KING COURT<br>MANASSAS VA 20109 |
| Creditor ID: 4707-01<br>WILLIAM J DEUTSCH<br>709 WESTCHESTER AVE. STE. 300<br>WHITE PLAINS NY 10604 | Creditor ID: 2305-01<br>WILLIAMS CLARK COMPANY<br>603 N. FRIES AVE<br>WILMINGTON CA 90744 | Creditor ID: 12442-01<br>WILLIAMS CONTROLS INC.<br>14100 SW 72ND AVENUE<br>PORTLAND OR 97224 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 9077-01<br>WILLIAMSBURG POTTERY<br>ROUTE 60 WEST<br>LIGHTFOOT VA 23090 | Creditor ID: 4468-01<br>WILLIAMS-SONOMA HOME<br>7755 POLK LANE<br>OLIVE BRANCH MS 38654 | Creditor ID: 10044-01<br>WILLIAMS-SONOMA INC.<br>3250 VAN NESS AVENUE<br>SAN FRANCISCO CA 94109 |
| Creditor ID: 9078-01<br>WILLIAMS-SONOMA SINGAPORE PTE LTD<br>7755 POLK LANE<br>OLIVE BRANCH MS 38654 | Creditor ID: 7096-01<br>WILLIAMS-SONOMA, INC.<br>7755 POLK LANE<br>OLIVE BRANCH MS 38654 | Creditor ID: 12443-01<br>WILLIAMS-SONOMA, INC.<br>(ATTN: INTL TRANSPORTATION)<br>151 UNION STREET<br>SAN FRANCISCO CA 94111 |
| Creditor ID: 14799-01<br>WILLIFORD MANAGEMENT, LLC<br>3680 EXPRESS DR<br>DBA SUMMER HOME FURNITURE<br>SHALLOTTE NC 28470 | Creditor ID: 9079-01<br>WILLIS INTERNATIONAL INC.<br>968-970 MEEKER AVE.<br>BROOKLYN NY 11222 | Creditor ID: 12444-01<br>WILLITTS DESIGNS<br>1129 INDUSTRIAL AVE<br>PETALUMA CA 94975 |
| Creditor ID: 10045-01<br>WILLMAR INTERNATIONAL, INC.<br>1100 EAST MAIN CROSS, SUITE 23<br>FINDLAY OH 45840 | Creditor ID: 9080-01<br>WILLOW GROUP LTD<br>34 CLINTON STREET<br>BATAVIA NY 14020 | Creditor ID: 9081-01<br>WILMAR CORPORATION<br>801 SW 16TH STREET 115<br>RENTON WA 98057 |
| Creditor ID: 19166-97<br>WILMINGTON DOCKING PILOTS<br>PO BOX 836<br>WILMINGTON NC 28402 | Creditor ID: 9082-01<br>WILMINGTON OPERATIONS ACCOUNT<br>P.O.BOX 20160<br>CHARLESTON SC 29413-0160 | Creditor ID: 7097-01<br>WILMINGTON PAPER CORP<br>20 HOOK MOUNTAIN ROAD PO BOX 689<br>PINE BROOK NJ 07058 |
| Creditor ID: 19165-97<br>WILMINGTON-CAPE FEAR PILOTS ASSOC<br>PO BOX 10070<br>SOUTHPORT NC 28641 | Creditor ID: 18937-01<br>WILSON FOREST PRODUCTS INC<br>1216 JEFFERSON ROAD<br>JEFFERSON PA 15344 | Creditor ID: 10046-01<br>WILSON HOME PRODUCTS INC.<br>104 MOUNT PLEASANT AVE<br>EDISON NJ 08820 |
| Creditor ID: 14800-01<br>WILSON SPORTING GOODS CO.<br>320 ALDI BLVD.<br>ARC'TERYX EQUIPMENT, DIV<br>- AMER SPORTS CANADA<br>MT. JULIET TN 37122 | Creditor ID: 4708-01<br>WILSON SPORTING GOODS CO.<br>2440 COUCHVILLE PIKE<br>NASHVILLE TN 37217 | Creditor ID: 2035-01<br>WILSON SPORTING GOODS CO.<br>(AMER SPORTS COMPANY)<br>8700 W. BRYN MAWR AVE.<br>CHICAGO IL 60631 |
| Creditor ID: 4709-01<br>WILSON TRAILER SALES<br>1600 ROUTE DD<br>MOBERLY MO 65270 | Creditor ID: 12445-01<br>WILSON UTC INC<br>7513 I CONNELLY DRIVE<br>HANOVER MD 21076 | Creditor ID: 10047-01<br>WILSON XAVIER CHACKALAPARAMBIL<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 |
| Creditor ID: 12446-01<br>WILSONART INT. INC.<br>80 LA WHITE DR<br>FLETCHER NC 28732 | Creditor ID: 4710-01<br>WILSONS LEATHER HOLDINGS, INC.<br>7401 BOONE AVENUE NORTH<br>BOOKLYN PARK MN 55428 | Creditor ID: 18938-01<br>WILTON BRANDS LLC<br>2240 WEST 75TH STREET<br>WOODRIDGE IL 60517 |
| Creditor ID: 9083-01<br>WILTON INDUSTRIES, INC.<br>2240 75TH STREET<br>WOODRIDGE IL 60517 | Creditor ID: 4711-01<br>WINCO<br>14950 VALLEY VIEW AVE<br>LA MIRADA CA 90638 | Creditor ID: 18939-01<br>WINCO INTERNATIONAL, INC.<br>9819 WALLISVILLE RD<br>HOUSTON TX 77013 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                  **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18940-01<br>WINCO TILE INC.<br>1200 INDIAN BRIDGE ROAD<br>JOHNSON CITY TN 37604 | Creditor ID: 9084-01<br>WINCO TRADING COMPANY<br>149 S. GRANT STREET<br>NORTH AURORA IL 60542 | Creditor ID: 17418-01<br>WIND AND WEATHER<br>7021 WOLFTOWN HOOD ROAD<br>MADISON VA 22727 |
| Creditor ID: 4712-01<br>WIND INTERNATIONAL<br>2 HERMANOS 832 BUNKER HILL AVE<br>MONTEBELLO CA 90640 | Creditor ID: 18941-01<br>WINDSHIELD CITY<br>1838 BUFFALO DRIVE<br>HARRISONBURG VA 22802 | Creditor ID: 7098-01<br>WINDY CITY METAL RECYCLING<br>4100 CONGRESS PARKWAY WEST<br>RICHFIELD OH 44286-0449 |
| Creditor ID: 12448-01<br>WINE AND SPIRITS SHIPPERS ASSOCIATION, INC<br>111 COMMERCIAL STREET SUITE 202<br>PORTLAND ME 04101 | Creditor ID: 4713-01<br>WINE ENTERPRISES,L.L.C.<br>37 MALVERN STREET<br>NEWARK NJ 07105 | Creditor ID: 18942-01<br>WINE WARHOUSE<br>800 EAST WINTH STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 2306-01<br>WINEBOW INC<br>22 HOLLYWOOD AVE STE C P.O. BOX 250<br>HOHOKUS NJ 07423 | Creditor ID: 18943-01<br>WINEBOW INC.<br>75 CHESTNUT RIDGE ROAD<br>MONTVALE NJ 07645 | Creditor ID: 18702-01<br>WINERGY DRIVE SYSTEMS CORPORATION<br>1401 MADELINE LANE<br>ELGIN IL 60124 |
| Creditor ID: 10048-01<br>WINERY EXCHANGE, LLC<br>500 REDWOOD BLVD<br>NOVATO CA 94947 | Creditor ID: 2307-01<br>WINES OF FRANCE<br>PO BOX 1003<br>MOUNTAINSIDE NJ 07092 | Creditor ID: 12449-01<br>WINFIELD SOLUTION LLC<br>1080 COUNTRY ROAD F WEST<br>SHOREVIEW MN 55126 |
| Creditor ID: 4714-01<br>WING LEE DEVELOPMENT, INC<br>9635 KLINGERMAN AVE<br>SOUTH EL MONTE CA 91733 | Creditor ID: 7099-01<br>WING NIEN FOODS<br>30560 SAN ANTONIO STREET,<br>HAYWARD CA 94544 | Creditor ID: 4715-01<br>WING PRODUCE INC<br>744 KOHLER STREET<br>LOS ANGELES CA 90021 |
| Creditor ID: 7100-01<br>WINGFOOT COMMERCIAL TIRE SYSTEMS<br>6807 ADAMO DR.<br>TAMPA FL 33619 | Creditor ID: 9085-01<br>WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC.<br>1000 SOUTH 21ST STREET<br>FORT SMITH AR 72901 | Creditor ID: 12451-01<br>WINHERE BRAKE PARTS, INC.<br>5800 TURNBERRY DRIVE<br>HANOVER PARK IL 60133 |
| Creditor ID: 4716-01<br>WINJET TRADING<br>15277 DON JULIAN RD<br>CITY OF INDUSTRY CA 91745-1002 | Creditor ID: 14801-01<br>WINLAND INTERNATIONAL, INC.<br>4769 A EASTPARK DR<br>HOUSTON TX 77028 | Creditor ID: 12452-01<br>WINMEX METAL (USA) LTD LLC<br>52 TIMBER CREEK DRIVE, SUITE # 203<br>CORDOVA TN 38018 |
| Creditor ID: 9086-01<br>WINNERAM INTERNATIONAL INC.,<br>1860 TYLER AVE<br>SOUTH EL MONTE CA 91733 | Creditor ID: 7101-01<br>WINNERS ONLY INC.<br>1365 PARK CENTER DRIVE<br>VISTA CA 92081 | Creditor ID: 18944-01<br>WINNING CHOICE GROUPT LTD<br>112 WEST 34TH ST. SUITE 500<br>NEW YORK NY 10120 |
| Creditor ID: 10389-01<br>WINSEA INTERNATIONAL USA INC.<br>8700 COMMERCE PARK DRIVE, SUITE 219<br>HOUSTON TX 77036 | Creditor ID: 4717-01<br>WINSOME TRADING, INC<br>16111 WOODINVILLE-REDMOND ROAD N.E.<br>WOODINVILLE WA 98072 | Creditor ID: 4718-01<br>WINSORTON INC.<br>12 OBSERVATORY<br>NEWPORT COAST CA 92657 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4719-01<br>WINSTON BRANDS<br>2521 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60007 | Creditor ID: 14802-01<br>WINTERSTEIGER USA LTD<br>217 WRIGHT BROTHERS DRIVE<br>SALT LAKE CITY UT 84116 | Creditor ID: 14803-01<br>WINTER-WOLFF INTERNATIONAL, INC.<br>131 JERICHO TURNPIKE<br>JERICHO NY 11753 |
| Creditor ID: 12453-01<br>WINTEX GROUP INC.<br>9112 NEWBY AVE.<br>ROSEMEAD CA 91770 | Creditor ID: 9087-01<br>WINWARD INTERNATIONAL, INC.<br>3089 WHIPPLE ROAD,<br>UNION CITY CA 94587 | Creditor ID: 7102-01<br>WINWARD SILKS<br>3089 WHIPPLE ROAD<br>UNION CITY CA 94587 |
| Creditor ID: 4720-01<br>WIRE CLOTH MANUFACTURERS INC<br>4 EMERY AVENUE<br>RANDOLPH NJ 07869 | Creditor ID: 14804-01<br>WIRECO WORLD GROUP<br>12200 NW AMBASSADOR<br>KANSAS CITY MO 64163 | Creditor ID: 18945-01<br>WIRTGEN AMERICA INC<br>6030 DANA WAY<br>ANTIOCH TN 37013 |
| Creditor ID: 18946-01<br>WIRTZ BEV. MINNESOTA-ST.PAUL<br>489 NORTH PRIOR<br>ST. PAUL MN 55104 | Creditor ID: 4721-01<br>WISCONSIN ALUMINUM FOUNDRY<br>838 S. 16TH ST.<br>MANITOWOC WI 54220 | Creditor ID: 18703-01<br>WISCONSIN BREWING COMPANY<br>1079 AMERICAN WAY<br>VERONA WI 53593 |
| Creditor ID: 7103-01<br>WISE FURNITURE, LLC<br>819 BELMONT DRIVE UNIT 2A<br>HIGH POINT NC 27263 | Creditor ID: 7104-01<br>WISHING INTERNATIONAL COMPANY<br>3226 MOSSY ELM COURT<br>HOUSTON TX 77059 | Creditor ID: 4722-01<br>WISMETTAC ASIAN FOODS (USA)<br>6630 AMBERTON AVE. SOUTH<br>ELKRIDGE MD 21075 |
| Creditor ID: 18947-01<br>WISMETTAC ASIAN FOODS (USA)<br>1401 B LAKEWAY DRIVE<br>LEWISVILLE TX 75057 | Creditor ID: 18948-01<br>WISMETTAC ASIAN FOODS (USA)<br>331 LIBBY ST.<br>HONOLULU HI 96809 | Creditor ID: 10050-01<br>WISMETTAC ASIAN FOODS, INC.<br>13409 ORDEN DRIVE<br>SANTA FE SPRING CA 90670 |
| Creditor ID: 14805-01<br>WISMETTAC ASIAN FOODS, INC.<br>5065 BUFORD HIGHWAY, SUITE 100<br>NORCROSS GA 30071 | Creditor ID: 14806-01<br>WISMETTAC ASIAN FOODS, INC.<br>340 VALLEY DRIVE<br>BRISBANE CA 94005-1208 | Creditor ID: 9088-01<br>WISMETTAC ASIAN FOODS, INC.<br>19931 72ND AVENUE SOUTH, SUITE 101<br>KENT WA 98032 |
| Creditor ID: 18949-01<br>WISMETTAC ASIAN FOODS, INC.<br>545E.FULLERTON AVE.<br>CAROL STREAM IL 60188 | Creditor ID: 10049-01<br>WISMETTAC ASIAN FOODS, INC.<br>602 WASHINGTON AVENUE<br>CARLSTADT NJ 07072-2902 | Creditor ID: 12454-01<br>WISMETTAC ASIAN FOODS, INC.<br>6356 CLARA ROAD, SUITE 300<br>HOUSTON TX 77041 |
| Creditor ID: 18950-01<br>WISTRON INFOCOMM TECHNOLOGY<br>(AMERICA) CORPORATION<br>9630 PLAZA CIR<br>EL PASO TX 79927 | Creditor ID: 10051-01<br>WISTRON NEWEB<br>1525 MCCARTHY BLVD, SUITE 206,<br>MILPITAS CA 95035 | Creditor ID: 4723-01<br>WIXON, INC<br>1390E BOLIVAR AVE<br>ST FRANCIS WI 53235 |
| Creditor ID: 14807-01<br>WLC-PHILADELPHIA<br>12401 MCNULTY RD<br>PHILADELPHIA PA 19154 | Creditor ID: 7333-01<br>WLG (USA) LLC<br>920 E ALGONQUIN ROAD<br>SCHAUMBURG IL 60173 | Creditor ID: 10052-01<br>WLG (USA) LLC<br>126 HAWTHORNE STREET<br>SAN FRANCISCO CA 94107 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 18951-01<br>WLG (USA) LLC<br>555 EAST OCEAN BLVD., STE 440<br>LONG BEACH CA 90802 | Creditor ID: 12455-01<br>WLH GROUP USA, INC<br>19212 NE 149TH ST<br>WOODINVILLE WA 98077 | Creditor ID: 2308-01<br>WLI (USA), INC.<br>175-01 ROCKAWAY BLVD., SUITE 228<br>JAMAICA NY 11434 |
| Creditor ID: 12456-01<br>WM FLEGENHEIMER<br>227 WEST GRAND AVE<br>EL SEGUNDO CA 90245 | Creditor ID: 10053-01<br>WM RECYCLE AMERICA<br>720 E. BUTTERFIELD ROAD, 4TH FLOOR<br>LOMBARD IL 60148 | Creditor ID: 9089-01<br>WM WRIGHT CO.<br>6050 DANA WAY<br>ANTIOCH TN 37013 |
| Creditor ID: 10390-01<br>WM. E. MARTIN & SONS CO. INC.<br>55 BRYANT AVENUE<br>ROSLYN NY 11576 | Creditor ID: 10054-01<br>WM.E. MARTIN & SONS CO INC<br>93-39 170TH ST<br>JAMAICA NY 11434 | Creditor ID: 14808-01<br>W-NEWEB CORPORATION<br>1525 MCCARTHY BLVD<br>MILPITAS CA 95035 |
| Creditor ID: 12457-01<br>WOLF FURNITURE ENTERPRISES<br>1620 N. TUCKAHOE<br>BELLWOOD PA 16617 | Creditor ID: 2309-01<br>WOLF RIVER LUMBER<br>500 COUNTY HIGHWAY S, P.O. BOX 224<br>NEW LONDON WI 54961 | Creditor ID: 9090-01<br>WOLFE METALS COMPANY<br>5215 OLD ORCHARD RD., SUITE 310<br>SKOKIE IL 60077 |
| Creditor ID: 14809-01<br>WOLFSON CASING CORP.<br>700 SOUTH FULTON<br>MOUNT VERNON NY 10550 | Creditor ID: 4724-01<br>WOLTHERS AMERICA INC.<br>500 SE 15TH STREET, SUITE 118<br>FORT LAUDERDALE FL 33316 | Creditor ID: 4725-01<br>WOLVERINE<br>9341 COURTLAND DRIVE N.E.<br>ROCKFORD MI 49351 |
| Creditor ID: 14810-01<br>WOMEN AT RISK INTERNATIONAL<br>4345 SAWKAW DR. NE<br>GRAND RAPIDS MI 49525 | Creditor ID: 7105-01<br>WOMEN'S APPAREL GROUP, LLC<br>35 UNITED DRIVE<br>DBA BOSTON APPAREL GROUP<br>WEST BRIDGEWATER MA 02379 | Creditor ID: 9091-01<br>WONDERWORLD FURNITURE INC<br>100 CHEYENNE DRIVE<br>MORGANVILLE NJ 07751 |
| Creditor ID: 9092-01<br>WOO JIN TRADING INC.<br>2396 E. PACIFICA PL. SUITE 220<br>RANCHO DOMINGUEZ CA 90220 | Creditor ID: 9093-01<br>WOOD GROUP LIGHT INDUSTRIAL TURBINES USA INC<br>6225A W SAM HOUSTON PKWY N<br>HOUSTON TX 77041 | Creditor ID: 14811-01<br>WOOD HYDE LEATHER CO INC<br>68 WOOD ST<br>GLOVERSVILLE NY 12078 |
| Creditor ID: 7106-01<br>WOOD INTERNATIONAL<br>7412 SW BEAVERTON HWY<br>PORTLAND OR 97225 | Creditor ID: 7107-01<br>WOOD RESOURCES, INC.<br>6702 139TH PL. S.W.<br>EDMONDS WA 98026 | Creditor ID: 2036-01<br>WOOD STRUCTURES INC<br>20 POMERLEAU STREET<br>BIDDEFORD ME 04005 |
| Creditor ID: 7108-01<br>WOODBRIDGE HOLDING, INC.<br>202 ROCK RUN RD.<br>FAIRLESS PA 19030 | Creditor ID: 14713-01<br>WOODBURY FURNITURE<br>7421 EAST STREET<br>SHELBY IA 51570 | Creditor ID: 4727-01<br>WOODBURY FURNITURE<br>2627 ELDAMAIN RD BLDG 201<br>PLANO IL 60545 |
| Creditor ID: 4726-01<br>WOODBURY FURNITURE<br>53A BONITA ST .<br>ARCADIA CA 91006 | Creditor ID: 18952-01<br>WOODBURY FURNITURE<br>14841 PROCTOR AVE #B<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 14812-01<br>WOODBURY FURNITURE<br>3435 WEST LOSAN AVENUE BUILDING 22<br>EAU CLAIRE WI 54703 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**

**CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 7109-01<br>WOODCHUCK'S COUNTRY STORE INC.<br>12575 SAN JOSE BLVD.<br>JACKSONVILLE FL 32223 | Creditor ID: 10055-01<br>WOODGRAIN DISTRIBUTION<br>18450 SHOWALTER ROAD<br>HAGERSTOWN MD 21742 | Creditor ID: 18953-01<br>WOODGRAIN DISTRIBUTION<br>3836 W. BUCKEYE ROAD BLDGE A N<br>PHOENIX AZ 85009 |
| Creditor ID: 7110-01<br>WOODGRAIN DISTRIBUTION<br>1272 OMEGA PARKWAY<br>SHEPHERDSVILLE KY 40165 | Creditor ID: 7111-01<br>WOODGRAIN DISTRIBUTION<br>1450 SHEPARD DRIVE<br>TITUSVILLE FL 32780 | Creditor ID: 2310-01<br>WOODGRAIN DISTRIBUTION<br>1301 E DALLAS STREET<br>MANSFIELD TX 76063 |
| Creditor ID: 12458-01<br>WOODGRAIN DISTRIBUTION<br>HIGHWAY 1 NORTH<br>HOFFMAN NC 28347 | Creditor ID: 2311-01<br>WOODGRAIN DOORS<br>1201 WEST KARCHER ROAD/<br>PO BOX 9489-1201<br>NAMPA ID 83652-9489 | Creditor ID: 9094-01<br>WOODGRAIN MILLWORK, INC.<br>80 SOUTH SHELBY STREET/PO BOX 170<br>MONTEVALLO AL 35115 |
| Creditor ID: 10056-01<br>WOODGRAIN MILWORK, INC.<br>300 NW 16TH ST<br>FRUITLAND ID 83619 | Creditor ID: 18704-01<br>WOODLAND BLINDS, L.P<br>6018 GRIGGS RD<br>HOUSTON TX 77023 | Creditor ID: 4728-01<br>WOODLAND FARMS<br>6820 WILSON AVE., SUITE 300<br>LOS ANGELES CA 90001 |
| Creditor ID: 7112-01<br>WOODLAND FOODS INC<br>3751 SUNSET AVENUE<br>WAUKEGAN IL 60087 | Creditor ID: 17650-01<br>WOODMARK INTERNATIONAL<br>2603 TECHNOLOGY DR<br>PLANO TX 75074 | Creditor ID: 14813-01<br>WOODS INTERNATIONAL INC<br>705 BAKER COURT<br>HIGH POINT NC 27263 |
| Creditor ID: 9095-01<br>WOODSTOCK FARMS<br>96 EXECUTIVE AVE<br>EDISON NJ 08817 | Creditor ID: 4729-01<br>WOODSTOCK FURNITURE OUTLET<br>100 ROBIN ROAD EXT<br>ACWORTH GA 30102 | Creditor ID: 4730-01<br>WOODSTOCK SOAPSTONE COMPANY<br>66 AIRPARK ROAD<br>WEST LEBANON NH 03784 |
| Creditor ID: 18954-01<br>WOODSTREAM CORPORATION<br>31 HEINZ STREET<br>MECHANICSBURG PA 17055 | Creditor ID: 10058-01<br>WOODSTUFF MANUFACTURING INC.<br>109 N. 37TH AVE.<br>PHOENIX AZ 85009 | Creditor ID: 12673-01<br>WOODWARD & DICKERSON<br>50 SW SECOND AVENUE, FIFTH FLOOR<br>PORTLAND OR 97204 |
| Creditor ID: 18955-01<br>WOODWISE LUMBER LIMITED<br>2310 LLOYD AVENUE<br>NORTH VANCOUVER BC V7P - 2P5<br>CANADA | Creditor ID: 14814-01<br>WOOJIN TRADING INC.<br>2535 E. 12TH STREET NO. B<br>LOS ANGELES CA 90021 | Creditor ID: 9096-01<br>WOONG JIN CORP.<br>520 8TH AVE., SUITE 2200<br>NEW YORK NY 10018 |
| Creditor ID: 9097-01<br>WOORI MARKET<br>13321 ARTESIA BLVD.<br>CERRITOS CA 90703 | Creditor ID: 9098-01<br>WORDLINK LOGIX SERVICE INC<br>33 WOOD AVE SOUTH SUITE 600<br>ISELIN NJ 08830 | Creditor ID: 2312-01<br>WORKSAVER INC.<br>9 WORKSAVER TRAIL P.O.BOX 100<br>LITCHFIELD IL 62056 |
| Creditor ID: 18956-01<br>WORKWEL IMPEX INC<br>36 LINCOLN AVENUE, 2ND FL<br>ROCKVILLE CENTRE NY 11570 | Creditor ID: 4731-01<br>WORLD ABLE LTD.<br>499-7TH AVE. 19 NORTH<br>NEW YORK NY 10018 | Creditor ID: 7113-01<br>WORLD BRIDGE FOODS USA INC<br>1535 172ND PLACE NORTHEAST<br>BELLEVUE WA 98008 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7114-01
WORLD BRIGHT TRANPORT INC.
153-63 ROCKAWAY BLVD.
JAMAICA NY 11434

