**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Ilana Volkov
ivolkov@coleschotz.com
Edward S. Kiel
edward.kiel@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Tai-Soo Suk, Foreign*
*Representative of Hanjin Shipping Co., Ltd.*

|  |  |
|---|---|
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>    Debtor in a Foreign<br>    Proceeding. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE JOHN K. SHERWOOD<br>CASE NO. 16-27041 (JKS)<br>Chapter 15<br><br>**NOTICE PURSUANT TO SECTION 1518 OF THE BANKRUPTCY CODE - COMMON BENEFIT CLAIM PROTOCOL MANDATE FROM KOREAN COURT** |

Tai-Soo Suk, the duly appointed foreign representative (the "Foreign Representative") of Hanjin Shipping Co. Ltd. ("Hanjin" or the "Debtor") in connection with the pending proceeding (the "Korean Proceeding") filed by Hanjin under the Debtor Rehabilitation and Bankruptcy Act ("DRBA") in the Seoul Central District Court (the "Korean Court") in Seoul, Republic of Korea, hereby provides this notice pursuant to section 1518 of title 11 of the United States Code (the "Bankruptcy Code").

    1.    On January 5, 2017, Hanjin filed an application with the Korean Court

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

seeking approval of, among other things, a protocol for the processing of common benefit claims in connection with the Korean Proceeding (the "Application").

    2.    On January 6, 2017, the Application was approved by the Korean Court (the "Order").

    3.    A true and correct copy of the Application and Order are attached hereto as Exhibit A.

    4.    An English translation of the Application is attached hereto as Exhibit B.

DATED: January 6, 2017

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Ilana Volkov*
Ilana Volkov
Edward S. Kiel
*Attorneys for Tai-Soo Suk, Foreign Representative of Hanjin Shipping Co., Ltd.*

# Exhibit A

## 서울중앙지방법원

## 제6파산부

| | |
|---|---|
| 문 서 명 | 해외자회사 매각 공익채권 처리 법원 허가(2016-219) |
| 사 건 | 2016회합100211  회생 |
| 채 무 자 | 주식회사 한진해운 (110111-4231835) |
| | 주소  서울 영등포구 국제금융로2길 25 (여의도동) |

위 신청을 허가합니다.

2017. 1. 6.

재판장    판사    김정만

판사    심태규

판사    차승환

| 재판부 | |
|---|---|
| 허가 | 불허가 |
| | |

| 재판부 허가사항 |
|---|
| 법원용 |

# 주식회사 한 진 해 운

우 07327 / 서울시 영등포구 국제금융로 2길 25 / 담당 신용권 / 전화 (02)3770-1231, 010-4099-7176 / 팩스 (02)3215-1248

문서번호 : 한진해운 회생 제2016 - 219호    담당: TTI/HPC사업팀장 신용권 부장 (010-4099-7176)
시행일자 : 2017. 01.05 .
사       건 : 2016회합100211 회생
수       신 : 서울중앙지방법원 제6파산부
참       조 : 김 규환 관리위원
제       목 : 해외자회사(TTI HTEC) 매각 공익채권 처리 법원 허가 신청

| 관리위원 |
|---|
| |

1. 폐사는 2016. 8. 31 회생절차를 신청하여 귀원으로부터 2016. 8. 31부 보전처분, 2016. 9. 1 부로 회생절차개시결정을 받은 회사입니다.

2. 폐사는 귀 원의 허가(문서번호: 한진해운 회생 제2016-094호, 문서제목: 자회사(TTI) 지분 등 매각 추진 및 전문자문사 선임 허가 신청, 허가일: 2016.10.19.)을 받아 매각 자문사("Jefferies")을 통해 자회사인 Total Terminals International LLC ("TTI") (미국 서안 한진해운 터미널)의 지분 등을 추진 중에 있습니다.

3. 현재 TTI의 46% 지분을 보유하고 있는 Terminal Investment Limited S.A R.L.(이하 "TIL")가 폐사 보유 TTI 지분 및 주주대출과 Hanjin Shipping TEC, Inc (이하 "HTEC", 미국 서안 터미널 장비 임대회사) 지분 및 주주대출 매입의사를 전달함에 따라, 폐사는 TIL과 협상을 진행 중에 있습니다.

