| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>(Caption in Compliance with D.N.J. LBR 9004-1(b))<br><br>**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**<br>(A Limited Liability Partnership Formed in Pennsylvania)<br>Liberty View, Suite 600<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>Davis Lee Wright (NJ # 016762003)<br>dwright@mmwr.com<br>Tel: (856) 488-7700<br>Fax: (215) 731-3715<br><br>*Attorneys for Jin Han Kim, the Liquidating Trustee of Hanjin Shipping and the Foreign Representative of Hanjin Shipping Co. Ltd.* | |
| In re:<br><br>HANJIN SHIPPING CO., LTD.,[1]<br><br>            Debtor in a Foreign Proceeding. | **HEARING DATE AND TIME:**<br>**March <u>15</u>, 2018 at 2:00 p.m.**<br><br>Chapter 15<br><br>Case No. 16-27041 (JKS)<br><br>**ORAL ARGUMENT REQUESTED** |

<u>**AMENDED NOTICE OF HEARING ON**</u>
**MOTION OF FOREIGN REPRESENTATIVE, PURSUANT TO**
**SECTIONS 105(a), 363, 365, 1501, 1514, 1520 AND 1521 OF THE BANKRUPTCY CODE,**
**AND BANKRUPTCY RULES 2002, 6004, 6006 AND 9014, FOR ENTRY OF**
**AN ORDER (I) RECOGNIZING AND ENFORCING THE KOREAN SALE ORDER, (II)**
**APPROVING THE SALE OF THE DEBTOR'S REAL PROPERTY IN ALPHARETTA,**
**GEORGIA, (III) ENTRUSTING DISTRIBUTION OF THE SALE PROCEEDS TO THE**
<u>**FOREIGN REPRESENTATIVE AND (IV) GRANTING RELATED RELIEF**</u>

      PLEASE TAKE NOTICE that on February 20, 2018, the Liquidating Trustee of Hanjin

Shipping and the Foreign Representative of Hanjin Shipping Co. Ltd., the duly appointed foreign

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is Hanjin Shipping Bldg., 25 Gukjegeumyung-Ro 2-Gil, Yeongdeungpo-Gu, Seoul 07327, Korea.

4588916v1

representative (the "Foreign Representative") of Hanjin Shipping Co., Ltd. ("Hanjin" or the "Debtor"), in connection with the pending proceeding (the "Korean Proceeding") filed by Hanjin under the Debtor Rehabilitation and Bankruptcy Act in the Seoul Bankruptcy Court (the "Korean Court") in Seoul, Republic of Korea, filed the *Motion of the Foreign Representative Pursuant to Sections 105(a), 363, 365, 1501, 1514, 1520, and 1521 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, and 9014, for Entry of an Order (I) Recognizing and Enforcing the Korean Sale Order, (II) Approving the Sale of the Debtor's Real Property in Alpharetta, Georgia, (III) Entrusting Distribution of the Sale Proceeds to the Foreign Representative, and (IV) Granting Related Relief* [Docket No. 753] (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Court has rescheduled the hearing on the Motion for **March 15, 2018, at 2:00 p.m.** (prevailing Eastern Time), or as soon thereafter as counsel may be heard (the "Hearing"). The Hearing will be before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the Declaration of Jin-Han Kim, which will set forth the relevant factual and legal basis upon which the relief requested should be granted, and will be filed on the Court's docket and served to all parties in interest no later than February 28, 2018.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the

"General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, **so as to be received no later than seven (7) days before the hearing date set forth above**.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned waives oral argument on the Motion unless objections are timely presented.

**MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP**
*Attorney for Jin Han Kim, the Liquidating Trustee of Hanjin Shipping and the Foreign Representative of Hanjin Shipping Co. Ltd., Debtor in a Foreign Proceeding*

By: */s/ Davis Lee Wright*
    Davis Lee Wright

DATED: February 22, 2018