IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Container Leasing Int'l, *et al.*, | * |
| Appellants, | *  Case No. 2:17-cv-00847 |
| v. | * |
| Hanjin Shipping Co., Ltd., by Chapter 15 Foreign Representative Jin Han Kim | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41, no responsive pleading having been filed by an opposing party, Plaintiffs Container Leasing International, LLC, Seacube Containers LLC, Textainer Equipment Management (U.S.) Limited, and Trac Intermodal LLC hereby dismiss this matter.  Clerk to close the file.

Dated: March 9, 2018.

/s/ *J. Stephen Simms*
J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Baltimore, Maryland 21201
Phone: (410) 783-5795
jssimms@simmsshowers.com

Donald W. Clarke, Esq.
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
dclarke@wjslaw.com

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 3/12/2018