UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
Eric L. Scherling, Esquire
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Telephone: 215-665-2042
Facsimile: 215-701-2081
Email:  escherling@cozen.com
*Attorneys for Geodis USA, LLC*

| In re: | Case No.: | 16-27041 (JKS) |
|---|---|---|
| HANJIN SHIPPING CO., LTD.,[1] | Chapter: | 15 |
| Debtor in a Foreign Proceeding. | Judge: | Hon. John K. Sherwood |

### ORDER GRANTING MOTION OF GEODIS USA, LLC FOR RELIEF FROM PARAGRAPH 5(e) OF THE FINAL RECOGNITION ORDER TO PERMIT DECLARATORY JUDGMENT ACTION AGAINST THE DEBTOR IN FEDERAL DISTRICT COURT

The relief set forth on the following pages, numbered two (2) and (3), is hereby

**ORDERED**.

**DATED: September 9, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The last four digits of Hanjin Shipping Co., Ltd.'s Business Registration Number are 1835. The Debtor's main corporate and mailing address is 659 Gonghang-daero Gangseo-gu, Seoul 07557, Korea.

| | |
|---|---|
| Debtor: | Hanjin Shipping Co., Ltd. |
| Case No. | 16-27041 (JKS) |
| Caption Order: | Order Granting Motion of Geodis USA, LLC for Relief from Paragraph 5(e) of the Final Recognition Order to Permit Declaratory Judgment Action Against the Debtor in Federal District Court |

THIS MATTER having been opened to the Court upon the motion (the "Motion") of Geodis USA, LLC ("Geodis") for relief from paragraph 5(e) of the Court's *Final Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief Pursuant to Sections 362, 365(e), 1517, 1520, 1521 and 105(a) of the Bankruptcy Code* (the "Final Recognition Order") [Docket No. 486] to permit Geodis to initiate and pursue an action seeking a declaratory judgment (the "Declaratory Judgment Action") against debtor Hanjin Shipping Co., Ltd. (the "Debtor") in the United States District Court for the Southern District of New York (the "District Court"); and all parties in interest having been heard or having had the opportunity to be heard regarding the relief sought in the Motion; and the Court having reviewed and considered the Motion, the notice of the Motion (the "Notice"), the arguments of counsel made at the hearing(s) before this Court on the Motion (the "Hearing"); and upon the record of the Hearing and this Chapter 15 case; and Notice being proper, and after due deliberation thereon, and good cause appearing therefor, it is hereby

**FOUND, DETERMINED AND ORDERED THAT**:

1. The Motion is GRANTED.

2. Geodis is granted relief from the injunction set forth in paragraph 5(e) of the Final Recognition Order and the automatic stay thereunder to allow Geodis to file and pursue the Declaratory Judgment Action in the District Court as set forth in the Motion.

Debtor:         Hanjin Shipping Co., Ltd.
Case No.        16-27041 (JKS)
Caption Order:  Order Granting Motion of Geodis USA, LLC for Relief from Paragraph 5(e) of the Final Recognition Order to Permit Declaratory Judgment Action Against the Debtor in Federal District Court

3. Except as set forth in paragraph 1 of the Order Denying Hanjin Shipping Co., Ltd.'s Cross Motion to Compel Geodis USA, LLC to Arbitrate, all objections to the entry of this Order that have not been withdrawn, waived, or settled, or otherwise resolved pursuant to terms hereof, are denied and overruled on the merits.

4. The terms of this Order shall be effective and enforceable immediately upon entry notwithstanding the fourteen-day stay provided for in Fed. R. Bank. P. 4001(a)(3) or any other provision in the Bankruptcy Code or Federal Rules of Bankruptcy Procedure to the contrary.

5. This Court shall retain jurisdiction with respect to any and all matters or disputes arising from or related to the implementation or interpretation of this Order.