Creditor ID: 4732-01
WORLD CASING CORPORATION
47-6 GRAND AVENUE
MASPETH NY 11378

Creditor ID: 2313-01
WORLD CONFECTIONS INC.
185 30TH ST. BROOKLYN NY 11232
BROOKLYN NY 11232

Creditor ID: 7115-01
WORLD FACTORY INC
542 SILICON DRIVE, SUITE 101
SOUTHLAKE TX 76092

Creditor ID: 14815-01
WORLD FINER FOODS INC.
300 BROADACRES DR.
BLOOMFIELD NJ 07003

Creditor ID: 12459-01
WORLD FOOD PROCESSING, LLC
4301 WORLD FOOD AVENUE
OSKALOOSA IA 52577

Creditor ID: 19167-97
WORLD FUEL SERVICES INC
C/O GREGORY & REED LLC
STEVEN J REED ESQ
2 SYLVAN WAY, STE 303 WEST
PARSIPPANY NJ 07054

Creditor ID: 19168-97
WORLD FUEL SERVICES INC
C/O MCKASSON & KLEIN LLP
ATTN NEIL B KLEIN
2211 MICHELSON DR, STE 320
IRVINE CA 92612

Creditor ID: 10059-01
WORLD GLASS FREIGHT INC.
129 WEST VICTORIA ST
LONG BEACH CA 90203

Creditor ID: 4733-01
WORLD GRANITE
1010 SCHMIEDING
SPRINGDALE AR 72764

Creditor ID: 12460-01
WORLD IMPORT PRODUCTS INC
500 W. 190TH STREET, SUITE 600
GARDENA CA 90248

Creditor ID: 2314-01
WORLD KITCHEN INC
11911 FREEDOM DRIVE, SUITE 600
RESTON VA 20190-5629

Creditor ID: 10060-01
WORLD KITCHEN INC.
1200 S ANTRIM WAY
GREENCASTLE PA 17225-1583

Creditor ID: 14816-01
WORLD KITCHEN LLC
5800 W. INDUSTRIAL DRIVE
MONEE IL 60449

Creditor ID: 7334-01
WORLD KITCHEN LLC
2325 COTTONWOOD AVENUE
RIVERSIDE CA 92508

Creditor ID: 10061-01
WORLD KITCHEN LLC
1200 SOUTH ANTRIM WAY
GREENCASTLE PA 17225

Creditor ID: 10062-01
WORLD KITCHEN LLC
9525 W. BRYN MAWR, SUITE 300
ROSEMONT IL 60018

Creditor ID: 18957-01
WORLD LOGISTICS USA INC.
173 ROUTE 526
ALLENTOWN NJ 08501

Creditor ID: 12674-01
WORLD PROJECTS
650 E. NORTH SAM HOUSTON PKWY
STE. 231
HOUSTON TX 77060

Creditor ID: 7116-01
WORLD RECYCLING INC.
2156 ATHENS HWY
GAINESVILLE GA 30507

Creditor ID: 2315-01
WORLD SMOKE SHOP
512 S. BROOKHURST ST. #2
ANAHEIM CA 92804

Creditor ID: 7117-01
WORLD STAR ENTERPRISES INC
4900 GRAND AVENUE
MASPETH NY 11378

Creditor ID: 7118-01
WORLD STONE LLC
73 AMSTERDAM DRIVE
FREEHOLD NJ 07728

Creditor ID: 12461-01
WORLD STONES IMPORTS CORP
16400 COLLINS AVE
SUNNY ISLES BEACH FL 33160

Creditor ID: 9099-01
WORLD TRADE TRANSPORT OF VIRGINIA
150-16 132ND AVENUE
JAMAICA NY 11434

Creditor ID: 12462-01
WORLD TRADE TRANSPORT OF VIRGINIA
ASPEN CORPORATE PARK
1480 ROUTE 9 NORTH, SUITE 208
WOODBRIDGE NJ 07095