4. 이와 관련하여, 폐사의 자회사인 TTI (미국 서안 한진해운 터미널) 및 HTEC (미국 장비 임대 회사)에 대하여 폐사가 보유 중인 지분 및 주주대출의 매매계약(이하 "본건 매매계약")을 진행하기 위해서는 미국 파산법원의 승인을 득하여야 하는바, 미국 파산법원의 승인을 위하여 아래 사항과 같이 설명하고 자료를 제공하고자 하오니 승인하여 주시기 바랍니다.

-아    래-

1. 공익채권의 처리

   ○ 공익채권자라고 주장하는 채권자 다수가 최근 미국 파산법원에 자신들의 공익채권에 기한 소송을 미국 법원에서 제기하고 폐사의 자산을 압류(가압류)할 수 있도록 승인해 달라는 요청을 하였습니다. 동 채권자들은 한국의 채무자회생법에 따르면 공익채권자들은 세계 어느 곳에서도 공익채권에 기한

- 1 -

소를 제기할 수 있으며 폐사의 자산에 대한 집행을 할 수 있다고 주장하고 있습니다.

○ 공익채권이라고 주장하는 채권에 대하여는 대한민국 내 뿐만 아니라 대한민국 외의 채권자들에 대하여도 모두 폐사 관리인에게 지급신청을 하도록 한 후 폐사 관리인이 먼저 공익채권 해당 여부를 검토한 뒤, 대한민국 법원의 공익채권 승인 또는/및 지급에 관한 허가를 받아, 채무자 회생 및 파산에 관한 법률 제180조에 따라 회생채권 및 회생담보권 보다 우선하여 공익채권자들 사이의 채권액 비율에 의하여 공평하게 변제하도록 하겠습니다. 폐사 관리인이 이러한 절차에서 공익채권이라 인정하지 않은 채권의 경우, 대한민국 법원이 공익채권 해당 여부를 소송 등을 통하여 최종적으로 판단할 것이고, 폐사 관리인은 그 결과에 따라 처리하도록 하겠습니다.

○ 이와 같이 채무자 회생 및 파산에 관한 법률에 따라 공익채권의 존부에 대한 대한민국 법원의 지도 아래 국내외 공익채권자들의 채권을 신속하고 질서 있고 효율적인 방식으로 확정하여 지급할 수 있습니다. 이러한 방법은 공익채권자들이 국외에서 폐사의 재산을 압류하고 지급을 청구하는 소송을 제기하여 판결을 받은 뒤 다시 그 판결을 한국 법원으로부터 승인받는 방법보다 공익채권자들의 이익에 더 부합할 것입니다. 또한 이러한 절차를 통하여 해외에서 제기될 수 있는 소송을 예방할 수 있어 소송비용을 절감함으로써 결과적으로 채권자들에게 돌아가는 환가 대금을 극대화 할 수 있을 것입니다.

2. 자료의 제공

폐사 관리인은 미국 파산법원에서 진행 중인 절차와 관련하여, 당사자들로부터 아래와 같은 본건 매매계약과 관련된 정보 및 문서 등 자료의 제공 및 진술을 요청 받았습니다. 폐사 관리인과 관련 전문가들이 그러한 요청에 대해 검토 중이며, 이러한 요청에 따라 특정 정보 및 문서를 제공하여야 할 가능성이 있다고 생각됩니다.

주 식 회 사 한 진 해 운
관리인 석 태 수  [인]

- 2 -

**<u>Exhibit B</u>**

# Seoul Central District Court

# The 6th Bankruptcy Division

| | |
|---|---|
| Document Name: | Application for Processing of Common Benefit Claims regarding Sale of Overseas Subsidiary Companies (2016-219) |
| Case No.: | 2016 HoeHap100211 Rehabilitation |
| Debtor: | Hanjin Shipping Co., Ltd. (110111-4231835) Address 25 2-gil, Gukje Geumyung-ro, Youngdeungpo-gu, Seoul (Yeuido-dong) |

The Court hereby approves the application above.