Creditor ID: 2316-01
WORLD TRADING IMPORT/EXPORT
16 SOUTH AVE.  WEST # 239
CRANFORD NJ 07016

Creditor ID: 12463-01
WORLD VIEW INTERNATIONAL TRADE LLC
2370 EAST STADIUM BLVD #305
ANN ARBOR MI 48104

Creditor ID: 18705-01
WORLD VISION INTERNATIONAL
11000 EAST 40TH AVENUE
DENVER CO 80239

Creditor ID: 9100-01
WORLD WIDE CYCLE SUPPLIES
100 D EXECUTIVE DRIVE
EDGEWOOD NY 11717

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                             **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 4734-01<br>WORLD WIDE CYCLE SUPPLY INC<br>85M HOFFMAN LANE<br>ISLANDIA NY 11749 | Creditor ID: 18958-01<br>WORLD WIDE EXPRESS<br>20200 FIRST AVE<br>CLEVELAND OH 44130 | Creditor ID: 2317-01<br>WORLD WIDE FOOD PRODUCT INC<br>147-07 94TH AVE<br>JAMAICA NY 11435 |
| Creditor ID: 12464-01<br>WORLD WIDE HOME PRODUCTS<br>701 KOEHLER AVE., SUITE 2<br>RONKONKOMA NY 11779 | Creditor ID: 14714-01<br>WORLD WIDE INC.<br>10 INDUSTRIAL HWY, MAIL STOP #23<br>LESTER PA 19113 | Creditor ID: 10063-01<br>WORLD WIDE LOGISTICS SERVICES, INC<br>10532 WALKER STREET UNIT D<br>CYPRESS CA 90630 |
| Creditor ID: 4735-01<br>WORLD WIDE SEAFOOD LLC<br>1717 MAGNOLIA BLVD.<br>BURBANK CA 91506 | Creditor ID: 18959-01<br>WORLDBRIDGE FOODS USA INC<br>1535 172ND PLACE<br>NORTHEST  BELLEVUE WA 98008 | Creditor ID: 12465-01<br>WORLD-CLASS SUPPLY CHAIN MANAGEMENT SOLUTIONS<br>753 PORT AMERICA PLACE #207<br>GRAPEVINE TX 76501 |
| Creditor ID: 12466-01<br>WORLDLINK<br>20300 S. VERMONT AVE #140<br>TORRANCE CA 90502 | Creditor ID: 9101-01<br>WORLDLINK EXPRESS INC<br>801 HANOVER DRIVE, STE 500<br>GRAPEVINE TX 76051 | Creditor ID: 10064-01<br>WORLDLINK LOGISTICS<br>701 COOPER ROAD<br>VOORHEES NJ 08043 |
| Creditor ID: 18960-01<br>WORLDLINKS ENTERPRISE, INC.<br>63 FLUSHING AVE # 160<br>BROOKLYN NY 11205 | Creditor ID: 9102-01<br>WORLDNET SHIPPING USA INC<br>475 DOUGHTY BLVD<br>INWOOD NY 11096 | Creditor ID: 10065-01<br>WORLDPORT LOGISTICS INC.<br>154-09 146TH AVE 2ND FL STE 202<br>JAMAICA NY 11434 |
| Creditor ID: 18961-01<br>WORLD'S BEST TROPICAL, LLC.<br>1421 NW 89 COURT DORAL, FLORIDA<br>DORAL FL 33172 | Creditor ID: 7335-01<br>WORLDSHIP INC<br>3870 PEACHTREE IND BLVD STE 340<br>BOX 282<br>DULUTH GA 30096 | Creditor ID: 2318-01<br>WORLDSIDE INC.<br>510 PLAZA DRIVE STE 2730<br>COLLEGE PARK GA 30349 |
| Creditor ID: 18962-01<br>WORLDTRANS GLOBAL LOGISTICS<br>115 NORTH MAIN, SUITE 200<br>ALGONQUIN IL 60102 | Creditor ID: 4736-01<br>WORLDTRANS SERVICES<br>7130 MIRAMAR RD, STE. 100A<br>SAN DIEGO CA 92121 | Creditor ID: 2319-01<br>WORLDWAY INTERNATIONAL (CHICAGO) INC<br>1050 TOWER LANE<br>BENSENVILLE IL 60106 |
| Creditor ID: 10066-01<br>WORLDWIDE AUTOMOTIVE DISTRIBUTORS<br>8416 SECURA WAY,<br>SANTA FE SPRINGS CA 90670 | Creditor ID: 9103-01<br>WORLDWIDE CARGO PARTNERS, LLC.<br>7901 STONERIDGE DRIVE, SUITE # 117<br>PLEASANTON CA 94588 | Creditor ID: 18963-01<br>WORLDWIDE COMMODITIES LLC<br>22591 KILLY STREET<br>LAKE FOREST CA 92630 |
| Creditor ID: 4469-01<br>WORLDWIDE CYCLE SUPPLIES<br>1699 CHURCH STREET<br>HOLBROOK NY 11741 | Creditor ID: 9104-01<br>WORLDWIDE FOAM, LTD.<br>620 RIVERVIEW AVENUE<br>ELKHART IN 46516 | Creditor ID: 12467-01<br>WORLDWIDE FOOD PRODUCTS INC<br>147-07 94TH AVE<br>JAMAICA NY 11435 |
| Creditor ID: 2320-01<br>WORLDWIDE INTERNATIONAL, INC<br>5900 ROCHE DRIVE, SUITE 650<br>COLUMBUS OH 43229 | Creditor ID: 2321-01<br>WORLDWIDE INT'L LOGISTICS<br>108 S. FRANKLIN AVE., #17<br>VALLEY STREAM NY 11582 | Creditor ID: 12468-01<br>WORLDWIDE MARBLE AND GRANITE CORP.<br>234 BANKER ST<br>BROOKLYN NY 11222 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 10067-01<br>WORLDWIDE MATERIAL HANDLING PRODUCTS, LLC<br>32 FORESTWOOD DRIVE<br>ROMEOVILLE IL 60446 | Creditor ID: 18964-01<br>WORLDWIDE MEDICAL & DISPOSABLE MARKETING INC<br>43 MAGNUM LANE<br>PURVIS MS 39475 | Creditor ID: 10169-01<br>WORLDWIDE OCEAN & AIR SHIPPING<br>31-07-D STAR AVE.<br>LONG ISLAND CITY NY 11101 |
| Creditor ID: 2322-01<br>WORLDWIDE PAPER CO<br>2125 CENTER AVENUE<br>FORT LEE NJ 07024 | Creditor ID: 18706-01<br>WORLDWIDE PLASTIC CO.<br>119 W. LA CHAPELLE<br>SAN ANTONIO TX 78204 | Creditor ID: 12469-01<br>WORLDWIDE RELIANCE AUTO<br>1746 TYLER AVENUE<br>EL MONTE CA 91733 |
| Creditor ID: 10170-01<br>WORLDWIDE SEAFOODS USA(2004) LTD.<br>219 1ST AVE. S., SUITE 310<br>SEATTLE WA 98104 | Creditor ID: 2323-01<br>WORLDWIDE SOURCING LLC<br>99 HOOK ROAD<br>BAYONNE NJ 07002 | Creditor ID: 12470-01<br>WORLDWIDE WELDING<br>3705 CENTRE CIR<br>FORT MILL SC 29715-9753 |
| Creditor ID: 7119-01<br>WORLDWIDE WINES INC (AR)<br>155 SCHOOL HOUSE RULES<br>CHESHIRE CT 06410 | Creditor ID: 12675-01<br>WORLDWISE, INC.<br>DBA WORLDWISE PET PRODUCTS, LTD<br>160 MITCHELL BOULEVARD<br>SAN RAFAEL CA 94903-2044 | Creditor ID: 10171-01<br>WORLDWOOD INDUSTRIES DBA HOBBY LOBBY<br>7509 S.W. 44TH STREET<br>OKLAHOMA CITY OK 73179 |
| Creditor ID: 4737-01<br>WORLWIDE MARBLE LIQUIDATORS<br>77 BLOOMINGDALE<br>HICKSVILLE NY 11801 | Creditor ID: 4738-01<br>WORTH PARIS, INC.<br>6825 WEST SUNRISE BLVD<br>PLANTATION FL 33313 | Creditor ID: 2324-01<br>WORTHINGTON CYLINDER CORPORATION<br>200 OLD WILSON BRIDGE ROAD<br>COLUMBUS OH 43085 |
| Creditor ID: 14818-01<br>WORTHINGTON INDUSTRIES<br>1085 DEARBORN DRIVE<br>COLUMBUS OH 43085 | Creditor ID: 2325-01<br>WORTHINGTON INDUSTRIES<br>863 STATE ROUTE 307 EAST<br>JEFFERSON OH 44047 | Creditor ID: 2326-01<br>WORTHMORE FORWARDING INC<br>175-11 148TH AVENUE<br>JAMAICA NY 11434 |
| Creditor ID: 4739-01<br>WORTHMORE FORWARDING INC.<br>175-11, 148TH AVENUE<br>JAMAICA NY 11434 | Creditor ID: 7120-01<br>WOSTONE INC.<br>130-27 59TH AVENUE 2ND FLOOR<br>FLUSHING NY 11355 | Creditor ID: 7121-01<br>WPI LTD<br>300 E. PARR BLVD.<br>RENO NV 89512 |
| Creditor ID: 12471-01<br>WR INTERNATIONAL<br>4104 EAST ROLLING GREEN LANE<br>ORANGE CA 92867 | Creditor ID: 9205-01<br>WRIGHT BUSINESS FORMS INC.<br>2525 BRAGA DRIVE<br>BROADVIEW IL 60155-3942 | Creditor ID: 7122-01<br>WRIST SHIP SUPPLY USA<br>1465 EAST SAM HOUSTON PARKWAY SOUTH<br>PASADENA TX 77503 |
| Creditor ID: 10172-01<br>WSF (ASIA) LTD<br>RM 1, 12/FLR, VOGUE CENTRE,<br>696 CASTLE PEAK RD,<br>KOWLOON<br>HONG KONG | Creditor ID: 18707-01<br>WSF (ASIA) LTD.<br>UNIT 2812 - 28F, 223 HING FONG ROAD<br>KWAI CHUNG HONG KONG<br>PHILADELPHIA PA 19118 | Creditor ID: 10173-01<br>WSP CHEMICALS & TECHNOLOGY LLC<br>400 WEST BROWN STREET<br>CASTANEA PA 17726 |
| Creditor ID: 18965-01<br>WT HEATING AND AC EQUIPMENTS SUPPLY, INC.<br>42-28 COLLEGE POINT BLVD, 1ST FLOOR<br>FLUSHING NY 11355 | Creditor ID: 14820-01<br>WU TRADING LLC<br>1236 WHIRL AWAY DRIVE<br>EL PASO TX 79936 | Creditor ID: 4740-01<br>WW CEDAR<br>34314 HIGHWAY 63<br>NORTH VIENNA MO 65582 |