January 6, 2017

| Presiding Judge | Judge | Jung Man Kim |
| | Judge | Tae Gyu Shim |
| | Judge | Seung Hwan Cha |

| Judge | |
|---|---|
| Authorized | Not authorized |
|  |  |

| Judge authorization details |
|---|
| For court |

# Hanjin Shipping Co., Ltd.

Postal code 07327 / 25 2-gil, Gukje Geumyung-ro, Youngdeungpo-gu, Seoul / Staff in charge: Yong Kwon Shin / Phone (02)3770-1231, 010-4099-7176 / Fax (02)3215-1248

Document number: Staff in charge of Hanjin Shipping Recovery No. 2016-000 TTI/HPC Business Team Chief, Manager Yong Kwon Shin (010-4099-7176)

Conducted date: Jan 5, 2017

Case: 2016 Hoehap 100211 Rehabilitation

To: Seoul Central Regional Court, 6th Bankruptcy Division

| Managing Member |
|---|
|  |

CC: Kyu Hwan Kim, managing member

Subject: Application for Court approval regarding processing of common benefit claims regarding sale of overseas subsidiary companies (TTI, HTEC)

1. Our company has requested a recovery process on Aug 31, 2016 and received a preservation measure from the court on Aug 31, 3016 and a decision to initiate recovery process on Sept 1, 2016.

2. Our company is currently working on the sale of our interests in Total Terminals International LLC ("TTC") (Hanjin Shipping's terminal on the US west coast) through a selling adviser ("Jefferies") after the court has granted us authorization (document number: Hanjin Shipping Recovery No. 2016-094, document title: proceeding to sell subsidiary (TTI) share and request for permitting appointing a professional adviser, permitted date: 10.19.2016)

3. As Terminal Investment Limited S.A R.L. (referred as "TIL" hereinafter), which currently owns 46% share of TTI, agreed to buy share and stockholder loans of TTI owned by us and Hanjin Shipping TEC, Inc (referred as

"HTEC" hereinafter, an equipment rental company at the US west coast terminal) share and stockholder loans, we are currently going through negotiations with TIL.

4. In connection with this matter, as we are required to obtain the approval of the U.S. Bankruptcy Court to proceed with the sales contracts ("Sales Contracts") for the shares and stockholder loans that we currently own in our subsidiaries TTI (Hanjin Shipping's terminal on the US west coast) and HTEC (a US equipment rental company), we hereby seek the approval of this Court (this "Court") to provide the following explanations and data to the U.S. Bankruptcy Court to obtain its approval.

-Below-

1. **Processing of common benefit claims**

    - A number of alleged creditors have sought approval from the United States Bankruptcy Court to file lawsuits in the United States for alleged common benefit claims and to seize Hanjin's assets (including provisional attachment) in the United States on judgments obtained for common benefit claims.  They assert that the DRBA permits common benefit claims creditors to file lawsuits anywhere in the world and to execute against any of Hanjin's assets anywhere in the world.

    - With regard to all alleged common benefit claims, we will process such claims in the following manner: (i) creditors allegedly holding such claims shall be required to apply to the Administrator of Hanjin Shipping Co., Ltd. for payment thereof, regardless of whether the creditors are domestic or foreign; (ii) the Administrator shall determine whether the creditors' claims are common benefit claims; and (iii) in the case where the claims are determined to be common benefit claims, we will apply for this Court's approval for determination as common benefit claim and/or permission for payment and proceed to process the common benefit claims in accordance with Article 180 of the DRBA so that such claims will be repaid with priority over rehabilitation claims and secured rehabilitation claims and on a pro rata basis among the common benefit claim creditors.   As to the alleged common benefit claims rejected by the Administrator, the relevant Korean courts will make a final determination as to whether such claims are to be recognized as common benefit claims, and the Administrator will process the relevant claims accordingly.

    - Accordingly, it is possible to determine and process the common benefit claims of domestic/foreign creditors in an expeditious, orderly and efficient manner under the guidance of the relevant Korean courts regarding whether the claims should be recognized as common benefit claims in accordance with the DRBA.  Such method will better serve the interests of the common benefit claim creditors than seizing Hanjin's assets outside of Korea, filing lawsuits for payment of claims outside of Korea, and then having the decisions from such lawsuits recognized by the Korean courts. This process would also prevent piecemeal litigation in foreign jurisdictions and allow Hanjin to save litigation costs, which would in turn help maximize creditor returns.

2. **Provision of Data**

   • The Trustee has received requests for the production of documents and depositions from various parties in the proceedings before the United States Bankruptcy Court. They seek information and documents relating to the referenced sale. These requests are under review by the Trustee and his retained professionals. It is possible that certain documents and information may be provided in response to those requests.

**Hanjin Shipping Co., Ltd.**

**Administrator Tae Soo Suk**