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14821-01<br>WWTL GROUP INC.<br>55 INIP DRIVE, UNIT B<br>INWOOD NY 11096 | Creditor ID: 18966-01<br>WWW TRADING INC.<br>4790 IRVINE BLVD. SUITE 105-332<br>IRVINE CA 92620 | Creditor ID: 9206-01<br>WYETH<br>315 SPRING STREET<br>NEW YORK NY 10013 |
| Creditor ID: 19169-97<br>WYMAN GORDON/PCC FORGED PRODUCTS<br>TODD D NEWBERG, DIR, MATERIALS MGMT<br>10825 TELGE ROAD<br>HOUSTON TX 77240 | Creditor ID: 10174-01<br>WYNNS OIL CO<br>1050 WEST 5TH STREET<br>AZUSA CA 91702 | Creditor ID: 4741-01<br>WYO-BEN INC<br>1345 DISCOVERY DRIVE<br>BILLINGS MT 59102 |
| Creditor ID: 2327-01<br>WYSE LIGHTING AND HARDWARE INC.<br>251 12TH STREET<br>OAKLAND CA 94607 | Creditor ID: 12472-01<br>XAMAX INDUSTRIES<br>63 SILVEMINE ROAD<br>SEYMOUR CT 06483 | Creditor ID: 14822-01<br>XCELL INTERNATIONAL<br>181 SHORE COURT<br>BURR RIDGE IL 60527 |
| Creditor ID: 7123-01<br>XEIKON AMERICA, INC.<br>1375 EAST IRVING PARK ROAD<br>ITASCA IL 60143 | Creditor ID: 4742-01<br>XEROX CORPORATION<br>800 PHILLIPS ROAD 0205-99P<br>WEBSTER NY 14580 | Creditor ID: 10391-01<br>XEROX CORPORATION<br>6290 OPUS DRIVE<br>GROVEPORT OH 43125 |
| Creditor ID: 18967-01<br>XING YUN INTERNATIONAL TRADE INC.<br>1W 34TH STREET ROOM#303<br>NEW YORK NY 10001 | Creditor ID: 2328-01<br>XINGUI INTERNATIONAL INC.<br>13321 E ALONDRA BLVD UNIT N<br>SANTA FE CA 90670 | Creditor ID: 12505-01<br>XPEDX, AN INTERNATIONAL PAPER COMPANY<br>6287 TRI-RIDGE BOULEVARD<br>LOVELAND OH 45140 |
| Creditor ID: 19170-97<br>XPO DRAYAGE INC<br>27415 S INDUSTRIAL PARK DRIVE<br>ELWOOD IL 60421 | Creditor ID: 19171-97<br>XPO DRAYAGE INC<br>9140 ARROWPOINT BLVD, STE 300<br>CHARLOTTE NC 28273 | Creditor ID: 19172-97<br>XPO DRAYAGE INC<br>135 OLD MCDONOUGH ROAD<br>CONLEY GA 30288 |
| Creditor ID: 9207-01<br>XPRESS GOLBAL SYSTEMS<br>2402 ESTERS BLVD.<br>DALLAS TX 75261 | Creditor ID: 12506-01<br>X-RAY VISIONS<br>7536 FULLERTON COURT<br>SPRINGFIELD VA 22153 | Creditor ID: 2329-01<br>XS 26 FABRICS<br>405 E 9TH STREET<br>LOS ANGELES CA 90015 |
| Creditor ID: 14823-01<br>XSYS PRINT SOLUTIONS<br>2401 WHITEHALL PARK DRIVE STE 100<br>CHARLOTTE NC 28273 | Creditor ID: 12507-01<br>XTEK INC.<br>11451 READING ROAD<br>CINCINNATI OH 45241 | Creditor ID: 4743-01<br>XTREME OTR TIRE COMPANY LTD<br>11711 NW 37TH ST<br>CORAL SPRINGS FL 33065 |
| Creditor ID: 2330-01<br>XTREME POWER SYSTEMS, LLC<br>1120 GOFORTH ROAD<br>KYLE TX 78640 | Creditor ID: 4744-01<br>XXENTRIA INTL' CORP.<br>3086 ROUTE 27 UNIT 4<br>KENDALL PARK NJ 08824 | Creditor ID: 14824-01<br>Y & L METAL, INC<br>6310 NORTH VISTA STREET<br>SAN GABRIEL CA 91775 |
| Creditor ID: 7124-01<br>Y AND S HANDBAGS INC<br>3351-3 TREMLEY POINT ROAD<br>LINDEN NJ 07036 | Creditor ID: 14825-01<br>Y&B BROTHERS INC<br>1285 FLUSHING AVE<br>BROOKLYN NY 11237 | Creditor ID: 18708-01<br>Y&T INTERNATIONAL, INC.<br>6209 STATE HIGHWAY 35 SOUTH<br>ALVIN TX 77511 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 18968-01
Y. D. INTERNATIONAL, INC.
20547 E. WALNUT DR. NORTH, # G
WALNUT CA 91789

Creditor ID: 4745-01
Y.D. TRADING INC.
554 E. FOOTHILL BLVD., SUITE 104
SAN DIMAS CA 91773

Creditor ID: 9208-01
Y.M.F. CARPETS, INC
5 TRUMAN DRIVE
SOUTH EDISON NJ 08817

Creditor ID: 4746-01
Y2S
16-28 PRINCE STREET
BROOKLYN NY 11201

Creditor ID: 12508-01
YA GROUP, INC.
9653 E.WATERLOO ROAD
STOCKTON CA 95215

Creditor ID: 8061-01
YA YA CREATIONS
13155 RAILROAD AVE.
CITY OF INDUSTRY CA 91746

Creditor ID: 12509-01
YAAX INTERNATIONAL
3111 TIETON DRIVE #300
YAKIMA WA 98902

Creditor ID: 14826-01
YACHT CHANDLERS
750W SUNRISE BLVD
FORT LAUDERDALE FL 33311

Creditor ID: 14827-01
YAKIMA FRESH, LLC.
111 SOUTH 33RD ST. SUITE 101
P.O. BOX 1709
YAKIMA WA 98901

Creditor ID: 9209-01
YAKIMA PRODUCTS, INC.
15025 SW KOLL PKW
BEAVERTON OR 97006

Creditor ID: 18969-01
YAKIMA U.S.A.
15025 SW KOLL PARKWAY
BEAVERTON OR 97006

Creditor ID: 4747-01
YALE MATERIALS HANDLING GROUP
1400 SULLIVAN DRIVE
GREENVILLE NC 27834

Creditor ID: 4748-01
YALE UNIVERSITY PRESS
302 TEMPLE STREET
NEW HAVEN CT 06520

Creditor ID: 19173-97
YAMAHA CORPORATION OF AMERICA
AMERICO GROUP INC
C/O GREENBERG TRAURIG LLP
ALAN BRODY, MARK BLOOM, PAUL KEENAN
200 PARK AVENUE
FLORHAM PARK NJ 07932

Creditor ID: 14828-01
YAMAHA CORPORATION OF AMERICA
6600 ORANGETHRORP AVE.
BUENA PARK CA 90620

Creditor ID: 2331-01
YAMASHO INC.
750 TOUHY AVE
ELK GROVE VILLAGE IL 60007

Creditor ID: 10175-01
YAMAYA USA INC.
3420 KASHIWA ST.
TORRANCE CA 90505

Creditor ID: 9210-01
YAN WHOLESALES
17534 VACAS CIRCLE
FOUNTAIN VALLEY CA 92708

Creditor ID: 4749-01
YANDEM EXP. EMP. INC
4656 WINTERSET DRIVE
COLUMBUS OH 43220

Creditor ID: 14829-01
YANG DA BROTHER INC.
369 MAYWOOD AVENUE
MAYWOOD NJ 07607

Creditor ID: 12510-01
YANGVILLE & ASSOCIATES LLC
P.O. BOX 11142
YAKIMA WA 98909

Creditor ID: 18970-01
YANMAR AMERICA CORP.
101 INTERNATIONAL PARKWAY
ADAIRSVILLE GA 30103

Creditor ID: 10176-01
YANTAI NORTH ANDRE JUICE INC.
650 WEST DUARTE ROAD - SUITE 401
ARCADIA CA 91007

Creditor ID: 2332-01
YANTAI WANHUA AMERICA CO., LTD.
1400 N. PROVIDENCE RD, SUITE 309
MEDIA PA 19063

Creditor ID: 7125-01
YAO YANG ENTERPRISES LLC
4281 KATELLA AVE. SUITE 222
LOS ALAMITOS CA 90720

Creditor ID: 4750-01
YAQUBIAN INTERNATIONAL TRADING CORP
57 CENTRAL AVENUE
FARMINGDAL NY 11735

Creditor ID: 18971-01
YARAGHI, LLC
40 HARBOR PARK DRIVE
PORT WASHINGTON NY 11050

Creditor ID: 2333-01
YARDARM KNOT FISHERIES, LLC
2440 WEST COMMODRE WAY, SUITE 200
SEATTLE WA 98199

Creditor ID: 4751-01
YARDS BREWING COMPANY, LLC
901 NORTH DELAWARE AVENUE
PHILADELPHIA PA 19123

Creditor ID: 9211-01
YATOO ENTERPRISES (USA) INC.
10570 BISSONNET STREET
HOUSTON TX 77099

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                      **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 2334-01<br>YATOO FURNITURE, LLC.<br>10570 BISSONNET ST<br>HOUSTON TX 77099 | Creditor ID: 14830-01<br>YAUSA LLC<br>442 DIABLO RD, #129<br>DANVILLE CA 94526 | Creditor ID: 17651-01<br>YAZAKI NORTH AMERICA INC<br>18 LEIGH FISHER BLVD<br>EL PASO TX 79906 |
| Creditor ID: 18973-01<br>YAZAKI NORTH AMERICA, INC NASHVILLE<br>5050 E HOLMES RD<br>MEMPHIS TN 38118 | Creditor ID: 9212-01<br>YAZAKI NORTH AMERICA, INC.<br>6801 HAGGERTY ROAD<br>CANTON MI 48187 | Creditor ID: 2335-01<br>YAZAKI NORTH AMERICA, INC.<br>440 GREENDALE ROAD<br>LEXINGTON KY 40511 |
| Creditor ID: 18974-01<br>YBR INTERNATIONAL SALES & CONSULTING, LLC<br>10442 W. 125TH TERRACE<br>OVERLAND PARK KS 66213 | Creditor ID: 18709-01<br>YC INTERNATIONAL GROUP COMPANY INC.<br>221 BOSTON POST ROAD E STE 420<br>MARLBOROUGH MA 01752 | Creditor ID: 18975-01<br>YELL-O-GLOW CORPORATION<br>100 DUPONT DRIVE<br>PROVIDENCE RI 02907 |
| Creditor ID: 12511-01<br>YELLOW RIVER COUNTRY ANTIQUE,LLC<br>60 CONNOLLY PARKWAY BLD.5B<br>HAMDEN CT 06514 | Creditor ID: 12512-01<br>YEOMANS CHICAGO CORPORATION<br>3905  ENTERPRISE CT<br>AURORA IL 60504 | Creditor ID: 12513-01<br>YES GLOBAL XPRESS<br>145-40 157TH STREET<br>JAMAICA NY 11434 |
| Creditor ID: 10177-01<br>YEZ SHIPPING CO. LTD<br>147-39 175TH ST. SUITE 215<br>JAMAICA NY 11434 | Creditor ID: 14831-01<br>YHA INTERNATIONAL LLC<br>14524 SW CHARDONNAY AVE.<br>PORTLAND OR 97224 | Creditor ID: 12514-01<br>YHS TRADING USA INC<br>755 EPPERSON DRIVE<br>CITY OF INDUSTRY CA 91748 |
| Creditor ID: 9213-01<br>YI LONG ENTERPRISE INC.<br>15250 NELSON AVE<br>CITY OF INDUSTRY CA 91744 | Creditor ID: 4752-01<br>YI PAO INTERNATIONAL INC.<br>3015 LEONIS BLVD.<br>VERNON CA 90058 | Creditor ID: 4753-01<br>YIETCC USA, INC.<br>20 WHITMAN AVE.<br>SYOSET NY 11791 |
| Creditor ID: 2336-01<br>YIHE INTERNATIONAL CORPTIONAL<br>55 SOUTH LAKE AVE SUITE 535<br>PASADENA CA 91101 | Creditor ID: 7336-01<br>YING WEI ENTERPRISES - W/P<br>1683 27TH AVE<br>SAN FRANCISCO CA 94122 | Creditor ID: 10178-01<br>YINGLI GREEN ENERGY AMERICAS INC.<br>489 5TH AVE, 9TH FLOOR<br>NEW YORK NY 10017 |
| Creditor ID: 2337-01<br>YINN INTERNATIONAL CORP.,<br>127 S. 8TH AVE, UNIT A<br>CITY OF INDUSTRY CA 91746 | Creditor ID: 10179-01<br>YITAI USA INC.,<br>442 LAWTON AVE.,<br>CLIFFSIDE PARK NJ 07010 | Creditor ID: 14832-01<br>YKK<br>4234 OCMULGEE EAST BLVD<br>MACON GA 31201 |
| Creditor ID: 12515-01<br>YLP IMPORTS, INC.<br>909 S SANTA ANITA AVE #5<br>ARCADIA CA 91006 | Creditor ID: 10180-01<br>YM TRADING<br>20 ROBERT PITT DRIVE SUITE 203<br>MONSEY NY 10952 | Creditor ID: 18976-01<br>YMF CARPET<br>201-B MIDDLESEX CENTER BLVD.<br>MONROE NJ 08831 |
| Creditor ID: 18977-01<br>YMM NAPOLI INC<br>917 HUTCHINSON COURT<br>BROOKLYN NY 11223 | Creditor ID: 2338-01<br>YNS IMPORT, INC.<br>2535 E. 12TH ST. #B<br>LOS ANGELES CA 90021 | Creditor ID: 7126-01<br>YOKI SPORTS<br>1407 BROADWAY SUITE #2207<br>NEW YORK NY 10018 |

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 2339-01
YOLY FARMERS CORP.
1169 OAKPOINT AVE
BRONX NY 10453

Creditor ID: 12516-01
YONGYE METAL, INC
14941 SW 38 STREET
MIAMI FL 33185

Creditor ID: 10181-01
YONKER AND ASSOCIATES
654 WEST OLYMPIC PLACE #301,
PO BOX 17083
SEATTLE WA 98119

Creditor ID: 12517-01
YORK
915 WOODLAND VIEW DRIVE
YORK PA 17402

Creditor ID: 12518-01
YORK INTERNATIONAL CORP.
P.O. BOX 1592
YORK PA 17405

Creditor ID: 2340-01
YORK INTL.
P.O.BOX 1592-361N
YORK PA 17405-1592

Creditor ID: 7127-01
YORK TRADING INC.
3504 SNELLING AVENUE
MINNEAPOLIS MN 55406

Creditor ID: 4470-01
YORK WALLCOVERINGS
750 LINDEN AVENUE
YORK PA 17404

Creditor ID: 10182-01
YOSEMITE VALLEY BEEF LLC, CO.,
168 MASON WAY #B-3
CITY OF INDUSTRY CA 91746

Creditor ID: 7128-01
YOSHIDA FOODS INTERNATIONAL
8338 NE ALDERWOOD ROAD, SUITE 200
PORTLAND OR 97220

Creditor ID: 18978-01
YOUNEED FOOD INC.
4901 S. BOYLE AVE
VERNON CA 90058

Creditor ID: 14833-01
YOUNG AUTOMOTIVE DISTRIBUTORS, INC.
4625 N. HALLMARK PKWY, UNIT B
SAN BERNARDINO CA 92407

Creditor ID: 7130-01
YOUNG CORPORATION OF AMERICA
15100 HILTON DRIVE
FONTANA CA 92336

Creditor ID: 7129-01
YOUNG CORPORATION OF AMERICA
6925 GILLELAND LANE ATLANTA
ATLANTA GA 30360

Creditor ID: 10183-01
YOUNG OCEAN
20233 80TH AVE. S.
KENT WA 98083

Creditor ID: 10184-01
YOUNG POONG USA CORP.
4850 W. CAMELBACK ROAD
GLENDALE AZ 85301

Creditor ID: 18979-01
YOUNG TOUCHSTONE
200 SMITH LANE
JACKSON TN 38301

Creditor ID: 9214-01
YOUNGBO AMERICA, INC.
16752 BURKE LANE
HUNTINGTON BEACH CA 92647

Creditor ID: 14834-01
YOUNGONE CORPORATION
1027 HARBOR AVENUE SW SUITE #204
SEATTLE WA 98116

Creditor ID: 14835-01
YOUNGSTOWN GLOVE, CO
579 W HIGH STREET
AURORA MO 65605

Creditor ID: 12519-01
YOUNHEE PAIK
4030 REINHARDT DRIVE
OAKLAND CA 94619

Creditor ID: 12520-01
YOUR OTHER WAREHOUSE LLC
16500 HUNTERS GREEN PARKWAY
HAGERSTOWN MD 21740

Creditor ID: 2341-01
YOUR OTHER WAREHOUSE, L.L.C.
D/B/A WORLD IMPORTS
1365 ENGLISH STREET, NW
ATLANTA GA 30318

Creditor ID: 12521-01
YOUR SCRAP MATTERS, INC.
973 PARKSIDE CIRCLE
BOCA RATON FL 33486

Creditor ID: 2342-01
YRC LOGISTICS
100 PRODUCE AVE, SUITE B
SOUTH SAN FRANCISCO CA 94080

Creditor ID: 4755-01
YRC LOGISTICS
1025 WEST 190TH STREET, SUITE 400
GARDENA CA 90248

Creditor ID: 14836-01
YRC LOGISTICS GLOBAL LOGISTICS CENTER
3290 COLONIAL PARKWAY
DECATUR GA 30034

Creditor ID: 7337-01
YRC LOGISTICS GLOBAL, LLC.
4001 KENDRICK PLAZA DRIVE
HOUSTON TX 77032

Creditor ID: 2343-01
YSN IMPORTS INC.
14111 S. KINGSLEY DR.
GARDENA CA 90249

Creditor ID: 4756-01
YT ENTERPRISES, INC.
222 6TH AVE. SUITE 201
SAN MATEO CA 94401

EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                   **CASE NO: 16-27041 (JKS)**

| | | |
|---|---|---|
| Creditor ID: 14837-01<br>YT YOUNGTRANS INC. D/B/A TRIPLE ALLIANCE<br>177-25 ROCKAWAY BLVD. SUITE #204<br>JAMAICA NY 11434 | Creditor ID: 7131-01<br>YUAN DA TRADING INC<br>892 DEAN STREET<br>BROOKLYN NY 11238 | Creditor ID: 2344-01<br>YUAN TAI FURNITURE, INC.<br>9500 WEST SAM HOUSTON PKWY<br>HOUSTON TX 77099 |
| Creditor ID: 7132-01<br>YUASA BATTERY, INC.<br>2901 MONTROSE AVE<br>LAURELDALE PA 19605 | Creditor ID: 18980-01<br>YUE FON USA, INC<br>410 170TH PLACE SW<br>BOTHELL WA 98012 | Creditor ID: 14838-01<br>YUJINCO, INC.<br>2971 PLAZA DEL AMO #260<br>TORRANCE CA 90503 |
| Creditor ID: 2345-01<br>YUKI-AGRI INTL.<br>1207 DELPHINE ST.<br>ELLENSBURG WA 98926 | Creditor ID: 12522-01<br>YUKIWA SEIKO U.S.A., INC.<br>8227-H ARROWRIDGE BLVD<br>CHARLOTTE NC 28273 | Creditor ID: 2037-01<br>YUKON INTL. INC.<br>23700 AURORA ROAD<br>BEDFORD HEIGHTS OH 44146 |
| Creditor ID: 12523-01<br>YUMMY EARTH<br>13455 VENTURA BLVD. # 217<br>SHERMAN OAKS CA 91423 | Creditor ID: 12524-01<br>YUNSEY USA INC<br>130 WEST 42ND STREET, SUITE 705<br>NEW YORK NY 10036 | Creditor ID: 19174-97<br>YUSEN LOGISTICS (AMERICA), INC, INTERMODAL<br>ASSOC OF N AMERICA, AV LOGISTICS ET AL.<br>C/O BENESCH FRIEDLANDER ET AL<br>KEVIN CAPUZZI, MARC BLUBAUGH<br>411 HACKENSACK AVE, 3RD FL, STE 801<br>HACKENSACK NJ 07601 |
| Creditor ID: 19175-97<br>YUSEN TERMINALS, LLC,<br>CERES INC., NYK PORTS LLC<br>C/O PRICE MEESE SHULMAN & D'ARMINIO<br>RICK A STEINBERG<br>50 TICE BLVD, STE 380<br>WOODCLIFF LAKE NJ 07677 | Creditor ID: 9215-01<br>YY WORLD, INC.<br>3907 SAVANNAH AVE.<br>BAKERSFIELD CA 93313 | Creditor ID: 12525-01<br>Z PLY<br>209 WEST 40TH STREET<br>NEW YORK NY 10018 |
| Creditor ID: 2346-01<br>Z PRO INTERNATIONAL<br>13111 ATLANTIC AVENUE<br>RICHMOND HILL NY 11418 | Creditor ID: 18981-01<br>ZA TRADING<br>29 SOUTH HANFORD STREET<br>SEATTLE WA 98134 | Creditor ID: 18982-01<br>ZABO PLANT INC<br>555 DAVIDSON ROAD<br>PITTSBURGH PA 15239 |
| Creditor ID: 12526-01<br>ZABO PLANT INC.<br>4963 ASHBAUGH ROAD<br>MURRYSVILLE PA 15668 | Creditor ID: 12527-01<br>ZACLON INC.<br>2981 INDEPENDENCE ROAD<br>CLEVELAND OH 44115-3699 | Creditor ID: 14839-01<br>ZAKLEE INT'L CORP.<br>777 HENDERSON BLVD BAY 2A<br>FOLCROFT PA 19032 |
| Creditor ID: 7133-01<br>ZALOOM MARKETING CORP.<br>31 SCHREIFFER ST.<br>SOUTH HACKENSACK NJ 07606 | Creditor ID: 18983-01<br>ZALOOM MARKETING CORPORATION<br>51 JAMES STREET<br>SOUTH HACKENSACK NJ 07606 | Creditor ID: 9216-01<br>ZAMBERLAN USA, INC<br>4445 EASTGATE MALL, SUITE 200<br>SAN DIEGO CA 92121 |
| Creditor ID: 18984-01<br>ZANDRA & CO. USA<br>514 HORTON PLAZA<br>SAN DIEGO CA 92101 | Creditor ID: 2347-01<br>ZAPP PRECISION WIRE, INC.<br>475 INTERNATIONAL CIRCLE<br>SUMMERVILLE SC 29483 | Creditor ID: 4758-01<br>ZARA USA INC<br>WESTLAKE CENTER 856 5TH AVE N #1601<br>SEATTLE WA 98101 |
| Creditor ID: 8062-01<br>ZARA USA INC (VALLEY FAIR MALL)<br>2855 STEVENS CREEK BLVD.,<br>SANTA CLARA CA 95050 | Creditor ID: 14840-01<br>ZARA USA INCORPORATED<br>500 5TH AVENUE SUITE 400<br>NEW YORK NY 10110 | Creditor ID: 10185-01<br>ZARALO LLC (AR)<br>530 7TH AVENUE<br>NEW YORK NY 10018 |

## EXHIBIT A SERVICE LIST

**DEBTOR: Hanjin Shipping Co., Ltd.**                                          **CASE NO: 16-27041 (JKS)**

Creditor ID: 4759-01
ZEBRA TECHNOLOGIES
333 CORPORATE WOODS PKWY
VERNON HILLS IL 60061

Creditor ID: 10186-01
ZEEP FASHION INC.
734 GRAND AVENUE, UNIT-E
RIDGEFIELD NJ 07657

Creditor ID: 10187-01
ZEITGEIST PRODUCTS LLC
1104 GARFIELD AVE
LOUISVILLE CO 80027

Creditor ID: 4760-01
ZEN TRADING CO.,LTD.
5 THIRD STREET , SUITE 1216
SAN FRANCISCO CA 94103

Creditor ID: 18985-01
ZENITH GLOBAL LOGISTICS SOLUTIONS
210 DEHART MOTOR TERMINAL RD SW
CONOVER NC 28613

Creditor ID: 18385-01
ZENITH OCEAN SHIPPER'S ASSOCIATION
210 DEHART MOTOR TERMINAL RD SW
CONOVER NC 28613

Creditor ID: 2348-01
ZEN-NOH GRAIN CORP., PORTLAND BRANCH
ON BEHALF OF ZEN-NOH
ONE SW COLUMBIA STREET, STE 1860
PORTLAND OR 97258

Creditor ID: 9217-01
ZEN-NOH HAY, INC.
2444 E DOCK STREET
PASCO WA 99301

Creditor ID: 7134-01
ZEN-NOH UNICO AMERICAN CORPORATION
1120 AVENUE OF THE AMERICAS
STE. 1805
NEW YORK NY 10036

Creditor ID: 9218-01
ZENTIS NORTH AMERICA OPERATING LLC
2050 N. OAK DRIVE.
PLYMOUTH IN 46563

Creditor ID: 12528-01
ZEON CHEMICAL
4100 BELLS LANE
LOUISVILLE KY 40232

Creditor ID: 2349-01
ZEON CHEMICALS INCORPORATED
11235 CHOATE ROAD
PASADENA TX 77507

Creditor ID: 2350-01
ZEON CHEMICALS L.P.
7050 RIVERPORT DRIVE
LOUISVILLE KY 40258

Creditor ID: 12676-01
ZEPHYR GREEN COFFEE LLC.
1800 HASTING PLACE
NEW ORLEANS LA 70130

Creditor ID: 12529-01
ZESTRON CORPORATION
11285 ASSETT LOOP
MANASSAS VA 20109

Creditor ID: 18386-01
ZETA FORWARDING, INC.
1203 UNIROYAL DRIVE
UNITEC IND. PARK
LAREDO TX 78045

Creditor ID: 2351-01
ZETIAN SYSTEM INC.
5375 PROCYON ST. SUITE 102
LAS VEGAS NV 89118

Creditor ID: 18710-01
ZETOR NORTH AMERICA LTD
7301 ALLENTOWN BLVD.
HARRISBURG PA 17112

Creditor ID: 9219-01
ZETOV INC.
4718 18TH AVENUE
BROOKLYN NY 11204

Creditor ID: 9220-01
ZEUS PACKING
27-29 HARBOR LOOP DRIVE
GLOUCESTER MA 01930

Creditor ID: 2352-01
ZF INDUSTRIES INC
1261 PLAMOUR DEIVE SW
GAINESVILLE GA 30501

Creditor ID: 9221-01
ZHANGZIDAO FISHERY GROUP AMERICA CORP
1380 TUCKER ROAD
N. DARTMOUTH MA 02747

Creditor ID: 10188-01
ZHEJIAN AISIN ELITE MACHINERY
& ELECTRIC CO., LTD.
NO. 9, JINA-SHE, 1ST ROAD
XIAOSHAN ECONOMIC & TECH.
DEVELOPMENT ZONE HANGZHOU
CHINA

Creditor ID: 18387-01
ZHENGZHANG INTERNATIONAL LLC
114 FIELD STREET
ROCHESTER NY 14620

Creditor ID: 14841-01
ZHONG AN INDUSTRIAL COMPANY LIMITED
2530 BERRYESSA ROAD STE 111
SAN JOSE CA 95132

Creditor ID: 17652-01
ZHONG YA CHEMICAL USA LTD
140 ETHEL RD WEST  UNIT V
PISCATAWAY NJ 08854

Creditor ID: 4761-01
ZHONGLU AMERICA CORPORATION
6055 E. WASHINGTON BLVD., SUITE 412
COMMERCE CA 90040

Creditor ID: 18388-01
ZHUZHOU CEMENTED CARBIDE WORKS USA, INC.
808 PHOENIX DRIVE
ANN ARBOR MI 48108

Creditor ID: 7135-01
ZIAM USA, INC.
1450 BROADWAY 14TH FL
NEW YORK NY 10018

Creditor ID: 10189-01
ZIBA NUT INC
180 MAIN STREET
PORT WASHINGTON NY 11050

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 10190-01
ZIDIAN COMPANY INC
55 COITSVILLE HUBBARD
YOUNGSTOWN OH 44505

Creditor ID: 12530-01
ZIGONG INTERNATIONAL MARKETING LLC
38500 CHARDON RD
WILLOUGHBY OH 44094

Creditor ID: 7136-01
ZILMET USA CORP.
160 GREENTREE DR., STE. 101
DOVER DE 19904

Creditor ID: 19179-97
ZIMMER WORLDWIDE LOGISTICS, INC
14950 HEATHROW FOREST PKWY, #350
HOUSTON TX 77032

Creditor ID: 19176-97
ZIMMER WORLDWIDE LOGISTICS, INC
C/O EDWIN K NELSON, IV, ATTY AT LAW
3814 SUN VALLEY DR
HOUSTON TX 77025

Creditor ID: 10191-01
ZINPRO ANIMAL NUTRITION, INC.
10400 VIKING DRIVE, SUITE 240
EDEN PRAIRIE MN 55344

Creditor ID: 18389-01
ZION AUTOMOTIVE GROUP
520 E. JAMIE AVE
LA HABRA CA 90631

Creditor ID: 9222-01
ZION CONSULTING INC.
3905 ANCROFT CIRCLE
NORCROSS GA 30092

Creditor ID: 10192-01
ZIP INTERNATIONAL GROUP LLC
160 RARITAN CENTER PARKWAY UNIT#6
EDISON NJ 08837

Creditor ID: 9223-01
ZIPCO STEEL LTD
449 EAST 14TH STREET SUITE 3 A
NEW YORK NY 10009

Creditor ID: 12531-01
ZIWAY INC
20 BLANCHARD RD. STE. 8
BURLINGTON MA 01803

Creditor ID: 4762-01
ZIYAD BROTHERS IMPORTING.
5400 W. 35TH STREET
CICERO IL 60804

Creditor ID: 18390-01
ZMOTORZ CARS INC.
1947 WAKELING STREET
PHILADELPHIA PA 19124

Creditor ID: 17653-01
ZOBHA
591 REDWOOD HWY. STE 2350
MILL VALLEY CA 94941

Creditor ID: 10193-01
ZOLTEK CARBON FIBERS
3101 MCKELWEY ROAD,
ST. LOUIS MO 63044

Creditor ID: 4763-01
ZOLTEK CARBON FIBERS
11 MISSOURI RESEARCH PARK
ST. CHARLES MO 63304

Creditor ID: 18391-01
ZOLTEK CORPORATION
1221 FULWILER RD
ABILENE TX 79604

Creditor ID: 9224-01
ZONIN, U.S.A. INC.
630 PETER JEFFERSON PKWY STE 110
CHARLOTTESVILLE VA 22911

Creditor ID: 12677-01
ZOO MED LABORATORIES INC.
3650 SACRAMENTO DRIVE
SAN LUIS OBISPO CA 93401

Creditor ID: 9225-01
ZORLU USA INC
295 5TH AVE
NEW YORK NY 10016

Creditor ID: 12532-01
ZORRO INTERNATIONAL CORP.
711 E. ROSECRANS AVENUE
LOS ANGELES CA 90059

Creditor ID: 7137-01
ZSF INDUSTRIES
5200 MARTIN LUTHER KING BLVD
GREENVILLE NC 27834

Creditor ID: 14842-01
ZSF INDUSTRIES, INC.
201 OXFORD BUSINESS PKWY
OXFORD GA 30054

Creditor ID: 18392-01
ZTI TYRES INC.
8107 NW 33RD STREET
DORAL FL 33122

Creditor ID: 2353-01
ZULEMMA ALISIA CASTILLO
2000 BAGBY STREET, #7420
HOUSTON TX 77002

Creditor ID: 9226-01
ZUMPANO ENTERPRISE
6354 WARREN DRIVE
NORCROSS GA 30071

Creditor ID: 10194-01
ZURN INDUSTRIES, INC.
5900 ELWIN BUCHANAN DRIVE
SANFORD NC 27330

**EXHIBIT A SERVICE LIST**

**DEBTOR: Hanjin Shipping Co., Ltd.**                                                                    **CASE NO: 16-27041 (JKS)**

Creditor ID: 7138-01
ZWANENBERG FOOD GROUP INC
10 MADISON AVENUE
MORRISTOWN NJ 07960-7303


**Total:   18,868**

EXHIBIT B
NOTICE

HJN_AA

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 525-6351
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE JOHN K. SHERWOOD
CASE NO. 16-27041 (JKS)

In re:                                                                         Chapter 15

HANJIN SHIPPING CO., LTD.,[1]

        Debtor in a Foreign Proceeding.

## NOTICE OF (I) FILING OF CHAPTER 15 PETITION, AND
## (II) FOREIGN REPRESENTATIVE'S MOTION FOR ENTRY OF ORDER
## GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 2, 2016, Tai-Soo Suk, the duly appointed foreign representative (the "Foreign Representative") of Hanjin Shipping Co., Ltd. ("Hanjin" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed by Hanjin under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Central District Court in Seoul, Korea (the "Korean Court"), filed (i) a verified petition for recognition, with accompanying documentation [Docket No. 1] (the "Petition") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") under chapter 15 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and (ii) the Motion of Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365, 1517, 1519, 1520, 1521, and 105(a) of the Bankruptcy Code [Docket. No. 5] (the "Recognition and Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2016, the Bankruptcy Court entered that certain order granting provisional, injunctive, and related relief pursuant to, among others, sections 105(a) and 1519 of the Bankruptcy Code [Dkt. No. 102] (the "Provisional Order").  The Provisional Order, among other things, enjoins actions in the United States in contravention of certain orders of the Korean Court in the Korean Proceeding from the date of entry of such Provisional Order through and including the date of the Recognition Hearing (as defined below).

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835.  The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for **November 22, 2016 at 2:00 p.m. (Eastern Time)**, to consider the Petition and the relief requested by the Foreign Representative in the Recognition and Relief Motion on a final basis (the "<u>Recognition Hearing</u>"), including recognition of the Korean Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code and giving full force and effect to orders entered in the Korean Proceeding.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Petition and/or the Recognition and Relief Motion must be made pursuant to the Bankruptcy Code, the Bankruptcy Rules and the local rules of this Court and be: (i) in writing, (ii) state with particularity the basis of the objection; and (iii) filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "<u>General Order</u>") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "<u>Supplemental Commentary</u>") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received by the Foreign Representative's counsel, Cole Schotz P.C., Court Plaza North, 25 Main Street, P.O. Box 800, Hackensack, NJ 07602-0800, Attention: Ilana Volkov and Edward S. Kiel by no later than **November 15, 2016, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that all parties wishing to appear at the Recognition Hearing by telephone must make the necessary arrangements through CourtCall, LLC via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) by no later than **noon (ET) on November 14, 2016** to register their telephonic appearances.

**PLEASE TAKE FURTHER NOTICE** that if no objection or response is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petition and the Recognition and Relief Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing of the adjourned date or dates of the hearing.

Copies of the Petition, Recognition and Relief Motion, the Provisional Order, proposed form of Recognition Order, and other filings in this case presently are available on (i) the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.njb.uscourts.gov (a PACER login and a password are required to retrieve a document); and (ii) through written request to the Foreign Representative's counsel at: Cole Schotz P.C., Court Plaza North, 25 Main Street, P.O. Box 800, Hackensack, NJ 07602-0800, Attention: Jacob Frumkin (email: jfrumkin@coleschotz.com).  If you have any questions regarding this Notice, please contact counsel to the Foreign Representative at (201) 525-6351.

DATED:     October 26, 2016

COLE SCHOTZ P.C.

_/s/ Ilana Volkov_____
Ilana Volkov
Edward S. Kiel

*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*